```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX035707
Cashier ID: mf
Transaction Date: 03/03/2011
Payer Name: ROTHBERGER JOHNSON AND LYONS
-----------------------------------
CIVIL FILING FEE
 For: ROTHBERGER JOHNSON AND LYONS
 Amount:       $350.00
-----------------------------------
CREDIT CARD
 Amt Tendered: $350.00
-----------------------------------
Total Due:     $350.00
Total Tendered:$350.00
Change Amt:    $0.00

11-CV-520


A fee of $45.00 will be assessed on
any returned check.
```