✎ AO 120 (Rev. 2/99)

| TO: **Commissioner of Patents** **P.O. Box 1450** **Alexandria, VA 22313-1450** | **REPORT ON THE** **FILING OR DETERMINATION OF AN** **ACTION REGARDING A PATENT OR** **TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Colorado _____ on the following        Patents

| DOCKET NO. **11-cv-00520** | DATE FILED **3/2/11** | U.S. DISTRICT COURT **FOR THE DISTRICT OF COLORADO** |
|---|---|---|
| PLAINTIFF  Health Grades, Inc. | | DEFENDANT  MDX Medical, Inc. |

| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | **Please see copy of Complaint attached hereto** |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK  **GREGORY C. LANGHAM** | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy**