# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**
  Judge

303-844-2527

March 4, 2011

MEMORANDUM

TO:         Greg Langham, Clerk

FROM:    Judge Babcock                    s/LTB

RE:         Civil Action No. 11-cv-00520-LTB-BNB
               Health Grades, Inc. V. MDX Medical, Inc.

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp