**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and D.C.COLO.LCivR 7.4, Defendant MDx Medical, Inc. provides this Corporate Disclosure Statement. MDx Medical, Inc. is not owned in whole or in part by any parent company. No publicly held entity owns ten percent or more of the stock of MDx Medical, Inc.

Dated:  April 19, 2011                                Respectfully submitted,


                                         *s:/Mark J. Rosenberg*
                                         Mark J. Rosenberg
Scott D. Stimpson
David C. Lee
Sills Cummis & Gross P.C.
One Rockefeller Plaza
New York, New York 10020
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: mrosenberg@sillscummis.com
E-mail: sstimpson@sillscummis.com
E-mail: dlee@sillscummis.com

and

Marsha Piccone, Atty. No. 15268
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: piccone@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2011, I electronically filed the foregoing MDx Medical, Inc.'s Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com
- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

_s:/Karen E. Joos_