# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## DECLARATION OF DAVID C. LEE

David C. Lee states and declares as follows under penalty of perjury:

1. My name is David C. Lee. I am over the age of 18 years, and have personal knowledge of the facts stated herein.

2. I am an associate at the firm Sills Cummis & Gross P.C., attorneys for defendant MDx Medical, Inc. ("MDx"). I submit this declaration in support of MDx's Motion for Partial Summary Judgment of Non-infringement.

3. Attached hereto as Attachment A is a true and correct copy of United States Patent No. 7,752,060 (the "'060 Patent").

4. Attached hereto as Attachment B are true and correct copies of certain papers from the image file wrapper for the '060 Patent from the United States Patent and Trademark Office Patent Application Information Retrieval web site.

1879556 v1

5. Attached hereto as Attachment C are true and correct copies of web page displays from the Health Grades, Inc. website www.healthgrades.com relating to physician Sanjay Gupta, MD, medical correspondent for CNN, accessed on April 6, 2011.

6. Attached hereto as Attachment D are true and correct copies of web page displays from the MDx website www.vitals.com relating to physician Sanjay Gupta, MD, medical correspondent for CNN, accessed on April 6, 2011.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/18/11__

_____
DAVID C. LEE