# ATTACHMENT C





## Appointment Info

**Address & Contact Information:**
49 Jesse Hill Jr Drive South East
Suite 337
Atlanta, GA 30303
Phone

**What You Need to Know About:**
- Lung Disease: 6 Signs
- Rheumatoid Arthritis Treatments
- Frequent Urination

**Insurance Accepted:**
- Blue Cross and Blue Shield - BlueCard PPO
- Cigna - Open Access
- Cigna HMO
- Cigna PPO
- Coventry - First Health Network PPO
- More



**Electronic Prescriptions:** No

Looking for new insurance?

## Patient Ratings & Quality

**Patient Ratings**

| | |
|---|---|
| Overall | ★★★★☆ |
| Recommend | ★★★★☆ |
| Trust | ★★★★☆ |
| Communicates | ★★★★☆ |
| Listens | ★★★★★ |
| Time Spent | ★★★★★ |
| Scheduling Appts. | ★★★☆☆ |
| Office Environment | ★★★★★ |
| Office Friendliness | ★★★★★ |
| Wait Time | ★★☆☆☆ |

**Overall Patient Rating**
The overall patient rating for Dr. Sanjay K. Gupta is 4 out of 5 stars based on responses from 3 patients.

**Malpractice**
No Malpractice History Found

**Sanctions**
No Sanction History Found

**Board Actions**
No Board Action History Found

**HealthGrades Honor Roll**
Dr. Sanjay Gupta is a HealthGrades Recognized Doctor.

**Rate This Doctor**

### Popular Health Centers
- **Frequent Urination:** How Often is Too Often?
- **COPD:** Could You Have COPD?
- **Rheumatoid Arthritis:** Latest Treatments
- **Rosacea:** See the 4 Stages of Rosacea
- **Psoriasis:** Understanding Skin Conditions
- **Schizophrenia:** Latest Treatments
- **Adult ADHD:** Take a Test to Check Your Risk

### Research Related Conditions
- Bell's palsy
- Brain Injury
- Brain Tumor
- More

### Most Popular Georgia Cities
- Atlanta
- Augusta
- Savannah
- Rome
- MacOn
- Marietta
- Decatur
- Albany
- Brunswick
- Columbus


