# ATTACHMENT D




**Sanjay Gupta, MD**
Neurological Surgeon
Male - 14 years experience



www.emoryhealthcare.org

80 Jesse Hill Jr Dr SE Ste OPC
Atlanta, GA 30303
(404) 616-5800
Map this Address

Dr. Gupta has
additional addresses

Overall Patient Rating:

Share your opinion



**Profile Summary**
Directions
Rate this doctor
Personalize

Tweet   Like

**More Vitals Tools**
RATE This Doctor | ASK A Dr. Now | CHEAP Insurance
75% OFF Prescriptions | E-MAIL This Profile | PRINT This Profile

**New Back Surgery Option**
Latest Technology to Help You Avoid Open Back Surgery. Contact Us Here!
www.NorthAmericanSpine.com

**Cornell Neurosurgery**
Ranked as one of America's Top Hospitals by US News & World Report
www.cornellneurosurgery.org

**Leading Neurosurgery Cntr**
Two of the nation's most experienced neurosurgeons
strokeandcerebrovascularcenter.com

**Spine Doctor**
Minimally Invasive Treatment For Your Back Pain-Get Your Life Back!
www.LaserSpineInstitute.com/Doctor

Ads by Google

**Leading Neurosurgery Cntr**
Two of the nation's most experienced neurosurgeons
strokeandcerebrovascular...

**Cornell Neurosurgery**

**Specialty**

Neurological Surgery    View ABMS® certification    Board Certified? ✓

**Special Expertise:**
3D Image Guided Operation; Spine Trauma





**UNIV OF MICHIGAN**
CLINICAL ASSISTANT PROFESSOR/NEUROSURGERY

Show all appointments >>


What's This

## General Information

**Languages Available:**
Hindi, Spanish

**Biography & Background:**
Sanjay Gupta is an American physician and a contributing CNN chief health correspondent based in Atlanta, Georgia.

An assistant professor of neurosurgery at Emory University School of Medicine and associate chief of the neurosurgery service at Grady Memorial Hospital in Atlanta, he is also a frequent guest on the news program Anderson Cooper 360. "Charity Hospital" won a 2006 Emmy Award for Outstanding Feature Story in a Regularly Scheduled Newscast.

From 1997 to 1998, he served as one of fifteen White House Fellows, primarily as an advisor to Hillary Clinton.

Gupta currently publishes a column in TIME magazine. He is also host of House Call with Dr Sanjay Gupta.

His book Chasing Life was a New York Times and National bestseller. As of January 2009, he has been offered the position of Surgeon General of the United States in the incoming administration of President-elect Barack Obama.

## Insurance Accepted

Acceptance of particular Insurance Plans may vary, based on different office locations. As a result, we've listed Plans accepted at different locations. Click on any company to see which specific plans are accepted

## Insurance Accepted

Acceptance of particular Insurance Plans may vary, based on different office locations. As a result, we've listed Plans accepted at different locations. Click on any company to see which specific plans are accepted by Dr. Gupta.

**1991 Sproul Rd Broomall, PA**
Independence Blue Cross

**80 Jesse Hill Jr Dr SE Ste OPC Atlanta, GA**
Anthem
Blue Cross Blue Shield of Georgia
Cigna
Medical Mutual of Ohio
Peach State Health Plan
United Healthcare

Need health insurance? It's more affordable than you think!
Click below for an INSTANT quote!



Have more information on this doctor?
Email us at ImproveVitals@vitals.com or review this doctor now.

Are you a doctor? Click here to sign in to Vitals.

Advertisement

**More than two thirds** of Walden master's graduates received a promotion within 1 year of earning their degree*
*Based on Walden's 2007 graduate survey respondents.
Learn how Walden can change your future – WaldenU.edu

Learn More


