**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**ENTRY OF APPEARANCE OF MARSHA M. PICCONE**

---

PLEASE TAKE NOTICE that Marsha M. Piccone, of the law firm Wheeler Trigg O'Donnell LLP hereby enters her appearance as counsel for Defendant MDX Medical, Inc. d/b/a VITALS.COM.

Dated:  April 22, 2011                           Respectfully submitted,


                *s/* Marsha M. Piccone
                Marsha Piccone, Atty. No. 15268
                Ramona Lampley, Atty. No. 37288
                Wheeler Trigg O'Donnell LLP
                1801 California Street, Suite 3600
                Denver, Colorado 80202
                Tel: (303) 244-1800
                Fax: (303) 244-1879
                E-mail: piccone@wtotrial.com
                E-mail: lampley@wtotrial.com

                and

                Mark J. Rosenberg
                Scott D. Stimpson
                David C. Lee
                Sills Cummis & Gross P.C.
                One Rockefeller Plaza
                New York, New York 10020
                Tel: (212) 643-7000
                Fax: (212) 643-6500
                E-mail: mrosenberg@sillscummis.com
                E-mail: sstimpson@sillscummis.com
                E-mail: dlee@sillscummis.com


                *Attorneys for Defendant*
                MDX Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2011, I electronically filed the foregoing ENTRY OF APPEARANCE OF MARSHA M. PICCONE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

_s/Karen E. Joos_____