**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**ENTRY OF APPEARANCE OF RAMONA L. LAMPLEY**

PLEASE TAKE NOTICE that Ramona L. Lampley, of the law firm Wheeler Trigg O'Donnell LLP hereby enters her appearance as counsel for Defendant MDX Medical, Inc. d/b/a VITALS.COM.

Dated:  April 22, 2011	Respectfully submitted,

*s/* Ramona L. Lampley
Marsha Piccone, Atty. No. 15268
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel: (303) 244-1800
Fax: (303) 244-1879
E-mail: piccone@wtotrial.com
E-mail: lampley@wtotrial.com

and

Mark J. Rosenberg
Scott D. Stimpson
David C. Lee
Sills Cummis & Gross P.C.
One Rockefeller Plaza
New York, New York 10020
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: mrosenberg@sillscummis.com
E-mail: sstimpson@sillscummis.com
E-mail: dlee@sillscummis.com

*Attorneys for Defendant*
MDX Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2011, I electronically filed the foregoing ENTRY OF APPEARANCE OF RAMONA L. LAMPLEY with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

_s/Karen E. Joos_____