**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**ENTRY OF APPEARANCE OF DAVID C. LEE**

    PLEASE TAKE NOTICE that David C. Lee, of the law firm Sills Cummis & Gross P.C. hereby enters his appearance as counsel for Defendant MDx Medical, Inc. d/b/a VITALS.COM.

Dated:  April 22, 2011                    Respectfully submitted,

          *s:/* David C. Lee
          Scott D. Stimpson
          Mark J. Rosenberg
          David C. Lee
          Sills Cummis & Gross P.C.
          One Rockefeller Plaza
          New York, New York 10020
          Tel: (212) 643-7000
          Fax: (212) 643-6500
          E-mail: sstimpson@sillscummis.com
          E-mail: mrosenberg@sillscummis.com
          E-mail: dlee@sillscummis.com

          and

          Marsha Piccone, Atty. No. 15268
          Ramona Lampley, Atty. No. 37288
          Wheeler Trigg O'Donnell LLP
          1801 California Street, Suite 3600
          Denver, Colorado 80202
          Tel:  (303) 244-1800
          Fax:   (303) 244-1879
          E-mail: piccone@wtotrial.com
          E-mail: lampley@wtotrial.com

          *Attorneys for Defendant*
          MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2011, I electronically filed the foregoing ENTRY OF APPEARANCE OF DAVID C. LEE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Ramona L. Lampley**
  lampley@wtotrial.com

- **Marsha M. Piccone**
  piccone@wtotrial.com

- **Mark Jon Rosenberg**
  mrosenberg@sillscummis.com

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com


  _s:/_ David C. Lee_____