**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB

HEALTH GRADES, INC.,

      Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

**ENTRY OF APPEARANCE OF SCOTT D. STIMPSON**

---

PLEASE TAKE NOTICE that Scott D. Stimpson, of the law firm Sills Cummis & Gross

P.C. hereby enters his appearance as counsel for Defendant MDx Medical, Inc. d/b/a

VITALS.COM.

Dated:  April 22, 2011                    Respectfully submitted,


                                          *s:/* Scott D. Stimpson
                                          _____
                                          Scott D. Stimpson
                                          Mark J. Rosenberg
                                          David C. Lee
                                          Sills Cummis & Gross P.C.
                                          One Rockefeller Plaza
                                          New York, New York 10020
                                          Tel: (212) 643-7000
                                          Fax: (212) 643-6500
                                          E-mail: sstimpson@sillscummis.com
                                          E-mail: mrosenberg@sillscummis.com
                                          E-mail: dlee@sillscummis.com

                                          and

                                          Marsha Piccone, Atty. No. 15268
                                          Ramona Lampley, Atty. No. 37288
                                          Wheeler Trigg O'Donnell LLP
                                          1801 California Street, Suite 3600
                                          Denver, Colorado 80202
                                          Tel:  (303) 244-1800
                                          Fax:  (303) 244-1879
                                          E-mail: piccone@wtotrial.com
                                          E-mail: lampley@wtotrial.com

                                          *Attorneys for Defendant*
                                          MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 22, 2011</u>, I electronically filed the foregoing ENTRY OF APPEARANCE OF SCOTT D. STIMPSON with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Ramona L. Lampley**
  lampley@wtotrial.com

- **Marsha M. Piccone**
  piccone@wtotrial.com

- **Mark Jon Rosenberg**
  mrosenberg@sillscummis.com

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com


 *s:/* David C. Lee_____