**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## ENTRY OF APPEARANCE – JEFFREY D. PHIPPS, ESQ.

COMES NOW Jeffrey D. Phipps of the law firm of Rothgerber Johnson & Lyons LLP, and enters his appearance on behalf of Health Grades, Inc.

Dated this 10th day of May, 2011.

    ROTHGERBER JOHNSON & LYONS LLP

    *s/ Jeffrey D. Phipps*
    Kris J. Kostolansky, Esq.
    Jesús M. Vázquez, Jr., Esq.
    Jeffrey D. Phipps, Esq.
    1200 17th Street, Suite 3000
    Denver, Colorado  80202
    Tel:  (303) 623-9000
    Fax:  (303) 623-9222
    Email:  kkostolansky@rothgerber.com
           jvazquez@rothgerber.com
           jphipps@rothgerber.com

    *Attorneys for Plaintiff Health Grades, Inc.*

{00925645 / 1}

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2011, I electronically filed the foregoing **ENTRY OF APPEARANCE – JEFFREY D. PHIPPS, ESQ.** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Chunyi Lee
Sills Cummis & Gross P.C. – New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: dlee@sillscummis.com

Mark Jon Rosenberg
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: mrosenberg@sillscummis.com

Marsha M. Piccone
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: piccone@wtotrial.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: lampley@wtotrial.com

Scott David Stimpson
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: sstimpson@sillscummis.com

      */s/ Kimberly Means*
      ROTHGERBER JOHNSON & LYONS LLP