**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**HEALTH GRADES, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), by its undersigned counsel, and pursuant to D.C.Colo.LCivR 6.1(C), respectfully submits its Unopposed Motion to Extend Deadline to Respond to Motion for Partial Summary Judgment:

<u>Conferral pursuant to D.C.Colo.LCivR 7.1(A)</u>

Undersigned counsel conferred with counsel for MDx Medical, Inc. regarding the short, one-week extension requested herein. MDx Medical, Inc. does not oppose the short, one-week extension for Health Grades to respond to the Motion for Partial Summary Judgment.

<u>Unopposed Motion</u>

1.    Health Grades was served with MDx Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement ("Motion for Partial Summary Judgment") on April 19, 2011. The Motion for Partial Summary Judgment was filed on the same date that MDx Medical, Inc. filed its Answer to Health Grades' Complaint.

{00927319 / 1}

2.      Pursuant to D.C.Colo.LCivR 7.1 and C.R.C.P. 6(d), the deadline for the response brief to the Motion for Partial Summary Judgment is May 13, 2011.

3.      Good cause exists for the requested extension.  Due to the confluence of several unforeseen events, Health Grades requires additional time within which to adequately prepare its response to the Motion for Partial Summary Judgment.

4.       Specifically, after commencing the drafting of the response brief, undersigned counsel was required to take an emergency personal trip out of state due to the illness of a family member.  Subsequently, upon his return, undersigned counsel suffered an unanticipated medical leave from work due to a case of food poisoning.  These events adversely affected undersigned counsel's ability to adequately address the Motion for Partial Summary Judgment and further compromised the completion of the response to the same.

5.      Compounding these difficulties, Health Grades' main fact witness and the prosecutor of the patent at issue in this matter, Timothy B. Skull, Esq., has been traveling and unavailable to address fully the issues set forth in the Motion for Partial Summary Judgment.

6.      Despite the aforementioned events, undersigned counsel endeavored to complete a response brief by the May 13, 2011, deadline.  It was only yesterday, May 12, 2011, that it became clear that the response brief could not be adequately completed by the May 13, 2011, deadline.[1]

---

[1] Undersigned is cognizant of this Court's rule regarding the requirement that such requests be filed three business days in advance of the deadline.  Given the circumstances, however, Health Grades respectfully requests that it be granted leave from this Court's rule for the purposes of this Motion.

{00927319 / 1}                                         - 2 -

7. No prejudice to the parties will occur from the requested extension. No deadlines have been set in this matter to date - the Scheduling Conference in this case is not set to occur until June 22, 2011. This is the first request for an extension by Health Grades in this case.

8. For the foregoing reasons, Health Grades respectfully requests an extension of time of one week, through and including May 20, 2011, to respond to the Motion for Partial Summary Judgment.

WHEREFORE, Health Grades respectfully requests that the Court grant its motion and extend the deadline for Health Grades to respond to MDx Medical, Inc.'s Motion for Partial Summary Judgment through and including May 20, 2011.

Dated this 13th day of May, 2011.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email:  kkostolansky@rothgerber.com
            jvazquez@rothgerber.com
            jphipps@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2011, I electronically filed the foregoing **HEALTH GRADES, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Chunyi Lee
Sills Cummis & Gross P.C. – New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: dlee@sillscummis.com

Mark Jon Rosenberg
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: mrosenberg@sillscummis.com

Marsha M. Piccone
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: piccone@wtotrial.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: lampley@wtotrial.com

Scott David Stimpson
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: sstimpson@sillscummis.com

/s    Peggy J. Henke
ROTHGERBER JOHNSON & LYONS LLP

{00927319 / 1}