**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR JUNE 15, 2011
ORAL ARGUMENT ON MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), through its counsel, hereby respectfully requests that, if the Court is inclined to have oral argument on MDx's pending Motion for Partial Summary Judgment (Dkt. # 9, filed April 19, 2011), the argument be scheduled for June 15, 2011. In support thereof, MDx states as follows:

Pursuant to D.C.COLO.LCivR 7.1A, the undersigned conferred with counsel for Plaintiff and Counterclaim Defendant Health Grades, Inc., who indicated that Health Grades does not oppose the relief requested herein.

On April 19, 2011, MDx filed a motion for partial summary judgment, requesting summary judgment that the current MDx Website does not infringe the patent-in-suit. The motion will be fully briefed by June 3, 2011. Counsel for MDx firmly believes that grant of this motion will, as a practical matter, end the case entirely.

1

The parties are required to appear before Judge Brimmer on June 15, 2011, for a hearing relating to claim construction logistics.  Order of April 21, 2011 (Dkt. # 10).  Lead counsel for MDx is located in New York City and will be attending the June 15 hearing.

Should the Court be inclined to have oral argument on the MDx motion for summary judgment, MDx respectfully requests that the Court schedule such oral argument on June 15, the same day counsel will be in Denver for the hearing relating to claim construction issues.  If the Court's schedule does not allow the time for this oral argument on June 15, then we respectfully request the same on June 14, or June 16.

Dated:  May 24, 2011                                        Respectfully submitted,


*s:/Scott D. Stimpson*
Scott D. Stimpson
Mark J. Rosenberg
David C. Lee
Sills Cummis & Gross P.C.
One Rockefeller Plaza
New York, New York 10020
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: mrosenberg@sillscummis.com
E-mail: dlee@sillscummis.com

and

Marsha Piccone, Atty. No. 15268
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: piccone@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2011, I electronically filed the foregoing MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR JUNE 15, 2011 ORAL ARGUMENT ON MOTION FOR PARTIAL SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Marsha M. Piccone**
  piccone@wtotrial.com, joos@wtotrial.com, kunkler@wtotrial.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com


　　　　　　　　　　　　　　　　　　　　_s:/Karen E. Joos_____