**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB

HEALTH GRADES, INC.,

      Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

**PROPOSED ORDER GRANTING MDX MEDICAL, INC.'S
UNOPPOSED MOTION FOR JUNE 15, 2011 ORAL ARGUMENT
ON MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

This Court, having read and considered MDx Medical, Inc.'s Unopposed Motion for June 15, 2011 Oral Argument on Motion for Partial Summary Judgment, concludes that oral argument is appropriate; accordingly

IT IS ORDERED that oral argument on the motion for summary judgment is set for **June 15, 2011 at _____ a.m./p.m.** in Courtroom A701 at the United States Courthouse located at 901 19th Street, Denver, Colorado.

DATED _____.

                      BY THE COURT:

                      _____