IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## AMENDMENT TO HEALTH GRADES, INC.'S RESPONSE IN OPPOSITION TO MDX MEDICAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT

Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Amendment to Response in Opposition to MDX Medical, Inc.'s Motion for Partial Summary Judgment of Non-Infringement (the "Motion"):

### A-1. RESPONSE TO STATEMENT OF UNDISPUTED MATERIAL FACTS

    1.    Admitted.

    2.    Admitted.

    3.    Admitted.

    4.    Denied. The claim language "comparison ratings of health care providers" was not necessary "in order to obtain the '060 Patent" as contended by MDx. The "Amendment & Response to Non-Final Office Action" attached by MDx to its Motion unequivocally discusses that the prior art does not teach, discuss or suggest "comparison ratings." *See* Amendment & Response to Non-Final Office Action, Attachment B to Exhibit 1 to Motion, pages 12 of 26, 13 of 26, 14 of 26, 15 of 26, and 16 of 26. Moreover, the examiner did not reference the claim

language as a reason for allowing the patent in his "Reasons for Allowance." <u>See</u> Reasons for Allowance, Attachment B to Exhibit 1 to Motion, pages 23 – 26.

       5.      Denied. The MDx website provides for "ratings" – not "rankings" as incorrectly asserted by MDx. <u>See</u> Attachment D to Exhibit 1 to Motion, showing screen shots from the MDx website displaying "Overall Patient **Rating**"; "Patient **Ratings** & Comments"; "**Rate** This Doctor." (Emphasis added.)

       6.      Denied. The MDx website provides for "ratings" of doctors, i.e., healthcare providers, and allows users to compare ratings of healthcare providers. <u>See</u> Exhibit B to Response [Doc. 23-2], Affidavit of Allen Dodge, ¶ 3; <u>See</u> Attachment D to Exhibit 1 to Motion, showing screen shots from the MDx website displaying "Overall Patient Rating"; "Patient Ratings & Comments"; "Rate This Doctor."