IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDMENT TO RESPONSE IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Unopposed Motion for Leave to File Amendment to Response in Opposition to Motion for Partial Summary Judgment of Non-Infringement:

<u>Conferral pursuant to D.C.Colo.LCivR 7.1(A)</u>

Undersigned counsel conferred with counsel for MDx Medical, Inc. regarding the Amendment requested herein and is authorized to state that MDx does not oppose the Amendment.

<u>Unopposed Motion</u>

1.    Health Grades filed its Response in Opposition to MDx Medical, Inc.'s Motion for Partial Summary Judgment of Non-Infringement (the "Response") on Friday, May 20, 2011 [Doc. 23]. In the Response undersigned counsel inadvertently omitted the section entitled "Response to Statement of Undisputed Material Facts," which is attached hereto as Exhibit A.

{00931302 / 1}

2.     The attached Amendment is brief, concise, and conforms with the Court's Practice Standards, Section F(3)(b)(iv).  Further, the factual explanations for the three denials in the Amendment are not new and were made within the "Argument" section in the Response.

3.     MDx does not oppose the Amendment, and allowing the Amendment will facilitate the Court's determination of which facts are in dispute and its ultimate resolution of the motion.  No prejudice will be suffered by the parties by virtue of the Court's allowance of the requested Amendment, and allowing the Amendment will eliminate the necessity for the Response to be resubmitted in its entirety.

WHEREFORE, Health Grades respectfully requests that the Court grant its Unopposed Motion for Leave to File Amendment to Response in Opposition to Motion for Partial Summary Judgment of Non-Infringement, and allow the Amendment to the Response attached as Exhibit A hereto.

Respectfully submitted this 25th day of May, 2011.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email:  kkostolansky@rothgerber.com
         jvazquez@rothgerber.com
         jphipps@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2011, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE AMENDMENT TO RESPONSE IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Chunyi Lee
Sills Cummis & Gross P.C. – New York
One Rockefeller Plaza, 25th Floor
New York, NY 10020
Email: dlee@sillscummis.com

Mark Jon Rosenberg
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY 10020
Email: mrosenberg@sillscummis.com

Marsha M. Piccone
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: piccone@wtotrial.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: lampley@wtotrial.com

Scott David Stimpson
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY 10020
Email: sstimpson@sillscummis.com

/s   *Peggy J. Henke*
ROTHGERBER JOHNSON & LYONS LLP

{00931302 / 1}                                    - 3 -