# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## DECLARATION OF DAVID C. LEE

David C. Lee states and declares as follows under penalty of perjury:

1. My name is David C. Lee. I am over the age of 18 years, and have personal knowledge of the facts stated herein.

2. I am an associate at the firm Sills Cummis & Gross P.C., attorneys for defendant MDx Medical, Inc. ("MDx"). I submit this declaration in support of MDx's Reply Memorandum in Support of Its Motion Pursuant to Federal Rules Of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement.

3. Attached hereto as Attachment A is a true and correct copy of United States Patent Application Publication No. US 2003/0195838, listing inventor Julian L. Henley.

1923650 v1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/2/11__

__/s/ David C. Lee__
DAVID C. LEE