IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action No. 11-cv-00520-PAB-BNB | Date: June 16, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

---

| | |
|---|---|
| HEALTH GRADES, INC., | Jesus Vazquez, Jr. |
| | Kris Kostolansky |
| Plaintiff(s), | |
| v. | |
| MDX MEDICAL, INC., | Scott Stimpson |
| Defendant(s). | |

---

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:     9:29  p.m.

Appearances of counsel.

Court's opening remarks.

Deadline for joinder of parties and amendment of pleadings is: **July 31, 2011**

Expert Discovery cut-off  is: **March 31, 2012**

Fact Discovery cut-off: **January 16, 2012**

The dispositive motion deadline is: **April 30, 2012**

The parties shall designate all experts no later than: **January 16, 2012**

The parties shall designate all rebuttal experts no later than: **February 16, 2012**

All written discovery must be served so that responses are due on or before discovery cut off.

-1-

Settlement Conference will be held at the request of the parties.

Pretrial Conference shall be held **June 14, 2012 at 8:30 a.m.** A proposed Pretrial Order shall be submitted on or before **June 7, 2012**.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess:      9:39 a.m.      Hearing concluded.    Total time in court: 00:10

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.