# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | Date: June 15, 2011 |
| Court Reporter: Janet Coppock | Time: 00:06 minutes |

**CASE NO.  11-cv-00520-PAB-BNB**

| Parties | Counsel |
|---|---|
| HEALTH GRADES, INC., | Jesus Vazquez, Jr. |
| | Kris Kostolansky |
| Plaintiff (s), | |
| vs. | |
| | Marsha Piccone |
| **MDX MEDICAL, INC.** | Scott Stimpson |
| Defendant (s). | |

**9:00 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Discussion regarding Markman issues, briefing schedule, claim construction issues and setting a Markman Hearing.
After the scheduling conference set for June 16, 2011, with Magistrate Judge Boland, the parties shall agree on a time to set the Markman Hearing. It should last no more than half a day.

**ORDERED**: **Plaintiff's oral motion to file surreply is denied.**

**9:06 a.m.**     **COURT IN RECESS**

**Total in court time: 00:06          minutes**

**Hearing concluded**