IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

AMENDED COURTROOM MINUTES

Courtroom Deputy: Geneva D. Mattei
Court Reporter: Janet Coppock

Date: June 15, 2011
Time: 00:06 minutes

**CASE NO.  11-cv-00520-PAB-BNB**

| Parties | Counsel |
|---|---|
| HEALTH GRADES, INC., | Jesus Vazquez, Jr. |
|  | Kris Kostolansky |
| Plaintiff (s), |  |
| vs. |  |
|  | Marsha Piccone |
| **MDX MEDICAL, INC.** | Scott Stimpson |
| Defendant (s). |  |

**9:00 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Discussion regarding Markman issues.

After the scheduling conference with Judge Boland, the parties shall agree on a time frame during which the Markman hearing should be set and  shall contact chambers.

**ORDERED**: **MDX MEDICAL, INC.'s unopposed motion for June 15, 2011 oral argument on motion for partial summary judgment [doc. #24; filed**

5/24/11] is denied for reasons set forth on the record.

**ORDERED**: **Plaintiff's oral motion to file surreply is granted.**

**9:06 a.m.    COURT IN RECESS**

**Total in court time:   00:06  minutes**

**Hearing concluded**