## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

      Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

### AFFIDAVIT OF JEFFREY D. PHIPPS

---

1.      My name is Jeffrey D. Phipps.  I am over the age of 18 years and have personal knowledge of the facts stated herein.

2.      I am an associate at the law firm Rothgerber Johnson & Lyons, LLP, and submit this declaration in support of Health Grades, Inc.'s Sur-Reply (the "Sur-Reply") to MDX Medical, Inc.'s Reply Memorandum in Support of its Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement.

3.      Attached as Exhibit B to the Sur-Reply and as referenced on pages 4, 5 and 6 of the Sur-Reply are true and correct copies of portions of certain web page displays, i.e., screenshots, from the MDx website www.vitals.com showing "Overall Patient Rating" scores for physicians, "Match Score" ratings and the related slider bars, and "Patients' Choice" ratings awards, accessed on June 24, 2011.  The circle around the "Patients' Choice" screenshot shown on page 6 of the Sur-Reply was added for ease of reference.

{00941696 / 1}

EXHIBIT

A

tabbies®

I declare under penalty of perjury that the foregoing facts are true and correct.


Jeffrey D. Phipps, Esq.


STATE OF COLORADO     )
                      )      ss.
COUNTY OF DENVER      )


Subscribed and sworn to before me by Jeffrey D. Phipps, Esq., this 24th day of June, 2011.

WITNESS MY HAND AND OFFICIAL SEAL.


My Commission expires: _12-1-2013_____.


Nancy J. Stewart
Notary Public