**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**PROPOSED ORDER GRANTING MDX MEDICAL, INC.'S**
**MOTION TO STRIKE IN PART THE SUR-REPLY OF HEALTH GRADES, INC.**

---

    This Court, having read and considered the MDx Medical, Inc.'s Motion to Strike In Part the Sur-reply of Health Grades, Inc., concludes that striking Section B and Exhibits A and B of Plaintiff Health Grades, Inc.'s Sur-Reply to MDx Medical, Inc.'s Reply Memorandum In Support of Its Motion Pursuant to Federal Rule of Civil Procedure 56 For Partial Summary Judgment of Non-Infringement (dkt. # 37), is appropriate; accordingly

    IT IS ORDERED that MDx Medical, Inc.'s Motion to Strike In Part the Sur-reply of Health Grades, Inc. is GRANTED.

DATED _____.

                                                  BY THE COURT:

                                                  _____