**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**NOTICE OF ENTRY OF APPEARANCE**

    PLEASE TAKE NOTICE that Terence M. Ridley with the law firm of Wheeler Trigg O'Donnell LLP hereby enters his appearance as co-counsel for Defendant MDX Medical, Inc. d/b/a VITALS.COM.

Dated: July 5, 2011                       Respectfully submitted,

                                              *s/ Terence M. Ridley*
                                              Terence M. Ridley
                                              Wheeler Trigg O'Donnell LLP
                                              1801 California Street, Suite 3600
                                              Denver, Colorado 80202
                                              Tel: (303) 244-1800
                                              Fax: (303) 244-1879
                                              E-mail: ridley@wtotrial.com

                                              *Attorney for Defendant*
                                              MDX Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2011, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Marsha M. Piccone**
  piccone@wtotrial.com, kunkler@wtotrial.com, joos@wtotrial.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Jesus Manuel Vazquez , Jr**
  jvazquez@rothgerber.com, phenke@rothgerber.com

*s/ Terence M. Ridley*_____
Terence M. Ridley
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel: (303) 244-1800
Fax: (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorney for Defendant*
MDX Medical, Inc. d/b/a VITALS.COM