**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**UNOPPOSED MOTION TO WITHDRAW MARSHA M. PICCONE**
**AS COUNSEL OF RECORD**

Pursuant to D.C.Colo.LCivR 83.3(D) and ECF-Civ.P. Section V.5.5(B), Marsha M. Piccone hereby submits this Unopposed Motion to Withdraw as Counsel of Record for Defendant MDx Medical, Inc., d/b/a Vitals.com, and in support states as follows:

    1.    Ms. Piccone will no longer be with the law firm of Wheeler Trigg O'Donnell LLP effective July 7, 2011, thereby requiring withdrawal as one of the counsel of record on behalf of Defendant MDx Medical, Inc., d/b/a Vitals.com.

    2.    Terence M. Ridley and Ramona L. Lampley of the law firm of Wheeler Trigg O'Donnell LLP, and Scott D. Stimpson, Mark Rosenberg, and David C. Lee of the law firm Sills Cummis & Gross P.C., will continue as counsel of record on behalf of Defendant MDx Medical, Inc., d/b/a Vitals.com.

    3.    MDx Medical, Inc., d/b/a Vitals.com has been notified of Ms. Piccone's departure and withdrawal.

4.	Pursuant to D.C.COLO.LCivR 7.1(A), counsel for MDx Medical, Inc., d/b/a Vitals.com has conferred with counsel for Plaintiff Health Grades, Inc., and Health Grades, Inc. does not oppose this Motion to Withdraw.

WHEREFORE, for the foregoing reasons, Ms. Piccone respectfully requests that the Court grant this Motion to Withdraw.

Dated:  July 5, 2011

Respectfully submitted,

*s/Marsha M. Piccone*
Marsha M. Piccone
Terence M. Ridley
Ramona Lampley
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel: (303) 244-1800
Fax: (303) 244-1879
E-mail: piccone@wtotrial.com
E-mail: lampley@wtotrial.com

and

Scott D. Stimpson
Mark Rosenberg
David C. Lee
Sills Cummis & Gross P.C.
One Rockefeller Plaza
New York, New York 10020
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: mrosenberg@sillscummis.com
E-mail: dlee@sillscummis.com

*Attorneys for Defendant*
MDX Medical, Inc. d/b/a VITALS.COM

2

# CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2011, I electronically filed the foregoing MOTION TO WITHDRAW MARSHA M. PICCONE AS COUNSEL OF RECORD with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com

- **Terence M. Ridley**
  ridley@wtotrial.com; norris@wtotrial.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

_s/ Karen E. Joos_