**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
MARSHA M. PICCONE AS COUNSEL OF RECORD**

THE COURT, having read and considered the foregoing Unopposed Motion to Withdraw as Counsel of Record filed by Marsha M. Piccone;

It is hereby ORDERED that the Motion is granted. Attorney Marsha M. Piccone is hereby WITHDRAWN as counsel of record for Defendant. The Clerk of Court shall remove Marsha M. Piccone from the CM/ECF electronic notice list.

Dated: _____

BY THE COURT:

_____
United States District Judge