IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Withdraw Marsha M. Piccone as Counsel of Record** [docket no. 43, filed 7/5/11] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and attorney Marsha M. Piccone is withdrawn from the representation of Defendant MDx Medical, Inc., d/b/a Vitals.com and is to be removed from the electronic service.

DATED: July 6, 2011