IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Extend Deadline for Submission of Portions of Infringement Contentions and related Disclosures** [docket no. 40, filed July 1, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff shall complete its Disclosures on or before **July 19, 2011**.

DATED:  July 6, 2011