IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **MDX Medical, Inc.'s Unopposed Motion for Extension of Time to Serve Portions of Invalidity Contentions and Accompanying Documents** [docket no. 49, filed August 18, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant MDX Medical, Inc. has to and including **August 26, 2011**, in which to complete its Invalidity Disclosures pursuant to Sections 3-3 and 3-4 of the Patent Local Rules incorporated into the Scheduling Order.

DATED:  August 18, 2011