**Exhibit A – Proposed Constructions for U.S. Patent No. 7,752,060**

**Terms Proposed for Construction**

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| **PHRASE TO BE CONSTRUED AGREED TO BY PARTIES:**<br><br>**"healthcare provider report on the first healthcare provider"** | *Proposed construction*:  a formatted and organized presentation of information that relates to one or more healthcare providers identified in response to a query for information regarding healthcare provider(s. | *Proposed construction*:  Report directed specifically to the first healthcare provider. |
| | *Specification Support:*<br><br>*Claim Language:*<br>    creating, by the at least one computer processor, a health-care provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information veri-fied by the independent third-party source, wherein the healthcare provider report on the first healthcare pro-vider includes comparison ratings of healthcare provid-ers; and<br><br>Claim 4:  "The method as defined in claim 1, wherein the healthcare provider report includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center."<br><br>Col. 1:12-20:<br>"This invention generally relates to an Internet-based system and method that connects patients with potential healthcare providers, e.g., physicians and hospitals. More particularly, the present invention relates to providing on-line ratings and reports comprised of detailed healthcare provider information with verified information sections, including physician-verified and/or independent third-party-verified portions, and patient- | *Specification Support:*[1]<br><br>FIG. 3A, 3B;<br>Col. 2:21-40;<br>Col. 7:52 - 8:67;<br>FIG. 9 and accompanying text in specification;<br>FIG. 16 and accompanying text in specification. |

---

[1] Included in all of the MDx specification evidence, of course, is the full language of the claims.

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | provided information sections, to assist patients in differentiating among healthcare providers." <br><br> Col. 1:56-2:15: <br> "Embodiments of the present invention generally relate to providing an Internet-based system, involving a database and search capabilities and manipulations, to direct patients to potential healthcare providers, e.g., physicians, hospitals, nursing homes, treatment facilities, etc., and, similarly, to enable such providers to reach patients they may not otherwise reach. Aspects of particular embodiments relate to performing searches for healthcare providers based on geographic area, specialty, and/or other criteria, in which the company maintaining and/or managing the Web site (hereinafter, "the company") compiles and produces a results list of providers meeting such criteria. For example, a company Web site which provides such information and services is www.HealthGrades.com, provided by HealthGrades, Inc. From this list, a patient may access a detailed "report" or, in one embodiment, comparison ratings on that particular provider. In an embodiment, each report contains information which has been verified by the company or by another independent third party. In one embodiment, searches by a potential patient may be conducted from within the Web site of the company providing the healthcare provider information and comparison service, while other embodiments involve the use of common search engines external to the company Web site, such as Google, Yahoo, etc. Some embodiments relate to searches for physicians, while others relate to searches for hospitals, nursing homes, or other types of healthcare providers or treatment facilities." <br><br> Col.2:16-40: <br> "As discussed herein, an aspect of a particular embodiment relates to a database of physician-related information, | |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | wherefrom data is gathered and compiled into the form of a "report" and is made available to potential patients. Such reports contain different types of verified information for each physician within the database. In an exemplary embodiment, in response to a search query for a particular physician name conducted using a search engine external to the company Web site, the patient receives a Web-based "profile" of a selected physician matching, or closely matching, the entered search terms. A profile lists detailed information potentially available about that physician which may be obtained in the form of a report. One embodiment of the invention provides for a standard profile, which provides the physician's specialty and general location (city/state) and provides a hyperlink for the patient to purchase a report on that physician containing information verified in some manner, such as by the company or by another independent third party. Such verified information comprises board certifications, disciplinary action(s), if any, years since medical school, etc. In an embodiment, the standard report may also include a patient-provided information section, including patient experience surveys completed by other patients of the physician and a place where patients accessing the report may share their experiences with the physician."<br><br>Col. 2:27-29:<br>"A profile lists detailed information potentially available about that physician which may be obtained in the form of a report."<br><br>Col. 2:52-62:<br>"An aspect of a particular embodiment relates to the different levels of verified information available in each member physician's report, in which such information may include: (1) a physician-verified, or physician-provided, section including information the physician feels will help a patient choose him or her as a physician; (2) a company-verified section including | |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | information such as board certifications, medical school, internship, residency, disciplinary action(s), if any, etc.; and (3) a patient-provided information section, including patient experience surveys by other patients of the physician relating their past experiences with the physician." <br><br> Col. 2:63-67: <br> "As noted above, another embodiment, and aspects related thereto, involves profiles and reports containing similar content, formatting, hyperlinks, etc. for searches regarding hospitals, medical practices, nursing homes, and/or other treatment facilities." <br><br> Col. 3:50-54: <br> "FIG. 3A illustrates detailed information that may be included in a physician member-enhanced report, which report may be obtained by selecting one of the physicians listed in the results page(s) depicted in FIG. 2, in accordance with an embodiment of the present invention." <br><br> Col. 3:55-58: <br> "FIG. 3B illustrates information contained within a non-member report, as opposed to the member-enhanced report illustrated in FIG. 3A, in accordance with an embodiment of the present invention." <br><br> Col. 6:29-34: <br> "In the exemplary embodiment depicted in FIG. 2A, each of the physicians listed in the first section 208 of results list 206 has the same last name, following a search for physicians by the name of "Matthews." Next to each physician name in the list 208 is a hyperlink 210 or 212 to access a report for that physician." <br><br> Col. 8:45-55: | |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | "While four sections are shown and discussed in reference to the member-enhanced report 304, it is conceivable that the report could contain numerous additional possible sections. Further, while this disclosure has listed specific types of information and data available in the report 304 in accordance with an embodiment of the invention, other embodiments of the invention may include other types of information and/or data. Moreover, other embodiments may have a different ordering of the sections. The exemplary embodiments depicted and discussed herein are not intended to limit the scope of the invention."<br><br>Col. 10:50-51:<br>"In some embodiments, headings of information available in a report are included in a profile."<br><br>Col. 18:27-42:<br>"In an embodiment, compile operation 1610 compiles different sources of information and data into either a report format or profile format. Other embodiments may involve other format types; however, report and profile formats are referred to herein as exemplary embodiments. In an embodiment, the physician-provided information 1604, patient-provided information 1606, and independent third party verification information 1608 is compiled into a report and/or profile 112 (FIG. 1) and stored in database 108. In other embodiments, other types of information and data may be compiled into a report or profile. The particular embodiments described herein are not intended to limit the types of information which may be provided and/or verified. Next, the report or profile 112 created in compile operation 1610 is stored in database 108 in store operation 1612. Terminate operation 1614 ends process 1600." | |
| | *File History:* none cited. | *File History:* |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | | 11/13/09 Office Action; 2/16/10 Amendment & Response; 4/26/10 Supplemental Amendment. |
| | *Extrinsic Evidence:*  Various dictionaries, including for example:  A database report presents information retrieved from a table or query in a preformatted, attractive manner. About.com Databases, http://databases.about.com/cs/administration/g/report.htm (last visited September 29, 2011.  A formatted and organized presentation of data.  Most database management systems include a report writer that enables you to design and generate reports. Webopedia, http://www.webopedia.com/TERM/R/report.html (last visited on September 29, 2011.  *Yodlee, Inc. v. CashEdge, Inc.*, 2006 U.S. Dist. LEXIS 48614 (N.D. Cal., July 7, 2006) (defining "reports" and "presenting reports from the data" as "presenting calculated and solution-oriented results derived from data.".  Dr. Phil Greenspun may testify that the proposed construction is consistent with the ordinary meaning of this term to one of ordinary skill in the art and consistent with the specification.  One or more of the inventors may testify that the proposed construction is consistent with the ordinary meaning of this term to one of ordinary skill in the art and consistent with the | *Extrinsic Evidence:*[2]  None cited. |

---

[2] MDx reserves all objections to all Health Grades proposed extrinsic evidence.  Health Grades reserves all objections to the extrinsic evidence referenced by MDx.

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
|  | specification. |  |
|  |  |  |
| **HEALTH GRADES:**<br><br>**"comparison ratings"**<br><br>_____<br><br>**MDX:**<br><br>**"report on the first healthcare provider includes comparison ratings of healthcare providers"** | *Proposed construction*: a rating system that facilitates comparison(s) amongst physicians to highlight which physician(s) identified in response to a query for information best fit one or more criteria. | *Proposed construction*: Report directed specifically to the first healthcare provider that includes ratings of multiple providers other than the first healthcare provider.<br><br>MDx proposes that the Court construe the phrase: "report on the first healthcare provider includes comparison ratings of healthcare providers".<br><br>MDx objects to the term proposed by Health Grades as being out of context. If the Court construes "comparison ratings" alone, the construction should be: ratings of multiple providers other than the first healthcare provider. |
|  | *Claim Language:*<br>    creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and<br><br>*Specification Support:*<br><br>Col. 1:29-47:<br>"Indeed, consumers rely heavily on the Internet for information and data. However, one well-recognized problem with the Internet is that the patient often cannot assess the veracity of the information which is revealed through an Internet search query using a common search engine, such as Google, Yahoo, etc. | *Specification Support:*<br><br>Abstract;<br>Col. 1:43-45;<br>Col. 7:11-14;<br>Col. 9:15-25;<br>Col. 13:37-43;<br>FIG. 16 and accompanying text in specification. |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | Further, with regard to healthcare provider information in particular, there are few, if any resources available for patients to discover any information, much less verified information, about physicians or hospitals. Typically, any information about physicians or hospitals on the Internet is provided by the physicians or hospitals themselves (and, in some cases, insurance companies. Such information may not be updated on a regular basis or may contain inaccurate or incomplete information. Further, even if such information is available, it is usually not organized in a manner that would allow a patient to compare physicians or hospitals, search for a particular physician or hospital by geographic area or other criteria, or verify a physician's or hospital's certifications and licensures."<br><br>Col. 1:62-2:5:<br>"Aspects of particular embodiments relate to performing searches for healthcare providers based on geographic area, specialty, and/or other criteria, in which the company maintaining and/or managing the Web site (hereinafter, "the company") compiles and produces a results list of providers meeting such criteria.  For example, a company Web site which provides such information and services is www.HealthGrades.com, provided by HealthGrades, Inc. From this list, a patient may access a detailed "report" or, in one embodiment, comparison ratings on that particular provider."<br><br>Col. 5:14-20:<br>"A network environment 100 for providing a potential patient with Web-based access to a system for obtaining verified information on healthcare providers, including comparison ratings amongst other data, is shown in FIG. 1. A "potential patient" or "patient" is any person seeking healthcare information and can thus be referred to by any term indicating such, including, but not limited to, user, consumer, etc." | |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | Col. 6:63-7:15:<br>"In addition to including a first list 208 of physicians that closely match the specific name criteria entered by the user, the physician name results Web page 202 also includes a separate section 220 of "member physicians" that closely match the specialty and city/state criteria, even though they may not match the name criteria input by the patient. For example, in the exemplary embodiment shown in FIG. 2A, the member physicians within the list 220 do not match the specified name criteria, but they do meet the state/city and/or specialty criteria specified. Because physicians within the list 220 are "member physicians," hyperlinks to free reports are provided next to their names. This feature gives member physicians a competitive advantage over other physicians by having their names appear on the results Web page 202 even if they do not meet the exact search criteria specified by the patient. In accordance with an embodiment of the invention, comparisons amongst the physicians may be provided to the patient, in which such comparisons highlight which physicians best fit the patient's specified criteria."<br><br>Col. 13:36-43:<br>"If not, flow branches NO to terminate operation 1132, which ends process 1100. If query 1116 determines that the patient would like to receive the type of information shown in the sample report, flow branches YES to receive operation 1118 where physician comparison results are provided. In particular, operation 1118 provides the patient with information regarding how well physicians listed satisfy the specified criteria 1106, 1108, and 1110." | |
| | *Prosecution History:* | *Prosecution History:* |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | 2/16/10 Amendment<br>4/26/10 Amendment | 11/13/09 Office Action;<br>2/16/10 Amendment & Response;<br>4/26/10 Supplemental Amendment;<br>Henley prior art, ¶¶ 30, 37, 107, 114, 128, 137. |
| | *Extrinsic Evidence:*<br><br>*Block Financial Corp. v. LendingTree, Inc.*, 2007 U.S. Dist. LEXIS 72332 (W.D. Mo., Sept. 27, 2007) ("rating" defined as "a value or measure assigned to the applicant.")<br><br>Various dictionaries including for example:<br><br>Dictionary.com, http://www.vocabulary.com/definition/rating (last visited on September 29, 2011):<br><br>DEFINITIONS OF:<br>**rating**<br><br>*n.* **an appraisal of the value of something**<br>Synonyms: evaluation, valuation<br>Types: *show 11 types...*<br>Type of: appraisal, assessment<br>the classification of someone or something with respect to its worth<br><br>*n.* **act of ascertaining or fixing the value or worth of**<br>Synonyms: evaluation<br>Types: grading, marking, scoring<br>evaluation of performance by assigning a grade or score<br>Type of: assessment, judgement, judgment<br>the act of judging or assessing a person or situation or event<br><br>*n.* **standing or position on a scale**<br>Type of: standing<br>social or financial or professional status or reputation | *Extrinsic Evidence:*<br><br>MDx's summary judgment and motion to strike briefing (dkt. # 9, 30, 38, 48) are hereby incorporated by reference herein in their entirety. |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | Cambridge Dictionaries Online, http://dictionary.cambridge.org/dictionary/british/rating (last visited on September 29, 2011):<br><br>### rating<br>*noun* UK🔊 US🔊 /ˈreɪ.tɪŋ/ Ⓖ /-t̬ɪŋ/<br>**Definition**<br>[C or U] a measurement of how good or popular someone or something is<br>*The government's **popularity** rating sank to an all-time low.*<br>· ·<br><br>Dr. Phil Greenspun may testify that the proposed construction is consistent with the ordinary meaning of this term to one of ordinary skill in the art and consistent with the specification.<br><br>One or more of the inventors may testify that the proposed construction is consistent with the ordinary meaning of this term to one of ordinary skill in the art and consistent with the specification. | |
| | | |
| "member of the company managing the Web site" / "member healthcare provider" | *Proposed Definition:* a healthcare provider for whom a fee has been paid to the company managing the website. | *Proposed construction:* This term has a plain and ordinary meaning, but if a construction is required, the construction should be: member of the company entity that is managing the Web site. |
| | *Specification Support:*<br><br>Claim 9: determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; and . . . providing enhanced services for the member healthcare provider . . ."<br><br>Claim 17: "determines from the results list whether the first healthcare provider is a member of the company managing the | *Specification Support:*<br><br>Col. 6:45 – 7:14;<br>Col. 15:26-27;<br>FIG. 16 and accompanying text in specification. |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | Web site . . ." | |
| | Col. 2:41-51:<br>"Another embodiment relates to a "member" profile and "member enhanced" report for physicians who have paid a fee to the company managing the Web site. The fee paid by the member physicians allows such physicians to provide information in the report in addition to that provided in a standard report. The member profile provides details on the physician's area of specialty, philosophy, practice, office location address, etc., and a hyperlink to a free detailed member enhanced report. The enhanced nature of the profile and its hyperlink to a free report on that physician provides a competitive advantage to a member physician." | |
| | Col. 6:45-55:<br>"In this disclosure, a physician paying an upfront fee to the company is referred to as a "member" physician; however, such a physician may be referred to by any term, such as an "affiliated physician," "associated physician," etc. According another arrangement, such as, by way of example only, where the physician's practice group or affiliated hospital pays a fee to the company to make reports of all affiliated physicians available at no charge. Regardless of the entity or person paying the fee to the company, such physicians are referred to as "member" physicians for purposes of simplicity and consistency in this disclosure." | |
| | *File History:* none cited. | *File History:*<br><br>11/13/09 Office Action. |
| | *Extrinsic Evidence:*<br><br>Dr. Phil Greenspun may testify that the proposed construction is consistent with the ordinary meaning of this term to one of | *Extrinsic Evidence:*<br><br>None cited. |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | ordinary skill in the art and consistent with the specification.<br><br>One or more of the inventors may testify that the proposed construction is consistent with the ordinary meaning of this term to one of ordinary skill in the art and consistent with the specification. | |
| | | |
| **"first healthcare provider"** | *Proposed construction*:  a physician or other healthcare professional. | *Proposed construction*:  A specific healthcare provider on which a request for information is received, healthcare provider-verified information is accessed, patient-provided information is compiled, and information verified by an independent third-party source is compiled. |
| | *Specification Support*:<br><br>Claim 4 says the healthcare provider report includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center.<br><br>Claim 14 says the healthcare provider is a physician.<br><br>Col. 1:11-14:<br>"This invention generally relates to an Internet-based system and method that connects patients with potential healthcare providers, e.g. physicians and hospitals."<br><br>Col. 2:13-15:<br>"Some embodiments relate to searches for physicians, while others relate to searches for hospitals, nursing homes, or other types of health care providers or treatment facilities."<br><br>Col. 19:60-65:<br><br>"For example, the present invention may not be limited | *Specification Support*:<br><br>FIG. 1;<br>Col. 2:21-40;<br>FIG. 9 and accompanying text in specification;<br>FIG. 16 and accompanying text in specification;<br>Col. 20:23-57;<br>Col. 22:17-47. |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | specifically to healthcare provider information but, instead, may be applicable to any kind of professionals, such as engineers, accountants, veterinarians, dentists, etc." | |
| | *Prosecution History:*<br><br>4/26/10 Amendment | *Prosecution History:*<br><br>4/26/10 Supplemental Amendment. |
| | *Extrinsic Evidence:*<br><br>Dr. Phil Greenspun may testify that the proposed construction is consistent with the ordinary meaning of this term to one of ordinary skill in the art and consistent with the specification.<br><br>One or more of the inventors may testify that the proposed construction is consistent with the ordinary meaning of this term to one of ordinary skill in the art and consistent with the specification. | *Extrinsic Evidence:*<br><br>None cited. |
| **"healthcare provider-verified information"** | *Proposed Definition:*  Information verified by a physician or other healthcare professional. | *Proposed construction:*  Information proved to be true directly and personally by the healthcare provider. |
| | *Specification Support:*<br><br>Claim 1:<br><br>"accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies . . . ."<br><br>Abstract: | *Specification Support:*<br><br>Col. 1:24-43; 2:55;<br>Col. 7:56 – 8:2;<br>Col. 10:60-61;<br>Col. 17:1-22;<br>FIG. 16 and accompanying text in specification. |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | "Information provided to the patient may be in the form of a report, profile, ratings, etc., including patient-provided information, physician-verified information, and information verified by an independent third party. The verified information and ratings provided by the Web site enable patients to differentiate among healthcare providers and thereby select the provider that best meets their individual needs."<br><br>Col. 2:53-67:<br>"An aspect of a particular embodiment relates to the different levels of verified information available in each member physician's report, in which such information may include:  (1) a physician-verified, or physician-provided, section including information the physician feels will help a patient choose him or her as a physician; (2) a company-verified section including information such as board certifications, medical school, internship, residency, disciplinary action(s), if any, etc.; and (3) a patient-provided information section, including patient experience surveys by other patients of the physician relating their past experiences with the physician.  As noted above, another embodiment, and aspects related thereto, involves profiles and reports containing similar content, formatting, hyperlinks, etc. for searches regarding hospitals, medical practices, nursing homes, and/or other treatment facilities."<br><br>Col. 7:52-66:<br>"A patient who selects to view a particular member physician's free report next receives a Web page view 302 of this member-enhanced report 304, as depicted in FIG. 3A. In an exemplary embodiment, the report 304 contains four sections, two of which contain verified information. The first section 306 contains physician-verified information, in which the member physician provides personal information, such as specialty information 316, medical philosophy 318, gender 320, age 322, years in the | |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | profession 324, years in the particular practice listed 326, if any, title 328, professional status 330, awards and honors 332, professional appointments 334, professional affiliations/memberships 336, publications 338, languages 340, hobbies 342, etc. 344. In essence, the member physician has the ability to craft some of the information provided to the patient. This information may or may not be verified by an independent third party, such as the company managing the Web site, but it is expected that the physician, at least, verifies this information."<br><br>Col. 17:59-18:23:<br>"Other information may also be available and verified, such as geographic location. The types of information described herein are intended to be provided as examples only and are in no way intended to delimit the scope of the present invention in any way. While both the access physician information operation 1604 and the receive patient information operation 1606 allow for the potential verification of received and gathered information, such verification is not required at these steps in accordance with embodiments of the present invention. In contrast, perform verification process 1608 is a required step of process 1600 and builds upon the prior steps by further verifying the information provided therein. In an embodiment, verification operation 1608 may be performed by the company, by an independent third party unrelated either to the company or to the healthcare provider, or by any other appropriate entity or individual capable of performing such verification. Verification operation 1608 verifies the accuracy of physician information and patient-provided information received in operations 1604 and 1606, respectively. In some embodiments, verification operation 1608 also verifies the completeness of certain information received in the previous steps, such as, by way of example only, information received and/or gathered regarding a physician's disciplinary action(s), board certification(s), and/or | |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | licensure(s), and gathers additional data and information regarding a physician, if such information has not already been received or gathered through other means. In an embodiment, verification operation 1608 verifies the information through the means discussed above. In other embodiments, such verification may be accomplished through any number of means reasonably known to those of ordinary skill in the art." | |
| | *File History:* none cited. | *File History:* <br><br> 11/13/09 Office Action; <br> 2/16/10 Amendment & Response; <br> 4/26/10 Supplemental Amendment. |
| | *Extrinsic Evidence:* <br> Dr. Phil Greenspun may testify that the proposed construction is consistent with the ordinary meaning of this term to one of ordinary skill in the art and consistent with the specification. One or more of the inventors may testify that the proposed construction is consistent with the ordinary meaning of this term to one of ordinary skill in the art and consistent with the specification. | *Extrinsic Evidence:* <br><br> Definition of "verify" in, *e.g.*, The American Heritage College Dictionary (3rd Ed. 1993), provided in Exhibit B. |
| "verified by an independent third-party source" | *Proposed Definition:*  No construction needed (i.e., plain and ordinary meaning) | *Proposed construction:*  Proved to be true by an independent third-party source. |
| | *Specification Support:* <br><br> "In an embodiment, each report contains information which has been verified by the company or by another independent third party." Col. 2:5-7. | *Specification Support:* <br><br> Col. 1:24-43; <br> Col. 7:56 – 8:19; <br> Col. 10:60-61; |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | Col. 2:28-35:<br>"One embodiment of the invention provides for a standard profile, which provides the physician's specialty and 30 general location (city/state) and provides a hyperlink for the patient to purchase a report on that physician containing information verified in some manner, such as by the company or by another independent third party. Such verified information comprises board certifications, disciplinary action(s), if any, years since medical school, etc."<br><br>Col. 7:65-8:2:<br>"This information may or may not be verified by an independent third party, such as the company managing the Web site, but it is expected that the physician, at least, verifies this information."<br><br>Col. 17:1-14:<br>"Start operation 1602 is initiated in response to accessing or obtaining specific physician information. In an embodiment, such information is obtained from the physician himself or herself through a client computer, a network, and a server system such as that depicted in FIG. 1. However, in other embodiments, the information may be obtained through other means. For example, in one embodiment, the information is obtained through an independent third party, such as the company Web service provider, that researches and gathers public information regarding a physician, such as medical license records, board certifications, federal or state disciplinary actions, and other sources of public information, such as advertising by physicians indicating office locations and practice types, insurance company physician listings, etc. . . .  In an embodiment, the physician information may be verified by an independent third party, by the physician, or by some other | Col. 17:1 – 18:23;<br>FIG. 16 and accompanying text in specification. |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | individual or entity at optional operation 1605." <br><br> Col. 17:53-18:23: <br> "Operation 1600 next passes to perform verification process operation 1608. Operation 1608 involves the verification of physician-specific information, such as the name of the physician's medical school, graduation date, certification(s), licensure(s), internship(s), residency(ies), fellowship(s), suspension(s), license revocation( s), state or federal censure(s) or reprimand(s), etc. Other information may also be available and verified, such as geographic location. The types of information described herein are intended to be provided as examples only and are in no way intended to delimit the scope of the present invention in any way. While both the access physician information operation 1604 and the receive patient information operation 1606 allow for the potential verification of received and gathered information, such verification is not required at these steps in accordance with embodiments of the present invention. In contrast, perform verification process 1608 is a required step of process 1600 and builds upon the prior steps by further verifying the information provided therein. In an embodiment, verification operation 1608 may be performed by the company, by an independent third party unrelated either to the company or to the healthcare provider, or by any other appropriate entity or individual capable of performing such verification. Verification operation 1608 verifies the accuracy of physician information and patient-provided information received in operations 1604 and 1606, respectively. In some embodiments, verification operation 1608 also verifies the completeness of certain information received in the previous steps, such as, by way of example only, information received and/or gathered regarding a physician's disciplinary action(s), board certification(s), and/or licensure(s), and gathers additional data and information regarding a physician, if such information | |

{00986793 / 1}

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | has not already been received or gathered through other means. In an embodiment' verification operation 1608 verifies the information through the means discussed above. In other embodiments, such verification may be accomplished through any number of means reasonably known to those of ordinary skill in the art." | |
| | *File History:* none cited. | *File History:*<br><br>11/13/09 Office Action;<br>2/16/10 Amendment & Response;<br>4/26/10 Supplemental Amendment. |
| | *Extrinsic Evidence:* none cited. | *Extrinsic Evidence:*<br><br>Definition of "verify" in, *e.g.*, The American Heritage College Dictionary (3rd Ed. 1993), provided in Exhibit B. |
| **"received from the first healthcare provider"** | *Proposed Definition:* No construction needed (i.e., plain and ordinary meaning) | *Proposed construction:* Information provided personally from the first healthcare provider. |
| | *Specification Support:*<br><br>Col. 2:52-56:<br>"An aspect of a particular embodiment relates to the different levels of verified information available in each member physician's report, in which such information may include: (1) a physician-verified, or physician-provided, section including information the physician feels will help a patient choose him or her as a physician . . ."<br><br>Col. 7:54-8:2:<br>"The first section 306 contains physician-verified information, in which the member physician provides personal information, | *Specification Support:*<br><br>Col. 17:1-22;<br>FIG. 16 and accompanying text in specification. |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | such as specialty information 316, medical philosophy 318, gender 320, age 322, years in the profession 324, years in the particular practice listed 326, if any, title 328, professional status 330, awards and honors 332, professional appointments 334, professional affiliations/memberships 336, publications 338, languages 340, hobbies 342, etc. 344. In essence, the member physician has the ability to craft some of the information provided to the patient. This information may or may not be verified by an independent third party, such as the company managing the Web site, but it is expected that the physician, at least, verifies this information." | |
| | *File History:* none cited. | *File History:*<br><br>4/26/10 Supplemental Amendment. |
| | *Extrinsic Evidence:*<br><br>Dr. Phil Greenspun may testify about the ordinary meaning of this term to one of ordinary skill in the art and how it is consistent with the specification.<br><br>One or more of the inventors may testify about the ordinary meaning of this term to one of ordinary skill in the art and how it is consistent with the specification. | *Extrinsic Evidence:*<br><br>None cited. |
| **"compiling" / "compile"** | *Proposed Definition:* no construction needed (i.e., plain and ordinary meaning) | *Proposed construction:* Gathering and putting together. |
| | *Specification Support:*<br><br>Col 2:16-21:<br>"As discussed herein, an aspect of a particular embodiment relates to a database of physician-related information, | *Specification Support:*<br><br>Col. 8:20-35;<br>FIG. 5C;<br>Col. 9:44-46; |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | wherefrom data is gathered and compiled into the form of a "report" and is made available to potential patients. Such reports contain different types of verified information for each physician within the database." <br><br> Col. 10:27-32: <br> "If the confirmation e-mail is successfully transmitted, flow branches YES to compile data operation 548, in which the 30 information and data provided by the patient survey is compiled with other data provided by other past or current patients and maintained within the company database. <br><br> Col. 18:24-35: <br> "After verifying the information and data in verification operation 1608, flow proceeds to the compiling, or creation, of healthcare provider profiles and/or reports in compile operation 1610. In an embodiment, compile operation 1610 compiles different sources of information and data into either a report format or profile format. Other embodiments may involve other format types; however, report and profile formats are referred to herein as exemplary embodiments. In an embodiment, the physician-provided information 1604, patient-provided information 1606, and independent third party verification information 1608 is compiled into a report and/or profile 112 (FIG. 1) and stored in database 108." | Col. 10:27-32; <br> FIG. 16 and accompanying text in specification; <br> Col. 16:64 – 18:42. |
| | *File History:* none cited. | *File History:* <br><br> 11/13/09 Office Action; <br> 2/16/10 Amendment & Response; <br> 4/26/10 Supplemental Amendment. |
| | *Extrinsic Evidence:* <br><br> *Keithley v. HomeStore.com, Inc., et al.*, 2007 U.S. Dist. LEXIS | *Extrinsic Evidence:* <br><br> Definition of "compile" in, *e.g.*, The American Heritage |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | 71126 (N.D. Cal., Sept. 10, 2007) (interpreting "compiling and merging a plurality of first end user inquiries" as "collecting and combining the results of first end user inquiries." <br><br> Various dictionaries including for example: <br><br> Merriam Webster Online, http://www.merriam-webster.com/dictionary/compile (last visited September 29, 2011): <br><br> com·pile    *verb*   \kəm-ˈpī(-ə)l\ <br><br> **com·piled    com·pil·ing** <br><br> Definition of COMPILE                    Like <br><br> *transitive verb* <br><br> **1**  : to compose out of materials from other documents <br><br> **2**  : to collect and edit into a volume <br><br> **3**  : to build up gradually <*compiled* a record of four wins and two losses> <br><br> **4**  : to run (as a program) through a compiler <br><br> See compile defined for English-language learners » <br> See compile defined for kids » <br><br> **Examples of COMPILE** <br><br> He *compiled* a book of poems. <br><br> She *compiled* a list of names. <br><br> Yahoo Education, http://education.yahoo.com/reference/dictionary/entry/compile (last visited September 29, 2011): | College Dictionary (3rd Ed. 1993), provided in Exhibit B. |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | com·pile ◁ (kəm-pīl') KEY<br><br>**TRANSITIVE VERB:**<br>com·piled, com·pil·ing, com·piles<br><br>1. To gather into a single book.<br>2. To put together or compose from materials gathered from several sources: *compile an encyclopedia.*<br>3. *Computer Science* To translate (a program) into machine language.<br><br>Dr. Phil Greenspun may testify about the ordinary meaning of this term to one of ordinary skill in the art and how it is consistent with the specification.<br><br>One or more of the inventors may testify about the ordinary meaning of this term to one of ordinary skill in the art and how it is consistent with the specification. | |
| "using the healthcare provider-verified information, the patient-provided information, and the information verified by an independent third-party source" | *Proposed construction*:  no construction needed (i.e., plain and ordinary meaning) of the terms "creating" and "using".<br><br>*Specification Support*:<br><br>Col. 2:16-29:<br>"As discussed herein, an aspect of a particular embodiment relates to a database of physician-related information, wherefrom data is gathered and compiled into the form of a "report" and is made available to potential patients.  Such reports contain different types of verified information for each physician within the database.  In an exemplary embodiment, in response to a search query for a particular physician name conducted using a search engine external to the company Website, the patient receives a Web-based "profile" of a selected physician matching, or closely matching, the entered search terms.  A | *Proposed construction*:  Using all of the accessed healthcare provider-information, all of the compiled patient-provided information, and all of the compiled information verified by an independent third-party source.<br><br>*Specification Support*:<br><br>Col. 1:23-27;<br>FIG. 3A, 3B;<br>Col. 7:52 - 8:67;<br>Col. 18:24-42;<br>FIG. 16 and accompanying text in specification;<br>Col. 20:29-57;<br>Col. 22:19-47. |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | profile lists detailed information potentially available about that physician which may be obtained in the form of a report."<br><br>Col. 16:64-17:22:<br>"While this disclosure has thus far referred to accessing reports and profiles, a process 1600 for compiling and storing such reports and profiles, including verified information, is shown in FIG. 16 in accordance with an embodiment of the present invention. Start operation 1602 is initiated in response to accessing or obtaining specific physician information. In an embodiment, such information is obtained from the physician himself or herself through a client computer, a network, and a server system such as that depicted in FIG. 1. However, in other embodiments, the information may be obtained through other means. For example, in one embodiment, the information is obtained through an independent third party, such as the company Web service provider, that researches and gathers public information regarding a physician, such as medical license records, board certifications, federal or state disciplinary actions, and other sources of public information, such as advertising by physicians indicating office locations and practice types, insurance company physician listings, etc. Once initiated, the operation flow of the compiling process 1600 passes from Start operation 1602 to access operation 1604, in which information regarding a physician is accessed. The physician information need not be verified at this point, but it may be possible to do so. In an embodiment, the physician information may be verified by an independent third party, by the physician, or by some other individual or entity at optional operation 1605."<br><br>Col. 18:24-27:<br>"After verifying the information and data in verification operation 1608, flow proceeds to the compiling, or creation, of | |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | healthcare provider profiles and/or reports in compile operation 1610." | |
| | *File History:* none cited. | *File History:*<br><br>11/13/09 Office Action;<br>2/16/10 Amendment & Response;<br>4/26/10 Supplemental Amendment. |
| | *Extrinsic Evidence:*<br><br>Dr. Phil Greenspun may testify that the proposed construction is consistent with the ordinary meaning of this term to one of ordinary skill in the art and consistent with the specification.<br><br>One or more of the inventors may testify that the proposed construction is consistent with the ordinary meaning of this term to one of ordinary skill in the art and consistent with the specification. | *Extrinsic Evidence:*<br><br>None cited. |
| | | |
| "hyperlink to an affiliated hospital, medical center, or other type of treatment center" | *Proposed Definition:*  No construction needed (i.e., plain and ordinary meaning) | *Proposed construction:*  Hyperlink to a website of the affiliated hospital, medical center, or other type of treatment center. |
| | *Specification Support:*<br><br>Col. 7:18-22:<br>"In another embodiment, where a hospital pays a fee to the company, a hyperlink 214 to the hospital affiliated with a particular physician listed will also be provided next to that physician's name."<br><br>Col. 7:31-51:<br>"Where a patient conducts a search for a physician by city/state in accordance with an embodiment of this invention, results page 223 is displayed. In results page 223, a results list 226 contains | *Specification Support:*<br><br>Col. 7:18-23;<br>Col. 15:3-25;<br>FIG. 16 and accompanying text in specification;<br>Col. 21:45-47. |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | section 228 listing "member" physicians satisfying the search criteria specified. Because these are member physicians, hyperlinks 232 to free reports are shown next to their names. In accordance with an embodiment where a hospital or medical practice is a member entity, a hospital hyperlink 234 for accessing a report or ratings on that hospital or medical practice is shown next to those physicians affiliated with the hospital. In separate section 238, non-member physicians meeting the search criteria are listed. Because these are non-members, hyperlinks 240 to purchase reports are provided." | |
| | *File History:* none cited. | *File History:*<br><br>11/13/09 Office Action. |
| | *Extrinsic Evidence*:<br><br>http://www.merriam-webster.com/dictionary/hyperlink (last visited September 29, 2011):  an electronic link providing direct access from one distinctively marked place in a hypertext or hypermedia document to another in the same or a different document<br><br>Dr. Phil Greenspun may testify about the ordinary meaning of this term to one of ordinary skill in the art and how it is consistent with the specification.<br><br>One or more of the inventors may testify about the ordinary meaning of this term to one of ordinary skill in the art and how it is consistent with the specification. | *Extrinsic Evidence*:<br><br>None cited. |
| | | |
| "the results list further includes an advertisement | *Proposed Definition:*  No construction needed (i.e., plain and ordinary meaning) | *Proposed construction:*  The results list contains an advertisement as a part of the results list. |
| | *Specification Support:* | *Specification Support:* |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| " | Figs. 2A and 2B<br><br><br><br>Fig. 2A | Col. 6:18-44;<br>Col. 7:31-51;<br>FIG. 16 and accompanying text in specification. |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | 

Fig. 2B

Col. 7:45-51:
"As discussed with reference to results page 202, a member advertisement 224 is shown for results page 223 in accordance with an embodiment of this invention. Similarly, where additional physicians to those listed on the initial results page meet the search criteria, hyperlinks 236 and 242 provide access to such additional lists." | |
| | *File History:* none cited. | *File History:*

11/13/09 Office Action. |
| | *Extrinsic Evidence:*

Dr. Phil Greenspun may testify about the ordinary meaning of this term to one of ordinary skill in the art and how it is consistent with the specification.

One or more of the inventors may testify about the ordinary | *Extrinsic Evidence:*

Definition of "include" in, *e.g.*, The American Heritage College Dictionary (3rd Ed. 1993), provided in Exhibit B. |

| Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|
| | meaning of this term to one of ordinary skill in the art and how it is consistent with the specification. | |
| | | |