# EXHIBIT B

# THE
# AMERICAN
# HERITAGE
# COLLEGE
## *dic·tion·ar·y*

**NEWEST** definitions – over 200,000
**MOST** photographs and illustrations – over 2,500
**BEST** usage guidance – over 400 notes



THIRD EDITION

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1993 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
   p.   cm.
   ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
   1. English language—Dictionaries.  2. Americanisms.
PE1628.A6227  1993
423—dc20                                        92-42124
                                                        CIP

Manufactured in the United States of America

magnetic needles of a compass and marked with the 32 points of the compass and the 360 degrees of the circle.

**com·pas·sion** (kəm-păsh'ən) *n.* Deep awareness of the suffering of another coupled with the wish to relieve it. [ME *compassioun* < LLat. *compassiō, compassiōn-* < *compassus,* p.part. of *compatī,* to sympathize : Lat. *com-,* com- + Lat. *patī,* to suffer; see **pē(i)-***.]

**com·pas·sion·ate** (kəm-păsh'ə-nĭt) *adj.* Feeling or showing compassion; sympathetic. See Syns at **humane.** —*tr.v.* (-nāt') **-at·ed, -at·ing, -ates.** To pity. —**com·pas'sion·ate·ly** *adv.* —**com·pas'sion·ate·ness** *n.*

**compass plant** *n.* A perennial herb (*Silphium laciniatum*) in the composite family, native to the Midwest United States and having yellow flowers and basal pinnate leaves.

**com·pat·i·ble** (kəm-păt'ə-bəl) *adj.* **1.** Capable of existing or performing in harmonious, agreeable, or congenial combination. **2.** Capable of integration and operation in a system with no modification or conversion required. **3.** Capable of forming a chemically or biochemically stable system. **4.** Of or relating to a television system in which color broadcasts can be received in black and white by sets incapable of color reception. **5.** *Medic.* Capable of being grafted, transfused, or transplanted from one individual to another without rejection. —*n.* A device that can be integrated into or used with another device or system of its type. [ME < Med.Lat. *compatibilis* < LLat. *compatī,* to sympathize. See **COMPASSION.**] —**com·pat'i·bil'i·ty, com·pat'i·ble·ness** *n.* —**com·pat'i·bly** *adv.*

**com·pa·tri·ot** (kəm-pā'trē-ət, -ŏt') *n.* **1.** A person from one's own country. **2.** A colleague. [Fr. *compatriote* < LLat. *compatriōta* : Lat. *com-,* com- + LLat. *patriōta,* countryman; see **PATRIOT.**] —**com·pa'tri·ot'ic** (-ŏt'ĭk) *adj.*

**compd.** *abbr.* Compound.

**com·peer** (kŏm'pîr', kəm-pîr') *n.* **1.** A person of equal status or rank; a peer. **2.** A comrade, companion, or associate. [ME *comper* < OFr. < Lat. *compār,* equal. See **COMPARE.**]

**com·pel** (kəm-pĕl') *tr.v.* **-pelled, -pel·ling, -pels. 1.** To force, drive, or constrain. **2.** To necessitate or pressure by force; exact. **3.** To exert a strong irresistible force on; sway. [ME *compellen* < Lat. *compellere* : *com-,* com- + *pellere,* to drive; see **pel-⁵*.**] —**com·pel'la·ble** *adj.* —**com·pel'la·bly** *adv.* —**com·pel'ler** *n.*

**com·pel·la·tion** (kŏm'pə-lā'shən) *n.* **1.** The act of addressing or designating someone by name. **2.** A name; an appellation. [Lat. *compellātiō, compellātiōn-* < *compellātus,* p.part. of *compellāre,* to address. See **pel-⁵*.**]

**com·pel·ling** (kəm-pĕl'ĭng) *adj.* **1.** Urgently requiring attention. **2.** Drivingly forceful: *compelling ambition.*

**com·pend** (kŏm'pĕnd') *n.* A compendium.

**com·pen·di·ous** (kəm-pĕn'dē-əs) *adj.* Containing or stating briefly and concisely all the essentials. [ME < LLat. *compendiōsus* < Lat. *compendium,* a shortening. See **COMPENDIUM.**] —**com·pen'di·ous·ly** *adv.* —**com·pen'di·ous·ness** *n.*

**com·pen·di·um** (kəm-pĕn'dē-əm) *n., pl.* **-di·ums** or **-di·a** (-dē-ə). **1.** A short, complete summary; an abstract. **2.** A list or collection of various items. [Lat., a shortening < *compendere,* to weigh together : *com-,* com- + *pendere,* to weigh; see **(s)pen-*.**]

**com·pen·sa·ble** (kəm-pĕn'sə-bəl) *adj.* Being such as to entitle or warrant compensation: *compensable injuries.*

**com·pen·sate** (kŏm'pən-sāt') *v.* **-sat·ed, -sat·ing, -sates.** —*tr.* **1.** To offset; counterbalance. **2.** To make satisfactory payment or reparation to; recompense or reimburse. —*intr.* To serve as or provide a substitute or counterbalance. [Lat. *compēnsāre, compēnsāt-* : *com-,* com- + *pēnsāre,* to weigh; see **(s)pen-*.**] —**com'pen·sa'tive** (kŏm'pən-sā'tĭv, kəm-pĕn'sə-tĭv) *adj.* —**com'pen·sa'tor** *n.* —**com·pen'sa·to'ry** (kəm-pĕn'sə-tôr'ē, -tōr'ē) *adj.*

**com·pen·sa·tion** (kŏm'pən-sā'shən) *n.* **1.** The act of compensating or the state of being compensated. **2.** Something given or received as payment or reparation. **3.** *Biol.* The increase in size or activity of one part of an organism or organ that makes up for the loss or dysfunction of another. **4.** *Psychol.* Behavior that develops to offset a real or imagined deficiency. —**com'pen·sa'tion·al** *adj.*

**com·pere** (kŏm'pâr') *Chiefly British. n.* The master of ceremonies, as of a variety show. [Fr. *compère* < OFr., godfather, companion < Med.Lat. *compater* : Lat. *com-,* com- + Lat. *pater,* father; see **PATER.**] —**com'pere'** *v.*

**com·pete** (kəm-pēt') *intr.v.* **-pet·ed, -pet·ing, -petes.** To strive with another or others to attain a goal. [LLat. *competere,* to strive together < Lat., to coincide, be suitable : *com-,* com- + *petere,* to seek; see **pet-*.**]

**com·pe·tence** (kŏm'pĭ-təns) *n.* **1.a.** The state or quality of being adequately or well qualified; ability. **b.** A specific range of skill, knowledge, or ability. **2.** *Law.* The quality or condition of being legally qualified to perform an act. **3.** Sufficient means for a comfortable existence. **4.** *Microbiol.* The ability of bacteria to be genetically transformable. **5.** *Medic.* The ability to respond immunologically to antigenic agents.

**com·pe·ten·cy** (kŏm'pĭ-tən-sē) *n., pl.* **-cies.** Competence.

**com·pe·tent** (kŏm'pĭ-tənt) *adj.* **1.** Properly or sufficiently qualified; capable. **2.** Adequate for the purpose. **3.** *Law.* Legally qualified or fit to perform an act. [ME, adequate < OFr. < Lat. *competēns, competent-,* pr.part. of *competere,* to be suitable. See **COMPETE.**] —**com'pe·tent·ly** *adv.*

**com·pe·ti·tion** (kŏm'pĭ-tĭsh'ən) *n.* **1.** The act of competing, as for profit or a prize; rivalry. **2.** A test of skill or ability. **3.** Rivalry between two or more businesses. **4.** A competitor. **5.** *Ecol.* The simultaneous demand by two or more organisms for limited environmental resources.

**com·pet·i·tive** (kəm-pĕt'ĭ-tĭv) *adj.* **1.** Of, involving, or determined by competition. **2.** Inclined to compete. —**com·pet'i·tive·ly** *adv.* —**com·pet'i·tive·ness** *n.*

**com·pet·i·tor** (kəm-pĕt'ĭ-tər) *n.* One that competes; a rival.

**Com·piègne** (kômp-yĕn', kôN-pyĕN'yə). A city of N France on the Oise R. NE of Paris. The armistice ending World War I was signed nearby on Nov. 11, 1918. Pop. 40,384.

**com·pi·la·tion** (kŏm'pə-lā'shən) *n.* **1.** The act of compiling. **2.** Something, such as a report, that is compiled.

**com·pile** (kəm-pīl') *tr.v.* **-piled, -pil·ing, -piles. 1.** To gather into a single book. **2.** To put together or compose from materials gathered from several sources. **3.** *Comp. Sci.* To translate (a program) into machine language. [ME *compilen* < OFr. *compiler,* prob. < Lat. *compīlāre,* to plunder : *com-* + *pīla,* heap (of stones), pillar.]

**com·pil·er** (kəm-pī'lər) *n.* **1.** One that compiles. **2.** *Comp. Sci.* A program that compiles.

**com·pla·cence** (kəm-plā'səns) *n.* **1.** Contented self-satisfaction. **2.** Total lack of concern.

**com·pla·cen·cy** (kəm-plā'sən-sē) *n.* **1.** A feeling of contentment or self-satisfaction, esp. when coupled with an unawareness of danger or trouble. **2.** An instance of complacency.

**com·pla·cent** (kəm-plā'sənt) *adj.* **1.** Contented to a fault; self-satisfied and unconcerned. **2.** Eager to please; complaisant. [Lat. *complacēns, complacent-,* pr.part. of *complacēre,* to please : *com-,* com- + *placēre,* to please; see **plāk-¹.**] —**com·pla'cent·ly** *adv.*

**com·plain** (kəm-plān') *intr.v.* **-plained, -plain·ing, -plains. 1.** To express feelings of pain, dissatisfaction, or resentment. **2.** To make a formal accusation or bring a formal charge. [ME *compleinen* < OFr. *complaindre, complaign-* < VLat. *complangere* : Lat. *com-,* com- + Lat. *plangere,* to lament; see **plāk-².**] —**com·plain'er** *n.*

**com·plain·ant** (kəm-plā'nənt) *n. Law.* A party that makes complaint or files a formal charge; a plaintiff.

**com·plaint** (kəm-plānt') *n.* **1.** An expression of pain, dissatisfaction, or resentment. **2.** A cause or reason for complaining; a grievance. **3.a.** A bodily disorder or disease; a malady or an ailment. **b.** The symptom or distress about which a patient seeks medical assistance. **4.** *Law.* **a.** A claim set forth by the plaintiff in a civil action. **b.** A formal charge, made under oath, of the commission of a crime or other such offense. [ME *compleinte* < OFr. *complainte* < fem. p.part. of *complaindre,* to complain. See **COMPLAIN.**]

**com·plai·sance** (kəm-plā'səns, -zəns) *n.* The inclination to comply willingly with the wishes of others; amiability.

**com·plai·sant** (kəm-plā'sənt, -zənt) *adj.* Exhibiting a desire or willingness to please; cheerfully obliging. [Fr. < OFr., pr.part. of *complaire,* to please < Lat. *complacēre.* See **COMPLACENT.**] —**com·plai'sant·ly** *adv.*

**com·pleat** (kəm-plēt') *adj.* **1.** Of or characterized by a highly developed or wide-ranging skill or proficiency. **2.** Being an outstanding example of a kind; quintessential. [Var. of **COMPLETE.**]

**com·plect** (kəm-plĕkt') *tr.v.* **-plect·ed, -plect·ing, -plects.** To join by weaving or twining together; interweave. [Lat. *complectī,* to entwine : *com-,* com- + *plectere,* to plait; see **plek-*.**]

**com·plect·ed** (kəm-plĕk'tĭd) *adj. Informal.* Marked by or having a particular facial complexion. [Back-formation < *complection,* var. of **COMPLEXION.**]

**com·ple·ment** (kŏm'plə-mənt) *n.* **1.a.** Something that completes, makes up a whole, or brings to perfection. **b.** The quantity or number needed to make up a whole: *shelves with a full complement of books.* **c.** Either of two parts that complete the whole or mutually complete each other. **2.** An angle related to another so that the sum of their measures is 90°. **3.** *Gram.* A word or words used after a verb to complete a predicate construction. **4.** *Mus.* An interval that completes an octave when added to a given interval. **5.** The full crew of officers and enlisted personnel required to run a ship. **6.** *Biochem.* A complex system of proteins found in normal blood serum that combines with antibodies to destroy pathogenic bacteria and other foreign cells. **7.** *Math. & Logic.* For a universal set, the set of all elements in the set that are not in a specified subset. —*tr.v.* (-mĕnt') **-ment·ed, -ment·ing, -ments.** To serve as a complement to. [ME < OFr. < Lat. *complēmentum* < *complēre,* to fill out. See **COMPLETE.**]

**Usage Note:** *Complement* means "something that completes or brings to perfection": *The antique silver was a complement to the beautifully set table. Compliment* means "an expression or act of courtesy or praise": *They gave us a compliment on our beautifully set table.*

**com·ple·men·tal** (kŏm'plə-mĕn'tl) *adj.* Having to do

Lat. *incidēns, incident-*, pr.part. of *incidere*, to happen : *in-*, on; see IN-² + *cadere*, to fall; see kad-*.]
**in·ci·den·tal** (ĭn′sĭ-dĕn′tl) *adj.* **1.** Occurring or likely to occur as an unpredictable or minor accompaniment. **2.** Of a minor, casual, or subordinate nature: *incidental expenses.* — *n.* A minor accompanying item or expense.
**—in·ci·den·tal·ly** (ĭn′sĭ-dĕn′tl-ē) *adv.* **1.** As a minor or subordinate matter: *a lawyer and incidentally a musician.* **2.** (also *-dĕnt′lē*). Apart from the main subject; parenthetically.
**incidental music** *n. Mus.* Music accompanying the action or dialogue of a drama or filling intervals between scenes or acts.
**in·cin·er·ate** (ĭn-sĭn′ə-rāt′) *v.* **-at·ed, -at·ing, -ates.** — *tr.* To cause to burn to ashes. — *intr.* To burn completely. [Med. Lat. *incinerāre, incinerāt-* : Lat. *in-*, causative pref.; see IN-² + Lat. *cinis, ciner-*, ashes.] **—in·cin′er·a′tion** *n.*
**in·cin·er·a·tor** (ĭn-sĭn′ə-rā′tər) *n.* One that incinerates, esp. an apparatus, such as a furnace, for burning waste.
**in·cip·i·ent** (ĭn-sĭp′ē-ənt) *adj.* Beginning to exist or appear: *detecting incipient tumors.* [Lat. *incipiēns, incipient-*, pr.part. of *incipere*, to begin. See INCEPTION.] **—in·cip′i·en·cy, in·cip′i·ence** *n.* **—in·cip′i·ent·ly** *adv.*
**in·ci·pit** (ĭn′sĭ-pĭt′, ĭng′kĭ-) *n.* The beginning or opening words of the text of a medieval manuscript or early printed book. [Lat., third pers. sing. pr.t. of *incipere*, to begin. See INCEPTION.]
**in·cise** (ĭn-sīz′) *tr.v.* **-cised, -cis·ing, -cis·es. 1.** To cut into, as with a sharp instrument: *incised the tablet with chisels.* **2.a.** To engrave (designs, for example) into a surface; carve. **b.** To engrave designs, writing, or other marks into. [Fr. *inciser* < OFr. *enciser* < VLat. *\*incīsāre*, freq. of Lat. *incīdere, incis-* : *in-*, in; see IN-² + *caedere*, to cut; see kaə-id-*.]
**in·cised** (ĭn-sīzd′) *adj.* **1.** Cut into a surface; engraved. **2.** Made with or as if with a sharp instrument. **3.** Deeply and sharply cut: *the incised margin of a leaf.*
**in·ci·sion** (ĭn-sĭzh′ən) *n.* **1.** The act of incising. **2.** *Medic.* **a.** A cut into a body tissue or organ, esp. during surgery. **b.** The scar resulting from such a cut. **3.** A notch, as in the edge of a leaf. **4.** The condition or quality of being incisive.
**in·ci·sive** (ĭn-sī′sĭv) *adj.* Penetrating, clear, and sharp, as in expression. **—in·ci′sive·ly** *adv.* **—in·ci′sive·ness** *n.*
**in·ci·sor** (ĭn-sī′zər) *n.* A tooth for cutting or gnawing, located at the front of the mouth along the apex of the dental arch.
**in·cite** (ĭn-sīt′) *tr.v.* **-cit·ed, -cit·ing, -cites.** To provoke and urge on: *inciting workers to strike.* [ME *encyten* < OFr. *enciter* < Lat. *incitāre*, to urge forward : *in-*, intensive pref.; see IN-² + *citāre*, to stimulate, freq. of *ciēre*, to put in motion; see kei-²*.] **—in·cite′ment** *n.* **—in·cit′er** *n.* **—in′ci·ta′tion** *n.*
**in·ci·vil·i·ty** (ĭn′sĭ-vĭl′ĭ-tē) *n., pl.* **-ties. 1.** The quality or condition of being uncivil. **2.** An uncivil or discourteous act.
**incl.** *abbr.* **1.** Including. **2.** Inclusive.
**in·clasp** (ĭn-klăsp′) *v.* Var. of **enclasp.**
**in·clem·ent** (ĭn-klĕm′ənt) *adj.* **1.** Stormy: *inclement weather.* **2.** Showing no clemency; unmerciful. **—in·clem′en·cy** *n.*
**in·clin·a·ble** (ĭn-klī′nə-bəl) *adj.* **1.** Having a specified tendency or disposition; inclined. **2.** Favorably disposed; amenable.
**in·cli·na·tion** (ĭn′klə-nā′shən) *n.* **1.** The act of inclining or the state of being inclined; a bend or tilt. **2.a.** A deviation or the degree of deviation from the horizontal or vertical; a slant. **b.** An inclined surface; a slope. **3.** A tendency toward a certain condition. **4.** A characteristic disposition to do, prefer, or favor one thing rather than another; a propensity.
**in·cline** (ĭn-klīn′) *v.* **-clined, -clin·ing, -clines.** — *intr.* **1.** To deviate from the horizontal or vertical; slant. **2.** To be disposed to a certain preference, opinion, or course of action. **3.** To lower or bend the head or body, as in a nod or bow. — *tr.* **1.** To cause to lean, slant, or slope. **2.** To influence to have a certain tendency; dispose. **3.** To bend or lower in a nod or bow. — *n.* (ĭn′klīn′). An inclined surface, a slope or gradient. [ME *enclinen* < OFr. *encliner* < Lat. *inclīnāre* : *in-*, into, toward; see IN-² + *-clīnāre*, to lean; see klei-*.] **—in·clin′er** *n.*
**Syns:** *incline, bias, dispose, predispose.* The central meaning shared by these verbs is "to influence or be influenced toward a particular attitude or course of action": *inclined to believe him; is biased in her favor; were disposed to admire him; predisposed to studying.* See also Syns at **slant.**
**in·clined** (ĭn-klīnd′) *adj.* **1.** Sloping, slanting, or leaning. **2.** Having a preference, disposition, or tendency.
**inclined plane** *n.* A plane set at an angle to the horizontal, esp. to raise or lower a load by rolling or sliding.
**in·cli·nom·e·ter** (ĭn′klə-nŏm′ĭ-tər) *n.* **1.** An instrument used to determine the angle of the earth's magnetic field in respect to the horizontal plane. **2.** An instrument for showing the inclination of an aircraft or a ship relative to the horizontal. **3.** See **clinometer.**
**in·close** (ĭn-klōz′) *v.* Var. of **enclose.**
**in·clude** (ĭn-klōōd′) *tr.v.* **-clud·ed, -clud·ing, -cludes. 1.** To take in as a part, an element, or a member. **2.** To contain as a secondary or subordinate element. **3.** To consider with or place into a group, class, or total. [ME *includen* < Lat. *includere*, to enclose : *in-*, in; see IN-² + *claudere*, to close.] **—in·clud′a·ble, in·clud′i·ble** *adj.*

*Usage Note:* Some writers have insisted that *include* be used only when it is followed by a partial list of the contents of the referent of the subject. One may write *New England includes Connecticut and Rhode Island*, but one must use *comprise* or *consist of* when a full enumeration is provided: *New England comprises Connecticut, Rhode Island, Massachusetts, Vermont, New Hampshire, and Maine.* Include, however, does not rule out the possibility of a complete listing. Thus the sentence *The bibliography should include all the journal articles you have used* does not entail that the bibliography must contain something other than journal articles, though it does leave that possibility open. When one wants to make clear that the listing is exhaustive, however, the use of *comprise* or *consist of* will avoid ambiguity. See Usage Note at **comprise.**
**in·clud·ed** (ĭn-klōō′dĭd) *adj.* **1.** *Bot.* Not protruding beyond a surrounding part, as stamens that do not project from a corolla. **2.** *Math.* Formed by and between two intersecting straight lines: *an included angle.*
**in·clu·sion** (ĭn-klōō′zhən) *n.* **1.** The act of including or the state of being included. **2.** Something included. **3.** *Geol.* A solid, liquid, or gaseous foreign body enclosed in a mineral or rock. **4.** *Biol.* A nonliving mass, such as fat, in the cytoplasm of a cell. **5.** *Comp. Sci.* A logical operation that assumes the second statement of a pair is true if the first one is true. [Lat. *inclūsiō, inclūsiōn-* < *inclūsus*, p.part. of *inclūdere*, to enclose. See INCLUDE.] **—in·clu′sion·ar′y** (-zhə-nĕr′ē) *adj.*
**inclusion body** *n.* An abnormal structure in a cell nucleus or cytoplasm having characteristic staining properties and associated esp. with certain viral infections, such as rabies.
**in·clu·sive** (ĭn-klōō′sĭv) *adj.* **1.** Taking a great deal or everything within its scope; comprehensive. **2.** Including the specified extremes or limits and the area between them. **—in·clu′sive·ly** *adv.* **—in·clu′sive·ness** *n.*
**inclusive of** *prep.* Taking into consideration; including.
**in·co·er·ci·ble** (ĭn′kō-ûr′sə-bəl) *adj.* Difficult or impossible to coerce or control forcibly: *incoercible rebel leaders.*
**incog.** *abbr.* Incognita; incognito.
**in·cog·i·tant** (ĭn-kŏj′ĭ-tənt) *adj.* Thoughtless; inconsiderate. [Lat. *incōgitāns, incōgitant-* : *in-*, not; see IN-¹ + *cōgitāns*, pr.part. of *cōgitāre*, to think; see COGITATE.]
**in·cog·ni·ta** (ĭn′kŏg-nē′tə, ĭn-kŏg′nĭ-tə) *adv. & adj.* With one's identity disguised or concealed. Used of a woman. [Ital., fem. of *incognito.* See INCOGNITO.] **—in′cog·ni′ta** *n.*
**in·cog·ni·to** (ĭn′kŏg-nē′tō, ĭn-kŏg′nĭ-tō′) *adv. & adj.* With one's identity disguised or concealed. — *n., pl.* **-tos. 1.** One whose identity is disguised or concealed. **2.** The condition of having a disguised or concealed identity. [Ital. < Lat. *incognitus*, unknown : *in-*, not; see IN-¹ + *cognitus*, p.part. of *cognōscere*, to learn, recognize; see COGNITION.]
**in·cog·ni·zant** (ĭn-kŏg′nĭ-zənt) *adj.* Lacking knowledge or awareness; unaware.
**in·co·her·ence** (ĭn′kō-hîr′əns) *n.* **1.** The condition or quality of being incoherent. **2.** Something incoherent. **—in′co·her′en·cy** *n.*
**in·co·her·ent** (ĭn′kō-hîr′ənt) *adj.* **1.** Lacking cohesion, connection, or harmony; not coherent. **2.** Unable to think or express one's thoughts in a clear or orderly manner. **—in′co·her′ent·ly** *adv.* **—in′co·her′ent·ness** *n.*
**in·com·bus·ti·ble** (ĭn′kəm-bŭs′tə-bəl) *adj.* Incapable of burning. — *n.* An incombustible object or material. **—in′com·bus′ti·bil′i·ty** *n.* **—in′com·bus′ti·bly** *adv.*
**in·come** (ĭn′kŭm′) *n.* **1.** The amount of money or its equivalent received during a period of time for labor or services, from the sale of goods or property, or as profit from financial investments. **2.** The act of coming in; entrance. [ME, arrival, entrance < *incomen*, to come in < OE *incuman* : *in*, in; see IN¹ + *cuman*, to come; see COME.]
**income tax** *n.* A tax levied on net personal or business income.
**in·com·ing** (ĭn′kŭm′ĭng) *adj.* **1.** Coming in or about to come in; entering: *incoming trains.* **2.** About to assume an office or a position: *the incoming governor.* — *n.* **1.** The act of coming in; arrival. **2.** Income; revenue. Often used in the plural.
**in·com·men·su·ra·ble** (ĭn′kə-mĕn′sər-ə-bəl, -shər-) *adj.* **1.a.** Impossible to measure or compare. **b.** Lacking a common quality on which to make a comparison. **2.** *Math.* Having no common measure or number of which all the given lengths or measures are integral multiples. — *n.* One that is incommensurable. **—in′com·men′su·ra·bil′i·ty** *n.* **—in′com·men′su·ra·bly** *adv.*
**in·com·men·su·rate** (ĭn′kə-mĕn′sər-ĭt, -shər-) *adj.* **1.a.** Not commensurate; disproportionate: *a reward incommensurate with their efforts.* **b.** Inadequate. **2.** Incommensurable. **—in′com·men′su·rate·ly** *adv.* **—in′com·men′su·rate·ness** *n.*
**in·com·mode** (ĭn′kə-mōd′) *tr.v.* **-mod·ed, -mod·ing, -modes.** To cause to be inconvenienced; disturb. [Fr. *incommoder* < OFr. < Lat. *incommodāre* < *incommodus*, inconvenient : *in-*, not; see IN-¹ + *commodus*, convenient; see COMMODIOUS.]
**in·com·mo·di·ous** (ĭn′kə-mō′dē-əs) *adj.* Inconvenient or uncomfortable, as by not affording sufficient space. **—in′com·mo′di·ous·ly** *adv.* **—in′com·mo′di·ous·ness** *n.*

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ōō took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw |   item |

Stress marks:
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

Case No. 1:11-cv-00520-RM-NYW   Document 56-2   filed 10/19/11   USDC Colorado   pg 6 of 6

fate or copper chloride formed on copper, brass, and bronze exposed to air or seawater for long periods of time. [ME *vertegrez* < OFr. *verte grez*, alteration of *vert-de-Grice* : *verd*, green; see VERDURE + *de*, of (< Lat. *dē*; see DE-) + *Grice*, Greece.]

**Ver·di·gris** (vûr′dĭ-grĭs). A river, c. 451 km (280 mi), of SE KS and NE OK flowing generally S to the Arkansas R.

**ver·din** (vûr′dn) *n.* A small grayish bird (*Auriparus flaviceps*) of Mexico and the southwest United States having a yellowish head and throat. [Fr., bunting < *vert*, green < OFr. *verd*. See VERDURE.]

**ver·di·ter** (vûr′dĭ-tər) *n.* Either of two basic carbonates of copper, used as a blue or green pigment. [ME, alteration of OFr. *verd de terre*, green of earth : *verd*, green; see VERDURE + *de*, of; see VERDIGRIS + *terre*, earth (< Lat. *terra*; see TERS-*).]

**Ver·dun** (vər-dŭn′, vĕr-dœn′). 1. A city of S Quebec, Canada, a suburb of Montreal on Montreal I. Pop. 61,287. 2. A city of NE France on the Meuse R. W of Metz; site of a prolonged World War I battle (Feb.–Dec. 1916). Pop. 21,516.

**ver·dure** (vûr′jər) *n.* 1.a. The lush greenness of flourishing vegetation. b. Vigorous greenery. 2. A fresh or flourishing condition. [ME < OFr. < *verd*, green < Lat. *viridis*.] — **ver′dur·ous** *adj.* — **ver′dur·ous·ness** *n.*

**verge**[1] (vûrj) *n.* 1. The extreme edge or margin; a border. See Syns at BORDER. 2.a. An enclosing boundary. b. The space enclosed by such a boundary. 3. The point beyond which an action, a state, or a condition is likely to begin or occur; the brink: *on the verge of prosperity*. 4. *Archit.* The edge of the tiling that projects over a roof gable. 5. *Chiefly British.* The shoulder of a road. 6. A rod, wand, or staff carried as an emblem of authority or office. 7. *Obsolete.* The rod held by a feudal tenant while swearing fealty to a lord. 8. The spindle of a balance wheel in a clock or watch, esp. such a spindle in a clock with vertical escapement. 9. The male organ of copulation in certain invertebrates. — *intr.v.* **verged, verg·ing, verg·es.** 1. To approach the nature or condition of something specified; come close. Used with *on*: *a brilliance verging on genius.* 2. To be on the edge or border: *Her land verges on state forest.* [ME < OFr., rod, ring < Lat. *virga*, rod, strip.]

**verge**[2] (vûrj) *intr.v.* **verged, verg·ing, verg·es.** 1. To slope or incline. 2. To tend to move in a particular direction. 3. To pass or merge gradually. [Lat. *vergere*. See **wer-**[2]*.]

**verg·er** (vûr′jər) *n. Chiefly British.* 1. One who carries the verge or other emblem of authority before a scholastic, legal, or religious dignitary in a procession. 2. One who takes care of the interior of a church and acts as an attendant during ceremonies.

**Ver·gil** (vûr′jəl). See **Virgil**.

**ve·rid·i·cal** (və-rĭd′ĭ-kəl) also **ve·rid·ic** (-rĭd′ĭk) *adj.* 1. Truthful; veracious. 2. Coinciding with fact or reality; genuine or real. [< Lat. *vērĭdicus* : *vērus*, true; see **wēro-**[*] + *dīcere*, to say; see **deik-**[*].] — **ve·rid′i·cal′i·ty** (-kăl′ĭ-tē) *n.*

**ver·i·fi·a·ble** (vĕr′ə-fī′ə-bəl) *adj.* Possible to verify. — **ver′i·fi′a·bil′i·ty, ver′i·fi′a·ble·ness** *n.* — **ver′i·fi′a·bly** *adv.*

**ver·i·fi·ca·tion** (vĕr′ə-fĭ-kā′shən) *n.* 1. The act of verifying or the state of being verified. 2.a. A confirmation of truth or authority. b. The evidence for such a confirmation. c. A formal assertion of validity. 3. *Law.* An affidavit that attests to the truth of a pleading. — **ver′i·fi·ca′tive** *adj.*

**ver·i·fy** (vĕr′ə-fī′) *tr.v.* **-fied** (-fīd′), **-fy·ing, -fies** (-fīz′). 1. To prove the truth of with evidence or testimony; substantiate. 2. To determine or test the truth or accuracy of, as by comparison or investigation. 3. *Law.* a. To affirm formally or under oath. b. To append a verification to (a pleading); conclude with a verification. [ME *verifien* < OFr. *verifier* < Med. Lat. *vērificāre* : Lat. *vērus*, true; see **wēro-**[*] + Lat. *-ficāre*, -fy.] — **ver′i·fi′er** *n.*

**ver·i·ly** (vĕr′ə-lē) *adv.* 1. In truth; in fact. 2. With confidence; assuredly. [ME *verraily* < *verrai*, true. See VERY.]

**ver·i·sim·i·lar** (vĕr′ə-sĭm′ə-lər) *adj.* Appearing to be true or real; probable. [< Lat. *vērisimilis* : *vērī*, genitive of *vērum*, truth < neut. sing. of *vērus*, true; see **wēro-**[*] + *similis*, similar; see SIMILAR.] — **ver′i·sim′i·lar·ly** *adv.*

**ver·i·si·mil·i·tude** (vĕr′ə-sĭ-mĭl′ĭ-tood′, -tyood′) *n.* 1. The quality of appearing to be true or real. 2. Something that has the appearance of being true or real. [Lat. *vērĭsimilĭtūdō* < *vērĭsimilis*, verisimilar. See VERISIMILAR.] — **ver′i·si·mil′i·tu′di·nous** (-tood′n-əs, -tyood′-) *adj.*

**ver·ism** (vĕr′ĭz′əm) *n.* Realism in art and literature. [Ital. *verismo* : *vero*, true (< Lat. *vērus*; see **wēro-**[*]) + *-ismo*, system of principles (< Lat. *-ismus*, -ism).] — **ver′ist** *n.* — **ve·ris′tic** (və-rĭs′tĭk) *adj.*

**ve·ris·mo** (və-rĭz′mō) *n.* 1. Verism. 2. An artistic movement of the late 19th century, originating in Italy and influential esp. in grand opera, marked by the use of common themes often treated in a melodramatic manner. [Ital. See VERISM.]

**ver·i·ta·ble** (vĕr′ĭ-tə-bəl) *adj.* Being truly so called; real or genuine. [ME < OFr. < *verite*, truth. See VERITY.] — **ver′i·ta·ble·ness** *n.* — **ver′i·ta·bly** *adv.*

**vé·ri·té** (vā-rē-tā′) *n.* Cinéma vérité.

**ver·i·ty** (vĕr′ĭ-tē) *n., pl.* **-ties.** 1. The quality or state of being true, factual, or real. 2. Something, such as a statement or principle, that is true, esp. an enduring truth. [ME *verite*, truth < OFr. < Lat. *vērĭtās* < *vērus*, true. See **wēro-**[*].]

**ver·juice** (vûr′joos′) *n.* 1. The acidic juice of crab apples or other sour fruit. 2. Sourness, as of disposition. [ME *verjus* < OFr. *vertjus* : *verd*, unripe; see VERDURE + *jus*, juice; see JUICE.]

**Ver·kho·yansk Range** (vĕr′kə-yănsk′, vĭr-KHŌ-). A mountain chain of NE Russia parallel to and E of the lower Lena R.

**Ver·laine** (vĕr-lĕn′, -lĕn′), **Paul.** 1844–96. French symbolist poet whose works include *Romances sans Paroles* (1874).

**Ver·meer** (vər-mîr′, -mâr′), **Jan.** 1632–75. Dutch painter noted for interior genre scenes.

**ver·meil** (vûr′məl, -māl′) *n.* 1. *Color.* Vermilion or a similar bright red color. 2. (vĕr-mā′). Gilded silver, bronze, or copper. — *adj. Color.* Bright red in color. [ME *vermail* < OFr. *vermeil* < LLat. *vermiculus*, a kind of red worm < Lat., grub, dim. of *vermis*, worm. See **wer-**[2]*.]

**vermi–** *pref.* Worm: *vermicide.* [< Lat. *vermis*, worm. See **wer-**[2]*.]

**ver·mi·cel·li** (vûr′mĭ-chĕl′ē, -sĕl′ē) *n.* Pasta made in long strands thinner than spaghetti. [Ital., pl. of *vermicello*, dim. of *verme*, worm < Lat. *vermis*. See **wer-**[2]*.]

**ver·mi·cide** (vûr′mĭ-sīd′) *n.* An agent used to kill worms. — **ver′mi·cid′al** (-sīd′l) *adj.*

**ver·mic·u·lar** (vər-mĭk′yə-lər) *adj.* 1. Having the shape or motion of a worm. 2. Having wormlike markings; vermiculate. 3. Caused by or relating to worms. [Med.Lat. *vermiculāris* < Lat. *vermiculus*, dim. of *vermis*, worm. See **wer-**[2]*.] — **ver·mic′u·lar·ly** *adv.*

**ver·mic·u·late** (vər-mĭk′yə-lāt′) *tr.v.* **-lat·ed, -lat·ing, -lates.** To adorn with wavy or winding lines. — *adj.* (-lĭt, -lāt′). 1. Bearing wavy wormlike lines. 2. Wormlike in motion; twisting or wriggling. 3. Sinuous; tortuous. 4. Infested with worms; worm-eaten. [Lat. *vermiculārī, vermiculāt-* < *vermiculus*, dim. of *vermis*, worm. See VERMICULAR.]

**ver·mic·u·la·tion** (vər-mĭk′yə-lā′shən) *n.* 1. Motion resembling that of a worm, esp. the wavelike contractions of the intestine; peristalsis. 2. Wormlike marks or carvings, as in a mosaic or masonry. 3. The condition of being worm-eaten.

**ver·mic·u·lite** (vər-mĭk′yə-līt′) *n.* Any of a group of micaceous hydrated silicate minerals related to the chlorites and used in heat-expanded form as insulation and as a planting medium.

**ver·mi·form** (vûr′mə-fôrm′) *adj.* Resembling or having the long, thin, cylindrical shape of a worm.

**vermiform appendix** *n.* A narrow vestigial process projecting from the cecum in the lower right-hand part of the abdomen of some mammals, including human beings.

**ver·mi·fuge** (vûr′mə-fyooj′) *n.* A medicine that expels intestinal worms. — *adj.* Causing expulsion of intestinal worms.

**ver·mil·ion** also **ver·mil·lion** (vər-mĭl′yən) — *n.* 1. A bright red mercuric sulfide used as a pigment. 2. *Color.* A vivid red to reddish orange. — *adj. Color.* Of the color vermilion. — *tr.v.* **-ioned, -ion·ing, -ions** also **-lioned, -lion·ing, -lions.** To color or dye (something) in the hue vermilion. [ME *vermelion* < OFr. *vermeillon* < *vermeil*. See VERMEIL.]

**ver·min** (vûr′mĭn) *n., pl.* **vermin.** 1. Various small animals or insects, such as rats or cockroaches, that are destructive, annoying, or injurious to health. 2. Animals that prey on game, such as foxes. 3.a. A person considered loathsome or highly offensive. b. Such people considered as a group. [ME < OFr. < VLat. *\*vermīnum* < Lat. *vermis*, worm. See **wer-**[2]*.]

**ver·mi·na·tion** (vûr′mə-nā′shən) *n.* Infestation by vermin, esp. parasitic vermin.

**ver·min·ous** (vûr′mə-nəs) *adj.* 1. Of, relating to, or caused by vermin: *verminous diseases.* 2. Infested with vermin. 3. Of the nature of vermin; repulsive. — **ver′min·ous·ly** *adv.*

**ver·miv·o·rous** (vər-mĭv′ər-əs) *adj.* Feeding on worms or insect vermin. Used of a bird.

**Ver·mont** (vər-mŏnt′). A state of the NE U.S. bordering on Canada; admitted as the 14th state in 1791. Cap. Montpelier. Pop. 564,964. — **Ver·mont′er** *n.*

**ver·mouth** (vər-mooth′) *n.* A sweet or dry wine flavored with aromatic herbs and often used in mixed drinks. [Fr. *vermout* < Ger. *Wermut* < MHGer. *wermuot*, wormwood < OHGer. *wermuota*.]

**ver·nac·u·lar** (vər-năk′yə-lər) *n.* 1. The standard native language of a country or locality. 2. The everyday language spoken by a people as distinguished from the literary language. 3. The idiom of a particular trade or profession. 4. An idiomatic word, phrase, or expression. 5. The common nonscientific name of a plant or an animal. — *adj.* 1. Native to or commonly spoken by the members of a particular country or region. 2. Using the native language of a region, esp. as distinct from the literary language. 3. Relating to or expressed in the native language or dialect. 4. Of, relating to, or characteristic of the style of architecture and decoration common in a particular region, culture, or period. 5. Occurring or existing in a particular locality; endemic. 6. Relating to or being the common nonscientific name of a plant or an animal. [< Lat. *vernāculus*, native < *verna*, native slave, perh. of Etruscan orig.] — **ver·nac′u·lar·ly** *adv.*



verdin
*Auriparus flaviceps*



normal appendix   infected appendix

**vermiform appendix**

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | oo took |
| ä father | oo boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw |    item |

Stress marks:
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)