# EXHIBIT B

## David C. Lee

| | |
|---|---|
| **From:** | David C. Lee |
| **Sent:** | Wednesday, June 08, 2011 7:13 PM |
| **To:** | 'Vazquez, Jesus'; 'kkosto@rothgerber.com'; 'jphipps@rothgerber.com' |
| **Cc:** | Scott D. Stimpson |
| **Subject:** | Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB |
| **Attachments:** | MDx's First Set of Interrogatories (Nos. 1-6).pdf; MDx's First Set of Requests for Production (Nos. 1-18).pdf |

Counsel:

Attached please find MDx Medical, Inc.'s First Set of Interrogatories (Nos. 1-6) and MDx Medical, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-18).

Please note that MDx agrees to receive all discovery on an "outside counsel only" basis until entry of a suitable protective order.

Regards,



Sills Cummis & Gross P.C.

| website | v-Card | email |

**David C. Lee**
Associate

**New York** |Map   d (212) 500-1546   f (212) 643-6500   One Rockefeller Plaza   New York, NY 10020

10/26/2011