# EXHIBIT G

## David C. Lee

**From:** Scott D. Stimpson
**Sent:** Monday, October 03, 2011 4:55 PM
**To:** 'Vazquez, Jesus'
**Cc:** David C. Lee
**Subject:** HG v. MDx

Jesus:

Thanks for our call today.

On the Protective Order, as we discussed, please send over the resumes of your two experts, and we will get back to you very quickly on whether there will be any objection -- I do not expect any.

On whether you will use Dr. Greenspun or any inventor to testify on claim construction, we don't think any testimony is necessary, but if you plan to use one or more witnesses please let us know. We may object to the testimony and/or take a deposition, but there is no need to bother with that yet if you might decide not to use them. As we discussed and agreed, please let us know by October 17 if you intend to use this testimony, so we will still have time to take a deposition if necessary.

Lastly, on the inequitable conduct allegation, we understand you are still checking into this matter, including whether the inventors knew of this prior art. We appreciate that you still need time to review the situation with your client, but hope we can have a response in the next couple of weeks before we start to get into depositions. Please take the extra time you need, but let's try to touch base on this again in mid-October. We appreciate your agreement not to contend that we are raising this issue too late, but still we should try to get it resolved in the next few weeks.

I will look at your email today about the discovery issues, and then we can discuss soon.

Lastly, we agreed to put off the claim construction discussion until 1pm EST tomorrow. Talk to you then.

Scott



Sills Cummis & Gross p.c.

website | bio | v-Card | email

**Scott D. Stimpson**
Member of the Firm

**New York** | Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

10/26/2011