Receipt date: 02/15/2010 | 11512529 - GAU: 3686
Date Filed: February 15, 2010 | Sheet 1 of 1

| FORM 1449*<br>INFORMATION DISCLOSURE STATEMENT<br>IN AN APPLICATION<br>(Use several sheets if necessary) | Docket Number:<br>40476.0002USU1 | Application Number:<br>11/512,529 |
|---|---|---|
| | Applicant: Hicks, et al. | |
| | Filing Date: 08/29/06 | Group Art Unit: 3686 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | 2002/0038233 | 03/2002 | Shubov et al. | 705 | 001 | |
| | 2004/0019579 | 01/2004 | Herz et al. | 707 | 104.100 | |
| | 2004/0172282 | 09/2004 | Anuthep Benja-Athon | 705 | 002 | |
| | 2006/0015369 | 01/2006 | Bachus et al. | 705 | 002 | |
| | 2006/0294138 | 12/2006 | Lucas Stolba | 707 | 010 | |
| | 2007/0094044 | 04/2007 | Stone et al. | 705 | 002 | |
| | 7383197 | 06/2008 | George G. Neuman | 705 | 002 | |
| | 7065528 | 06/2006 | Herz et al. | 405 | 104.100 | |
| | 5365425 | 11/1994 | Torma et al. | 364 | 401 | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | GeoAccess.com [online], [retrieved on 2010-02-15]. Retrieved from the internet: <URL: http://www.ingenix.com> (2010) 1 page. |
| | | UCompareHealthCare.com [online], [retrieved on 2010-02-15]. Retrieved from the internet: <URL: www.UCompareHealthCare.com> (2010) 1 page. |
| | | RevolutionHealth.com [online], [retrieved on 2010-02-15]. Retrieved from the internet: <URL: www.RevolutionHealth.com> (No Date) 1 page. |
| | | WebMD.com [online], [retrieved on 2010-02-15]. Retrieved from the internet: <URL: www.WebMD.com> (2005-2010) 2 pages. |

**23552**
PATENT TRADEMARK OFFICE

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 05/04/2010 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./

**EXHIBIT B**