# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## DECLARATION OF SCOTT D. STIMPSON

Scott D. Stimpson states and declares as follows under penalty of perjury:

1. My name is Scott D. Stimpson. I am over the age of 18 years, and have personal knowledge of the facts stated herein.

2. I am a member of the firm Sills Cummis & Gross P.C., attorneys for Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"). I submit this declaration in support of MDx's motion pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A), to strike the supplemental infringement contentions served by Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades").

3. Annexed hereto as Exhibit A is a true and correct copy of Health Grades' "second" supplemental infringement contentions, and cover e-mail, which were served by Health Grades' counsel on October 20, 2011.

4. Annexed hereto as Exhibit B are true and correct copies of Health Grades' original Infringement Contentions and certain exhibits, and cover e-mails, which were served by Health Grades' counsel on July 1, 2011.

5. Annexed hereto as Exhibit C is a true and correct copy of Health Grades' Supplemental Disclosure of Asserted Claims and Infringement Contentions, and cover e-mail, served by Health Grades' counsel on July 19, 2011.

6. Annexed hereto as Exhibit D is a true and correct copy of a redline version of Health Grades' original July 1, 2011 infringement contention claims chart against its October 20, 2011 "second" supplemental infringement contention claims chart.

7. Annexed hereto as Exhibit E is a true and correct copy of an August 2, 2011 e-mail from counsel for MDx, Scott Stimpson, to counsel for Health Grades, Jesus Vazquez.

8. Approximately two weeks prior to Health Grades' service of its original infringement contentions on July 1, 2011, I conducted a telephone conference call with Health Grades' counsel, Jesus Vazquez, in compliance with this Court's Order that the parties discuss claims and defenses prior to the Scheduling Conference. My colleague, David Lee, was also present on the telephone call. During that call, I informed Health Grades' counsel of numerous other specific non-infringement defenses that MDx would be raising, such that counsel had actual, specific knowledge of various other elements MDx was claiming to be missing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/15/11

SCOTT D. STIMPSON