# EXHIBIT B

## Scott D. Stimpson

**From:** Vazquez, Jesus [jvazquez@rothgerber.com]
**Sent:** Friday, July 01, 2011 7:04 PM
**To:** Scott D. Stimpson; David C. Lee; Mark J. Rosenberg; 'piccone@wtotrial.com'; 'lampley@wtotrial.com'
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey
**Subject:** Infringement Contentions and Document Disclosures
**Attachments:** Infringement Contentions PDF (00944177).pdf; 2011 06 30 - Rule 3 1(c) Claim Chart - Exhibit A PDF (00944169).pdf; 2011 07 01 - Rule 3 1(c) Disclosure - EXHIBIT C PDF (00944170).pdf

Dear Counsel:

Attached please find Health Grades' Infringement Contentions. Given the large size of the related Document Disclosures, I am attaching only Exhibits A and C (claim charts for the current MDx website and blow-ups of the related screen shots) to this email. I will send Exhibits B and D (claim charts for the old MDx website and blow-ups of the related screen shots), as well as the bates numbered file history and ownership documents required by Section 3-2(c) and (d) in a subsequent email.

Have a good holiday weekend.

Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

Defendant.

---

**HEALTH GRADES, INC.'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

---

Plaintiff, Health Grades, Inc., by its undersigned counsel, and in accordance with Section 6(f)(1) of the Scheduling Order dated June 16, 2011 (Docket No. 34), hereby serves its Disclosure of Asserted Claims and Infringement Contentions:

At the outset, Health Grades notes that this disclosure and associated claim charts are based on public information it has been able to obtain through MDx's websites. Health Grades has not obtained any discovery from MDx and reserves the right to supplement and/or amend these disclosures after it has obtained discovery from MDx.

**A. Claims Infringed by Defendant MDx**

Health Grades asserts infringement claims against Defendant MDx Medical under 35 U.S.C. §§271(a), (b), and (c) for claims 1, 4-11, and 14-16 of U.S. Patent No. 7,752,060 ("the '060 patent").

**B. Infringing Products Relating To Each Defendant**

Health Grades accuses the following systems and methods of infringing the following claims:

(i) Claims 1, 4-11, and 14-16: Defendant MDx's current version of its on-line information system that includes, without limitation, its website at www.vitals.com, MDx's database of healthcare provider information, and the web server(s), processors, memory, software, and hardware used to run MDx's on-line information system, as well as its services associated therewith ("Current Version"); and

(ii) Claims 1, 4-11, and 14-16: Defendant MDx's prior version of its on-line information system that includes, without limitation, its website at www.vitals.com, MDx's database of healthcare provider information, and the web server(s), processors, memory, software, and hardware used to run MDx's on-line information system, as well as its services associated therewith ("Prior Version").

**C. Claim Charts**

Infringement claim charts are attached hereto for both the Current Version of MDx's on-line information system (Exhibit A) and the Prior Version of MDx's on-line information system (Exhibit B).

**D. Indirect Infringement under 35 U.S.C. §§ 271(b) and (c)**

Health Grades contends that the potential patients and on-line users of MDx's on-line information systems use them in a manner that directly infringes the asserted claims. Health Grades further contends that MDx promotes, markets and sells its on-line information system

and associated services with the knowledge of the existence of the '060 patent, and with the knowledge and intent that its on-line information system will be used in a manner that directly infringes the claims of the '060 patent.

Furthermore, MDx's on-line information system and services cannot be used in any substantial way that does not infringe the '060 patent.

**E.      Literal Infringement and Infringement under the Doctrine of Equivalents**

At the time of this filing, Health Grades contends that MDx infringes claims 1, 4-11, and 14-16 of the '060 patent both literally and under the doctrine of equivalents. Details regarding these contentions are provided in the claim charts attached as Exhibits A and B.

In its motion for partial summary judgment, MDx argued that only one portion of one claim element was missing from the Current Version of its on-line information system, namely a healthcare provider report that includes comparison ratings. MDx has thus effectively conceded that all other claim elements are present in its accused system. Therefore, Health Grades' claim charts address the doctrine of equivalents only for the comparison ratings claim element. If MDx is permitted to change its position and to assert that other claim elements are missing from the accused systems and services, Health Grades will supplement and/or amend these disclosures accordingly to include doctrine of equivalents contentions for such elements.

**F.      Priority Dates of the Patents**

Per agreement of the parties, Health Grades will provide this information by July 19, 2011.

**G.      Plaintiffs' Product That Practices the Claimed Inventions**

Per agreement of the parties, Health Grades will provide this information by July 19, 2011.

**H.      Willful Infringement**

Health Grades asserts that MDx's infringement has been and continues to be willful.  Via its letter dated December 15, 2009, Health Grades put MDx on notice that its on-line information system was covered by pending claims in the application that issued as the '060 patent on July 6, 2010.  MDx has continued to directly infringe in willful violation of Health Grades' patent rights.

Respectfully submitted this 1st day of July, 2011.

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email:   kkostolansky@rothgerber.com
             jvazquez@rothgerber.com
             jphipps@rothgerber.com
*Attorneys for Plaintiff Health Grades, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2011, I electronically served the foregoing **HEALTH GRADES, INC.'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** to the following

David Chunyi Lee
Sills Cummis & Gross P.C. – New York
One Rockefeller Plaza, 25th Floor
New York, NY 10020
Email: dlee@sillscummis.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: lampley@wtotrial.com

Mark Jon Rosenberg
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY 10020
Email: mrosenberg@sillscummis.com

Scott David Stimpson
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY 10020
Email: sstimpson@sillscummis.com

Marsha M. Piccone
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: piccone@wtotrial.com

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel: (303) 623-9000
Facsimile: (303) 623-9222
Email: kkostolansky@rothgerber.com
jvazquez@rothgerber.com
jphipps@rothgerber.com
*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

**EXHIBIT A - Claim Chart**
**U.S. Patent No. 7,752,060 To MDx's Current Website**

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **1. A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:** | MDx Medical, Inc. ("MDx") directly infringes this claim by practicing a computer-implemented method of providing healthcare provider information to potential patients via its on-line information system, which includes its website (www.vitals.com), its healthcare provider database, and the software and hardware, that are associated therewith.<br><br>MDx provides potential patients with access to MDx's database of information relating to healthcare providers, such as doctors, through its www.vitals.com website.<br><br>Various screenshots taken from http://www.vitals.com/[1] are provided in this claim chart to illustrate the various features of the vitals.com website and how these features correspond to the features of claims 1, 4-9, 11, 14-16. For instance, Screenshot No. 1 (reproduced below and, in larger form, in Exhibit C) illustrates the homepage of the MDx website where a potential patient begins accessing MDx's information related to specific doctors. |

[1] Screenshots taken between 6/1/11 and 6/29/2011.

| **U.S. Patent No. 7,752,060** | **MDx's Current On-line Information System** |
| --- | --- |
| | Screenshot No. 1<br><br>by specialty and location<br>Which doctor do you need?<br>Prepare for Your Doctor Visit!<br>Need an International Provider?<br><br>For example, MDx provides a potential patients with information about a healthcare provider in response to the potential patient clicking on the "find the doctor you need" link or in response to the potential patient clicking on the "find a doctor now" link, both of which are circled in red on Screenshot No. 1 above. |
| **receiving, by a Web server computer of a company providing a service for connecting** | When the potential patient initiates a search for a healthcare provider on the MDx's website, MDx's web server receives a request for information regarding a healthcare provider via the internet. MDx's web server, as with any server, comprises at least one computer processor and memory. |

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| **healthcare providers with the potential patients, a request for information regarding a first healthcare provider, wherein the Web server computer comprises at least one computer processor and memory;** | Screenshot No. 2<br><br>Find a Doctor \| Rate and Review Doctors \| Physician Finder - Vitals.com - Windows Internet Explorer<br>vitals<br>is knowing it's easy to find a doctor right for you on Vitals<br>by specialty and location<br>Which doctor do you need?<br>Prepare for Your Doctor Visit!<br>Need an International Provider?<br><br>Screenshot No. 2 shows an example of where a potential patient may initiate a search for a healthcare provider on MDx's website, i.e., request information about one or more healthcare providers. When the user clicks "find a doctor now," this prompts the patient's web browser to send a request for information about a doctor to the MDx's web server, which receives the request for information and then accesses MDx's database to find data that responds to the user's search query. |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| | Screenshot No. 3 illustrates yet another portion of MDx's website that provides for MDx's web server to receive a request for information about various doctors based on specialty or location. *See* Screenshot No. 3 (circled in red are ways to search for a doctor).<br><br><u>Screenshot No. 3</u><br><br>http://www.vitals.com/doctor/find?search=1<br>Convert Select<br>Find Doctors at Vitals.com - Find A Doctor That's Best ...<br>Page Tools<br>vitals<br>ASPS:<br>the symbol of excellence in plastic surgery<br>Advertisement<br>Find a Doctor<br>SEARCH BY AILMENT SEARCH BY SPECIALTY<br>1 Choose a type<br>Specialty<br>Sub-specialty<br>OR<br>Enter a condition<br>2 Enter a location<br>within 15 miles<br>reset<br>3 Optional Insurance Filter<br>No preference |

Page 4 of 59

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;** | At the initiation of the potential patient/user using MDx's website, MDx's web server accesses healthcare-provider-verified information. *See* Screenshot No. 4 (illustrating the result of accessing and displaying doctor supplied information). Highlighted in Screenshot No. 4, among other things, are the following pieces of healthcare provider-verified information: doctor's age, gender, specialty information and years in practice.<br><br><u>Screenshot No. 4</u><br><br>http://www.vitals.com/doctors/Dr_William_L_Thompson.html<br>Convert Select<br>Vitals.com - Doctor William L Thompson, MD profile<br>Page Tools<br>YOU DON'T HAVE TO TAKE EVERY DAY<br>CLICK HERE<br>Advertisement<br>William L Thompson, MD<br>Anesthesiologist<br>Receive Alerts when there is new important information about this doctor. ALERT ME<br>More Vitals Tools<br>RATE This Doctor ASK A Doctor CHEAP Insurance<br>75% OFF Prescriptions E-MAIL This Profile PRINT This Profile<br>2045 Franklin St<br>Denver, CO 80205<br>(303) 764-5676<br>Map this Address<br>Directions<br>Rate this doctor<br>Personalize<br>Tweet Like<br>Tools to keep you healthy<br>Learn More<br>Ads by Google<br>Methadone Dependence Treatment in the Privacy of a Doctor's Office<br>Discover a New Career Today Learn At Our Fort Collins Campus<br>Board Certified<br>Anesthesiology<br>Family Medicine<br>HPV COULD AFFECT YOUR SON OR DAUGHTER.<br>LEARN WHAT YOU CAN DO<br>Overall Patient Rating<br>Based on 1 rating |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| | MDx receives the healthcare provider-verified information from healthcare providers. MDx's website provides doctors with the ability to send information to MDx. For example, MDx's website provides many opportunities for doctors to edit their own profiles. *See, e.g.*, Screenshot No. 5.<br><br><u>Screenshot No. 5</u><br><br>Find a Doctor \| Rate and Review Doctors \| Physician Finder - Vitals.com - Windows Internet Explorer<br>http://www.vitals.com/<br>Convert Select<br>Find a Doctor \| Rate and Review Doctors \| Physician F...<br>Page Tools<br>vitals<br>DOCTORS EXAMINED TODAY: 538,953<br>Is knowing it's easy to find a doctor right for you on Vitals.<br>check up on your doctor<br>by specialty and location<br>Specialty<br>Sub specialty<br>search by medical need<br>Littleton CO<br>15 miles<br>rate your doctor<br>Which doctor do you need?<br>"I have a problem. Whom should I see?"<br>Start Now!<br>Prepare for Your Doctor Visit!<br>Want to know what to expect at your next doctor visit?<br>Prepare Now!<br>Need an International Provider?<br>Suitcase packed? Check.<br>Find a Doctor Now!<br>More Vitals Tools<br>Vitals for You<br>Sign Up for Doctor Alerts<br>Personalize My Vitals<br>Talk to a Doctor Online<br>Affordable Health Insurance<br>Vitals for Doctors<br>Edit Your Profile<br>Respond to Comments<br>Patient Referrals<br>Vitals for Doctors<br>Vitals for Partners<br>Advertise on Vitals<br>Vitals on Your Website<br>Get Our 2011 Media Kit<br>More Vitals<br>TV Doctors<br>Pro Football Team Doctors<br>Spotlight<br>Recent Doctor Reviews |

Page 6 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | MDx states on its website that it receives, compiles, and posts doctor-supplied information. *See* Screenshot No. 6.<br><br><u>Screenshot No. 6</u><br><br>Vitals - Windows Internet Explorer<br>Get a FREE Vitals Health Passport Card<br>*The fast, free, secure, and easy way to keep your important medical info close at hand.*<br>Get my card<br>FAQ<br>What is Vitals?<br>Who is Vitals?<br>From where does Vitals get their information and data?<br>Can I share health profiles found on Vitals?<br>Is the information found on Vitals available for free?<br>Are comments on doctor reviews edited?<br>Why can I only rate my doctor once a month?<br>What is the difference between an MD and a DO?<br>What does it mean to be board certified?<br>I can't seem to find my doctor. Why?<br>How can I provide feedback on a profile?<br>I am a doctor and wish to submit my photograph to be added to my profile. How can I do this?<br>Who is Castle Connolly and what does it mean to be a Castle Connolly Top Doctor?<br>What is Vitals.com?<br>Vitals is committed to providing the most thorough information available on doctors. It is our mission to arm consumers with the information they need to make the best healthcare choice possible. We seek to provide you with as much objective data as is available on a doctor. Have an opinion about a health care provider? Vitals offers you a place to both share your thoughts and make informed decisions. Our goal is to give you the user the information you need to make the best decision on selecting a doctor.<br>Who is Vitals?<br>Vitals is comprised of a team of dedicated experts in the fields of healthcare, marketing, and database management. Vitals is owned by MDx Medical, Inc with headquarters in Lyndhurst, NJ. Our mailing address is Vitals, 210 Clay Ave, Suite 140, Lyndhurst, NJ 070[illegible]. Our phone number is [illegible]<br>From where does Vitals get their information and data?<br>Vitals obtains information and data from a wide variety of sources both public and private. These include: medical boards from all 50 states, federal websites, hospitals, doctors, surveys, business alliances and third party affiliates.<br>Can I share health profiles found on Vitals?<br>The use of Vitals data is governed by our Terms of Use and posted Privacy Policy. You may print out a copy of a health profile but you may not electronically send it. If you wish to reproduce, cite, publish and/or |

Page 7 of 59

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the** | MDx's on-line information service, which includes a computer processor, compiles patient-provided information regarding healthcare providers. MDx compiles the patient ratings from a www.vitals.com on-line patient-experience survey; this survey is shown in Screenshot No. 7, below.<br><br><u>Screenshot No. 7</u><br><br>Stuart S Kassan, MD<br>Internist, Rheumatologist<br>PATIENTS<br>ALERT ME<br>Rate Dr. Kassan<br>More Vitals Tools<br>Vimovo<br>PROVEN ARTHRITIS PAIN RELIEF<br>Learn more |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **potential patients;** | |
| **compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;** | MDx compiles information regarding doctors verified by an independent third-party source. The verified information comprises, at least, medical school, licensure, board certification, medical fellowship and medical residency information. *See* Screenshot No. 8 (displaying a portion of the FAQ from the vitals.com website stating that the information comes from various third parties).<br><br><u>Screenshot No. 8</u> |

Page 9 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| |  Get a FREE Vitals Health Passport Card<br>The fast, free, secure, and easy way to keep your important medical info close at hand.<br>Get my card<br>FAQ As a specific example, MDx compiles medical school information on a given doctor from *U.S. News & World Report's* "America's Top Medical Schools." *See* Screenshot No. 9 ("What's this?" section describing that MDx compiles medical school information from *U.S. News & World Report*). MDx then provides potential patients with medical school information associated with a given physician's academic and fellowship history.<br><br><u>Screenshot No. 9</u> |

Page 10 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | http://www.vitals.com/doctors/Dr_Stuart_Kassen.html<br>Convert ▾ Select<br>Vitals.com - Doctor Stuart S Kassen, MD profile<br>Page ▾ Tools ▾<br><br>4200 W [illegible] Ave Denver, CO [illegible]<br>Show all hospital affiliations >><br>[illegible]<br>Institution Rating<br>Dr. Kassan was educated at the following institutions:<br>Medical School<br>The George Washington University School of Medicine and Health Sciences<br>Completed 1972<br>Special Standing*<br>[illegible] Recognition 2010<br>Patients' Choice Award 2010<br>Awards:<br>Patients' Choice Award: 2009<br>Associations:<br>American College of Rheumatology<br>ACR Fellow Member<br>Publications<br>Dr. Kassan has 21 publications:<br>Article: Clinical manifestations and early diagnosis of Sjogren syndrome.<br>Date: August 2004<br>Journal: Archives of internal medicine<br>Article: Classification criteria for Sjogren's syndrome: a revised [illegible]<br><br>What's this?<br>Education<br>Learn more about Doctor Education<br>While there is no proven correlation between the quality of one's educational institution a[nd] the quality of one's professional competence, it is often an indicator. Medical schools hav[e] various levels of selectivity (some are harder to get into than others), and both the qualit[y] of their clinical training and level of research are measured.<br>About Institution Quality<br>As with hospitals, medical schools are scored on a 1-4 scale, based on a formula that is derived from a variety of measures - selectivity of admission, quality of clinical training and ranking on research dollars awarded, to name a few. Vitals does not perform these rankings - they come from The Princeton Review, the U.S. government and other sources. Rather, we report it and connect the medical school quality ranking to the individual doct[or]<br>In addition, we provide the data on medical school quality as compiled annually by U.S News & World Report's "America's Top Medical Schools". Typically, they provide rankings o[f] about half of the country's 162 medical schools.<br>Two important notes regarding medical school quality:<br>• The quality rankings, by school, are for the most recently completed calendar year. School quality rankings do change, over time, so the current ranking may not be fu[lly] reflective of the school's quality at the time the doctor attended.<br>• Only United States medical schools receive quality rankings. We have been unable [to] find reliable scores on schools outside the United States, so no ratings are provide[d]<br>Internet 100%<br><br>MDx compiles licensure information. Screenshot No. 10 evidences that MDx verifies each physician's license before adding the physician to the results list; to do this, MDx must compile the information in order to compare it to the entry field.<br><br>Screenshot No. 10 |

Page 11 of 59

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | Let us know who you are:<br>First name:<br>Middle name:<br>Last name:<br>Suffix: None<br>Date of birth: January 1 2011<br>State of license: [State]<br>State license number:<br><br>Create your login information:<br>Email address:<br>Confirm email address:<br>Password: minimum of 6 characters.<br>Confirm password:<br>☑ Contact me about new Vitals services.<br>☐ I am a physician actively licensed in the United States.<br>☐ I have read and agree to Vitals' Terms of Use.<br>Get started<br><br>Please note: Vitals verifies all physician registration through confirmation letters. You will be mailed a letter to the primary address associated with your profile confirming your account setup and associated information.<br><br>MDx admits that it compiles board certification information. *See* screenshot No. 11 below ("Vitals receives quarterly updates on board certification from ABMS", circled in orange). Further, the American Board of Medical Specialties is an independent source. *See* Screenshot No. 11, "About Board Certification" boxed in red below.)<br><br><u>Screenshot No. 11</u> |

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | Dr. Brunvand has additional addresses<br><br>Tools to keep you healthy<br>Learn More<br><br>Specialty<br>Board Certified?<br>Internal Medicine<br>Sub-specialties: Medical Oncology, Hematology & Oncology<br>View ABMS® certification<br><br>Special Expertise:<br>Adult T-Cell Leukemia-Lymphoma; Bone Marrow Transplantation; Bone Marrow and Lymphatic Tissue Cancer (Hematologic Neoplasm); Organ Transplantation<br><br>Vitals receives quarterly updates on board certification from ABMS®.<br><br>Patient Ratings & Comments<br>Overall Patient Rating<br><br>• The doctor has been certified by one of the 24 ABMS (American Board of Medical Specialties) medical boards in that specialty if he is an MD (Medical Doctor).<br>• The doctor has been certified by one of the 18 AOA (American Osteopathic Association) Specialty Boards in that specialty if he is a DO (Doctor of Osteopathic Medicine). Osteopathic physicians can also receive certification through one of the member boards of the (ABMS).<br><br>About Board Certification<br>Many years ago, there were large numbers of certifying medical boards, with a wide variety in quality. Fortunately, today, these have been trimmed down and board certification is generally limited to the two highly-respected certification boards - ABMS (American Board of Medical Specialties) for MDs and the AOA ((American Osteopathic Association) for DOs. ABMS represents 24 medical specialty boards and the AOA represents 18 medical specialty boards that create and maintain high standards for doctor certification and evaluation.<br><br>On Vitals, doctors are considered board certified only if they have met either the ABMS or the AOA requirements for board certification indicating they have the knowledge, skills and experience needed to provide good healthcare. When board certificated, you can look at details by clicking on the certification link in the Specialty section of the profile page.<br><br>Roughly 85% of all doctors are board certified. ABMS and AOA board certifications are considered the gold standard, but non-certified doctors may still have all the knowledge and skills needed to provide good healthcare.<br><br>MDx compiles additional information verified by an independent third-party source regarding a physician's medical school, internship, residency, and fellowship positions. *See* Screenshot No. 12 (noting that MDx obtains all educational information from independent third parties unless otherwise noted).<br><br>Screenshot No. 12 |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| | http://www.vitals.com/doctors/Dr_Stuart_Kassan.html<br>Convert Select<br>Vitals.com - Doctor Stuart S Kassan, MD profile<br>Page Tools<br>Where available, [illegible]<br>Institution Rating<br>Dr. Kassan was educated at the following institutions:<br>Medical School<br>The George Washington University School of Medicine and Health Sciences<br>Completed: 1972<br>Special Standing?<br>Compassionate Doctor Recognition 2010<br>Patients' Choice Award, 2010<br>Awards:<br>Patients' Choice Award: 2009<br>Associations:<br>American College of Rheumatology<br>ACR Fellow Member<br>Publications<br>Dr. Kassan has 21 publications:<br>Article: Clinical manifestations and early diagnosis of Sjögren syndrome.<br>Date: August 2004<br>Journal: Archives of internal medicine<br>Article: Classification criteria for Sjögren's syndrome: a revised version of the European criteria proposed by the American European Consensus Group.<br>In addition, we provide the data on medical school quality, as compiled annually by U.S. News & World Report's "America's Top Medical Schools". Typically, they provide rankings on about half of the country's 162 medical schools.<br>Two important notes regarding medical school quality:<br>• The quality rankings, by school, are for the most recently completed calendar year. School quality rankings do change, over time, so the current ranking may not be fully reflective of the school's quality at the time the doctor attended.<br>• Only United States medical schools receive quality rankings. We have been unable to find reliable scores on schools outside the United States, so no ratings are provided.<br>About Education<br>A doctor can have up to four types of medical training:<br>• Medical School: Acceptance into medical school requires a bachelor's degree. Generally, medical school is a four-year program of medical training.<br>• Internship: One year of additional training, at an accredited hospital, following medical school.<br>• Residency: Doctors must complete a residency program in their area of specialization in order to be licensed to practice medicine. Residency length can vary from three years (internal medicine) to seven years (neurosurgery), depending on the specialty. Residencies are rated according to the quality of the institution where the residency is completed.<br>• Fellowship: A fellowship, done after a residency, is an optional advanced training program for doctors in certain highly specialized fields. Fellowships are research-based programs that typically last one to three years. A completed fellowship is not required to practice medicine. A green check mark in this section denotes a doctor has completed a fellowship.<br>If a [illegible] appears in this section, it indicates the doctor has self-reported this information to Vitals. It is information that Vitals has received directly from the doctor.<br>Internet 100%<br><br>As a specific example, Screenshot 13 provides specific evidence that MDx compiles fellowship information on at least some it its doctors.<br><br>Screenshot No. 13 |

Page 14 of 59

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | Education — Institution Ranking — Institution Rating<br>Dr. Rampy was educated at the following institutions:<br>Medical School<br>University of Colorado School of Medicine — Top 25%<br>Completed: 1998<br>Ranked #4 out of 144 in primary care by US News & World Report<br>Ranked #29 out of 144 in research quality by US News & World Report.<br>Fellowship<br>Washington University, St. Louis School of Medicine<br>Neuromuscular Medicine, Completed: 2004<br>Ranked #26 out of 144 in primary care by US News & World Report.<br>Ranked #4 out of 144 in research quality by US News & World Report<br>What's This |
| **creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare** | After a patient/user enters search criteria for a doctor, MDx creates one or more healthcare provider reports using information from the MDx database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third-party source.<br>Screenshot Nos. 14 & 16-18 show portions of a healthcare provider report for Dr. Mark Brunvand. This report uses at least the following information: (1) healthcare provider-verified information, circled in |

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and** | red; (2) patient-provided information, circled in green; and (3) information verified by an independent third party circled in purple. The report also includes comparison ratings, circled in orange.<br><br><u>Screenshot No. 14</u><br><br>http://www.vitals.com/doctor/find?search=1#specialist_id=110&location=80218&distance=15&exclude_ins_filter=on<br>Visited Getting Started Latest Headlines http://www.google.com/ iGoogle<br>vitals<br>Get your FREE Knee Pain Relief Info Kit<br>SYNVISC<br>Get your FREE Knee Pain Relief Info Kit >><br>You are searching for a [illegible] located near [illegible]<br>Matches Found 500<br>407 strong matches<br>Refine your search<br>Quality<br>Languages & Education<br>Gender<br>Degree Type<br>1 Internist 96% match score<br>2 Internist 96% match score<br>3 Internist 96% match score<br>Internist<br>9141 Grant St Ste 140<br>Denver, CO<br>Click here for Information & Phone<br><br>The "match score" comparison rating provides the patient with information regarding how well physicians listed in the results list satisfy the patient's specified criteria, e.g. "specialty or location [state], and [city] [criteria]." The "match score" is determined based on four criteria, which may be changed by the patient by manipulating the slider bars shown in screenshot No. 15, below.<br><br><u>Screenshot No. 15</u> |

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | Rank your results<br>Move the slider bars to indicate what is important to you. Match score will adjust automatically.<br>1= less important 5= more important<br>Quality of training<br>Quality of hospital<br>Years of experience<br>Travel distance<br><br>Additionally, the "overall patient rating," comprising 0-4 purple stars, comprises comparison ratings of healthcare providers. *See* Screenshot No. 16.<br><br><u>Screenshot No. 16</u> |

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | ⑥ Internist<br>97% match score — Mark W. Brunvand, Denver, CO, 7.6 miles away<br>Highlights: • Patients' Choice Award • Rated 4 stars by patients • Board certified<br>Overall Patient Rating: ★★★★<br>View profile<br><br>⑦ Internist<br>97% match score — Jeffrey V. Matous, Denver, CO, 7.6 miles away<br>Highlights: • Board certified • 4 star hospital • 4 star medical school<br>Overall Patient Rating: ★★★☆<br>View profile<br><br>⑧ Internist<br>97% match score — Judy Weiss, Westminster, CO, 4.4 miles away<br>Highlights: • Board certified • 4 star hospital • 4 star medical school<br>Overall Patient Rating: ★★★☆<br>View profile<br><br>MDx includes another comparison rating of healthcare providers when it includes the "Patients' Choice" mark next to the physician's name. MDx gives this award to physicians when the physician has "received near perfect scores as rated by patients" compared to other physicians. *See* Screenshot No. 17.<br><br><u>Screenshot No. 17</u> |

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | Mark W Brunvand, MD<br>Internist, Medical Oncologist<br>Male - 25 years experience<br>PATIENTS' CHOICE RATED & AWARDED BY PATIENTS<br>Profile Summary<br>Directions<br>Rate this doctor<br>Personalize<br>Tweet Like<br>Rocky Mountain Cancer Ctr<br>1800 Williams St Ste 300<br>Denver, CO 80218<br>(303) 388-4876<br>Map this Address<br>Dr. Brunvand has additional addresses<br>Overall Patient Rating:<br>Tools to keep you healthy<br><br>To the extent that MDx asserts that any of these three ratings do not literally satisfy the limitation of a healthcare provider report that includes comparison ratings, these ratings meet the claim limitations under the doctrine of equivalents because they have the same function, and operate in the same way to achieve the same result as comparison ratings in a healthcare provider report. *See* Screenshot No. 18. |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | Screenshot No. 18<br><br>The report on Dr. Brunvand uses the following doctor-verified information: (1) specialty information, gender, years in practice, shown in Screenshot No. 19, and; (2) professional memberships shown in Screenshot No. 20 below:<br><br>Screenshot No. 19 |

Page 20 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | Mark W Brunvand, MD<br>Internist, Medical Oncologist<br>Male - 25 years experience<br><br>Screenshot No. 20<br><br>Awards & Distinctions — Special Standing?<br>Compassionate Doctor Recognition, 2010 ✓<br>On-Time Physician Award, 2009 ✓<br>Patients' Choice Award, 2010 ✓<br>Awards:<br>Compassionate Doctor Recognition: *2009*<br>Patients' Choice Award: *2008 – 2009*<br>Associations:<br>American Society of Clinical Oncology<br>Member<br>American Society of Hematology<br>Member<br>What's this?<br><br>The report on Dr. Brunvand uses the following patient provided information: patient ratings compiled from a www.vitals.com on-line patient-experience survey (circled in green in Screenshot No. 18 below):<br><br>Screenshot No. 18 |

Page 21 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| | Additionally, the report on Dr. Brunvand uses information verified by the independent third-party sources, namely, board certifications and medical school information as shown in Screenshot Nos. 21-22 below. MDx also uses compiled licensure information to ensure that only licensed physicians, including Brunvand, are displayed in the search results. |

Page 22 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| | Screenshot 21<br>Specialty — Board Certified?<br>Internal Medicine<br>Sub-specialties: Medical Oncology, Hematology & Oncology — View ABMS® certification<br>Special Expertise:<br>Adult T-Cell Leukemia-Lymphoma; Bone Marrow Transplantation; Bone Marrow and Lymphatic Tissue Cancer (Hematologic Neoplasm); Organ Transplantation<br>Vitals receives quarterly updates on board certification from ABMS®. What's This<br><br>Screenshot 22<br>Education — Institution Ranking — Institution Rating<br>Dr. Brunvand was educated at the following institutions:<br>Medical School<br>University of Colorado School of Medicine — Top 25%<br>Completed: 1982<br>Ranked #4 out of 144 in primary care by US News & World Report.<br>Ranked #29 out of 144 in research quality by US News & World Report<br>What's This |
| **providing access to the healthcare provider report on the first** | MDx provides access to the doctors' healthcare provider reports over a computer network. *See* Screenshot No. 23 (highlighting that this information was accessed over a computer network, e.g., the Internet, and that the profile can be sent by email or printed). |

Page 23 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **healthcare provider over a computer network.** | Screenshot No. 23 |
| **4.** The method as defined in claim 1, wherein the healthcare | MDx provides a link to affiliated hospitals in the healthcare provider report. *See* Screenshot Screenshot No. 24 (displaying affiliated hospital hyperlink, circled in red). |

Page 24 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| **U.S. Patent No. 7,752,060** | **MDx's Current On-line Information System** |
|---|---|
| provider report includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center. | Screenshot No. 24<br>HEARTBURN<br>YOURSELF AGAIN<br>More Vitals Tools<br>Find out what they're saying.<br>Vyvanse<br>IMPORTANT SAFETY INFORMATION |
| **5.** The method as defined in claim 1, wherein the access to the | MDx uses a predetermined web page for patient search purposes. *See* Screenshot 25 (displaying the MDx web page that allows patients to search for doctors). |

Page 25 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| healthcare provider report is obtained through a predetermined Webpage that provides search capabilities for a database comprised of healthcare provider information. | Screenshot No. 25<br>Find a Doctor \| Rate and R...<br>www.vitals.com<br>vitals<br>login: consumer \| physician<br>home check up on your doctor find a doctor rate a doctor<br>Your source for comprehensive medical information on 720,000 doctors nationwide.<br>DOCTORS EXAMINED TODAY: 660,854<br>Like 300 likes. Sign Up to see what your friends like.<br>is knowing it's easy to find a doctor right for you on Vitals.<br>check up on your doctor<br>find the doctor you need<br>search by medical need<br>rate your doctor<br>by specialty and location<br>Specialty<br>Sub-specialty<br>Littleton, CO<br>within 15 miles<br>find a doctor now<br>Which doctor do you need?<br>"I have a problem. Whom should I see?"<br>Tell us about your symptoms and we will match you with the right doctor.<br>Prepare for Your Doctor Visit!<br>Want to know what to expect at your next doctor visit?<br>Check out Vitals' informative guides to get ready for your next appointment!<br>Need an International Provider?<br>Suitcase packed? Check.<br>Let Vitals help you search for doctors, hospitals and clinic information before or during your trip abroad. |
| **6.** The method as defined in claim 5, wherein the search | MDx allows a user to search based on specialty, diagnosis (condition), state, city, and location criteria. *See* Screenshot No. 26 (displaying specialty, circled in red, condition, circled in orange, and location, circled in purple.) |

Page 26 of 59

Case No. 1:11-cv-00520-RM-NYW Document 62-3 filed 11/15/11 USDC Colorado pg 34 of 123

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| capabilities permit a search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria. | Screenshot No. 26<br><br>www.vitals.com<br>vitals<br>ASPS:<br>the symbol of excellence in plastic surgery<br>Find a Doctor<br>SEARCH BY AILMENT<br>SEARCH BY SPECIALTY<br>1 Choose a type<br>Specialty<br>Sub-specialty<br>OR<br>Enter a condition<br>2 Enter a location<br>within<br>15 miles<br>reset<br>3 Optional Insurance Filter<br>No preference<br><br>MDx allows a user to search by doctor name. *See* Screenshot No. 27 (displaying doctor search query by doctor name, circled in red). |

Page 27 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| | Screenshot No. 27<br>www.vitals.com<br>login: consumer \| physician<br>Your source for comprehensive medical information on 720,000 doctors nationwide.<br>Doctors Examined Today: 597,736<br>is knowing it's easy to find a doctor right for you on Vitals.<br>check up on your doctor<br>find the doctor you need<br>search by medical need<br>rate your doctor<br>just type a name and location & GO!<br>Doctor last or full name<br>Littleton, CO<br>check up now |
| **7.** The method as defined in claim 6, wherein the search of the | MDx provides a list of physicians based on specialty and location input from the patient. Screenshot No. 28, below, demonstrates MDx displaying a list of internists (i.e., first healthcare providers), circled in red, based upon location criteria, circled in orange. |

Page 28 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider. | Screenshot No. 28 |
| **8.** The method as defined in claim 7, wherein the results list | As part of the list detailed in claim 7, *supra*, MDx provides "sponsored links" at the request of "health providers, doctors, hospitals, or affiliated companies." *See* Screenshot No. 29 (sponsored link circled in red). |

Page 29 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| further includes an advertisement for the first healthcare provider with a hyperlink to information on the first healthcare provider. | Screenshot No. 29<br><br>www.vitals.com<br>SLEEP IS HERE<br>ON THE WINGS OF LUNESTA<br>FIND OUT MORE<br>Find a Doctor<br>2 Enter a location<br>Matches Found<br>500<br>421<br>Refine your search<br>Quality<br>Language/US Educated<br>Gender<br>Degree Type<br>1 Internist 96% match score<br>2 Internist 96% match score<br>3 Internist 96% match score<br>4 Internist<br>Internist<br>9141 Grant St Ste 140<br>Denver, CO<br>Click here for information & Phone<br>HEARTBURN<br>GO<br><br>MDx directs a patient who clicks on the sponsored link to a webpage that provides information about the doctor. *See* Screenshot No. 30 (information circled in red). |

Page 30 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | Screenshot No. 30<br>Citysearch Thornton CO<br>THORNTON DEALS RESTAURANTS BARS & CLUBS SPA & BEAUTY MOBILE MORE<br>Weber Bruce J DO<br>Physicians - General<br>(303) 252-0100<br>9141 Grant St Ste 140<br>Denver, CO 80229<br>Get Map & Directions<br>www.weberbrucejdodenver.usdirc<br>Like Sign Up to see what your friends like.<br>print favorite send to share<br>Be the first ADD A PHOTO<br>Category: Doctors, Health Clinics<br>view more<br>Write a Review<br>OVERVIEW MAP & DIRECTIONS<br>There are no reviews yet. Be the first to write a review!<br>Write a Review |
| **9.** The method as defined in claim 7, further comprising: determining | MDx determines which doctors are sponsors, or members, based on whether the physician has paid a fee to MDx. *See* Screenshot No. 31 (circled portion providing that MDx determines physicians based on whether the physician has chosen to be a sponsor). |

Page 31 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| from the results list whether a particular healthcare provider is a member of the company managing the Web site; | Screenshot No. 31<br>Find a Doctor · SEARCH BY AILMENT · SEARCH BY SPECIALTY<br>2 Enter a location 80229 within 15 miles · reset<br>Page View: List \| Map · Sort results by Match score · Results 1 to 8 of 500 · 1 2 3 4 5 ...<br>Matches Found 500 · 421 strong matches · Too many matches? Too few?<br>Refine your search · Quality · Show ABMS board certified doctors only · Exclude doctors rated poorly by patients · Language/US Educated · Show US educated<br>1 Internist · 96% match score · Robert M. Tate · Denver, CO · Overall Patient Rating · Highlights: Rated 4 stars by patients; Board certified; 4 star hospital<br>2 Internist · 96% match score · William E. Lee · Denver, CO · Overall Patient Rating · Highlights: Rated 4 stars by patients; Board certified; 4 star hospital<br>3 Internist<br>Sponsored Links · Internist · Bruce Weber, DO · 9141 Grant St Ste 140 · Denver, CO · Click here for Information & Phone<br>Sponsored Links have been requested by health providers, doctors, hospitals or affiliated companies. They represent licensed health practitioners who wish to be more visible in relevant search results. These have no influence over the results displayed in the middle of this page, and are completely independent. |
| and if the particular healthcare provider is a member of the company | MDx provides the enhanced service of prominently displaying a member physician. Consider Dr. Bruce Weber displayed at the top of the results list. *See* Screenshot No. 31, *supra*. Absent a sponsored link, MDx would not have displayed Dr. Bruce's information until the user scrolled through the first 291 |

Page 32 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| managing the Web site, providing enhanced services for the member healthcare provider on the Web site. | doctors (page 37 of the results list). *See* Screenshot No. 32. By becoming a sponsor, MDx provided Dr. Weber with prominence among all doctors; he is at the top of every page of the results list.<br><br><u>Screenshot No. 32</u><br><br>SLEEP IS HERE<br>ON THE WINGS OF LUNESTA<br>Matches Found<br>500<br>421 strong matches<br>Refine your search<br>① Internist 81% match score<br>② Internist 81% match score<br>③ Internist 81% match score<br>④ Internist<br>Internist<br>9141 Grant St Ste 140<br>Denver, CO<br>Click here for Information & Phone<br>HEARTBURN |

Page 33 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | Screenshot No. 33<br>Bruce J Weber, DO<br>Family Practitioner, Gastroenterologist, Internist, Preventive Medicine<br>Male - 31 years experience<br>Patients wait... An average of 20 minutes for this doctor<br>Directions<br>Rate this doctor<br>Personalize<br>Tweet Like<br>Western Cardiology Assoc<br>9141 Grant St Ste 140<br>Denver, CO 80229<br>(303) 252-0100<br>Map this Address<br>Dr. Weber has additional addresses<br>Overall Patient Rating<br>Diabetes Questions To Ask Your Doctor Go Now<br>Specialty<br>Board Certified*<br>Preventive Medicine<br>Sub-specialty: Occupational Medicine<br>Internal Medicine<br>Sub-specialty: Gastroenterology<br>Family Medicine<br>Sub-specialty: Adult Medicine<br>learn your new rights under the health care law<br>HealthCare.gov<br>Patient Ratings & Comments<br>Overall Patient Rating<br>Based on 1 rating<br>Be the first to comment on Dr. Weber<br>Click here!<br>Ease of Appointment 3.0<br>Courteous Staff 2.0<br>Accurate Diagnosis 1.0<br>Bedside Manner 1.0<br>Spends Time with Me 1.0<br>Follow Up 1.0<br>Patients Wait...<br>An average wait of 20 minutes for this doctor. |
| | |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **11.** The method as defined in claim 9, wherein the enhanced services comprise favorable positioning in the results list. | MDx displays the member doctor in a prominent position. *See* Screenshot No. 34 (circled portion showing favorable position of member doctor).<br><br><u>Screenshot No. 34</u><br><br>vitals<br>SLEEP IS HERE<br>ON THE WINGS OF LUNESTA<br>FIND OUT MORE<br>LUNESTA Medication Guide<br>Advertisement<br>Find a Doctor<br>2 Enter a location 80229 within 15 miles<br>Page View: List \| Map Sort results by Match score<br>1 2 3 4 5 ... next ><br>Matches Found<br>500<br>421 strong matches<br>Refine your search<br>Quality<br>Language/US Educated<br>Gender<br>Degree Type<br>1 Internist 96% match score<br>Overall Patient Rating<br>Highlights<br>2 Internist 96% match score<br>Highlights<br>3 Internist 96% match score<br>Highlights<br>4 Internist<br>Internist<br>Bruce Walter, DO<br>9141 Grant St Ste 140<br>Denver, CO<br>Click here for Information & Phone<br>HEARTBURN<br>GO> |

Page 35 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **14.** The method as defined in claim 1, wherein the first healthcare provider is a physician. | MDx provides reports on physicians. *See* Screenshot No. 35 (displaying a report for an internist).<br><br><u>Screenshot No. 35</u><br><br>log in: consumer \| physician<br>FIND OUT ABOUT A BIRTH CONTROL YOU DON'T HAVE TO TAKE EVERY DAY [ CLICK HERE ]<br>Advertisement<br>Lillian M Coppola, MD<br>Internist<br>Receive Alerts when there is new important information about this doctor. ALERT ME<br>Colorado Permanente Medical Group -Skyline<br>Directions<br>Rate this doctor<br>Personalize<br>More Vitals Tools<br>RATE ASK CHEAP<br>75% OFF E-MAIL PRINT<br>Diabetes Questions To Ask Your Doctor Go Now<br>National Jewish Health<br>The nation's number one respiratory hospital.*<br>1.877.225.5654 Learn More<br>*U.S. News & World Report Best Hospitals Rankings<br>Special Expertise:<br>Diabetes: Diabetes Complications<br>Overall Patient Rating<br>Read comments about Dr. Coppola<br>Find out what they're saying.<br>click here |

Page 36 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **15. An on-line information system for connecting healthcare providers with potential patients, the system comprising:** | MDx provides an online information system for connecting healthcare providers with potential patients. MDx's homepage displays a tagline that reads "Relief . . . is knowing it's easy to find a doctor right for you on Vitals." *See* Screenshot No. 36 (tagline circled in red). MDx's homepage is accessible via the internet. *See* Screenshot No. 36 (web address circled in purple).<br><br>Screenshot No. 36 |

Page 37 of 59

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **at least one computer processor; and** | MDx uses a web server program, which is housed on a web server machine, to deliver its webpage to a potential patient's web browser. A web server machine is a computer, and all computers have computer processors. |
| **memory coupled with and readable by the at least one computer processor and comprising a series of instructions that, when executed by the at least one computer processor, cause the at least one computer processor to:** | MDx's web server machine, like any computer, has memory readable by at least one computer processor. |
| **receive a request for information regarding a first healthcare provider;** | MDx's web server receives a request for information regarding a first healthcare provider from a potential patient's web browser. *See, e.g.*, Screenshot 2 and Screenshot 3. |
| **access healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare** | MDx's web server accesses healthcare provider-verified information at the prompting of a potential patient. To display the healthcare provider-verified information in the patient's browser, the server must access the information. Screenshot No. 37 displays the following healthcare provider-verified information: specialty information, gender, and years in practice (information circled in red). Screenshot No. 38 displays hobbies (information circled in red). Screenshot No. 39 displays membership information (information circled in red). Screenshot No. 40 displays publications (information circled in red). |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;** | Screenshot No. 37<br><br>Stuart S Kassan, MD<br>Internist, Rheumatologist<br>Male - 35 years experience<br>PATIENTS'<br>Colardo Arthritis Assoc<br>4200 W Conejos Pl Ste 314<br>Denver, CO 80204<br>(303) 892-6033<br>Map this Address<br>Dr. Kassan has additional addresses<br>Profile Summary<br>Directions<br>Rate this doctor<br>Personalize<br>Tweet Like<br>Overall Patient Rating<br>Receive Alerts when there is new important information about this doctor. ALERT ME<br>More Vitals Tools: RATE This Doctor; ASK A Dr Now; CHEAP Insurance; PREPARE For Your Visit; E-MAIL This Profile; PRINT This Profile<br>See if you qualify for a Medicare Covered power chair. LEARN MORE The SCOOTER Store<br>NOW LIVE<br>Specialty<br>Internal Medicine<br>Sub-specialty: Rheumatology<br>View ABMS Certification<br>Board Certified?<br>Special Expertise:<br>Rheumatic Diseases: Rheumatoid Arthritis; Systemic Lupus Erythematosus (SLE)<br>Patient Ratings & Comments<br>Overall Patient Rating<br>Based on 11 ratings (click here)<br>Read comments about Dr. Kassan<br>Find out what they're saying.<br>click here<br>Ease of Appointment 2.6<br>Promptness 1.5<br>Courteous Staff 3.2<br>Accurate Diagnosis 3.6<br>Bedside Manner 3.7<br>Spends Time with Me 3.5<br>Follow Up 3.3<br>Patients Wait...<br>An average wait of 60 minutes for this doctor.<br>Rate This Doctor<br>For treatment of ADHD<br>Once-daily Vyvanse may be able to help<br>Vyvanse<br>IMPORTANT SAFETY INFORMATION<br>Vyvanse is a federally controlled substance (CII) because it can be abused or lead to dependence. Keep in safe place to prevent misuse and abuse. Selling or giving away Vyvanse may harm others, and is illegal. Vyvanse is a stimulant. Misuse of stimulants may cause sudden death and serious heart problems. |

Page 39 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | Screenshot No. 38<br><br>Screenshot No. 39 |

www.vitals.com
Medical School
Awards:
Associations:
American College of Rheumatology

Page 40 of 59

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| | Screenshot No. 40  |

Vitals.com - Doctor Stuart ...
Medical license - Wikipedia,...
www.vitals.com/doctors/Dr_Stuart_Kassan.html?
Awards:
Patients' Choice Award: 2009
Associations:
American College of Rheumatology
ACR Fellow Member
Dr. Kassan has 21 publications:
Article: Clinical manifestations and early diagnosis of Sjögren syndrome.
Date: August 2004
Journal: Archives of internal medicine
Article: Classification criteria for Sjögren's syndrome: a revised version of the European criteria proposed by the American-European Consensus Group.
Date: August 2002
Journal: Annals of the rheumatic diseases
Article: Managing dry eyes and dry mouth in Sjögren's syndrome.
Date: December 2001
Journal: The American journal of managed care
Show all publications >>

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **compile patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by a company providing a service for connecting healthcare providers with the potential patients;** | MDx compiles patient-provided information through an online survey on its www.vitals.com website. Screenshot No. 41 displays the MDx on-line patient experience survey. MDx manages the website where the on-line surveys are collected. *See* Screenshot No. 40 (displaying on-line patient survey, circled in red, and the Vitals logo, circled in purple).<br><br>Screenshot No. 41<br><br>vitals<br>login: consumer \| physician<br>Minimally Invasive SPINE INSTITUTE LASER SPINE SPECIALISTS<br>Advertisement<br>Stuart S Kassan, MD<br>Internist, Rheumatologist<br>PATIENTS'<br>Receive Alerts when there is new important information about this doctor. ALERT ME<br>Profile Summary<br>Directions<br>Personalize<br>Tweet Like<br>Rate Dr. Kassan<br>Be an opinion donor. Please tell us your opinion on Dr. Kassan.<br>Back to full profile<br>Overall, what is your opinion of this doctor?<br>Now, tell us how this doctor rates on...<br>Ease in getting an appointment Don't Know<br>Waiting time during a visit Don't Know<br>Courtesy and professionalism of office staff Don't Know<br>Accuracy in diagnosing a problem Don't Know<br>Bedside manner (caring) Don't Know<br>Spending enough time with me Don't Know<br>Following up as needed after my visit Don't Know<br>How long was your wait at the office? minutes<br>Reset My Ratings<br>FIND OUT ABOUT A BIRTH CONTROL YOU DON'T HAVE TO<br>More Vitals Tools<br>RATE This Doctor \| ASK A Dr. Now \| CHEAP Insurance \| PREPARE For Your Visit \| E-MAIL This Profile \| PRINT This Profile<br>IMPORTANT SAFETY INFORMATION<br>Vyvanse is a federally controlled substance (CII) because it can be abused or lead to dependence. Keep in safe place to prevent misuse and abuse. Selling or giving away Vyvanse may harm others, and is illegal. Vyvanse is a stimulant. Misuse of stimulants may cause sudden death and serious heart problems.<br>• Vyvanse is a stimulant medicine. The following have been reported with use of stimulant medicines.<br>Heart-related problems: |

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **compile healthcare provider information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;** | MDx compiles information regarding doctors verified by an independent third-party source. The verified information comprises, at least, medical school, licensure, board certification, medical fellowship and medical residency information. *See* Screenshot No. 42 (displaying a portion of the FAQ from the vitals.com website stating that the information comes from various third parties).<br><br><u>Screenshot No. 42</u><br><br>Get a FREE Vitals Health Passport Card<br>*The fast, free, secure, and easy way to keep your important medical info close at hand.*<br>Get my card<br><br>FAQ<br><br>What is Vitals?<br>Who is Vitals?<br>From where does Vitals get their information and data?<br>Can I share health profiles found on Vitals?<br>Is the information found on Vitals available for free?<br>Are comments on doctor reviews edited?<br>Why can I only rate my doctor once a month?<br>What is the difference between an MD and a DO?<br>What does it mean to be board certified?<br>I can't seem to find my doctor. Why?<br>How can I provide feedback on a profile?<br>I am a doctor and wish to submit my photograph to be added to my profile. How can I do this?<br>Who is Castle Connolly and what does it mean to be a Castle Connolly Top Doctor?<br><br>What is Vitals.com?<br>Vitals is committed to providing the most thorough information available on doctors. It is our mission to arm consumers with the information they need to make the best healthcare choice possible. We seek to provide you with as much objective data as is available on a doctor. Have an opinion about a health care provider? Vitals offers you a place to both share your thoughts and make informed decisions. Our goal is to give you, the user, the information you need to make the best decision on selecting a doctor.<br><br>Who is Vitals?<br>Vitals is comprised of a team of dedicated experts in the fields of healthcare, marketing, and database management. Vitals is owned by MDx Medical, Inc with headquarters in Lyndhurst, NJ. Our mailing address is Vitals, 210 Clay Ave, Suite 140, Lyndhurst, NJ 07071. Our phone number is 201 842 0760.<br><br>From where does Vitals get their information and data?<br>Vitals obtains information and data from a wide variety of sources both public and private. These include medical boards from all 50 states, federal websites, hospitals, doctors, surveys, business alliances and third party affiliates.<br><br>Can I share health profiles found on Vitals?<br>The use of Vitals data is governed by our Terms of Use and posted Privacy Policy. You may print out a copy of a health profile but you may not electronically send it. If you wish to reproduce, cite, publish and/or [illegible] |

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | As a specific example, MDx compiles medical school information on a given doctor from *U.S. News & World Report's* "America's Top Medical Schools." *See* Screenshot No. 43 ("What's this?" section describing that MDx compiles medical school information from *U.S. News & World Report*). MDx then provides potential patients with medical school information associated with a given physician's academic and fellowship history.<br><br>Screenshot No. 43 |

http://www.vitals.com/doctors/Dr_Stuart_Kassan.html

Convert Select

Vitals.com - Doctor Stuart S Kassan, MD profile

4231 W 16th Ave, Denver, CO

Show all hospital affiliations »

Education

Institution Rating

Dr. Kassan was educated at the following institutions:

Medical School

The George Washington University School of Medicine and Health Sciences

Completed: 1972

Special Standing?

Compassionate Doctor Recognition: 2010

Patients' Choice Award: 2010

Awards:

Patients' Choice Award: 2009

Associations:

American College of Rheumatology

ACR Fellow Member

Publications

Dr. Kassan has 21 publications

Article: Clinical manifestations and early diagnosis of Sjögren syndrome.

Date: August 2004

Journal: Archives of internal medicine

Article: Classification criteria for Sjögren's syndrome: a revised

What's this?

Education

Learn more about Doctor Education

While there is no proven correlation between the quality of one's educational institution a[nd] the quality of ones professional competence, it is often an indicator. Medical schools hav[e] various levels of selectivity (some are harder to get into than others), and both the qualit[y] of their clinical training and level of research are measured.

About Institution Quality

As with hospitals, medical schools are scored on a 1-4 scale, based on a formula that is derived from a variety of measures - selectivity of admission, quality of clinical training and ranking on research dollars awarded, to name a few. Vitals does not perform these rankings - they come from The Princeton Review, the U.S. government and other sources. Rather, we report it and connect the medical school quality ranking to the individual doct[or].

In addition, we provide the data on medical school quality as compiled annually by U.S. News & World Report's "America's Top Medical Schools". Typically, they provide rankings [for] about half of the country's 162 medical schools.

Two important notes regarding medical school quality:

- The quality rankings, by school, are for the most recently completed calendar year. School quality rankings do change, over time, so the current ranking may not be fu[lly] reflective of the school's quality at the time the doctor attended.
- Only United States medical schools receive quality rankings. We have been unable [to] find reliable scores on schools outside the United States, so no ratings are provide[d].

Internet 100%

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| | MDx compiles licensure information. Screenshot No. 44 evidences that MDx verifies each physician's license before adding the physician to the results list; to do this, MDx must compile the information first in order to compare it to the entry field.<br><br><u>Screenshot No. 44</u><br><br>Let us know who you are:<br>First name:<br>Middle name:<br>Last name:<br>Suffix: None<br>Date of birth: January 1 2011<br>State of license: [State]<br>State license number:<br><br>Create your login information:<br>Email address:<br>Confirm email address:<br>Password: minimum of 6 characters.<br>Confirm password:<br>☑ Contact me about new Vitals services.<br>☐ I am a physician actively licensed in the United States.<br>☐ I have read and agree to Vitals' <u>Terms of Use</u>.<br><br>Get started<br><br>**Please note:** Vitals verifies all physician registration through confirmation letters. You will be mailed a letter to the primary address associated with your profile confirming your account setup and associated information. |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | MDx admits that it compiles board certification information. *See* screenshot No. 45 below ("Vitals receives quarterly updates on board certification from ABMS", circled in orange). Further, the American Board of Medical Specialties is an independent source. *See* Screenshot No. 45, "About Board Certification" boxed in red below.)<br><br>Screenshot No. 45<br><br>Dr. Brunvand has additional addresses<br>Tools to keep you healthy<br>Learn More<br>Specialty<br>Board Certified?<br>Internal Medicine<br>Sub-specialties: Medical Oncology, Hematology & Oncology<br>View ABMS® certification<br>Special Expertise:<br>Adult T-Cell Leukemia-Lymphoma; Bone Marrow Transplantation; Bone Marrow and Lymphatic Tissue Cancer (Hematologic Neoplasm); Organ Transplantation<br>Vitals receives quarterly updates on board certification from ABMS®.<br>Patient Ratings & Comments<br>Overall Patient Rating<br><br>• The doctor has been certified by one of the 24 ABMS (American Board of Medical Specialties) medical boards in that specialty if he is an MD (Medical Doctor).<br>• The doctor has been certified by one of the 18 AOA (American Osteopathic Association) Specialty Boards in that specialty if he is a DO (Doctor of Osteopathic Medicine). Osteopathic physicians can also receive certification through one of the member boards of the (ABMS).<br><br>About Board Certification<br>Many years ago, there were large numbers of certifying medical boards, with a wide variety in quality. Fortunately, today, these have been trimmed down and board certification is generally limited to the two highly-respected certification boards - ABMS (American Board of Medical Specialties) for MDs and the AOA ((American Osteopathic Association) for DOs. ABMS represents 24 medical specialty boards and the AOA represents 18 medical specialty boards that create and maintain high standards for doctor certification and evaluation.<br><br>On Vitals, doctors are considered board certified only if they have met either the ABMS or the AOA requirements for board certification indicating they have the knowledge, skills and experience needed to provide good healthcare. When board certificated, you can look at details by clicking on the certification link in the Specialty section of the profile page.<br><br>Roughly 85% of all doctors are board certified. ABMS and AOA board certifications are considered the gold standard, but non-certified doctors may still have all the knowledge and skills needed to provide good healthcare. |

Page 46 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| | MDx admits that it compiles additional information regarding a physician's medical school, internship, residency, and fellowship positions using independent, third-party resources unless otherwise noted. *See* Screenshot No. 46 (noting that MDx obtains all educational information from independent third parties unless otherwise noted).<br><br><u>Screenshot No. 46</u><br><br>http://www.vitals.com/doctors/Dr_Stuart_Kassan.html<br>Convert ▾ Select<br>Vitals.com - Doctor Stuart S Kassan, MD profile<br>Page ▾ Tools ▾<br><br>Institution Rating<br>Dr. Kassan was educated at the following institutions<br>Medical School<br>The George Washington University School of Medicine and Health Sciences<br>Completed 1972<br><br>Special Standing?<br>Compassionate Doctor Recognition, 2010<br>Patients' Choice Award, 2010<br>Awards:<br>Patients' Choice Award: 2009<br>Associations:<br>American College of Rheumatology<br>ACR Fellow member<br><br>Dr. Kassan has 23 publications:<br>Article: Clinical manifestations and early diagnosis of Sjögren syndrome.<br>Date: August 2004<br>Journal: Archives of internal medicine<br>Article: Classification criteria for Sjögren's syndrome: a revised version of the European criteria proposed by the American-European Consensus Group.<br><br>In addition, we provide the data on medical school quality as compiled annually by U.S. News & World Report's "America's Top Medical Schools". Typically, they provide rankings on about half of the country's 162 medical schools.<br>Two important notes regarding medical school quality:<br>• The quality rankings, by school, are for the most recently completed calendar year. School quality rankings do change, over time, so the current ranking may not be fully reflective of the school's quality at the time the doctor attended.<br>• Only United States medical schools receive quality rankings. We have been unable to find reliable scores on schools outside the United States, so no ratings are provided.<br><br>About Education<br>A doctor can have up to four types of medical training:<br>Medical School: Acceptance into medical school requires a bachelor's degree. Generally, medical school is a four-year program of medical training.<br>Internship: One year of additional training, at an accredited hospital, following medical school.<br>Residency: Doctors must complete a residency program in their area of specialization in order to be licensed to practice medicine. Residency length can vary from three years (internal medicine) to seven years (neurosurgery), depending on the specialty. Residencies are rated according to the quality of the institution where the residency is completed.<br>Fellowship: A fellowship, done after a residency, is an optional advanced training program for doctors in certain highly specialized fields. Fellowships are research-based programs that typically last one to three years. A completed fellowship is not required to practice medicine. A green check mark in this section denotes a doctor has completed a fellowship.<br><br>If a ◎ appears in this section, it indicates the doctor has self reported this information to Vitals. It is information that Vitals has received directly from the doctor.<br><br>Internet 100% |

Page 47 of 59

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | As a specific example, Screenshot 47 provides specific evidence that MDx compiles fellowships information on at least some it its doctors. |

Screenshot No. 47

Education

Institution Ranking | Institution Rating

Dr. Rampy was educated at the following institutions:

Medical School

University of Colorado School of Medicine — Top 25%
Completed: 1998

Ranked #4 out of 144 in primary care by US News & World Report.
Ranked #29 out of 144 in research quality by US News & World Report.

Fellowship

Washington University, St. Louis School of Medicine
Neuromuscular Medicine, Completed: 2004

Ranked #26 out of 144 in primary care by US News & World Report.
Ranked #4 out of 144 in research quality by US News & World Report.

What's This

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **create a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and** | After a patient/user enters search criteria for a doctor, MDx creates one or more healthcare provider reports using information from the MDx database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third-party source.<br><br>Screenshot Nos. 48 & 50-52 show portions of a healthcare provider report for Dr. Mark Brunvand. This report uses at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in green; and (3) information verified by an independent third-party source circled in purple. The report also includes comparison ratings, circled in orange.<br><br>Screenshot No. 48 |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| | http://www.vitals.com/doctor/find?search=1#specialist_id=110&location=80218&distance=15&exclude_ins_filter=on<br>Visited Getting Started Latest Headlines http://www.google.com/ iGoogle<br>vitals<br>Get your FREE Knee Pain Relief Info Kit<br>SYNVISC ONE<br>Get your FREE Knee Pain Relief Info Kit >><br>Find a Doctor<br>You are searching for a Internist located near 80218<br>Page View: List \| Map<br>Sort results by: Match score<br>prev 1 2 3 4 5 ... next<br>Matches Found 500<br>407 strong matches<br>Refine your search<br>Quality<br>Language/US Educated<br>Gender<br>Degree Type<br>1 Internist 96% match score Overall Patient Rating:<br>Highlights<br>• 4 star hospital<br>• 4 star medical school<br>2 Internist 96% match score Overall Patient Rating:<br>Highlights<br>• Patients' Choice Award<br>• Board certified<br>3 Internist 96% match score Overall Patient Rating:<br>Highlights<br>• Board certified<br>• 4 star hospital<br>• 4 star medical school<br>Internist<br>Bruce Weber, DO<br>9141 Grant St Ste 140<br>Denver, CO<br>Click here for Information & Phone<br><br>The "match score" comparison rating provides the patient with information regarding how well |

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | physicians listed in the results list satisfy the patient's specified criteria, e.g. "specialty or location [state], and [city] [criteria]." The "match score" is determined based on four criteria, which may be changed by the patient by manipulating the slider bars shown in screenshot No. 49, below.<br><br>Screenshot No. 49<br><br>Rank your results<br>Move the slider bars to indicate what is important to you. Match score will adjust automatically.<br>1= less important 5= more important<br>Quality of training<br>Quality of hospital<br>Years of experience<br>Travel distance<br><br>Additionally, the "overall patient rating," comprising 0-4 purple stars, comprises comparison ratings |

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| | of healthcare providers. *See* Screenshot No. 50.<br><br>Screenshot No. 50<br><br>⑥ Internist<br>97% match score Mark W. Brunvand Denver, CO 7.6 miles away<br>Highlights<br>• Patients' Choice Award<br>• Rated 4 stars by patients<br>• Board certified<br>Overall Patient Rating:<br>View profile<br><br>⑦ Internist<br>97% match score Jeffrey V. Matous Denver, CO 7.6 miles away<br>Highlights<br>• Board certified<br>• 4 star hospital<br>• 4 star medical school<br>Overall Patient Rating:<br>View profile<br><br>⑧ Internist<br>97% match score Judy Weiss Westminster, CO 4.4 miles away<br>Highlights<br>• Board certified<br>• 4 star hospital<br>• 4 star medical school<br>Overall Patient Rating:<br>View profile<br><br>MDx includes another comparison rating of healthcare providers when it includes the "Patients' |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | Choice" mark next to the physicians name. MDx gives this award to a physician when the physician has "received near perfect scores as rated by patients" compared to other physicians. *See* Screenshot No. 51.<br><br><u>Screenshot No. 51</u><br><br>Mark W Brunvand, MD<br>Internist, Medical Oncologist<br>Male - 25 years experience<br>PATIENTS' CHOICE RATED & AWARDED BY PATIENTS<br>Profile Summary<br>Directions<br>Rate this doctor<br>Personalize<br>Tweet Like<br>Rocky Mountain Cancer Ctr<br>1800 Williams St Ste 300<br>Denver, CO 80218<br>(303) 388-4876<br>Map this Address<br>Dr. Brunvand has additional addresses<br>Overall Patient Rating:<br>Tools to keep you healthy<br><br>To the extent that MDx asserts that these three ratings do not literally satisfy the limitation of a |

Page 53 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | healthcare provider report that includes comparison ratings, these ratings meet the claim limitations under the doctrine of equivalents because they have the same function and operate in the same way to achieve the same result as comparison ratings on a healthcare provider report. *See* Screenshot 52.<br><br><u>Screenshot No. 52</u><br><br>vitals.com - Doctor Mark W B<br>www.vitals.com/doctors/Dr_Mark_Brunvand.html<br>vitals<br>SPRYCEL A treatment choice<br>Mark W Brunvand, MD<br>Internist, Medical Oncologist<br>PATIENTS'<br>Directions<br>Rate this doctor<br>Personalize<br>Rocky Mountain Cancer Ctr<br>Denver, CO 80218<br>Tools to keep you healthy<br>Learn More<br>ONCE DAILY Vyvanse<br>Learn more about once-daily Vyvanse then talk with your doctor<br>Sub-specialties: Medical Oncology, Hematology & Oncology<br>Special Expertise:<br>Transplantation<br>Overall Patient Rating<br>Based on 10 ratings<br>3 comments have been submitted by users.<br>Find out what they're saying<br>IMPORTANT SAFETY INFORMATION<br>Vyvanse is a federally controlled substance (CII) because it can be abused or<br>Ease of Appointment<br>Promptness<br>Courteous Staff<br>Accurate Diagnosis<br><br>The report on Dr. Brunvand uses the following doctor-verified information: (1) specialty information, |

Page 54 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | gender, years in practice, shown in Screenshot No. 53, and; (2) professional memberships shown in Screenshot No. 54 below:<br><br>Screenshot No. 53<br><br>Mark W Brunvand, MD<br>Internist, Medical Oncologist<br>Male - 25 years experience<br><br>Screenshot No. 54<br><br>Awards & Distinctions — Special Standing?<br>Compassionate Doctor Recognition, 2010<br>On-Time Physician Award, 2009<br>Patients' Choice Award, 2010<br><br>Awards:<br>Compassionate Doctor Recognition: 2009<br>Patients' Choice Award: 2008 – 2009<br><br>Associations:<br>American Society of Clinical Oncology<br>Member<br>American Society of Hematology<br>Member<br><br>The report on Dr. Brunvand uses the following patient provided information: patient ratings compiled |

Page 55 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | from a www.vitals.com on-line patient-experience survey (circled in green in Screenshot No. 52 below):<br><br>Screenshot No. 52<br><br>SPRYCEL A treatment choice<br>Mark W Brunvand, MD<br>Internist, Medical Oncologist<br>PATIENTS'<br>Tools to keep you healthy<br>Learn More<br>Vyvanse<br>Overall Patient Rating<br>3 comments have been submitted by users.<br>Find out what they're saying<br>IMPORTANT SAFETY INFORMATION<br><br>Additionally, the report on Dr. Brunvand uses information verified by the independent third-party |

Page 56 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | sources, namely, board certifications and medical school information as shown in Screenshot Nos. 55-56 below. MDx also uses compiled licensure information to ensure that only licensed physicians, including Dr. Brunvand, are displayed in the search results.<br><br>Screenshot 55<br><br>Specialty — Board Certified?<br>Internal Medicine<br>Sub-specialties: Medical Oncology, Hematology & Oncology — View ABMS® certification<br>Special Expertise:<br>Adult T-Cell Leukemia-Lymphoma; Bone Marrow Transplantation; Bone Marrow and Lymphatic Tissue Cancer (Hematologic Neoplasm); Organ Transplantation<br>Vitals receives quarterly updates on board certification from ABMS®. What's this?<br><br>Screenshot 56<br><br>Education — Institution Ranking — Institution Rating<br>Dr. Brunvand was educated at the following institutions:<br>Medical School<br>University of Colorado School of Medicine — Top 25%<br>Completed: 1982<br>Ranked #4 out of 144 in primary care by US News & World Report.<br>Ranked #29 out of 144 in research quality by US News & World Report<br>What's this? |
| **and provide access to** | MDx provides access to the healthcare provider report over the internet. *See* Screenshot No. 57 (web |

Page 57 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| **the healthcare provider report on the first healthcare provider over a computer network.** | address circled in red).<br><br><u>Screenshot No. 57</u><br><br>www.vitals.com<br>vitals<br>SPRYCEL A treatment choice<br>Learn more<br>PATIENTS'<br>Mark W Brunvand, MD<br>Internist, Medical Oncologist<br>Rocky Mountain Cancer Ctr<br>Denver, CO 80218<br>Directions<br>Rate this doctor<br>Personalize<br>Dr. Brunvand has<br>Tweet Like<br>Tools to keep you healthy<br>Learn More<br>Vyvanse<br>Learn more about once-daily Vyvanse then talk with your doctor<br>IMPORTANT SAFETY INFORMATION<br>Board Certified<br>Sub-specialties: Medical Oncology, Hematology & Oncology<br>Special Expertise<br>Adult T-Cell Leukemia-Lymphoma; Bone Marrow Transplantation; Bone Marrow and Lymphatic Tissue Cancer (Hematologic Neoplasm); Organ Transplantation<br>Overall Patient Rating<br>3 comments have been submitted by users.<br>Find out what they're saying<br>Ease of Appointment<br>Promptness<br>Courteous Staff<br>Accurate Diagnosis |

Page 58 of 59

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
| --- | --- |
| **16.** The on-line information system defined in claim 15, wherein: the healthcare provider report is obtained through one or more from the group consisting of: a predetermined Webpage that provides search capabilities on its database and a third-party search engine; and the search capabilities of the predetermined Webpage permit searching based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, and location criteria. | MDx provides a predetermined webpage. This webpage permits a patient to search based on medical specialist, diagnosis, and location criteria. *See* Screenshot No. 58 (specialist, location criteria circled, and diagnosis in red, blue, and orange respectively).<br><br><u>Screenshot No. 58</u><br><br>Find Doctors at Vitals.com<br>www.vitals.com<br>vitals<br>login: consumer \| physician<br>ASPS:<br>the symbol of excellence in plastic surgery<br>Advertisement<br>Find a Doctor<br>SEARCH BY AILMENT<br>SEARCH BY SPECIALTY<br>1 Choose a type<br>Specialty<br>Sub-specialty<br>OR<br>Enter a condition<br>2 Enter a location<br>within<br>15 miles<br>reset<br>3 Optional Insurance Filter<br>Insurance Company<br>Insurance Network/Plan<br>No preference |

**Scott D. Stimpson**

---

**From:** Vazquez, Jesus [jvazquez@rothgerber.com]

**Sent:** Friday, July 01, 2011 7:13 PM

**To:** Scott D. Stimpson; David C. Lee; Mark J. Rosenberg; 'piccone@wtotrial.com'; 'lampley@wtotrial.com'

**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey

**Subject:** Exhibits B and D; File History and Ownership Documents

**Attachments:** 2011 07 01 - Rule 3 1(c) Claim Chart - Exhibit B PDF (00944171).pdf; 2011 07 01 - Rule 3 1(c) Disclosure - Exhibit D PDF (00944173).pdf; File History and Ownership Docs 3-2(c) and (d) (00944103).PDF

Pursuant to my previous email, attached are Exhibits B and D to Health Grades' Infringement Contentions, and the File History and Ownership Documents.

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

**EXHIBIT B - Claim Chart**
**U.S. Patent No. 7,752,060 to MDx's Prior Website**

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **1. A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:** | MDx Medical, Inc. ("MDx") directly infringed this claim by practicing a computer-implemented method of providing healthcare provider information to potential patients via its on-line information system, which included its pre-January 2011[1] version of its website (www.vitals.com), its healthcare provider database, and the software and hardware that are associated therewith.<br><br>MDx provides potential patients with access to MDx's database of information relating to healthcare providers, such as doctors, through its www.vitals.com website.<br><br>Various screenshots taken from http://www.vitals.com/[2] are provided in this claim chart to illustrate the various features of the vitals.com website and how these features correspond to the features of claims 1, 4-9, 11, 14-16. For instance, Screenshot No. 1 (reproduced below and, in larger form, in Exhibit D) illustrates the homepage of the MDx website where a potential patient begins accessing MDx's information related to specific doctors. |

[1] MDx made changes to its website in January 2011.
[2] Screenshots taken between 11/1/10 and 12/31/10. Because Plaintiffs cannot currently access the pre-January 2011 website, the quality and availability of the screenshots may be affected.

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 1<br><br>For example, MDx provides a potential patients with information about a healthcare provider in response to the potential patient clicking on the "find the doctor you need" link or in response to the potential patient clicking on the "find a doctor now" link, both of which are circled in red on Screenshot No. 1 above. |

vitals
Your source for comprehensive medical information on 720,000 doctors nationwide.
DOCTORS EXAMINED TODAY:
by specialty and location
Every licensed doctor is on Vitals.
All your doctors in one place!
Which doctor do you need?
FREE
More Vitals Tools
Personalize
Vitals for Doctors
Partners
More Vitals

Page 2 of 56

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information regarding a first healthcare provider, wherein the Web server computer comprises at least one computer processor and memory;** | When the potential patient initiates a search for a healthcare provider on the MDx's website, MDx's web server receives a request for information regarding a healthcare provider via the internet. MDx's web server, as with any server, comprises at least one computer processor and memory.<br><br>Screenshot No. 2<br><br>Screenshot No. 2 shows an example of where a potential patient may initiate a search for a healthcare provider on MDx's website, i.e., request information about one or more healthcare providers. When the user clicks "find a doctor now," this prompts the patient's web browser to send a request for information about a doctor to the MDx's web server, which receives the request for information and then accesses MDx's database to find data that responds to the user's search query. |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 3 illustrates yet another portion of MDx's website that provides for MDx's web server to receive a request for information about various doctors based on specialty or location. *See* Screenshot No. 3 (circled in red are ways to search for a doctor).<br><br><u>Screenshot No. 3</u><br><br>http://www.vitals.com/doctor/find?search<br>Find Doctors at Vitals.com - Find A Doctor That's Best ...<br>vitals where doctors are examined<br>DON'T LET YOUR COLD SYMPTOMS KEEP YOU DOWN<br>BUY NOW AT Walmart<br>Find a Doctor<br>SEARCH BY AILMENT SEARCH BY SPECIALTY<br>1 Choose a type — Allergy & Immunology Specialist — Allergist — OR Enter a condition — Type a medical need<br>2 Enter a location — Broomfield, CO — within 15 miles — reset<br>3 Optional Insurance Filter — No preference<br>No results found. Please try broadening your search criteria.<br>http://www.vitals.com/doctor/find?search# Internet 100% |

Page 4 of 56

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;** | At the initiation of the potential patient/user using MDx's website, MDx's web server accesses healthcare-provider-verified information. *See* Screenshot No. 4 (illustrating the result of accessing and displaying doctor supplied information). Highlighted in Screenshot No. 4, among other things, are the following pieces of healthcare provider-verified information: doctor's age, gender, specialty information and years in practice.<br><br>Screenshot No. 4<br><br>vitals<br>If you suffer from moderate or severe plaque psoriasis<br>Get your FREE Information Kit Today<br>William S Silvers, MD<br>Allergist & Immunologist, Internist<br>More Vitals Tools<br>Tools to keep you healthy<br>Learn More<br>Once a month |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
| --- | --- |
| | MDx receives the healthcare provider-verified information from healthcare providers. MDx's website provides doctors with the ability to send information to MDx. For example, MDx's website provides many opportunities for doctors to edit their own profiles. *See, e.g.*, Screenshot No. 5<br><br>Screenshot No. 5<br><br>Doctor Reviews, Find A Doctor, Rate A Doctor, Review & Rate MDs - Vitals.com - Windows Internet Explorer<br>http://www.vitals.com/<br>File Edit View Favorites Tools Help<br>Convert Select<br>Maps Favorites PC health Spaces Form Fill<br>Why Job Hunters Should Be ... Doctor Reviews, Find A D... Wisdom-soft Downloads<br>Page Tools<br>vitals where doctors are examined<br>Your source for comprehensive medical information on 720,000 doctors nationwide.<br>DOCTORS EXAMINED TODAY:<br>is knowing you found the right doctor on Vitals.<br>check up on your doctor<br>find the doctor you need<br>search by medical need<br>rate your doctor<br>by specialty and location<br>Specialty<br>Sub specialty<br>15 miles<br>Every licensed doctor is on Vitals.<br>John M Barnett, MD<br>Longmont, CO<br>All your doctors in one place!<br>Get a FREE Wallet Card<br>Start Now!<br>Which doctor do you need?<br>Start Now!<br>More Vitals Tools<br>Personalize<br>Sign Up for Alerts<br>My Vitals<br>Vitals for Doctors<br>Edit Your Profile<br>Respond to Comments<br>Patient Referrals<br>Vitals for Doctors<br>Partners<br>Advertise on this Site<br>Vitals on Your Website<br>Get Our 2010 Media Kit<br>More Vitals<br>Talk to a Doctor Online Now<br>Save on Insurance<br>TV Doctors<br>Pro Football Team Doctors<br>Spotlight<br>Recently Reviewed Doctors<br>Done, but with errors on page.<br>Internet 100% |

Page 6 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx states on its website that it receives, compiles, and posts doctor-supplied information. *See* Screenshot No. 6. <br><br> <u>Screenshot No. 6</u> |

Vitals – Windows Internet Explorer

vitals
where doctors are examined

Get a FREE Vitals Health Passport Card
*The fast, free, secure, and easy way to keep your important medical info close at hand.*
Get my card

FAQ

What is Vitals?
Who is Vitals?
From where does Vitals get their information and data?
Can I share health profiles found on Vitals?
Is the information found on Vitals available for free?
Are comments on doctor reviews edited?
Why can I only rate my doctor once a month?
What is the difference between an MD and a DO?
What does it mean to be board certified?
I can't seem to find my doctor. Why?
How can I provide feedback on a profile?
I am a doctor and wish to submit my photograph to be added to my profile. How can I do this?
Who is Castle Connolly and what does it mean to be a Castle Connolly Top Doctor?

What is Vitals.com?
Vitals is committed to providing the most thorough information available on doctors. It is our mission to arm consumers with the information they need to make the best healthcare choice possible. We seek to provide you with as much objective data as is available on a doctor. Have an opinion about a health care provider? Vitals offers you a place to both share your thoughts and make informed decisions. Our goal is to give you, the user, the information you need to make the best decision on selecting a doctor.

Who is Vitals?
Vitals is comprised of a team of dedicated experts in the fields of healthcare, marketing, and database management. Vitals is owned by MDx Medical, Inc with headquarters in Lyndhurst, NJ. Our mailing address is [illegible]

From where does Vitals get their information and data?
Vitals obtains information and data from a wide variety of sources both public and private. These include: medical boards from all 50 states, federal websites, hospitals, doctors, surveys, business alliances and third party affiliates.

Can I share health profiles found on Vitals?
The use of Vitals data is governed by our Terms of Use and posted Privacy Policy. You may print out a copy [illegible]

Page 7 of 56

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the** | MDx's on-line information service, which includes a computer processor, compiles patient-provided information regarding healthcare providers. MDx compiles the patient ratings from a www.vitals.com on-line patient-experience survey; this survey is shown in Screenshot No. 7, below.<br><br>Screenshot No. 7<br><br>Andrew Parker - Ratings & Reviews for Doctor Andrew William Parker - Denver, CO - Orthopaedic S - Windows Internet Explorer<br>File Edit View Favorites Tools Help<br>Favorites · Free Hotmail · BNA · Colorado Players - League ... · Customize Links · Docket · Google · H · Home · Intranet · Lexis · MOWA · Patent Full-Text and Full-Pa...<br>Andrew Parker - Ratings & Reviews for Doctor Andre...<br>home · check up on your doctor · find a doctor · rate a doctor · find an expert<br>Andrew Parker, MD<br>Orthopaedic Surgeon<br>Orthopaedic Associates<br>Denver, CO<br>Overall Rating<br>Highlights about Dr. Andrew Parker<br>• Rated 4 stars by patients<br>• Board certified<br>• 4 star hospital<br>• Dr. Andrew Parker has an overall rating of 4 stars out of 3 reviews.<br>1. Overall, what is your opinion of this doctor?<br>2. How, tell us how this doctor rates on...<br>Ease of getting an appointment — Don't Know<br>Waiting time during a visit — Don't Know<br>Courtesy and professionalism of office staff — Don't Know<br>Accuracy in diagnosing a problem — Don't Know<br>Bedside manner (caring) — Don't Know<br>Spending enough time with me — Don't Know<br>Following up as needed after my visit — Don't Know<br>How long was your wait at the office? minutes<br>3. Leave a Review for Dr. Andrew Parker<br>Title (optional):<br>Done · Internet · 100% |

| **U.S. Patent No. 7,752,060** | **MDx's Previous On-line Information System** |
| --- | --- |
| **potential patients;** | |
| **compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;** | MDx compiles information regarding doctors that is verified by an independent third-party source. The verified information comprises, at least, medical school, licensure, board certification, medical fellowship and medical residency information. *See* Screenshot No. 8 (displaying a portion of the FAQ from the vitals.com website stating that the information comes from various third parties).<br><br>Screenshot No. 8 |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
| --- | --- |
| | Vitals - Windows Internet Explorer<br>vitals where doctors are examined<br>Get a FREE Vitals Health Passport Card<br>*The fast, free, secure, and easy way to keep your important medical info close at hand.*<br>Get my card<br>FAQ<br>What is Vitals?<br>Who is Vitals?<br>From where does Vitals get their information and data?<br>Can I share health profiles found on Vitals?<br>Is the information found on Vitals available for free?<br>Are comments on doctor reviews edited?<br>Why can I only rate my doctor once a month?<br>What is the difference between an MD and a DO?<br>What does it mean to be board certified?<br>I can't seem to find my doctor. Why?<br>How can I provide feedback on a profile?<br>I am a doctor and wish to submit my photograph to be added to my profile. How can I do this?<br>Who is Castle Connolly and what does it mean to be a Castle Connolly Top Doctor?<br>What is Vitals.com?<br>Vitals is committed to providing the most thorough information available on doctors. It is our mission to arm consumers with the information they need to make the best healthcare choice possible. We seek to provide you with as much objective data as is available on a doctor. Have an opinion about a health care provider? Vitals offers you a place to both share your thoughts and make informed decisions. Our goal is to give you the user the information you need to make the best decision on selecting a doctor.<br>Who is Vitals?<br>Vitals is comprised of a team of dedicated experts in the fields of healthcare, marketing, and database management. Vitals is owned by MDx Medical, Inc with headquarters in Lyndhurst, NJ. Our mailing address is [illegible]<br>From where does Vitals get their information and data?<br>Vitals obtains information and data from a wide variety of sources both public and private. These include: medical boards from all 50 states, federal agencies, hospitals, doctors, surveys, business affiliates and third party affiliates.<br>Can I share health profiles found on Vitals?<br>The use of Vitals data is governed by our Terms of Use and posted Privacy Policy. You may print out a copy of a health profile [illegible]<br><br>As a specific example, MDx compiles medical school information on a given doctor from "The Princeton Review, the U.S. Government and other sources." *See* Screenshot No. 9. MDx then provides potential patients with medical school information associated with a given physician's academic and fellowship history.<br><br>Screenshot No. 9 |

Page 10 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| |  Vitals - Doctor Karen A Wendel, MD profile - Windows Internet Explorer<br>File Edit View Favorites Tools Help<br>Vitals - Doctor Karen A Wendel, MD profile<br>Show all hospital affiliations >><br>Education<br>Medical School<br>Johns Hopkins University School of Medicine<br>Residencies<br>Johns Hopkins Hospital<br>Fellowship<br>Publications<br>What's this?<br>Education<br>Learn more about Doctor Education<br>About Institution Quality<br>Internet<br>100% MDx compiles board certification information. See Screenshot No. 10 (board certification check mark circled in purple).<br><br><u>Screenshot No. 10</u> |

Page 11 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|

Vitals - Doctor William S Silvers, MD profile - Windows Internet Explorer
vitals
where doctors are examined
If you suffer from moderate or severe plaque psoriasis
Get your FREE Information Kit Today
Request Kit
William S Silvers, MD
Allergist & immunologist, Internist
Allergy Asthma & Immunology
Directions
Rate this doctor
Personalize
Tools to keep you healthy
Learn More
Receive Alerts
ALERT ME
More Vitals Tools
RATE
ASK
CHEAP
75% OFF
E-MAIL
PRINT
FOR MODERATE TO SEVERE RHEUMATOID ARTHRITIS (RA)
Once a month
Specialty
Internal Medicine
Allergy & Immunology
Special Expertise:

MDx compiles additional information verified by an independent third-party source regarding a physician's medical school, internship, residency, and fellowship positions. *See* Screenshot No. 11 (noting that MDx obtains all educational information from independent third parties unless otherwise noted).

Screenshot No. 11

Page 12 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | <br>As a specific example, Screenshot 12 provides specific evidence that MDx compiles fellowships information on at least some it its doctors.<br><br>Screenshot No. 12 |

Page 13 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Vitals - Doctor Karen A Wendel, MD profile - Windows Internet Explorer<br>File Edit View Favorites Tools Help<br>Vitals - Doctor Karen A Wendel, MD profile<br>Show all hospital affiliations >><br>Education / Institution Ranking / Institution Rating<br>Dr. Wendel was educated at the following institutions:<br>Medical School<br>Johns Hopkins University School of Medicine — Completed: 1995 — Top 25%<br>Residencies<br>Johns Hopkins University School of Medicine — Infectious Disease, Completed: 1999<br>Johns Hopkins University School of Medicine — Completed: 2001<br>Johns Hopkins Hospital — Top 25%<br>Fellowship<br>Johns Hopkins University School of Medicine<br>Publications<br>What's this? Education<br>Learn more about Doctor Education<br>While there is no proven correlation between the quality of one's educational institution and the quality of one's professional competence, it is often an indicator. Medical schools have various levels of selectivity (some are harder to get into than others), and both the quality of their clinical training and level of research are measured.<br>About Institution Quality<br>As with hospitals, medical schools are scored on a 1-4 scale, based on a formula that is derived from a variety of measures - selectivity of admission, quality of clinical training and ranking on research dollars awarded, to name a few. Vitals does not perform these rankings - they come from The Princeton Review, the U.S. government and other sources. Rather, we report it and connect the medical school quality ranking to the individual doctor.<br>In addition, we provide the data on medical school quality as compiled annually by U.S. News & World Reports "America's Top Medical Schools". Typically, they provide rankings on about half of the country's 162 medical schools.<br>Two important notes regarding medical school quality:<br>• The quality rankings, by school, are for the most recently completed calendar year. School quality rankings do change, over time, so the current ranking may not be fully reflective of the school's quality at the time the doctor attended.<br>• Only United States medical schools receive quality rankings. We have been unable to find reliable scores on schools outside the United States, so no ratings<br>Internet 100% |
| **creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider** | After a patient/user enters search criteria for a doctor, MDx creates one or more healthcare provider reports using information from the MDx database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third-party source.<br><br>Screenshot Nos. 13 -16 show portions of healthcare provider reports. These reports use at least the |

Page 14 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and** | following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in pink; and (3) information verified by an independent third party circled in purple. These reports also include comparison ratings, circled in orange.<br><br>Screenshot No. 13<br><br>Find Doctors at Vitals.com Find A Doctor That's Best For You - Windows Internet Explorer<br>File Edit View Favorites Tools Help<br>Convert Select<br>Favorites Free Hotmail BNA Colorado Players - League ... Customize Links Docket Google Home Intranet Lexis MOWA Patent Full Text and Full-Pa... Windows<br>Find Doctors at Vitals.co... profile.xps<br>Page Safety Tools<br>Click here to modify your search.<br>Page View: List / Map<br>Matches Found<br>45<br>Compare<br>1 Expert in "breast cancer"<br>Overall Patient Rating<br>Refine your search<br>Quality<br>2 Expert in "breast cancer"<br>Highlights<br>Board certified<br>4 star hospital<br>Overall Patient Rating<br>Language/US Educated<br>3 Expert in "breast cancer"<br>Highlights<br>America's Top Doctor<br>Board certified<br>Gender<br>Degree Type<br>Vimovo<br>Find out if VIMOVO is right for you<br>Learn more<br>Important Safety Information<br>Like all medications that contain nonsteroidal anti-inflammatory drugs (NSAIDs), VIMOVO may increase the chance of a heart attack or stroke that can lead to<br>Done<br>Internet<br>100%<br><br>Screenshot No. 14 |

Page 15 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| |  Vitals - Doctor Karen A Wendel, MD profile<br>Page 1 of 3<br>vitals<br>Karen A Wendel, MD<br>Internist<br>Female - 11 years experience<br>Primary Addresses:<br>Vail Infectious Disease Specialists PC<br>Rocky Mountain Infectious Disease<br>Platte Valley Medical Center<br>Parker Adventist Hospital<br>Platte Valley Medical Center<br>PRESCRIPTION DISCOUNT CARD<br>Save up to 75% off your prescriptions!<br>vitals<br>THIS IS NOT INSURANCE VOID WHERE PROHIBITED BY LAW<br>Specialty<br>Board Certified?<br>Specialties:<br>Internal Medicine<br>Sub-specialty: Infectious Disease<br>Special Expertise:<br>AIDS-Related Opportunistic Infections, HIV Infections, STD (Sexually Transmitted Diseases)<br>Patient Ratings & Comments<br>Overall Patient Rating<br>Based on 1 reviews<br>Ease of Appointment<br>4.0<br>http://www.vitals.com/doctor/profile/1730144767/print/1730144767<br>12/03/2010 Screenshot No. 15 |

Page 16 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| |  <br><br>Screenshot No. 16 |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
| --- | --- |

Vitals - Doctor Karen A Wendel, MD profile Page 3 of 3

Johns Hopkins Hospital Top 25%

Graduate Education
Johns Hopkins University School of Medicine
Infectious Disease, Completed: 2001 Top 25%

Fellowship
Johns Hopkins University School of Medicine

Publications

Dr. Wendel has 13 publications:
Most recent publications shown.

Article: Trichomoniasis: challenges to appropriate management.
Date: August 2007
Journal: Clinical infectious diseases : an official publication of the Infectious Diseases Society of America

Article: Trichomoniasis and its treatment.
Date: March 2006
Journal: Expert review of anti-infective therapy

Article: Use of an immunochromatographic assay for rapid detection of Trichomonas vaginalis in vaginal specimens.
Date: June 2005
Journal: Journal of clinical microbiology

General Information

Biography & Background
Dr. Wendel values compassion and respect with her patients and believes in providing evidence based care. She is a specialist in Infectious Disease and Internal Medicine and works in a group practice with a facility that has a full service infusion center. She has worked for the Centers for Disease Control (CDC) and has participated on national practice guidelines committees. In her free time she enjoys biking and running.

denotes self reported information that Vitals has received directly from the doctor.

This profile is at no cost to you. All we ask is that you leave a rating.

Copyright © 2008 - 2010 Vitals.com & MDx Medical, Inc. All Rights Reserved.
Material can not be reproduced without express written permission.

http://www.vitals.com/doctor/profile/1730144767/print/1730144767 12/03/2010

MDx's "compare now" feature generates multiple comparison ratings. For example this list provides the patient with information regarding how well physicians listed rate against each other for things like

Page 18 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | location, years of experience, patient ratings, education, etc. *See* Screenshots Nos. 17-20.<br><br>Screenshot No. 17<br><br><br>Find Doctors at Vitals.com - Find A Doctor That's Best For You - Windows Internet Explorer<br>Click here to modify your search.<br>Page View: List \| Map<br>Sort results by<br>Matches Found<br>45<br>Compare Dr. Yakes Dr. Diab Click "compare"<br>Refine your search<br>Quality<br>Language/US Educated<br>Gender<br>Degree Type<br>1 Expert in "breast cancer"<br>Wayne F. Yakes<br>Highlights<br>Overall Patient Rating:<br>2 Expert in "breast cancer"<br>Sami G. Diab<br>Highlights<br>Rated 4 stars by patients<br>Board certified<br>4 star hospital<br>3 Expert in "breast cancer"<br>Nathan W Pearlman<br>Highlights<br>America's Top Doctor<br>Board certified<br>Holds faculty appointment<br>Vimovo<br>Find out if VIMOVO is right for you<br>Learn more<br>Important Safety Information<br>Like all medications that contain nonsteroidal anti-inflammatory drugs (NSAIDs), VIMOVO may increase the chance of a heart attack or stroke that can lead to<br>Click here for Prescribing Information including Boxed Warnings<br>Internet<br>100%<br><br>Screenshot No. 18 |

Page 19 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Vitals - Windows Internet Explorer<br>vitals where doctors are examined<br>Get a FREE Vitals Health Passport Card<br>*The fast, free, secure, and easy way to keep your important medical info close at hand.*<br>Get my card<br>home check up on your doctor find a doctor rate a doctor find an expert login: consumer / physician<br>Summary profiles are shown below<br>Click on a doctor's name to see the full profile.<br>Wayne F Yakes, MD<br>Radiologist<br>Male - 27 years experience<br>Vascular MA; Formation Center<br>501 E Hampden Ave # 4600<br>Englewood, CO 80113<br>(303) 788-4280<br>Sami G Diab, MD<br>Medical Oncologist<br>Male - 18 years experience<br>Rocky Mountain Cancer Ctr<br>1700 S Potomac St<br>Aurora, CO 80012<br>(303) 418-7600<br>Colorado Integrative Cancer Center<br>1400 S Potomac St Ste 250<br>Aurora, CO 80012<br>(720) 282-2325<br>Rocky Mountain Cancer Ctr<br>7951 E Maplewood Ave Ste 300<br>Englewood, CO 80111<br>(303) 605-7744<br>Univ. Physicians Inc.<br>1665 Aurora Ct<br>Aurora, CO 80045<br>(303) 493-8333<br>Advertisement<br>DayQuil<br>DON'T LET YOUR COLD SYMPTOMS<br><br><u>Screenshot No. 19</u> |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Vitals - Windows Internet Explorer<br>vitals.com<br>File Edit View Favorites Tools Help<br>Convert Select<br>Favorites Free Hotmail DNA Colorado Players - League ... Customize Links Docket Google H Home Intranet Lexis MOWA Patent Full-Text and Full-Pa... Windows<br>Vitals profile.xps<br>Page Safety Tools<br>Parker, CO 80138<br>Colorado Integrative Cancer Center<br>14100 E Arapahoe Rd Ste 210<br>Englewood, CO 80112<br>(720) 282-2325<br>Colorado Integrative Cancer Center<br>730 Potomac St<br>Aurora, CO 80011<br>(720) 282-2325<br>Colorado Integrative Cancer Center<br>1444 S Potomac St Ste 280<br>Aurora, CO 80012<br>(720) 282-2325<br>Status: Board Certified<br>Radiology<br>Sub: Vascular & Interventional Radiology, Neuroradiology, Diagnostic Radiology<br>Special Expertise:<br>Arteriovenous Fistula, Arteriovenous Malformations; Breast Cancer; Interventional Neuroradiology; Vascular Malformations<br>Rating:<br>Overall Rating<br>Status: Board Certified<br>Internal Medicine<br>Sub: Medical Oncology, Hematology & Oncology<br>Special Expertise:<br>Breast Cancer; Breast Cancer<br>Rating:<br>Overall Rating<br>Internet 100%<br><br>Screenshot No. 20 |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Vitals - Windows Internet Explorer<br>File Edit View Favorites Tools Help<br>Promptness<br>Courteous Staff<br>Accurate Diagnosis<br>Bedside Manner<br>Spends Time with Me<br>Follow Up<br>Rating: Rating:<br>Swedish Medical Center<br>Porter Mem Hosp<br>Vascular Malformation Center<br>Presbyterian - St Lukes Medical Center<br>Medical Center Of Aurora North<br>University of Colorado Hospital<br>University Health System<br>Swedish Medical Center<br>Spalding Rehabilitation Hospital<br>Centura Health Littleton Adventist Hospital<br>Parker Adventist Hospital<br>North Suburban Medical Center<br>Sky Ridge Medical Center<br>Rocky Mountain Cancer Centers<br>Rating: Rating:<br>Medical School: Creighton University School of Medicine<br>Residency: Fitzsimons Army Medical Center<br>Medical School: University Of Damascus<br>Damascus Univ- Syria<br>University of Vermont School of Medicine<br>Internet 100%<br><br>In addition, the "overall patient rating," comprising 0-4 purple stars, comprises comparison ratings of healthcare providers. *See* Screenshot No. 21. |

Page 22 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 21<br>Find Doctors at Vitals.com Find A Doctor That's Best For You - Windows Internet Explorer<br>Click here to modify your search.<br>Page View: List \| Map<br>Sort results by<br>Matches Found<br>45<br>Too many matches?<br>Too few?<br>Refine your search<br>Quality<br>Language/US Educated<br>Gender<br>Degree Type<br>Compare<br>1 Expert in "breast cancer"<br>Wayne F. Yates<br>Highlights<br>America's Top Doctor<br>Board certified<br>4 star hospital<br>Overall Patient Rating:<br>profile<br>compare<br>2 Expert in "breast cancer"<br>Sami G. Diab<br>Highlights<br>Rated 4 stars by patients<br>Board certified<br>4 star hospital<br>3 Expert in "breast cancer"<br>Nathan W. Pearlman<br>Highlights<br>America's Top Doctor<br>Board certified<br>Holds faculty appointment<br>Vimovo<br>Find out if VIMOVO is right for you<br>Learn more<br>Important Safety Information<br>Like all medications that contain nonsteroidal anti-inflammatory drugs (NSAIDs), VIMOVO may increase the chance of a heart attack or stroke that can lead to<br>Click here for Prescribing Information including Boxed Warnings<br>Done<br>Internet<br>100%<br>MDx includes another comparison rating of healthcare providers when it includes the "Patients' Choice" mark next to the physician's name. MDx gives this award to physicians when the physician has |

Page 23 of 56

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | "received near perfect scores as rated by patients" compared to other physicians. *See* Screenshot No. 22.<br><br>Screenshot No. 22<br><br>Find Doctors at Vitals.com - Find A Doctor That's Best For You - Windows Internet Explorer<br>vitals where doctors are examined<br>DON'T LOSE SLEEP OVER COLD SYMPTOMS<br>SOAP.<br>Find a Doctor<br>You are searching for a Cardiologist located near Denver, CO<br>Click here to modify your search.<br>Page View: List \| Map<br>Matches Found 84<br>Compare<br>1 Cardiologist<br>William H.<br>Overall Patient Rating<br>2 Cardiologist<br>John D<br>Highlights<br>Refine your search<br>Quality<br>Trouble getting around?<br>We have a solution<br>LEARN MORE<br>The SCOOTER Store<br><br>To the extent that MDx asserts that these three ratings do not literally satisfy the limitation of a healthcare provider report that includes comparison ratings, these ratings meet the claim limitations under the doctrine of equivalents because they have the same function, in the same way, to achieve the same result as comparison ratings on a healthcare provider report. |
| **providing access to the healthcare provider** | MDx provides access to the doctors' healthcare provider reports over a computer network. *See* Screenshot No. 23 (highlighting that this information was accessed over a computer network, e.g., the |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **report on the first healthcare provider over a computer network.** | Internet, and that the profile can be sent by email or printed).<br><br>Screenshot No. 23<br><br><br>Vitals - Doctor William S Silvers, MD profile - Windows Internet Explorer<br>vitals<br>where doctors are examined<br>If you suffer from moderate or severe plaque psoriasis<br>Get your FREE Information Kit Today<br>Request Kit<br>William S Silvers, MD<br>Allergist & Immunologist, Internist<br>Receive Alerts<br>when there is new important information about this doctor.<br>ALERT ME<br>Allergy Asthma & Immunology<br>Englewood, CO 80111<br>Directions<br>Rate this doctor<br>Personalize<br>More Vitals Tools<br>RATE<br>ASK<br>CHEAP<br>75% OFF<br>E-MAIL<br>PRINT<br>Tools to keep you healthy<br>Learn More<br>FOR MODERATE TO SEVERE RHEUMATOID ARTHRITIS (RA)<br>Once a month<br>Specialty<br>Internal Medicine<br>Allergy & Immunology<br>Sub-specialty: Allergy<br>Special Expertise:<br>Board Certified?<br>If you suffer from moderate or severe plaque psoriasis<br>Get your FREE Information Kit Today<br>Request Kit |
| **4.** The method as | MDx provides a link to affiliated hospitals in the doctor profile page of the healthcare provider report. |

Page 25 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
| --- | --- |
| defined in claim 1, wherein the healthcare provider report includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center. | *See* Screenshot No. 24 (displaying affiliated hospital hyperlink, circled in red).<br><br>Screenshot No. 24<br><br>Vitals - Doctor William S Silvers, MD profile - Windows Internet Explorer<br>http://www.vitals.com/doctors/Dr_William_Silvers.html<br>File Edit View Favorites Tools Help Convert Select<br>Search web Maps Favorites PC Health Spaces Form Fill<br>Wisdom Go News (40 new) Products Games Gadgets Cool Stuff Useful 52°F E-mail Notifier<br>Vitals - Doctor William S Silvers, MD profile Page Tools<br>Hospital Affiliation — Hospital Ranking — Hospital Rating<br>Dr. Silvers is affiliated with 15 hospitals :<br>Sky Ridge Medical Center, 10101 Ridgegate Pkwy, Lone Tree, CO — Top 25%<br>Medical Center Of Aurora South, 1501 S Potomac St, Aurora, CO — Top 25%<br>Show all hospital affiliations >><br>Hospital quality is often a reflection of the doctors associated with it. Where available, hospital ranking by specialty is shown.<br>What's this?<br>Education — Institution Ranking — Institution Rating<br>Dr. Silvers was educated at the following institutions:<br>Medical School<br>Indiana University School of Medicine — Top 25%<br>Completed: 1974<br>Ranked #21 out of 146 in primary care by US News & World Report. Ranked #45 out of 144 in research quality by US News & World Report.<br>Residencies<br>Grady Memorial Hospital<br>Completed: 1977<br>Grady Health System<br>Completed: 1977<br>Fellowship<br>Hebrew University, Hadassah Medical School<br>What's this?<br>Awards & Distinctions<br>Associations:<br>American Academy of Allergy, Asthma & Immunology<br>Member<br>Internet 100% |
| **5.** The method as | MDx uses a predetermined web page for patient search purposes. *See* Screenshot 25 (displaying the |

Page 26 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| defined in claim 1, wherein the access to the healthcare provider report is obtained through a predetermined Webpage that provides search capabilities for a database comprised of healthcare provider information. | MDx web page that allows patients to search for doctors).<br><br>Screenshot No. 25<br><br>vitals<br>where doctors are examined<br>Your source for comprehensive medical information on 720,000 doctors nationwide.<br>DOCTORS EXAMINED TODAY:<br>home check up on your doctor find a doctor rate a doctor find an expert<br>Confidence...<br>is knowing you found the right doctor on Vitals.<br>check up on your doctor<br>find the doctor you need<br>search by medical need<br>rate your doctor<br>by specialty and location<br>Specialty<br>Sub-specialty<br>15 miles<br>Every licensed doctor is on Vitals.<br>John M Barnett, MD<br>All your doctors in one place!<br>FREE<br>Start Now!<br>Which doctor do you need?<br>Start Now!<br>More Vitals Tools<br>Personalize<br>Vitals for Doctors<br>Edit Your Profile<br>Respond to Comments<br>Partners<br>Advertise on this Site<br>Vitals on Your Website<br>More Vitals<br>TV Doctors<br>Pro Football Team Doctors<br>Recently Reviewed Doctors |
| **6.** The method as | MDx allows a user to search based on specialty, diagnosis (condition), state, city, and location criteria. |

Page 27 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
| --- | --- |
| defined in claim 5, wherein the search capabilities permit a search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria. | *See* Screenshot No. 26 (displaying specialty, circled in red, condition, circled in orange, and location, circled in purple.)<br><br>Screenshot No. 26<br><br>http://www.vitals.com/doctor/find?search<br>Convert Select<br>Maps Favorites PC Health Spaces Form Fill<br>Wisdom Go News [40 new] Products Games Gadgets Cool Stuff Useful 52°F E-mail Notifier<br>Find Doctors at Vitals.com - Find A Doctor That's Best ...<br>Page Tools<br>vitals where doctors are examined<br>Advertisement DON'T LET YOUR COLD SYMPTOMS KEEP YOU DOWN TAKE VICKS® DAYQUIL® COLD & FLU BUY NOW AT Walmart<br>Find a Doctor<br>SEARCH BY AILMENT SEARCH BY SPECIALTY<br>1 Choose a type — Allergy & Immunology Specialist / Allergist — OR Enter a condition — Type a medical need<br>2 Enter a location — Broomfield CO — within 15 miles — reset<br>3 Optional Insurance Filter — No preference<br>No results found. Please try broadening your search criteria.<br>http://www.vitals.com/doctor/find?search# Internet 100% |
| **7.** The method as | MDx provides a list of physicians based on specialty and location input from the patient. Screenshot |

Page 28 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

<table>
<tr><th>U.S. Patent No. 7,752,060</th><th>MDx's Previous On-line Information System</th></tr>
<tr><td>defined in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider.</td><td>No. 27, below, demonstrates MDx displaying a list of cardiologists circled in red, based upon location criteria, circled in orange.<br><br><u>Screenshot No. 27</u><br><br><br>Find Doctors at Vitals.com - Find A Doctor That's Best For You - Windows Internet Explorer<br>vitals<br>where doctors are examined<br>DON'T LOSE SLEEP OVER COLD SYMPTOMS<br>SAVE 30% AT SOAP<br>home check up on your doctor find a doctor rate a doctor find an expert<br>login: consumer / physician<br>Find a Doctor<br>You are searching for a Cardiologist located near Denver, CO<br>Click here to modify your search.<br>Reset your search<br>Page View: List | Map<br>Sort results by<br>Results 1 to 8 of 84<br>next ><br>Matches Found<br>84<br>Too many matches?<br>Too few?<br>Refine your search<br>Quality<br>Compare<br>1 Cardiologist<br>William H. Sauer<br>Rated 4 stars by patients<br>Board certified<br>4 star hospital<br>Overall Patient Rating<br>profile<br>compare<br>2 Cardiologist<br>John D. Altman<br>Highlights<br>Patients' Choice Award<br>Rated 4 stars by patients<br>Sponsored Links<br>Trouble getting around?<br>We have a solution<br>LEARN MORE<br>The SCOOTER Store</td></tr>
<tr><td>8. The method as</td><td>As part of the list detailed in claim 7, supra, MDx provides "sponsored links" at the request of "health</td></tr>
</table>

Page 29 of 56

| **U.S. Patent No. 7,752,060** | **MDx's Previous On-line Information System** |
|---|---|
| defined in claim 7, wherein the results list further includes an advertisement for the first healthcare provider with a hyperlink to information on the first healthcare provider. | providers, doctors, hospitals, or affiliated companies." *See, e.g.*, Screenshot No. 29 and Screenshot No. 30 of Exhibit A. Upon information and belief, Screenshot Nos. 29 and 30—from the current version of MDx's website—represent features available with MDx's previous on-line information system. |
| **9.** The method as defined in claim 7, further comprising: determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; | MDx determines which doctors are sponsors, or members, based on whether the physician has paid a fee to Vitals. *See, e.g.*, Screenshot Nos. 31-33 of Exhibit A. Upon information and belief, Screenshot Nos. 31-33—from the current version of MDx's website—represent features available with MDx's previous on-line information system. |
| and if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the member healthcare provider on the Web site. | MDx provides the enhanced service of prominently displaying a member physician. Consider Dr. Bruce Weber displayed at the top of the results list. *See, e.g.*, Screenshot No. 31 of Exhibit A. Absent a sponsored link, MDx would not have displayed Dr. Bruce's information until the user scrolled through the first 291 doctors (page 37 of the results list). *See, e.g.*, Screenshot No. 32 of Exhbit A. By becoming a sponsor, MDx provided Dr. Weber with prominence among all doctors; he is at the top of every page of the results list. Upon information and belief, Screenshot Nos. 31-33—from the current version of MDx's website—represent features available with MDx's previous on-line information system. |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **11.** The method as defined in claim 9, wherein the enhanced services comprise favorable positioning in the results list. | MDx displays the member doctor in a prominent position. *See, e.g.*, Screenshot No. 34 of Exhibit A. Upon information and belief, Screenshot No. 34—from the current version of MDx's website—represents features available with MDx's previous on-line information system. |
| **14.** The method as defined in claim 1, wherein the first healthcare provider is a physician. | MDx provides reports on physicians. *See* Screenshot No. 28 (displaying a report for an internist).<br><br>Screenshot No. 28 |

Page 31 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **15. An on-line information system for connecting healthcare providers with potential patients, the system comprising:** | MDx provides an online information system for connecting healthcare providers with potential patients. MDx's homepage is accessible via the internet. *See* Screenshot No. 29 (web address circled in red).<br><br>Screenshot No. 29<br><br>Doctor Reviews, Find A Doctor, Rate A Doctor, Review & Rate MDs - Vitals.com - Windows Internet Explorer<br>http://www.vitals.com/<br>File Edit View Favorites Tools Help<br>Convert Select<br>Maps Favorites PC Health Spaces Form Fill<br>Why Job Hunters Should Be ... Doctor Reviews, Find A D... Wisdom-soft Downloads<br>Page Tools<br>vitals where doctors are examined<br>Your source for comprehensive medical information on 720,000 doctors nationwide.<br>DOCTORS EXAMINED TODAY:<br>is knowing you found the right doctor on Vitals.<br>check up on your doctor<br>find the doctor you need<br>search by medical need<br>rate your doctor<br>by specialty and location<br>Specialty<br>Sub-specialty<br>15 miles<br>Every licensed doctor is on Vitals.<br>John M Barnett, MD<br>Longmont, CO<br>All your doctors in one place!<br>Get a FREE Wallet Card<br>Start Now<br>Which doctor do you need?<br>Start Now<br>More Vitals Tools<br>Personalize<br>Sign Up for Alerts<br>My Vitals<br>Vitals for Doctors<br>Edit Your Profile<br>Respond to Comments<br>Patient Referrals<br>Vitals for Doctors<br>Partners<br>Advertise on this Site<br>Vitals on Your Website<br>Get Our 2010 Media Kit<br>More Vitals<br>Talk to a Doctor Online Now<br>Save on Insurance<br>TV Doctors<br>Pro Football Team Doctors<br>Spotlight<br>Recently Reviewed Doctors<br>Done, but with errors on page.<br>Internet<br>100% |

Page 32 of 56

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **at least one computer processor; and** | MDx uses a web server program, which is housed on a web server machine, to deliver its webpage to a potential patient's web browser. A web server machine is a computer, and all computers have computer processors. |
| **memory coupled with and readable by the at least one computer processor and comprising a series of instructions that, when executed by the at least one computer processor, cause the at least one computer processor to:** | MDx's web server machine, like any computer, has memory readable by at least one computer processor. |
| **receive a request for information regarding a first healthcare provider;** | Screenshot No. 30 shows an example of where a potential patient may initiate a search for a healthcare provider on MDx's website, i.e., request information about one or more healthcare providers. When the user clicks "find a doctor now," this prompts the patient's web browser to send a request for information about a doctor to the MDx's web server, which receives the request for information and then accesses MDx's database to find data that responds to the user's search query. |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 30  Doctor Reviews, Find A Doctor, Rate A Doctor, Review & Rate MDs Vitals.com - Windows Internet Explorer<br>vitals<br>where doctors are examined<br>Your source for comprehensive medical information on 720,000 doctors nationwide.<br>DOCTORS EXAMINED TODAY:<br>is knowing you found the right doctor on Vitals<br>check up on your doctor<br>by specialty and location<br>Specialty<br>Sub-specialty<br>search by medical need<br>rate your doctor<br>Every licensed doctor is on Vitals.<br>John M Barnett, MD<br>All your doctors in one place!<br>FREE<br>Start Now!<br>Which doctor do you need?<br>More Vitals Tools<br>Personalize<br>Vitals for Doctors<br>Edit Your Profile<br>Respond to Comments<br>Partners<br>Advertise on this Site<br>Vitals on Your Website<br>More Vitals<br>Talk to a Doctor Online Now<br>Save on Insurance<br>TV Doctors<br>Recently Reviewed Doctors<br>Done, but with errors on page.<br>Internet |

Page 34 of 56

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **access healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;** | At the initiation of the potential patient/user using MDx's website, MDx's web server accesses healthcare-provider-verified information. *See* Screenshot No. 31 (illustrating the result of accessing and displaying doctor supplied information). Highlighted in Screenshot No. 31, among other things, are the following pieces of healthcare provider-verified information: doctor's age, gender, specialty information and years in practice.<br><br><u>Screenshot No. 31</u> |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
| --- | --- |
| | MDx receives the healthcare provider-verified information from healthcare providers. MDx's website provides doctors with the ability to send information to MDx. For example, MDx's website provides many opportunities for doctors to edit their own profiles. *See, e.g.*, Screenshot No. 32.<br><br><u>Screenshot No. 32</u><br><br>Doctor Reviews, Find A Doctor, Rate A Doctor, Review & Rate MDs - Vitals.com - Windows Internet Explorer<br>http://www.vitals.com/<br>File Edit View Favorites Tools Help<br>Convert Select<br>Maps Favorites PC Health Spaces Form Fill<br>Why Job Hunters Should Be ... Doctor Reviews, Find A D... Wisdom-soft Downloads<br>Page Tools<br><br>vitals<br>where doctors are examined<br>Your source for comprehensive medical information on 720,000 doctors nationwide.<br>DOCTORS EXAMINED TODAY:<br><br>is knowing you found the right doctor on Vitals.<br>check up on your doctor<br>find the doctor you need<br>search by medical need<br>rate your doctor<br>by specialty and location<br>Specialty<br>Sub specialty<br>15 miles<br><br>Every licensed doctor is on Vitals.<br>John M Barnett, MD<br>Longmont, CO<br>• Board certified<br>All your doctors in one place!<br>Get a FREE Wallet Card<br>Start Now!<br>Which doctor do you need?<br>Start Now!<br><br>More Vitals Tools<br>**Personalize**<br>Sign Up for Alerts<br>My Vitals<br>**Vitals for Doctors**<br>Edit Your Profile<br>Respond to Comments<br>Patient Referrals<br>Vitals for Doctors<br>**Partners**<br>Advertise on this Site<br>Vitals on Your Website<br>Get Our 2010 Media Kit<br>**More Vitals**<br>Talk to a Doctor Online Now<br>Save on Insurance<br>TV Doctors<br>Pro Football Team Doctors<br>Spotlight<br>Recently Reviewed Doctors<br><br>Done, but with errors on page.<br>Internet<br>100% |

Page 36 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx states on its website that it receives, compiles, and posts doctor-supplied information. *See* Screenshot No. 33.<br><br><u>Screenshot No. 33</u><br><br>Vitals - Windows Internet Explorer<br>vitals where doctors are examined<br>Get a FREE Vitals Health Passport Card<br>*The fast, free, secure, and easy way to keep your important medical info close at hand.*<br>Get my card<br>FAQ<br>What is Vitals?<br>Who is Vitals?<br>From where does Vitals get their information and data?<br>Can I share health profiles found on Vitals?<br>Is the information found on Vitals available for free?<br>Are comments on doctor reviews edited?<br>Why can I only rate my doctor once a month?<br>What is the difference between an MD and a DO?<br>What does it mean to be board certified?<br>I can't seem to find my doctor. Why?<br>How can I provide feedback on a profile?<br>I am a doctor and wish to submit my photograph to be added to my profile. How can I do this?<br>What is Castle Connolly and what does it mean to be a Castle Connolly Top Doctor?<br><br>What is Vitals.com?<br>Vitals is committed to providing the most thorough information available on doctors. It is our mission to arm consumers with the information they need to make the best healthcare choice possible. We seek to provide you with as much objective data as is available on a doctor. Have an opinion about a health care provider? Vitals offers you a place to both share your thoughts and make informed decisions. Our goal is to give you, the user, the information you need to make the best decision on selecting a doctor.<br><br>Who is Vitals?<br>Vitals is comprised of a team of dedicated experts in the fields of healthcare, marketing, and database management. Vitals is owned by MDx Medical, Inc with headquarters in Lyndhurst, NJ. Our mailing address is [illegible]<br><br>From where does Vitals get their information and data?<br>Vitals obtains information and data from a wide variety of sources both public and private. These include: medical boards from all 50 states, federal websites, hospitals, doctors, surveys, business alliances and third party affiliates.<br><br>Can I share health profiles found on Vitals?<br>The use of Vitals data is governed by our Terms of Use and posted Privacy Policy. You may print out a copy of a health profile [illegible] |

Page 37 of 56

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **compile patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by a company providing a service for connecting healthcare providers with the potential patients;** | MDx compiles patient-provided information through an online survey. Screenshot No. 34 displays the MDx on-line patient experience survey. MDx manages the website where the on-line surveys are collected.<br><br><u>Screenshot No. 34</u> |

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
| --- | --- |
| **compile healthcare provider information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;** | MDx compiles information regarding doctors verified by an independent third-party source. The verified information comprises, at least, medical school, licensure, board certification, medical fellowship and medical residency information. *See* Screenshot No. 35 (displaying a portion of the FAQ from the vitals.com website stating that the information comes from various third parties).<br><br>Screenshot No. 35<br><br>vitals where doctors are examined<br>Get a FREE Vitals Health Passport Card<br>*The fast, free, secure, and easy way to keep your important medical info close at hand.*<br>Get my card<br><br>FAQ<br><br>What is Vitals?<br>Who is Vitals?<br>From where does Vitals get their information and data?<br>Can I share health profiles found on Vitals?<br>Is the information found on Vitals available for free?<br>Are comments on doctor reviews edited?<br>Why can I only rate my doctor once a month?<br>What is the difference between an MD and a DO?<br>What does it mean to be board certified?<br>I can't seem to find my doctor. Why?<br>How can I provide feedback on a profile?<br>I am a doctor and wish to submit my photograph to be added to my profile. How can I do this?<br>Who is Castle Connolly and what does it mean to be a Castle Connolly Top Doctor?<br><br>What is Vitals.com?<br>Vitals is committed to providing the most thorough information available on doctors. It is our mission to arm consumers with the information they need to make the best healthcare choice possible. We seek to provide you with as much objective data as is available on a doctor. Have an opinion about a health care provider? Vitals offers you a place to both share your thoughts and make informed decisions. Our goal is to give you, the user, the information you need to make the best decision on selecting a doctor.<br><br>Who is Vitals?<br>Vitals is comprised of a team of dedicated experts in the fields of healthcare, marketing, and database management. Vitals is owned by MDx Medical, Inc with headquarters in Lyndhurst, NJ. Our mailing address is [illegible]<br><br>From where does Vitals get their information and data?<br>Vitals obtains information and data from a wide variety of sources both public and private. These include medical boards from all 50 states, federal websites, hospitals, doctors, surveys, business alliances and third party affiliates.<br><br>Can I share health profiles found on Vitals?<br>The use of Vitals data is governed by our Terms of Use and posted Privacy Policy. You may print out a copy [illegible] |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | As a specific example, MDx compiles medical school information on a given doctor from "The Princeton Review, the U.S. Government and other sources." *See* Screenshot No. 36. MDx then provides potential patients with medical school information associated with a given physician's academic and fellowship history.<br><br>Screenshot No. 36<br><br>Vitals - Doctor Karen A Wendel, MD profile - Windows Internet Explorer<br>File Edit View Favorites Tools Help<br>Convert Select<br>Favorites Free Hotmail BNA Colorado Players - League ... Customize Links Docket Google H Home - Intranet Lexis MOWA Patent Full-Text and Full-Pa... Windows<br>Vitals - Doctor Karen A Wendel, MD profile<br>Page Safety Tools<br><br>Show all hospital affiliations >><br><br>Education — Institution Ranking — Institution Rating<br>Dr. Wendel was educated at the following institutions:<br>Medical School<br>Johns Hopkins University School of Medicine — Top 25%<br>Completed: 1995<br>Residencies<br>Johns Hopkins University School of Medicine<br>Infectious Disease, Completed: 1998<br>Johns Hopkins University School of Medicine<br>Completed: 2001<br>Johns Hopkins Hospital — Top 25%<br>Fellowship<br>Johns Hopkins University School of Medicine<br>Publications<br><br>What's this?<br>Education<br><br>Learn more about Doctor Education<br>While there is no proven correlation between the quality of one's educational institution and the quality of one's professional competence, it is often an indicator. Medical school's have various levels of selectivity (some are harder to get into than others), and both the quality of their clinical training and level of research are measured.<br><br>About Institution Quality<br>As with hospitals, medical schools are scored on a 1-4 scale, based on a formula that is derived from a variety of measures - selectivity of admission, quality of clinical training and ranking on research dollars awarded, to name a few. Vitals does not perform these rankings - they come from The Princeton Review, the U.S. government and other sources. Rather, we report it and connect the medical school quality ranking to the individual doctor.<br><br>In addition, we provide the data on medical school quality as compiled annually by U.S. News & World Reports "America's Top Medical Schools". Typically, they provide rankings on about half of the country's 162 medical schools.<br><br>Two important notes regarding medical school quality:<br>• The quality rankings, by school, are for the most recently completed calendar year. School quality rankings do change, over time, so the current ranking may not be fully reflective of the schools quality at the time the doctor attended.<br>• Only United States medical schools receive quality rankings. We have been unable to find reliable scores on schools outside the United States, so no ratings<br><br>Internet 100% |

Page 40 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx compiles licensure information. MDx verifies each physician's license before adding the physician to the results list. MDx compiles board certification information. *See* screenshot No. 37 below ("View ABMS certification" circled in pink.) The American Board of Medical Specialties is an independent source.<br><br>Screenshot No. 37<br><br>Vitals - Doctor William S Silvers, MD profile - Windows Internet Explorer<br>http://www.vitals.com/doctors/Dr_William_Silvers.html<br>File Edit View Favorites Tools Help<br>Convert Select<br>Maps Favorites PC Health Spaces Form Fill<br>Wisdom Go News [40 new] Products Games Gadgets Cool Stuff Useful 52°F E-mail Notifier<br>Vitals - Doctor William S Silvers, MD profile<br>Page Tools<br>vitals where doctors are examined<br>Advertisement<br>If you suffer from moderate or severe plaque psoriasis<br>Get your FREE Information Kit Today<br>Request Kit<br>William S Silvers, MD<br>Allergist & Immunologist, Internist<br>Male · 32 years experience<br>Receive Alerts when there is new important information about this doctor. ALERT ME<br>Allergy Asthma & Immunology<br>7180 E Orchard Rd Ste 200A<br>Englewood, CO 80111<br>(303) 740 0998<br>Map this Address<br>Directions<br>Rate this doctor<br>Personalize<br>Dr. Silvers has additional addresses<br>Share<br>More Vitals Tools<br>RATE This Doctor<br>ASK A Dr. Now<br>CHEAP Insurance<br>75% OFF Prescriptions<br>E-MAIL This Profile<br>PRINT This Profile<br>Tools to keep you healthy<br>Learn More<br>Advertisement<br>If you suffer from moderate or severe plaque psoriasis<br>Get your FREE Information Kit Today<br>Request Kit<br>FOR MODERATE TO SEVERE RHEUMATOID ARTHRITIS (RA)<br>Once a month<br>Specialty<br>Board Certified?<br>Internal Medicine View ABMS Certification<br>Allergy & Immunology View ABMS Certification<br>Sub-specialty: Allergy<br>Special Expertise:<br>Asthma; Nasal Allergy (Rhinitis); Sports Medicine<br>Done Internet 100% |

Page 41 of 56

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx admits that it compiles additional information regarding a physician's medical school, internship, residency, and fellowship positions using independent, third-party resources unless otherwise noted. *See* Screenshot No. 38 (noting that MDx obtains all educational information from independent third parties unless otherwise noted).<br><br>Screenshot No. 38<br><br> |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Further, Screenshot 39 provides specific evidence that MDx compiles fellowships and residency information on at least some it its doctors. *See* Screenshot No. 39 (residency and fellowship information circled in pink.)<br><br>Screenshot No. 39 |

Vitals - Doctor Karen A Wendel, MD profile - Windows Internet Explorer
vitals.com
File Edit View Favorites Tools Help
Convert Select
Favorites Free Hotmail BNA Colorado Players - League ... Customize Links Docket Google H Home - Intranet Lexis MOWA Patent Full-Text and Full-Pa... Windows
Vitals - Doctor Karen A Wendel, MD profile
Page Safety Tools
Show all hospital affiliations >>
Education
Institution Ranking
Dr. Wendel was educated at the following institutions:
Medical School
Johns Hopkins University School of Medicine
Completed: 1995
Top 25%
Residencies
Johns Hopkins University School of Medicine
Infectious Disease, Completed: 1998
Johns Hopkins University School of Medicine
Completed: 2001
Johns Hopkins Hospital
Top 25%
Fellowship
Johns Hopkins University School of Medicine
Publications
year. School quality rankings do change over time so the current ranking may not be fully reflective of the schools quality at the time the doctor attended.
Only United States medical schools receive quality rankings. We have been unable to find reliable scores on schools outside the United States, so no ratings are provided.
About Education
A doctor can have up to four types of medical training:
Medical School: Acceptance into medical school requires a bachelor's degree. medical school is a four-year program of medical training.
Internship: One year of additional training, at an accredited hospital, following medical school.
Residency: Doctors must complete a residency program in their area of in order to be licensed to practice medicine. Residency length can vary from three years (internal medicine) to seven years (neurosurgery), depending on the specialty. Residencies are rated according to the quality of the institution where the residency is completed.
Fellowship: A fellowship, done after a residency, is an optional advanced training program for doctors in certain highly specialized fields. Fellowships are research-based programs that typically last one to three years. A completed fellowship is not required to practice medicine. A green check mark in this section denotes a doctor has completed a fellowship.
If a appears in this section, it indicates the doctor has self reported this information to Vitals. It is information that Vitals has received directly from the doctor.
Internet
100%

Page 43 of 56

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **create a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and** | After a patient/user enters search criteria for a doctor, MDx creates one or more healthcare provider reports using information from the MDx database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third-party source.<br><br>Screenshot Nos. 40 - 43 show portions of healthcare provider reports. These reports use at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in pink; and (3) information verified by an independent third party circled in purple. These reports also include comparison ratings, circled in orange. |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 40 |

Find Doctors at Vitals.com - Find A Doctor That's Best For You - Windows Internet Explorer

vitals.com

File Edit View Favorites Tools Help
Convert Select

Favorites Free Hotmail DNA Colorado Players - League ... Customize Links Docket Google H Home Intranet Lexis MOWA Patent Full-Text and Full-Pa... Windows

Find Doctors at Vitals.co... profile.xps
Page Safety Tools

Click here to modify your search.

Page View: List | Map Sort results by Results 1 to 5 of 45 1 2 3 4 5... next >

Matches Found
45

Refine your search
Quality
☐ Show ABMS board certified doctors only
☐ Exclude doctors rated poorly by patients
Language/US Educated
☐ Show US educated doctors only
Show only doctors who speak
No preference
Gender
☐ Show males only
☐ Show females only
Degree Type
☐ Show MDs only
☐ Show DOs only

Compare Click "compare" Click "compare" Click "compare"

1 Expert in "breast cancer"
Wayne F. Yakes
Highlights
• 4 star hospital
Overall Patient Rating:
profile compare

2 Expert in "breast cancer"
Sami G. Dinh
Aurora, CO
Highlights
• Rated 4 stars by patients
• Board certified
• 4 star hospital
Overall Patient Rating:
profile compare

3 Expert in "breast cancer"
Nathan W. Pearlman
Denver, CO
Highlights
• America's Top Doctor
• Board certified
• Holds faculty appointment
profile compare

Vimovo
Find out if VIMOVO is right for you
Learn more
Important Safety Information
• Like all medications that contain nonsteroidal anti-inflammatory drugs (NSAIDs), VIMOVO may increase the chance of a heart attack or stroke that can lead to
Click here for Prescribing Information including Boxed Warnings

Done Internet 100%

Page 45 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 41  |

Vitals - Doctor Karen A Wendel, MD profile — Page 1 of 3

vitals

Karen A Wendel, MD

Primary Addresses:

Vail Infectious Disease Specialists PC

Rocky Mountain Infectious Disease
20099 Ridgegate Pkwy Ste 450
Lone Tree, CO 80124
(303) 799-7372

Platte Valley Medical Center

Parker Adventist Hospital
Parker, CO

Platte Valley Medical Center
1850 E Egbert St
Brighton, CO 80601

PRESCRIPTION DISCOUNT CARD
Save up to 75% off your prescriptions!

vitals

Everyone qualifies. No enrollment required.
Redeem at most pharmacies
THIS IS NOT INSURANCE VOID WHERE PROHIBITED BY LAW

Specialty

Board Certified?

Specialties:

Internal Medicine
Sub-specialty: Infectious Disease

Special Expertise:

AIDS-Related Opportunistic Infections, HIV Infections, STD (Sexually Transmitted Diseases)

Patient Ratings & Comments

Overall Patient Rating

Based on 1 reviews

Ease of Appointment

http://www.vitals.com/doctor/profile/1730144767/print/1730144767 — 12/03/2010

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 42 |

Vitals - Doctor Karen A Wendel, MD profile — Page 2 of 3

Be the first to comment on Dr. Wendel!

Courteous Staff 4.0
Accurate Diagnosis 4.0
Bedside Manner 4.0
Spends Time with Me 4.0

## Hospital Affiliation

Dr. Wendel is affiliated with 8 hospitals

| | Hospital Ranking | Hospital Rating |
|---|---|---|
| Exempla Lutheran Medical Center, 8300 W 38th Ave, Wheat Ridge, CO | Top 25% | ★★★★ |
| Exempla St. Joseph Hospital, 1835 Franklin St, Denver, CO | Top 25% | ★★★★ |
| The Medical Center of Aurora, 1501 S Potomac St, Aurora, CO | Top 25% | ★★★★ |
| Platte Valley Medical Center, 1850 E Egbert St, Brighton, CO | Top 50% | ★★★☆ |
| Parker Adventist Hospital, 9395 Crown Crest Blvd, Parker, CO | Top 50% | ★★★☆ |
| Rocky Mountain Infectious Disease Specialists PC | | |
| Ou Medical Center | | |
| Johns Hopkins Hospital | | |

## Education

Dr. Wendel was educated at the following institutions:

| | Institution Ranking | Institution Rating |
|---|---|---|
| **Medical School**<br>Johns Hopkins University School of Medicine<br>Completed: 1995 | Top 25% | ★★★★ |

**Residencies**

Johns Hopkins University School of Medicine
Infectious Disease, Completed: 1998

Johns Hopkins University School of Medicine
Completed: 2001

http://www.vitals.com/doctor/profile/1730144767/print/1730144767 — 12/03/2010

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 43 |

Vitals - Doctor Karen A Wendel, MD profile — Page 3 of 3

Johns Hopkins Hospital — Top 25%

Graduate Education
Johns Hopkins University School of Medicine — Top 25%
Infectious Disease, Completed: 2001

Fellowship
Johns Hopkins University School of Medicine

Publications

Dr. Wendel has 13 publications:
Most recent publications shown.

**Article:** Trichomoniasis: challenges to appropriate management
**Date:** August 2007
**Journal:** *Clinical infectious diseases : an official publication of the Infectious Diseases Society of America*

**Article:** Trichomoniasis and its treatment.
**Date:** March 2006
**Journal:** *Expert review of anti-infective therapy*

**Article:** Use of an immunochromatographic assay for rapid detection of Trichomonas vaginalis in vaginal specimens.
**Date:** June 2005
**Journal:** *Journal of clinical microbiology*

General Information

**Biography & Background:**
Dr. Wendel values compassion and respect with her patients and believes in providing evidence based care. She is a specialist in Infectious Disease and Internal Medicine and works in a group practice with a facility that has a full service infusion center. She has worked for the Centers for Disease Control (CDC) and has participated on national practice guidelines committees. In her free time she enjoys biking and running

denotes self reported information that Vitals has received directly from the doctor.

This profile is at no cost to you. All we ask is that you leave a rating.

Copyright © 2006 - 2010 Vitals.com & MDx Medical, Inc. All Rights Reserved
Material can not be reproduced without express written permission

http://www.vitals.com/doctor/profile/1730144767/print/1730144767 — 12/03/2010

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx's "compare now" feature generates multiple comparison ratings. For example this list provides the patient with information regarding how well physicians listed rate against each other for things like location, years of experience, patient ratings, education, etc. See Screenshots Nos. 44-47.<br><br>Screenshot No. 44 |

Find Doctors at Vitals.com - Find A Doctor That's Best For You - Windows Internet Explorer

File Edit View Favorites Tools Help

Convert Select

Favorites Free Hotmail BNA Colorado Players - League ... Customize Links Docket Google H Home Intranet Lexis MOWA Patent Full-Text and Full-Pa... Windows

Find Doctors at Vitals.co... profile.xps

Page Safety Tools

Click here to modify your search.

Page View: List | Map Sort results by 1 2 3 4 5 ... next >

Matches Found

45

Refine your search

Quality

Show ABMS board certified doctors only

Exclude doctors rated poorly by patients

Language/US Educated

Show US educated doctors only

Show only doctors who speak

No preference

Gender

Show males only

Show females only

Degree Type

Show MDs only

Show DOs only

Compare Dr. Yakes X Dr. Diab X Click "compare"

1 Expert in "breast cancer"

Wayne F. Yakes

Englewood, CO

Highlights

- America's Top Doctor
- Board certified
- 4 star hospital

Overall Patient Rating:

profile Added

2 Expert in "breast cancer"

Sami G. Diab

Aurora, CO

Highlights

- Rated 4 stars by patients
- Board certified
- 4 star hospital

Overall Patient Rating:

profile Added

3 Expert in "breast cancer"

Nathan W. Pearlman

Denver, CO

Highlights

- America's Top Doctor
- Board certified
- Holds faculty appointment

profile compare

Vimovo

Find out if VIMOVO is right for you

Learn more

Important Safety Information

- Like all medications that contain nonsteroidal anti-inflammatory drugs (NSAIDs), VIMOVO may increase the chance of a heart attack or stroke that can lead to

Click here for Prescribing Information including Boxed Warnings

Internet 100%

Page 49 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 45  |

Vitals - Windows Internet Explorer
File Edit View Favorites Tools Help
vitals
where doctors are examined
Get a FREE Vitals Health Passport Card
The fast, free, secure, and easy way to keep your important medical info close at hand.
Get my card
home
check up on your doctor
find a doctor
rate a doctor
find an expert
login: consumer / physician
Summary profiles are shown below
Click on a doctor's name to see the full profile.
Wayne F Yakes, MD
Radiologist
Male - 27 years experience
Vascular MA; Formation Center
501 E Hampden Ave # 4600
Englewood, CO 80113
(303) 788-4280
Sami G Diab, MD
Medical Oncologist
Male - 18 years experience
Rocky Mountain Cancer Ctr
1700 S Potomac St
Aurora, CO 80012
(303) 418-7600
Colorado Integrative Cancer Center
1400 S Potomac St Ste 250
Aurora, CO 80012
(720) 282-2325
Rocky Mountain Cancer Ctr
7951 E Maplewood Ave Ste 300
Englewood, CO 80111
(303) 805-7744
Univ. Physicians Inc.
1665 Aurora Ct
Aurora, CO 80045
(303) 493-8333
Advertisement
DayQuil
DON'T LET YOUR COLD SYMPTOMS
Internet
100%

Page 50 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 46<br><br>Vitals - Windows Internet Explorer<br>vitals.com<br>File Edit View Favorites Tools Help<br><br>Parker, CO 80138<br><br>Colorado Integrative Cancer Center<br>14100 E Arapahoe Rd Ste 210<br>Englewood, CO 80112<br>(720) 282-2325<br><br>Colorado Integrative Cancer Center<br>700 Potomac St<br>Aurora, CO 80011<br>(720) 282-2325<br><br>Colorado Integrative Cancer Center<br>1444 S Potomac St Ste 280<br>Aurora, CO 80012<br>(720) 282-2325<br><br>Specialty / Status:<br>Board Certified<br>Radiology<br>Sub: Vascular & Interventional Radiology, Neuroradiology, Diagnostic Radiology<br>Special Expertise:<br>Arteriovenous Fistula; Arteriovenous Malformations; Breast Cancer; Interventional Neuroradiology; Vascular Malformations<br>Patient Ratings: Rating:<br>Overall Rating<br><br>Specialty / Status:<br>Board Certified<br>Internal Medicine<br>Sub: Medical Oncology, Hematology & Oncology<br>Special Expertise:<br>Breast Cancer; Breast Cancer<br>Patient Ratings: Rating:<br>Overall Rating<br><br>Internet 100% |

Page 51 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 47<br><br>Vitals - Windows Internet Explorer<br>vitals.com<br>File Edit View Favorites Tools Help<br>Convert Select<br>Favorites Free Hotmail BNA Colorado Players - League ... Customize Links Docket Google H Home Intranet Lexis MOWA Patent Full-Text and Full-Pa... Windows<br>Vitals profile.xps<br>Page Safety Tools<br><br>Promptness<br>Courteous Staff<br>Accurate Diagnosis<br>Bedside Manner<br>Spends Time with Me<br>Follow Up<br><br>Rating: Rating:<br>Swedish Medical Center<br>Porter Mem Hosp<br>Vascular Malformation Center<br>Presbyterian / St Lukes Medical Center<br>Medical Center Of Aurora North<br>University of Colorado Hospital<br>University Health System<br>Swedish Medical Center<br>Spalding Rehabilitation Hospital<br>Centura Health Littleton Adventist Hospital<br>Parker Adventist Hospital<br>North Suburban Medical Center<br>Sky Ridge Medical Center<br>Rocky Mountain Cancer Centers<br><br>Rating: Rating:<br>Medical School:<br>Creighton University School of Medicine<br>Residency:<br>Fitzsimons Army Medical Center<br>Medical School:<br>University Of Damascus<br>Damascus Univ- Syria<br>University of Vermont School of Medicine<br><br>Internet 100% |

Page 52 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Additionally, the "overall patient rating," comprising 0-4 purple stars, comprise comparison ratings of healthcare providers. *See* Screenshot No. 48.<br><br>Screenshot No. 48<br><br>Find Doctors at Vitals.com - Find A Doctor That's Best For You - Windows Internet Explorer<br>File Edit View Favorites Tools Help<br>Click here to modify your search.<br>Page View: List \| Map<br>Sort results by<br>Results 1 to 5 of 45<br>2 3 4 5... next ><br>Matches Found<br>45<br>Compare<br>Click "compare"<br>1 Expert in "breast cancer"<br>Wayne F. Yakes<br>Highlights<br>Board certified<br>4 star hospital<br>Overall Patient Rating:<br>profile<br>compare<br>Refine your search<br>Quality<br>Language/US Educated<br>Gender<br>Degree Type<br>2 Expert in "breast cancer"<br>Sami G. Diab<br>Highlights<br>Board certified<br>4 star hospital<br>3 Expert in "breast cancer"<br>Nathan W. Pearlman<br>Highlights<br>Board certified<br>Holds faculty appointment<br>Vimovo<br>Find out if VIMOVO is right for you<br>Learn more<br>Important Safety Information<br>Like all medications that contain nonsteroidal anti-inflammatory drugs (NSAIDs), VIMOVO may increase the chance of a heart attack or stroke that can lead to<br>Done<br>Internet<br>100% |

Page 53 of 56

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx includes another comparison rating of healthcare providers when it includes the "Patients' Choice" mark next to the physician's name. MDx gives this award to physicians when the physician has "received near perfect scores as rated by patients" compared to other physicians. *See* Screenshot No. 49.<br><br>Screenshot No. 49<br><br>Find Doctors at Vitals.com - Find A Doctor That's Best For You - Windows Internet Explorer<br>vitals<br>where doctors are examined<br>DON'T LOSE SLEEP<br>OVER COLD SYMPTOMS<br>NyQuil<br>SOAP<br>home<br>check up on your doctor<br>find a doctor<br>rate a doctor<br>find an expert<br>Find a Doctor<br>You are searching for a Cardiologist<br>located near Denver, CO<br>Click here to modify your search.<br>Page View: List \| Map<br>Sort results by<br>next ><br>Matches Found<br>84<br>Compare<br>Cardiologist<br>William H. Sauer<br>Overall Patient Rating<br>profile<br>compare<br>Refine your search<br>Quality<br>Cardiologist<br>John D. Altman<br>Highlights<br>Patients' Choice Award<br>Trouble getting around?<br>We have a solution<br>LEARN MORE<br>The SCOOTER Store |

Page 54 of 56

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | To the extent that MDx asserts that these three ratings do not literally satisfy the limitation of a healthcare provider report that includes comparison ratings, these ratings meet the claim limitations under the doctrine of equivalents because they have the same function, in the same way, to achieve the same result as comparison ratings on a healthcare provider report. |
| **and provide access to the healthcare provider report on the first healthcare provider over a computer network.** | MDx provides access to the doctors' healthcare provider reports over a computer network. *See* Screenshot No. 50 (highlighting that this information was accessed over a computer network, e.g., the Internet, and that the profile can be sent by email or printed).<br><br><u>Screenshot No. 50</u><br><br>vitals<br>If you suffer from moderate or severe plaque psoriasis<br>Get your FREE Information Kit Today<br>William S Silvers, MD<br>Allergist & Immunologist, Internist<br>More Vitals Tools<br>RATE<br>ASK<br>CHEAP<br>75% OFF<br>E-MAIL<br>PRINT<br>ALERT ME<br>Tools to keep you healthy<br>Learn More<br>Specialty<br>Once a month |

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **16.** The on-line information system defined in claim 15, wherein: the healthcare provider report is obtained through one or more from the group consisting of: a predetermined Webpage that provides search capabilities on its database and a third-party search engine; and the search capabilities of the predetermined Webpage permit searching based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, and location criteria. | MDx provides a predetermined webpage. This webpage permits a patient to search based on medical specialist, diagnosis, and location criteria. *See* Screenshot No. 51 (specialist, location criteria circled, and diagnosis in red, blue, and orange respectively).<br><br><u>Screenshot No. 51</u> |

http://www.vitals.com/doctor/find?search
Convert Select
Maps Favorites PC Health Spaces Form Fill
Wisdom Go News [40 new] Products Games Gadgets Cool Stuff Useful 52°F E-mail Notifier
Find Doctors at Vitals.com - Find A Doctor That's Best ...
Page Tools
vitals
where doctors are examined
Advertisement
DON'T LET YOUR COLD
SYMPTOMS KEEP YOU DOWN
TAKE VICKS® DAYQUIL® COLD & FLU
BUY NOW AT Walmart
Find a Doctor
SEARCH BY AILMENT
SEARCH BY SPECIALTY
1 Choose a type
Allergy & Immunology Specialist
Allergist
OR
Enter a condition
Type a medical need
2 Enter a location
Broomfield, CO
15 miles
reset
3 Optional Insurance Filter
No preference
No results found. Please try broadening your search criteria.
http://www.vitals.com/doctor/find?search#
Internet
100%