# EXHIBIT C

## Scott D. Stimpson

| | |
|---|---|
| **From:** | Vazquez, Jesus [jvazquez@rothgerber.com] |
| **Sent:** | Tuesday, July 19, 2011 8:20 PM |
| **To:** | Scott D. Stimpson; David C. Lee; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com' |
| **Cc:** | Kostolansky, Kris J.; Phipps, Jeffrey |
| **Subject:** | Supplemental Disclosures Pursuant to Sections 3-1(f) and (g) and 3-2(a), (b) and (e). |
| **Attachments:** | HG Supp. Infringement Contentions 7-19 (00949322).pdf; Exhibit E - Supp Patent Disclosures 7-19-11 (00949193).pdf |

Dear Counsel:

Attached please find Health Grades' Supplemental Disclosure of Asserted Claims and Infringement Contentions ("Disclosures") which contain the information referenced in Section 3-1(f) and (g) and Section 3-2(a), (b) and (e) of the Patent Rules adopted in the case. Our search for information and documents is ongoing and we reserve the right to supplement these Disclosures if we discover any additional information or documents that Health Grades is required to produce pursuant to Sections 3-1 and 3-2 of the Patent Rules.

With respect to the documents required by Section 3-2(a), we are unaware of any documents as described within Section 3-2(a) evidencing a disclosure to a third party, a public use, a sale or an offer to sell, before February 8, 2005.

With respect to the documents required by Section 3-2(b) regarding conception, reduction to practice, and design and development, responsive documents will be available for inspection and copying at a mutually agreeable time in our offices.

With respect to the documents required by Section 3-2(e), please see Exhibit E to the Disclosures attached hereto.

Regards, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

11/14/2011

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

### HEALTH GRADES, INC.'S SUPPLEMENTAL DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

---

Plaintiff, Health Grades, Inc., by its undersigned counsel, in accordance with Section 6(f)(1) of the Scheduling Order dated June 16, 2011 (Docket No. 34) and the Court's Order dated July 6, 2011 (Docket No. 46), hereby serves its Supplemental Disclosure of Asserted Claims and Infringement Contentions:

At the outset, Health Grades notes that this supplemental disclosure, like the disclosures and associated claim charts made on July 1, 2011, is based on information it has obtained to date. Health Grades reserves the right to supplement and/or amend these disclosures if it obtains or discovers additional information and after it has obtained discovery from MDx.

**A.**    **Claims Infringed by Defendant MDx**

    This information was provided on July 1, 2011.

**B.**    **Infringing Products Relating To Each Defendant**

    This information was provided on July 1, 2011.

{00949072 / 1}                              1

C.  **Claim Charts**

This information was provided on July 1, 2011.

D.  **Indirect Infringement under 35 U.S.C. §§ 271(b) and (c)**

This information was provided on July 1, 2011.

E.  **Literal Infringement and Infringement under the Doctrine of Equivalents**

This information was provided on July 1, 2011.

F.  **Priority Dates of the Patents (Supplemental Response)**

Plaintiffs contend that each claim of the '060 patent is entitled to a priority date at least as early as the filing date of Provisional application No. 601771,757, which was filed on February 8, 2006.

G.  **Plaintiffs' Product That Practices the Claimed Inventions (Supplemental Response)**

Health Grades reserves the right to rely (for all purposes) on the assertion that its own products practice the patented invention. Accordingly, Health Grades is attaching hereto as Exhibit E a claim chart showing how its product incorporates the claimed invention for the asserted claims.

H.  **Willful Infringement**

This information was provided on July 1, 2011.

Respectfully submitted this 19th day of July, 2011.

                                                          *s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email:  kkostolansky@rothgerber.com
        jvazquez@rothgerber.com
        jphipps@rothgerber.com
*Attorneys for Plaintiff Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2011, I electronically served the foregoing **HEALTH GRADES, INC.'S SUPPLEMENTAL DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** to the following

David Chunyi Lee
Sills Cummis & Gross P.C. – New York
One Rockefeller Plaza, 25th Floor
New York, NY 10020
Email: dlee@sillscummis.com

Mark Jon Rosenberg
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY 10020
Email: mrosenberg@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: ridley@wtotrial.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: lampley@wtotrial.com

Scott David Stimpson
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY 10020
Email: sstimpson@sillscummis.com

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email:  kkostolansky@rothgerber.com
            jvazquez@rothgerber.com
            jphipps@rothgerber.com
*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*