# EXHIBIT E

## Scott D. Stimpson

| | |
|---|---|
| **From:** | Scott D. Stimpson |
| **Sent:** | Tuesday, August 02, 2011 12:23 PM |
| **To:** | 'Vazquez, Jesus'; David C. Lee; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com' |
| **Cc:** | Kostolansky, Kris J.; Phipps, Jeffrey; Jeffrey Wasserman |
| **Subject:** | RE: Supplemental Disclosures Pursuant to Sections 3-1(f) and (g) and 3-2(a), (b) and (e). |

Jesus:

I have reviewed parts of the HG Infringement Contentions, and have some comments (not exhaustive):

(1) Part E: you state that MDx conceded that all elements other than the "comparison ratings" were present in the accused products, and thus you are only giving equivalents positions for that element. You cannot truly believe in this position. Absent a prompt supplement, and agreement that we may supplement our invalidity allegations in an appropriate time after your supplement, we will take the position that HG has waived all other equivalents positions.

(2) For the comparison ratings equivalents argument, I saw no specifics at all - just a general and conclusory statement that the identified parts meet the function, way, results analysis. This is not sufficient to preserve this argument for HG.

(3) Your chart has various "examples" of how each element is met.  I do not mean to be confrontational, but to avoid any misunderstanding later, we will object to any effort by HG to later make allegations that any part of the MDx website meets these claim elements, other than those specifically identified in the Infringement Contentions.

I am continuing my review.

Regards.

Scott

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Tuesday, July 19, 2011 8:20 PM
**To:** Scott D. Stimpson; David C. Lee; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey
**Subject:** Supplemental Disclosures Pursuant to Sections 3-1(f) and (g) and 3-2(a), (b) and (e).

Dear Counsel:

Attached please find Health Grades' Supplemental Disclosure of Asserted Claims and Infringement Contentions ("Disclosures") which contain the information referenced in Section 3-1(f) and (g) and Section 3-2(a), (b) and (e) of the Patent Rules adopted in the case.  Our search for information and documents is ongoing and we reserve the right to supplement these Disclosures if we discover any additional information or documents that Health Grades is required to produce pursuant to Sections 3-1 and 3-2 of the Patent Rules.

With respect to the documents required by Section 3-2(a), we are unaware of any documents as described within Section 3-2(a) evidencing a disclosure to a third party, a public use, a sale or an offer to sell, before February 8, 2005.

With respect to the documents required by Section 3-2(b) regarding conception, reduction to practice, and design and development, responsive documents will be available for inspection and copying at a mutually agreeable time in our offices.

With respect to the documents required by Section 3-2(e), please see Exhibit E to the Disclosures attached hereto.

Regards, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

11/14/2011