# EXHIBIT J

# David C. Lee

| | |
|---|---|
| **From:** | Vazquez, Jesus [jvazquez@rothgerber.com] |
| **Sent:** | Tuesday, August 02, 2011 7:34 PM |
| **To:** | David C. Lee |
| **Cc:** | Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com' |
| **Subject:** | RE: HG Document Production |
| **Attachments:** | Bates Label HG0001351.PDF; Bates Labels HG0001352 - HG0001381.PDF; Bates Labels HG0001382 - HG0001383.PDF |

David:

Attached are the documents responsive to RFP 13, RFP 14 and RFP 15. That completes the production. Please let me know if you have any issues or concerns regarding the same.

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** David C. Lee [mailto:dlee@sillscummis.com]
**Sent:** Tuesday, August 02, 2011 8:48 AM
**To:** Vazquez, Jesus
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Subject:** RE: HG Document Production


Jesus:

Following up on our call yesterday, we have received to date documents Bates labeled HG 0000001 - 0000514, 0974 - 1020, 1076 - 1089, and 1340 - 1350, but we have not received any of the other documents.

As indicated in your e-mail below, the zip file contained only 241 - 514, so the other documents were not in the zip file.

Please let us know what you find on your end regarding the documents that did not come through.

Regards,
David

11/17/2011

**Sills Cummis & Gross P.C.**
**David C. Lee**
Associate

New York | Map   d (212) 500-1546   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Thursday, July 28, 2011 8:52 PM
**To:** Scott D. Stimpson; David C. Lee; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey
**Subject:** HG Document Production

Scott,

Attached please find our cover letter regarding Health Grades' production of documents and copies of the documents referenced in the letter. The Section 3-2(b) documents (HG 0000241-0000514) are attached as a zip file.

Regards, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

---

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual

11/17/2011

or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

11/17/2011