# EXHIBIT K

# David C. Lee

| | |
|---|---|
| **From:** | Vazquez, Jesus [jvazquez@rothgerber.com] |
| **Sent:** | Wednesday, October 26, 2011 5:12 AM |
| **To:** | Scott D. Stimpson |
| **Cc:** | David C. Lee |
| **Subject:** | RFP #21 Email No. 4 of 4 |
| **Attachments:** | HG0001891 (00988493).PDF; HG0001914 (00988503).PDF; HG0001916 (00988504).PDF; HG0001927 (00988509).PDF; HG0001942 (00988514).PDF; HG0001959 (00988523).PDF; HG0001964 (00988525).PDF; HG0002611 (00988443).PDF; HG0001825 (00988460).PDF; HG0001831 (00988463).PDF; HG0001839 (00988467).PDF; HG0001858 (00988477).PDF; HG0001872 (00988484).PDF; HG0001893 (00988494).PDF; HG0001918 (00988505).PDF; HG0001930 (00988510).PDF; HG0001939 (00988513).PDF; HG0001951 (00988519).PDF; HG0001961 (00988524).PDF |

Counsel:

Attached please find additional documents responsive to MDx's RFP #21.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

11/17/2011

## David C. Lee

| | |
|---|---|
| **From:** | Vazquez, Jesus [jvazquez@rothgerber.com] |
| **Sent:** | Wednesday, November 09, 2011 2:32 PM |
| **To:** | Scott D. Stimpson; David C. Lee; Scott Murray |
| **Subject:** | Attorney's Eyes Only documents and additional document responsive to MDx RFP #19 |
| **Attachments:** | 45 files [JMV 11-9-2011 11.15].ZIP; HG0002613-2688 (00993101).PDF |

Counsel,

In our recent document productions we identified specific documents by bates number ranges that we requested MDx treat as Attorney's Eyes Only. Those documents were not literally stamped as Attorney's Eyes Only, which is why we made the specific request that they be treated as such in the cover emails we used to produce the documents. Attached hereto in a zip file are exact copies of all the documents that we requested MDx treat as Attorney's Eyes Only - each document is stamped with the same bates number as before - the only difference is that in addition to the same bates number, each document has also been stamped "Attorney's Eyes Only." We ask that you substitute these versions for the previous versions we produced, and that you destroy all copies, electronic and paper, of the previous versions we sent, so as to assure there is no misunderstanding regarding which documents are to be treated as Attorney's Eyes Only.

Following are the specific bates numbers we requested MDx treat as Attorney's Eyes Only, correlated to the MDx requests to which they are responsive - this information tracks the information in the original cover emails in which we produced the documents. The documents referenced below are contained within the attached zip file, and, again, have the same exact bates numbers as the documents we previously produced:

HG0001664 - HG0001693 and HG0002330 - HG0002362, responsive to RFP #19 and RFP #20.

HG0001495 - HG0001540; HG0001728 - HG0001800; HG0001541 - HG0001663; HG0001694 - HG0001727; HG0002081 - HG0002104; HG0002060 - HG0002080; HG0001801 - HG0002059; HG0001451 - HG0001494, responsive to RFP #22.

HG0002515 - HG0002517; HG0002546 - HG0002548; HG0002518 - HG0002520; HG0002530 - HG0002534; HG0002521 - HG0002524; HG0002541 - HG0002545; HG0002535 - HG0002540; HG0002525 - HG0002529; HG0002376 - HG0002382; HG0002105 - HG0002108; HG0002363 - HG0002369; HG0002432 - HG0002437; HG0002426 - HG0002431, responsive to RFP #24.

HG0002468 - HG0002472; HG0002438 - HG0002442; HG0002443 - HG0002447; HG0002496 - HG0002500; HG0002486 - HG0002491; HG0002414 - HG0002419; HG0002480 - HG0002485; HG0002420 - HG0002425; HG0002455 - HG0002460; HG0002501 - HG0002506; HG0002473 - HG0002479; HG0002408 - HG0002413, responsive to RFP #24.

HG0002370 - HG0002375; HG0002383 - HG0002388; HG0002389 - HG0002394; HG0002395 - HG0002401; HG0002507 - HG0002514; HG0002461 - HG0002467; HG0002448 - HG0002454; HG0002492 - HG0002495; HG0002402 - HG0002407; HG0001447 - HG0001450, responsive to RFP #24.

Please confirm that the previous versions we produced of the foregoing documents that were not

stamped Attorney's Eyes Only have been deleted/destroyed, and that you have substituted the documents contained within the attached zip file for the versions previously produced.

Additionally, we have attached a document bates numbered HG0002613 - HG0002688 which is responsive to RFP #19.  This document was not previously produced, and is <u>not</u> an Attorney's Eyes Only document.

Please let me know if you have any questions regarding this email or these documents.

Thanks, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

11/17/2011