# EXHIBIT M

# David C. Lee

| | |
|---|---|
| **From:** | Vazquez, Jesus [jvazquez@rothgerber.com] |
| **Sent:** | Thursday, November 17, 2011 1:01 PM |
| **To:** | Scott D. Stimpson |
| **Cc:** | Scott Murray; David C. Lee |
| **Subject:** | RE: MDx document production and inventor depositions |

Scott:

We disagree that the search terms/searches we requested are broad - to the contrary they are narrowly crafted and targeted. If you want us to add more search terms in addition to the two sets you already have sent us, please put them in an email for us to consider. We are not agreeing to run them, as the client is already running searches for the two sets you previously requested. I inquired yesterday regarding the status of those searches and was told they would have results to discuss with us by early next week.

We would like to know asap whether the week of December 12 will work for the depositions we agreed to rescheduled.

With respect to MDx's document production, our RFP #4 asked for revenue, sales, expenses, i.e., Vitals' financial information. We are not seeing that information in MDx's production. Please let us know what bates ranges in the documents produced by MDx to date contain this information.

That's all I have time for now - I am getting ready to go to the airport in 10 minutes - I have a client in Queens that I am meeting with in the morning, and then I'm flying back right after the meeting. I will be working over the weekend and can correspond with you further then.

Thanks, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, November 16, 2011 1:34 PM
**To:** Vazquez, Jesus
**Cc:** Scott Murray; David C. Lee
**Subject:** RE: MDx document production and inventor depositions

Jesus:

We have not heard back from you on my request that HG run the same search terms on the HG servers and drives of the inventors. (For clarity, of course the first search would be for "MDx" or "Vitals" or any other acronym or code used at HG to identify the defendant.)

Also, as we have advised you, Mr. LaPointe is not employed by MDx, and so we cannot run the search

11/17/2011

for him.

Scott



---

**From:** Scott D. Stimpson
**Sent:** Thursday, November 10, 2011 3:50 PM
**To:** 'Vazquez, Jesus'
**Cc:** Scott Murray; David C. Lee
**Subject:** RE: MDx document production and inventor depositions

Jesus:

Thank you for your email.  My email was only to give you the option to get the documents before the depositions, as is usually the case, and to ensure that you understand that we will not voluntarily agree to put up Mr. Rothschild again for deposition because you chose to take the deposition before you have the documents.

As for these search terms, will you agree to run the same terms on the HG servers and drives of the inventors?  If you are going to request such broad electronic searches, we want the same from HG.

What is the status of our first search request, which we sent you months ago now?  Are we getting those search results this week?  Has HG even done that search to see how many hits?

Scott



---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Wednesday, November 09, 2011 5:55 PM
**To:** Scott D. Stimpson
**Cc:** Scott Murray; David C. Lee
**Subject:** RE: MDx document production and inventor depositions

Scott:

11/17/2011

I was surprised at this email from you, for a number of reasons. I'm not going to go through them all here, but suffice it to say that going on about what you will and will not "allow" in this case as if you were the judge is not productive, nor necessary. If we cannot resolve a discovery-related dispute after attempting in good faith to do so, then we will take it to the Judge.  You are correct that you have objected to, and also failed to produce, a number of documents that we have requested in this case, and we will attempt to resolve those matters without resorting to the Court. As to the upcoming depositions, there is no necessity to reschedule them and we look forward to taking them next week. We do appreciate your offer to reschedule them.

Following are the search terms for you to conduct searches in MDx's general servers and in the files of the specific custodians identified below:

Please search MDx's general servers and the electronic files of Erika Boyer, Jeff Cutler, Larry West, Mitchel Rothschild and Jeff LaPointe for the following terms -

(1) "Health Grades"; "HealthGrades"; "HG"; "hg"; "health grades"; "healthgrades"; or any other acronym or code word used within MDx to refer to the plaintiff in this case.  If such an acronym or code word exists, please identify it. The searches should not be case sensitive, despite the fact that the foregoing terms use large and small case letters.

(2) "Infringe"; "Infringement"; "Infringes"; "Infringed"; again, the searches should not be case sensitive.

(3) The terms "060" or "patent" or "website" or "web site" or "web page" or "webpage" or "site" each, individually, within the same sentence as any of the terms listed above in item #1.  Again, the searches should not be case sensitive.

(4) The terms "comparison ratings"; "comparison rankings"; "compare"; "ratings"; and "rankings"; again, the searches should not be case sensitive.

(5)  The terms "avoid" or "not" each, individually, within the same sentence of any of the terms listed in item #2 above.  Again, the searches should not be case sensitive.

(6)  The terms "invalid"; "invalidity"; "unpatentable"; "unenforceable"; "inequitable"; again, the searches should not be case sensitive.

We believe the foregoing proposed searches are narrowly targeted and reasonable.  If the structure for these proposed searches pose a problem, please contact me so that we may discuss a resolution.

Thanks, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, November 09, 2011 10:51 AM
**To:** Vazquez, Jesus

11/17/2011

**Cc:** Scott Murray; David C. Lee
**Subject:** MDx document production and inventor depositions

Jesus:

You have been telling us for months that you would soon be providing us with terms for electronic searching, but those terms never came.  The depositions of Messrs. LaPointe and Rothschild are set for next week.  Just so there is absolutely no misunderstanding, we will not allow further depositions of either of these deponents later because, if you ever give us search terms, additional documents may be produced.  Similarly, your document requests were vastly overbroad, and we have provided objections to producing a number of requested documents, as you know.  We will not be allowing these depositions for a second time, should you later decide to try to challenge any of our objections -- you have known about our positions on document production for months.  We now, of course, do not have time to collect and produce these documents before these depositions.  If you would like to reschedule the depositions to get any additional documents first, we are willing to work with you in that regard -- it is entirely up to you, but if you want to change scheduling please let us know immediately.

Regards.

Scott



NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

11/17/2011

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

11/17/2011