# EXHIBIT N

| Search 1 | Dave Files | Dave Emails | John Files | John Email | |
|---|---|---|---|---|---|
| Compare, Compares, Compared, Comparison, comparison ratings | 225 | 4868 | 0 | 1048 | |
| Prior Art | 0 | 26 | 0 | 39 | |
| Vitals, Vitals.com | 0 | 812 | 0 | 285 | |
| 060 | 19 | | 0 | | |
| Patent Application | 1 | 28 | 0 | 9 | |
| Physician Research Report | 0 | 0 | 0 | 0 | |
| Physician Report | 20 | 331 | 0 | 56 | |
| Quality Guide | 2 | 64 | 0 | 1 | |
| PQR | 15 | 352 | 0 | 5 | |
| PQG | 421 | 31 | 0 | 1 | |
| Montroy | | 1 | 483 | 0 | 68 |

| Search 2 | Allen Files | Allen Email | John Files | John Email | Corp Servers files |
|---|---|---|---|---|---|
| MDX | 0 | 266 | 0 | 131 | 57 |
| vitals, vitals.com | 0 | 388 | 0 | 285 | 188 |
| competitor | 0 | 615 | 0 | 896 | 1127 |
| royalty | 4 | 106 | 0 | 35 | 204 |