# EXHIBIT O

# David C. Lee

| | |
|---|---|
| **From:** | David C. Lee |
| **Sent:** | Thursday, October 27, 2011 11:48 AM |
| **To:** | 'Vazquez, Jesus' |
| **Cc:** | Scott Murray; Scott D. Stimpson |
| **Subject:** | RE: Discovery issues |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Jesus:

Regarding the search terms, we would like to add the search terms below.  We know these will return "hits" because they are from the Health Grades production (see HG1079 - HG1089).  Please have these terms searched for documents and e-mails of the inventors -- David Hicks, Scott Montroy, and John Neal.  We would appreciate having the number of "hits" returned by these terms by close of business tomorrow with the results for our earlier terms, please.

- physician research comparison report
- physician report
- quality guide
- PQR
- PQG

Regards,
David



---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Wednesday, October 26, 2011 8:14 PM
**To:** Scott D. Stimpson
**Cc:** David C. Lee; Scott Murray
**Subject:** RE: Discovery issues

Scott,

Thank you for confirming the LaPointe deposition on November 16, and the Rothschild deposition on November 17, both at your offices.  With respect to the inventor depositions, we are confirming John Neal on November 29, and Dave Hicks for November 30, understanding that if you do not finish with John Neal on the 29th, you can resume and finish with him on the

11/17/2011

30th, and then begin with Dave Hicks that same day.  Both will be here in our offices.  As we discussed during our call, lets plan on starting with John Neal at 8:00 AM on the 29th so that hopefully you can finish with him that day, or at least not have too much left for him on the 30th, and that you also finish Hicks on the 30th, which we think is certainly doable given the limited scope of his knowledge. With this in mind we would prefer to not calendar Hicks for December 1.

Montroy lives in Ponte Vedra, near Jacksonville.  We are confirming his deposition for December 7.  Please advise us regarding where you plan to take his deposition.

Regarding the discovery issues, I advised you that we are trying to determine when HG began to mark the website and that we would produce this information as soon as possible. I also discussed that given the reference to compliance with the marking statute in the requests themselves, we believe our objections have merit.  With respect to our document production, there is an additional batch we are producing today, however, there is also an additional group of documents that we have assembled for production, including documents that supplement our responses to MDx's first requests, but that we cannot produce until conferring further with our client. Unfortunately the client rep we need to confer with has been traveling last week and this week and we have been unable to complete this conferral - we hope to do so by the end of this week, maybe even tomorrow. We appreciate your patience in this regard.

With respect to MDx's invalidity contentions, we understand that MDx will not supplement them as we requested in our letter of September 2, 2011.  We will consider the ramifications of MDx's decision in this regard, including Court action to preclude evidence of alleged invalidity that is not clearly set forth or supported by MDx's invalidity contentions.  If you would like to reconsider or discuss further, please let me know.

Regarding running a search using the terms you proposed, I am confirming that we expect to do this by cob on Friday and will report back.  As I indicated when we spoke, I anticipate the terms will produce an excessive number of hits and will need refining.  I will also send you search terms for MDx to run on its system.

Finally, with respect to bifurcating liability and damages, we will consider it and circle back with you. As I indicated when we spoke yesterday, given that we do not yet have a trial date set in the case, I don't see that your proposed motion to bifurcate is something that needs to be filed right away, but I agree that we will consider it and confer further with you.

Thanks, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, October 26, 2011 3:04 PM
**To:** Vazquez, Jesus
**Cc:** David C. Lee; Scott Murray
**Subject:** Discovery issues

11/17/2011

Jesus:

Please see below regarding our call yesterday.

DEPOSITIONS

This confirms the LaPointe deposition on November 16th here at our New York office, and the Rothschild deposition the next day on November 17th at our offices.

Regarding the inventors, we would like to take the Neal deposition on November 29 (carrying over to the 30th as necessary) and the Hicks deposition at the conclusion of the Neal deposition.  If it's easier for Mr. Hicks, we can just schedule his deposition for the 1st.  Would that be ok?

Scott Montroy, we understand, is available for deposition in Florida on December 7th.  Please let us know the Florida city.

DISCOVERY REQUESTS

We discussed the requests for admission, and our second set of interrogatories, and could not reach agreement.  As we have advised you, we see no need to supplement our invalidity contentions.

We look forward to receiving your final document production tonight.

SEARCH TERMS

You said that by the end of this week you will let us know the number of "hits" returned by the Health Grades system for our search terms.  We look forward to receiving that no later than Friday.

BIFURCATION

We continue to believe that bifurcation of liability and damages will be beneficial in this case.  Please let us know your position.

Thank you.

Scott



Sills Cummis & Gross P.C.
website | bio | v-Card | email
Scott D. Stimpson
Member of the Firm
New York | Map    d (212) 500-1550    f (212) 643-6500    30 Rockefeller Plaza    New York, NY 10112

11/17/2011

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Wednesday, October 26, 2011 1:27 PM
**To:** Scott D. Stimpson
**Cc:** David C. Lee
**Subject:** LaPointe & Rothschild Depositions

Scott:

The November 16 and 17 dates we discussed yesterday work better for us. Please let me know on your end.

Thanks.

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

11/17/2011