# EXHIBIT P

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S SECOND SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS AND THINGS (NOS. 19-25)**

---

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant MDx Medical, Inc. ("MDx") hereby requests that Plaintiff Health Grades, Inc. ("Health Grades") produce for inspection and copying at the offices of Sills Cummis & Gross P.C., Thirty Rockefeller Plaza, New York, NY  10112, the documents and things in Health Grades' possession, custody or control designated in the following requests, within thirty (30) days after service hereof, or as agreed by counsel.

## DEFINITIONS AND INSTRUCTIONS

MDx incorporates by reference the Definitions and Instructions in its First Set of Requests for Production of Documents and Things (Nos. 1-18) dated June 8, 2011, as if fully set forth herein.

1

## REQUESTS

**DOCUMENT REQUEST NO. 19:**

Documents and things sufficient to show all Health Grades' revenues derived directly or indirectly in connection with the www.healthgrades.com website, and any other website related to providing healthcare provider information.

**DOCUMENT REQUEST NO. 20:**

Documents and things sufficient to show all Health Grades' expenses and other costs associated in any way with the www.healthgrades.com website, and any other website related to providing healthcare provider information.

**DOCUMENT REQUEST NO. 21:**

Documents and things sufficient to demonstrate all advertising, marketing and distribution related in any way to the www.healthgrades.com website, and any other website related to providing healthcare provider information.

**DOCUMENT REQUEST NO. 22:**

All documents and things relating to the total market and/or market demand for websites directed to providing healthcare provider information to patients and potential patients, including, without limitation, all documents and things relating to competition for www.healthgrades.com and/or any other website related to providing healthcare provider information.

**DOCUMENT REQUEST NO. 23:**

Health Grades' document retention policies, including without limitation policies for electronic documents, from September 2009 to the present.

**DOCUMENT REQUEST NO. 24:**

All documents and things relating to pricing of each product or service associated in any way with www.healthgrades.com and/or any other website related to providing healthcare provider information.

**DOCUMENT REQUEST NO. 25:**

All documents and things relating to future sales, costs, profits, and/or market share associated in any way with www.healthgrades.com and/or any other website related to providing healthcare provider information, including market studies, sales and revenue projections, pricing, marketing reports, demographic studies, projections, forecasts and concerns and inquiries relating to future sales.

Dated:  September 7, 2011                    Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Mark J. Rosenberg
David C. Lee
Sills Cummis & Gross P.C.
One Rockefeller Plaza
New York, New York 10020
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: mrosenberg@sillscummis.com
E-mail: dlee@sillscummis.com

and

3

Terence Ridley, Atty. No. 15212
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>September 7, 2011</u>, I have caused a true and correct copy of the foregoing MDX MEDICAL, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 19-25) to be served upon counsel for Health Grades, Inc. by electronic mail transmission to the following individuals:

>Jesus Manuel Vazquez , Jr.
>Kris John Kostolansky
>Jeffrey David Phipps
>ROTHGERBER JOHNSON & LYONS LLP
>One Tabor Center, Suite 3000
>1200 Seventeenth Street
>Denver, CO 80202
>Tel: (303) 623-9000
>Fax: (303) 623-9222
>jvazquez@rothgerber.com
>kkosto@rothgerber.com
>jphipps@rothgerber.com
>
>*Attorneys for Plaintiff Health Grades, Inc.*

Dated: September 7, 2011                              *s:/David C. Lee*_____
                                                                          David C. Lee