# EXHIBIT Q

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

## DECLARATION OF DAVID C. LEE

---

David C. Lee states and declares as follows under penalty of perjury:

    1.    My name is David C. Lee. I am over the age of 18 years, and have personal knowledge of the facts stated herein.

    2.    I am an associate of the firm Sills Cummis & Gross P.C., attorneys for Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"). I submit this declaration in support of MDx's Motion to Compel Discovery and For An Award of Fees and Costs Pursuant to Rules 37(a)(3)(B) and 37(a)(5) of the Federal Rules of Civil Procedure.

    3.    I received documents in this case, produced by Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), on at least July 28, 2011, August 2, 2011, October 26, 2011, October 27, 2011, and November 9, 2011.

4.      I have reviewed the contents of the aforementioned documents, but have not noticed the following among the documents:

- documents showing detailed accounting of Health Grades revenues derived from advertisers on the www.healthgrades.com website,

- documents showing detailed accounting of Health Grades expenses and other costs associated with providing advertisements on the www.healthgrades.com website,

- documents showing Health Grades' marketing efforts to reach potential advertisers who may wish to place advertisements on the www.healthgrades.com website, and

- documents showing analysis of total market for placing advertisements on healthcare websites.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/23/2011

_____
DAVID C. LEE