# EXHIBIT R

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**DEFENDANT MDX MEDICAL, INC.'S**
**FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-3)**

---

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedures, Defendant MDx Medical, Inc. ("MDx") hereby requests that Plaintiff Health Grades, Inc. ("Health Grades") answer fully, in writing, each of the following Requests for Admission within thirty (30) days from the service hereof.

**INSTRUCTIONS**

1. Your response to these requests shall comply with Rule 36 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Colorado.

2. If you object to any request for admission, you are required to set forth the reason(s) for such objection.

1

3. Your answers must specifically admit or deny the matter or set forth in detail why you cannot truthfully admit or deny the matter. Any denial must fairly meet the substance of the requested admission. Further, if good faith requires that you qualify an answer or deny only a part of the matter for which an admission is requested, you must specify so much of it as is true and qualify or deny the remainder.

4. You may not give lack of information or knowledge as a reason for your failure to admit or deny a request for admission unless you state that you have made reasonable inquiry and that the information known or readily obtainable by you is insufficient to enable you to admit or deny the admission requested.

5. You may not object to a request for admission on grounds that the matter for which an admission is requested presents a genuine issue for trial.

6. If you assert a claim of privilege in response to any request for admission, you are required to (a) provide information on the basis of such an assertion, (b) identify the nature of the privilege (including work product) that is being claimed, (c) identify the state privilege rule being invoked if the privilege is being asserted in connection with a claim or defense governed by state law, (d) indicate whether any documents exist as to the information requested, and (e) indicate whether any oral communications took place as to the information requested.

7. These Requests are continuing in nature and must be supplemented by you to the extent required by Rule 26(e) of the Federal Rules of Civil Procedure.

## DEFINITIONS

1.  "Health Grades" refers to the named plaintiff in this action, and includes any parents, predecessor companies, subsidiaries, divisions and/or associated organizations, and present and former officers, directors, trustees, employees, staff members, agents and/or representatives, including counsel.

## REQUESTS

### REQUEST FOR ADMISSION NO. 1

Health Grades did not mark its products with the number of U.S. Patent No. 7,752,060 (the "'060 patent") pursuant to 35 U.S.C. § 287 until some time after November 8, 2010.

### REQUEST FOR ADMISSION NO. 2

Health Grades did not provide notice pursuant to 35 U.S.C. § 287 to MDx regarding the '060 patent until at least March 9, 2011.

### REQUEST FOR ADMISSION NO. 3

Even if MDx was found to be infringing and the '060 patent was found to be valid, Health Grades would not be entitled to any damages from MDx until at least some time after November 8, 2010.

Dated: September 7, 2011                          Respectfully submitted,

                                                  *s:/Scott D. Stimpson*
                                                  Scott D. Stimpson
                                                  Mark J. Rosenberg
                                                  David C. Lee

3

Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: mrosenberg@sillscummis.com
E-mail: dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>September 7, 2011</u>, I have caused a true and correct copy of the foregoing DEFENDANT MDX MEDICAL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-3) to be served upon counsel for Health Grades, Inc. by electronic mail transmission to the following individuals:

> Jesus Manuel Vazquez , Jr.
> Kris John Kostolansky
> Jeffrey David Phipps
> ROTHGERBER JOHNSON & LYONS LLP
> One Tabor Center, Suite 3000
> 1200 Seventeenth Street
> Denver, CO 80202
> Tel: (303) 623-9000
> Fax: (303) 623-9222
> jvazquez@rothgerber.com
> kkosto@rothgerber.com
> jphipps@rothgerber.com
>
> *Attorneys for Plaintiff Health Grades, Inc.*

Dated: September 7, 2011                     _____*s:/David C. Lee*_____
                                                               David C. Lee