# EXHIBIT S

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

      Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

**PLAINTIFF HEALTH GRADES, INC.'S ANSWERS TO DEFENDANT MDX
MEDICAL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-3)**

---

Plaintiff Health Grades, Inc. (Health Grades"), pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, hereby submits its Answers to Defendant MDx Medical, Inc.'s ("MDx" or "Defendant") First Set of Requests for Admission (Nos. 1-3) as follows:

<u>GENERAL OBJECTION</u>

Health Grades objects to the instructions in Defendant's First Set of Requests for Admission (Nos. 1-3) to the extent they are inconsistent with, seek to impose obligations not required by, or seek to expand the scope of permissible discovery under the Federal Rules of Civil Procedure, including but not limited to Rules 26 and 36, the Local Rules of this Court, and any pretrial scheduling order of the Court.

<u>RESPONSES TO REQUESTS</u>

<u>REQUEST FOR ADMISSION NO. 1</u>:  Health Grades did not mark its products with the number of U.S. Patent No. 7,752,060 (the "'060 patent") pursuant to 35 U.S.C. § 287 until some time after November 8, 2010.

RESPONSE:  Health Grades objects that this request is unduly vague and ambiguous in that it does not identify with any specificity or reasonable particularity what "products" the request is addressed to.  Health Grades further objects to the extent this request requires it to make a determination whether it acted or did not act "pursuant to 35 U.S.C. § 287" and inappropriately seeks a legal conclusion.

REQUEST FOR ADMISSION NO. 2:  Health Grades did not provide notice pursuant to 35 U.S.C. §287 to MDx regarding the '060 patent until at least March 9, 2011.

RESPONSE:  Health Grades objects to the extent this request requires it to make a determination whether it acted or did not act "pursuant to 35 U.S.C. § 287" and inappropriately seeks a legal conclusion.  Without waiving its objection, Health Grades responds Defendant was on notice of Health Grades' application for the '060 patent as of December 15, 2009, and was on notice of the '060 patent at least as of July 6, 2010.

REQUEST FOR ADMISSION NO. 3:  Even if MDx was found to be infringing and the '060 patent was found to be valid, Health Grades would not be entitled to any damages from MDx until at least some time after November 8, 2010.

RESPONSE:  Health Grades objects to the extent this request requires it to make a legal conclusion regarding timing and entitlement to damages.  Without waiving its objection, Health Grades denies the request.

Respectfully submitted this 20th day of October, 2011.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email:  kkosto@rothgerber.com
          jvazquez@rothgerber.com
          jphipps@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant*
*Health Grades, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of October, 2011, true and correct copies of the foregoing PLAINTIFF HEALTH GRADES, INC.'S ANSWERS TO DEFENDANT MDX MEDICAL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-3) were electronically served on the following:

David Chunyi Lee
Sills Cummis & Gross P.C. – New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: dlee@sillscummis.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: lampley@wtotrial.com

Mark Jon Rosenberg
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: mrosenberg@sillscummis.com

Scott David Stimpson
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: sstimpson@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

*s/ Jesús M. Vázquez*