IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **MDX Medical, Inc.'s Motion to Compel Discovery and For an Award of Fees and Costs Pursuant to Rules 37(A)(3)(B) and 37 (A)(5) of the Federal Rules of Civil Procedure** [docket no. 65, filed November 23, 2011] (the "Motion").

      IT IS ORDERED that plaintiff shall respond to the Motion on or before **December 12, 2011**. No reply will be accepted without leave of court.

      IT IS FURTHER ORDERED that a hearing on this Motion is set for **December 21, 2011, at 10:30 a.m.,** in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: November 28, 2011