IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

**ORDER**
_____

This matter arises on **MDx Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 16(b)(4) to Modify Scheduling Order and Rule 15(a)(2) for Leave to Amend Answer** [Doc. # 57, filed 10/28/2011] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here. For the reasons stated on the record,

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 57] is GRANTED.

(2) The Clerk of the Court is directed to accept for filing MDx Medical, Inc.'s Amended Answer, Affirmative Defenses, Counterclaim and Demand for Jury Trial [Doc. # 57-1].

Dated December 2, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge