IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**HEALTH GRADES, INC.'S MOTION FOR LEAVE TO FILE ITS SUPPLEMENTAL RESPONSE TO MDX MEDICAL, INC.'S MOTION TO STRIKE HEALTH GRADES, INC.'S SUPPLEMENTAL INFRINGEMENT CONTENTIONS**

Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Motion for Leave to File its Supplemental Response to MDx Medical, Inc.'s Motion to Strike Health Grades, Inc.'s Supplemental Infringement Contentions (the "Motion") [Doc. #62], and states in support:

1. At the hearing held today, Friday, December 2, 2011, on MDx's Motion, counsel for MDx introduced an email that he wrote to counsel for Health Grades on September 22, 2011. Exhibit A, attached hereto. This email was not included in MDx's Motion and was introduced for the first time during today's hearing. Health Grades respectfully submits that it should be allowed to file a supplemental response to fully address the import of this email.

2. Filed concurrently herewith is Health Grades' Supplemental Response to MDx Medical, Inc.'s Motion to Strike Health Grades, Inc.'s Supplemental Infringement Contentions (the "Supplemental Response").

{01003855 / 1}

3. Undersigned counsel certifies that pursuant to D.C.COLO.LCivR 7.1(A) he conferred with counsel for MDx to determine whether he opposed this motion to file the Supplemental Response.  Counsel for MDx stated that he would like to see what the Supplemental Response contained before deciding whether he opposed it or not, and that he would not be able to review the Supplemental Response until later this evening after he arrived back in New York.  In light of the fact that the Court indicated it was taking the matter under advisement and may issue its Order at any time, Health Grades wants to make sure the Court has the Supplemental Response before it in ruling on the Motion.  Undersigned counsel will supplement this motion with MDx's position as soon as counsel for MDx responds after reading the Supplemental Response, which has been sent to counsel for MDx.

Respectfully submitted this 2nd day of December, 2011.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email:  kkosto@rothgerber.com
           jvazquez@rothgerber.com
           jphipps@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2011, I electronically filed the foregoing HEALTH GRADES, INC.'S MOTION FOR LEAVE TO FILE ITS SUPPLEMENTAL RESPONSE TO MDX MEDICAL, INC.'S MOTION TO STRIKE HEALTH GRADES, INC.'S SUPPLEMENTAL INFRINGEMENT CONTENTIONS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson  
Mark Jon Rosenberg  
David Chunyi Lee  
Sills Cummis & Gross P.C. – New York  
30 Rockefeller Plaza  
New York, NY  10112  
Email: sstimpson@sillscummis.com  
Email: mrosenberg@sillscummis.com  
Email: dlee@sillscummis.com  

Terence M. Ridley  
Wheeler Trigg O'Donnell, LLP  
1801 California Street, #3600  
Denver, CO  80202-2617  
Email: ridley@wtotrial.com  

Ramona L. Lampley  
Wheeler Trigg O'Donnell, LLP  
1801 California Street, #3600  
Denver, CO  80202-2617  
Email: lampley@wtotrial.com  

*s/ Jesús M. Vazquez*  
Kris J. Kostolansky, Esq.  
Jesús M. Vázquez, Jr., Esq.  
Jeffrey D. Phipps, Esq.  
Rothgerber Johnson & Lyons, LLP  
1200 17th Street, Suite 3000  
Denver, Colorado 80202-5855  
Tel:    (303) 623-9000  
Facsimile: (303) 623-9222  
Email:  kkostolansky@rothgerber.com  
            jvazquez@rothgerber.com  
            jphipps@rothgerber.com  

*Attorneys for Plaintiff Health Grades, Inc.*