IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## HEALTH GRADES, INC.'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Unopposed Motion to Exceed Page Limitations, and states in support:

1. Concurrently filed herewith is Health Grades' Claim Construction Brief and Evidence ("Brief").

2. The total number of pages contained within the Brief is 29 pages. Good cause exists for allowing the Brief to exceed the page limitations set forth in the Court's Practice Standards.

3. Claim construction briefs, as opposed to regular legal briefs, require more pages due to the necessity to cite to intrinsic evidence, *i.e.*, the patent specification, the drawings, as well as the voluminous file history for the patent. Further, Health Grades' Brief addresses 11 terms – three of which it contends require construction and eight of which Defendant MDX contends require construction. The additional pages are necessary to adequately address both Health Grades' and MDX's arguments relating to the construction of these 11 terms, with adequate cites to the specification, file history, and drawings.

{01004449 / 1}

WHEREFORE, Health Grades respectfully requests that the Court grant its Unopposed Motion to Exceed Page Limitations, and accept Health Grades' Claim Construction Brief and Evidence filed concurrently herewith.

Respectfully submitted this 5th day of December, 2011.

        ROTHGERBER JOHNSON & LYONS LLP

        *s/ Jesús M. Vazquez*
        Kris J. Kostolansky, Esq.
        Jesús M. Vázquez, Jr., Esq.
        Jeffrey D. Phipps, Esq.
        1200 17th Street, Suite 3000
        Denver, Colorado 80202
        Tel: (303) 623-9000
        Fax: (303) 623-9222
        Email: kkosto@rothgerber.com
               jvazquez@rothgerber.com
               jphipps@rothgerber.com

        *Attorneys for Plaintiff Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2011, I electronically filed the foregoing HEALTH GRADES, INC.'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Mark Jon Rosenberg
David Chunyi Lee
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: lampley@wtotrial.com

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email:  kkostolansky@rothgerber.com
            jvazquez@rothgerber.com
            jphipps@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*