IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**HEALTH GRADES, INC.'S SUPPLEMENT TO ITS CERTIFICATE OF CONFERRAL IN ITS MOTION FOR LEAVE TO FILE ITS SUPPLEMENTAL RESPONSE TO MDX MEDICAL, INC.'S MOTION TO STRIKE HEALTH GRADES, INC.'S SUPPLEMENTAL INFRINGEMENT CONTENTIONS**

1.    On Friday, December 2, 2011, Health Grades filed its Motion for Leave to File Its Supplemental Response to MDX Medical, Inc.'s Motion to Strike Health Grades, Inc.'s Supplemental Infringement Contentions (the "Motion")[Doc. #73].

2.    As set forth in paragraph 3 of its Motion [Doc. #73], Health Grades conferred in good faith with counsel for MDX before filing its Motion. The Motion was thus properly filed. Pursuant to paragraph 3 of its Motion, Health Grades hereby supplements its Certificate of Conferral pursuant to D.C.COLO.LCivR 7.1(A) to reflect that MDX opposes the Motion.

{01004481 / 1}

Respectfully submitted this 5th day of December, 2011.

        ROTHGERBER JOHNSON & LYONS LLP

        *s/ Jesús M. Vazquez*
        Kris J. Kostolansky, Esq.
        Jesús M. Vázquez, Jr., Esq.
        Jeffrey D. Phipps, Esq.
        1200 17th Street, Suite 3000
        Denver, Colorado  80202
        Tel:  (303) 623-9000
        Fax:  (303) 623-9222
        Email:  kkosto@rothgerber.com
           jvazquez@rothgerber.com
           jphipps@rothgerber.com
        *Attorneys for Plaintiff Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2011, I electronically filed the foregoing HEALTH GRADES, INC.'S SUPPLEMENT TO ITS CERTIFICATE OF CONFERRAL IN ITS MOTION FOR LEAVE TO FILE ITS SUPPLEMENTAL RESPONSE TO MDX MEDICAL, INC.'S MOTION TO STRIKE HEALTH GRADES' SUPPLEMENTAL INFRINGEMENT CONTENTIONS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson  
Mark Jon Rosenberg  
David Chunyi Lee  
Sills Cummis & Gross P.C. – New York  
30 Rockefeller Plaza  
New York, NY  10112  
Email: sstimpson@sillscummis.com  
Email: mrosenberg@sillscummis.com  
Email: dlee@sillscummis.com  

Terence M. Ridley  
Wheeler Trigg O'Donnell, LLP  
1801 California Street, #3600  
Denver, CO  80202-2617  
Email: ridley@wtotrial.com  

Ramona L. Lampley  
Wheeler Trigg O'Donnell, LLP  
1801 California Street, #3600  
Denver, CO  80202-2617  
Email: lampley@wtotrial.com  

*s/ Jesús M. Vazquez*  
Kris J. Kostolansky, Esq.  
Jesús M. Vázquez, Jr., Esq.  
Jeffrey D. Phipps, Esq.  
Rothgerber Johnson & Lyons, LLP  
1200 17th Street, Suite 3000  
Denver, Colorado 80202-5855  
Tel:     (303) 623-9000  
Facsimile: (303) 623-9222  
Email:  kkostolansky@rothgerber.com  
           jvazquez@rothgerber.com  
           jphipps@rothgerber.com  

*Attorneys for Plaintiff Health Grades, Inc.*
