IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No.   11-cv-00520-PAB-BNB        Date: December 2, 2011
Courtroom Deputy: Geneva D. Mattei                    FTR BNB COURTROOM A-401

---

HEALTH GRADES, INC.,                            Jesus Vazquez, Jr.
                                                Gregory Kanan

          Plaintiff(s),

v.

MDX MEDICAL, INC.,                              Scott Stimpson
                                                Ramona Lampley

          Defendant(s).

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:        9:58 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Defendant offers exhibits. Exhibits accepted.

**ORDERED:** MDX Medical, Inc.'s motion to strike plaintiff/counterclaim defendant Health Grades, Inc.'s supplemental infringement contentions pursuant to Fed.R.Civ.P. 16(f) and Fed.R.Civ.P. 37(b)(2)(A) [doc.#62; filed 11/15/11) is granted for reasons stated on the record.

**ORDERED:** MDX Medical, Inc.'s motion to strike plaintiff/counterclaim defendant Health Grades, Inc.'s supplemental infringement contentions pursuant to Fed.R.Civ.P. 16(f) and Fed.R.Civ.P. 37(b)(2)(A) [doc.#62; filed 11/15/11] is taken under advisement.

Court in Recess:        11:13 a.m.     Hearing concluded.    Total time in Court: 01:15

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.