IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   11-cv-00520-PAB-BNB | Date: December 2, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| HEALTH GRADES, INC., | Jesus Vazquez, Jr. |
| | Gregory Kanan |
| Plaintiff(s), | |
| v. | |
| MDX MEDICAL, INC., | Scott Stimpson |
| | Ramona Lampley |
| Defendant(s). | |

**AMENDED COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:   9:58 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Defendant offers exhibits. Exhibits accepted.

**ORDERED:**   ==MDX Medical, Inc.'s motion to modify scheduling order and amend answer [doc#57; filed 10/28/11) is granted.==

**ORDERED:**   MDX Medical, Inc.'s motion to strike plaintiff/counterclaim defendant Health Grades, Inc.'s supplemental infringement contentions pursuant to Fed.R.Civ.P. 16(f) and Fed.R.Civ.P. 37(b)(2)(A) [doc.#62; filed 11/15/11] is taken under advisement.

Court in Recess:   11:13 a.m.   Hearing concluded.   Total time in Court: 01:15

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.