IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　IT IS ORDERED that **Health Grades, Inc.'s Motion for Leave to File Its Supplemental Response [etc.]** [Doc. # 73] is GRANTED.

DATED:  December 12, 2011