IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

# ORDER
_____

This matter arises on the **Parties' Joint and Agreed-To Motion to Modify Scheduling Order and Extend Fact Discovery Cut-Off, Expert Reports Deadline and Expert Discovery Cut-Off** [Doc. # 86, filed 12/9/2011] (the "Motion for Extension").

IT IS ORDERED:

(1) The Motion for Extension [Doc. # 86] is GRANTED; and

(2) The case schedule is modified to the following extent:

Discovery Cut-Off
 Fact: February 16, 2012
 Expert: April 30, 2012

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 16, 2012

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before

March 16, 2012.

Dated December 12, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2