**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Tuesday, August 02, 2011 5:14 PM |
| **To:** | 'David C. Lee' |
| **Cc:** | Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com' |
| **Subject:** | RE: HG Document Production |
| **Attachments:** | Bates Labels HG0000523 - HG0000540.PDF; Bates Labels HG0000541 - HG0000543.PDF; Bates Labels HG0000544 - HG0000616.PDF; Bates Labels HG0000617 - HG0000629.PDF; Bates Labels HG0000630 - HG0000631.PDF; Bates Labels HG0000632 - HG0000656.PDF; Bates Labels HG0000657 - HG0000676.PDF; Bates Labels HG0000677 - HG0000702.PDF; Bates Labels HG0000703 - HG0000788.PDF; Bates Labels HG0000789 - HG0000824.PDF |

David:

Attached are the documents responsive to RFP 1.  More to follow.

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** David C. Lee [mailto:dlee@sillscummis.com]
**Sent:** Tuesday, August 02, 2011 8:48 AM
**To:** Vazquez, Jesus
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Subject:** RE: HG Document Production

Jesus:

Following up on our call yesterday, we have received to date documents Bates labeled HG 0000001 - 0000514, 0974 - 1020, 1076 - 1089, and 1340 - 1350, but we have not received any of the other documents.

As indicated in your e-mail below, the zip file contained only 241 - 514, so the other documents were not in the zip file.

Please let us know what you find on your end regarding the documents that did not come through.

Regards,
David


EXHIBIT
E

**Sills Cummis & Gross** P.C.

| website | v-Card | email |

**David C. Lee**
Associate

New York | Map   d (212) 500-1546   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Thursday, July 28, 2011 8:52 PM
**To:** Scott D. Stimpson; David C. Lee; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey
**Subject:** HG Document Production

Scott,

Attached please find our cover letter regarding Health Grades' production of documents and copies of the documents referenced in the letter. The Section 3-2(b) documents (HG 0000241-0000514) are attached as a zip file.

Regards, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

12/12/2011

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Tuesday, August 02, 2011 5:19 PM |
| **To:** | 'David C. Lee' |
| **Cc:** | Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com' |
| **Subject:** | RE: HG Document Production |
| **Attachments:** | Bates Labels HG0000825 - HG0000842.PDF; Bates Labels HG0000843 - HG0000898.PDF; Bates Label HG0000899.PDF; Bates Labels HG0000900 - HG0000920.PDF; Bates Labels HG0000921 - HG0000937.PDF; Bates Labels HG0000938 - HG0000973.PDF; Bates Labels HG0001021 - HG0001033.PDF; Bates Labels HG0001034 - HG0001075.PDF |

David:

Attached are the documents responsive to RFP 4.  More to follow.

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** David C. Lee [mailto:dlee@sillscummis.com]
**Sent:** Tuesday, August 02, 2011 8:48 AM
**To:** Vazquez, Jesus
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Subject:** RE: HG Document Production

Jesus:

Following up on our call yesterday, we have received to date documents Bates labeled HG 0000001 - 0000514, 0974 - 1020, 1076 - 1089, and 1340 - 1350, but we have not received any of the other documents.

As indicated in your e-mail below, the zip file contained only 241 - 514, so the other documents were not in the zip file.

Please let us know what you find on your end regarding the documents that did not come through.

Regards,
David

| website | v-Card | email | |
|---------|--------|-------|--|

**Sills Cummis & Gross** P.C.

**David C. Lee**
Associate

New York | Map    d (212) 500-1546    f (212) 643-6500    30 Rockefeller Plaza    New York, NY 10112

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Thursday, July 28, 2011 8:52 PM
**To:** Scott D. Stimpson; David C. Lee; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey
**Subject:** HG Document Production

Scott,

Attached please find our cover letter regarding Health Grades' production of documents and copies of the documents referenced in the letter. The Section 3-2(b) documents (HG 0000241-0000514) are attached as a zip file.

Regards, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

12/12/2011

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Tuesday, August 02, 2011 5:24 PM |
| **To:** | 'David C. Lee' |
| **Cc:** | Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com' |
| **Subject:** | RE: HG Document Production |
| **Attachments:** | Bates Labels HG0001076 - HG0001089 REDACTED.PDF |

David:

Attached are the documents responsive to RFP 6.  More to follow.

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** David C. Lee [mailto:dlee@sillscummis.com]
**Sent:** Tuesday, August 02, 2011 8:48 AM
**To:** Vazquez, Jesus
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com';
'ridley@wtotrial.com'
**Subject:** RE: HG Document Production


Jesus:

Following up on our call yesterday, we have received to date documents Bates labeled HG 0000001 -
0000514, 0974 - 1020, 1076 - 1089, and 1340 - 1350, but we have not received any of the other
documents.

As indicated in your e-mail below, the zip file contained only 241 - 514, so the other documents were not
in the zip file.

Please let us know what you find on your end regarding the documents that did not come through.

Regards,
David


| | |
|---|---|
| **Sills Cummis & Gross** P.C. | website   v-Card   email |
| | **David C. Lee** |
| | Associate |

**New York** | Map    d (212) 500-1546    f (212) 643-6500    30 Rockefeller Plaza    New York, NY 10112

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Thursday, July 28, 2011 8:52 PM
**To:** Scott D. Stimpson; David C. Lee; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey
**Subject:** HG Document Production

Scott,

Attached please find our cover letter regarding Health Grades' production of documents and copies of the documents referenced in the letter. The Section 3-2(b) documents (HG 0000241-0000514) are attached as a zip file.

Regards, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

12/12/2011

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Tuesday, August 02, 2011 5:27 PM |
| **To:** | 'David C. Lee' |
| **Cc:** | Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com' |
| **Subject:** | RE: HG Document Production |
| **Attachments:** | Bates Labels HG0001090 - HG0001176.PDF; Bates Labels HG0001177 - HG0001178.PDF; Bates Labels HG0001179 - HG0001203 REDACTED.PDF |

David:

Attached are the documents responsive to RFP 7 and RFP 8.  More to follow.

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** David C. Lee [mailto:dlee@sillscummis.com]
**Sent:** Tuesday, August 02, 2011 8:48 AM
**To:** Vazquez, Jesus
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Subject:** RE: HG Document Production


Jesus:

Following up on our call yesterday, we have received to date documents Bates labeled HG 0000001 - 0000514, 0974 - 1020, 1076 - 1089, and 1340 - 1350, but we have not received any of the other documents.

As indicated in your e-mail below, the zip file contained only 241 - 514, so the other documents were not in the zip file.

Please let us know what you find on your end regarding the documents that did not come through.


Regards,
David




**Sills Cummis & Gross** P.C.

| website | v-Card | email |

**David C. Lee**
Associate

**New York** |Map    d (212) 500-1546    f (212) 643-6500    30 Rockefeller Plaza    New York, NY 10112

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Thursday, July 28, 2011 8:52 PM
**To:** Scott D. Stimpson; David C. Lee; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey
**Subject:** HG Document Production

Scott,

Attached please find our cover letter regarding Health Grades' production of documents and copies of the documents referenced in the letter. The Section 3-2(b) documents (HG 0000241-0000514) are attached as a zip file.

Regards, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Tuesday, August 02, 2011 5:30 PM |
| **To:** | 'David C. Lee' |
| **Cc:** | Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com' |
| **Subject:** | RE: HG Document Production |
| **Attachments:** | Bates Labels HG0001204 - HG0001205 REDACTED.PDF; Bates Labels HG0001206 - HG0001230.PDF; Bates Label HG0001231.PDF; Bates Labels HG0001232 - HG0001237.PDF; Bates Labels HG0001238 - HG0001339.PDF; Bates Labels HG0001340 - HG0001350 REDACTED.PDF |

David:

Attached are the documents responsive to RFP 9, RFP 10, RFP 11 and RFP 12.  More to follow.

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** David C. Lee [mailto:dlee@sillscummis.com]
**Sent:** Tuesday, August 02, 2011 8:48 AM
**To:** Vazquez, Jesus
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Subject:** RE: HG Document Production


Jesus:

Following up on our call yesterday, we have received to date documents Bates labeled HG 0000001 - 0000514, 0974 - 1020, 1076 - 1089, and 1340 - 1350, but we have not received any of the other documents.

As indicated in your e-mail below, the zip file contained only 241 - 514, so the other documents were not in the zip file.

Please let us know what you find on your end regarding the documents that did not come through.


Regards,
David

**Sills Cummis & Gross** P.C.

website   v-Card   email

**David C. Lee**
Associate

New York | Map   d (212) 500-1546   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Thursday, July 28, 2011 8:52 PM
**To:** Scott D. Stimpson; David C. Lee; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey
**Subject:** HG Document Production

Scott,

Attached please find our cover letter regarding Health Grades' production of documents and copies of the documents referenced in the letter. The Section 3-2(b) documents (HG 0000241-0000514) are attached as a zip file.

Regards, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Tuesday, August 02, 2011 5:34 PM |
| **To:** | 'David C. Lee' |
| **Cc:** | Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com' |
| **Subject:** | RE: HG Document Production |
| **Attachments:** | Bates Label HG0001351.PDF; Bates Labels HG0001352 - HG0001381.PDF; Bates Labels HG0001382 - HG0001383.PDF |

David:

Attached are the documents responsive to RFP 13, RFP 14 and RFP 15.  That completes the production.  Please let me know if you have any issues or concerns regarding the same.

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** David C. Lee [mailto:dlee@sillscummis.com]
**Sent:** Tuesday, August 02, 2011 8:48 AM
**To:** Vazquez, Jesus
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey; Scott D. Stimpson; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Subject:** RE: HG Document Production

Jesus:

Following up on our call yesterday, we have received to date documents Bates labeled HG 0000001 - 0000514, 0974 - 1020, 1076 - 1089, and 1340 - 1350, but we have not received any of the other documents.

As indicated in your e-mail below, the zip file contained only 241 - 514, so the other documents were not in the zip file.

Please let us know what you find on your end regarding the documents that did not come through.

Regards,
David

**Sills Cummis & Gross** P.C.

| website | v-Card | email |

**David C. Lee**
Associate

New York | Map    d (212) 500-1546    f (212) 643-6500    30 Rockefeller Plaza    New York, NY 10112

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Thursday, July 28, 2011 8:52 PM
**To:** Scott D. Stimpson; David C. Lee; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Cc:** Kostolansky, Kris J.; Phipps, Jeffrey
**Subject:** HG Document Production

Scott,

Attached please find our cover letter regarding Health Grades' production of documents and copies of the documents referenced in the letter. The Section 3-2(b) documents (HG 0000241-0000514) are attached as a zip file.

Regards, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

12/12/2011

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Wednesday, October 26, 2011 12:31 AM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | David C. Lee |
| **Subject:** | RFP #19 |
| **Attachments:** | HG0001384 (00988444).PDF; HG0002109 (00988538).PDF; HG0002172 (00988539).PDF; HG0002241 (00988540).PDF; HG0001580 (00988453).PDF; HG0001664 (00988455).PDF; HG0002330 (00988541).PDF |

Counsel:

Attached please find documents responsive to MDx's RFP #19.  Please treat documents bates numbered HG0001664 - HG0001693 and HG0002330 - HG0002362 as Attorney's Eyes Only.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

12/12/2011

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Wednesday, October 26, 2011 1:29 AM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | David C. Lee |
| **Subject:** | RFP #24 Email No. 1 |
| **Attachments:** | HG0002515 (00988432).PDF; HG0002546 (00988439).PDF; HG0002518 (00988433).PDF; HG0002530 (00988436).PDF; HG0002521 (00988434).PDF; HG0002541 (00988438).PDF; HG0002535 (00988437).PDF; HG0002525 (00988435).PDF; HG0002376 (00988545).PDF; HG0002105 (00988537).PDF; HG0002363 (00988543).PDF; HG0002432 (00988554).PDF; HG0002426 (00988553).PDF |

Counsel:

Attached please find documents responsive to MDx's RFP #24.  Please treat all of these documents as
Attorney's Eyes Only.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Wednesday, October 26, 2011 1:39 AM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | David C. Lee |
| **Subject:** | RFP #24 Email No. 2 |
| **Attachments:** | HG0002468 (00988560).PDF; HG0002438 (00988555).PDF; HG0002443 (00988556).PDF; HG0002496 (00988429).PDF; HG0002486 (00988563).PDF; HG0002414 (00988551).PDF; HG0002480 (00988562).PDF; HG0002420 (00988552).PDF; HG0002455 (00988558).PDF; HG0002501 (00988430).PDF; HG0002473 (00988561).PDF; HG0002408 (00988550).PDF |

Counsel:

Attached please find additional documents responsive to MDx's RFP #24.  Please treat all of these documents as Attorney's Eyes Only.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Wednesday, October 26, 2011 1:45 AM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | David C. Lee |
| **Subject:** | RFP #24 Email No. 3 of 3 |
| **Attachments:** | HG0002370 (00988544).PDF; HG0002383 (00988546).PDF; HG0002389 (00988547).PDF; HG0002395 (00988548).PDF; HG0002507 (00988431).PDF; HG0002461 (00988559).PDF; HG0002448 (00988557).PDF; HG0002492 (00988564).PDF; HG0002402 (00988549).PDF; HG0001447 (00988446).PDF |

Counsel:

Attached please find the last batch of documents responsive to MDx's RFP #24.  Please treat all of these documents as Attorney's Eyes Only.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Wednesday, October 26, 2011 2:39 AM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | David C. Lee |
| **Subject:** | RFP #21 Email No. 1 |
| **Attachments:** | HG0001833 (00988464).PDF; HG0001852 (00988473).PDF; HG0001853 (00988474).PDF; HG0001854 (00988475).PDF; HG0001867 (00988481).PDF; HG0001869 (00988482).PDF; HG0001871 (00988483).PDF; HG0001885 (00988491).PDF; HG0001903 (00988498).PDF; HG0001905 (00988500).PDF; HG0001911 (00988502).PDF; HG0001920 (00988506).PDF; HG0001936 (00988512).PDF; HG0001946 (00988517).PDF; HG0001955 (00988521).PDF; HG0002102 (00988536).PDF |

Counsel:

Attached please find documents responsive to MDx's RFP #21.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

## Vazquez, Jesus

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Wednesday, October 26, 2011 2:49 AM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | David C. Lee |
| **Subject:** | RFP #21 Email No. 2 |
| **Attachments:** | HG0001944 (00988516).PDF; HG0001948 (00988518).PDF; HG0001954 (00988520).PDF; HG0001957 (00988522).PDF; HG0002054 (00988529).PDF; HG0002101 (00988535).PDF; HG0001837 (00988466).PDF; HG0001848 (00988471).PDF; HG0001856 (00988476).PDF; HG0001862 (00988479).PDF; HG0001881 (00988489).PDF; HG0001883 (00988490).PDF; HG0001888 (00988492).PDF; HG0001898 (00988496).PDF; HG0001901 (00988497).PDF; HG0001907 (00988501).PDF; HG0001923 (00988507).PDF |

Counsel:

Attached please find additional documents responsive to MDx's RFP #21.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Wednesday, October 26, 2011 3:01 AM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | David C. Lee |
| **Subject:** | RFP #21 Email No. 3 |
| **Attachments:** | HG0001576 (00988451).PDF; HG0001827 (00988461).PDF; HG0001842 (00988468).PDF; HG0001850 (00988472).PDF; HG0001896 (00988495).PDF; HG0001924 (00988508).PDF; HG0001943 (00988515).PDF; HG0002055 (00988530).PDF; HG0002057 (00988531).PDF; HG0001444 (00988445).PDF; HG0001578 (00988452).PDF; HG0001835 (00988465).PDF; HG0001844 (00988469).PDF; HG0001865 (00988480).PDF; HG0001874 (00988485).PDF; HG0001876 (00988486).PDF; HG0001877 (00988487).PDF; HG0001879 (00988488).PDF |

Counsel:

Attached please find additional documents responsive to MDx's RFP #21.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Wednesday, October 26, 2011 3:12 AM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | David C. Lee |
| **Subject:** | RFP #21 Email No. 4 of 4 |
| **Attachments:** | HG0001891 (00988493).PDF; HG0001914 (00988503).PDF; HG0001916 (00988504).PDF; HG0001927 (00988509).PDF; HG0001942 (00988514).PDF; HG0001959 (00988523).PDF; HG0001964 (00988525).PDF; HG0002611 (00988443).PDF; HG0001825 (00988460).PDF; HG0001831 (00988463).PDF; HG0001839 (00988467).PDF; HG0001858 (00988477).PDF; HG0001872 (00988484).PDF; HG0001893 (00988494).PDF; HG0001918 (00988505).PDF; HG0001930 (00988510).PDF; HG0001939 (00988513).PDF; HG0001951 (00988519).PDF; HG0001961 (00988524).PDF |

Counsel:

Attached please find additional documents responsive to MDx's RFP #21.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Wednesday, October 26, 2011 11:16 PM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | David C. Lee |
| **Subject:** | RFP #22 and RFP #25 |

**Attachments:** HG0001990 (00988527).PDF; HG0002549 (00988440).PDF; HG0002012 (00988528).PDF; HG0001966 (00988526).PDF; HG0002591 (00988441).PDF; HG0002600 (00988442).PDF

Counsel:

Attached please find documents responsive to MDx's RFP #22 and RFP #25.  Please treat these documents as Attorney's Eyse Only.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

**Vazquez, Jesus**

---

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Wednesday, October 26, 2011 11:30 PM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | David C. Lee |
| **Subject:** | RFP #22 |
| **Attachments:** | HG0001495 (00988449).PDF; HG0001728 (00988457).PDF; HG0001541 (00988450).PDF; HG0001694 (00988456).PDF; HG0002081 (00988534).PDF; HG0002060 (00988533).PDF; HG0001801 (00988459).PDF; HG0001451 (00988448).PDF |

Counsel:

Attached please find documents responsive to MDx's RFP #22.  Please treat these documents as Attorney's Eyes Only.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Wednesday, October 26, 2011 11:38 PM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | David C. Lee |
| **Subject:** | RFP #21 |

**Attachments:** HG0001829 (00988462).PDF; HG0001860 (00988478).PDF; HG0001933 (00988511).PDF

Counsel:

Attached please find documents responsive to MDx's RFP #21.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Wednesday, October 26, 2011 11:49 PM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | David C. Lee |
| **Subject:** | RFP #20 |

**Attachments:** HG0001384 (00988444).PDF; HG0002109 (00988538).PDF; HG0002172 (00988539).PDF; HG0002241 (00988540).PDF; HG0001580 (00988453).PDF; HG0001664 (00988455).PDF; HG0002330 (00988541).PDF

Counsel:

The documents we produced with our email below as responsive to MDX's RFP #19 (the same documents are attached hereto) are also responsive to MDX's RFP #20.  Please treat documents bates numbered HG0001664 - HG0001693 and HG0002330 - HG0002362 as Attorney's Eyes Only.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

---

**From:** Vazquez, Jesus
**Sent:** Wednesday, October 26, 2011 12:31 AM
**To:** 'Scott D. Stimpson'
**Cc:** David C. Lee
**Subject:** RFP #19

Counsel:

Attached please find documents responsive to MDx's RFP #19.  Please treat documents bates numbered HG0001664 - HG0001693 and HG0002330 - HG0002362 as Attorney's Eyes Only.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com