**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR
LEAVE TO EXCEED PAGE LIMITATIONS FOR ITS
CLAIM CONSTRUCTION RESPONSE AND EVIDENCE**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, pursuant to D.C.Colo.LCivR 7.1 and Judge Philip A. Brimmer Practice Standard III(A) (the "Practice Standards"), respectfully submits this MDx Medical, Inc.'s Unopposed Motion for Leave to Exceed Page Limitations For Its Claim Construction Response and Evidence (the "Motion").

Undersigned counsel conferred with counsel for Health Grades, Inc. ("Health Grades") regarding the relief requested herein and is authorized to state that Health Grades do not oppose the relief requested by MDx herein.

Pursuant to Section III(A) of the Practice Standards, "[a]ll motions, objections (including objections to the recommendations or orders of United States Magistrate Judges), responses, and briefs shall not exceed fifteen pages." MDx needs and respectfully requests leave to exceed page

limitations for its Claim Construction Response and Evidence from fifteen (15) pages to twenty-five (26) pages. As discussed below, good cause exists for the requested additional pages.

Health Grades was granted leave to file its Claim Construction Brief and Evidence in excess of page limitations (dkt. # 81). Health Grades' Claim Construction Brief and Evidence ("Opening Brief") included twenty-nine (29) pages (*see* dkt. # 78, ¶ 2). MDx's Claim Construction Response and Evidence needs to address arguments in Health Grades' Opening Brief. Accordingly, MDx needs additional pages for its claim construction response and evidence. Health Grades does not oppose the requested relief.

Thus, for good cause shown as discussed above, MDx respectfully requests the relief above.

Dated: December 19, 2011      Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Mark J. Rosenberg
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: mrosenberg@sillscummis.com
E-mail: dlee@sillscummis.com

and

2

                                Terence Ridley, Atty. No. 15212
                                Ramona Lampley, Atty. No. 37288
                                Wheeler Trigg O'Donnell LLP
                                1801 California Street, Suite 3600
                                Denver, Colorado 80202
                                Tel:  (303) 244-1800
                                Fax:   (303) 244-1879
                                E-mail: ridley@wtotrial.com
                                E-mail: lampley@wtotrial.com

                                *Attorneys for Defendant*
                                MDx Medical, Inc. d/b/a VITALS.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>December 19, 2011</u>, I electronically filed the foregoing MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR ITS CLAIM CONSTRUCTION RESPONSE AND EVIDENCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus M. Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Kris J. Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Jeffrey D. Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Scott D. Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Mark J. Rosenberg**
  Mrosenberg@sillscummis.com

- **David C. Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com

                                                   _s:/ David C. Lee_____