# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

   Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

   Defendant.

---

**PROPOSED ORDER GRANTING MDX MEDICAL, INC.'S
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS
FOR ITS CLAIM CONSTRUCTION RESPONSE AND EVIDENCE**

---

This Court, having read and considered the MDx Medical, Inc.'s Unopposed Motion for Leave to Exceed Page Limitations for Its Claim Construction Response and Evidence (dkt. # ___, filed December 19, 2011) (the "Motion"), concludes that, good cause having been shown, the requested excess pages are appropriate; accordingly

IT IS ORDERED that the Motion is GRANTED, and Defendant MDx Medical, Inc.'s Claim Construction Response and Evidence (dkt. # ___) is accepted for filing.

DATED _____.

                                                      BY THE COURT:

                                                      _____