IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-00520-PAB-BNB | Date: December 21, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| HEALTH GRADES, INC., | Jesus Vazquez, Jr. |
| | Kris Kostolanski |
| Plaintiff(s), | |
| v. | |
| MDX MEDICAL, INC., | Scott Stimpson |
| | David Lee |
| Defendant(s). | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:   10:30 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Defendant's exhibit offered and accepted.

**ORDERED:   MDX Medical, Inc.'s motion to compel discovery and for an award of fees and costs pursuant to Rules 37(A)(3)(B) and 37 (A)(5) of the Federal Rules of Civil Procedure [Doc.#65; filed 11/23/11] is granted in part and denied in part.**

Court in Recess:   12:14 p.m.   Hearing concluded.   Total time in Court: 01:44

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.