*11-CV-00520-PAB-BNB*

## David C. Lee

**From:** Vazquez, Jesus [jvazquez@rothgerber.com]
**Sent:** Wednesday, December 21, 2011 9:00 AM
**To:** Scott D. Stimpson
**Cc:** Scott Murray; David C. Lee
**Subject:** RE: Agreements and loose ends

Scott,

This is acceptable. With respect to your request for fees, we need the record to reflect that we oppose the request, and that none of the agreements below are intended to impact our arguments in that regard. Thus this response should be included in the record.

Thanks, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Tuesday, December 20, 2011 7:21 PM
**To:** Vazquez, Jesus
**Cc:** Scott Murray; David C. Lee
**Subject:** Agreements and loose ends


Jesus:

This memorializes our discussion today about various agreements that would remove certain issues from the motion to compel. We also checked our correspondence and wanted to close a few loose ends.

Please let us know if Health Grades agrees to the following, and we can put this email in the record tomorrow.

### Fees Request

As you know, we do not agree to remove any aspect of the motion for fees, and none of the agreements below are intended to impact that issue.

### MDx's First Set of Interrogatories

*Defendant's Exhibit*

12/21/2011

Interrogatory No. 1: Health Grades will provide a verified response by December 31, 2011 that includes the information in your 8/5/11 and 12/13/11 emails showing names of those involved in conception and reduction to practice.

Interrogatory No. 3: Health Grades will provide a verified response by December 31, 2011 that includes the information in your 12/20/11 email showing inventor education information, and further including work-experience bios mentioned in Health Grades' response in opposition to the motion to compel, at page 4.

## MDx's First Set of Document Requests

- The additional documents mentioned in your 10/28/11 email will be produced by December 31, 2011, if they have not been produced yet.

- Prosecution histories of all related Health Grades patent applications, and non-patent literature: Health Grades will produce by December 31, 2011, Bates-labeled versions of the documents in your 12/20/11 email regarding this topic.

- Foreign counterpart patent prosecution materials: Health Grades has confirmed that there are no foreign counterparts.

- All documents showing competitor information: Assuming the search term "competitor" covered these documents, we agree to remove this issue.

## MDx's Electronic Discovery Requests

Health Grades will performed the narrow search term "060 patent" and will produce resulting documents by December 31, 2011. If this is accurate, and given your representations that our searches have been conducted, we can remove the electronic discovery issues.

## MDx's Damages Discovery Requests

Based on your representation that 6000+ financial documents showing monthly accounting and expenses have been provided, we agree to remove this issue.

All issues not expressly mentioned above will remain in the motion.

Please confirm that this is accurate.

Thanks,

Scott

12/21/2011



**Scott D. Stimpson**
Member of the Firm

**New York** | Map    d (212) 500-1550    f (212) 643-6500    30 Rockefeller Plaza    New York, NY 10112

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

\*\*Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

12/21/2011