IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**PROPOSED ORDER GRANTING MDX MEDICAL, INC.'S
MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

This Court, having read and considered the MDx Medical, Inc.'s Motion For Leave to Amend Invalidity Contentions, concludes that, good cause having been shown, granting MDx Medical, Inc. leave to amend its invalidity contentions is appropriate; accordingly

IT IS ORDERED that MDx Medical, Inc.'s Motion For Leave to Amend Invalidity Contentions is GRANTED.

DATED _____.

                                    BY THE COURT:

                                    _____