IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **MDX Medical, Inc.'s Motion for Leave to Amend Invalidity Contentions** [docket no. 97, filed December 21, 2011] (the "Motion").

     IT IS ORDERED that plaintiff shall respond to the Motion on or before **January 11, 2012**.  No reply will be accepted without leave of court.

     IT IS FURTHER ORDERED that a hearing on this Motion is set for **January 24, 2012, at 8:30 a.m., for one hour**, in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  December 23, 2011