**Vazquez, Jesus**

| | |
|---|---|
| **From:** | David C. Lee [dlee@sillscummis.com] |
| **Sent:** | Monday, August 29, 2011 7:40 PM |
| **To:** | Vazquez, Jesus; Kostolansky, Kris J.; Phipps, Jeffrey |
| **Cc:** | Scott D. Stimpson; 'Ridley, Terence'; 'Lampley, Ramona' |
| **Subject:** | Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB - MDx's responses; document production |
| **Attachments:** | MDx Objections and Responses to HG First Set of Interrogatories.pdf; MDx Objections and Responses to HG First Set of Requests for Production.pdf; MDX 0000362 - 0000622.pdf |

Counsel:

Attached please find the following:

- MDx's Objections and Responses to Health Grades' First Set of Interrogatories
- MDx's Objections and Responses to Health Grades' First Set of Requests for Production
- Documents MDX 0000362 - MDX 0001640

The above documents are being sent in seven (7) e-mails.

This is e-mail 1 of 7.

Regards,



**Sills Cummis & Gross** P.C.       website | v-Card | email

**David C. Lee**
Associate

New York | Map   d (212) 500-1546   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.



EXHIBIT
E

12/27/2011