IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## DEFENDANT MDX MEDICAL, INC.'S
## DISCLOSURE OF PROPOSED TERMS FOR CONSTRUCTION

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, pursuant to Section 6(f)(1) of the Scheduling Order (dkt. # 34) and the Court's order granting extension of time for the parties for exchange of proposed terms for construction (dkt. # 54), hereby provides its proposed terms for construction pursuant to Local Patent Rule 4-1(a) incorporated into the Scheduling Order.

**4-1. Exchange of Proposed Terms for Construction.**

**Disclosure 4-1(a).**   Not later than 14 days after service of the "Invalidity Contentions" pursuant to Patent L.R. 3-3, not later than 42 days after service upon it of the "Disclosure of Asserted Claims and Infringement Contentions" in those actions where validity is not at issue (and Patent L.R. 3-3 does not apply), or, in all cases in which a party files a complaint or other pleading seeking a declaratory judgment not based on validity, not later than 14 days after the defendant serves an answer that does not assert a claim for patent infringement (and Patent L.R. 3-1 does not apply), each party shall serve on each other party a list of claim terms which that party contends should be construed by the Court, and identify any claim term which that party contends should be governed by 35 U.S.C. § 112(6).

**EXHIBIT F**

Response:   MDx's Patent Rule 4-1(a) proposed terms for construction are identified below.

MDx believes that certain claim terms may not require construction, and should be given their ordinary meaning, but Plaintiff's infringement contention positions appear to distort their plain and ordinary meaning. Terms are expressly identified below only to ensure that the parties discuss them in advance of submitting the Joint Claim Construction and Prehearing Statement, and to preserve MDx's right to address them in claim construction proceedings. MDx does not agree with many portions of Plaintiff's infringement contention positions, and MDx's disagreement applies equally to claim language listed below and to other claim language not listed below.

| TERMS, PHRASES, OR CLAUSES | Appearing in asserted claims: |
|---|---|
| "first healthcare provider" | Claims 1, 7, 8, 14, 15 |
| "healthcare provider-verified information" | Claims 1, 15 |
| "received from the first healthcare provider" | Claims 1, 15 |
| "compiling" | Claim 1 |
| "compiling . . . patient-provided information regarding the first healthcare provider" | Claim 1 |
| "compiling information regarding the first healthcare provider" | Claim 1 |
| "compile" | Claim 15 |
| "compile patient-provided information regarding the first healthcare provider" | Claim 15 |
| "compile healthcare provider information regarding the first healthcare provider" | Claim 15 |

| TERMS, PHRASES, OR CLAUSES | Appearing in asserted claims: |
|---|---|
| "verified by an independent third-party source" | Claims 1, 15 |
| "using the healthcare provider-verified information, the patent-provided information, and the information verified by an independent third-party source" | Claims 1, 15 |
| "report on the first healthcare provider" | Claims 1, 15 |
| "report on the first healthcare provider includes comparison ratings of healthcare providers" | Claims 1, 15 |
| "hyperlink to an affiliate hospital, medical center, or other type of treatment center" | Claim 4 |
| "the results list further includes an advertisement" | Claim 8 |
| "member of the company managing the Web site" | Claim 9 |
| "member healthcare provider" | Claim 9 |

Dated:  September 13, 2011           Respectfully submitted,


                                     *s:/Scott D. Stimpson*
                                     Scott D. Stimpson
                                     Mark J. Rosenberg
                                     David C. Lee
                                     Sills Cummis & Gross P.C.
                                     30 Rockefeller Plaza
                                     New York, New York 10112
                                     Tel: (212) 643-7000
                                     Fax: (212) 643-6500
                                     E-mail: sstimpson@sillscummis.com
                                     E-mail: mrosenberg@sillscummis.com
                                     E-mail: dlee@sillscummis.com

                                     and

Terence Ridley, Atty. No. 15212
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>September 13, 2011</u>, I have caused a true and correct copy of the foregoing DEFENDANT MDX MEDICAL, INC.'S DISCLOSURE OF PROPOSED TERMS FOR CONSTRUCTION to be served upon Health Grades, Inc. by electronic mail transmission to the following individuals:

> Jesus Manuel Vazquez , Jr.
> Kris John Kostolansky
> Jeffrey David Phipps
> ROTHGERBER JOHNSON & LYONS LLP
> One Tabor Center, Suite 3000
> 1200 Seventeenth Street
> Denver, CO 80202
> Tel: (303) 623-9000
> Fax: (303) 623-9222
> jvazquez@rothgerber.com
> kkosto@rothgerber.com
> jphipps@rothgerber.com
>
> *Attorneys for Plaintiff Health Grades, Inc.*

                                                           <u>s:/ David C. Lee</u>_____