IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**DEFENDANT MDX MEDICAL, INC.'S DISCLOSURE OF
PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, pursuant to Section 6(f)(1) of the Scheduling Order (dkt. # 34) and the Court's order granting extension of time for the parties to exchange preliminary claim constructions and extrinsic evidence (dkt. # 54), hereby provides its preliminary claim constructions and extrinsic evidence pursuant to Local Patent Rule 4-2 incorporated into the Scheduling Order.

**4-2. Exchange of Preliminary Claim Constructions and Extrinsic Evidence.**

**Disclosure 4-2(a).**    Not later than 21 days after the exchange of the lists pursuant to Patent L.R. 4-1, the parties shall simultaneously exchange proposed constructions of each term identified by either party for claim construction. Each such "Preliminary Claim Construction" shall also, for each term which any party contends is governed by 35 U.S.C. § 112(6), identify the structure(s), act(s), or material(s) corresponding to that term's function.

<u>Response:</u>    MDx's Patent Rule 4-2(a) preliminary claim construction of each claim term, phrase, or clause which the parties collectively have identified for claim construction

**EXHIBIT G**

purposes are identified in Exhibit A.  MDx reserves the right to modify its proposed claim construction in response to Health Grades' claim construction positions and/or upon receipt of further discovery.

**Disclosure 4-2(b).**   At the same time the parties exchange their respective "Preliminary Claim Constructions," each party shall also identify all references from the specification or prosecution history that support its proposed construction and designate any supporting extrinsic evidence including, without limitation, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses.  Extrinsic evidence shall be identified by production number or by producing a copy if not previously produced.  With respect to any supporting witness, percipient or expert, the identifying party shall also provide a description of the substance of that witness' proposed testimony that includes a listing of any opinions to be rendered in connection with claim construction.

<u>Response:</u>   Preliminary identification of references from the specification or prosecution history and of extrinsic evidence that support MDx's preliminary claim constructions are referenced in Exhibit A where shown.  A copy of extrinsic evidence has been produced herewith.  MDx reserves the right to supplement its extrinsic evidence in response to Health Grades' claim construction positions and/or upon receipt of further discovery.

Dated:  September 30, 2011                           Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Mark J. Rosenberg
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000

2

Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: mrosenberg@sillscummis.com
E-mail: dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>September 30, 2011</u>, I have caused a true and correct copy of the foregoing DEFENDANT MDX MEDICAL, INC.'S DISCLOSURE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE to be served upon Health Grades, Inc. by electronic mail transmission to the following individuals:

>Jesus Manuel Vazquez , Jr.
>Kris John Kostolansky
>Jeffrey David Phipps
>ROTHGERBER JOHNSON & LYONS LLP
>One Tabor Center, Suite 3000
>1200 Seventeenth Street
>Denver, CO 80202
>Tel: (303) 623-9000
>Fax: (303) 623-9222
>jvazquez@rothgerber.com
>kkosto@rothgerber.com
>jphipps@rothgerber.com
>
>*Attorneys for Plaintiff Health Grades, Inc.*

_s:/ David C. Lee_____

## Exhibit A – Preliminary Claim Constructions for U.S. Patent No. 7,752,060

### Terms Health Grades Proposes for Construction

|   | Claims | Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|---|---|
| 1. | 1, 4, 5, 15, 16 | "healthcare provider report" | | MDx incorporates its proposed construction of this term in a more inclusive context below (term no. 10), and objects to construing the term out of context. <br><br> If the Court construes "healthcare provider report" alone, the construction should be: report directed specifically to the first healthcare provider. (FIG. 3A, 3B; col. 2:21-40; 7:52 - 8:67; FIG. 9 and accompanying text in specification; FIG. 16 and accompanying text in specification). (11/13/09 Office Action; 2/16/10 Amendment & Response; 4/26/10 Supplemental Amendment). |
| 2. | 1, 15 | "comparison ratings" | | MDx incorporates its proposed construction of this term in a more inclusive context below (term no. 11), and objects to construing the term out of context. <br><br> If the Court construes "comparison ratings" alone, the construction should be: ratings of multiple providers other than the first |

1

|   | Claims | Terms, Phrases or Clauses | Plaintiff's Definition | Defendant's Definition |
|---|---|---|---|---|
|   |   |   |   | healthcare provider. (Abstract; col. 1:43-45; 7:11-14; 9:15-25; 13:37-43; FIG. 16 and accompanying text in specification) (11/13/09 Office Action; 2/16/10 Amendment & Response; 4/26/10 Supplemental Amendment). (Henley prior art, ¶¶ 30, 37, 107, 114, 128, 137). (MDx's summary judgment and motion to strike briefing (dkt. # 9, 30, 38, 48) are hereby incorporated by reference herein in their entirety.) |
| 3. | 9 | "member" |   | MDx incorporates its proposed construction of this term in a more inclusive context below (term no. 14), and objects to construing the term out of context. <br><br> If the Court construes "member" alone, the term has a plain and ordinary meaning and does not require construction. (11/13/09 Office Action). |

2

**Terms MDx Proposes for Construction**

|   | Claims | Terms, Phrases or Clauses | Plaintiff's Definition | Defendants' Definition |
|---|---|---|---|---|
| 4. | 1, 7, 8, 14, 15 | "first healthcare provider" | | A specific healthcare provider on which a request for information is received, healthcare provider-verified information is accessed, patient-provided information is compiled, and information verified by an independent third-party source is compiled. (FIG. 1; col. 2:21-40; FIG. 9 and accompanying text in specification; FIG. 16 and accompanying text in specification; 20:23-57; 22:17-47). (4/26/10 Supplemental Amendment). |
| 5. | 1, 15 | "healthcare provider-verified information" | | Information proved to be true directly and personally by the healthcare provider. (col. 1:24-43; 2:55; 7:56 – 8:2; 10:60-61; 17:1-22; FIG. 16 and accompanying text in specification). (11/13/09 Office Action; 2/16/10 Amendment & Response; 4/26/10 Supplemental Amendment). (definition of "verify" in, *e.g.*, The American Heritage College Dictionary (3rd Ed. 1993)). |
| 6. | 1, 15 | "received from the first healthcare provider" | | Information provided personally from the first healthcare provider. (col. 17:1-22; FIG. 16 and accompanying text in specification). |

3

| | Claims | Terms, Phrases or Clauses | Plaintiff's Definition | Defendants' Definition |
|---|---|---|---|---|
| | | | | (4/26/10 Supplemental Amendment). |
| 7. | 1, 15 | "compiling" / "compile" | | Gathering and putting together. (col. 8:20-35; FIG. 5C; col. 9:44-46; 10:27-32; FIG. 16 and accompanying text in specification; col. 16:64 – 18:42). (11/13/09 Office Action; 2/16/10 Amendment & Response; 4/26/10 Supplemental Amendment). (definition of "compile" in, *e.g.*, The American Heritage College Dictionary (3rd Ed. 1993)). |
| 8. | 1, 15 | "verified by an independent third-party source" | | Proved to be true by an independent third-party source. (col. 1:24-43; 7:56 – 8:19; 10:60-61; 17:1 – 18:23; FIG. 16 and accompanying text in specification). (11/13/09 Office Action; 2/16/10 Amendment & Response; 4/26/10 Supplemental Amendment). (definition of "verify" in, *e.g.*, The American Heritage College Dictionary (3rd Ed. 1993)). |
| 9. | 1, 15 | "using the healthcare provider-verified information, the patient-provided information, and the information verified by an independent third-party source" | | Using all of the accessed healthcare provider-information, all of the compiled patient-provided information, and all of the compiled information verified by an independent third-party source. (col. 1:23-27; FIG. 3A, 3B; col. 7:52 - 8:67; 18:24-42; FIG. 16 and |

4

|  | Claims | Terms, Phrases or Clauses | Plaintiff's Definition | Defendants' Definition |
|---|---|---|---|---|
|  |  |  |  | accompanying text in specification; 20: 29-57; 22:19-47). (11/13/09 Office Action; 2/16/10 Amendment & Response; 4/26/10 Supplemental Amendment). |
| 10. | 1, 15 | "healthcare provider report on the first healthcare provider" |  | Report directed specifically to the first healthcare provider. (FIG. 3A, 3B; col. 2:21-40; 7:52 - 8:67; FIG. 9 and accompanying text in specification; FIG. 16 and accompanying text in specification). (11/13/09 Office Action; 2/16/10 Amendment & Response; 4/26/10 Supplemental Amendment). |
| 11. | 1, 15 | "report on the first healthcare provider includes comparison ratings of healthcare providers" |  | Report directed specifically to the first healthcare provider that includes ratings of multiple providers other than the first healthcare provider. (Abstract; col. 1:43-45; 7:11-14; 9:15-25; 13:37-43; FIG. 16 and accompanying text in specification) (amendment and response filed 2/16/2010) (Henley prior art, ¶¶ 30, 37, 107, 114, 128, 137).  (MDx's summary judgment and motion to strike briefing (dkt. # 9, 30, 38, 48) are hereby incorporated by reference herein in their entirety.) (11/13/09 Office Action; 2/16/10 Amendment & Response; 4/26/10 Supplemental |

5

|     | Claims | Terms, Phrases or Clauses | Plaintiff's Definition | Defendants' Definition |
| --- | --- | --- | --- | --- |
|     |        |                           |                        | Amendment). |
| 12. | 4 | "hyperlink to an affiliated hospital, medical center, or other type of treatment center" | | Hyperlink to a website of the affiliated hospital, medical center, or other type of treatment center. (col. 7:18-23; 15:3-25; FIG. 16 and accompanying text in specification; col. 21:45-47). (11/13/09 Office Action). |
| 13. | 8 | "the results list further includes an advertisement" | | The results list contains an advertisement as a part of the results list. (col. 6:18-44; 7:31-51; FIG. 16 and accompanying text in specification). (11/13/09 Office Action). (definition of "include" in, *e.g.*, The American Heritage College Dictionary (3rd Ed. 1993)). |
| 14. | 9 | "member of the company managing the Web site" / "member healthcare provider" | | This term has a plain and ordinary meaning, but if a construction is required, the construction should be: member of the company entity that is managing the Web site. (col. 6:45 – 7:14; 15:26-27; FIG. 16 and accompanying text in specification); (11/13/09 Office Action). |

6