IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

 Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

 Defendant.

## HEALTH GRADES, INC.'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

 Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Unopposed Motion to Exceed Page Limitations, and states in support:

 1. Concurrently filed herewith is Health Grades, Inc.'s Claim Construction Reply and Evidence ("Reply").

 2. The total number of pages contained within the Reply is 12 pages. Good cause exists for allowing the Reply to exceed the page limitations set forth in the Court's Practice Standards.

 3. The Reply requires additional pages in order to adequately address and reply to the arguments contained within MDx's Claim Construction Response and Evidence. Patent cases are by their nature complex and require extensive citing to relevant sources of information in support of papers filed with the courts. Such is the case here. The additional pages are necessary to adequately address the issues raised in MDx's Response.

{2003498912 / 1}

WHEREFORE, Health Grades respectfully requests that the Court grant its Unopposed Motion to Exceed Page Limitations, and accept Health Grades' Reply filed concurrently herewith.

Respectfully submitted this 28th day of December, 2011.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
Email: kkosto@rothgerber.com
        jvazquez@rothgerber.com
        jphipps@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2011, I electronically filed the foregoing HEALTH GRADES, INC.'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Mark Jon Rosenberg
David Chunyi Lee
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: lampley@wtotrial.com

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email:  kkostolansky@rothgerber.com
            jvazquez@rothgerber.com
            jphipps@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*

- 3 -

{2003498912 / 1}