You are here: Home > Consumer > Physicians

View Cart  Customer Support



**Physicians** Hospitals | Nursing Homes

## Your Search Results

🛒 **My Cart**
No items in your cart
Get previous order

This report will contain up to 20 physicians that meet your needs and preferences. Additionally, the report will provide detailed comparison information on each doctor that matched your search criteria.

**Product Information**
Sample Report
FAQ
Glossary

### Purchase this first report on 20 physicians for only $9.95

**General Information**
About HealthGrades
Contact Us
Privacy Policy
Affiliate Program
Site Map

**Your Physician Comparison Report**

This custom report contains information on **20 physicians** and was filtered with your following search criteria:
- Orthopedic Surgery physicians.
- Located in Boston, Massachusetts within approximately 5 miles.
- Physicians FREE from professional misconduct.
- Physicians that are board certified.
- Does not matter what gender the physicians are.
- Does not matter how many years the physicians have been out of medical school.

<< change criteria

[ Get Report ]

**Report Pricing***

**Purchase first report for only $9.95**
$3.95 for each additional report.

 **View a Sample Report**

Each report offers an opportunity to complete a review of your doctor.

 **More Information**


Yes, I am a physician

\* Specific report pricing only applies to Physician Comparison Reports




**HACKER SAFE**
TESTED DAILY 19-OCT

© Copyright 1999-2004 Health Grades, Inc. All rights reserved. Use of this website and any information contained therein is governed by the HealthGrades User Agreement.
[User Agreement] [Legal Disclaimer]



http://www.healthgrades.com/consumer/index.cfm?fuseaction=mod&modtype=PRC&modact=results     10/19/2004

UCHC 0000080

**EXHIBIT 2**