Case No. 1:11-cv-00520-RM-NYW   Document 111-3   filed 01/11/12   USDC Colorado   pg 1 of 10





Physicians | Hospitals | Nursing Homes

Your Selections = State, City

**My Cart**

No items in your cart

Get previous order

| Current Ratings | Previous Ratings | Clinical Excellence-DHA | Patient Safety-DHA | |
|---|---|---|---|---|

**Product Information**

Sample Report
FAQ
Glossary
Methodologies

**General Information**

About HealthGrades
Contact Us
Privacy Policy
Affiliate Program
Site Map





TESTED DAILY  19-OCT

### Comprehensive Hospital Reports

Get access to...
✓ Ratings on 28 medical conditions
✓ Procedure Costs
✓ Length of Stay
✓ Patient Safety
  and more.

**View Sample Report**    Only $9.95
$2.95 for each additional report.

#### Boston, Massachusetts

| Hospital Name | Click to Order |
|---|---|
| Beth Israel Deaconess Medical Center | Get Report |
| **Boston Medical Center** | Get Report |
| **Boston Medical Center Corporation Boston City Campus** | Not Available |
| **Brigham And Womens Hospital** | Get Report |
| **Caritas Carney Hospital** | Get Report |
| **Dana Farber Cancer Institute** | Not Available |
| **Faulkner Hospital** | Get Report |
| **Massachusetts Eye And Ear Infirmary** | Not Available |
| **Massachusetts General Hospital** | Get Report |
| **New England Baptist Hospital** | Get Report |
| **Tufts New England Medical Center** | Get Report |



© Copyright 1999-2004 Health Grades, Inc. All rights reserved. Use of this website and any information contained therein is governed by the HealthGrades User Agreement.

HGHC 0000081

http://www.healthgrades.com/consumer/index.cfm?fuseaction=mod&modtype=hospitals&modact=hospi...   10/19/2004

**EXHIBIT 3**



# Hospital Quality Report
Report Created 10/19/2004

**Sample Hospital**
555 Bevy Boulevard
Any Town, USA
(555) 555-1234



To assist you in making the best choice possible, HealthGrades has compiled the information on this hospital into several sections. The sections are:

- Patient Safety Ratings
- Safe Practices by the Leapfrog Group
- Information About the Hospital
- Cardiac Ratings
- Orthopedics Ratings
- Stroke Care Ratings
- Pulmonary Ratings
- Vascular Surgery Ratings
- Women's Health Ratings
- Other Ratings
- Checklist for Choosing a Hospital

©2004 Health Grades, Inc. All rights reserved. May not be reprinted or reproduced without permission.

All data is from 2000 to 2002 unless where shown that there is an exception.



This hospital has been recognized by HealthGrades in 2003 and 2004 for its clinical excellence. Winners of the Distinguished Hospital Award for Clinical Excellence™ represent the highest scoring of the nation's full-service hospitals.

## Patient Safety Ratings



This Teaching hospital has been recognized by HealthGrades for its patient safety.



| Patient Safety Indicator | Better Than Average | Average | Worse Than Average | Number of Patients Affected |
|---|---|---|---|---|

UCHC 000082

HealthGrades, Inc. - The Healthcare Quality Experts ®                                                 Page 2 of 9



| Indicator | Col 1 | Col 2 | Col 3 | Rate |
|---|---|---|---|---|
| Death in procedures where mortality is usually very low | ✓ | | | None |
| Pressure sores or bed sores acquired in the hospital | | ✓ | | 21 per 1,000 |
| Failure to diagnose and treat in time | | ✓ | | 3 per 1,000 |
| Foreign body left in during procedure | | | ✓ | 1 per 1,000 |
| Collapsed lung due to a procedure or surgery in or around the chest | | ✓ | | <1 per 1,000 |
| Infections acquired at hospital | | ✓ | | 2 per 1,000 |
| Fracture of hip after surgery | | | | |
| Excessive bruising or bleeding as a consequence of a procedure or surgery | ✓ | | | 4 per 1,000 |
| Inadequate organ function and electrolyte and fluid imbalance after surgery | ✓ | | | 2 per 1,000 |
| Respiratory failure following surgery | ✓ | | | None |
| Deep blood clots in the lungs or legs after surgery | ✓ | | | 14 per 1,000 |
| Severe infection following surgery | | | ✓ | 1 per 1,000 |
| Surgical wound site breakdown | | | ✓ | 1 per 1,000 |



These results were determined using the Agency for Healthcare Research and Quality's Patient Safety Indicators. Data is for years 2000 through 2002 and is based upon Medicare patients (MedPAR file from the Centers for Medicare and Medicaid).

**Better Than Average** means that fewer patients were affected in that hospital than the national average, while **Worse Than Average** means that more were affected. Shaded areas indicate that the hospital did not meet the volume requirements for analyzing the indicator.



( Safe Practices by the Leapfrog Group )

**Avoiding Drug Errors:**
**ICU Specialist Staffing:**

High Risk Treatment Volume:

| Treatment | Volume<br>Center for Medical Care<br>Leapfrog Standards | Overall Score |
|---|---|---|
| Coronary Bypass | 423 | UCHC 0000083 |



| Surgery | 450 | |
| --- | --- | --- |
| Interventional Procedures | 995 / 400 | |
| Abdominal Aortic Aneurysm Repair | 71 / 50 | |
| Esophagectomy | 9 / 13 | |
| Pancreatic Resection | 7 / 11 | |
| High Risk Deliveries & Neonatal ICUs | 37 / 15 | |

- ● : Fully implemented Leapfrog's recommended safety practice
- ◕ : Good progress in implementing Leapfrog's recommended safety practice
- ◑ : Good early stage effort in implementing Leapfrog's recommended safety practice
- ◔ : Willing to report publicly; did not yet meet Leapfrog's criteria for a good early stage effort
- ○ : Did not disclose this information
- N/A : Not Applicable (e.g. Pancreatic resection does not apply because hospital does not perform pancreatic resections.)



Data provided by The Leapfrog Group. Each hospital voluntarily completes a survey to The Leapfrog Group.

## Information About the Hospital

**Number of beds:** 877
**Accreditation:** Joint Commission on Accreditation of Healthcare Organizations
**Type of hospital:** Short - Term
**Ownership status:** Not available

## Cardiac Ratings

**Quality Legend**
★★★★★ Best
★★★ As Expected
★ Poor
● Low Volume



Cardiac Overall
**Inhospital Mortality (Survival):** ★★★

UCHC 0000084

**Inhospital + 6 Months Mortality (Recovery):** ★★★

### Interventional Cardiology Overall
**Inhospital Mortality (Survival):** ★★★
**Inhospital + 6 Months Mortality (Recovery):** ★★★

### Medical Cardiology Overall
**Inhospital Mortality (Survival):** ★★★★★
**Inhospital + 6 Months Mortality (Recovery):** ★★★★★

### Cardiac Detail

| Procedure/Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Atrial Fibrillation | 685 | ★★★ | ★★★★★ | ★★★★★ | 5.0 Days | $37,125 |
| Heart Attack | 959 | ★★★ | ★★★★★ | ★★★★★ | 10.6 Days | $114,104 |
| Coronary Bypass Surgery | 481 | ★★★ | ★★★ | ★★★ | 10.8 Days | $165,139 |
| Heart Failure | 2308 | ★★★★★ | NA | ★★★★★ | 8.7 Days | $62,093 |
| Interventional Procedures (PTCA / Angioplasty, Stent, Atherectomy) | 1292 | ★★★ | ★★★ | ★★★ | 5.9 Days | $71,781 |
| Valve Replacement Surgery | 320 | ★★★★★ | ★★★★★ | ★★★ | 15.3 Days | $242,965 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

### Orthopedics Ratings

### Orthopedics Overall
**Avoiding Complications:** ★

### Orthopedics Detail

| Procedure/Diagnosis | # of Patients | Avoiding Complications | Average Length of Stay | Average Cost |
|---|---|---|---|---|
| Back and Neck Surgery (except Spinal Fusion) | 508 | ★★★ | 4.6 Days | $42,732 |
| Back and Neck Surgery (Spinal Fusion) | 224 | ★★★ | 7.0 Days | $82,633 |


UCHC 0000085



| | # | | Average Length | Cost |
|---|---|---|---|---|
| Partial Hip Replacement | 208 | ★ | 10.0 Days | $81,778 |
| Total Hip Replacement | 315 | ★★★ | 6.5 Days | $64,147 |
| Total Knee Replacement | 382 | ★ | 6.1 Days | $61,909 |
| Hip Fracture Repair (ORIF) | 362 | ★ | 10.0 Days | $69,934 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

### Stroke Care Ratings

**Stroke Care Overall**
**Inhospital Mortality (Survival):** ★★★
**Inhospital + 6 Months Mortality (Recovery):** ★★★★★

#### Stroke Care Detail

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Stroke | 977 | ★★★ | ★★★★★ | ★★★★★ | 8.8 Days | $59,660 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

### Pulmonary Ratings

**Pulmonary Overall**
**Inhospital Mortality (Survival):** ★★★★★
**Inhospital + 6 Months Mortality (Recovery):** ★★★★★

#### Pulmonary Detail

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Aspiration Pneumonia | 832 | ★★★★★ | ★★★★★ | ★★★★★ | 15.0 Days | $106,529 |
| Respiratory Infection except Aspiration Pneumonia and | 272 | ★★★ | ★★★★★ | ★★★★★ | 17.6 Days | $141,489 |



UCHC 0000086



| | | | | | | |
|---|---|---|---|---|---|---|
| Tuberculosis | | | | | | |
| Chronic Obstructive Pulmonary Disease | 668 | ★★★ | ★★★★★ | ★★★★★ | 8.0 Days | $46,700 |
| Community Acquired Pneumonia | 1470 | ★★★★★ | ★★★★★ | ★★★★★ | 9.3 Days | $60,137 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Vascular Surgery Ratings

### Vascular Surgery Overall
**Inhospital Mortality (Survival):** ★★★
**Avoiding Complications:** ★★★
**Inhospital + 6 Months Mortality (Recovery):** ★★★

### Vascular Surgery Detail

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Resection / Replacement of Abdominal Aorta | 57 | ★★★ | ★★★ | ★★★ | 10.5 Days | $141,448 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

| Procedure/Diagnosis | # of Patients | Avoiding Complications | Average Length of Stay | Average Cost |
|---|---|---|---|---|
| Carotid Endarterectomy | 346 | ★★★ | 3.4 Days | $37,640 |
| Peripheral Vascular Bypass | 334 | ★★★ | 12.8 Days | $102,394 |
| Peripheral Vascular Interventional Procedures (Angioplasty and/or Stent) | 132 | ★★★ | 8.2 Days | $80,145 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*



UCHC 0000087

## Women's Health Ratings



Data for Women's Health and Obstetrics are for years 2000 through 2002. Data is only available for: CA, FL, IA, ME, MD, MA, NV, NJ, NY, NC, PA, TX, UT, VA, WA, WI.

### Women's Health Overall
Rating: ★★★★★

### Women's Health Detail
**Obstetric Services Rating:** ★★★★★
Female Cardiac & Stroke Rating: ★★★★★

### Obstetrics Services Rating Detail

| | |
|---|---|
| Number of cases | 18802 |
| Complication rate (vaginal birth & c-sections) | 9.8% |
| Newborn intensive care unit(ICU) | Yes |
| "Patients Choice" C-Section Complication Rate | 4.1% |
| Total Newborns (2500 grams or less) | 19479 |
| Newborn mortality - 150 to 499 grams | Better Than Expected |
| Newborn mortality - 500 to 999 grams | As Expected |
| Newborn mortality - 1000 to 1499 grams | As Expected |
| Newborn mortality - 1500 to 1999 grams | As Expected |
| Newborn mortality - 2000 to 2499 grams | Better Than Expected |
| Newborn mortality - 2500 plus grams | Worse Than Expected |

## Other Ratings

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Bowel Obstruction | 637 | ★★★ | ★★★★★ | ★★★★★ | 9.4 Days | $71,728 |
| Gastrointestinal Bleed | 812 | ★★★★★ | ★★★★★ | ★★★★★ | 7.2 Days | $53,413 |
| Sepsis | 758 | ★★★ | ★★★★★ | ★★★★★ | 13.2 Days | $96,738 |



HG000088

HealthGrades, Inc. - The Healthcare Quality Experts ®                                              Page 8 of 9

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*



| Procedure/Diagnosis | # of Patients | Avoiding Complications | Average Length of Stay | Average Cost |
|---|---|---|---|---|
| Cholecystectomy | 393 | ★★★ | 6.3 Days | $58,943 |
| Prostatectomy | 654 | ★★★ | 4.0 Days | $32,419 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

### Checklist for Choosing Hospital

- [ ] Check the hospital ratings by HealthGrades for the procedure you may need, or for any related procedure or diagnoses.
- [ ] What is the hospital's JCAHO accreditation status?
- [ ] Is your physician affiliated with the hospital?
- [ ] Does the hospital accept your insurance?
- [ ] Find out how often the procedure you may need has been performed at the hospital.
- [ ] Get any outcome measurements (Mortality rates, complication rates, 5-year mortality rates, quality of life measurements, etc.) related to the procedure you may need from the hospital.
- [ ] How many nurses are on staff at the hospital?
- [ ] What is the R.N.-to-patient ratio at the hospital?
- [ ] Is there an infection control practitioner on staff at the hospital?
- [ ] Does the hospital use patient surveys? Can you see the results?
- [ ] Call and visit the hospital. Is the staff courteous and helpful?
- [ ] Is the hospital clean? Do waiting rooms and patient rooms look comfortable?
- [ ] How are patient complaints handled by the hospital?
- [ ] Ask your physician and other healthcare professionals which hospital they would choose and why?
- [ ] Ask friends and colleagues what hospital they would recommend and why?
- [ ] Is the hospital conveniently located?
- [ ] Find out the full range of specialty department backup available in the hospital if complications were to occur related to the surgery or treatment you may need (for example, neonatal intensive care unit, trauma center, etc.).
- [ ] Ask your physician to list the full range of options for diagnosing and treating your condition and compare this with other facilities.

UCHC 0000089

HealthGrades, Inc. - The Healthcare Quality Experts ®    Page 9 of 9

- ☐ Does the hospital have an extensive referral network? Find out what arrangements the hospital has with other facilities.



- ☐ Carefully evaluate all financial charges between hospitals. Talk carefully with your benefits manager, review your policy, and speak with someone in the hospital benefits office to make sure you have all financial facts straight.

© Copyright 1999-2004 Health Grades, Inc. All rights reserved. The information in this report is the property of Health Grades, Inc. and may not be reproduced in any manner without the express written permission of Health Grades, Inc. HealthGrades®, the CHECKMARK DESIGN, the FIVE STAR RATING LOGO, THE HEALTHCARE RATINGS EXPERTS®, THE HEALTHCARE QUALITY EXPERTS®, DISTINGUISHED HOSPITAL AWARD™, DISTINGUISHED HOSPITAL AWARD FOR CLINICAL EXCELLENCE™, HOSPITAL REPORT CARDS™, PHYSICIAN REPORT CARDS™, NURSING HOME REPORT CARDS™, HOME HEALTH REPORT CARDS™, HOME HEALTH QUALITY GUIDE™, HOSPITAL QUALITY GUIDE™, PHYSICIAN QUALITY GUIDE™, NURSING HOME QUALITY GUIDE™, and QUALITY RATINGS SUITE™ are service marks and trademarks of Health Grades, Inc. and may not be used without the express written permission of Health Grades, Inc. HealthGrades obtains its information from sources it believes to be reliable. However, because of the possibility of human and mechanical error as well as other factors, HealthGrades makes no representations or warranties, express or implied, as to the accuracy or timeliness of its information, and cannot be responsible or liable for any errors or omissions in its information or the results obtained from the use of such information. The healthcare provider ratings are statements of opinion and not statements of fact or recommendations to utilize any healthcare provider services and do not constitute medical advice. Users are solely responsible for determining whether the information provided is suitable for their purposes, and reliance on the information is at the users' sole risk. Users should obtain any additional information necessary to make an informed decision. Health Grades, Inc. assumes no responsibility or liability for any advice, treatment, or services rendered by any hospital, physician, or other health care provider, health care facility or health plan featured on the www.healthgrades.com site. More information can be found in HealthGrades' User Agreement.



UCHC 0000090