

**ROTHGERBER**
**JOHNSON &**
**LYONS LLP**

**Jesús M. Vázquez, Jr.**
Attorney at Law
303.628.9517
jvazquez@rothgerber.com

One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Telephone: 303.623.9000
Fax: 303.623.9222
www.rothgerber.com

Denver • Colorado Springs • Casper

December 30, 2011

**VIA FEDERAL EXPRESS**

Scott Stimpson, Esq.
David C. Lee, Esq.
Sills Cummis & Gross
One Rockefeller Plaza
New York, NY 10020

    Re:    **Health Grades, Inc. v. MDx Medical, Inc. d/b/a Vitals.com**
            **Civil Action No. 2011-cv-00520-LTB**

Dear Counsel:

    Enclosed herewith please find a DVD containing additional documents bates numbered HG0143432 through HG0209647.

    We have taken steps to remove any privileged documents from these materials. To the extent a privileged document is included within these materials, such inclusion is inadvertent and does not constitute a waiver of the privilege. If you find a document that is or appears to be privileged, we ask that you notify us of the same immediately and that you destroy all electronic and paper copies of the document.

    Please contact me if you have any questions regarding this letter or the materials we are producing herewith.

                  Very truly yours,

                  ROTHGERBER JOHNSON & LYONS LLP

                  Jesús M. Vázquez, Jr.

JMV/pjh
Enclosures

{2003501417 / 1}

**EXHIBIT 4**