

## Physician Quality Comparison Report
Report Created 12/28/2004

Based on your criteria, Lexington, KY with 10 miles willing to travel, we have located 20 physicians that will be reviewed in this report as follows:

| | | |
|---|---|---|
| Javali Aroon, MD | John Ashford Jr, MD | Allen Brenzel, MD |
| William Chapman, MD | Mary Cowles, MD | Andre Fernandez, MD |
| James Fetter III, MD | Patricia Harralson, MD | Janet Jones, MD |
| Debra Katz, MD | Vu Nguyen, MD | Teresa Oropilla-Kiefer, MD |
| William Platz, MD | Michael Rieser, MD | Douglas Ruth, MD |
| Nat Sandler, MD | Neil Scheurich, MD | Charles Shelton, DO |
| William Weitzel, MD | Mark Wright, MD | |

**This report was generated based on your preferences as follows:**

- Psychiatry located in Lexington, Kentucky within approximately 10 miles.
- Physicians FREE from disciplinary actions.
  Note: HealthGrades reports state and federal disciplinary actions (if any) from the **previous five years**. HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.
- Physicians that are board certified.
- Does not matter what gender the physicians are.
- Does not matter how many years since the physicians have been out of medical school.

This report provides a written guide for physician comparison and selection and arms you with information on each physician. At the end of the report, HealthGrades provides a checklist of important questions to ask when choosing a physician. The information is arranged in eight (8) sections. The sections are:

1. About This Specialty
2. Education and Training
3. HealthGrades' Quality Measures
4. Physician Characteristics
5. Physician Access
6. Comparison Summary
7. Interview Tips
8. Physician Directory

Definitions, explanations and tips on how to apply the information are included with each section.

Data marked with a double asterisk (**) is from Elsevier, Inc. and the American Board of Medical

**EXHIBIT 7**

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                      **HG0032062**

Specialties (ABMS).

© Copyright 2004 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission.

## 1 About this Specialty

A psychiatrist specializes in the prevention, diagnosis, and treatment of mental, addictive, and emotional disorders disorders such as schizophrenia and other psychotic disorders, mood disorders, anxiety disorders, substance-related disorders, sexual and gender identity disorders, and adjustment disorders. The psychiatrist is able to understand the biologic, psychologic, and social components of illness, and therefore is uniquely prepared to treat the whole person. A psychiatrist is qualified to order diagnostic laboratory tests and to prescribe medications, evaluate and treat psychologic and interpersonal problems, and to intervene with families who are coping with stress, crises, and other problems in living.

*Excerpt from "Which Medical Specialist for You?" by The American Board of Medical Specialties.*

## 2 Education and Training

Physician education and training is demanding and extensive, beginning in college and medical school and continuing throughout a physician's career.

# Medical School

Students enter medical school after completing standard four-year undergraduate programs in accredited colleges or universities. In medical school (four years), study focuses on the basic sciences (anatomy, biochemistry, physiology, pharmacology, etc.) as well as behavioral sciences. Students participate in clinical rotations in hospitals and clinics working with experienced physicians and exploring a wide variety of medical specialities (e.g., family practice, obstetrics, pediatrics, surgery, etc.). Completion of medical school earns students a doctor of medicine degree (M.D.).

Some physicians in the U.S. choose to become doctors of osteopathy (D.O.). Similar to M.D. degrees, students receive osteopathic degrees after four years of study at osteopathic colleges. Osteopathic training emphasizes traditional diagnostic and therapeutic procedures, as well as the relationship of body systems and holistic patient care.

**What medical school did these physicians attend?**

| Physician Name | Medical School | City/State |
|---|---|---|
| Javali Aroon, MD | BANGALORE MED COLLEGE** | N/A |
| John Ashford Jr, MD | UCLA** | Los Angeles, CA |
|  |  |  |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                          HG0032063

| Allen Brenzel, MD | UNIVERSITY LOUISVILLE** | Louisville, KY |
|---|---|---|
| Mary Cowles, MD | UNIVERSITY WISC MED SCHOOL** | Madison, WI |
| James Fetter III, MD | UNIVERSITY LOUISVILLE** | Louisville, KY |
| Patricia Harralson, MD | UNIVERSITY KY COLLEGE MED** | Lexington, KY |
| Janet Jones, MD | UNIVERSITY KY COLLEGE MED** | Lexington, KY |
| Debra Katz, MD | UNIVERSITY MIAMI SCHOOL MED** | Miami, FL |
| Vu Nguyen, MD | UNIVERSITY LOUISVILLE** | Louisville, KY |
| William Platz, MD | UNIVERSITY OF IOWA COLLEGE OF MEDICINE | Iowa City, IA |
| Michael Rieser, MD | UNIVERSITY LOUISVILLE** | Louisville, KY |
| Douglas Ruth, MD | UNIVERSITY KY COLLEGE MED** | Lexington, KY |
| Nat Sandler, MD | UNIVERSITY TENN CENTER HEALTH SCIS MEMPHIS** | Memphis, TN |
| Charles Shelton, DO | W VA SCHOOL OSTEO MED** | N/A |
| William Weitzel, MD | ST LOUIS UNIVERSITY** | St Louis, MO |
| Mark Wright, MD | JOAN C. EDWARDS SCHOOL OF MEDICINE AT MARSHALL UNIV. | Huntington, WV |

** Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

# Internship

The first year of residency is considered to be the internship. During this year, the graduate practices medicine under the supervision of licensed physicians.

**What internship programs did these physicians participate in?**

| Physician Name | Internship | City/State |
|---|---|---|
| Javali Aroon, MD | BANGALORE MED COLLEGE AFFIL HO** | N/A |
| John Ashford | UCLA NEUROPSYCH INSTITUTE** | Los Angeles, CA |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                              HG0032064

| Jr, MD | | |
|---|---|---|
| Mary Cowles, MD | SWEDISH HOSPITAL MED CENTER** | Seattle, WA |
| Patricia Harralson, MD | SO ILL UNIVERSITY SCHOOL MED** | Decatur, Decatur |
| Janet Jones, MD | KENTUCKY** | N/A |
| Debra Katz, MD | CHLDNS HOSPITAL** | Philadelphia, PA |
| Michael Rieser, MD | ST JOSEPHS** | Phoenix, AZ |
| Douglas Ruth, MD | UNIVERSITY KY COLLEGE MED** | Lexington, KY |
| Nat Sandler, MD | NORTON MEML INFIR** | Louisville, KY |
| Charles Shelton, DO | LOGAN GENL HOSPITAL** | Logan, WV |
| William Weitzel, MD | WM BEAUMONT GENL HOSPITAL** | El Paso, TX |

** Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

# Residency

After internship, physicians participate in up to seven years of medical education or residency training. The length of training varies depending on the specialty a physician pursues. Residency training focuses on a specific medical specialty and occurs in accredited hospitals or other health care facilities under experienced physician supervision. Pediatrics, allergy and immunology, and general surgery are examples of physician specialties. Following residency training, physicians are eligible for medical specialty board certification.

**What residency programs did these physicians participate in?**

| Physician Name | Residency | City/State |
|---|---|---|
| Javali Aroon, MD | FAIRFIELD HILLS HOSPITAL**<br>CONN VALLEY HOSPITAL**<br>ALL INDIA INSTITUTE MENTAL HEALTH** | Newtown, CT<br>Middletown, CT<br>N/A |
| John Ashford Jr, MD | UCLA NEUROPSYCH INSTITUTE** | Los Angeles, CA |
| Mary Cowles, MD | KY** | N/A |
| James Fetter III, MD | UNIVERSITY LOUISVILLE AFFIL HOSPS** | Louisville, KY |
| | | |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    **HG0032065**

| Patricia Harralson, MD | SO ILL UNIVERSITY SCHOOL MED** | Decatur, Decatur |
|---|---|---|
| Janet Jones, MD | KENTUCKY** | N/A |
| Debra Katz, MD | JACKSON MEML HOSPITAL UNIVERSITY MIAMI**<br>UNIVERSITY MIAMI/JACKSON MEML HOSPITAL**<br>CHLDNS HOSPITAL** | Miam, FL<br>Miami, FL<br>Philadelphia, PA |
| William Platz, MD | MAYO GRADUATE SCHOOL OF MEDICINE | Jacksonville, FL |
| Michael Rieser, MD | UC SAN DIEGO** | San Diego, CA |
| Douglas Ruth, MD | UNIVERSITY KY COLLEGE MED**<br>UNIVERSITY VA HOSPITAL** | Lexington, KY<br>Charlottesville, VA |
| Nat Sandler, MD | WAYNE CO GENL HOSPITAL** | Eloise, MI |
| Charles Shelton, DO | UNIVERSITY KY MED CENTER** | Lexington, KY |
| William Weitzel, MD | WALTER REED GENLHOSP** | Washington, DC |

** Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties.  All rights reserved.

**? What does this mean to you?**

Just like medical schools, hospitals have strengths in certain areas. Each specialty area, such as Emergency Medicine, have approved residency programs at a select number of hospitals. While these hospitals are approved and meet the criteria, some approved hospitals are viewed by medical students as being the best of the best for a particular specialty focus.


# Fellowship Training

The training for a subspecialty, which occurs after completion of a general residency, is sometimes called a fellowship. For example, a physician interested in becoming a certified cardiologist will complete three years of general residency in internal medicine followed by three more years of a residency, or fellowship training, in cardiovascular disease.

**What fellowship programs did these physicians participate in?**

| Physician Name | Fellowship | City/State |
|---|---|---|
| John Ashford Jr, MD | UCLA BRAIN RESEARCH INSTITUTE** | N/A |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032066

| Mary Cowles, MD | KY** | N/A |
| Patricia Harralson, MD | VANDERBILT UNIVERSITY** | Nashville, TN |
| Janet Jones, MD | KENTUCKY** | N/A |
| Nat Sandler, MD | UNIVERSITY NC** | Chapel Hill, NC |

** Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

# Physician Licensure

Physicians may hold one or more licenses to practice medicine in 54 U.S. licensing jurisdictions. A physician license demonstrates that the physician is licensed to practice general medicine and surgery by a state medical board of examiners after passing a state or national licensure examination. Each state has its own procedures to license a physician and sets it own standards for all physicians in that state.

Recommendation: Contact the medical board of examiners in your physician's state(s) to confirm that these physicians are licensed and have no restrictions on their license:

**Kentucky Board of Medical Licensure**
310 Whittington Parkway Suite 1B
Louisville, KY 40222
Phone: (502) 429-8046

# Years Since Medical School

Years since medical school indicates the number of years after graduation from medical school. This number includes residency training and any further training required for that specialty.

**How many years has it been since these physicians graduated from medical school?**

 Important to you

You did not have a preference for years since medical school.

| Physician Name | Years Since Medical School |
|---|---|
| Javali Aroon, MD | 34 |
| John Ashford Jr, MD | 30 |
| Allen Brenzel, MD | 16 |
| Mary Cowles, MD | 36 |

CONFIDENTIAL - ATTORNEYS EYES ONLY                    HG0032067

| James Fetter III, MD | 21 |
|---|---|
| Patricia Harralson, MD | 16 |
| Janet Jones, MD | 33 |
| Debra Katz, MD | 20 |
| Vu Nguyen, MD | 13 |
| William Platz, MD | 16 |
| Michael Rieser, MD | 23 |
| Douglas Ruth, MD | 32 |
| Nat Sandler, MD | 41 |
| Charles Shelton, DO | 15 |
| William Weitzel, MD | 36 |

**Fast Facts**

The average years since medical school for Physicians in Psychiatry is 28 years.

**What does this mean to you?**

You may prefer an older or younger physician. Years since medical school can be a good gauge for this preference. You may be interested in the experience of the physician, especially if you are choosing a specialist for a complex medical or surgical problem. The more experience the physician has with the necessary procedures, the better the results will usually be.



## 3 HealthGrades' Quality Measures

When evaluating physician quality, it is best to look at many different measurements and make your decision based on several criteria. The following are some quality measurements recommended by HealthGrades to include in your evaluation.

# Governmental Disciplinary Actions

Governmental disciplinary actions are also referred to as sanctions. They are actions taken by governmental officials to punish or restrict physicians who have demonstrated professional misconduct.

Do not confuse sanctions with medical malpractice suits, which most states do not make available to the public. A malpractice suit is a civil claim, where lawyers represent each side of the case. To win a medical malpractice lawsuit, a patient must prove that harm resulted from the physician's failure to conform to the accepted standards of practice.

A sanction may be brought about for similar reason, but is handled by either state or federal officials, as described below.

**State Disciplinary Actions**
When patients receive poor or questionable care from a physician, they may file a formal

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                          **HG0032068**

complaint with the state medical board or professional licensing organization. Medical colleagues may also report behavior that concerns them. Causes vary greatly:

- Defaulting on a student loan
- Failure to complete continuing education requirements
- Substance abuse
- Over-prescribing drugs
- Self-prescribing drugs
- Physical or mental impairment
- Sexual abuse of a patient

After investigation, the board may take appropriate disciplinary action:

- Public reprimand or letter of admonition - For minor violations.
- Monetary fines - Often in conjunction with other actions.
- Negotiated agreement - Similar to a plea bargain.
- Probation - The physician continues to practice under conditions and restrictions.
- "Suspension - The physician is temporarily prohibited from practicing medicine.
- Revocation - The physician loses his or her medical license.

### Federal Disciplinary Actions
On a federal level, disciplinary actions relate to Medicare, Medicaid, and all federal health care programs. These disciplinary actions are handled by the United States Department of Health and Human Services, Office of Inspector General (OIG).

A physician can be excluded from receiving payment from any federal health care program due to:

- Convictions for program-related fraud and patient abuse
- Licensing board actions
- Default on Health Education Assistance Loans

Physicians who are excluded from federal programs are listed on the OIG's database called Excluded Individuals/Entities (LEIE). The LEIE database is updated monthly.

### Which of these physicians are free of disciplinary actions?

 Important to you

You wanted physicians FREE of Disciplinary Actions.

| Physician Name | FREE of Disciplinary Actions * |
|---|---|
| Javali Aroon, MD | Yes |
| John Ashford Jr, MD | Yes |
| Allen Brenzel, MD | Yes |
| William Chapman, MD | Yes |
|  |  |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032069

| Mary Cowles, MD | Yes |
|---|---|
| Andre Fernandez, MD | Yes |
| James Fetter III, MD | Yes |
| Patricia Harralson, MD | Yes |
| Janet Jones, MD | Yes |
| Debra Katz, MD | Yes |
| Vu Nguyen, MD | Yes |
| Teresa Oropilla-Kiefer, MD | Yes |
| William Platz, MD | Yes |
| Michael Rieser, MD | Yes |
| Douglas Ruth, MD | Yes |
| Nat Sandler, MD | Yes |
| Neil Scheurich, MD | Yes |
| Charles Shelton, DO | Yes |
| William Weitzel, MD | Yes |
| Mark Wright, MD | Yes |

* HealthGrades collects disciplinary actions from all states except South Dakota.

Note: HealthGrades reports state and federal disciplinary actions (if any) from the **previous five years**. HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.

**Fast Facts**
About 1 out of every 100 physicians has received at least one documented disciplinary action. Physicians with disciplinary actions may continue to practice, depending on the board's decision

**What does this mean to you?**
A disciplinary action is intended to correct the physician's misconduct. It does not necessarily mean he or she is a bad physician. Evaluate the information and make a determination based on how severe you think the cause and action were. If you would like more detail about a disciplinary action, contact the appropriate state medical board(s), shown in the table above.

**Quality Alert**
Keeping up with disciplinary action information on doctors is extremely difficult. All of the states release information on their disciplinary actions, except South Dakota. About 80% make records available on a monthly basis. The rest come out quarterly, periodically, annually, or on an action-by-action basis. States also vary greatly in their level of detail, terminology, and notification methods. A state may report through board minutes, newsletters, web sites, or mail. To complicate things more, physicians who have had a disciplinary action in one state will often move to another state. He or she may seem to have a clean slate - for a while - in the new state. HealthGrades painstakingly compiles disciplinary action information from all 49 states that

CONFIDENTIAL - ATTORNEYS EYES ONLY                                   HG0032070

release it. Through our report, you'll know if a physician has a disciplinary action in more than
one state.

# Board Certified

Each medical specialty has a national board responsible for setting standards that physicians
must meet in order to be certified. Board-certified physicians have completed several years
of training beyond medical school, have practiced for a designated number of years in that
specialty, and have passed examinations in their specialty area.

Once certified, physicians must attend continuing medical education programs throughout
their careers in order to remain certified. Some physicians have more than one board
certification. HealthGrades' recognizes board certification data from the American Board of
Medical Specialties and the Bureau of Osteopathic Specialties.

**Are these physicians board certified?**



You wanted physicians that are board certified.

**Information from American Board of Medical Specialties (ABMS)**

| Physician Name | Board Certification | Certifying Board |
|---|---|---|
| Javali Aroon, MD | Yes | American Board of Psychiatry & Neurology |
| John Ashford Jr, MD | Yes | American Board of Psychiatry & Neurology |
| Allen Brenzel, MD | Yes | American Board of Psychiatry & Neurology |
| Mary Cowles, MD | Yes | American Board of Psychiatry & Neurology |
| Andre Fernandez, MD | Yes | American Board of Psychiatry & Neurology |
| James Fetter III, MD | Yes | American Board of Psychiatry & Neurology |
| Patricia Harralson, MD | Yes | American Board of Psychiatry & Neurology |
| Janet Jones, MD | Yes | American Board of Psychiatry & Neurology |
| Debra Katz, MD | Yes | American Board of Psychiatry & Neurology |
| Vu Nguyen, MD | Yes | American Board of Psychiatry & Neurology |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                    HG0032071

| Teresa Oropilla-Kiefer, MD | Yes | American Board of Psychiatry & Neurology |
|---|---|---|
| William Platz, MD | Yes | American Board of Psychiatry & Neurology |
| Michael Rieser, MD | Yes | American Board of Psychiatry & Neurology |
| Douglas Ruth, MD | Yes | American Board of Psychiatry & Neurology |
| Nat Sandler, MD | Yes | American Board of Psychiatry & Neurology |
| Neil Scheurich, MD | Yes | American Board of Psychiatry & Neurology |
| Charles Shelton, DO | Yes | American Board of Psychiatry & Neurology |
| William Weitzel, MD | Yes | American Board of Psychiatry & Neurology |
| Mark Wright, MD | Yes | American Board of Psychiatry & Neurology |

Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

Elsevier has been designated by the ABMS as an agent and is able to provide this primary source data on behalf of the ABMS. The ABMS has been designated a primary source of board certification information by the Joint Commission for Accreditation of Healthcare Organizations (JCAHO), the National Committee for Quality Assurance (NCQA) and URAC.

**Information from other sources**

| Physician Name | Board Certification | Certifying Board |
|---|---|---|
| William Chapman, MD | Yes | Not Available |



Fast Facts

Approximately 64% of physicians in Psychiatry are board certified.

? What does this mean to you?

Certification lets you know that a physician has successfully completed an accredited educational program, passed several evaluations, and possesses the knowledge, skills, and experience needed to provide care in the certified specialty. You can view board certification as a "letter of recommendation." A physician who is not board certified, however, may still be an excellent physician. Some physicians choose not to apply for certification.

# Quality Ratings for Area Hospitals

Most physicians admit patients only to certain hospitals. This is known as being "affiliated" with the hospital. If receiving care at a high quality hospital is important to you, contact the physician's office to see what his or her current affiliations are.

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032072

Since the physician you're researching is probably NOT affiliated with all of the hospitals listed in this report, why do we include them?

**Why Hospital Ratings Are Important**
Being able to see ratings for **all** local hospitals gives you a distinct advantage. These ratings give you yet another gauge for evaluating a physician. If we showed you only affiliated hospitals, you would not see the range of quality available in your area.

**Interpreting the Ratings**
HealthGrades analyzes and assigns quality ratings to different service areas. The rating of each service area is a combined rating of one or more medical issues (e.g., Orthopedics). Many, though not all, medical issues fall in these areas. The following descriptions show how HealthGrades calculated each service area rating.

## What are the ratings for hospitals in my area?

★★★★★ Best
★★★ As Expected
★ Poor
● Low Volume

|  | Services Rating |
|---|---|
| **Bluegrass Community Hospital**, Versailles, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ● |
| Pulmonary | ● |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **Bourbon Community Hospital**, Paris, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ● |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **Central Baptist Hospital**, Lexington, KY | |
| Cardiac | ★★★ |
| Orthopedics | ★★★ |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ★★★ |
| Gastrointestinal | ★★★ |
| Critical Care | ● |
| **Clark Regional Medical Center**, Winchester, KY | |
| Cardiac | ● |
| Orthopedics | ● |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    **HG0032073**

| | |
|---|---|
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **Georgetown Community Hospital**, Georgetown, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ● |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **Pattie A Clay Hospital**, Richmond, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ★★★★★ |
| Vascular | ● |
| Gastrointestinal | ★★★★★ |
| Critical Care | ● |
| **Samaritan Hospital**, Lexington, KY | |
| Cardiac | ● |
| Orthopedics | ★★★ |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **St Joseph East**, Lexington, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **St Joseph Hospital**, Lexington, KY | |
| Cardiac | ★★★ |
| Orthopedics | ★★★ |
| Neurosciences | ★★★★★ |
| Pulmonary | ★★★ |
| Vascular | ★★★ |
| Gastrointestinal | ★★★ |
| Critical Care | ● |
| **University Of Kentucky Hospital**, Lexington, KY | |
| Cardiac | ★ |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                           **HG0032074**

| Orthopedics | ★ |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ★★★ |
| Critical Care | ● |

*Ratings based upon Medicare patient data from Centers for Medicare and Medicaid for years 2001-2003.*

 **What does this mean to you?**

If receiving care at a particular hospital is important to you, make sure the physician can admit you to that hospital. By pairing a high quality hospital with a high quality physician, you can be assured of high quality care.

## Other Quality Considerations

If you are choosing a physician because you may need a specific surgery or treatment for a serious medical condition (e.g., heart disease, cancer), you should get as much quality information as you can related to how well the physician's patients recover from these treatments or procedures. Upon request, most physicians will supply this information. For example, ask about mortality or complication rates following coronary bypass surgery. Ask about the 5-year survival rates for certain illnesses such as cancer. Ask about quality of life that can be expected following certain treatments. Compare these outcomes with those from other physicians.

 **4 Physician Characteristics**

## Gender

Is it important to you to have a male or female physician? If this area is important to you, it should be one of the first selection tools to narrow your choice.

**What is the gender of these physicians?**

**Important to you**

You did not have a preference for the physician's gender.

| Physician Name | Gender |
| --- | --- |
| Javali Aroon, MD | Male |
| John Ashford Jr, MD | Male |
| Allen Brenzel, MD | Male |
|  |  |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                      HG0032075

| William Chapman, MD | Male |
|---|---|
| Mary Cowles, MD | Female |
| Andre Fernandez, MD | Male |
| James Fetter III, MD | Male |
| Patricia Harralson, MD | Female |
| Janet Jones, MD | Female |
| Debra Katz, MD | Female |
| Vu Nguyen, MD | Male |
| Teresa Oropilla-Kiefer, MD | Female |
| William Platz, MD | Male |
| Michael Rieser, MD | Male |
| Douglas Ruth, MD | Male |
| Nat Sandler, MD | Male |
| Neil Scheurich, MD | Male |
| Charles Shelton, DO | Male |
| William Weitzel, MD | Male |
| Mark Wright, MD | Male |

## Other Opinions

Get information about a physician's style and manner from colleagues, friends, family or from your employer's benefits department. Nurses or other health care professionals are also good sources of physician information. Seek their advice if possible.

Aside from this report, try to gather information from many sources and in many forms - the more sources of information, the better - including:

- Friends/family
- Your health benefits officer at work/fellow employees
- Health plan network lists



## Location

Convenience may be important to you when choosing a physician. Is the physician's office conveniently located to your home and/or work? Is the office near public transportation? Is affordable parking available? For some people, receiving the absolute best care outweighs issues related to convenience, especially when finding a specialist for a serious medical problem. But many want a physician fairly close and convenient to home and/or work.

CONFIDENTIAL - ATTORNEYS EYES ONLY                                        HG0032076

**How far will you have to travel to visit these physicians?**



You are willing to travel 10 miles.

| Physician Name | Approximate Distance to Closest Office* |
|---|---|
| Javali Aroon, MD | 4 Miles |
| John Ashford Jr, MD | 2 Miles |
| Allen Brenzel, MD | 6 Miles |
| William Chapman, MD | 2 Miles |
| Mary Cowles, MD | 2 Miles |
| Andre Fernandez, MD | 2 Miles |
| James Fetter III, MD | 6 Miles |
| Patricia Harralson, MD | 3 Miles |
| Janet Jones, MD | 6 Miles |
| Debra Katz, MD | 7 Miles |
| Vu Nguyen, MD | 3 Miles |
| Teresa Oropilla-Kiefer, MD | 3 Miles |
| William Platz, MD | 3 Miles |
| Michael Rieser, MD | 3 Miles |
| Douglas Ruth, MD | 5 Miles |
| Nat Sandler, MD | 3 Miles |
| Neil Scheurich, MD | 6 Miles |
| Charles Shelton, DO | 2 Miles |
| William Weitzel, MD | 3 Miles |
| Mark Wright, MD | 8 Miles |

* Please note that distance is calculated from the center point of any given zipcode or city. Mileage is based on the closest office location.

# Hours

Some physicians make appointments at certain times of the day. Think about your personal preferences for making both regular and emergency appointments. What are these physicians' hours? Do these physicians make evening and/or weekend appointments? After you have established a relationship with the physician, will s/he give advice over the phone? If you have a serious medical condition or problem, you may want a physician that is easily accessible even during "off-hours."

# Availability

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                      **HG0032077**

Physician availability may be important to you. Is the physician taking on new patients? How long must you wait for a routine appointment? Does the physician have a solo or group practice? If the physician is part of a group, can you request to see your physician when making an appointment? What is the physician's availability in emergency situations? Does the physician have partners who will see you when s/he is out of town? What are the credentials of the partners?

No physician is available 24 hours a day, seven days a week. It is important to find out who will provide your care when your physician is unavailable, or if you will have a choice of physicians from within a group. Do you like and trust the other physicians who may be involved in your care?

# Cost

Physician charges vary. When comparing costs of different physicians, add up your total costs based on a typical year in your family's life. Include, if applicable:

- Co-payments (amount you pay for office visits or hospital services).
- Costs of any procedures or treatments not considered "reasonable and customary" by your insurance company which you will pay in full.

For any out-of-pocket expenses, will the physician be willing to compromise on what she/he expects you to pay? Will the physician arrange any kind of payment plan for these charges? Financial details can be very confusing. Review them carefully with your insurance benefits manager, review your health care insurance plan materials thoroughly, and speak with someone in the physician's office to make sure you have your facts straight.

# Health Plan

When considering a physician, check the health plans in which s/he participates. Find out if the physician is part of your insurance network. Most insurance plans provide a list of physicians included in their network, but these lists are frequently out of date. To be sure, always call the physician in whom you are interested, to confirm that s/he will accept your insurance.



The following table shows you how these physicians have met your personal preferences. This comparison includes national averages for use as a benchmark.

| Your List of Physicians for Psychiatry | | | | | |
|---|---|---|---|---|---|
| Name | Free from Disciplinary Actions * | Board Certified | Approx. Distance (miles) | Gender | Years Since Medical School |
| Javali Aroon, MD | Yes | Yes | 4.0 | Male | 34 |
| John Ashford Jr, MD | Yes | Yes | 2.0 | Male | 30 |
| Allen Brenzel, MD | Yes | Yes | 6.0 | Male | 16 |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                HG0032078

| William Chapman, MD | Yes | Yes | 2.0 | Male | - |
|---|---|---|---|---|---|
| Mary Cowles, MD | Yes | Yes | 2.0 | Female | 36 |
| Andre Fernandez, MD | Yes | Yes | 2.0 | Male | - |
| James Fetter III, MD | Yes | Yes | 6.0 | Male | 21 |
| Patricia Harralson, MD | Yes | Yes | 3.0 | Female | 16 |
| Janet Jones, MD | Yes | Yes | 6.0 | Female | 33 |
| Debra Katz, MD | Yes | Yes | 7.0 | Female | 20 |
| Vu Nguyen, MD | Yes | Yes | 3.0 | Male | 13 |
| Teresa Oropilla-Kiefer, MD | Yes | Yes | 3.0 | Female | - |
| William Platz, MD | Yes | Yes | 3.0 | Male | 16 |
| Michael Rieser, MD | Yes | Yes | 3.0 | Male | 23 |
| Douglas Ruth, MD | Yes | Yes | 5.0 | Male | 32 |
| Nat Sandler, MD | Yes | Yes | 3.0 | Male | 41 |
| Neil Scheurich, MD | Yes | Yes | 6.0 | Male | - |
| Charles Shelton, DO | Yes | Yes | 2.0 | Male | 15 |
| William Weitzel, MD | Yes | Yes | 3.0 | Male | 36 |
| Mark Wright, MD | Yes | Yes | 8.0 | Male | - |
| National Average For Psychiatry | 99.74% Free from Professional Misconduct | 64.49% Board Certified | - | - | 28 |

\* HealthGrades collects disciplinary actions information from all states except South Dakota.
Note: HealthGrades reports state and federal disciplinary actions (if any) from the **previous five years**.
HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.

- Not Available.



**Interview Tips**

Make an initial appointment with the physician. Some physicians offer free consultation visits
for prospective patients. At this appointment (as well as when setting up the appointment),
there are numerous items that you may want to evaluate. Not all of these issues are vital to
everyone, but prior to your appointment, decide what issues are important to you, and pay
close attention to them on your visit.
Checklist of Questions to ask all physicians:

- If you may need a specific procedure or treatment for a serious medical problem, find out
  how many times the physician has performed the procedure.
- Ask the physician to provide any quality measurements (mortality rates, complication
  rates, 5-year survival rates, quality of life measurements, etc.) related to the procedure
  you may need.

CONFIDENTIAL - ATTORNEYS EYES ONLY                          HG0032079

- If important to you, check any personal information about the physician (age, sex, religious affiliation, etc.).
- Is the physician conveniently located?
- What are the physician's hours?
- Is the physician part of a group?
- Who will provide your care when the physician is unavailable?
- Find out if a physician is part of your insurance network or if they will accept your insurance.
- Call the physician's office. Is the staff friendly and courteous?
- Is the office clean and comfortable?
- Are you comfortable with the general manner and treatment style of the physician?
- Do you feel compatible with the physician?
- When you call the physician office to ask initial questions or make your first appointment, is the person on the phone professional and competent? Are they friendly and eager to answer your questions, or do they come across harried and uninterested in helping you? The way you are treated on this call could be a good indicator of how you will be treated when you are a patient.
- Entering the office, do you feel welcome?
- Is the waiting area comfortable and clean?
- Does the office seem too busy to you?
- Is the staff courteous and friendly?
- Do nurses or other health care professionals appear competent and caring?
- How long are you kept waiting before seeing the physician?

**Overall Post Interview Considerations of the Physician**

Are you comfortable with the general manner and treatment style of the physician? Does s/he seem up to date on the latest treatment options in medicine? Is the physician open to your concerns and comments? If you are seeing the physician for a specific medical problem or concern, do you feel reassured by the physician; do you feel confident in her/his advice? It is important to have a "good fit" with your physician and you should evaluate your compatibility with a physician.



**8 Physician Directory**

This directory provides locations and phone numbers of your selected physicians. Since physicians move, open, and close offices, call to verify locations.

| Javali Aroon, MD |
| --- |
| **Location #1**<br>Lexington, KY 40508<br>(606) 246-7000 |

| John Ashford Jr, MD |
| --- |
| **Location #1**<br>Lexington, KY 40509 |

CONFIDENTIAL - ATTORNEYS EYES ONLY                          HG0032080

**Location #2**
Lexington, KY 40536
(859) 323-6371

**Location #3**
Lexington, KY 40508
(859) 323-5661

**Location #4**
Lexington, KY 40509
(606) 323-6021

---

**Allen Brenzel, MD**

**Location #1**
Lexington, KY 40515

---

**William Chapman, MD**

**Location #1**
Marion, KY 42064
(502) 965-9722

**Location #2**
Lexington, KY 40509

**Location #3**
Owensboro, KY 42303
(270) 688-2000

**Location #4**
Lexington, KY 40509
(859) 269-6699

**Location #5**
Henderson, KY 42420
(270) 827-5469

---

**Mary Cowles, MD**

**Location #1**
Lexington, KY 40503

**Location #2**
Lexington, KY 40511
(800) 928-8000

**Location #3**
Winchester, KY 40391
(859) 744-2562

**Location #4**

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                    HG0032081

Lexington, KY 40507
(859) 233-0444

**Location #5**
Lexington, KY 40505
(859) 268-4292

**Location #6**
Lexington, KY 40508
(859) 253-2598

**Location #7**
Danville, KY 40422
(859) 236-2726

---

**Andre Fernandez, MD**

**Location #1**
Lexington, KY 40509
(859) 271-5881

**Location #2**
Paris, KY 40361
(859) 987-3600

**Location #3**
Lexington, KY 40509
(859) 269-2325

---

**James Fetter III, MD**

**Location #1**
Lexington, KY 40511
(859) 281-3819

---

**Patricia Harralson, MD**

**Location #1**
Lexington, KY 40508
(859) 226-7063

**Location #2**
Lexington, KY 40508

**Location #3**
Hopkinsville, KY 42240
(270) 886-1937

**Location #4**
Lexington, KY 40508

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0032082

## Janet Jones, MD

**Location #1**
Louisville, KY 40513
(859) 223-9990

## Debra Katz, MD

**Location #1**
Lexington, KY 40509
(859) 323-6021

## Vu Nguyen, MD

**Location #1**
Lexington, KY 40507
(859) 365-8310

**Location #2**
Lexington, KY 40511
(800) 928-8000

**Location #3**
Lexington, KY 40507
(606) 233-0444

## Teresa Oropilla-Kiefer, MD

**Location #1**
Lexington, KY 40507
(859) 233-0444

## William Platz, MD

**Location #1**
Lexington, KY 40509
(859) 263-3888

**Location #2**
Lexington, KY 40503
(859) 224-2022

**Location #3**
Georgetown, KY 40324

**Location #4**
Louisville, KY 40218
(502) 454-6225

## Michael Rieser, MD

**Location #1**
Lexington, KY 40509

CONFIDENTIAL - ATTORNEYS EYES ONLY                         HG0032083

(859) 264-0045

**Douglas Ruth, MD**

**Location #1**
Lexington, KY 40513
(859) 296-1558

**Nat Sandler, MD**

**Location #1**
Lexington, KY 40507
(859) 233-0444

**Neil Scheurich, MD**

**Location #1**
Lexington, KY 40515

**Charles Shelton, DO**

**Location #1**
Lexington, KY 40504
(859) 278-2253

**Location #2**
Lexington, KY 40509
(859) 278-2253

**Location #3**
Lexington, KY 40513
(859) 296-0066

**William Weitzel, MD**

**Location #1**
Lexington, KY 40504
(859) 277-5419

**Mark Wright, MD**

**Location #1**
Lexington, KY 40514

© Copyright 1999-2004 Health Grades, Inc. All rights reserved. The information in this report is the property of Health Grades, Inc. and may not be reproduced in any manner without the express written permission of Health Grades, Inc. HealthGrades®, the CHECKMARK DESIGN, the FIVE STAR RATING LOGO, THE HEALTHCARE RATINGS EXPERTS®, THE HEALTHCARE QUALITY EXPERTS®, DISTINGUISHED HOSPITAL AWARD™, DISTINGUISHED HOSPITAL AWARD FOR CLINICAL EXCELLENCE™, DISTINGUISHED HOSPITAL AWARD FOR PATIENT SAFETY™, HOSPITAL REPORT CARDS™, PHYSICIAN REPORT CARDS™, NURSING HOME REPORT CARDS™, HOME HEALTH REPORT CARDS™, HOME HEALTH QUALITY GUIDE™, HOSPITAL QUALITY GUIDE™, PHYSICIAN QUALITY GUIDE™, NURSING HOME QUALITY GUIDE™, and QUALITY RATINGS SUITE™ are service marks and

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                          **HG0032084**

HealthGrades, Inc. - The Healthcare Quality Experts ®                    Page 24 of 24

trademarks of Health Grades, Inc. and may not be used without the express written permission of Health Grades, Inc. HealthGrades obtains its information from sources it believes to be reliable. However, because of the possibility of human and mechanical error as well as other factors, HealthGrades makes no representations or warranties, express or implied, as to the accuracy or timeliness of its information, and cannot be responsible or liable for any errors or omissions in its information or the results obtained from the use of such information. The healthcare provider ratings are statements of opinion and not statements of fact or recommendations to utilize any healthcare provider services and do not constitute medical advice. Users are solely responsible for determining whether the information provided is suitable for their purposes, and reliance on the information is at the users' sole risk. Users should obtain any additional information necessary to make an informed decision. Health Grades, Inc. assumes no responsibility or liability for any advice, treatment, or services rendered by any hospital, physician, or other health care provider, health care facility or health plan featured on the www.healthgrades.com site. More information can be found in HealthGrades' User Agreement.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    HG0032085



## Physician Quality Report

Report Created 12/28/2004

Although choosing a physician is one of our most important decisions, many people select according to only a name and location in an insurance provider's directory. We usually don't realize we made an unsatisfactory choice until something goes wrong.

This report streamlines your decision-making process because HealthGrades has:
- Assembled useful information, measurements, and criteria, all in one document.
- Provided explanations, comparisons, and tips on how to apply the information.

Remember to use the same strategies you gain from this report when evaluating other physicians.

The following physician will be reviewed in this report:

| Joe Thomas Broderson, MD |
|---|

The information in this report is arranged in nine sections:

1. About Specialties
2. Education and Training
3. Board Certification
4. Governmental Disciplinary Actions
Note: HealthGrades reports state and federal disciplinary actions (if any) from the **previous five years**. HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.
5. Quality Comparison
6. Physician Characteristics
7. Quality Ratings for Area Hospitals
8. Directory of Area Hospitals
9. Checklist of Additional Questions to Ask

Data marked with a double asterisk (**) is from the American Board of Medical Specialties (ABMS).

©2004 Health Grades, Inc. All rights reserved. May not be reprinted or reproduced without permission.

## Location(s)/Phone Number(s)

Lexington, KY  40513

Lexington, KY  40507

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032086

(606) 365-2197



## 1 About Specialties

A specialty is the branch of medicine the physician practices. A physician may have more than one specialty, or may have one or more subspecialties. For instance, a physician could specialize in Internal Medicine and have a subspecialty, or concentration, in Infectious Disease.

**What specialty does your physician practice?**

Joe Thomas Broderson, MD specializes in:

| | |
|---|---|
| Psychiatry | A psychiatrist specializes in the prevention, diagnosis, and treatment of mental, addictive, and emotional disorders disorders such as schizophrenia and other psychotic disorders, mood disorders, anxiety disorders, substance-related disorders, sexual and gender identity disorders, and adjustment disorders. The psychiatrist is able to understand the biologic, psychologic, and social components of illness, and therefore is uniquely prepared to treat the whole person. A psychiatrist is qualified to order diagnostic laboratory tests and to prescribe medications, evaluate and treat psychologic and interpersonal problems, and to intervene with families who are coping with stress, crises, and other problems in living. <br><br> *Excerpt from "Which Medical Specialist for You?" by The American Board of Medical Specialties.* |

**Fast Facts**

If you see DO after the physician's name, that means he or she is a doctor of osteopathy. See the section on "Medical School" to find out more.

**? What does this mean to you?**

To receive the best health care for your needs, consider choosing a physician that specializes in your particular medical issues. The specialist will concentrate on your specific needs and will be familiar with methods of treatment. If you have questions as to what kind of specialist you need, your primary practitioner (a Family Practice or Internal Medicine physician) can tell you.

## 2 Education and Training

Physician education and training is demanding and extensive. Continuing medical education is a life-long pursuit due to constant advances and changes in medicine. This report clarifies the various stages of medical study.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                    **HG0032087**

HealthGrades, Inc. - The Healthcare Quality Experts ®                                    Page 3 of 16

# Medical School

Students enter medical school after completing standard four-year undergraduate programs in accredited colleges or universities. In medical school (four years), study focuses on the basic sciences (anatomy, biochemistry, physiology, pharmacology, etc.) as well as behavioral sciences. Students participate in clinical rotations in hospitals and clinics, working with experienced physicians and exploring a wide variety of medical specialties (family practice, internal medicine, obstetrics, pediatrics, surgery, etc.). Completion of medical school earns students a doctor of medicine degree (MD).

Some physicians in the US choose to become doctors of osteopathy (DO). Similar to MD degrees, students receive osteopathic degrees after four years of study at osteopathic colleges. Osteopathic training emphasizes traditional diagnostic and therapeutic procedures, as well as the relationship of body systems and holistic patient care.

# Years Since Medical School

The number of years since medical school indicates how long a physician has been practicing medicine since graduation, including residency training and any further training. The length of training varies from specialty to specialty. For instance, Internal Medicine and Family Practice physicians are required to train for three years, whereas Thoracic Surgeons are required to train for at least seven years.

**What medical school did this physician attend?**

| Medical School | Years Since Graduation |
|---|---|
| University Ky College Med ; Lexington, KY** | 32 |

** Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties.  All rights reserved.

**? What does this mean to you?**
The longer a physician has been practicing, the more likely that he or she is experienced with a wide variety of issues. A more recent graduate, however, may have in-depth knowledge about medical advances for treating a specific condition.

# Residency and Internship

Residency is training that takes place after graduating from medical school. Residencies are usually organized through a university medical school where the physician practices in a local hospital. The physician receives professional training under the supervision of senior physician educators. The length of training varies from specialty to specialty. The first year of post-graduate residency training after medical school is referred to as an "internship."

**What residency and/or internship program did this physician attend?**

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032088

| Residency | Duke University Med Center ; Durham, NC** |
| Internship | St Joseph Hospital ; Phoenix, AZ** |

** Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties.  All rights reserved.

**? What does this mean to you?**

Residency demonstrates that the physician completed the training and received the knowledge necessary to practice his or her specialty. The physician must complete residency training to obtain a license to practice medicine as an MD or DO.

# Fellowship

Fellowship training is further training concentrating in a subspecialty based on the physician's original specialty. For instance, after completing a residency in Pediatrics, a physician may choose to complete a fellowship in Pediatric Cardiology. To become board certified in a subspecialty, a physician must complete fellowship training.

**What fellowship program did this physician attend?**

Not available

**? What does this mean to you?**

Fellowship training is not a necessity to practice medicine, or a particular specialty, but demonstrates that the physician trained extensively in the specialty. If you are seeking a highly qualified physician in a certain specialty, such as Pediatric Cardiology, fellowship training is a desirable qualification.

# Physician Licensure

Physicians may hold one or more licenses to practice medicine in 54 US licensing jurisdictions (all 50 states, Puerto Rico, Guam, American Samoa, and the District of Columbia). Physician licenses guarantee that the Physician has successfully completed an appropriate sequence of education, including residency training, and has demonstrated competence through successful completion of an examination or other certification demonstrating qualification for licensure.

**? What does this mean to you?**

Licensure raises the quality of services you receive by barring those who do not meet a standard from providing those services.

**!! Quality Alert**

Wrong tests; wrong surgery. You've heard the stories. How do you know your physician is keeping up

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032089

with all the latest technology? Knowing your physician's training, certification, and years of experience is key.



**3 Board Certification**

Each medical specialty has a national board responsible for setting standards physicians must meet to be certified. HealthGrades recognizes certifications from the American Board of Medical Specialties and the Bureau of Osteopathic Specialties (DO's).

Physicians who choose to become certified must have training beyond what medical licensure requires. Board certification involves a rigorous review of the physician's knowledge, experience, and skill in a specialty.

More specifically, board certification means the physician:
- Graduated from a recognized medical school as either an MD or DO
- Completed several years of training in an accredited residency program.
- Has an unrestricted license to practice medicine.
- Passed an extensive written exam given by the board.

**Is your physician board certified?**

**Information from American Board of Medical Specialties (ABMS)**

| Specialty | Board Certification | Certifying Board |
|---|---|---|
| Psychiatry | Yes | American Board of Psychiatry & Neurology |

Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

Elsevier has been designated by the ABMS as an agent and is able to provide this primary source data on behalf of the ABMS. The ABMS has been designated a primary source of board certification information by the Joint Commission for Accreditation of Healthcare Organizations (JCAHO), the National Committee for Quality Assurance (NCQA) and URAC.



About 6 out of 10 physicians are board certified.



Certification lets you know that a physician has successfully completed an accredited educational program, passed several evaluations, and possesses the knowledge, skills, and experience needed to provide care in the certified specialty. You can view board certification as a "letter of recommendation." A physician who is not board certified, however, may still be an excellent physician. Some physicians choose not to apply for certification.

**4 Governmental Disciplinary Actions**

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                    HG0032090

Governmental disciplinary actions are also referred to as sanctions. They are actions taken to punish or restrict physicians who have demonstrated professional misconduct.

Do not confuse disciplinary actions with medical malpractice suits, which most states do not make available to the public. A malpractice suit is a civil claim, where lawyers represent each side of the case. To win a medical malpractice lawsuit, a patient must prove that harm resulted from the physician's failure to conform with the accepted standards of practice.

A disciplinary action may be brought about for similar reason, but is handled by either state or federal officials, as described below.

# State Disciplinary Actions

When patients receive poor or questionable care from a physician, they may file a formal complaint with the state medical board or professional licensing organization. Medical colleagues may also report behavior that concerns them. Causes vary greatly:

- Defaulting on a student loan
- Failure to complete continuing education requirements
- Substance abuse
- Over-prescribing drugs
- Self-prescribing drugs
- Physical or mental impairment
- Sexual abuse of a patient

After investigation, the board may take appropriate disciplinary action:

- Public reprimand or letter of admonition - For minor violations.
- Monetary fines - Often in conjunction with other actions.
- Negotiated agreement - Similar to a plea bargain.
- Probation - The physician continues to practice under conditions and restrictions.
- Suspension - The physician is temporarily prohibited from practicing medicine.
- Revocation - The physician loses his or her medical license.

**How safe is your physician? Has your physician received any state disciplinary actions?**

State disciplinary actions* (if any) found for Joe Thomas Broderson, MD

| Type of Complaint | Date Action Taken | Who Took Action | Description | Action Taken |
|---|---|---|---|---|
| | | | Dr. Joe T. Broderson; License No. 10725; Case No. 827<br><br>Upon applying for a medical license in 2002, Dr. Broderson volunteered that he had been on medical leave from his practice since November 31, 2001, because of increased memory problems. Furthermore, he was being treated with Aricept. | |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                              HG0032091

| Physical or Mental Impairment | May 24, 2002 | Kentucky | Subsequently, Dr. Broderson completed a neuropsychological evaluation, which the Board reviewed and considered in developing an Interim Agreed Order.<br><br>**INTERIM AGREED ORDER** entered subject to the following terms and conditions:<br><br>1. Licensee shall only practice medicine so long as a Practice Coach, previously approved by the Panel, is in place to meet with him weekly and to provide oversight of his medical practice.<br>2. Licensee shall meet with the Practice Coach on a weekly basis.<br>3. Licensee shall follow the recommendations made by the Practice Coach at these weekly meetings.<br>4. Licensee shall not see/treat more patients during a specific week than the number previously approved for that week by the Practice Coach.<br>5. Licensee shall have the patient chart available and review it during each patient encounter.<br>6. Licensee shall dictate patient progress notes immediately after seeing each patient.<br>7. Licensee shall use prescription forms and all other forms designed/approved by the Practice Coach for use in his daily medical practice.<br>8. Licensee shall continue in treatment with his treating physician until the treating physician determines that treatment is no longer necessary and shall comply with all directives thereof.<br><br>**December 17, 2002; AGREED ORDER OF INDEFINITE RESTRICTION** entered. Add the following terms and conditions to the existing terms and conditions of the May 24, 2002 Interim Order, which remain in effect:<br><br>1. Licensee shall submit to annual neuropsychological reevaluations with a Board approved psychologist, at the licensee's expense, until further order by the Panel.<br>2. After completing each evaluation, the | Practice Restriction |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                    **HG0032092**

| | | | | |
|---|---|---|---|---|
| | | | licensee shall arrange for the psychologist to provide a copy of the evaluation report to the Board for review and/or action.<br><br>**March 24, 2003; AMENDED AGREED ORDER OF INDEFINITE RESTRICTION**  On October 8, 2002, Dr. Broderson's neurologist recommended to the Panel that he be permitted to resume the practice of psychiatry without supervision.  This request was based upon the positive feedback from Dr. Broderson's Practice Coach.  Based upon this recommendation, the Board amended the agreement as follows.  All terms and conditions remain the same except for the following:<br><br>• Change "weekly to "monthly" in paragraphs 1, 2, and 3 on the **INTERIM AGREED ORDER, dated May 24, 2002** and add:<br>• Licensee shall arrange for his approved Practice Coach to provide written reports to the Panel, twice a year, during the effective period of this agreed order.<br><br>**December 18, 2003; ORDER TERMINATING AMENDED AGREED ORDER OF INDEFINITE RESTRICTION**<br>Practice Restriction Terminated; Dr. Broderson is permitted to resume his practice without restriction. | |

\* HealthGrades collects disciplinary actions from all states except South Dakota.

Note: HealthGrades reports state and federal disciplinary actions (if any) from the **previous five years**. HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.

**Fast Facts**

About 1 out of every 100 physicians has received at least one documented disciplinary action. Physicians with disciplinary actions may continue to practice, depending on the board's decision.

**What does this mean to you?**

A disciplinary action is intended to correct the physician's misconduct. It does not necessarily mean he or she is a bad physician. Evaluate the information and make a determination based on how severe you think the cause and action were. If you would like more detail about a disciplinary actions, contact the appropriate state medical board(s), shown in the table above.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                    **HG0032093**



Keeping up with disciplinary action information on doctors is extremely difficult. All of the states release information on their disciplinary actions, except South Dakota. About 80% make records available on a monthly basis. The rest come out quarterly, periodically, annually, or on an action-by-action basis. States also vary greatly in their level of detail, terminology, and notification methods. A state may report through board minutes, newsletters, web sites, or mail. To complicate things more, physicians who have had a disciplinary action in one state will often move to another state. He or she may seem to have a clean slate - for a while - in the new state. HealthGrades painstakingly compiles disciplinary action information from all 49 states that release it. Through our report, you'll know if a physician has a disciplinary action in more than one state.

# Federal Disciplinary Actions

On a federal level, disciplinary actions relate to Medicare, Medicaid, and all federal health care programs. These disciplinary actions are handled by the United States Department of Health and Human Services, Office of Inspector General (OIG).

A physician can be excluded from receiving payment from any federal health care program due to:
- Convictions for program-related fraud and patient abuse
- Licensing board actions
- Default on Health Education Assistance Loans

Physicians who are excluded from federal programs are listed on the OIG's database called Excluded Individuals/Entities (LEIE).

**How safe is your physician? Has your physician received any federal disciplinary actions?**

Federal disciplinary actions (if any) found for Joe Thomas Broderson, MD

| Action Taken | Date Action Taken |
|---|---|
| No federal disciplinary actions listed | |

Note: HealthGrades reports state and federal disciplinary actions (if any) from the **previous five years**. HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.



The LEIE database is updated monthly.

# 5 Comparison to National Data

This table compares Dr. Joe Thomas Broderson, MD with other physicians by three indicators of quality: experience, certification, and governmental disciplinary actions (sanctions).

**How does this physician compare to others?**

| Years Since Medical School | |
|---|---|
| Joe Thomas Broderson, MD | 32 years |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                    HG0032094

| Physicians specializing in Psychiatry | Average of 28 years |
| All US physicians, regardless of specialty | Average of 24 years |

HealthGrades recognizes board certifications from American Board of Medical Specialties and Bureau of Osteopathic Specialties.

| Board Certification | |
|---|---|
| **Psychiatry** | |
| Joe Thomas Broderson, MD | Has board certification |
| Physicians with this specialty | 65% have board certification |
| **All US physicians, regardless of specialty** | 64% have board certification |

| Disciplinary Actions* | |
|---|---|
| Joe Thomas Broderson, MD | Has disciplinary actions |
| Physicians specializing in Psychiatry | 99.7% are without disciplinary actions |
| All US physicians, regardless of specialty | 1% have disciplinary actions |

* HealthGrades collects disciplinary actions from all states except South Dakota.

Note: HealthGrades reports state and federal disciplinary actions (if any) from the **previous five years**. HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.

## ⑥ Physician Characteristics

This section supplies information for patients who have specific needs or preferences. Some may need a physician who can communicate in a certain foreign language. Some may prefer that their physician be a male, while others prefer a female physician.

## Foreign Languages

**What foreign languages do your physician and his office staff speak?**

Not Available

### ? What does this mean to you?

If you, or a family member, speak English as a second language, it might be favorable to find a physician that speaks your native language. Medical issues and health care can be complicated to discuss, and it may put you more at ease to be able to speak and describe issues to the physician in a language you are comfortable with. Good communication between physician and patient is essential to quality health care.

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032095

# Gender

**What gender is your physician?**

Male

🔘 **what does this mean to you?**

The physician's gender cannot always be determined by the first name. Therefore, we are providing the physician's gender in case you have a preference.

## 7 Quality Ratings for Area Hospitals

Most physicians admit patients only to certain hospitals. This is known as being "affiliated" with the hospital. If receiving care at a high quality hospital is important to you, contact the physician's office to see what his or her current affiliations are.

Since the physician you're researching is probably NOT affiliated with all of the hospitals listed in this report, why do we include them?

# Why Hospital Ratings Are Important

Being able to see ratings for **all** local hospitals gives you a distinct advantage. These ratings give you yet another gauge for evaluating a physician. If we showed you only affiliated hospitals, you would not see the range of quality available in your area.

### What are the ratings for hospitals in my area?

The way to determine this is to contact the physician's office and ask which hospitals he or she can admit patients to. Then refer to the ratings for those hospitals.

★★★★★ Best
★★★ As Expected
★ Poor
● Low Volume

| | Services Rating |
|---|---|
| **Bluegrass Community Hospital**, Versailles, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ● |
| Pulmonary | ● |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **Central Baptist Hospital**, Lexington, KY | |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                        HG0032096

HealthGrades, Inc. - The Healthcare Quality Experts ®                              Page 12 of 16

| | |
|---|---|
| Cardiac | ★★★ |
| Orthopedics | ★★★ |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ★★★ |
| Gastrointestinal | ★★★ |
| Critical Care | ● |
| **Clark Regional Medical Center**, Winchester, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **Frankfort Regional Medical Center**, Frankfort, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ★ |
| Critical Care | ★ |
| **Georgetown Community Hospital**, Georgetown, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ● |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **James B Haggin Memorial Hospital**, Harrodsburg, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ● |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **Samaritan Hospital**, Lexington, KY | |
| Cardiac | ● |
| Orthopedics | ★★★ |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **St Joseph East**, Lexington, KY | |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                              **HG0032097**

| Cardiac | ● |
|---|---|
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **St Joseph Hospital**, Lexington, KY | |
| Cardiac | ★★★ |
| Orthopedics | ★★★ |
| Neurosciences | ★★★★★ |
| Pulmonary | ★★★ |
| Vascular | ★★★ |
| Gastrointestinal | ★★★ |
| Critical Care | ● |
| **University Of Kentucky Hospital**, Lexington, KY | |
| Cardiac | ★ |
| Orthopedics | ★ |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ★★★ |
| Critical Care | ● |

*Ratings based upon Medicare patient data from Centers for Medicare and Medicaid for years 2001-2003.*

**? What does this mean to you?**
If receiving care at a particular hospital is important to you, make sure the physician can admit you to that hospital. By pairing a high quality hospital with a high quality physician you can be assured of high quality care.

## 8 Directory of Area Hospitals

Bluegrass Community Hospital
   360 Amsden Avenue
   Versailles, KY 40383
   (859) 873-3111

Central Baptist Hospital
   1740 Nicholasville Road
   Lexington, KY 40503
   (859) 260-6100

Clark Regional Medical Center
   1107 West Lexington Avenue
   Winchester, KY 40391
   (859) 745-3500

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                 HG0032098

Frankfort Regional Medical Center
　299 Kings Daughters Drive
　Frankfort, KY 40601
　(502) 875-5240

Georgetown Community Hospital
　1140 Lexington Road
　Georgetown, KY 40324
　(502) 868-1100

James B Haggin Memorial Hospital
　464 Linden Avenue
　Harrodsburg, KY 40330
　(859) 734-5441

Samaritan Hospital
　310 South Limestone Street
　Lexington, KY 40508
　(859) 226-7000

St Joseph East
　150 North Eagle Creek Drive
　Lexington, KY 40509
　(859) 268-4800

St Joseph Hospital
　1 St Joseph Dr
　Lexington, KY 40504
　(859) 313-1000

University Of Kentucky Hospital
　800 Rose Street
　Lexington, KY 40536
　(859) 323-

## ⑨ Checklist of Additional Questions to Ask

Armed with the background information from this report, decide if you want to visit this physician. If you do, take the following checklist of additional questions with you. Some questions are for you to ask the physician or staff. Others are to help you evaluate your own impressions. Highlight whichever questions are important to you.

Some of the information you gained from this report may have triggered questions in your mind. That's great. Add them to your checklist. For instance, if the physician is not board certified, ask if he or she is working towards that goal.

**What experiences have people you know had with this physician?**
- Ask friends and family.
- Ask co-workers and your employer's benefits officer.
- Ask nurses or other health care professionals.

CONFIDENTIAL - ATTORNEYS EYES ONLY　　　　　　　　　　　　　　　　HG0032099

**Is the office location good for you?**

- Is it convenient for your home or work?
- Is it near public transportation?
- Is affordable parking available?

**What impressions do you get from your initial contact with the office staff?**

- When you call, is the person on the phone professional and competent?
- Is the office clean and comfortable?
- Are staff members courteous, friendly, and eager to answer your questions, or do they come across as too busy and uninterested in helping you?
- If you prefer a professional atmosphere, is the office too casual or relaxed?
- Do nurses or other health care professionals appear competent and caring?
- How long are you kept waiting before seeing the physician?

**What is the physician's availability?**

- Is the physician taking new patients?
- Does the physician make evening or weekend appointments?
- After you have established a relationship, will the physician give advice over the phone?
- How long must you wait for a routine appointment?
- Does the physician have a solo or group practice?
- If it's a group practice, can you request your physician each time?
- What is the physician's availability in emergency situations?
- Does the physician have partners who will see you when he or she is unavailable?
- Do you like and trust the other physicians who will be involved in your care?

**How does the physician handle the initial consultation?**

- Do you and the physician have compatible communication styles?
- Are you comfortable with the general manner and treatment style of the physician?
- Does he or she seem up to date on the latest treatment options in medicine?
- Is the physician open to your concerns and comments?

**What other practical considerations should you check?**

- How do the physician's costs compare to others?
- Does the physician accept your insurance?
- Has the physician been sued for malpractice?
- If not board certified, is the physician working towards certification?
- Is the physician too young or too old for your preference?
- If it's important to you, find out the physician's religious affiliation.
- What additional details do you want about the physician's education and training?

# A Specific Medical Condition

This part of the checklist is for you if you already have a specific medical condition, if a condition runs

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032100

in your family, or if you have symptoms that concern you.

How qualified is the physician to handle your specific condition?
- How many times has the physician performed the procedure or treatment?
- Ask the physician for quality measurements related to the procedure you might need:
- Mortality rates
- Complication rates
- Five-year survival rates
- Quality of life measurements
- Do the physician's actions and comments reassure you?
- Are you confident about taking his or her advice?

The checklist questions on location and availability may be even more important if frequent visits become a necessity.

© Copyright 1999-2004 Health Grades, Inc. All rights reserved. The information in this report is the property of Health Grades, Inc. and may not be reproduced in any manner without the express written permission of Health Grades, Inc. HealthGrades®, the CHECKMARK DESIGN, the FIVE STAR RATING LOGO, THE HEALTHCARE RATINGS EXPERTS®, THE HEALTHCARE QUALITY EXPERTS®, DISTINGUISHED HOSPITAL AWARD™, DISTINGUISHED HOSPITAL AWARD FOR CLINICAL EXCELLENCE™, DISTINGUISHED HOSPITAL AWARD FOR PATIENT SAFETY™, HOSPITAL REPORT CARDS™, PHYSICIAN REPORT CARDS™, NURSING HOME REPORT CARDS™, HOME HEALTH REPORT CARDS™, HOME HEALTH QUALITY GUIDE™, HOSPITAL QUALITY GUIDE™, PHYSICIAN QUALITY GUIDE™, NURSING HOME QUALITY GUIDE™, and QUALITY RATINGS SUITE™ are service marks and trademarks of Health Grades, Inc. and may not be used without the express written permission of Health Grades, Inc. HealthGrades obtains its information from sources it believes to be reliable. However, because of the possibility of human and mechanical error as well as other factors, HealthGrades makes no representations or warranties, express or implied, as to the accuracy or timeliness of its information, and cannot be responsible or liable for any errors or omissions in its information or the results obtained from the use of such information. The healthcare provider ratings are statements of opinion and not statements of fact or recommendations to utilize any healthcare provider services and do not constitute medical advice. Users are solely responsible for determining whether the information provided is suitable for their purposes, and reliance on the information is at the users' sole risk. Users should obtain any additional information necessary to make an informed decision. Health Grades, Inc. assumes no responsibility or liability for any advice, treatment, or services rendered by any hospital, physician, or other health care provider, health care facility or health plan featured on the www.healthgrades.com site. More information can be found in HealthGrades' User Agreement.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                      **HG0032101**



# Hospital Quality Report
Report Created 12/28/2004

| **Mayo Clinic Hospital** |
| --- |
| 5777 East Mayo Boulevard |
| Phoenix, AZ 85054 |
| (602) 515-6296 |

To assist you in making the best choice possible, HealthGrades has compiled the information on this hospital into several sections. The sections are:

- **Patient Safety Ratings**
- **Safe Practices by the Leapfrog Group**
- **Information About the Hospital**
- **Cardiac Ratings**
- **Orthopedics Ratings**
- **Stroke Care Ratings**
- **Pulmonary Ratings**
- **Vascular Surgery Ratings**
- **Gastrointestinal Care**
- **Critical Care**
- **Women's Health Ratings**
- **Other Ratings**
- **Checklist for Choosing a Hospital**

©2004 Health Grades, Inc. All rights reserved. May not be reprinted or reproduced without permission.

All data is from 2001 to 2003 unless where shown that there is an exception.



This hospital has been recognized by HealthGrades in 2003 and 2004 for its clinical excellence. Winners of the Distinguished Hospital Award for Clinical Excellence™ represent the highest scoring of the nation's full-service hospitals.

## Patient Safety Ratings



This Teaching hospital has been recognized by HealthGrades for its patient safety.

|  | Better Than |  | Worse | Number of |
| --- | --- | --- | --- | --- |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                        **HG0032102**

| Patient Safety Indicator | Average | Average | Than Average | Patients Affected |
|---|:---:|:---:|:---:|---|
| Death in procedures where mortality is usually very low | ✓ | | | < 1 per 1,000 |
| Pressure sores or bed sores acquired in the hospital | | ✓ | | 12 per 1,000 |
| Failure to diagnose and treat in time | ✓ | | | 80 per 1,000 |
| Foreign body left in during procedure | | ✓ | | < 1 per 1,000 |
| Collapsed lung due to a procedure or surgery in or around the chest | ✓ | | | 1 per 1,000 |
| Infections acquired at hospital | | ✓ | | 3 per 1,000 |
| Fracture of hip after surgery | ✓ | | | 1 per 1,000 |
| Excessive bruising or bleeding as a consequence of a procedure or surgery | | ✓ | | 3 per 1,000 |
| Inadequate organ function and electrolyte and fluid imbalance after surgery | | ✓ | | 1 per 1,000 |
| Respiratory failure following surgery | | ✓ | | 4 per 1,000 |
| Deep blood clots in the lungs or legs after surgery | | ✓ | | 7 per 1,000 |
| Severe infection following surgery | | ✓ | | 5 per 1,000 |
| Surgical wound site breakdown | | ✓ | | 3 per 1,000 |

These results were determined using the Agency for Healthcare Research and Quality's Patient Safety Indicators. Data is for years 2000 through 2002 and is based upon Medicare patients (MedPAR file from the Centers for Medicare and Medicaid).

**Better Than Average** means that fewer patients were affected in that hospital than the national average, while **Worse Than Average** means that more were affected. Shaded areas indicate that the hospital did not meet the volume requirements for analyzing the indicator.

### Safe Practices by the Leapfrog Group

**Avoiding Drug Errors:** Not surveyed
**ICU Specialist Staffing:** Not surveyed

High Risk Treatment Volume:

| Treatment | Volume<br>Mayo Clinic Hospital ▨<br>Leapfrog Standards ▨ | Overall Score |
|---|:---:|:---:|
| Coronary Bypass Surgery | Not surveyed | Not surveyed |
| Interventional Procedures | Not surveyed | Not surveyed |
| Abdominal Aortic Aneurysm Repair | Not surveyed | Not surveyed |
| | | |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                        HG0032103

| Esophagectomy | Not surveyed | Not surveyed |
| Pancreatic Resection | Not surveyed | Not surveyed |
| High Risk Deliveries & Neonatal ICUs | Not surveyed | Not surveyed |

⬤ : Fully implemented Leapfrog's recommended safety practice

◕ : Good progress in implementing Leapfrog's recommended safety practice

◑ : Good early stage effort in implementing Leapfrog's recommended safety practice

◔ : Willing to report publicly; did not yet meet Leapfrog's criteria for a good early stage effort

◯ : Did not disclose this information

N/A : Not Applicable
(e.g. Pancreatic resection does not apply because hospital does not perform pancreatic resections.)

Data provided by The Leapfrog Group. Each hospital voluntarily completes a survey to The Leapfrog Group.

### Information About the Hospital

**Number of beds:** 196
**Accreditation:** Joint Commission on Accreditation of Healthcare Organizations
**Type of hospital:** Short - Term
**Ownership status:** Not available

### Quality Legend
★★★★★ Best
★★★ As Expected
★ Poor
⬤ Not Rated

Not Rated means that the hospital treated fewer than 30 patients with that procedure or diagnosis.

### Cardiac Ratings

### Cardiac Overall
**Services Rating:** ★★★

#### Cardiac Detail

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Atrial Fibrillation | 458 | ★★★ | ★★★ | ★★★ | 3.1 Days | $13,467 |
| Heart Attack | 304 | ★★★ | ★★★ | ★★★ | 5.2 Days | $35,322 |
| Coronary Bypass | 264 | ★★★ | ★★★ | ★★★ | 7.2 | $50,438 |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032104

| Surgery | | | | | Days | |
|---|---|---|---|---|---|---|
| Heart Failure | 505 | ★★★★★ | NA | ★★★★★ | 4.0 Days | $16,319 |
| Coronary Interventional Procedures (Angioplasty/ Stent) | 503 | ★★★ | ★★★ | ★★★ | 3.0 Days | $30,644 |
| Valve Replacement Surgery | 118 | ★★★ | ★★★ | ★★★ | 10.1 Days | $75,601 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Orthopedics Ratings

### Orthopedics Overall
**Services Rating: ★★★★★**

#### Orthopedics Detail

| Procedure/Diagnosis | # of Patients | Avoiding Complications | Average Length of Stay | Average Cost |
|---|---|---|---|---|
| Back and Neck Surgery (except Spinal Fusion) | 475 | ★★★★★ | 1.6 Days | $12,925 |
| Back and Neck Surgery (Spinal Fusion) | 128 | ★★★★★ | 3.5 Days | $37,115 |
| Partial Hip Replacement | 91 | ★★★ | 6.8 Days | $34,262 |
| Total Hip Replacement | 492 | ★★★★★ | 4.7 Days | $26,000 |
| Total Knee Replacement | 655 | ★★★★★ | 4.4 Days | $24,354 |
| Hip Fracture Repair (ORIF) | 156 | ★★★★★ | 5.5 Days | $24,860 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Stroke Care Ratings

### Stroke Care Overall
**Services Rating: ★★★**

#### Stroke Care Detail

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality | Average Length of | Average Cost |
|---|---|---|---|---|---|---|

CONFIDENTIAL - ATTORNEYS EYES ONLY   HG0032105

| | | (Survival) | | (Recovery) | Stay | |
|---|---|---|---|---|---|---|
| Stroke | 311 | ★★★ | ★★★ | ★★★ | 4.3 Days | $20,686 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Pulmonary Ratings

### Pulmonary Overall
**Services Rating: ★★★★★**

**Pulmonary Detail**

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Aspiration Pneumonia | 63 | ★★★★★ | ★★★ | ★★★ | 5.9 Days | $19,939 |
| Chronic Obstructive Pulmonary Disease (COPD) | 210 | ★★★★★ | NA | ★★★★★ | 3.1 Days | $11,102 |
| Community Acquired Pneumonia | 703 | ★★★★★ | ★★★ | ★★★ | 3.6 Days | $12,287 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Vascular Surgery Ratings

### Vascular Surgery Overall
**Services Rating: ★★★**

**Vascular Surgery Detail**

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Resection/Replacement of Abdominal Aorta | 68 | ★★★ | ★★★ | ★★★ | 7.1 Days | $41,278 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

| Procedure/Diagnosis | # of Patients | Avoiding Complications | Average Length of | Average Cost |
|---|---|---|---|---|
| | | | | |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                          **HG0032106**

| | | | Stay | |
|---|---|---|---|---|
| Carotid Endarterectomy | 139 | ★★★ | 2.0 Days | $17,756 |
| Peripheral Vascular Bypass | 68 | ★★★ | 6.4 Days | $32,027 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Gastrointestinal Care

### Gastrointestinal Care Overall
**Services Rating:** ★★★★★

**Gastrointestinal Care Detail**

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Bowel Obstruction | 386 | ★★★★★ | ★★★ | ★★★ | 5.2 Days | $18,104 |
| Gastrointestinal Bleed | 429 | ★★★ | ★★★ | ★★★ | 3.7 Days | $14,632 |
| Gastrointestinal Procedures & Surgeries | 972 | ★★★★★ | NA | NA | 8.3 Days | $35,521 |
| Pancreatitis | 80 | ★★★ | ★★★ | ★★★ | 6.4 Days | $22,612 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

| Procedure/Diagnosis | # of Patients | Avoiding Complications | Average Length of Stay | Average Cost |
|---|---|---|---|---|
| Cholecystectomy | 181 | ★★★ | 3.0 Days | $16,608 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Critical Care

### Critical Care Overall
**Services Rating:** *This hospital was not rated in some of the procedures/diagnoses within this area.*

**Critical Care Detail**

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                          **HG0032107**

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Pulmonary Embolism | 142 | ★★★ | ★★★ | ★★★ | 5.2 Days | $17,333 |
| Respiratory Failure | 31 | ★★★ | NA | NA | 5.9 Days | $34,806 |
| Sepsis | 102 | ★★★ | ★★★ | ★ | 6.2 Days | $26,394 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Women's Health Ratings

Data for Women's Health and Obstetrics are for years 2000 through 2002. Data is only available for: CA, FL, IA, MA, MD, ME, NC, NJ, NV, NY, PA, TX, UT, VA, WA, WI.

**This hospital is located in a state where data is not available for these procedures.**

## Other Ratings

| Procedure/Diagnosis | # of Patients | Avoiding Complications | Average Length of Stay | Average Cost |
|---|---|---|---|---|
| Prostatectomy | 703 | ★★★★★ | 2.3 Days | $12,214 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Checklist for Choosing Hospital

☐ Check the hospital ratings by HealthGrades for the procedure you may need, or for any related procedure or diagnoses.

☐ What is the hospital's JCAHO accreditation status?

☐ Is your physician affiliated with the hospital?

☐ Does the hospital accept your insurance?

☐ Find out how often the procedure you may need has been performed at the hospital.

CONFIDENTIAL - ATTORNEYS EYES ONLY                                              HG0032108

HealthGrades, Inc. - The Healthcare Quality Experts ®                                                      Page 8 of 8

☐ Get any outcome measurements (Mortality rates, complication rates, 5-year mortality rates, quality of life measurements, etc.) related to the procedure you may need from the hospital.

☐ How many nurses are on staff at the hospital?

☐ What is the R.N.-to-patient ratio at the hospital?

☐ Is there an infection control practitioner on staff at the hospital?

☐ Does the hospital use patient surveys? Can you see the results?

☐ Call and visit the hospital. Is the staff courteous and helpful?

☐ Is the hospital clean? Do waiting rooms and patient rooms look comfortable?

☐ How are patient complaints handled by the hospital?

☐ Ask your physician and other healthcare professionals which hospital they would choose and why?

☐ Ask friends and colleagues what hospital they would recommend and why?

☐ Is the hospital conveniently located?

☐ Find out the full range of specialty department backup available in the hospital if complications were to occur related to the surgery or treatment you may need (for example, neonatal intensive care unit, trauma center, etc.).

☐ Ask your physician to list the full range of options for diagnosing and treating your condition and compare this with other facilities.

☐ Does the hospital have an extensive referral network? Find out what arrangements the hospital has with other facilities.

☐ Carefully evaluate all financial charges between hospitals. Talk carefully with your benefits manager, review your policy, and speak with someone in the hospital benefits office to make sure you have all financial facts straight.

© Copyright 1999-2004 Health Grades, Inc. All rights reserved. The information in this report is the property of Health Grades, Inc. and may not be reproduced in any manner without the express written permission of Health Grades, Inc. HealthGrades®, the CHECKMARK DESIGN, the FIVE STAR RATING LOGO, THE HEALTHCARE RATINGS EXPERTS®, THE HEALTHCARE QUALITY EXPERTS®, DISTINGUISHED HOSPITAL AWARD™, DISTINGUISHED HOSPITAL AWARD FOR CLINICAL EXCELLENCE™, DISTINGUISHED HOSPITAL AWARD FOR PATIENT SAFETY™, HOSPITAL REPORT CARDS™, PHYSICIAN REPORT CARDS™, NURSING HOME REPORT CARDS™, HOME HEALTH REPORT CARDS™, HOME HEALTH QUALITY GUIDE™, HOSPITAL QUALITY GUIDE™, PHYSICIAN QUALITY GUIDE™, NURSING HOME QUALITY GUIDE™, and QUALITY RATINGS SUITE™ are service marks and trademarks of Health Grades, Inc. and may not be used without the express written permission of Health Grades, Inc. HealthGrades obtains its information from sources it believes to be reliable. However, because of the possibility of human and mechanical error as well as other factors, HealthGrades makes no representations or warranties, express or implied, as to the accuracy or timeliness of its information, and cannot be responsible or liable for any errors or omissions in its information or the results obtained from the use of such information. The healthcare provider ratings are statements of opinion and not statements of fact or recommendations to utilize any healthcare provider services and do not constitute medical advice. Users are solely responsible for determining whether the information provided is suitable for their purposes, and reliance on the information is at the users' sole risk. Users should obtain any additional information necessary to make an informed decision. Health Grades, Inc. assumes no responsibility or liability for any advice, treatment, or services rendered by any hospital, physician, or other health care provider, health care facility or health plan featured on the www.healthgrades.com site. More information can be found in HealthGrades' User Agreement.

CONFIDENTIAL - ATTORNEYS EYES ONLY                                          HG0032109