# EXHIBIT C

# ATTACHMENT C

HEALTHGRADES
GUIDING AMERICANS TO THEIR BEST HEALTH
Google Custom Search
Search
Home | Physicians | Dentists | Hospitals | Nursing Homes | Medical Costs
Leading Neurosurgery Cntr Two of the nation's most experienced neurosurgeons strokeandcerebrovascularcenter.com
Best Spine Doctor Minimally Invasive Treatment For Your Back Pain-Get Your Life Back! www.LaserSpineInstitute.co...
Back Pain Treatment Consult Us Before Resorting To High Risk Invasive Spine Surgery! www.NorthAmericanSpine.com
Ads by Google
Advertise With Us
HealthGrades Home > Find a Physician > Search Results > Physician Profile on Dr. Sanjay K. Gupta
Share
Dr. Sanjay K. Gupta, MD
NO PHOTO AVAILABLE
Dr. Gupta
Male
Are you Dr. Gupta?
Profile
Ratings
Office Locations
Awards & Recognition
Education
Background Check
Dr. Sanjay Kumar Gupta MD practices neurosurgery in Atlanta, Georgia. Dr. Gupta graduated with an MD 18 years ago.
Specialties:
Neurosurgery - Board Certified
Most Common Procedures:
See How Dr. Gupta Ranks by Volume
Bone Removal for Graft
Skull Repair
Spinal Fusion
Bone Protein Insertion
Neck Spinal Fusion
More
State License:
Georgia
Years Since Graduation: 18
Education: See Where Dr. Gupta Attended Medical School & More
Appointment Info
Top Rated
Popular
Nearby
Compare Dr. Gupta
Top rated Neurosurgeons near Atlanta, GA
Dr. William R. Boydston, MD
10 Patient Ratings
Dr. William L. Yarde, MD
4 Patient Ratings
Dr. Paul W. Hartzfeld, MD
3 Patient Ratings
More
See All by Rating
replay
click here to join now
Click here to join

Advertise With Us

## Appointment Info

**Address & Contact Information:**
49 Jesse Hill Jr Drive South East
Suite 337
Atlanta, GA 30303
Phone

**What You Need to Know About:**
- Lung Disease: 6 Signs
- Rheumatoid Arthritis Treatments
- Frequent Urination

**Insurance Accepted:**
- Blue Cross and Blue Shield - BlueCard PPO
- Cigna - Open Access
- Cigna HMO
- Cigna PPO
- Coventry - First Health Network PPO
- More

Looking for new insurance?

**Electronic Prescriptions:** No

## Patient Ratings & Quality

**Patient Ratings**

| | |
|---|---|
| Overall | ★★★★☆ |
| Recommend | ★★★★☆ |
| Trust | ★★★★☆ |
| Communicates | ★★★★☆ |
| Listens | ★★★★½ |
| Time Spent | ★★★★☆ |
| Scheduling Appts. | ★★★½☆ |
| Office Environment | ★★★★½ |
| Office Friendliness | ★★★★½ |
| Wait Time | ★★½☆☆ |

Rate This Doctor

**Overall Patient Rating**
The overall patient rating for Dr. Sanjay K. Gupta is 4 out of 5 stars based on responses from 3 patients.

**Malpractice**
No Malpractice History Found

**Sanctions**
No Sanction History Found

**Board Actions**
No Board Action History Found

**HealthGrades Honor Roll**
Dr. Sanjay Gupta is a HealthGrades Recognized Doctor.

Advertise With Us

### Popular Health Centers

- **Frequent Urination:** How Often is Too Often?
- **COPD:** Could You Have COPD?
- **Rheumatoid Arthritis:** Latest Treatments
- **Rosacea:** See the 4 Stages of Rosacea
- **Psoriasis:** Understanding Skin Conditions
- **Schizophrenia:** Latest Treatments
- **Adult ADHD:** Take a Test to Check Your Risk

### Research Related Conditions

- Bell's palsy
- Brain Injury
- Brain Tumor
- More

### Most Popular Georgia Cities

- Atlanta
- Augusta
- Savannah
- Rome
- MacOn
- Marietta
- Decatur
- Albany
- Brunswick
- Columbus

Rate This Doctor
Rome
MacOn
Brunswick
Columbus
Ratings: Patient experience ratings, recommendations... More
Office Locations: Maps, driving directions, phone numbers... More
Awards & Recognition: HealthGrades Recognized, Five-Star Doctors... More
Education: Medical school, internships, residencies... More
Background Check: Malpractice, sanctions, other board actions... More
Print Email Link to this Page Share
Latest Treatments
Rosacea Medications
Lasers for Rosacea
Ocular Rosacea
COPD Medications
Pulmonary Rehab
Antibiotics for COPD
Bladder Medications
Bladder Retraining
New Treatments in RA
RA Pain Test
Schizophrenia Medications
Schizophrenia Injections
Psoriasis Treatments
Psoriasis Creams
Psoriasis Lasers
Click here to join and get
$75 in free driving
replay
zipcar
Advertise With Us
About Us | Press Room | Contact Us | Advertise | Wrong Diagnosis | Sitemap | Buscar en Español
State Directories
Physicians by Specialty
Alternative Medical Providers by Specialty
Hospital and Group Practices
© Copyright 2011 Health Grades, Inc. Patent US 7,752,060. All Rights Reserved. Third Party materials included herein protected under copyright law.
Use of this website and any information contained herein is governed by the HealthGrades User Agreement.
User Agreement | Legal Disclaimer | Privacy Policy
Find Similar Physicians: Neurosurgery > Georgia > Atlanta







