CASE CAPTION:  __HEALTH GRADES, INC. v. MDX MEDICAL, INC. d/b/a/ VITALS.COM_____

CASE NO.:  ___11-CV-00520-PAB-BNB _____

EXHIBIT LIST OF:  ____MDx Medical, Inc. d/b/a Vitals.com, Defendant_____
                         (Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A | | Exhibit A to Joint Claim Construction and Prehearing Statement – Terms Proposed for Construction and Proposed Constructions (Dkt. # 56-1) | | | | | |
| B | | Exhibit B to Joint Claim Construction and Prehearing Statement – MDx Medical, Inc.'s Dictionary Definitions Extrinsic Evidence (Dkt. # 56-2) | | | | | |
| C | | Exhibit A to Health Grades' Claim Construction Brief and Evidence – U.S. Patent No. 7,752,060 B2 (Dkt. # 79-1) | | | | | |
| D | | Exhibit B to Health Grades' Claim Construction Brief and Evidence – Defendant MDx Medical, Inc.'s Objections and Responses to Plaintiff's First Set of Interrogatories (Dkt. # 79-2) | | | | | |
| E | | Exhibit C to Health Grades' Claim Construction Brief and Evidence – U.S. Patent Application Publication No. 2003/0195838 A1  (Dkt. # 79-3) | | | | | |
| F | | Exhibit D to Health Grades' Claim Construction Brief and Evidence – File History for U.S. Patent No. 7,752,060 B2 (Dkt. # 79-4) | | | | | |
| G | | Exhibit D (continued) to Health Grades' Claim Construction Brief and Evidence (Dkt. # 79-5) | | | | | |
| H | | (Restricted Document Level 1) Exhibit A to MDx Medical, Inc.'s Motion to Supplement Its Claim Construction Response and Evidence – Draft Transcript of Deposition of David Hicks (Dkt. # 113) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| I | | (Restricted Document Level 2) Exhibit B to MDx Medical, Inc.'s Motion to Supplement Its Claim Construction Response and Evidence– Draft Transcript of Deposition of Scott Montroy (Dkt. # 114) | | | | | |
| J | | Exhibit C to MDx Medical, Inc.'s Motion to Supplement Its Claim Construction Response and Evidence – Health Grades physician profile (Dkt. # 112-1) | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |