EXHIBIT LIST

CASE NO. 11-CV-00520-PAB-BNB                     PLAINTIFF'S LIST __X__

CASE CAPTION:  HEALTH GRADES, INC. v. MDX MEDICAL, INC. d/b/a VITALS.COM          PAGE 1     January 19, 2012

| EXHIBIT NO. | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | REC'D | REF | RUL RSVD | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| 1 | N/A | 7752060.tif | | | | | | | |
| 2 | N/A | 060 file history.tif | | | | | | | |
| 3 | N/A | Henley Prior Art ([79-C] Exhibit C to BRIEF Health Grades, Inc._s Claim.tif) | | | | | | | |
| 4 | N/A | MDx Screen Shots (2011 07 01 - Rule 3 1(c) Disclosure - EXHIBIT C PDF (00944170).tif) | | | | | | | |
| 5 | N/A | PPT slides | | | | | | | |
| 6 | N/A | Scheduling Order | | | | | | | |
| 7 | N/A | Letter re Proposed Terms for Construction 9-13-11 (00971832).tif | | | | | | | |
| 8 | N/A | Joint Claim Constuction and Prehearing Statement [56] (00987903).tif | | | | | | | |
| 9 | N/A | MDx's Disclosure of Proposed Terms for Construction.tif | | | | | | | |
| 10 | N/A | Joint Claim Construction Chart [56-1] (00987904).tif | | | | | | | |
| 11 | N/A | [79] BRIEF Health Grades, Inc._s Claim Construction Brief.tif | | | | | | | |
| 12 | N/A | Joint Claim Construction Exhibit B [56-2] (00987906).tif | | | | | | | |
| 13 | N/A | [79-A] Exhibit A to BRIEF Health Grades, Inc._s Claim.tif | | | | | | | |
| 14 | N/A | [709-B] Exhibit B to BRIEF Health Grades, Inc._s Claim.tif | | | | | | | |
| 15 | N/A | [79-D] Exhibit D to BRIEF Health Grades, Inc._s Claim.tif | | | | | | | |

EXHIBIT LIST

CASE NO. 11-CV-00520-PAB-BNB                              PLAINTIFF'S LIST __X__

CASE CAPTION:  HEALTH GRADES, INC. v. MDX MEDICAL, INC. d/b/a VITALS.COM          PAGE 2     January 19, 2012

| EXHIBIT NO. | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | REC'D | REF | RUL RSVD | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| 15a | N/A | [79-D (2)] Exhibit D (part 2) to BRIEF Health Grades, Inc._s.tif | | | | | | | |
| 16 | N/A | [93] BRIEF re [79] Brief MDx Medical, Inc._s Claim Construction Response and Evidence by Counter Cla.tif | | | | | | | |
| 17 | N/A | Health Grades, Inc._s Claim Construction Reply and Evidence.tif | | | | | | | |
| 18 | N/A | MDx Objections and Responses to HG First Set of Interrogatories (4).tif | | | | | | | |
| 19 | N/A | vocabular com family=creating.tif | | | | | | | |
| 20 | N/A | vocabulary com rating.tif | | | | | | | |
| 21 | N/A | Webopedia report.tif | | | | | | | |
| 22 | N/A | Webster compile.tif | | | | | | | |
| 23 | N/A | Yahoo compile.tif | | | | | | | |
| 24 | N/A | Crystal Semiconductor Corp. v. Tritech Microelectronics Int'l | | | | | | | |
| 25 | N/A | City of Aurora v. PS Sys., Inc | | | | | | | |
| 26 | N/A | Free Motion Fitness, Inc. v. Cybex Int'l | | | | | | | |
| 27 | N/A | Baldwin Graphic Sys., Inc. v. Siebert, Inc | | | | | | | |
| 28 | N/A | Gillette Co. v. Energizer Holdings, Inc | | | | | | | |
| 29 | N/A | 3M Innovative Props. CO. v. Avery Dennison Corp | | | | | | | |
| 30 | N/A | 02 Micro Int'Z Ltd. V. Beyond Innovation Tech | | | | | | | |
| 31 | N/A | Vivid Technologies, Inc. v. Am. Science and Eng | | | | | | | |
| 32 | N/A | Nat'l Oilwell Varco, L.P. v. Auto-Dril | | | | | | | |

EXHIBIT LIST

CASE NO. 11-CV-00520-PAB-BNB                                    PLAINTIFF'S LIST __X__

CASE CAPTION:  HEALTH GRADES, INC. v. MDX MEDICAL, INC. d/b/a VITALS.COM          PAGE 3    January 19, 2012

| EXHIBIT NO. | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | REC'D | REF | RUL RSVD | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|