# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks        Date: January 19, 2012
Court Reporter: Janet Coppock                Time: 2 hours and 17 minutes

**CASE NO.  11-cv-00520-PAB-BNB**

<u>Parties</u>                                  <u>Counsel</u>

**HEALTH GRADES, INC.,**                     Jesus Vazquez
                                             Kris Kostolansky

         Plaintiff (s),

vs.

**MDX MEDICAL, INC.,**                       Scott Stimpson
                                             David Lee
         Defendant (s).                      Jeffrey Wasserman


## MARKMAN HEARING

**8:35 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Comments by Mr. Stimpson in support of defendant's Motion to Supplement and in response to the Court's questions.

**ORDERED:** Defendant's Motion to Supplement Its Claim Construction Response and Evidence (Doc #112), filed 1/17/12 is **DENIED**.

Page Two
11-cv-00520-PAB-BNB
January 19, 2012

**ORDERED:**  Plaintiff's **exhibits 1 through 31** (inclusive) offered and ADMITTED.

**ORDERED:**  Defendant's **exhibits A though H** (inclusive) offered and ADMITTED.

Court will hear argument term by term.

**First healthcare provider**

**Healthcare provider report on the first healthcare provider**

**8:40 a.m.**     Argument by Mr. Vazquez.

**9:07 a.m.**     Argument by Mr. Stimpson.

**Comparison ratings of healthcare providers**

**9:22 a.m.**     Argument by Mr. Vazquez.

**9:29 a.m.**     Argument by Mr. Stimpson.

**9:38 a.m.**     Further argument by Mr. Vazquez.

**Healthcare provider-verified information**

**9:43 a.m.**     Argument by Mr. Vazquez.

**9:52 a.m.**     Argument by Mr. Stimpson.

**9:57 a.m.**     Further argument by Mr. Vazquez.

**10:02 a.m.**    Further argument by Mr. Stimpson.

**10:05 a.m.    COURT IN RECESS**

**10:21 a.m.    COURT IN SESSION**

**Hyperlink to an affiliated hospital, medical center, or other type of treatment center**

**10:42 a.m.**    Argument by Mr. Vazquez.

**10:43 a.m.**    Argument by Mr. Stimpson.

Page Three
11-cv-00520-PAB-BNB
January 19, 2012

**The results list further includes an advertisement**

**10:43 a.m.**     Argument by Mr. Stimpson.

**10:44 a.m.**     Argument by Mr. Vazquez.

**Received from the first healthcare provider**

**10:47 a.m.**     Argument by Mr. Vazquez.

**10:51 a.m.**     Argument by Mr. Stimpson.

**Member of the company managing the website /member healthcare provider**

**10:52 a.m.**     Argument by Mr. Stimpson.

**10:54 a.m.**     Argument by Mr. Vazquez.

**Compiling / compile**

**10:56 a.m.**     Argument by Mr. Vazquez.

**11:04 a.m.**     Argument by Mr. Stimpson.

**Verified by an independent third-party source**

**11:05 a.m.**      Argument by Mr. Stimpson.

**11:06 a.m.**     Argument by Mr. Vazquez.

**ORDERED:**  Written order shall issue.

**11:08 a.m    COURT IN RECESS**

**Total in court time:**         137 minutes

**Hearing concluded**