IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8**

Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), by its undersigned counsel, pursuant to D.C.Colo.LCivR 6.1(C) and (D), D.C.Colo.LCivR 7.1, respectfully submits its Unopposed Motion for Extension of Time to Serve Supplemental Response to Interrogatory No. 8, and states in support:

Conferral pursuant to D.C.Colo.LCivR 7.1(A)

Undersigned counsel conferred with counsel for MDx Medical, Inc. ("MDx") regarding the relief requested herein and is authorized to state that MDx does not oppose the brief extension requested by Health Grades herein.

Unopposed Motion

1.    In accordance with the Court's Order dated December 28, 2011 [104], Health Grades' Supplemental Response to MDx's Interrogatory No. 8 is due by January 23, 2012.

2.    Health Grades ordered the transcript of the hearing held on December 21, 2011, during which the Court discussed the information that should be included in Health Grades'

2003527247_1

supplemental response to MDx's Interrogatory No. 8.  However, the transcribing service transcribed the wrong hearing and requires until January 25 to complete the correct transcript.  Thus, Health Grades respectfully requests the Court grant it through January 26, 2012, to complete and serve its supplemental response to Interrogatory No. 8.  The additional three days will allow it to adequately review the transcript and to thus ensure the Court's directives with respect to Interrogatory No. 8 are followed.

3. MDx does not oppose the requested extension, and will not be prejudiced thereby.

4. Health Grades has not previously requested an extension for its supplemental response.  A copy of this motion will be simultaneously served on Health Grades by undersigned counsel.

5. Thus, for good cause shown as discussed above, Health Grades respectfully requests the Court to allow Health Grades through January 26, 2012, to serve its Supplemental Response to MDx's Interrogatory No. 8.

WHEREFORE, Health Grades respectfully requests that the Court grant its motion and allow Health Grades through January 26, 2012, to serve its Supplemental Response to MDx's Interrogatory No. 8.

Respectfully submitted this 23rd day of January, 2012.

                                                ROTHGERBER JOHNSON & LYONS LLP

                                                *s/ Jesús M. Vazquez*
                                                Kris J. Kostolansky, Esq.
                                                Jesús M. Vázquez, Jr., Esq.
                                                Jeffrey D. Phipps, Esq.
                                                1200 17th Street, Suite 3000
                                                Denver, Colorado 80202
                                                Tel: (303) 623-9000
                                                Fax: (303) 623-9222
                                                Email: kkostolansky@rothgerber.com
                                                            jvazquez@rothgerber.com
                                                            jphipps@rothgerber.com

                                                *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2012, I electronically filed the foregoing **Unopposed Motion for Extension of Time to Serve Supplemental Response to Interrogatory No. 8** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Chunyi Lee
Sills Cummis & Gross P.C. – New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: dlee@sillscummis.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: lampley@wtotrial.com

Mark Jon Rosenberg
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: mrosenberg@sillscummis.com

Scott David Stimpson
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: sstimpson@sillscummis.com

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email:  kkostolansky@rothgerber.com
            jvazquez@rothgerber.com
            jphipps@rothgerber.com
*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*