**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S NOTICE OF SUPPLEMENTAL SUBMISSION
TO ITS MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned attorneys, submits this Notice of Supplemental Submission to Its Motion for Leave to Amend Invalidity Contentions ("Notice").

On December 21, 2011, MDx filed a Motion for Leave to Amend Invalidity Contentions (dkt. # 97, the "Motion"), to an including today, January 23, 2012. A hearing is scheduled for January 25 (dkt. # 109), and there has been no ruling.

For the Court's consideration, the proposed supplement at this time, provided in a redlined format, is attached as Exhibit A. All new citations are to documents produced in December, 2011 and January, 2012 (all produced after the MDx motion to compel (dkt. # 65) was filed), and to inventor deposition testimony taken in January of 2012. Some discovery is still outstanding, including a scheduled 30(b)(6) deposition on this Health Grades prior art, and based on the recent testimony of named inventor Mr. Montroy, MDx believes important

1

documents on this prior art are still not produced. Accordingly, MDx expects that it will need to further supplement after all the relevant discovery is produced.

Health Grades has designated its prior art document production as "attorneys' eyes only" and so this supplement is filed under D.C.COLO.LCivR 7.2(D) as Restricted Document – Level 1, in case Health Grades wishes to file a motion to restrict access.

Dated:  January 23, 2012                                   Respectfully submitted,


                                                           *s:/Scott D. Stimpson*
                                                           Scott D. Stimpson
                                                           Scott B. Murray
                                                           David C. Lee
                                                           Sills Cummis & Gross P.C.
                                                           30 Rockefeller Plaza
                                                           New York, New York 10112
                                                           Tel: (212) 643-7000
                                                           Fax: (212) 643-6500
                                                           E-mail: sstimpson@sillscummis.com
                                                           E-mail: dlee@sillscummis.com

                                                           and

                                                           Terence Ridley, Atty. No. 15212
                                                           Ramona Lampley, Atty. No. 37288
                                                           Wheeler Trigg O'Donnell LLP
                                                           1801 California Street, Suite 3600
                                                           Denver, Colorado 80202
                                                           Tel:  (303) 244-1800
                                                           Fax:   (303) 244-1879
                                                           E-mail: ridley@wtotrial.com
                                                           E-mail: lampley@wtotrial.com

                                                           *Attorneys for Defendant*
                                                           MDx Medical, Inc. d/b/a VITALS.COM

2

CERTIFICATE OF SERVICE

I hereby certify that on <u>January 23, 2012</u>, I electronically filed the foregoing MDX MEDICAL, INC.'S NOTICE OF SUPPLEMENTAL SUBMISSION TO ITS MOTION FOR LEAVE TO SUPPLEMENT ITS INVALIDITY CONTENTIONS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott Butler Murray**
  smurray@sillscummis.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com

<u>                    s:/David C. Lee                    </u>

3