IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Extension of Time to Serve Supplemental Response to Interrogatory No. 8** [docket no. 121, filed January 23, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff has to and including **January 26, 2012**, in which to serve it's supplemental response to defendant's Interrogatory no. 8.

DATED:  January 24, 2012