# Vazquez, Jesus

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Friday, January 06, 2012 12:20 PM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | Scott Murray; David C. Lee |
| **Subject:** | Redactions and missing pages in documents produced by MDx |
| **Attachments:** | MDX Pages with Redacted Info.pdf |

Scott,

Some time ago I wrote you regarding our concern that we were not finding complete revenue information for MDx in the documents produced by MDx. You responded that you had provided complete financial statements and that we should review the MDx production more closely.

We have reviewed the MDx production. In addition to numerous unexplained redactions, there are many pages missing from the financial statements. Curiously, the bates numbers are sequential even though pages are missing.

We do not understand why any pages were pulled, and why any information was redacted, given that all of the documents are designated "attorney's eyes only."

The Audited Financial Statements for the years ended December 31, 2010 and 2009, MDX 0012537 - MDX 0012554, are missing the balance sheets, statements of operations and cash flow statements. The statements of operations within the Audited Financial Statements for the years ended May 31, 2009 and 2008, MDX 0012555- MDX 0012572, have revenue information that has been redacted, and only shows advertising revenue. See MDX 0012559. Similarly, the Profit & Loss statements for January through December, 2009, MDX 0012573 - MDX 0012687, have been heavily redacted. In short, these documents do not provide all of the information requested by Health Grades in its discovery requests. This information is critical for Health Grades to prepare its expert damages report.

Attached to this email is a list of MDX pages with redacted information. We cannot see how any of this information could possibly be privileged. Please provide us with un-redacted pages by Monday. Otherwise we will have to include this issue in the motion to compel we have advised you that we are preparing to file.

Thanks, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com


EXHIBIT 8

1/24/2012

**Bates Ranges with Redacted Info**

MDX0012559
MDX0012574-12577
MDX0012628
MDX0012631-12634
MDX0012687
MDX0012691-12694
MDX0012720-12721
MDX0012731
MDX0012760-12763
MDX0012789-12790
MDX0012802
MDX0012828-12831
MDX0012856-12861
MDX0012870
MDX0012878-12879
MDX0012886
MDX0012900-12902
MDX0012904-12905
MDX0012907
MDX0012913
MDX0012919-12920
MDX0012926
MDX0012933-12934
MDX0012939-12942
MDX0012966-12971
MDX0012983
MDX0012985
MDX0012994-12995
MDX0013002
MDX0013004
MDX0013020-13022
MDX0013024-13026
MDX0013028
MDX0013036
MDX0013043
MDX0013045
MDX0013061-13064
MDX0013065-13067
MDX0013069
MDX0013077
MDX0013084
MDX0013086
MDX0013102-13104
MDX0013106-13108
MDX0013110

**Bates Ranges with Redacted Info**
MDX0013124-13127
MDX0013153-13154
MDX0013164
MDX0013191
MDX0013193-13194
MDX0013196
MDX0013198-13199
MDX0013230-13231
MDX0013233
MDX0013235
MDX0013238
MDX0013255
MDX0013292