**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**PROPOSED ORDER**

This matter is before the Court on the **Health Grade, Inc.'s Motion to Compel Discovery and For An Award Of Fees And Costs Pursuant To Rules 37(A)(3)(B) And 37(A)(5) of the Federal Rules of Civil Procedure** [docket no. ___, filed ___] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant has to and including _____, in which to:

(1)  Supplement its invalidity contentions to:

(a) specifically identify, by Bates number, which specific documents it is relying for each of the following disclosed prior art references:  the HG Report prior art, the GeoAccess prior art, the Subimo prior art, the HealthScope prior art, and RateMDS prior art;

(b) provide specific pages cites, using Bates numbers, to show "where specifically in each alleged item of prior art each element of each asserted claim is found."

(c) specifically identify a reasonable number of combinations of prior art for each asserted claim.

(2) Supplement its response to Health Grades' Interrogatory No. 2 to provide the specificity requested in Mr. Vázquez's e-mail dated 1/17/2012 (attached hereto).

(3) Produce documents responsive to Document Request Nos. 2(e), (f), (h), and (p), which include a demonstration version of the accused software/websites (or log-in credentials for an on-line demonstration system) that are sufficient to allow Health Grades to understand the structure, function, operation of these products.

2003529268_1

**EXHIBIT 9**

      (4)      Produce documents responsive to Document Request Nos. 4(a), (b), and (k), which include un-redacted and complete financial statements showing all revenues, profits, and costs associated with the accused products.

      (5)      Provide a complete and non-evasive response to Interrogatory No. 14.

Dated: _____    By: _____