IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  11-cv-00520-PAB-BNB | Date: January 25, 2012 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| HEALTH GRADES, INC., | Jesus Vazquez, Jr. |
| | Kris Kostolansky |
| Plaintiff(s), | |
| v. | |
| MDX MEDICAL, INC., | Scott Stimpson |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:       10:00 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   MDX Medical, Inc.'s motion for leave to amend invalidity contentions [Doc. #97; filed 12/21/11] is granted in part and denied in part.**

Court in Recess:       10:06 a.m.      Hearing concluded.     Total time in Court: 00:06

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.