IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

**ORDER**
_____

This matter arises on **MDx Medical, Inc.'s Motion for Leave to Amend Invalidity Contentions** [Doc. # 97, filed 12/21/2011] (the "Motion"). I held a hearing on the Motion this morning, at which time the parties informed me that they have reached an agreement on the matters in dispute. Consistent with the parties' agreement,

IT IS ORDERED:

(1)     The Motion [Doc. # 97] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to allow the supplementation as specified in MDX Medical, Inc.'s Second Supplemental Invalidity Contentions [etc.] [Doc. # 122-1]; and

• DENIED without prejudice insofar as MDX seeks leave to make future, additional, and unspecified amendments.

Dated January 25, 2012.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge