IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Health Grade, Inc.'s Motion to Compel Discovery and for an Award of Fees and Costs Pursuant to Local Patent Rule 3-3 and Rules 37(a)(3)(B) and 37(a)(5) of the Federal Rules of Civil Procedure** [docket no. 126, filed January 24, 2012] (the "Motion").

    IT IS ORDERED that the defendant shall respond to the Motion on or before **February 8, 2012**.  Plaintiff has ten (10) days after the filing of the response to file a reply.


DATED:  January 25, 2012