IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**PARTIES' JOINT AND AGREED-TO MOTION TO MODIFY SCHEDULING ORDER TO EXTEND FACT DISCOVERY CUT-OFF, EXPERT REPORTS DEADLINES, EXPERT DISCOVERY CUT-OFF AND DISPOSITIVE MOTIONS DEADLINE**

Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), and Defendant and Counterclaimant MDx Medical, Inc. d/b/a Vitals.com ("MDx")(collectively, the "Parties"), by their respective undersigned counsel, pursuant to D.C.Colo.LCivR 6.1(C) and (D), D.C.Colo.LCivR 7.1, and Sections 12 and 13 of the Scheduling Order in this case, respectfully submits their Joint and Agreed-To Motion to Modify Scheduling Order to Extend Fact Discovery Cut-Off, Expert Reports Deadlines, Expert Discovery Cut-Off, and Dispositive Motions Deadline, and state in support:

<u>Conferral pursuant to D.C.Colo.LCivR 7.1(A)</u>

Undersigned counsel have conferred with each other regarding the relief requested herein and have agreed to the modifications to the Scheduling Order requested herein.

3404020_1

## Joint and Agreed-To Motion

1.	Pursuant to the Court's Order dated December 12, 2011 [Dkt. 90], the case schedule was modified as follows:

Discovery Cut-Off:

    Fact:	February 16, 2012

    Expert:	April 30, 2012

Expert Disclosures:

(a)	The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 16, 2012

(b)	The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 16, 2012

2.	In accordance with Section 9 of the Scheduling Order in this case [Dkt. 34], the deadline to file dispositive motions is April 30, 2012.

3.	The Parties have conferred and have agreed that in light of the necessity to review voluminous documents and files produced in the case before taking the depositions that remain to be taken, good cause exists for a thirty-day extension to the foregoing deadlines.

4.	On January 23, 2012, MDx completed its production of ESI search results pursuant to Health Grades' keyword search requests. The production exceeds 56,000 pages of documents. Health Grades needs time to adequately review this production before taking the

depositions of MDx employees Mitch Rothschild, Erika Boyer, Larry West and Jeff Cutler, and before taking the Rule 30(b)(6) deposition of MDX.

5.   MDx recently took the deposition of Scott Montroy, an ex-Health Grades employee and co-inventor of the patent-in-suit. During his deposition, Mr. Montroy described certain documents and MDx has requested that Health Grades search for and produce the documents before MDx takes the depositions of Health Grades employees Allen Dodge, John Neal and Brian Blackman, as well as the Rule 30(b)(6) deposition of Health Grades. Health Grades needs adequate time to address MDx's request and MDx will need time to review any additional documents produced as a consequence of its request before it completes its depositions.

6.   The Parties therefore request that the deadlines set forth in paragraphs 1 and 2 above be modified as follows:

> Fact discovery cut-off:  March 16, 2012
>
> Expert discovery cut-off: May 30, 2012.
>
> Expert designations and all information specified in Fed. R. Civ. P. 26(a)(2) by March 16, 2012.
>
> Rebuttal expert designations and all information specified in Fed. R. Civ. P. 26(a)(2) by April 16, 2012.
>
> Dispositive motions deadline:  May 30, 2012.

7.   The foregoing modified deadlines are in advance of the final pretrial conference scheduled on June 14, 2012, at 8:30 a.m. and will not impact the final pretrial conference or the scheduling of a trial in this case.

8.   The parties have agreed that the foregoing extensions are to complete the document review and depositions listed above, and that no other written discovery or depositions will be allowed absent a showing of good cause.

9.   The Parties have once previously requested that these deadlines be modified. A copy of this motion will be simultaneously served on Health Grades and MDx by their respective undersigned counsel.

WHEREFORE, for good cause shown, the Parties respectfully request that the Court grant their motion and modify the deadlines as set forth in paragraph 6 above, and that the Court amend the Scheduling Order accordingly.

Respectfully submitted this 31st day of January, 2012.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email:  kkostolansky@rothgerber.com
            jvazquez@rothgerber.com
            jphipps@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

SILLS CUMMIS & GROSS P.C.

*s/ Scott David Stimpson*
Scott David Stimpson
David Chunyi Lee
Scott Murray

One Rockefeller Plaza, 25th Floor
New York, NY 10020
Tel: (212) 500-1550
Fax: (212) 643-6500
Email: sstimpson@sillscummis.com
   dlee@sillscummis.com
   smurray@sillscummis.com

*Attorneys for Defendant/Counterclaimant MDx Medical, Inc. d/b/a Vitals.com.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2012, I electronically filed the foregoing **PARTIES' JOINT AND AGREED-TO MOTION TO MODIFY SCHEDULING ORDER AND TO EXTEND FACT DISCOVERY CUT-OFF, EXPERT REPORTS DEADLINES, EXPERT DISCOVERY CUT-OFF AND DISPOSITIVE MOTIONS DEADLINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Chunyi Lee
Sills Cummis & Gross P.C. – New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: dlee@sillscummis.com

Scott Murray
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: lampley@wtotrial.com

Scott David Stimpson
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: sstimpson@sillscummis.com

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email:  kkostolansky@rothgerber.com
         jvazquez@rothgerber.com
         jphipps@rothgerber.com
*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*