IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Parties' Joint and Agreed-to Motion to Modify Scheduling Order to Extend Fact Discovery Cut-Off, Expert Reports Deadlines, Expert Discovery Cut-Off and Dispositive Motions Deadline** [docket no. 132, filed January 31, 2012] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED, and the case schedule is modified as follows:

| | |
|---|---|
| Fact Discovery Cut-off: | **March 16, 2012** |
| Expert Discovery Cut-off: | **May 30, 2012** |

  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 16, 2012**

  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 16, 2012**

| | |
|---|---|
| Dispositive Motion Deadline: | **May 30, 2012** |

  IT IS FURTHER ORDERED that the Pretrial Conference set for June 14, 2012, is **vacated and reset to July 31, 2012, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or

before **July 24, 2012**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.

DATED:  February 1, 2012