# EXHIBIT 2

JEFFREY LAPOINTE - 12/15/2011

Page 122

1  a tab, that says, "HealthGrades Financials." Is
2  that a tab from your file?
3   A    Yes.
4   Q    You created that tab?
5   A    I believe so.
6   Q    Okay. Did you create the contents of
7  Deposition Exhibit LP9, Mr. LaPointe?
8   A    When you say "create," do you mean did
9  I gather or actually write it?
10  Q    Well, let's just take both of those.
11 I understand why you would ask that, though.
12       Did you gather it?
13  A    Yes.
14  Q    Did you write it?
15  A    No.
16  Q    So, you didn't -- for example, on
17 UCHC55, you did not write that in this information?
18  A    I don't believe so.
19  Q    Do you recall where you gathered it
20 from?
21  A    It appears Yahoo Finance.
22  Q    Why did you gather this information?
23  A    As part of our market research.
24  Q    And why is this type of financial
25 information important to the market research you

Page 123

1  were doing?
2   A    The business needs to make money, and
3  we needed to determine what competitors were -- how
4  they were performing financially at the time.
5   Q    This information, at least on UCAC55,
6  was gathered in 2004; is that correct?
7   A    It appears so, yes.
8   Q    Do you recall actually going to Yahoo
9  Finance and pulling this information, Mr. LaPointe?
10  A    I don't recall the specific, you know,
11 time or day of doing it, but I know this was from
12 me.
13  Q    From you?
14  A    Yes.
15  Q    Okay. And I know you say you don't
16 recall the specific time or day, but it was a part
17 of the 2004 research you were doing?
18  A    Yes, it was.
19  Q    Okay. Do you recall what you took
20 from this information in terms of what impressions
21 you had that were relevant to the research you were
22 doing, if anything?
23  A    Not specifically. An idea of cost
24 structure of a company.
25  Q    The idea of cost structure?

Page 124

1   A    An idea of what the cost structure of
2  a business like this might be.
3       (Whereupon, LaPointe Exhibit 10 was
4       received and marked for Identification.)
5  BY MR. VAZQUEZ:
6   Q    And, Mr. LaPointe, we've handed you
7  what's been marked as Deposition Exhibit LP10. And
8  I need to ask you some questions in which it would
9  be good for you to have both LP10 and LP3 in front
10 of you.
11       And what is Deposition Exhibit LP10,
12 Mr. LaPointe?
13  A    It appears to be a HealthGrades
14 Physician Quality Report from September of 2004.
15  Q    And do you recall if you were the
16 person who pulled this report in September 2004?
17  A    I don't believe I was.
18  Q    And do you know who did?
19  A    It was probably Mark.
20  Q    Yet, the copy of this report ended up
21 in your binder, right?
22  A    Yes.
23  Q    So, is it fair to assume that Mark
24 Donnelly gave this to you?
25  A    Yes.

Page 125

1   Q    So, you, yourself, did not get onto
2  the HealthGrades' website on September 15, 2004,
3  which appears to be the date of this report; is that
4  correct?
5       MR. MURRAY: Objection to form.
6  BY MR. VAZQUEZ:
7   Q    Did you get on the website on
8  September 15 and pull this report, September 15,
9  2004?
10  A    I don't believe so.
11  Q    So, can you look, then, at page 4 of
12 LP3, and the second paragraph says, "Public use of
13 www.healthgrades.com website (HG report prior art),
14 dates of public use:  9/15/04 and 10/10/04, identity
15 of person making the use:  Jeff LaPointe."
16       You agree that that's what this says,
17 right?
18  A    Yes.
19  Q    But I think you just testified that
20 you weren't the one who actually pulled this report
21 on September 15, 2004; is that correct?
22  A    That is correct.
23  Q    Why is it that you believe that you
24 didn't -- you're not the person who pulled this on
25 September 15, 2004?

JEFFREY LAPOINTE - 12/15/2011

Page 126

1  A   Well, it's not my doctor, and I was
2  broke at the time.
3  Q   All right.
4  A   And it wasn't free.
5  Q   You were working for free?
6  A   Yes.
7  Q   So, are you familiar with this report?
8  A   What do you mean by "familiar"?
9  Q   Do you know the type of information
10 that it contains, as you sit here today?
11 A   More or less, roughly.
12 Q   Is that as a consequence of preparing
13 for your deposition?
14 A   No.
15 Q   So, how is it that you're more or less
16 familiar with it?
17 A   It's been my life for the last seven
18 years.
19 Q   So, have you looked at this document
20 at different times over the last seven years?
21 A   Yes. It was included in my binder.
22 Q   So, when those materials were created
23 in '04, are you saying that since then you go back
24 to those materials and look at them often?
25 A   Not lately.

Page 127

1  Q   When do you think was the last time?
2  A   I don't recall.
3  Q   All right.
4  A   I did more so at the inception of the
5  company.
6  Q   More so at the inception?
7  A   Beginning, yes.
8  Q   Sure. Okay.
9      Well, do you know if this report
10 includes information that could be verified or
11 edited by a physician?
12 A   I would assume so.
13 Q   You would assume so? Okay.
14 A   From my experience, yes.
15 Q   Okay. I'm not sure I understand that
16 response.
17     Why is it that you assume that this
18 report allows or includes information that is
19 verified or edited by a physician, from your
20 experience?
21     MR. MURRAY: I'll object to form. I
22 don't believe that was your first question.
23 But you can answer it.
24     THE WITNESS: Physicians get very
25 upset from time to time if there's incorrect

Page 128

1  information. And if you do not have some way
2  to edit or update information on a site,
3  especially a massive site of this size, which
4  is likely to have significant amounts of
5  incorrect information or out-of-date
6  information, you will get continual threats of
7  lawsuits and very upset doctors, and they are
8  constantly contacting to have their information
9  updated.
10 BY MR. VAZQUEZ:
11 Q   Okay. What within this report can you
12 point out to me that allows your -- or supports your
13 belief that it includes information that can be
14 verified or edited by physicians?
15     MR. MURRAY: Objection to form. You
16 can answer.
17     THE WITNESS: Just the fact that this
18 type of information is available to the public
19 domain.
20 BY MR. VAZQUEZ:
21 Q   So, nothing specific within the report
22 itself?
23 A   No, just the type of information that
24 it contains.
25 Q   Do you know if this report includes

Page 129

1  medical philosophy?
2      MR. MURRAY: Objection to form.
3      THE WITNESS: I'm sorry, what do you
4  mean by that?
5  BY MR. VAZQUEZ:
6  Q   The physician's medical philosophy.
7  A   To some degree, yes.
8  Q   Please tell me where you see that in
9  the report to some degree?
10 A   The fact that he's an M.D. would
11 indicate that he prefers a particular type of
12 medicine as compared to a DO. They have different
13 philosophical beliefs in medicine.
14 Q   What is that difference? Can you
15 explain what you mean by that?
16 A   DOs are typically more of a natural or
17 diagnostic -- diagnostician, tend to not use
18 medicines as a first -- or medications as a first
19 choice in how to treat something. DOs approach
20 medicine from a very different approach than an M.D.
21 Q   What does DO stand for?
22 A   Doctor of osteopathic medicine.
23 Q   Okay. So, if I hear you correctly,
24 you're saying that MDs have a different philosophy
25 from DOs?

33 (Pages 126 to 129)

JEFFREY LAPOINTE - 12/15/2011

Page 138

1   five-minute break.
2           THE VIDEOGRAPHER: This will end
3   tape 2 in the deposition of Jeff LaPointe. The
4   time is 2:47 p.m. We're off the record.
5           (Whereupon, a short break was taken.)
6           THE VIDEOGRAPHER: This is the start
7   of tape 3 in the deposition of Jeff LaPointe.
8   The time is 3:11 p.m. We're on the record.
9   BY MR. VAZQUEZ:
10      Q    Okay. Mr. LaPointe, continuing, just
11  quickly, is there anything you wish to amend or
12  supplement from your previous responses?
13      A    I don't think so.
14           MR. VAZQUEZ: I need to go off the
15  record real quick.
16           THE VIDEOGRAPHER: The time is
17  3:11 p.m. We're off the record.
18           (Whereupon, a discussion was held off
19  the record.)
20           THE VIDEOGRAPHER: The time is
21  3:12 p.m. We're back on the record.
22           (Whereupon, LaPointe Exhibit 11 was
23  received and marked for Identification.)
24  BY MR. VAZQUEZ:
25      Q    Mr. LaPointe, I'm handing you what's

Page 139

1   been marked as Deposition Exhibit LP11. And this
2   was within the binder that we received from you or
3   through your counsel.
4           What is this?
5       A    A printout of the HealthGrades'
6   website home page from October 19th, 2004.
7       Q    And were you the person who printed
8   this out?
9       A    Most likely, yes.
10      Q    Do you know whether other people were
11  on the HealthGrades' website on October 19, 2004?
12      A    I would assume thousands.
13           MR. MURRAY: Objection to form.
14  BY MR. VAZQUEZ:
15      Q    I'm sorry? That's smart, okay.
16           Well, what about any people within
17  UCompare?
18      A    I can't say for sure, but I would
19  assume that it's a good possibility.
20      Q    Well, do you recall your testimony
21  earlier about LP10, where it appears that even
22  though LP3 says that you were the person making the
23  use of the website, you said that you didn't recall
24  that you were the one doing that on
25  September 15, 2004, right?

Page 140

1           MR. MURRAY: Objection to form.
2           THE WITNESS: I'm sorry, you're
3   referring to the physician report?
4   BY MR. VAZQUEZ:
5       Q    Yes, the Physician Quality Report
6   dated September 15, 2004, that we were talking about
7   earlier.
8       A    I didn't purchase the report.
9       Q    Right.
10           So, you were not the person making the
11  use of the website on that date, is what I thought
12  your testimony was. You didn't think it was you;
13  that it was probably Mark Donnelly. Would that be
14  accurate?
15           MR. MURRAY: Objection to form.
16           THE WITNESS: For that purpose, I did
17  not purchase the report. I probably was on the
18  site that day.
19  BY MR. VAZQUEZ:
20      Q    Probably was? So, are you speculating
21  or are you not sure or...
22      A    Based upon the dates from the rest of
23  this and the close timeframe and the amount of time
24  I spent on it, on this project specifically, there's
25  a good chance that I likely had visited their site

Page 141

1   on that day.
2       Q    Is this -- don't tell me what you
3   discussed, but did you guys talk about this during
4   the last break?
5       A    I'm sorry?
6       Q    Did you just talk about this issue
7   over the last break with your counsel? Don't tell
8   me what you discussed; just tell me whether
9   you discussed it.
10      A    This issue that you're just talking
11  about?
12      Q    What you just said about
13  September 15, 2004.
14      A    No.
15      Q    So, on October 19, 2004, you think you
16  were the one who was on the website, right?
17  "Probably," I think you said?
18      A    Yes, I probably was on there.
19      Q    Are there any other documents, other
20  than this particular within here, UCAC79, that show
21  use of the HealthGrades' website on October 19,
22  2004?
23           MR. MURRAY: Objection to form.
24           THE WITNESS: I don't know. It would
25  have to -- well, I don't know. I don't know

36 (Pages 138 to 141)

JEFFREY LAPOINTE - 12/15/2011

Page 142

1  the dates on all the documents.
2  BY MR. VAZQUEZ:
3  Q    If such documents existed, would they
4  be within your binder?
5  A    I can't say for sure.
6  Q    If not, where would they be?
7  A    I have no idea.
8  Q    Okay.
9       (Whereupon, LaPointe Exhibit 12 was
10      received and marked for Identification.)
11 BY MR. VAZQUEZ:
12 Q    Mr. LaPointe, you've been handed
13 what's been marked as Deposition Exhibit LP12.
14      And what is this document?
15 A    It appears a search results page from
16 HealthGrades printed out on October 19th of 2004.
17 Q    Were you the one who printed this out?
18 A    I believe so.
19 Q    And did you actually get this -- well,
20 strike that.
21      You notice it says -- it refers to a
22 Physician Comparison Report?
23 A    Yes.
24 Q    And you see that there's a link or
25 button that says "Get Report" within the box in the

Page 143

1  middle of the document?
2  A    Yes.
3  Q    So, my question is, did you actually
4  get the Physician Comparison Report?
5  A    I don't believe so.
6  Q    And why not?
7  A    I was still broke.
8  Q    All right. I'm going to come back to
9  that issue about your financial status in a little
10 bit, but I appreciate that.
11      Do you know, then, if this report
12 would include ratings?
13 A    I can't say. I didn't -- I didn't
14 view the report.
15 Q    So, then, since -- you're saying you
16 did not view this report, right? Just to be sure.
17 A    I'm sorry?
18 Q    You're saying that -- you seem
19 confident that you did not --
20 A    I -- I believe not.
21 Q    -- see this report?
22      Okay. So, you don't know if the
23 report contains online -- an online experience
24 survey?
25      MR. MURRAY: Objection to form. You

Page 144

1  can answer.
2       THE WITNESS: I don't know.
3  BY MR. VAZQUEZ:
4  Q    And you don't know if the report
5  contains comparison ratings?
6       MR. MURRAY: Objection to form.
7       THE WITNESS: I can't say for sure.
8  It compared some kind of comparisons.
9  BY MR. VAZQUEZ:
10 Q    I'm not sure I understood that
11 response.
12 A    In contains some comparisons. I don't
13 know that it specifically contains ratings.
14 Q    Okay.
15 A    Going back to what we had spoke about
16 earlier --
17 Q    Yes.
18 A    -- this appears to indicate where a
19 physician would be updating their information and
20 confirming it.
21 Q    And where do you see that?
22 A    Where it says, "Are you a physician?"
23 Q    And what else does it say other than
24 "are you a physician"?
25 A    "Retrieve your profile and get a

Page 145

1  complementary" something.
2  Q    Report? Looks like "report" to me.
3  A    Yes. Yes.
4  Q    So, from there, you can't tell whether
5  the physician can actually upgrade or revise the
6  content, can you?
7  A    All you can tell is that it's
8  encouraging the physician to review their
9  information.
10 Q    That's right. That is all you can
11 tell, I agree.
12      MR. MURRAY: Objection to form.
13      THE WITNESS: Oh.
14 BY MR. VAZQUEZ:
15 Q    Yes?
16 A    I don't remember the complete
17 question, but you were asking about reviews and
18 ratings?
19 Q    Right.
20 A    Regarding this document? I didn't see
21 this on the right side of the page, where it says,
22 "Each report offers an opportunity to complete a
23 review of your doctor."
24 Q    And where do you see that?
25 A    Under View a Sample Report. On the

37 (Pages 142 to 145)

JEFFREY LAPOINTE - 12/15/2011

Page 146

1 right side.
2 Q    Oh, yes.
3      Well, it says, "Each report offers an
4 opportunity to complete a review of your doctor,"
5 correct?
6 A    Yes.
7 Q    Which is different from my question,
8 which is whether the report itself contains ratings.
9 A    Okay.
10 Q    Right?  Do you agree that those are
11 two different questions?
12 A    Sure.  I said I didn't recall the
13 exact question.
14 Q    Right, okay.
15      And since you didn't see the report,
16 you don't know if it includes ratings, I believe was
17 your response to my question in the first instance?
18 A    Correct.
19 Q    Okay.
20      MR. VAZQUEZ:  And this is LP -- going
21 to be LP13.
22      (Whereupon, LaPointe Exhibit 13 was
23      received and marked for Identification.)
24 BY MR. VAZQUEZ:
25 Q    And, Mr. LaPointe, you have Deposition

Page 147

1 Exhibit LP13 in front of you.
2      Can you tell me what this document is?
3 A    It is a page from the HealthGrades'
4 website from October 19th, 2004, from their hospital
5 report section.  It looks like some kind of search
6 results, I would assume.
7 Q    And do you recall, Mr. LaPointe, if
8 you were the person who printed this report or this
9 page?
10 A    Not specifically, but I believe so.
11 Q    And you notice at the top right-hand
12 corner it says page 1 of 2?
13 A    Yes.
14 Q    Do you know where the second page is?
15 A    I would assume it was either a blank
16 page or not much contained on it, from the contents
17 of this page.
18 Q    So, it sounds, from what you're
19 saying, that if it's not there, it was intentional,
20 because it didn't have anything of any substance?
21 A    Yeah, it appears the -- from the
22 difference on the other page, the only thing that
23 would have been on it was the -- possibly these two
24 links from the prior exhibit.
25 Q    What are the two links that you just

Page 148

1 referred to?
2 A    User agreement and legal disclaimer.
3 Q    Okay.
4 A    Which is probably why I didn't include
5 it.  It wasn't really relevant to what I was looking
6 for.
7 Q    Okay.  Sure.
8      (Whereupon, LaPointe Exhibit 14 was
9      received and marked for Identification.)
10 BY MR. VAZQUEZ:
11 Q    Mr. LaPointe, you've been handed
12 Deposition Exhibit LP14.
13      What is this document?
14 A    It looks like a sample Hospital
15 Quality Report from October 19th, 2004, from
16 HealthGrades.
17 Q    And were you the person who printed
18 this?
19 A    I believe so.
20 Q    Did you get it directly from the
21 website, then?
22 A    What do you mean?
23 Q    Well, I asked you if you printed it.
24 A    Yes.
25 Q    And, so, I just want to make sure

Page 149

1 whether you printed it from HealthGrades' website or
2 whether it was forwarded to you by somebody else.
3 I'm just trying to make sure that you were the
4 person on the website and obtained the report from
5 the website and printed it?
6 A    Yes.  And, typically, the URL at the
7 bottom of the page indicates the source of the
8 document.
9 Q    So, I can always look on there and
10 just confirm that this came from -- directly from
11 the website indicated?
12 A    Yes, normally.
13 Q    The only question would be whether you
14 were the person who was actually on the website and
15 printed the document?
16 A    I believe I was.
17 Q    Okay.  I would like to ask you a few
18 questions about this report.
19      Does this report include information
20 that could be verified or edited by a healthcare
21 provider?
22      MR. MURRAY:  Objection to form.
23      MR. VAZQUEZ:  Is that because it's
24 compound?
25      MR. MURRAY:  Again, it includes

JEFFREY LAPOINTE - 12/15/2011

Page 150

1  report -- it includes information. So,
2  whether -- you haven't asked how it can be
3  verified. I would assume any information can
4  be verified in any way. So, that's my
5  objection to the question. I'm not sure it's
6  clear.
7       MR. VAZQUEZ: All right, thanks,
8  Counsel. Let me try to break it up a little.
9  BY MR. VAZQUEZ:
10      Q    Does this include information that
11 could be edited by a healthcare provider?
12      MR. MURRAY: Same objection. You can
13 answer.
14      THE WITNESS: Not directly, no.
15 BY MR. VAZQUEZ:
16      Q    No?
17      A    Not directly, no.
18      Q    How does it include it indirectly,
19 assuming that's what your answer means?
20      A    It appears the information is from --
21 derived from hospital reported data.
22      Q    Correct. So, it can't be directly
23 edited by the healthcare provider?
24      A    Probably not.
25      Q    Does it include specialty information?

Page 151

1       A    What do you mean by that?
2       Q    Information regarding the specialty
3  that the hospital may be known for, that the doctors
4  that work at that hospital specialize in?
5       A    Yes.
6       Q    Yes?
7       A    Yes.
8       Q    Okay. Can you tell me where you see
9  that?
10      A    Well, where it breaks down the ratings
11 into the different categories, it talks about things
12 such as ICU specialist staffing.
13      Q    Where are you on this?
14      A    Page 83.
15      Q    Okay. In the middle, in the bottom?
16      A    I'm sorry, towards the bottom, on the
17 left side.
18      Q    Okay.
19           Okay. So, you're referring to the --
20 where it says, "ICU specialist staffing"?
21      A    Yes, that would be one indication.
22      Q    And what others -- what other
23 specialty information do you see on this report?
24      A    The information throughout the report
25 regarding the types of procedures and the volumes

Page 152

1  that they perform.
2       Q    Okay. Anything else?
3       A    I don't believe so.
4       Q    What about medical philosophy; does
5  this report include medical philosophy?
6            MR. MURRAY: Same objection as before.
7  You can answer.
8            THE WITNESS: I would say somewhat,
9  yes.
10 BY MR. VAZQUEZ:
11      Q    Okay. Can you please tell me where it
12 is that you see that?
13      A    Well, for one thing, it indicates that
14 it's a teaching hospital.
15      Q    And, so, how does that indicate
16 medical philosophy?
17      A    Just the fact that it's a teaching
18 hospital can have an influence on the type of -- the
19 way they go about practicing medicine and treating
20 patients.
21      Q    As opposed to what other kind of
22 hospital?
23      A    A nonteaching hospital.
24      Q    All right. So, what's the differences
25 between a nonteaching hospital and a teaching

Page 153

1  hospital, with respect to philosophy?
2       A    Well, teaching hospitals often have
3  interns and such treating patients, not, you know,
4  regular full-fledged doctors.
5       Q    Did this report contain -- I'm sorry,
6  were you done?
7       A    Well, I was just going to say the
8  other indication of philosophy of medicine, I would
9  think, is how much they've implemented the Leapfrog
10 standards, for example.
11      Q    What are those?
12      A    Recommended patient safety practices.
13      Q    What is this Leapfrog concept?
14      A    It's a group that has researched about
15 various ways of practicing medicine and how those
16 philosophies or ways of treating patients can impact
17 a patient's overall experience and safety and
18 chances of having a successful healthcare experience
19 or say in the hospital or with the healthcare
20 provider.
21      Q    Okay. What about gender,
22 Mr. LaPointe; does this report include information
23 about gender?
24           MR. MURRAY: I'm just going to object
25 to form. This is a hospital report, so I'm not

JEFFREY LAPOINTE - 12/15/2011

Page 154

1  sure --
2       MR. VAZQUEZ: Exactly.
3       MR. MURRAY: -- what you mean. Gender
4  of the medical staff?
5       MR. VAZQUEZ: That's exactly the
6  point.
7       MR. MURRAY: Okay.
8       MR. VAZQUEZ: I think the answer is
9  "no," but I would like the witness to -- since
10 it's your witness.
11      MR. MURRAY: No, I just wanted to make
12 sure I was clear.
13      THE WITNESS: Not that I can see.
14 BY MR. VAZQUEZ:
15   Q    Okay. Mr. LaPointe, can you tell me
16 whether this report, the Hospital Quality Report,
17 includes information provided by a past or current
18 patient about a healthcare provider?
19      MR. MURRAY: Objection to form.
20      THE WITNESS: Not that I see.
21 BY MR. VAZQUEZ:
22   Q    Do you know or can you tell me if this
23 report includes results from a patient survey?
24      MR. MURRAY: Objection to form.
25      THE WITNESS: Not that I can see.

Page 155

1  BY MR. VAZQUEZ:
2    Q   And, Mr. LaPointe, do you know if this
3  report includes information about a healthcare
4  provider that was verified or received from a third
5  party?
6       MR. MURRAY: Objection to form.
7  BY MR. VAZQUEZ:
8    Q   Let me break that up, I'm sorry,
9  before you answer that.
10      Does this report include information
11 about a healthcare provider that was received from a
12 third party?
13   A    Yes.
14   Q    Okay. Can you show me where that
15 exists?
16   A    Well, the first -- the patient safety
17 ratings is based on data from the federal government
18 MEDPAR file, M-E-D-P-A-R, from the Centers for
19 Medicare and Medicaid. The second section is based
20 on data supplied from the Leapfrog Group.
21   Q    I'm sorry to interrupt, but where do
22 you see the MEDPAR reference?
23   A    In the bottom of the first section
24 here. These patient safety ratings are derived from
25 MEDPAR data. It's on the bottom of page 83,

Page 156

1  actually, sorry, towards the middle.
2    Q   Okay. Okay. I see the reference
3  there.
4    A   On the next page, where it says, "Data
5  provided by the Leapfrog Group."
6    Q   Anything else?
7    A   The Accreditation for -- the Joint
8  Commission on Accreditation of Healthcare
9  Organizations would have come from a third party.
10   Q    And on what page is that?
11   A    Eighty-four.
12   Q    Anything else?
13   A    I believe the rest of it is covered by
14 the sources that I already mentioned. Most of the
15 majority of the rest of the report appears to be
16 derived from Medicare data.
17   Q    Okay.
18      (Whereupon, LaPointe Exhibit 15 was
19      received and marked for Identification.)
20 BY MR. VAZQUEZ:
21   Q    Mr. LaPointe, you've been handed what
22 we have marked as Deposition Exhibit LP15.
23      And can you tell me what this is,
24 please?
25   A    It appears to be a few different -- a

Page 157

1  few different things. The first page is, in
2  general, a summary of HealthGrades' information
3  taken from Alexa.
4    Q   I'm sorry. From Alexa?
5    A   Alexa.
6    Q   Okay. We looked at that exhibit
7  earlier that had Alexa information in it.
8       Do you know if these are the same
9  three graphs?
10   A    I believe the one that we were looking
11 at previously was a different spin.
12   Q    Timeframe?
13   A    Yes, 2004 to 2005. This is earlier.
14   Q    Yes, I see that now. You're right.
15      But still from Alexa, okay?
16   A    Yes.
17   Q    And what else?
18   A    Page 92 and 93 are printouts of the
19 HealthGrades section of the report produced in
20 September of 2004 by the JCAHO, which, again, is the
21 Joint Commission of Accreditation of Healthcare
22 Organizations.
23   Q    And how do you know that that was in
24 2004?
25   A    If you go to page 93, and you can see

40 (Pages 154 to 157)

JEFFREY LAPOINTE - 12/15/2011

Page 158

1  down in the footnote.
2  Q    September 2004?
3  A    Yes.
4  Q    Okay.
5  A    This was part of an annual report that
6  the JCAHO would put out.
7       The third page appears to be a
8  HealthGrades report receipt.
9  Q    The third page, you mean --
10 A    I'm sorry, page 94.
11 Q    Got you. Okay.
12      And, so, going to page 94 and just
13 kind of going backwards, you just said it appears to
14 be a receipt for a report received.
15      This appears to be received for the
16 Physician Quality Report that is -- oh, no, I'm
17 sorry, strike that.
18      It refers to a Physician Quality
19 Report on page 94, right?
20 A    Yes.
21 Q    And, so, that was received by Mark
22 Donnelly, right?
23 A    Yes.
24 Q    And apparently that was on
25 September 15, 2004?

Page 159

1  A    It appears so, yes.
2  Q    So, did you receive a copy of that
3  Physician Quality Report?
4  A    Yes, I believe I did.
5  Q    And if you did, it would be within
6  those documents in your binder?
7  A    Likely.
8  Q    And, so, can you tell from this
9  information here -- well, let me backtrack. I'm
10 sorry, it's getting a little late.
11      You were the person who put this
12 exhibit or the contents of Exhibit LP15 together,
13 right?
14 A    I guess it depends on what you mean by
15 "put together."
16 Q    Well, remember earlier you made the
17 distinction about gathering information?
18 A    Yes.
19 Q    So, did you gather the information
20 that's in this -- in these papers here that are in
21 Exhibit LP15?
22 A    Yes.
23 Q    Okay. Was it sort of a cut-and-paste
24 situation, at least as to page 91?
25 A    Page 91, yes, was cut and paste from

Page 160

1  Alexa.
2  Q    And I think earlier I asked you if you
3  thought the -- strike that.
4       I think earlier I asked you whether
5  the Hospital Quality Report that we talked about,
6  which is LP14, included information provided by a
7  past or current patient about a healthcare provider.
8  Do you remember that?
9  A    Yes.
10 Q    I think you said "no"?
11      MR. MURRAY: Objection to form. But
12 you can answer it.
13      MR. VAZQUEZ: You know, just strike
14 that. Just strike that.
15 BY MR. VAZQUEZ:
16 Q    If you go to page 92 of this exhibit,
17 LP15, Mr. LaPointe, do you see on the bottom
18 right-hand side it states -- it asks or provides,
19 "Hospitals are able to provide commentary," colon,
20 then it says "no"?
21 A    Yes.
22 Q    What does that mean?
23 A    I can't say for sure. I didn't create
24 this report.
25 Q    Well, what is this report contained

Page 161

1  within the materials you put together, then?
2  A    This is the JCAHO report, as page 93
3  indicates.
4  Q    What is 92?
5  A    Page 1 of the report.
6  Q    Right.
7  A    This is -- yes, this is a page from
8  the same report.
9       (Whereupon, LaPointe Exhibit 16 was
10      received and marked for Identification.)
11 BY MR. VAZQUEZ:
12 Q    And, Mr. LaPointe, we have handed you
13 what's been marked as Deposition Exhibit LP15 -- or
14 16, excuse me, 16. And on the very first page,
15 CHC111, there appears to be another photocopy of a
16 tab that says a Leapfrog Group.
17      This is the same group you were just
18 testifying about a little bit ago, right?
19 A    Yes.
20 Q    This is a tab from your binder of
21 documents?
22 A    Yes.
23 Q    So, can you tell me what this is in
24 your own words?
25 A    It actually appears to be a collection

41 (Pages 158 to 161)

JEFFREY LAPOINTE - 12/15/2011

Page 162

1  of information and research on the Leapfrog Group,
2  and apparently has a few pages from HealthShare
3  technology also included.
4    Q    Okay. How does this information
5  relate to HealthGrades, if at all?
6    A    Well, I guess -- which, any of the
7  information contained in here?
8    Q    Yes.
9    A    Well, some of the Leapfrog information
10 is contained within the HealthGrades' website.
11   Q    Can you show me? Specify where,
12 please.
13   A    Specify where what?
14   Q    Where you see the --
15   A    When we were earlier talking about
16 some of the earlier documents, and we had discussed
17 that some of the data in the hospital report was
18 provided by the Leapfrog Group.
19   Q    Right. So, but, within these specific
20 documents, are there references to HealthGrades?
21   A    I haven't read the whole documents.
22 From skimming them, I don't see any specific
23 reference to the HealthGrades name.
24       (Whereupon, LaPointe Exhibit 17 was
25    received and marked for Identification.)

Page 163

1  BY MR. VAZQUEZ:
2    Q    And, Mr. LaPointe, this has been
3  marked as Deposition Exhibit LP17, and if you look
4  on the very first page, there's a little word
5  Ingenix, that appears to be there sideways. Is it
6  fair to assume that's also a photocopy of a tab from
7  your binder?
8    A    I believe so, yes.
9    Q    And if you could also just quickly
10 refer to -- back to Exhibit LP3, the Supplemental
11 Invalidity Contentions. And if you could go to
12 page 4, please, and read the first sentence of the
13 third paragraph into the record.
14   A    "Public use of www.Ingenix.com
15 website, including GeoAccess brochures (GeoAccess
16 prior art) dates of public use: 11-7-2004,
17 11-14-2004, 11-15-2004 and 12-8-2004, the identity
18 of the person making the use: Jeff LaPointe."
19   Q    Okay. That's you, right?
20   A    I believe so, yes.
21   Q    And can you confirm whether you, in
22 fact, made use of the Ingenix.com website, including
23 the GeoAccess brochures, on those four dates that
24 you just read?
25   A    I believe so. It sounds correct, but

Page 164

1  I don't recall off the top of my head, and all these
2  dates are not included in this specific document.
3    Q    Do you know where those four dates
4  listed at LP3 that you read into the record come
5  from or came from?
6    A    I didn't write this document.
7    Q    So, you don't?
8    A    No.
9    Q    Okay. Is there anything within
10 Exhibit LP17 that would confirm that you were the
11 person making the use of the Ingenix.com website on
12 any of those four dates?
13   A    Well, the date of the Alexa
14 information here is November 13, 2004, which means
15 it was on or about the 14th or 15th that I was
16 looking at this information.
17   Q    Anything else confirming those dates?
18       MR. MURRAY: Objection to form.
19 BY MR. VAZQUEZ:
20   Q    Meaning the four dates on the PL3?
21       MR. MURRAY: And within -- you're
22 asking within LP17?
23       MR. VAZQUEZ: That's right.
24       THE WITNESS: Not that I can see
25 within this specific exhibit.

Page 165

1        MR. VAZQUEZ: Okay.
2        (Whereupon, LaPointe Exhibit 18 was
3     received and marked for Identification.)
4  BY MR. VAZQUEZ:
5    Q    You have been handed what's been
6  marked as LP18. And as the other exhibits, can you
7  tell me what this is?
8    A    It appears to be web pages printed
9  from the Ingenix.com website on 11-7-2004 and
10 12-8-2004 and 11-14-2004.
11   Q    Okay. And were you the person who
12 went on the Ingenix website on those dates and
13 printed these documents?
14   A    I believe so, yes.
15   Q    And, so, are these the only documents
16 showing your use of the website on those days that
17 you have?
18   A    I can't say for sure.
19   Q    If there are others, where would they
20 be?
21   A    I don't know.
22   Q    Is it safe to say or accurate to say,
23 Mr. LaPointe, that you attempted to provide all the
24 documents relating to this subject in the binder
25 that we looked at under LP4?

JEFFREY LAPOINTE - 12/15/2011

Page 166

1   A    I'm sorry, can you repeat that again?
2   Q    I asked you if these were the only
3   documents that reflect your use of the Ingenix
4   website on those dates that you gave in your
5   previous response?
6   A    I can't -- I can't say definitively.
7   Q    Right. And I understand that --
8   A    Yup.
9   Q    -- so I'm trying to figure out why it
10  is that you're unsure about that?
11  A    Just due to the shear volume of
12  printouts and research that I did.
13  Q    But as you sit here, I guess, right
14  now in this deposition, are you aware of any other
15  specific documents that exist --
16  A    Not -- sorry.
17  Q    -- that exist, that are not already
18  here within these documents that you provided in
19  LP4?
20  A    I don't know of any specific document,
21  no.
22  Q    Do you know if this or these reports
23  from Ingenix include information that could be
24  edited by a healthcare provider?
25       MR. MURRAY: Objection to form.

Page 167

1        THE WITNESS: I can't say specifically
2   from these documents.
3   BY MR. VAZQUEZ:
4   Q    Okay. What about, does it include
5   information provided by past or current patient
6   about a doctor?
7        MR. MURRAY: Objection to form.
8        THE WITNESS: I believe so, yes.
9   BY MR. VAZQUEZ:
10  Q    All right. Can you show me where you
11  see that?
12  A    On page 287, under the title of
13  "Integrated Solutions," where it's referring to
14  their partnership with HealthGrades, it says in the
15  last paragraph there, "GeoAccess and HealthGrades
16  also offer nursing home, home health, physician
17  sanction and physician satisfaction data as well's.
18  Q    All right. Any other spots where that
19  information or where this report -- where you think
20  that this report includes information provided by a
21  past or current patient about a doctor?
22  A    Not that I can see, no.
23  Q    Does this report include comparison
24  ratings of doctors?
25       MR. MURRAY: Objection to form.

Page 168

1        THE WITNESS: I'm sorry, did you say
2   quality ratings or comparison ratings?
3   BY MR. VAZQUEZ:
4   Q    Comparison ratings.
5   A    Not specifically. I don't see it
6   specifically mentioned.
7   Q    Okay. What about, does this report
8   include a hyperlink to an affiliated hospital,
9   medical center or other kind of treatment center for
10  a doctor?
11  A    I can't tell. I can't say for sure.
12  Q    Okay. What about, does it -- does it
13  include an advertisement for a doctor with a
14  hyperlink to information about the doctor?
15  A    I don't believe so.
16  Q    Do you know if doctors have ever paid
17  a fee to Ingenix for any services?
18       MR. MURRAY: Objection to form. If
19  you know.
20       THE WITNESS: I wouldn't be privy to
21  that information. I'm sorry, did you say if
22  they ever paid a fee to Ingenix for any kind of
23  service?
24  BY MR. VAZQUEZ:
25  Q    Yes.

Page 169

1   A    Yeah, I'm sorry. Judging by what
2   this -- the services they're offering within this, I
3   would say most likely, yes.
4   Q    And can you just tell me why it is
5   that you believe "most likely, yes"?
6   A    It's the nature of the products that
7   Ingenix supplies to -- is designed largely for
8   healthcare providers, different services to help
9   them with billing and other data-related products.
10  So, likely, yes.
11  Q    But nothing specifically in the report
12  says that? You're just making an assumption based
13  on the contents of the report?
14  A    Based upon the contents of their
15  product list here.
16  Q    You're making an assumption based upon
17  the contents of the products list?
18  A    Yes, and prior experience or knowledge
19  of their overall services.
20  Q    Okay.
21       (Whereupon, LaPointe Exhibit 19 was
22  received and marked for Identification.)
23  BY MR. VAZQUEZ:
24  Q    Okay. Mr. LaPointe, I have handed you
25  a one-page exhibit that's been marked Deposition

43 (Pages 166 to 169)

JEFFREY LAPOINTE - 12/15/2011

Page 170

1   Exhibit LP19. Can you please tell us what this is?
2   A    A printout from the Ingenix website
3   from 11-15-2004 of a page that appears to be a form
4   to request literature.
5   Q    And were you the person who was --
6   printed out this form on November 15, 2004?
7   A    I believe so, yes.
8   Q    Did you request any literature?
9   A    I don't recall.
10  Q    If you did, do you think it would be
11  included within the documents that you provided in
12  this case?
13  A    It's possible.
14       (Whereupon, LaPointe Exhibit 20 was
15       received and marked for Identification.)
16  BY MR. VAZQUEZ:
17  Q    Mr. LaPointe, you've been handed
18  what's been marked as Deposition Exhibit LP20. Can
19  you tell me what this document is, please?
20  A    Information from Ingenix regarding
21  their quality rating suite and their provider lookup
22  online.
23  Q    And their provider...
24  A    Lookup online, another product.
25  Q    Sure.

Page 171

1        Were you the one who downloaded or
2   printed this information?
3   A    I believe so.
4   Q    I cannot find a date on it. Do you
5   know what date this was downloaded or printed or
6   accessed by you?
7   A    I would assume on or around the same
8   dates that this prior information was printed.
9   Q    Do you know if this report includes
10  information that could be edited by a healthcare
11  provider?
12       MR. MURRAY: Objection to form.
13       THE WITNESS: Not directly.
14  BY MR. VAZQUEZ:
15  Q    What about, does the report include
16  information that could be verified by a healthcare
17  provider?
18       MR. MURRAY: Objection to form.
19       THE WITNESS: It's possible.
20  BY MR. VAZQUEZ:
21  Q    So, what is it within this exhibit
22  that makes you believe that it's possible?
23  A    Some of the data is supplied by state
24  licensure boards, which is provider-submitted data,
25  which they update and submit on a -- usually, I

Page 172

1   believe, on an annual basis.
2   Q    I'm sorry, let me try to understand
3   what you just said.
4        Some of the information is provided by
5   a what?
6   A    State license boards.
7   Q    Well, a state license board is not
8   edited -- is not a healthcare provider, right?
9   A    No. The healthcare -- the healthcare
10  provider provides the information.
11  Q    To the state license board?
12  A    Yes.
13  Q    And then the state license board
14  provides the information -- some of the information
15  to the report?
16  A    That's what it appears.
17  Q    And, so, you're saying your response
18  that, you know, essentially maybe -- I'm not going
19  to recall the exact word you used, but "maybe" or
20  "indirectly," is based on an assumption that the
21  people who provide the information to the state
22  license board would then be able to edit the
23  information after it gets into this report?
24       MR. MURRAY: Objection to form. You
25       can answer.

Page 173

1        THE WITNESS: There's indications
2   throughout this document that they are
3   constantly updating their data. One would
4   assume, if it was updated with the state
5   license board, they would update it and reflect
6   it in their database.
7   BY MR. VAZQUEZ:
8   Q    Okay. But there's nothing direct
9   here, and you are, in fact, making some assumptions
10  in your response, correct?
11  A    Yes.
12  Q    Okay.
13       (Whereupon, LaPointe Exhibit 21 was
14       received and marked for Identification.)
15       MR. MURRAY: After this exhibit I'll
16       need just a five-minute break.
17       MR. VAZQUEZ: Do you want to go now?
18       MR. MURRAY: No, no. It's fine.
19  BY MR. VAZQUEZ:
20  Q    And, Mr. LaPointe, you've been handed
21  Deposition Exhibit LP21. Can you tell us what this
22  document is, please?
23  A    It appears to be a press release and
24  financial reports from Ingenix and United
25  Healthcare.

44 (Pages 170 to 173)

Page 174

1   Q    Were you the person who printed this?
2   A    I believe so.
3   Q    And I didn't find a date. Do you know
4   the date when you printed this?
5   A    Likely around the same date that these
6   other documents were printed, based upon the dates
7   contained within here.
8        MR. VAZQUEZ: Let's take that break
9   right now.
10       THE VIDEOGRAPHER: The time is
11  4:29 p.m. We're off the record.
12       (Whereupon, a short break was taken.)
13       THE VIDEOGRAPHER: The time is
14  4:58 p.m. We're on the record.
15  BY MR. VAZQUEZ:
16  Q    Okay, Mr. LaPointe, I'm sorry, I did
17  have a few follow-up questions to ask on the
18  previous exhibit, which is LP20.
19       So, can you tell me — I asked you
20  about whether the report included various things
21  earlier. I still need to ask you whether this
22  report includes information provided by a past or
23  current patient about a doctor?
24       MR. MURRAY: Objection to form.
25       THE WITNESS: Can you repeat that one

Page 175

1   more time?
2   BY MR. VAZQUEZ:
3   Q    Yes, sure. Whether Exhibit LP20,
4   related to Ingenix, is reflected on the very first
5   page, contains information provided by a past or
6   current patient about a doctor?
7        MR. MURRAY: Objection to form, still.
8        THE WITNESS: I would say yes.
9   BY MR. VAZQUEZ:
10  Q    Can you tell me why you believe that
11  the answer to that question is "yes"?
12  A    On page 293, the sentence at the
13  bottom of the page refers to physician satisfaction
14  data.
15  Q    All right. Any other information
16  within this report that would lead you to believe
17  that it includes information provided by a past or
18  current patient about a doctor?
19       MR. MURRAY: Objection to form.
20       THE WITNESS: Not that I can see.
21  BY MR. VAZQUEZ:
22  Q    Okay. Do you see that it includes a
23  hyperlink to an affiliated hospital medical center
24  or other kind of treatment center?
25       MR. MURRAY: Objection to form.

Page 176

1        THE WITNESS: I can't tell from the
2   printout, the clarity of the printouts.
3   BY MR. VAZQUEZ:
4   Q    And what about HealthGrades physician
5   report, does it include those?
6        MR. MURRAY: Objection to form.
7        THE WITNESS: I'm sorry, I don't
8   understand the question.
9   BY MR. VAZQUEZ:
10  Q    Does it include any reference or -- to
11  or a link to HealthGrades physician reports.
12       MR. MURRAY: Objection to form.
13       THE WITNESS: I don't see it
14  specifically mentioning HealthGrades physician
15  reports.
16  BY MR. VAZQUEZ:
17  Q    Okay, thank you.
18       Let's go to LP21, which we already
19  marked. And I apologize if I asked this because we
20  took a break in between, but can you tell me what
21  this is?
22  A    It is a printout of a press release
23  and financial reporting information for United
24  Health Group and Ingenix.
25  Q    And were you the person who printed

Page 177

1   this out?
2   A    I believe so, yes.
3   Q    Do you know if this press release
4   includes information that could be verified or
5   edited by a healthcare provider?
6        MR. MURRAY: Objection to form.
7        THE WITNESS: I don't think a
8   healthcare provider could specifically edit
9   this press release.
10  BY MR. VAZQUEZ:
11  Q    Okay. And what about, do you know if
12  this press release includes information provided by
13  a past or current patient about a doctor?
14       MR. MURRAY: Objection to form.
15       THE WITNESS: Not that I can see.
16  BY MR. VAZQUEZ:
17  Q    Does this report include comparison
18  ratings of doctors?
19       MR. MURRAY: Objection to form.
20       THE WITNESS: Not from what I see.
21  BY MR. VAZQUEZ:
22  Q    Okay. Do you see whether the report
23  includes a hyperlink to an affiliated hospital,
24  medical center or other kind of treatment center for
25  a doctor?

JEFFREY LAPOINTE - 12/15/2011

Page 178

1    MR. MURRAY: Object to form.
2    THE WITNESS: Not that I see.
3 BY MR. VAZQUEZ:
4    Q    And what about an advertisement for a
5 doctor that would have a hyperlink to information
6 about the doctor?
7    MR. MURRAY: Object to form.
8    THE WITNESS: Not that I see.
9    (Whereupon, LaPointe Exhibit 22 was
10    received and marked for Identification.)
11 BY MR. VAZQUEZ:
12    Q    All right. Mr. LaPointe, you've been
13 handed what we've marked as Deposition Exhibit LP22.
14 Can you tell me what this document is?
15    A    Printouts of the Subimo.com website
16 from October 19th, 2004.
17    MR. MURRAY: And just for the record,
18    before the next question, I just want to -- the
19    exhibit handed to me is UCHC142, and this one
20    run backwards also, to 131.
21    MR. VAZQUEZ: Thank you. I appreciate
22    that.
23 BY MR. VAZQUEZ:
24    Q    Is it in the right order,
25 Mr. LaPointe? In other words, were they simply

Page 179

1 misnumbered when the Bates numbering was done, or is
2 it actually backwards?
3    A    It appears --
4    Q    If you just flip it around and we
5 start with 131, is that really the right order?
6    A    It may be. It might be.
7    Q    Why don't we start looking at 131,
8 then. It seems to me that that's the right order,
9 and appreciate counsel pointing that out.
10    Were you the person who was on the
11 Subimo website on October 19, 2004?
12    A    I believe so.
13    Q    And, so, were you the person who
14 printed out this information?
15    A    I believe so.
16    Q    Parts of this is not very legible. I
17 don't know if maybe the original copies exist, but I
18 just want to know for the record, we can't read some
19 of this stuff, so if we could maybe get a -- if they
20 are available, legible copies.
21    MR. MURRAY: I'll either check for the
22    originals or see if I can get you a better
23    copy.
24    MR. VAZQUEZ: I appreciate that.
25 BY MR. VAZQUEZ:

Page 180

1    Q    Do you know if this information from
2 the Subimo website -- or whether this report, excuse
3 me, includes information that could be verified or
4 edited by a healthcare provider?
5    MR. MURRAY: Objection to form.
6 BY MR. VAZQUEZ:
7    Q    It's a little difficult, because you
8 can't read it, right?
9    A    Not that I can tell. I can't be sure.
10    Q    Okay. Can you tell if it includes
11 information provided by a past or current patient
12 about a doctor?
13    MR. MURRAY: Objection to form.
14    THE WITNESS: Not that I can tell.
15 BY MR. VAZQUEZ:
16    Q    All right. Can you tell if it
17 includes information about a doctor that was
18 verified or received from a third party?
19    MR. MURRAY: Objection to form.
20    THE WITNESS: Yes.
21 BY MR. VAZQUEZ:
22    Q    Could you tell me where you see that?
23    A    It looks like every page refers to the
24 Leapfrog Group.
25    Q    Are you speaking about the reference

Page 181

1 in the lower left side? It says, "We are approved
2 by the Leapfrog Group as an evidence-based hospital
3 selection tool."
4    A    Yes. Yes, I believe the Leapfrog data
5 is part of the data that's included.
6    Q    And, so, are you assuming that the
7 data from the Leapfrog Group is verified?
8    MR. MURRAY: Object to form.
9    THE WITNESS: I don't -- I would
10    assume in some way it's verified before they
11    provide it to these other companies. I don't
12    know what their process is.
13 BY MR. VAZQUEZ:
14    Q    Right. So, it's an assumption? That
15 was my question.
16    A    Yes.
17    Q    Okay. Does this report include
18 comparison ratings of doctors?
19    MR. MURRAY: Object to form.
20    THE WITNESS: It appears to have
21    comparisons of physicians. I can't tell
22    specifically about the ratings.
23 BY MR. VAZQUEZ:
24    Q    All right. Do you see a hyperlink to
25 an affiliated hospital, medical center or other kind

46 (Pages 178 to 181)

JEFFREY LAPOINTE - 12/15/2011

Page 182

1  of treatment center for a doctor?
2       MR. MURRAY: Objection to form.
3       THE WITNESS: There appears to be
4  links to hospitals within -- on page 134. I
5  can't say from the document exactly where that
6  link goes.
7  BY MR. VAZQUEZ:
8     Q    Where are the links that you said
9  appear to exist on 134?
10    A    The circled --
11    Q    Yup.
12    A    -- the circled one. It says "New York
13 Methodist Hospital," with the --
14    Q    With the arrow on it?
15    A    Arrow.
16    Q    Okay.
17    A    Some kind of link.
18    Q    Okay. Do you see an advertisement for
19 a doctor, with a hyperlink to information on the
20 doctor?
21       MR. MURRAY: Objection to form.
22       THE WITNESS: I can't specifically see
23   advertisements from this.
24 BY MR. VAZQUEZ:
25    Q    Do you know if doctors ever pay a fee

Page 183

1  to Subimo for any services?
2       MR. MURRAY: Object to form.
3       THE WITNESS: I can't see within these
4   documents whether they received money or
5   services.
6        Just to clarify an earlier thing --
7   where is it now? I'm sorry, I lost my place
8   now. Just give me one second.
9  BY MR. VAZQUEZ:
10    Q    Sure.
11    A    Did you ask a question regarding
12 patient information -- or patient-generated
13 information? I don't recall if we had gotten to
14 that one yet.
15    Q    Why don't you just make the statement,
16 whatever -- assume -- I'm not sure what it is you're
17 getting to, but if you feel you need to clarify or
18 supplement something you said before, please do so.
19    A    There's something in here, on
20 page 136, referring to patient supplied information.
21    Q    What is that again? What page --
22 where on page 136?
23    A    There's just a reference to users can
24 post questions, get answers, join the community.
25    Q    Where on page 136 is that?

Page 184

1     A    Under "Ask Others."
2     Q    Okay. All right. Is that it,
3  Mr. LaPointe?
4     A    I believe so.
5     Q    All right.
6        MR. VAZQUEZ: Please mark this one.
7        (Whereupon, LaPointe Exhibit 23 was
8    received and marked for Identification.)
9  BY MR. VAZQUEZ:
10    Q    All right, Mr. LaPointe, we have
11 handed you Deposition Exhibit LP23. This is what
12 appears to be in the right order.
13       Can you tell me what this is, please?
14    A    On the first page is a printout from
15 the Subimo website from October 19th, 2004; a page
16 of Pharma Advisor product demo; page 144, looks like
17 a printout of information gathered from probably
18 mostly Alexa.
19    Q    All right.
20    A    Possibly some other sources. The next
21 page, 145, is traffic data provided by Alexa. Page
22 146 and 147 are printouts from the JCAHO report from
23 2004.
24    Q    Okay. And, Mr. LaPointe, were you the
25 person who was on the Subimo website on

Page 185

1  October 19, 2004, and printed these materials?
2     A    I believe so.
3        (Whereupon, LaPointe Exhibit 24 was
4    received and marked for Identification.)
5  BY MR. VAZQUEZ:
6     Q    All right. Mr. LaPointe, this
7  document that's been handed to you has been marked
8  as Deposition Exhibit LP24. Can you please tell us
9  what this is?
10    A    It's printouts from the
11 HealthScope.org website, from October 19th, 2004.
12    Q    You were pretty busy on October 19th,
13 weren't you?
14    A    Yes.
15    Q    Are you the person that was on this
16 HealthScope website and printed these materials?
17    A    Yes, I believe so.
18    Q    Do you know if this website includes
19 information that could be verified or edited by a
20 healthcare provider?
21       MR. MURRAY: Objection to form.
22       THE WITNESS: I can't say
23   specifically.
24 BY MR. VAZQUEZ:
25    Q    Can you tell me if this website

47 (Pages 182 to 185)

JEFFREY LAPOINTE - 12/15/2011

Page 186

1  includes information by a past or current patient
2  about a doctor?
3       MR. MURRAY: Object to form.
4       THE WITNESS: Yes.
5  BY MR. VAZQUEZ:
6    Q   Can you show me where you see that?
7    A   On the first page, it says, "Medical
8  Group Ratings. There's over 120 physician groups
9  rated by patients getting treatment and specialty
10 care, doctor communication, and providing timely
11 care and service."
12   Q   Do you see -- can you tell us whether
13 this website includes information about a doctor
14 that was verified or received from a third party?
15      MR. MURRAY: Object to form.
16      THE WITNESS: It's possible.
17 BY MR. VAZQUEZ:
18   Q   Based on what?
19   A   On page 205 and 206, it refers to --
20 starting at the bottom of the page, specifically
21 physician ID number used by plan, refers to the
22 health plan, so I'm assuming they somehow obtained
23 that from the health plan.
24   Q   And, so, the information that you
25 think this report may include about a doctor that

Page 187

1  was verified or received from a third party is the
2  physician ID?
3    A   It's the health plan's physician ID.
4    Q   Okay. So, help me understand how you
5  feel this relates to information about a doctor that
6  was verified or received from a third party.
7    A   Because it's a third-party ID. It's
8  not a HealthScope ID. It's the physician plan ID,
9  so...
10      MR. VAZQUEZ: Okay. All right. Well,
11   the videographer has indicated a few minutes
12   ago that there are five minutes left, so let's
13   stop here and change the tape. And we probably
14   have just a few minutes left anyway, but just
15   to be sure, let's get a new tape.
16      THE VIDEOGRAPHER: This ends tape 3 in
17   the deposition of Jeff LaPointe. The time is
18   5:33 p.m. We're off the record.
19      (Whereupon, a short break was taken.)
20      THE VIDEOGRAPHER: This is the start
21   of tape 4 in the deposition of Jeff LaPointe.
22   The time is 5:35 p.m. We're back on the
23   record.
24 BY MR. VAZQUEZ:
25   Q   Okay. Mr. LaPointe, earlier on in the

Page 188

1  day you mentioned -- you made some references to
2  your financial status. You recall, right?
3    A   Yes.
4    Q   All right. I just need to ask you
5  some questions relating to the acquisition of
6  UCompare by MDX. I think you said that happened in
7  March? Of this year?
8    A   Yeah, March of this year.
9    Q   All right. Did you make any money
10 after that acquisition or as a result of that
11 acquisition?
12      MR. MURRAY: Object to the form. You
13   can answer.
14      THE WITNESS: I'm currently employed
15   by MDX.
16 BY MR. VAZQUEZ:
17              REDACTED

Page 189

              REDACTED

10   Q   Switching gears here, Mr. LaPointe, do
11 you understand the obviousness standard for proving
12 a patent invalid?
13      MR. MURRAY: I'm going to object to
14   form, just back to the continuing objection
15   that this is not an expert witness. He's here
16   as a fact witness. But to the extent he can
17   answer it as a fact witness, he may.
18      THE WITNESS: I'm not familiar with
19   it.
20 BY MR. VAZQUEZ:
21   Q   Okay. I think I know the answer to
22 the next question, but I still have to ask it, then.
23      Do you intend to offer any opinion at
24 trial regarding whether any claims of the '060
25 patent being invalid for obviousness?

JEFFREY LAPOINTE - 12/15/2011

Page 190

1  MR. MURRAY: Same objection.
2  THE WITNESS: I haven't thought about
3  trial in any way.
4  BY MR. VAZQUEZ:
5  Q    I understand you haven't thought about
6  trial, but obviously we've been here all day because
7  counsel for MDX and UCompare have listed you as a
8  witness in support of the contention that the patent
9  is invalid.
10       So, it's important for us, in order to
11 prepare for trial, to know whether you intend to
12 give even a lay opinion, not an expert opinion,
13 which is what your counsel's objections relate to,
14 but just, do you intend to offer a lay opinion about
15 any of the claims in the patent being invalid?
16       And we can short-circuit this if
17 counsel wants to say on the record whether he's
18 going to offer those types of opinions or not.
19       MR. MURRAY: I'm going to object to
20 the form of the question. I think, you know,
21 when the time comes for us to list who the
22 witnesses will be at trial, we will do so. And
23 I think the question has already been answered
24 in an interrogatory or so regarding lay
25 opinions, so we'll assume we've already given

Page 191

1  our answer to that.
2  BY MR. VAZQUEZ:
3  Q    I don't know that it has, so, I guess,
4  given that your counsel isn't going to tell us right
5  now yes or no, I guess I'm asking you, do you intend
6  to give a lay opinion about any claims being invalid
7  because of the legal obviousness standard?
8  A    I'm not familiar with the legal
9  obviousness standard.
10 Q    So, you're not going to say that it
11 would have been obvious to combine one website with
12 another to invalidate the patent, are you?
13       MR. MURRAY: Object to form. You can
14 answer.
15       THE WITNESS: Can't say. I haven't
16 really thought about it previously in that
17 context.
18       (Whereupon, LaPointe Exhibit 25 was
19 received and marked for Identification.)
20 BY MR. VAZQUEZ:
21 Q    So, Mr. LaPointe, I've just handed you
22 exhibit LP25, and I need to ask you just another
23 question before we get to that exhibit, and that is
24 about RateMDs.
25 A    Sure.

Page 192

1  Q    If you turn to Deposition Exhibit LP3,
2  please, page 5 of that one, you see the last
3  paragraph of that one references public use of the
4  RateMDs.com website. And it has two specific dates
5  there that are referenced: November 22nd, 2004 and
6  December 22nd, 2004. Do you see that?
7  A    Yes.
8  Q    And do you see that it says the
9  identity of the persons making the use or uses, and
10 it says, "Identities unknown." Do you see that?
11 A    Yes.
12 Q    I just want to confirm that you were
13 not on that website on either of those two dates?
14       MR. MURRAY: Object to form. If you
15 can answer.
16       THE WITNESS: I can't confirm that.
17 BY MR. VAZQUEZ:
18 Q    Well, if you had been, wouldn't your
19 name be here?
20 A    I didn't write this document.
21       MR. MURRAY: Object to form.
22       THE WITNESS: I didn't write this
23 document, so...
24 BY MR. VAZQUEZ:
25 Q    Okay. So, is there any reason — you

Page 193

1  know, anything you can tell me that might tend to
2  prove or confirm whether or not you were on that
3  website on those two dates?
4        MR. MURRAY: Object to form. You can
5  answer.
6        THE WITNESS: Off the top of my head,
7  without seeing a document, I can't say for
8  sure, but it doesn't seem out of the realm of
9  possibilities.
10 BY MR. VAZQUEZ:
11 Q    Well, it doesn't appear to be any
12 documents within the binder at LP3, and so I guess I
13 would assume that if you had been, you would have
14 printed out information such as some of the other
15 information we discussed today. But I don't see
16 anything relating to RateMDs. So, I'm just trying
17 to figure out if there is any information that
18 you're aware of that you have produced related to
19 being on RateMDs?
20       MR. MURRAY: Object to form. You can
21 answer.
22       THE WITNESS: I don't recall
23 specifically where that would come from.
24 BY MR. VAZQUEZ:
25 Q    Where what would come from, the

49 (Pages 190 to 193)

JEFFREY LAPOINTE - 12/15/2011

Page 194

1 references to the two dates?
2    A    Yes. I mean, yeah, I don't remember
3 all of the information specifically contained within
4 all of this documentation.
5    Q    Okay. Well, clearly, it says
6 "Identities unknown." I would just ask, you know,
7 and this goes both to you and counsel, if there is
8 any information that exists that you may be one of
9 the unknown identities, that they be provided to us.
10         Then let's just talk about LP25 very
11 quickly.
12         And I'm talking about on those dates.
13   A    Sure.
14   Q    I think there is a reference back in
15 '06 to RateMDs somewhere. I'm not talking about
16 just the 2004 time period.
17   A    Okay.
18   Q    Okay, thank you.
19         Now, LP25 is an e-mail from Mitch
20 Rothschild to Erika Boyer and Larry West.
21        Were you blind-copied on this e-mail?
22   A    No.
23   Q    Is this the first time you've seen
24 this e-mail?
25   A    Yes.

Page 195

1        MR. VAZQUEZ: That's all I have,
2 Mr. LaPointe. Thank you so much for your time.
3 We appreciate it.
4        THE WITNESS: Thank you.
5        MR. MURRAY: Why don't we take a
6 five-minute break. We'll just figure out if we
7 have any questions and we'll wrap this up.
8        THE VIDEOGRAPHER: The time is
9 5:46 p.m. We're off the record.
10       (Whereupon, a short break was taken.)
11       THE VIDEOGRAPHER: The time is
12 5:54 p.m. We're back on the record.
13       MR. MURRAY: We have no questions for
14 the witness. So I think we can end the
15 deposition.
16       THE VIDEOGRAPHER: This ends tape 4 in
17 the deposition of Jeff LaPointe. The time is
18 5:54 p.m. We're off the record.
19       (Whereupon, the deposition concluded at
20 5:54 p.m.)
21
22
23
24
25

Page 196

1                CERTIFICATE
2
3 STATE OF_____:
4 COUNTY/CITY OF_____:
5
6 Before me, this day, personally appeared
7 JEFF LaPOINTE, who, being duly sworn, states that
8 the foregoing transcript of his/her Deposition,
9 taken in the matter, on the date, and at the time
10 and place set out on the title page hereof,
11 constitutes a true and accurate transcript of said
12 deposition.
13
14
           _____
15              JEFF LaPOINTE
16
17
18 SUBSCRIBED and SWORN to before me this_____
19 day of_____, 2012, in the
20 jurisdiction aforesaid.
21
22
   _____   _____
23 My Commission Expires      Notary Public
24
25

Page 197

1                CERTIFICATE
2
3        I, Jamie I. Moskowitz, a Shorthand
4 (Stenotype) Reporter and Notary Public of the State
5 of New Jersey, do hereby certify that the foregoing
6 Deposition, of the witness, JEFF LaPOINTE, taken at
7 the time and place aforesaid, is a true and correct
8 transcription of my shorthand notes.
9        I further certify that I am neither
10 counsel for nor related to any party to said action,
11 nor in any way interested in the result or outcome
12 thereof.
13       IN WITNESS WHEREOF, I have hereunto set my
14 hand this 15th day of December 2011.
15
           _____
16         Jamie Ilyse Moskowitz
           License No. XI01658
17
18
19
20
21
22
23
24
25

50 (Pages 194 to 197)