**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

      Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

**MDX MEDICAL, INC.'S MOTION FOR RECONSIDERATION OF MOTION FOR
PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT**

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx") hereby files this motion for reconsideration of its motion for partial summary judgment of no-infringement.

On April 19, 2011, MDx filed a motion for partial summary judgment of no-infringement (Dkt. # 9). This motion, which would certainly end this case entirely, was based on a single element of the claims – comparison ratings of healthcare providers. On December 7, 2011, the Court denied the motion without prejudice as "premature" until the claims were construed.

Yesterday, on February 13, the Court issued its claim construction ruling. That ruling construed the "comparison ratings of healthcare providers" claim language consistently with the construction proposed in the MDx motion for summary judgment. Accordingly, MDx hereby respectfully requests reconsideration of the summary judgment motion.

As recently emphasized by Chief Judge Rader of the Federal Circuit Court of Appeals, summary judgment procedures are the "the key to efficient resolution" in patent cases. Exhibit A, page 6. This case is now particularly appropriate for summary judgment, as the Court's claim

construction precludes any finding of literal infringement, and infringement by equivalents is **_legally_** precluded for numerous, independent reasons. *See* MDx Reply Memorandum, Dkt. # 30, pages 6-9; *see also* Exhibit A at 12-13 ("The Federal Circuit receives and resolves the vast majority of its patent cases under summary judgment standards. The same should probably apply to district courts.").

For these reasons, MDx respectfully requests reconsideration of its motion for partial summary judgment.

Dated: February 14, 2012                    Respectfully submitted,


                                            *s:/Scott D. Stimpson*
                                            ────────────────────────────────
                                            Scott D. Stimpson
                                            Scott B. Murray
                                            David C. Lee
                                            Sills Cummis & Gross P.C.
                                            30 Rockefeller Plaza
                                            New York, New York 10112
                                            Tel: (212) 643-7000
                                            Fax: (212) 643-6500
                                            E-mail: sstimpson@sillscummis.com
                                            E-mail: smurray@sillscummis.com
                                            E-mail: dlee@sillscummis.com

                                            and

Terence Ridley, Atty. No. 15212
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on <u>February 14, 2012</u>, I electronically filed the foregoing MDX MEDICAL, INC.'S MOTION FOR RECONSIDERATION OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott Butler Murray**
  smurray@sillscummis.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com

  *s:/Lauren N. Siber*