**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Friday, January 06, 2012 5:00 PM
**To:** 'Scott Murray'
**Cc:** 'Scott D. Stimpson'; David C. Lee
**Subject:** Further Conferral re Log-in Credentials we requested on December 15, 2011

Scott:
Our document requests asked for information that would be sufficient to allow us to understand the function and operation of the accused products. This request covered both source code and product demonstrations. You have produced neither.
At the deposition of Jeff LaPointe on December 15, 2011 (three weeks ago), we indicated to you, David Lee and Scott Stimpson that we needed to obtain log-in credentials for the vitals.com website that would allow us to demonstrate the software from the point of a physician and a user. We explained that typically an Internet service operator will have a quality assurance site and/or test users whose credentials are used during the Q/A process, and/or used to demonstrate the product to potential consumers. Typically site administrators have log-in credentials giving access to the full functionality of the site as well. We explained that we want to be able to log into the site as a healthcare provider and see the interface that healthcare provider would see and finally to see the effect that these submissions have on the page regarding that provider presented by the site to the general public. In all likelihood, MDx already has log-in credentials they can give to us, so this should not be burdensome *at all*.
We understand you are now taking the position that we must issue a document request specifically asking for this information. We disagree. This request is covered by our document request no. 2, including for example, subsections 2(e), (f), (h), and (p), which are copied below. We would like these credentials by end of day, Tuesday, January 10, 2011. Please let us know by end of day Monday, January 9, whether you will be providing this information to us. If you refuse, we will be forced to file a motion to compel, and we will. We doubt that Judge Boland will take kindly to your ticky-tack contention that we need to file a new document request when the information sought has already been requested and we have been talking about it for quite some time.

**REQUEST NO. 2**

All documents and electronically stored information relating to the structure, function, operation, development and implementation of the Accused Products (in whatever form or format they exist, including paper or electronic copy and in whatever computer language or format they may exist (i.e., Java, HTML, XML, C, etc.), including without limitation:

\*\*\*

EXHIBIT 14

e.  A copy of each executable and demonstration version of the Accused Products code, including all DLL (Dynamic Link Library) files, databases (such as sample or test databases) and other software objects and connections necessary to create and use a working Accused Products;

f.  A copy of each executable and demonstration version of code for all of the Accused Products currently or previously existing, or to be released in the future, including all DLL (Dynamic Link Library) files, databases (such as sample or test databases) and other software objects and connections necessary to create and use a working version of the Accused Products;

\*\*\*

h.  Training documents including without limitation any documents that are designed to teach someone how to use the Accused Products;

\*\*\*

p.  Documents sufficient to show the performance, specifications and/or functional characteristics and capabilities of the Accused Products.

5. "Documents," "Electronically Stored Information," and "Tangible Things" are defined broadly to be given the full scope of those terms contemplated in Federal Rules of Civil Procedure 26 and 34, including, without limitation, any written, printed, typed, recorded, computerized or electronic data, taped, filmed, graphic or other matter, in whatever form, whether in final or draft, however produced or reproduced, and any written or original, master, duplicate, paper copy or electronic copy. "Documents" shall further include all aural, visual records or representations (including, without limitation, photographs, negatives and prints), microfiche, microfilm, film, videotape, sound recordings, and motion pictures and computer, electronic, mechanical or electric records or representations of any kind (including, without limitation, tapes, cassettes, discs, recordings, programs, etc.). "Electronic data" includes without limitation all text files (including word processing documents and presentations), spread sheets, electronic mail documents (emails), instant messages including those saved as files and stored on computer systems, databases, calendars, computer system activity logs, audit trails, data used for electronic data interchange, internet usage files, network access information, voice mail, digitized audio, digital image files, video files (e.g., data stored in MPEG, JPEG, GIF, TIFF and

BMP formats) and any other information stored magnetically, optically or electronically, and data stored on workstations, laptops, network servers, removable media, handheld devices, backup tapes, hard disk drives, diskettes, and other computer media such as magnetic tape, floppy disks, memory sticks and recordable optical disks. "Documents" shall include, without limitation, any record of all or any portions of any discussion, communication, agreement, conversation, interview, meeting, conference, conclusion, fact, impression, occurrence, opinion, report or other similar matter, and also shall include, without limitation, all correspondence, papers, e-mail, cablegrams, mailgrams, telegrams, notes, memoranda, summaries, abstracts, worksheets, books, manuals, publications, engineering reports and notebooks, plats, charts, plans, diagrams, sketches or drawings, photographs, reports and/or summaries of investigations and/or surveys, opinions and reports of appraisers or consultants, projections, corporate records, minutes of board of directors or committee meetings, desk calendars, appointment books, diaries, diary entries and notes, newspapers, magazines, or periodical articles, and other record of any kind. A draft or non-identical copy (including copies with stamps, initials, comments, notations or other markings) is considered a separate document or piece of electronically stored information.

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

2/21/2012

-----Original Message-----
From: Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
Sent: Friday, January 13, 2012 1:26 PM
To: Scott D. Stimpson
Cc: Scott Murray; David C. Lee
Subject: Re: Further Conferral re Log-in Credentials we requested on December 15, 2011

No, Scott, I am not confusing the username/password issue with the deficient financial information issue. Kirstin and I asked you about BOTH issues at the deposition, and as to BOTH you punted to Scott Murray.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com


On Jan 13, 2012, at 1:12 PM, "Scott D. Stimpson" <sstimpson@sillscummis.com> wrote:

> Jesus:
>
> I believe you are confusing the username/password issue (which we did discuss at the deposition), and the financial statement (which we did not discuss). And, as I have already mentioned to you, your silence from November 17 to January 6 indicated to us that your problems no longer existed. Given Health Grades incredible delays throughout this case (one of the more recent examples, continuing to refuse to give us identifications or dates for 30(b)(6) notices served well over a month ago), you are hardly in a position to complain about a week's time.
>
> In any event, Scott Murray will respond to your issues.
>
> Scott
>
>
> [http://vcards.sillscummis.com/usercard.php?filename=sills-sstimpson-s
> illscummis-com-1308772921.png]
>
>
> _____
> From: Vazquez, Jesus [mailto:jvazquez@rothgerber.com]

1

> Sent: Friday, January 13, 2012 1:38 PM
> To: Scott Murray
> Cc: Scott D. Stimpson; David C. Lee
> Subject: RE: Further Conferral re Log-in Credentials we requested on
> December 15, 2011
>
> Scott, we write to respond to your email regarding our request for a username/password to access the vitals.com website, and also regarding various outstanding issues.
>
> Username/password
>
> We will confer internally and with our technical expert regarding your proposal to only provide a username/password for a fictitious physician profile. My initial reaction is that this may not be sufficient. As to the rest of your email, suffice it to say that we disagree with your characterization of our communications on this issue.
>
> ESI Search Results
>
> It is our understanding from your email this past Monday that MDx's production of ESI search results would be complete by today. Please confirm that we will have all of the ESI search results by close of business today.
>
> MDx's Financial Information
>
> On November 17 - one week after we received MDx's documents - we copied you on an email to Scott Stimpson advising that we were not seeing Vitals' revenue, sales and expenses information in the documents produced to us. Scott responded that "detailed revenue, sales and expenses" information had been produced. This is simply not the case, and last Friday I advised Scott regarding the alarming amount of financial information that was not included and that had been redacted from the documents. You were also copied on that email communication last Friday, January 6. As you know, we requested that complete information be provided to us by Monday, January 8. Scott responded that while he would be "happy" to look into the issues, there would not be any new information by Monday. Well, it is now Friday, and we still have not received any information.
>
> On Wednesday, during the deposition of Dave Hicks, I asked Scott regarding the status of this issue. Scott informed us that now you were the one handling the issue and that we would have to talk to you. Scott would not provide any other information regarding what was being done - if anything - to address the issue.
>
> In light of the foregoing, we believe we have conferred in good faith regarding the deficiencies with MDx's production of financial information that was initially requested back in July of 2011. We have conferred both via email and in person. As I indicated last Friday, we are talking about MDx's audited financial statements here and you have these documents available to you at your fingertips. You could resolve this issue in a half hour of time or less. Certainly you have had more than sufficient time to resolve the issue since last Friday.
>
> Regards, Jesus
>
> Jesús M. Vázquez, Attorney-at-Law
> Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 | 1200
> Seventeenth Street | Denver, CO 80202 | Direct 303.628.9517 | Main
> 303.623.9000 | Fax 303.623.9222
> E-mail: jvazquez@rothgerber.com<mailto:jvazquez@rothgerber.com> |
> Website: www.rothgerber.com<http://www.rothgerber.com/>

>
>
> _____
> From: Scott Murray [mailto:SMurray@sillscummis.com]
> Sent: Friday, January 13, 2012 7:37 AM
> To: Vazquez, Jesus
> Cc: Scott D. Stimpson; David C. Lee
> Subject: RE: Further Conferral re Log-in Credentials we requested on
> December 15, 2011
>
>
>
> Jesus - We have spoken to MDx and believe that we have a proposal that you should find acceptable. However, first, we find it necessary to respond to some of your statements below. First, Document Request No. 2 asks for just that - documents. With its "username/password" request, Health Grades is asking for something much different, which we now better understand. Health Grades is asking for direct access to either: (i) a demonstration version of Vitals.com, or (ii) Vitals.com itself such that Health Grades' technical expert can make changes to the site itself. Neither of these access requests is in any way requested in Document Request No. 2. Health Grades is actually making a request to inspect, and we do not view our request for a formal notice of such request that details the requested access as "ticky-tack." In addition, you admitted on December 15 that the parties had previously agreed not to exchange source code. Thus, in stating, "[y]ou have produced neither," you are again self-servingly mischaracterizing the facts.
>
> Nevertheless, MDx is willing, if Health Grades will do the same, to provide Health Grades' technical expert with access to a fictitious doctor on Vitals.com so that your expert can explore the functionality of Vitals.com as that fictitious doctor. MDx would provide Health Grades' technical expert with a username/password for a fictitious physician profile, in order to obtain such access to the profile. As stated, MDx will only agree to provide this access if Health Grades will allow MDx's technical expert the same access to a fictitious physician profile on its website. Please let us know if this proposal is acceptable to Health Grades.
>
> Regards,
> Scott
> Scott Murray
> Member
> [http://www.stationerycentral.com/SignatureImages3/SillsCummisGross-Lo
> go-254x37.gif]<http://www.sillscummis.com/>
>
> website<http://www.sillscummis.com/> | bio<http://www.sillscummis.com/attorney/attorney.asp?id=826> | vCard<http://www.dynasend.com/content/SILLSCGR/SILLSCGR.231.4288-ScottMurray.vcf> | newsroom<http://www.sillscummis.com/newsroom/> | email<mailto:smurray@sillscummis.com>
> [http://www.stationerycentral.com/SocialMedia/Twitter-21x21-right.gif] <http://twitter.com/#!/sillsnews>
> [http://www.stationerycentral.com/SocialMedia/Facebook-21x21-right.gif]
> <http://www.facebook.com/pages/Sills-Cummis-Gross-PC/88203033963>
> [http://www.stationerycentral.com/SocialMedia/LinkedIn-21x21-right.gif]
> <http://www.linkedin.com/company/sills-cummis-&-gross-pc>
>
>
> One Riverfront Plaza, Newark, NJ 07102
> p (973) 643-5388 | f (973) 643-6500   map<http://maps.google.com/maps?q=1037+Raymond+Blvd,+Newark,+NJ+07102&hl=en&ll=40.735779,-74.164925&spn=0.027023,0.038066&sll=40.735772,-74.164952&sspn=0.006756,0.009516&z=15>

3

```
>
>
>
>
>
>
> _____
> From: Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
> Sent: Friday, January 06, 2012 7:00 PM
> To: Scott Murray
> Cc: Scott D. Stimpson; David C. Lee
> Subject: Further Conferral re Log-in Credentials we requested on
> December 15, 2011
>
> Scott:
> Our document requests asked for information that would be sufficient to allow us to understand the function and operation of the accused products.  This request covered both source code and product demonstrations.  You have produced neither.
> At the deposition of Jeff LaPointe on December 15, 2011 (three weeks ago), we indicated to you, David Lee and Scott Stimpson that we needed to obtain log-in credentials for the vitals.com website that would allow us to demonstrate the software from the point of a physician and a user.  We explained that typically an Internet service operator will have a quality assurance site and/or test users whose credentials are used during the Q/A process, and/or used to demonstrate the product to potential consumers.  Typically site administrators have log-in credentials giving access to the full functionality of the site as well.  We explained that we want to be able to log into the site as a healthcare provider and see the interface that healthcare provider would see and finally to see the effect that these submissions have on the page regarding that provider presented by the site to the general public.  In all likelihood, MDx already has log-in credentials they can give to us, so this should not be burdensome at all.
> We understand you are now taking the position that we must issue a document request specifically asking for this information.  We disagree.  This request is covered by our document request no. 2, including for example, subsections 2(e), (f), (h), and (p), which are copied below.  We would like these credentials by end of day, Tuesday, January 10, 2011.  Please let us know by end of day Monday, January 9, whether you will be providing this information to us.  If you refuse, we will be forced to file a motion to compel, and we will.  We doubt that Judge Boland will take kindly to your ticky-tack contention that we need to file a new document request when the information sought has already been requested and we have been talking about it for quite some time.

> [cid:081390620@13012012-22C7]
> ***
>
> [cid:081390620@13012012-22CE]
>
> ***
> [cid:081390620@13012012-22D5]
> ***
> [cid:081390620@13012012-22DC]
>
> [cid:081390620@13012012-22E3][cid:081390620@13012012-22EA]
>
> Jesús M. Vázquez, Attorney-at-Law
> Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 | 1200
> Seventeenth Street | Denver, CO  80202 | Direct 303.628.9517 | Main
> 303.623.9000 | Fax 303.623.9222
```

4

> E-mail: jvazquez@rothgerber.com<mailto:jvazquez@rothgerber.com> |
> Website: www.rothgerber.com<http://www.rothgerber.com/>
>
>
> _____
> PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.
>
> NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.
>
> **Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.
>
> This email message has been scanned for viruses by Mimecast.
>
>
>
> _____
> PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.
> <image001.png>
> <image002.png>
> <image003.png>
> <image004.png>

5

> <image005.png>
> <image006.png>

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.