**From:** Scott Murray [mailto:SMurray@sillscummis.com]
**Sent:** Thursday, January 05, 2012 2:02 PM
**To:** Vazquez, Jesus
**Cc:** David C. Lee; Scott D. Stimpson
**Subject:** RE: ESI results; Website access; Neal Deposition; Montroy Deposition.

Jesus - Please see my response to your comments.

30(b)(6) Designees and Dates - Thank you for following up with your client. I hope to hear from you before the end of the day Friday. If not, we will notice the deposition. Regarding your request for dates for the deposition of MDx representatives, you are comparing apples and oranges. On December 5, 2011, when you identified the specific MDx representatives you wish to depose, you also indicated that you would be sending us Health Grades' 30(b)(6) notice "within a couple of days." On December 14, 2011, we asked for Health Grades' 30(b)(6) topics given that there would likely be overlap between the requested individuals and MDx's designees. We indicated that we could not provide deposition dates until you provided us with the topics. To date, you have not provided the list of topics.

Username and Password Request - On December 15, 2011, Kirsten indicated that the username and password issue was a "proposal" that Health Grades thought might be a "workaround" given that the parties have agreed not to exchange website code. Kirsten also asked if there was a "demo" website that could be accessed. We suggested that providing screenshots might be another solution (which Kirsten thought might be "good," but possibly not "sufficient"), but that we would speak with our client. As we understand it from you and Kirsten, Health Grades' technical expert has already accessed Vitals.com by creating a username and password, but apparently got "timed out" and/or was not able to navigate to all of the desired features. We have contacted our client regarding your request. We will respond after we hear from our client. However, in the interim, we need a formal discovery request and a detailed explanation from you regarding what Health Grades plans to prove with this requested access.

MDx ESI - Again, you are comparing apples and oranges. The difference in our response to Health Grades' ESI request is that we have consistently provided you with prompt information regarding the status of MDx's keyword searches, when the documents are expected to be produced, and the reasons



EXHIBIT
15

2/21/2012

for the delay. This is in stark contrast to your responses (which never included any mention of vendor issues) to our inquiries while we waited for Health Grades' production. We believe that a motion to compel by Health Grades would be meritless and would simply be made as retribution for our motion to compel, and will respond accordingly if necessary.

Regards,
Scott
**Scott Murray**
Member



website | bio | vCard | newsroom | email

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5388 | f (973) 643-6500   map

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Thursday, January 05, 2012 12:27 PM
**To:** Scott Murray
**Cc:** David C. Lee; Scott D. Stimpson
**Subject:** Re: ESI results; Website access; Neal Deposition; Montroy Deposition.

Thanks, Scott. With respect to the Rule 30(b)(6) deposition, we have forwarded the topics to Health Grades, but with the holidays some of the personnel have been on vacation and otherwise traveling. I will follow-up today in hopes of providing you dates. I don't think it will be productive for you to unilaterally set a date - just as it would not be productive for us to unilaterally set dates for the depositions of Rothschild, Boyer, West, ect., all of which we have requested for some time.

==It was my understanding that you were going to address our request for a user name and password for our technical expert to access the vitals website. As you know, we discussed this with you on December 15, and I renewed the request in my email below. Scott Stimpson responded that you would respond to that issue. Can you please do so?==

With respect to the ESI search results, the issues you describe that you are confronting are similar to the ones we had to confront with our ESI production, except that we were dealing with a much larger volume of documents due to the broad nature of MDx's search requests. We continue to be concerned about MDx's delay, particularly now that it appears the production will slip further and not even "begin" until next week, with no assurance or definite date on which the production will actually be completed. I'm afraid that given these circumstances we will have to file our motion. Also, please be advised that we will object to MDx's use of any of the ESI documents that have not been produced at the upcoming inventor depositions.

Finally, as a result of our advisement that John Neal's father in law is gravely ill and may pass away, in which case we will need to reschedule Mr. Neal's deposition, Scott Stimpson asked whether Dave Hicks is available on the 11th. We conferred with Mr. Hicks and he is available on the 11th.

Thanks, Jesús

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com


2/21/2012

On Jan 5, 2012, at 8:47 AM, "Scott Murray" <SMurray@sillscummis.com> wrote:

Jesus - I write regarding two issues.

1. PRODUCTION OF MDx ELECTRONIC DOCUMENTS FROM KEYWORD SEARCHES

Regarding the search results from MDx's ESI, as Scott has informed you, we are working diligently to produce those documents, but due to a delay caused by the processing vendor, we have not yet been able to produce the documents. At this point, while we hope to begin producing the ESI on Friday, January 6, 2012, we will likely not be able to begin producing the documents until early next week. The reasons for this are as follows:

We began providing the vendor with the ESI on December 14, 2011 in order to have the data de-duped and put into a format for review for privilege and responsiveness on the Summation system that our firm uses (some of the data - from Jeff LaPointe - also had to be keyword searched). As Scott indicated in his December 12 e-mail, we "anticipated" getting at least some portion of the documents back from the vendor and loaded onto our system during the week of December 19-23 for review and production that week. However, we did not receive the bulk of the processed data files back from the vendor that week, but instead did not receive them until Tuesday, December 27, 2011. This was due to problems experienced by the vendor, as Scott told you, and therefore, we hoped to have the data uploaded last week so that we could produce it this week. However, the data we received on December 27, 2011 was not in the proper format for loading into Summation, and after the vendor made the necessary corrections we did not receive the data back until the afternoon of Friday, December 30, 2011. Our MIS team loaded the data into Summation over the New Year weekend and we were finally able to begin our privilege and responsiveness review on Tuesday, January 3.

We're reviewing over 20,000 documents, and doing it as quickly as possible. However, it is clear that the review will not be completed this week. We will see what we can do in terms of making a partial production on Friday.

2. 30(b)(6) DEPOSITION(S) OF HEALTH GRADES' CORPORATE DESIGNEE(S)

On a separate topic, given that you and Scott corresponded yesterday regarding deposition scheduling, we still have not heard from you regarding Health Grades' 30(b)(6) designee(s) and available dates for the deposition(s).

We provided you with the list of topics on December 7, 2011 and followed up again with you on December 14, 2011. On the 14th, you stated, "We will let you know re designees and dates as soon as possible." However, we still have not received that information from you. Please provide us with the names of the designee(s) and available dates for the deposition(s) no later than 5pm MT Friday, January 6, 2012. If we do not hear from you by then, we will be forced to notice the deposition with the dates of our choice given that the fact discovery deadline is fast approaching.

Regards,
Scott
**Scott Murray**
Member



Sills Cummis & Gross P.C.

website | bio | vCard | newsroom | email

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5388 | f (973) 643-6500   map

**From:** Scott D. Stimpson
**Sent:** Wednesday, January 04, 2012 5:35 PM
**To:** 'Vazquez, Jesus'
**Cc:** Scott Murray; David C. Lee

**Subject:** RE: ESI results; Website access; Neal Deposition; Montroy Deposition.

Jesus:

Thank you. Scott Murray will respond to your first two paragraphs.

I am sorry to hear about Mr. Neal's father-in-law, and certainly hope he recovers. As for deposition scheduling, is Mr. Hicks available on the 11th?

As for Mr. Montroy's deposition, unless he can start at 7 a.m. that morning (which is fine with me), you will need to make other flight arrangements. We have planned on this deposition for some time, and there are plenty of flights back to Denver after the 5:40 flight that are available and reasonably priced. If the defending attorney wants to take the early flight, I will have no objection to the other attorney taking over. But simply unilaterally announcing to us, weeks after we scheduled this deposition, that you want to take an early flight and thus will force me to end the deposition early, is unacceptable.

We look forward to hearing from you soon.

Scott



Sills Cummis & Gross P.C.

website | bio | v-Card | email

**Scott D. Stimpson**
Member of the Firm

**New York** | Map     d (212) 500-1550     f (212) 643-6500     30 Rockefeller Plaza     New York, NY 10112

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Wednesday, January 04, 2012 10:54 AM
**To:** Scott D. Stimpson
**Cc:** Scott Murray; David C. Lee
**Subject:** ESI results; Website access; Neal Deposition; Montroy Deposition.

Scott:

We are concerned that we still have not received any search results from the ESI search requests we made on November 9. In your email of December 12 you wrote that you anticipated having at least partial results to us by the end of the following week, i.e., by the end of the week of December 19 - 23. We did not receive any results that week. When I inquired about the documents last week you alluded vaguely to a "problem" with your vendor, and said that you anticipated having the search results to us this week. If we do not receive the search results by this Friday, January 6, we will have no choice but to file a motion to compel with the Court.

During the LaPointe deposition on December 15 we requested a user name and password for our technical expert to use to access the vitals.com website. We explained that this access was necessary in order for our technical expert to see how the website operates and to complete his expert report. We have not heard back on this request. Please send us the user name and password for our expert to use by this Friday, January 6.

John Neal has just informed us that his father-in-law is gravely ill and that there is a good chance he will pass away. If his father-in-law passes then he will have to reschedule his deposition, currently scheduled for next Wednesday, January 11. If his father-in-law passes we could move forward with the Hicks deposition on January 12, and then you would take the Neal deposition on another trip, or maybe you will want to reschedule both and do them in one trip. In any event, we wanted to pass this information along as soon as

we received it.

Finally, we need to conclude the deposition of Scott Montroy at 3:30 pm on Monday, January 16, in order to make our flight back to Denver that day. Our flight leaves at 5:40 pm from the Jacksonville airport. We can start at 8:00 am, and I can check with Mr. Montroy to see if he can start earlier than that. But I wanted to alert you regarding this timing issue well in advance of the deposition.

Thanks, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.