IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## DECLARATION OF KIRSTIN STOLL-DeBELL

I, Kirstin L. Stoll-DeBell, hereby declare as follows:

1. I am an equity partner with the Denver office of the law firm of Merchant & Gould, where I have practiced since October 1999. I was admitted to practice before the Patent & Trademark Office in 1997 and admitted to practice law in Colorado in 1998.

2. Health Grades hired me to act as a patent litigation consultant for it and to assist its lead counsel, Rothgerber, Johnson & Lyons, with the above-referenced litigation. I am giving this declaration in support of Health Grades' reply brief in support of its Motion to Compel (Dkt. 126).

3. Health Grades deposed Jeff LaPointe in New York City on December 15, 2011. I attended this deposition with Health Grades' lawyer, Jesús Vázquez. During the deposition of Jeff LaPointe, Mr. Vázquez and I discussed the following subjects with David Lee and Scott Murray, both counsel for MDx: Health Grades' inability to gain access to the physician part of the www.vitals.com public website and the need for our technical expert to be able to see how

EXHIBIT 18

this part, and every other part of the accused website, operates so that he could prepare his expert report on patent infringement. I proposed that MDx provide us with demo log-in credentials to the MDx website, rather than provide an entire copy of demonstration software, in an effort to streamline the process. I believe we also discussed the page citations, or lack thereof, to specific prior art documents in MDx's invalidity contentions.

    4. On January 11, 2012, MDx took the deposition of Health Grades' inventor David Hicks. I attended this deposition with Health Grades' lawyer, Jesús Vázquez. During the deposition, Mr. Vázquez and I discussed the following subjects with David Lee and Scott Stimpson, counsel for MDx: Health Grade's need for log-in credentials to the MDx website and/or some kind of demonstration system and MDx's failure to provide complete financial information.

    I, Kirstin Stoll-DeBell, declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2012  By: _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

Defendant.

---

## DECLARATION OF JESUS M. VAZQUEZ

---

I, Jesus M. Vazquez, hereby declare as follows:

1. On December 15, 2011, during the deposition of Jeff LaPointe, Kirstin Stoll-DeBell, Health Grades' technical consulting expert, and I discussed the following subjects with counsel for MDx: Health Grade's need for log-in credentials to the MDx website, MDx's responses to Interrogatory No. 2, and MDx's failure to supplement its invalidity contentions to comply with Local Patent Rule 3-3.

2. On January 11, 2012, during the deposition of David Hicks, Kirstin Stoll-DeBell, Health Grades' technical consulting expert, and I discussed the following subjects with counsel for MDx: Health Grade's need for log-in credentials to the MDx website, and MDx's failure to provide complete financial information.

3. Additionally, counsel for MDx and I had numerous phone conversations in December 2011 and January 2012. Many issues were discussed during those conversations, including those raised in Health Grades' motion to compel.

2003566627_1

2

I, Jesus M. Vazquez, declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February, 2012.

Dated: February 21, 2012

By: _____