**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 16(B)(4) TO MODIFY SCHEDULING ORDER AND RULE 15(A)(2) TO FILE SECOND AMENDED ANSWER**

---

Pursuant to Rules 16(b)(4) and 15(a)(2) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx") respectfully requests modification of the Scheduling Order (Dkt. # 34) and leave to file its Second Amended Answer, Affirmative Defenses, Counterclaim, and Demand for Jury Trial ("Second Amended Answer"), provided as Exhibit A. Pursuant to D.C.COLO.LCivR 7.1A, the undersigned conferred with counsel for Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), and counsel for Health Grades indicated that Health Grades does not oppose this motion. Health Grades states that it denies and does not agree with any of the allegations of inequitable conduct.

Plaintiff Health Grades has accused Defendant MDx of infringing United States Patent No. 7,752,060 (the "'060 Patent"). Through discovery in this case, MDx uncovered what it

believes to be evidence of inequitable conduct in connection with the '060 Patent. On December 2, 2011, the Court granted MDx leave to amend its answer to assert the inequitable conduct defense (dkt. # 72), and MDx's Amended Answer, Affirmative Defenses, Counterclaim, and Demand for Jury Trial ("Amended Answer"), was accepted by the Clerk of the Court for filing (dkt. # 77). Through depositions in this case in January 2012, MDx uncovered what it believes to be further evidence of inequitable conduct in connection with the '060 Patent.

The Scheduling Order in this case set a deadline of July 31, 2011 for amendment of pleadings. For good cause shown below and in the interest of justice, MDx respectfully requests modification of the Scheduling Order to permit MDx to further amend its answer to assert additional information for the inequitable conduct defense. *See* Exhibit A, pp.4-11, Fourth Affirmative Defense.

## I.  THE STANDARD

A two step analysis applies when a party seeks to amend pleadings after the deadline in the Scheduling Order. *Pumpco, Inc. v. Schenker Int'l, Inc.*, 204 F.R.D. 667, 668-69 (D. Colo. 2001) (Boland, J.). First, the party must show good cause to modify the Scheduling Order under Fed. R. Civ. P. 16(b)(4). Good cause means that the deadline in the Scheduling Order could not have been met despite diligent efforts. *Id.* If the Court determines that good cause exists, the party is then permitted to amend its pleadings by agreement or by leave of the Court. Fed. R. Civ. P. 15(a)(2). The Court has wide discretion to grant leave to amend. *Walker v. Am. Std. Ins. Co. of Wis.*, No. 11-cv-00927-LTB, 2011 U.S. Dist. LEXIS 99169, at *5 (D. Colo. Sept. 2, 2011).

As shown below, MDx could not have met the deadline for amending its pleading, despite diligent efforts to discover inequitable conduct. Accordingly, MDx respectfully requests that the Court grant leave for MDx to amend its inequitable conduct defense. *See* Exhibit B, Redline of Second Amended Answer to Amended Answer.

## II.  MDX's DILIGENT EFFORTS SATISFY GOOD CAUSE

MDx sought discovery from Health Grades on inequitable conduct as early as the rules allowed. *See* Fed. R. Civ. P. 26(d)(1). The Rule 26(f) conferral took place on June 8, 2011, and MDx served its first set of discovery requests the same day. Health Grades' discovery responses were inadequate and MDx diligently conferred with Health Grades on discovery issues from July 2011 through November 2011, but MDx was ultimately forced to file a motion to compel discovery (dkt. # 65, "Motion to Compel") on November 23, 2011. Details of MDx's conferral efforts are shown in docket # 65 and its Exhibits, which are hereby incorporated herein by reference in their entirety.

As a result of MDx's Motion to Compel, Health Grades produced more than 205,000 pages of documents in December 2011, including emails of David G. Hicks and Scott Montroy, who are listed as inventors on the '060 Patent. The undersigned deposed Mr. Hicks and Mr. Montroy on the basis of such documents on January 11th and January 16th, 2012 respectively. Those January 2012 depositions revealed what MDx believes to be further evidence of inequitable conduct and are the basis of MDx's Second Amended Answer.

MDx's discovery efforts from June 8, 2011 through the filing of this motion, as detailed above, were diligent and meet the good cause standard under Fed. R. Civ. P. 16(b)(4). *Cf. Pumpco, Inc. v. Schenker Int'l, Inc.*, 204 F.R.D. 667, 668 (D. Colo. 2001) (Boland, J.)

("information learned through discovery . . . if occurring after the deadline to amend contained in the Scheduling Order constitutes good cause to justify an extension of that deadline.").

### III. PERMISSION TO AMEND PLEADINGS BY AGREEMENT

Once good cause under Fed. R. Civ. P. 16(b)(4) is satisfied, a party is permitted to amend its pleadings by the opposing party's written consent or by leave of the Court. Fed. R. Civ. P. 15(a)(2); *Pumpco*, 204 F.R.D. at 669. As Health Grades' counsel has indicated in writing that Health Grades does not oppose this motion, MDx should be permitted to amend its pleadings under Fed. R. Civ. P. 15(a)(2).

### IV. CONCLUSION

For all the foregoing reasons, MDx respectfully requests modification of the Scheduling Order and leave of the Court to file its Second Amended Answer provided as Exhibit A.

Dated:  February 24, 2011                    Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: smurray@sillscummis.com
E-mail: dlee@sillscummis.com

and

- 5 -

          Terence Ridley, Atty. No. 15212
          Ramona Lampley, Atty. No. 37288
          Wheeler Trigg O'Donnell LLP
          1801 California Street, Suite 3600
          Denver, Colorado 80202
          Tel:  (303) 244-1800
          Fax:   (303) 244-1879
          E-mail: ridley@wtotrial.com
          E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on <u>February 24, 2011</u>, I electronically filed the foregoing MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 16(B)(4) TO MODIFY SCHEDULING ORDER AND RULE 15(A)(2) TO FILE SECOND AMENDED ANSWER with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com

　　　　　　　　　　　　　　　　　　　　 *s:/*   David C. Lee_____