**EXHIBIT A**

# E-mail 1

## Scott Murray

| | |
|---|---|
| **From:** | Scott D. Stimpson |
| **Sent:** | Saturday, January 21, 2012 11:51 AM |
| **To:** | 'Vazquez, Jesus' |
| **Cc:** | Scott Murray; David C. Lee; Lauren Siber |
| **Attachments:** | HG0049131.pdf |

Jesus:

As you know, in June of this year, we served document requests seeking prior art, and other requests seeking documents relating to the subject matter of the asserted patent. Also as you know, we have been vigorously pursuing HG's own prior art for months now, and it is the basis for our inequitable conduct and invalidity claims.

Mr. Montroy testified this past week that HG has documents that would show what features of what HG products were available at what times. Mr. Montroy repeatedly identified these documents. We have searched the HG production, but cannot find any of them. We have found some documents that might be relevant, but we can't read them. An example is attached.

We need all these documents produced promptly, please. Given that the 30(b)(6) deposition on this art is relatively soon, we may need to file an emergency motion to compel, given the short time left for discovery. I am hopeful that we can avoid that, however.

The documents include the following:

(1) All Project Development Plans, Project Files, Project Logs, Production Logs, Migration Files and Logs, Customer Service Reports, and Release Files for reports available to the public between January of 2002 and February 8, 2006 (including but not limited such documents related to to PQG, PQR, Comparison reports, nursing home reports, and hospital reports). These should include all sign-off sheets, also. See, e.g, the Montroy draft transcript.

(2) Documents on the Discovery Health project, projects with any other partners, and documents relating to the AARP project, sufficient to show the nature of those projects, and what was disclosed to them and to the public on those projects, and when. This should include any confidentiality agreements in place with those entities.

(3) Emails to report purchasers, telling them survey results were available, which were expected to be sent in October of 2004. See deposition exhibit 29, and page 235 of the Montroy transcript.

(4) All correspondence between Brian Blackman and the inventors, and documents showing what Mr. Montroy and others turned over to him in connection with the application process. We have also asked for the deposition of Mr. Blackman.

(5) We must also know if you are holding anything back regarding prosecution on grounds of privilege. If so, please let us know immediately.

We look forward to hearing from you promptly. Thank you.

Scott

2/23/2012

**Sills Cummis & Gross** p.c.

website | bio | v-Card | email

**Scott D. Stimpson**
Member of the Firm

**New York** | Map    d (212) 500-1550    f (212) 643-6500    30 Rockefeller Plaza    New York, NY 10112

2/23/2012

E-mail 2

## Scott Murray

| | |
|---|---|
| **From:** | David C. Lee |
| **Sent:** | Friday, February 03, 2012 3:58 PM |
| **To:** | 'Vazquez, Jesus' |
| **Cc:** | Scott Murray; Scott D. Stimpson |
| **Subject:** | RE: Montroy documents |

Jesus:

Thank you for yesterday's call regarding the issues below with me and Scott. As promised, we looked into a few things after our call. They are addressed within the following copy of our email from February 1st:

(1) All Project Development Plans, Project Files, Project Logs, Production Logs, Migration Files and Logs, Customer Service Reports, and Release Files for reports available to the public between January of 2002 and February 8, 2006 (including but not limited such documents related to to PQG, PQR, Comparison reports, nursing home reports, and hospital reports). These should include all sign-off sheets, also. See, e.g, the Montroy draft transcript. PLEASE SEARCH FOR "PROJECT LOGS" AND "PRODUCTION LOGS" TOO. YOUR STATEMENT THAT THIS WOULD RESULT IN TOO MANY HITS, AND YET WOULD BE ENCOMPASSED WITHIN "MIGRATION FILES AND LOGS" SEEM INCONSISTENT. MR. MONTROY IDENTIFIED THESE TYPES OF DOCUMENTS, AND THEY SHOULD BE PRODUCED PLEASE. ALSO, AS WE DISCUSSED EARLIER AND AGREED IN THE SCHEDULING ORDER, YOU SHOULD DO A SEARCH AND LET US KNOW THE NUMBER OF HITS -- WE CAN THEN DETERMINE IF THE NUMBER IS TOO MUCH. WE DO NOT KNOW HG SYSTEM OR DOCUMENTS, AND SO ARE RELYING ON YOU TO ENSURE THAT THE PROPER AREAS ARE SEARCHED.

2/3/12 -- As promised, we checked Mr. Montroy's deposition transcript to see how Mr. Montroy referred to the migration files and logs. He actually referred to files and logs separately, e.g., "migration log" (see 235:21-23) and "migration file" (237:6-7). Therefore, please have Health Grades search for both "migration file" and "migration log". With these two terms, we understand from yesterday's call that Health Grades will be searching for the following terms: "PDP", "project development plan", "project file", "project log", "production log", "migration file", "migration log", "customer service report", and "release file".

Thank you for the native files and the list of documents containing "PDP". Upon reviewing them, most of the documents are dated 2007 or later. As we explained, we are mainly interested in documents relating to reports available to the public between January of 2002 and February 8, 2006, and there must be more documents like the project plan for quality guides shown in HG 49856 - 49863.

(2) Documents on the Discovery Health project, projects with any other partners, and documents relating to the AARP project, sufficient to show the nature of those projects, and what was disclosed to them and to the public on those projects, and when. This should include any confidentiality agreements in place with those entities. LET ME KNOW A TIME TO CONFER. WE ARE FREE ALL DAY.

2/3/12 -- As promised, we checked Mr. Montroy's deposition transcript to find Mr. Montroy's reference to projects with any other partners. In the deposition, Mr. Montroy referred to "Discovery Health", and also referred to "Rocky Mountain" (e.g., 232:21-24), "Patient's

2/23/2012

Choice" (e.g., 233:9-10), and Hewitt (e.g., 241:8-114). We understand from yesterday's call that Health Grades is searching for documents on the Discovery Health and AARP projects, but in view of Mr. Montroy's references, please have Health Grades also search for documents on the Rocky Mountain, Patient's Choice, and Hewitt projects. Of course, we have particular documents on these projects from Health Grades' prior production and that's why we asked Mr. Montroy about them. But we will need to see other documents on these projects that have not been produced. Thank you.

(3) Emails to report purchasers, telling them survey results were available, which were expected to be sent in October of 2004. See deposition exhibit 29, and page 235 of the Montroy transcript. YOUR EMAIL DOES NOT MENTION THIS. WHAT IS THE STATUS?

2/3/12 -- We understand from yesterday's call that Health Grades is searching for this. Thank you.

(4) All correspondence between Brian Blackman and the inventors, and documents showing what Mr. Montroy and others turned over to him in connection with the application process. We have also asked for the deposition of Mr. Blackman. YOUR EMAIL DOES NOT MENTION THIS. WHAT IS THE STATUS?

2/3/12 -- We understand from yesterday's call that Health Grades is searching for this. Thank you.

(5) We must also know if you are holding anything back regarding prosecution on grounds of privilege. If so, please let us know immediately. YOUR EMAIL DOES NOT MENTION THIS. WHAT IS THE STATUS?

2/3/12 -- You indicated that there are two emails from Merchant & Gould to Brian Blackman, and you will let us know whether they are already in Merchant & Gould's privilege log. Other than that, our understanding from yesterday's call is that nothing else regarding prosecution is being held back on privilege grounds.


Regards,
David



Sills Cummis & Gross P.C.

David C. Lee
Associate

**New York** |Map   d (212) 500-1546   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Thursday, February 02, 2012 11:34 AM
**To:** Scott D. Stimpson
**Cc:** Scott Murray; David C. Lee
**Subject:** RE: Montroy documents

2/23/2012

Scott,

I'm waiting for Kirstin, should be less than 10 minutes. My apologies.

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, February 01, 2012 12:27 PM
**To:** Vazquez, Jesus
**Cc:** Scott Murray; David C. Lee
**Subject:** RE: Montroy documents

ok.  Please call my office then.



**Sills Cummis & Gross** P.C.

website | bio | v-Card | email

**Scott D. Stimpson**
Member of the Firm

**New York** | Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Wednesday, February 01, 2012 2:12 PM
**To:** Scott D. Stimpson
**Cc:** Scott Murray; David C. Lee
**Subject:** RE: Montroy documents

Scott,

How about we talk tomorrow morning at 9:30 am Denver time?  By then we will be able to address your questions.

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, February 01, 2012 8:58 AM

2/23/2012

**To:** Vazquez, Jesus
**Cc:** Scott Murray; David C. Lee
**Subject:** RE: Montroy documents

Jesús:

We are looking at the documents you identified, thank you.

My requests, from my January 23 email, are below, along with my comments based on your email (in red and CAPITALS). Please respond to our inquiries.

(1) All Project Development Plans, Project Files, Project Logs, Production Logs, Migration Files and Logs, Customer Service Reports, and Release Files for reports available to the public between January of 2002 and February 8, 2006 (including but not limited such documents related to to PQG, PQR, Comparison reports, nursing home reports, and hospital reports). These should include all sign-off sheets, also. See, e.g, the Montroy draft transcript. PLEASE SEARCH FOR "PROJECT LOGS" AND "PRODUCTION LOGS" TOO. YOUR STATEMENT THAT THIS WOULD RESULT IN TOO MANY HITS, AND YET WOULD BE ENCOMPASSED WITHIN "MIGRATION FILES AND LOGS" SEEM INCONSISTENT. MR. MONTROY IDENTIFIED THESE TYPES OF DOCUMENTS, AND THEY SHOULD BE PRODUCED PLEASE. ALSO, AS WE DISCUSSED EARLIER AND AGREED IN THE SCHEDULING ORDER, YOU SHOULD DO A SEARCH AND LET US KNOW THE NUMBER OF HITS -- WE CAN THEN DETERMINE IF THE NUMBER IS TOO MUCH. WE DO NOT KNOW HG SYSTEM OR DOCUMENTS, AND SO ARE RELYING ON YOU TO ENSURE THAT THE PROPER AREAS ARE SEARCHED.

(2) Documents on the Discovery Health project, projects with any other partners, and documents relating to the AARP project, sufficient to show the nature of those projects, and what was disclosed to them and to the public on those projects, and when. This should include any confidentiality agreements in place with those entities. LET ME KNOW A TIME TO CONFER. WE ARE FREE ALL DAY.

(3) Emails to report purchasers, telling them survey results were available, which were expected to be sent in October of 2004. See deposition exhibit 29, and page 235 of the Montroy transcript. YOUR EMAIL DOES NOT MENTION THIS. WHAT IS THE STATUS?

(4) All correspondence between Brian Blackman and the inventors, and documents showing what Mr. Montroy and others turned over to him in connection with the application process. We have also asked for the deposition of Mr. Blackman. YOUR EMAIL DOES NOT MENTION THIS. WHAT IS THE STATUS?

(5) We must also know if you are holding anything back regarding prosecution on grounds of privilege. If so, please let us know immediately. YOUR EMAIL DOES NOT MENTION THIS. WHAT IS THE STATUS?

We look forward to hearing from you today, in the hopes that we can avoid our planned motion.

Scott

2/23/2012

**Sills Cummis & Gross** P.C.

website | bio | v-Card | email

**Scott D. Stimpson**
Member of the Firm

**New York** | Map    d (212) 500-1550    f (212) 643-6500    30 Rockefeller Plaza    New York, NY 10112

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Tuesday, January 31, 2012 6:56 PM
**To:** Scott D. Stimpson
**Cc:** Scott Murray; David C. Lee
**Subject:** Montroy documents

Scott:

Our previous productions in the case included 111 documents referencing the term "PDP" which Mr. Montroy testified about. We do not understand how or why you were not able to find these 111 documents yourself. You had them way in advance of the Montroy deposition, and yet at the deposition and afterwards you accused me and our client of intentionally failing to produce them. In any event, attached is a zip file containing a text file (Listing.txt) showing the beginning Bates numbers of the 111 previously-produced documents referencing the term "PDP." Also in the zip file are 37 Excel spreadsheets in native format that appear as attachments to some of the 111 items. These spreadsheets have been named according to the Bates number that appears on the first page of the image previously produced, and are being provided in native format in order to assure they can be read.

We are going to search for the following terms within the HG servers and the documents of Dave Hicks, John Neal, and Brian Blackman: "Project Development Plans" or "PDP"; "Project Files"; "Migration Files and Logs"; "Customer Service Reports"; "Release Files." It will take 10 days beginning tomorrow for the searches to be completed. The terms "Project Logs" and "Production Logs" are not included above because they are too general and broad and would yield an excessive number of hits, and should be captured by "Migration Files and Logs". We have also asked John Neal, David Hicks and Brian Blackman regarding these documents and will follow-up accordingly.

As to the other documents you have requested, i.e., "Discovery Health project and projects with any other partners ... documents relating to the AARP project ..." we need to confer with you regarding the same as the request is unduly broad and vague. We also want you to look <u>carefully</u> within the productions we have already made for these documents.

Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith,

2/23/2012

including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.



PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.


PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

2/23/2012

E-mail 3

## Scott Murray

**From:** Scott D. Stimpson
**Sent:** Thursday, February 23, 2012 5:26 AM
**To:** 'Vazquez, Jesus'
**Cc:** Scott Murray; David C. Lee
**Subject:** RE: Montroy documents

Jesus:

Thank you, but this is unacceptable. These documents should have been produced many months ago. Given that we have only a few weeks left in discovery, we see no option but to file an expedited motion to compel and for associated fees.

The Dodge, Neal, and Blackman depositions, of course, must be postponed. We intend to ask the court to order: (1) full and complete production of all these documents no later than March 5, (2) the depositions of Messrs. Dodge, Neal, and Blackman on March 14, 15, and 16; and (3) an extension for the MDx invalidity expert report by one week, with no other extensions for any other reports. As we are out of time in the discovery period, we can no longer afford to wait indefinitely for Health Grades to voluntarily produce what it should have produced so long ago, or to find available dates for the Health Grades deponents.

Scott



| Sills Cummis & Gross P.C. | website \| bio \| v-Card \| email |
| --- | --- |
| | **Scott D. Stimpson**<br>Member of the Firm |

**New York** \|Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Tuesday, February 21, 2012 3:47 PM
**To:** Scott D. Stimpson
**Cc:** Scott Murray; David C. Lee
**Subject:** RE: Montroy documents

Scott:

The searches you have requested are taking significantly longer than the ten-day estimate we were provided, and, as we suspected, they are yielding unreasonably large numbers of hits. For example, there are 37,280 files containing the term "PDP" within them. The machine time and employee time required to run the searches is also significantly larger than anticipated, putting enormous burden on the company, and the company has also encountered technical difficulties performing the searches that have added delay. In light of these issues, we have decided to retain a forensic document consulting firm to assist with the searches for the "Montroy documents" you have requested. We are meeting with them this afternoon and again tomorrow - I will send you an update after our meeting tomorrow.

2/23/2012

We have collected correspondence between Mr. Blackman and the inventors, and are reviewing those documents and assembling them for production.

As to your threat of filing a motion to compel, we are not refusing to search for or to produce the documents. While we will of course need to discuss and find ways to narrow the searches in cases where there are an unreasonable number of hits, there is no basis for a motion to compel here. We will know better how long it will take to complete the searches, review the results and produce the documents after our meetings with our outside consulting firm, and we will advise you accordingly. We understand these issues may impact the current deposition schedule. If you would like to discuss rescheduling the depositions of Allen Dodge, John Neal and Brian Blackman, please let us know.

Thanks, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, February 15, 2012 2:22 PM
**To:** Vazquez, Jesus
**Cc:** Scott Murray; David C. Lee
**Subject:** RE: Montroy documents

Jesus:

You stated below that the searches would be completed within ten days, i.e., by Monday of this week. Where are they?

You also said you were following up with Messrs. Blackman, Hicks, and Neal, but we have heard nothing. What is the status?

In addition, David's February 3 email is now more than ten days old, and we have heard nothing. These requests included the following:

- Electronic searches.
- PDPs prior to 2007 (the 2007 PDPs you provided, obviously, are not helpful).
- Electronic searches on work with partners.
- Emails to report purchasers
- All correspondence between Mr. Blackman and the inventors
- Identification of documents being withheld on privilege grounds.

See David's email for details.

As you know, we allowed this time to avoid an emergency motion to compel, because you assured us you would have these materials in this time. We have nothing, and so we need an update immediately please.

2/23/2012

Thank you.

Scott



**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Tuesday, January 31, 2012 6:56 PM
**To:** Scott D. Stimpson
**Cc:** Scott Murray; David C. Lee
**Subject:** Montroy documents

Scott:

Our previous productions in the case included 111 documents referencing the term "PDP" which Mr. Montroy testified about. We do not understand how or why you were not able to find these 111 documents yourself. You had them way in advance of the Montroy deposition, and yet at the deposition and afterwards you accused me and our client of intentionally failing to produce them. In any event, attached is a zip file containing a text file (Listing.txt) showing the beginning Bates numbers of the 111 previously-produced documents referencing the term "PDP." Also in the zip file are 37 Excel spreadsheets in native format that appear as attachments to some of the 111 items. These spreadsheets have been named according to the Bates number that appears on the first page of the image previously produced, and are being provided in native format in order to assure they can be read.

We are going to search for the following terms within the HG servers and the documents of Dave Hicks, John Neal, and Brian Blackman: "Project Development Plans" or "PDP"; "Project Files"; "Migration Files and Logs"; "Customer Service Reports"; "Release Files." It will take 10 days beginning tomorrow for the searches to be completed. The terms "Project Logs" and "Production Logs" are not included above because they are too general and broad and would yield an excessive number of hits, and should be captured by "Migration Files and Logs". We have also asked John Neal, David Hicks and Brian Blackman regarding these documents and will follow-up accordingly.

As to the other documents you have requested, i.e., "Discovery Health project and projects with any other partners ... documents relating to the AARP project ..." we need to confer with you regarding the same as the request is unduly broad and vague. We also want you to look <u>carefully</u> within the productions we have already made for these documents.

Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |

2/23/2012

Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

---

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

2/23/2012