IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


IT IS ORDERED:

(1)     The plaintiff shall respond to the following motions ("MDX's Discovery Motions") on or before **March 13, 2012**, and the defendant shall reply on or before **March 20, 2012**:

• MDX's Unopposed Motion to Modify Case Schedule and File
Second Amended Answer [Doc. # 141];

• MDX's Motion to Strike Deposition Notice [Doc. # 142]; and

• MDX's Expedited Motion to Compel [Doc. # 143].

(2)     A hearing is set on MDX's Discovery Motions and on Health Grade's Motion to Compel [Doc. # 126] on **March 28, 2012, at 3:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.


DATED:  February 28, 2012