Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

**EXHIBIT B - Claim Chart**
**U.S. Patent No. 7,752,060 to MDx's Prior Website**

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **1. A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:** | MDx Medical, Inc. ("MDx") directly infringed this claim by practicing a computer-implemented method of providing healthcare provider information to potential patients via its on-line information system, which included its pre-January 2011[1] version of its website (www.vitals.com), its healthcare provider database, and the software and hardware that are associated therewith.  MDx provides potential patients with access to MDx's database of information relating to healthcare providers, such as doctors, through its www.vitals.com website.  Various screenshots taken from http://www.vitals.com/[2] are provided in this claim chart to illustrate the various features of the vitals.com website and how these features correspond to the features of claims 1, 4-9, 11, 14-16.  For instance, Screenshot No. 1 (reproduced below and, in larger form, in Exhibit D) illustrates the homepage of the MDx website where a potential patient begins accessing MDx's information related to specific doctors. |

---

[1] MDx made changes to its website in January 2011.
[2] Screenshots taken between 11/1/10 and 12/31/10. Because Plaintiffs cannot currently access the pre-January 2011 website, the quality and availability of the screenshots may be affected.

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 1  For example, MDx provides a potential patients with information about a healthcare provider in response to the potential patient clicking on the "find the doctor you need" link or in response to the potential patient clicking on the "find a doctor now" link, both of which are circled in red on Screenshot No. 1 above. |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information regarding a first healthcare provider, wherein the Web server computer comprises at least one computer processor and memory;** | When the potential patient initiates a search for a healthcare provider on the MDx's website, MDx's web server receives a request for information regarding a healthcare provider via the internet.  MDx's web server, as with any server, comprises at least one computer processor and memory.<br><br>Screenshot No. 2<br><br><br><br>Screenshot No. 2 shows an example of where a potential patient may initiate a search for a healthcare provider on MDx's website, i.e., request information about one or more healthcare providers.  When the user clicks "find a doctor now," this prompts the patient's web browser to send a request for information about a doctor to the MDx's web server, which receives the request for information and then accesses MDx's database to find data that responds to the user's search query. |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 3 illustrates yet another portion of MDx's website that provides for MDx's web server to receive a request for information about various doctors based on specialty or location. *See* Screenshot No. 3 (circled in red are ways to search for a doctor).<br><br>Screenshot No. 3<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;** | At the initiation of the potential patient/user using MDx's website, MDx's web server accesses healthcare-provider-verified information. *See* Screenshot No. 4 (illustrating the result of accessing and displaying doctor supplied information). Highlighted in Screenshot No. 4, among other things, are the following pieces of healthcare provider-verified information: doctor's age, gender, specialty information and years in practice. <br><br> Screenshot No. 4 <br><br>  |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx receives the healthcare provider-verified information from healthcare providers.  MDx's website provides doctors with the ability to send information to MDx.  For example, MDx's website provides many opportunities for doctors to edit their own profiles.  *See, e.g.*, Screenshot No. 5<br><br>Screenshot No. 5<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx states on its website that it receives, compiles, and posts doctor-supplied information. *See* Screenshot No. 6.<br><br>Screenshot No. 6<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the** | MDx's on-line information service, which includes a computer processor, compiles patient-provided information regarding healthcare providers.  MDx compiles the patient ratings from a www.vitals.com on-line patient-experience survey; this survey is shown in Screenshot No. 7, below.<br><br>Screenshot No. 7<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **potential patients;** | |
| **compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;** | MDx compiles information regarding doctors that is verified by an independent third-party source. The verified information comprises, at least, medical school, licensure, board certification, medical fellowship and medical residency information.  *See* Screenshot No. 8 (displaying a portion of the FAQ from the vitals.com website stating that the information comes from various third parties).

Screenshot No. 8 |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | <br><br>As a specific example, MDx compiles medical school information on a given doctor from "The Princeton Review, the U.S. Government and other sources." *See* Screenshot No. 9. MDx then provides potential patients with medical school information associated with a given physician's academic and fellowship history.<br><br>Screenshot No. 9 |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| |  MDx compiles board certification information. See Screenshot No. 10 (board certification check mark circled in purple).<br><br>Screenshot No. 10 |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| |  MDx compiles additional information verified by an independent third-party source regarding a physician's medical school, internship, residency, and fellowship positions. *See* Screenshot No. 11 (noting that MDx obtains all educational information from independent third parties unless otherwise noted). <br><br> Screenshot No. 11 |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| |  As a specific example, Screenshot 12 provides specific evidence that MDx compiles fellowships information on at least some it its doctors.<br><br>Screenshot No. 12 |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| |  |
| **creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider** | After a patient/user enters search criteria for a doctor, MDx creates one or more healthcare provider reports using information from the MDx database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third-party source.<br><br>Screenshot Nos. 13 -16 show portions of healthcare provider reports. These reports use at least the |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and** | following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in pink; and (3) information verified by an independent third party circled in purple. These reports also include comparison ratings, circled in orange. <br><br> Screenshot No. 13 <br><br>  <br><br> Screenshot No. 14 |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| |  |

Screenshot No. 15

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| |  Screenshot No. 16 |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Vitals - Doctor Karen A Wendel, MD profile                    Page 3 of 3 <br><br> Johns Hopkins Hospital                    Top 25% ★★★★ <br><br> **Graduate Education** <br> Johns Hopkins University School of Medicine     Top 25% ★★★★ <br> Infectious Disease, Completed: 2001 <br> Ranked #37 out of 144 in primary care by US News & World Report. <br> Ranked #2 out of 144 in research quality by US News & World Report. <br> Medical Oncology <br><br> **Fellowship** <br> Johns Hopkins University School of Medicine      ✓ <br> Ranked #37 out of 144 in primary care by US News & World Report. <br> Ranked #2 out of 144 in research quality by US News & World Report. <br><br> **Publications** <br> Dr. Wendel has **13** publications. <br> Most recent publications shown. <br><br> Article: Trichomoniasis: challenges to appropriate management. <br> Date: August 2007 <br> Journal: Clinical infectious diseases : an official publication of the Infectious Diseases Society of America <br><br> Article: Trichomoniasis and its treatment. <br> Date: March 2006 <br> Journal: Expert review of anti-infective therapy <br><br> Article: Use of an immunochromatographic assay for rapid detection of Trichomonas vaginalis in vaginal specimens. <br> Date: June 2005 <br> Journal: Journal of clinical microbiology <br><br> **General Information** <br> Biography & Background: <br> Dr. Wendel values compassion and respect with her patients and believes in providing evidence-based care. She is a specialist in Infectious Disease and Internal Medicine and works in a group practice with a facility that has a full-service infusion center. She has worked for the Centers for Disease Control (CDC) and has participated on national practice guidelines committees. In her free time she enjoys biking and running. <br><br> • denotes self reported information that Vitals has received directly from the doctor. <br><br> This profile is at no cost to you. All we ask is that you leave a rating. <br><br> Copyright © 2006 - 2010 Vitals.com & MDx Medical, Inc. All Rights Reserved. <br> Material can not be reproduced without express written permission. <br><br> http://www.vitals.com/doctor/profile/1730144767/print/1730144767          12/03/2010 <br><br> MDx's "compare now" feature generates multiple comparison ratings. For example this list provides the patient with information regarding how well physicians listed rate against each other for things like |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | location, years of experience, patient ratings, education, etc.  *See* Screenshots Nos. 17-20.<br><br>Screenshot No. 17<br><br><br><br>Screenshot No. 18 |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | <br><br>Screenshot No. 19 |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | <br><br>Screenshot No. 20 |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| |  In addition, the "overall patient rating," comprising 0-4 purple stars, comprises comparison ratings of healthcare providers. *See* Screenshot No. 21. |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 21  MDx includes another comparison rating of healthcare providers when it includes the "Patients' Choice" mark next to the physician's name. MDx gives this award to physicians when the physician has |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | "received near perfect scores as rated by patients" compared to other physicians. *See* Screenshot No. 22.<br><br>Screenshot No. 22<br><br><br><br>    To the extent that MDx asserts that these three ratings do not literally satisfy the limitation of a healthcare provider report that includes comparison ratings, these ratings meet the claim limitations under the doctrine of equivalents because they have the same function, in the same way, to achieve the same result as comparison ratings on a healthcare provider report. |
| **providing access to the healthcare provider** | MDx provides access to the doctors' healthcare provider reports over a computer network. *See* Screenshot No. 23 (highlighting that this information was accessed over a computer network, e.g., the |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **report on the first healthcare provider over a computer network.** | Internet, and that the profile can be sent by email or printed). <br><br> <u>Screenshot No. 23</u> <br><br>  |
| **4.** The method as | MDx provides a link to affiliated hospitals in the doctor profile page of the healthcare provider report. |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| defined in claim 1, wherein the healthcare provider report includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center. | *See* Screenshot No. 24 (displaying affiliated hospital hyperlink, circled in red).<br><br>Screenshot No. 24<br><br> |
| **5.** The method as | MDx uses a predetermined web page for patient search purposes. *See* Screenshot 25 (displaying the |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| defined in claim 1, wherein the access to the healthcare provider report is obtained through a predetermined Webpage that provides search capabilities for a database comprised of healthcare provider information. | MDx web page that allows patients to search for doctors).<br><br>Screenshot No. 25<br><br> |
| **6.** The method as | MDx allows a user to search based on specialty, diagnosis (condition), state, city, and location criteria. |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| defined in claim 5, wherein the search capabilities permit a search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria. | *See* Screenshot No. 26 (displaying specialty, circled in red, condition, circled in orange, and location, circled in purple.)<br><br>Screenshot No. 26<br><br> |
| **7.** The method as | MDx provides a list of physicians based on specialty and location input from the patient. Screenshot |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| defined in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider. | No. 27, below, demonstrates MDx displaying a list of cardiologists circled in red, based upon location criteria, circled in orange. <br><br> Screenshot No. 27 <br><br>  |
| **8.** The method as | As part of the list detailed in claim 7, *supra*, MDx provides "sponsored links" at the request of "health |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| defined in claim 7, wherein the results list further includes an advertisement for the first healthcare provider with a hyperlink to information on the first healthcare provider. | providers, doctors, hospitals, or affiliated companies." *See, e.g.*, Screenshot No. 29 and Screenshot No. 30 of Exhibit A.  Upon information and belief, Screenshot Nos. 29 and 30—from the current version of MDx's website—represent features available with MDx's previous on-line information system. |
| **9.** The method as defined in claim 7, further comprising: determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; | MDx determines which doctors are sponsors, or members, based on whether the physician has paid a fee to Vitals.  *See, e.g.*, Screenshot Nos. 31-33 of Exhibit A.  Upon information and belief, Screenshot Nos. 31-33—from the current version of MDx's website—represent features available with MDx's previous on-line information system. |
| and if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the member healthcare provider on the Web site. | MDx provides the enhanced service of prominently displaying a member physician. Consider Dr. Bruce Weber displayed at the top of the results list. *See, e.g.*, Screenshot No. 31 of Exhibit A.  Absent a sponsored link, MDx would not have displayed Dr. Bruce's information until the user scrolled through the first 291 doctors (page 37 of the results list). *See, e.g.*, Screenshot No. 32 of Exhbit A.  By becoming a sponsor, MDx provided Dr. Weber with prominence among all doctors; he is at the top of every page of the results list.  Upon information and belief, Screenshot Nos. 31-33—from the current version of MDx's website—represent features available with MDx's previous on-line information system. |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **11.** The method as defined in claim 9, wherein the enhanced services comprise favorable positioning in the results list. | MDx displays the member doctor in a prominent position. *See, e.g.*, Screenshot No. 34 of Exhibit A. Upon information and belief, Screenshot No. 34—from the current version of MDx's website—represents features available with MDx's previous on-line information system. |
| **14.** The method as defined in claim 1, wherein the first healthcare provider is a physician. | MDx provides reports on physicians. *See* Screenshot No. 28 (displaying a report for an internist). Screenshot No. 28  |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **15. An on-line information system for connecting healthcare providers with potential patients, the system comprising:** | MDx provides an online information system for connecting healthcare providers with potential patients. MDx's homepage is accessible via the internet. *See* Screenshot No. 29 (web address circled in red).<br><br>Screenshot No. 29<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **at least one computer processor; and** | MDx uses a web server program, which is housed on a web server machine, to deliver its webpage to a potential patient's web browser. A web server machine is a computer, and all computers have computer processors. |
| **memory coupled with and readable by the at least one computer processor and comprising a series of instructions that, when executed by the at least one computer processor, cause the at least one computer processor to:** | MDx's web server machine, like any computer, has memory readable by at least one computer processor. |
| **receive a request for information regarding a first healthcare provider;** | Screenshot No. 30 shows an example of where a potential patient may initiate a search for a healthcare provider on MDx's website, i.e., request information about one or more healthcare providers.  When the user clicks "find a doctor now," this prompts the patient's web browser to send a request for information about a doctor to the MDx's web server, which receives the request for information and then accesses MDx's database to find data that responds to the user's search query. |

Page 33 of 56

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 30<br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **access healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;** | At the initiation of the potential patient/user using MDx's website, MDx's web server accesses healthcare-provider-verified information. *See* Screenshot No. 31 (illustrating the result of accessing and displaying doctor supplied information).  Highlighted in Screenshot No. 31, among other things, are the following pieces of healthcare provider-verified information: doctor's age, gender, specialty information and years in practice.<br><br>Screenshot No. 31<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx receives the healthcare provider-verified information from healthcare providers. MDx's website provides doctors with the ability to send information to MDx.  For example, MDx's website provides many opportunities for doctors to edit their own profiles.  *See, e.g.*, Screenshot No. 32.<br><br>Screenshot No. 32<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx states on its website that it receives, compiles, and posts doctor-supplied information. *See* Screenshot No. 33.<br><br>Screenshot No. 33<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| compile patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by a company providing a service for connecting healthcare providers with the potential patients; | MDx compiles patient-provided information through an online survey. Screenshot No. 34 displays the MDx on-line patient experience survey. MDx manages the website where the on-line surveys are collected.<br><br>Screenshot No. 34<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **compile healthcare provider information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;** | MDx compiles information regarding doctors verified by an independent third-party source.  The verified information comprises, at least, medical school, licensure, board certification, medical fellowship and medical residency information.  *See* Screenshot No. 35 (displaying a portion of the FAQ from the vitals.com website stating that the information comes from various third parties).<br><br>Screenshot No. 35<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | As a specific example, MDx compiles medical school information on a given doctor from "The Princeton Review, the U.S. Government and other sources." *See* Screenshot No. 36. MDx then provides potential patients with medical school information associated with a given physician's academic and fellowship history.<br><br>Screenshot No. 36<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx compiles licensure information. MDx verifies each physician's license before adding the physician to the results list. MDx compiles board certification information. *See* screenshot No. 37 below ("View ABMS certification" circled in pink.) The American Board of Medical Specialties is an independent source.<br><br>Screenshot No. 37<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx admits that it compiles additional information regarding a physician's medical school, internship, residency, and fellowship positions using independent, third-party resources unless otherwise noted.  *See* Screenshot No. 38 (noting that MDx obtains all educational information from independent third parties unless otherwise noted).<br><br>Screenshot No. 38<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Further, Screenshot 39 provides specific evidence that MDx compiles fellowships and residency information on at least some it its doctors. *See* Screenshot No. 39 (residency and fellowship information circled in pink.)<br><br>Screenshot No. 39<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **create a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and** | After a patient/user enters search criteria for a doctor, MDx creates one or more healthcare provider reports using information from the MDx database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third-party source.<br><br>Screenshot Nos. 40 - 43 show portions of healthcare provider reports. These reports use at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in pink; and (3) information verified by an independent third party circled in purple. These reports also include comparison ratings, circled in orange. |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 40  |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 41  |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 42<br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| |  |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx's "compare now" feature generates multiple comparison ratings. For example this list provides the patient with information regarding how well physicians listed rate against each other for things like location, years of experience, patient ratings, education, etc.  See Screenshots Nos. 44-47.<br><br>Screenshot No. 44<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 45  |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 46  |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 47  |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Additionally, the "overall patient rating," comprising 0-4 purple stars, comprise comparison ratings of healthcare providers. *See* Screenshot No. 48.<br><br>Screenshot No. 48<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx includes another comparison rating of healthcare providers when it includes the "Patients' Choice" mark next to the physician's name. MDx gives this award to physicians when the physician has "received near perfect scores as rated by patients" compared to other physicians. *See* Screenshot No. 49.<br><br>Screenshot No. 49<br><br> |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | To the extent that MDx asserts that these three ratings do not literally satisfy the limitation of a healthcare provider report that includes comparison ratings, these ratings meet the claim limitations under the doctrine of equivalents because they have the same function, in the same way, to achieve the same result as comparison ratings on a healthcare provider report. |
| **and provide access to the healthcare provider report on the first healthcare provider over a computer network.** | MDx provides access to the doctors' healthcare provider reports over a computer network. *See* Screenshot No. 50 (highlighting that this information was accessed over a computer network, e.g., the Internet, and that the profile can be sent by email or printed). <br><br> Screenshot No. 50 <br><br>  |

EXHIBIT 4

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **16.** The on-line information system defined in claim 15, wherein: the healthcare provider report is obtained through one or more from the group consisting of: a predetermined Webpage that provides search capabilities on its database and a third-party search engine; and the search capabilities of the predetermined Webpage permit searching based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, and location criteria. | MDx provides a predetermined webpage. This webpage permits a patient to search based on medical specialist, diagnosis, and location criteria. *See* Screenshot No. 51 (specialist, location criteria circled, and diagnosis in red, blue, and orange respectively).<br><br>Screenshot No. 51<br><br> |

EXHIBIT 4