IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

That the hearing set on the following motions, now set for March 28, 2012, has been vacated and reset to **April 26, 2012, at 8:30 a.m.**, in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

- MDX's Unopposed Motion to Modify Case Schedule and File Second Amended Answer [Doc. # 141];

- MDX's Motion to Strike Deposition Notice [Doc. # 142]; and

- MDX's Expedited Motion to Compel [Doc. # 145].

DATED:  March 6, 2012