IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Health Grades, Inc.'s Motion for Leave to Amend Its Infringement Contentions to Address New Claim Constructions from the February 13, 2012 Markman Order** [docket no. 148, filed March 2, 2012] (the "Motion").

     IT IS ORDERED that defendant shall respond to the Motion on or before **March 23, 2012**.  Plaintiff has fourteen (14) days after the filing of the response to file a reply.

     IT IS FURTHER ORDERED that a hearing on this Motion is set for **April 26, 2012, at 8:30 a.m.,** in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  March 6, 2012