# EXHIBITS 1 AND 1A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

**DECLARATION OF KIRSTIN STOLL-DeBELL IN SUPPORT OF
HEALTH GRADES, INC.'S RESPONSE IN OPPOSITION TO MDx's MOTION FOR
RECONSIDERATION OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO
INFRINGEMENT**

---

I, Kirstin Stoll-DeBell, hereby declare as follows:

1.      I am an equity partner with the Denver office of the law firm of Merchant &

Gould, where I have practiced since October 1999. I was admitted to practice before the Patent &

Trademark Office in 1997 and admitted to practice law in Colorado in 1998.

2.      Health Grades hired me to act as a patent litigation consultant for it and to assist

its lead counsel, Rothgerber, Johnson & Lyons, with the above-referenced litigation.  I am giving

this declaration in support of Health Grades' response to MDx's Renewed Motion for Partial

Summary Judgment of Noninfringement (Dkt. 139).

3.      I captured the all of the following screenshots from MDx's website at

www.vitals.com between the dates of February 27, 2012 and March 8, 2012 using Microsoft

WINDOWS Snipping Tool.  I used Microsoft PAINT to added colored circles and/or rectangles

**1**

to highlight certain portions of the screenshots that are copied into Health Grades' summary judgment response brief.

      4.      I conducted a search at www.vitals.com using the "Find a doctor or dentist by name" feature, wherein I used "James Smith" as the name search criteria and "New York, NY" as the location criteria.  In response to this query, the www.vitals.com website generated a page (http://www.vitals.com/doctor/checkup?name=james+smith&location=new+york%2C+ny&x=0&y=0), which is shown in the screenshot below:



**Screenshot 1**

**5.**     When I clicked on the name "James Patrick Smith, MD," the www.vitals.com

website generated a page (http://www.vitals.com/doctors/Dr_James_P_Smith_3), which I

captured as shown below using the <ALT-PrtSc> function:



**Screenshot 2**

The amount of information was too large to view it all on my screen at the same time.  I had to click the scroll bar on the right side of the window (shown above) to view the remaining portions of this page.  I captured the entire page (using the scroll bar) in the three screenshots shown below:



**Screenshot 3**



**Screenshot 4**



**Screenshot 5**

6.      An enlarged portion from Screenshot 3 is shown below:



**Screenshot 6**

When I clicked on the "view ABMS certification" link, www.vitals.com displayed the page shown to the right:



**Screenshot 7**

2003589684_1

**7.**    I also conducted a search on the www.vitals.com website using the "Find a

Doctor or Dentist" feature, wherein I used "plastic surgery specialist" as the specialization search

criteria and "New York, NY" as the location criteria.  I further used the "narrow by" feature to

search for a female doctor, who was educated in the U.S., is board certified, was rated with 3

stars or better, and speaks Spanish as shown by the check boxes in the screenshots below.  In

response to this query, the www.vitals.com website generated a page

(http://www.vitals.com/doctor/find#specialist_id=125&field_specialty_id=&field_specialty_id_

h=&disorder_id=&location=new york, ny&distance=10&=Type in insurance

company&ins_company_id=&ins_plan_id=&exclude_ins_filter=on), which I captured using the

<ALT-PrtSc> function:



**Screenshot 8**

The amount of information was too large to view it all on my screen at the same time.  I had to click the scroll bar on the right side of the window (shown above) to view the remaining portions of this page.  I captured the entire page in the two screenshots shown below:



**<u>Screenshot 9</u>**

9



**Screenshot 11**

Additional pages could be viewed by clicking the "1-8 [arrow] of 34" button shown above.

8.      When I clicked on the name "Sujana S. Chandrasekhar, MD," the

www.vitals.com website generated a page

(http://www.vitals.com/doctors/Dr_Sujana_Chandrasekhar), which I captured using the <ALT-

PrtSc function>:



**Screenshot 12**

The amount of information was too large to view it all on my screen at the same time.  I had to

click the scroll bar on the right side of the window (shown above) to view the remaining portions

of this page.  I captured the entire page in the four screenshots shown below:



**Screenshot 13**



**Screenshot 14**



**Screenshot 15**



Show all publications >>                    What's This ▲

**General Information**

Languages Available:
Kannada, Spanish

Personal Statement:
DR. CHANDRASEKHAR STRIVES TO PROVIDE COMPREHENSIVE, COMPASSIONATE CARE TO PATIENTS WITH DISORDES OF HEARING AND BALANCE. HER PRATICE INCLUDES COCHLEAR IMPLANTS, ACOUSTIC NEUROMA SURGERY, STAPES AND CHOLESTEATOMA SURGERY, FACIAL NERVE PARALYSIS REANIMATION, MENIERES DISEASE, ETC.

Clinical Interests:
This provider indicates that he/she is trained to perform in-office BPPV Maneuvers (e.g., Epley).

**Insurance Accepted**

Acceptance of particular Insurance Plans may vary, based on different office locations. As a result, we've listed Plans accepted at different locations. Click on any company to see which specific plans are accepted by Dr. Chandrasekhar.

Queens Hospital Center 8268 164th St Jamaica, NY
Fidelis Care

Elmhurst Hospital Center 7901 Broadway Elmhurst, NY
Fidelis Care

364 E 69th St New York, NY
Empire Blue Cross Blue Shield
Independence Blue Cross
Oxford
Unicare

Need health insurance? It's more affordable than you think!
Click below for an INSTANT quote!

CHEAP Insurance                          What's This ▲

Have more information on this doctor?
Email us at improvevitals@vitals.com or review this doctor now.

Are you a doctor? click here to sign in to Vitals.

advertisement        sundance

**Screenshot 16**

**15**

Additional pages may be viewed by clicking links within this page.  For example, by clicking the "show all publications" link, the following page was displayed:



**Screenshot 17**

9.     A portion of www.vitals.com's frequently asked questions page provides:

**FAQ**

What is Vitals?
Who is Vitals?
From where does Vitals get their information and data?
Can I share health profiles found on Vitals?
Is the information found on Vitals available for free?
Are comments on doctor reviews edited?
Why can I only rate my doctor once a month?
What is the difference between an MD and a DO?
What does it mean to be board certified?
I can't seem to find my doctor. Why?
How can I provide feedback on a profile?
I am a doctor and wish to submit my photograph to be added to my profile. How can I do this?
Who is Castle Connolly and what does it mean to be a Castle Connolly Top Doctor™?

**What is Vitals.com?**
Vitals is committed to providing the most thorough information available on doctors. It is our mission to arm consumers with the information they need to make the best healthcare choice possible. We seek to provide you with as much objective data as is available on a doctor. Have an opinion about a health care provider? Vitals offers you a place to both share your thoughts and make informed decisions. Our goal is to give you, the user, the information you need to make the best decision on selecting a doctor.

**Who is Vitals?**
Vitals is comprised of a team of dedicated experts in the fields of healthcare, marketing, and database management. Vitals is owned by MDx Medical, Inc with headquarters in Lyndhurst, NJ. Our mailing address is Vitals, 210 Clay Ave, Suite 140, Lyndhurst, NJ 07071. Our phone number is 201-842-0760.

**From where does Vitals get their information and data?**
Vitals obtains information and data from a wide variety of sources both public and private. These include: medical boards from all 50 states, federal websites, hospitals, doctors, surveys, business alliances and third party affiliates.

## Screenshot 18

10.    Larger copies of the screenshots with the color annotations (i.e., colored circles and squares) used in the brief are attached hereto as Attachment A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 8, 2012     By: _____
                              Kirstin Stoll-DeBell

## ATTACHMENT A
## TO THE DECLARATION OF KIRSTIN STOLL-DeBELL

**1**

Screenshot from pp. 1 and 4 of Health Grades' Response:



Screenshot from p. 4 of Health Grades' Response:



Screenshot from p. 5 of Health Grades' Response:



Screenshot from pp. 5 and 16 of Health Grades' Response:



Screenshot from pp. 5 and 19 of Health Grades' Response:



Screenshot from pp. 5 and 19 of Health Grades' Response:



Screenshot from p. 6 of Health Grades' Response:



Screenshot from pp. 6 and 24 of Health Grades' Response:



Screenshot from p. 12 of Health Grades' Response:



Screenshot from p. 13 of Health Grades' Response:



Screenshot from p. 14 of Health Grades' Response:



Screenshot from p. 14 of Health Grades' Response:



Screenshot from p. 15 of Health Grades' Response:

