# EXHIBIT 2B

S/N 11/512,529 PATENT
CONF. NO. 1358

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | David G. Hicks, et al. | Examiner: | Trang T. Nguyen |
| Serial No.: | 11/512,529 | Group Art Unit: | 3686 |
| Filed: | August 29, 2006 | Docket No.: | 40476.0002USU1 |
| Title: | INTERNET SYSTEM FOR CONNECTING HEALTHCARE PROVIDERS AND PATIENTS | | |

*Electronically filed – May 20, 2010*

### COMMENTS ON STATEMENT OF REASONS FOR ALLOWANCE

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

  The Applicants acknowledge the allowance of claims 1, 3-6, 8, 10-15 and 17-18 in the subject application by the Examiner with appreciation.  The Applicants point out that the reasons set forth by the Examiner are not the only reasons that claims 1, 3-6, 8, 10-15 and 17-18 are allowable.  The Applicants agree with the Examiner's Statement of Reasons for Allowance, mailed May 14, 2010, to the extent that the claims of the present application are patentable over the references in the record.  However, the Applicants do not necessarily acquiesce or agree in any manner as to the comments made by the Examiner regarding what the cited art does or does not teach.  In addition, the Applicants respectfully traverse the Examiner's Statement of Reasons for Allowance to the extent that any comment is intended or has the effect of limiting a claim scope, explicitly or implicitly, by not reciting verbatim the respective claim language, or is intended or has the effect of limiting a claim scope by stating or implying that all the reasons for patentability are in any way fully enumerated.

  Further reasons for allowance beyond those enumerated by the Examiner are described and set forth in the Applicants' Specification.  As the Examiner's reasons for allowance are not

1

exhaustive, such reasons for allowance do not establish an estoppel against the Applicants seeking and obtaining allowance of additional, broader claims in a continuation application, which the Applicants reserve the right to file.

It is believed that no further fees are due at this time. However, the Commissioner is hereby authorized to charge any deficiencies or credit any overpayment with respect to this patent application to deposit account number 13-2725.

Respectfully submitted,


Dated: May 20, 2010

/Timothy B. Scull/
Timothy B. Scull, Reg. No. 42,137
Merchant & Gould P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903
(303) 357-1648

**23552**
PATENT TRADEMARK OFFICE

2