# EXHIBIT 2D

| Index of Claims | Application/Control No. 11512529 | Applicant(s)/Patent Under Reexamination HICKS ET AL. |
|---|---|---|
| | Examiner TRANG NGUYEN | Art Unit 3686 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☒ Claims renumbered in the same order as presented by applicant  ☐ CPA  ☐ T.D.  ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/19/2009 | 11/02/2009 | 05/04/2010 | | | | | |
| 1 | 1 | ÷ | ✓ | = | | | | | |
| 2 | 2 | ÷ | ✓ | = | | | | | |
| 3 | 3 | ÷ | ✓ | = | | | | | |
| 4 | 4 | ÷ | ✓ | = | | | | | |
| | 5 | ÷ | ✓ | - | | | | | |
| 5 | 6 | ÷ | ✓ | = | | | | | |
| 6 | 7 | ÷ | ✓ | = | | | | | |
| 7 | 8 | ÷ | ✓ | = | | | | | |
| 8 | 9 | ÷ | ✓ | = | | | | | |
| 9 | 10 | ÷ | ✓ | = | | | | | |
| 10 | 11 | ÷ | ✓ | = | | | | | |
| 11 | 12 | ÷ | ✓ | = | | | | | |
| 12 | 13 | ÷ | ✓ | = | | | | | |
| 13 | 14 | ÷ | ✓ | = | | | | | |
| 14 | 15 | ÷ | ✓ | = | | | | | |
| | 16 | ÷ | - | - | | | | | |
| | 17 | ÷ | - | - | | | | | |
| | 18 | ÷ | - | - | | | | | |
| 15 | 19 | ÷ | ✓ | = | | | | | |
| 16 | 20 | ÷ | ✓ | = | | | | | |
| 17 | | | | = | | | | | |

U.S. Patent and Trademark Office                                       Part of Paper No. :  20100504