# EXHIBIT 2J

S/N 11/512,529                                                                                                      PATENT
                                                                                                            CONF NO. 1358

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | David G. Hicks, et al. | Examiner: | Nguyen, Trang T. |
| Serial No.: | 11/512,529 | Group Art Unit: | 3686 |
| Filed: | August 29, 2006 | Docket No.: | 40476.0002USU1 |
| Title: | INTERNET SYSTEM FOR CONNECTING HEALTHCARE PROVIDERS AND PATIENTS | | |

CERTIFICATE UNDER 37 CFR 1.8:

I hereby certify that this paper or fee is being transmitted electronically via EFS-Web to the United States Patent and Trademark Office on September 30, 2009.

By:
Name: Halina Wohl

**RESPONSE TO RESTRICTION REQUIREMENT
MAILED AUGUST 31, 2009**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313

Dear Sir:

In response to the Restriction Requirement mailed August 31, 2009, the Applicants respond as follows.

**Remarks** begin on page 2 of this paper.

1

## REMARKS

The Applicants respectfully submit the following Response to the Restriction Requirement mailed August 31, 2009. According to this Restriction Requirement, "[c]laim(s) 1-20 are subject to restriction and/or election requirement." *Office Action, 08/31/2009, at Office Action Summary.* The Examiner required "[r]estriction to one of the following inventions . . . under 35 U.S.C. 121":

I.   Claims 1-15 and 19-20, "drawn to providing healthcare provider information to potential patient, classified in class 705, and subclass 2." *Office Action, 08/31/2009, at 2.*

II.  Claims 16-18, "drawn to optimizing location of a search on a search engine Web page, classified in class 707, and subclass 10." *Office Action, 08/31/2009, at 2.*

*See Office Action, 08/31/2009, at 2.*

Without traverse, the Applicants elect the claims of Group I (claims 1-15 and 19-20). The Applicants reserve the right to file continuing applications on the claims of Group II (claims 16-18) and/or on claims similar and/or related thereto, at a later date.

It is believed that no further fees are due with this Response to Restriction Requirement. However, the Commissioner is hereby authorized to charge any deficiencies or credit any overpayment with respect to this patent application to deposit account number 13-2725.

It is believed that the application is in condition for allowance, and such action is respectfully requested. Should any additional issues need to be resolved, the Examiner is respectfully requested to telephone the undersigned to attempt to resolve such issues.

Respectfully submitted,

Dated: September 30, 2009

*Elizabeth J. Reagan*
Elizabeth J. Reagan, Reg. No. 57,528
MERCHANT & GOULD P.C.
P. O. Box 2903
Minneapolis, MN 55402-0903
(303) 357-1644

**23552**
PATENT TRADEMARK OFFICE

2