IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S NOTICE OF WITHDRAWAL OF
EXPEDITED MOTION TO COMPEL, FOR EXTENSION OF DEADLINE,
AND FEES AND COSTS [DOCKET NO. 143]**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx") respectfully files this notice of withdrawal of its expedited motion to compel, for extension of deadline, and fees and costs, filed February 24, 2012 [Docket No. 143].

Following the filing of said motion, counsel for the parties conferred further in another attempt to resolve these issues. The parties are continuing to try to resolve the issues without the need for court intervention. The parties have also agreed that if they cannot resolve the issues in a timely manner, then they will agree upon a briefing schedule so that MDx can re-file the motion and the motion will be fully briefed several days prior to the hearing now scheduled for this (and several other motions) on April 26, 2012. The parties agree that this withdrawal does not affect MDx's right to file a motion to compel if the issues are not ultimately resolved. Therefore, MDx withdraws the motion at this time, and will re-file only if necessary.

- 2 -

Dated:  March 13, 2012  Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: smurray@sillscummis.com
E-mail: dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on <u>March 13, 2012</u>, I electronically filed the foregoing MDX MEDICAL, INC.'S NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF EXPEDITED MOTION TO COMPEL, FOR EXTENSION OF DEADLINE, AND FEES AND COSTS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com

                                         *s:/David C. Lee*