

Vitals                                                            Page 1 of 3

Home | Find a doctor

**FAQ**

[What is Vitals?](#)
[Who is Vitals?](#)
[From where does Vitals get their information and data?](#)
[Can I share health profiles found on Vitals?](#)
[Is the information found on Vitals available for free?](#)
[Are comments on doctor reviews edited?](#)
[Why can I only rate my doctor once a month?](#)
[What is the difference between an MD and a DO?](#)
[What does it mean to be board certified?](#)
[I can't seem to find my doctor. Why?](#)
[How can I provide feedback on a profile?](#)
[I am a doctor and wish to submit my photograph to be added to my profile. How can I do this?](#)
[Who is Castle Connolly and what does it mean to be a Castle Connolly Top Doctor™?](#)

**What is Vitals.com?**
Vitals is committed to providing the most thorough information available on doctors. It is our mission to provide consumers with the information they need to make the best healthcare choice possible. We seek to provide you with as much objective data as is available on a doctor. Have an opinion about a health care provider? Vitals offers you a place to both share your thoughts and make informed decisions. Our goal is to give you, the user, the information you need to make the best decision on selecting a doctor.

**Who is Vitals?**
Vitals is comprised of a team of dedicated experts in the fields of healthcare, marketing, and database management. Vitals is owned by MDx Medical, Inc with headquarters in Lyndhurst, NJ. Our mailing address is Vitals, 210 Clay Ave, Suite 140, Lyndhurst, NJ 07071. Our phone number is 201-842-0760.

**From where does Vitals get their information and data?**
Vitals obtains information and data from a wide variety of sources both public and private. These include medical boards from all 50 states, federal websites, hospitals, doctors, surveys, business alliances and third party affiliates.

**Can I share health profiles found on Vitals?**
The use of Vitals data is governed by our **Terms of Use** and posted **Privacy Policy**. You may print out a copy of a health profile but you may not electronically send it. If you wish to reproduce, cite, publish and/or distribute any information from the site for any purpose, please contact Vitals. Vitals allows you to share profiles by emailing links to the profile to outside parties.

**Is the information found on Vitals available for free?**
Yes! It is Vitals hope that consumers use our website as an educational tool where they can find, research and compare health care providers.

**Are comments on doctor reviews edited?**
No - we do not edit any of the comments or rating selections of doctors or practices. Vitals does reserve

right to remove from public posting any comments which may be deemed offensive, malicious, inappropri sexually explicit in nature, or not made in good faith.

**Why can I only rate my doctor once a month?**
Vitals strives to preserve the integrity of rating selections by limiting the frequency of ratings that m otherwise be distorted by repeated reviews by the same individual.

**What is the difference between an MD and a DO?**
A D.O. stands for Doctor of Osteopathy. Much like an MD, a DO is a licensed practicing doctor or surgeon. attend Osteopathic medical schools that have a very similar curriculum as an allopathic (MD) medical sc but with a more holistic approach to medicine.

**What does it mean to be board certified?**
The American Board of Medical Specialties (ABMS) is a not-for-profit organization that represents 24 me specialty boards that establish and maintain high standards for doctor certification and the delivery of s quality medical care by certified doctor specialists. Certification obtained through one of the ABMS Mem Boards denotes that a doctor has the appropriate knowledge, skills, and experience needed to del optimum care in a specific area of medicine. Approximately 85% of licensed doctors are certified by AE Doctors of Osteopathy (DOs) can be certified by either the ABMS or the AOA (American Osteopa Association).

**I can't seem to find my doctor. Why?** It is possible that you could not find your doctor in a search beca the criteria you entered is too narrow. In this case, you may wish to broaden your search. While Vitals str to report on every doctor in the U.S. and its two territories (Guam and Puerto Rico), there may be occasi individuals who are not included. Some reasons for this may be:

- If a doctor has recently moved, he or she may not yet be noted as a practicing doctor in the new st
- If a doctor has recently changed his or her name, that new name might not yet be registered.
- If a doctor is practicing overseas, his or her U.S. license may be expired and that record not note our database.
- If a doctor has recently become licensed, he or she may not yet show up in our records.

**How can I provide feedback on a profile?**
If you have any feedback on information you view on a doctor's profile, you may contact Vitals ImproveVitals@vitals.com.

**I am a doctor and wish to submit my photograph to be added to my profile. How can I do this?**
Doctors may contact Vitals at ImproveVitals@vitals.com and email photographs as a file attachment. A completing verification questions from Vitals, Vitals will post the photograph with your profile.

**Who is Castle Connolly and what does it mean to be a Castle Connolly Top Doctor™?**
Castle Connolly is a healthcare research and information company that helps consumers find top doctors top hospitals. Candidates for the Castle Connolly Top Doctor™ achievement are nominated by their peer an extensive survey process of thousands of doctors each year. Those who are among the very best in t specialties and in their communities are selected for inclusion. Doctors do not pay to be included in Castle Connolly Guide or list.