IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of MDX Medical, Inc.'s Notice of Withdrawal of Expedited Motion to Compel for Extension of Deadline, and Fees and Costs [Docket no. 143],

IT IS ORDERED that **MDX Medical, Inc.'s Expedited Motion to Compel Discovery, to Extend the Time for One MDX Expert Report by One Week, and for an Award of Fees and Costs Pursuant to Rules 37(A)(3)(B) and 37(A)(5) of the Federal Rules of Civil Procedure** [145] is DENIED AS WITHDRAWN.

This Order will also clarify that all pending motions before me [126, 141, 142, 148, and 152] will be heard on **April 26, 2012, at 8:30 a.m.**  Any motions previously set to be heard on March 28, 2012, have been moved to the new hearing date.

DATED:  March 14, 2012