**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**PARTIES' JOINT MOTION TO
AMEND SCHEDULING ORDER TO MODIFY DEADLINES**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), and Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), (collectively, the "Parties"), by their respective undersigned counsel, pursuant to Federal Rules of Civil Procedure 16(b)(4), D.C.Colo.LCivR 6.1(C) and (D), D.C.Colo.LCivR 7.1, and Sections 12 and 13 of the Scheduling Order in this case, respectfully submit their Joint Motion to Amend Scheduling Order to Modify Deadlines (the "Motion"), and state in support:

<u>Conferral pursuant to D.C.Colo.LCivR 7.1(A)</u>

Undersigned counsel have conferred with each other regarding the relief requested herein and have agreed to the modifications to the Scheduling Order requested herein.

Joint and Agreed-To Motion

1. Pursuant to the Court's Order dated February 1, 2012 [Dkt. #134], the case schedule was modified as follows:

    Fact Discovery Cut-off: **March 16, 2012**

    Expert Discovery Cut-off: **May 30, 2012**

    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 16, 2012**

    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 16, 2012**

    Dispositive Motion Deadline: **May 30, 2012**

    The Pretrial Conference set for June 14, 2012, is vacated and reset to **July 31, 2012**, at 8:30 a.m.

    The proposed Pretrial Order is due on or before **July 24, 2012**.

2. A consolidated hearing is set to occur on April 26, 2012, to address various pending motions, discussed below. Until these motions are resolved, important discovery in the case cannot proceed. As such, good cause exists for the modifications to the foregoing deadlines requested herein.

3. On January 24, 2012, Health Grades filed its Motion To Compel Discovery and For an Award of Fees and Costs Pursuant to Local Patent Rule 3-3 and Rules 37(a)(3)(B) And 37(a)(5) of the Federal Rules of Civil Procedure [Dkt. #126]. That motion is fully briefed and is scheduled to be heard on April 26, 2012 [Dkt. # 150].[1]

---

[1] Although the Court's Minute Order [Dkt. 150] dated March 6, 2012, vacating the hearing previously set for March 28, 2012, and resetting it for April 26, 2012, does not list Health Grades' motion to compel [Dkt. 126] as one of the motions to be heard on April 26, 2012,

4. On February 24, 2012, MDx filed the following motions:

- MDx Medical, Inc.'s Unopposed Motion Pursuant to Federal Rule of Civil Procedure 16(b)(4) to Modify Scheduling Order and Rule 15(a)(2) to File Second Amended Answer [Dkt. #141]

- MDx Medical, Inc.'s Motion to Strike Health Grades' Deposition Notice Without Leave to Amend, or In the Alternative, For a Protective Order, and For Fees and Costs [Dkt. #142]

- MDx Medical, Inc.'s Expedited Motion to Compel Discovery, to Extend the Time for One MDx Expert Report By One Week, and For an Award of Fees and Costs Pursuant to Rules 37(a)(3)(B) and 37(a)(5) of the Federal Rules of Civil Procedure [Dkt. #143, 145].[2]

The motions of Dkt. #141 and #142 are scheduled to be heard on April 26, 2012 [Dkt. #150].

5. On March 2, 2012, Health Grades filed its Motion for Leave to Amend Its Infringement Contentions to Address New Claim Constructions from the February 13, 2012 Markman Order [Dkt. # 148]. That motion is also scheduled to be heard on April 26, 2012 [Dkt. #151].

6. On March 8, 2012, MDx filed its Motion Pursuant to Federal Rules of Civil Procedure 26(c) For a Protective Order [Dkt. #152]. That motion is also scheduled to be heard on April 26, 2012 [Dkt. #154].

7. The Parties agree that modification of the case schedule is needed to accommodate the resolution of the pending motions that are set to be heard at the April 26, 2012,

---

counsel for Health Grades has confirmed that Health Grades' motion to compel will be heard at the hearing on April 26, 2012.

[2] MDx withdrew this motion on March 13, 2012 [Dkt. # 157], as more specifically set forth in the withdrawal [Dkt. #157].

hearing and to comply with any order(s) the Court may issue on the above-referenced motions. In particular, the Parties expect that resolution of the above-referenced motions will result in fact discovery being taken after the April 26, 2012 hearing. In turn, that fact discovery is expected to be used for expert reports, expert discovery, and any potential dispositive motions. As the current case schedule does not permit fact discovery and expert reports after the April 26, 2012 hearing, the Parties respectfully submit that there is good cause to modify the fact discovery cut-off, expert discovery cut-off, expert report deadlines, and dispositive motion deadline.

8. The Parties therefore request that the deadlines set forth in paragraph 1 above be modified as follows:

> Fact Discovery Cut-off:	**June 15, 2012**
>
> Expert Discovery Cut-off:	**July 27, 2012**
>
> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 29, 2012**
>
> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 16, 2012**
>
> Dispositive Motion Deadline:	**August 3, 2012**
>
> The Pretrial Conference set for July 31, 2012, be vacated and reset to **August 30, 2012**, or as soon thereafter as the Court's schedule permits.
>
> The proposed Pretrial Order is due on or before **August 24, 2012**, or one week prior to the Pretrial Conference as set by the Court.

9. The Parties have agreed that, with one exception, the foregoing extensions are to resolve previously served discovery requests and deposition notices in this case, and that no other written discovery or depositions will be allowed absent a showing of good cause. The exception referenced herein relates to Health Grades' possible request to take the corporate

- 4 -

deposition of a third-party that just recently announced is licensing certain data from MDx -- MDx will object to that request if it is made.

10. The Parties have twice previously requested that certain of the above deadlines be modified [Dkt. #86, #132). A copy of this Motion will be simultaneously served on Health Grades and MDx by their respective undersigned counsel.

WHEREFORE, for good cause shown, the Parties respectfully request that the Court grant their Motion and modify the deadlines as set forth in paragraph 8 above, and that the Court amend the Scheduling Order accordingly.

Dated:  March 14, 2012                    Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: smurray@sillscummis.com
E-mail: dlee@sillscummis.com

and

        Terence Ridley, Atty. No. 15212
        Ramona Lampley, Atty. No. 37288
        Wheeler Trigg O'Donnell LLP
        1801 California Street, Suite 3600
        Denver, Colorado 80202
        Tel:  (303) 244-1800
        Fax:   (303) 244-1879
        E-mail: ridley@wtotrial.com
        E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM


*s:/ Jesús M. Vázquez*
Jesús M. Vázquez, Jr., Esq.
Kris J. Kostolansky, Esq.
Jeffrey D. Phipps, Esq.
ROTHGERBER JOHNSON & LYONS LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO  80202-5855
Tel:     (303) 623-9000
Fax:    (303) 623-9222
E-mail:  jvazquez@rothgerber.com
E-mail:  kkostolansky@rothgerber.com
E-mail:  jphipps@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*

- 7 -

## CERTIFICATE OF SERVICE

I hereby certify that on <u>March 14, 2012</u>, I electronically filed the foregoing PARTIES' JOINT MOTION TO AMEND SCHEDULING ORDER TO MODIFY DEADLINES with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com

_s:/David C. Lee_____