IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Parties' Joint Motion to Amend Scheduling Order to Modify Deadlines** [docket no. 160, filed March 14, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 29, 2012**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 16, 2012**;

| | |
|---|---|
| Fact Discovery Cut-off: | **June 15, 2012**; |
| Expert Discovery Cut-off: | **July 27, 2012**; |
| Dispositive Motion Deadline: | **August 3, 2012**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for July 31, 2012, is **vacated and reset to October 10, 2012, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or before **October 3, 2012**. Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.


DATED: March 19, 2012