### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

### MDX MEDICAL, INC.'S ERRATA SUBMISSION TO CORRECT
### MISTAKE IN DOCKET # 164

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx") hereby files this errata submission to correct a mistake in its Response, filed Friday, March 23, 2012 (dkt. # 164), to Plaintiff's Motion for Leave to Amend Its Infringement Contentions to Address New Claim Constructions From the February 13, 2012 Markman Order.

On page 2 of the Response filed on Friday, the following paragraph appears:

> These terms were not subject to the MDx motion to strike Health Grades' earlier effort to supplement (Dkt. # 62).  This is because Health Grades knew the MDx proposed constructions on these terms (the same basic constructions adopted by Judge Brimmer), and Health Grades addressed these issues in its original infringement contentions.

This paragraph should read:

> Health Grades knew the MDx proposed constructions on these terms (the same basic constructions adopted by Judge Brimmer), and Health Grades addressed these issues in its original infringement contentions by adding an equivalents argument on this "comparison ratings" issue.

Therefore, attached hereto is a corrected version of page 2 of the Response that replaces the page 2 containing the inadvertent mistake.

Dated:  March 26, 2012

Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, I electronically filed the foregoing MDX MEDICAL, INC.'S ERRATA SUBMISSION TO CORRECT MISTAKE IN DOCKET # 164 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Jeffrey David Phipps
  jphipps@rothgerber.com, kmeans@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

- Ramona L. Lampley
  lampley@wtotrial.com, keitlen@wtotrial.com

<i>s:/ Scott B. Murray</i>