the MDx website (evidence it has obviously had in its possession since before this litigation was commenced) and now it wants to add new arguments based on this old evidence.  As was the case with its first attempt to amend, there is a total and complete lack of any diligence on the part of Health Grades, and therefore the request to amend should be denied.

## I.        COMPARISON RATINGS AND RELATED TERMS

The first three terms addressed by Health Grades can be grouped together, as they all relate to the same basic infringement issue – whether the MDx report on the first healthcare provider includes comparison ratings of other potential healthcare providers.  These three terms are "first healthcare provider," "healthcare report on the first healthcare provider," and "healthcare provider report includes comparison ratings for healthcare providers."

Health Grades knew the MDx proposed constructions on these terms (the same basic constructions adopted by Judge Brimmer), and Health Grades addressed these issues in its original infringement contentions by adding an equivalents argument on this "comparison ratings" issue.

Thus, Health Grades, in truth, is not now trying to address any "new" or "unexpected" claim constructions, as it has known of these constructions since the very earliest stages of this case, and it provided infringement contentions based on those very constructions back in July of 2011.  Although Health Grades takes great pains in its attempt to convince the Court otherwise, what it is trying to do with respect to these terms is add new and different evidence to its infringement contentions – *evidence that has been available to it since the day it filed its complaint.*