**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**HEALTH GRADES, INC.'S RESPONSE TO MDX MEDICAL, INC.'S
MOTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(C)
FOR A PROTECTIVE ORDER**

Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, submits its Response to MDx Medical, Inc.'s ("MDx") Motion Pursuant to Federal Rules of Civil Procedure 26(c) for a Protective Order ("Motion") [Dkt. 152] and states in support:

The parties agree on the need for a protective order, and have conferred regarding the terms of the protective order as shown in Exhibit C [Dkt. 152-3] to MDx's Motion. MDx, however, did not attach the last draft sent by Health Grades to its Motion. The last draft sent by Health Grades was attached by undersigned counsel for Health Grades to his email dated September 6, 2011, at 5:22 PM. The email and the attachment, which is a red-lined draft of the protective order, are attached hereto as **Exhibit A**.

As is clear from Exhibit C to MDx's Motion [Dkt. 152-3], on September 7, 2011, MDx reviewed the red-lined draft attached hereto as **Exhibit A** and responded that "some of these changes seem fine," but objected to the provision that allows non-expert third parties that agree to abide by the terms of the protective order to have access to confidential information. MDx also proposed that just four in-house party representatives be allowed to have access to

1

confidential information.  Health Grades had proposed that six in-house party representatives be allowed to have access, and explained the reasons why six were necessary, in its subsequent email on September 7, 2011, at 5:16 PM. *See* Exhibit C to Motion [Dkt. 152-3].  Health Grades also explained that non-expert third parties that agreed to abide by the terms of the protective order should have access to confidential information if Health Grades or MDx deemed that such a third-party's testimony was necessary for trial. *Id.*[1]

Attached hereto as **Exhibit B** is a clean version of the protective order that Health Grades respectfully requests the Court approve and enter in this case.  **Exhibit B** incorporates and accepts the tracked redlines shown in **Exhibit A**.

Respectfully submitted this 30th day of March, 2012.

                ROTHGERBER JOHNSON & LYONS LLP

                *s/ Jesús M. Vázquez*
                Kris J. Kostolansky, Esq.
                Jesús M. Vázquez, Jr., Esq.
                Jeffrey D. Phipps, Esq.
                1200 17th Street, Suite 3000
                Denver, Colorado  80202
                Tel:  (303) 623-9000
                Fax:  (303) 623-9222
                Email:  kkosto@rothgerber.com
                        jvazquez@rothgerber.com
                        jphipps@rothgerber.com

                *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

---

[1] As to giving advance notice of the experts, Health Grades has complied with MDx's request and given MDx advance notice of its experts, and MDx does not object to Health Grades' experts.  Nonetheless, Health Grades does not believe it is necessary to include this mechanism in the protective order and thus proposed deleting Section 5.3 of the red-lined draft attached hereto as **Exhibit A.**

2

2003614095_1

# CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of March, 2012, I electronically filed the foregoing **HEALTH GRADES, INC.'S RESPONSE TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(C) FOR A PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Mark Jon Rosenberg
David Chunyi Lee
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: lampley@wtotrial.com

                                                s/ Jesús M. Vazquez
                                                Kris J. Kostolansky, Esq.
                                                Jesús M. Vázquez, Jr., Esq.
                                                Jeffrey D. Phipps, Esq.
                                                Rothgerber Johnson & Lyons, LLP
                                                1200 17th Street, Suite 3000
                                                Denver, Colorado 80202-5855
                                                Tel:     (303) 623-9000
                                                Facsimile: (303) 623-9222
                                                Email:  kkostolansky@rothgerber.com
                                                              jvazquez@rothgerber.com
                                                              jphipps@rothgerber.com
                                                Attorneys for Plaintiff Health Grades, Inc.