**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S _UNOPPOSED_ MOTION TO RESTRICT ACCESS TO
DOCUMENT – DOCUMENT NOS. 156-15 AND 158-2**

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), pursuant to D.C.COLO.L.CivR 7.2 moves this Court for an order immediately restricting access to Document Nos. 156-15 and 158-2 (which are the same document; attached as an exhibit to two of Plaintiff Health Grades, Inc.'s ("Health Grades") filings) at a Level 1 restriction, pending entry of a protective order. This motion is unopposed by Plaintiff Health Grades.

In support of this motion, MDx states as follows:

1.    Counsel for MDx has conferred with counsel for Health Grades pursuant to D.C.COLO.L.Civ.R 7.1, and Health Grades does not oppose this motion.[1]

---

[1] Health Grades restricted access to these materials when it filed them because the parties agreed to do so pending entry of the protective order, and so Health Grades has not agreed that the document merits the "highly confidential - attorney's eyes only" designation. Accordingly, while Health Grades does not oppose this motion, Health Grades reserves the right to challenge confidentiality after entry of a Protective Order, and MDx does not object to this reservation of rights or to Health Grades later challenging the factual allegations herein if it later desires to do so.

2. The document at issue, which Health Grades attached to two separate motion filings, contains a February 2011 e-mail, an October 2011 e-mail, and a November 2010, 20-page, internal MDx document, each discussing proprietary and confidential information regarding the structure, design and functions of MDx's website, Vitals.com, which is the accused infringing product in this patent infringement action, including discussion of the computer software code used to design MDx's website, which the parties agreed not to exchange in this action.

3. The document discusses MDx's internal, proprietary and confidential considerations throughout, and therefore, a Level 1 restriction is necessary to protect the proprietary and confidential nature of the code used to design MDx's website, and outweighs the presumption of public access.

4. MDx will suffer significant competitive injury if the proprietary code and design considerations used for its website are accessible by the public.

5. No alternative to restricted access will adequately protect the proprietary business information because the information appears throughout the document and appropriate redaction would require the redaction of essentially the entire document.

For the foregoing reasons, MDx requests that this Court grant this unopposed motion to immediately restrict access to Document Nos. 156-15 and 158-2 at a restriction Level 1 pending entry of a protective order.

Dated:  April 4, 2012                                          Respectfully submitted,

                                                               *s:/Scott D. Stimpson*

Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2012, I electronically filed the foregoing MDX MEDICAL, INC.'S UNOPPOSED MOTION TO RESTRICT ACCESS TO DOCUMENT – DOCUMENT NOS. 156-15 AND 158-2 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Jeffrey David Phipps
  jphipps@rothgerber.com, kmeans@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

- Ramona L. Lampley
  lampley@wtotrial.com, keitlen@wtotrial.com

                                                *s:/ David C. Lee*