Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

VOLUME I - Pages 1 to 187

HEALTH GRADES, INC.,

Plaintiff,

vs.                              Civil Action No.
                                 11-CV-00520-PAB-BNB
MDX MEDICAL, INC., d/b/a
VITALS.COM,

Defendant.
                /

Deposition of SCOTT MONTROY, taken on behalf of the Defendant, pursuant to Amended Subpoena to Testify at a Deposition in a Civil Action in the above-entitled action, on Monday, January 16, 2012, at 7:03 a.m., at Crowne Plaza Jacksonville Riverfront, 1201 Riverplace Boulevard, Jacksonville, Florida, before Teresa S. DeCiancio, RDR, CRR, CCP, CBC, FPR, and Notary Public in and for the State of Florida at Large.

- - -

Job No. NJ371358

Veritext/NJ Reporting Company
800-227-8440                                     973-410-4040

EXHIBIT 12

**Page 22**

1   exact name. It was something like that.
2       MR. STIMPSON: That's okay. You did say that
3   you weren't quite sure whether it was
4   healthcarereports.
5       But whatever it was in 1999, I'd like to get
6   copies of, at least. Thanks.
7 BY MR. STIMPSON:
8   Q   So -- actually I have another document I'm
9   going to go through with your various responsibilities
10 at Health Grades, so we'll do that in a few minutes.
11      In 2007 you left Health Grades?
12   A   Yes.
13   Q   And why did you leave Health Grades?
14   A   Just wanting to move on, try something new.
15 I'd kind of been there for a while, worked really hard
16 helping them out and was just ready to kind of move on.
17   Q   And you left in the summer of 2007?
18   A   Yeah.
19   Q   Okay. And did you have another job when you
20 left?
21   A   I didn't, no.
22   Q   Any other reasons why you left?
23   A   At that time, you know, some of the -- I had a
24 chance to get -- with some of my stock options and stuff
25 like that, to -- to pursue some new items on my own, and

**Page 23**

1 that's what I wanted to do. So there was an opportunity
2 for that.
3   Q   Okay. You had stock options in Health Grades?
4   A   Uh-huh.
5   Q   Okay. And can I ask you how much money you
6 took from Health Grades in stock options when you left?
7   A   I took from Health Grades?
8   Q   Well, that's maybe not the right wording. I
9 mean, how much money did you make when you -- you cashed
10 stock options when you left?
11   A   I cashed -- well, no, I actually had stock at
12 that time.
13   Q   Okay.
14   A   So I think some of that -- I'm trying to think.
15 I think at that time it was all -- I had -- it was all
16 stock.
17   Q   Okay.
18   A   I converted it.
19   Q   Okay. And how much was it worth at that time?
20   A   I think probably like -- maybe like
21 1.6 million.
22   Q   Oh, okay. And so you took that and then went
23 on to find a different place?
24   A   Yeah. Well, I tried to like -- I wanted to go
25 into business, see if I could do something on my own.

**Page 24**

1   Q   Okay. I think I asked you, but there weren't
2 any other reasons you left Health Grades?
3   A   That was -- that was the main reason.
4   Q   Are there any other reasons, though?
5   A   (Shakes head.)
6   Q   You have to answer "yes" or --
7   A   Oh, no.
8   Q   Were you -- did you have good relationships
9 with the people at Health Grades?
10   A   I'd say yeah.
11   Q   Okay. In 2008 you started with Digital Dream
12 Street?
13   A   Yeah.
14   Q   Okay. What was that?
15   A   That was my own company, just trying to provide
16 digital services.
17   Q   What -- what kind of digital services?
18   A   Any kind. I was just trying to, you know, see
19 if I could apply some of my knowledge and get on my own
20 feet. So there was a website. I didn't -- so -- I
21 don't know. I didn't do -- really do too well, so...
22   Q   Okay. You stopped that in 2010?
23   A   Yeah.
24   Q   And you were your own boss there then?
25   A   Yeah.

**Page 25**

1   Q   Then you went to Blue Cross/Blue Shield of
2 Florida?
3   A   Correct.
4   Q   That was January 2011?
5   A   Yep.
6   Q   And what -- just briefly, what are your
7 responsibilities there?
8   A   I went to work there in their innovation group.
9 And so we take -- we look at ideas and see if we can
10 convert those to value for the organization.
11   Q   Okay. Don't take this question personally,
12 because Jesús will tell you I ask every witness. Have
13 you ever been charged or convicted of a crime?
14   A   No.
15   Q   What did you do to prepare for this deposition?
16      And I don't want you to disclose to me
17 communications you had with counsel for Health Grades,
18 but just generally did you meet with counsel for Health
19 Grades or --
20      MR. VÁZQUEZ: I'd just object to form. Several
21 questions there all at once.
22      So I just instruct you not to answer to the
23 extent the answer requests or you feel like you have
24 to talk about what you said to me or what I said to
25 you in preparing for your deposition.

7 (Pages 22 - 25)

Page 34

1 can't --
2  Q   And you said these could be purchased from the
3 web?
4  A   Correct.
5  Q   Is that -- does that mean that consumers would
6 order the reports over the website and have them mailed
7 to them, or would they be provided over the web, or did
8 that change over time?
9  A   At the time, they would -- instant access. So
10 they could come to the website; they could buy a report;
11 and then they could get instant access to that report.
12  Q   And what year was that?
13  A   What year was that?
14  Q   Yeah.
15  A   I'm trying to remember top of my head when that
16 came about, but I can't remember. It was -- it was when
17 we were at the old building, 44 Union.
18  Q   When were you at the old building?
19  A   I can't remember the exact dates, but...
20  Q   Was it -- was it -- were consumers able to get
21 these reports directly from the web, instant access, in
22 2002?
23  A   You know, to be -- I can't remember the actual
24 dates.
25  Q   All right. Well, we'll maybe see some

Page 35

1 documents later and we can --
2  A   All right.
3  Q   -- see if we can pin down the dates a bit.
4      Were there any documents related to this
5 project that were -- a set of documents related to this
6 document that led to the 060 patent?
7      MR. VÁZQUEZ: Object to form.
8  Q   You can answer when he objects.
9  A   Oh.
10  Q   Unless he instructs you not --
11  A   Was there a set of documents that --
12  Q   Well --
13  A   -- led to the patent?
14  Q   Yeah. For example, was there -- was there a
15 file related to this -- related to this patent
16 application?
17  A   Was there a file?
18  Q   Right.
19  A   I'm not sure. What do you mean? Like there
20 were documents in terms of what we created on this
21 website, but --
22  Q   Right.
23  A   -- you know. So --
24  Q   So they were just more directed to the website,
25 not -- and may also happen to relate to the patent

Page 36

1 application, right? I mean, there --
2  A   I'm not sure what you're asking.
3  Q   What I'm trying to get at is I'm trying to find
4 out if there was a place at Health Grades where you guys
5 kept documents, "Okay, this relates to the patent
6 application. Put it in this file."
7      MR. VÁZQUEZ: Form.
8  Q   Is there anything like that that you remember?
9  A   Not -- not -- I mean, we -- we created -- we
10 built and created products, and -- and we made
11 modifications to the site and we had project documents
12 on that. But whether that was put into a patent folder
13 or not, that -- I'm not aware of --
14  Q   Okay.
15  A   -- as we were developing.
16  Q   What did you use, if anything, in helping to
17 design the website?
18  A   What did I use?
19  Q   Yeah.
20      MR. VÁZQUEZ: Form.
21  A   Like -- what do you mean?
22  Q   Well, did you look at competitors' websites?
23  A   Competitors' websites? We -- in terms of -- in
24 terms of, like, Health Grades?
25      I mean, we would evaluate different sites that

Page 37

1 are out there. Were there competitor sites out there?
2 I mean, there might have been deemed competitors, but
3 there might have, you know, just been general websites
4 we looked at.
5  Q   Okay. And do you remember what general
6 websites you looked at?
7  A   Not really.
8  Q   What about like WebMD?
9  A   I'm sure I visited WebMD at some point.
10  Q   Okay. And how about vitals.com? Do you
11 remember looking at vitals' website?
12  A   (Shaking head.)
13  Q   You have to answer --
14  A   No, that doesn't ring a bell.
15  Q   Any other websites you can recall you looked
16 at?
17  A   Not specifically. I mean...
18  Q   Nothing unusual, in your view, in looking at
19 competitors' websites to see what they're doing when
20 you're designing your own website, right?
21      MR. VÁZQUEZ: Form.
22  A   I don't think it's unusual to look at websites,
23 I mean, to look at like good design or the way they
24 present information or things like that. That's pretty
25 standard in development design.

10 (Pages 34 - 37)

Page 150

1  A  I mean, a web page. Predetermined web page,
2  what does that mean?
3  Q  Healthgrades.com.
4  A  A page that goes -- somebody goes to.
5  Q  Right.
6  A  Okay.
7  Q  All right.
8  A  And "predetermined," what does that -- I don't
9  know.
10  Q  Yeah.
11     In the time period before you left Health
12  Grades, Mr. Montroy --
13  A  Uh-huh.
14  Q  -- did you have an idea who the primary
15  competitors of Health Grades were?
16  A  Not really. We were kind of unique in the
17  space, selling reports. I know that we had observed
18  people like popping up and trying to copy us.
19  Q  Like who?
20  A  I specifically -- I do remember UCompareHealth.
21  There was one in particular. And then there was another
22  one. I don't know the -- there was one -- I believe it
23  was UCompareHealth. It was almost like an exact -- it
24  was almost like a clone of our site. And I remember
25  seeing that when we were at the new building.

Page 151

1  Q  Any others?
2  A  No.
3  Q  What did Health Grades do about UCompareHealth,
4  if anything?
5  A  I don't remember. I mean, I was -- we were --
6  we were building our product, and I think -- I remember
7  it got surfaced and it really -- that really wasn't, you
8  know, like my domain, but, you know, we just kept on
9  working our product and, you know, that -- it just
10  wasn't my area.
11  Q  Did anybody talk to you about your 060 patent
12  and UCompareHealth?
13  A  What?
14  Q  Did anyone talk to you about UCompareHealth and
15  whether or not your 060 patent might be relevant?
16     MR. VÁZQUEZ: Form.
17  A  What do you mean?
18  Q  Did -- did anyone ever talk to you in any way
19  about UCompareHealth and your 060 patent?
20     MR. VÁZQUEZ: Form.
21  A  No. Somebody mentioned to me MDX and the
22  relationship to vitals. And upon looking at that, I
23  found on the web that U- -- the UComparisonHealth, there
24  was a link to it, and it just helped to remember that --
25  that that -- that site. So...

Page 152

1  Q  So who did you talk to about MDX?
2  A  Huh?
3  Q  Who did you talk to --
4  A  My lawyer.
5  Q  Your personal lawyer?
6  A  He's -- he's my personal lawyer in this case
7  for me.
8  Q  Mr. Vázquez?
9  A  Yeah.
10  Q  I mean, before you left Health Grades, did you
11  talk to anybody about MDX?
12  A  No.
13  Q  Before you left Health Grades, did you talk to
14  anybody about UCompare?
15  A  We had seen it before, so -- I'd seen it
16  before, so, yeah, I would have talked to some people
17  back in years back.
18  Q  What did you -- who did you talk to about that?
19  A  I don't know. Just probably the development
20  team and the people that we had -- you know, we'd seen
21  it, and just showing, like, "Oh, my God, like somebody's
22  completely, like, ripped off Health Grades."
23  Q  What was the year that -- that you saw it?
24  A  I -- I remember it at the new building, so
25  sometime when we were at the new building --

Page 153

1  Q  That was --
2  A  -- in Golden. In Golden.
3  Q  -- what, 2005, 2006?
4  A  I can't remember the exact date we moved there,
5  so...
6  Q  Did you ever compare the UCompareHealth site to
7  your patent?
8     MR. VÁZQUEZ: Form.
9  A  No.
10  Q  How about like WebMD? Do they give information
11  to patients and potential patients about --
12  A  Do they --
13  Q  -- physicians?
14  A  I think they do. I think they do.
15  Q  So that would be another site that users could
16  go to to get information about physicians other than --
17  A  Yeah, but to- --
18  Q  -- Health Grades today?
19  A  -- I mean, to- -- sorry.
20     Today that's true, yeah. I know that they have
21  their own physician directory information.
22  Q  They --
23  A  Did they -- did they have it before Health
24  Grades? I don't -- I mean, I can't remember. I
25  don't -- I don't think they did, but I don't remember.

39 (Pages 150 - 153)

Veritext/NJ Reporting Company

800-227-8440                                    973-410-4040