**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S MOTION TO COMPEL REMAINING HEALTH GRADES DOCUMENTARY DISCOVERY BY MAY 10, 2012 AND NOTICE OF AGREED BRIEFING SCHEDULE**

---

Pursuant to Rule 37(a)(3)(B) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx") respectfully moves for an order compelling Plaintiff Health Grades, Inc. ("Health Grades") to produce documents responsive to agreed electronic search criteria no later than May 10, 2012.

MDx also provides notice that, subject to the Court's approval, the parties have agreed on the following briefing schedule so that this motion may be heard along with other discovery motions currently scheduled for hearing on April 26, 2012: Health Grades Opposition to be filed by April 18, 2012, and the MDx reply to be filed by April 20, 2012.

**ARGUMENT**

Health Grades has, since day one, tried to hide its own invalidating prior art, going so far as to even sign a sworn interrogatory response stating it knew of no such prior art. But MDx

identified the art anyway, through third party sources, and has been struggling ever since to get Health Grades to cooperate and produce the relevant discovery.

After what should have been unnecessary efforts by MDx, Health Grades eventually did produce some documents showing features of its early art, but (amazingly) the Health Grades deposition witnesses hedged about these documents, claiming they couldn't be sure when they were made public, or if they were just internal documents.

Finally, on January 16, inventor Scott Montroy (no longer employed by Health Grades) disclosed that Health Grades had, during his employment there, many documents showing precisely what features of the early Health Grades websites were available to the public, and when.  Counsel for MDx immediately, at the deposition, requested prompt production.  MDx filed a motion to compel the relevant documents on February 24, 2012 (dkt. #143), and after subsequent narrowing of the search terms with counsel for Health Grades, that motion was withdrawn without prejudice to refile (dkt. #157).

The parties do not dispute the searches that need to be run or (assuming the results are not surprisingly large) that the resulting documents will need to be produced.  But Health Grades has absolutely no incentive to work promptly to get these searches completed and the documents produced.  If they continue with the snail's pace that they have employed so far, it would extend this case by more than a year – Health Grades (which would be perfectly happy with dragging this case on indefinitely) is effectively ignoring this Court's scheduling order and the imminent fact discovery cut-off in June.  Having brought this litigation, Health Grades must comply with its discovery obligations in a timely fashion.

Health Grades claims to have run most of the searches now, but steadfastly refuses to commit to any date by which documents will be produced. As of this filing, almost forty days after Health Grades supposedly began this effort, MDx has received only a trivial part of the required production -- less than 300 pages (all documents that clearly should have been produced last summer), and representing only a small part of only two of the ten search criteria. Moreover, critical documents, such as documents evidencing prior art physician profiles (documents we know existed from sworn testimony and other Health Grades documents) are mysteriously missing, and Health Grades to date has not responded to requests for explanation. There have also been very strange developments that defy any explanation. We were first told that the first two search criteria netted 361 emails, and then we were told that 1100 emails were provided to Health Grades counsel from those criteria, and now we are told that this number has magically been reduced to only 56 emails. If Health Grades' approach does not change, and the documents are not forthcoming, spoliation will be the next issue for this Court's attention.

For these reasons, MDx requests an order that Health Grades complete the agreed, narrowed searches outlined in Exhibit A, and produce all responsive documents by May 10, 2012, so that sufficient time will remain for taking the remaining depositions.

Dated:  April 11, 2012                          Respectfully submitted,

                           *s:/Scott D. Stimpson*
                           Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: smurray@sillscummis.com
E-mail: dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

4

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 11, 2012</u>, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION TO COMPEL REMAINING HEALTH GRADES DOCUMENTARY DISCOVERY BY MAY 10, 2012 AND NOTICE OF AGREED BRIEFING SCHEDULE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com

                                                  *s:/ David C. Lee*