# EXHIBIT A

**From:** Scott D. Stimpson
**Sent:** Monday, March 05, 2012 5:11 PM
**To:** 'Vazquez, Jesus'
**Cc:** 'kstoll-debell@merchantgould.com'; Scott Murray; David C. Lee
**Subject:** Discovery issues

Jesus:

This follows up on our call Friday.

SCHEDULE

As discussed, we are all in agreement that the case schedule should be extended in view of the March 28th motion hearing, without delaying the pretrial conference currently set for July 31, 2012 (we understand that, in our motion, both parties will request that the pretrial date remain the same, and the proposal is contingent on that request).  Please let us know whether the following new deadlines are acceptable:

Fact Discovery Cut-Off:  May 16, 2012

Designate Experts, Expert Reports due: May 23, 2012

Designate Rebuttal Experts, Rebuttal Reports due:  June 15, 2012

Expert Discovery Cut-Off:  July 6, 2012

Dispositive Motion Deadline:  July 6, 2012

Pretrial Conference:  July 31, 2012

DEPOSITIONS

As the case schedule will be extended, we confirm that neither party will take depositions before the March 28 hearing, or whatever new date is rescheduled for it (I left a message with the clerk about changing the date, no response yet).  Thus, all depositions noticed to occur before the March 28th hearing are withdrawn.

HEALTH GRADES DOCUMENT SEARCH

In discussing Health Grades' forensic consultant on Friday, it seems to us that the consultant would be doing much more than we requested.

As we indicated, we are mainly interested in documents dated February 8, 2006, or earlier.  Therefore, please have Health Grades limit the date range of its document search to February 8, 2006 or earlier. Additionally, as previous ESI searches were limited to Health Grades' general servers, and emails and documents of David Hicks, Scott Montroy, John Neal, and Allen Dodge, we assumed the current searches were limited to those as well.  In any case, it is fine to limit the search to Health Grades' general servers, and emails and documents of David Hicks, Scott Montroy, John Neal, and Allen Dodge.  And to be clear, although we did not previously request any search of backup tapes, as discussed Friday Health Grades' searches at the current time do not need to include backup tapes.  We understand that this will significantly decrease the volume of search results and will make the forensic consultant unnecessary.

Additionally, as promised, the following is a list of search terms in order of highest priority to lowest priority.  Please have Health Grades start at the top of the list, and restrict all searching to February 8, 2006 and earlier.

1. "project development plan"
2. "PDP"
3. "project log" OR "project file"

4/10/2012

4. "migration log" OR "migration file"
5. "production log" OR "release file" OR "customer service report"
6. "Hewitt"
7. "Patient's Choice"
8. "Rocky Mountain"
9. "Discovery Health"
10. "AARP"

Lastly, our February 3rd email requested documents that are not tied to search terms. Please see points (3) through (5) of that e-mail, and Health Grades should continue to search for those as well.

As we discussed Friday, nothing herein affects either party's pending motions in this case.

Regards.

Scott



Sills Cummis & Gross p.c.

website | bio | v-Card | email

**Scott D. Stimpson**
Member of the Firm

New York | Map    d (212) 500-1550    f (212) 643-6500    30 Rockefeller Plaza    New York, NY 10112

4/10/2012