IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **MDX Medical, Inc.'s Motion to Compel Remaining Health Grades Documentary Discovery by May 10, 2012 and Notice of Agreed Briefing Schedule** [docket no. 174, filed April 11, 2012] (the "Motion").

     IT IS ORDERED that plaintiff shall respond to the Motion on or before **April 18, 2012**. Defendant may reply by April 20, 2012.

     IT IS FURTHER ORDERED that a hearing on this Motion is set for **April 26, 2012, at 8:30 a.m.,** in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED:  April 11, 2012