# EXHIBIT D

**From:** Vazquez, Jesus [jvazquez@rothgerber.com]
**Sent:** Wednesday, April 04, 2012 7:09 PM
**To:** Scott D. Stimpson
**Cc:** Scott Murray; David C. Lee
**Subject:** RE: iTriage Depositions

Scott:

We found out that iTriage was licensing physician profiles from Vitals just earlier this month, when it was announced in NY. Obviously we could not have pursued this discovery before then. We advised you regarding the same during our call on March 12, and then in the parties' joint motion to modify the case deadlines filed March 14 you stated you would object.

Although we just found out about iTriage, as you know we have been seeking the licensing information from Vitals for many months. You have withheld the licensing information, claiming it is irrelevant. We disagree, and our arguments are part of our pending motion to compel. Please see our motion where we discuss how the licensing information is relevant under various theories, i.e., convoyed sales and the *Georgia Pacific* factors.

In sum, we feel we are on solid footing with respect to both our right to this information and to its relevance, and that any motion you would file that seeks to prohibit HG from obtaining information regarding data licensed by Vitals and related licensing revenue would be groundless and frivolous.

Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, April 04, 2012 8:51 AM
**To:** Vazquez, Jesus
**Cc:** Scott Murray; David C. Lee
**Subject:** FW: iTriage Depositions


Jesus:

Will we be getting answers to this? I honestly don't remember if you told me how you think this is relevant.

Thanks.

Scott

4/13/2012



**Sills Cummis & Gross** P.C.

website | bio | v-Card | email

**Scott D. Stimpson**
Member of the Firm

New York | Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

---

**From:** Scott D. Stimpson
**Sent:** Friday, March 30, 2012 7:20 PM
**To:** 'jvazquez@rothgerber.com'
**Cc:** Scott Murray; David C. Lee; 'lampley@wtotrial.com'; 'ridley@wtotrial.com'
**Subject:** Re: iTriage Depositions

Jesus, if you explained this to me I honestly don't remember. I do remember that you weren't sure if you were going to seek these depositions, but you said you may. Can you please tell me:

(1) Why you HG not seek these during the regular discovery period; and

(2) The relevance?

I can't decide how to proceed without the answers to these questions. Thanks.

Scott

Scott D. Stimpson
Sills Cummis & Gross PC
30 Rockefeller Plaza
New York, NY 10020
d (212)500-1550
f (212)643-6500

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Friday, March 30, 2012 05:21 PM
**To:** Scott D. Stimpson
**Cc:** Scott Murray; David C. Lee; 'Lampley, Ramona' <lampley@wtotrial.com>; 'Ridley, Terence' <ridley@wtotrial.com>
**Subject:** iTriage Depositions

Scott,

Attached please find our subpoenas for the depositions of iTriage and Peter Hudson. You'll note that we scheduled them for April 24 and 25 - we are open to discussing other dates that may work better for you - we chose these dates because as you know we have a hearing in the case on April 26, and we thought it would be more convenient for you to get it all done in one trip.

Of course, if you plan to move for a protective order then the dates will change. If that is what you intend to do I suggest we get the issue briefed asap such that we can possibly address it at the hearing on April 26.

Thanks, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222

4/13/2012

E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.


PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

4/13/2012