IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    **MDX Medical, Inc.'s Unopposed Motion . . . to File Second Amended Answer** [Doc. # 141, filed 2/24/2012] is GRANTED; and

      (2)    The Clerk of the Court is directed to accept for filing MDX Medical, Inc.'s Second Amended Answer, Affirmative Defenses, Counterclaim and Demand for Jury Trial [Doc. # 141-1.

DATED:  April 18, 2012