**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL REMAINING HEALTH GRADES DOCUMENTARY DISCOVERY BY MAY 10, 2012**

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx") submits its Reply to Health Grades, Inc. ("Health Grades") Response to MDx Medical, Inc.'s Motion to Compel Remaining Health Grades Documentary Discovery by May 10, 2012 (dkt. # 174).

Health Grades' Opposition Memorandum, while asserting that a motion to compel was unnecessary, demonstrates the need for it. Even before the Court, Health Grades refuses to commit to any date for searching to be completed, or to any date for the documents to be produced. Health Grades completely fails to even attempt to excuse its lethargy in doing these searches, or why these documents were not produced when they were requested last summer.

It has been *ten months* since MDx requested the prior art documents in Health Grades' possession, and these latest searches have been outstanding for weeks with virtually no movement by Health Grades. The only way to get Health Grades to cooperate and produce these documents in a timely manner is for the Court to order it.

1

Accordingly, MDx respectfully requests an order that Health Grades produce all responsive documents to the agreed search criteria no later than May 10, 2012.

Dated:  April 20, 2012                                       Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
Thirty Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: smurray@sillscummis.com
E-mail: dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 20, 2012</u>, I electronically filed the foregoing MDX MEDICAL, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL REMAINING HEALTH GRADES DOCUMENTARY DISCOVERY BY MAY 10, 2012 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com


                                                          <u>s:/David C. Lee</u>