**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**NON-PARTY iTRIAGE'S NOTICE REGARDING RULE 45 SUBPOENAS**

Non-party iTriage, LLC, through its undersigned counsel, respectfully files this Notice to the Court regarding three subpoenas served on iTriage by Plaintiff Health Grades, Inc., for (i) a 30(b)(6) deposition; (ii) the production of documents; and (iii) the deposition of iTriage's Chief Executive Officer, Peter Hudson (collectively, the "Non-Party Subpoenas"[1]).  Counsels for iTriage and Plaintiff Health Grades have met and will continue to confer regarding the scope and purpose of the Non-Party Subpoenas.  Pursuant to Fed. R. Civ. P. 45(c)(2)(b), iTriage served Health Grades with written objections to the Non-Party Subpoenas (attached as Exhibit A).

On April 13, 2012, Defendant MDx Medical, Inc., filed a Motion to Quash the Non-Party Subpoenas (Dkt. #179).  iTriage did not object to the relief requested in MDx's Motion to Quash for the reasons stated therein.  iTriage may have additional and alternative grounds for quashing the Non-Party Subpoenas, and will brief those for the Court should it be necessary.  For example, on April 20, 2012, Health Grades responded to MDx's Motion to Quash (Dkt. #185).  In its

---

[1] Copies of these subpoenas have been attached as Exhibits A, B, and C, respectively, to Defendant MDx Medical, Inc.'s Motion to Quash (Dkt. #179).

response, Health Grades admitted that through the Non-Party Subpoenas, it sought "to obtain information relating to iTriage's license to use MDx's physician database and iTriage's use of that information," because "[t]he iTriage App. may infringe the '060 patent."  Leaving the substance of that allegation aside, use of a non-party subpoena to fish for additional litigants or wrongdoers simply is improper.  *See generally*, *e.g.*, *I'Mnaedaft, Ltd. v. Intelligent Office Sys., LLC*, 2009 U.S. Dist. LEXIS 50717 *18 (D. Colo. May 29, 2009) (finding third party subpoenas "to be a fishing expedition, or more probably, a search for ammunition," both of which "are rarely appropriate and uniformly discouraged").[2]

iTriage understands that the Court will hold a hearing on discovery motions on April 26, 2012.  A favorable ruling on MDx's Motion to Quash could moot any further discussion or motions practice regarding the Non-Party Subpoenas.  Thus, to avoid (i) briefing and filing additional (and possibly unnecessary) motions before this Court, and (ii) spending resources in litigation to which it is not a party, iTriage will await any such ruling.  Nevertheless, iTriage reserves its right to file a Motion to Quash the Non-Party Subpoenas at the appropriate time after the April 26, 2012 hearing, should it be necessary.  Counsel for Plaintiff Health Grades has agreed that any such Motion would still be timely pursuant to Fed. R. Civ. P. 45(c)(3).

Dated:  April 24, 2012                Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*s/ Robert C. Blume*
Robert C. Blume, No. 37130
Laura M. Sturges, No. 36843
Gibson, Dunn & Crutcher, LLC

---

[2] Health Grades' footnote statement that it "does not intend to assert a cause of action for infringement against Aetna or iTriage in connection with this action" is cold comfort—Health Grades is asking non-party iTriage to provide documents and deposition testimony that it claims will demonstrate alleged wrongdoing by iTriage.

2

1801 California Street, Suite 4200
Denver, CO 80202
Tel: (303) 298-5700
Fax: (303) 313-2870
E-mail: rblume@gibsondunn.com
E-mail: lsturges@gibsondunn.com

*Attorneys for Non-Party* iTriage, LLC

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2012, I electronically filed the foregoing NON-PARTY iTRIAGE'S NOTICE REGARDING RULE 45 SUBPOENAS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus M. Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Kris J. Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Jeffrey D. Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Scott D. Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David C. Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com

*s/ Robert C. Blume*