# EXHIBIT A

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1801 California Street
Denver, CO 80202-2642
Tel 303.298.5700
www.gibsondunn.com

Robert C. Blume
Direct: +1 303.298.5758
Fax: +1 303.313.2870
RBlume@gibsondunn.com

April 19, 2012

**VIA EMAIL AND FIRST CLASS MAIL**

Mr. Jesús M. Vázquez
Rothgerber Johnson & Lyons, LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO  80202

      Re:    Health Grades, Inc. v. MDX Medical, Inc., d/b/a Vitals.com
              Civil Action No. 11-cv-00520- PAB-BNB

Dear Mr. Vázquez:

Thank you for meeting with us this week regarding the March 30, 2012, subpoenas[1] issued by your firm in the above-mentioned litigation.  As you know, we represent iTriage, LLC.  We appreciate the continuing joint effort to discuss the scope and purpose of these subpoenas, and to avoid unnecessary costs or litigation.  In the meantime, by this letter, pursuant to Fed. R. Civ. P. 45(c)(2)(B), we advise you that iTriage formally objects to all of these subpoenas.

*First*, among other things, the subpoenas demand confidential and sensitive business documents and information.  Indeed, as we discussed, iTriage and your client compete in this industry space and disclosure of the documents requested would be competitively harmful to iTriage.  *Second*, although we expect to learn more during our meet and confer process, at this time it appears that these documents and the requested information may not be relevant to any claims in the underlying patent infringement litigation, *Health Grades, Inc. v. MDX Medical, Inc., d/b/a Vitals.com*, Civil Action No. 11-cv-00520- PAB-BNB.  *Third*, the subpoenas are overly broad, unduly burdensome, unfairly oppressive, and impose extraordinary and unwarranted expense on iTriage.  *Fourth*, iTriage is not a party to any licensing agreements with Vitals.com so the subpoenas are improperly drafted.  *Finally*, even if proper, information regarding MDx licensing agreements, if relevant, should be

---

[1] One subpoena directs a representative from iTriage to attend and give deposition testimony on April 24, 2012.  Another subpoena requests iTriage to produce documents regarding the above entitled matter.  Finally, a third subpoena directs iTriage's Chief Executive Officer to appear and give deposition testimony on April 25, 2012.

Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich • New York
Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

Mr. Jesus M. Vazquez
April 19, 2012
Page 2

obtained directly from MDx (a party to the underlying litigation), rather than from a non-party via subpoenas and depositions.

Without waiving any of these objections, iTriage appreciates your efforts to work together to resolve its concerns without Court intervention. We also appreciate the agreement reached about the subpoenas between Health Grades, Inc. and iTriage, as set forth in your April 19, 2012, email to me. Of course, if our meet and confer efforts prove unsuccessful, we reserve our right to file appropriate motions with the Court, including, but not limited to, a Motion to Quash. We understand that you will not object to the timeliness of such filings.

Thank you for your time and attention to this matter.

This letter is written without prejudice to the rights of iTriage, all of which are expressly reserved.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

*s/ Robert C. Blume*

Robert C. Blume, P.C.
of Gibson Dunn & Crutcher LLP

101274145.4