**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**ENTRY OF APPEARANCE OF GREGORY B. KANAN**

---

    Pursuant to D.C.COLO.LCivR 11.1A, Gregory B. Kanan hereby enters his appearance in this matter as counsel for Plaintiff, Health Grades, Inc.

Dated this 25th day of April, 2011.

                                      ROTHGERBER JOHNSON & LYONS LLP

                                      *s/ Gregory B. Kanan*
                                      Gregory B. Kanan, Esq.
                                      Kris J. Kostolansky, Esq.
                                      Jesús M. Vázquez, Jr., Esq.
                                      Jeffrey D. Phipps, Esq.
                                      1200 17th Street, Suite 3000
                                      Denver, Colorado  80202
                                      Tel:  (303) 623-9000
                                      Fax:  (303) 623-9222
                                      Email:  gkanan@rothgerber.com
                                                       kkostolansky@rothgerber.com
                                                       jvazquez@rothgerber.com
                                                       jphipps@rothgerber.com

                                      *Attorneys for Plaintiff Health Grades, Inc.*

2003636648_1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2012, I electronically filed the foregoing **ENTRY OF APPEARANCE OF GREGORY B. KANAN** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Mark Jon Rosenberg
David Chunyi Lee
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: lampley@wtotrial.com

*s/ Gregory B. Kanan*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@rothgerber.com
    kkosto@rothgerber.com
    jvazquez@rothgerber.com
    jphipps@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*