**Vazquez, Jesus**

**From:** Vazquez, Jesus
**Sent:** Wednesday, March 28, 2012 4:56 PM
**To:** 'Scott D. Stimpson'
**Subject:** RE: We have a call in 15 minutes?

Scott,

I'm writing to memorialize our short call, which was scheduled to allow us to confer regarding MDx's objections and responses to HG's requests for admission. We agreed to postpone it until this Friday, March 30, at 4 pm Denver time, in order to allow you time to review our email of 3/28 which details the issues we have with the objections and responses, given that you are in Japan and that your schedule did not allow you to do so before our call today. We thank you for your agreement to not use this delay against us should we have to file a motion to address the issues, and will look forward to talking on Friday. You said you had a presentation that may impact conferring on Friday - if that is the case we are also available to have the call on Monday, April 2.

Thanks, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, March 28, 2012 3:52 PM
**To:** Vazquez, Jesus
**Subject:** RE: We have a call in 15 minutes?

I will call you. What number?

**Sills Cummis & Gross** p.c.

**Scott D. Stimpson**
Member of the Firm

**New York** | Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Wednesday, March 28, 2012 5:52 PM
**To:** Scott D. Stimpson
**Subject:** RE: We have a call in 15 minutes?

Yes, to confer further re MDx's objections and responses to HG's requests for admission.

EXHIBIT 3

4/25/2012

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, March 28, 2012 3:45 PM
**To:** Vazquez, Jesus
**Subject:** We have a call in 15 minutes?

Sills Cummis & Gross P.C.

website | bio | v-Card | email

**Scott D. Stimpson**
Member of the Firm

**New York** | Map    d (212) 500-1550    f (212) 643-6500    30 Rockefeller Plaza    New York, NY 10112

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.