IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.   11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**PLAINTIFF HEALTH GRADES, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT MDX MEDICAL, INC. d/b/a VITALS.COM
AND
SECOND SET OF INTERROGATORIES
TO MDX MEDICAL, INC. d/b/a VITALS.COM**

    Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Health Grades, Inc. ("Health Grades"), hereby requests that, within thirty (30) days of the date of service of these requests for admission, and in accordance with the following definitions and instructions, Defendant MDX Medical, Inc. d/b/a Vitals.com ("MDX") answer separately, in writing, the following requests for admission.

    The following requests for admission are continuing, and MDX must promptly supplement its answers in accordance with Federal Rule 26 as additional or corrected information comes to its attention and that of its attorneys.

{00944744 / 1}

**EXHIBIT 5**

## DEFINITIONS

1.  Health Grades hereby incorporates the definitions contained in its First Set of Interrogatories to Defendant MDx Medical, served on July 25, 2011.

2.  The term "www.vitals.com website" shall mean the collection of web pages that are owned and/or operated by MDx Medical, Inc. and/or accessed through or mapped to the www.vitals.com domain name.  This definition includes all web pages currently operated by MDx through the www.vitals.com domain name and all web pages that MDx has at any time operated through this domain name since July 6, 2010.

3.  The term "Health Grades website" shall mean the collection of web pages that are currently owned and operated by Health Grades and are accessed through or mapped to the base domain name of www.healthgrades.com.

## REQUESTS FOR ADMISSION

1.  Admit that www.vitals.com website enables a computer-implemented method of providing physician information to potential patients.

2.  Admit that the healthcare provider database that is accessed by the www.vitals.com website is created, updated, and queried by a relational database management system, such as MySQL.

3.  Admit that the www.vitals.com website is an on-line information system for connecting doctors with potential patients.

4.  Admit that the www.vitals.com website is capable of receiving a request for information about a physician.

5. Admit that the www.vitals.com website is capable of receiving from a physician information about that physician's specialty.

6. Admit that the www.vitals.com website is capable of receiving from a physician information about that physician's medical philosophy.

7. Admit that the www.vitals.com website is capable of receiving from a physician information about that physician's gender.

8. Admit that the www.vitals.com website is capable of receiving from a physician information about the language(s) that physician speaks.

9. Admit that the www.vitals.com website is capable of receiving from a physician information about awards and/or honors that physician has received.

10. Admit that the www.vitals.com website is capable of receiving from a physician information about publications authored by that physician.

11. Admit that the www.vitals.com website is capable of receiving patient ratings about a physician from one or more of current or past patients of that physician or from any other user of the vitals website.

12. Admit that the www.vitals.com website includes an on-line patient experience survey that allows a patient to rate a physician.

13. Admit that MDx uses a computer-implemented method to create healthcare provider reports about physicians and provides access to these physician reports through the www.vitals.com website.

14. Admit that MDx receives information about the board certifications of physicians from a third party other than the physician.

15. Admit that MDx receives information about the licensures of physicians from a third party other than the physician.

16. Admit that MDx receives information about the medical schools attended by physicians from a third party other than the physician.

17. Admit that MDx receives information about the medical residencies completed by physicians from a third party other than the physician.

18. Admit that MDx receives information about the medical fellowships completed by physicians from a third party other than the physician.

19. Admit that MDx has a database of information about physicians that is capable of including at least the following kinds of information about each physician in the database: board certification(s), licensure, medical school, medical internship, medical residency, medical fellowship information, specialty information, medical philosophy, gender, age, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and patient ratings.

20. Admit that www.vitals.com website accesses the database described in request no. 17 to create a healthcare provider report about a physician.

21. Admit that www.vitals.com website is capable of providing access to a physician report that is capable of including a hyperlink to www.vitals.com report on an affiliated hospital, medical center, or other type of treatment center.

22. Admit that www.vitals.com website includes search capabilities for searching a database comprised of healthcare provider information.

23. Admit that www.vitals.com website includes search capabilities for searching a

database comprised of healthcare provider information that permits a search based on at least the following: name, medical specialty, and location criteria.

24. Admit that the Health Grades website is covered by at least one claim of the '060 patent.

25. Admit that the Health Grades website is covered by all of the asserted claims of the '060 patent.

## SECOND SET OF INTERROGATORIES

**Interrogatory No. 17.**

State the factual basis that supports any response to any of the foregoing requests for admission that is anything other than an unqualified admission.

**Interrogatory No. 18.**

If MDx disagrees with any one or more of the bases for patent infringement set forth in Health Grades Infringement Contentions, Supplemental Infringement Contentions, and accompanying documents (served on July 1, 2011 and 19, 2011 and as may be later supplemented, "Infringement Disclosures"), for every such disagreement set forth in full and complete detail all reasons why Health Grade's contentions are allegedly incorrect, including but not limited to (1) a full and complete explanation of all points of disagreement with the assertions in Health Grades' Infringement Disclosures; and (2) a full and complete explanation of why each and every accused product does not infringe the '060 patent, both literally and under the doctrine of equivalents.

**Interrogatory No. 19.**

If MDx disagrees with any one or more of the bases for showing that Health Grades website is covered by the asserted claims of '060 patent set forth in Exhibit E to Health Grades Supplemental Infringement Contentions, and accompanying documents (served on July 19, 2011 and as may be later supplemented), for every such disagreement set forth in full and complete detail all reasons why Health Grade's contentions are allegedly incorrect, including but not limited to, a full and complete explanation of all points of disagreement with the assertions that Health Grades' website is covered by the asserted claims.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email:  kkosto@rothgerber.com
           jvazquez@rothgerber.com
           jphipps@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2012, I served the foregoing **FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT MDX MEDICAL, INC. d/b/a VITALS.COM AND SECOND SET OF INTERROGATORIES TO MDX MEDICAL, INC. d/b/a VITALS.COM** as follows:

By personal delivery:
Scott David Stimpson
Crown Plaza Hotel, Jacksonville Florida
sstimpson@sillscummis.com


By personal delivery:
Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email:  kkostolansky@rothgerber.com
           jvazquez@rothgerber.com
           jphipps@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*