IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No.   11-cv-00520-PAB- BNB

Courtroom Deputy: Geneva D. Mattei

Date: April 26, 2012

FTR BNB COURTROOM A-401

---

HEALTH GRADES, INC.,

Gregory Kannan
Jesus Vazquez Jr.
Kristin Stoll-DeBell

Plaintiff(s),

v.

MDX MEDICAL, INC.,

Scott Stimpson

Defendant(s),

v.

ITRIAGE, LLC.,

Robert Blume

Interested Party.

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:        8:30 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   MDX MEDICAL, INC.'s motion to quash Health Grades' subpoenas to non-party iTriage,'s CEO Peter Hudson [Doc. #179; filed 4/13/12] is granted.**

**ORDERED:   HEALTH GRADE, INC.'s motion to compel discovery and for an award of fees and costs pursuant to local patent Rule 3-3 and Rules 37(a)(3)(B) and 37(a)(5) of the Federal Rules of Civil Procedure [Doc. #126; filed 1/24/12] is granted in**

part and denied in part.

**ORDERED:** **MDX MEDICAL, INC.'s motion to strike HEALTH GRADES' deposition notice without leave to amend, or in the alternative, for a protective order, and for fees and costs [Doc. #142; filed 2/24/12] is granted in part and denied in part.**

**ORDERED:** **HEALTH GRADES, INC.'s motion for leave to amend its infringement contentions to address new claim constructions from the February 13, 2012 Markman Order [Doc. #148; filed 3/2/12] is granted.**

**ORDERED:** **MDX MEDICAL, INC.'s motion pursuant to Federal Rules of Civil Procedure 26(c) for a protective order [Doc. #152; filed 3/8/12] is granted.**

**ORDERED:** **MDX MEDICAL, INC.'S motion to compel remaining HEALTH GRADES documentary discovery by May 10, 2012 and notice of agreed briefing schedule [ Doc.# 174; filed 4/11/12] is granted.**

Court in Recess:        11:19 a.m.      Hearing concluded.     Total time in Court:  02:44

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.