IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **MDxMedical, Inc.'s *Unopposed* Motion to Restrict Access to Document--Document Nos. 156-15 and 158-2** [Doc. # 171, filed 4/4/2012] is GRANTED, and access to Document Nos. 156-15 and 158-2 shall be Restricted Level 1.

DATED:  April 26, 2012