# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## DECLARATION OF DAVID C. LEE

David C. Lee states and declares as follows under penalty of perjury:

1. My name is David C. Lee. I am over the age of 18 years, and have personal knowledge of the facts stated herein.

2. I am an associate at the firm Sills Cummis & Gross P.C., attorneys for defendant MDx Medical, Inc. ("MDx"). I submit this declaration in support of MDx's Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement.

3. Attached hereto as Attachment A is a true and correct copy of United States Patent No. 7,752,060 (the "'060 Patent").

4.      Attached hereto as Attachment B are true and correct copies of certain papers from the prosecution history for the '060 Patent, produced by counsel for Health Grades, Inc. to counsel for MDx.

5.      Attached hereto as Attachment C are true and correct copies of web page displays from the Health Grades, Inc. website www.healthgrades.com relating to physician Sanjay Gupta, MD, medical correspondent for CNN, accessed on April 6, 2011.

6.      Attached hereto as Attachment D are true and correct copies of web page displays from the MDx website www.vitals.com relating to physician Sanjay Gupta, MD, medical correspondent for CNN, accessed on April 6, 2011.

7.      Attached hereto as Attachment E is a true and correct copy of the Court's Order regarding Claim Construction [Dkt. 138].

8.      Attached hereto as Attachment F is a true and correct copy of United States Patent Application Publication No. US 2003/0195838, listing inventor Julian L. Henley.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/8/2012                                    _____
                                                                              DAVID C. LEE