# ATTACHMENT C



join now for $75 in FREE driving.
zipcar
Advertise With Us

click here to join up now for $75 in free driving.
zipcar
replay
Advertise With Us

## Popular Health Centers

- **Frequent Urination:** How Often is Too Often?
- **COPD:** Could You Have COPD?
- **Rheumatoid Arthritis:** Latest Treatments
- **Rosacea:** See the 4 Stages of Rosacea
- **Psoriasis:** Understanding Skin Conditions
- **Schizophrenia:** Latest Treatments
- **Adult ADHD:** Take a Test to Check Your Risk

## Research Related Conditions

- Bell's palsy
- Brain Injury
- Brain Tumor
- More

## Most Popular Georgia Cities

- Atlanta
- Augusta
- Savannah
- Rome
- MacOn
- Marietta
- Decatur
- Albany
- Brunswick
- Columbus

## Appointment Info

**Address & Contact Information:**
49 Jesse Hill Jr Drive South East
Suite 337
Atlanta, GA 30303
Phone

**What You Need to Know About:**
- Lung Disease: 6 Signs
- Rheumatoid Arthritis Treatments
- Frequent Urination

**Insurance Accepted:**
- Blue Cross and Blue Shield - BlueCard PPO
- Cigna - Open Access
- Cigna HMO
- Cigna PPO
- Coventry - First Health Network PPO
- More

Looking for new insurance?



**Electronic Prescriptions:** No

## Patient Ratings & Quality

**Overall Patient Rating**
The overall patient rating for Dr. Sanjay K. Gupta is 4 out of 5 stars based on responses from 3 patients.

**Malpractice**
No Malpractice History Found

**Sanctions**
No Sanction History Found

**Board Actions**
No Board Action History Found

**HealthGrades Honor Roll**
Dr. Sanjay Gupta is a HealthGrades Recognized Doctor.

**Patient Ratings**

| | |
|---|---|
| Overall | ★★★★☆ |
| Recommend | ★★★★☆ |
| Trust | ★★★★☆ |
| Communicates | ★★★★☆ |
| Listens | ★★★★☆ |
| Time Spent | ★★★★☆ |
| Scheduling Appts. | ★★★★☆ |
| Office Environment | ★★★★☆ |
| Office Friendliness | ★★★★☆ |
| Wait Time | ★★☆☆☆ |

[Rate This Doctor]

- Brunswick
- Columbus
- Rome
- MacOn

**Rate This Doctor**

**Ratings:** Patient experience ratings, recommendations... More

**Office Locations:** Maps, driving directions, phone numbers... More

**Awards & Recognition:** HealthGrades Recognized, Five-Star Doctors... More

**Education:** Medical school, internships, residencies... More

**Background Check:** Malpractice, sanctions, other board actions... More

 Print  Email  Link to this Page  share

- Ocular Rosacea
- Bladder Retraining
- Psoriasis Treatments

- COPD Medications
- New Treatments in RA
- Psoriasis Creams

- Pulmonary Rehab
- RA Pain Test
- Psoriasis Lasers



Click here to join and get $75 in free driving
zipcar
replay

Advertise With Us

**Latest Treatments**
- Rosacea Medications
- Antibiotics for COPD
- Schizophrenia Medications
- Lasers for Rosacea
- Bladder Medications
- Schizophrenia Injections

▲ State Directories ▲ Physicians by Specialty ▲ Alternative Medical Providers by Specialty ▲ Hospital and Group Practices

About Us | Press Room | Contact Us | Advertise | Wrong Diagnosis | Sitemap | Buscar en Español

© Copyright 2011 Health Grades, Inc. Patent US 7,752,060. All Rights Reserved. Third Party materials included herein protected under copyright law.
Use of this website and any information contained herein is governed by the HealthGrades User Agreement.
User Agreement | Legal Disclaimer | Privacy Policy

Find Similar Physicians: Neurosurgery > Georgia > Atlanta