# ATTACHMENT D





Advertisement

Minimally Invasive Treatment For Your Back Pain-Get Your Life Back!
www.LaserSpineInstitute.com/Doctor
Ads by Google

**Special Expertise:**
3D Image Guided Operation; Spine Trauma

Vitals receives quarterly updates on board certification from ABMS®.

## Patient Ratings & Comments

**Overall Patient Rating** ★★★☆

Based on **27 ratings** (click here)

- Ease of Appointment — 3.6
- Promptness — 3.6
- Courteous Staff — 3.6
- Accurate Diagnosis — 3.6
- Bedside Manner — 3.5
- Spends Time with Me — 3.6
- Follow Up — 3.7

**13 comments** have been submitted by users.

Find out what they're saying. click here

**Patients Wait...**
An average wait of **5 minutes** for this doctor.

Rate This Doctor

## Hospital Affiliation

Dr. Gupta is affiliated with **7 hospitals**:

| | Hospital Ranking | Hospital Rating |
|---|---|---|
| **Emory University Hospital** <br> 1364 Clifton Rd NE, Atlanta, GA <br> Ranked #12 out of 5,200 hospitals by US News & World Report | Top 25% | ★★★★★ |
| **Albert Einstein Medical Center** <br> 5501 Old York Rd, Philadelphia, PA | Top 50% | ★★★★☆ |

**Show all hospital affiliations >>**

Hospital quality is often a reflection of the doctors associated with it. Where available, hospital ranking by specialty is shown.

---

Advertisement

**Cornell Neurosurgery**
Ranked as one of America's Top Hospitals by US News & World Report
www.cornellneurosurgery....

**Spinal Stenosis?**
Thousands Treated In New Jersey! Claim Your Completely Free DVD Now.
www.WaterfrontSpineInsti...

**Top Scoliosis Surgeon**
Acclaimed Scoliosis Surgeon. Free Spinal Case Review.
www.SpineAndScoliosis.co...

**Jack Stern MD PhD**
NY Magazine- Eight Years In A Row Voted Among Best Spine Surgeons
www.SafeSpineSurgery.com

**Show all hospital affiliations >>**

Hospital quality is often a reflection of the doctors associated with it. Where available, hospital ranking by specialty is shown.

What's This ▲

## Education

Dr. Gupta was educated at the following institutions:

| | Institution Ranking | Institution Rating |
|---|---|---|

**Medical School**
India Institute
Completed: 1988

**Residency**
University of Michigan Hospital*   Top 25%   ★★★★
Completed: 2000

**Fellowship**
University of Tennessee Bowld Hospital*   ✓
Completed: 2001

What's This ▲

## Awards & Distinctions

**Awards:**
ANGELL SCHOLAR, UNIV OF MI
GALENS MEDICAL HONOR SOCIETY, UNIV OF MI MED SCHL
MEMBER, PHI BETA KAPPA
OUTSTANDING RESIDENT TEACHING AWARD, BRONZE BEEPER SOC
Patients' Choice Award: 2008 – 2009
STUDENT RESEARCH AWARD, NATL INST OF HEALTH

**Appointments:**
Emory University
Assistant Professor, Department of Neurosurgery
Grady Memorial Hospital
Associate Chief of Neurosurgery
UNIV OF MICHIGAN
CLINICAL ASSISTANT PROFESSOR/NEUROSURGERY

**UNIV OF MICHIGAN**
CLINICAL ASSISTANT PROFESSOR/NEUROSURGERY

Show all appointments >>

 What's This

## General Information

**Languages Available:**
Hindi, Spanish

**Biography & Background:**
Sanjay Gupta is an American physician and a contributing CNN chief health correspondent based in Atlanta, Georgia.

An assistant professor of neurosurgery at Emory University School of Medicine and associate chief of the neurosurgery service at Grady Memorial Hospital in Atlanta, he is also a frequent guest on the news program Anderson Cooper 360. "Charity Hospital" won a 2006 Emmy Award for Outstanding Feature Story in a Regularly Scheduled Newscast.

From 1997 to 1998, he served as one of fifteen White House Fellows, primarily as an advisor to Hillary Clinton.

Gupta currently publishes a column in TIME magazine. He is also host of House Call with Dr Sanjay Gupta.

His book Chasing Life was a New York Times and National bestseller. As of January 2009, he has been offered the position of Surgeon General of the United States in the incoming administration of President-elect Barack Obama.

## Insurance Accepted

Acceptance of particular Insurance Plans may vary, based on different office locations. As a result, we've listed Plans accepted at different locations. Click on any company to see which specific plans are accepted

## Insurance Accepted

Acceptance of particular Insurance Plans may vary, based on different office locations. As a result, we've listed Plans accepted at different locations. Click on any company to see which specific plans are accepted by Dr. Gupta.

**1991 Sproul Rd Broomall, PA**
Independence Blue Cross

**80 Jesse Hill Jr Dr SE Ste OPC Atlanta, GA**
Anthem
Blue Cross Blue Shield of Georgia
Cigna
Medical Mutual of Ohio
Peach State Health Plan
United Healthcare

Need health insurance? It's more affordable than you think!
Click below for an INSTANT quote!



CHEAP Insurance

What's This

Have more information on this doctor?
Email us at improveVitals@vitals.com or review this doctor now.

Are you a doctor? Click here to sign in to Vitals.



**More than two thirds** of Walden master's graduates received a promotion within 1 year of earning their degree*

*Based on Walden 2007 graduate survey respondents

Learn how Walden can change your future – WaldenU.edu

WALDEN UNIVERSITY
A higher degree. A higher purpose.

Advertisement



Need health insurance? It's more affordable than you think! Click below for an INSTANT quote!

CHEAP Insurance  What's This

Have more information on this doctor? Email us at improveVitals@vitals.com or review this doctor now.

Are you a doctor? Click here to sign in to Vitals.



Advertisement

WALDEN UNIVERSITY — A higher degree. A higher purpose.

More than two thirds of Walden master's graduates received a promotion within 1 year of earning their degree*

Learn how Walden can change your future — WaldenU.edu

about us | faq | blog | contact | privacy | terms of use | site map | search by ailment | widget

### Local Doctors by Specialist Type

Allergists and Immunologists | Anesthesiologists | Cardiologists | Critical Care Specialists | Dermatologists | Emergency Physicians | Endocrinologists | Gastroenterologists | Geriatric Specialists | Hematologists | Infectious Disease Specialists | Nephrologists | Neurologists | Oncologists | Ophthalmologists | Otolaryngologists | Pain Management Specialists | Pathologists | Physiatrists | Psychiatrists | Radiologists | Rheumatologists | Sports Medicine Specialists | Urologists >> See All Specialists

### Children's Doctors

Adolescent Specialists | Pediatric & Adolescent Psychiatrists | Pediatric Specialists | Pediatricians | Pediatric Surgeons

### Primary Care Doctors

Family Practitioners | Internists | General Practitioners | Obstetricians & Gynecologists

### Surgeons

Cardiothoracic Surgeons | Colorectal Surgeons | Neurosurgeons | Oral & Maxillofacial Surgeons | Orthopaedic Surgeons | Plastic Surgeons | Surgical Specialists

Find Doctors by Disorder | Find Doctors by Insurance Provider | Find Leading Experts | International Doctors | Find Arthritis Doctors | Find Chronic Myeloid Leukemia Doctors

### Doctor Name Directory

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

Copyright © 2006 - 2011 Vitals.com & MDx Medical, Inc. All Rights Reserved. Material can not be reproduced without express written permission.

Business Partners | Get our Vitals Widget