# vitals
where doctors are examined.

home   check up on your doctor   find a doctor   rate a doctor                login: patient / doctor

## Be in control

Vitals is committed to having physicians be in the driver seat of their information. By signing on to Vitals, you empower yourself to:

- Edit and add information that patients and others see.
- See what consumers are saying about you.
- Respond to and manage consumer feedback.

**Already a member?**
[Login here]

**Let us know who you are:**

First name: [ ]
Middle name: [ ]
Last name: [ ]
Suffix: [None ▼]
Date of birth: [January ▼] [1 ▼] [2012 ▼]
State of license: [[State] ▼]
State license number: [ ]

**Create your login information:**

Email address: [ ]
Confirm email address: [ ]
Password: [ ] minimum of 6 characters.
Confirm password: [ ]

☑ Contact me about new Vitals services.
☐ I am a physician actively licensed in the United States.
☐ I have read and agree to Vitals' **Terms of Use**.

[Get started]

**Please note:** Vitals verifies all physician registration through confirmation letters. You will be mailed a letter to the primary address associated with your profile confirming your account setup and associated information.

about us   faq   blog   contact us   privacy   terms of use   site map   business partners   vitals widget

EXHIBIT A