*Microsoft*

# Microsoft Computer Dictionary
## Fifth Edition



EXHIBIT B

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
     p. cm.
   ISBN 0-7356-1495-4
    1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.

  AQ76.5. M52267   2002
  004'.03--dc21                                                       200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9    QWT    7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

**COBOL** *n.* Acronym for **C**ommon **B**usiness-**O**riented **L**anguage. A verbose, English-like compiled programming language developed between 1959 and 1961 and still in widespread use today, especially in business applications typically run on mainframes. A COBOL program consists of an Identification Division, which specifies the name of the program and contains any other documentation the programmer wants to add; an Environment Division, which specifies the computers being used and the files used in the program for input and output; a Data Division, which describes the format of the data structures used in the program; and a Procedure Division, which contains the procedures that dictate the actions of the program. *See also* compiled language.

**cobweb site** *n.* A Web site that is far out of date. *See also* Web site.

**Cocoa** *n.* A set of object-oriented development tools and interfaces available on Mac OS X. Cocoa contains a set of frameworks, software components, and development tools used to construct applications for Mac OS X and provides programming interfaces in Java and Objective-C. Cocoa is based on NeXT's OpenStep and is integrated with Apple technologies.

**CODASYL** *n.* Acronym for **C**onference **o**n **D**ata **S**ystems **L**anguages. An organization founded by the U.S. Department of Defense. CODASYL is dedicated to the development of data-management systems and languages, among them the widely used COBOL.

**code**[1] *n.* **1.** Program instructions. Source code consists of human-readable statements written by a programmer in a programming language. Machine code consists of numerical instructions that the computer can recognize and execute and that were converted from source code. *See also* data, program. **2.** A system of symbols used to convert information from one form to another. A code for converting information in order to conceal it is often called a *cipher*. **3.** One of a set of symbols used to represent information.

**code**[2] *vb.* To write program instructions in a programming language. *See also* program.

**code access security** *n.* A mechanism provided by the runtime whereby managed code is granted permissions by security policy and these permissions are enforced, limiting what operations the code will be allowed to perform. To prevent unintended code paths from exposing a security vulnerability, all callers on the call stack must be granted the necessary permissions (possibly subject to override by assertion or denial).

**codec** *n.* **1.** Short for **co**der/**dec**oder. Hardware that can convert audio or video signals between analog and digital forms. **2.** Short for **co**mpressor/**dec**ompressor. Hardware or software that can compress and uncompress audio or video data. *See also* compress[2], uncompress. **3.** Hardware that combines the functions of definitions 1 and 2.

**code conversion** *n.* **1.** The process of translating program instructions from one form into another. Code may be converted at the source-language level (for example, from C to Pascal), at the hardware-platform level (for example, from working on the IBM PC to working on the Apple Macintosh), or at the language level (for example, from source code in C to machine code). *See also* code[1] (definition 1). **2.** The process of transforming data from one representation to another, such as from ASCII to EBCDIC or from two's complement to binary-coded decimal.

**Code Division Multiple Access** *n.* A form of multiplexing in which the transmitter encodes the signal, using a pseudo-random sequence that the receiver also knows and can use to decode the received signal. Each different random sequence corresponds to a different communication channel. Motorola uses Code Division Multiple Access for digital cellular phones. *Acronym:* CDMA. *Also called:* spread spectrum. *See also* multiplexing, transmitter.

**code page** *n.* In MS-DOS versions 3.3 and later, a table that relates the binary character codes used by a program to keys on the keyboard or to the appearance of characters on the display. Code pages are a means of providing support for character sets and keyboard layouts used in different countries. Devices such as the display and the keyboard can be configured to use a specific code page and to switch from one code page (such as United States) to another (such as Portugal) at the user's request.

**code profiler** *n.* A tool designed to aid developers in identifying and eliminating the code inefficiencies that cause bottlenecks and degrade performance in their applications. Code profilers analyze an executing application to determine both how long functions take to execute and how often they are called. Using a code profiler is a repetitive process in that the tool must be reused after each section of inefficient code has been found and corrected.

**coder** *n. See* programmer.

**Code Red worm** *n.* A fast-spreading and pernicious Internet worm first discovered in mid-2001. The Code Red

# M

**m** *prefix* *See* milli-.

**M** *prefix* *See* mega-.

**Mac-** *prefix* A prefix used to indicate a software product's applicability for the Macintosh computer, as in MacDraw.

**Mac** *n.* *See* Macintosh.

**MAC** *n.* Acronym for Media Access Control. In the IEEE 802.x specifications, the lower of two sublayers that make up the ISO/OSI data link layer. The MAC manages access to the physical network, delimits frames, and handles error control. *See also* IEEE 802.x, LLC.

**MacBinary** *n.* A file transfer protocol used to preserve coding for Macintosh-produced files stored in non-Macintosh computers, containing the file's resource fork, data fork, and Finder information block. *See also* data fork, Finder, resource fork.

**Mach** *n.* A variant of the UNIX operating system developed at Carnegie-Mellon University. Mach was designed to support advanced features such as multitasking, multiprocessing, and distributed systems. *See also* UNIX.

**Mach 3.0** *n.* The microkernel forming the lowest level of the Mac OS X operating system. Mach 3.0 provides basic services such as memory management, thread-handling, virtual memory, and address space management to the operating system kernel.

**mach 3 kernel** *n.* *See* Mach 3.0.

**machine address** *n.* *See* absolute address.

**machine code** *n.* The ultimate result of the compilation of assembly language or any high-level language such as C or Pascal: sequences of 1s and 0s that are loaded and executed by a microprocessor. Machine code is the only language computers understand; all other programming languages represent ways of structuring human language so that humans can get computers to perform specific tasks. *Also called:* machine language. *See also* compiler (definition 2).

**machine cycle** *n.* **1.** The time required for the fastest operation (usually a NOP, or no-op, which does nothing) a microprocessor can perform. **2.** The steps taken for each machine instruction. These steps are, typically, fetch the instruction, decode it, execute it, and perform any necessary storing.

**machine-dependent** *adj.* Of, pertaining to, or being a program or a piece of hardware that is linked to a particular type of computer because it makes use of specific or unique features of the equipment and that cannot easily be used with another computer, if at all. *Compare* machine-independent.

**machine error** *n.* A hardware error. Probably the most common type of machine error involves media, such as an error in reading a hard disk.

**machine identification** *n.* A code by which an executing program can determine the identity and characteristics of the computer and other devices with which it is operating.

**machine-independent** *adj.* Of, pertaining to, or being a program or piece of hardware that can be used on more than one type of computer with little or no modification. *Compare* machine-dependent.

**machine instruction** *n.* An instruction (action statement) in machine code that can be directly executed by a processor or microprocessor. *See also* instruction, statement.

**machine language** *n.* *See* machine code.

**machine-readable** *adj.* **1.** Presented in a form that a computer can interpret and use as input. For example, bar codes that can be scanned and used directly as computer input contain machine-readable information. **2.** Coded in the binary form used by computers and stored on a suitable medium such as magnetic tape. *See also* optical character recognition.

**machine translation** *n.* The use of computer software to translate large amounts of text from one natural language into another. Machine translation is usually used by corporations, publishers, and government agencies that need large amounts of documentation, news stories, or business data translated quickly. *See also* natural-language processing.

**OAGI** *n.* Acronym for **O**pen **A**pplications **G**roup, **I**nc. A nonprofit consortium of software vendors and businesses created to develop and define XML-based interoperability specifications and standards among enterprise-scale applications. The OAGI was formed in 1995 by a small number of business enterprise software companies and organizations and has grown to more than sixty member companies.

**OAGIS** *n.* Acronym for **O**pen **A**pplications **G**roup **I**ntegration **S**pecification. A set of XML-based specifications and standards designed to promote B2B e-commerce by providing interoperability between enterprise-scale applications and between companies. OAGIS includes business document specifications and definitions, business process scenarios, and templates for business forms such as invoices and requisitions. OAGIS is overseen by the Open Applications Group, Inc., a nonprofit consortium of software vendors and customers. *See also* OAGI.

**OASIS** *n.* Acronym for **O**rganization for the **A**dvancement of **S**tructured **I**nformation **S**tandards. A consortium of technology companies formed to develop guidelines for use of XML (Extensible Markup Language) and related information standards.

**Oberon** *n.* An extensible object-oriented language based on Modula-2, whose later versions support the .NET Framework. *Also called:* Active Oberon for .NET.

**object** *n.* **1.** Short for object code (machine-readable code). **2.** In object-oriented programming, a variable comprising both routines and data that is treated as a discrete entity. *See also* abstract data type, module (definition 1), object-oriented programming. **3.** In graphics, a distinct entity. For example, a bouncing ball might be an object in a graphics program. **4.** A single, runtime instance of object type that the operating system defines. Objects visible in user mode include event, file, I/O completion port, key, object directory, port, process, section, semaphore, symbolic link, thread, timer, and token objects. Many user-mode objects are implemented through the use of a corresponding kernel-mode object. Kernel-mode-only objects include adapter, APC, controller, device, device queue, DPC, driver, interrupt, mutex, and stream file objects.

**object code** *n.* The code, generated by a compiler or an assembler, that was translated from the source code of a program. The term most commonly refers to machine code that can be directly executed by the system's central processing unit (CPU), but it can also be assembly language source code or a variation of machine code. *See also* central processing unit.

**object computer** *n.* The computer that is the target of a specific communications attempt.

**object database** *n. See* object-oriented database.

**Object Database Management Group** *n.* An organization that promotes standards for object databases and defines interfaces to object databases. *Acronym:* ODMG. *See also* OMG.

**object file** *n.* A file containing object code, usually the output of a compiler or an assembler and the input for a linker. *See also* assembler, compiler (definition 2), linker, object code.

**Objective-C** *n.* An object-oriented version of the C language developed in 1984 by Brad Cox. It is most widely known for being the standard development language for the NeXT operating system. *See also* object-oriented programming.

**object linking and embedding** *n. See* OLE.

**Object Management Architecture** *n. See* OMA.

**Object Management Group** *n. See* OMG.

**object model** *n.* **1.** The structural foundation for an object-oriented language, such as C++. This foundation includes such principles as abstraction, concurrency, encapsulation, hierarchy, persistence, polymorphism, and typing. *See also* abstract data type, object (definition 2), object-oriented programming, polymorphism. **2.** The structural foundation for an object-oriented design. *See also* object-oriented design. **3.** The structural foundation for an object-oriented application.

Case No. 1:11-cv-00520-RM-NYW   Document 196-2   filed 05/10/12   USDC Colorado   pg 6 of 6

**sorter** *n.* A program or routine that sorts data. *See also* sort.

**sort field** *n. See* sort key.

**sort key** *n.* A field (commonly called a key) whose entries are sorted to produce a desired arrangement of the records containing the field. *See also* field (definition 1), primary key, secondary key.

**SOS** *n. See* silicon-on-sapphire.

**Sound Blaster** *n.* **1.** A family of sound cards manufactured by Creative Technology or its subsidiary, Creative Labs. *See also* sound card. **2.** A de facto standard set by the family of sound cards developed by Creative Technologies and its subsidiaries. Many other manufacturers also make Sound Blaster–compatible products.

**sound board** *n. See* sound card.

**sound buffer** *n.* A region of memory used to store the bit image of a sequence of sounds to be sent to a computer's speaker(s).

**sound card** *n.* A type of expansion board on PC-compatible computers that allows the playback and recording of sound, such as from a WAV or MIDI file or a music CD-ROM. Most PCs sold at retail include a sound card. *Also called:* sound board. *See also* expansion board, MIDI, WAV.

**sound clip** *n.* A file that contains a short audio item, usually an excerpt from a longer recording.

**sound editor** *n.* A program that allows the user to create and manipulate sound files.

**sound generator** *n.* A chip or chip-level circuit that can produce electronic signals that can drive a speaker and synthesize sound.

**sound hood** *n.* A five-sided box, lined with soundproofing material, that is placed over a loud printer to muffle its noise.

**SoundSentry** *n.* An optional Windows feature that instructs Windows to produce a visual cue such as a screen flash or a blinking title bar whenever a system beep occurs. SoundSentry is designed for users with hearing impairments or users who operate a computer in a noisy environment.

**source** *n.* **1.** In information processing, a disk, file, document, or other collection of information from which data is taken or moved. *Compare* destination. **2.** In a FET, the electrode toward which charge carriers (electrons or holes) move from the source under control of the gate. *See also* CMOS (definition 1), drain (definition 1), FET, gate (definition 2), MOSFET, NMOS, PMOS.

**source code** *n.* Human-readable program statements written by a programmer or developer in a high-level or assembly language that are not directly readable by a computer. Source code needs to be compiled into object code before it can be executed by a computer. *Compare* object code.

**source code control system** *n.* A tool designed to track changes made to source code files. Changes are documented in such a way that previous versions of the files can be retrieved. Source code control is used in software development, particularly in situations involving concurrent development and multiple user access to source code files.

**source computer** *n.* **1.** A computer on which a program is compiled. *Compare* object computer. **2.** A computer from which data is transferred to another computer.

**source data** *n.* The original data on which a computer application is based.

**source data acquisition** *n.* The process of sensing, as with a bar code reader or other scanning device, or receiving source data. *See also* source data.

**source data capture** *n. See* source data acquisition.

**source directory** *n.* During a file copy operation, the directory in which the original versions of the files are located.

**source disk** *n.* Any disk from which data will be read, as during a copy operation or when an application is loaded from a disk into memory. *Compare* target disk.

**source document** *n.* The original document from which data is taken.

**source drive** *n.* The disk drive from which files are being copied during a copy operation.

**source file** *n.* **1.** A file that contains source code. *See also* source code. **2.** A file that contains the data that a program will process and store in a destination file. **3.** In MS-DOS and Windows commands that involve the copying of data or program instructions, the file containing the data or instructions that are copied.

**source language** *n.* The programming language in which the source code for a program is written. *See also* programming language, source code.

**source program** *n.* The source code version of a program. *See also* source code. *Compare* executable program.