

TEXT

TheFreeDictionary Google Bing

source code Search ?

3,848,671,196 visitors served. Word / Article Starts with Ends with Text

Dictionary/thesaurus | Medical dictionary | Legal dictionary | Financial dictionary | Acronyms | Idioms | Encyclopedia | Wikipedia encyclopedia | ?

# source code

Also found in: Dictionary/thesaurus, Medical, Acronyms, Wikipedia

0.01 sec.

This site: Like 87k 5k
Follow:
Share:

This page: Like 0 0
Share:

Ads by Google

Ask a **Source Code** Coder
A Programmer Will Answer You Now! Questions Answered Every 9 Seconds.
**source-code**.justanswer.com/
Programmer Tech Support Specialist
Wordpress Programmer General Programmer

Free **Code Source**
Pimp Your Profile Page, Add Glitter Text & Skins Free on Webfetti!
www.webfetti.com/
Pimp Your Myspace Pimp Your FB
Pimp Your Photos Cliparts

What Is A **Source Code**
Get What Is A **Source Code** Find What Is A **Source Code**
www.ask.com/What+Is+A+**Source**+**Code**

Page tools ?
Printer friendly Feedback
Cite / link

Advertisement (Bad banner? Please let us know)

On this page
Word Browser

Advertisement (Bad banner? Please let us know)

## source code

Programming statements and instructions that are written by a programmer. Source code is what a programmer writes, but it is not directly executable by the computer. It must be converted into machine language by compilers, assemblers or interpreters.

In some cases, source code can be machine generated by conversion programs that convert the source code of one programming language or dialect into the source code of another language or dialect. See lines of code.

Computer Desktop Encyclopedia copyright ©1981-2012 by The Computer Language Company Inc. All Right reserved. THIS DEFINITION IS FOR PERSONAL USE ONLY. All other reproduction is strictly prohibited without permission from the publisher.

## source code

*Computing* the original form of a computer program before it is converted into a machine-readable code

Collins Discovery Encyclopedia, 1st edition © HarperCollins Publishers 2005

## source code ['sȯrs ˌkōd]

(computer science)

The statements in which a computer program is initially written before translation into machine language.

McGraw-Hill Dictionary of Scientific & Technical Terms, 6E, Copyright © 2003 by The McGraw-Hill Companies, Inc.

(language, programming) **source code** - (Or "source", or rarely "source language") The form in which a computer program is written by the programmer. Source code is written in some formal programming language which can be compiled automatically into object code or machine code or executed by an interpreter.

This article is provided by FOLDOC - Free Online Dictionary of Computing (foldoc.org)

Related Ads
- **source code**
- C **source code**
- VB **source code**
- VB **code**
- Java **source code**
- Open **source code**
- C **code**
- **source code** in C#
- Net **source code**
- **code** Analysis

My Word List ?
Add current page to the list

Download our popular mobile applications for Android or iPhone/iPad. It's Free!

Charity ?

Feed a hungry child - donate to school feeding program

How to thank TFD for its existence? Tell a friend about us, add a link to this page, add the site to iGoogle, or visit webmaster's page for free fun content.

Link to this page:

<a href="http://encyclopedia2.thefreedictionary.com/source+code">source code</a>

Please bookmark with social media, your votes are noticed and appreciated:

Like Sign Up to see what your friends like. 0

## Mentioned in ?

No references found

## References in periodicals archive ?

UniKey Protects Software from Reverse Engineering Software reverse engineering is the technique of getting the original **source code** from the binary.
*UniKey Tips - Technical Information & Product Solutions* by *sarah_shi* / *Computers and Internet community*

With the help of open **source codes** freely, programmers can easily edit, modify & update the

## Encyclopedia browser ?

## Full browser ?

EXHIBIT C

Case No. 1:11-cv-00520-RM-NYW Document 196-3 filed 05/10/12 USDC Colorado pg 2 of 2

source code definition of source code in the Free Online Encyclopedia. Page 2 of 2

**source code** PHP web based application websites are now much in demand. *Outsourcing PHP Web Based Application in India* by development / Computers and office automation community

Worldwide Computer Products News-31 March 2009-Klocwork introduces Klocwork Solo Java static **source code** analysis product(C)1995-2009 M2 COMMUNICATIONS LTD http://www. *Klocwork introduces Klocwork Solo Java static source code analysis ...* by Worldwide Computer Products News

**More results**

- sounding sand
- sounding sextant
- sounding velocity
- sounding wire
- soundness
- Soundproofing
- Sounds, Animal
- soundstripe
- soundtrack
- soup
- soup kitchen
- Soupault, Philippe
- Souphanouvong
- Souphanouvong, Prince
- sour
- sour corrosion
- sour crude
- sour dirt

- source
- source
- Source & Special Material
- Source (disambiguation)
- Source (disambiguation)
- Source (disambiguation)
- Source (disambiguation)
- Source (river or stream)
- Source (river or stream)
- Source Accumulator
- Source Acquisition Segment
- Source Address
- Source Address
- Source Address Filter
- Source Address Table
- Source Address Validity Enforcement Protocol
- Source Address Verification

⦿ TheFreeDictionary  ◯ Google

[              ] [Search] ?

⦿ Word / Article  ◯ Starts with  ◯ Ends with  ◯ Text

**Free Tools:** 
**For surfers:** Free toolbar & extensions | Word of the Day | Bookmark | Help
**For webmasters:** Free content | Linking | Lookup box | Double-click lookup

Terms of Use | Privacy policy | Feedback | Advertise with Us | Copyright © 2012 Farlex, Inc.

**Disclaimer**
All content on this website, including dictionary, thesaurus, literature, geography, and other reference data is for informational purposes only. This information should not be considered complete, up to date, and is not intended to be used in place of a visit, consultation, or advice of a legal, medical, or any other professional.