# executable code

Definition from Wiktionary, the free dictionary

## English

### Noun

**executable code** (*uncountable*)

1. (*computing*) Instructions for a computer in a form the computer can directly use (i.e. which it can execute). Derived from source code by compiling or assembling and linking.

### Translations

- Romanian: cod executabil *n*, (*instrucțiuni executabile*)

Retrieved from "http://en.wiktionary.org/w/index.php?title=executable_code&oldid=12870039"
Categories:  English nouns │ en:Computing

- This page was last modified on 16 April 2011, at 21:26.
- Text is available under the Creative Commons Attribution/Share-Alike License; additional terms may apply. See Terms of use for details.

**EXHIBIT D**