**Vazquez, Jesus**

**From:** Scott Murray [SMurray@sillscummis.com]
**Sent:** Monday, January 09, 2012 8:47 AM
**To:** Vazquez, Jesus
**Cc:** Scott D. Stimpson; David C. Lee
**Subject:** RE: ESI results; Website access; Neal Deposition; Montroy Deposition.

Jesus - As I indicated on Friday, today, we will be producing to you responsive, non-privileged and non-objectionable ESI documents from MDx from the keyword searches performed pursuant to Health Grades' document requests. The documents are Bates-stamped MDX 0013591 – MDX 0019255. David Lee will be sending you 15 e-mails attaching the documents because we experienced technical difficulties with our Summation system that precluded our ability to provide these documents on a DVD.

This production represents a partial production of the responsive, non-privileged and non-objectionable ESI and we anticipate completing production by Friday, likely on a rolling basis. We hope the difficulties with our Summation system will be corrected this week, but we will keep you informed if that is not the case.

As you requested regarding the Health Grades' ESI produced to MDx, we also request that you return to us (and destroy any copies) of documents containing privileged information that have been inadvertently produced with these documents.

Regards,
Scott
**Scott Murray**
Member



website | bio | vCard | newsroom | email 

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5388 | f (973) 643-6500   map

