**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**PLAINTIFF HEALTH GRADES, INC.'S FIRST REQUEST
FOR INSPECTION PURSUANT TO FED. R. CIV. P. 34(A)(2)**

Pursuant to Federal Rules of Civil Procedure 34(a)(2), Plaintiff Health Grades, Inc. ("Health Grades") hereby serves its First Request for Inspection as follows:

**Request No. 1**: Health Grades requests that Defendant MDx Medical, Inc. ("MDX") permit entry and access to the portions of the www.vitals.com website that are accessible only by physicians using physician log-in credentials, so that Health Grades can inspect, view and understand the function and operation of those portions of the accused website, www.vitals.com.

MDx may comply with this request by allowing its designated Rule 30(b)(6) witnesses to access the physician-only portions of the www.vitals.com website in response to questions by Health Grades' counsel at the upcoming Rule 30(b)(6) depositions, where the MDx designated witnesses would be the only persons operating the computer and where the computer's screen would be visible to all counsel and the deponent.

2003667808_1

**EXHIBIT F**

HEALTH GRADES, INC.

By its Attorneys,

Date:  May 10, 2012

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Gregory B. Kanan, Esq
Jeffrey D. Phipps, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: kkosto@rothgerber.com
         jvazquez@rothgerber.com
         gkanan@rothgerber.com
         jphipps@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2012, I electronically served the foregoing **PLAINTIFF HEALTH GRADES, INC.'S FIRST REQUEST FOR INSPECTION PURSUANT TO FED. R. CIV. P. 34(A)(2)** to the following e-mail addresses:

David Chunyi Lee
Sills Cummis & Gross P.C. – New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: dlee@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: lampley@wtotrial.com

Scott David Stimpson
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: sstimpson@sillscummis.com

*s/ Jesús M. Vazquez*
Jesús M. Vázquez, Jr., Esq.