**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Unopposed Motion for Leave to Exceed Page Limitations, and states in support:

1. Concurrently filed herewith is Health Grades. Inc.'s ("Health Grades") Response to MDx's Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement (hereafter, the "Response").

2. The Response contains 40 pages, not including the Certificate of Service. Good cause exists for allowing the Response to exceed the 20-page limitation for summary judgment responses set forth in the Court's Practice Standards.

3. Patent cases are by their nature complex and require extensive citing to relevant sources of information in support of papers filed with the courts, and such is the case here. The Court's claim construction, which is the basis for MDx's motion, and the complex nature of the arguments that Health Grades must articulate in the Response, requires Health Grades to undertake the meticulous, detailed review and evaluation of MDx's website that is reflected within the Response and the declaration supporting the Response. Indeed, the only way to show

and make an adequate record of what the MDx website does is via screenshots of the website, which must be captured and then inserted into the Response.  Health Grades' arguments in opposition to MDx's Motion – which address literal infringement, doctrine of equivalents, all elements rule, and prosecution history estoppel theories – and the evidence supporting those arguments, cannot adequately be made and shown within 20 pages.

4. Additionally, Health Grades believes it is helpful to the Court to include a Table of Contents, Table of Authorities, and a List of Exhibits (which breaks up the voluminous file history into subparts in order to facilitate the Court's review – inclusion of the file history is necessary to address the all elements rule and prosecution estoppel arguments).  Thus, the cover page to the Response, the Table of Contents, Table of Authorities, and the List of Exhibits, collectively consume 6 pages.  The remaining 14 pages of substantive material is almost entirely comprised of screenshots from MDx's website and excerpts from the file history relating to claim amendments in the case.

5. Undersigned counsel certifies that he conferred with counsel for MDx regarding the relief requested herein.  MDx **does not oppose** this motion.

WHEREFORE, Health Grades respectfully requests that the Court grant its Motion for Leave to Exceed Page Limitations, and accept Health Grades' Response filed concurrently herewith.

Respectfully submitted this 1st day of June, 2012.

ROTHGERBER JOHNSON & LYONS LLP


*s/ Jesús M. Vazquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@rothgerber.com
          kkosto@rothgerber.com
          jvazquez@rothgerber.com
          jphipps@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2012, I electronically filed the foregoing **HEALTH GRADES, INC.'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Scott Murray
David Chunyi Lee
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: smurray@sillscummis.com
Email: dlee@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: lampley@wtotrial.com

*s/ Jesús M. Vazquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@rothgerber.com
          kkostolansky@rothgerber.com
          jvazquez@rothgerber.com
          jphipps@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*

- 4 -

2003692069_1