# EXHIBIT 2F

S/N 11/512,529                          PATENT
CONF. NO. 1358

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | David G. Hicks, et al. | Examiner: | Trang T. Nguyen |
| Serial No.: | 11/512,529 | Group Art Unit: | 3686 |
| Filed: | August 29, 2006 | Docket No.: | 40476.0002USU1 |
| Title: | INTERNET SYSTEM FOR CONNECTING HEALTHCARE PROVIDERS AND PATIENTS | | |

CERTIFICATE UNDER 37 CFR 1.8:
I hereby certify that this paper or fee is being transmitted electronically via EFS-Web to the United States Patent and Trademark Office on April 12, 2010.
By: _____
Name: Halina Wohl

## STATEMENT OF THE SUBSTANCE OF THE INTERVIEW

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

The undersigned, Timothy Scull, thanks Examiner Nguyen and Examiner O'Connor for their time and cooperation in the in-person interview held on March 10, 2010. During the interview, the undersigned provided a summary of the embodiments of the above-identified application. The undersigned also distinguished the above-identified application from the art cited in the Office Action mailed on November 13, 2009, in which such cited art included U.S. Pat. App. Publ. No. 2003/0195838 to Henley; U.S. Pat. App. Publ. No. 2006/0080146 to Cook; and U.S. Pat. App. Publ. No. 2004/0010423 to Sameh. The Examiners and the undersigned also discussed the 35 U.S.C. § 112 rejections, 35 U.S.C. § 101 rejections, and 35 U.S.C. § 103(a) rejections from the Office Action mailed November 13, 2009. Further, the claim amendments submitted in the Amendment and Response filed on February 16, 2010 were also discussed. No agreement was reached.

Application Serial No. 11/512,529

The undersigned again thanks Examiner Nguyen and Examiner O'Connor for their time in the in-person interview.

|  |  |
|---|---|
| **23552**<br>PATENT TRADEMARK OFFICE | Respectfully submitted,<br><br>MERCHANT & GOULD P.C.<br>P.O. Box 2903<br>Minneapolis, Minnesota 55402-0903<br>(303) 357-1648<br><br>By: _____<br>Timothy B. Scull, Reg. No. 42,137<br><br>Date: April 12, 2010 |

2