```
From: Larry West(larry@vitals.com)
Date Sent: 10/5/2010 2:53:07 AM
To: mitch@vitals.com; 'Erika Boyer'
CC:
Subject: Healthgrades patent
_____

Has anyone seen this?


United States Patent

(io) Patent No.: (45) Date of Patent:

US 7,752,060 B2 Jul. 6, 2010

INTERNET SYSTEM FOR CONNECTING HEALTHCARE PROVIDERS AND PATIENTS

Inventors: David G Hicks, Littleton, CO (US);

Scott Montroy, Lakewood, CO (US);
John Neal, Tampa, FL (US)

Assignee: Health Grades, Inc., Golden, CO (US)

An Internet-based system involves a database and search capabilities for
connecting patients with healthcare providers, e.g., physicians, hospitals,
nursing homes, treatment facilities, etc., and further enables such providers
to reach patients with whom they may not otherwise come into contact. A patient
may access the healthcare provider information through a search conducted using
a search engine, such as Google, Yahoo, etc. Alternatively, a patient may
access the company Web site's predetermined Web page that provides search
capabilities on its database. A patient may research a healthcare provider
based on criteria specified by the patient. Information provided to the patient
may be in the form of a report, profile, ratings, etc., including
patient-provided information, physician-verified information, and information
verified by an independent third party. The verified information and ratings
provided by the Web site enable patients to differentiate among healthcare
providers and thereby select the provider that best meets their individual
needs.



http://www.google.com/patents?id=F-XRAAAAEBAJ
<http://www.google.com/patents?id=F-XRAAAAEBAJ&pg=PA2&lpg=PA2&dq=vitals.com&sour
ce=bl&ots=2G3KtIkALL&sig=sr_QsQFxVBoCzVdOOeAkfy5adLc&hl=en&ei=fZCqTO-wN8KB8gaZg6
CHCA&sa=X&oi=book_result&ct=result&resnum=8&ved=0CCkQ6AEwBzjmAQ#v=onepage&q=vita
ls.com&f=false>
&pg=PA2&lpg=PA2&dq=vitals.com&source=bl&ots=2G3KtIkALL&sig=sr_QsQFxVBoCzVdOOeAkf
y5adLc&hl=en&ei=fZCqTO-wN8KB8gaZg6CHCA&sa=X&oi=book_result&ct=result&resnum=8&ve
d=0CCkQ6AEwBzjmAQ#v=onepage&q=vitals.com&f=false
```

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY                MDX 0019254

```
Larry West

MDx Medical / Vitals

1200 Wall Street West, 5th Floor
Lyndhurst, NJ 07071

o: 201-459-6278

c: 201-396-3173

 <mailto:larry@vitals.com> larry@vitals.com

 <http://www.vitals.com> www.vitals.com
```

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0019255