**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**HEALTH GRADE, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL**

Plaintiff Health Grades, Inc. ("Health Grades") hereby submits its Unopposed Motion to Extend Time to File its Reply Brief in support of its Motion to Compel Discovery and for an Award of Fees and Costs Pursuant to Rules 36(A)(6), 37(A)(3)(B) and 37(A)(5) of the Federal Rules of Civil Procedure [189] ("Motion to Compel"), and in support thereof, states:

**CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1A**

Counsel for Health Grades certifies that he has conferred with counsel for Defendant and he does not oppose the relief sought in this motion.

**ARGUMENT**

1.    Plaintiff's Reply Brief in Support of its Motion to Compel is due on June 7, 2012.

2.    Plaintiff's counsel has been in New York all week taking depositions for this matter.

3.    Plaintiff needs through June 11, 2012 to finalize and file an adequate Reply.

4.    No prejudice will be suffered by any party by the granting of this four-day extension. Defense counsel does not object to the requested extension.

2003698842_1

WHEREFORE, Plaintiff respectfully requests that the Court grant an extension of time to file its Reply Brief to the Motion to Compel through June 11, 2012.

Date:  June 7, 2012

        ROTHGERBER JOHNSON & LYONS LLP

        *s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: kkosto@rothgerber.com
      jvazquez@rothgerber.com
      jphipps@rothgerber.com
      gkanan@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

2

2003698842_1

# CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2012, I electronically filed the foregoing **HEALTH GRADE, INC.'S MOTION TO EXTEND TIME TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-email addresses:

Scott David Stimpson
Mark Jon Rosenberg
David Chunyi Lee
Scott B. Murray
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY 10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: ridley@wtotrial.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: lampley@wtotrial.com

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: kkosto@rothgerber.com
          jvazquez@rothgerber.com
          jphipps@rothgerber.com
          gkanan@rothgerber.com
*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

3

2003698842_1