**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant and Counter Claimant.

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

Defendant MDx Medical, Inc. d/b/a Vitals.com ("MDx"), by its undersigned counsel, respectfully submits its Unopposed Motion for Leave to Exceed Page Limitations, and states in support:

1. Concurrently filed herewith is MDx's Reply in Support of its Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 (hereafter, the "Reply").

2. The Reply contains 14 pages, not including the Certificate of Service. Good cause exists for allowing the Reply to exceed the 10-page limitation for summary judgment replies set forth in the Court's Practice Standards.

3. Plaintiff Health Grades filed a 34 page response to MDx's Motion for Partial Summary Judgement. In its Motion for Leave To Exceed the Page Limitations [Dkt. 200], Health Grades argued that patent cases are by their nature complex and require extensive citing to relevant sources in support of papers filed with the courts. In order to address the arguments raised in Plaintiff's response, Defendant needs permission to exceed the page limit by four pages.

4. Undersigned counsel certifies that he conferred with counsel for Health Grades regarding the relief requested herein. Health Grades **does not oppose** this motion.

WHEREFORE, MDx respectfully requests that the Court grant its Motion for Leave to Exceed Page Limitations, and accept MDx's Reply filed concurrently herewith.

Dated:  June 8, 2012                            Respectfully submitted,

*s/ Scott D. Stimpson*
Scott D. Stimpson
Mark Rosenberg
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: mrosenberg@sillscummis.com
E-mail: dlee@sillscummis.com

and

Terence M. Ridley
Ramona Lampley
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel: (303) 244-1800
Fax: (303) 244-1879
E-mail: ridley@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant and Counter Claimant*
MDX Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2012, I electronically filed the foregoing UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Jesus Manuel Vazquez , Jr**
  jvazquez@rothgerber.com, phenke@rothgerber.com

                                                *s/ Christine Keitlen*_____
                                                Christine Keitlen