# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**PROPOSED ORDER GRANTING MDX MEDICAL, INC.'S
UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS**

---

This Court, having read and considered MDx Medical, Inc.'s Unopposed Motion for Leave to Exceed Page Limitations, states the following:

IT IS ORDERED that Defendant MDx Medical, Inc. is allowed to file its Reply in Support of Its Motion for Summary Judgment and to exceed the page limitations.

DATED _____.

                                              BY THE COURT:

                                              _____