**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**UNOPPOSED MOTION TO WITHDRAW RAMONA L. LAMPLEY
AS COUNSEL OF RECORD**

Pursuant to D.C.Colo.LCivR 83.3(D) and ECF-Civ.P. Section V.5.5(B), Ramona L. Lampley hereby submits this Unopposed Motion to Withdraw as Counsel of Record for Defendant MDx Medical, Inc., d/b/a Vitals.com, and in support states as follows:

1.    Ms. Lampley will no longer be with the law firm of Wheeler Trigg O'Donnell LLP effective June 13, 2012, thereby requiring withdrawal as one of the counsel of record on behalf of Defendant MDx Medical, Inc., d/b/a Vitals.com.

2.    Terence M. Ridley of the law firm of Wheeler Trigg O'Donnell LLP, and Scott D. Stimpson, Scott B. Murray, and David C. Lee of the law firm Sills Cummis & Gross P.C., will continue as counsel of record on behalf of Defendant MDx Medical, Inc., d/b/a Vitals.com.

3.    MDx Medical, Inc., d/b/a Vitals.com has been notified of Ms. Lampley's departure and withdrawal.

4. Pursuant to D.C.COLO.LCivR 7.1(A), counsel for MDx Medical, Inc., d/b/a Vitals.com has conferred with counsel for Plaintiff Health Grades, Inc., and Health Grades, Inc. does not oppose this Motion to Withdraw.

WHEREFORE, for the foregoing reasons, Ms. Lampley respectfully requests that the Court grant this Motion to Withdraw.

Dated:  June 8, 2012                                              Respectfully submitted,

*s/ Ramona L. Lampley*
Terence M. Ridley
Ramona Lampley
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel: (303) 244-1800
Fax: (303) 244-1879
E-mail: ridley@wtotrial.com
E-mail: lampley@wtotrial.com

and

Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: smurray@sillscummis.com
E-mail: dlee@sillscummis.com

*Attorneys for Defendant*
MDX Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

  I hereby certify that on <u>June 8, 2012</u>, I electronically filed the foregoing **MOTION TO WITHDRAW RAMONA L. LAMPLEY AS COUNSEL OF RECORD** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Ramona L. Lampley**
  lampley@wtotrial.com, keitlen@wtotrial.com

- **Terence M. Ridley**
  ridley@wtotrial.com; norris@wtotrial.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com


                *s/ Christine Keitlen*
                Christine Keitlen