# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW RAMONA L. LAMPLEY AS COUNSEL OF RECORD

THE COURT, having read and considered the foregoing Unopposed Motion to Withdraw as Counsel of Record filed by Ramona L. Lampley;

It is hereby ORDERED that the Motion is granted. Attorney Ramona L. Lampley is hereby WITHDRAWN as counsel of record for Defendant MDX Medical, Inc. d/b/a Vital.com. The Clerk of Court shall remove Ramona L. Lampley from the CM/ECF electronic notice list.

Dated: _____

                              BY THE COURT:

                              _____
                              United States District Judge