IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Withdraw Ramona L. Lampley as Counsel of Record** [docket no. 208, filed June 8, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Ramona L. Lampley is granted leave to withdraw from the representation of defendant and is to be removed from the electronic service.


DATED:  June 11, 2012