IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Health Grade, Inc.'s Unopposed Motion to File Its Reply Brief in Support of Its Motion to Compel** [docket no. 204, filed June 7, 2012] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED and plaintiff has to and including **June 11, 2012**, in which to file it's reply brief.

DATED:  June 12, 2012