IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**HEALTH GRADES, INC.'S SUPPLEMENTAL DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

Plaintiff, Health Grades, Inc., by its undersigned counsel, in accordance with Section 6(f)(1) of the Scheduling Order dated June 16, 2011 (Docket No. 34) and the Court's Order dated July 6, 2011 (Docket No. 46), hereby serves its Supplemental Disclosure of Asserted Claims and Infringement Contentions:

At the outset, Health Grades notes that this supplemental disclosure, like the disclosures and associated claim charts made on July 1, 2011, is based on information it has obtained to date. Health Grades reserves the right to supplement and/or amend these disclosures if it obtains or discovers additional information and after it has obtained discovery from MDx.

**A.  Claims Infringed by Defendant MDx**

This information was provided on July 1, 2011.

**B.  Infringing Products Relating To Each Defendant**

This information was provided on July 1, 2011.

**EXHIBIT 2**

C.  **Claim Charts**

This information was provided on July 1, 2011.

D.  **Indirect Infringement under 35 U.S.C. §§ 271(b) and (c)**

This information was provided on July 1, 2011.

E.  **Literal Infringement and Infringement under the Doctrine of Equivalents**

This information was provided on July 1, 2011.

F.  **Priority Dates of the Patents (Supplemental Response)**

Plaintiffs contend that each claim of the '060 patent is entitled to a priority date at least as early as the filing date of Provisional application No. 601771,757, which was filed on February 8, 2006.

G.  **Plaintiffs' Product That Practices the Claimed Inventions (Supplemental Response)**

Health Grades reserves the right to rely (for all purposes) on the assertion that its own products practice the patented invention.  Accordingly, Health Grades is attaching hereto as Exhibit E a claim chart showing how its product incorporates the claimed invention for the asserted claims.

H.  **Willful Infringement**

This information was provided on July 1, 2011.

Respectfully submitted this 19th day of July, 2011.

                               *s/ Jesús M. Vazquez*
                               Kris J. Kostolansky, Esq.
                               Jesús M. Vázquez, Jr., Esq.
                               Jeffrey D. Phipps, Esq.
                               Rothgerber Johnson & Lyons, LLP
                               1200 17th Street, Suite 3000
                               Denver, Colorado 80202-5855
                               Tel:  (303) 623-9000
                               Facsimile: (303) 623-9222
                               Email:  kkostolansky@rothgerber.com
                                              jvazquez@rothgerber.com
                                              jphipps@rothgerber.com
                               *Attorneys for Plaintiff Health Grades, Inc.*

**EXHIBIT 2**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2011, I electronically served the foregoing **HEALTH GRADES, INC.'S SUPPLEMENTAL DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** to the following

David Chunyi Lee
Sills Cummis & Gross P.C. – New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: dlee@sillscummis.com

Mark Jon Rosenberg
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: mrosenberg@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: lampley@wtotrial.com

Scott David Stimpson
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Email: sstimpson@sillscummis.com

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email:  kkostolansky@rothgerber.com
            jvazquez@rothgerber.com
            jphipps@rothgerber.com
*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

**EXHIBIT 2**