

**Jesús M. Vázquez, Jr.**
Attorney at Law
303.628.9517
jvazquez@rothgerber.com

ROTHGERBER
JOHNSON &
LYONS LLP

One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Telephone:  303.623.9000
Fax:  303.623.9222
www.rothgerber.com

Denver • Colorado Springs • Casper

July 28, 2011

Scott David Stimpson, Esq.
Sills Cummis & Gross P.C.-New York
One Rockefeller Plaza, 25th Floor
New York, NY  10020

Re: Health Grades, Inc. v. MDX Medical, Inc. d/b/a Vitals.com
Civil Action No. 2011-cv-00520-PAB-BNB

Dear Scott:

I am writing in connection with the attached production of documents by Health Grades in the case.  These documents are being produced in response to MDX's discovery requests and are being produced subject to, and without waiving, the objections made in Health Grades' Responses to MDX's Requests for Production of Documents.

The following bates ranges correspond to the particular requests:

HG 523-824: RPD 1

HG 825-1075: RPD 4

HG 1076-1089: RPD 6

HG 1090-1176: RPD 7

HG 1177-1203: RPD 8

HG 1204-1230: RPD 9

HG 1231: RPD 10

HG 1232-1339: RPD 11

HG 1340-1350: RPD 12

HG 1351: RPD 13

HG 1352-1381: RPD 14

HG 1382-1383: RPD 15

{00952646 / 1}

**EXHIBIT 10**

ROTHGERBER JOHNSON & LYONS LLP

Scott David Stimpson, Esq.
July 28, 2011
Page 2

   Although you have not requested them, also attached are the documents required by Section 3-2(b) of the Patent Rules adopted in the case, as referenced in our Supplemental Disclosure made on July 19, 2011.  Our search for information and documents in this case is ongoing, and we reserve the right to supplement both the disclosures made pursuant to the Patent Rules and the documents responsive to MDX's discovery requests.  Further, the attached disclosures pursuant to Section 3-2(b) of the Patent Rules do not constitute an admission that the documents show conception or reduction to practice of all features of the invention, nor earliest conception, reduction to practice, design or development of the claimed invention.

   Please do not hesitate to call me with any questions regarding this letter or regarding the production of documents by Health Grades as referenced within this letter.

            Very truly yours,

            ROTHGERBER JOHNSON & LYONS LLP

            Jesús M. Vázquez, Jr.

JMV/tmk
Enclosures

cc: David Chunyi Lee, Esq. (via e-mail)
   Mark Jon Rosenberg, Esq. (via e-mail)
   Ramona L. Lampley, Esq. (via e-mail)
   Terence M. Ridley, Esq. (via e-mail)

{00952646 / 1}

**EXHIBIT 10**