## Philip Braginsky

**From:**    Mitch Rothschild [mitch@vitals.com]
**Sent:**    Friday, December 31, 2010 5:55 AM
**To:**      Philip Braginsky
**Subject:** Thanks for your time yesterday

ATTORNEY CLIENT PRIVILEGED COMMUNICATION

I thought it was a very productive session. Your wisdom is much appreciated.

Had a question:

Based on our meeting, Vitals is implementing certain changes to ensure that we are in no way in violation of the patent. Does it helps the evidentiary record if we document all these fixes and changes? Or, are we better off just doing it?

Call me anytime, on whatever is needed. Cell is best.

--
Mitchel Rothschild
1200 Wall Street West
Lyndhurst, NJ 07071

Cell: 646-279-3648 (BEST Number)
Office: 201-459-6258
Fax: 201-438-4611

4/3/2012

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

**EXHIBIT 5**
MDX 0100719