## Philip Braginsky

| | |
|---|---|
| **From:** | Mitch Rothschild [mitch@vitals.com] |
| **Sent:** | Sunday, January 02, 2011 9:42 PM |
| **To:** | Philip Braginsky |
| **Cc:** | Mitch Rothschild |
| **Subject:** | Vitals Web Site Protocols |
| **Attachments:** | Vitals Protocols.docx |

ATTORNEY CLIENT PRIVILEGED COMMUNICATION

Following up on our Friday conversation, please review the attached list of protocols for the Vitals.com web site, to ensure that this document, when it is distributed to the staff, is in conformance with our conversations.

Feel free to edit if needed. Thanks.

--
Mitchel Rothschild
1200 Wall Street West
Lyndhurst, NJ 07071

Cell: 646-279-3648 (BEST Number)
Office: 201-459-6258
Fax: 201-438-4611

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

EXHIBIT 6

MDX 0100720

**Patent #7752060**

This patent claims a system with all of the following elements:

   A) Health-care Provider verified information of at least 3 (or more) of:
      1) Specialty information
      2) Medical Philosophy
      3) Gender
      4) Age
      5) Years in Profession
      6) Years in Practice
      7) Awards
      8) Honors
      9) Professional appointments
      10) Professional memberships
      11) Publications
      12) Languages
      13) Hobbies

   B) Patient Provided information
      1) Through an on-line survey
      2) On a web site managed by the Company

   C) Independent 3rd party source verified information of at least 3 (or more) of:
      1) Board Certification
      2) Licensure
      3) Disciplinary Action Information
      4) Medical School
      5) Medical Internship
      6) Medical Residency
      7) Medical Fellowship Information

   D) Creation of a report on the healthcare provider, using all three sources, above

   E) Report must include comparison ratings of health care providers

We want to ensure that Vitals is not in violation of this patent, in any way. Thus, certain of our policies, the list of which is noted below, must continue to be strictly enforced:

      1) Our display of 3rd party verified information does not include IRF
      2) Our display of 3rd party verified information does not include licensure status
      3) Whenever Disciplinary Action is recorded & displayed for a provider, no patient ratings or reviews gathered by Vitals are shown

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

EXHIBIT 6

MDX 0100721

4) No report on Vitals shows comparison ratings to other providers, in particular with 7 or more of the data elements noted above (3 verified from provider + 1 from patient + 3 verified from 3rd party)
5) Information on specialty, age, years in profession, awards, honors and publications must continue to only be gathered from 3rd party sources, not from the provider directly

Please continue to ensure that the above policies – along with our others – are followed for every website visit.

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

EXHIBIT 6

MDX 0100722