# MALDJIAN LAW GROUP LLC
INTELLECTUAL PROPERTY COUNSEL

**PRIVILEGED & CONFIDENTIAL – ADVICE OF COUNSEL**

January 2, 2011

VIA E-MAIL (mitch@vitals.com)

Mitch Rothschild
Founder and CEO
MDx Medical, LLC
1200 Wall Street West
Lyndhurst, NJ 07071
Re: Study of U.S. Patent No. 7,752,060

Dear Mitch,

**EXECUTIVE SUMMARY**

Pursuant to your request for advice, you have asked us to study the above-identified patent, U.S. Patent No. 7,752,060 ("the '060 patent") with respect to your Vitals.com web-based service, as you have described it to us.[1] We have now completed our study with regard to same. In our opinion, based upon our analysis of the '060 patent, and its prosecution history, obtained from the U.S. Patent & Trademark Office ("USPTO"), the Vitals.com web-based service, as described to us, would not be held by a properly instructed court of competent jurisdiction to infringe, either literally or under the doctrine of equivalents, any of the independent claims 1 and 15 of the '060 patent.

We form this opinion, in part, because, as you have informed us, the Vitals.com web-based service does <u>not</u> provide any report that includes ratings indicative of a comparison of one or more healthcare providers with one or more other healthcare providers, i.e., "comparison ratings of healthcare providers". In addition, as you have described, and as we understand from the current website, the Vitals.com web-based service does <u>not</u> create any report using the combination of (1) three or more items from a group of healthcare provider-verified information, (2) patient ratings, *and* (3) three or more items from a group of third-party-verified information. As such, in our opinion, the Vitals.com web-based service, as described to us, would not be held by a properly instructed court of competent jurisdiction to infringe, either literally or under the doctrine of equivalents, any of the independent claims 1 and 15 of the '060 patent.

Notwithstanding the foregoing opinion, it is always possible the patent owner of the '060 patent might bring an infringement suit against MDx Medical, LLC and/or Vitals.com (collectively "MDx"). This would necessitate MDx to embark on its own defense. MDx could employ any or all defenses of non-infringement. In the course of

---

[1] See www.vitals.com for more details.

36 BINGHAM AVENUE • RUMSON • NEW JERSEY • 07760 • P.732.275.3100 • F.732.530.2039

defending such a suit, MDx could also discover additional information that could affect the validity and enforceability of the '060 patent not fully discussed herein.

Our summary analysis and opinion follow immediately hereinbelow.

## SUMMARY DISCUSSION

### A. THE '060 PATENT

The '060 patent generally discloses an internet system for connecting healthcare providers and patients. The '060 has two independent claims, namely, claims 1 and 15; each of which is recited below, for convenience (*emphasis added*):

> 1. A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:
>> receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information regarding a first healthcare provider, wherein the Web server computer comprises at least one computer processor and memory;
>> accessing <u>healthcare provider-verified information</u> about the first healthcare provider, wherein <u>the healthcare provider-verified information</u> is received from the first healthcare provider and <u>comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies</u>;
>> compiling, by the at least one computer processor, <u>patient-provided information</u> regarding the first healthcare provider, wherein <u>the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider</u>, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients;
>> compiling <u>information regarding the first healthcare provider verified by an independent third-party source</u>, wherein <u>the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information</u>;
>> <u>creating</u>, by the at least one computer processor, <u>a healthcare provider report</u> on the first healthcare provider <u>using the healthcare provider-verified information, the patient-provided information, *and* the information

2

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

EXHIBIT 11
MDX 0104123

verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and

providing access to the healthcare provider report on the first healthcare provider over a computer network.

15. An on-line information system for connecting healthcare providers with potential patients, the system comprising:

at least one computer processor; and

memory coupled with and readable by the at least one computer processor and comprising a series of instructions that, when executed by the at least one computer processor, cause the at least one computer processor to:

receive a request for information regarding a first healthcare provider;

access healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;

compile patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by a company providing a service for connecting healthcare providers with the potential patients;

compile healthcare provider information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;

create a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, *and* the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

EXHIBIT 11
MDX 0104124

provide access to the healthcare provider report on the first healthcare provider over a computer network.

## B. SUMMARY ANALYSIS

The following analysis of the claims demonstrates, in our opinion, a properly informed court of competent jurisdiction would hold that Vitals.com web-based service would not literally infringe the independent claims 1 and 15 when such independent claims are properly construed.

Specifically, as noted, each of the independent claims 1 and 15 require "the healthcare provider report on the first healthcare provider [to] include[ ] comparison ratings of the healthcare provider<u>s</u>." By the plain meaning[2] of the terms "comparison ratings of the healthcare provider<u>s</u>" in context with the rest of the claim (i.e., the claimed elements "for connecting healthcare provider<u>s</u> with the potential patients"), the claimed "healthcare provider report" must have ratings indicative of a comparison of one or more healthcare provider<u>s</u> with one or more other healthcare provider<u>s</u>. As you have informed us, and as the claim language is construed, the Vitals.com web-based service does not provide any report that includes the claimed "comparison ratings" or, more particularly, ratings indicative of a comparison of one or more healthcare provider<u>s</u> with one or more other healthcare provider<u>s</u>. Because the Vitals.com web-based service does not provide any report containing the "comparison ratings", it cannot and does not perform the steps of "creating creating a healthcare provider report ... includ[ing] comparison ratings of healthcare providers" (emphasis added).

Further, each of the independent claims 1 and 15 also require "creating a healthcare provider report on the first healthcare provider using [(1)] the healthcare provider-verified information, [(2)] the patient-provided information, *and* [(3)] the information verified by the independent third-party source," where:

(1) "the healthcare provider-verified information ... comprise[ ] three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies" (hereinafter "healthcare provider-verified-information group");

(2) "the patient-provided information comprise[ ] patient ratings from one or more past or current patients of the first healthcare provider;" and

(3) "the information verified by the independent third-party source comprise[ ] three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information" (hereinafter "third-party-verified-information group")"

---

[2] See also the '060 specification at col. 7, ll. 11-14 and col. 13, ll. 22-64.

4

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

EXHIBIT 11

MDX 0104125

Thus, as clearly set out by the '060 claims, the claimed healthcare provider report must be created using a combination of (1) three or more items from the healthcare provider-verified-information group, (2) patient ratings, ***and*** (3) three or more items from the third-party-verified-information group.  As you have informed us, and as the claim language is construed, the Vitals.com web-based service does not create any report using the combination of (1) three or more items from the claimed healthcare provider-verified-information group, (2) patient ratings, ***and*** (3) three or more items from the third-party-verified-information group.  Because the Vitals.com web-based service does not create any report using the combination of (1)-(3), it cannot and does not perform the functions (1) "creating a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers," and (2) "providing access to the healthcare provider report on the first healthcare provider over a computer network."

Thus, in our opinion, the Vitals.com web-based service does not perform at least one or more of the steps of the independent claim 1 and does not include one or more of the elements of the system of the independent claim 15.  As such, in our opinion, the Vitals.com's web-based service, as described to us, would not be held by a properly instructed court of competent jurisdiction to literally infringe any of the independent claims of the '060 patent.

For infringement of any of the independent claims of the above-identified patents to be found under the doctrine of equivalents, each element of each of the independent claims that is not literally found in the Vitials.com web-based service must have a counterpart element that performs (1) substantially the same function, (2) in substantially the same way, (3) to obtain substantially the same result as the claim element that is not literally found.  As a matter of law, there can be no infringement of the independent claims of those patents if a literal or equivalent counterpart to any claim limitation is totally missing from the Vitals.com web-based service.  Such is the case here, as described in detail above.  Thus, in our opinion, a properly informed court of competent jurisdiction would hold that Vitals.com web-based service does not infringe any of the independent claims 1 and 15 of the '060 patent under the doctrine of equivalents.

Also, because each of the dependent claims necessarily incorporate all of the limitations of the independent claims upon which it depends, the Vitals.com web-based service would not infringe, either literally or under the doctrine of equivalents, any of the dependent claims in view of our opinion the Vitals.com web-based service would not infringe the independent claims 1 and 15.

**SUMMARY CONCLUSION**

In sum, in our opinion, the Vitals.com's web-based service, as described to us, would not be held by a properly instructed court of competent jurisdiction to infringe,

5

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

EXHIBIT 11
MDX 0104126

either literally or under the doctrine of equivalents, any of the independent claims 1 and 15 or the dependant claims 2-14 and 16-17 of '060 patent.

Should you have any questions or need further clarification of this opinion letter, please do not hesitate to contact us.

MALDJIAN LAW GROUP LLC

By: *[signature: John P. Maldjian]*

John P. Maldjian, Esq

*48958_1.DOC*

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

EXHIBIT 11
MDX 0104127