**Philip Braginsky**

**From:** Philip Braginsky
**Sent:** Monday, January 03, 2011 12:46 PM
**To:** Timothy P. Heaton
**Subject:** FW: Vitals Web Site Protocols

REDACTED

**From:** Mitch Rothschild [mailto:mitch@vitals.com]
**Sent:** Monday, January 03, 2011 12:44 PM
**To:** Philip Braginsky
**Subject:** Re: Vitals Web Site Protocols

Any feedback on this?

On Sun, Jan 2, 2011 at 9:42 PM, Mitch Rothschild <mitch@vitals.com> wrote:
ATTORNEY CLIENT PRIVILEGED COMMUNICATION

Following up on our Friday conversation, please review the attached list of protocols for the Vitals.com web site, to ensure that this document, when it is distributed to the staff, is in conformance with our conversations.

Feel free to edit if needed. Thanks.

--
Mitchel Rothschild
1200 Wall Street West
Lyndhurst, NJ 07071

Cell: 646-279-3648 (BEST Number)
Office: 201-459-6258
Fax: 201-438-4611

--
Mitchel Rothschild
1200 Wall Street West
Lyndhurst, NJ 07071

Cell: 646-279-3648 (BEST Number)
Office: 201-459-6258
Fax: 201-438-4611

4/3/2012

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

EXHIBIT 12
MDX 0104111