REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

**EXHIBIT 13**

MDX 0104112

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

**EXHIBIT 13**

MDX 0104113

Mtg 12/30/10 - M. Rothschild, P. Bugajsky, T. Hanks

Claim 1
    Physician verified info e.g. 3 or more of ___ 13  → What if 1 of those 5 verified somewhere else
and patient provided information
and 3d party source verified information

① S based on previous letter, where issued patent changed?

→ he doesn't do medical philosophy, age, # yrs in profession not yrs in practice, honors, hobbies
the other 8 (of 13) they do.
rarely get these from MD. get it usually from 3D party: specialty (use bd), gender (use algorithm), yrs in profession (calculate), publications (use database)

many put awards, prof'l appointmt, prof'l mbrships, languages, but he might not display it

~~only 4 they get are minor~~  2 those are only 4 they get from MD. MD can see an "edit page" and change those

he cd remove the tool for physicians to verify

(Option 1) → receive the info from someone else besides from the doctor

4 & 5.    Info verified by 3d party source: 3 or more from: board cert, license, disciplinary action, med school, medical internship, residency, fellowship
○ Suggests must have

Disciplinary information - only 2% have any. If they have it they show it
what if for the 2% they omit the patient ratings
license - they check it, but never report it

* held be happy to not show IRF internship residency fellowship
* he doesn't show license

only 3 left: Board Cert, Med School, Disc Action Info
(Opt 2) → So when has Disciplinary Action, don't show patient ratings
* and - continue to not gather the 3d party info from the physicians

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

**EXHIBIT 13**

MDX 0104114

(#5) Comparison ratings — Phil says this requires comparing 1 doctor to another.
  Matai: This col be easily disabled, is on sit but almost no one uses.

As discussed w/ me,
    w/ the behaviors and follow...
Based on your description,
    you wd not infringe b/c of these reasons

** (Option 3) — Report to not include Comparison

Might be hard
    └ need to add how this entered the claim — See Nov 13 '09
                                                 Response +
      (wherein ... includes comparison ratings)  Amendment
    Start here. Based on this alone, we conclude you do not infringe these claims
    then, by additionally not doing 1+2, it's clear that you don't infringe as you
    describe your algorithm to us
    w/ in addition not doing 1+2, a "well-informed court wd conclude that
                                    you do not infringe."

Next
  └ add sources        See sample from PB (old)
        └ B Posts Folder    do search for 'opinion' — authored by Phil
                            need to update law
            └ Option to Cancel

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

EXHIBIT 13
MDX 0104115

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

EXHIBIT 13

MDX 0104116

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

EXHIBIT 13

MDX 0104117

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

EXHIBIT 13

MDX 0104118

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

EXHIBIT 13

MDX 0104119

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

**EXHIBIT 13**

MDX 0104120

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

EXHIBIT 13

MDX 0104121