IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com,

Defendant.

_____

**ORDER**
_____

This matter arises on the **Parties' Joint Motion to Allow Depositions Beyond the Discovery Cut-Off, and to Modify Deadlines Related to Expert Reports By Only One Week** [Doc. # 217, filed 6/15/2012] (the "Motion to Extend").

The parties seek three forms of relief: (1) permission to take the depositions of Messrs. Larry West and Allen Dodge on June 26 and 28, 2012, respectively; (2) permission to take the depositions of Messrs. Phil Braginsky and John Maldjian at unspecified dates in the future, "depending on circumstances" and "subject to any MDx objections" which may exist after an unspecified motion is determined; and (3) a one week extension of the expert disclosure deadlines. As to the first and third forms of relief, I find that good cause exists. The second form of relief is too contingent to be considered meaningfully, and must await further developments.

IT IS ORDERED that the Motion to Extend [Doc. # 217] is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE as follows:

• GRANTED to allow the depositions of Messrs. Larry West and Allen Dodge to be taken on June 26 and 28, 2012, respectively;

•GRANTED to extend the expert disclosure deadlines as follows:

**(a)**  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 6, 2012;

**(b)**  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 23, 2012; and

• DENIED WITHOUT PREJUDICE with respect to the depositions of Messrs. Phil Braginsky and John Maldjian.

Dated June 18, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge