**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**PARTIES' JOINT MOTION PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE 26(C) FOR ENTRY OF A PROTECTIVE ORDER**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), and Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), (collectively, the "Parties"), by their respective undersigned counsel, respectfully submit their Joint Motion Pursuant to Federal Rules of Civil Procedure 26(C) For Entry of a Protective Order (the "Motion"), in accordance with this Court's Order dated April 26, 2012 [Dkt. # 192; ORDERED ¶ 4], for the entry of the Joint Stipulation for a Protective Order annexed hereto as Exhibit A, and state in support:

<u>Conferral pursuant to D.C.Colo.LCivR 7.1(A)</u>

Undersigned counsel have conferred with each other regarding the relief requested herein and have agreed to the entry of the Protective Order annexed hereto as Exhibit A.

Dated: June 18, 2012

                Respectfully submitted,

*s:/ Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: smurray@sillscummis.com
E-mail: dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM


*s:/ Jesús M. Vázquez, Jr.*
Gregory B. Kanan, Esq.
Jesús M. Vázquez, Jr., Esq.
Kris J. Kostolansky, Esq.
Jeffrey D. Phipps, Esq.
ROTHGERBER JOHNSON & LYONS LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO  80202-5855
Tel:     (303) 623-9000
Fax:    (303) 623-9222
E-mail:  gkanan@rothgerber.com
E-mail:  jvazquez@rothgerber.com

E-mail:  kkostolansky@rothgerber.com
E-mail:  jphipps@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2012, I electronically filed the foregoing PARTIES' JOINT MOTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(C) FOR ENTRY OF A PROTECTIVE ORDER with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Gregory B. Kanan**
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                               _s:/David C. Lee_____