**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**NOTICE OF CHANGE OF FIRM ADDRESS**

The undersigned counsel for Defendant and Counterclaim Plaintiff MDx Medical, Inc. gives notice that on June 15, 2012, the firm of Wheeler Trigg O'Donnell LLP relocated. All future orders, papers, and pleadings should be directed to the undersigned at:

    Wheeler Trigg O'Donnell LLP
    370 Seventeenth Street, **Suite 4500**
    Denver, Colorado 80202-5647

The firm's telephone and facsimile numbers, and counsel's e-mail address remain the same.

Dated:  June 19, 2012               Respectfully submitted,

*s/ Terence M. Ridley*

Terence M. Ridley
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
Tel: (303) 244-1800
Fax: (303) 244-1879
E-mail: ridley@wtotrial.com


Attorney for Defendant and Counterclaim Plaintiff
MDX Medical, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2012, I electronically filed the foregoing Notice of Change of Firm Address with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Robert Charles Blume**
  rblume@gibsondunn.com, ralfrey@gibsondunn.com

- **Gregory B. Kanan**
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Scott Butler Murray**
  smurray@sillscummis.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Jesus Manuel Vazquez , Jr**
  jvazquez@rothgerber.com, phenke@rothgerber.com

s/ Terence M. Ridley
Terence M. Ridley
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
Tel: (303) 244-1800
Fax: (303) 244-1879
E-mail: ridley@wtotrial.com

Attorney for Defendant and Counterclaim Plaintiff MDX Medical, Inc.