**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR A ONE-DAY EXTENSION
TO REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO SERVE
ONE REQUEST FOR INSPECTION UNDER FED. R. CIV. P. 34(a)(2),
OR IN THE ALTERNATIVE, HEALTH GRADES' MOTION FOR
RECONSIDERATION OF THE ORDER DENYING ITS MOTION TO COMPEL
PRODUCTION OF A DEMONSTRATION SYSTEM (DKT. # 196)**

Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), by its undersigned counsel, and pursuant to D.C.Colo.LCivR 6.1(C), respectfully submits its Unopposed Motion for a One-Day Extension to Reply in Support of its Motion for Leave to Serve One Request for Inspection Under Fed. R. Civ. P. 34(A)(2), or in the Alternative, Health Grades' Motion For Reconsideration of the Order Denying its Motion to Compel Production of a Demonstration System (**Dkt. # 196**) ("Motion for Leave to Inspect").

<u>Conferral Pursuant to D.C.Colo.LCivR 7.1(A)</u>

Conference with counsel for MDx Medical, Inc. regarding the short, one-day extension requested herein was made on June 22, 2012. MDx Medical, Inc. does not oppose this extension.

2003718752_1

Unopposed Motion

1. Health Grades was served with MDx Medical, Inc.'s Response to the Motion for Leave to Inspect (Dkt. #203) on June 4, 2012.

2. Pursuant to D.C.Colo.LCivR 7.1 and C.R.C.P. 6(d), the deadline for the reply brief was June 21, 2012.

3. Primary counsel for Health Grades, Jesús M. Vázquez, has been out of the country since June 15, 2012 and is not scheduled to return until June 25, 2012. Further, both of the other undersigned counsel for Health Grades are out of the office from June 20-24, 2012. With given the foregoing absences, the deadline for filing this reply was inadvertently missed.

4. No prejudice to the parties will occur from the requested extension. Lead counsel for MDx, Scott Stimpson, is out of the office through Monday, June 25, 2012. This is the first request for an extension by Health Grades for this reply brief.

5. For the foregoing reasons, Health Grades respectfully requests an extension of time of one day, through and including June 22, 2012, to file its reply in support of its Motion for Leave to Inspect, which is being filed concurrently herewith.

6. Health Grades is serving a copy of this motion on its client pursuant to D.C.Colo.LCivR 6.1D.

WHEREFORE, Health Grades respectfully requests that the Court grant its unopposed motion and extend the deadline for Health Grades to file its Reply in Support of its Motion for Leave to Serve One Request for Inspection Under Fed. R. Civ. P. 34(A)(2), or in the Alternative,

2

Health Grades' Motion For Reconsideration of the Order Denying its Motion to Compel Production of a Demonstration System.

Respectfully submitted this 22nd day of June, 2012.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vázquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email:  kkosto@rothgerber.com
        jvazquez@rothgerber.com
        gkanan@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant
Health Grades, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on June 22, 2012, I electronically filed the foregoing **HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR A ONE-DAY EXTENSION TO REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO SERVE ONE REQUEST FOR INSPECTION UNDER FED. R. CIV. P. 34(a)(2), OR IN THE ALTERNATIVE, HEALTH GRADES' MOTION FOR RECONSIDERATION OF THE ORDER DENYING ITS MOTION TO COMPEL PRODUCTION OF A DEMONSTRATION SYSTEM (DKT. #196)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

5

Scott David Stimpson  
Mark Jon Rosenberg  
David Chunyi Lee  
Scott B. Murray  
Sills Cummis & Gross P.C. – New York  
30 Rockefeller Plaza  
New York, NY  10112  
Email:  sstimpson@sillscummis.com  
Email:  mrosenberg@sillscummis.com  
Email: dlee@sillscummis.com  
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
Email: ridley@wtotrial.com

Mr. Allen Dodge
Health Grades, Inc.
999 18th Street, Suite 600
Denver, CO 80202

*s/ Jesús M. Vazquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@rothgerber.com
            kkostolansky@rothgerber.com
            jvazquez@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

6