IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

V.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**HEALTH GRADES' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS RESPONSE TO MDx's SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Unopposed Motion for Leave to Supplement its Response [Dkt. 201] to MDx's Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement [Dkt. 195], and states in support:

Health Grades seeks leave to supplement its Response to MDx's Second Motion Pursuant to Federal Rule Of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement ("Response)  to add new evidence that Health Grades obtained after it filed its Response on June 1, 2012.

Good cause exists to allow Health Grades to supplement its Response.  Specifically, Health Grades took the deposition of MDx Medical, Inc.'s Chief Technology Officer, Mr. Larry West, on June 26, 2012.  Health Grades seeks to supplement its Response with testimony from Mr. West that is relevant to doctrine of equivalents issues raised by MDx's motion.  Mr. West's deposition was taken after Health Grades' Response was filed.  Health Grades also seeks to

1

supplement its Response with information just recently produced by MDx on July 2, 2012, which is also relevant to doctrine of equivalents issues raised by MDx's motion.

Certificate of Compliance with D.C.COLO.LCivR 7.1A

Undersigned counsel for Health Grades conferred with counsel for MDx regarding the subject matter of this motion. MDx does not oppose this motion.

Dated: July 3, 2012                             ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vázquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email:  kkosto@rothgerber.com
             jvazquez@rothgerber.com
             gkanan@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2012, I electronically filed the foregoing **HEALTH GRADES' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS RESPONSE TO MDx's SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Mark Jon Rosenberg
David Chunyi Lee
Scott B. Murray
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
Email: ridley@wtotrial.com

*s/ Jesús M. Vazquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@rothgerber.com
           kkostolansky@rothgerber.com
           jvazquez@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

3

2003730957_1