THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**HEALTH GRADES, INC.'S *SUPPLEMENTAL* RESPONSE
TO MDx's SECOND MOTION PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY
JUDGMENT OF NON-INFRINGEMENT**

# FILED UNDER SEAL