# EXHIBIT 7

# FILE UNDER SEAL