# EXHIBIT 8

# FILE UNDER SEAL

2003730997_1