**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

V.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

**HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT
ITS REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO SERVE
ONE REQUEST FOR INSPECTION UNDER FED. R. CIV. P. 34(a)(2),
OR IN THE ALTERNATIVE, HEALTH GRADES, INC.'S MOTION FOR
RECONSIDERATION OF THE ORDER DENYING ITS MOTION TO COMPEL
PRODUCTION OF A DEMONSTRATION SYSTEM**

---

Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Unopposed Motion For Leave to Supplement its Reply [Dkt. 229] in Support of its Motion [Dkt. 196] for Leave to Serve One Request For Inspection Under Fed. R. Civ. P. 34(A)(2), or in the Alternative, Health Grades, Inc.'s Motion For Reconsideration of the Order Denying its Motion To Compel Production of a Demonstration System, and states in support:

Health Grades seeks leave to supplement its Reply [Dkt. 229] to add new evidence that Health Grades obtained after it filed the Reply. Good cause exists for the supplement. Specifically, Health Grades filed the Reply [Dkt. 229] on June 22, 2012. Subsequently, on June 26, 2012, Health Grades took the deposition of MDx Medical, Inc.'s Chief Technology Officer, Larry West. Health Grades seeks to supplement its Reply with portions of Mr. West's testimony that is relevant to issues raised in Health Grades motion [Dkt. 196] regarding whether the demonstration or log-in credentials requested by Health Grades would impact, involve or pose

1

any risk to MDx's website, the website functionality, and MDx's source code.  Health Grades' Supplement is being filed concurrently herewith.

Certificate of Compliance with D.C.COLO.LCivR 7.1A

Undersigned counsel for Health Grades conferred with counsel for MDx regarding the subject matter of this motion.  MDx does not oppose this motion.

Dated:  July 3, 2012	ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vázquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email:  kkosto@rothgerber.com
           jvazquez@rothgerber.com
           gkanan@rothgerber.com
*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2012, I electronically filed the foregoing **HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO SERVE ONE REQUEST FOR INSPECTION UNDER FED. R. CIV. P. 34(a)(2), OR IN THE ALTERNATIVE, HEALTH GRADES, INC.'S MOTION FOR RECONSIDERATION OF THE ORDER DENYING ITS MOTION TO COMPEL PRODUCTION OF A DEMONSTRATION SYSTEM** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Mark Jon Rosenberg
David Chunyi Lee
Scott B. Murray
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
Email: ridley@wtotrial.com

*s/ Jesús M. Vazquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@rothgerber.com
           kkostolansky@rothgerber.com
           jvazquez@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*