IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

HEALTH GRADES, INC.'S SUPPLEMENTAL REPLY
IN SUPPORT OF ITS MOTION FOR LEAVE TO SERVE ONE REQUEST FOR
INSPECTION UNDER FED. R. CIV. P. 34(a)(2),
OR IN THE ALTERNATIVE, HEALTH GRADES, INC.'S MOTION FOR
RECONSIDERATION OF THE ORDER DENYING ITS MOTION TO COMPEL
PRODUCTION OF A DEMONSTRATION SYSTEM [DKT. 196]

# FILED UNDER SEAL

1