**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**PARTIES' JOINT AND AGREED MOTION TO AMEND SCHEDULING ORDER TO MODIFY DEADLINES AND RESCHEDULE THE PRETRIAL CONFERENCE**

    Plaintiff Health Grades, Inc. ("Health Grades"), and Defendant MDx Medical, Inc. d/b/a Vitals.com ("MDx")(collectively, the "Parties"), by their respective undersigned counsel, pursuant to Federal Rules of Civil Procedure 16(b)(4), D.C.Colo.LCivR 6.1(C) and (D), D.C.Colo.LCiv.R 7.1, and Sections 12 and 13 of the Scheduling Order in this case, respectfully submit their Joint Motion to Amend Scheduling Order to Modify Deadlines and Reschedule the Pretrial Conference (the "Motion"), and state in support:

**Conferral pursuant to D.C.Colo.LCivR 7.1(A)**

    Undersigned counsel have conferred with each other regarding the relief requested herein and have agreed to the modifications to the Scheduling Order requested herein.

**Joint and Agreed-To Motion**

    1.    Pursuant to the Court's Order dated March 19, 2012 [Dkt. #162], the case schedule was modified as follows:

| | |
|---|---|
| Expert Discovery Cut-off: | **July 27, 2012** |
| Dispositive Motion Deadline: | **August 3, 2012** |

1

> Pretrial Conference set for July 31, 2012, is vacated and reset to **October 10, 2012**, at 8:30 a.m.
>
> The proposed Pretrial Order is due on or before **October 3, 2012**.

2. Pursuant to the Court's Order dated June 18, 2012 [Dkt. #222], the case schedule was modified as follows:

> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 6, 2012**;
>
> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 23, 2012**.

3. The Parties have conferred and in light of the necessity to review and have their experts review recent deposition transcripts and documents that are still being produced in this case prior to completing their expert reports, good cause exists for a short extension to the foregoing deadlines.

4. Further, the current schedule gives the parties only four days after the exchange of rebuttal expert reports to prepare for and take all expert depositions. Taking into account the schedules of the experts and counsel, and the time required to adequately prepare for and to take the foregoing depositions, the Parties respectfully submit that additional time is needed.

5. The Parties therefore request that the deadlines set forth in paragraphs 1 and 2 above be modified as follows:

> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 13, 2012**
>
> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 3, 2012**
>
> Expert Discovery Cut-off:　　　**August 24, 2012**
>
> Dispositive Motion Deadline:　　**September 7, 2012**

2

> The Pretrial Conference set for October 10, 2012, be vacated and reset to **November 9, 2012**, or as soon thereafter as the Court's schedule permits.
>
> The proposed Pretrial Order be rescheduled to **November 2, 2012**, or one week prior to the Pretrial Conference as set by the Court.

6.      The Parties have sought amendments of the above deadlines on four previous occasions – see Docket #s 86, 132, 160 and 217.  Copies of this Motion will simultaneously be served on Health Grades and MDx by their respective undersigned counsel.

WHEREFORE, for good cause shown, the Parties respectfully request that the Court grant their Motion and modify the deadlines as set forth in paragraph 5 above, and that the Court amend the Scheduling Order accordingly.

Respectfully submitted this 5th day of July, 2012.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vazquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
Email: kkostolansky@rothgerber.com
jvazquez@rothgerber.com
jphipps@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

SILLS CUMMIS & GROSS P.C.

*s/ Scott David Stimpson*

Scott David Stimpson
Scott Murray

David Chunyi Lee
Thirty Rockefeller Plaza, 29th Floor
New York, NY 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
Email: sstimpson@sillscummis.com
smurray@sillscummis.com
dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant/Counterclaimant MDx Medical, Inc. d/b/a Vitals.com.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2012, I electronically filed the foregoing PARTIES' JOINT AND AGREED MOTION TO AMEND SCHEDULING ORDER TO MODIFY DEADLINES AND RESCHEDULE THE PRETRIAL CONFERENCE was deposited with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Jeffrey David Phipps**
  jphipps@rothgerber.com, kmeans@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

　_s:/David C. Lee_____