**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY TO HEALTH GRADES, INC.'S MOTION FOR LEAVE TO SERVE ONE REQUEST FOR INSPECTION UNDER FED. R. CIV. P. 34(a)(2), OR IN THE ALTERNATIVE, HEALTH GRADES, INC.'S MOTION FOR RECONSIDERATION OF THE ORDER DENYING ITS MOTION TO COMPEL PRODUCTION OF A DEMONSTRATION SYSTEM (DKT. 192) [Dkt. # 196]**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits its Unopposed Motion for Leave to File a Sur-reply to Health Grades, Inc. ("Health Grades") Motion to Serve One Request for Inspection Under Fed. R. Civ. P. 34(a)(2), Or In the Alternative, Health Grades, Inc.'s Motion for Reconsideration of the Order Denying Its Motion to Compel Production of a Demonstration System (the "Motion", Dkt. #196).

In accordance with to D.C.COLO.LCivR 7.1A, the undersigned conferred on July 2, 2012 with counsel for Health Grades.  On July 2, 2012, counsel for Health Grades, Inc. ("Health Grades") indicated that Health Grades does not oppose this motion.

1

MDx seeks leave to file a sur-reply to address Health Grades' Supplemental Reply In Support Of Its Motion For Leave To Serve One Request For Inspection Under Fed. R. Civ. P. 34(A)(2), Or In The Alternative, Health Grades, Inc.'s Motion For Reconsideration Of The Order Denying Its Motion To Compel Production Of A Demonstration System [Dkt. 196] ("Supplemental Reply", dkt. # 239), *i.e.*, to address evidence that Health Grades alleges was first obtained in the deposition of Larry West.  Good cause exists for MDx to file a sur-reply because Health Grades addresses the deposition testimony for its first time in its Supplemental Reply. MDx will be prejudiced if it is not allowed to respond to this "new" evidence and the additional arguments made by Health Grades in support if its Motion.

For the foregoing reasons, MDx requests that this Court grant this unopposed motion to file a sur-reply.

Dated:  July 6, 2012                                         Respectfully submitted,


*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500

2

Denver, Colorado 80202-5647
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2012, I electronically filed the MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY TO HEALTH GRADES, INC.'S MOTION FOR LEAVE TO SERVE ONE REQUEST FOR INSPECTION UNDER FED. R. CIV. P. 34(a)(2), OR IN THE ALTERNATIVE, HEALTH GRADES, INC.'S MOTION FOR RECONSIDERATION OF THE ORDER DENYING ITS MOTION TO COMPEL PRODUCTION OF A DEMONSTRATION SYSTEM (DKT. 192) [Dkt. # 196] with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Jeffrey David Phipps
  jphipps@rothgerber.com, kmeans@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

*s:/ David C. Lee*

2153813 v1