**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

 Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

 Defendant.

---

**MDX MEDICAL, INC.'S SUR-REPLY TO HEALTH GRADES, INC.'S MOTION FOR LEAVE TO SERVE ONE REQUEST FOR INSPECTION UNDER FED. R. CIV. P. 34(a)(2), OR IN THE ALTERNATIVE, HEALTH GRADES, INC.'S MOTION FOR RECONSIDERATION OF THE ORDER DENYING ITS MOTION TO COMPEL PRODUCTION OF A DEMONSTRATION SYSTEM (DKT. 192) [DKT. # 196]**

---

 Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits its Sur-Reply To Health Grades, Inc.'s Motion For Leave To Serve One Request For Inspection Under Fed. R. Civ. P. 34(A)(2), Or In The Alternative, Health Grades, Inc.'S Motion For Reconsideration Of The Order Denying Its Motion To Compel Production Of A Demonstration System (dkt. 192) ["Motion", dkt. # 196].

 In the Health Grades, Inc. ("Health Grades") Supplemental Reply In Support Of Its Motion For Leave To Serve One Request For Inspection Under Fed. R. Civ. P. 34(A)(2), Or In The Alternative, Health Grades, Inc.'S Motion For Reconsideration Of The Order Denying Its Motion To Compel Production Of A Demonstration System [Dkt. 196] ("Supplemental Reply", dkt. # 239), Health Grades introduces the West testimony, as if this testimony about the existence of log-in credentials for a "test physician" was some great revelation never before known to

counsel for Health Grades.  But this information was disclosed to Health Grades very soon after Health Grades first mentioned this discovery issue.

In January of this year, counsel for MDx volunteered this same information to Health Grades, and even offered to provide such log-in credentials to Health Grades on condition that Health Grades would provide the same to counsel for MDx.  Specifically, by email dated January 13, counsel for MDx stated:  "MDx is willing, if Health Grades will do the same, to provide Health Grades' technical expert with access *to a fictitious doctor on Vitals.com* so that your expert can explore the functionality of Vitals.com *as that fictitious doctor*."  Exhibit A (emphasis added).  Health Grades declined.

Thus, this information was well known to Health Grades in connection with the Health Grades initial motion (Dkt. #126), and it was well known to Health Grades in connection with this Motion.  It is old news, not a new fact justifying reconsideration.

Accordingly, the Health Grades motion should be denied in its entirety.

Dated:  July 6, 2012                                    Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2012, I electronically filed the MDX MEDICAL, INC.'S SUR-REPLY TO HEALTH GRADES, INC.'S MOTION FOR LEAVE TO SERVE ONE REQUEST FOR INSPECTION UNDER FED. R. CIV. P. 34(a)(2), OR IN THE ALTERNATIVE, HEALTH GRADES, INC.'S MOTION FOR RECONSIDERATION OF THE ORDER DENYING ITS MOTION TO COMPEL PRODUCTION OF A DEMONSTRATION SYSTEM (DKT. 192) [DKT. # 196] with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Jeffrey David Phipps
  jphipps@rothgerber.com, kmeans@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                       *s:/ David C. Lee*___

2154509 v1