**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL REPLY IN SUPPORT OF ITS SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT (DKT. # 195)**

---

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits its Unopposed Motion For Leave To File A Supplemental Reply In Support Of Its Second Motion Pursuant To Federal Rule Of Civil Procedure 56 For Partial Summary Judgment of Non-Infringement (the "Motion", dkt. # 195).

    In accordance with to D.C.COLO.LCivR 7.1A, the undersigned conferred on July 3, 2012 with counsel for Health Grades. On July 3, 2012, counsel for Health Grades, Inc. ("Health Grades") indicated that Health Grades does not oppose this motion.

    MDx seeks leave to file a supplemental reply to address Health Grades' Supplemental Response To MDx's Second Motion Pursuant To Federal Rule Of Civil Procedure 56 For Partial Summary Judgment of Non-Infringement ("Supplemental Response", dkt. 236). Good cause exists for MDx to file a supplemental reply because Health Grades' Supplemental Response

raises arguments that were not included in its initial response, and so MDx never had an opportunity to address them in its original reply in support of the Motion.  MDx will be prejudiced if it is not allowed to respond to the arguments now being raised by Health Grades for the first time.

For the foregoing reasons, MDx requests that this Court grant this unopposed motion to file a supplemental reply.

Dated:  July 6, 2012	Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2012, I electronically filed the MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL REPLY IN SUPPORT OF ITS SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT (DKT. # 195) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Jeffrey David Phipps
  jphipps@rothgerber.com, kmeans@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                    *s:/ David C. Lee*___

2155045 v1