IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S SUPPLEMENTAL REPLY IN SUPPORT OF ITS SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT (DKT. # 195)**

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits its Supplemental Reply In Support of Its Second Motion Pursuant To Federal Rule of Civil Procedure 56 For Partial Summary Judgment of Non-Infringement (the "Motion", dkt. # 195).

In the Health Grades, Inc. ("Health Grades") Supplemental Response To MDx's Second Motion Pursuant To Federal Rule Of Civil Procedure 56 For Partial Summary Judgment Of Non-Infringement ("Supplemental Response", dkt. # 236), the Health Grades supplemental submission regarding the doctrine of equivalents is no help to Health Grades for several reasons.

First, the submission does nothing to address the vitiation issue. As admitted by Health Grades, its equivalents analysis vitiates part of the patent claims. Opposition at 23 ("Allowing [the Health Grades] argument will not vitiate *the entire* claim limitation, but **_only a portion of_**

*it*"; second emphasis added); and 24 (Health Grades argument "does not require writing out *another* claim limitation"; emphasis added).  Comparison ratings *excluded* from the report on the first healthcare provider is the antithesis of the claimed requirement that they be *included* in that report, and so there can be no equivalents as a matter of law.  *See* Dkt. #207, MDx Medical, Inc.'s Reply Memorandum in Support of its Second Motion for Summary Judgment at 6-9.

Second, the new Health Grades Supplemental Response does nothing to address prosecution history estoppel.  Health Grades admits that there is a presumption of estoppel, and does nothing to even remotely show the "very narrow" exception regarding an amendment only tangential to the asserted equivalent.  *Id*. at 10-12.

Third, even if the vitiation and estoppel issues did not so clearly prevent this alleged equivalent, the new evidence submitted by Health Grades is entirely off the mark and provides no basis to support any finding of equivalents.  That is, Mr. West's testimony addresses nothing other than the unremarkable point that users could compare ratings of providers by looking outside the report on the first healthcare provider, in the *results list*.   Indeed, the entire testimony submitted by Health Grades is directed to the results list.

Mr. West was never asked the equivalents question that is before this Court: is having comparison ratings *outside* the report on the first healthcare provider equivalent to the requirement of the claims that those ratings be *inside* that report? Thus, even now, Health Grades has submitted no evidence of this alleged equivalent.  *See id.* at 12-14.

Accordingly, summary judgment should be granted.

Dated:  July 6, 2012

Respectfully submitted,

<u>s:/Scott D. Stimpson</u>
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2012, I electronically filed the MDX MEDICAL, INC.'S SUPPLEMENTAL REPLY IN SUPPORT OF ITS SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT (DKT. # 195) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Jeffrey David Phipps
  jphipps@rothgerber.com, kmeans@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                                            *s:/ David C. Lee*

2155038 v1