**Vazquez, Jesus**

**From:** Scott D. Stimpson [sstimpson@sillscummis.com]
**Sent:** Thursday, August 18, 2011 2:13 PM
**To:** Vazquez, Jesus
**Cc:** Kostolansky, Kris J.; David C. Lee
**Subject:** Discovery and protective order

Jesus:

This is further to our discussion today.

As we discussed, with regard to our upcoming document production, the initial production will be mostly high level documents which show the operation of our website. These, coupled with the website itself (we will produce screen shots, too), should be sufficient for a full understanding of our product. If you feel you need more, please just let me know and we can discuss it, but we both agreed that (at least for now) it does not appear that source code will be needed.

==Pending entry of our Protective Order, both sides will keep the production for attorneys' eyes only.== Please send the revised draft Protective Order, and we can get that finished up.

We hope to have you our proposed names and terms for searching soon, and we look forward to receiving yours.

Regards.

Scott



Sills Cummis & Gross P.C.   website | bio | v-Card | email
Scott D. Stimpson
Member of the Firm

New York | Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.



EXHIBIT A

7/9/2012