IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Parties' Joint and Agreed Motion to Amend Scheduling Order to Modify Deadlines and Reschedule the Pretrial Conference** [docket no. 241, filed 7/5/12] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
    The parties shall designate all experts and provide
    counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
    on or before **July 13, 2012**;

    The parties shall designate all rebuttal experts and provide
    opposing counsel with all information specified in Fed. R. Civ. P.
    26(a)(2) on or before **August 3, 2012**;

Expert Discovery Cut-off:        **August 24, 2012**;
Dispositive Motion Deadline:        **September 7, 2012**.

IT IS FURTHER ORDERED that the Pretrial Conference set for October 10, 2012, is **vacated and reset to November 15, 2012, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **November 8, 2012**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: July 10, 2012