# EXHIBIT 9

# (FILED UNDER SEAL)

2003743712_1