# EXHIBIT 11

# (FILED UNDER SEAL)

2003743715_1