**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT
ACCESS TO DOCUMENT – DOCUMENT NOS. 249-1**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to D.C.COLO.L.CivR 7.2 moves this Court for an order continuing the restricted access to Document Nos. 249-1, which is an exhibit to dkt. # 249, MDx's Opposition to Health Grades, Inc.'s ("Health Grades") Motion to Preclude MDx's Advice-of-Counsel Defense for Violation of Local Patent Rule 3-7, or in the Alternative, to Compel Discovery Relating to Opinions-of-Counsel Pursuant to Local Patent Rule 3-7 and Rules 30(a)(1) and 37(a)(1).

Pursuant to D.C.COLO.L.CivR 7.1, the Parties conferred on July 20, 2012, and counsel for Health Grades has indicated that Health Grades does not oppose this motion.

The exhibit having dkt. # 249-1 is the entire draft transcript of the deposition of Mr. Mitchel Rothschild, Chief Executive Officer of MDx, taken on June 7, 2012. Under Section 6.1.8 of the Protective Order in this case (dkt. 227), confidentiality designations for this

1

transcript are not due until July 26, 2012,[1] and counsel for Mr. Rothschild intends to make confidentiality designations by that date.  Until then, the entire deposition transcript has been designated HIGHLY CONFIDENTIAL to protect against inadvertent disclosure of confidential and highly confidential information, such as, without limitation, MDx's customers, business strategy, lines of business, and revenue (*e.g.*, dkt. # 249-1, transcript page 142, line 9 – transcript page 146, line 23; transcript page 178, line 18 – transcript page 201, line 20).

Once the deposition transcript is fully revised to incorporate the confidentiality designations, the Parties shall file the revised deposition transcript (with CONFIDENTIAL and HIGHLY CONFIDENTIAL portions redacted) as a public version of dkt. # 249-1.

In view of the foregoing alternative, MDx requests the Court's leave to continue the restrictions on access to dkt. # 249-1at a Level 1 restriction.  Dkt. # 249-1 is the entire draft transcript of the deposition of Mr. Mitchel Rothschild.  MDx is a privately-owned company that does not make its customers, business strategy, and revenue publically available, nor disclose it to its competitors.  The information in this document provides highly sensitive information on MDx's customers, business strategy, lines of business, and revenue (*e.g.*, dkt. # 249-1, transcript page 142, line 9 – transcript page 146, line 23; transcript page 178, line 18 – transcript page 201, line 20).  MDx will suffer significant competitive injury if the information in dkt. # 249-1 is accessible by the public.

---

[1] Counsel for Mr. Rothschild received the transcript on July 6, 2012.  Per Section 6.1.8 of the Protective Order, confidentiality designations are due within fourteen business days, *i.e.*, by July 26, 2012.

For the foregoing reasons, MDx requests that this Court grant this unopposed motion for continued restrictions on access to Document No. 249-1 at a Level 1 restriction.

Dated:  July 23, 2012                                       Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2012, I electronically filed the foregoing MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT – DOCUMENT NO. 249-1 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Jeffrey David Phipps
  jphipps@rothgerber.com, kmeans@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                              *s:/  David C. Lee*