IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S REPLY MEMORANDUM IT SUPPORT OF
ITS MOTION TO RESTRICT ACCESS TO DOCUMENT NOS. 201, 201-15, 201-16 and
201-17**

# (Filed Under Seal)