# EXHIBIT 5

# Lauren Siber

**From:** Scott D. Stimpson
**Sent:** Thursday, July 19, 2012 7:35 PM
**To:** 'Vazquez, Jesus'; Scott Murray; David C. Lee
**Cc:** Kostolansky, Kris J.; Kanan, Greg; 'Kirstin Stoll-DeBell'; 'Michael Wagner'
**Subject:** RE: HG v MDx - Technical Expert Initial Report - Appendix E

Jesus, thank you with regard to the Greenspun report.

Please reconsider your position on the invalidity report. The testimony cited says that this stuff was all public. What basis is there to say our client cannot see information that was admittedly public? Also, I believe the Montroy and Neal transcripts are all non-confidential now anyway -- we do not need to redact those because nothing was designated confidential under the protective order, and our client is free to see them.

Scott



Sills Cummis & Gross P.C.

website | bio | v-Card | email

**Scott D. Stimpson**
Member of the Firm

New York | Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Thursday, July 19, 2012 5:30 PM
**To:** Scott D. Stimpson; Scott Murray; David C. Lee
**Cc:** Kostolansky, Kris J.; Kanan, Greg; 'Kirstin Stoll-DeBell'; 'Michael Wagner'
**Subject:** RE: HG v MDx - Technical Expert Initial Report - Appendix E

Scott,

You can share our infringement report (Greenspun) with your client representatives.

You cannot share your invalidity report (Cooper) with your client representatives without first redacting all references to, and all discussions about, HG information designated as AEO, including all HG deposition testimony.

Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

7/24/2012

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Thursday, July 19, 2012 2:14 PM
**To:** Vazquez, Jesus; Scott Murray; David C. Lee
**Cc:** Kostolansky, Kris J.; Kanan, Greg; 'Kirstin Stoll-DeBell'; 'Michael Wagner'
**Subject:** RE: HG v MDx - Technical Expert Initial Report - Appendix E

Jesus, can you please respond?

Scott



**From:** Scott D. Stimpson
**Sent:** Saturday, July 14, 2012 2:21 PM
**To:** 'Vazquez, Jesus'; Scott Murray; David C. Lee
**Cc:** Kostolansky, Kris J.; Kanan, Greg; 'Kirstin Stoll-DeBell'; 'Michael Wagner'
**Subject:** RE: HG v MDx - Technical Expert Initial Report - Appendix E

Jesus:

Scott M will work with you so we can get a version of your damages report we can send to our client.

Can you please confirm that we may send your infringement report, and our invalidity report, to our client? Your infringement report is based entirely on our confidential information as far as I can tell, so we should be able to show our client. As for our invalidity report, that is based on HG testimony and documents, but all of this was in use in the public several years ago, and so none of it should be confidential.

We look forward to hearing from you.

Regards.

Scott



7/24/2012

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Saturday, July 14, 2012 2:04 AM
**To:** Scott D. Stimpson; Scott Murray; David C. Lee
**Cc:** Kostolansky, Kris J.; Kanan, Greg; 'Kirstin Stoll-DeBell'; 'Michael Wagner'
**Subject:** HG v MDx - Technical Expert Initial Report - Appendix E

Counsel,

Attached is Appendix E, which is the same as Exhibit 2 to the motion for leave to amend HG's complaint we filed today.

This completes our production of our technical expert's initial report. Per our agreement we may supplement the report by next Friday, July 20, 2012. We also reserve the right to supplement it beyond the one-week period as necessary.

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.