# EXHIBIT 7

## Lauren Siber

**From:** Scott D. Stimpson
**Sent:** Monday, July 23, 2012 9:15 AM
**To:** 'Vazquez, Jesus'
**Cc:** Scott Murray; David C. Lee; Ridley, Terence; 'kkosto@rothgerber.com'; Kanan, Greg; Lauren Siber
**Subject:** RE: Health Grades v. MDx

Jesus:

In drafting our reply to your opposition to our motion to restrict, I see that you have done it again -- liberally quoted from our internal, confidential and proprietary documents in your brief, and not made your brief restricted from public access. This is entirely inappropriate, and a blatant violation of the Court's Protective Order. You have done this so many times now that they cannot possibly be inadvertent mistakes, but rather deliberate attempts to misuse and disclose to the public our confidential information. We will take any steps we feel appropriate for this sanctionable misconduct.

In the meantime, again, we need two things from you:

(1) Put your brief under seal with the court immediately; and

(2) Confirm that your client is not aware of any of this information.

We look forward to hearing from you promptly.

Scott



Sills Cummis & Gross P.C. | website | bio | v-Card | email
**Scott D. Stimpson**
Member of the Firm

**New York** | Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Wednesday, July 18, 2012 2:07 PM
**To:** Scott D. Stimpson
**Cc:** Scott Murray; David C. Lee; Ridley, Terence
**Subject:** Re: Health Grades v. MDx

I mean I have confirmed, ie, already happened.

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

7/24/2012

On Jul 18, 2012, at 12:02 PM, "Scott D. Stimpson" <sstimpson@sillscummis.com> wrote:

> Jesus, thank you.
>
> When you say you are confirming, do you mean that this email is confirming and we now know that this has not happened; or do you mean you are checking on the matter?
>
> Scott
>
> 
>
> **From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
> **Sent:** Wednesday, July 18, 2012 1:16 PM
> **To:** Scott D. Stimpson; Scott Murray
> **Cc:** David C. Lee; 'Ridley, Terence'
> **Subject:** RE: Health Grades v. MDx
>
> Scott,
>
> Thank you for your email. As you surely know, as of 8:30 this morning the Court restricted access to the motion in its entirety. Also, as I informed you and Mr. Murray, access to the motion in its entirety was to be restricted when we filed it. Apparently technical issues in the interface between the Court's system and our firm's system caused this glitch, and our IT team is looking into it. With respect to whether our client has seen the motion (or any of the AEO exhibits), I am confirming that nobody at HG has seen the materials.
>
> Jesus
>
> **Jesús M. Vázquez, Attorney-at-Law**
> Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
> 1200 Seventeenth Street | Denver, CO 80202 |
> Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
> E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com
>
> **From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
> **Sent:** Wednesday, July 18, 2012 9:13 AM
> **To:** Vazquez, Jesus; Scott Murray
> **Cc:** David C. Lee; 'Ridley, Terence'
> **Subject:** RE: Health Grades v. MDx

7/24/2012

Jesus:

As Scott Murray reminded you, this is not the first time this has happened. We are all very concerned about why this is happening, and we are being forced to consider our options with the Court. While we may or may not take action about this, depending on your response to this email, please be assured that if it happens again, we will be pursuing appropriate sanctions.

Please promptly confirm that no one at your client has seen the unredacted version of this brief.

Scott



Sills Cummis & Gross P.C.   website | bio | v-Card | email
**Scott D. Stimpson**
Member of the Firm

**New York** |Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Tuesday, July 17, 2012 7:29 PM
**To:** Scott Murray
**Cc:** Scott D. Stimpson; David C. Lee; 'Ridley, Terence'
**Subject:** RE: Health Grades v. MDx

Access to the entire motion itself was supposed to be restricted. This may well have been an error by the filing clerk. We'll contact the clerk first thing in the morning.

Regards, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott Murray [mailto:SMurray@sillscummis.com]
**Sent:** Tuesday, July 17, 2012 5:12 PM
**To:** Vazquez, Jesus
**Cc:** Scott D. Stimpson; David C. Lee; 'Ridley, Terence'
**Subject:** RE: Health Grades v. MDx

Thank you, Jesus. To be clear, there is a docket entry [253] where access is restricted for all of the documents in the motion filing. However, in the publicly accessible docket entry [252], while some documents properly only show "Filed Under Seal," such as Exhibit 9, the brief itself does not have any redactions of the highly confidential information that is discussed therein. That is the problem. We are disappointed that this has been a recurring problem regarding HG's handling of MDx's confidential information.

Please note that we have also asked our local counsel to reach out to the court clerk to see if access to the brief can be restricted until we can meet and confer on this issue and file a motion to restrict as necessary. I will let you know if access is restricted.

Regards,
Scott
**Scott Murray**
Member



website | bio | vCard | newsroom | email

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5388 | f (973) 643-6500   map

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Tuesday, July 17, 2012 6:57 PM
**To:** Scott Murray
**Cc:** Scott D. Stimpson; David C. Lee; 'Ridley, Terence'
**Subject:** RE: Health Grades v. MDx

Scott,

We will look into this. I can tell you that my instructions were that the motion be filed as restricted, the same way the exhibits were. If in fact you are correct then this was inadvertent and we'll correct it.

Regards, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott Murray [mailto:SMurray@sillscummis.com]
**Sent:** Tuesday, July 17, 2012 4:47 PM
**To:** Vazquez, Jesus
**Cc:** Scott D. Stimpson; David C. Lee; 'Ridley, Terence'
**Subject:** Health Grades v. MDx

Jesus - We have noticed that HG's brief in support of its motion for leave to amend its complaint is publically accessible in its complete form at Docket No. 252. Starting on page 13 of the brief, HG discusses highly confidential MDx information including how much Aetna is paying MDx for the data licensing and other proprietary details of the companies' business arrangement. This highly confidential information should have been redacted from the copy of the brief that is publicly

accessible.

This is not the first time that HG's filings have made MDx's confidential information publicly available. Regardless of whether you agree that such information has been properly designated as confidential or highly confidential, it is incumbent upon you to initially restrict public access to such information in HG's filings until we have the opportunity to review the filing and we can meet and confer with you regarding whether access to the information should remain restricted. Please correct this situation immediately.

Regards,
Scott
**Scott Murray**
Member



website | bio | vCard | newsroom | email

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5388 | f (973) 643-6500   map

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately

notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.