# EXHIBIT 1

| From: | John Neal [jn_rocky@yahoo.com] |
|---|---|
| Sent: | Monday, March 17, 2008 12:53 PM |
| To: | Kerry Hicks; Dave Hicks; Allen Dodge; Sarah Loughran |
| Cc: | Steve Wood |
| Subject: | RE: Target List--formatted to print |
| Attachments: | Target_List.xls |

Attached is the latest target list, which reflects comments from Steve and Dave. I intend to further analyze all companies rated B- and higher. See the example below:

*FYI--I'm not sure why the check boxes aren't properly aligning when copied from Excel. The boxes should be down one row.*

| PatientsLikeMe | www.patientslikeme.com |
|---|---|
| Monthly Unique Users | 27k |
| Description | Founded in 2004 by three MIT engineers whose collective experience spans f biotechnology laboratory to large-scale online commerce applications, Patient dedicated to making a difference in the lives of patients diagnosed with life-ch experiences with ALS (Lou Gehrig's disease) inspired us to create a commun that inspires, informs, and empowers individuals. We're committed to providin information, and experiences that they need to take control of their disease. |
| Content | ☑ |

☑ ☐ ☐ ☐ ☐ ☐ ☑ ☑ ☐ Ads ☐ Members

*MD or PhD Content*
*Community and/or Company Content*
*Diagnostic Tools*
*Interactive (blogs, community, user content)*

| Distribution (SEO, partnerships) | |
|---|---|
| Physician Networks/Aggregator | |
| Sophistication/Management | |
| Premium Advertiser Relationship(s) | |
| Professional Website Layout / Design | |
| Unique Synergy | |
| Revenue Model | |
| Google Page Rank | 5 out of 10 |
| Google Indexed Pages | 156k |
| Notes: | Only five communities at present: ALS, AIDS/HIV, MS, Parkinson's, Depressio |
| Management/Ownership | Unknown |

| HealthGrades Strategic Objectives: | ☑ ☑ ☑ ☑ ☐ ☑ |
|---|---|
| Broaden ratings/related info | |
| Increase HG brand equity | |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                              **HG0082817**

| | |
|---|---|
| Increase traffic | |
| Improved patient to provider connection | |
| Penetrate new markets | |
| Best in Class | |
| Establish or increase competitive advantage | |

-----Original Message-----
**From:** Kerry Hicks [mailto:khicks@healthgrades.com]
**Sent:** Monday, March 17, 2008 2:26 PM
**To:** Dave Hicks; Allen Dodge; Sarah Loughran
**Cc:** Steve Wood; John Neal
**Subject:** FW: Target List--formatted to print

The purpose of the meeting with John tomorrow, is to provide feedback, consistent in format and reaction with Steve's below.

Kerry

**From:** Steve Wood
**Sent:** Sunday, March 16, 2008 1:14 PM
**To:** John Neal
**Cc:** Kerry Hicks
**Subject:** RE: Target List--formatted to print

John: attached is a slide that inelegantly outlines my thinking with some exemplary possibilities from your target list attached. Thought if we begin to think about the consumer approach paradigm it might help us. Open for discussion on all fronts.

Re the rating feedback you requested, absent further information but with the benefit of some additional search on their sites, I would do the following:

Up **Xoova.com** or at least rip off some of the ways they are presenting the information
Up **Carol.com** if the model is portable to other communities (e.g., data available and providers cooperative)
Up **Medgle.com**
Lower **DailyStrength.com** even though I like it because of their apparent reliance on Everyday Health – how tied to Everyday health are they?
Up **Organized Wisdom.com** – I like this one a lot
Up **Sermo.com** – mostly because of the ability to leverage the Doc network for other products in the Rx co and Med Device space
Lower **MedQuestions.com**
Lower **Trusera.com**
Lower **Caetus** Media
Lower **Health Communities.com** but still consider it
Up **eHealthMD.com**
Up **American Well** – particularly for their health plan stuff
Up **World Doc.com**

Lots of good stuff here – for many purposes at HG. Excited to discuss this further and move ahead. My best! S

**Steven D. Wood, Ph.D**
**Executive Vice President**
HealthGrades: Guiding America to Better Healthcare®
NASDAQ: HGRD
w  (720) 963-6577
c  (480) 707-8132
f  (480) 924-0476

The message contains confidential and/or legally privileged information and is intended for use only by the indicated addressee. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost,

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                                 HG0082818

destroyed,arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** John Neal [mailto:jneal@cronaradventures.com]
**Sent:** Friday, March 14, 2008 11:01 AM
**To:** Steve Wood
**Subject:** RE: Target List--formatted to print

Thanks Steve. I will incorporate your points below into the more thorough review of "A" and "B" companies.

-----Original Message-----
**From:** Steve Wood [mailto:swood@healthgrades.com]
**Sent:** Friday, March 14, 2008 11:46 AM
**To:** John Neal
**Subject:** RE: Target List--formatted to print

Thanks John. A thought... as you wade through the many alternatives, please also consider some of the business support criteria we developed during our various discussions; I'm not suggesting that you formally grade each opportunity with these, but keep them in mind at the margins; we'll explore the preferred opportunities with these metrics more formally later; they are:

- Create a superior difference between HealthGrades and its competitors, and/or minimize competitors' ability to imitate HealthGrades' position and products
- Contribute additive revenue and/or synergies for increased revenue from integration
- Open new or provide more effective channels into markets for our current and planned products
- Provide effective entry into new markets
- Best in class of type

Just returned from week+ travel last night and am catching up on many things. I will prioritize reviewing the target list this weekend and will provide you with some feedback as requested. Thanks John! Steve

**Steven D. Wood, Ph.D**
**Executive Vice President**
HealthGrades: Guiding America to Better Healthcare®
NASDAQ: HGRD
w (720) 963-6577
c (480) 707-8132
f (480) 924-0476

The message contains confidential and/or legally privileged information and is intended for use only by the indicated addressee. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed,arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** John Neal [mailto:jneal@cronaradventures.com]
**Sent:** Friday, March 14, 2008 9:37 AM

CONFIDENTIAL - ATTORNEYS EYES ONLY                    HG0082819

**To:** Kerry Hicks; Steve Wood; Allen Dodge
**Subject:** Target List--formatted to print

See attachment.

CONFIDENTIAL - ATTORNEYS EYES ONLY                                      HG0082820

## Acquisition Possiblities by Category & Grade

### Ratings/Find Doctors

| Company | Target Grade | Comments |
|---|---|---|
| Xoova | A | Xoova (pronounced ZU-vah) is an online medical services marketplace. Patients use Xoova for free to find local doctors, to learn what to expect in advance of a care encounter, and to schedule appointments. Doctors use Xoova for free to manage their presence on the Internet, to share their philosophy of care, and to offer patients the convenience of online scheduling. Xoova is headquartered in Santa Monica, California. The company completed financing with Spark Capital in September 2006. |
| Carol.com | B | Limited GEO--Minneapolis. Founded in 2006, Carol is a privately-held company headquartered in Minneapolis, Minnesota. Carol's focus is on transforming the health care industry through creation of a true marketplace in which consumers compare health care services from Twin Cities' clinics and hospitals before they purchase---and health care providers compete for their patronage.  Keep an eye on this one. |
| Castle Connolly | B | Castle Connolly Medical Ltd. is a healthcare research and information company founded in 1991 by a former medical college board chairman and president to help consumers find America's top doctors and top hospitals. Castle Connolly's established survey and research process, under the direction of an MD, involves tens of thousands of top doctors and the medical leadership of leading hospitals. |
| MEDgle.com | B | MEDgle is an online information and educational service. With the thousands of articles and sites available, finding relavent medical information is difficult. MEDgle's goal is to make medical information easily and intuitively accessible for the benefit and betterment of everybody. Condition/image based searched. |
| Healthcare.com | C | new; limited visbility and distribution |
| Vimo | D | Vimo is the nation's first integrated comparison shopping portal for health. Vimo enables small businesses and families to research, rate and purchase health care products and services with the same ease and transparency as shopping for other products online. |
| RateMDs | D | poor design and quality; redundant |
| Vitals | D | condition based search could be replicated; partnered w/Castle Connolly |
| FindADoc.com | D | redundant |
| Drscore.com | D | redundant |
| NurseRecommendedDoctors.com/CareSeek.com | D | highly subjective |
| CareSeek.com | D | New co- more concept than substance.; Careseek creates branded web solutions to empower individuals and to give voice to their thoughts and experiences, while building a universal knowledge base about healthcare and healthcare providers. The first member of the CareSeek consortium of sites is NursesRecommendDoctors.com, where nurses anonymously can provide ratings and reviews on physicians, which creates a vast repository of information that is critical to helping a patient seeking a provider and is shared across the CareSeek community;  bridges into social networking. |
| Consumer Health Ratings | D | small HC portal |
| BestDoctors.com | D | not a good fit; Best Doctors has pioneered a worldwide database of 50,000 top medical specialists in more than 400 subspecialties. These are doctors chosen by their own peers for one simple reason: They are among the best. |
| QualityHealth.com | D | Poor fit. |
| RevolutionHealth | F | |
| UCompareHealthcare | F | About.com/NY Times |
| DoctorScorecard | F | redundant |
| RemarkableDocs.org | F | Dated, non-profit |
| MDNationwide.org | F | for-profit; HG copycat |
| healthcarereviews.com | F | HG copycat |
| FamilyDoctor.org | F | AAFP.org |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

**HG0082821**

| Social Networking Sites | | |
|---|---|---|
| Company | Target Grade | Comments |
| WeGoHealth.com | A | WEGO Health identifies, ranks and organizes the most helpful health and wellness content online and makes it easy to access by everyone. |
| Organized Wisdom | A | Goal is to provide the best search service in the world for health by hand-crafting search results for physicians and consumers. OrganizedWisdom® Health is the first human-powered, doctor-guided search service for health. The site at http://organizedwisdom.com provides hand-crafted search result pages called WisdomCards™, for the most popular health search terms and phrases without the clutter, redundant links or index spam typically found in search engines. OrganizedWisdom helped ignite the Health 2.0 revolution with several "firsts" including the first company to assemble a team of health guides and physicians to organize the world's best health wisdom from across the Web. Today, OrganizedWisdom continues to bring innovation to online health care by leveraging social media and the power of collaboration technologies to improve the quality of health search. OrganizedWisdom is based in New York City and was founded in 2006 by serial entrepreneurs Steven Krein and Unity Stoakes, who have worked together building companies since 1997. |
| Sermo | A | practicing community of 50,000 physicians who exchange clinical insights, observations, and review cases in realtime — all the time; $38 million raised thus far; fee-based models for outside businesses wanting to collect the feedback being created on the companies' social networks |
| DailyStrength.Org/Waterfront Media | B | see Waterfront Media |
| Diabetes Forums | B | Multiple small sites: DiabetesMine, DiabetesForum, DiabetesCommunity, etc |
| PatientsLikeMe | B | see detail; fee-based models for outside businesses wanting to collect the feedback being created on the companies' social networks |
| iMedix | B | Founded in January 2007, iMedix is a community-powered health search engine that allows people to easily find and share health information in order to make better health-related decisions. The company's innovative approach is a unique combination of a medical search engine with a collaborative community platform. Patients can immediately chat with others that suffer from similar conditions and benefit from reading medical web articles that were ranked by the community. iMedix will utilize its technology and services to connect pharmaceuticals, insurance companies and medical organizations with highly targeted consumers in the rapidly growing market of online healthcare. |
| eHealthForum | B- | ad supported; mission at eHealthForum is to create an online community for people to turn to when dealing with medical concerns. Forums are designed to give people a place to express themselves and connect with others who are dealing with the same issues; a place to find comfort, understanding and information. Forums are free for everyone to participate. Message boards target over 60 different health topics from vitamins and women's health to cancer and lupus, and you are free to post questions, comments and respond to messages from others. Controlled by Eastern Europeans? |
| HopeCube | C | Small; little distribution |
| SteadyHealth.com | C | confusing; second-rate |
| Trusera.com | C | Trusera is a rapidly growing Seattle-based startup founded in 2007 by former Amazon.com executive Keith Schorsch. The business plan grew from his own struggle to find relevant health information on the web. We have received initial investment from a world-class team of angel investors with experience from Expedia, Amazon.com, Washington Mutual and more. NEW |
| HealthWorldWeb | D | new; community focus; little content |
| HealthBoards.com | D | HealthBoards provides a unique "one-stop" support group community offering message boards on over 140 diseases, conditions, and health topics. The HealthBoards community is one of the largest and most dynamic on the Web, with over 200,000 registered members, and well over 2 million messages posted. In addition to community, through a partnership with WebMD, HealthBoards offers its members a comprehensive Health Guide which provides information on virtually every major health topic. HealthBoards was rated as one of the top 20 health information websites in 2005 by Consumer Reports Health WebWatch. In 2004 HealthBoards established a partnership with WebMD to provide additional health content and advertising support for HealthBoards. HealthBoards is currently ranked in the top 20,000 websites worldwide in terms of traffic by Alexa. |
| NCI Talk | D | TV show about healthcare |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                                                           HG0082822

| MedQuestions.com | D | Founded in 2004, MedQuestions.com was created as an avenue for everyday people to get recommendations from doctors, nurses, herbalists, healers and even ordinary people. We hope that by bringing people together from different parts of the world with different backgrounds, people can better understand themselves. |
|---|---|---|
|  |  |  |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                                                       **HG0082823**

**Elective Specialties**

| Company | Target Grade | Comments |
|---|---|---|
| ObesityHelp.com | B | Niche; good content; community; ObesityHelp.com was founded in 1998 as a peer support community to help those faced with life threatening morbid obesity. By June of 1999, the site's existence has been brought to the attention of clinicians and professionals and the organization was formalized to extend support to patients and clinicians while expanding the scope of its public outreach activities. As of January 2008, over 600,000 people have become members on the ObesityHelp web site seeking help to find a solution to their weight loss problems. Our web site has over 3,000,000 page-views a week from people looking for help. |
| EyeMDLink.com | B | EyeMDLink.com is the only website dedicated to the education of the eye care consumer, written and prepared exclusively by board-certified ophthalmologists (EyeMDs). This site will soon feature a powerful search mechanism to help you find the right EyeMD for your particular concern, whether that concern be a desire for refractive surgery to reduce dependence on eyewear, cosmetic eyelid or facial surgery, or treatment of any pathologic eye condition. |
| vasectomy.com | B | comprehensive vasectomy site; Vasectomy.com is the leading site* about vasectomy & reversals, alternatives, no-scalpel vasectomy, risks and more ... from experienced doctors to informed consumers. Features "member" doctors in its directory. |
| PlasticSurgeryPortal.com | B- | SEO Intensive; enhanced profile; lead capture for member docs |
| cosmeticsurgery.com | B- | SEO play; doc subscription model; content |
| Other plastic surgery | C | dozens of other, smaller plastic surgery sites that offer enhanced directories, basic content |
| plasticsurgery.com | D | low quality; some SEO |
| surgery.org | F | American Society for Aesthetic Plastic Surgery (ASAPS), |
| lookingyourbest.com | F | owned by Mentor |

**Non-elective Specialties**

| Company | Target Grade | Comments |
|---|---|---|
| Spine-Health | A | comprehensive spine site-MDs, content, ad-supported. Spine-health.com believes that high quality and reliable content and services will attract users seeking information about back pain, and that a high number of users will, in turn, attract sponsorships from corporations, advertisements, and subscriptions from spine specialists. Doctors support this site by subscribing (for an annual fee) to provide patient education to their patients and for a web page in our directory; commercial companies advertise and/or list their clinical trials on our site for a fee; and we have teamed up with Google.com to participate in Google's AdSense program (whereby Google's advertisers can advertise on some pages of our site). No apparent VC involvement. |
| SpineUniverse | B | comprehensive spine site-MDs, content, ad-supported; acqlured by Broadwater (medical meetings co.) at time of Naples, FL VC equity infusion. Recently acquired by Waterfront Media Group. See below. |
| Back.com | F | Medtronic |
| AllAboutNeckandBackPain.com | F | DePuy |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                              HG0082824

| Multi-specialty | | |
|---|---|---|
| Company | Target Grade | Comments |
| Waterfront Media Group | A | Waterfront Media is the largest privately held online health company. and operates Everyday Health, which attracts over 12 million unique users per month. Through its network of health, diet, fitness and pregnancy Web sites, including its flagship EverydayHealth.com, Waterfront Media enables consumers to live healthier lives every day.  Waterfront is funded by Rho Capital, Scale Venture Partners, Foundation Capital, Neocarta Ventures, BEV Capital, and Village Ventures. Sites: SpineUniverse, Drugs.com, DailyStrength.org, EverydayHealth, etc; Perhaps beyond HG's reach |
| iEnhance.com | A | plastic surgeon, cosmetic surgeon, dermatologist, vision specialist, cosmetic dentist or other specialist; good content; professional design; sophisticated SEO; subscription membership for docs. |
| LocateADoc.com | A | Elective (plastic surgery, bariatric, etc) and non-elective (ortho, ENT, PCP); good content; excellent SEO; ~$2.5MM in annual revenue |
| DocShop.com/Einstein Medical | A | All elective; web development as opposed to enhanced profile; questionable scalability; PPC help; SEO; 1st class web design and SEO; Einstein Industries, Inc., was founded by its CEO, Robert Silkey, in 1995. Since then, Einstein has flourished. The company has four divisions in addition to Einstein Medical, including Einstein Law, Einstein Dental, Einstein Consulting, and Einstein Software. Einstein also has an online directory, DocShop.com, which connects consumers to experienced doctors in their local areas. |
| eHealthMD.com | A- | content centric; ad supported; ehealthMD is owned by Health Information Publications (HIP), a company specializing in creating outstanding, highly authoritative, up-to-date health information delivered over the Web. By assembling an editorial board composed of luminaries in the field of medicine, and a team of over 200 physicians recognized worldwide for their contribution to medicine, HIP has created a 100% original new source of outstanding and trustworthy health content available on the Web. We also have developed an online chat application to allow real-time chat online with a doctor or health provider, to be released soon. This website is mainly funded by content licensing agreements and by selected advertising on this site. Could come cheaper than others. |
| Ceatus Media Group, LLC | B | Ceatus Media Group LLC is an online health media company providing specialized information for consumers, and connecting doctors with prospective patients. The company's business model comprises two distinct elements: - Building health information portals to provide authoritative education for consumers researching various health topics; - Connecting consumers with leading health care specialists in their area of interest through online directories. Ceatus currently serves consumers and practitioners in the areas of LASIK, cosmetic plastic surgery, weight loss surgery and dentistry. Excellent SEO; professional looking websites; services include website development/hosting and SEO; MD developed content. Partnered with Access Media LLC on vision site. |
| HealthCommunities.com | B+ | Powerful distribution, ad relationships, extensive content. Healthcommunities.com, Inc., (HC) provides reliable, physician-developed patient education to consumers, medical website design services for doctors, and online directories of doctors. By delivering condition and treatment information that consumers and their physicians have grown to trust, HC improves quality of care and enhances the patient-physician relationship. Healthcommunities.com's mission is to be a leading provider of physician developed and monitored medical information, continuing medical education, and resources for the empowerment of health care consumers and medical professionals.  No evidence of VC involvement. |
| ChoiceMedia/HealthCentral | C | The HealthCentral Network, Inc. has a collection of owned and operated Web sites and multimedia affiliate properties providing timely, in-depth, trusted medical information, personalized tools and resources, and connections to a vast community of leading experts and patients for people seeking to manage and improve their health.  HealthCentral Network's Web sites combines medically-reviewed original content from doctors, researchers and expert patients, as well as news, information, video and other multimedia content from leading authorities such as A.D.A.M, HealthDay News and Ivanhoe.  In January 2008, the Company received a significant minority investment from IAC/InteractiveCorp and additional investment from Polaris Ventures, Sequoia Capital, The Carlyle Group and Allen & Company. Raised $50MM in late Jan '08.  *Interesting case study.* |
| HealthLine.com | C | content centric; ad supported; MD written content. Healthline is backed by VantagePoint Venture Partners, Reed Elsevier Ventures, Mitsui & Co., Ltd., and JHK Investments, LLC. |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                                                                                         **HG0082825**

**Chronic Disease**

| Company | Target Grade | Comments |
|---|---|---|
| dlife.com | A | Comprehensive diabetes site; Who's who sponsor list. "dLife is THE place for all aspects of your diabetes life — information, inspiration, and connection with others who share your challenges and concerns." |
| childrenwithdiabetes.com | B | Type 1 focus; cumbersome site layout; ad supported; community; content. |
| ObesityHelp.com | B | Niche; good content; community; ObesityHelp.com was founded in 1998 as a peer support community to help those faced with life threatening morbid obesity. By June of 1999, the site's existence has been brought to the attention of clinicians and professionals and the organization was formalized to extend support to patients and clinicians while expanding the scope of its public outreach activities. As of January 2008, over 600,000 people have become members on the ObesityHelp web site seeking help to find a solution to their weight loss problems. Our web site has over 3,000,000 page-views a week from people looking for help. |
| askthedietician.com | C | diet suggestions by condition; AdSense supported |
| Diagnos-me.com | D | Hokey diagnostic tool; charges for diagnosis |
| diabetes.com | F | GSK |
| arthritis.com | F | Pfizer |

**Content Engines**

| Company | Target Grade | Comments |
|---|---|---|
| ADAM | C | content engine; Internet businesses, media organizations and others use A.D.A.M. products to connect consumers to relevant health information. Ticker. - ADAM; '08 EPS est. of $.36 or 19x '08 EPS; ~13.7% proj. revenue growth and 33% proj. EPS growth in '08. |
| Healthology | D | content engine; Healthology is one of the leading producers and distributors of physician-generated health and medical information on the Internet for consumers, patients and health professionals. With one of the largest and most distinguished libraries of original video and text-based health content on the Web, Healthology provides companies and organizations with seamless solutions for their online, health information needs. Owned by iVillage since early 2006. |

**General Health/Other**

| Company | Target Grade | Comments |
|---|---|---|
| WorldDoc | B | WorldDoc Professional Services offer customized solutions to help organizations achieve healthcare and financial goals. Our services are designed to help control costs, improve care and increase communication between involved parties. A WorldDoc Professional Service may be used in conjunction with any other WorldDoc service or product. Our services include: Healthcare Consulting, Health Risk Analysis, Wellness Programs, Communications, Health Management System IT Consulting |
| American Well | B | American Well™ is a new healthcare marketplace where consumers and physicians can come together online, to acquire and provide convenient and immediate healthcare services. Using the latest technologies in Web communications and digital telephony, the Company extends traditional healthcare services to the home setting. American Well is committed to supporting health plans in meeting consumer and employer demand for affordable, efficient, and immediate access to quality care. |
| WrongDiagnosis.com | B | Various content, wellness, community boards, well indexed, could pick-up for lower relative cost. The site is an independent, objective source of factual, mainstream health information for both consumers and health professionals. WrongDiagnosis.com provides a free health-information service to help people understand their health better, offering crucial and factual health information that is otherwise difficult to find. The objective of the site is to encourage consumers to be informed and interested in managing their health, and to know what questions to ask their doctors to help ensure they are getting the best healthcare possible. |
| FreeMD.com | C | Free medical advice based on symptom search; doctor video asks questions and provides feedback based on input |
| RightHealth.com/Kosmix | F | Bezos, Accel, Bill Miller, etc. At RightHealth our mission is to create the unofficial home page for every health related topic. The information you need is dispersed across the net and takes many forms. We take the freshest and best content on the web using our proprietary algorithms and categorization expertise and present it to you in real time, on a single page. Find exactly what you need or feel free to browse. Our philosophy is simple: to provide the public at large with a comprehensive one-stop resource with high quality information and content for their health and well being. |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                                 HG0082826

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                                                          HG0082827

| Hospital | | |
|---|---|---|
| Company | Target Grade | Comments |
| MedSeek.com | B | MEDSEEK provides healthcare organizations with Enterprise eHealth solutions to fully engage and strengthen relationships with key constituents – physicians, patients, employees, and consumers. By connecting information and communities to foster an enhanced experience with the organization, hospitals will improve community advocacy, revenue and patient acquisition/retention, physician relations, and clinical decision making. |

| Data | | |
|---|---|---|
| Company | Target Grade | Comments |
| Health Market Science | F | Health Market Science (HMS) is the leading manufacturer of healthcare provider data in the United States. HMS has developed unique technology and expertise to continuously acquire, analyze, and integrate over 2,500 distinct data sources to create and maintain the single most comprehensive and accurate source of healthcare provider information available today. The HMS Provider Master File™ includes detailed reference information for over 4.5 million individual providers and 1.0 million healthcare organizations. |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                            **HG0082828**

**Possible Strategies**

Combine Social Networking with content (i.e., Ceatus)
Use niche sites as backfill
Aggregate an elective specialty or combine single specialty acquisition with multiple specialty acquisit

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                   HG0082829

ion.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                             HG0082830