# EXHIBIT 2

**From:** Dave Hicks
**Sent:** Wednesday, February 27, 2008 9:06 AM
**To:** Janet Burkhard; Aaron Goddard
**Cc:** Bill Wosilius
**Subject:** FW: reporter wants input on competing physician search site
**Attachments:** Launch of Vitals Takes the Pain Out of Finding the Right Doctor.pdf

Vitals.com used to be in just some selected areas. Now, they are nationwide. I think we need to do a couple of things -
1) Compare a subset of doctors and hospitals and compare accuracy with us.
2) They display board certification expiration date from ABMS. I thought this was off-limits? How they do it is unique and we may want to do the same, if we can.
3) Compare number of data elements

These guys are just starting, but, as you can see below, the press is contacting us for our take on them. We need to be able to contrast and compare. In my mind, these guys are scarier than all of our other competitors.

BTW - check my family practice guy - Ray Rupel in 80120. He is a DO that we show as certified and Vitals shows as not.

---

**From:** Scott Shapiro
**Sent:** Wednesday, February 27, 2008 8:21 AM
**To:** Allen Silkin; Dave Hicks; Joel Johnson
**Subject:** FW: reporter wants input on competing physician search site

Here's a journalist writing about vitals.com, fyi. There's an expensive PR firm as a contact on the press release.

Vitals has a very easy search function on its homepage.

Scott

---

**From:** Monica Smith [mailto:smith.monica@gmail.com]
**Sent:** Wednesday, February 27, 2008 8:10 AM
**To:** Scott Shapiro
**Subject:** Re: reporter wants input on competing physician search site

Hi Scott,

Thanks for that information. Attached is the press release anouncing the launch of vitals.com.

Cheers,
Monica

On 2/27/08, **Scott Shapiro** <sshapiro@healthgrades.com> wrote:

Hi Monica,


To follow up on our conversation. HealthGrades already provided for free its hospital-quality ratings, which have become the industry standard, used by more than 400 hospitals and many of the nation's largest employers (Gap, Honeywell,) and insurers (BCBS of MN, Independence BC). But since the last time we spoke, we've made most of our physician information free as well. Additionally, we now offer malpractice information in our doctor profiles that no one else has. Now healthgrades.com gets more than 4 million individuals visiting its site each month.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                    HG0037419

As I mentioned, I'll ask around about vitals.com, but they may be too new, as I've not heard anyone mention them before.

Scott

---

**From:** Monica Smith [mailto:smith.monica@gmail.com]
**Sent:** Wednesday, February 27, 2008 7:31 AM
**To:** Scott Shapiro
**Subject:** reporter wants input on competing physician search site

Hi Scott,

In early 2006 you put me in touch with Samatha Collier when I was working on an article about HealthGrades for General Surgery news. I am currently writing an article about a new site, www.vitals.com, that aims to provide the same type of services but for free.

I'm wondering if Dr. Collier would care to make a statement of opinion about this new competitor.

Thank you,
Monica

--
Monica J. Smith
917.302.2478


--
Monica J. Smith
917.302.2478

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0037420



**Contact:**
Jennifer Kutsher
MWW Group for Vitals
(212) 827-3759
jkutsher@mww.com

### Launch of Vitals Takes the Pain Out of Finding the Right Doctor

#### New, Innovative Website Gives Consumers Free and Complete Access to Vital Background Information on All 720,000 U.S. Doctors

**Lyndhurst, NJ (January 7, 2008)** – The age-old, elusive quest by patients to find the doctor who best meets their medical needs became much easier today with the launch of Vitals.com by MDX Medical. Vitals is the first, online doctor evaluation service to provide consumers with full access to crucial and unbiased information – with more than 100 million data points on 720,000 doctors. As a result, this no-cost, user-friendly website offers patients the most complete and accurate profile ever assembled on every active doctor in the United States.

"Most Americans, myself included, have struggled with the challenge of finding a good doctor and even defining what 'good' means, simply because there has been no central, all-inclusive database on doctors," said Mitchel Rothschild, CEO of Vitals. "Vitals fills this void by providing the critical information you need to make an informed decision on what potentially can be one of the most important choices of your life."

Vitals is the only online doctor search service that allows patients to do a check-up on their own doctor, find a doctor by individual preferences, or by using a unique symptom checker to assess what type of doctor is needed. There is also a comparison tool to allow for side by side comparisons of doctors. The site enables patients to assess doctors on nearly two dozen quality measures, including: volume of procedures performed; disciplinary actions, sanctions and malpractice proceedings; board

CONFIDENTIAL - ATTORNEYS EYES ONLY                    HG0037421

certification; medical education and training; hospital affiliation, and publication topics and volume. Rounding out this multi-dimensional profile is patient feedback on doctors, in addition to independent doctor reviews and peer evaluations from the acclaimed "Top Doctor" ratings and *America's Top Doctor* guides, provided through an exclusive partnership with Castle Connolly Medical Ltd.

"Choosing a doctor who is best-qualified to treat a particular medical condition is a daunting task, even for me, as a physician," said Todd Rosengart, MD, Cofounder and Chief Medical Advisor of MDX Medical. "In fact, until now, patients have had to spend hours and even days on research that might not even yield the right answer. Vitals has changed all that by providing patients with what they need to know about doctors in one, single user-friendly database." Dr. Rosengart also serves as Chief of Cardiothoracic Surgery at Stony Brook University Medical Center and is recognized internationally for his advancements in the field of cardiac surgery.

"We encourage consumers to try us out at Vitals.com," said Mr. Rothschild. "Check up on or comment on your current doctor. See what other patients are thinking. Find a doctor using our powerful find a doctor tool. After visiting our website, I believe they'll conclude Vitals is the most effective and powerful tool for finding a doctor today, bar none."

**About Vitals.com / MDX Medical LLC**
Vitals (www.vitals.com), an innovative, online doctor evaluation and comparison service from MDX Medical LLC, is the comprehensive source for quality of care measures, peer evaluations and patient feedback on 720,000 doctors nationwide. Providing a no-cost, web-based service, Vitals has a revenue model similar to other search engines, including highly targeted advertising on its site. Vitals is a subsidiary of MDX Medical, which is led by CEO Mitchel Rothschild, Chairman Richard D. Forman and Cofounder and Chief Medical Advisor Todd Rosengart, MD.

CONFIDENTIAL - ATTORNEYS EYES ONLY                    HG0037422