# EXHIBIT 3

**From:** Dave Hicks
**Sent:** Friday, September 10, 2010 7:49 AM
**To:** Robin Rogers; Aaron Goddard
**Subject:** RE: Should Doctors Worry About Online Ratings?  ACP Article Sept 2010

If hospital websites contain pictures of affiliated doctors, we should absolutely put this in our roadmap for physician engagement.  Will need to work with our clients first, which is something we wanted to set up with Tod in the next couple of weeks.

**From:** Robin Rogers
**Sent:** Friday, September 10, 2010 7:39 AM
**To:** Dave Hicks; Aaron Goddard
**Subject:** Re: Should Doctors Worry About Online Ratings? ACP Article Sept 2010

Yes. I have done research on this in the past and it appears to be via hospital websites. Perhaps "clients". There is no visible large 3rd party source that they are using.
We could add this to one or more of our professional service products if we build the infrastructure to mass load sql hospital client physician photos but I am not sure if that dilutes the PDC product.

---------------------------
Robin Rogers, Vice President, Data Operations
HealthGrades 303-716-6538
Sent from my BlackBerry Wireless Handheld

**From:** Dave Hicks
**To:** Robin Rogers; Aaron Goddard
**Sent:** Fri Sep 10 07:11:52 2010
**Subject:** FW: Should Doctors Worry About Online Ratings? ACP Article Sept 2010

Somehow it seems that Vitals may be capturing pictures and videos from other locations besides the physicians providing them with this info?????  Maybe??

**From:** Cassandra Mondrow
**Sent:** Wednesday, September 08, 2010 8:29 PM
**To:** Dave Hicks; Robin Rogers; Becky Allen; Rick May; Alan Fliegelman; Cindi Rife; Richard Dolman
**Cc:** Tracy Pugliese; Scott Shapiro; Brian Vacanti; Stacy SundownKiene
**Subject:** Should Doctors Worry About Online Ratings? ACP Article Sept 2010

Interesting and relevant article.  I may use some quotes from the article and put in the Get More Patient Surveys and Respond to Patient Surveys sections of the portal; we can also reference some of this in our marketing emails:

http://www.acpinternist.org/archives/2010/09/online.htm

Some key information from the article:

-    While negative ratings can be damaging, they say, embracing the trend may be a better strategy, since online reviewing probably isn't going away.

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                              HG0035832

- Instead of fighting the critics, Mr. Gandolf recommends that his clients encourage their patients to post ratings. Chances are there will be more positive than negative reviews and any negative postings will seem like outliers, he said. "Make sure you have happy patients and encourage those people to review online. That's a more proactive strategy that avoids being slayed by a couple of patients who are unhappy."

- A study of 33 rating sites found that while use of the sites is still limited, 88% of posted reviews are positive. Also, the authors noted, most complaints were about non-clinical issues, such as wait times, and could be addressed without violating patients' privacy.

- Right now, most doctors either aren't rated at all or have one or two reviews, making the sites of little use to consumers and giving disproportionate weight to negative reviews. So it may be in physicians' best interests to encourage their patients to use the sites. "If you have lots of ratings, you will show up well in searches and the odds of getting slammed by one or two people will dissipate," said Mr. Gandolf of Healthcare Success Strategies.

- Drscore.com, launched by dermatologist Steven R. Feldman, MD, PhD, in 2005,…. Reports also show how the doctor compares with his peers nationally and within a specialty.

- On rating site Vitals.com, more than 1,000 physicians log on to edit their profiles each week, said founder Mitchel Rothschild… The site is also starting to post videos with doctors' profiles, he said, which is "another opportunity for the doctor to present his office in a positive way."

- One way to determine which sites are getting the most consumer traffic is to do a search of your name on Google Maps or Yahoo Local, said Mr. Gandolf. These sites aggregate data from a variety of sources, such as Healthgrades and Vitals, and sites with the most ratings are more likely to show up on the first page of the search results, he explained.

- Patient satisfaction extends beyond patient-physician rapport, said Dr. Lagu.

- The technical aspects of care are important, she said, but subjective reviews tend to have a greater impact on patients' choices.

Cassie

---

**Cassandra Mondrow**

**Corporate Communications and Marketing**

HealthGrades: Guiding America to Better Healthcare®

NASDAQ: HGRD

w (303) 716-6553

c (303) 204-2197

f (303) 716-6653

cmondrow@healthgrades.com

---

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                    HG0035833

The message contains confidential and/or legally privileged information and is intended for use only by the indicated addressee. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                      HG0035834