# EXHIBIT 4

**From:** John Neal
**Sent:** Thursday, May 13, 2010 8:30 AM
**To:** Andrea Pearson; Dave Hicks; Wes Crews; Kerry Hicks; Allen Dodge
**Subject:** RE: Vitals new posting on their hospital program

==We need to gather intelligence on their program and pricing.== Is there someone outside of HG that could assist? Ideally, it would be someone from within the industry without obvious ties to us.

John

**From:** Andrea Pearson
**Sent:** Thursday, May 13, 2010 10:28 AM
**To:** John Neal; Dave Hicks; Wes Crews; Kerry Hicks; Allen Dodge
**Subject:** Vitals new posting on their hospital program

http://spotlight.vitals.com/2010/05/vitals-for-hospitals-helps-hospitals-promote-their-doctors/

---

**Andrea Pearson**
**Executive Vice President, Internet Strategy and Operations**
HealthGrades: Guiding America to Better Healthcare®
NASDAQ: HGRD
500 Golden Ridge Road, Suite 100
Golden, Colorado 80401
w (303) 390-2537
f (303) 390-2637
apearson@healthgrades.com

The message contains confidential and/or legally privileged information and is intended for use only by the indicated addressee. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    HG0052138