**Kirstin Stoll-DeBell**

| | |
|---|---|
| **From:** | David C. Lee <dlee@sillscummis.com> |
| **Sent:** | Monday, July 09, 2012 4:16 PM |
| **To:** | 'Vazquez, Jesus'; Kostolansky, Kris J.; Phipps, Jeffrey; Kirstin Stoll-DeBell |
| **Cc:** | Scott D. Stimpson; Scott Murray |
| **Subject:** | Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB |
| **Attachments:** | MDX 0104783.pdf; MDX 0104744.pdf; MDX 0104746.pdf; MDX 0104749.pdf; MDX 0104757.pdf; MDX 0104768.pdf; MDX 0104770.pdf; MDX 0104771.pdf; MDX 0104777.pdf; MDX 0104779.pdf |

Counsel:

This is to inform you that MDx is not relying on the opinion of Mr. Maldjian for MDx's advice-of-counsel defense. Even so, we recognize that communications relating to the subject matter of the Maldjian opinion are to be produced, and they are attached as documents bates labeled MDX 0104744 to 0104783.

Regards,



NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

**EXHIBIT 17**