**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**PARTIES' JOINT STIPULATED MOTION
TO STAY THE CASE FOR 45 DAYS TO ALLOW FOR MEDIATION
AND TO EXTEND THE CURRENT CASE DEADLINES BY 45 DAYS**

Plaintiff Health Grades, Inc. ("Health Grades"), and Defendant MDx Medical, Inc. d/b/a Vitals.com ("MDx")(collectively, the "Parties"), by their respective undersigned counsel, pursuant to Federal Rules of Civil Procedure 16(b)(4), D.C.Colo.LCivR 6.1(C) and (D), D.C.Colo.LCiv.R 7.1, and Sections 12 and 13 of the Scheduling Order in this case, respectfully submit their Joint Stipulated Motion to Stay the Case for 45 Days to Allow for Mediation and to Extend the Current Case Deadlines by 45 Days, and state in support:

**Conferral pursuant to D.C.Colo.LCivR 7.1(A)**

Undersigned counsel have conferred with each other regarding the relief requested herein and have agreed to the relief sought in this motion.

**JOINT MOTION**

1.    This is a complex patent infringement case. Over the past month the Parties have engaged in informal settlement discussions. The Parties believe that a formal mediation may result in resolution of the case.

2. The Parties have discussed and agreed that, in order to maximize the likelihood of reaching a settlement agreement, a 45 day stay of the case is warranted so that each party can focus on scheduling and preparing for mediation, and then participate in a mediation.

3. Pursuant to the Court's Minute Order dated July 10, 2012 [Doc. 251], the current case deadlines are as follows:

> Expert Witness Disclosures:
>
> > The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 13, 2012;
> >
> > The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 3, 2012;
>
> Expert Discovery Cutoff:      August 24, 2012;
>
> Dispositive Motion Deadline: September 7, 2012;
>
> Proposed Pretrial Order:      November 8, 2012;
>
> Pretrial Conference:          November 15, 2012, at 9:00 a.m.

4. The Parties respectfully request the Court enter a 45 day stay effective upon the filing of this motion, i.e., through **September 11, 2012**. The Parties further respectfully request that the current case deadlines be adjusted by 45 days as follows:

     Expert Witness Disclosures:

     The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 17, 2012**;

| | |
|---|---|
| Expert Discovery Cutoff: | **October 8, 2012**; |
| Dispositive Motion Deadline: | **October 22, 2012**; |
| Proposed Pretrial Order: | **January 7, 2013**, or thereafter as scheduled by the Court; |
| Pretrial Conference: | **January 14, 2013**, or thereafter as scheduled by the Court.[1] |

  5. The Parties have sought amendments of the above deadlines on four previous occasions [Doc. 86, 132, 160 and 241]. Copies of this Motion will simultaneously be served on Health Grades and MDx by their respective undersigned counsel.

  WHEREFORE, for good cause shown, the Parties jointly and respectfully request that the Court grant their Motion and order the following:

  (1) The case is stayed through and including **September 11, 2012**;

  (2) Rebuttal expert reports and all information specified in Fed. R. Civ. P. 26(a)(2) is due by **September 17, 2012**;

  (3) The Expert Discovery Cutoff is **October 8, 2012**;

---

[1] Extending the current deadlines for the proposed Pretrial Order and Pretrial Conference by 45 days would make the proposed Pretrial Order due on December 23, 2012, and the Pretrial Conference on December 31, 2012. In light of the holiday season, the Parties respectfully request these two deadlines be extended to January 7 and 14, 2013, respectively, or thereafter as the Court's calendar allows.

3

(4)  The deadline for Dispositive Motions is **October 22, 2012**;

(5)  The proposed Pretrial Order is due by **January 7, 2013**, or thereafter as scheduled by the Court;

(6)  The Pretrial Conference shall be on **January 14, 2013**, or thereafter as scheduled by the Court.

Respectfully submitted this 27th day of July, 2012.

    ROTHGERBER JOHNSON & LYONS LLP

    *s/ Kris J. Kostolansky*
    Kris J. Kostolansky, Esq.
    Jesús M. Vázquez, Jr., Esq.
    Gregory B. Kanan, Esq.
    1200 17th Street, Suite 3000
    Denver, Colorado  80202
    Tel:  (303) 623-9000
    Fax:  (303) 623-9222
    Email: kkosto@rothgerber.com
           jvazquez@rothgerber.com
           gkanan@rothgerber.com

    *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

    SILLS CUMMIS & GROSS P.C.

    *s/ Scott David Stimpson*
    Scott David Stimpson, Esq.
    David Chunyi Lee, Esq.
    Scott Murray, Esq.
    One Rockefeller Plaza, 25th Floor
    New York, NY  10020
    Tel:  (212) 500-1550
    Fax:  (212) 643-6500
    Email:  sstimpson@sillscummis.com
            dlee@sillscummis.com
            smurray@sillscummis.com
    *Attorneys for Defendant/Counterclaimant MDx Medical, Inc. d/b/a Vitals.com.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2012, I electronically filed the foregoing **PARTIES' JOINT STIPULATED MOTION TO STAY THE CASE FOR 45 DAYS TO ALLOW FOR MEDIATION AND TO EXTEND THE CURRENT CASE DEADLINES BY 45 DAYS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-email addresses:

Scott David Stimpson
David Chunyi Lee
Scott B. Murray
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY 10112
Email: sstimpson@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: ridley@wtotrial.com

*s/ Kris J. Kostolansky*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: kkosto@rothgerber.com
          jvazquez@rothgerber.com
          jphipps@rothgerber.com
          gkanan@rothgerber.com
*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

5