# EXHIBIT B

Confidential - Attorneys' Eyes Only
Lawrence West   June 26, 2012

1

1       CONFIDENTIAL ATTORNEYS' EYES ONLY
2  UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF COLORADO
3  ------------------------------------------x
   HEALTH GRADES, INCORPORATED,
4
                        Plaintiff,
5
6  vs.                           Civil Action No.
7                                11-CV-00520-PAB-BNB
8  MDX MEDICAL, INCORPORATED D/B/A,
   VITALS.COM,
9
                        Defendant.
10 ------------------------------------------x
11                      June 26, 2012
12                      8:00 a.m.
13
14       Videotaped deposition of LAWRENCE
15 WEST, taken by Plaintiff, pursuant to Notice,
16 at the offices of Sills, Cummis & Gross P.C.,
17 The Legal Center, One Riverfront Plaza,
18 Newark, New Jersey, before Georgette K. Betts,
19 a Certified Shorthand Reporter, Registered
20 Professional Reporter, Certified Livenote
21 Reporter and Notary Public within and for the
22 States of New York and New Jersey.
23
24
25

Merrill Corporation - Chicago

(312) 386-2000                    www.merrillcorp.com/law

**EXHIBIT 7**

Confidential - Attorneys' Eyes Only
Lawrence West   June 26, 2012

33

1  getting online to look at their profile?
2       A.   Yes.
3       Q.   Okay.  So the first step would be
4  the physician would come on to your website and
5  is allowed access to look at their profile as a
6  physician not as a consumer; is that correct?
7       A.   The site is freely public to
8  anyone so we do not make a determination between
9  whether that consumer is a physician or a
10 typical consumer.
11      Q.   Okay.  So the physician would go
12 to your website and look at his or her profile
13 initially just as anyone would look at it, as a
14 consumer might look at it; is that right?
15      A.   Yes.
16      Q.   In order to edit and then --
17      A.   No.
18      Q.   -- the next step?
19      A.   Well, they wouldn't require to
20 look at their profile in order to edit.  You
21 could go directly to the main page of the site
22 and click log-in and register.
23      Q.   That's what I was getting at?
24      A.   Okay.
25      Q.   So there's a way the physician

Confidential - Attorneys' Eyes Only
Lawrence West    June 26, 2012

88

REDACTED

Merrill Corporation - Chicago

(312) 386-2000                              www.merrillcorp.com/law

**EXHIBIT 7**