IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Parties' Joint Stipulated Motion to Stay the Case for 45 Days to Allow for Mediation and to Extend the Current Case Deadlines by 45 Days** [docket no. 267, filed July 27, 212] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. The motion to stay is denied. The motion to extend deadlines is granted and the Scheduling Order is amended as follows:

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 17, 2012**;

| | |
|---|---|
| Expert Discovery Cut-off: | **October 8, 2012**; |
| Dispositive Motion Deadline: | **October 22, 2012**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for November 15, 2012, is **vacated and reset to January 10, 2013, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **January 3, 2013**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: July 30, 2012