**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR PLAINTIFF HEALTH GRADES, INC.**

Pursuant to D.C.COLO.LCivR 83.3 (D) and ECF-Civ.P. Section V.5.5(B), Jeffrey D. Phipps, hereby submits this Unopposed Motion to Withdraw as Counsel of Record for Plaintiff Health Grades Inc., and in support thereof states as follows:

1. Mr. Phipps will no longer be with the law firm of Rothgerber Johnson and Lyons LLP effective August 10, 2012, thereby requiring withdrawal as one of the counsel of record for Plaintiff Health Grades Inc.

2. Gregory Kanan, Kris Kostolansky, and Jesús Vázquez of the law firm Rothgerber Johnson and Lyons LLP, will continue as counsel of record on behalf of Plaintiff Health Grades Inc.

3. Health Grades Inc. has been notified of Mr. Phipps' departure and withdrawal.

4. Pursuant to D.C.COLO.LCivR 7.1(A), counsel for Health Grades has conferred with counsel for MDx Medical, Inc. d/b/a Vitals.com and MDx Medical, Inc. does not oppose this Motion to Withdraw.

1

WHEREFORE, for the foregoing reasons, Mr. Phipps respectfully requests that the Court grant this Motion to Withdraw.

Dated August 1, 2012.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jeffrey D. Phipps*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@rothgerber.com
          kkosto@rothgerber.com
          jvazquez@rothgerber.com
          jphipps@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, I electronically filed the foregoing **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF HEALTH GRADES, INC.** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Mark Jon Rosenberg
David Chunyi Lee
Scott B. Murray
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
Email: ridley@wtotrial.com

*s/ Jeffrey D. Phipps*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Jeffrey D. Phipps, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@rothgerber.com
       kkostolansky@rothgerber.com
       jvazquez@rothgerber.com
       jphipps@rothgerber.com
*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*