IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**PARTIES' JOINT STIPULATED MOTION FOR A 45 DAY EXTENSION TO FILE THEIR RESPECTIVE MOTIONS TO SUPPLEMENT CONTENTIONS AND FOR MDX TO FILE ITS RESPONSE TO HEALTH GRADES' MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT**

Plaintiff Health Grades, Inc. ("Health Grades"), and Defendant MDx Medical, Inc. d/b/a Vitals.com ("MDx")(collectively, the "Parties"), by their respective undersigned counsel, pursuant to Federal Rules of Civil Procedure 16(b)(4), D.C.Colo.LCivR 6.1(C) and (D), D.C.Colo.LCiv.R 7.1, respectfully submit their Joint Stipulated Motion for a 45 Day Extension to File Their Respective Motions to Supplement Contentions and for MDx to File its Response to Health Grades' Motion for Leave to File its First Amended Complaint, and state in support:

**Conferral pursuant to D.C.Colo.LCivR 7.1(A)**

Undersigned counsel have conferred with each other regarding the relief requested herein and have agreed to the relief sought in this motion.

**JOINT MOTION**

1.    Pursuant to the Court's Order dated July 30, 2012 [Doc. 271], the following deadlines were extended by 45 days to allow the Parties to prepare for and participate in formal mediation: (i) deadline for the Parties to designate all rebuttal experts and to provide opposing

counsel with all information required by Fed. R. Civ. P. 26(a)(2), extended to September 17, 2012; (ii) expert discovery cutoff, extended to October 8, 2012; and (iii) dispositive motions deadline, extended to October 22, 2012.

2. The Parties anticipate moving to supplement their respective infringement and invalidity contentions. In order to facilitate settlement discussions and preparations for formal mediation, the Parties request a 45 day extension, through September 17, 2012, for each of them to file their motions to supplement their respective contentions. The Parties will not oppose each others' motions based on timeliness relating to this 45 day extension.

3. Additionally, MDx's response to Health Grades' Motion for Leave to Amend its Complaint [Doc. 252] is currently due on August 6, 2012. The Parties have agreed that an extension through September 17, 2012, for MDx to file its response is warranted to allow the Parties to focus on preparations for formal mediation and to facilitate settlement discussions.

4. The Parties have not previously sought extensions for the supplements and response discussed above. Copies of this Motion will simultaneously be served on Health Grades and MDx by their respective undersigned counsel.

WHEREFORE, for good cause shown, the Parties jointly and respectfully request that the Court grant their Motion and order the following:

(1) The Parties shall have through and including September 17, 2012, to file their motions to supplement their respective contentions;

(2) MDx shall have through and including September 17, 2012, to file its response to Health Grades' Motion for Leave to Amend its Complaint [Doc. 252].

2003786861_1

Respectfully submitted this 2nd day of August, 2012.

        ROTHGERBER JOHNSON & LYONS LLP

        *s/ Kris J. Kostolansky*
        Kris J. Kostolansky, Esq.
        Jesús M. Vázquez, Jr., Esq.
        Gregory B. Kanan, Esq.
        1200 17th Street, Suite 3000
        Denver, Colorado  80202
        Tel:  (303) 623-9000
        Fax:  (303) 623-9222
        Email: kkosto@rothgerber.com
              jvazquez@rothgerber.com
              gkanan@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

SILLS CUMMIS & GROSS P.C.

*s/ Scott David Stimpson*
Scott David Stimpson, Esq.
David Chunyi Lee, Esq.
Scott Murray, Esq.
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Tel:  (212) 500-1550
Fax:  (212) 643-6500
Email:  sstimpson@sillscummis.com
       dlee@sillscummis.com
       smurray@sillscummis.com

*Attorneys for Defendant/Counterclaimant MDx Medical, Inc. d/b/a Vitals.com.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2012, I electronically filed the foregoing **PARTIES' JOINT STIPULATED MOTION FOR A 45 DAY EXTENSION TO FILE THEIR RESPECTIVE MOTIONS TO SUPPLEMENT CONTENTIONS AND FOR MDX TO FILE ITS RESPONSE TO HEALTH GRADES' MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-email addresses:

Scott David Stimpson
David Chunyi Lee
Scott B. Murray
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY 10112
Email: sstimpson@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: ridley@wtotrial.com

*s/ Kris J. Kostolansky*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: kkosto@rothgerber.com
        jvazquez@rothgerber.com
        gkanan@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

4