IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED:

     (1)    The **Parties' Joint Stipulated Motion for a 45 Day Extension [etc.]** [Doc. # 275, filed 8/2/2012] is GRANTED;

     (2)    The parties have to and including September 17, 2012, within which to file motions to supplement their respective contentions; and

     (3)    MDX shall respond to Health Grades' Motion for Leave to Amend Its Complaint [Doc. # 252] on or before September 17, 2012.

DATED:  August 6, 2012