IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com,

Defendant.

___

**ORDER**
___

This matter arises on **MDx Medical, Inc.'s Unopposed Motion for Leave to Restrict Access to Document--Document Nos. 236-1, 236-2, 239-1** [Doc. # 256, filed 7/17/2012] (the "Motion to Restrict Access").

The documents at Doc. # 236-1 and Doc. # 239-1 "are identical and at the entire draft transcript of the deposition of Mr. Larry West, Chief Technology Officer of MDx. . . ." Motion to Restrict Access [Doc. # 256] at p. 2. Local rule of practice 56.1C, D.C.COLO.LCivR, provides that "[v]oluminous exhibits are discouraged. Parties shall limit exhibits to essential portions of documents." The filing of the entire draft transcript of Mr. West's deposition, which is 232 pages in length, violates this rule. Only a few of the 232 pages of the deposition transcript are referred to in the underlying motions. Consequently, I am striking the exhibit and requiring MDx to comply with the requirements of local rule 56.1C.

An adequate showing has been made to restrict access at Level 1 to Doc. # 236-2

IT IS ORDERED that the Motion to Restrict Access [Doc. # 256] is GRANTED as

follows:

    • Access to Doc. # 236-2 is Restricted--Level 1;

    • Doc. # 236-1 and Doc. # 239-1 are STRICKEN as violative of D.C.COLO.LCivR 56.1C, and shall not be considered by the court.  MDx shall file, on or before August 14, 2012, revised exhibits that comply with the requirements of  D.C.COLO.LCivR 56.1C; and

    • Although Doc. # 236-1 and Doc. # 239-1 have been stricken and will not be considered by the court, access to them shall remain Restricted--Level 1, and they shall not be open to public inspection.

Dated August 7, 2012.

BY THE COURT:

 s/ Boyd N. Boland  
United States Magistrate Judge

2