**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S MOTION TO RESTRICT ACCESS TO DOCUMENT –
DOCUMENT NOS. 264 and 264-1**

---

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), pursuant to D.C.COLO.L.CivR 7.2 moves this Court for an order continuing the restricted access to Document Nos. 264 and 264-1, which were filed as part of Plaintiff Health Grades, Inc.'s ("Health Grades") Reply In Support of It's Motion to Preclude MDx's Advice of Counsel Defense for Violation of Local Patent 3-7, or in the Alternative to Compel Discovery Relating to Opinions of Counsel Pursuant to Local Patent Rule 3-7 and Rules 30(a)(1) and 37(a)(1) of the Federal Rules of Civil Procedure [Dkt. # 263], at a Level 1 restriction, pursuant to Section 6.1.7 of the Protective Order entered in this action. (Dkt. # 227).

    In support of this motion, MDx states as follows:

    1.    Counsel for MDx has contacted counsel for Health Grades pursuant to D.C.COLO.L.Civ.R 7.1 to confer regarding this motion, but has been unable to complete the

1

meet and confer process. When MDx is able to complete the meet and confer process, it will supplement this motion.

2. The documents at issue are two exhibits attached to Health Grades' reply, which represent confidential MDx information as explained herein.

3. **<u>Document No. 264</u>** – Document 264 is Exhibit 18 to Health Grades' reply. The document is a string of e-mails between MDx and its outside counsel. MDx wishes to redact certain confidential statements made in the e-mails between it and its attorneys regarding MDx's investors, and the company's interactions with those investors. Attached hereto as Exhibit A is a proposed redacted version of the Exhibit 18 to protect such information from public access. In view of the public's access to document 264 offered by this redacted document, MDx requests that document 264 remain restricted at a Level 1 restriction.

4. **<u>Document No. 264-1</u>** – Document 264-1 is Exhibit 24 to Health Grade's reply. This exhibit is the opinion of counsel that MDx received from the Maldjian Law Group LLC in 2011. This exhibit contains confidential and propriety information about the Vitals.com website, its design. Accordingly, MDx requests that this entire document remain under restricted access.

5. As described herein, the documents discuss MDx's confidential information, and therefore, a Level 1 restriction is necessary, and outweighs the presumption of public access.

6. MDx will suffer significant injury if its confidential and propriety information is accessible by the public, especially such information that is contained in communications between MDx and its outside counsel.

For the foregoing reasons, MDx requests that this Court grant this motion to continue restricted access to Document Nos. 264 and 264-1 at a restriction Level 1, and approve the use of the proposed redacted version of Document No. 264.

Dated:  August 9, 2012

Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2012, I electronically filed the foregoing MDX MEDICAL, INC.'S MOTION TO RESTRICT ACCESS TO DOCUMENT – DOCUMENT NOS. 264 and 264-1 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Jeffrey David Phipps
  jphipps@rothgerber.com, kmeans@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                             *s:/ David C. Lee*