IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com,

Defendant.

_____

**ORDER**
_____

The parties have inundated the court with motions, including the following which have been referred to me:

(1)	Health Grade, Inc.'s Motion to Compel [etc.] [Doc. # 189, filed 4/25/2012];

(2)	Health Grades, Inc.'s Motion for Leave to Serve One Request for Inspection [etc.] [Doc. # 196, filed 5/10/2012];

(3)	MDx Medical, Inc.'s Motion to Restrict Access [Doc. # 214, filed 6/14/2012];

(4)	Health Grades, Inc.'s Motion to Strike New Invalidity Argument [Doc. # 215, filed 6/15/2012];

(5)	Health Grades, Inc.'s Motion to Preclude MDx's Advice-of Counsel Defense [Doc. # 219, filed 6/15/2012];

(6)	MDx Medical, Inc.'s Unopposed Motion to Restrict Access [Doc. # 232, filed 6/29/2012];

(7)	Health Grades, Inc.'s Unopposed Motion for Leave to Supplement Its Reply

[Doc. # 237, filed 7/3/2012];

(8) MDx Medical, Inc.'s Unopposed Motion for Leave to File Sur-Reply [etc.] [Doc. # 244, filed 7/6/2012];

(9) Health Grades, Inc.'s Motion for Leave to Amend Its Complaint [Doc. # 252, filed 7/13/2012];

(10) MDx Medical, Inc.'s Unopposed Motion to Restrict Access [Doc. # 259, filed 7/23/2012];

(11) MDx Medical, Inc.'s Unopposed Motion to Restrict Access [Doc. # 269, filed 7/27/2012]; and

(12) MDx Medical, Inc.'s Motion to Restrict Access [Doc. # 279, filed 8/9/2012].

Since at least November 15, 2011, the parties have conducted this case in an unmanageable manner. At the time of the scheduling conference, the parties persuaded me to adopt the Local Rules of Practice for Patent Cases before the United States District Court for the Northern District of California, promising that those procedures would "reduce discovery and other litigation costs. . . ." Scheduling Order [Doc. # 34] at p. 6. Subsequently, they have repeatedly invoked those procedures to unreasonably multiply these proceedings.

IT IS ORDERED:

(1) On or before **August 30, 2012**, the parties shall confer in an attempt to limit the issues pending before the court;

(2) On or before **September 6, 2012**, the parties shall file a status report addressing how I may best address the issues which must be determined;

(3) A status conference is set for **September 11, 2012, at 8:30 a.m.**, to address the

motions now outstanding.

Dated August 10, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge