```
                                                                  1

    1              ROUGH - UNPROOFREAD - WEST

    2         CONFIDENTIAL -ATTORNEYS' EYES ONLY

    3    REALTIME AND INTERACTIVE REALTIME TRANSCRIPT
                    ROUGH DRAFT DISCLAIMER
    4                  IMPORTANT NOTICE:

    5                 AGREEMENT OF PARTIES

    6          We, the party working with realtime and
         rough draft transcripts, understand that if we choose
    7    to use the realtime rough draft screen or the
         printout, that we are doing so with the understanding
    8    that the rough draft is a noncertified copy.
                 We further agree not to share, give, copy,
    9    scan or fax or in any way distribute this realtime
         rough draft in any form (written or computerized) to
   10    any party.  However, our own experts, co-counsel and
         staff may have limited internal use of same with the
   11    understanding that we agree to destroy our realtime
         rough draft and/or any computerized form, if any, and
   12    replace it with the final transcript upon its
         completion.
   13    Case:
         Date:
   14    REPORTER'S NOTE:
                 Since this proceeding has been realtimed
   15    and is in rough draft form, please be aware that there
         may be a discrepancy regarding page and line number
   16    when comparing the realtime screen, the rough draft,
         rough draft disk, and the final transcript.
   17          Also please be aware that the realtime
         screen and the noncertified rough draft transcript may
   18    contain untranslated steno, reporter's notes,
         misspelled proper names, incorrect or missing Q/A
   19    symbols or punctuation and/or nonsensical English word
         combinations.  All such entries will be correct on the
   20    final certified transcript.

   21    REPORTER:  Georgette K. Betts

   22    AGENCY: MERRILL LEGAL SOLUTIONS

   23

   24

   25
```

EXHIBIT 236-1

2

```
 1              ROUGH - UNPROOFREAD - WEST
 2              THE VIDEO OPERATOR:  This is
 3     the video operator speaking, David
 4     Sanders, of Merrill Legal Solutions,
 5     225 Varick Street, New York New York
 6     10014.  Today is June 26th, 2012 and
 7     the time is 8:19 a.m.
 8              We are at the offices of Sills
 9     Cummis & Gross, One Riverfront
10     Plaza, Newark, New Jersey to take
11     the videotape deposition of Larry
12     West in the matter of HealthGrades
13     Incorporated versus MDX Medical
14     Incorporated doing business as
15     Vitals.com, in the United States
16     District Court Northern District of
17     Colorado.  Number
18     11-CV-00520-PAB-BNB.
19              Will counsel please introduce
20     themselves for the record.
21              MR. KANAN:  Greg Kanan for the
22     plaintiff HealthGrades.
23              MR. STIMPSON:  Scott Stimpson,
24     Sills Cummis & Gross for the witness
25     and defendant MDX.
```

EXHIBIT 236-1

147

```
 1                ROUGH - UNPROOFREAD - WEST
 2   and not top doctor for another that's a way for
 3   a potential patient to compare them?
 4              MR. STIMPSON:  Same objection.
 5         A.    If they feel that's enough
 6   information, yes.
 7         Q.    Would it be fair to say in your
 8   mind that if I was a user looking at your
 9   website and I had a results list that had two
10   doctors on it and for one doctor it said board
11   certified, top medical school, top hospital,
12   America's top doctor and for the other doctor it
13   said nothing that that would be a Fay for me to
14   compare those two doctors as to their quality?
15              MR. STIMPSON:  Same objection
16         calls for expert testimony.
17         A.    I don't think that's sufficient
18   enough information I'd want to see the full
19   profile.
20         Q.    Well there might be more
21   information right available?
22         A.    Uh-huh.
23         Q.    One could make a determination of
24   quality on the basis of those criteria that I
25   just identified, couldn't they?
```

**EXHIBIT 236-1**

148

```
 1                ROUGH - UNPROOFREAD - WEST
 2                MR. STIMPSON:  Same objection.
 3        A.      Theoretically, yes.
 4        Q.      And don't you think users do that?
 5                MR. STIMPSON:  Same objection.
 6        It calls for speculation.
 7        Q.      You may answer.
 8        A.      Okay.  The way the search results
 9   are by proximity so you might have a doctor in
10   number one with more information but on page 10
11   you might have another doctor with different
12   information so in the essence of a comparison I
13   would want to select which doctors to look at
14   and compare them side by side in a full profile
15   to me that's comparison.  The fact that a search
16   results might have a couple of highlights for
17   this one or not that one to me just more of
18   indication that I should look at a full profile
19   for that doctor.
20        Q.      Well you don't have a way for the
21   user today to hit a button that session compare
22   and would compare those two doctors that I just
23   described for you do you?
24        A.      No longer.
25        Q.      You used to have that, right?
```

**EXHIBIT 236-1**

```
                                                             149

     1              ROUGH - UNPROOFREAD - WEST
     2         A.   We used to.
     3         Q.   You changed it?
     4         A.   Right.
     5         Q.   Now did the results list page for
     6    doctors before the change have exactly the same
     7    information that it has today?
     8         A.   Yes.
     9         Q.   Okay.  So today one looks at the
    10    results list there's no button to hit compare
    11    but, correct?
    12         A.   Yes.
    13         Q.   But looking at that results list I
    14    could see one doctor where it says as the
    15    example I gave you, board certified, top medical
    16    school, top hospital, America's top doctor and
    17    another doctor with none of those things and I
    18    could make a comparison of those two doctors
    19    from 24 information couldn't I?
    20              MR. STIMPSON:  Same objection.
    21         A.   Um yes.
    22         Q.   I could also get more information
    23    to make a comparison but I could make a
    24    comparison from that couldn't I?
    25              MR. STIMPSON:  Same objection.
```

EXHIBIT 236-1

193

1             ROUGH - UNPROOFREAD - WEST

2    associations any data that would have more than

3    data that could just be displayed on the

4    profile.

5           Q.    Then below that box there's a box

6    that says compare doctors do you see that?

7           A.    Yes, I do.

8           Q.    With arrows running both ways and

9    what is that function?

10          A.    This is an inaccurate

11   representation of how the site would be

12   structured.  You cannot compare doctors based on

13   a doctor profile.  You can only compare doctors

14   based upon a search result set.

15          Q.    So this particular schematic?

16               MR. STIMPSON:  I'm sorry to

17         interrupt I didn't quite here that

18         last can I have the last answer

19         back.

20               (Record read.)

21               MR. STIMPSON:  Thank you.

22         Sorry.

23          Q.    So this particular depiction of

24   core site structure in Exhibit 10, is an

25   inaccurate depiction; is that right?

EXHIBIT 236-1

```
 1              ROUGH - UNPROOFREAD - WEST
 2   rephrase that I'm not sure if it is a subsidiary
 3   of MDX medical but it's an affiliate of MDX
 4   medical I don't know what the business
 5   arrangement is for that.
 6           Q.    So it's related in some way you
 7   don't know the details?
 8           A.    That is correct.
 9           Q.    And what is the patient's choice
10   is it an award or?
11           A.    Yes.
12           Q.    Or just a specification as to
13   certain doctors?
14           A.    It's an award.
15           Q.    And how is it determined?
16           A.    There is a calculation based upon
17   the number of reviews a provider gets in a
18   certain time frame.  I believe it's benchmarked
19   against the other peers and whoever is in the
20   top X percent gets an award.
21           Q.    For number of patient reviews or
22   quality of the reviews?
23           A.    I believe it's combination of
24   both.
25           Q.    Well, can a doctor receive a
```

EXHIBIT 236-1

```
 1              ROUGH - UNPROOFREAD - WEST
 2   patient's choice designation on this results
 3   list simply because they have more patient
 4   surveys than other doctors?
 5          A.    No.
 6          Q.    Okay.  So they have to have a
 7   certain qualitative level of satisfaction as
 8   well?
 9          A.    It has to be combination of those.
10   I do not know the specific algorithm I just know
11   it generally.
12          Q.    And this particular example of the
13   MDX vitals website shows one of the doctors
14   identified as patient's choice none of the
15   others do you know why that is?
16          A.    I would infer that that doctor won
17   it and the other ones did not.
18          Q.    Is this particular doctor Allison
19   Smith won a patients choice award or
20   denomination because of the quality and volume
21   of patient results surveys and the others did
22   not?
23          A.    Yes.
24          Q.    So in that sense this is a
25   comparison of this particular doctor who had the
```

EXHIBIT 236-1

208

```
 1                ROUGH - UNPROOFREAD - WEST
 2    patients choice award with the others who did
 3    not, correct?
 4              MR. STIMPSON:  Objection to
 5         form.
 6         A.   Yes.
 7         Q.   Now the patient choice highlight
 8    here for this particular doctor means
 9    necessarily information provided by your patient
10    survey data, correct?
11         A.   Yes.
12         Q.   And obviously the other
13    information shown here some of the other
14    information shown here comes from the sources
15    you described earlier not the physician about
16    address, where they do business or other data
17    about the doctor, medical schools and hospital
18    affiliation for that matter, right?
19         A.   Can you repeat that question.
20         Q.   Yeah.  You had testified this
21    morning I think about these various sources of
22    data on the doctors that came from a variety of
23    sources some governmental sources?
24         A.   Uh-huh.
25         Q.   Others as well that would provide
```

**EXHIBIT 236-1**

```
                                                                  212

         1               ROUGH - UNPROOFREAD - WEST
         2               MR. STIMPSON:  Objection to
         3     form.  This is all speculation.
         4          Q.   It wouldn't be hard to find it
         5     would it?
         6          A.   I don't know.
         7          Q.   And isn't it possible that the
         8     user could look at this list and from this list
         9     pick the doctor they in fact think is the best
        10     one for them based on this comparison and then
        11     go to the report for the contact information?
        12               MR. STIMPSON:  Objection to
        13     form.  Speculation and expert
        14     testimony.
        15          A.   Yeah, I don't know the consumer's
        16     mind whether or not they can do that.
        17          Q.   Isn't that something that's
        18     possible?
        19               MR. STIMPSON:  Same
        20     objections.
        21          A.   Yeah I guess anything's possible.
        22          Q.   Well why do you show this
        23     highlights column here on this page if you think
        24     that the consumers' just going to look at the
        25     list of doctors and then go to the profile
```

EXHIBIT 236-1

213

1          ROUGH - UNPROOFREAD - WEST

2    report.

3          A.    We feel that the highlights

4    provide kind of a context of information but not

5    much information.  If you want the details on

6    why they got though highlights you would go to

7    the profile page.

8          Q.    So there you are able to say what

9    you think the consumer wants looking at this

10   results list page?

11         A.    No, what I would say is as I said

12   that's what we would think the consumer would

13   want why we designed it this way.

14         Q.    Right?

15         A.    Is that we would think that a

16   consumer would see Alice wetter and want to

17   learn more information on her by going to the

18   profile page.

19         Q.    Right?

20         A.    We would not want to the consumer

21   at that point to leave our site and go

22   elsewhere.

23         Q.    They might look at this results

24   list for Allison wetter Smith and say the only

25   one with the patient's choice award the only one

EXHIBIT 236-1

214

```
 1                ROUGH - UNPROOFREAD - WEST
 2   with four stars rated by patients and board
 3   certified that's the doctor for me and go to the
 4   report on that doctor, right?
 5           A.    You could certainly do that yes.
 6           Q.    Yeah that's why you provide this
 7   highlight information so they can make a choice,
 8   right?
 9           A.    Yes.
10           Q.    And any apologize Mr. West I may
11   have asked you this.  The specialty column here
12   on this exhibit, the data for the source of data
13   for that comes both from potentially both from
14   the doctor him or herself and from these
15   third-party sources of physician data; is that
16   correct?
17           A.    Yes.
18           Q.    Which and perhaps you explained
19   this morning I don't know if I asked you this
20   specific question but as to the specialty
21   information shown here, if the doctor listed two
22   specialties and some third-party source showed
23   two other specialties for the doctor would you
24   put all four in for the doctor or how would that
25   work?
```

**EXHIBIT 236-1**