1

1       ROUGH - UNPROOFREAD - WEST

2       CONFIDENTIAL -ATTORNEYS' EYES ONLY

3    REALTIME AND INTERACTIVE REALTIME TRANSCRIPT
              ROUGH DRAFT DISCLAIMER
4              IMPORTANT NOTICE:

5             AGREEMENT OF PARTIES

6            We, the party working with realtime and
     rough draft transcripts, understand that if we choose
7    to use the realtime rough draft screen or the
     printout, that we are doing so with the understanding
8    that the rough draft is a noncertified copy.
             We further agree not to share, give, copy,
9    scan or fax or in any way distribute this realtime
     rough draft in any form (written or computerized) to
10   any party.  However, our own experts, co-counsel and
     staff may have limited internal use of same with the
11   understanding that we agree to destroy our realtime
     rough draft and/or any computerized form, if any, and
12   replace it with the final transcript upon its
     completion.
13   Case:
     Date:
14   REPORTER'S NOTE:
             Since this proceeding has been realtimed
15   and is in rough draft form, please be aware that there
     may be a discrepancy regarding page and line number
16   when comparing the realtime screen, the rough draft,
     rough draft disk, and the final transcript.
17           Also please be aware that the realtime
     screen and the noncertified rough draft transcript may
18   contain untranslated steno, reporter's notes,
     misspelled proper names, incorrect or missing Q/A
19   symbols or punctuation and/or nonsensical English word
     combinations.  All such entries will be correct on the
20   final certified transcript.

21   REPORTER:  Georgette K. Betts

22   AGENCY: MERRILL LEGAL SOLUTIONS

23

24

25

EXHIBIT 239-1

2

```
 1            ROUGH - UNPROOFREAD - WEST

 2            THE VIDEO OPERATOR:  This is

 3      the video operator speaking, David

 4      Sanders, of Merrill Legal Solutions,

 5      225 Varick Street, New York New York

 6      10014.  Today is June 26th, 2012 and

 7      the time is 8:19 a.m.

 8            We are at the offices of Sills

 9      Cummis & Gross, One Riverfront

10      Plaza, Newark, New Jersey to take

11      the videotape deposition of Larry

12      West in the matter of HealthGrades

13      Incorporated versus MDX Medical

14      Incorporated doing business as

15      Vitals.com, in the United States

16      District Court Northern District of

17      Colorado.  Number

18      11-CV-00520-PAB-BNB.

19            Will counsel please introduce

20      themselves for the record.

21            MR. KANAN:  Greg Kanan for the

22      plaintiff HealthGrades.

23            MR. STIMPSON:  Scott Stimpson,

24      Sills Cummis & Gross for the witness

25      and defendant MDX.
```

EXHIBIT 239-1

32

ROUGH - UNPROOFREAD - WEST

1

2      Q.    To make edits?

3      A.    Yes.

4      Q.    Now so do you monitor or do you

5  keep a record anywhere of physicians who log-in

6  in that using that mechanism to look at their

7  website?

8      A.    Yes.

9      Q.    Okay.  So now back to my original

10  question to you, in some instances the physician

11  would log-in using this password access system,

12  and might actually make edits to their site and

13  that occurs, correct?

14      A.    Yes.

15      Q.    Are there instances when the

16  physician would log-in and look at the physician

17  data but not make any changes?

18      A.    So you're asking me whether they

19  can log-in without making any changes.

20      Q.    Uh-huh?

21      A.    In that case we specifically

22  don't -- we capture the fact that they log-in

23  but there wouldn't be subsequent changes in the

24  auditing of said information so yes.

25      Q.    Right.  So you'd have a log or

**EXHIBIT 239-1**

33

ROUGH - UNPROOFREAD - WEST

1

2    you'd monitor in some fashion electronically or

3    however, when physicians come in and access

4    their material and then you would have material

5    that would show or a log that would show when

6    they've actually changed the site and instances

7    when they have not?

8         A.    Yes.

9         Q.    Okay.  And what are those records

10   called?

11        A.    We call them the easy edit audit

12   records.

13        Q.    EZ?

14        A.    EZ edit is the internal name for

15   the ability for a physician to update their

16   information.

17        Q.    EZ or the word EZ?

18        A.    The letter E, the letter Z then

19   edit.  It's a nickname we give it.

20        Q.    Yes?

21        A.    Just so we know exactly what we're

22   talking about.

23        Q.    Right.

24               Do you know how much instances in

25   which physicians log on to review their

EXHIBIT 239-1

95

```
 1              ROUGH - UNPROOFREAD - WEST

 2        A.    Yes.

 3        Q.    Or a team?

 4        A.    Yes, there is an engineering team

 5   that is dedicated to front end site development.

 6        Q.    Front end site development?

 7        A.    Uh-huh.

 8        Q.    How many people comprise that

 9   team?

10        A.    Six.  And it varies based upon

11   project specific deliverables.

12        Q.    You mean the six vary?

13        A.    Yes, there could be a couple more,

14   a couple less.

15        Q.    I'm gathering you have overall

16   supervision and responsibility for these teams

17   and the 35 people involved in the technology; is

18   that correct?

19        A.    Yes.

20        Q.    Okay.

21              Mr. West is there some sort of

22   demonstration log-in credentials for the EZ

23   audit function that you were describing earlier

24   this morning to show its function,

25   functionality?
```

EXHIBIT 239-1

```
 1              ROUGH - UNPROOFREAD - WEST

 2              MR. STIMPSON:  Object to form.

 3         You can answers.

 4         A.   So you're asking me if you could

 5    go to the website and log-in as a demo

 6    physician.

 7         Q.   Yeah.

 8         A.   Yes.

 9         Q.   And how would you do that.

10         A.   I would go to the website and

11    using the demo log-in and password credentials,

12    log-in.

13         Q.   And then you one could see how

14    this works?

15         A.   Correct.

16         Q.   You wouldn't actually be able to

17    make any edits I take it?

18         A.   The edits are on what we would

19    consider a test provider account.

20         Q.   And I -- do you do that on

21    occasion with physicians?

22         A.   No.

23         Q.   Who do you do it with or maybe

24    you've he never done it?

25         A.   I'm not quite sure what you're
```

EXHIBIT 239-1

97

```
 1                    ROUGH - UNPROOFREAD - WEST

 2      asking me.

 3              Q.    Has this demo log-in been used?

 4              A.    Yes.

 5              Q.    By whom?

 6              A.    I'm not sure specifically, by a

 7      lot of people.

 8              Q.    Is that demonstration system

 9      confidential?

10              A.    You must use a user name and

11      password so...

12              Q.    That's provided by the company?

13              A.    Exactly.

14              Q.    I take it that's a fairly simple

15      process of providing a password and log-in?

16              A.    Yes.

17              Q.    If we were to pull up the site

18      could you show us how to do it today?

19                    MR. STIMPSON:  No.  I can

20              answer that question.  You've argued

21              that and you've lost it, and I'm not

22              going to allow him to log you in.

23              If we have to go to the court, we

24              have to go to the court.

25                    MR. KANAN:  Well --
```

**EXHIBIT 239-1**

98

```
1               ROUGH - UNPROOFREAD - WEST

2               MR. STIMPSON:  You can ask him

3          if he can.

4               MR. KANAN:  I don't know if I

5          was asking him to do it --

6               MR. STIMPSON:  Okay well --

7               MR. KANAN:  -- I was asking

8          him if he could show us today.

9               MR. STIMPSON:  Okay.

10         Q.    Could you show us?

11         A.    Yes.

12         Q.    I'm not saying will you, I'm

13   saying are you able to show us that?

14         A.    I would be able to with a computer

15   that had Internet access.

16         Q.    And I take it there's no risk that

17   one logging in through in demo system would be

18   able to do anything to alter your website or

19   your how the system functions, correct?

20         A.    Yes.

21         Q.    It's restricted in that sense,

22   right?

23         A.    Yes.

24         Q.    Okay.

25              MR. KANAN:  Scott, you
```

**EXHIBIT 239-1**

```
 1              ROUGH - UNPROOFREAD - WEST
 2        wouldn't allow him to do it today?
 3              MR. STIMPSON:  Isn't that what
 4        you exactly asked for in the court
 5        documents?
 6              MR. KANAN:  Well, I'm not
 7        going to argue with you about it --
 8              MR. STIMPSON:  Well if I'm
 9        wrong --
10              MR. KANAN:  I just want to
11        know your position.
12              MR. STIMPSON:  If I'm wrong
13        let me know, but I think that's
14        exactly --
15              MR. KANAN:  I just want to
16        know your position.  It seems to me
17        it's a simple process, there's no
18        risk to the company and it strikes
19        me that it would perhaps be a useful
20        way to resolve an area of dispute,
21        but so -- but your position is what
22        it is --
23              MR. STIMPSON:  Yeah.
24              MR. KANAN:  -- if you're
25        saying no, then your answer was no.
```

EXHIBIT 239-1

1          ROUGH - UNPROOFREAD - WEST

2              MR. STIMPSON:  Yeah I think if

3          I remember correctly, that was a

4          request to inspect the court denied,

5          so I can't just let it go, so it's

6          okay.

7          Q.    Am I correct, Mr. West is

8     understanding that using that demo log-in system

9     wouldn't in any way reveal any source code to

10    whoever would do this?

11         A.    That is correct.

12         Q.    Is the, is the first occasion that

13    you ever learned of HealthGrades when you were

14    doing the research you described earlier some

15    six years or so ago?

16         A.    Yes.

17         Q.    Okay.  You'd not ever heard of

18    them before that?

19         A.    Not that I recall.

20              (Whereupon, DESC          , was

21          marked as Plf/dft

22          Exhibit XN            for

23          identification, as of this date.)

24         Q.    Mr. West you have before you

25    deposition Exhibit 4.  Have you seen this

**EXHIBIT 239-1**