**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT
ACCESS TO DOCUMENT – DOCUMENT NOS. 282-1 and 282-2**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to D.C.COLO.L.CivR 7.2 moves this Court for an order continuing the restricted access to Document Nos. 282-1 and 282-2, which were filed by Health Grades, Inc. ("Health Grades"), pursuant to the Court's Order (dkt. # 278), as replacements for previous Document Nos. 236-1 and 239-1.

Pursuant to D.C.COLO.L.CivR 7.1, the Parties conferred on August 28, 2012, and counsel for Health Grades has indicated that Health Grades does not oppose this motion and the relief requested herein.

Main Document Having Dkt. # 282

The Parties have agreed that public access to the main document having dkt. # 282 shall not be restricted.

1

Exhibits Having Dkt. # 282-1 and 282-2

The exhibits having dkt. # 282-1 and dkt. # 282-2 are portions of the draft transcript of the deposition of Mr. Larry West, Chief Technology Officer of MDx, taken on June 26, 2012. These documents replace dkt. # 236-1 and 239-1, respectively, which were the entire draft transcript of the deposition of Mr. Larry West. The Court has restricted access to dkt. # 236-1 and 239-1 at a Level 1 restriction (dkt. # 278)

MDx requests that the replacement exhibits dkt. # 282-1 and 282-2 be restricted for the same reasons that dkt. # 236-1 and 239-1 are restricted. The transcript portions in dkt. # 282-1 and 282-2 contain MDx's confidential and highly confidential information, such as, without limitation:

- MDx's internal website structure (*e.g.*, dkt. # 282-1, transcript p. 193, lines 5-25);
- MDx's internal technology underlying its website (*e.g.*, dkt. # 282-1, transcript p. 206, line 15 – p. 207, line 11; dkt. # 282-2, transcript p. 32, line 4 – p. 33, line 25, p. 95, lines 1-20); and
- Competitive information regarding MDx's data (*e.g.*, dkt. # 282-1, transcript page 208, lines 20-25, p. 214, lines 10-25).

This confidential and highly confidential information relates to highly competitive information about MDx's products and services. Accordingly, MDx will suffer significant injury if this information is accessible by the public.

To provide the public with access to non-confidential information in dkt. # 282-1 and 282-2, MDx provides herewith redacted versions of dkt. # 282-1 and 282-2 as Exhibits A and B, respectively. MDx proposes that Exhibits A and B be entered as public versions of dkt. # 282-1 and 282-2. In view of the proposed alternative, MDx requests the Court's leave to continue the restrictions on access to dkt. # 282-1 and 282-2 at a Level 1 restriction.

Conclusion

      For the foregoing reasons, MDx requests that this Court grant this unopposed motion for continued restrictions on access to Document Nos. 282-1 and 282-2 at a Level 1 restriction.

Dated:  August 28, 2012                        Respectfully submitted,

                                               *s:/Scott D. Stimpson*
                                               Scott D. Stimpson
                                               Scott B. Murray
                                               David C. Lee
                                               Sills Cummis & Gross P.C.
                                               30 Rockefeller Plaza
                                               New York, New York 10112
                                               Tel: (212) 643-7000
                                               Fax: (212) 643-6500
                                               E-mail:sstimpson@sillscummis.com
                                               E-mail:smurray@sillscummis.com
                                               E-mail:dlee@sillscummis.com

                                               and

                                               Terence Ridley, Atty. No. 15212
                                               Wheeler Trigg O'Donnell LLP
                                               370 Seventeenth Street, Suite 4500
                                               Denver, Colorado 80202
                                               Tel:  (303) 244-1800
                                               Fax:   (303) 244-1879
                                               E-mail: ridley@wtotrial.com

                                               *Attorneys for Defendant*
                                               MDx Medical, Inc. d/b/a VITALS.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2012, I electronically filed the foregoing MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT – DOCUMENT NOS. 282-1 and 282-2 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Jeffrey David Phipps
  jphipps@rothgerber.com, kmeans@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                     *s:/  David Lee*