# EXHIBIT B

```
                                                          1

 1              ROUGH - UNPROOFREAD - WEST

 2         CONFIDENTIAL -ATTORNEYS' EYES ONLY

 3    REALTIME AND INTERACTIVE REALTIME TRANSCRIPT
                 ROUGH DRAFT DISCLAIMER
 4                  IMPORTANT NOTICE:

 5                AGREEMENT OF PARTIES

 6         We, the party working with realtime and
      rough draft transcripts, understand that if we choose
 7    to use the realtime rough draft screen or the
      printout, that we are doing so with the understanding
 8    that the rough draft is a noncertified copy.
               We further agree not to share, give, copy,
 9    scan or fax or in any way distribute this realtime
      rough draft in any form (written or computerized) to
10    any party.  However, our own experts, co-counsel and
      staff may have limited internal use of same with the
11    understanding that we agree to destroy our realtime
      rough draft and/or any computerized form, if any, and
12    replace it with the final transcript upon its
      completion.
13    Case:
      Date:
14    REPORTER'S NOTE:
               Since this proceeding has been realtimed
15    and is in rough draft form, please be aware that there
      may be a discrepancy regarding page and line number
16    when comparing the realtime screen, the rough draft,
      rough draft disk, and the final transcript.
17             Also please be aware that the realtime
      screen and the noncertified rough draft transcript may
18    contain untranslated steno, reporter's notes,
      misspelled proper names, incorrect or missing Q/A
19    symbols or punctuation and/or nonsensical English word
      combinations.  All such entries will be correct on the
20    final certified transcript.

21    REPORTER:  Georgette K. Betts

22    AGENCY: MERRILL LEGAL SOLUTIONS

23

24

25
```

EXHIBIT 239-1

2

```
 1          ROUGH - UNPROOFREAD - WEST
 2             THE VIDEO OPERATOR:  This is
 3      the video operator speaking, David
 4      Sanders, of Merrill Legal Solutions,
 5      225 Varick Street, New York New York
 6      10014.  Today is June 26th, 2012 and
 7      the time is 8:19 a.m.
 8             We are at the offices of Sills
 9      Cummis & Gross, One Riverfront
10      Plaza, Newark, New Jersey to take
11      the videotape deposition of Larry
12      West in the matter of HealthGrades
13      Incorporated versus MDX Medical
14      Incorporated doing business as
15      Vitals.com, in the United States
16      District Court Northern District of
17      Colorado.  Number
18      11-CV-00520-PAB-BNB.
19             Will counsel please introduce
20      themselves for the record.
21             MR. KANAN:  Greg Kanan for the
22      plaintiff HealthGrades.
23             MR. STIMPSON:  Scott Stimpson,
24      Sills Cummis & Gross for the witness
25      and defendant MDX.
```

EXHIBIT 239-1

```
 1              ROUGH - UNPROOFREAD - WEST

 2         Q.   To make edits?

 3         A.   Yes.
```

REDACTED

EXHIBIT 239-1

33

1 ROUGH - UNPROOFREAD - WEST

REDACTED

EXHIBIT 239-1

95

       1            ROUGH - UNPROOFREAD - WEST

REDACTED

      21            Mr. West is there some sort of

      22   demonstration log-in credentials for the EZ

      23   audit function that you were describing earlier

      24   this morning to show its function,

      25   functionality?

EXHIBIT 239-1

96

```
 1                ROUGH - UNPROOFREAD - WEST
 2                MR. STIMPSON:  Object to form.
 3           You can answers.
 4           A.   So you're asking me if you could
 5   go to the website and log-in as a demo
 6   physician.
 7           Q.   Yeah.
 8           A.   Yes.
 9           Q.   And how would you do that.
10           A.   I would go to the website and
11   using the demo log-in and password credentials,
12   log-in.
13           Q.   And then you one could see how
14   this works?
15           A.   Correct.
16           Q.   You wouldn't actually be able to
17   make any edits I take it?
18           A.   The edits are on what we would
19   consider a test provider account.
20           Q.   And I -- do you do that on
21   occasion with physicians?
22           A.   No.
23           Q.   Who do you do it with or maybe
24   you've he never done it?
25           A.   I'm not quite sure what you're
```

**EXHIBIT 239-1**

```
                                                                    97

     1              ROUGH - UNPROOFREAD - WEST
     2    asking me.
     3         Q.   Has this demo log-in been used?
     4         A.   Yes.
     5         Q.   By whom?
     6         A.   I'm not sure specifically, by a
     7    lot of people.
     8         Q.   Is that demonstration system
     9    confidential?
    10         A.   You must use a user name and
    11    password so...
    12         Q.   That's provided by the company?
    13         A.   Exactly.
    14         Q.   I take it that's a fairly simple
    15    process of providing a password and log-in?
    16         A.   Yes.
    17         Q.   If we were to pull up the site
    18    could you show us how to do it today?
    19              MR. STIMPSON:  No.  I can
    20         answer that question.  You've argued
    21         that and you've lost it, and I'm not
    22         going to allow him to log you in.
    23         If we have to go to the court, we
    24         have to go to the court.
    25              MR. KANAN:  Well --
```

EXHIBIT 239-1

```
 1              ROUGH - UNPROOFREAD - WEST
 2                 MR. STIMPSON:  You can ask him
 3       if he can.
 4                 MR. KANAN:  I don't know if I
 5       was asking him to do it --
 6                 MR. STIMPSON:  Okay well --
 7                 MR. KANAN:  -- I was asking
 8       him if he could show us today.
 9                 MR. STIMPSON:  Okay.
10          Q.    Could you show us?
11          A.    Yes.
12          Q.    I'm not saying will you, I'm
13   saying are you able to show us that?
14          A.    I would be able to with a computer
15   that had Internet access.
16          Q.    And I take it there's no risk that
17   one logging in through in demo system would be
18   able to do anything to alter your website or
19   your how the system functions, correct?
20          A.    Yes.
21          Q.    It's restricted in that sense,
22   right?
23          A.    Yes.
24          Q.    Okay.
25                 MR. KANAN:  Scott, you
```

EXHIBIT 239-1

99

```
 1          ROUGH - UNPROOFREAD - WEST
 2     wouldn't allow him to do it today?
 3          MR. STIMPSON:  Isn't that what
 4     you exactly asked for in the court
 5     documents?
 6          MR. KANAN:  Well, I'm not
 7     going to argue with you about it --
 8          MR. STIMPSON:  Well if I'm
 9     wrong --
10          MR. KANAN:  I just want to
11     know your position.
12          MR. STIMPSON:  If I'm wrong
13     let me know, but I think that's
14     exactly --
15          MR. KANAN:  I just want to
16     know your position.  It seems to me
17     it's a simple process, there's no
18     risk to the company and it strikes
19     me that it would perhaps be a useful
20     way to resolve an area of dispute,
21     but so -- but your position is what
22     it is --
23          MR. STIMPSON:  Yeah.
24          MR. KANAN:  -- if you're
25     saying no, then your answer was no.
```

EXHIBIT 239-1

100

```
 1              ROUGH - UNPROOFREAD - WEST
 2              MR. STIMPSON:  Yeah I think if
 3         I remember correctly, that was a
 4         request to inspect the court denied,
 5         so I can't just let it go, so it's
 6         okay.
 7         Q.    Am I correct, Mr. West is
 8    understanding that using that demo log-in system
 9    wouldn't in any way reveal any source code to
10    whoever would do this?
11         A.    That is correct.
12         Q.    Is the, is the first occasion that
13    you ever learned of HealthGrades when you were
14    doing the research you described earlier some
15    six years or so ago?
16         A.    Yes.
17         Q.    Okay.  You'd not ever heard of
18    them before that?
19         A.    Not that I recall.
20              (Whereupon, DESC           , was
21         marked as Plf/dft
22         Exhibit XN          for
23         identification, as of this date.)
24         Q.    Mr. West you have before you
25    deposition Exhibit 4.  Have you seen this
```

**EXHIBIT 239-1**