## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

### MDX MEDICAL, INC.'S SUPPLEMENT TO ITS UNOPPOSED MOTION TO RESTRICT ACCESS TO DOCUMENT – DOCUMENT NOS. 264 and 264-1

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, hereby supplements its Motion to Restrict Access to Document – Document Nos. 264 and 264-1 [Doc. # 279, the "Motion"].

In the Motion, counsel for MDx indicated that it had contacted counsel for Plaintiff Health Grades, Inc. ("Health Grades") pursuant to D.C.COLO.L.Civ.R 7.1 to confer regarding this Motion, but had been unable to complete the meet and confer process and would supplement the Motion when it is able to complete the meet and confer process.

MDx and Health Grades have now completed the meet and confer process, and counsel for Health Grades indicated that Health Grades does not oppose this Motion.

1

For the reasons stated in the Motion, MDx requests that this Court grant this unopposed Motion to continue restricted access to Document Nos. 264 and 264-1 at a restriction Level 1, and approve the use of the proposed redacted version of Document No. 264.

Dated:  August 31, 2012                                         Respectfully submitted,


*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2012, I electronically filed the foregoing MDX MEDICAL, INC.'S SUPPLEMENT TO ITS UNOPPOSED MOTION TO RESTRICT ACCESS TO DOCUMENT – DOCUMENT NOS. 264 and 264-1 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                          *s:/ David C. Lee*