## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## PARTIES' JOINT STATUS REPORT

Plaintiff Health Grades, Inc. ("Health Grades"), and Defendant MDx Medical, Inc. d/b/a Vitals.com ("MDx")(collectively, the "Parties"), by their respective undersigned counsel, pursuant to the Court's Order dated August 10, 2012 [Doc. # 281] ("Court's Order"), respectfully submit their Joint Status Report:[1]

The Parties participated in an all-day formal mediation on August 30, 2012. Although the Parties did not reach agreement on resolving the case at mediation, progress was made and efforts to do so are continuing.

With respect to the 12 motions listed in the Court's Order, the Parties conferred on August 27, 2012, August 30, 2012, and September 6, 2012, to attempt to limit and resolve the issues pending before the Court. Specifically:

The Parties have resolved item (2) in the Court's Order, Health Grades, Inc.'s Motion for Leave to Serve One Request for Inspection [Doc. # 196, filed 5/10/2012]. Consequently items

---

[1] Undersigned counsel attempted to file this Status Report on September 6, 2012, as required per the Court's Order, however the Court's server was down and would not accept e-filings.

(7) and (8) in the Court's Order have also been resolved.  Accordingly, the Parties withdraw their respective motions at Docs. # 196, 237, and 244.

The Parties are continuing to attempt to resolve items (4) and (5) in the Court's Order.  If those motions are resolved the Parties will promptly submit a supplement to this Joint Status Report.

With respect to items (6), (10), (11) and (12), those four MDx motions are unopposed and therefore there are no issues between the Parties to resolve.

With respect to item (9) in the Court's Order, Health Grades, Inc.'s Motion for Leave to Amend its Complaint [Doc. # 252, filed 7/13/2012, "Motion to Amend"], in its Order dated August 6, 2012 [Doc. # 277], the Court extended the due date for MDx to file its response to September 17, 2012.  The Parties respectfully request that the Court permit time for the Motion to Amend to be fully briefed, and hear the Motion to Amend on a later date when other motions are heard.[2]

The parties cannot resolve item (1), Health Grades, Inc.'s Motion to Compel [etc.] [Doc. # 189, filed 4/25/2012], and item (3), MDx Medical, Inc.'s Motion to Restrict Access [Doc. # 214, filed 6/14/2012].  These two motions are fully briefed and ready for the Court to resolve.

---

[2] In accordance with the Court's Order dated August 6, 2012 [Doc. # 277], the Parties are to file motions to supplement their respective contentions by September 17, 2012.  The Parties respectfully request that the Motion to Amend be heard together with such motions to supplement.

2

Respectfully submitted this 6th day of September, 2012.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesus M. Vazquez, Jr.*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: kkosto@rothgerber.com
            jvazquez@rothgerber.com
            gkanan@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

SILLS CUMMIS & GROSS P.C.

*s/ Scott David Stimpson*
Scott David Stimpson, Esq.
David Chunyi Lee, Esq.
Scott Murray, Esq.
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Tel:  (212) 500-1550
Fax:  (212) 643-6500
Email:  sstimpson@sillscummis.com
             dlee@sillscummis.com
             smurray@sillscummis.com

*Attorneys for Defendant/Counterclaimant MDx Medical, Inc. d/b/a Vitals.com*

# CERTIFICATE OF SERVICE

      I hereby certify that on September 7, 2012, I electronically filed the foregoing **PARTIES' JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-email addresses:

Scott David Stimpson  
David Chunyi Lee  
Scott B. Murray  
Sills Cummis & Gross P.C. – New York  
30 Rockefeller Plaza  
New York, NY 10112  
Email: sstimpson@sillscummis.com  
Email: dlee@sillscummis.com  
Email: smurray@sillscummis.com  

Terence M. Ridley  
Wheeler Trigg O'Donnell, LLP  
1801 California Street, #3600  
Denver, CO 80202-2617  
Email: ridley@wtotrial.com  

*s/ Jesus M. Vazquez, Jr.*
Kris J. Kostolansky, Esq.  
Jesús M. Vázquez, Jr., Esq.  
Gregory B. Kanan, Esq.  
1200 17th Street, Suite 3000  
Denver, Colorado  80202  
Tel:  (303) 623-9000  
Fax:  (303) 623-9222  
Email: kkosto@rothgerber.com  
         jvazquez@rothgerber.com  
         gkanan@rothgerber.com  

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*