IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:     11-cv-00520-PAB-BNB | Date: September 11, 2012 |
| Courtroom Deputy: Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| HEALTH GRADES, INC | *Jesus M. Vazquez Jr.* |
| | *Kris J. Kostolansky* |
| **Plaintiff(s)** | |
| v. | |
| MDX MEDICAL, INC | *Scott D. Stimpson* |
| **Defendant(s)** | |

**COURTROOM MINUTES**

**STATUS CONFERENCE/MOTIONS HEARING**

Court in Session: 8:30 a.m.

Appearance of counsel.

Discussion held regarding the status of the motions pending in the case.

ORDERED:   [196] Motion for Leave to Serve One Request for Inspection Serve One Request for Inspection Under Fed. R. Civ. P. 34(a)(2), or in the Alternative, Health Grades' Motion for Reconsideration of the Order Denying Its Motion to Compel Production of a Demonstration System is DENIED as WITHDRAWN.

[228] Unopposed Motion for Extension of Time to File Response/Reply as to [196] Motion is DENIED as WITHDRAWN.

[244] Unopposed Motion for Leave to File Surreply as to [196] Motion is DENIED as WITHDRAWN.

[189] Motion to Compel Discovery and for an Award of Fees and Costs is GRANTED IN PART and DENIED IN PART as stated on the record. Responses due on or before September 21, 2012.

ORDERED:   [215] Motion to Strike a New Invalidity Argument in MDx Medical, Inc.'s Third

       Supplemental Invalidity Contentions and [219] Motion to Preclude MDx's Advice-of Counsel Defense for Violation of Local Patent Rule 3-7, or in the Alternative, to Compel Discovery Relating to Opinions-of-Counsel Pursuant to Local Patent Rule 3-7 and Rules 30(a)(1) and 37(a)(1) of the Federal Rules of Civil Procedure are TAKEN UNDER ADVISEMENT.

       For reasons stated on the record,
[214] Motion for Leave to Restrict Document is DENIED.
[232] Motion for Leave to Restrict Document is DENIED.
[259] Motion for Leave to Restrict Document is DENIED.
[269] Motion for Leave to Restrict Document is DENIED.
[279] Motion for Leave to Restrict Document is DENIED.
[284] Motion for Leave to Restrict Document is DENIED.
Order denying above motions [214, 232, 259, 269, 279, 284] is STAYED for 7 days to allow parties to file additional documents to narrow and focus the requests.

       Request by defense to stay discovery is DENIED.

Court in Recess: 9:20 a.m.    Hearing concluded.    Total time in Court: 00:50

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119