**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Unopposed Motion for Leave to Exceed Page Limitations, and states in support:

1. Concurrently filed herewith is Health Grades. Inc.'s ("Health Grades") Motion for Leave to Amend its Infringement Contentions to Incorporate Dr. Philip Greenspun's Expert Report (hereafter, the "Motion").

2. The Motion contains 20 pages, not including the Certificate of Service. Good cause exists for allowing the Motion to exceed the 20-page limitation for set forth in the Court's Practice Standards.

3. Patent cases are by their nature complex and require extensive citing to relevant sources of information in support of papers filed with the courts, and such is the case here. The Motion necessarily addresses 12 different issues related to Health Grades' infringement contentions. The complex nature of the arguments that Health Grades must articulate in the Motion requires Health Grades to exceed the page limit by 5 pages.

4. Undersigned counsel certifies that he conferred with counsel for MDx regarding the relief requested herein. MDx **does not oppose** this motion.

WHEREFORE, Health Grades respectfully requests that the Court grant its Motion for Leave to Exceed Page Limitations, and accept Health Grades' Motion filed concurrently herewith.

Respectfully submitted this 17th day of September, 2012.

                ROTHGERBER JOHNSON & LYONS LLP

                *s/ Jesús M. Vazquez*
                Gregory B. Kanan, Esq.
                Kris J. Kostolansky, Esq.
                Jesús M. Vázquez, Jr., Esq.
                1200 17th Street, Suite 3000
                Denver, Colorado  80202
                Tel:  (303) 623-9000
                Fax:  (303) 623-9222
                Email: gkanan@rothgerber.com
                          kkosto@rothgerber.com
                          jvazquez@rothgerber.com

                *Attorneys for Plaintiff Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2012, I electronically filed the foregoing **HEALTH GRADES, INC.'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Scott Murray
David Chunyi Lee
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: smurray@sillscummis.com
Email: dlee@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

*s/ Jesús M. Vazquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@rothgerber.com
         kkostolansky@rothgerber.com
         jvazquez@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*