# EXHIBIT D
# (Part 1 of 4)

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**EXHIBIT A - Claim Chart**
**U.S. Patent No. 7,752,060 To MDx's Current Website**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 1. A computer-implemented method of providing healthcare provider information to potential patients, said method comprising: | | MDx Medical, Inc. ("MDx") directly infringes this claim by practicing a computer-implemented method of providing healthcare provider information to potential patients via its on-line information system, which includes its website (www.vitals.com), its healthcare provider database, and the software and hardware, that are associated therewith.<br><br>MDx provides potential patients with access to MDx's database of information relating to healthcare providers, such as doctors, through its www.vitals.com website.<br><br>Various screenshots taken from http://www.vitals.com/[1] are provided in this claim chart to illustrate the various features of the vitals.com website and how these features correspond to the features of claims 1, 4-9, 11, 14-16.  For instance, Screenshot No. 1 (reproduced below and, in larger form, in Exhibit C) illustrates the homepage of the MDx website where a potential patient begins accessing MDx's information related to specific doctors.<br><br>Screenshot No. 1 |

---

[1]   Screenshots taken between 6/1/11 and 2/24/2012.

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  For example, MDx provides a potential patients with information about a healthcare provider in response to the potential patient clicking on the "find the doctor you need" link or in response to the potential patient clicking on the "find a doctor now" link, both of which are circled in red on Screenshot No. 1 above. |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information regarding a first healthcare provider, wherein the Web server computer comprises at least one computer processor and memory; | "First Healthcare Provider: a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.) | When the potential patient initiates a search for a healthcare provider on the MDx's website, MDx's web server receives a request for information regarding a healthcare provider via the internet.  MDx's web server, as with any server, comprises at least one computer processor and memory.<br>Screenshot No. 2<br><br>Screenshot No. 2 shows an example of where a potential patient may initiate a search for a |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | healthcare provider on MDx's website, i.e., request information about one or more healthcare providers. When the user clicks "find a doctor now," this prompts the patient's web browser to send a request for information about a doctor to the MDx's web server, which receives the request for information and then accesses MDx's database to find data that responds to the user's search query. <br><br> Screenshot No. 3 illustrates yet another portion of MDx's website that provides for MDx's web server to receive a request for information about various doctors based on specialty or location. *See* Screenshot No. 3 (circled in red are ways to search for a doctor). <br><br> Screenshot No. 3 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | <br><br>The Court's Markman Order defines the first healthcare provider as "a particular healthcare provider about whom information is requested and a report is produced."  (Markman Order at 23.)<br><br>MDx literally infringes this element as construed by the Court in its Markman Order.  For example, on the www.vitals.com website, information can be requested about a particular |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | healthcare provider by performing various searches, which are initiated at the www.vitals.com homepage.  Specifically, a potential patient may initiate a search for a particular healthcare provider on MDx's website, which prompts the patient's web browser to send a request for information about the particular doctor the patient is looking for to the MDx's web server, which receives the request for information and then accesses MDx's database to find data that responds to the user's search query.  The various kinds of searches offered on www.vitals.com are shown below: <br><br>  <br><br> First, MDx's website provides for MDx's web server to receive a request for information about a particular healthcare provider when a potential patient clicks the "search by name" link shown below: |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | <br><br>For example, a patient can request information about Dr. Smith in New York, NY: |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | As another example, by clicking on the "advanced tab," a potential patient can request information about Dr. Smith, who is a male plastic surgeon in New York, NY: |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | As another example, a patient can request information about Dr. James Smith in New York, NY:  Second, MDx's website also provides for MDx's web server to receive a request for information about a particular healthcare provider when a potential patient clicks the "search by specialty" link shown below: |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | <br><br>For example, a potential patient can request information about a plastic surgeon in New York, NY: |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
|  |  | <br><br>As another example, by clicking the "Narrow by" button above and selecting additional search criteria, a potential patient can request information about a female plastic surgeon in New York, NY, who speaks Spanish, is board certified, educated in the U.S., and rated 3 stars or higher: |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | As another example, a potential patient can request additional information regarding a particular doctor by clicking on any of the hyperlinks shown in the screenshot above.  If you click on "Sujana S. Chandrasekar, MD", for example, you get additional information about her (partial view shown):<br><br><br><br>To the extent that the Court's construction of first healthcare provider requires that the request for information be directed to *only* one particular healthcare provider, a position with which |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents.  MDx literally infringes this element because the www.vitals.com website is capable of receiving requests for information about only one particular physician. MDx infringes under the doctrine of equivalents because a request for information about multiple particular physicians performs substantially the same function, in substantially the same way, to achieve substantially the same result as a request for one particular physician as shown above.<br><br>To the extent that the Court's construction of first healthcare provider requires that the potential patient know the identity of the particular physician for whom he or she is requesting information before they request the information, a position with which Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents.  MDx literally infringes this element because the www.vitals.com website is capable of receiving requests for information about a particular physician whose identity is known to the requestor before the information is requested.  MDx infringes under the doctrine of equivalents because a request for information about a particular physician that has characteristics that meet search criteria (e.g. female, plastic surgeon, in New York, NY) performs substantially the same function, in substantially the same way, to achieve substantially the same result as a request for a particular physician whose identity is known before the search is run. |
| accessing healthcare provider-verified information about the first healthcare | "First Healthcare Provider: a particular healthcare provider about whom | The Court's Markman Order defines the first healthcare provider as "a particular healthcare provider about whom information is requested and a report is produced."  (Markman Order at 23.)<br><br>At the initiation of the potential patient/user using MDx's website, MDx's web server accesses healthcare-provider-verified information about a particular healthcare provider.  *See* Screenshot |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies; | information is requested and a report is produced." (Markman Order at 23.)<br><br>"Received from the First Healthcare Provider: receipt of information from the first healthcare provider or one of his or her agents, such as an employee, as distinguished from information received from patients or public sources." (Markman Order at 24.)<br>"Although defendant is | No. 4 (illustrating the result of accessing and displaying doctor supplied information). Highlighted in Screenshot No. 4, among other things, are the following pieces of healthcare provider-verified information: doctor's age, gender, specialty information and years in practice.<br><br>Screenshot No. 4<br><br><br><br>The Court's Markman Order defines "received from the First Healthcare Provider" to mean: "receipt of information from the first healthcare provider or one of his or her agents, such as an |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | correct that 'verify' can mean 'to prove,' 'verify' may also mean, depending on its context, 'confirm' or 'substantiate.' . . . . Here, the specification makes clear that the act of 'verifying' requires only that the website receive confirmation of the information from some other source, in this instance the healthcare provider. Indeed, the confirmation described appears to not extend beyond receipt of such | employee, as distinguished from information received from patients or public sources." (Markman Order at 24.)<br><br>MDx receives the healthcare provider-verified information from healthcare providers. MDx's website provides doctors with the ability to send information to MDx.  For example, MDx's website provides many opportunities for doctors to edit their own profiles.  *See, e.g.*, Screenshot No. 5.<br><br>Screenshot No. 5 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | information from the first healthcare provider." (Markman Order at 15 n.8.)<br><br>"The phrase ['received from the first healthcare provider'] and the surrounding context contemplate receipt of information from the first healthcare provider or one of his or her agents, such as an employee, as distinguished from information received from patients or public sources." (Markman Order at 16-17.) | <br><br>MDx states on its website that it receives, compiles, and posts doctor-supplied information. *See* Screenshot No. 6.    Page 19 of 123<br><br>Screenshot No. 6 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the | "First Healthcare Provider: a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)  "Compiling/Compile: gathering and/or putting together." (Markman Order at 24.) | MDx's on-line information service, which includes a computer processor, compiles patient-provided information regarding healthcare providers.  MDx compiles the patient ratings from a www.vitals.com on-line patient-experience survey; this survey is shown in Screenshot No. 7, below.  Screenshot No. 7 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients; | |  |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical | "First Healthcare Provider: a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)  "Compiling/Compile: gathering and/or putting together." (Markman Order at 24.)  "In short, the plain and ordinary meaning of 'verified,' which can encapsulate a range of conduct aimed at | MDx compiles information regarding doctors verified by an independent third-party source. The verified information comprises, at least, medical school, licensure, board certification, medical fellowship and medical residency information.  *See* Screenshot No. 8 (displaying a portion of the FAQ from the vitals.com website stating that the information comes from various third parties).  Screenshot No. 8 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| fellowship information; | confirmation of information, shall apply." (Markman Order at 17.) | <br><br>As a specific example, MDx compiles medical school information on a given doctor from *U.S.* |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | *News & World Report's* "America's Top Medical Schools." *See* Screenshot No. 9 ("What's this?" section describing that MDx compiles medical school information from *U.S. News & World Report*);  MDx then provides potential patients with medical school information associated with a given physician's academic and fellowship history.<br><br>Screenshot No. 9 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | <br><br>MDx compiles licensure information. Screenshot No. 10 evidences that MDx verifies each |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | physician's license with a third party before adding the physician to the results list; to do this, MDx must compile the information in order to compare it to the entry field.<br><br>Screenshot No. 10<br><br><br><br>MDx admits that it compiles board certification information. *See* screenshot No. 11 below ("Vitals receives quarterly updates on board certification from ABMS", circled in orange). |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Further, the American Board of Medical Specialties is an independent source. *See* Screenshot No. 11, "About Board Certification" boxed in red below.)<br><br>Screenshot No. 11<br><br><br><br>MDx compiles additional information verified by an independent third-party source regarding a physician's medical school, internship, residency, and fellowship positions. *See* Screenshot No. 12 (noting that MDx obtains all educational information from independent third parties unless otherwise noted).<br><br>Screenshot No. 12 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | <br>As a specific example, Screenshot 13 provides specific evidence that MDx compiles fellowship information on at least some it its doctors. |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Screenshot No. 13<br><br> |
| creating, by | "First Healthcare | After a patient/user enters search criteria for a doctor, MDx creates one or more healthcare |