EXHIBIT D
(Part 3 of 4)

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| method as defined in claim 7, wherein the results list further includes an advertisement for the first healthcare provider with a hyperlink to information on the first healthcare provider. | | "health providers, doctors, hospitals, or affiliated companies." *See* Screenshot No. 29 (sponsored link circled in red).<br><br>Screenshot No. 29<br><br><br><br>MDx directs a patient who clicks on the sponsored link to a webpage that provides information about the doctor. *See* Screenshot No. 30 (information circled in red). |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Screenshot No. 30  |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 9. The method as defined in claim 7, further comprising: determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; | | MDx determines which doctors are sponsors, or members, based on whether the physician has paid a fee to MDx. *See* Screenshot No. 31 (circled portion providing that MDx determines physicians based on whether the physician has chosen to be a sponsor).<br><br>Screenshot No. 31<br><br> |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | |
| and if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the member healthcare provider on the Web site. | | MDx provides the enhanced service of prominently displaying a member physician. Consider Dr. Bruce Weber displayed at the top of the results list. *See* Screenshot No. 31, *supra*. Absent a sponsored link, MDx would not have displayed Dr. Bruce's information until the user scrolled through the first 291 doctors (page 37 of the results list). *See* Screenshot No. 32. By becoming a sponsor, MDx provided Dr. Weber with prominence among all doctors; he is at the top of every page of the results list.<br><br>Screenshot No. 32 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Screenshot No. 33  |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | MDx allows doctors to become members of its website, wherein these doctors pay a fee to MDx if patients are directed to the doctor by MDx. |
| 11. The method as defined in claim 9, wherein the enhanced services comprise favorable positioning in the results list. | | MDx displays the member doctor in a prominent position. *See* Screenshot No. 34 (circled portion showing favorable position of member doctor).<br><br>Screenshot No. 34<br><br> |
| 14. The | | MDx provides reports on physicians. *See* Screenshot No. 35 (displaying a report for an |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| method as defined in claim 1, wherein the first healthcare provider is a physician. | | internist).<br><br>Screenshot No. 35<br><br> |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 15. An on-line information system for connecting healthcare providers with potential patients, the system comprising: | | MDx provides an online information system for connecting healthcare providers with potential patients. MDx's homepage displays a tagline that reads "Relief . . . is knowing it's easy to find a doctor right for you on Vitals." *See* Screenshot No. 36 (tagline circled in red). MDx's homepage is accessible via the internet. *See* Screenshot No. 36 (web address circled in purple).<br><br>Screenshot No. 36 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |
| at least one computer processor; and | | MDx uses a web server program, which is housed on a web server machine, to deliver its webpage to a potential patient's web browser. A web server machine is a computer, and all computers have computer processors. |

Page 70 of 123

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | |
| memory coupled with and readable by the at least one computer processor and comprising a series of instructions that, when executed by the at least one computer processor, cause the at least one computer processor to: | | MDx's web server machine, like any computer, has memory readable by at least one computer processor. |
| receive a request for information regarding a first healthcare provider; | First Healthcare Provider: a particular healthcare provider about whom information is requested and a report is produced." | See "receiving" element of claim 1 above.<br><br>MDx's web server receives a request for information regarding a first healthcare provider from a potential patient's web browser.  *See, e.g.*, Screenshot 2 and Screenshot 3.<br><br>The Court's Markman Order defines the first healthcare provider as "a particular healthcare provider about whom information is requested and a report is produced."  (Markman Order at 23.)<br><br>MDx literally infringes this element as construed by the Court in its Markman Order.  For |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | (Markman Order at 23.) | example, on the www.vitals.com website, information can be requested about a particular healthcare provider by performing various searches, which are initiated at the www.vitals.com homepage.  Specifically, a potential patient may initiate a search for a particular healthcare provider on MDx's website, which prompts the patient's web browser to send a request for information about the particular doctor the patient is looking for to the MDx's web server, which receives the request for information and then accesses MDx's database to find data that responds to the user's search query.  The various kinds of searches offered on www.vitals.com are shown below:  To the extent that the Court's construction of first healthcare provider requires that the request for information be directed to *only* one particular healthcare provider, a position with which Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents.   MDx literally infringes this element because the www.vitals.com |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | website is capable of receiving requests for information about only one particular physician. MDx infringes under the doctrine of equivalents because a request for information about multiple particular physicians performs substantially the same function, in substantially the same way, to achieve substantially the same result as a request for one particular physician as shown above.<br><br>To the extent that the Court's construction of first healthcare provider requires that the potential patient know the identity of the particular physician for whom he or she is requesting information before they request the information, a position with which Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents.   MDx literally infringes this element because the www.vitals.com website is capable of receiving requests for information about a particular physician whose identity is known to the requestor before the information is requested.  MDx infringes under the doctrine of equivalents because a request for information about a particular physician that has characteristics that meet search criteria (e.g. female, plastic surgeon, in New York, NY) performs substantially the same function, in substantially the same way, to achieve substantially the same result as a request for a particular physician whose identity is known before the search is run. |
| access healthcare provider-verified information about the first healthcare provider, wherein the healthcare | "First Healthcare Provider: a particular healthcare provider about whom information is requested and a | See "healthcare provider-verified" element of claim 1 above.<br><br>The Court's Markman Order defines the first healthcare provider as "a particular healthcare provider about whom information is requested and a report is produced."   (Markman Order at 23.)<br><br>MDx's web server accesses healthcare provider-verified information about a particular healthcare provider at the prompting of a potential patient. To display the healthcare provider- |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies; | report is produced." (Markman Order at 23.)  "Received from the First Healthcare Provider: receipt of information from the first healthcare provider or one of his or her agents, such as an employee, as distinguished from information received from patients or public sources." (Markman Order at 24.) "Although defendant is correct that 'verify' can mean 'to prove,' | verified information in the patient's browser, the server must access the information. Screenshot No. 37 displays the following healthcare provider-verified information: specialty information, gender, and years in practice (information circled in red). Screenshot No. 38 displays hobbies (information circled in red). Screenshot No. 39 displays membership information (information circled in red). Screenshot No. 40 displays publications (information circled in red).  Screenshot No. 37 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | 'verify' may also mean, depending on its context, 'confirm' or 'substantiate.' . . . . Here, the specification makes clear that the act of 'verifying' requires only that the website receive confirmation of the information from some other source, in this instance the healthcare provider. Indeed, the confirmation described appears to not extend beyond receipt of such information from the first healthcare | <br>Screenshot No. 38 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | provider." (Markman Order at 15 n.8.)<br><br>"The phrase ['received from the first healthcare provider'] and the surrounding context contemplate receipt of information from the first healthcare provider or one of his or her agents, such as an employee, as distinguished from information received from patients or public sources." (Markman Order at 16-17.) | <br><br>Screenshot No. 39 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | <br><br>Screenshot No. 40 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | MDx receives the healthcare provider-verified information from healthcare providers. MDx's website provides doctors with the ability to send information to MDx. For example, MDx's website provides many opportunities for doctors to edit their own profiles.<br><br><br><br>MDx states on its website that it receives, compiles, and posts doctor-supplied information. *See* |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Screenshot No. 6<br><br>The Court's Markman Order defines "received from the First Healthcare Provider" to mean: "receipt of information from the first healthcare provider or one of his or her agents, such as an |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | employee, as distinguished from information received from patients or public sources." (Markman Order at 24.)<br><br>The Court's Markman Order states that "'verifying' requires only that the website receive confirmation of the information from some other source, in this instance the healthcare provider. Indeed, the confirmation described appears to not extend beyond receipt of such information from the first healthcare provider." (Markman Order at 15 n.8.)   MDx accesses information verified by a physician or other healthcare professional.<br><br>For example, MDx literally infringes because MDx admits that it accesses information that is provided to MDx by the healthcare provider, and therefore is verified by the healthcare provider.<br><br>Moreover, even if every doctor does not provide every piece of his or her own personal information, and to the extent that any physician information originates with a third party, MDx still literally infringes because its system provides the capability for healthcare providers to verify and edit their own information as detailed above. As such, this editing relies on the fact that the physician is confirming information it edits.<br><br>To the extent that MDx does not literally infringe this element because the physician information is verified by a third party, it infringes under the doctrine of equivalents because it performs substantially the same function in substantially the same way to obtain the same result.   The function of the claim is to make the information service more trustworthy.  The way it makes it more trustworthy is to get information from a third party about the doctor.  The result is that it is more trustworthy. |
| compile | | See "patient-provided" element of claim 1 above. |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by | "First Healthcare Provider: a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)  "Compiling/Compile: gathering and/or putting together." (Markman Order at 24.) | MDx compiles patient-provided information through an online survey on its www.vitals.com website. Screenshot No. 41 displays the MDx on-line patient experience survey. MDx manages the website where the on-line surveys are collected. *See* Screenshot No. 40 (displaying on-line patient survey, circled in red, and the Vitals logo, circled in purple).  Screenshot No. 41 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by a company providing a service for connecting healthcare providers with the potential patients; | | <br><br>Further, MDx admits that it collects information from patients using online experience surveys. *See* MDX 0000224 (noting the rules for displaying patient ratings comprise "a rating equals a submission of a doc for the 8 questions," the eight questions being the ones circled in red |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | above). |
| compile healthcare provider information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, | "<u>First Healthcare Provider</u>: a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)<br><br>"<u>Compiling/Compile</u>: gathering and/or putting together." (Markman Order at 24.)<br><br>"In short, the plain and ordinary meaning of | See "third party source" element of claim 1 above.<br><br>MDx compiles information regarding doctors verified by an independent third-party source. The verified information comprises, at least, medical school, licensure, board certification, medical fellowship and medical residency information.  *See* Screenshot No. 42 (displaying a portion of the FAQ from the vitals.com website stating that the information comes from various third parties).<br><br>Screenshot No. 42 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| medical internship, medical residency, and medical fellowship information; | 'verified,' which can encapsulate a range of conduct aimed at confirmation of information, shall apply." (Markman Order at 17.) |  As a specific example, MDx compiles medical school information on a given doctor from *U.S. News & World Report's* "America's Top Medical Schools." *See* Screenshot No. 43 ("What's |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
|  |  | this?" section describing that MDx compiles medical school information from *U.S. News & World Report*). M);  MDx then provides potential patients with medical school information associated with a given physician's academic and fellowship history.<br><br>Screenshot No. 43 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | <br><br>MDx compiles licensure information. Screenshot No. 44 evidences that MDx verifies each |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | physician's license before adding the physician to the results list; to do this, MDx must compile the information first in order to compare it to the entry field.<br><br>Screenshot No. 44<br><br> |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | MDx admits that it compiles board certification information. *See* screenshot No. 45 below ("Vitals receives quarterly updates on board certification from ABMS", circled in orange). Further, the American Board of Medical Specialties is an independent source. *See* Screenshot No. 45, "About Board Certification" boxed in red below.)<br><br>Screenshot No. 45<br><br> |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | MDx admits that it compiles additional information regarding a physician's medical school, internship, residency, and fellowship positions using independent, third-party resources unless otherwise noted.  *See* Screenshot No. 46 (noting that MDx obtains all educational information from independent third parties unless otherwise noted). <br><br> Screenshot No. 46 |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  As a specific example, Screenshot 47 provides specific evidence that MDx compiles fellowships information on at least some it its doctors.<br><br>Screenshot No. 47 |