# EXHIBIT H

In The Matter Of:

*HEALTH GRADES, INC.*

*v.*

*MDX MEDICAL, INC.*

_____

MITCHEL ROTHSCHILD - Vol. 1

*June 7, 2012*

_____

*ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Page 1

Attorneys' Eyes Only

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF COLORADO

- - - - - - - - - - - - - - - x

HEALTH GRADES, INCORPORATED,  :

              Plaintiff,    :CIVIL ACTION NO:
                             11-CV-00520-PAB-BNB
   vs.                           :

MDX MEDICAL, INCORPORATED,    :

d/b/a, VITALS.COM,            :

              Defendant.    :

- - - - - - - - - - - - - - - x

                 Thursday, June 7, 2012

                    *   *   *

            Videotaped Deposition of MITCHEL ROTHSCHILD, taken pursuant to notice, held at the office of Sills Cummis & Gross, 30 Rockefeller Plaza, New York, New York, commencing at 8:59 a.m., before Anita Shemin, a Certified Shorthand Reporter and Notary Public.

```
                                                                  Page 2

   1 A P P E A R A N C E S:

   2      ROTHGERBER JOHNSON & LYONS, LLP
          BY:   JESUS M. VAZQUEZ, ESQUIRE
   3      90 S. Cascade Avenue
          Suite 1100
   4      Colorado Springs, Colorado 80903
          303.628.9517
   5      jvazquez@rothgerber.com
          Counsel for the Plaintiff
   6


   7
          MERCHANT & GOULD
   8      BY:   KRISTIN L. STOLL-DeBELL, ESQUIRE
          1050 Seventeenth Street
   9      Suite 1950
          Denver, Colorado 80265
  10      303.357.1670
          kstolldebell@merchantgould.com
  11      Counsel for Plaintiff

  12

  13      SILLS CUMMIS & GROSS P.C.
          BY:   SCOTT STIMPSON, ESQUIRE
  14      One Riverfront Plaza
          Newark, New Jersey 07102
  15      973.643.7000
          sstimpson@sillscummis.com
  16      Counsel for Defendant MDX

  17

  18 ALSO PRESENT:

  19 PHILLIP GLAUBERSON, Legal Video Specialist

  20 MIKE WAGNER, Summer Associate, Merchant & Gould

  21 PHILLIP GREENSPUN

  22

  23

  24

  25
```

```
                                                              Page 3
 1  JUNE 7, 2012

 2                        I N D E X

 3  WITNESS                  EXAMINATION BY          PAGE

 4  MITCHEL ROTHSCHILD    Mr. Vazquez                  6

 5

 6                       E X H I B I T S

 7  FOR IDENTIFICATION                                PAGE

 8  Rothschild Exhibit 1   Notice of                   12
                           Deposition
 9
    Rothschild Exhibit 2   10/5/10 email               29
10
    Rothschild Exhibit 3   7/28/10 email               31
11
    Rothschild Exhibit 4   1/5/11 email                32
12
    Rothschild Exhibit 5   1/2/11 opinion of           35
13                         Maldjian Law Group

14  Rothschild Exhibit 6   Screen shot from            49
                           Vitals website
15
    Rothschild Exhibit 7   Screen shot from            49
16                         Vitals website

17  Rothschild Exhibit 8   Freedom to operate          62
                           opinion letter
18
    Rothschild Exhibit 9   Screen shot from            91
19                         the Vitals website

20  Rothschild Exhibit 10  12/15/09 letter             91

21  Rothschild Exhibit 14  1/25/10 letter              94

22  Rothschild Exhibit 15  5/5/10 email               128

23  Rothschild Exhibit 16  March 2011 email           134
                           string
24

25
```

```
 1                    E X H I B I T S
                         (Continued)
 2
     FOR IDENTIFICATION                              PAGE
 3
     Rothschild Exhibit 12  January 2011 email        152
 4                          string

 5   Rothschild Exhibit 11  12/30/10                  158
                            handwritten notes
 6
     Rothschild Exhibit 13  Email string              169
 7
     Rothschild Exhibit 25  Spreadsheets              176
 8
     Rothschild Exhibit 17  PowerPoint                202
 9                          presentation

10   Rothschild Exhibit 18  PowerPoint                203
                            presentation
11
     Rothschild Exhibit 20  PowerPoint                215
12                          presentation

13     (No Exhibit 19 marked)

14   Rothschild Exhibit 21  Email string              217

15   Rothschild Exhibit 22  PowerPoint                220
                            presentation
16
     Rothschild Exhibit 23  Email string              221
17
     Rothschild Exhibit 25  6/29/11 letter            224
18
     Rothschild Exhibit 24  PowerPoint                225
19                          presentation

20

21

22

08:41:17 23

24

25
```

Page 85

11:22:23  1  report, then?  Just one?
11:22:39  2      A    These are snapshots like you might
11:22:41  3  find on LinkedIn or a resume of an individual
11:22:46  4  and information about them.
11:22:49  5           MR. STIMPSON:  Jesus, when you get to
11:22:50  6      a good stopping place.
          7           MR. VAZQUEZ:  Yeah, let's do it now.
          8           THE VIDEOGRAPHER:  The time is
          9      11:25 a.m.  We are going off the record.
         10           (Luncheon recess taken)
         11           (Time noted:  11:25 a.m.)
         12
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25

Page 86

12:34:42   1                  A F T E R N O O N   S E S S I O N

12:34:45   2                  (Time noted:  12:36 p.m.)

12:34:48   3                  THE VIDEOGRAPHER:  Back on the record.

12:34:50   4        The time is 12:36 p.m.

12:34:58   5 BY MR. VAZQUEZ:

12:35:01   6        Q    Mr. Rothschild, before we took our

12:35:03   7 lunch break, I was asking you about the policies

12:35:05   8 that are listed in Exhibit 4, and I just wanted

12:35:07   9 to pick up and finish that line of questioning,

12:35:14  10 okay?

12:35:17  11        A    Sure.

12:35:18  12        Q    And you testified that Vitals/MDX is a

12:35:19  13 small company, so you don't really have a policy

12:35:23  14 book, right?

12:35:27  15        A    Yes.

12:35:39  16        Q    And how do employees know what the

12:35:41  17 policies are, then, if they are not kept in any

12:35:45  18 book or single policy manual?

12:35:51  19        A     There is a sign in our office that

12:35:54  20 says, "If you have integrity, you need less

12:35:57  21 rules."  And we are a small company, and we try

          22 to operate within the bounds of the law as we

12:36:02  23 know it and do the right thing for our patients,

12:36:07  24 and so I'd say it is part of the culture of the

          25 company that people know what's going on when it

Page 87

```
12:36:16   1  comes to certain specific things, like legal
12:36:18   2  issues.  We usually try to either make sure
12:36:21   3  people understand it clearly.
12:36:21   4            There's not that many people that have
12:36:23   5  impact on what's going on, or we put out emails
12:36:26   6  like this.
12:36:30   7       Q    And so with respect to putting this
12:36:36   8  email out, how come it was not distributed -- of
12:36:38   9  course, I can't see any blind copies.  How come
12:36:44  10  it wasn't distributed to all of the employees?
12:36:47  11       A    The two people who got it, one runs
12:36:48  12  the database and one runs the -- was running the
12:36:52  13  site at the time.  And so those were the two
12:36:58  14  main people that needed to know.
12:37:00  15            We were probably at that point, 25, 30
12:37:04  16  employees.  So that was a pretty easy way to
12:37:07  17  communicate.
12:37:08  18       Q    And so which -- can you tell me, is it
12:37:12  19  Erika Boyer that runs the database or ran the
12:37:14  20  site?
          21       A    At that time she was the person
12:37:15  22  responsible for product, which is what we called
12:37:19  23  the site.
12:37:27  24       Q    And then -- so, Mr. West, I assume,
          25  would be the person who would be referred to as
```

Page 88

```
12:37:30   1  running the database?
12:37:37   2      A    Database and technology.
12:37:39   3      Q    Why not send it to all of the
12:37:39   4  employees?
12:37:40   5      A    I don't know.  It just isn't the way I
12:37:41   6  did it.
12:37:46   7      Q    I am sorry?
12:37:48   8      A    I could see argument to do it all --
12:37:49   9  all the employees.  Most of them were not
12:37:54  10  impacted by it.
12:37:58  11      Q    And how many employees did the company
12:38:00  12  have at the time that you wrote this email?
12:38:02  13      A    My guess is 25 to 30.
12:38:04  14      Q    Of the 25 to 30, just two of the
12:38:06  15  employees, in your view, would be impacted by
12:38:18  16  the issues in this email?
12:38:20  17      A    No, these are the senior managers.  It
12:38:25  18  was their job to ensure that things happen.
12:38:27  19      Q    Do you remember we were also
          20  discussing about doctors who had passwords so
12:38:29  21  they could log into the site?
12:38:35  22      A    I remember.
12:38:37  23      Q    And when they do that, when they log
12:38:41  24  in, do they have to confirm whether the
          25  information about them is accurate?
```

Page 89

```
12:38:44   1      A    No.
12:38:48   2      Q    Why not?
12:38:50   3      A    It's not the way the functionality is
12:38:53   4  set up.  It's optional for them to go in there
12:38:54   5  and edit or --
12:39:00   6      Q    So they can't confirm the accuracy if
12:39:02   7  they want to?
12:39:05   8      A    If they open a tab on that particular
12:39:10   9  piece of information, and it is written in
12:39:20  10  there, and they choose not to change it and
12:39:22  11  click accept, then they are accepting that
12:39:25  12  information.
12:39:26  13      Q    There is an assumption or presumption
12:39:32  14  that if they accept it, it is accurate?
12:39:36  15      A    I don't know that I would call it
12:39:38  16  accurate, I would call it as the provider's
12:39:41  17  point of view.  If a provider said they went to
12:39:50  18  Harvard, and they really went to Guadalajara
          19  Medical School, it's not accurate, it's their
12:39:52  20  point of view.
12:39:57  21      Q    Mr. Rothschild, remember we were
12:40:00  22  talking about the Policy No. 2 that says, quote,
12:40:04  23  Our display of third-party verifying information
12:40:06  24  does not include licensure status, closed quote?
          25           Did I read that accurately?
```

Page 90

```
12:40:17  1    A    It looks like you did, yes.
12:40:19  2    Q    And so do you display providers that
12:40:21  3 are not licensed?
12:40:23  4    A    That -- they are not providers if they
12:40:26  5 are not licensed.
12:40:28  6    Q    Meaning all providers that you display
12:40:32  7 are licensed?
12:40:35  8    A    All providers that we display are
12:40:37  9 licensed; however, not all licensed providers,
12:40:44 10 if they have provisional license status, are
12:40:48 11 displayed.
12:40:48 12    Q    Okay.  So aren't you, in effect,
12:40:53 13 displaying licensure data, then?
12:40:55 14         MR. STIMPSON:  Objection to form.
12:40:59 15    A    No, I don't believe we are.  We are
12:41:02 16 displaying the doctors that defines a doctor.
12:41:09 17 The definition of a doctor is one that a state
         18 has given a valid license to define them as
12:41:11 19 being a doctor.
12:41:15 20    Q    Do you think that users of your
12:41:17 21 website understand that if a provider is
12:41:18 22 displayed, that means they are licensed
12:41:23 23 somewhere?
12:41:26 24         MR. STIMPSON:  Objection to form,
         25         calls for expert testimony.
```

Page 226

```
17:20:53  1              MR. STIMPSON:  I take it back.  I have
17:20:53  2      some.
17:20:54  3              MR. VAZQUEZ:  Hold on.
          4  BY MR. VAZQUEZ:
17:20:57  5      Q   Mr. Rothschild, Mr. Rothschild, in all
17:21:00  6  seriousness, may have something to say here.
17:21:00  7      A   Okay.  Well, I do want to make a point
17:21:02  8  on this.
17:21:07  9      Q   Yes?
17:21:10 10      A   I want to make the point that merely
17:21:16 11  because it is an MDX PowerPoint, which does by
17:21:19 12  no means mean that we implemented or did things
17:21:22 13  here, this was most likely a suggestion from one
17:21:25 14  of our more aggressive search engine
17:21:30 15  optimization types, because that is a highly
17:21:33 16  competitive area on what we do, and so they tend
17:21:35 17  to always go over the edge in terms of making
17:21:37 18  suggestions.  And by no means does it reflect
17:21:38 19  what shows up on the site.
17:21:39 20      Q   Are there things that you signed here
17:21:42 21  that seems over the edge to you?
17:21:43 22      A   Many.
17:21:44 23      Q   Okay.  Like what?
17:21:45 24              MR. STIMPSON:  I think you said you
         25      had no more questions.
```

Page 227

```
17:21:50   1            MR. VAZQUEZ:  I know, but then he
17:21:57   2       added.
           3            MR. STIMPSON:  Okay.
17:22:07   4       A    I was just looking at things that --
17:22:11   5  let's see, Page 6, HealthGrades example --
17:22:15   6            MR. STIMPSON:  I need a copy of that.
17:22:15   7       A    -- we didn't do that at all.
17:22:21   8            Page 7, Insider Pages, which we didn't
17:22:26   9  do at all.
17:22:27  10            Page 9, vCards, which we didn't do at
17:22:29  11  all.
17:22:32  12            You know --
17:22:38  13       Q    I understand.  Your point is -- is
17:22:40  14  well taken, that just because you say, hey, this
17:22:45  15  is an authentic MDX PowerPoint, it does not mean
17:22:47  16  that you are saying that everything that is
17:22:50  17  suggested was implemented.  It doesn't mean that
17:22:53  18  anything -- the content is something that is
17:22:55  19  just casting stone.
17:22:57  20       A    Right.  It does not represent an
17:23:00  21  official policy of the company by any means.  It
17:23:01  22  is one individual's suggestions for the things
17:23:02  23  we ought to do and one who is highly aggressive.
17:23:03  24       Q    Yes.
          25            Still with the company?
```

```
                                                          Page 228
17:23:09   1      A    Yes.
           2      Q    Who is that?
17:23:12   3      A    It's somebody from the SCO shop, so I
17:23:15   4  am not sure who is from the SCO shop.
17:23:16   5           MR. VAZQUEZ:  Okay.  I really don't
17:23:18   6      have any more questions.
17:23:18   7           MR. STIMPSON:  I have nothing.
17:23:18   8           MR. VAZQUEZ:  Thank you.  Thank you
17:23:18   9      for your time.
17:23:18  10           THE VIDEOGRAPHER:  This -- this marks
17:23:18  11      the end of Tape No. 4 in the deposition of
          12      Mitchel Rothschild.  We're going off the
          13      record.  The time is 5:25 p.m., June 7,
          14      2012.
          15           (Time noted:  5:25 p.m.)
          16
          17                   _____
          18                    MITCHEL ROTHSCHILD
          19  Subscribed and sworn to before me
          20  this ___ day of _____, 2012.
          21
          22  _____
          23    Notary Public
          24
          25
```

Page 229

1        C E R T I F I C A T E

2  STATE OF NEW YORK    )

3                      : ss.

4  COUNTY OF NEW YORK   )

5           I, ANITA SHEMIN, a CSR, RPR

6  and Notary Public within and for the State

7  of New York, do hereby certify:

8           That MITCHEL ROTHSCHILD, the witness

9  whose deposition is hereinbefore set forth, was

10 duly sworn by me and that such deposition is a

11 true record of the testimony given by the

12 witness.

13          I further certify that I am not

14 related to any of the parties to this action by

15 blood or marriage, and that I am in no way

16 interested in the outcome of this matter.

17          IN WITNESS WHEREOF, I have hereunto

18 set my hand this ____ day of _____, 2012.

19

20                    _____

21                     ANITA SHEMIN, CSR, RPR

22

23

24

25

```
                                                            Page 230

 1 STATE OF NEW YORK    )     Pg 209 of 209 Pgs

 2                          ss:

 3 COUNTY OF NEW YORK   )

 4      I wish to make the following changes, for the

 5 following reasons:

 6 PAGE LINE

 7 ____ ____   CHANGE: _____

 8            REASON: _____

 9 ____ ____   CHANGE: _____

10            REASON: _____

11 ____ ____   CHANGE: _____

12            REASON: _____

13 ____ ____   CHANGE: _____

14            REASON: _____

15 ____ ____   CHANGE: _____

16            REASON: _____

17 ____ ____   CHANGE: _____

18            REASON: _____

19 ____ ____   CHANGE: _____

20            REASON: _____

21 ____ ____   CHANGE: _____

22            REASON: _____

23 ____ ____   CHANGE: _____

24            REASON: _____

25
```