# EXHIBIT A

(Placeholder for Restricted Filing)