# EXHIBIT B

## (Placeholder for Restricted Filing)