# EXHIBIT C

(Placeholder for Restricted Filing)