# EXHIBIT A

**Jesús M. Vázquez, Jr.**
Attorney at Law
303.628.9517
jvazquez@rothgerber.com

# RJL

ROTHGERBER
JOHNSON &
LYONS LLP

One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Telephone: 303.623.9000
Fax: 303.623.9222
www.rothgerber.com

Denver • Colorado Springs • Casper

September 14, 2012

VIA E-MAIL RBLUME@GIBSONDUNN.COM

Robert C. Blume, Esq.
Gibson, Dunn & Crutcher LLP
1801 California Street, #4200
Denver, CO 80202-2642

RE:   Aetna/iTriage License Agreement with MDx

Dear Rob:

On August 30, 2012, we held a formal mediation with MDx/Vitals in our offices before mediator Steve Mains. Despite our diligent efforts, we were unable to reach a settlement.

We now wish to gather some additional information from your clients in advance of trial. As you may recall, Magistrate Judge Boland ordered that, in connection with previous discovery sought by us, we attempt to obtain the information directly from Vitals in the first instance. In this case, we seek to obtain information that can only be provided by your clients in the form of testimonial evidence.

Thus, we would appreciate it if you would identify the representatives of Aetna and iTriage who are most knowledgeable concerning the license agreement with MDx. If different individuals have greater knowledge regarding entry into the agreement and the operational aspects of the agreement, please let us know and disclose the identity of each person.

Some areas that we wish to address with Aetna and iTriage include the following: (a) were representatives of Aetna/iTriage aware of Health Grades' infringement claims against MDx at the time the license agreement was signed; (b) were representatives of Aetna/iTriage aware of the litigation between Health Grades and MDx at the time the license agreement was signed; (c) what actions have Aetna/iTriage taken since they became aware of this litigation to ensure that their actions do not infringe Health Grades' patent rights; (d) whether Aetna/iTriage have made any demands on MDx to minimize the exposure of Aetna/iTriage to patent infringement claims; and (e) the magnitude of the MDx information that is available to Aetna/iTriage and the extent to which that information is possessed by Aetna/iTriage and/or utilized in product offerings to the public.

2003842070_1

ROTHGERBER JOHNSON & LYONS LLP

Robert C. Blume, Esq.
September 14, 2012
Page 2

    You are certainly welcome to respond to our inquiries in writing. However, we would prefer that we be given the opportunity to interview appropriate representatives of iTriage, at your office, to address these and other issues surrounding the pending litigation. We anticipate that representatives of iTriage will be witnesses in the trial. We also anticipate that representatives of Aetna will be witnesses at the trial of this matter. In that regard, we ask that the information we seek be provided informally so that we may determine whether it will be necessary to take the deposition of representatives of Aetna in order to preserve their testimony for trial.

    Thank you for your attention to these matters. We look forward to our continued constructive dialogue with you to minimize the inconvenience to your clients. Thank you.

Very truly yours,

ROTHGERBER JOHNSON & LYONS LLP

Jesús M. Vázquez, Jr.

JMV/pjh

CC:   Scott D. Stimpson, Esq.

2003842070_1