# EXHIBIT E



**Person Search**

**Facility Search**

### Search for a License

Welcome to the Pennsylvania online license verification service. By using this service you are able to search for license information on individuals and businesses regulated by the Bureau of Professional and Occupational Affairs.

**This site is considered a primary source for verification of license credentials provided by the Pennsylvania Department of State.**

Enter one or more fields below and click "Search". It is not necessary to fill in all the fields to do the search. We will search by the fields you complete.

If you have partial information, or not sure of the exact name etc., **you may use a wildcard search by placing a "*" following the partial data entered** (example - not sure if Alan or Allen, enter Al*) to search.

Click **here to search for a Facility** (such as a business or organization), instead of a person.



### Disclaimer

The information contained in this web site is being made available as a public service by the Pennsylvania Department of State (Bureau of Professional and Occupational Affairs). No posted information or material provided is intended to constitute legal or professional advice. The information contained in this web site was supplied from license applications and other sources such as schools and other states. The Department of State makes no representations or warranties, either express or implied, as to the accuracy of any posted information and assumes no responsibility for any errors or omissions contained therein. Furthermore, no warranty, express or implied, is created by providing information through this web site and the presence of an individual licensee on the web site does not in any way constitute an endorsement by the Department of State or any of its member boards. No one shall be entitled to claim detrimental reliance on any views or information, whether provided by or accessed through this web site, or to claim any duty on our part to update posted information or to protect the interests of those accessing this web site. In no event shall the Department of State, its contractors, or its member boards or staff be liable to you or anyone else for any decision made or action taken in reliance on such information or views. For more information regarding this web site or if you have any questions about information provided therein, please contact the Licensing Board of the Department of State responsible for the license directly. The data is derived directly from the Pennsylvania LicensePA database and is updated on a daily basis.

MDX 0104137