IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**PROPOSED ORDER GRANTING MDX MEDICAL, INC.'S
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR ITS
OPPOSITION TO HEALTH GRADES, INC.'S MOTION FOR LEAVE TO AMEND ITS
COMPLAINT TO ASSERT CAUSES OF ACTION FOR JOINT INFRINGEMENT AND
INDIRECT INFRINGEMENT**

---

This Court, having read and considered the MDx Medical, Inc.'s Unopposed Motion For Leave To Exceed Page Limitations For Its Opposition To Health Grades, Inc.'s Motion For Leave To Amend Its Complaint To Assert Causes Of Action For Joint Infringement And Indirect Infringement (dkt. # ___, filed September 17, 2012) (the "Motion"), concludes that, good cause having been shown, the requested excess pages are appropriate; accordingly

IT IS ORDERED that the Motion is GRANTED, and Defendant MDx Medical, Inc.'s Opposition To Health Grades, Inc.'s Motion For Leave To Amend Its Complaint To Assert Causes Of Action For Joint Infringement And Indirect Infringement (dkt. # ___) is accepted for filing.

DATED _____.

                                                  BY THE COURT:

                                                  _____