IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Good cause having been shown,

IT IS ORDERED that the following motions are GRANTED:

(1) Plaintiff's **Unopposed Motion for Leave to Exceed Page Limitations** [Doc. # 291, filed 9/17/2012; and

(2) **MDx Medical, Inc.'s Unopposed Motion for Leave to Exceed Page Limitations for Its Opposition to Health Grades, Inc.'s Motion for Leave to Amend Its Complaint to Assert Causes of Action for Joint Infringement and Indirect Infringement** [Doc. # 296, filed 9/17/2012].

DATED: September 18, 2012