# EXHIBIT A

## (Excerpted and Redacted Replacement For Doc. # 249-1)

# In The Matter Of:

*Health Grades, Inc.*
*vs.*
*MDX Medical, Inc.*

_____

*Mitchel Rothschild*

*June 7, 2012*

_____

# *ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**

**LegaLink, Inc.**

311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Page 34

REDACTED

| | | | |
|---|---|---|---|
| 09:31:36 | 4 | Q | And so when was it that you engaged |
| 09:31:38 | 5 | counsel to look at this, as you just testified? |
| 09:31:38 | 6 | A | Probably early December of 2010. |
| 09:31:41 | 7 | Q | And how many -- did you engage more |
| 09:31:45 | 8 | than one counsel? |
| 09:31:49 | 9 | A | Not directly.  First we engaged the |

09:31:36  4      Q    And so when was it that you engaged

09:31:38  5   counsel to look at this, as you just testified?

09:31:38  6      A    Probably early December of 2010.

09:31:41  7      Q    And how many -- did you engage more

09:31:45  8   than one counsel?

09:31:49  9      A    Not directly.  First we engaged the

09:31:52 10   counsel to do -- well, first we engaged the

09:31:58 11   counsel to do the review of the ten dozenish

09:32:02 12   patents or the ones that were relevant, and then

09:32:03 13   knowing HealthGrades' general reputation as

09:32:05 14   being a litigious company, we said let's go

09:32:08 15   deeper on this one.

09:32:09 16      Q    And what counsel are you referring to?

         17      A    For which one?

09:32:14 18      Q    Could you tell me every counsel that

09:32:26 19   you have engaged to look at the patents, whether

09:32:28 20   it is this whole set or just the '060 one?

REDACTED                                    Maldjian RED
                                                     ACT
                                                     ED

                                            M-A-L-D-J

09:32:56 24   maybe I-A-N, REDACTED

                                            Sills

Page 35

09:33:12  1    Cummis REDACTED


                                    Maldjian

09:33:25  4    and Sills Cummis, REDACTED









09:34:05  12         Q    Okay.  I am going to give you now what
09:34:05  13    has been marked as Deposition Exhibit 5,
09:34:05  14    Mr. Rothschild.
09:34:05  15              (1/2/11 opinion of Maldjian Law Group
          16         marked Rothschild Exhibit 5 for
09:34:17  17         identification, as of this date.)
09:34:28  18    BY MR. VAZQUEZ:
09:34:32  19         Q    And as you will see, this Exhibit 5
09:34:39  20    appears to be an opinion by the law firm you
09:34:39  21    were just testifying about, Maldjian.  Is that
09:34:40  22    correct?
09:34:40  23         A    Yes.
09:34:45  24         Q    Is this the opinion that you were
          25    testifying about?

Page 36

| | | | |
|---|---|---|---|
| 09:34:50 | 1 | A | Yes. |
| 09:34:53 | 2 | Q | Now, this -- if you need time to |

09:34:53  3    review it, I don't know how long it has been

09:34:56  4    since you have seen it, but take that time,

09:34:59  5    Mr. Rothschild.

09:35:02  6         My question is:  This appears to be

09:35:05  7    only about the '060 patent?

09:35:09  8    A    This particular letter is one of a

09:35:10  9    number of individual letters that they sent out,

09:35:13 10    each one on different patents or patent

09:35:17 11    applications.

REDACTED

opinions issued by Maldjian REDACTED

Maldjian, REDACTED

the Sills

09:35:52 22  Cummis opinion, REDACTED

Page 37

```
09:35:57   1              MR. STIMPSON:  There's no question
09:35:58   2         pending.
09:35:57   3              MR. VAZQUEZ:  Yes, there is.  I just
09:36:00   4         asked it.
09:36:01   5              MR. STIMPSON:  No, there isn't.
09:36:01   6              MR. VAZQUEZ:  That's why I just asked
09:36:02   7         it.  That's why I am asking.
09:36:03   8              MR. STIMPSON:  Then ask a question.
09:36:04   9         That's a statement.  What's the question?
09:36:05  10    BY MR. VAZQUEZ:
09:36:06  11         Q    Do you understand that there's a
09:36:10  12    question pending?
09:36:12  13         A    No.
```

RE                                              this opinion?

REDACTED


this opinion REDACTED

Case 1:11-cv-00520-PAB-BNB Document 249-3 Filed 07/09/12 USDC Colorado Page 40 of 157

Page 38

REDACTED

```
09:36:55   8   BY MR. VAZQUEZ:
09:36:59   9       Q   Mr. Rothschild, so let's go through,
09:37:04  10   then, from the very beginning, to the best of
09:37:08  11   your recollection, what was your first
09:37:12  12   communication with attorneys at Maldjian
          13   regarding their work on providing you with this
09:37:13  14   opinion and any of the other letters you just
09:37:21  15   testified about?
09:37:23  16       A   Well, this opinion is dated
09:37:26  17   January 2nd, and obviously we had had, my guess
09:37:31  18   would be, a month or six weeks of conversation
09:37:34  19   prior so they could render an intelligent
09:37:39  20   conversation -- intelligent opinion.
09:37:47  21       Q   Okay.  What attorney or attorneys did
09:37:49  22   you communicate with at the Maldjian law firm
09:37:53  23   about their opinions?
09:37:57  24       A   I do not recall specifically.  It
          25   obviously was John Maldjian, and I believe he
```

Page 39

| | | |
|---|---|---|
| 09:38:05 | 1 | brought in another individual to look at the |
| 09:38:08 | 2 | details.  I am certain he did.  I cannot |
| 09:38:12 | 3 | remember the name at this point. |
| 09:38:17 | 4 | Q    Did you know John Maldjian personally? |
| 09:38:19 | 5 | A    I knew him professionally. |
| 09:38:19 | 6 | Q    But not personally? |
| 09:38:21 | 7 | A    I am not sure what you mean by |
| 09:38:22 | 8 | "personally." |
| 09:38:23 | 9 | Q    Well, is he a friend? |
| 09:38:25 | 10 | A    No. |
| 09:38:27 | 11 | Q    How did you know of him |
| | 12 | professionally? |
| 09:38:31 | 13 | A    We are in the intellectual property |
| 09:38:35 | 14 | business, and so issues crop up, and he had |
| 09:38:35 | 15 | given us advice previously. |
| 09:38:38 | 16 | Actually, I believe I never even met |
| 09:38:38 | 17 | him. |
| 09:38:40 | 18 | Q    You don't think you ever really met |
| 09:38:43 | 19 | him? |
| 09:38:44 | 20 | A    No.  I mean, I have spoken to him many |
| 09:38:46 | 21 | times on the phone, but I don't believe we ever |
| 09:38:49 | 22 | met personally. |
| 09:38:50 | 23 | Q    Okay.  And so what was the first time |
| 09:38:55 | 24 | that you spoke with him? |
| | 25 | A    About? |

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 40

| 09:39:05 | 1 | Q | About the '060 patent? |

09:39:07  2      A    It was probably, I am guessing, late

09:39:14  3   November, early December.

09:39:15  4      Q    And did you take notes of any

09:39:18  5   conversations that you had with Mr. Maldjian?

09:39:20  6      A    I do not recall that I did.  I --

09:39:22  7   generally speaking, he was asking me questions,

09:39:23  8   and he was writing down the information he

09:39:26  9   needed to form an opinion --

09:39:26 10      Q    Do you typically --

         11      A    -- about this -- if I may finish.

09:39:28 12      Q    Yes.

09:39:37 13      A    -- again, about this was one of a

09:39:40 14   number.  So just to put it in context, this was

09:39:41 15   not the only patent we were discussing or patent

09:39:43 16   application.

09:39:46 17      Q    Do you typically take notes,

09:39:52 18   Mr. Rothschild, when you have conversations with

09:39:57 19   legal counsel about when you are seeking

09:39:59 20   opinions from them?

09:40:03 21      A    I generally don't feel that notes are

09:40:06 22   something that I remember.  I will sometimes

09:40:08 23   write it on a pad of paper.  I don't recall

09:40:11 24   having any from this conversation.

         25      Q    Okay.  But I was just asking more in

Page 41

| | | |
|---|---|---|
| 09:40:20 | 1 | general, if you typically take notes when you |
| 09:40:21 | 2 | have conversations with counsel when you are |
| 09:40:22 | 3 | seeking opinions from them? |
| 09:40:25 | 4 | A    Most of the conversations I have with |
| 09:40:27 | 5 | counsel are them asking me questions.  So I |
| 09:40:30 | 6 | assume they are taking the notes. |
| 09:40:33 | 7 | Q    All right.  Mr. Rothschild, I didn't |
| 09:40:34 | 8 | ask you who is asking questions in the |
| 09:40:36 | 9 | conversation.  I didn't ask you if they are |
| | 10 | taking notes. |
| 09:40:38 | 11 | My question is very simple:  Do you |
| 09:40:42 | 12 | typically take notes when you have conversations |
| 09:40:43 | 13 | with counsel when you are seeking opinions from |
| 09:40:45 | 14 | them? |
| 09:40:47 | 15 | MR. STIMPSON:  Objection to the form. |
| 09:40:51 | 16 | That has been fully asked and answered. |
| 09:40:53 | 17 | But you can answer it again, if you |
| 09:41:01 | 18 | want, Mr. Rothschild. |
| 09:41:03 | 19 | A    I believe I said I typically do not. |
| 09:41:10 | 20 | Q    You typically do not. |
| 09:41:12 | 21 | What documents did you provide to |
| 09:41:13 | 22 | Mr. Maldjian in the context of seeking the |
| 09:41:16 | 23 | opinion from him that he issued? |
| 09:41:17 | 24 | MR. STIMPSON:  Objection.  That |
| | 25 | assumes a fact. |

Attorneys' Eyes Only
Mitchel Rothschild    June 7, 2012

Page 42

| | | |
|---|---|---|
| 09:41:23 | 1 | A    Again, this is based on my memory from |
| 09:41:26 | 2 | a couple of years -- from a year and a half -- a |
| 09:41:33 | 3 | year and change ago.  I believe we went through |
| 09:41:36 | 4 | the website and looked at it to see whether the |
| 09:41:37 | 5 | site itself was in violation. |
| 09:41:40 | 6 | Q    Do you recall giving Mr. Maldjian any |
| 09:41:42 | 7 | documents? |
| 09:41:47 | 8 | A    I do not recall that I gave him.  It |
| | 9 | is possible that I did, but I do not recall. |
| 09:41:49 | 10 | And my instincts are it would have been, look at |
| 09:41:54 | 11 | the website. |
| 09:41:56 | 12 | Q    And although you say you typically do |
| 09:42:01 | 13 | not take notes, do you recall whether you gave |
| 09:42:04 | 14 | Mr. Maldjian -- or whether you took any notes at |
| 09:42:11 | 15 | all on conversations you had with Mr. Maldjian? |
| 09:42:15 | 16 | A    As stated, I do not recall that I took |
| 09:42:19 | 17 | notes. |
| 09:42:36 | 18 | Q    Was there any other MDX employee that |
| 09:42:44 | 19 | communicated with Mr. Maldjian about the opinion |
| 09:42:47 | 20 | that MDX sought from him? |

REDACTED

| | | |
|---|---|---|
| 09:43:03 | 24 | Q    So Mr. West was not involved? |
| | 25 | A    It's possible he was on a conversation |

Page 43

```
09:43:09  1   with the attorneys.  I do not recall.

09:43:11  2        Q    Did you have any meetings with

09:43:16  3   Mr. Maldjian, not phone conferences, but

09:43:17  4   literally meetings, whether at MDX, or their

09:43:21  5   offices, or anywhere else?

09:43:29  6             MR. STIMPSON:  Objection.

09:43:34  7        A    No.

          R              Mr. Maldjian REDACTED
```

REDACTED

```
                              this opinion
```

REDACTED

```
                    what's written in the
09:44:52 14   opinion REDACTED
                    recommendations he made orally
09:44:59 16   for action?
```

REDACTED

Page 44

REDACTED


09:45:46  3        A    The opinion **REDACTED**










                        conversations with the Sills
09:46:30 12    Cummis attorneys, **REDACTED**





                              Sills Cummis
09:46:44 17    recommended **REDACTED**

Page 50

```
            1    shot from the Vitals website, correct?
10:26:01    2        A    It is not correct.  It is a screen
10:26:04    3    shot from the old Vitals website.  It is no
10:26:07    4    longer applicable.
10:26:14    5        Q    Okay.  And why do you know that that
10:26:18    6    is a screen shot from the old website?
10:26:23    7        A    Because it has the comparison options,
10:26:27    8    and it has the pages that result from that, and
10:26:29    9    as per Exhibit 4 and my email of January 5th,
10:26:35   10    2011, we eliminated that.
10:26:44   11        Q    Okay.  And that's what I wanted to ask
10:26:45   12    you about, specifically whether these features
10:26:50   13    that are shown on the Exhibits 6 and 7 were on
10:26:51   14    the website when you sought the opinion from
10:26:54   15    Maldjian?
10:26:56   16        A    I don't know the exact timing they
10:26:59   17    were in the process of coming off.  Probably
10:27:01   18    when we started the process, they were on, and
10:27:17   19    then my guess would be by the end, they were off
10:27:19   20    or somewhere around there.  I don't know the
10:27:22   21    exact timing.
10:27:26   22        Q    When you say you started the process,
10:27:31   23    the opinion from Maldjian is dated January 2nd,
10:27:32   24    2011, right?
           25        A    Yes.
```

Page 51

| 10:27:34 | 1 | Q | And when did the process start, as you |
| 10:27:38 | 2 | just put it? |
| 10:27:39 | 3 | A | Which process? |
| 10:27:41 | 4 | Q | Those were your words, sir. |
| 10:27:45 | 5 | A | The process with Maldjian? |
| 10:27:48 | 6 | Q | Yes, if that's what you meant. |
| 10:27:50 | 7 | A | Yes. |
| 10:27:51 | 8 | | Five, six weeks before. |
| 10:27:52 | 9 | Q | Five to six weeks before January 2nd? |
| 10:27:53 | 10 | A | Yes. |
| 10:27:54 | 11 | Q | So at the end of November? |
| 10:27:56 | 12 | A | Roughly. |
| 10:27:59 | 13 | Q | Or in November? |
| 10:28:03 | 14 | A | (No response). |
| 10:28:08 | 15 | Q | And when was it that you first |
| 10:28:10 | 16 | approached or began your communications with the |
| 10:28:17 | 17 | Sills Cummis firm with respect to obtaining an |
| 10:28:23 | 18 | opinion from them? |
| 10:28:25 | 19 | A | Probably around December of 2010. |
| 10:28:25 | 20 | Q | And so if I understand correctly, you |
| 10:28:29 | 21 | sought the opinion from Maldjian first? |
| 10:28:36 | 22 | A | Yes. |
| 10:28:43 | 23 | | Well, as stated previously, we sought |
| | 24 | the opinion on numerous patents and patent |
| | 25 | applications from them first, and because this |

Attorneys' Eyes Only
Mitchel Rothschild    June 7, 2012

Page 52

```
10:28:57   1    was a litigious competitor, we felt a deeper
10:29:02   2    dive could not hurt.
10:29:03   3         Q    What do you mean by "a deeper dive"?
10:29:05   4         A    A truly in-depth forensic of the site
10:29:07   5    and the patent.
10:29:10   6         Q    I am sorry.  What do you mean by
10:29:13   7    "in-depth forensic"?
10:29:24   8         A    Maldjian was looking at half a dozen
10:29:27   9    patents.  The level of detail down to which they
10:29:55  10    got was only so far, and we felt it was worth
10:30:02  11    getting a more extensive and deeper opinion.
10:30:07  12         Q    Okay.  Can you turn to Page 4 of the
10:30:11  13    Maldjian opinion, please.
10:30:13  14              And at the -- do you see the section
10:30:13  15    that is titled, "Capital B:  Summary Analysis"?
10:30:16  16         A    Yes.
```

REDACTED

Page 53

REDACTED

```
10:32:07 19        A    Probably, I can't speak specifically
10:32:14 20    for him, but the definition of a report in both
10:32:17 21    HealthGrades and Vitals is a profile of the
         22    doctor.  We call it a profile.  HealthGrades has
10:32:20 23    called it historically a report.
10:32:24 24        Q    When you say "definition of a report,"
         25    whose definition are you referring to?
```

Page 54

| | | | |
|---|---|---|---|
| 10:32:27 | 1 | A | The definition we were using in |
| 10:32:29 | 2 | defining this, our definition. |
| 10:32:32 | 3 | Q | Okay. |
| 10:32:36 | 4 | A | And as far as HealthGrades is |
| 10:32:38 | 5 | concerned, they have historically, I believe, |
| 10:32:45 | 6 | called it a report. |
| 10:32:52 | 7 | Q | Did you tell Mr. Maldjian, REDACTED |

| | | | |
|---|---|---|---|
| 10:33:16 | 14 | Q | And so I'm not sure I follow you. |
| 10:33:19 | 15 | A | So that was coming off the site.  So I |
| 10:33:23 | 16 | may have said it -- I don't recall the exact |
| 10:33:26 | 17 | timing of it, but it was coming off the site. |
| 10:33:29 | 18 | Q | Right.  And I understand a little bit |
| 10:33:32 | 19 | ago, you know, a year and a half ago, but I |
| 10:33:36 | 20 | mean, it is important, at least for me, to try |
| | 21 | and understand whether it was coming off the |
| 10:33:39 | 22 | site or it had come off the site and what would |
| 10:33:46 | 23 | be Mr. Maldjian's understanding of whether it |
| 10:33:49 | 24 | was coming off the site or whether it had come |
| | 25 | off the site, and that's what I am trying to see |

Page 55

`10:33:59`  1   if you could tell me.

REDACTED

                   communications about this opinion, REDACTED


                                      the opinion.  R
                                                    E
                                                    D
                                                    A
                                                    C
                                                    T
                                                    E
                                                    D

Page 56

REDACTED

| | | |
|---|---|---|
| 10:35:42 | 5 | Q    Isn't one of the overall goals of the |
| 10:35:45 | 6 | Vitals website to allow patients to find and |
| 10:35:47 | 7 | compare doctors? |
| 10:35:51 | 8 | A    No.  Find, yes.  Compare, no. |
| 10:35:52 | 9 | Q    Doesn't the website, as we sit here |
| 10:35:55 | 10 | today, actually say find and compare doctors? |
| 10:35:56 | 11 | A    I don't know offhand what it says on |
| 10:35:59 | 12 | the site.  If you can show that to me, then |
| 10:36:01 | 13 | perhaps it does. |
| 10:36:01 | 14 | Q    Assuming it does? |
| 10:36:03 | 15 | A    I don't know if it does. |
| 10:36:05 | 16 | MR. STIMPSON:  Objection.  Hold on. |
| 10:36:07 | 17 | Objection to the form of the question. |
| 10:36:09 | 18 | It assumes facts. |
| | 19 | Q    Assuming that it does say that today, |
| 10:36:10 | 20 | how do users compare doctors? |
| 10:36:16 | 21 | MR. STIMPSON:  Objection to the form |
| 10:36:18 | 22 | of the question.  It is asking him to |
| 10:36:20 | 23 | assume something he told you he doesn't |
| 10:36:24 | 24 | think is there. |
| | 25 | A    If you go to the supermarket, and you |

Page 57

10:36:31   1    look to buy a tomato, you have three tomatoes,
10:36:36   2    you are going to by the nature of looking at
10:36:45   3    them, compare one to the other.  So one can look
10:36:50   4    at Doctor A, and then look at Doctor B, and then
10:36:57   5    look at Doctor C and compare it.
10:37:01   6        Q    When Maldjian prepared this opinion,
10:37:02   7    did they review the information contained in
10:37:03   8    Exhibits 6 and 7?
10:37:13   9        A    I believe they went through the whole
10:37:16   10   site.
10:37:20   11            But to clarify as stated, I do not
10:37:23   12   recall whether this was still on the site at
10:37:30   13   that time.

REDACTED

Page 63

| | | |
|---|---|---|
| 10:46:18 | 1 | Philip Braginsky with respect to the matters |
| 10:46:19 | 2 | that are the subject matter of this opinion? |
| 10:46:24 | 3 | A    Yes. |
| 10:46:26 | 4 | Q    Did you communicate with any other |
| 10:46:36 | 5 | attorney within Sills Cummis & Gross about the |
| 10:46:41 | 6 | subject matter of this opinion? |
| 10:46:43 | 7 | A    He was our primary attorney.  I think |
| 10:46:45 | 8 | at one of our meetings, he may have had another |
| 10:46:49 | 9 | attorney whose name I do not recall. |
| 10:47:02 | 10 | Q    What other attorney, if you remember? |
| 10:47:07 | 11 | MR. STIMPSON:  Objection.  Objection. |
| | 12 | A    As stated, I do not recall. |
| 10:47:07 | 13 | Q    Was it Timothy Heaton? |
| 10:47:10 | 14 | A    Possible. |
| 10:47:12 | 15 | Q    "Possible." |
| 10:47:18 | 16 | You just don't remember? |
| 10:47:22 | 17 | A    I don't remember the name, but I |
| 10:47:28 | 18 | believe it sounds right. |
| 10:47:33 | 19 | Q    And so if I recall correctly, when you |
| 10:47:34 | 20 | went to Sills Cummis & Gross to seek an opinion, |
| 10:47:42 | 21 | it was to, in your words, "drill deeper"? |
| 10:47:44 | 22 | A    Yes. |
| 10:47:51 | 23 | Q    And "drill deeper" into what? |
| 10:47:58 | 24 | A    As stated, it was not a question of |
| | 25 | what, it was a question of knowing that Maldjian |

Attorneys' Eyes Only
Mitchel Rothschild    June 7, 2012

Page 64

| | | |
|---|---|---|
| 10:48:06 | 1 | did a shorter letter on a bunch of patents, this |
| 10:48:14 | 2 | one in particular with HealthGrades who has, as |
| 10:48:16 | 3 | I said, a reputation of being litigious, we |
| 10:48:18 | 4 | wanted to leave no stone unturned. |
| 10:48:24 | 5 | Q    So is it your opinion or your |
| 10:48:26 | 6 | testimony, Mr. Rothschild, that the Sills |
| 10:48:28 | 7 | Cummis & Gross analysis was more fulsome than |
| 10:48:32 | 8 | Maldjian's? |

REDACTED

REDACTED                    Maldjian did.

| | | |
|---|---|---|
| 10:48:52 | 13 | Q    You anticipated my next question |
| 10:48:52 | 14 | pretty well, which is if you could tell me what |
| 10:48:55 | 15 | did Sills Cummis do that Mr. Maldjian did not |
| 10:48:58 | 16 | do? |
| 10:48:59 | 17 | A    So having anticipated your question, I |
| 10:48:59 | 18 | did not give you the answer? |
| 10:49:01 | 19 | Q    No, not completely. |
| 10:49:02 | 20 | A    What part did I not answer? |
| 10:49:03 | 21 | Q    Well, I'm not sure. |
| 10:49:07 | 22 |      Can you please tell me what is that |
| 10:49:08 | 23 | you remember that Maldjian -- you told me what |
| 10:49:10 | 24 | Sills Cummis & Gross did.  That doesn't mean |
| | 25 | that Maldjian didn't do it as well. |

Case No. 1:11-cv-00520-RBM-BNW Document 249-3 Filed 07/09/12 USDC Colorado Page 67 of 157

```
10:49:17   1              My question specifically is:  What did

10:49:20   2    Sills Cummis & Gross do that Maldjian did not

10:49:22   3    do?
```

REDACTED                                     Maldjian's approach RED
                                                                ACT
                                                                ED

                              Mr. Braginsky REDACTED


                                      Mr. Braginsky

REDACTED


                                      Mr. Braginsky RE
                                                     DA
                      Maldjian REDACTED              CT
                                                     ED

Page 66

REDACTED

Mr. Braginsky's REDACTED

Mr. Braginsky REDACTED

10:51:27 12        A    Mr. Braginsky's REDACTED

10:51:54 20        Q    All right.  I am being informed that

10:51:57 21    there are two minutes left in our tape,

10:52:00 22    Mr. Rothschild, so we will go off the record

10:52:01 23    briefly so the videographer can --

10:52:02 24        A    There's two minutes left in his tape?

          25        Q    In his tape.

Page 68

| | | |
|---|---|---|
| 10:56:21 | 1 | personally? |
| 10:56:23 | 2 | A    Yes. |
| 10:56:26 | 3 | Q    And when was the first time that you |
| 10:56:29 | 4 | met with him? |
| 10:56:31 | 5 | A    Sometime in December of 2010.  I do |
| 10:56:32 | 6 | not recall the exact date. |
| | 7 | Q    And how many meetings did you have |
| 10:56:36 | 8 | with Mr. Braginsky? |
| 10:56:45 | 9 | A    I believe we had two in-person |
| 10:56:48 | 10 | meetings, maybe three, and numerous phone calls. |
| 10:56:51 | 11 | Q    Okay.  And what about Mr. Stimpson, |
| 10:56:53 | 12 | when did you first meet him? |
| 10:57:00 | 13 | A    I did not meet Mr. Stimpson until |
| 10:57:02 | 14 | after the lawsuit was filed, and we decided to |
| 10:57:03 | 15 | engage Sills Cummis. |
| 10:57:04 | 16 | Q    And what about Mark Rosenberg, did you |
| 10:57:06 | 17 | ever meet him? |
| 10:57:19 | 18 | A    I have never met him, but we have |
| 10:57:21 | 19 | spoken on the phone. |
| 10:57:24 | 20 | Q    Okay.  Why did you go to Maldjian, |
| 10:57:26 | 21 | Mr. Rothschild, if you had a relationship with |
| 10:57:29 | 22 | Sills Cummis? |
| 10:57:33 | 23 | A    I didn't have an intellectual property |
| 10:57:36 | 24 | relationship with Sills Cummis. |
| | 25 | Q    Okay. |

Page 69

| | | | |
|---|---|---|---|
| 10:57:51 | 1 | A | We didn't have, let me correct that. |
| 10:57:54 | 2 | Q | "We," meaning the company? |
| 10:57:57 | 3 | A | Yes, first person plural. |
| 10:57:58 | 4 | Q | Is there a specific attorney within |

10:58:00  5  Sills Cummis that is your relationship attorney

6  with MDX?

| 10:58:02 | 7 | A | Yes. |
| 10:58:05 | 8 | Q | And who is that? |
| 10:58:07 | 9 | A | Jeffrey Wasserman. |
| 10:58:15 | 10 | Q | Okay.  And how did you meet |

10:58:20  11  Mr. Wasserman?

10:58:25  12      A    I have known Mr. Wasserman in various

10:58:25  13  professional capacities in the past decade.  He

10:58:27  14  has done many contracts and M&A activities for

10:58:29  15  us.

10:58:31  16      Q    For your other companies?

10:58:33  17      A    Not just my companies, but other

10:58:36  18  companies in which I was associated.

10:58:38  19      Q    Right.  Like Raspberry?

10:58:41  20      A    Yes.

10:58:44  21      Q    So Maldjian was your intellectual

10:58:46  22  property law firm?

10:58:47  23      A    I wouldn't call them our law firm.  We

10:58:48  24  used them on occasion when these issues cropped

25  up.

Attorneys' Eyes Only
Mitchel Rothschild    June 7, 2012

Page 70

10:58:52  1       Q    Intellectual property issues, though?

10:59:01  2       A    Yes.

10:59:02  3       Q    And so why did you not have Maldjian

10:59:12  4    just dig deeper versus going to Sills Cummis?

          5       A    I believe the relationship with

10:59:17  6    Maldjian originated through Mr. Wasserman.  He

10:59:24  7    then came to Sills Cummis and said -- he had

10:59:27  8    come, I think, over the course of prior periods,

10:59:31  9    and he just said we have a really deep IP

10:59:31 10    practice, let us really do this deep for you.

10:59:33 11    Maldjian is a couple person law firm, not real

10:59:35 12    big.

10:59:37 13       Q    How many lawyers are at Maldjian,

10:59:40 14    Mr. Rothschild?

10:59:57 15       A    I don't know exactly.  Less than ten.

10:59:59 16       Q    "Less than ten"?

11:00:04 17       A    (No response).

REDACTED

11:00:17 19    Mr. Braginsky?

REDACTED

Page 71

REDACTED

                                      Mr. Braginsky or you did

11:00:57  8   with Mr. Braginsky?

REDACTED

                    Mr. Braginsky REDACTED

Page 72

REDACTED

11:02:43 13   Mr. Braginsky, REDACTED

11:02:55 17   Mr. Braginsky?   REDACTED

Page 73

REDACTED

Mr. Braginsky?

REDACTED

the opinion with Mr. Braginsky REDACTED

Mr. Braginsky REDACTED

Page 74

R
E
D
A
C
T
E
D

Mr. Braginsky

REDACTED

Mr. Braginsky REDACTED

Page 80

REDACTED

11:15:55 15       Q    Okay.  Is this a Policy No. 1

11:15:59 16    numbered -- No. 1 in this email, Mr. Rothschild,

11:16:03 17    was it implemented on the advice of counsel?

11:16:11 18       A    It was implemented subsequent to the

        19    conversations with Mr. Braginsky about the way

11:16:13 20    to be belt and suspenders pure in terms of our

11:16:17 21    behavior relative to this patent.

11:16:21 22       Q    Forgive me.  What do you mean by "belt

11:16:24 23    and suspenders' when you use that phrase?

11:16:29 24       A    I mean that honest people can disagree

        25    over what is considered a violation, and we

Page 97

12:50:07  1    Deposition Exhibit 10, influenced any of the

12:50:09  2    policies in your email of January 5th, 2011.

12:50:11  3    You responded, "Well, not directly," and I just

12:50:15  4    was following up saying indirectly.

12:50:17  5         So your answer is it didn't even

12:50:19  6    influence any of your policies in any way?

12:50:20  7    A    When the patent was issued, the patent

12:50:21  8    influenced our policies.

12:50:22  9    Q    What about the letter that I am asking

12:50:24 10    you about, Mr. Rothschild?

         11    A    No.

12:50:28 12    Q    The letter from Merchant & Gould dated

12:50:35 13    December 15th, 2009, informing you about the

12:50:37 14    application that led to the issuance of the

12:50:38 15    patent, this letter at all did not influence you

12:50:40 16    to make any policy changes or any changes at

12:50:42 17    all?

12:50:47 18    A    Correct.

12:50:55 19    Q    Mr. Rothschild, if you already had

12:50:57 20    Sills Cummis & Gross responding on January 25th,

12:50:59 21    2010, why did you go to the Maldjian firm when

12:51:03 22    the patent was issued?

12:51:06 23    A    That's an incorrect frame.  We didn't

12:51:09 24    go to Maldjian when the patent was issued, we

         25    went to Maldjian to get a review of a variety of

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 98

```
12:51:19   1   different patents, get a sense of what any
12:51:22   2   issues may be out there, and that was a fairly
12:51:25   3   broad look that would have cost probably four
12:51:27   4   times as much as Sills Cummis.
12:51:30   5           So we said let's take a broad look,
12:51:32   6   see if we see any of them that are out there,
12:51:36   7   that we should look deeper, and then we went to
12:51:41   8   Sills to do it.
12:51:43   9           The Maldjian work at Sills would have
           10   probably cost significantly more.
12:51:46  11       Q    Okay.  If I understand your response,
12:51:52  12   there was a cost consideration where Maldjian
12:51:58  13   would have cost more than Sills?
12:52:00  14       A    No, I'm not saying that.  I'm saying
12:52:03  15   that in the look broadly at the patents, we
12:52:05  16   wanted somebody to give an overview.
12:52:07  17       Q    Well --
```

REDACTED

                                        the Maldjian opinion,

        RE
        D

Page 99

REDACTED

Maldjian REDACTED

Page 100

REDACTED

12:53:59  6    the Maldjian opinion REDACTED

                                        Maldjian,

REDACTED

Page 102

12:57:37  1      A    Orally.

REDACTED

12:57:50  4   advice of counsel?

REDACTED

         6   conversations that we had with Phil Braginsky

REDACTED

                              Mr. Braginsky's advice REDACTED

Page 103

REDACTED                          Mr. Braginsky REDACTED

Page 104

REDACTED

```
13:00:41 14        Q    So this -- this policy was implemented
13:00:44 15   by employees of MDX is what I am trying to get
13:00:46 16   to.  There was not a need to go outside of the
13:00:47 17   firm to hire somebody to come in and change the
13:00:59 18   code or the website in any way?
13:01:06 19        A    Correct.
13:01:09 20        Q    Okay.  And did you know when after
13:01:16 21   this email was sent, that was actually done?
13:01:24 22        A    I do not know exactly, but if it is
13:01:25 23   consistent with the way we do everything else,
13:01:30 24   within a day or two.
              RE
```

Page 105

REDACTED                            Mr. Braginsky advise REDACTED

                              Mr. Braginsky REDACTED

Page 106

REDACTED


                                        advice that

13:03:23   4   Mr. Braginsky REDACTED


















                                   Mr. Braginsky advised

Page 107

R
E
D
A
C
T
E
D

Mr. Braginsky's

13:05:01 11    recommendation REDACTED

13:05:33 22   Mr. Braginsky, REDACTED

Case No. 1:11-cv-00520-PAB-BNB   Document 249-302   Filed 07/09/12   USDC Colorado   Page 110 of 157

Page 108

```
13:05:40  1      A    I don't know if he looked specifically
13:05:44  2   at the email or we had a conversation about -- I
13:05:46  3   don't recall if we had a conversation about it.
13:05:49  4      Q    But the conversation that you may have
13:05:50  5   had about it, did that occur before you sent it
13:05:56  6   to Mr. West and Miss Boyer?
13:05:56  7      A    Yes, I had a conversation with him to
13:05:58  8   make sure that this email was what was
13:05:59  9   necessary.
13:06:03 10      Q    "What was necessary"?
13:06:06 11      A    No, no, I take that back.  What was --
13:06:08 12   what we thought we wanted to do to ensure that
13:06:09 13   belt and suspenders, bulletproof.
13:06:38 14          MR. STIMPSON:  Can I have that last
13:06:40 15      answer back.
13:06:47 16          (Requested Portion Read Back)
13:06:52 17      Q    And so, Mr. Rothschild, to try to
13:06:53 18   understand, you consulted with Mr. Braginsky to
13:06:55 19   seek advice about how to be bulletproof, right?
13:06:56 20      A    Correct.
13:07:04 21      Q    He gave you some advice, right?
13:07:07 22      A    Correct.
13:07:10 23      Q    This email that you wrote to Larry
         24   West and Erika Boyer contains Mr. Braginsky's
         25   advice?
```

Page 109

REDACTED

| | | |
|---|---|---|
| 13:07:39 | 5 | Q     Sure. |
| 13:07:42 | 6 |       And -- and you then, before sending |
| 13:07:43 | 7 | this to Mr. West and Miss Boyer, had |
| 13:07:45 | 8 | Mr. Braginsky review the email? |
| 13:07:53 | 9 | A     I did not say that. |
| 13:07:55 | 10 | Q     I am asking you if you did that. |
| 13:07:56 | 11 | A     Okay.  As I said to you previously, I |
| 13:07:56 | 12 | do not recall whether he reviewed it.  I doubt I |
| 13:07:57 | 13 | sent him a draft.  Probably more likely, we |
| 13:07:58 | 14 | talked about it. |
| 13:08:00 | 15 | Q     On the phone? |
| 13:08:03 | 16 | A     Yes. |
| 13:08:06 | 17 | Q     And having talked on the phone or |
| 13:08:10 | 18 | however it was that you had this communication |
| 13:08:14 | 19 | with Mr. Braginsky, is it fair to assume you |
| 13:08:18 | 20 | felt comfortable then that the email |
| 13:08:19 | 21 | appropriately or adequately conveyed to Mr. West |
| 13:08:25 | 22 | and Miss Boyer what had to be done to be |
| | 23 | bulletproof? |
| 13:08:29 | 24 | A     Yes, I believe so. |
| | 25 | Q     And sorry if I asked this before, but |

Page 110

13:08:46  1    other than what's shown on this email, there was

13:08:48  2    no other suggestions by Mr. Braginsky to -- to

13:08:51  3    make sure you were bulletproof?

13:08:53  4         A    There's an implication that this email

13:08:54  5    is the recommendations of Mr. Braginsky.  I have

13:08:57  6    said to you we talked about it.  That's not the

13:09:02  7    case.

13:09:04  8              And that this is our interpretation of

13:09:08  9    what he said.

13:09:11 10         Q    Okay.  We do have a disconnect.  I

13:09:13 11    know we have talked about it for probably five

13:09:17 12    or ten minutes now, and I thought you said that

13:09:18 13    this email is the result of you asking

13:09:20 14    Mr. Braginsky for advice on how to be

13:09:27 15    bulletproof?

13:09:30 16         A    That is correct.

13:09:39 17         Q    Okay.  I will leave it at that.

13:09:41 18              As to this No. 4, the Policy No. 4,

13:09:44 19    which as you said, it was new, it was created as

13:09:45 20    a consequence, it was created for the first time

13:09:55 21    in this email, right?

         22         A    Yes.

13:10:01 23         Q    All right.  Thus, on January 4th,

13:10:07 24    2010, the comparison ratings feature existed,

         25    correct?  I am sorry, January 4th, 2011?

Case No. 1:11-cv-00520-PAB-BNB   Document 249-30   Filed 07/09/12   USDC Colorado   Page 47 of 58

Page 111

```
13:10:23   1        A    I believe so.

13:10:28   2        Q    Is that feature that you have

13:10:30   3   testified was removed, is it removed permanently

13:10:30   4   or is it just locked out?

13:10:37   5        A    I am not sure I understand the

13:10:40   6   question.

13:10:42   7        Q    Well, there's -- you showed -- I

13:10:42   8   showed you some exhibits, and they show a

13:10:44   9   button, right, that says "Compare"?

13:10:47  10        A    Yes.

13:10:51  11        Q    And so I think your testimony was that

13:10:51  12   it was removed or disabled, I am not sure

13:10:53  13   exactly the word, but I am paraphrasing; is that

13:10:56  14   correct?

13:10:59  15        A    You change the code, and instead of

13:11:01  16   there being two buttons with a code, there's one

13:11:02  17   button, the design changes, the code changes.  I

13:11:03  18   don't know about disable, it is a matter of

13:11:05  19   changing the code.

13:11:08  20        Q    All right.  I guess when I say

          21   disabled could be the button is still there, but

13:11:10  22   when you put the cursor on it, and you try to

13:11:11  23   click it, it won't work?

13:11:13  24        A    No.

          25        Q    That's not what you did?
```

Case No. 1:11-cv-00520-PAB-BNB Document 249-302 Filed 07/09/12 USDC Colorado pg 148
of 157

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 112

13:11:19  1        A     That's the bad user experience.  It
13:11:23  2     wouldn't be there, it was only one button.
13:11:29  3        Q     Okay.  So is -- are the changes in the
13:11:32  4     code, if you know, such that the functionality
13:11:37  5     is simply disabled or -- meaning the code is
13:11:40  6     still there, but it does not operate, it does
13:11:43  7     not function?
13:11:46  8        A     I am not an engineer.  I look at what
13:11:48  9     the result is, and the result on the site, it is
13:11:50 10     not there, and I cannot speak to the mechanics
13:11:53 11     of how one changes it.
13:11:56 12        Q     So other than the banner that says
13:12:07 13     find and compare doctors, there's no real button
13:12:09 14     that you can press that says compare?
13:12:20 15        A     Correct.
13:12:23 16        Q     Did Mr. Braginsky give you any advice
13:12:25 17     that you opted not to follow, Mr. Rothschild?
13:12:27 18        A     I don't believe so.  You hire an
13:12:29 19     attorney, and you follow their advice or you
         20     hire a different attorney is generally what I
13:12:35 21     have been taught.
13:12:41 22        Q     Okay.  I would imagine a person of
13:12:42 23     your experience might disagree with your
13:12:45 24     attorneys on certain things from time to time.
         25        A     In that case, we get different

Page 113

| 13:12:49 | 1 | attorneys.  As you can see, we are still with |
| 13:12:51 | 2 | Sills Cummis. |
| 13:12:53 | 3 |     Q    Okay.  What about Maldjian, did they |
| 13:12:56 | 4 | give you any advice that you disagreed with? |
| 13:12:58 | 5 |     A    Maldjian did not give advice, as best |
| 13:13:17 | 6 | as I can tell.  Maldjian made a statement that |
| 13:13:19 | 7 | said you are not in violation, which has been |
| 13:13:24 | 8 | our contention all along. |

REDACTED

Page 122

| | | | |
|---|---|---|---|
| 13:37:22 | 1 | Q | So, Mr. Rothschild, moving along, just |

13:37:22  1        Q    So, Mr. Rothschild, moving along, just

13:37:33  2    I think we are going to wrap up the opinion

13:37:36  3    stuff here very shortly.  When was the last time

13:37:37  4    that you spoke with Mr. Braginsky?

13:37:38  5        A    Probably early this year.

13:37:40  6        Q    Early in 2012?

13:37:41  7        A    Yes.

13:37:43  8        Q    Was that after the Markman order was

13:37:44  9    issued?

13:37:46 10        A    We were talking about completely

         11    different activities.

13:37:48 12        Q    Not about the '060 patent and the

13:37:51 13    HealthGrades lawsuit?

13:37:54 14        A    No.

REDACTED                                    Mr. Braginsky

REDACTED                    that opinion REDACTED

13:38:20 23        Q    Okay.  When the Judge construed --

13:38:22 24    issued his Markman order, which construed some

         25    of the terms in the patent, were you informed of

Page 123

```
13:38:25   1    that by Mr. Braginsky?

13:38:26   2        A    No.

13:38:28   3        Q    Were you informed of that by

13:38:30   4    litigation counsel?

13:38:33   5             MR. STIMPSON:  Excuse me.  You can --

13:38:34   6        Q    Don't tell me what he told you, just

13:38:37   7    whether you were informed.

13:38:39   8             MR. STIMPSON:  You know what, he's

13:38:41   9        already said he knew about it.  I don't

          10        want him disclosing what litigation counsel

13:38:42  11        said to him or didn't say to him, okay.

13:38:46  12        So --

13:38:48  13        Q    You did say you were aware of the

13:38:52  14    Markman order?

13:38:54  15        A    There are a variety -- I'm not a

13:38:57  16    lawyer by any means, and there's invalidity, and

13:39:01  17    Markman, and claim construction and all of this

13:39:02  18    kind of stuff, and I am kept up to speed, and I

13:39:07  19    don't know what each one is called, but it does

13:39:11  20    appear that things are proceeding in a way that,

13:39:15  21    at least from our side, seems satisfactory.

13:39:20  22        Q    You are starting to sound a lot like

13:39:21  23    management, Tim Bolan.  I appreciate that it is

13:39:24  24    chaotic and fast paced, but it is important for

          25    me to understand just whether you -- we talked
```

Attorneys' Eyes Only
Mitchel Rothschild    June 7, 2012

Page 127

```
13:43:08   1    with me a second.
13:43:10   2            So on Page 3 of the Sills Cummis &
13:43:15   3    Gross opinion, the first paragraph shown there
13:43:18   4    prior to this opinion gives some conclusions,
13:43:31   5    and then there's a sentence that reads, "This
           6    conclusion is grounded upon the determination
13:43:36   7    that, given proper construction under the law,
13:43:40   8    Vitals.com services would not infringe the '060
13:43:43   9    patent."
13:43:51  10            And so what I am talking about is this
13:43:55  11    part that says "given proper construction under
13:43:59  12    the law," and so the author, Mr. Braginsky, is
13:44:01  13    referring to construction of the patent terms.
13:44:05  14            And so to that extent, I am asking you
13:44:08  15    if you paid any particular attention to the
13:44:11  16    Judge's construction of the patent terms in the
13:44:15  17    case?
13:44:18  18      A    Given that this has moved out of the
13:44:23  19    realm of opinion into the realm of litigation,
13:44:27  20    we are guided by our counsel as to what the
13:44:29  21    proper behavior is for both the company and our
13:44:30  22    actions during the lawsuit, and we have -- it
13:44:32  23    appears to be --
13:44:32  24            MR. STIMPSON:  Don't disclose any
          25        communications with counsel, litigation
```

Attorneys' Eyes Only
Mitchel Rothschild    June 7, 2012

Page 136

REDACTED

13:56:14   8         A     The Maldjian REDACTED

                            Maldjian, the law firm?

REDACTED

                                              that

13:56:42  12    opinion to REDACTED

Page 137

REDACTED

                          the Maldjian opinion.  REDACTED
                          the Sills Cummis opinion?

REDACTED

                                                  the
13:57:55  9  Maldjian opinion REDACTED

                                    the Sills Cummis
13:58:07 12  opinion REDACTED

13:58:23 15      Q    One of the 30(b)(6) topics,
13:58:39 16  Mr. Rothschild, is the entities' licensures
13:58:41 17  that -- excuse me -- that MDX/Vitals licenses,
13:58:55 18  or sells or leases data to, right?
13:58:57 19      A    Are you referring to No. 7 of the
13:59:01 20  categories?
         21      Q    No.
13:59:05 22      A    Which one are you referring to?
13:59:17 23      Q    No. 11.
13:59:19 24      A    Okay.
         25      Q    No. 7, too, you were right.  I beg

Page 145

REDACTED

the Maldjian opinion RE
                     DA
                     CT
                     ED

the Sills Cummis

14:08:20 12    opinion, REDACTED

Attorneys' Eyes Only
Mitchel Rothschild    June 7, 2012

Page 153

| | | |
|---|---|---|
| 14:31:10 | 1 | BY MR. VAZQUEZ: |
| 14:31:14 | 2 | Q    All right.  This is an email string, |
| 14:31:20 | 3 | and you will see here that the first email on |
| 14:31:22 | 4 | the string is from you to Mr. Braginsky dated |
| | 5 | January 3rd, 2011.  That is correct, right? |
| 14:31:24 | 6 | A    I guess.  I am looking at it. |
| 14:31:27 | 7 | Q    Do you not recall writing this? |
| 14:31:30 | 8 | A    I do not. |
| 14:31:33 | 9 | Q    Okay.  Do you have any reason to doubt |
| 14:31:45 | 10 | that this is authentic and that you wrote it? |
| 14:31:48 | 11 | A    I would assume it is authentic. |
| 14:31:50 | 12 | Q    Okay.  Then do you recall, |
| 14:31:53 | 13 | Mr. Rothschild, I was asking you if maybe you |
| 14:31:53 | 14 | had Mr. Braginsky review your January 5, 2011 |
| 14:31:55 | 15 | policies email before you sent it? |
| 14:31:58 | 16 | A    Correct. |

REDACTED

14:32:12 21   Mr. Braginsky REDACTED

Attorneys' Eyes Only
Mitchel Rothschild    June 7, 2012

Page 154

REDACTED

14:32:41   6        Q    Do you think that the attachment to
14:32:43   7    this was a draft of your January 5, 2011 email?
14:32:49   8        A    I don't even recall this email, so I'm
14:32:49   9    not sure I can comment on whether it was an
14:32:50   10   extract or the whole one.  I don't know.
14:32:53   11       Q    And --
14:32:56   12            THE WITNESS:  By the way, is this
14:32:57   13       not -- why is this a document that is not
14:32:59   14       attorney-client privileged?
14:33:00   15            MR. STIMPSON:  Because it relates to
14:33:00   16       other counsel.  It's all the same subject
14:33:01   17       matter.
14:33:02   18            THE WITNESS:  Oh, okay.
14:33:06   19   BY MR. VAZQUEZ:
14:33:07   20       Q    It was privileged, but the privilege
14:33:08   21   is waived after the subject matter of the
14:33:14   22   opinion.
14:33:17   23       A    Got it.  Okay.
14:33:18   24       Q    And so you invited Mr. Braginsky to
           25   edit, as you see, correct?

Case No. 1:11-cv-00520-PAB-BNB    Document 249-302    filed 07/09/12    USDC Colorado    pg 157
of 157

Page 155

```
14:33:23   1        A    Yes.

14:33:35   2        Q    Do you recall if he edited it?

           3        A    I do not recall if he did or not.

14:33:38   4        Q    Okay.  Mr. Braginsky then wrote you
14:33:41   5   back, right?

14:33:44   6             Or did he write Mr.--

14:33:47   7        A    Again, I don't really recall the
14:33:48   8   mechanics of the communications, so I don't know
14:33:51   9   if he wrote me back, or called me back or
14:33:53  10   whatever happened.

14:33:58  11        Q    Okay.  And I had asked you earlier,
14:34:01  12   you said that there may have been another
14:34:04  13   attorney at Sills Cummis & Gross, and I asked
14:34:05  14   you whether it was Timothy Heaton.  I don't
14:34:07  15   remember if you said yes, that's him, or if you
14:34:12  16   do not recall.

14:34:21  17        A    The name sounds vaguely familiar.

14:34:22  18        Q    Okay.  And so do you know what is the
14:34:23  19   information that indicates here was redacted?

14:34:25  20        A    I don't.

14:34:28  21        Q    Do you know?

14:34:29  22        A    I don't.  I don't exactly understand
14:34:29  23   what "redacted" means in this context.

14:34:38  24        Q    Okay.

          25             MR. VAZQUEZ:  Scott, do you know what
```