# EXHIBIT B

## (Excerpted Replacement for Doc. # 201-15)

# Group Practice Pages

## SEO Review 11/22/10

HIGHLY CONFIDENTIAL /
ATTORNEY'S EYES ONLY
MDX 0011841

EXHIBIT 4

# Sitemap 1:Group Practice by City

- We would like to copy the Healthgrades method of only showing most populated cities on the first pages of each section of the sitemap

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY
MDX 0011847

EXHIBIT 4

http://www.healthgrades.com/group-directory

- ==**Copy Healthgrades Concept for 1st Page**== **(top 150 cities in the US)**
- **Exception - We will have at least one city shown for each state**
- **Show number of group practices in parentheses for each state and city**

  **Alabama (AL) (120 Group Practices)**
      **Birmingham (40 Group Practices)**

**URL:** http://www.vitals.com/group-practices

HIGHLY CONFIDENTIAL /
ATTORNEY'S EYES ONLY
MDX 0011848

EXHIBIT 4

## http://www.healthgrades.com/group-directory/california-ca

- **Copy Healthgrades Concept** (Top 100 Cities in each state – rest of cities available via letter links)

- Show number of group practices in parentheses for each city

    Birmingham, AL (40 Group Practices)

**URL:** http://www.vitals.com/group-practices/ca-california

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY
MDX 0011849

EXHIBIT 4

# Sitemap 1:Group Practice by City

- We would like to copy the Healthgrades method of only showing most populated cities on the first pages

HIGHLY CONFIDENTIAL /
ATTORNEY'S EYES ONLY
MDX 0011853

EXHIBIT 4

## http://www.healthgrades.com/group-directory

- **Copy Healthgrades Concept for 1st Page** (top 150 cities in the US)
- **Exception - We will have at least one city shown for each state**
- **Show number in parentheses for each state and city**

   **Alabama (AL) (120 Group Practices)**
      **Birmingham (40 Group Practices)**

**URL:** http://www.vitals.com/group-practices

HIGHLY CONFIDENTIAL /
ATTORNEY'S EYES ONLY
MDX 0011854

EXHIBIT 4

http://www.healthgrades.com/group-directory/california-ca

- **Copy Healthgrades Concept** (Top 100 Cities in each state – rest of cities available via letter links)

- **Show number in parentheses for each city**

  **Birmingham, AL (40 Group Practices)**

**URL:** http://www.vitals.com/group-practices/ca-california

HIGHLY CONFIDENTIAL /
ATTORNEY'S EYES ONLY
MDX 0011855

EXHIBIT 4

From: Jeff Cutler(jeff@vitals.com)
Date Sent: 10/20/2011 6:32:00 PM
To: David Zecchin; Lynne Burke; Bill Manos; Nathan Phelps; Michael Ramos; Jeff
LaPointe; Shaya Lyon
CC: Ric Camacho; Erika Boyer; Larry West; Phaedra Chrousos; Irving Weiss; Matt
Tragna
Subject: RE: We need Hospital Landing pages ASAP....

_____

The primary business requirement is that this is listed & included in our
standard offering to help feature, promote and drive traffic and calls to
action for a hospital's docs.  We need it because we are launching the initial
hospitals and have been asked by other prospects to see these live on the site.
 I'll let Ric &/or Phaedra weigh in on more.


Thanks,

Jeff




From: David Zecchin [mailto:david.zecchin@vitals.com]
Sent: Thursday, October 20, 2011 2:29 PM
To: Jeff Cutler; Lynne Burke; Bill Manos; Nathan Phelps; Michael Ramos; Jeff
LaPointe; Shaya Lyon
Cc: Ric Camacho; Erika Boyer; Larry West; Phaedra Chrousos; Irving Weiss; Matt
Tragna
Subject: RE: We need Hospital Landing pages ASAP....


Any business requirements would be illuminating.  How you plan to use these
pages?  The purpose and intent for them?  Needs in the way of SEO and SEM.
Etc.  We would need Irving and Matt to contribute to the effort for SEO I
expect.


Dave..




From: David Zecchin [mailto:david.zecchin@vitals.com]
Sent: Thursday, October 20, 2011 2:22 PM
To: 'Jeff Cutler'; 'Lynne Burke'; 'Bill Manos'; Nathan Phelps; Michael Ramos;
Jeff LaPointe
Cc: 'Ric Camacho'; 'Erika Boyer'; 'Larry West'; 'Nathan Phelps'; 'Phaedra
Chrousos'; 'Irving Weiss'; 'Matt Tragna'
Subject: RE: We need Hospital Landing pages ASAP....

EXHIBIT 4
HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0016749

A few questions to start..


Which hospitals are needed first?


Am I correct in my understanding that we need these hospital pages on Vitals and UCHC?  What level of certainty do we need that both sites have all of their doctors?


Dave..



From: Jeff Cutler [mailto:jeff@vitals.com]
Sent: Thursday, October 20, 2011 12:41 PM
To: David Zecchin; Lynne Burke; Bill Manos
Cc: Ric Camacho; Erika Boyer; Larry West; Nathan Phelps; Phaedra Chrousos;
Irving Weiss; Matt Tragna
Subject: We need Hospital Landing pages ASAP....


We need to launch Hospital Landing pages for those hospitals that have signed
up for our patient marketing services ASAP, as in the next build.  Contrary to
belief, we have the data as it's included in the hospital accordion of each
doctor.  Keep it simple to start – hospital name, address and call-tracking
number if we have one or main number if we don't (e.g.
www.healthgrades.com/hospital-directory/new-york-ny-nyc-suburbs-long-island/maim
onides-medical-center-hgst410a7b36330194/affiliated-doctors).  If doable, we
can include additional hospital data such as LOB mortality rates, etc. but we
can add later if easier.  The key thing is to get a simple directory page up
now that lists all the hospital doctors by specialty so we can start driving
traffic to it.


Use the Group Practice, City/Spec or other existing template if we can't create
something new that quickly.


Ric & Phaedra are available to help shape it, answer any questions, etc.


Let's do whatever is necessary to include this in next week's build.  No
excuses – just do it.

## EXHIBIT 4
HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY                    MDX 0016750

Thank you,

Jeff


Jeff Cutler

Vitals <http://www.vitals.com/>

(201) 459-6273 - office

(973) 715-4310 - cellular

EXHIBIT 4
HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0016751

From: Jeff Cutler(jeff@vitals.com)
Date Sent: 2/4/2011 5:24:29 AM
To: 'Mitchel Rothschild'; 'Larry West'
CC:
Subject: FW: Pre-approved Logo and marketing material

_____

_____

From: sean jernigan [mailto:sjernigan@theinlinegroup.com]
Sent: Thursday, February 03, 2011 4:45 PM
To: jeff@vitals.com
Subject: Re: Pre-approved Logo and marketing material

Jeff,

==We have already pulled the healthgrades logo off of our website,== ==presentations,==
==etc…==  We were going to put "powered by Vitals.com" on our business cards.  We
travel all across the country meeting with CEO's, Administrators and Physician
Recruiters and will leave the card behind.

Once we receive the vitals.com approved logo's we can show how we would use
them and get you to sign off on them.

Thanks-

Sean

From: Jeff Cutler <jeff@vitals.com>
Reply-To: <jeff@vitals.com>
Date: Thu, 3 Feb 2011 20:09:54 +0000
To: sean jernigan <sjernigan@theinlinegroup.com>
Subject: Re: Pre-approved Logo and marketing material

Hi Sean - I'm out of the office all day but will get this to you tomorrow.

In the interim, ==can you please include examples of the current marketing==
==materials with Healthgrades so I== ==can get a sense of how it's used?== Also, please
send any electronic materials as well (links, pdf, etc.).

? - why business cards?

Thanks,
Jeff

_____
Sent via Jeff's BlackBerry

_____

From: sean jernigan <sjernigan@theinlinegroup.com>
Date: Thu, 03 Feb 2011 11:48:07 -0600
To: Jeff Cutler<jeff@vitals.com>

**EXHIBIT 4**
HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY                MDX 0016838

Subject: Pre-approved Logo and marketing material

Jeff,

Could we go ahead and receive your pre-approved logo's (vector file) and any
additional materials we could use to promote Vitals.  We plan on cross branding
in the following formats:


*Web demonstrations/Powerpoint presentations

*Email campaigns

*Direct mail campaigns

*Websites

*Marketing collateral

*Trade show banner/signs

*Business cards

There may by a few more additional area's that I have missed.  I assume the
acceptable language to use would be " Powered by Vitals.com"?

Thanks!

--
Sean Jernigan
214.260.3276 Direct
940.297.5828 Mobile
sjernigan@theinlinegroup.com

EXHIBIT 4
HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0016839