# EXHIBIT C

(Excerpted Replacement for Doc. # 201-16)

# Vitals SEO Profile Updates

AUTODATE   1

Highly Confidential - Attorney Eyes Only

EXHIBIT 5

MDX 0025310

## Related Doctors

- We should present related doctors in intelligent ways and a user friendly design.
- Options are top rated, recently viewed, popular, nearby dentists, ….
- Randomize related doctors (do not have same 10 related doctors for every single Manhattan pediatrician.)

Healthgrades Example

| Top Rated | Popular | Nearby |
|---|---|---|

Compare Dr. Lightman
Top rated Pediatricians near Far Rockaway, NY

Dr. Jeffrey N. Olin, MD — ☆☆☆☆☆ 5 Patient Ratings
Dr. Joseph S. Reiss, MD — ☆☆☆☆☆ 5 Patient Ratings
Dr. Jean-robert Boursiquot, MD — ☆☆☆☆☆ 6 Patient Ratings

See All by Rating

AUTODATE

6

EXHIBIT 5

Highly Confidential - Attorney Eyes Only

MDX 0025315

## Related Doctors

- We should present related doctors in intelligent ways and a user friendly design.
- Options are top rated, recently viewed, popular, nearby dentists, ….
- Randomize related doctors (do not have same 10 related doctors for every single Manhattan pediatrician.)

Healthgrades Example

| Top Rated | Popular | Nearby |
|---|---|---|

**Compare Dr. Lightman**
Top rated Pediatricians near Far Rockaway, NY

Dr. Jeffrey N. Olin, MD ☆☆☆☆☆ 5 Patient Ratings

Dr. Joseph S. Reiss, MD ☆☆☆☆☆ 5 Patient Ratings

Dr. Jean-robert Boursiquot, MD ☆☆☆☆☆ 6 Patient Ratings

See All by Rating

AUTODATE 12

EXHIBIT 5

Highly Confidential - Attorney Eyes Only                    MDX 0025321

# Move bottom text to top of page – near doctors name

- Dr. Hylton Lightman practices Pediatrics near Far Rockaway, NY. Additional practice locations include: Brooklyn, NY; New Hyde Park, NY
- There is SEO benefit in having a structured sentence on top of content (see HGRD and InsiderPages for examples)

AUTODATE 17

EXHIBIT 5
Highly Confidential - Attorney Eyes Only
MDX 0025326
17

## Are You Dr. X

- Move "Are You Dr. X" to the spot right below the doctors picture. This is more visible to the Dr.
- Can we use a 'generic' picture for any doctor that doesn't have a real one. It will keep template consistent and many similar sites do this. (Hgrds,wellness,avvo)

AUTODATE

18

EXHIBIT 5

Highly Confidential - Attorney Eyes Only

MDX 0025327

## New Doctor Page

- It is becoming more advantageous to have additional page(s) per doctor (see HGRD)
- Lets decide what we are comfortable exposing, It can be an appointment page (my fav), awards page or whatever.

AUTODATE                                                    24

EXHIBIT 5

Highly Confidential - Attorney Eyes Only

MDX 0025333