# APPENDIX B

## List of Documents Reviewed, Considered, and/or Relied on by Dr. Philip Greenspun:

- Screenshots identified in Appendix C

- Recorded demonstrations of vitals.com in Appendix D

- iTriage Claim Chart in Appendix E

- Health Grades July 2011 Infringement contentions and associated claim charts

- Health Grades' February 2012 Infringement contentions and associated claim charts

- MDx's various invalidity contentions and associated documents

- Pleadings, briefs, and orders that have been filed with the court and/or served on opposing counsel

- MDx's discovery responses

- Health Grades discovery responses

- All deposition testimony and exhibits used during the depositions of Mitch Rothschild, Jeff Cutler, Erika Boyer, and Larry West.

- '060 patent, its file history, and its provisional application

- Public www.vitals.com website

- Public iTriage App. (for iPhone, iPad, and Android devices)

- MDx document production including:
    - MDX0011861
    - MDX0011863
    - MDX0019254
    - MDX0034444
    - MDX0027124
    - MDX0027339
    - MDX0013861
    - MDX0017574
    - MDX0014330
    - MDX0029177
    - MDX0014337
    - MDX0014339

- MDX0017552
- MDX0029181
- MDX0042705
- MDX0044894
- MDX0047051
- MDX0039618
- MDX0039618
- MDX0016749
- MDX0016838
- MDX0017556
- MDX0019234
- MDX0034779
- MDX0100414
- MDX0034441
- MDX0034659
- MDX0017207
- MDX0015260
- MDX0016897
- MDX0026700
- MDX0015316
- MDX0014196
- MDX0042710
- MDX0025051
- MDX0069146
- MDX0019284
- MDX0019266
- MDX0071952
- MDX0012038-MDX0012285
- MDX0016995
- MDX0019305
- MDX0038808
- MDX0019309
- MDX0014381
- MDX0011955
- MDX0000177
- MDX0012286
- MDX0025310
- MDX0030021

- MDX0034556
- MDX0039659
- MDX0039641
- MDX0057691
- MDX0045131
- MDX0042692
- MDX0049605
- MDX0029005
- MDX0029015
- MDX0103990
- MDX0103843
- MDX0103880
- MDX0103932
- MDX0103936
- MDX0103973
- MDX0103974
- MDX0103977
- MDX0104015
- MDX0101696
- MDX0104122
- MDX0104111
- MDX0104112
- MDX0103864
- MDX0103882
- MDX0103905
- MDX0103928
- MDX0103976
- MDX0103988
- MDX0103991
- MDX0104073
- MDX0102542
- MDX0102835
- MDX0102855
- MDX0103661