# APPENDIX C































Vitals - Doctor Karen A Wendel, MD profile

Page 2 of 3

http://www.vitals.com/doctor/profile/1730144767/print/1730144767          12/03/2010

Vitals - Doctor Karen A Wendel, MD profile                           Page 3 of 3



Johns Hopkins Hospital                                    Top 25% ★★★★

**Graduate Education**
Johns Hopkins University School of Medicine               Top 25% ★★★★
Infectious Disease, Completed: 2001
Ranked #37 out of 144 in primary care by US News & World Report.
Ranked #2 out of 144 in research quality by US News & World Report.

Medical Oncology

**Fellowship**
Johns Hopkins University School of Medicine                      ✓
Ranked #37 out of 144 in primary care by US News & World Report.
Ranked #2 out of 144 in research quality by US News & World Report.

## Publications

Dr. Wendel has 13 publications.
Most recent publications shown.

Article: Trichomoniasis: challenges to appropriate management.
    Date: August 2007
Journal: Clinical infectious diseases : an official publication of the Infectious Diseases Society of America

Article: Trichomoniasis and its treatment.
    Date: March 2006
Journal: Expert review of anti-infective therapy

Article: Use of an immunochromatographic assay for rapid detection of Trichomonas vaginalis in vaginal specimens.
    Date: June 2005
Journal: Journal of clinical microbiology

## General Information

Biography & Background:
Dr. Wendel values compassion and respect with her patients and believes in providing evidence-based care. She is a specialist in Infectious Disease and internal medicine and works in a group practice with a facility that has a full-service infusion center. She has worked for the Centers for Disease Control (CDC) and has participated on national practice guidelines committees. In her free time she enjoys biking and running.

* denotes self reported information that Vitals has received directly from the doctor.

This profile is at no cost to you. All we ask is that you leave a rating.

Copyright © 2006 - 2010 Vitals.com & MDx Medical, Inc. All Rights Reserved.
Material can not be reproduced without express written permission.

http://www.vitals.com/doctor/profile/1730144767/print/1730144767            12/03/2010

























































Find Doctors at Vitals.com - Find A Doctor That's Best For You - Windows Internet Explorer
http://www.vitals.com/doctor/find?search
vitals
where doctors are examined
DON'T LET YOUR COLD SYMPTOMS KEEP YOU DOWN
TAKE VICKS® DAYQUIL® COLD & FLU
BUY NOW AT Walmart
home
check up on your doctor
find a doctor
rate a doctor
find an expert
login:
Find a Doctor
SEARCH BY SPECIALTY
1 Choose a type
Allergy & Immunology Specialist
Allergist
OR
Enter a condition
Type a medical need
2 Enter a location
Broomfield, CO
within
15 miles
Go
reset
3 Optional Insurance Filter
Refine this search by your insurance
Insurance Company
Type in insurance company
Insurance Network/Plan
No preference
Check this box to TURN OFF the insurance filter.
No results found. Please try broadening your search criteria.
Internet
100%

Be the first to comment on Dr. Wendel!

| | |
|---|---|
| Courteous Staff | 4.0 |
| Accurate Diagnosis | 4.0 |
| Bedside Manner | 4.0 |
| Spends Time with Me | 4.0 |

## Hospital Affiliation

Dr. Wendel is affiliated with 8 hospitals:

| | Hospital Ranking | Hospital Rating |
|---|---|---|
| Exempla Lutheran Medical Center<br>8300 W 38th Ave, Wheat Ridge, CO | Top 25% | ★★★★ |
| Exempla St. Joseph Hospital<br>1835 Franklin St, Denver, CO | Top 25% | ★★★★ |
| The Medical Center of Aurora<br>1501 S Potomac St, Aurora, CO | Top 25% | ★★★★ |
| Platte Valley Medical Center<br>1850 E Egbert St, Brighton, CO | Top 50% | ★★★☆ |
| Parker Adventist Hospital<br>9395 Crown Crest Blvd, Parker, CO | Top 50% | ★★★☆ |
| Rocky Mountain Infectious Disease Specialists PC | | |
| Ou Medical Center | | |
| Johns Hopkins Hospital | | |

## Education

Dr. Wendel was educated at the following institutions:

| | Institution Ranking | Institution Rating |
|---|---|---|
| **Medical School**<br>Johns Hopkins University School of Medicine<br>Completed: 1995<br>Ranked #37 out of 144 in primary care by US News & World Report.<br>Ranked #2 out of 144 in research quality by US News & World Report. | Top 25% | ★★★★ |

**Residencies**

Johns Hopkins University School of Medicine
Infectious Disease, Completed: 1998
Ranked #37 out of 144 in primary care by US News & World Report.
Ranked #2 out of 144 in research quality by US News & World Report.

Johns Hopkins University School of Medicine
Completed: 2001
Ranked #37 out of 144 in primary care by US News & World Report.
Ranked #2 out of 144 in research quality by US News & World Report.

Vitals - Doctor William S Silvers, MD profile - Windows Internet Explorer
http://www.vitals.com/doctors/Dr_William_Silvers.html
vitals
where doctors are examined
If you suffer from moderate or severe plaque psoriasis
Get your FREE Information Kit Today
Request Kit
home
check up on your doctor
find a doctor
rate a doctor
find an expert
William S Silvers, MD
Allergist & Immunologist, Internist
Male - 32 years experience
Receive Alerts
when there is new important information about this doctor.
ALERT ME
Profile Summary
Directions
Rate this doctor
Personalize
Allergy Asthma & Immunology
7180 E Orchard Rd Ste 208A
Englewood, CO 80111
(303) 740-0998
Map this Address
Dr. Silvers has
additional addresses
Overall
Patient Rating:
More Vitals Tools
RATE
ASK
CHEAP
75% OFF
E-MAIL
PRINT
Share
Tools to keep you healthy
Learn More
Specialty
Board Certified?
Internal Medicine
View ABMS® certification
Allergy & Immunology
View ABMS® certification
Sub-specialty: Allergy
Special Expertise:
Asthma; Nasal Allergy (Rhinitis); Sports Medicine
FOR MODERATE TO SEVERE RHEUMATOID ARTHRITIS (RA)
Once a month
If you suffer from
moderate or severe plaque psoriasis
Get your FREE
Information Kit Today
Request Kit

























**Let us know who you are:**

| | |
|---|---|
| First name: | |
| Middle name: | |
| Last name: | |
| Suffix: | None ▾ |
| Date of birth: | January ▾  1 ▾  2011 ▾ |
| State of license: | [State] ▾ |
| State license number: | |

**Create your login information:**

| | |
|---|---|
| Email address: | |
| Confirm email address: | |
| Password: | minimum of 6 characters. |
| Confirm password: | |

☑ Contact me about new Vitals services.
☐ I am a physician actively licensed in the United States.
☐ I have read and agree to Vitals' Terms of Use.

Get started

**Please note:** Vitals verifies all physician registration through confirmation letters. You will be mailed a letter to the primary address associated with your profile confirming your account setup and associated information.



Dr. Brunvand has
additional addresses

**Tools to keep you healthy**

Learn More

**Specialty**                                      Board Certified?

**Internal Medicine**
  Sub-specialties: Medical Oncology,      View ABMS®
  Hematology & Oncology                     certification

**Special Expertise:**
Adult T-Cell Leukemia-Lymphoma; Bone Marrow Transplantation; Bone Marrow and Lymphatic Tissue Cancer (Hematologic Neoplasm); Organ Transplantation

Vitals receives quarterly updates on board certification from ABMS®.      What's This ▲

**Patient Ratings & Comments**

Overall Patient Rating

• The doctor has been certified by one of the 24 ABMS (American Board of Medical Specialties) medical boards in that specialty if he is an MD (Medical Doctor).
• The doctor has been certified by one of the 18 AOA (American Osteopathic Association) Specialty Boards in that specialty if he is a DO (Doctor of Osteopathic Medicine). Osteopathic physicians can also receive certification through one of the member boards of the (ABMS).

About Board Certification

Many years ago, there were large numbers of certifying medical boards, with a wide variety in quality. Fortunately, today, these have been trimmed down and board certification is generally limited to the two highly-respected certification boards - ABMS (American Board of Medical Specialties) for MDs and the AOA ((American Osteopathic Association) for DOs. ABMS represents 24 medical specialty boards and the AOA represents 18 medical specialty boards that create and maintain high standards for doctor certification and evaluation.

On Vitals, doctors are considered board certified only if they have met either the ABMS or the AOA requirements for board certification indicating they have the knowledge, skills and experience needed to provide good healthcare. When board certificated, you can look at details by clicking on the certification link in the Specialty section of the profile page.

Roughly 85% of all doctors are board certified. ABMS and AOA board certifications are considered the gold standard, but non-certified doctors may still have all the knowledge and skills needed to provide good healthcare.























ff













