











ww.vitals.com/doctors/Dr_Daniel_Bessesen.html



**Publications**

Dr. Bessesen has 36 publications:

Article:  Trafficking of dietary fat and resistance to obesity.
Date:  September 2008
Journal:  Physiology & behavior

Article:  Update on obesity.
Date:  July 2008
Journal:  The Journal of clinical endocrinology and metabolism

Article:  Weight regain after sustained weight reduction is accompanied by suppressed oxidation of dietary fat and adipocyte hyperplasia.
Date:  May 2008
Journal:  American journal of physiology. Regulatory, Integrative and comparative physiology

Show all publications >>          What's This ▲

**General Information**

Research Interests:
Conducts studies in dietary fat metabolism, appetite and the clinical problem of obesity.











**Let us know who you are:**

| | |
|---|---|
| First name: | |
| Middle name: | |
| Last name: | |
| Suffix: | None ▼ |
| Date of birth: | January ▼  1 ▼  2011 ▼ |
| State of license: | [State] ▼ |
| State license number: | |

**Create your login information:**

| | |
|---|---|
| Email address: | |
| Confirm email address: | |
| Password: | minimum of 6 characters. |
| Confirm password: | |

☑ Contact me about new Vitals services.
☐ I am a physician actively licensed in the United States.
☐ I have read and agree to Vitals' Terms of Use.

**Get started**

**Please note:** Vitals verifies all physician registration through confirmation letters. You will be mailed a letter to the primary address associated with your profile confirming your account setup and associated information.

- The doctor has been certified by one of the 24 ABMS (American Board of Medical Specialties) medical boards in that specialty if he is an MD (Medical Doctor).
- The doctor has been certified by one of the 18 AOA (American Osteopathic Association) Specialty Boards in that specialty if he is a DO (Doctor of Osteopathic Medicine). Osteopathic physicians can also receive certification through one of the member boards of the (ABMS).



About Board Certification

Many years ago, there were large numbers of certifying medical boards, with a wide variety in quality. Fortunately, today, these have been trimmed down and board certification is generally limited to the two highly-respected certification boards - ABMS (American Board of Medical Specialties) for MDs and the AOA ((American Osteopathic Association) for DOs. ABMS represents 24 medical specialty boards and the AOA represents 18 medical specialty boards that create and maintain high standards for doctor certification and evaluation.

On Vitals, doctors are considered board certified only if they have met either the ABMS or the AOA requirements for board certification indicating they have the knowledge, skills and experience needed to provide good healthcare. When board certificated, you can look at details by clicking on the certification link in the Specialty section of the profile page.

Roughly 85% of all doctors are board certified. ABMS and AOA board certifications are considered the gold standard, but non-certified doctors may still have all the knowledge and skills needed to provide good healthcare.









































































































**Education Summary**

Dr. Smith graduated from **University of Colorado School of Medicine**. This school is ranked #4 out of 144 in primary care quality by US News & World Report and in research quality is ranked #29 out of 144.
Learn more about Dr. Smith's medical training.

**Hospital Affiliation**

See all hospital affiliations.

**Publications**

Review specific publication excerpts.

**Awards & Distinctions**

Read more about other awards, appointments and associations.

**Board Certification, Specialty and Expertise**

Dr. Brian R Smith, MD has obtained board certification from the member board for Urology.
View ABMS Certification

**Licenses**

A medical license is required for a doctor to receive a NPI number and practice in any given state. Requirements vary by state but most require, at a minimum, post-graduate training in the doctor's specific specialty. Dr. Brian Smith is confirmed to have a license in UT and CO.



### Licenses

A medical license is required for a doctor to receive a NPI number and practice in any given state. Requirements vary by state but most require, at a minimum, post-graduate training in the doctor's specific specialty. Dr. Brian Smith is confirmed to have a license in UT and CO.

**Consider these related doctors:**
Dr. Donald J May, MD
Dr. Dustin R Ridout, MD
Dr. Robert S Lee, MD
Dr. Eun C Park, MD
Dr. Michael E Chen, MD

**Where does Dr. Brian Smith practice?**
Dr. Brian Smith practices Urology near Denver, CO.
Additional practice locations include: Westminster, CO; Englewood, CO
See other Denver Urologists.

**Dr. Brian Smith, MD may also be known as:**
Brian Richard Smith MD, Dr. Smith Brian

Overall Patient Rating ★★★★

Based on 4 ratings (see all)

**Overall Rating**
The Overall Average Patient Rating of Dr. Brian R Smith, MD is Excellent. Dr. Smith has been reviewed by 4 patients. The rating is 4.0 out of 4 stars.

**Wait Time**
The average wait time to see Dr. Smith according to patient reviews, is 15 minutes. By comparison, patients wait a national average of 21 minutes before seeing a doctor.

3 comments have been submitted by users.
**Read Reviews**

**Rate this doctor**





Appendix C
Page **183** of **204**











has become a trusted source among patients.

Vitals collects more than 64 points of data on each physician from over 20,000 sources, including state licensing boards and other provider databases. Through the magic of technology, the information comes together to form a personal profile for every doctor in America. These profiles paint a detailed view of a physician's background and education, accepted insurance plans, office hours, languages spoken, as well as reviews from patients.

Ratings and other patient comments are the most referenced data by patients searching for doctors. According to a Nielson survey, more than 70 percent of Internet users trust online opinions and ratings. So it should come as no surprise that more than 60 percent of all the clicks on a physician's profile page are to access reviews on a site such as Vitals.

While patients value the convenience of sites that let them easily find, compare and connect with doctors online, Vitals realizes that their success also hinges on the relationship they build with physicians.

That's why Vitals offer several tools for doctors to control their profile in meaningful ways to help drive new patients and help existing patients prepare for their visit. And, unlike other physician-finder services, Vitals doesn't charge doctors to manage their professional profile.

According to Vitals, simple things like adding a photo to a profile boosts click-thru rates over 40 percent. "A picture lends a human dimension to a doctor's profile that automatically draws patients in," says Jeff Cutler, General Manager of Vitals. "More clicks ultimately means more patients viewing your profile and potentially contacting your practice."

In addition, Vitals strives to foster a fair exchange of information online. While more than 70 percent of physician reviews are positive, Vitals allows doctors to login and publicly respond to consumer comments. Reviews are systemically screened for defamatory or inflammatory remarks, and doctors can suppress two comments. Vitals also has a devoted Physician Relations team that investigates suspicious comments and responds to physician concerns.

While no one likes to receive negative criticism, it is an opportunity to listen constructively to patients' complaints. According to a study from Tufts University, most barbs posted online about physicians aren't personal, either. Instead, patients are more likely to take aim at an uninviting waiting room, a curt receptionist or lack of parking spaces.

"Perhaps doctors don't see the office and parking as issues that relate to the level of care they offer," says Cutler. "Yet, patients experience a doctor's visit as a whole - the parking, the receptionist, the nurse who takes their vitals. It can be enlightening and productive to hear about patient pain points that can be easily addressed."

Cutler says one doctor he knows painted his office bathroom after reading comments that it looked old - an inexpensive fix. Another doctor struck a deal with his parking garage to offer discount parking with a validated card that his office provided to patients.

Yet, even if negative reviews about quality of care arise, most experts agree that the best way to neutralize it is by boosting positive reviews. Vitals has a program that helps do just that. Doctors can request free, customizable comment cards that can be distributed to patients. The cards basically state: If you're satisfied, tell others on Vitals. If you're not, tell us.





















Appendix C
Page **198** of **204**











