**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

APPENDIX D TO DR. PHILIP GREENSPUN'S REPORT
DATED JULY 13, 2012

**EXHIBIT D**