**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL SUBMISSION IN OPPOSITION TO HEALTH GRADES' MOTION TO PRECLUDE MDX'S ADVICE-OF-COUNSEL DEFENSE FOR VIOLATION OF LOCAL PATENT RULE 3-7, OR IN THE ALTERNATIVE, TO COMPEL DISCOVERY RELATING TO OPINIONS-OF-COUNSEL PURSUANT TO LOCAL PATENT RULE 3-7 AND RULES 30(A)(1) AND 37(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits this Motion for Leave to File a Supplemental Submission in Opposition to Health Grades' Motion to Preclude MDx's Advice-of-Counsel Defense, (Dkts. 219, 220), to advise the Court of subsequent developments concerning a proposed (and accepted) resolution of this motion.

**D.C.COLO.LCivR 7.1(A) CONFERRAL:**

Counsel for MDx, Scott Stimpson, conferred with counsel for Plaintiff, Kris Kostolansky, on September 26, 2012, regarding the filing of this motion. Ms. Kostolansky responded that Plaintiff has no objection to the supplemental filing so long as MDx does not oppose Plaintiff

1

2

responding to the supplemental submission.  MDx does not oppose any such response, should it be allowed by the Court.

The proposed supplemental filing is for the purpose of advising the Court about a compromise on this motion that was offered by counsel for Health Grades, and accepted by counsel for MDx.  Despite this agreement, Health Grades refuses to withdraw this motion.

WHEREFORE, MDx requests that this Court accept for filing the attached Supplemental Submission in Opposition to Health Grades' Motion to Preclude MDx's Advice-Of-Counsel Defense for Violation of Local Patent Rule 3-7, Or in the Alternative, to Compel Discovery Relating to Opinions-Of-Counsel Pursuant to Local Patent Rule 3-7 and Rules 30(a)(1) and 37(a)(1) of the Federal Rules of Civil Procedure.  MDx also asks for a hearing and oral argument to the extent this Court deems appropriate.

Dated:  September 27, 2012               Respectfully submitted,

*s/ Terence M. Ridley*
Terence M. Ridley
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:  (303) 244-1879
E-mail: ridley@wtotrial.com

Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel:  (212) 643-7000
Fax:  (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2012, I electronically filed the foregoing MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL SUBMISSION IN OPPOSITION TO HEALTH GRADES' MOTION TO PRECLUDE MDX'S ADVICE-OF-COUNSEL DEFENSE FOR VIOLATION OF LOCAL PATENT RULE 3-7, OR IN THE ALTERNATIVE, TO COMPEL DISCOVERY RELATING TO OPINIONS-OF-COUNSEL PURSUANT TO LOCAL PATENT RULE 3-7 AND RULES 30(A)(1) AND 37(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Robert Charles Blume**
  rblume@gibsondunn.com,
  ralfrey@gibsondunn.com

- **Gregory B. Kanan**
  gkanan@rothgerber.com,
  dgrooms@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com,
  dgrooms@rothgerber.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Scott Butler Murray**
  smurray@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com,
  norris@wtotrial.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com,
  gcaceres@sillscummis.com

- **Jesus Manuel Vazquez , Jr**
  jvazquez@rothgerber.com,
  phenke@rothgerber.com

*s/ Terence M. Ridley*
Terence M. Ridley
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:  (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorney for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM