# EXHIBIT A

Case No. 1:11-cv-00520-RM-NYW Document 310-1 filed 09/28/12 USDC Colorado pg 1 of 5

## Lauren Siber

| | |
|---|---|
| **From:** | Kostolansky, Kris J. [kkosto@rothgerber.com] |
| **Sent:** | Wednesday, July 18, 2012 9:46 AM |
| **To:** | Scott D. Stimpson |
| **Cc:** | Jeffrey Wasserman; Vazquez, Jesus; Kanan, Greg; Scott Murray; David C. Lee |
| **Subject:** | RE: License Agreements/Protective Order |

Thank you. I will call this afternoon.


**Kris J. Kostolansky, Esq.**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9515 | Main 303.623.9000 | Fax 303.623.9222
E-mail: kkosto@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, July 18, 2012 7:41 AM
**To:** Kostolansky, Kris J.
**Cc:** Jeffrey Wasserman; Vazquez, Jesus; Kanan, Greg; Scott Murray; David C. Lee
**Subject:** RE: License Agreements/Protective Order

I am on a flight back from LA, landing about 3pm NY time.



Sills Cummis & Gross P.C.   website | bio | v-Card | email
Scott D. Stimpson
Member of the Firm
New York  | Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

---

**From:** Kostolansky, Kris J. [mailto:kkosto@rothgerber.com]
**Sent:** Wednesday, July 18, 2012 9:38 AM
**To:** Scott D. Stimpson
**Cc:** Jeffrey Wasserman; Vazquez, Jesus; Kanan, Greg; Scott Murray; David C. Lee
**Subject:** RE: License Agreements/Protective Order

Scott, Thanks for your prompt response. I will give you a call later this morning to discuss.



**Kris J. Kostolansky, Esq.**

Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9515 | Main 303.623.9000 | Fax 303.623.9222
E-mail: kkosto@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, July 18, 2012 7:32 AM
**To:** Kostolansky, Kris J.
**Cc:** Jeffrey Wasserman; Vazquez, Jesus; Kanan, Greg; Scott Murray; David C. Lee
**Subject:** RE: License Agreements/Protective Order

Kris:

Thank you for your inquiry, but we cannot allow this disclosure.

Scott



---

**From:** Kostolansky, Kris J. [mailto:kkosto@rothgerber.com]
**Sent:** Tuesday, July 17, 2012 6:49 PM
**To:** Scott D. Stimpson
**Cc:** Jeffrey Wasserman; Vazquez, Jesus; Kanan, Greg
**Subject:** RE: License Agreements/Protective Order

Scott, the license agreements to which I refer are the agreements with Aetna; Castlight Health, Inc.; EmblemHealth Services Company, LLC; Expert Consensus, LLC; Health Care Service Corporation (Blue Cross, Blue Shield – two agreements); Cox Search; Private Health Management; HCSC; and Healthy Advice Networks, LLC.

Thank you for your attention to this matter.

                                                                                           K.J.K.

**Kris J. Kostolansky, Esq.**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9515 | Main 303.623.9000 | Fax 303.623.9222
E-mail: kkosto@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Monday, July 16, 2012 5:05 PM
**To:** Kostolansky, Kris J.; Jeffrey Wasserman
**Cc:** Vazquez, Jesus
**Subject:** RE: License Agreements/Protective Order

Kris:

Please identify the license agreements and we will discuss your request with our client. Jeff mentioned nine agreements, but I am not sure what they are. Thank you.

Scott



Sills Cummis & Gross P.C.
website | bio | v-Card | email
**Scott D. Stimpson**
Member of the Firm

New York | Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

---

**From:** Kostolansky, Kris J. [mailto:kkosto@rothgerber.com]
**Sent:** Monday, July 16, 2012 6:25 PM
**To:** Jeffrey Wasserman
**Cc:** Scott D. Stimpson; Vazquez, Jesus
**Subject:** License Agreements/Protective Order

Jeff, Following up on our call this morning, I ask that MDx permit a discrete group of designated HG executives to view the MDx license agreements to help facilitate settlement analysis on our side, and not for any competitive purpose. Please let me know your position. Thank you.

**Kris J. Kostolansky, Esq.**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9515 | Main 303.623.9000 | Fax 303.623.9222
E-mail: kkosto@rothgerber.com | Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

---

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

---

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

---

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.