# EXHIBIT B

**Lauren Siber**

| | |
|---|---|
| **From:** | Vazquez, Jesus [jvazquez@rothgerber.com] |
| **Sent:** | Saturday, September 15, 2012 12:12 AM |
| **To:** | Scott D. Stimpson |
| **Cc:** | Scott Murray; David C. Lee; Kostolansky, Kris J.; Kanan, Greg |
| **Subject:** | Contesting AEO Designations on License Agreements |

Scott,

Pursuant to Section 10 of the Protective Order we are contesting the "Highly Confidential - Attorney's Eyes Only" designations of the following nine documents:

1. Software & Data Utilization Agreement with Health Advice Networks, LLC, MDX0104300-MDX0104309

2. Data Licensing & Utilization Agreement with Castlight Health, Inc., MDX0104159-MDX0104178

3. Data Pages & Data Utilization Agreement with Emblem Health Services Co., MDX0104195-MDX0104205

4. Data Utilization Agreement with Expert Concensus, LLC., MDX0104206-MDX0104212

5. License Agreement with HCSC, MDX0104236-MDX0104271

6. Data Utilization Agreement with Private Health Management, Inc., MDX0104366-MDX0104372

7. Statement of Work with HCSC, MDX0104213-MDX0104225

8. IPF Product Development Statement of Work with HCSC, MDX0104226-MDX0104235

9. Master Services Agreement for Professional Services, MDX0104272-MDX0104299

Pursuant to the Protective Order we are to attempt to resolve the dispute as to the designations on an informal basis. As you know we have already discussed lifting the AEO designations from these documents so that we can share them with our client representatives. The agreements are obviously relevant to the litigation. We are willing to confer further to resolve this issue. Otherwise, MDx must file a motion within 14 days of this written objection requesting a determination of whether the agreements are properly designated.

I'll be available to confer with you regarding this issue on Monday and Tuesday next week.

Thanks, Jesus

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222

E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

---

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

9/28/2012