IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**UNOPPOSED MOTION FOR A SEVEN DAY EXTENSION OF TIME TO FILE MOTIONS TO RESTRICT ACCESS TO DOCUMENT – (I) DOCUMENT NOS. 292, 292-1, 292-2, 292-3, 292-4, 292-5, 292-6, 292-7, 292-8, 292-9, 292-10, 292-11, 292-12, 292-13, 292-14; AND (II) DOCUMENT NOS. 294-1, 294-2 AND 294-3**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, respectfully submits its Unopposed Motion for a Seven Day Extension of Time to File Motions to Restrict Access to Document- (i) Document Nos. 292, 292-1, 292-2, 292-3, 292-4, 292-5, 292-6, 292-7, 292-8, 292-9, 292-10, 292-11, 292-12, 292-13, 292-14; and (ii) 294-1, 294-2 and 294-3.

### Conferral pursuant to D.C.Colo.LCivR 7.1

Pursuant to D.C.COLO.L.CivR 7.1, the Parties conferred on October 1, 2012, and counsel for Health Grades, Inc. ("Health Grades") has indicated that Health Grades does not oppose this motion and the relief requested herein.

1

In light of the numerous motions and submissions made by the parties during the past several weeks, the significant amount of exhibits that are the subject of the motions to restrict to be filed, and the recent marriage and honeymoon of Health Grades' lead counsel, counsel for MDx and Health Grades have not completed their conferral on documents 292, 292-1, 292-2, 292-3, 292-4, 292-5, 292-6, 292-7, 292-8, 292-9, 292-10, 292-11, 292-12, 292-13, 292-14, 294-1, 294-2 and 294-3. MDx respectfully requests the Court grant this motion to extend the time to file the motions to restrict, so that the parties can confer on said documents, while maintaining the documents at a Level 1 restriction. By granting an extension of the time to confer regarding, and file, the respective motions to restrict, the Parties are hopeful that they will be able to agree on proposed redactions and greatly limit the burden on this Court.

## Conclusion

For the foregoing reasons, MDx requests that this Court grant this unopposed motion for a seven day extension of time to file motions to restrict access to documents numbers: (i) 292, 292-1, 292-2, 292-3, 292-4, 292-5, 292-6, 292-7, 292-8, 292-9, 292-10, 292-11, 292-12, 292-13, 292-14; and (ii) 294-1, 294-2 and 294-3, and maintain the restrictions on these documents until MDx files said motions.

Dated: October 1, 2012

Respectfully submitted,

*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com

E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com
and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:  (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2012, I electronically filed the foregoing UNOPPOSED MOTION FOR A SEVEN DAY EXTENSION OF TIME TO FILE MOTIONS TO RESTRICT ACCESS TO DOCUMENT – (I) DOCUMENT NOS. 292, 292-1, 292-2, 292-3, 292-4, 292-5, 292-6, 292-7, 292-8, 292-9, 292-10, 292-11, 292-12, 292-13, 292-14; AND (II) DOCUMENT NOS. 294-1, 294-2 AND 294-3 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Jeffrey David Phipps
  jphipps@rothgerber.com, kmeans@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

Bonnie S. Schwab

4