IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


　　　　IT IS ORDERED that the defendant's **Unopposed Motion for a Seven Day Extension to File Motion to Restrict Access** [Doc. # 312, filed 10/1/2012] is GRANTED.


DATED:  October 3, 2012