IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC.,
doing business as Vitals.com,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant's unopposed motion for leave to file a supplemental reply [Docket No. 247] in support of its second motion for partial summary judgment [Docket No. 195]. The Court being fully apprised of the motion's premises, it is

    **ORDERED** that defendant's unopposed motion for leave to file a supplemental reply [Docket No. 247] is GRANTED.

    DATED October 4, 2012.