IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT

Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), by its undersigned counsel, and pursuant to D.C.Colo.LCivR 6.1(C), respectfully submits its Unopposed Motion for Extension of Time to Reply in Support of its Motion for Leave to File its First Amended Complaint [Doc. 252].

### Conferral Pursuant to D.C.Colo.LCivR 7.1(A)

Undersigned counsel certifies that he conferred with counsel for MDx Medical, Inc. ("MDx") regarding the seven-day extension requested herein, and that MDx does not oppose this extension.

### Unopposed Motion

1.　Health Grades served its Motion for Leave to File its First Amended Complaint ("Motion") on July 13, 2012 [Doc. 252]. Pursuant to the Court's Order dated August 2, 2012, the time for MDx to file its response to the Motion was extended to September 17, 2012 [Doc. 276].

1

MDx filed its response on September 17, 2012 [Doc. 295]. Health Grades reply is due October 5, 2012.

2. Health Grades respectfully requests a seven-day extension to file its reply. Good cause exists for the requested extension. The parties recently completed the depositions of two of the experts in the case, one on Friday, September 28, 2012, in Boston, Massachusetts, and the second on Thursday, October 4, 2012, in Denver. The parties are preparing to take two other expert depositions next week, on October 9 and October 10, 2012, in Hemet, California, and San Francisco, California, respectively. Due to the time required to adequately prepare for and to attend these four depositions, Health Grades needs an additional seven days, through Friday, October 12, 2012, to adequately prepare and file its reply in support of its Motion. No prejudice to MDx will result as a consequence of the extension, and MDx does not oppose the extension.

3. This is the first request for an extension by Health Grades for this reply brief.

4. For the foregoing reasons, Health Grades respectfully requests an extension of time of seven days, through and including October 12, 2012, to file its reply in support of its Motion for Leave to File its First Amended Complaint.

5. Health Grades is serving a copy of this motion on its client pursuant to D.C.Colo.LCivR 6.1D.

WHEREFORE, Health Grades respectfully requests that the Court grant its unopposed motion and extend the deadline for Health Grades to file its Reply in Support of its Motion for Leave to File its First Amended Complaint through and including October 12, 2012.

Respectfully submitted this 5th day of October, 2012.

        ROTHGERBER JOHNSON & LYONS LLP

        *s/ Jesús M. Vázquez*
        Kris J. Kostolansky, Esq.
        Jesús M. Vázquez, Jr., Esq.
        Gregory B. Kanan, Esq.
        1200 17th Street, Suite 3000
        Denver, Colorado  80202
        Tel:  (303) 623-9000
        Fax:  (303) 623-9222
        Email:  kkosto@rothgerber.com
                jvazquez@rothgerber.com
                gkanan@rothgerber.com

        *Attorneys for Plaintiff/Counterclaim Defendant*
        *Health Grades, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2012, I electronically filed the foregoing **HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
David Chunyi Lee
Scott B. Murray
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
Email: ridley@wtotrial.com

Health Grades, Inc.
999 18th Street, Suite 600
Denver, CO  80202

*s/ Jesús M. Vazquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@rothgerber.com
        kkostolansky@rothgerber.com
        jvazquez@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*