IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**PARTIES' JOINT MOTION TO ALLOW DEPOSITIONS BEYOND THE EXPERT DISCOVERY CUT-OFF, AND TO EXTEND THE DISPOSITIVE MOTION DEADLINE BY ONLY ONE WEEK**

Plaintiff Health Grades, Inc. ("Health Grades"), and Defendant MDx Medical, Inc. d/b/a Vitals.com ("MDx")(collectively, the "Parties"), by their respective undersigned counsel, pursuant to Federal Rules of Civil Procedure 16(b)(4), D.C.Colo.LCivR 6.1(C) and (D), D.C.Colo.LCiv.R 7.1, and Sections 12 and 13 of the Scheduling Order in this case, respectfully submit their Joint Motion to Allow Depositions Beyond the Expert Discovery Cut-Off, and to Extend the Dispositive Motion Deadline by only one week, and state in support:

**Conferral pursuant to D.C.Colo.LCivR 7.1(A)**

Undersigned counsel have conferred with each other regarding the relief requested herein and have agreed to the relief sought in this motion.

**JOINT MOTION**

1. Pursuant to the Court's Order dated July 30, 2012 [Dkt. 271], the current expert discovery cut-off deadline for this case is October 8, 2012, and the dispositive motion deadline is October 22, 2012. The Parties seek a two-day extension of the expert discovery cut-off, through

October 10, 2012, and an eight-day extension of the dispositive motion deadline, through October 22, 2012.

2.   The Parties have scheduled the depositions of Richard G. Cooper and Brian W. Napper, MDx's technical and damages experts, on October 9 and 10, 2012, in Hemet, California and San Francisco, California, respectively. With these two depositions the Parties will have completed taking the depositions of each other's technical and damages experts in the case.

3.   Pending before the Court is Health Grades' Motion to Preclude MDx's Advice of Counsel Defense or, Alternatively, to Compel Discovery Relating to Opinions of Counsel [Dkt. 219]. MDx has stipulated and agreed to produce Mr. Philip Braginsky, who authored the opinion on which MDx seeks to rely. Thus, if the Court denies Health Grades' request to preclude, the Parties will schedule and take the deposition of Mr. Braginsky forthwith.

4.   The Parties have additionally conferred and agreed that an eight-day extension of the dispositive motion deadline, through October 30, 2012, will allow them sufficient time to adequately prepare and file their respective dispositive motions.

5.   The requested extensions will not impact the Pretrial Conference scheduled for January 10, 2013. The Parties have sought amendments of the above deadlines on four previous occasions – see Docket #s 86, 132, 160 and 217. Copies of this Motion will simultaneously be served on Health Grades and MDx by their respective undersigned counsel.

WHEREFORE, for good cause shown, the Parties jointly and respectfully request that the Court grant their Motion and order the following:

(1) Expert discovery is extended through October 10, 2012, solely for the purpose of taking the depositions of Messrs. Cooper and Napper. If MDx may rely on the opinion of

2

counsel defense after the Court resolves Health Grades' pending motion [Dkt. 219], the deposition of opinion counsel will be scheduled at a time convenient to the Parties within one month of the Court's ruling on the Health Grades' motion.

(2) The dispositive motion deadline is extended through October 30, 2012.

Respectfully submitted this 8th day of October, 2012.

    ROTHGERBER JOHNSON & LYONS LLP

    *s/ Jesús M. Vázquez, Esq.*
    Kris J. Kostolansky, Esq.
    Jesús M. Vázquez, Jr., Esq.
    Gregory B. Kanan, Esq.
    1200 17th Street, Suite 3000
    Denver, Colorado  80202
    Tel:  (303) 623-9000
    Fax:  (303) 623-9222
    Email: kkosto@rothgerber.com
          jvazquez@rothgerber.com
          gkanan@rothgerber.com

    *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

    SILLS CUMMIS & GROSS P.C.

    *s/ Scott David Stimpson*
    Scott David Stimpson
    David Chunyi Lee
    Scott Murray
    One Rockefeller Plaza, 25th Floor
    New York, NY  10020
    Tel:  (212) 500-1550
    Fax:  (212) 643-6500
    Email:  sstimpson@sillscummis.com
           dlee@sillscummis.com
           smurray@sillscummis.com

    *Attorneys for Defendant/Counterclaimant MDx Medical, Inc. d/b/a Vitals.com.*

## CERTIFICATE OF SERVICE

   I hereby certify that on October 8, 2012, I electronically filed the **FOREGOING JOINT MOTION TO ALLOW DEPOSITIONS BEYOND THE EXPERT DISCOVERY CUT-OFF, AND TO EXTEND THE DISPOSITIVE MOTION DEADLINE BY ONLY ONE WEEK** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
David Chunyi Lee
Scott B. Murray
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY 10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: ridley@wtotrial.com

*s/ Jesús M. Vázquez, Esq.*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: kkosto@rothgerber.com
   jvazquez@rothgerber.com
   jphipps@rothgerber.com
   gkanan@rothgerber.com
*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

4