IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB

HEALTH GRADES, INC.,

> Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

> Defendant.

---

## DECLARATION OF ERIKA BOYER

---

ERIKA BOYER, being of full age, hereby declares and states as follows:

1.    I make this declaration in support of Defendant MDx Medical, Inc.'s Motion For Leave To Restrict Access To Document – Document Nos. 292, 292-1, 292-8, 292-10, 292-12, 292-14, and 305-1.  Unless otherwise noted, the statements made herein are based on my personal knowledge.

2.    I am one of the founding individuals of MDx Medical, Inc. ("MDx"), and currently my title with MDx is Vice President, Data Operations.  MDx is a private company, based in Lyndhurst, New Jersey.  I helped start MDx in 2006, to fill what the founding partners perceived as a need in the industry.

3.      MDx is a leading provider of technology that enables users to search for and obtain information on healthcare providers.  This information includes, among other things, the names of doctors, their education, specialties, hospital affiliations and the insurance that they accept.  Users can access this information at the MDx www.vitals.com website (the "MDx Website").  Since January 2008, MDx has owned and operated the MDx Website.

4.      Document No. 292 is Health Grades' motion for leave to amend its infringement contentions.  At page eight of the motion, there is a figure containing MDx internal, highly confidential information regarding the percentage of physicians who have edited information on Vitals.com.  This is competitively sensitive information that MDx does not make public.  If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising.

5.      Exhibit 292-8 is MDx's second supplemental interrogatory response.  This response contains highly confidential, proprietary information regarding Vitals.com usage metrics, percentages and internal website operations.  This is competitively sensitive information that MDx does not make public.  If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to distinguish its produce from its competitors, and secure business partners, data licensing agreements and possibly advertising.

6.      Exhibit 292-10 is excerpts from the transcript of my deposition.  The excerpts include my explanation of competitively sensitive information regarding how MDx's website, Vitals.com, works internally.  This is competitively sensitive information that MDx does not

make public.  If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to distinguish its produce from its competitors, and secure business partners and data licensing agreements.

7.      Exhibit 292-12 is excerpts from the transcript of the deposition of MDx's Chief Technology Officer, Larry West.  The excerpts include competitively sensitive information regarding internal MDx website operations and statistics.  Again, this is competitively sensitive information that MDx does not make public.  If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to distinguish its produce from its competitors, and secure business partners, data licensing agreements and possibly advertising.

8.      Exhibit 292-14 is query screens of MDx's database that is used to obtain the internal Vitals.com statistics regarding usage and other percentages.  Similarly, this is competitively sensitive information that MDx does not make public.  If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to distinguish its produce from its competitors, and secure business partners, data licensing agreements and possibly advertising.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2012

_____
ERIKA BOYER