# EXHIBIT E

## (Redacted Version of Doc. # 292-12)

# EXHIBIT I

# In The Matter Of:

*Health Grades, Inc.*
*vs.*
*MDX Medical, Inc.*

_____

*Lawrence West*

*June 26, 2012*

_____

## **CONFIDENTIAL**
### *Attorneys' Eyes Only*

**MERRILL CORPORATION**

**LegaLink, Inc.**

311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Page 1

CONFIDENTIAL ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF COLORADO
---------------------------------------------x
HEALTH GRADES, INCORPORATED,

                              Plaintiff,


vs.                                    Civil Action No.

                                       11-CV-00520-PAB-BNB


MDX MEDICAL, INCORPORATED D/B/A,
VITALS.COM,

                              Defendant.
---------------------------------------------x

                              June 26, 2012

                              8:00 a.m.



        Videotaped deposition of LAWRENCE

WEST, taken by Plaintiff, pursuant to Notice,

at the offices of Sills, Cummis & Gross P.C.,

The Legal Center, One Riverfront Plaza,

Newark, New Jersey, before Georgette K. Betts,

a Certified Shorthand Reporter, Registered

Professional Reporter, Certified Livenote

Reporter and Notary Public within and for the

States of New York and New Jersey.

1 A P P E A R A N C E S:

2 ROTHGERBER JOHNSON & LYONS LLP
         Attorneys for Plaintiff
3             One Tabor Center, Suite 3000
              1200 Seventeenth Street
4             Denver, Colorado 80202-5855
              303.623.9000
5             gkanan@rothgerber.com

6       BY:   GREGORY B. KANAN, ESQ.

7             -and-

8 MERCHANT & GOULD
              1050 Seventeenth Street
9             Suite 1950
              Denver, Colorado 80265
10            303.357.1670
              kstolldebell@merchantgould.com
11
        BY:   KRISTIN L. STOLL-DEBELL, ESQ.
12

13 SILLS CUMMIS & GROSS
         Attorneys for Defendant
14            30 Rockefeller Plaza
              New York, New York 10112
15            212.643.7000
              sstimpson@sillscummis.com
16
        BY:   SCOTT D. STIMPSON, ESQ.
17

18 ALSO PRESENT:
         PHILIP GREENSPUN,
19       Expert for Healthgrades

20       DAVID SANDERS, VIDEO OPERATOR

21

22

23

24

25

1  June 26, 2012

2

                    I N D E X

3

4  WITNESS              EXAMINATION              PAGE

5  LAWRENCE WEST

6            BY MR. KANAN              7, 277

7            BY MR. STIMPSON            274

8

9              E X H I B I T S

10  WEST                DESCRIPTION              PAGE

11  Exhibit 1    document titled          75
                 "Thinking About
12               Physician Quality,
                 Getting to a Fuller
13               View", Bates-stamped
                 MDX0012038 through 12285
14
    Exhibit 2    schematic drawing of the  77
15               Vitals website

16  Exhibit 3    Vitals XML feed guide     85
                 version 1.3
17               Bates-stamped MDX0019309
                 through 326
18
    Exhibit 4    document Bates-stamped    103
19               MDX0011861 through 862

20  Exhibit 5    e-mail Bates-stamped      105
                 MDX0019254 through 255
21
    Exhibit 6    e-mail Bates-stamped      135
22               MDX0034444 through 46

23  Exhibit 7    depiction of the Vitals   152
                 iFrame window
24
    Exhibit 8    screen shot               161
25

Case No. 1:1-cv-00520-RM-NYW Document 322-6 filed 10/10/12 USDC Colorado pg 7 of

```
 1              E X H I B I T S

 2 WEST              DESCRIPTION              PAGE

 3 Exhibit 9         screen shot of          182
                     particular page of a
 4                   Vitals search

 5 Exhibit 10        document Bates-stamped  190
                     MDX0069146 through 215
 6
   Exhibit 11        screen shot             217
 7
   Exhibit 12        screen shot             223
 8
   Exhibit 13        screen shot             226
 9
   Exhibit 14        document Bates-stamped  232
10                   MDX0025310 through 333

11 Exhibit 15        e-mails Bates-stamped   237
                     MDX0039641 through 645
12
   Exhibit 16        two-page screen shot    258
13
   Exhibit 17        document Bates-stamped  262
14                   MDX0000177 through 182

15 Exhibit 18        document Bates-stamped  264
                     MDX0039659 through 689
16
   Exhibit 19        document Bates-stamped  264
17                   MDX0104073 through 110

18 Exhibit 20        document Bates-stamped  264
                     MDX0071952 through 989
19
   Exhibit 21        document Bates-stamped  264
20                   MDX0034556 through 640

21

22

23

24

25
```

Page 32

08:47:39  1      A.      Uh-huh.

08:47:40  2            Q.      I assume there are physicians who

08:47:42  3  come to the website and look at their profile

08:47:44  4  but don't make any edits; is that correct too?

08:47:47  5            MR. STIMPSON:  Objection.

08:47:47  6      Calls for speculation.

08:47:48  7            MR. KANAN:  I don't know

08:47:48  8      whether it calls for speculation.

08:47:50  9            Q.      But is there a way for you to

08:47:52 10  monitor when physicians come to the website to

08:47:54 11  look at their profile?

08:47:57 12            A.      No, because we do not track

08:47:59 13  individual identities of people that come to our

08:48:01 14  website.

08:48:01 15            Q.      Well whether you track them

08:48:02 16  individually or not, are you able to track when

08:48:05 17  a physician looks, in general, when physicians

08:48:07 18  look at their particular profile?

08:48:08 19            A.      No.

08:48:09 20            Q.      How do you know they come online

08:48:11 21  and edit?

08:48:13 22            A.      In order for them to edit their

08:48:15 23  information they have to register with the

08:48:18 24  system and provide proof of who they are.

08:48:21 25            Q.      So is that different than just

08:48:23 1 getting online to look at their profile?

08:48:26 2        A.    Yes.

08:48:27 3        Q.    Okay.  So the first step would be

08:48:28 4 the physician would come on to your website and

08:48:31 5 is allowed access to look at their profile as a

08:48:35 6 physician not as a consumer; is that correct?

08:48:38 7        A.    The site is freely public to

08:48:41 8 anyone so we do not make a determination between

08:48:44 9 whether that consumer is a physician or a

08:48:50 10 typical consumer.

08:48:53 11        Q.    Okay.  So the physician would go

08:48:56 12 to your website and look at his or her profile

08:49:00 13 initially just as anyone would look at it, as a

08:49:02 14 consumer might look at it; is that right?

08:49:05 15        A.    Yes.

08:49:06 16        Q.    In order to edit and then --

08:49:09 17        A.    No.

08:49:09 18        Q.    -- the next step?

08:49:11 19        A.    Well, they wouldn't require to

08:49:13 20 look at their profile in order to edit.  You

08:49:15 21 could go directly to the main page of the site

08:49:18 22 and click log-in and register.

08:49:21 23        Q.    That's what I was getting at?

08:49:23 24        A.    Okay.

08:49:23 25        Q.    So there's a way the physician

Case No. 1:1-cv-00520-RMB-NYW Document 122-6 filed 10/10/12 USDC Colorado Page 10 of 77

08:49:25  1 could sort of skip the consumer review of his or

08:49:27  2 her site and go right to the physician access

08:49:30  3 I'll call, is that --

08:49:32  4          A.    Yeah, if they so choose, yes.

08:49:33  5          Q.    And they would have a log-in code

08:49:36  6 or password to get in to look at their profile

08:49:39  7 and make edits; is that correct?

08:49:42  8          A.    Yes, they would register and then

08:49:44  9 receive that information.

08:49:44 10          Q.    And how do they register?

08:49:47 11          A.    They put in their information that

08:49:49 12 is specific to them, things such as their

08:49:54 13 license number, their graduation year.  I don't

08:49:57 14 recall specifically how that process works, but

08:50:00 15 that information is then validated by the

08:50:04 16 customer support team.

08:50:05 17          Q.    At Vitals?

08:50:06 18          A.    At Vitals.

08:50:07 19          Q.    Okay.  So you're anticipating what

08:50:09 20 I was going to ask you.

08:50:11 21                So the physician would come in and

08:50:13 22 put in some particular information personal to

08:50:16 23 the physician and there's some method within

08:50:19 24 Vitals to verify the accuracy of that so you

08:50:22 25 know the physician is who he or she claims to

08:50:24 1 be?

08:50:25 2          A.    Yes.

08:50:25 3          Q.    And then they're given access to

08:50:29 4 their profile --

08:50:29 5          A.    Yes.

08:50:30 6          Q.    -- to make edits?

08:50:31 7          A.    Yes.

08:50:32 8          Q.    Okay.  Now, so do you monitor or

08:50:35 9 do you keep a record anywhere of physicians who

08:50:38 10 log-in in that -- using that mechanism to look

08:50:40 11 at their website?

08:50:42 12          A.    Yes.

08:50:42 13          Q.    Okay.  So now back to my original

08:50:45 14 question to you, in some instances the physician

08:50:47 15 would log-in using this password access system

08:50:52 16 and might actually make edits to their site, and

08:50:56 17 that occurs, correct?

08:50:57 18          A.    Yes.

08:50:59 19          Q.    All right.  Are there instances

08:51:00 20 when the physician would log-in and look at the

08:51:03 21 physician data but not make any changes?

08:51:10 22          A.    So you're asking me whether they

08:51:12 23 can log-in without making any changes?

08:51:14 24          Q.    Uh-huh.

08:51:17 25          A.    In that case we specifically

Page 36

08:51:18  1  don't -- we capture the fact that they log-in

08:51:21  2  but there wouldn't be subsequent changes in the

08:51:24  3  auditing of said information, so yes.

08:51:27  4        Q.    Right.  So you'd have a log or

08:51:29  5  you'd monitor in some fashion electronically or

08:51:32  6  however, when physicians come in and access

08:51:34  7  their material and then you would have material

08:51:39  8  that would show or a log that would show when

08:51:41  9  they've actually changed the site and instances

08:51:44  10  when they have not?

08:51:45  11        A.    Yes.

08:51:46  12        Q.    Okay.  And what are those records

08:51:48  13  called?

08:51:49  14        A.    We call them the EZ Edit Audit

08:51:54  15  records.

08:51:54  16        Q.    Easy?

08:51:56  17        A.    EZ Edit is the internal name for

08:51:58  18  the ability for a physician to update their

08:52:01  19  information.

08:52:02  20        Q.    E-Z or the word easy?

08:52:06  21        A.    The letter E, the letter Z and

08:52:08  22  then edit.  It's a nickname we give it.

08:52:11  23        Q.    Yes.

08:52:12  24        A.    Just so we know exactly what we're

08:52:14  25  talking about.

Case 1:11-cv-00520-PAB-BNB Document 292-32 Filed 09/17/12 USDC Colorado Page 12 of 76

Page 37

08:52:15  1          Q.     Right.

08:52:19  2                 Do you know how many instances in

08:52:20  3 which physicians log on to review their

08:52:24  4 particular website?

08:52:28  5          A.     You're asking me do I know the

08:52:30  6 count of physicians --

08:52:32  7          Q.     Yes.

08:52:32  8          A.     -- that have logged in?

08:52:33  9          Q.     Uh-huh.

08:52:35 10          A.     I don't recall.

08:52:35 11          Q.     Do you know approximately how many

08:52:37 12 it is?

08:52:40 13          A.     I really -- no, I don't even have

08:52:43 14 an approximate.  I would ask Erika Boyer for

08:52:46 15 that information.

08:52:47 16          Q.     How much physicians are there in

08:52:49 17 your database?

08:52:51 18          A.     We define a physician as a

08:52:54 19 licensed, active provider.  We believe there's

08:53:00 20 about, say, roughly 800,000.

08:53:06 21                 For more specifics I urge you to

08:53:08 22 speak with Erika Boyer.

08:53:11 23          Q.     When you say licensed active, do

08:53:12 24 you mean licensed by a medical board?

08:53:16 25          A.     Yes.

Case 1:11-cv-00520-PAB-BNB   Document 292-12   Filed 09/17/12   USDC Colorado   Page 13 of 76

Page 38

```
08:53:16  1       Q.    And active, active in the practice
08:53:18  2 of medicine?
08:53:19  3       A.    Yes.
08:53:22  4       Q.    Okay.
08:53:51  5             Is there some person particularly
08:53:53  6 responsible for monitoring the EZ edit usage by
08:53:59  7 physicians within Vitals?
08:54:10  8       A.    Could you clarify in what regards.
08:54:13  9       Q.    Is there someone who in particular
08:54:15 10 would note or prepare a report of how often
08:54:20 11 physicians are actually editing their data?
08:54:23 12       A.    Oh.  There is a report that is
08:54:29 13 generated that describes how many physicians
08:54:31 14 have updated their information I believe that
08:54:33 15 month.  I think it's included in what we call
08:54:35 16 the KPI report.
08:54:37 17       Q.    KBI the letters?
08:54:39 18       A.    KPI the letters.
08:54:41 19       Q.    KPI the letters?
08:54:42 20       A.    Yes, Key Performance Indicator
08:54:44 21 report.
08:54:51 22       Q.    And that report is prepared on a
08:54:53 23 monthly basis?
08:55:00 24       A.    Yes.  I believe so.
08:55:03 25       Q.    And among other things it reports
```

08:55:04   1   on the frequency or how many, I guess,

08:55:07   2   physicians in the particular month have used the

08:55:11   3   EZ edit access to edit their profile?

08:55:15   4           A.    I believe so.  I haven't looked at

08:55:16   5   the report in a while.

08:55:18   6           Q.    Yeah.  What other kind of

08:55:19   7   information is contained in the KPI report?

08:55:27   8           A.    That report is what it indicates,

08:55:30   9   key performance indicator, so just the --

08:55:33  10           Q.    So what are the indicators?

08:55:34  11           A.    Oh, I haven't looked at the report

08:55:37  12   in a while, but from my recollection it is, you

08:55:41  13   know, traffic reports and just general

08:55:48  14   information on the metrics that are used by

08:55:51  15   management for tracking.

08:55:55  16           Q.    Metrics like what?

08:55:58  17           A.    Mainly traffic.

08:55:59  18           Q.    And when you say "traffic," you

08:56:02  19   mean the frequency --

08:56:02  20           A.    How many visitors.

08:56:04  21           Q.    -- with which consumers visit the

08:56:06  22   website?

08:56:06  23           A.    Uh-huh.

08:56:07  24           Q.    Are there different metrics of

08:56:09  25   that, of the traffic of consumers visiting the

Page 40

08:56:12   1   website?

08:56:12   2         A.     The traffic team has different

08:56:16   3   metrics that they track which would be included

08:56:19   4   in the KPI, but I don't know specifically what

08:56:21   5   they are.

08:56:23   6         Q.     I'm sorry, the what team?

08:56:24   7         A.     The traffic team.

08:56:25   8         Q.     The traffic team. Okay, I should

08:56:29   9   have guessed that.

08:56:34   10           So you have occasion at least

08:56:35   11   sometimes to look at the key performance

08:56:38   12   indicator report?

08:56:40   13         A.     I do.

08:56:42   14         Q.     And from your best recollection,

08:56:45   15   Mr. West, on the reporting of how many

08:56:48   16   physicians have edited their profile in any

08:56:51   17   particular month, can you give me a sense of a

08:56:54   18   range of the number that you've seen on the KPI

08:56:57   19   report? A hundred, a thousand, 50,000?

08:57:03   20         A.     I really can't recall. I don't

08:57:06   21   really -- the KPIs are more for the business

08:57:12   22   side and I'm on the engineering side, so I

08:57:15   23   really don't study the KPI.

08:57:29   24         Q.     Did you have any involvement in

08:57:30   25   the engineering of this system whereby

Case 1:11-cv-00520-PAB-BNB Document 292-12 Filed 09/17/12 USDC Colorado Page 16 of 76

Page 67

```
09:40:36  1        A.    Okay.

09:40:36  2        Q.    Public meaning government sites?

09:40:38  3        A.    Okay.

09:40:38  4        Q.    So hospitals, and was that data

09:40:40  5 physician data that was scraped from the

09:40:42  6 hospitals?

09:40:43  7        A.    Yes.

09:40:45  8        Q.    Any other sources for physician

09:40:47  9 data that were not government sites?

09:40:50 10        A.    Group practices.

09:40:53 11        Q.    Group practices, okay.

09:40:54 12        A.    Uh-huh.

09:40:54 13        Q.    Group medical practices you're

09:40:55 14 talking about?

09:40:56 15        A.    Yes.

09:40:56 16        Q.    You scraped data from those?

09:40:58 17        A.    Yes.

09:40:58 18        Q.    Did you notify the physicians or

09:41:00 19 the group practice that you were downloading the

09:41:03 20 data?

09:41:03 21        A.    No.

09:41:04 22        Q.    Any other sources?

09:41:05 23        A.    Insurance companies.

09:41:07 24        Q.    Okay.  Same questions, you

09:41:09 25 downloaded the data and did not notify the
```

Page 68

```
09:41:11   1  insurance company?

09:41:12   2          A.    Yes.

09:41:15   3          Q.    Any other sources?

09:41:17   4          A.    Associations.

09:41:18   5          Q.    What kind of associations?

09:41:20   6          A.    Medical associations.

09:41:21   7          Q.    Okay.  And the same thing, you

09:41:23   8  downloaded the data and did not advise?

09:41:26   9          A.    Yes.

09:41:31  10          Q.    Anything else?

09:41:35  11          A.    I don't recall.

09:41:40  12          Q.    How was that data that you

09:41:41  13  obtained from those sources reviewed for quality

09:41:44  14  as you had reviewed the data from the former

09:41:47  15  partner for accuracy in other words?

09:41:53  16          A.    Oh, we didn't check for accuracy.

09:41:56  17  What we would do is take their data, parse it,

09:42:01  18  standardize it and load it into the database.

09:42:06  19          Q.    So there was no checking for

09:42:08  20  accuracy at all?

09:42:10  21          A.    No.

09:42:19  22          Q.    And am I correct in understanding

09:42:21  23  that in the case of some of the -- or in all of

09:42:25  24  the government sites that you obtained data, you

09:42:28  25  would download and advise the site that you had
```

09:42:32  1 downloaded data?

09:42:33  2        A.    No.

09:42:33  3        Q.    Oh.  I thought there were some

09:42:36  4 where you said you advised the site that you

09:42:37  5 were downloading the data?

09:42:40  6        A.    Only in those cases where we would

09:42:41  7 have to register to download the data or if we

09:42:45  8 had to make an e-mail request or some request

09:42:50  9 from that entity in order to gain access to

09:42:53 10 download that data --

09:42:54 11        Q.    Okay.

09:42:54 12        A.    -- or get it through the mail.

09:42:55 13        Q.    So only where they would have

09:42:57 14 required it?

09:42:57 15        A.    Right.

09:42:58 16        Q.    Okay.  All right.

09:43:08 17              Now I'm assuming there would have

09:43:09 18 been some instances where data obtained from one

09:43:13 19 source would be duplicative of some data from

09:43:17 20 another source, correct?

09:43:18 21        A.    Correct.

09:43:18 22        Q.    How would that data be merged

09:43:20 23 within your database?

REDACTED

REDACTED

REDACTED

Page 72

REDACTED

'

'

'

'

'

'

'

'

'

'

'

'

'

09:46:03  14            MR. STIMPSON:  Hold on a

09:46:04  15       second.  Can just I have those

09:46:06  16       questions back.

09:46:44  17            (Record read.)

09:46:46  18            MR. STIMPSON:  We got an

09:46:47  19       answer to that?  Okay.  All right.

09:46:48  20       It's okay.

09:46:57  21            THE WITNESS:  Did I answer

09:46:57  22       that?

09:46:57  23            THE COURT REPORTER:  I have

09:46:57  24       "yeah."

09:46:58  25            MR. STIMPSON:  I didn't hear

```
09:46:59  1        it.
09:46:59  2            THE WITNESS:  I was waiting
09:47:00  3        for him.
09:47:00  4            MR. KANAN:  Well we don't need
09:47:01  5        to play a game here --
09:47:02  6            MR. STIMPSON:  Anyway, let
09:47:02  7        me --
09:47:02  8            MR. KANAN:  Why don't you
09:47:03  9        state whatever objection you want --
09:47:04 10            MR. STIMPSON:  Yeah.
09:47:04 11            MR. KANAN:  -- and maybe he
09:47:06 12        can answer it.
09:47:06 13            MR. STIMPSON:  Yeah, I'll just
09:47:06 14        state the objection.  It was
09:47:08 15        compound, there were two questions
09:47:09 16        there.
09:47:10 17            And even if there was -- I
09:47:10 18        think he may have been saying yes,
09:47:12 19        but to me.
09:47:13 20            MR. KANAN:  Fair enough.  Let
09:47:14 21        me just try and reask it.
09:47:16 22            MR. STIMPSON:  Yeah, all
09:47:16 23        right.
09:47:16 24 BY MR. KANAN:
09:47:16 25        Q.   Let me ask it of you this way,
```

11:00:20   1              So basically in that search

11:00:22   2   results you would have to store these are the

11:00:24   3   doctors I wish to compare, you would have to

11:00:27   4   then add the compare button and then you'd have

11:00:30   5   to redo the subsequent profile page, the full

11:00:35   6   comparison profile page.

11:00:35   7        Q.    And you don't know how long that

11:00:37   8   would take to do?

11:00:38   9        A.    No.

11:00:39  10        Q.    Then you also said the other

11:00:41  11   change that I think you testified had been made

11:00:44  12   to the website were enhancements to the profile?

11:00:46  13        A.    Yes.

11:00:49  14        Q.    And that included integration with

11:00:53  15   appointment setting --

11:00:54  16        A.    Yes.

11:00:54  17        Q.    -- I think you testified.

11:00:55  18              And would that make the restoring

11:00:57  19   of the comparison system more difficult?

11:01:08  20        A.    Yes.

11:01:12  21        Q.    And in what way?

11:01:14  22        A.    Any additional changes to the

11:01:17  23   profile would then have to be reimplemented into

11:01:22  24   that full profile compare page.

11:01:24  25        Q.    And again, I take it you don't

11:01:26  1 have any idea how long it would take,

11:01:28  2 programming time it would take?

11:01:30  3      A.    No.

11:01:33  4      Q.    You've never looked into that

11:01:36  5 question?

11:01:36  6      A.    No, I've never been asked to look

11:01:38  7 into that question.

11:01:39  8      Q.    You've never been asked to?

11:01:43  9      A.    No.

11:02:00 10            (Whereupon, e-mail Bates-stamped

11:02:00 11            MDX0034444 through 46, was marked as

11:02:00 12            West Exhibit 6 for identification, as

11:02:00 13            of this date.)

11:02:28 14      Q.    All right, Mr. West, you have

11:02:29 15 before you now Exhibit 6.

11:02:31 16            Have you seen this before?

11:02:32 17      A.    Yes, I have.

11:02:33 18      Q.    And did you see it in about

11:02:36 19 January or on about January 5th, 2011?

11:02:39 20      A.    Yes, I did.

11:02:40 21      Q.    This is an e-mail from

11:02:42 22 Mr. Rothschild to you among others, correct?

11:02:46 23      A.    Yes.

11:02:47 24      Q.    And what did you understand this

11:02:48 25 e-mail was about?

11:02:55 1        A.    This was in regards to the new

11:03:00 2 patent issued by HealthGrades.

11:03:04 3        Q.    Was this e-mail received at about

11:03:06 4 the time you were also being instructed to make

11:03:09 5 changes to the MDx website?

11:03:12 6        A.    The instruction -- this led to the

11:03:16 7 changes that we made to the website.

11:03:19 8        Q.    Did you understand that

11:03:21 9 Mr. Rothschild was sending this e-mail as a

11:03:24 10 result of conversations with lawyers about the

11:03:27 11 patent issue?

11:03:31 12        A.    I don't recall.  Um...

11:03:45 13              MR. STIMPSON:  Is there a

11:03:46 14        question pending?

11:03:48 15        Q.    You don't recall?

11:03:54 16        A.    I'm thinking.  I believe we had

11:03:59 17 received the response from the opinion of the

11:04:03 18 first counsel and that this e-mail was generated

11:04:09 19 based upon that.

11:04:11 20        Q.    Okay.  So that was your

11:04:13 21 understanding that it was as a result --

11:04:15 22        A.    Yes.

11:04:15 23        Q.    -- of some advice?

11:04:17 24        A.    Yes.

11:04:18 25        Q.    If you'd look at the second page

Case 1:11-cv-00520-PAB-BNB   Document 291-32   Filed 09/17/12   USDC Colorado   Page 26 of 76

Page 137

11:04:19   1   of this particular e-mail, toward the bottom

11:04:24   2   there about two-thirds of the way down you see a

11:04:27   3   sentence that says "To ensure that Vitals is not

11:04:30   4   in violation of this patent," do you see that?

11:04:34   5        A.    Yes.

11:04:34   6        Q.    It needed to strictly enforce

11:04:37   7   certain policies, you see?

11:04:39   8        A.    Yes.

11:04:39   9        Q.    And the first one is "Our display

11:04:42   10  of third-party verified information does not

11:04:45   11  include IRF."

11:04:47   12             Do you see that?

11:04:47   13       A.    Yes.

11:04:48   14       Q.    What is IFR?

11:04:49   15       A.    That refers to internship,

11:04:50   16  residency and fellowship.

11:04:54   17       Q.    Other third-party verified

11:04:56   18  information would be used though; is that

11:04:57   19  correct?

11:04:58   20             MR. STIMPSON:  Objection to

11:04:59   21             form.

11:05:02   22       Q.    In other words, other than IRF?

11:05:05   23             MR. STIMPSON:  Same objection.

11:05:06   24       A.    I'm not sure what you mean by

11:05:07   25  verified.

Case 1:11-cv-00520-PAB-BNB   Document 292-12   Filed 09/17/12   USDC Colorado   Page 28 of 76

Page 138

11:05:08  1        Q.    Well, was there other -- this

11:05:10  2 refers to not displaying -- our display of

11:05:14  3 third-party verified information would not

11:05:16  4 include certain things, correct?

11:05:18  5        A.    Yes.

11:05:19  6        Q.    So there was a display of some

11:05:21  7 third-party verified information, correct?

11:05:24  8              MR. STIMPSON:  Same objection.

11:05:26  9        A.    Yeah, I'm not sure what he means

11:05:28 10 by verified in this case.

11:05:30 11        Q.    So you didn't know what this

11:05:31 12 sentence meant when you got it?

11:05:33 13        A.    Well, can you describe what you

11:05:35 14 mean by verified?

11:05:37 15        Q.    I don't know what did you think

11:05:38 16 Mr. Rothschild meant when he said it, when he

11:05:40 17 wrote it?

11:05:43 18        A.    So I interpreted this as

11:05:46 19 third-party verified meant not coming from the

11:05:50 20 physician themselves.

11:05:53 21        Q.    But coming from whom?

11:05:54 22        A.    From any third party.

11:05:56 23        Q.    Right.  And that it said it should

11:05:58 24 not include certain things, namely IRF, right?

11:06:03 25        A.    Yeah.  I believe the intent of

Page 139

11:06:04  1 this sentence was unless the information came

11:06:07  2 from the provider themselves, do not include it.

11:06:13  3        Q.    And what about sentence --

11:06:14  4 paragraph 2, "Our display of third-party

11:06:17  5 verified information does not include licensure

11:06:20  6 status," what did you understand that meant?

11:06:22  7        A.    We do not display any license

11:06:26  8 status information on the site.

11:06:27  9        Q.    You mean that you would not do

11:06:29 10 that going forward, or you don't at all?

11:06:32 11        A.    We never did.

11:06:33 12        Q.    So you've never shown licensing?

11:06:35 13        A.    Not that I recall.

11:06:37 14        Q.    You don't show when the physician

11:06:39 15 is licensed?

11:06:39 16        A.    No.

11:06:45 17        Q.    And then the paragraph 3 says,

11:06:47 18 "Whenever disciplinary action is recorded and

11:06:51 19 displayed no patient ratings are shown."

11:06:54 20              Do you see that?

11:06:55 21        A.    I do.

11:06:55 22        Q.    And what did you understand that

11:06:56 23 meant?

11:06:57 24        A.    That if we were to show

11:06:59 25 disciplinary ratings that if a review is shown,

Page 140

11:07:03 1 um -- or do not show reviews if a disciplinary

11:07:08 2 action is displayed.

11:07:10 3          Q.    So in the case of any particular

11:07:13 4 doctor previous to this, you might have a

11:07:15 5 disciplinary action depicted for that doctor?

11:07:19 6          A.    I don't recall ever showing

11:07:20 7 disciplinary actions on our site.

11:07:24 8          Q.    Well then what did you understand

11:07:26 9 he meant when he said whenever disciplinary

11:07:28 10 actions recorded and displayed?

11:07:30 11          A.    Because there were plans to

11:07:31 12 display disciplinary action.

11:07:34 13          Q.    Going forward?

11:07:35 14          A.    Going forward.

11:07:36 15          Q.    And he was suggesting that if we

11:07:39 16 do that going forward, we not show patient

11:07:42 17 ratings if there was disciplinary action?

11:07:46 18          A.    Yes.

11:07:46 19          Q.    And was that a change from what

11:07:48 20 had been planned?

11:07:52 21          A.    I don't know.  We weren't

11:07:54 22 displaying disciplinary action prior to that.

11:08:04 23          Q.    And then number four says, "No

11:08:06 24 report on Vitals shows comparison ratings to

11:08:10 25 other providers in particular with reference to

Page 141

11:08:13  1  patient experience, surveys and comparisons to

11:08:15  2  national and specialty averages."

11:08:17  3            You see that?

11:08:19  4       A.   Yes, I do.

11:08:20  5       Q.   And the response to that was to

11:08:21  6  make the changes you described here earlier in

11:08:24  7  your testimony, is that right, on comparison

11:08:25  8  ratings?

11:08:26  9       A.   Yes.

11:08:31 10       Q.   Did you ever have any

11:08:32 11  conversations with Mr. Rothschild about this

11:08:35 12  e-mail after you received it?

11:08:36 13       A.   Yes.

11:08:37 14       Q.   And what were those?

11:08:39 15       A.   We reviewed the site changes just

11:08:42 16  to make sure that they met his criteria.

11:08:49 17       Q.   The criteria expressed in the

11:08:51 18  e-mail?

11:08:51 19       A.   Yes.

11:08:52 20       Q.   So you reviewed with him the site

11:08:54 21  changes that you've described here this morning

11:08:56 22  that were to be made?

11:08:57 23       A.   Yes.

11:09:03 24       Q.   Did you discuss at all -- did you

11:09:13 25  discuss at all the results list screen shot that

Case 1:11-cv-00520-PAB-BNB Document 292-12 Filed 09/17/12 USDC Colorado Page 31 of 76

Page 142

11:09:20  1 a user could get in a search and whether that

11:09:25  2 contained comparisons?

11:09:28  3          A.    The results list did not come up

11:09:30  4 in conversation, no.

11:09:34  5          Q.    You didn't discuss it at all with

11:09:36  6 Mr. Rothschild, correct?

11:09:38  7          A.    Correct.

11:09:39  8          Q.    And you didn't make any changes to

11:09:40  9 it, correct?

11:09:41 10          A.    Correct.

11:09:47 11          Q.    Now a minute ago you testified

11:09:48 12 that you do not show licensure information about

11:09:52 13 physicians, right?

11:09:53 14          A.    Yes.

11:09:54 15          Q.    But you've also testified that the

11:09:57 16 doctor database is only of licensed, active

11:10:00 17 physicians, correct?

11:10:00 18          A.    Yes.

11:10:01 19          Q.    So you do make a determination

11:10:04 20 about licensure you just don't show it?

11:10:19 21          A.    We show active, licensed doctors,

11:10:23 22 um, yes.

11:10:27 23          Q.    Okay.  I didn't quite understand

11:10:28 24 your answer.  The doctors in your database are

11:10:31 25 active, licensed doctors, correct?

Page 143

| | | | |
|---|---|---|---|
| 11:10:33 | 1 | A. | Yes. |

11:10:34   2        Q.    But you don't show a user any

11:10:39   3 specific information about licensing; is that

11:10:41   4 correct?

11:10:41   5        A.    Yes.

11:10:44   6        Q.    Just the physicians in the

11:10:46   7 database are, in fact, licensed?

11:10:48   8        A.    Yes.

11:10:48   9        Q.    And you make a determination that

11:10:50  10 they're licensed?

11:10:51  11        A.    Yes.

11:11:15  12        Q.    So then did you finally implement

11:11:18  13 a system in the website that displayed

11:11:21  14 disciplinary action after January 2011?

11:11:33  15        A.    I don't recall.  I believe there

11:11:35  16 were attempts at it but I don't recall

11:11:38  17 specifically.

11:11:38  18        Q.    So today, does the website display

11:11:41  19 disciplinary action?

11:11:43  20        A.    No.

11:11:43  21        Q.    It does not?

11:11:44  22        A.    No.

11:11:45  23        Q.    So am I correct in inferring that

11:11:48  24 there have been considerations about this and

11:11:50  25 attempts to maybe display it but finally it

Case 1:11-cv-00520-PAB-BNB Document 292-12 Filed 09/17/12 USDC Colorado Page 33 of 76

Page 144

11:11:52  1 never was done?

11:11:53  2         A.     That is my understanding, yes.

11:11:55  3         Q.     Was that just because it wasn't

11:11:58  4 feasible or easily done?

11:12:01  5         A.     You would have to ask Erika Boyer

11:12:04  6 about that.

11:12:04  7         Q.     You don't know the specifics?

11:12:06  8         A.     Right.

11:12:21  9         Q.     Now on the current site when a

11:12:25 10 user would pull up a results list and, again

11:12:28 11 let's hypothetically say ten physicians show on

11:12:31 12 the list, I'm assuming -- well, how many can

11:12:36 13 show on the results list, is there a limit?

11:12:45 14         A.     There is a limit of 500.

11:12:48 15         Q.     So, for example, if I were

11:12:50 16 searching for internists in the tristate area,

11:12:55 17 and in case you don't know, Mr. West, tristate

11:12:57 18 is Connecticut, New Jersey and New York.

11:13:01 19                I'm being a smart aleck.

11:13:03 20                MR. STIMPSON:  Yes, you are.

11:13:05 21         Q.     If you were doing a search for

11:13:07 22 internists in a large area that might return 500

11:13:11 23 on a results list, that would be the capacity

11:13:13 24 for the system 500?

11:13:15 25         A.     Yes.

Case 1:11-cv-00520-PAB-BNB Document 292-12 Filed 09/17/12 USDC Colorado Page 34 of 76

11:13:16  1        Q.    And I assume 500 wouldn't be shown

11:13:19  2 in a single screen shot, it would be multiple

11:13:22  3 screen shots?

11:13:23  4        A.    Yes.

11:13:23  5        Q.    And among other things it might

11:13:25  6 say something about board certified or not; is

11:13:28  7 that right?

11:13:31  8        A.    Can you repeat that.

11:13:32  9        Q.    Yeah.  It would show whether

11:13:33 10 they're board certified or not for each of those

11:13:36 11 physicians?

11:13:37 12        A.    If they were, yes.  If they were.

11:13:40 13        Q.    How difficult would it be to

11:13:41 14 program it so it would say board certified in

11:13:44 15 what particular specialty, in the particular

11:13:48 16 specialty?

11:13:57 17        A.    I think that would not be too

11:13:59 18 difficult.

11:14:00 19        Q.    Too difficult.  You have that

11:14:01 20 information in the database --

11:14:02 21        A.    Yup.

11:14:02 22        Q.    -- I take it?

11:14:03 23        A.    Ah, yes.

11:14:05 24        Q.    So it wouldn't be too difficult to

11:14:09 25 program it to show that on the results page?

Page 146

11:14:12  1          A.    As long as it didn't violate any

11:14:13  2  of our contractual obligations with the ABMS.

11:14:17  3          Q.    Yeah.  I'm only asking you about

11:14:18  4  the programming difficulty or time, okay.

11:14:22  5          A.    Okay.

11:14:23  6          Q.    And what about the medical school

11:14:25  7  listing, would it be difficult to show the star

11:14:29  8  ratings of those instead of top medical school?

11:14:33  9          A.    No.

11:14:34 10          Q.    No?

11:14:34 11          A.    No.

11:14:35 12          Q.    And hospital, I assume the same

11:14:38 13  thing it wouldn't be difficult?

11:14:39 14          A.    Right, it would not be difficult.

11:14:44 15          Q.    You said the results lists already

11:14:47 16  displays the names of awards or whatever that

11:14:49 17  the doctor had received?

11:14:51 18          A.    Yes.

11:14:51 19          Q.    So there wouldn't be any change

11:14:53 20  there from the old comparison system, right?

11:15:03 21          A.    I don't believe it shows the

11:15:04 22  specific name of the award just whether or not

11:15:07 23  they've won that category of award or that

11:15:10 24  source award.  I would have to look, I don't

11:15:12 25  recall.

11:15:13  1          Q.     Can you give me an example of when

11:15:15  2 you say category of award?

11:15:16  3          A.     It might say top doctor but it

11:15:19  4 doesn't tell you top doctor in what.

11:15:21  5          Q.     When it says top doctor is that

11:15:23  6 referring only to an award or to some evaluation

11:15:26  7 of the doctor?

11:15:27  8          A.     It would be to an award.

11:15:29  9          Q.     To an award.  But the language you

11:15:31  10 would use on the results list would be top

11:15:34  11 doctor?

11:15:35  12          A.     Something similar to that.  Like a

11:15:37  13 America's top doctor, but for that award there

11:15:42  14 is very specifics, what type of top doctor you

11:15:45  15 are that is not displayed on the highlight.

11:15:48  16          Q.     Okay.  But today on the results

11:15:50  17 list of this group of doctors, however many come

11:15:53  18 up on the results list, you might have a

11:15:57  19 narrative statement that says top doctor or

11:16:00  20 American's top doctor for some and for others it

11:16:04  21 would not say anything?

11:16:05  22          A.     Correct.

11:16:11  23          Q.     And would you agree that a user

11:16:12  24 looking at that would think of a display for one

11:16:16  25 doctor of top doctor as a comparison when it

Page 148

11:16:18  1  doesn't say that for another doctor?

11:16:21  2           MR. STIMPSON:  Objection.

11:16:21  3       Calls for expert testimony.

11:16:28  4       A.   Can you repeat that.

11:16:29  5       Q.   Yeah.  If it says top doctor for

11:16:31  6 one and not top doctor for another that's a way

11:16:33  7 for a potential patient to compare them?

11:16:36  8           MR. STIMPSON:  Same objection.

11:16:42  9       A.   If they feel that's enough

11:16:44 10 information, yes.

11:16:50 11       Q.   Would it be fair to say in your

11:16:52 12 mind that if I was a user looking at your

11:16:55 13 website and I had a results list that had two

11:16:58 14 doctors on it and for one doctor it said board

11:17:01 15 certified, top medical school, top hospital,

11:17:05 16 America's top doctor, and for the other doctor

11:17:07 17 it said nothing, that that would be a way for me

11:17:10 18 to compare those two doctors as to their

11:17:12 19 quality?

11:17:13 20           MR. STIMPSON:  Same objection.

11:17:14 21       Calls for expert testimony.

11:17:18 22       A.   I don't think that's sufficient

11:17:20 23 enough information, I'd want to see the full

11:17:23 24 profile.

11:17:24 25       Q.   Well, there might be more

Page 149

11:17:25  1  information, right, available --

11:17:26  2          A.    Uh-huh.

11:17:27  3          Q.    -- but one could make a

11:17:28  4  determination of quality on the basis of those

11:17:30  5  criteria that I just identified, couldn't they?

11:17:34  6          MR. STIMPSON:  Same objection.

11:17:34  7          A.    Theoretically, yes.

11:17:36  8          Q.    And don't you think users do that?

11:17:38  9          MR. STIMPSON:  Same objection.

11:17:39  10         It calls for speculation.

11:17:42  11         Q.    You may answer.

11:17:43  12         A.    Okay.  The way the search results

11:17:47  13  are by proximity, so you might have a doctor in

11:17:53  14  number one with more information but on page 10

11:17:56  15  you might have another doctor with different

11:17:59  16  information.  So in the essence of a comparison,

11:18:02  17  I would want to select which doctors to look at

11:18:05  18  and compare them side by side in a full profile.

11:18:08  19  To me that's comparison.

11:18:09  20              The fact that a search results

11:18:11  21  might have a couple of highlights for this one

11:18:14  22  or not that one to me is just more of an

11:18:16  23  indication that I should look at a full profile

11:18:19  24  for that doctor.

11:18:20  25         Q.    Well you don't have a way for the

11:18:22  1  user today to hit a button that says compare and

11:18:25  2  would compare those two doctors that I just

11:18:27  3  described for you, do you?

11:18:29  4      A.    No longer.

11:18:30  5      Q.    You used to have that, right?

11:18:32  6      A.    We used to.

11:18:33  7      Q.    And you changed it?

11:18:35  8      A.    Right.

11:18:35  9      Q.    Now did the results list page for

11:18:38 10  doctors before the change have exactly the same

11:18:40 11  information that it has today?

11:18:41 12      A.    Yes.

11:18:42 13      Q.    Okay.  So today one looks at the

11:18:45 14  results list there's no button to hit compare,

11:18:48 15  but -- correct?

11:18:50 16      A.    Yes.

11:18:51 17      Q.    But looking at that results list I

11:18:53 18  could see one doctor where it says, as the

11:18:55 19  example I gave you, board certified, top medical

11:18:59 20  school, top hospital, America's top doctor, and

11:19:02 21  another doctor with none of those things and I

11:19:04 22  could make a comparison of those two doctors

11:19:06 23  from that information, couldn't I?

11:19:12 24            MR. STIMPSON:  Same objection.

11:19:16 25      A.    Um, yes.

14:33:48   1   that physicians have with Vitals or with MDx for

14:33:52   2   its website?

14:33:54   3         A.    Well, first let me say that by you

14:33:59   4   mean advertising can they purchase advertising?

14:34:01   5   Do you mean just general advertising where

14:34:05   6   they'd work with an agency for their

14:34:07   7   advertising, or are you talking about specific

14:34:10   8   ads that are created by Vitals on to our site?

14:34:14   9   Because a provider could buy an ad, I don't know

14:34:19  10   whether or not it would show up on ours unless

14:34:21  11   it came through some ad server.

14:34:24  12         Q.    I was referring more to could a

14:34:26  13   provider buy an ad for the provider to put on

14:34:30  14   the Vitals website, make an arrangement with

14:34:33  15   Vitals to display his or her ad?

14:34:44  16         A.    Um, I'm not a hundred percent sure

14:34:45  17   that they could.  Yes, I'm not a hundred percent

14:34:53  18   sure.

14:34:54  19         Q.    So you don't know, for example, if

14:35:00  20   I were a doctor in Denver, Colorado whether I

14:35:03  21   could buy an ad, see Dr. Greg Kanan, Denver,

14:35:07  22   Colorado when someone was searching for a doctor

14:35:10  23   in Denver, Colorado on the Vitals website?

14:35:14  24         A.    If you're talking about an

14:35:16  25   advertisement that would be, again, from serving

Page 248

14:35:19  1  up from some agency or ad server.  If you're

14:35:22  2  talking about a sponsored link where a doctor

14:35:26  3  can buy placement on the search results page,

14:35:29  4  then, yes, they could do that.

14:35:31  5      Q.    Okay.

14:35:31  6      A.    We do not have control over the

14:35:33  7  advertisement, that's why I'm hesitant to say --

14:35:36  8      Q.    Right, right.

14:35:36  9      A.    -- whether or not they could buy

14:35:38  10  one --

14:35:38  11      Q.    Right.

14:35:38  12      A.    -- but they could certainly --

14:35:39  13      Q.    But the sponsored link, they

14:35:41  14  could --

14:35:42  15      A.    They could actually -- yes, they

14:35:42  16  could buy a sponsored link, ah, and put it on

14:35:45  17  the site, yes.

14:35:46  18      Q.    Okay.

14:35:52  19            So I had asked you, I think we

14:35:54  20  went back to the advertising question, whether

14:35:57  21  doctors have any special memberships or

14:36:00  22  arrangements they can purchase with Vitals other

14:36:05  23  than simply being in your database.

14:36:08  24      A.    Nobody can purchase being in our

14:36:12  25  database, ah, they can only purchase a sponsored

Case 1:11-cv-00520-PAB-BNB   Document 92-12   Filed 09/17/12   USDC Colorado   Page 43 of 76

Page 249

14:36:16    1  link that is shown during the search results.

14:36:20    2  So there's no -- nobody pays to be in the Vitals

14:36:25    3  database.

14:36:26    4          Q.    So there are no special

14:36:27    5  memberships of any kind for physicians?

14:36:31    6          A.    The only paid area for a physician

14:36:36    7  is a sponsored link.

14:36:38    8          Q.    Sponsored link.

14:36:55    9                And if there's a sponsored link

14:36:58   10  that is purchased by a physician, can it also

14:37:01   11  arrange for a hyperlink to the physician site?

14:37:04   12          A.    Yes.

14:37:07   13          Q.    And that would appear or that

14:37:09   14  could appear on a results list?

14:37:12   15          A.    The sponsored link could appear on

14:37:15   16  a results list, yes.

14:37:16   17          Q.    And could also appear in a

14:37:18   18  physician report or profile?

14:37:20   19          A.    Yes.

14:37:32   20          Q.    So there is no registration that

14:37:35   21  doctors have with Vitals of any kind, they're

14:37:38   22  either in the database or they're not according

14:37:41   23  to data you've assembled, but they don't

14:37:43   24  register in any way with you, with Vitals?

14:37:47   25          A.    They do.

Case 1:11-cv-00520-PAB-BNB Document 292-12 Filed 09/17/12 USDC Colorado Page 43 of 76

Page 250

14:37:47  1      Q.     They do register?

14:37:49  2      A.     (Witness nods head.)

14:37:50  3      Q.     How is that accomplished?

14:37:52  4      A.     Through the same process as if

14:37:54  5 they were to edit their information.

14:37:56  6      Q.     And what's the difference between

14:37:58  7 registering and editing?

14:38:00  8      A.     If I register I get a account,

14:38:04  9 whether I then decide to edit my information is

14:38:10 10 up to the physician at that point.

14:38:13 11      Q.     What's the point of having the

14:38:14 12 account if you're not editing, is there anything

14:38:19 13 about --

14:38:20 14      A.     I don't know.

14:38:20 15      Q.     -- that account that the physician

14:38:24 16 would care about apart from editing his or her

14:38:28 17 profile?

14:38:28 18      A.     Yes, there's other functionality

14:38:30 19 that the provider could do besides just editing

14:38:33 20 their profile.

14:38:34 21      Q.     Like what?

14:38:36 22      A.     They could view the comments

14:38:39 23 they've received through the patient review

14:38:42 24 system.

14:38:45 25      Q.     Anything else?

14:38:47 1          A.    Um, I believe at that point that

14:38:52 2 is all.

14:38:54 3          Q.    And when doctors register they're

14:38:57 4 not called members?

14:39:10 5          A.    Um, I mean semantically in what --

14:39:14 6 what do you mean?  Meaning if the user registers

14:39:18 7 he could be a member.  Are you saying that if a

14:39:20 8 provider registers he could be considered --

14:39:22 9          Q.    Yeah --

14:39:22 10         A.    -- a member.

14:39:22 11         Q.    -- a provider?

14:39:23 12               I'm talking about providers.

14:39:24 13         A.    Right.

14:39:24 14         Q.    Are they referred to -- after

14:39:26 15 they've registered for example are they referred

14:39:28 16 to as members?

14:39:29 17         A.    We typically just continue to call

14:39:31 18 them providers.  Members relay more for the

14:39:37 19 consumer side.

14:39:40 20         Q.    Does Vitals communicate to doctors

14:39:42 21 at all about their doctor profile, that

14:39:47 22 particular physician profile?

14:39:53 23         A.    Um, I believe there is a fax

14:40:02 24 program but I'm not aware of anything else.

14:40:14 25         Q.    Okay.  I think you said there is a

Page 252

14:40:15  1  fax program but you're not aware of what it is?

14:40:18  2       A.    Right.

14:40:22  3       Q.    What is it that makes you think

14:40:24  4  there is a fax program?

14:40:29  5       A.    I believe in one of the

14:40:30  6  communications the way we communicate with

14:40:33  7  providers are via faxes.  So I don't know what

14:40:36  8  exactly they're communicating back and forth

14:40:38  9  from.

14:40:40 10       Q.    Is there any sort of process by

14:40:42 11  which Vitals communicates to physicians when

14:40:46 12  their profile has been changed?

14:40:47 13       A.    Not that I'm aware of.

14:41:02 14       Q.    So if I am a doctor who registers

14:41:05 15  and I were to come back to the site after I'm

14:41:08 16  registered, you don't recall that there's

14:41:11 17  anything identifying me as a member for a member

14:41:13 18  log-in?

14:41:16 19       A.    You have a provider log-in, but --

14:41:20 20       Q.    It is the provider log-in but

14:41:21 21  you're not recalling that it's in any way

14:41:23 22  referred to as a member log-in?

14:41:25 23       A.    No.  If you wanted to actually

14:41:28 24  log-in and use the consumer functionality, like

14:41:32 25  the health passport or any of the my Vitals

Page 253

14:41:36   1  type, you would actually have to register as a

14:41:38   2  member even if you already had a provider.

14:41:42   3          Q.    Okay.  Well, I'd ask you about

14:41:45   4  member before and I thought you said that term

14:41:47   5  wasn't familiar to you --

14:41:48   6          A.    Well --

14:41:48   7          Q.    -- so what are you talking about

14:41:50   8  now as a member?

14:41:51   9          A.    Again, we think of a member as a

14:41:54  10  consumer who has registered.

14:41:56  11                A provider who has registered we

14:41:59  12  continue to just consider them providers.

14:42:01  13          Q.    Okay.  So --

14:42:03  14          A.    A provider --

14:42:04  15          Q.    Go ahead.

14:42:05  16          A.    Just let me just finish this one.

14:42:07  17  A provider that decides to use the consumer

14:42:09  18  pieces of our site would then have to register

14:42:12  19  as a member even though they already have a

14:42:16  20  separate provider account.

14:42:17  21          Q.    Okay.

14:42:18  22          A.    So they are kept separate.

14:42:21  23          Q.    And in what circumstances would a

14:42:23  24  physician who's already registered with you

14:42:26  25  register as a member?

Case 1:11-cv-00520-PAB-BNB   Document 292-12   Filed 09/17/12   USDC Colorado   Page 47
of 76

Page 254

```
14:42:28   1          A.      If he wanted -- if he or she

14:42:32   2  wanted to create their own health passport card

14:42:35   3  or any other member functionality offered by the

14:42:37   4  site.

14:42:38   5          Q.      So you mean acting simply as a

14:42:40   6  consumer?

14:42:40   7          A.      Correct.

14:42:41   8          Q.      They would have no other -- there

14:42:42   9  would be no other usage of that registration?

14:42:47  10          A.      Correct.

14:43:14  11          Q.      Are -- when a results list is

14:43:16  12  produced are doctors who have registered with

14:43:19  13  Vitals in any way identified on the results

14:43:22  14  list?

14:43:22  15          A.      No.

14:43:32  16          Q.      How is it determined what the

14:43:34  17  order of results would be depicted of a group of

14:43:39  18  doctors?

14:43:40  19          A.      Typically based on proximity.

14:43:43  20          Q.      Geographic?

14:43:44  21          A.      Geographic proximity to the

14:43:46  22  search, and then there is a what we call a

14:43:50  23  completeness score which just identifies which

14:43:53  24  doctors have the most information.

14:43:57  25          Q.      The most information.
```

Case No. 1:11-cv-00520-RM-NYW Document 322-6 filed 07/10/12 USDC Colorado pg 49

Page 255

```
14:43:59   1          A.     The most information within their
14:44:01   2 profile.
14:44:04   3          Q.     Irrespective of the search
14:44:06   4 criteria you mean?
14:44:07   5          A.     No, no, no.
14:44:08   6          Q.     Oh --
14:44:08   7          A.     Within the set.
14:44:09   8          Q.     -- responsive?
14:44:10   9          A.     Responsive to that, yes.
14:44:12  10          Q.     To the search?
14:44:13  11          A.     Uh-huh.
14:44:13  12          Q.     So the first standard would be
14:44:17  13 geographic proximity, the second would be
14:44:19  14 responsive to the search?
14:44:21  15          A.     The first one would be geographic
14:44:25  16 and specialty, and then based upon the
14:44:28  17 completeness score, yes.
14:44:39  18          Q.     So we've seen on your website
14:44:41  19 instances where a doctor could log-in and it
14:44:44  20 would ask, are you already a member and then the
14:44:47  21 doctor would log-in to the doctor site.  You're
14:44:52  22 not familiar with that?
14:44:54  23          A.     Are you saying that they would go
14:44:56  24 to the provider log-in --
14:44:58  25          Q.     Correct.
```

Page 256

14:44:58  1       A.    -- and it would say --

14:45:00  2       Q.    Are you already a member log-in?

14:45:01  3       A.    -- are you a member?

14:45:02  4             Yeah, I think in that case the

14:45:04  5   terminology means you already logged in as a

14:45:08  6   provider not as a consumer.

14:45:10  7       Q.    Regardless of what it means, the

14:45:11  8   word "member" is used?

14:45:13  9       A.    I would say in that case it's

14:45:15  10  referring to a provider member --

14:45:17  11      Q.    Right.

14:45:17  12      A.    -- not a consumer member --

14:45:19  13      Q.    Right.

14:45:20  14      A.    -- which is there's --

14:45:22  15      Q.    And the provider member there

14:45:23  16  would be someone who has registered with you?

14:45:27  17      A.    For a provider, yes.

14:45:28  18      Q.    As a provider?

14:45:29  19      A.    As a provider, yes.

14:45:30  20      Q.    Right.  Access to their profile?

14:45:33  21      A.    Yes.

14:45:43  22      Q.    So are you saying you now recall

14:45:45  23  that that terminology is used, or are you just

14:45:48  24  by saying yeah, I guess it could be there?

14:45:52  25      A.    I do not think of a provider as a

Page 257

14:45:56  1 member, I guess the site the way they displayed

14:45:59  2 it to the consumer -- or to the --

14:46:01  3        Q.    To the physicians?

14:46:02  4        A.    Right, they used the word

14:46:03  5 member --

14:46:04  6        Q.    Member.  Okay.

14:46:06  7        A.    -- so, you know, that's the

14:46:07  8 difference between how an engineer thinks of it

14:46:10  9 and how somebody in marketing and design would

14:46:13 10 think of it.

14:46:23 11        Q.    If one does not register a

14:46:25 12 physician, that is, does not register for access

14:46:28 13 to the physician access is not a member, they

14:46:36 14 would not have the ability of course to edit

14:46:39 15 their site, they would not have the ability to

14:46:41 16 go in and review their site, their profile, I'm

14:46:45 17 sorry?

14:46:46 18             MR. STIMPSON:  Hold on, just

14:46:47 19        objection to form.  You can answer.

14:46:49 20        A.    Yeah, okay.  Well on the first

14:46:53 21 part I guess if your question is, if -- without

14:46:58 22 a user name and password you're absolutely

14:47:01 23 correct, they would not be able to edit their

14:47:04 24 information, it's protected.

14:47:05 25             On your second point whether or

Case 1:11-cv-00520-PAB-BNB   Document 292-12   Filed 09/17/12   USDC Colorado   Page 52 of 77

Page 258

14:47:07  1  not they'd be able to view their profile, it's

14:47:09  2  not dependent upon any provider type

14:47:13  3  functionality as long as you're a user going to

14:47:15  4  our site anybody could see the profile.

14:47:17  5          Q.    They could view the profile as

14:47:19  6  though they were a user?

14:47:21  7          A.    Yes.

14:47:21  8          Q.    Okay.  They could not edit it if

14:47:23  9  they haven't registered?

14:47:24  10         A.    Correct.

14:47:28  11               (Whereupon, two-page screen

14:47:28  12         shot, was marked as West Exhibit 16

14:47:28  13         for identification, as of this date.)

14:48:40  14         Q.    Mr. West, you have before you

14:48:41  15  deposition Exhibit 16.  Do you recognize this

14:48:46  16  page from a Vitals -- from the Vitals website?

14:48:50  17         A.    Yes.

14:48:50  18         Q.    What is it?

14:48:53  19         A.    This is the opportunity to get

14:48:55  20  more information on our sponsored listing

14:49:00  21  program.

14:49:00  22         Q.    What is your sponsored listing

14:49:03  23  program?

14:49:03  24         A.    That's the ability for a

14:49:04  25  healthcare provider to add a sponsored listing

Page 259

14:49:08   1   on to the Vitals site.

14:49:13   2           Q.    So physicians can obtain a

14:49:17   3   so-called sponsored listing on the website?

14:49:19   4           A.    Yes.

14:49:20   5           Q.    Do they pay for that?

14:49:21   6           A.    Yes.

14:49:22   7           Q.    Okay.  Do they have to be

14:49:24   8   registered first?

14:49:25   9           A.    No.

14:49:26  10           Q.    Okay.  So I could not register

14:49:28  11   with you not have access to the editing of my

14:49:32  12   profile but I could purchase from you this

14:49:36  13   sponsored listing program?

14:49:37  14           A.    Yes.

14:49:38  15           Q.    And then what would I get for

14:49:40  16   that?

14:49:43  17           A.    It would depend upon how you

14:49:47  18   wanted the campaign set up.  I don't know

14:49:52  19   specifically.  Each one varies based upon what

14:49:55  20   that provider is trying to accomplish.

14:50:01  21           Q.    Well what would be an example of

14:50:03  22   how it would be used for a physician?

14:50:06  23           A.    Okay.  So if I was a cardiologist

14:50:09  24   in Lyndhurst and I wanted to appear any time

14:50:13  25   somebody searched for cardiologists in

Page 260

14:50:16  1  Lyndhurst, upon execution of those search

14:50:18  2  results you would see the sponsored listing that

14:50:21  3  was purchased in that search results page.

14:50:26  4      Q.   And I could pay for that sponsored

14:50:28  5  listing in that manner?

14:50:30  6      A.   Yes.

14:50:33  7      Q.   Am I listed -- if I were someone

14:50:36  8  who had purchased this sponsored listing am I

14:50:39  9  listed with all the other doctors who appear on

14:50:42  10  the results list?

14:50:44  11      A.   In that particular case if you're

14:50:46  12  a cardiologist in Lyndhurst you would be in that

14:50:51  13  search result.

14:50:53  14      Q.   Yeah.  What I'm trying to get at

14:50:54  15  is what am I getting in addition for my money?

14:50:59  16      A.   What you're getting is prominent

14:51:01  17  placement on the right that when anybody's

14:51:05  18  looking for a cardiologist in Lyndhurst that

14:51:08  19  they immediately see --

14:51:11  20      Q.   Me.

14:51:11  21      A.   -- you.  Right.

14:51:12  22      Q.   If I purchase this listing?

14:51:14  23      A.   Correct.

14:51:15  24      Q.   And what is this patient referral

14:51:17  25  that's referred to on the first page of

Page 261

14:51:19  1  Exhibit 16?

14:51:21  2        A.    That is the name of the program

14:51:23  3  for purchasing sponsored links.

14:51:28  4        Q.    No, it's the patient referral

14:51:29  5  program?

14:51:30  6        A.    Yes.  It's gone through many name

14:51:32  7  changes since it was launched.

14:51:35  8        Q.    And do you know how many doctors

14:51:37  9  have paid for the sponsored listing or patient

14:51:42 10  referral program?

14:51:45 11        A.    Off the top of my mind I don't

14:51:47 12  know the exact number but I do believe we

14:51:50 13  provided it, um --

14:51:53 14        Q.    You mean provided it to us?

14:51:55 15        A.    To you, yeah.

14:51:56 16        Q.    In some document or --

14:51:57 17        A.    Yes.

14:51:58 18        Q.    What would that document have been

14:52:03 19  or be?

14:52:05 20        A.    Um --

14:52:05 21        Q.    Does it have a name?

14:52:07 22        A.    It was in the interrogatory

14:52:08 23  response.

14:52:09 24        Q.    Oh, okay.  Okay.

14:52:12 25        A.    Is that correct?  Okay.

Page 262

14:52:40 1        Q.    So for doctors who purchased the

14:52:43 2  sponsored link or sponsored listing program,

14:52:49 3  they received this additional featuring on a

14:52:55 4  results list, correct?

14:52:57 5        A.    Yes.

14:53:00 6        Q.    Different from everybody else who

14:53:02 7  would just normally appear who haven't paid?

14:53:04 8        A.    Yes.

14:53:07 9        Q.    And do you maintain a list of

14:53:09 10 those doctors who've made this purchase?

14:53:13 11       A.    Yes.

14:53:15 12       Q.    What is that list called?

14:53:17 13       A.    When a doctor purchases a

14:53:22 14 sponsored link that information is tracked in

14:53:26 15 our campaign management system, so that is where

14:53:29 16 that list is maintained.

14:54:46 17             (Whereupon, document

14:54:46 18        Bates-stamped MDX0000177 through 182,

14:54:46 19        was marked as West Exhibit 17 for

14:54:46 20        identification, as of this date.)

14:54:52 21       Q.    All right, Mr. West, you have

14:54:53 22 before you Exhibit 17.  Is this a document that

14:54:56 23 further describes the patient referral program

14:54:59 24 you've just been testifying about?

14:55:04 25             (Witness reviewing document.)

REDACTED

'
'
'
'
'
'
'
'
'
'
'
'
'
'
'

14:57:05 15          MR. KANAN:  Okay.  Give me a

14:57:06 16     minute here.  Let's take a

14:57:07 17     five-minute break.  I think I'm

14:57:10 18     close to finishing up actually.

14:57:13 19          THE VIDEO OPERATOR:  The time

14:57:14 20     is 2:57 p.m.

14:57:15 21          We're going off the record.

14:57:16 22          (Recess.)

15:09:17 23          THE VIDEO OPERATOR:  The time

15:09:17 24     is 3:09 p.m.

15:09:19 25          We are on the record.

```
09:39:57  1              (Whereupon, document
09:39:57  2         Bates-stamped MDX0039659 through 689,
09:39:57  3         was marked as West Exhibit 18 for
09:39:57  4         identification, as of this date.)
09:39:57  5              (Whereupon, document
09:39:57  6         Bates-stamped MDX0104073 through 110,
09:39:57  7         was marked as West Exhibit 19 for
09:39:57  8         identification, as of this date.)
09:39:57  9              (Whereupon, document
09:39:57 10         Bates-stamped MDX0071952 through 989,
09:39:57 11         was marked as West Exhibit 20 for
09:39:57 12         identification, as of this date.)
09:39:57 13              (Whereupon, document
09:39:57 14         Bates-stamped MDX0034556 through 640,
09:39:57 15         was marked as West Exhibit 21 for
09:39:57 16         identification, as of this date.)
15:09:20 17 BY MR. KANAN:
15:09:22 18         Q.   Mr. West, I'm handing you a series
15:09:24 19 of exhibits and we'll just take them one a time.
```

REDACTED

REDACTED

REDACTED

'

'

'

'

'

'

'

'

'

'

'

'

'

15:11:14 14           MR. KANAN:  Scott, do you

15:11:14 15      know, did we receive the latest

15:11:17 16      version of this?

15:11:17 17           MR. STIMPSON:  I have no idea.

15:11:18 18      I mean, you know, I just wasn't

15:11:20 19      involved in the document production

15:11:21 20      really.

15:11:22 21           MR. KANAN:  Yeah.

15:11:23 22           MR. STIMPSON:  I mean --

15:11:24 23           MR. KANAN:  Well, maybe you

15:11:25 24      could advise us if there is--

15:11:26 25           MR. STIMPSON:  Sure.

Page 267

15:11:27 1              MR. KANAN:  'Cause this is the

15:11:28 2         one we saw.

15:11:29 3              MR. STIMPSON:  Uh-huh.

15:11:30 4              MR. KANAN:  If there is one

15:11:31 5         that's the later version and if

15:11:34 6         there is not produce to us the

15:11:35 7         latest version of it.

15:11:41 8         Q.    Okay.  Mr. West, if you look at

15:11:42 9 Exhibit 19.

15:11:43 10             MR. STIMPSON:  It helps if I

15:11:44 11        get an e-mail on this, I'll write it

15:11:46 12        down too, but it helps me to

15:11:48 13        remember.

15:11:49 14             MR. KANAN:  We'll follow up.

15:11:50 15             MR. STIMPSON:  I know you sent

15:11:51 16        me an e-mail earlier today.

15:11:53 17             MR. KANAN:  We'll follow up.

15:12:06 18        Q.    Have you seen Exhibit 19 before,

15:12:07 19 Mr. West?

15:12:09 20        A.    Yes.

15:12:10 21        Q.    And what is this document?

15:12:12 22        A.    These are screen shots of the SQL

15:12:15 23 that was written to generate the counts for the

15:12:20 24 interrogatory response.

15:12:23 25        Q.    And so the number at the bottom

15:12:24   1  here under "count" would be the number of

15:12:29   2  physicians for whom you have this -- the

15:12:31   3  particular data; is that correct?

15:12:36   4          A.    That is correct.

REDACTED

REDACTED

REDACTED

'

'

'

'

'

'

'

'

'

'

'

'

'

'

'

'

'

'

'

'

'

'

'

15:15:50 24            MR. STIMPSON:  I'm sorry, I

15:15:51 25        didn't quite hear that, had what --

REDACTED

```
15:17:29 20              If you would look at Exhibit 20,
15:17:34 21 Mr. West, have you ever seen this document
15:17:45 22 before?
15:17:51 23        A.   I don't know at this point, not
15:17:53 24 that I'm aware of.
15:17:57 25        Q.   Do you know what it is, site
```

Page 272

```
15:17:58   1  functionality and data set overview?

15:18:01   2       A.    It appears to be a presentation,

15:18:03   3  um, that we provided to someone outlining our

15:18:10   4  site functionality and data set.

15:18:13   5       Q.    And beyond that you don't know

15:18:14   6  anything about the document?

15:18:17   7       A.    There are many presentations that

15:18:18   8  are out there, I don't know specifically without

15:18:22   9  looking at this one which one it is.

15:18:27  10       Q.    Have you been involved in

15:18:28  11  preparing any of these types presentations --

15:18:31  12  type of presentations?

15:18:34  13       A.    Yes.

15:18:46  14       Q.    If you turn to page 1958 on this

15:18:50  15  Exhibit 20, it has a section titled "Vitals Data

15:18:55  16  Set (64 fields)".

15:18:57  17             Do you see that?

15:18:58  18       A.    Yes.

15:18:58  19       Q.    What is that referring to?

15:19:02  20       A.    This describes the Vitals data set

15:19:12  21  and groups that information in order for it to

15:19:16  22  be presented to a prospective client or partner.

15:19:22  23       Q.    So this doesn't have anything to

15:19:24  24  do with how the website itself functions?

15:19:28  25       A.    No.   These are more of the
```

Case 1:11-cv-00520-PAB-BNB Document 292-22 Filed 09/17/12 USDC Colorado Page 66 of 76

Page 273

15:19:29 1 categorization of the data.  So demographics

15:19:36 2 would be age, gender for et cetera.

15:19:43 3          Q.    All right.  And if you would look,

15:19:45 4 please, to Exhibit 21.  Have you ever seen this

15:19:59 5 document before?

15:20:02 6          A.    Um, yes.

15:20:03 7          Q.    And what is it?

15:20:06 8          A.    This appears to be another

15:20:08 9 presentation in this fact it appears to have

15:20:12 10 been presented to Google October 27, 2009.

15:20:16 11          Q.    Did you have any role in preparing

15:20:17 12 this document?

15:20:18 13          A.    Ah, yes.

15:20:18 14          Q.    And what was that role?

15:20:22 15          A.    Assisting the business side in

15:20:29 16 pulling together, you know, whatever they needed

15:20:32 17 to develop this presentation.

15:20:36 18          Q.    So as far as you know, this

15:20:38 19 document was used in a presentation to Google in

15:20:41 20 about October 2009?

15:20:43 21          A.    I can -- I do not know that for

15:20:45 22 sure, no.

15:20:47 23          Q.    What would have been the purpose

15:20:49 24 of making such a presentation?

15:20:50 25          A.    It appears that it was developed

Page 274

15:20:54   1   in order to present to Google.

15:20:56   2        Q.    For what purpose?

15:21:01   3        A.    For a business opportunity.

15:21:09   4        Q.    Did you review the final version

15:21:12   5   of the document for the presentation to Google?

15:21:15   6        A.    Yes.

15:21:16   7        Q.    Does this appear to be the final

15:21:19   8   version?

15:21:20   9        A.    There were so many versions that I

15:21:23  10   would think that this -- I don't know without

15:21:26  11   looking at it, ah, I don't know.

15:21:31  12        Q.    Well it says on the front page

15:21:32  13   "Presented to Google October 27, 2009," do you

15:21:36  14   have any reason to believe it was not presented

15:21:38  15   to Google?

15:21:39  16        A.    No, I do not.

15:21:41  17        Q.    Okay.

15:21:46  18              MR. KANAN:  All right.  That's

15:21:46  19         all I have.

15:21:48  20              MR. STIMPSON:  I just have a

15:21:48  21         few.

13:00:28  22   EXAMINATION

          23   BY MR. STIMPSON:

15:21:50  24        Q.    Mr. West, remember Mr. Kanan asked

15:21:52  25   about doctors editing their information?

Page 275

```
15:21:54  1        A.    Yes.

15:21:55  2        Q.    Do you have an understanding of

15:21:56  3  what the most common edits are by doctors?

15:22:00  4        A.    Yes.  A doctor typically will edit

15:22:04  5  their practice information and their address

15:22:09  6  information.

15:22:10  7        Q.    Okay.  Earlier today too Mr. Kanan

15:22:14  8  asked you about back in 2006 when you were

15:22:17  9  working with Mr. Rothschild, do you remember

15:22:19 10  that?

15:22:19 11        A.    Yes.

15:22:19 12        Q.    And he asked you about whether you

15:22:21 13  looked at the HealthGrades website?

15:22:24 14        A.    Yes.

15:22:24 15        Q.    In what context were you looking

15:22:26 16  at HealthGrades website?

15:22:28 17        A.    At the time we were looking at all

15:22:30 18  of the websites out there that provided provider

15:22:33 19  directory type functionality.  HealthGrades was

15:22:35 20  just one of many of the sites that we looked at

15:22:38 21  including, you know, RateMDs WebMD, Revolution

15:22:45 22  Health, Vimo.  There were quite a few.

15:22:50 23        Q.    Did any one of them stand out, ah,

15:22:52 24  beyond any others?

15:22:53 25        A.    No, they typically all offered
```

Page 276

15:22:55 1   what we considered just basic information.  And

15:23:00 2   there wasn't really any distinguished -- there

15:23:04 3   was no distinguishing features of any of them.

15:23:07 4         Q.    Okay.  So, um, I think you

15:23:09 5   testified this morning about what you saw as an

15:23:11 6   opportunity from looking at these --

15:23:13 7         A.    Uh-huh.

15:23:14 8         Q.    -- websites?

15:23:15 9               Do you remember that?

15:23:15 10        A.    Yes.

15:23:16 11        Q.    What did you mean by that?

15:23:17 12        A.    So we felt that if there was a

15:23:20 13  consumer-facing website that provided not just

15:23:23 14  the basic data set but also provided additional

15:23:28 15  information to the consumer, that it would

15:23:30 16  assist them in making an informed decision about

15:23:33 17  which healthcare provider to choose.

15:23:36 18              So, for example, we felt that it

15:23:39 19  wasn't enough to just say Dr. John Smith was a

15:23:43 20  gastroenterologist, but we wanted to be able to

15:23:47 21  say that he treats Celiac disease or she treats

15:23:50 22  this rare gastric issue.  And that's what we

15:23:52 23  were trying to do.

15:23:55 24        Q.    To your recollection did MDx ever

15:23:58 25  copy anything from HealthGrades or any of these

```
15:24:02  1 other providers?
15:24:02  2         A.    No.
15:24:03  3         Q.    Let me flip that around just for a
15:24:05  4 second.  Do you have any information that might
15:24:08  5 indicate that HealthGrades has copied from MDx?
15:24:12  6         A.    I have no evidence but their new
15:24:14  7 find a doctor looks exactly like our find a
15:24:17  8 doctor.
15:24:18  9         Q.    And when did you --
15:24:19 10         A.    Very similar.
15:24:19 11         Q.    When did you come out with your
15:24:21 12 find a doctor?
15:24:21 13         A.    Our find a doctor came out in
15:24:24 14 2008.
15:24:24 15         Q.    When did HealthGrades change its?
15:24:28 16         A.    I would say maybe a year ago.  I'm
15:24:31 17 not sure exactly.
15:24:32 18         Q.    Okay.
15:24:33 19               MR. STIMPSON:  I have nothing
15:24:34 20         further.
13:39:01 21 EXAMINATION
15:24:35 22 BY MR. KANAN:
15:24:37 23         Q.    Now on this last point, the find a
15:24:39 24 doctor --
15:24:39 25         A.    Uh-huh.
```

Page 278

15:24:40  1        Q.      -- Mr. West, when did you look at
15:24:42  2  the HealthGrades find a doctor function?
15:24:47  3        A.      It was shown to me probably about
15:24:50  4  a year ago and somebody said, look, their new
15:24:53  5  find a doctor looks just like ours.
15:24:55  6        Q.      And who showed it to you?
15:24:57  7        A.      One of the engineers, I don't know
15:24:58  8  specifically who.
15:24:59  9        Q.      And what did you do with that
15:25:00  10  information?
15:25:02  11        A.      Um, I did nothing with that
15:25:03  12  information.  I believe that it was kind of
15:25:07  13  common knowledge in the company.
15:25:08  14        Q.      Did you tell anybody,
15:25:09  15  Mr. Rothschild or anyone else about this?
15:25:12  16        A.      I believe Mr. Rothschild was aware
15:25:13  17  of it.
15:25:15  18        Q.      Okay.  And were there any other
15:25:18  19  discussions you had with anybody about this
15:25:21  20  HealthGrades alleged copying of find a doctor?
15:25:26  21        A.      In what respect?
15:25:27  22        Q.      In any respect?  Did you discuss
15:25:29  23  it with anybody?
15:25:31  24        A.      Just the members of our company.
15:25:34  25  Just the employees.  So it was known.

Page 279

15:25:37 1        Q.    This was about a year ago?

15:25:39 2        A.    I can't -- vague, yes.

15:25:42 3        Q.    And how did it happen that an

15:25:44 4 engineer had seen this and brought it to your

15:25:47 5 attention?

15:25:48 6        A.    I do not know.

15:25:49 7        Q.    Was he monitoring the HealthGrades

15:25:50 8 site?

15:25:52 9        A.    I don't believe so, I don't know.

15:25:53 10       Q.    Was it after this litigation had

15:25:55 11 begun?

15:25:57 12       A.    Um, yes.

15:26:01 13       Q.    And you testified a minute ago

15:26:02 14 about the 2006 review of the HealthGrades

15:26:07 15 website and I think you said there was nothing

15:26:10 16 distinguishing about it from other sites?

15:26:12 17       A.    Uh-huh.

15:26:13 18       Q.    So it was your belief at that time

15:26:14 19 there wasn't a site doing the things that -- the

15:26:17 20 concept that Vitals had of a find a doctor, of a

15:26:22 21 physician provider data source that you

15:26:25 22 envisioned?

15:26:26 23       A.    Yes.  If you look at the profile

15:26:28 24 that we offer right now there was nothing like

15:26:30 25 it back in 2006.

Page 280

15:26:31   1          Q.     Nobody was doing anything like
15:26:33   2 this?
15:26:34   3          A.     Not that much robust information,
15:26:36   4 no.
15:26:40   5          Q.     And you said that the physician
15:26:43   6 edits primarily are to the address and practice
15:26:46   7 information?
15:26:46   8          A.     Yes.
15:26:47   9          Q.     What did you mean practice
15:26:48  10 information?
15:26:48  11          A.     So, basically if a doctor moves
15:26:51  12 from one practice to the other they typically
15:26:54  13 update their location or practice information.
15:26:57  14          Q.     Well, that's the address again?
15:27:00  15          A.     Right.  So a practice being a
15:27:06  16 particular location or a particular facility at
15:27:09  17 a particular location.
15:27:11  18          Q.     And regardless of what's the most
15:27:13  19 edited items, do physicians edit other things
15:27:16  20 besides address and physician information?
15:27:18  21          A.     Yes.
15:27:19  22          Q.     Like what?
15:27:20  23          A.     Ah, they might add expertise, they
15:27:23  24 might add associations, they might add awards.
15:27:25  25 There's --

Page 281

```
15:27:29   1          Q.    All of those are --
15:27:30   2          A.    All --
15:27:30   3          Q.    -- things that are possibly edited
15:27:32   4   and are, in fact, edited, correct?
15:27:34   5          A.    Yes.
15:27:35   6                 MR. KANAN:  That's all I have.
15:27:37   7                 MR. STIMPSON:  Okay.  Thanks.
15:27:38   8                 THE VIDEO OPERATOR:  The time
15:27:39   9          is 3:27 p.m.
15:27:40  10                 This concludes the videotaped
15:27:42  11          deposition of Larry West consisting
15:27:45  12          of five videotapes.
15:27:47  13                 We are off the record.
15:27:48  14                 (Whereupon, at 3:27 p.m., the
15:27:48  15          deposition was concluded.)
15:27:48  16
15:27:48  17                 _____
15:27:48  18                 LAWRENCE WEST
15:27:48  19   Subscribed and sworn to before me
15:27:48  20   this ____ day of _____, 2012.
15:27:48  21
15:27:48  22   _____
                Notary Public
          23
          24
          25
```

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2          I, LAWRENCE WEST, do hereby

 3  acknowledge that the same is a true, correct

 4  and complete transcription of the testimony

 5  given by me, and any corrections appear on the

 6  attached errata sheet signed by me.

 7

 8  _____          _____

 9    (Date)                   (Signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 283

```
 1

 2                  C E R T I F I C A T E

 3 STATE OF NEW YORK    )
                        )      ss.:
 4 COUNTY OF NEW YORK   )

 5

 6            I, GEORGETTE K. BETTS, a Certified

 7       Shorthand Reporter and Notary Public for

 8       the State of New York, do hereby

 9       certify:

10            That LAWRENCE WEST, the witness

11       whose deposition is hereinbefore set

12       forth, was duly sworn by me and that

13       such deposition is a true record of the

14       testimony given by the witness.

15            I further certify that I am not

16       related to any of the parties to this

17       action by blood or marriage, and that I

18       am in no way interested in the outcome

19       of this matter.

20            IN WITNESS WHEREOF, I have

21       hereunto set my hand this 5th day of

22       July, 2012.

23                        _____
                          GEORGETTE K. BETTS, CSR, RPR
24                        License No. 1923    N.J.
                          License No. 000990  N.Y.
25
```