# EXHIBIT C

# David C. Lee

| | |
|---|---|
| **From:** | Scott Murray |
| **Sent:** | Friday, January 13, 2012 9:37 AM |
| **To:** | 'Vazquez, Jesus' |
| **Cc:** | Scott D. Stimpson; David C. Lee |
| **Subject:** | RE: Further Conferral re Log-in Credentials we requested on December 15, 2011 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Jesus - We have spoken to MDx and believe that we have a proposal that you should find acceptable. However, first, we find it necessary to respond to some of your statements below. First, Document Request No. 2 asks for just that - documents. With its "username/password" request, Health Grades is asking for something much different, which we now better understand. Health Grades is asking for direct access to either: (i) a demonstration version of Vitals.com, or (ii) Vitals.com itself such that Health Grades' technical expert can make changes to the site itself. Neither of these access requests is in any way requested in Document Request No. 2. Health Grades is actually making a request to inspect, and we do not view our request for a formal notice of such request that details the requested access as "ticky-tack." In addition, you admitted on December 15 that the parties had previously agreed not to exchange source code. Thus, in stating, "[y]ou have produced neither," you are again self-servingly mischaracterizing the facts.

Nevertheless, MDx is willing, if Health Grades will do the same, to provide Health Grades' technical expert with access to a fictitious doctor on Vitals.com so that your expert can explore the functionality of Vitals.com as that fictitious doctor. MDx would provide Health Grades' technical expert with a username/password for a fictitious physician profile, in order to obtain such access to the profile. As stated, MDx will only agree to provide this access if Health Grades will allow MDx's technical expert the same access to a fictitious physician profile on its website. Please let us know if this proposal is acceptable to Health Grades.

Regards,
Scott
**Scott Murray**
Member



website | bio | vCard | newsroom | email

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5388 | f (973) 643-6500  map

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Friday, January 06, 2012 7:00 PM
**To:** Scott Murray
**Cc:** Scott D. Stimpson; David C. Lee
**Subject:** Further Conferral re Log-in Credentials we requested on December 15, 2011

Scott:

Our document requests asked for information that would be sufficient to allow us to understand the function and operation of the accused products. This request covered both source code and