# EXHIBIT E

## David C. Lee

| | |
|---|---|
| **From:** | David C. Lee |
| **Sent:** | Thursday, November 10, 2011 11:41 PM |
| **To:** | David C. Lee; 'Vazquez, Jesus'; 'Kostolansky, Kris J.'; 'Phipps, Jeffrey' |
| **Cc:** | 'lampley@wtotrial.com'; 'ridley@wtotrial.com'; Scott D. Stimpson; Scott Murray |
| **Subject:** | RE: Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB - MDx supplemental document production |

**Attachments:** MDX 0012318 - 0012687.pdf; MDX 0012688 - 0012997.pdf; MDX 0012998 - 0013293.pdf

This is e-mail 3 of 3.

You should now have received all of bates ranges MDX 0007303 - 0013293.

Regards,



---

**From:** David C. Lee
**Sent:** Thursday, November 10, 2011 11:38 PM
**To:** 'Vazquez, Jesus'; 'Kostolansky, Kris J.'; 'Phipps, Jeffrey'
**Cc:** 'lampley@wtotrial.com'; 'ridley@wtotrial.com'; Scott D. Stimpson; Scott Murray
**Subject:** RE: Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB - MDx supplemental document production

This is e-mail 2 of 3.



---

**From:** David C. Lee
**Sent:** Thursday, November 10, 2011 11:36 PM
**To:** 'Vazquez, Jesus'; 'Kostolansky, Kris J.'; 'Phipps, Jeffrey'
**Cc:** 'lampley@wtotrial.com'; 'ridley@wtotrial.com'; Scott D. Stimpson; Scott Murray
**Subject:** RE: Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB - MDx supplemental document production

Counsel:

Attached please find MDx documents bates labeled MDX 0007303 - 0013293, sent in three e-mails.

This is e-mail 1 of 3.

Regards,



Sills Cummis & Gross P.C.
David C. Lee
Associate

New York | Map    d (212) 500-1546    f (212) 643-6500    30 Rockefeller Plaza    New York, NY 10112