# EXHIBIT F

# David C. Lee

| | |
|---|---|
| **From:** | Vazquez, Jesus [jvazquez@rothgerber.com] |
| **Sent:** | Tuesday, June 26, 2012 4:01 PM |
| **To:** | Scott D. Stimpson; Scott Murray; David C. Lee; Lauren Siber |
| **Cc:** | Kanan, Greg; Kostolansky, Kris J.; Kirstin Stoll-DeBell; Henke, Peggy J.; Lord, Peggy |
| **Subject:** | Vitals' iPhone App |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Counsel:

Please produce the latest version of Vitals' iPhone App. The version we have, MDX0039659-689, is not current.

Thank you, Jesús

Jesús M. Vázquez, Esq.
Rothgerber Johnson & Lyons LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com
Website: www.rothgerber.com

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above.  The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication.  You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.