# EXHIBIT G

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

30 Rockefeller Plaza
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

Scott B. Murray
Member of the Firm
ADMITTED IN NJ, PA & DC
Direct Dial: (973) 643-5388
E-mail: smurray@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

January 13, 2012

**By Federal Express**

Jesús M. Vázquez
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202

Re: **Health Grades, Inc. v. MDx Medical, Inc.**
**Civil Action No. 11-CV-00520-PAB-BNB**

Dear Jesús:

Please find enclosed a DVD/CD-ROM containing responsive, non-privileged, non-objectionable ESI documents from MDx from the keyword searches performed pursuant to Health Grades' requests. The documents are Bates-stamped MDX 0019256 – MDX 73233.

This partial production was prepared using our firm's Summation software system, which could not distinguish the documents that we produced manually by e-mail earlier this week (on Monday), which we did due to technical difficulties with the Summation system. Therefore, this production includes duplicates of the documents produced on Monday.

As we have mentioned before, nothing in this or any other production shall waive MDx's objections to Health Grades' discovery requests. To the extent any previously redacted information appears in the produced ESI, nothing in this or any other production shall waive MDx's positions regarding relevance and/or responsiveness.

SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

Jesús M. Vázquez
January 13, 2012
Page 2

As you requested regarding the Health Grades' ESI produced to MDx, we also request that you return to us (and destroy any copies) of documents containing privileged information that have been inadvertently produced with these documents.

Very truly yours,

SCOTT B. MURRAY

Enclosure

cc:  Scott D. Stimpson, Esq.
     David C. Lee, Esq.
     Kris J. Kostolansky, Esq.
     Jeffrey Phipps, Esq.
         (all by e-mail only w/o encl.)