IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S OPPOSITION TO HEALTH GRADES'
MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS TO
INCORPORATE DR. PHILIP GREENSPUN'S EXPERT REPORT**

---

# COVER PAGE FOR RESTRICTED EXHIBIT