# EXHIBIT A

| | |
|---|---|
| **From:** | Andrea Pearson |
| **Sent:** | Tuesday, February 02, 2010 9:44 AM |
| **To:** | Dave Hicks; Wes Crews; John Neal |
| **Cc:** | April Connolly; Angela Olivero |
| **Subject:** | FW: HealthyAdvice.com and Vitals |

This is a new site and one Steven talked to last fall; they told us then they were evaluating several partners.

This is the first very good example of a Vitals widget integration. They've done a lot well and a lot that we've identified to add to HG and widgets (addl data, comparison tools, aggregated data).

This doesn't change our roadmap but certainly makes it essential to move rapidly on improved search and more flexible widgets with a better UI. From a search perspective, enabling changes to search variables on the results page, the additional data such as procedures, and introduction of comparison tools must be near term priorities.

They are rapidly innovating around search and data and doing it in free format that encourages engagement. I think this is actually a better execution than Vitals because it drives the user to act and consume more.

**From:** Steven Metzinger
**Sent:** Tuesday, February 02, 2010 9:23 AM
**To:** Andrea Pearson
**Subject:** HealthyAdvice.com and Vitals

HealthyAdvice.com finally went live (supposed to go August of last year) – they have Vitals as the physician finder
http://www.healthyadvice.com/my-doctors/finder
things noticed so far in the vitals profiles:
displaying procedure volume
they're pulling in patient comments from other sites
they're marking physicians that are associated with HealthyAdvice – as Healthy Advice Doctor
Castle Connolly ratings and awards on hospitals and doctors
medical school ratings from US News and World report
they're inviting users to send in updates on the physician information
**integrated items that already exist on vitals.com:**
profile change alerts that you can sign up for – watchdog type product
link out to ABMS to view board cert
clinical trial search
physician engagement tool that gives metrics on their profiles to physicians who sign up
PES questions – that look oddly familiar to ours

I'll let you know as I find out more.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**           **HG0041626**



**Steven Metzinger**
**Vice President Content and Data Licensing**
HealthGrades: Guiding America to Better Healthcare®
NASDAQ: HGRD
o  (303) 390-2556
m (303) 335-5220
smetzinger@healthgrades.com

The message contains confidential and/or legally privileged information and is intended for use only by the indicated addressee.  If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed,arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                                                                                    HG0041627