IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

---

### AMENDED MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Parties' Joint Motion to Allow Depositions Beyond the Expert Discovery Cut-off; to Extend the Dispositive Motion Deadline by Only One Week; and to Extend the Page Limits for Summary Judgment Motions** [docket no. 321, filed October 9, 2012] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED as follows:

1. Expert discovery is extended through **October 10, 2012**, solely for the purpose of taking the depositions of Messrs. Cooper and Napper. If Mdx may rely on the opinion of counsel defense after the Court resolves Health Grades' pending motion [Dkt. 219], the deposition of opinion counsel will be scheduled at a time convenient to the Parties within one month of the Court's ruling on the Health Grades' motion , and neither party will seek further fact or expert discovery based on that deposition;

2. The dispositive motion deadline is extended through **October 30, 2012**; and

3. The page limitations for summary judgment briefing in the Civil Practice rules for Judg Brimmer, Rule III(F)(3) are extended from twenty pages for motions and response briefs and ten pages for reply briefs, to thirty pages and fifteen pages, respectively, and these page limitations shall apply to briefing submitted after the date of this Order.

DATED: October 15, 2012