**From:** Kanan, Greg
**Sent:** Thursday, September 27, 2012 9:10 AM
**To:** 'Scott D. Stimpson'
**Cc:** Kostolansky, Kris J.; Vazquez, Jesus; Scott Murray; David C. Lee; Lauren Siber
**Subject:** RE: Motion to supplement

Court will seal the motion.  Our clients have not seen any of the confidential information.

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Thursday, September 27, 2012 3:59 AM
**To:** Kanan, Greg
**Cc:** Kostolansky, Kris J.; Vazquez, Jesus; Scott Murray; David C. Lee; Lauren Siber
**Subject:** RE: Motion to supplement

Also, please immediately confirm that Health Grades personnel have not seen any of our confidential information, including that none of them have looked at confidential documents that have now been provided to the public online.

Scott

Sills Cummis & Gross p.c.   website | bio | v-Card | email
Scott D. Stimpson
Member of the Firm
New York | Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

**From:** Scott D. Stimpson
**Sent:** Thursday, September 27, 2012 5:14 AM
**To:** 'Kanan, Greg'
**Cc:** Kostolansky, Kris J.; Vazquez, Jesus; Scott Murray; David C. Lee; Lauren Siber
**Subject:** RE: Motion to supplement

Greg, also, why are you submitting every page of both reports?  Please see Judge Boland's instructions from the September 11 hearing.

Scott

Sills Cummis & Gross p.c.   website | bio | v-Card | email
Scott D. Stimpson
Member of the Firm
New York | Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112



EXHIBIT D

10/15/2012

**From:** Kanan, Greg [mailto:gkanan@rothgerber.com]
**Sent:** Wednesday, September 26, 2012 9:36 PM
**To:** Scott D. Stimpson
**Cc:** Kostolansky, Kris J.; Vazquez, Jesus; Scott Murray; David C. Lee; Lauren Siber
**Subject:** Re: Motion to supplement

Not sure.  Let me check.  We'll fix it if necessary.

Sent from my iPad

On Sep 26, 2012, at 4:27 PM, "Scott D. Stimpson" <sstimpson@sillscummis.com> wrote:

Greg:

I can't tell from my access, but did you file all this open to the public?

Scott



NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.