| | |
|---|---|
| From: | COD_ENotice@cod.uscourts.gov |
| Sent: | Thursday, September 27, 2012 5:34 PM |
| To: | COD_NEF@cod.uscourts.gov |
| Subject: | Activity in Case 1:11-cv-00520-PAB-BNB Health Grades, Inc. v. MDX Medical, Inc. Brief in Opposition to Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Colorado

### Notice of Electronic Filing

The following transaction was entered by Stimpson, Scott on 9/27/2012 at 5:34 PM MDT and filed on 9/27/2012

**Case Name:** Health Grades, Inc. v. MDX Medical, Inc.
**Case Number:** 1:11-cv-00520-PAB-BNB
**Filer:** MDX Medical, Inc.
**Document Number:** 309

**Docket Text:**
BRIEF in Opposition to [305] MOTION for Leave to *Supplement its Response to MDx's* [195] Second MOTION for Partial Summary Judgment *of Non-Infringement* filed by Defendant MDX Medical, Inc., Counter Claimant MDX Medical, Inc.. (Stimpson, Scott)

**1:11-cv-00520-PAB-BNB Notice has been electronically mailed to:**

David Chunyi Lee     dlee@sillscummis.com

Gregory B. Kanan     gkanan@rothgerber.com, dgrooms@rothgerber.com

Jesus Manuel Vazquez , Jr     jvazquez@rothgerber.com, phenke@rothgerber.com

Kris John Kostolansky     kkosto@rothgerber.com, dgrooms@rothgerber.com

Mark Jon Rosenberg     Mrosenberg@sillscummis.com

Robert Charles Blume     rblume@gibsondunn.com, ralfrey@gibsondunn.com

Scott Butler Murray     smurray@sillscummis.com

Scott David Stimpson     sstimpson@sillscummis.com, gcaceres@sillscummis.com

Terence M. Ridley     ridley@wtotrial.com, norris@wtotrial.com



10/15/2012

**1:11-cv-00520-PAB-BNB Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=9/27/2012] [FileNumber=3694247-0
] [267caf9a30b62175ccf3c98c2ceaaf6c1cf774d672660bf3e1d5076d2a1a35af656
33bdb33c83b5286c8ed04eaedba31ad92ef52bb8329990a9dc0304b31a0c4]]

10/15/2012