| From: | Scott Montroy |
|---|---|
| To: | Dave Hicks |
| CC: | John Neal |
| Sent: | 2/16/2005 7:10:46 PM |
| Subject: | Consumer Update |
| Attachments: | image001.gif |

Status report for 2/16/05…


Pilot Project

+ Drucker content updated on production, unknowns removed. (IN PROD)

+ Drucker patient experience data on pilot report. (IN PROD)

+ Launched GCOA pilot ads, profiles, and reports. (IN PROD)

+ Results calculation rounding bug on PES was found and Judd is correcting. (Global) (In test
> PROD by COB today)

+ Additional content changes submitted by Drucker. (In test > PROD by COB today)

+ Added Roy Carls report to PROD.


Advertising Engine

+ Began initial ad engine brainstorm/design. 1st draft of DB schema for review ready on
Thursday.

+ POS advertising component in POS – 1st draft screens. (Steven to complete by Thursday)

+ Started assessing key parts of projects to determine delivery date.


POS: Phase II

+ Awaiting table/SP changes for ABMS standardization to POS. Jill estimates application
construction to resume on Thursday.

- User/unit testing on POS delayed due to pilot project and other priorities.

+ Began master admin unit testing for POS data.


Other

- Discovered 404 CF page not setup on PR.com server. Corrected and fixed logging issue on 404.
(IN PROD)

- Auditing user counts with Annette/Corey.

- Draft of pilot project number. Ready to publish results on Thursday.


Resources

- Interviewed a Jr. Developer (Tony, Beth, Scott)



DEFENDANT'S EXHIBIT

Highly Confidential - Attorney's Eyes Only
EXHIBIT F

Tomorrow's key area of focus ...

Pilot project

1. Add PES to GCOA profiles.

2. Create enhanced office record on Drucker.

Sincerely,

Scott Montroy

--------------------------------------------------------------------------------

HealthGrades, Inc. Phone: (303)716-6546

44 Union Blvd, Ste 600 Fax: (303)716-6646

Lakewood, CO 80228 Email: smontroy@healthgrades.com

http://www.healthgrades.com <http://www.healthgrades.com/>

HGMKES 022180                                    Highly Confidential - Attorney's Eyes Only

EXHIBIT F