| | |
|---|---|
| **From:** | Scott Montroy |
| **Sent:** | Tuesday, May 11, 2004 11:49 AM |
| **To:** | Samantha L. Collier; Janet Burkhard; Blane Schilling |
| **Cc:** | Dave Hicks; John Neal; John Morrow; Jill Rackliff; Steven Jensen |
| **Subject:** | Physician Online Serivce (POS): PHASE II |
| **Importance:** | High |

Can you review and critique this **rough cut** of fields/content we want to collect on physicians? We covered this last week and I want to make sure we get this list correct and finalized before we start working these items. These items represent the data we want to collect to give consumers more information about their physicians. We are trying to fast track this project, so a quick response is desired!

<u>Levels to address:</u>
Group
       -Office Locations
       -Physicians
Surgery Centers

Content to pursue:

<u>Group Information</u>
    Name
    Description
    Physician affiliated with group
    Physician title/position
    Year joined group
    Website URL
    (are there other group items to capture??)

<u>Office Locations</u>
    Name
    Address
    Image
    Phone
    Toll phone
    Fax
    Email
    Website URL
    Office hours
    Driving directions/map
    Parking
    Public transportation


DEFENDANT'S EXHIBIT 26

EXHIBIT G

CONFIDENTIAL - ATTORNEYS EYES ONLY

Additional transportation
Payment methods (visa, check, cash, etc)
Health plans accepted (should this be mapped on group?)
Bi-lingual staff
    Languages spoken
Child care/children play area
Payment policy (should this be mapped on group?)
Ancillary services
(are there other office location items to capture??)


**Physician Fields**
    Introduction
    ==Personal statement / philosophy==
    ==Awards and honors==
    ==Professional distinctions==
    ==Group/hospital/academic appointments==
    Media
        TV
        Radio
    ==Research and publications==
    ==Professional affiliations==
    Committees
    Professional interest
    Special projects
    Special certification
    Payment methods
    ==Area of expertise==
        ==Conditions==
        ==Treatments==
    Educational mappings to specialty.
    Procedure information
        Volume
        Type
    Special procedures
    Access to physician extender (nurse)?
    Physicians that you share call with? (is this more related to setting up the group information?)
    Full admitting privileges at affiliated hospital
    Admit own patients to hospitals?
    Accepting new patients (is this a physician/group/location field?)
    Avg time for new patient appointment (is this a physician/group/location field?)
    Avg wait time for schd/urgent appoint (is this a physician/group/location field?)
    Surgery center affiliations (we need ability to add/map to a surgery center)
    Email address
    Can patients communicate to you via e-mail ?

    (are there other physician items to capture??)


**Surgery Centers**
    Name

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0042043
EXHIBIT G

Address
Phone

**CONFIDENTIAL - ATTORNEYS EYES ONLY**   HG0042044
EXHIBIT G