| | |
|---|---|
| **From:** | Scott Montroy |
| **Sent:** | Tuesday, May 25, 2004 4:44 PM |
| **To:** | HG Field Employees; HG Denver Employees; John Neal |
| **Subject:** | Official Launch: Physician Online Service (Ver 1.0) |

**Importance:**       High

I would like to officially announce our newest application....*Physician Online Service.*

This application allows physicians and office administrators to correct, add, or delete information on a physician profile. As part of our campaign to improve our relationship with physicians, we are also providing a FREE consumer report to physicians so that they do not have to pay to see what consumers are viewing.

Just tell any physician to go to our home page and click to this service that allows them to provide the most accurate information about themselves. This service can be accessed by clicking on "Physicians" under the "Business Solutions" heading on the home page. Or if you prefer to send a link, you can use: http://www.healthgrades.com/physicians .

We will be running an advertising campaign on the consumer site starting Wednesday that will focus on redirecting physicians from the consumer site into the "Physician Online Service".

I would like to thank everyone who contributed and supported this project.

In particular I would like to acknowledge "Team PUT" and recognize the hard work of the following individuals down in the trenches who brought this application to life:

Team Put
Jill Rackcliff - Lead Developer
Jason Schmitt - DBA
Steven Jensen - Project management/requirements

Important contributions also from:
Janet Burkhard - Data/Content
Jean Zartner - Content
Deanna Dzikowski - QA
Caitlin Magee - Customer Service

We have new operational issues and application tuning to address on the road ahead but we are moving in a positive direction.

Please feel free to send me any comments, input, ideas, or suggestions you may have regarding this application or this launch.

We are starting to begin work on Phase II that will allow physicians to provide expanded information about themselves. These new data elements will enable HealthGrades to provide consumers more information about physicians. Stay tuned!!

*- Scott*



CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0042038

EXHIBIT H