**Vazquez, Jesus**

**From:** Scott D. Stimpson [sstimpson@sillscummis.com]
**Sent:** Wednesday, October 10, 2012 10:05 AM
**To:** Vazquez, Jesus
**Cc:** Kostolansky, Kris J.; Kanan, Greg; Scott Murray; David C. Lee; Lauren Siber
**Subject:** Health Grades' confidential designations of the prior art -- Cooper and Greenspun reports

Jesus:

Pursuant to Section 10 of the Protective Order we are contesting the Health Grades "Confidential" and "Highly Confidential - Attorney's Eyes Only" designations of the Cooper initial report on invalidity, the Greenspun rebuttal report, and (with minor exceptions addressed below) all exhibits and deposition transcripts referenced therein.  These reports and the supporting evidence disclose public information -- Health Grades own prior art -- and so cannot possibly be confidential.

The only exhibits and deposition transcripts we can see that might be confidential are the following, and we will exclude those from our request:

- Exhibit 8, cover email only (everything else should not be confidential)
- Exhibit 51, except that 179532-42 is not confidential.

From my review, I did not see anything else that could be considered confidential.  If you think I missed something that is confidential, please let me know and we will consider it, but we have already discussed these with you generally and understand that you will not agree to the disclosure.

Health Grades must file a motion within 14 days of this written objection requesting a determination of whether these materials are properly designated.

Scott



Sills Cummis & Gross P.C.
**Scott D. Stimpson**
Member of the Firm

**New York** | Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

10/24/2012



EXHIBIT A