```
                                                              1

 1            CONFIDENTIAL ATTORNEYS EYES ONLY
 2          IN THE UNITED STATES DISTRICT COURT
 3             FOR THE DISTRICT OF COLORADO
 4   Case No. 11-CV-00520-PAB-BNB
 5   _____
 6   30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,
 7   Representative Allen Dodge
 8   and
 9   DEPOSITION OF ALLEN DODGE
10   June 28, 2012
11   _____
12
     HEALTH GRADES, INC.,
13
     Plaintiff,
14
     v.
15
     MDX MEDICAL, INC. d/b/a VITALS.COM,
16
     Defendant.
17   _____
18
19
20
21
22
23
24
25   Job No. NJ403425
```



EXHIBIT C

```
                                                                    2
 1              CONFIDENTIAL ATTORNEYS EYES ONLY
 2   APPEARANCES:
 3      MERCHANT & GOULD
            By Kristin L. Stoll-DeBell, Esq.
 4              1050 17th Street
                Suite 1950
 5              Denver, CO 80265
                Phone: 303.357.1670
 6              Fax: 303.357.1671
                kstolldebell@merchant-gould.com
 7              Appearing on behalf of the
                Plaintiff
 8
 9      ROTHGERBER JOHNSON & LYONS LLP
            By Jesus Manuel Vazquez Jr., Esq.
10              1200 Seventeenth Street
                Suite 3000
11              Denver, CO 80202-5855
                Phone: 303.623.9000
12              Fax: 303.623.9222
                jvazquez@rothgerber.com
13              Appearing on behalf of the
                Plaintiff
14
        SILLS CUMMIS & GROSS, PC
15          By Scott D. Stimpson, Esq.
                30 Rockefeller Plaza
16              New York, NY 10112
                Phone: 212.643.7000
17              Fax: 212.653.6500
                sstimpson@sillscummis.com
18              Appearing on behalf of the
                Defendant
19
20
21
22
23
24
25
```

3

1        CONFIDENTIAL ATTORNEYS EYES ONLY

2        Pursuant to Notice and the Federal Rules of
3   Civil Procedure, the 30(b)(6) Deposition of Health
4   Grades, Inc. and Deposition of Allen Dodge, called by
5   Defendant, was taken on Thursday, June 28, 2012,
6   commencing at 8:13 a.m., at 1200 Seventeenth Street,
7   Suite 3000, Denver, Colorado, before Kelly A.
8   Mackereth, Certified Shorthand Reporter, Registered
9   Professional Reporter, Certified Realtime Reporter
10  and Notary Public within Colorado.

11

                    * * * * * * *
12
                        I N D E X
13

14  EXAMINATION                                      PAGE

15   BY MR. STIMPSON                                   5
     BY MR. VAZQUEZ                                  317
16

17  PRODUCTION REQUEST(S):

18   None.

4

==CONFIDENTIAL ATTORNEYS EYES ONLY==

INDEX OF EXHIBITS

| DESCRIPTION | | INITIAL REFERENCE |
|---|---|---|
| Exhibit 62 | 30(b)(6) deposition dated June 11, 2012 with 12 deposition topics | 16 |
| Exhibit 63 | Budget to actual report of Mountain Acquisition Corp | 298 |

PREVIOUSLY MARKED EXHIBITS

| | |
|---|---|
| Exhibit 3 | 294 |
| Exhibit 8 | 192 |
| Exhibit 9 | 190 |
| Exhibit 20 | 158 |
| Exhibit 25 | 171 |
| Exhibit 26 | 179 |
| Exhibit 27 | 181 |
| Exhibit 29 | 184 |
| Exhibit 45 | 15 |
| Exhibit 46 | 176 |
| Exhibit 48 | 191 |
| Exhibit 49 | 167 |
| Exhibit 51 | 213 |
| Exhibit 52 | 211 |

```
 1              CONFIDENTIAL ATTORNEYS EYES ONLY
 2                      * * * * * *
 3                    P R O C E E D I N G S
 4                      ALLEN DODGE,
 5   having been first duly sworn, was examined and
 6   testified as follows:
 7                   (Exhibit 62 marked.)
 8                      EXAMINATION
 9   BY MR. STIMPSON:
10        Q    Good morning, Mr. Dodge.  My name is Scott
11   Stimpson.  I'll be taking your deposition today.
12   Have you had your deposition taken before?
13        A    Yes, I have.
14        Q    So how many times have you had your
15   deposition taken?
16        A    Approximately ten.
17        Q    For the record, can you just state your
18   name and address?
19        A    Yes.  Allen Dodge.  And address is 6255
20   Noble, N-O-B-L-E, Street.  That's Arvada, Colorado
21   80403.
22        Q    Okay.  I won't go through the details,
23   since you've had ten depositions; that's a lot.  I
24   think that's a record for me of taking anybody's
25   deposition.  I think it's enough to say that you know
```

```
                                                              6

 1          CONFIDENTIAL ATTORNEYS EYES ONLY
 2   the procedures, right?
 3           So I'll be asking you questions today.
 4   You'll be expected to answer truthfully and
 5   completely.  Do you understand?
 6      A    I do.
 7      Q    If there's anything about my question you
 8   don't understand, please just let me know and I'll be
 9   happy to clarify it for you, okay?
10      A    Yes.
11      Q    Were any of those ten depositions related
12   to patents?
13      A    No, they were not.
14      Q    Any related to the Health Grades website?
15      A    Yes, one of them.  One of them was.
16      Q    Which one was that?
17      A    We had a lawsuit that Health Grades
18   brought against two former employees.
19      Q    Okay.  And what was the lawsuit about?
20      A    The lawsuit was with respect to the two
21   employees while they were employed at Health Grades
22   created a site that was competitive with Health
23   Grades and tried to monetize that site.
24      Q    Okay.  So during the course of the
25   deposition, Mr. Vazquez may be objecting; that's
```

1        CONFIDENTIAL ATTORNEYS EYES ONLY
2   pretty normal.  Just so you know, you'll be expected
3   to answer unless he instructs you not to answer,
4   okay?
5        A    Yes.
6        Q    Can you please give me a summary of your
7   education after high school?
8        A    Sure.  I have a bachelor of arts in
9   business economics from University of California at
10  Santa Barbara.  And I have an active CPA license in
11  Colorado.
12       Q    Okay.  Anything else for formal education?
13       A    Nothing formal, other than obviously with
14  the CPA license continuing education that occurs
15  every year.
16       Q    Right.  I understand.  We are stuck with
17  the same thing in law as lawyers.
18            When did you graduate from the University
19  of California?
20       A    In 1990.
21       Q    Okay.  And what did you do after college?
22  Where did you start to work?
23       A    I started at Coopers & Lybrand in Los
24  Angeles, which at that time was, I believe, one of
25  the Big Eight accounting firms.

8

```
 1              CONFIDENTIAL ATTORNEYS EYES ONLY
 2       Q    Yeah.
 3       A    It's changed a lot since then.
 4       Q    Yeah.
 5       A    So that's where I went to work immediately
 6  out of college.
 7       Q    Okay.  And how long did you work for
 8  Coopers?
 9       A    I worked for Coopers until mid part of
10  '94.
11       Q    What did you do after -- what was your
12  position at Coopers?
13       A    At Coopers I was an audit associate.  I
14  believe -- I think by the time I left I would have
15  been a senior associate at Coopers & Lybrand.
16       Q    What did you do after you left Coopers?
17       A    After I left Coopers, I moved to Denver,
18  Colorado and joined with Ernst & Young.
19       Q    Why did you leave Coopers?
20       A    At the time I was married and, frankly,
21  wasn't interested in raising a family in LA.  So I
22  moved out with my wife with a couple of friends that
23  were couple friends of ours, and I wanted to start a
24  family in Denver.
25       Q    Any other reasons?
```

9

1           CONFIDENTIAL ATTORNEYS EYES ONLY

2    A     No.

3    Q     So how long were you at Ernst & Young?

4    A     I was at Ernst & Young from the middle of

5 1994 until September of 1997.

6    Q     What was your position at Ernst & Young?

7    A     Senior associate. And I was promoted to

8 manager, I believe, in 1993. So senior associate to

9 manager between -- sorry, I see your expression, I

10 apologize -- from 1994 I was a senior associate. By

11 the time I left in September 1997 I had become

12 manager.

13    Q     Why did you leave Ernst & Young?

14    A     I was really recruited into a company

15 called Specialty Care Network, which is the

16 predecessor to Health Grades.

17    Q     Any other reasons you left there?

18    A     I was really interested in moving out of

19 public accounting and into industry. I really wanted

20 to be part of an organization, part of a company

21 versus public accounting.

22    Q     Okay. And what was your position at

23 Specialty Care Network when you started there?

24    A     When I started, I came on as corporate

25 controller.

```
1                CONFIDENTIAL ATTORNEYS EYES ONLY
2       Q      And what was the responsibility there for
3  corporate controller?
4       A      I was responsible for the financial and
5  accounting aspects of the business, so SEC filings,
6  day-to-day accounting, things of that nature.
7       Q      Can you remind me what the business of
8  Specialty Care Network was, please?
9       A      Sure.  Specialty Care Network was in the
10 business of rolling up physician practices.  It was
11 formed as an orthopedic physician practice rollup.
12      Q      What do you mean rollup?
13      A      Rollup means back at the time around 1997
14 there were a number of industries that were engaging
15 in what are typically called in SEC parlance rollup
16 transactions, which essentially means you would bring
17 organizations together at historical cost versus
18 having to fair value an organization.  So it was
19 somewhat -- niche is probably not a good word, but it
20 was a type of transaction that was similar in other
21 industries.
22             Our model was essentially to bring the
23 practices together and get economies of scale, help
24 the physicians get away from having to deal with
25 things such as purchasing, collecting on AR, and
```