# EXHIBIT D

(Placeholder for Restricted Filing)