**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S MOTION TO PRECLUDE ANY TESTIMONY FROM
HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

# Cover for Exhibit Filed as Restricted