# **<u>EXHIBIT D</u>**

                                                    Page 1

1    Volume I                              Pages 1 - 292

2                                          Exhibits 64 - 71

3              UNITED STATES DISTRICT COURT

4                 DISTRICT OF COLORADO

5                    Civil Action No. 11-CV-00520-PAB-BNB

6    ************************************

7    HEALTH GRADES, INC.,                   *

8         Plaintiff,                        *

9    Vs.                                    *

10   MDX MEDICAL, INC., d/b/a VITALS.COM,   *

11        Defendant.                        *

12   ************************************

13

14           DEPOSITION of PHILIP G. GREENSPUN

15           Friday, September 28, 2012 at 8:30 a.m.

16           Courtyard by Marriott

17           700 Unicorn Park Drive

18           Woburn, Massachusetts

19

20      ------ Jacqueline P. Shields, RPR, CSR ------

21

22

23

24       Job No. NJ1339308

Page 2

1    APPEARANCES:

2

3    Representing the Plaintiff:

4         ROTHGERBER JOHNSON & LYONS LLP

5         BY:  KRIS J. KOSTOLANSKY, Esquire

6         One Tabor Center, Suite 3000

7         Denver, Colorado 80202-5855

8         303-623-9000 ~ Fax: 303-623-9222

9         kkosto@rothgerber.com

10                  - and -

11        MERCHANT & GOULD

12        BY:  KIRSTIN L. STOLL-DeBELL, Esquire

13        1050 17th Street, Suite 1950

14        Denver, Colorado 80265

15        303-357-1670 ~ Fax: 303-357-1671

16        kstolldebell@merchant-gould.com

17

18   Representing the Defendant:

19        SILLS CUMMIS & GROSS

20        BY:  SCOTT D. STIMPSON, Esquire

21        30 Rockefeller Plaza

22        New York, New York 10112

23        212-643-7000 ~ Fax: 212-653-6500

24        sstimpson@sillscummis.com

Page 3

1                         I N D E X
   Testimony of:                          Page(s)
2
   Philip Greenspun
3
   By Mr. Stimpson                        5,280
4
   By Mr. Kostolansky                     267
5
                         E X H I B I T S
6
7  Exhibit No.      Description          For I.D.
8  64    Expert report of Philip Greenspun,
         dated July 13, 2012                   5
9
   64A   Resume of Philip Greenspun           5
10
   64B   Document titled Appendix B           5
11
   64C   Document titled Appendix C           5
12
   65    Defendant MDX Medical, Inc.'s Second
13       Supplemental Objections and
         Responses to Plaintiff's First Set
14       of Interrogatories                   59
15  66   Rebuttal Report of Richard G.
         Cooper, D.Sc.                        85
16
   67    '060 Patent                         102
17
   68    Deposition transcript of John Neal,
18       dated June 13, 2012                 106
19  69   Rebuttal Report of Philip Greenspun,
         dated September 17, 2012            167
20
   70    Deposition of Scott Montroy, Volume
21       I                                   226
22  71   Deposition of Scott Montroy, Volume
         II                                  226
23
24        EXHIBITS APPENDED TO ORIGINAL TRANSCRIPT

Page 4

1                       REQUEST TO MARK

2   PAGE.........................................LINE

3     81..........................................20

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 5

1          P-R-O-C-E-E-D-I-N-G-S

2          (Exhibits 64, 64A, 64B and 64C marked prior

3    to starting.)

4          (Exhibit No. 64, marked; Expert report of

5    Philip Greenspun, dated July 13, 2012.)

6          (Exhibit No. 64A, marked; Resume of Philip

7    Greenspun.)

8          (Exhibit No. 64B, marked; Document titled

9    Appendix B.)

10          (Exhibit No. 64C, marked; Document titled

11    Appendix C.)

12          PHILIP G. GREENSPUN, having been

13    satisfactorily identified and duly sworn by the

14    Notary Public, was examined and testified as

15    follows:

16                    DIRECT EXAMINATION

17    BY MR. STIMPSON:

18      Q.  Good morning, Dr. Greenspun.  I'm Scott

19    Stimpson.  We've met at other depositions, so you've

20    been involved in this case so far, right?

21      A.  Yes.

22          MR. KOSTOLANSKY:  Scott, before we start, I

23    would just like to note for the record, since this

24    is the first expert deposition being taken in the

Page 13

1   the paragraph that starts "accessing," do you see

2   that?

3        A.  Yes.

4        Q.  I just want to clarify a couple things.

5   First of all, this paragraph specifically says that

6   these data elements that are accessed, has to be

7   received from the first healthcare provider,

8   correct?

9        A.  Yes, it does say it has to be received

10  from.

11       Q.  And if you move down to the compiling

12  paragraph.

13       A.  Yes.

14       Q.  This paragraph has been amended as well,

15  correct?

16       A.  Yes, it has.

17       Q.  And this paragraph talks about obtaining

18  patient ratings, correct?

19       A.  Yes.

20       Q.  And, again, the "obtaining patient ratings"

21  was added to the patent in an effort to get the

22  patent allowed, right?

23       A.  I don't have the original claim language in

24  front of me.  It looks like they had to get some

Page 14

1    information from patients.  I don't know how

2    specific it was in the original claim, but certainly

3    as amended, yes, it has to be patient-provided

4    information, and it has to include ratings.

5         Q.  You understand that the underlining means

6    that's language that's added to the claim, right, in

7    this amendment?

8         A.  Yes, I'm questioning whether it was

9    actually that short before.  Did it really say

10   compiling?  You know, my memory of the prosecution

11   industry is not so fresh, so I'm wondering if it

12   really did just say compiling past patient

13   information, period.

14        Q.  Well, that doesn't really matter, I guess.

15   Just so we're clear here, the point from this

16   amendment is that Health Grades, in order to try to

17   get the patent allowed, added the requirement where

18   it says "wherein the patient-provided information

19   provides patient ratings," correct?

20        A.  Yes.

21        Q.  And they also added in this paragraph those

22   patient ratings had to come from patient -- having

23   to come from experienced -- patient experience

24   surveys completed on a company website, right?

Page 15

1      A.  Yes.

2      Q.  So, again, this paragraph that's being

3  amended, added, talks about healthcare provider-

4  related information, specific healthcare provider

5  information and where it should come from, correct?

6          MR. KOSTOLANSKY:  I'm going to object to

7  that form of the question.  I think it's received

8  from.

9      Q.  Do you want my question back?

10     A.  You know, again, the language speaks for

11 itself.  Informally, I don't think there's anything

12 wrong with the resummarization that you just gave

13 that talks about patients filling out surveys.

14     Q.  Okay.  Next paragraph, "compiling

15 information regarding the first healthcare provider

16 verified by an independent third-party source," do

17 you see that?

18     A.  Yes.

19     Q.  And, again, in this paragraph language has

20 been added regarding specific data elements

21 regarding to healthcare, correct?

22     A.  Yes.

23     Q.  And, again, language is added about where

24 that information should come from, correct?

Page 16

1      A.  Well, in this case I'm really not sure

2  about that.  It seems to be mostly directed at who

3  should do the verification.  I don't read this to be

4  primarily about where the information is gotten,

5  mostly that it has to be a third party verifying it.

6      Q.  Fair enough.  So let me rephrase my

7  question.  This amendment here with the, starting

8  "compiling information regarding the first

9  healthcare provider verified by the independent

10  third-party source," the elements that were added

11  here are healthcare-related data elements and how

12  those data elements should be verified, correct?

13      A.  Yes.

14      Q.  Now, these three paragraphs that we just

15  talked about, sir, none of those really involved

16  questions about how to make computers work to do

17  that, right?

18      A.  No, I would agree with that.

19      Q.  And, in fact, they all know what data to

20  use and where to get the data or have the data

21  verified, right?

22      A.  Yes.

23      Q.  What education and experience do you have,

24  sir, that would make you, a person of ordinary

1   skill, an expert in what data elements should go in

2   reports of healthcare providers?

3       A.  Well, I have done some work in building

4   medical information systems.

5       Q.  Anything else?  Sorry, go ahead.

6       A.  And I have worked as a publisher of

7   consumer-oriented websites for 20 years.  I have

8   myself shopped for doctors, so I have some personal

9   experience as a patient.  And I have supervised the

10  development of at least 200 database-backed

11  websites, many of which were also targeted at

12  consumers.

13      Q.  Anything else?

14      A.  I have taught students data modeling

15  problems using medical examples and scenarios.

16      Q.  Anything else?

17      A.  Not that I can think of right now, no.

18      Q.  So you said first of all that you have

19  experience in building medical information systems.

20  Can you tell me specifically what that was about and

21  when?

22      A.  The first system that I built was a Web-

23  based electronic medical record system for Boston

24  Children's Hospital in 1994.  And I provided some

Page 18

```
1    assistance to a spinoff company from Children's

2    Hospital called W3 Health.  That was throughout the

3    late 1990s.

4         Q.  Anything else?

5         A.  Not that I can think of right now.

6         Q.  Okay.  So the electronic medical records

7    for Boston Children's Hospital, that's just a way of

8    managing patient records?

9         A.  Well, it's a comprehensive information

10   system that includes information on providers as

11   well as patients.

12        Q.  What information did you have on providers

13   there?

14        A.  Well, we're going back 20 years, so I don't

15   think I can tell you all of the columns, but

16   certainly the database kept track of who was a

17   doctor, who was the provider other than a doctor,

18   who had access to the system, you know, for

19   administrative or billing purposes, but was not a

20   physician.  And I'm pretty sure that we at least

21   knew, for example, the specialty of the doctor.

22        Q.  Okay.  Anything else that you can remember

23   about that?

24        A.  No, that's really going back too far.  I'm
```

1   sorry.

2       Q.  Did that have anything to do with creating

3   records for consumers on healthcare providers?

4       A.  Other than the patients themselves, no.  It

5   was not, you know, a consumer-targeted website that

6   anybody could access.

7       Q.  What do you mean, "other than for the

8   patients themselves"?

9       A.  There were some reports that were going to

10  be available to the patients themselves, but they

11  were already signed-up patients of those doctors.

12  They were not prospective patients, as would be the

13  case with, for example, the HEALTHGRADES.COM

14  website.

15      Q.  So your job was just helping to make the

16  computer systems do what they wanted the computer

17  systems do, right?

18      A.  Well, I think that's always my job, as a

19  software engineer.

20      Q.  Okay.  What I'm trying to clarify, you

21  didn't have any say, for example, okay, this part of

22  the database, we want to make sure we have doctor

23  specialty in it, and we want to make sure we have

24  this information and that information.  That stuff

Page 20

1    was just given to you and you just worked the

2    computers, right?

3        A.   It depended on the system.  In some cases

4    we had legacy, sources of data where the data model

5    was already fixed and the challenge was more about

6    generating reports and providing access in new ways,

7    but in other cases we were developing systems from

8    scratch and the data model was more open.

9        Q.   But even those systems that you developed

10   from scratch, I mean, it wasn't your decision, this

11   is what we're going to put in these reports, or this

12   is what we're going to put in this data field; that

13   was given to you and you just helped from the

14   computer side, the computer engineer side, right?

15       A.   The data modeling task includes talking to

16   domain experts, physicians, hospital administrators

17   to find out what they need.  There's a certain

18   amount of give and take.

19            I think I forgot one other system.  I've

20   been helping a small company more recently that spun

21   out of the Massachusetts General Hospital with an

22   electronic medical record system for ambulatory

23   patients.

24       Q.   We'll get to that in a minute.  I want to

Page 21

1    stay on the Boston Children's Hospital for a minute.

2           Is it fair to say, Doctor, that you didn't

3    make any decisions about what goes into the database

4    or what would be printed on any reports, right?

5           MR. KOSTOLANSKY:  Objection.  Asked and

6    answered.

7       A.  I made some decisions, design decisions

8    and, you know, some of my design ideas were adopted,

9    some were rejected.  I'm sorry.

10      Q.  Can you name one specific data element that

11   was your idea?

12      A.  You know, as it was 20 years ago, and

13   there's been 200, at least 200 systems that I've

14   been involved in developing since then, you know,

15   really, I can't say.

16      Q.  Did that system, did you have any say in

17   that system about where data should be obtained?

18      A.  No.

19      Q.  Now, let's talk about the second one you

20   mentioned, which was assist a spinoff, W3 Health?

21      A.  Yes.

22      Q.  Can you tell me just a bit more about that,

23   you said late 1990s?

24      A.  Yes, that was an idea that would have been

Page 22

1    a great idea ten years later.  It was kind of a bad

2    idea at the time.  But it was an attempt to deliver

3    to other hospitals and medical institutions the kind

4    of information technology that we had developed at

5    Children's Hospital.

6            So, you know, once again, there the

7    challenge was getting a good database representation

8    of patients, their medical problems, what doctors

9    are involved in treating those patients.

10           It was not a consumer shopping site like

11   the sites that are at issue in this case.

12       Q.  And what was your job with regard to that?

13       A.  Well, first of all I was a licensee.  I

14   suppose my code was being used at the company.

15   Licensor, sorry.

16       Q.  Oh, your software code?

17       A.  Yes, software that I had previously

18   developed, as well as participating to some extent

19   in developing the business, hiring people and

20   developing technical architecture for the system and

21   including the data model.

22           So software engineering as well as some

23   small company business management.

24       Q.  What input did you have into what specific

Page 23

1   data elements would be in the proctor's company?

2        A.   Again, it was 20 years ago so, almost

3   20 years ago.  I can't tell you that, you know, I

4   was responsible for this particular table or this

5   particular column in the particular table.

6        Q.   So as you sit here today you can't tell me

7   anything you did with regard to this that relates to

8   either where data elements should be obtained from

9   or what data elements should be in the product,

10  right?

11       A.   No.  I'm sorry, I don't think I can.

12       Q.   Okay.  You also mentioned that you were

13  publisher of consumer-oriented sites; did I get that

14  right?

15       A.   Yes.

16       Q.   Can you give me more info on that, please?

17  I just don't understand what you mean by publisher

18  of consumer information sites?

19       A.   Most notably, the one I worked on the

20  longest was PHOTO.NET.  It's a website intended for

21  consumers who are interested in becoming better

22  photographers, and it has information about cameras

23  and enables them to, in addition to learning about

24  photography skills that would apply to using any

1    camera, to do a certain amount of comparison

2    shopping among cameras and camera systems.

3         Q.  Let me cut to the chase on this one.  Is

4    there anything about your work as a publisher

5    relating to that, that's with regard to consumer-

6    oriented sites, that has anything to do with

7    healthcare?

8         MR. KOSTOLANSKY:  Object to the form.

9         A.  No, I wouldn't say that.  I don't want to

10   swear right here today that none of this stuff that

11   we worked on at ArsDigita did support a service

12   organization that I ran in the late '90s.  We did

13   about 200 different projects.  I don't want to tell

14   you that none of those involved healthcare, but

15   right now I can't think of one that did.

16        Q.  ArsDigita, you said?

17        A.  It's called ArsDigita.  It's a pig-Latin

18   word, A-R-S-D-I-G-T-A, and it was a company that did

19   service and support for an open source software tool

20   kit.

21        Q.  So as we sit here today, though, you can't

22   remember anything about your work relating to

23   publishing or publisher of these consumer-oriented

24   sites has anything to do with healthcare, right?

1     A.  No, we didn't build anything like

2  HEALTHGRADES.COM, for example.

3     Q.  I'm struggling with my handwriting on this,

4  something shopped for doctors.  Sorry, you said

5  building medical information systems, and then you

6  talked about the publisher, consumer-oriented site,

7  and then something for doctor -- sorry, this is why

8  I have LiveNote.  It was between the publisher and

9  then you supervised development of 200 databases.

10  Can I -- you said that you yourself had shopped for

11  doctors?

12     A.  Oh, yes.

13     Q.  So that doesn't give you any experience in

14  what kind of data elements to put in a report for

15  consumers or where to get the data, right?

16     A.  Well, it does in the sense that, you know,

17  I have a little bit of an idea of what I would look

18  for more so than if this patent concerned a website

19  for mechanical engineering, shopping for ball

20  bearings.

21     Q.  So tell me what your experience is in

22  shopping for doctors.

23     A.  Well, I try to call up friends and find out

24  if anybody knows a good doctor, and I'm definitely

1   interested to make sure that the doctor's qualified

2   in some area.  I've had a personal interest, I

3   guess, in some of the information that I see here,

4   you know, codified in the patent claim, you know,

5   how old the doctor is, how many years they've been

6   practicing; I tended to favor doctors that are mid

7   career.  So, you know, I wouldn't say that I've been

8   a really informed consumer necessarily, but my

9   experience just as a patient looking for doctors has

10  given me at least some insight into why a site like

11  the one taught by the '060 patent specification

12  could be useful.

13      Q.  Could you tell me anything specific about

14  your experience shopping for doctors prior to 2007?

15          MR. KOSTOLANSKY:  You mean something he did

16  in shopping for a doctor prior to 2007?

17          MR. STIMPSON:  Yes.

18      A.  I remember that a friend had some kind of

19  cancer, and I had talked to another friend's wife

20  who is an oncologist at Mass. General Hospital and

21  asked her for a recommendation.  Other than that, I

22  don't think I can remember anything from that time

23  period.

24      Q.  When was that that you called this

Page 27

1   oncologist?

2       A.  Probably would have been sometime between

3   2002 and 2005.

4       Q.  Can you tell me anything about that

5   conversation?

6       A.  I think she recommended somebody at Brigham

7   and Women's Hospital.  Otherwise, no, I can't really

8   remember anything else about it.

9       Q.  Okay.  Next thing you mentioned is that you

10  supervised the development of 200 database-backed

11  websites to consumers, right?

12      A.  Some of them were for consumers, not all.

13      Q.  Are any of them related to healthcare?

14      A.  No, not that I can recall right now.

15      Q.  Next you mentioned -- I need an associate

16  at every deposition.  Oh, you taught students data,

17  something to do with data matching using medical

18  examples?

19      A.  Yes, data modeling.

20      Q.  Modeling, okay.  When was that?

21      A.  More or less on a continuous basis for the

22  last ten years at MIT.

23      Q.  Okay.  Can you tell me specifically what

24  you did prior to 2007 with regard to this?

1      A.  Well, once again, it was in the context of

2    electronic medical records for patients, so it was

3    more about storing patient information and test

4    results than information about, you know, doctors

5    and, you know, things that might help with consumers

6    choose among them, so.

7      Q.  Do you recall teaching anything to your

8    students about what data elements should go in

9    reports of healthcare providers?

10      A.  No.

11      Q.  How about teaching anything to your

12    students about where data should be obtained on

13    reports of healthcare providers?

14      A.  No.

15      Q.  Do you remember discussing prior to 2007

16    with any of your students any specific data elements

17    regarding healthcare providers?

18      A.  It would have been limited to the things

19    that we talked about earlier.  You know, is this

20    person a doctor?  If so, what kind of a doctor?

21    What kind of access should they have to patient

22    records?

23           So it was in the context of a doctor that

24    was already involved somehow in treating the

Page 29

1    patient.  It was not, you know, shopping-related

2    context like in the '060 patent.

3         Q.  Anything else that you can remember now

4    about your teaching that might have an impact on

5    this?

6              MR. KOSTOLANSKY:  Object to the form.

7         Q.  That's a bad question.  Let me rephrase it.

8              Is there anything else about your teaching

9    students data modeling with medical examples that

10   relates in any way to either deciding what data

11   elements might go in reports or where the data

12   should be obtained from?

13        A.  Not in reports on healthcare providers, no.

14        Q.  Well, in any kind of --

15        A.  Well, we talked about reports, you know, on

16   the patient, and on clinical data.

17        Q.  Right.  But none of that involved trying to

18   figure out what data elements on healthcare

19   providers should be included or where that data

20   should be obtained, right?

21        A.  That's correct.

22        Q.  The last thing that you mentioned, the

23   Massachusetts General Hospital, there was a spinoff

24   company, ambulatory spinoff company?

1      A.  Yes, the company is only barely ambulatory,

2  but the patients are ambulatory.

3      Q.  Okay.  Right.  Okay.

4      A.  Yes, there's a software system that Mass.

5  General Hospital uses in its ambulatory clinic that

6  has some unique characteristics compared to other

7  electronic medical record systems.

8      Q.  And when did you do that work?

9      A.  I've been assisting a friend who's managing

10  this report for the last two years or so.

11      Q.  Okay.  Nothing prior to 2007?

12      A.  No.

13      Q.  And what is this, though?  What

14  specifically are you doing there?

15      A.  I've been working with software

16  architecture, marketing and pricing, and then just

17  general startup company type stuff, how to get

18  money, how do you hire people, how do you build the

19  business.

20      Q.  Is there anything in that experience

21  related to determining what data elements should go

22  into reports or where the data should be obtained?

23      A.  Not reports on healthcare providers, no.

24      Q.  Well, on any reports?

1      A.   Once again, on reports having to do with

2  the patient and their care and clinical data.

3      Q.   So in those reports though, you didn't have

4  anything to do with determining what data goes into

5  those reports or where it comes from, right?

6      A.   Well, it's a unified database, so in this

7  sense no input on where it comes from at that.  It

8  always comes from the same database in terms of what

9  goes in the reports, yes.  That's part of software

10 engineering, is deciding how something should be

11 laid out, whether it should be one page or two

12 pages.  And, you know, possibly compressing or

13 eliminating or extracting data that's not really

14 needed.

15     Q.   That's all software stuff, though, right?

16          MR. KOSTOLANSKY:  Object to the form.

17     A.   Well it's software, but it also, you know,

18 relates to the domain.  It's not, you know, the

19 software engineering you do for a report intended to

20 be viewed by a doctor or patient is different, going

21 back to the ball bearing example, the kind of

22 information that the mechanical engineer would need.

23 So, you know, in your previous, to your previous

24 questions, yes, generally the software engineer has

Page 32

1    to work with a domain expert as well and, you know,

2    you can't just leave out a field because you think

3    it doesn't look nice, because the oncologist says,

4    well, I need that test result there, because that

5    tells me if the guy has cancer or not, you got to

6    put it back in.

7         Q.  Really it's the domain expert guy that says

8    this is what's got to be in here and you figure out

9    a way how to make the computer work to get it in

10   there right, correct?

11        A.  I think that's a fair characterization;

12   although, you know, you'd be surprised the domain

13   experts, they're not designers, they're not

14   accustomed to doing a top-down design as a software

15   design.  There's a skill.  And interviewing these

16   people and getting out of them what's needed, they

17   can't generally write down a list like we see here

18   in this patent claim, this is what I need in the

19   report.  You can show them the report and they'll

20   give you feedback on it.  But usually you have to do

21   the first draft and then have them tell you what's

22   wrong and what's right with it.

23        Q.  Okay.  All right.  Let's take a look at

24   what's been marked as 64A, it's a copy of your

Page 33

1    resume, right?

2         A.  Yes.

3         Q.  Okay.  Is it -- you can feel free to look

4    at it as much as you want, Doctor, but there's

5    absolutely nothing in here about healthcare

6    experience, right?

7         A.  I don't know.

8         Q.  Okay.  Well, you don't hold yourself out to

9    be an expert in healthcare areas, do you?

10            MR. KOSTOLANSKY:  May he have the question

11   read back, please?

12             (Read back.)

13            MR. KOSTOLANSKY:  Object to the form.

14        A.  No, I don't specifically call myself a

15   healthcare IT specialist, for example.

16        Q.  And in fact, you consider yourself to be an

17   expert in software engineering, right?

18        A.  Yes, I would say that my largest expertise

19   is in the engineering of relational-database-backed

20   Web applications.

21        Q.  Is this resume, 64A, accurate and up to

22   date?

23        A.  Well, I think it's accurate and it's

24   reasonably up to date.  It doesn't list everything

Page 34

1  that I've ever done.  You know, there's a companion

2  document that's linked to this.  That link is not

3  spelled correctly, I should really fix it, but I

4  have a list of engineering projects that I've done.

5  I'm not sure that is complete either.  It's a little

6  bit out of date.  But I've tried to supplement this

7  with just a list of the projects that I've actually

8  worked on.  You can see it's linked from the second

9  paragraph.  Second bullet point.

10      Q.  So what's the link that gives you this?

11      A.  It says it's the directory, it's kind of

12  ironically named narcissim, but it's misspelled

13  there, /resume, but anything about me used to be in

14  a directory called narcissim, anyhow, it's under

15  /personal or something, but anyway, that link should

16  work if you follow it from the live website.  So

17  that probably should be updated.

18          I don't list, I don't list every, certainly

19  on a resume and even on this resume list, I don't

20  list every software system that I've been involved

21  in.  I would say generally speaking, this is

22  accurate.

23      Q.  Okay.  Could you turn to -- you can put

24  away your resume, if you'd like.

Page 35

1           Turn to paragraph 27 of your report.

2       A.  Paragraph 27?

3       Q.  Yes, please.  That lists your prior

4   testimonies.

5       A.  Okay.

6           MR. KOSTOLANSKY:  What page?

7           MR. STIMPSON:  It's page four.

8           MR. KOSTOLANSKY:  Okay.

9       Q.  Dr. Greenspun, how many patent cases have

10   you been retained for?

11       A.  I don't remember, but probably close to 20.

12       Q.  And how many have you -- how many patent

13   cases where you testified at deposition or trial?

14       A.  No trials in any patent case, and just

15   let's see, there's one patent case here, and there's

16   another one that's not listed here from August of

17   this year.  Actually, in July as well of this year.

18   An International Trade Commission case involving a

19   patent.

20       Q.  Okay.  So there's three cases where you've

21   testified as patent cases?

22       A.  No, I'm sorry, just two.  Two depositions

23   were in the same case.

24       Q.  Okay.  Which is the one that's listed here?