IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    **MDx Medical Inc.'s Motion . . . to Specify Due Date for Motions to Exclude Expert Testimony [etc.]** [Doc. # 344] is GRANTED; and

    (2)    MDx may have to and including **October 30, 2012**, within which to file any motion to exclude expert testimony.

DATED: October 25, 2012