**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE
DISPOSITIVE MOTIONS AND MOTIONS TO EXCLUDE EXPERT TESTIMONY**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, hereby moves for an extension of time to file dispositive motions and motions to exclude expert testimony. In support of this motion, MDx states:

**CERTIFICATE OF CONFERRAL**

Counsel for MDx conferred with counsel for Health Grades, Inc. ("Health Grades"), Jesus Vasquez, regarding the relief requested in this motion, on October 29, 2012, in accordance with D.C.COLO.L.Civ.R. 7.1(A). Counsel for Health Grades stated that Health Grades does not oppose the relief requested in this motion.

**MOTION**

1. Pursuant to the Court's orders (Dkt. # 328, 330, 352), the parties' dispositive motions deadline is currently set for October 30, 2012. Additionally, MDx's deadline to file motions to exclude expert testimony has been set for October 30, 2012.

2.	Hurricane Sandy, a catastrophic storm, is currently bearing down on the eastern coast of the United States.  As a result, MDx and its counsel have already experienced intermittent power outages, MDx has lost internet access, and they have impaired access to witnesses and other documents, information and support necessary to complete their filings.  The brunt of the storm has yet to hit, with its effects expected to last at least through tomorrow, October 30, 2012.

3.	Additional time is, therefore, necessary for MDx to file the aforementioned motions.

4.	MDx accordingly requests a modest extension of time, up to and including Friday, November 2, 2012, for the parties to file dispositive motions and motions to exclude expert testimony.

5.	No party will be prejudiced by an order granting this motion.

6.	This motion is not brought for any improper purpose.

## **CONCLUSION**

WHEREFORE, for the foregoing reasons, MDx respectfully requests that this Court grant an extension of the parties' deadline to file dispositive motions and motions to exclude expert testimony, up to and including Friday, November 2, 2012.

Dated: October 29, 2012	Respectfully submitted,

*s/ Terence M. Ridley*
Terence M. Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel: (303) 244-1800
Fax: (303) 244-1879
E-mail: ridley@wtotrial.com

and

Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2012, I electronically filed the foregoing MDx Medical Inc.'s Unopposed Emergency Motion for Extension of Time to File Dispositive Motions and Motions to Exclude Expert Testimony with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                *s/ Terence M. Ridley*
                Terence M. Ridley

2191452 v1