IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Emergency Motion for Extension of Time to File Dispositive Motions and Motions to exclude Expert Testimony** [docket no. 356, filed October 29, 2012] (the "Motion"), and because of the effects of Hurricane Sandy on the East Coast,

IT IS ORDERED that the Motion is GRANTED. The dispositive motion deadline and the deadline for motions to exclude expert testimony are extended to and including **November 2, 2012**.

DATED:  October 30, 2012