IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

Defendant.

## HEALTH GRADES, INC.'S *UNOPPOSED* MOTION FOR LEAVE TO SUPPLEMENT ITS MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DR. RICHARD G. COOPER  (DKT. 338)

Health Grades, Inc. ("Health Grades") respectfully files its Motion for Leave to Supplement its Motion to Partially Exclude Expert Testimony of Dr. Richard G. Cooper (the "Motion") (Dkt. 338), and states in support:

1.     Health Grades seeks to supplement the Motion (Dkt. 338) to add its Certificate of Conferral pursuant to D.C.COLO.LCivR 7.1, certifying that the Parties have conferred and that MDx Medical, Inc. ("MDx") opposes the Motion.  The Supplement is filed concurrently herewith.

2.     Undersigned counsel for Health Grades certifies that he conferred with counsel for MDx regarding the relief requested herein and that MDx does not oppose the Supplement. During conferral counsel for MDx indicated that MDx would withdraw its Motion to Strike (Dkt. 346) filed October 24, 2012.

2003911679_1

- 2 -

Dated:  October 30, 2012

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vázquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email:  kkosto@rothgerber.com
             jvazquez@rothgerber.com
             gkanan@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

- 2 -

2003911679_1

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2012, I electronically filed the foregoing **HEALTH GRADES, INC.'S** *UNOPPOSED* **MOTION FOR LEAVE TO SUPPLEMENT ITS MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DR. RICHARD G. COOPER  (DKT. 338)**  with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Scott David Stimpson
> Scott Murray
> David Chunyi Lee
> Sills Cummis & Gross P.C. – New York
> 30 Rockefeller Plaza
> New York, NY  10112
> Email:  sstimpson@sillscummis.com
> Email:  smurray@sillscummis.com
> Email:  dlee@sillscummis.com
>
> Terence M. Ridley
> Wheeler Trigg O'Donnell, LLP
> 1801 California Street, #3600
> Denver, CO  80202-2617
> Email:  ridley@wtotrial.com

> s/ *Jesús M. Vázquez*
> Gregory B. Kanan, Esq.
> Kris J. Kostolansky, Esq.
> Jesús M. Vázquez, Jr., Esq.
> Rothgerber Johnson & Lyons, LLP
> 1200 17th Street, Suite 3000
> Denver, Colorado 80202-5855
> Tel:     (303) 623-9000
> Facsimile: (303) 623-9222
> Email:  gkanan@rothgerber.com
>             kkostolansky@rothgerber.com
>             jvazquez@rothgerber.com
>
> Attorneys for Plaintiff Health Grades, Inc.

- 3 -