THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

**HEALTH GRADES, INC.'S SUPPLEMENT TO ITS MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DR. RICHARD G. COOPER PURSUANT TO FED. R. EVID. 403 AND 702, AND** *DAUBERT V. MERRIL DOW PHARMS., INC.*, **509 U.S. 579 (1993)**

---

Plaintiff Health Grades, Inc. ("Health Grades") respectfully submits its Supplement Motion to Partially Exclude Expert Testimony of Dr. Richard G. Cooper pursuant to Federal Rules of Evidence 403 and 702, and the Supreme Court's holding in *Daubert v. Merril Dow Pharms., Inc.*, 509 U.S. 579 (1993) (Dkt. 338):

Undersigned counsel certifies that he conferred with counsel for MDx Medical, Inc. ("MDx"), and that MDx opposes this motion.

Respectfully submitted this 30th day of October, 2012.

          ROTHGERBER JOHNSON & LYONS LLP

          *s/ Jesús M. Vázquez*
          Kris J. Kostolansky, Esq.
          Greg B. Kanan, Esq.
          Jesús M. Vázquez, Jr., Esq.
          1200 17th Street, Suite 3000
          Denver, Colorado  80202
          Tel:  (303) 623-9000
          Fax:  (303) 623-9222
          Email:  kkosto@rothgerber.com
             jvazquez@rothgerber.com
             gkanan@rothgerber.com

          *Attorneys for Health Grades/Counterclaim Defendant Health Grades, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2012, I electronically re-filed the foregoing **HEALTH GRADES, INC.'S SUPPLEMENT TO ITS MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DR. RICHARD G. COOPER PURSUANT TO FED. R. EVID. 403 AND 702, AND *DAUBERT V. MERRIL DOW PHARMS., INC.*, 509 U.S. 579 (1993)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson  
David Chunyi Lee  
Scott B. Murray  
Sills Cummis & Gross P.C. – New York  
30 Rockefeller Plaza  
New York, NY  10112  
Email:  sstimpson@sillscummis.com  
Email:  mrosenberg@sillscummis.com  
Email:  dlee@sillscummis.com  
Email:  smurray@sillscummis.com  

Terence M. Ridley  
Wheeler Trigg O'Donnell, LLP  
370 17th Street, Suite 4500  
Denver, CO  80202-5647  
Email:  ridley@wtotrial.com  

                *s/ Jesús M. Vazquez*  
                Gregory B. Kanan, Esq.  
                Kris J. Kostolansky, Esq.  
                Jesús M. Vázquez, Jr., Esq.  
                Rothgerber Johnson & Lyons, LLP  
                1200 17th Street, Suite 3000  
                Denver, Colorado 80202-5855  
                Tel:     (303) 623-9000  
                Facsimile: (303) 623-9222  
                Email:  gkanan@rothgerber.com  
                          kkostolansky@rothgerber.com  
                          jvazquez@rothgerber.com  

                *Attorneys for Plaintiff/Counterclaim Defendant*  
                *Health Grades, Inc.*

2003911722_1