**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL INC.'S UNOPPOSED MOTION TO WITHDRAW ITS
MOTION TO STRIKE HEALTH GRADES, INC.'S MOTION TO PARTIALLY
EXCLUDE EXPERT TESTIMONY OF DR. RICHARD G. COOPER
FOR FAILING TO COMPLY WITH D.C.COLO.LCIVR 7.1(A)**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, respectfully submits this Unopposed Motion to Withdraw Its Motion To Strike Health Grades, Inc.'s Motion To Partially Exclude Expert Testimony Of Dr. Richard G. Cooper For Failing To Comply With D.C.COLO.LCivR 7.1(A) [Doc. # 346, "Motion to Strike"] (the "Motion").

Pursuant to D.C.COLO.L.CivR 7.1(A), the undersigned counsel conferred with counsel for Health Grades, Inc. ("Health Grades"), who indicated that Health Grades does not oppose this Motion.

**MOTION**

MDx's Motion to Strike requested that the Court strike Health Grades' Motion To Partially Exclude Expert Testimony Of Dr. Richard G. Cooper [Doc. # 338, "Motion to

1

Exclude"] for failure to confer prior to filing the Motion to Exclude, as required by D.C.COLO.LCivR 7.1(A).  Subsequently, counsel for Health Grades conferred with counsel for MDx and then supplemented the Motion to Exclude with a conferral statement [Docs. # 362, 363].  Additionally, the Court also extended the due date for motions to exclude expert testimony to November 2, 2012 [Doc. # 360].

In view of Health Grades' conferral and the Court's grant of an extension of time through November 2, 2012 for motions to exclude, MDx respectfully withdraws its Motion to Strike. Even if MDx's Motion to Strike is granted, Health Grades would be able to timely re-file its motion to exclude by the extended due date.  Accordingly, withdrawal of MDx's Motion to Strike will save the Court and the parties time and resources from needless procedures.

For the reasons above, MDx respectfully requests grant of this Motion and withdrawal of its Motion to Strike.

Dated:  November 1, 2012

Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP

2

370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2012, I electronically filed the foregoing MDX MEDICAL INC.'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO STRIKE HEALTH GRADES, INC.'S MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DR. RICHARD G. COOPER FOR FAILING TO COMPLY WITH D.C.COLO.LCIVR 7.1(A) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                  *s:/David C. Lee*