# EXHIBIT D

(Placeholder for Restricted Filing)

Case No. 1:11-cv-00520-RM-NYW   Document 367-5   filed 11/02/12   USDC Colorado   pg 1 of 1