# EXHIBIT F

(Placeholder for Restricted Filing)