# EXHIBIT C

```
                                                      Page 1
 1           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
 2
                 VOLUME I - Pages 1 to 187
 3
     HEALTH GRADES, INC.,
 4
              Plaintiff,
 5
         vs.                        Civil Action No.
 6    .                             11-CV-00520-PAB-BNB
     MDX MEDICAL, INC., d/b/a
 7   VITALS.COM,
 8            Defendant.
 9                                /
10
11           Deposition of SCOTT MONTROY, taken on behalf of
12   the Defendant, pursuant to Amended Subpoena to Testify
13   at a Deposition in a Civil Action in the above-entitled
14   action, on Monday, January 16, 2012, at 7:03 a.m., at
15   Crowne Plaza Jacksonville Riverfront, 1201 Riverplace
16   Boulevard, Jacksonville, Florida, before Teresa S.
17   DeCiancio, RDR, CRR, CCP, CBC, FPR, and Notary Public in
18   and for the State of Florida at Large.
19
20
21                        -  -  -
22
23
24
25    Job No. NJ371358
```

Veritext/NJ Reporting Company

800-227-8440                                      973-410-4040

Page 144

1   do something extra to verify the accuracy of that data?
2       A    Like through the application or as a business
3   process?
4       Q    In any way.
5            MR. VÁZQUEZ:  Form.
6       A    So -- so -- I'm sorry.  Can you repeat that?
7       Q    Yeah.
8            So like, for example, if Dr. Smith says, "Yeah,
9   I'm an orthopedic specialist" --
10      A    Right.
11      Q    -- did Health Grades have any requirement
12  beyond the doctor simply telling you that, that the
13  provider do something to verify that that was correct
14  for you?
15      A    There were --
16           MR. VÁZQUEZ:  Form.
17      A    Yeah.  There were certain fields that we
18  identified as verifiable.  I can't remember if specialty
19  was one or not.  That was mostly -- I think that was
20  being more coordinated through Janet and her team.  But
21  if it was identified as one of the verifiable fields,
22  there was a process in which there was -- there was
23  further interrogation on that, the validity of that
24  data.
25      Q    And that verification would be done by Health

```
                                                    Page 145
 1   Grades?
 2       A    Correct.
 3       Q    Okay.  Was there anything in the business
 4   process of getting this information from the healthcare
 5   providers where you required the healthcare provider to
 6   do something to verify it?
 7       A    Yeah.  I mean, that was generally handled
 8   through Janet.  So like if she may -- sometimes they
 9   would contact them and they had to send in some
10   documentation.  I think they might have had some other
11   services that they might have used.  I don't know.  But
12   she kind of led that effort.
13       Q    How many physicians were on the
14   healthgrades.com website say in the 2006 time frame?
15       A    I can't remember exactly.
16       Q    Thousands?
17       A    Hundreds of thousands.
18       Q    Hundreds of thousands.
19            So Health Grades would not require them all to
20   submit some sort of verification for the data they
21   provided, right?
22            MR. VÁZQUEZ:  Form.
23       A    I don't understand.
24       Q    Well, say you get a hundred thousand doctors
25   and they're all telling you that they have different
```

Page 146

1   specialties.  Health Grades would not require those
2   doctors -- all those doctors to do something to verify
3   that what they're saying is correct, right?
4        A    If there was --
5             MR. VÁZQUEZ:  Form.
6        A    If it was identified as a verifiable field,
7   Health Grades provided some, you know, introspection and
8   verification in terms of that.  I just can't remember
9   exactly which fields we had identified as verified.
10  Well, not -- there was a few.  But, I mean --
11       Q    Right.  But -- I'm sorry.  I didn't mean to cut
12  you off.
13       A    No.  That's all right.
14       Q    I'm drawing a distinction between information
15  that Health Grades itself would do something to
16  verify --
17       A    Right.
18       Q    -- and information that the healthcare provider
19  gave to Health Grades for its reports but the healthcare
20  provider had to do something to verify to Health Grades
21  that the information was correct.
22       A    Not at the request of Health Grades?  Is that
23  what you're saying?
24       Q    In any way.
25            MR. VÁZQUEZ:  Form.