Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

**Exhibit E – www.healthgrades.com (UCHC 0000080)**

You are here: Home > Consumer > Physicians

View Cart   Customer Support

 Physicians | Hospitals | Nursing Homes



**My Cart**

No items in your cart

Get previous order

**Product Information**

Sample Report
FAQ
Glossary

**General Information**

About HealthGrades
Contact Us
Privacy Policy
Affiliate Program
Site Map




HACKER SAFE
TESTED DAILY   19-OCT

## Your Search Results

This report will contain up to 20 physicians that meet your needs and preferences. Additionally, the report will provide detailed comparison information on each doctor that matched your search criteria.

### Purchase this first report on 20 physicians for only $9.95

**Your Physician Comparison Report**

This custom report contains information on **20 physicians** and was filtered with your following search criteria:

- Orthopedic Surgery physicians.
- Located in Boston, Massachusetts within approximately 5 miles.
- Physicians FREE from professional misconduct.
- Physicians that are board certified.
- Does not matter what gender the physicians are.
- Does not matter how many years the physicians have been out of medical school.

<< change criteria

[ Get Report ]

**Report Pricing***

**Purchase first report for only $9.95**

$3.95 for each additional report.

 **View a Sample Report**

Each report offers an opportunity to complete a review of your doctor.

**More Information**


Are you a physician?
Yes, I am a physician

* Specific report pricing only applies to Physician Comparison Reports

© Copyright 1999-2004 Health Grades, Inc. All rights reserved. Use of this website and any information contained therein is governed by the HealthGrades User Agreement.
[User Agreement]  [Legal Disclaimer]



UCHG 000080