Civil Action No. 11-CV-00520-PAB-BNB

# HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

**Exhibit F -- Dep. Ex. 8**

Case No. 1:11-cv-00520-RM-NYW   Document 369-6   filed 11/02/12   USDC Colorado   pg 2 of 2

| | |
|---|---|
| **From:** | Jim Kloberdanz |
| **Sent:** | Tuesday, December 28, 2004 10:31 AM |
| **To:** | 'Slawson, Jennifer' |
| **Cc:** | Peter Fatianow; Dave Hicks |
| **Subject:** | Additional Sample reports |
| **Attachments:** | Nursing Home Comparison Report.pdf; Bellmead Rehab Center.pdf; Comparison report.pdf; Dr Broderson.pdf; Mayo Clinic.pdf |

Jennifer

Enclosed are additional sample reports that could serve the membership of AARP. These are a great way to get the feel of our value add! Look forward to our chat the first week of January.

Jimmy K.

Jim Kloberdanz
Vice President Sales - Corporate Services
**Health Grades, Inc.** www.healthgrades.com
303.204.6781 cell
303.716.6536 direct
jkloberdanz@healthgrades.com

*Health Grades, Inc., is the leading independent healthcare quality company, providing ratings, information, and advisory services. HealthGrades works with healthcare providers to help assess, improve, and promote quality. HealthGrades provides consumers with access to basic information about healthcare providers and practitioners through its Web site. Employers, payers, benefit management firms, and liability insurers utilize HealthGrades' online and software based provider comparison tools. HealthGrades currently serves nearly 300 clients, including over 125 + Fortune 1000 firms.*



DEFENDANT'S DEPOSITION EXHIBIT 8

CONFIDENTIAL - ATTORNEYS EYES ONLY                           HG0032036