Civil Action No. 11-CV-00520-PAB-BNB

# HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**Exhibit F1-- Nursing Home Quality Comparison Report**



# Nursing Home Quality Comparison Report
Report Created 12/28/2004

Making the decision on nursing home care can be stressful for both resident and family. Typically, the individual needing nursing home care is settled into his/her environment when something goes wrong and you realize you may have made a poor choice. At this point, it is hard to make a change. Therefore, you should be as informed as possible when choosing a nursing home.

Based upon your criteria, WACO, TX with 10 miles willing to travel, 10 nursing homes will be reviewed in this report:

| | |
|---|---|
| Bellmead Rehabilitation Center | Care Inn Of Waco Llc |
| Crestview Healthcare Residence | Greenview Manor |
| Lake Shore Village Healthcare Center | Regent Care Center Of Woodway |
| Royal Manor | Saint Catherine Center |
| Wesley Woods Alzheimer's Care Center | Woodland Springs Nursing Center |

All nursing homes are not operated equally. HealthGrades estimates that 1 out of every 3 nursing homes has been cited for a violation that caused harm to one or more residents.

To assist you in making the best choice possible, HealthGrades has compiled information from state inspections and complaint investigations. The information is arranged in seven (7) sections. The sections are:

1. HealthGrades' Star Rating
2. State Inspections (also known as state surveys for nursing home licensure)
3. Complaint Investigations (as reported to the state agency)
4. Repeating Problems
5. Information About the Nursing Home
6. Interview Tips
7. Nursing Home Directory

Definitions, explanations and tips on how to apply the information are included with each section.

© Copyright 2004 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission.



**1 HealthGrades' Star Rating**

Nursing homes are rated by HealthGrades based upon their performance in inspections and complaint investigations. Each nursing home receives an overall score from HealthGrades.

CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032037

| Your Results for Texas | Star Rating | Ranking for this Report |
|---|---|---|
| Regent Care Center Of Woodway | ★★★★★ | 1 |
| Crestview Healthcare Residence | ★★★★★ | 2 |
| Saint Catherine Center | ★★★ | 3 |
| Greenview Manor | ★★★ | 4 |
| Bellmead Rehabilitation Center | ★★★ | 5 |
| Woodland Springs Nursing Center | ★★★ | 6 |
| Lake Shore Village Healthcare Center | ★★★ | 7 |
| Care Inn Of Waco Llc | ★ | 8 |
| Royal Manor | ★ | 9 |
| Wesley Woods Alzheimer's Care Center | Not Rated | |

HealthGrades sorts the scores within each state to create the ratings and rankings.

**? What does this mean to you?**
Only 3 out 10 nursing homes in each state receive a 5 Star rating. The top 30% of nursing homes in the state are awarded a 5 Star while the worst 30% of nursing homes in the state receive a 1 Star. The middle 40% of nursing homes receive a 3 Star. Nursing homes that are not rated are either (1) Medicare only, hospital-based facilities, (2) nursing homes with only one state inspection, or (3) nursing homes with out-of-date information.

## 2 State Inspections

Each state is responsible for inspecting nursing homes every 9 to 15 months for license renewal. State inspections are unannounced. Results from state inspections are public information and each nursing home is required to post its most recent state inspection results. The inspections assess compliance with standards of patient care such as staffing, quality of care and cleanliness. There are over 150 different standards of care set by the federal government. Non-compliance of standards results in a deficiency (violation).

Each violation is assessed by the state inspectors and is classified by how many residents were affected and how severely they were impacted. The state inspectors use alphabetical characters to describe the severity of the assessment. HealthGrades translates this into a

score, ranging from 1 to 88 to make it easy for you to understand.

**What were the trends for state inspections for these nursing homes?**

The graph below illustrates the trend of HealthGrades' scores from the last four state inspections for the selected nursing homes. The nursing homes are compared to the state average. The scores were calculated by HealthGrades and were arrived at by weighting the severity and number of violations for each state inspection.

For example, if a nursing home had 2 violations and one violation was 2 points and the other violation was 12 points, the score for that state inspection was 14 points (2 + 12).

**BELLMEAD REHABILITATION CENTER**

Violation Score (lower is better)
- Nursing Home
- State Average

| 12 | 21 | 19 | 21 | 31 | 27 | 14 | 29 |
| 06/04/2004 | | 05/01/2003 | | 03/07/2002 | | 05/02/2001 | |



**CARE INN OF WACO LLC**

Violation Score (lower is better)
- Nursing Home
- State Average

| 10 | 21 | 8 | 27 | 12 | 29 | 30 | 33 |
| 08/13/2003 | | 05/30/2002 | | 06/07/2001 | | 05/23/2000 | |



**CRESTVIEW HEALTHCARE RESIDENCE**

Violation Score (lower is better)
- Nursing Home
- State Average

| 0 | 21 | 14 | 21 | 2 | 27 | 10 | 29 |
| 08/19/2004 | | 07/10/2003 | | 05/22/2002 | | 04/11/2001 | |



**GREENVIEW MANOR**

Violation Score (lower is better)
- Nursing Home
- State Average

| 20 | 21 | 12 | 21 | 4 | 29 | 18 | 29 |
| 04/29/2004 | | 02/28/2003 | | 12/19/2001 | | 01/11/2001 | |

**LAKE SHORE VILLAGE HEALTHCARE CENTER**

Violation Score (lower is better)
- Nursing Home
- State Average

| 18 | 21 | 71 | 27 | 14 | 29 | 18 | 33 |
| 09/18/2003 | | 07/27/2002 | | 08/09/2001 | | 07/19/2000 | |



CONFIDENTIAL - ATTORNEYS EYES ONLY                              HG0032039



### REGENT CARE CENTER OF WOODWAY

Violation Score (lower is better) — Nursing Home / State Average

| 09/23/2004 | 08/01/2003 | 08/14/2002 |
|---|---|---|
| 6  21 | 22  21 | 0  27 |



### ROYAL MANOR

Violation Score (lower is better) — Nursing Home / State Average

| 10/16/2003 | 09/11/2002 | 08/25/2001 | 10/16/2000 |
|---|---|---|---|
| 30  21 | 8  27 | 383  29 | 4  33 |

### SAINT CATHERINE CENTER

Violation Score (lower is better) — Nursing Home / State Average

| 02/04/2004 | 11/22/2002 | 10/24/2001 | 09/28/2000 |
|---|---|---|---|
| 21  21 | 6  27 | 12  29 | 12  33 |



### WESLEY WOODS ALZHEIMER'S CARE CENTER

Violation Score (lower is better) — Nursing Home / State Average

| 02/06/2004 |
|---|
| 0  21 |



### WOODLAND SPRINGS NURSING CENTER

Violation Score (lower is better) — Nursing Home / State Average

| 04/01/2004 | 02/05/2003 | 12/05/2001 | 11/09/2000 |
|---|---|---|---|
| 8  21 | 14  21 | 8  29 | 9  33 |

CONFIDENTIAL - ATTORNEYS EYES ONLY     HG0032040

**Fast Facts**

A score of 0 is a perfect score, which means the facility did not have any deficiencies. Only 12 out of every 100 nursing homes get a perfect score. Numbers indicate violations occurred, with numbers further from 0 tending towards worsening performance. For example, a score of 2 is better than a score of 20.

**What does this mean to you?**

Look at each nursing home's performance over a period of time to see if it is improving or declining. Then, compare each nursing home to the state average. How close or far away are the nursing homes from the state average score? Proceed with caution when a nursing home is continuously below the state average or fluctuates up and down with wide differences between scores from inspection to inspection.

What were the number of violations from state inspections(survey) for these nursing homes and how many of those were violations that actually harmed one or more patients?

| Name | Recent Survey Violations | | Prior Survey Violations | | Third Survey Violations | | Fourth Survey Violations | |
|---|---|---|---|---|---|---|---|---|
| | Total | Harm | Total | Harm | Total | Harm | Total | Harm |
| Bellmead Rehabilitation Center | 3 | 0 | 6 | 0 | 7 | 0 | 5 | 0 |
| Care Inn Of Waco Llc | 3 | 0 | 3 | 0 | 5 | 0 | 10 | 0 |
| Crestview Healthcare Residence | 0 | 0 | 5 | 0 | 1 | 0 | 5 | 0 |
| Greenview Manor | 6 | 0 | 4 | 0 | 1 | 0 | 7 | 0 |
| Lake Shore Village Healthcare Center | 5 | 0 | 18 | 0 | 6 | 0 | 7 | 0 |
| Regent Care Center Of Woodway | 3 | 0 | 9 | 0 | 0 | 0 | NA | NA |
| Royal Manor | 9 | 0 | 3 | 0 | 23 | 8 | 1 | 0 |
| Saint Catherine Center | 6 | 1 | 3 | 0 | 4 | 0 | 4 | 0 |
| Wesley Woods Alzheimer's Care Center | 0 | 0 | NA | NA | NA | NA | NA | NA |
| Woodland Springs Nursing Center | 2 | 0 | 5 | 0 | 3 | 0 | 1 | 0 |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                         HG0032041

**? What does this mean to you?**

Look for the number of violations and compare this to the number that harmed one or more patients. Proceed with caution when a facility has several violations and most of those violations caused harm.

What were the types of violations from state inspections for these nursing homes for the most recent inspection?

| Nursing Homes WITH Deficiencies | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type of Violation | Environment | Food Services | Nursing | Quality of Care | Quality of Life | Resident Rights | Total |
| Bellmead Rehabilitation Center | 1 | 0 | 1 | 1 | 0 | 0 | 3 |
| Care Inn Of Waco Llc | 0 | 1 | 0 | 2 | 0 | 0 | 3 |
| Greenview Manor | 3 | 0 | 0 | 0 | 1 | 2 | 6 |
| Lake Shore Village Healthcare Center | 1 | 2 | 1 | 0 | 0 | 1 | 5 |
| Regent Care Center Of Woodway | 0 | 0 | 1 | 2 | 0 | 0 | 3 |
| Royal Manor | 0 | 3 | 1 | 4 | 0 | 1 | 9 |
| Saint Catherine Center | 0 | 0 | 1 | 2 | 2 | 0 | 5 |
| Woodland Springs Nursing Center | 1 | 0 | 0 | 1 | 0 | 0 | 2 |

| Nursing Homes WITHOUT Deficiencies | | | | | | |
|---|---|---|---|---|---|---|
| Name | Environment | Food Services | Nursing | Quality of Care | Quality of Life | Resident Rights |
| Crestview Healthcare Residence | 0 | 0 | 0 | 0 | 0 | 0 |
| Wesley Woods Alzheimer's Care Center | 0 | 0 | 0 | 0 | 0 | 0 |

**? What does this mean to you?**

Look for the types of violations being cited and compare this to the care needs of the individual who is requiring nursing home care. For example, while having a violation in Quality of Care is not desirable, it is definitely a concern when the individual requiring the nursing home care has many nursing care needs such as needing to be turned and positioned due to being bed-bound.

## 3 Complaint Investigations

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                     HG0032042

Complaint investigations are surveys by the state agency to investigate registered complaints. Complaint investigations are focused on the subject matter of the complaint itself. However, if an investigator finds something else wrong, unrelated to the matter of the complaint, the nursing home can still receive a violation from the survey.

Complaint investigations range from concerns around food services to concerns with nursing care. The state agency is required to investigate each and every complaint that is called into the state's hotline. Anyone can register a complaint. However, the importance of complaint information is to study the violations that come out of the investigations. HealthGrades provides this information to you by providing you four years worth of outcomes from complaints investigated.

### Fast Facts

Two out of every five violations that caused harm to a resident were cited from a complaint survey (Committee on Government Reform Report, Feb 2002).

**What was the number of violations from complaint investigations for these nursing homes?**



Total Violations
- Bellmead Rehabilitation Center: 5
- Care Inn Of Waco Llc: 14
- Crestview Healthcare Residence: 4
- Greenview Manor: 4
- Lake Shore Village Healthcare Center: 6
- Regent Care Center Of Woodway: 0
- Royal Manor: 10
- Saint Catherine Center: 4
- Wesley Woods Alzheimer's Care Center: 0
- Woodland Springs Nursing Center: 12

### What does this mean to you?

Complaint investigations are a good measure of how a nursing home performs between state inspections. It is important to include complaint investigations in your research. Look at the violations from complaints. Proceed with caution when a nursing home has a much higher number of violations from complaint investigations when compared to the state average.



## 4 Repeating Problems

Repeating problems are violations that have been cited again and again. These repeating violations indicate a pattern of unresolved problems.

HealthGrades combines the outcomes from both state inspections and complaint investigations and counts the number of times the same violation occurred. Next, HealthGrades determines the nursing homes' "ability to correct problems" based upon the average times violations are repeated. For example, HealthGrades concluded that a nursing home is "Highly Unlikely to Solve Problems" when its violations are on average repeated 4 or more times.

**What was the total number and types of repeating problems for these nursing homes?**

CONFIDENTIAL - ATTORNEYS EYES ONLY                                              HG0032043

| Name | Total Number of Repeating Problems | List of Types of Repeating Problems |
|---|---|---|
| Bellmead Rehabilitation Center | 5 | Accidents, Food Services, Infection Control, Life Safety, Medication Monitoring |
| Care Inn Of Waco Llc | 6 | Accidents, Activities, Housekeeping, Medication Monitoring , Resident Rights, Resident Status |
| Crestview Healthcare Residence | 3 | Accidents, Housekeeping, Infection Control |
| Greenview Manor | 5 | Environment, Housekeeping, Nurse Certification, Resident Rights, Resident Status |
| Lake Shore Village Healthcare Center | 7 | Housekeeping, Infection Control, Medication Monitoring , Patient Abuse, Patient Assessments, Resident Status |
| Regent Care Center Of Woodway | 1 | Resident Status |
| Royal Manor | 9 | Accidents, Food Services, Infection Control, Medication Monitoring , Nurse Certification, Patient Assessments, Pressure Sores, Resident Status |
| Saint Catherine Center | 4 | Activities, Housekeeping, Patient Assessments, Resident Status |
| Wesley Woods Alzheimer's Care Center | 0 | No recurring problems |
| Woodland Springs Nursing Center | 4 | Food Services, Housekeeping, Infection Control, Resident Status |
| Texas Average | 12 | N/A |

What is the ability of these nursing homes to correct problems?

| Name | History |
|---|---|
| Wesley Woods Alzheimer's Care Center | Highly likely to correct problem |
| Bellmead Rehabilitation Center | Somewhat likely to correct problem |
| Care Inn Of Waco Llc | Somewhat likely to correct problem |
| Crestview Healthcare Residence | Somewhat likely to correct problem |
| Greenview Manor | Somewhat likely to correct problem |
| Lake Shore Village Healthcare Center | Somewhat likely to correct problem |
| Regent Care Center Of Woodway | Somewhat likely to correct problem |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                HG0032044

| Royal Manor | Somewhat likely to correct problem |
|---|---|
| Saint Catherine Center | Somewhat likely to correct problem |
| Woodland Springs Nursing Center | Somewhat likely to correct problem |

**Fast Facts**
Nationally, on average, a nursing home repeats a deficiency 2 times.

**What does this mean to you?**
Proceed with caution when a nursing home is categorized as being highly unlikely to correct problems. When looking at all of the deficiencies that have been repeated, compare these to the care needs of the individual requiring nursing home services. Proceed with caution when the repeated deficiency deals with the care needs of this individual.

## 5. Information About Nursing Homes

Nursing homes provide 24 hour nursing care and supervision. Generally, a nursing home is a place of residence that provides rooms, meals, recreational activities and help with activities of daily living - eating, bathing, dressing, toileting and walking. A typical nursing home resident needs help with approximately 3 of these activities of daily living. Nearly 70% of residents are 75 years old or older. Nursing homes differ in the levels of care they provide, from custodial to highly skilled nursing much like what you would find in a medical unit of a hospital. In addition, nursing homes may have specialty care units for Alzheimer's patients or those requiring cardiac or respiratory care.

## Types of Nursing Homes

Nursing homes are known by many names, such as skilled nursing facilities, long-term care facilities, and sub-acute facilities. Nursing homes can elect to participate in Medicare and/or Medicaid. Medicare certification allows for all or part of the facility to be certified, therefore, a resident may have to transfer or move when Medicare is no longer the source of payment. A nursing home may also elect to have "dually-certified" beds where there is no distinction or separation in beds that are Medicare or Medicaid certified.

Generally, HealthGrades classifies nursing homes into two categories: (1) Medicare-only, hospital-based and (2) Medicare/Medicaid, non hospital-based. HealthGrades does not rate Medicare only, hospital-based nursing homes because these entities are not designed for long-term care.

What type of nursing home are these nursing homes?

| Name | Payment Type | Operation | Number of Beds |
|---|---|---|---|
| Greenview Manor | Medicare And Medicaid | Not hospital-based | 128 |
| Saint Catherine Center | Medicare And Medicaid | Hospital-based | 240 |
| Wesley Woods Alzheimer's Care Center | Medicaid | Not hospital-based | 120 |

CONFIDENTIAL - ATTORNEYS EYES ONLY                    HG0032045

| | | | |
|---|---|---|---|
| Crestview Healthcare Residence | Medicare And Medicaid | Not hospital-based | 198 |
| Woodland Springs Nursing Center | Medicare And Medicaid | Not hospital-based | 132 |
| Lake Shore Village Healthcare Center | Medicare And Medicaid | Not hospital-based | 151 |
| Care Inn Of Waco Llc | Medicare And Medicaid | Not hospital-based | 74 |
| Bellmead Rehabilitation Center | Medicare And Medicaid | Not hospital-based | 48 |
| Royal Manor | Medicare And Medicaid | Not hospital-based | 120 |
| Regent Care Center Of Woodway | Medicare And Medicaid | Not hospital-based | 144 |

## Ownership Types of Nursing Homes

Non-profit nursing homes usually operate under religious or other voluntary organizations. For-profit nursing homes are commercial establishments owned by corporations or individuals. Nursing home corporations are privately or publicly held and often can own a chain of facilities in a geographic area. Some nursing home corporations may also own pharmacies, rehabilitation agencies and home health agencies

**What ownership type are these nursing homes?**

| Name | Ownership Type |
|---|---|
| Greenview Manor | For Profit |
| Saint Catherine Center | Non-Profit |
| Wesley Woods Alzheimer's Care Center | Non-Profit |
| Crestview Healthcare Residence | For Profit |
| Woodland Springs Nursing Center | For Profit |
| Lake Shore Village Healthcare Center | For Profit |
| Care Inn Of Waco Llc | For Profit |
| Bellmead Rehabilitation Center | For Profit |
| Royal Manor | For Profit |
| Regent Care Center Of Woodway | For Profit |

## Referrals/Others Opinions

The Long-Term Care Ombudsman is a good source for information. The ombudsman program is a significant part of the long-term care system as Ombudsmen act as advocates for residents and receive information about complaints and deficiencies from the State Health Department. Each state area agency on aging is required to have an office of the long-term

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                     HG0032046

care ombudsman. Ombudsmen visit nursing homes on a regular basis. They receive and investigate complaints and can refer serious situations/violations to the state health department. They cannot advise consumers on any one nursing facility but can provide information about complaints, survey results, and signs of good patient care.

**Who is the Ombudsman(s) in the state for these nursing homes?**

| State of Texas |
| --- |
| Texas Department on Aging<br>P.O. Box 12758<br>Austin, TX 75711 (521) 424-6875 |

It is also advisable to ask others' opinions of the nursing home. Hospital discharge planners and physicians are a good source for opinions.

## Location

If you have a large number of choices of nursing homes in your area, it is a good idea to consider the location of the nursing home. If the facility is too far away, visits will be difficult and infrequent.

**How far away are these nursing homes from Waco, TX?**

| Name | Approximate Miles* |
| --- | --- |
| Bellmead Rehabilitation Center | 5 |
| Care Inn Of Waco Llc | 4 |
| Crestview Healthcare Residence | 4 |
| Greenview Manor | 4 |
| Lake Shore Village Healthcare Center | 4 |
| Regent Care Center Of Woodway | 5 |
| Royal Manor | 7 |
| Saint Catherine Center | 1 |
| Wesley Woods Alzheimer's Care Center | 7 |
| Woodland Springs Nursing Center | 1 |

* Please note that distance is calculated from the center point of any given zipcode or city.

## Payment Considerations

There are five basic ways in which nursing home costs may be financed.

1. **Personal Resources**
   Approximately 25 percent of nursing home care is paid for out of personal resources. On average, a nursing home can cost $46,000 a year for basic room and board.
2. **Private Insurance**
   Long-term care insurance is on the rise with more insurance companies offering insurance plans that cover nursing home and home health care. Details of coverage depend on the

CONFIDENTIAL - ATTORNEYS EYES ONLY     HG0032047

insurance policy.
3. **Medicaid**
Medicaid is funded by both state and federal sources and is health insurance for eligible low-income individuals. Medicaid will pay for basic room and board for those who qualify in nursing homes that are certified for Medicaid. Medicaid currently pays for approximately 67 percent of nursing home care. For more information about Medicaid call your state's Medicaid office. The number is in the blue government pages of the telephone book.
4. **Medicare**
Under certain conditions, Medicare (Part A) will pay for a fixed period of time in a skilled nursing facility. Again, the nursing home (or the bed the resident is in) must be certified for Medicare. There is a 100-day benefit period in a calendar year for nursing home coverage; however, there are requirements that a resident must meet daily in order to receive the nursing home coverage. The nursing home will assess and re-assess the resident to ensure that individual is qualified and meet or continue to meet the Medicare coverage requirements. Once a resident does not meet the requirements, notice of non-coverage and the effective date is given.
5. **HMO or Managed Care**
HMOs and managed health care plans also cover nursing home care. A facility must be a designated provider of the plan before nursing home care will be covered. Also, since assignment of Part A Medicare benefits were assigned to the HMO or managed care plan, coverage of nursing home care generally follows the requirements listed above for Medicare. The difference is that the HMO or managed care plan, not the nursing home, will determine if the resident meets the requirements for admission and will also determine when the resident no longer meets requirements.

## ⑥ Interview Tips

Making the decision on nursing home care can be stressful for both resident and family. It is helpful to make a list of expectations before visiting facilities and interviewing others because nursing homes are so different. What is important to the potential resident may be different than what is important for family or friends who are assisting the resident with placement.

Visiting the nursing home is essential to evaluating nursing home quality. It will give you the opportunity to meet with nursing home staff, chat with residents, view the condition of the facility, watch the staff in action, and feel the atmosphere. When you visit, ask for the admissions coordinator, who will introduce to the features of the facility and give you a formal tour. Afterwards, you may ask to return and view the facility at your own pace.

**Questions to Ask the Nursing Home:**

- Is the nursing home Medicare certified?
- Is the nursing home Medicaid certified?
- What is the monthly or daily base rate and what services does it cover?
- What services are not covered in the base rate, such as telephone, toiletries, salon, activities and what is the cost of each charge?
- What is the procedure to pay for the add-on charges?
- Is the nursing home accepting new patients?
- Is there a waiting period for admission?
- Is the licensing and certification for the nursing home current?

CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032048

- Is the license of the nursing home administrator current?
- Does the nursing home have any specialty care units?
- Are residents able to make choices about their daily routine, such as when to go to bed and what to eat?
- How is the interaction between staff and resident?
- Does the nursing home meet your cultural, religious and/or language needs?
- Does the nursing home smell and look clean?
- Can residents have personal articles and furniture in their rooms?
- Are there a variety of activities to choose from?
- Does the nursing home have volunteer groups?
- Does the nursing home have outdoor areas for resident use?
- Did the facility correct any Quality of Care deficiencies that they received on their most recent survey?
- Can residents continue to see their personal physicians?
- Are the residents clean, appropriately dressed and well groomed?
- How well does the administrator interact with staff and residents?
- Does the nursing home have a resident and family council that meets independently of the nursing home's management?
- Are care plan meetings held at times that are convenient for residents and family members to attend?
- Is there enough staff to assist each resident who requires help eating?
- Does the food smell and look good?
- Are residents offered choices of food at mealtimes?
- Are nutritious snacks offered?
- Does the dining room environment encourage residents to relax, socialize and enjoy their food?
- Are there handrails in the hallways and grab bars in the bathrooms for safety?
- Are the exit doors clearly marked and clear of impediments?
- Does the nursing home have a disaster plan to move residents in emergencies?
- Are spills cleaned up quickly?
- Are the hallways free of clutter and well lighted?



## 7. Nursing Home Directory

**Bellmead Rehabilitation Center**
4601 Wisconsin Street
Waco , TX 76705
2547995581

**Care Inn Of Waco Llc**
5900 Clover Lane
Waco , TX 76710
2547720610

**Crestview Healthcare Residence**

CONFIDENTIAL - ATTORNEYS EYES ONLY                                              HG0032049

1400 Lake Shore Drive
Waco , TX 76708
2547530291

**Greenview Manor**
401 Owen Lane
Waco , TX 76710
2547728900

**Lake Shore Village Healthcare Center**
2320 Lake Shore Drive
Waco , TX 76708
2547521075

**Regent Care Center Of Woodway**
7801 Woodway Drive
Waco , TX 76712
2542357801

**Royal Manor**
9114 Royal Lane
Waco , TX 76712
2546662164

**Saint Catherine Center**
300 West Highway 6
Waco , TX 76712
2547618500

**Wesley Woods Alzheimer's Care Center**
1700 Woodgate Drive
Waco , TX 76712
2546665454

**Woodland Springs Nursing Center**
1010 Dallas Street
Waco , TX 76704
2547529774

CONFIDENTIAL - ATTORNEYS EYES ONLY    HG0032050

© Copyright 1999-2004 Health Grades, Inc. All rights reserved. The information in this report is the property of Health Grades, Inc. and may not be reproduced in any manner without the express written permission of Health Grades, Inc. HealthGrades®, the CHECKMARK DESIGN, the FIVE STAR RATING LOGO, THE HEALTHCARE RATINGS EXPERTS®, THE HEALTHCARE QUALITY EXPERTS®, DISTINGUISHED HOSPITAL AWARD™, DISTINGUISHED HOSPITAL AWARD FOR CLINICAL EXCELLENCE™, DISTINGUISHED HOSPITAL AWARD FOR PATIENT SAFETY™, HOSPITAL REPORT CARDS™, PHYSICIAN REPORT CARDS™, NURSING HOME REPORT CARDS™, HOME HEALTH REPORT CARDS™, HOME HEALTH QUALITY GUIDE™, HOSPITAL QUALITY GUIDE™, PHYSICIAN QUALITY GUIDE™, NURSING HOME QUALITY GUIDE™, and QUALITY RATINGS SUITE™ are service marks and trademarks of Health Grades, Inc. and may not be used without the express written permission of Health Grades, Inc. HealthGrades obtains its information from sources it believes to be reliable. However, because of the possibility of human and mechanical error as well as other factors, HealthGrades makes no representations or warranties, express or implied, as to the accuracy or timeliness of its information, and cannot be responsible or liable for any errors or omissions in its information or the results obtained from the use of such information. The healthcare provider ratings are statements of opinion and not statements of fact or recommendations to utilize any healthcare provider services and do not constitute medical advice. Users are solely responsible for determining whether the information provided is suitable for their purposes, and reliance on the information is at the users' sole risk. Users should obtain any additional information necessary to make an informed decision. Health Grades, Inc. assumes no responsibility or liability for any advice, treatment, or services rendered by any hospital, physician, or other health care provider, health care facility or health plan featured on the www.healthgrades.com site. More information can be found in HealthGrades' User Agreement.