Civil Action No. 11-CV-00520-PAB-BNB

# HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**Exhibit F2-- Nursing Home Quality Report**



# Nursing Home Quality Report

Report Created 12/28/2004

Making the decision on nursing home care can be stressful for both the resident and family. Typically, the individual needing nursing home care is settled into his/her environment when something goes wrong and you realize you may have made a poor choice. At this point, it is hard to make a change. Therefore, you should be as informed as possible when choosing a nursing home.

The following nursing home will be reviewed in this report:

> **Bellmead Rehabilitation Center**
> **4601 Wisconsin Street**
> **Waco, TX 76705**
> **2547995581**

All nursing homes are not operated equally. HealthGrades estimates that 1 out of every 3 nursing homes has been cited for a violation that caused harm to one or more residents.

To assist you in making the best choice possible, HealthGrades has compiled information from state inspections and complaint investigations. The information is arranged in six (6) sections. Definitions, explanations and tips on how to apply the information are included with each section. The sections are:

- HealthGrades' Star Rating
- State Inspections (also known as state surveys for nursing home licensure)
- Complaint Investigations (as reported to the state agency)
- Repeating Problems
- Information About the Nursing Home
- Interview Tips

Definitions, explanations and tips on how to apply the information are included with each section.

© Copyright 2004 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission.



## HealthGrades' Star Rating

Nursing homes are rated by HealthGrades based on their performance in state inspections and complaint investigations. Each nursing home receives an overall score from HealthGrades. HealthGrades compares the nursing homes' scores to others in the state.

**What was the rating for your nursing home?**



3 out of 5 stars.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                       HG0032052

*What does this mean to you?* Only 3 out of 10 nursing homes in each state receive a 5 Star rating. The top 30% of the nursing homes in the state are awarded 5 Stars while the worst 30% of the nursing homes in the state receive 1 Star. The middle 40% of nursing homes receive 3 Stars. Nursing homes that are not rated are either (1) Medicare only, hospital based facilities, (2) nursing homes with only one state inspection or (3) nursing homes with out-of-date information.

## ② State Inspections

Each state is responsible for inspecting nursing homes every 9 to 15 months for license renewal. State inspections are unannounced. Results from state inspections are public information and each nursing home is required to post its most recent state inspection results. The inspections assess compliance with standards of patient care such as staffing, quality of care and cleanliness. There are over 150 different standards of care set by the federal government. Non-compliance of standards results in a deficiency (violation).

Each violation is assessed by the state inspectors and is classified by how many residents were affected and how severely they were impacted. The state inspectors use alphabetical characters to describe the severity of the assessment. HealthGrades translates this into a score, ranging from -1 to -88 to make it easy for you to understand.

**What were the trends for state inspections for this nursing home?**

The graph below illustrates the trend of HealthGrades' scores from the last four state inspections for your nursing home. The nursing home is compared to the state average. The scores were calculated by HealthGrades and were arrived at by weighting the severity and number of violations from each inspection.

For example, if a nursing home had 2 violations and one violation was -2 points and the other violations was -12 points, the score for that state inspection was -14 points (-2 + -12).



Survey Date: 06/04/2004
- -12 Facility Score
- -21 State Average Score
- -21.0 to 0

Survey Date: 05/01/2003
- -19 Facility Score
- -21 State Average Score
- -21.0 to 0

Survey Date: 03/07/2002
- -31 Facility Score
- -27 State Average Score
- -31 to 0

Survey Date: 05/02/2001

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                      HG0032053



                                                        -14 Facility Score

                                                       -29 State Average Score

-29.0                                                                                      0

### Fast Facts

A score of 0 is a perfect score, which means the facility did not receive any deficiencies. Only 12 out of every 100 nursing homes get a perfect score. Negative numbers indicate violations occurred, with lower negative numbers tending towards worsening performance. For example, a score of -2 is better than a score of -20.

### What does this mean to you?

Look at a nursing home's performance over a period of time to see if it is improving or declining. Then, compare the nursing home to the state average. How close or far away is the facility from the state average score? Proceed with caution when a nursing home is continuously below the state average or fluctuates up and down with wide differences between scores from inspection to inspection.

**What were the details of the violations from state inspections for this nursing home?**

**Key to Residents Affected:**



- Most or all residents
- Few or several residents
- One or a few residents

**Deficiencies from 06/04/2004 Survey**

| Type | Description | Residents Affected | Degree of Harm |
|---|---|---|---|
| Nursing | Facility must ensure ongoing proficiency of nursing assistants | Few or several | Minimal |
| Quality of Care | Facility must ensure an accident free environment | Few or several | Minimal |
| Environment | Resident rooms must meet square footage requirements | Most or all | None |

**Deficiencies from 05/01/2003 Survey**

| Type | Description | Residents Affected | Degree of Harm |
|---|---|---|---|
| Quality of Care | Facility must establish an infection control program | One or a few | Minimal |
| Food Services | Facility must store, prepare and distribute food in sanitary manner | Most or all | Minimal |
| Quality of Life | Facility must provide ongoing, meaningful activities | Few or several | None |
| Resident | Facility must keep confidential all information in | | Minimal |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                    HG0032054

| Rights | residents' medical records | | |
|---|---|---|---|
| Environment | Resident rooms must meet square footage requirements | | None |
| Quality of Care | Facility must maintain low medication error rates | | Minimal |

Deficiencies from 03/07/2002 Survey

| Type | Description | Residents Affected | Degree of Harm |
|---|---|---|---|
| Quality of Care | Facility must establish an infection control program | | None |
| Food Services | Facility must properly dispose of garbage | | None |
| Environment | Facility must provide housekeeping and maintenance services | | None |
| Environment | Facility must have effective pest control program | | None |
| Resident Rights | Facility must post and make available results of most recent state survey | | None |
| Food Services | Facility must store, prepare and distribute food in sanitary manner | | Minimal |
| Quality of Care | Facility must maintain low medication error rates | | Minimal |

Deficiencies from 05/02/2001 Survey

| Type | Description | Residents Affected | Degree of Harm |
|---|---|---|---|
| Environment | Resident rooms must be equipped for visual privacy for each resident | | None |
| Nursing | Facility must complete a timely, comprehensive plan of care | | None |
| Quality of Care | Facility must be free of significant medication errors | | Minimal |
| Quality of Care | Facility must ensure an accident free environment | | Minimal |
| Quality of Care | Facility must maintain low medication error rates | | Minimal |

*What does this mean to you?* Look for the types and descriptions of the deficiencies being cited and compare this to the care needs of the individual who is requiring nursing services. For example, while

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                    HG0032055

having a deficiency in the prevention and treatment of pressure sores is not desirable, it is definitely a concern when the individual requiring the nursing care is bed-bound.



### Complaint Investigations

Complaint investigations are surveys by the state or federal agency to investigate registered complaints. Complaint investigations are focused on the subject matter of the complaint itself. However, if an investigator finds something else wrong, unrelated to the matter of the complaint, the nursing home can still receive a violation from the survey.

Complaint investigations range from concerns around food services to concerns with nursing care. The state agency is required to investigate each and every complaint that is called into the state's hotline. Anyone can register a complaint. However, the importance of complaint information is to study the violations that come out of the investigations. HealthGrades provides this information to you by providing you four years worth of complaints filed.

*Fast Fact:* 2 out of every 5 violations that caused harm to a resident were cited from a complaint survey (Committee on Government Reform Report, Feb 2002).

**What were the outcomes from complaint investigations for this nursing home?**

### 2004 Complaint Summary

| Type of Complaint | Date of Complaint Investigation | Violations from Complaint | Type of Violations | Degree of Harm | Residents Impacted |
|---|---|---|---|---|---|
| Falsification of Records/Reports | 06/04/2004 | 0 | - | - | - |
| Care or Services | 02/10/2004 | 0 | - | - | - |
| Care or Services | 01/14/2004 | 0 | - | - | - |

### 2003 Complaint Summary

| Type of Complaint | Date of Complaint Investigation | Violations from Complaint | Type of Violations | Degree of Harm | Residents Impacted |
|---|---|---|---|---|---|
| Care or Services | 12/17/2003 | 0 | - | - | - |
| Care or Services | 09/04/2003 | 0 | - | - | - |
| Care or Services | 06/27/2003 | 0 | - | - | - |
| Care or Services | 05/01/2003 | 5 | Activities | None | |
| | | | Food Services | Minimal | |
| | | | Infection Control | Minimal | |
| | | | Medication Monitoring | Minimal | |
| | | | Resident Rights | Minimal | |
| Patient Abuse | 01/22/2003 | 0 | | | |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032056

|   |   |   |   | - | - | - |

### 2002 Complaint Summary

| Type of Complaint | Date of Complaint Investigation | Violations from Complaint | Type of Violations | Degree of Harm | Residents Impacted |
|---|---|---|---|---|---|
| Care or Services | 04/26/2002 | 0 | - | - | - |

### 2001 Complaint Summary

| Type of Complaint | Date of Complaint Investigation | Violations from Complaint | Type of Violations | Degree of Harm | Residents Impacted |
|---|---|---|---|---|---|
| Patient Abuse | 12/30/2001 | 0 | - | - | - |
| Resident Neglect | 12/05/2001 | 0 | - | - | - |
| Resident Neglect | 09/18/2001 | 0 | - | - | - |
| Patient Abuse | 09/12/2001 | 0 | - | - | - |
| Care or Services | 06/22/2001 | 0 | - | - | - |
| Patient Abuse | 04/02/2001 | 0 | - | - | - |

*What does this mean to you?* Complaint surveys are a good measure of how a nursing home performs in between state inspections. It is important to include complaint investigations in your research. Look at the number and type of complaints. If the number of complaints is high, it could mean the nursing home has poor customer relations. Investigate this when you make your visit. Also, proceed with caution when a nursing home has more than one violation that caused harm to few or all residents.

## ④ Repeating Problems

Recurring problems are deficiencies that have been cited again and again. These repeating deficiencies indicate a pattern of unresolved problems.

HealthGrades combines the outcomes from both state inspections and complaint investigations and counts the number of times the same violation occurred. Next, HealthGrades determines the nursing homes "ability to correct problems" based upon the average times violations are repeated. For example, HealthGrades concluded that a nursing home is "Highly Unlikely to Solve Problems" when its violations are on average repeated 4 or more times. In other words, a rate of 4 or more times indicates that the nursing home got cited for the same deficiency on each state inspection for the last 4 years!

What were the recurring problems for this nursing home?

| Type | Number of Times Repeated | Deficiency and Description |
|---|---|---|
| Quality of | | |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                   HG0032057

| Care | 2 | Facility must ensure an accident free environment |
| Quality of Care | 2 | Facility must establish an infection control program |
| Quality of Care | 3 | Facility must maintain low medication error rates |
| Food Services | 2 | Facility must store, prepare and distribute food in sanitary manner |
| Environment | 2 | Resident rooms must meet square footage requirements |

**What is the ability of this nursing home to correct problems?** Somewhat likely to correct problem

*Fast Fact:* Nationally, on average, a nursing home repeats a deficiency 2 times.

*What does this mean to me?* Proceed with caution when a nursing home on average repeats deficiencies 3 or more times. When looking at all of the deficiencies that have been repeated, compare these to the care needs of the individual requiring nursing home services. Proceed with caution when the repeated deficiency deals with the care needs of this individual.

## 5 Information About Nursing Homes

Nursing homes provide 24 hour nursing care and supervision. Generally, a nursing home is a place of residence that provides rooms, meals, recreational activities and help with activities of daily living - eating, bathing, dressing, toileting and walking. A typical nursing home resident needs help with approximately 3 of these activities of daily living. Nearly 70% of residents are 75 years old or older. Nursing homes differ in the levels of care they provide, from custodial to highly skilled nursing much like what you would find in a medical unit of a hospital. In addition, nursing homes may have specialty care units for Alzheimer's patients or those requiring cardiac or respiratory care.

## Types of Nursing Homes

Nursing homes are known by many names, such as skilled nursing facilities, long-term care facilities, and sub-acute facilities. Nursing homes can elect to participate in Medicare and/or Medicaid. Medicare certification allows for all or part of the facility to be certified, therefore, a resident may have to transfer or move when Medicare is no longer the source of payment. A nursing home may also elect to have "dually-certified" beds where there is no distinction or separation in beds that are Medicare or Medicaid certified.

Generally, HealthGrades classifies nursing homes into two categories: (1) Medicare-only, hospital-based and (2) Medicare/Medicaid, non hospital-based. HealthGrades does not rate Medicare only, hospital-based nursing homes because these entities are not designed for long-term care.

**What type of nursing home is my nursing home?**

| Payment | Operation | Number of Beds |
|---|---|---|
| Medicare And Medicaid | Not hospital-based | 48 |

## Ownership Types of Nursing Homes

Non-profit nursing homes usually operate under religious or other voluntary organizations. For-profit nursing

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032058

homes are commercial establishments owned by corporations or individuals. Nursing home corporations are privately or publicly held and often can own a chain of facilities in a geographic area. Some nursing home corporations may also own pharmacies, rehabilitation agencies and home health agencies.

**What ownership type is my nursing home?** For Profit

## Referrals/Others Opinions

The Long-Term Care Ombudsman is a good source for information. The ombudsman program is a significant part of the long-term care system as Ombudsmen act as advocates for residents and receive information about complaints and deficiencies from the State Health Department. Each state area agency on aging is required to have an office of the long-term care ombudsman. Ombudsmen visit nursing homes on a regular basis. They receive and investigate complaints and can refer serious situations/violations to the state health department. They cannot advise consumers on any one nursing facility but can provide information about complaints, survey results, and signs of good patient care.

**Who is the Ombudsman in the state for this nursing home?**

Texas Department on Aging
P.O. Box 12758
Austin, TX 75711
(521) 424-6875

It is also advisable to ask others' opinions of the nursing home. Hospital discharge planners and physicians are a good source for opinions.

## Location

If you have a large number of choices of nursing homes in your area, it is a good idea to consider the location of the nursing home. If the facility is too far away, visits will be difficult and infrequent.

## Payment Considerations

There are five basic ways in which nursing home costs may be financed.

1. **Personal Resources**
   Approximately 25 percent of nursing home care is paid for out of personal resources. On average, a nursing home can cost $46,000 a year for basic room and board.
2. **Private Insurance**
   Long-term care insurance is on the rise with more insurance companies offering insurance plans that cover nursing home and home health care. Details of coverage depend on the insurance policy.
3. **Medicaid**
   Medicaid is funded by both state and federal sources and is health insurance for eligible low-income individuals. Medicaid will pay for basic room and board for those who qualify in nursing homes that are certified for Medicaid. Medicaid currently pays for approximately 67 percent of nursing home care. For more information about Medicaid call your state's Medicaid office. The number is in the blue government pages of the telephone book.
4. **Medicare**
   Under certain conditions, Medicare (Part A) will pay for a fixed period of time in a skilled nursing facility. Again, the nursing home (or the bed the resident is in) must be certified for Medicare. There is a 100-day

CONFIDENTIAL - ATTORNEYS EYES ONLY       HG0032059

benefit period in a calendar year for nursing home coverage; however, there are requirements that a resident must meet daily in order to receive the nursing home coverage. The nursing home will assess and re-assess the resident to ensure that individual is qualified and meets or continues to meet the Medicare coverage requirements. Once a resident does not meet the requirements, notice of non-coverage and the effective date is given.

5. **HMO or Managed Care**
   HMOs and managed health care plans also cover nursing home care. A facility must be a designated provider of the plan before nursing home care will be covered. Also, since assignment of Part A Medicare benefits were assigned to the HMO or managed care plan, coverage of nursing home care generally follows the requirements listed above for Medicare. The difference is that the HMO or managed care plan, not the nursing home, will determine if the resident meets the requirements for admission and will also determine when the resident no longer meets requirements.

## 6 Interview Tips

Making the decision on nursing home care can be stressful for both resident and family. It is helpful to make a list of expectations before visiting facilities and interviewing others because nursing homes are so different. What is important to the potential resident may be different than what is important for family or friends who are assisting the resident with placement.

Visiting the nursing home is essential to evaluating nursing home quality. It will give you the opportunity to meet with nursing home staff, chat with residents, view the condition of the facility, watch the staff in action, and feel the atmosphere. When you visit, ask for the admissions coordinator, who will introduce to the features of the facility and give you a formal tour. Afterwards, you may ask to return and view the facility at your own pace.

**Questions to Ask the Nursing Home:**

- Is the nursing home Medicare certified?
- Is the nursing home Medicaid certified?
- What is the monthly or daily base rate and what services does it cover?
- What services are not covered in the base rate, such as telephone, toiletries, salon, activities and what is the cost of each charge?
- What is the procedure to pay for the add-on charges?
- Is the nursing home accepting new patients?
- Is there a waiting period for admission?
- Is the licensing and certification for the nursing home current?
- Is the license of the nursing home administrator current?
- Does the nursing home have any specialty care units?
- Are residents able to make choices about their daily routine, such as when to go to bed and what to eat?
- How is the interaction between staff and resident?
- Does the nursing home meet your cultural, religious and/or language needs?
- Does the nursing home smell and look clean?
- Can residents have personal articles and furniture in their rooms?
- Are there a variety of activities to choose from?
- Does the nursing home have volunteer groups?
- Does the nursing home have outdoor areas for resident use?
- Did the facility correct any Quality of Care deficiencies that they received on their most recent survey?
- Can residents continue to see their personal physicians?

CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032060

- Are the residents clean, appropriately dressed and well groomed?
- How well does the administrator interact with staff and residents?
- Does the nursing home have a resident and family council that meets independently of the nursing home's management?
- Are care plan meetings held at times that are convenient for residents and family members to attend?
- Is there enough staff to assist each resident who requires help eating?
- Does the food smell and look good?
- Are residents offered choices of food at mealtimes?
- Are nutritious snacks offered?
- Does the dining room environment encourage residents to relax, socialize and enjoy their food?
- Are there handrails in the hallways and grab bars in the bathrooms for safety?
- Are the exit doors clearly marked and clear of impediments?
- Does the nursing home have a disaster plan to move residents in emergencies?
- Are spills cleaned up quickly?
- Are the hallways free of clutter and well lighted?

© Copyright 1999-2004 Health Grades, Inc. All rights reserved. The information in this report is the property of Health Grades, Inc. and may not be reproduced in any manner without the express written permission of Health Grades, Inc. HealthGrades®, the CHECKMARK DESIGN, the FIVE STAR RATING LOGO, THE HEALTHCARE RATINGS EXPERTS®, THE HEALTHCARE QUALITY EXPERTS®, DISTINGUISHED HOSPITAL AWARD™, DISTINGUISHED HOSPITAL AWARD FOR CLINICAL EXCELLENCE™, DISTINGUISHED HOSPITAL AWARD FOR PATIENT SAFETY™, HOSPITAL REPORT CARDS™, PHYSICIAN REPORT CARDS™, NURSING HOME REPORT CARDS™, HOME HEALTH REPORT CARDS™, HOME HEALTH QUALITY GUIDE™, HOSPITAL QUALITY GUIDE™, PHYSICIAN QUALITY GUIDE™, NURSING HOME QUALITY GUIDE™, and QUALITY RATINGS SUITE™ are service marks and trademarks of Health Grades, Inc. and may not be used without the express written permission of Health Grades, Inc. HealthGrades obtains its information from sources it believes to be reliable. However, because of the possibility of human and mechanical error as well as other factors, HealthGrades makes no representations or warranties, express or implied, as to the accuracy or timeliness of its information, and cannot be responsible or liable for any errors or omissions in its information or the results obtained from the use of such information. The healthcare provider ratings are statements of opinion and not statements of fact or recommendations to utilize any healthcare provider services and do not constitute medical advice. Users are solely responsible for determining whether the information provided is suitable for their purposes, and reliance on the information is at the users' sole risk. Users should obtain any additional information necessary to make an informed decision. Health Grades, Inc. assumes no responsibility or liability for any advice, treatment, or services rendered by any hospital, physician, or other health care provider, health care facility or health plan featured on the www.healthgrades.com site. More information can be found in HealthGrades' User Agreement.

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                       HG0032061