Civil Action No. 11-CV-00520-PAB-BNB

# HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**Exhibit F5-- Hospital Quality Report**



# Hospital Quality Report
Report Created 12/28/2004

**Mayo Clinic Hospital**
5777 East Mayo Boulevard
Phoenix, AZ 85054
(602) 515-6296

To assist you in making the best choice possible, HealthGrades has compiled the information on this hospital into several sections. The sections are:

- **Patient Safety Ratings**
- **Safe Practices by the Leapfrog Group**
- **Information About the Hospital**
- **Cardiac Ratings**
- **Orthopedics Ratings**
- **Stroke Care Ratings**
- **Pulmonary Ratings**
- **Vascular Surgery Ratings**
- **Gastrointestinal Care**
- **Critical Care**
- **Women's Health Ratings**
- **Other Ratings**
- **Checklist for Choosing a Hospital**

©2004 Health Grades, Inc. All rights reserved. May not be reprinted or reproduced without permission.

All data is from 2001 to 2003 unless where shown that there is an exception.

 This hospital has been recognized by HealthGrades in 2003 and 2004 for its clinical excellence. Winners of the Distinguished Hospital Award for Clinical Excellence™ represent the highest scoring of the nation's full-service hospitals.

## Patient Safety Ratings

 This Teaching hospital has been recognized by HealthGrades for its patient safety.

| | Better Than | | Worse | Number of |
|---|---|---|---|---|

CONFIDENTIAL - ATTORNEYS EYES ONLY    HG0032102

| Patient Safety Indicator | Average | Average | Than Average | Patients Affected |
|---|---|---|---|---|
| Death in procedures where mortality is usually very low | ✓ | | | < 1 per 1,000 |
| Pressure sores or bed sores acquired in the hospital | | ✓ | | 12 per 1,000 |
| Failure to diagnose and treat in time | ✓ | | | 80 per 1,000 |
| Foreign body left in during procedure | | ✓ | | < 1 per 1,000 |
| Collapsed lung due to a procedure or surgery in or around the chest | ✓ | | | 1 per 1,000 |
| Infections acquired at hospital | | ✓ | | 3 per 1,000 |
| Fracture of hip after surgery | ✓ | | | 1 per 1,000 |
| Excessive bruising or bleeding as a consequence of a procedure or surgery | | ✓ | | 3 per 1,000 |
| Inadequate organ function and electrolyte and fluid imbalance after surgery | | ✓ | | 1 per 1,000 |
| Respiratory failure following surgery | | ✓ | | 4 per 1,000 |
| Deep blood clots in the lungs or legs after surgery | | ✓ | | 7 per 1,000 |
| Severe infection following surgery | | ✓ | | 5 per 1,000 |
| Surgical wound site breakdown | | ✓ | | 3 per 1,000 |

These results were determined using the Agency for Healthcare Research and Quality's Patient Safety Indicators. Data is for years 2000 through 2002 and is based upon Medicare patients (MedPAR file from the Centers for Medicare and Medicaid).

Better Than Average means that fewer patients were affected in that hospital than the national average, while Worse Than Average means that more were affected. Shaded areas indicate that the hospital did not meet the volume requirements for analyzing the indicator.

### Safe Practices by the Leapfrog Group

**Avoiding Drug Errors:** Not surveyed
**ICU Specialist Staffing:** Not surveyed

High Risk Treatment Volume:

| Treatment | Volume<br>Mayo Clinic Hospital<br>Leapfrog Standards | Overall Score |
|---|---|---|
| Coronary Bypass Surgery | Not surveyed | Not surveyed |
| Interventional Procedures | Not surveyed | Not surveyed |
| Abdominal Aortic Aneurysm Repair | Not surveyed | Not surveyed |
| | | |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                      HG0032103

| Esophagectomy | Not surveyed | Not surveyed |
|---|---|---|
| Pancreatic Resection | Not surveyed | Not surveyed |
| High Risk Deliveries & Neonatal ICUs | Not surveyed | Not surveyed |

● : Fully implemented Leapfrog's recommended safety practice

◕ : Good progress in implementing Leapfrog's recommended safety practice

◑ : Good early stage effort in implementing Leapfrog's recommended safety practice

◔ : Willing to report publicly; did not yet meet Leapfrog's criteria for a good early stage effort

○ : Did not disclose this information

N/A : Not Applicable
(e.g. Pancreatic resection does not apply because hospital does not perform pancreatic resections.)

Data provided by The Leapfrog Group. Each hospital voluntarily completes a survey to The Leapfrog Group.

## Information About the Hospital

**Number of beds:** 196
**Accreditation:** Joint Commission on Accreditation of Healthcare Organizations
**Type of hospital:** Short - Term
**Ownership status:** Not available

## Quality Legend
★★★★★ Best
★★★ As Expected
★ Poor
● Not Rated

Not Rated means that the hospital treated fewer than 30 patients with that procedure or diagnosis.

## Cardiac Ratings

### Cardiac Overall
Services Rating: ★★★

Cardiac Detail

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Atrial Fibrillation | 458 | ★★★ | ★★★ | ★★★ | 3.1 Days | $13,467 |
| Heart Attack | 304 | ★★★ | ★★★ | ★★★ | 5.2 Days | $35,322 |
| Coronary Bypass | 264 | ★★★ | ★★★ | ★★★ | 7.2 | $50,438 |

CONFIDENTIAL - ATTORNEYS EYES ONLY     HG0032104

| Surgery | | | | | Days | |
|---|---|---|---|---|---|---|
| Heart Failure | 505 | ★★★★★ | NA | ★★★★★ | 4.0 Days | $16,319 |
| Coronary Interventional Procedures (Angioplasty/ Stent) | 503 | ★★★ | ★★★ | ★★★ | 3.0 Days | $30,644 |
| Valve Replacement Surgery | 118 | ★★★ | ★★★ | ★★★ | 10.1 Days | $75,601 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Orthopedics Ratings

### Orthopedics Overall
Services Rating: ★★★★★

**Orthopedics Detail**

| Procedure/Diagnosis | # of Patients | Avoiding Complications | Average Length of Stay | Average Cost |
|---|---|---|---|---|
| Back and Neck Surgery (except Spinal Fusion) | 475 | ★★★★★ | 1.6 Days | $12,925 |
| Back and Neck Surgery (Spinal Fusion) | 128 | ★★★★★ | 3.5 Days | $37,115 |
| Partial Hip Replacement | 91 | ★★★ | 6.8 Days | $34,262 |
| Total Hip Replacement | 492 | ★★★★★ | 4.7 Days | $26,000 |
| Total Knee Replacement | 655 | ★★★★★ | 4.4 Days | $24,354 |
| Hip Fracture Repair (ORIF) | 156 | ★★★★★ | 5.5 Days | $24,860 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Stroke Care Ratings

### Stroke Care Overall
Services Rating: ★★★

**Stroke Care Detail**

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality | Average Length of | Average Cost |
|---|---|---|---|---|---|---|

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                          HG0032105

|  |  | (Survival) |  | (Recovery) | Stay |  |
|---|---|---|---|---|---|---|
| Stroke | 311 | ★★★ | ★★★ | ★★★ | 4.3 Days | $20,686 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Pulmonary Ratings

### Pulmonary Overall
Services Rating: ★★★★★

**Pulmonary Detail**

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Aspiration Pneumonia | 63 | ★★★★★ | ★★★ | ★★★ | 5.9 Days | $19,939 |
| Chronic Obstructive Pulmonary Disease (COPD) | 210 | ★★★★★ | NA | ★★★★★ | 3.1 Days | $11,102 |
| Community Acquired Pneumonia | 703 | ★★★★★ | ★★★ | ★★★ | 3.6 Days | $12,287 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Vascular Surgery Ratings

### Vascular Surgery Overall
Services Rating: ★★★

**Vascular Surgery Detail**

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Resection/Replacement of Abdominal Aorta | 68 | ★★★ | ★★★ | ★★★ | 7.1 Days | $41,278 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

| Procedure/Diagnosis | # of Patients | Avoiding Complications | Average Length of | Average Cost |
|---|---|---|---|---|

CONFIDENTIAL - ATTORNEYS EYES ONLY   HG0032106

|                          |     |     | Stay         |          |
|--------------------------|-----|-----|--------------|----------|
| Carotid Endarterectomy   | 139 | ★★★ | 2.0 Days     | $17,756  |
| Peripheral Vascular Bypass | 68 | ★★★ | 6.4 Days     | $32,027  |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Gastrointestinal Care

### Gastrointestinal Care Overall
Services Rating: ★★★★★

**Gastrointestinal Care Detail**

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Bowel Obstruction | 386 | ★★★★★ | ★★★ | ★★★ | 5.2 Days | $18,104 |
| Gastrointestinal Bleed | 429 | ★★★ | ★★★ | ★★★ | 3.7 Days | $14,632 |
| Gastrointestinal Procedures & Surgeries | 972 | ★★★★★ | NA | NA | 8.3 Days | $35,521 |
| Pancreatitis | 80 | ★★★ | ★★★ | ★★★ | 6.4 Days | $22,612 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

| Procedure/Diagnosis | # of Patients | Avoiding Complications | Average Length of Stay | Average Cost |
|---|---|---|---|---|
| Cholecystectomy | 181 | ★★★ | 3.0 Days | $16,608 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Critical Care

### Critical Care Overall
Services Rating: *This hospital was not rated in some of the procedures/diagnoses within this area.*

**Critical Care Detail**

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                              HG0032107

| Procedure/ Diagnosis | # of Patients | Inhospital Mortality (Survival) | Inhospital + 1 Month Mortality | Inhospital + 6 Months Mortality (Recovery) | Average Length of Stay | Average Cost |
|---|---|---|---|---|---|---|
| Pulmonary Embolism | 142 | ★★★ | ★★★ | ★★★ | 5.2 Days | $17,333 |
| Respiratory Failure | 31 | ★★★ | NA | NA | 5.9 Days | $34,806 |
| Sepsis | 102 | ★★★ | ★★★ | ★ | 6.2 Days | $26,394 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Women's Health Ratings

Data for Women's Health and Obstetrics are for years 2000 through 2002. Data is only available for: CA, FL, IA, MA, MD, ME, NC, NJ, NV, NY, PA, TX, UT, VA, WA, WI.

**This hospital is located in a state where data is not available for these procedures.**

## Other Ratings

| Procedure/Diagnosis | # of Patients | Avoiding Complications | Average Length of Stay | Average Cost |
|---|---|---|---|---|
| Prostatectomy | 703 | ★★★★★ | 2.3 Days | $12,214 |

*Please note that cost in this report is based upon the average amount that the hospital charged its Medicare patients. It may or may not represent what you would pay.*

## Checklist for Choosing Hospital

- ☐ Check the hospital ratings by HealthGrades for the procedure you may need, or for any related procedure or diagnoses.
- ☐ What is the hospital's JCAHO accreditation status?
- ☐ Is your physician affiliated with the hospital?
- ☐ Does the hospital accept your insurance?
- ☐ Find out how often the procedure you may need has been performed at the hospital.

CONFIDENTIAL - ATTORNEYS EYES ONLY     HG0032108

- ☐ Get any outcome measurements (Mortality rates, complication rates, 5-year mortality rates, quality of life measurements, etc.) related to the procedure you may need from the hospital.
- ☐ How many nurses are on staff at the hospital?
- ☐ What is the R.N.-to-patient ratio at the hospital?
- ☐ Is there an infection control practitioner on staff at the hospital?
- ☐ Does the hospital use patient surveys? Can you see the results?
- ☐ Call and visit the hospital. Is the staff courteous and helpful?
- ☐ Is the hospital clean? Do waiting rooms and patient rooms look comfortable?
- ☐ How are patient complaints handled by the hospital?
- ☐ Ask your physician and other healthcare professionals which hospital they would choose and why?
- ☐ Ask friends and colleagues what hospital they would recommend and why?
- ☐ Is the hospital conveniently located?
- ☐ Find out the full range of specialty department backup available in the hospital if complications were to occur related to the surgery or treatment you may need (for example, neonatal intensive care unit, trauma center, etc.).
- ☐ Ask your physician to list the full range of options for diagnosing and treating your condition and compare this with other facilities.
- ☐ Does the hospital have an extensive referral network? Find out what arrangements the hospital has with other facilities.
- ☐ Carefully evaluate all financial charges between hospitals. Talk carefully with your benefits manager, review your policy, and speak with someone in the hospital benefits office to make sure you have all financial facts straight.

© Copyright 1999-2004 Health Grades, Inc. All rights reserved. The information in this report is the property of Health Grades, Inc. and may not be reproduced in any manner without the express written permission of Health Grades, Inc. HealthGrades®, the CHECKMARK DESIGN, the FIVE STAR RATING LOGO, THE HEALTHCARE RATINGS EXPERTS®, THE HEALTHCARE QUALITY EXPERTS®, DISTINGUISHED HOSPITAL AWARD™, DISTINGUISHED HOSPITAL AWARD FOR CLINICAL EXCELLENCE™, DISTINGUISHED HOSPITAL AWARD FOR PATIENT SAFETY™, HOSPITAL REPORT CARDS™, PHYSICIAN REPORT CARDS™, NURSING HOME REPORT CARDS™, HOME HEALTH REPORT CARDS™, HOME HEALTH QUALITY GUIDE™, HOSPITAL QUALITY GUIDE™, PHYSICIAN QUALITY GUIDE™, NURSING HOME QUALITY GUIDE™, and QUALITY RATINGS SUITE™ are service marks and trademarks of Health Grades, Inc. and may not be used without the express written permission of Health Grades, Inc. HealthGrades obtains its information from sources it believes to be reliable. However, because of the possibility of human and mechanical error as well as other factors, HealthGrades makes no representations or warranties, express or implied, as to the accuracy or timeliness of its information, and cannot be responsible or liable for any errors or omissions in its information or the results obtained from the use of such information. The healthcare provider ratings are statements of opinion and not statements of fact or recommendations to utilize any healthcare provider services and do not constitute medical advice. Users are solely responsible for determining whether the information provided is suitable for their purposes, and reliance on the information is at the users' sole risk. Users should obtain any additional information necessary to make an informed decision. Health Grades, Inc. assumes no responsibility or liability for any advice, treatment, or services rendered by any hospital, physician, or other health care provider, health care facility or health plan featured on the www.healthgrades.com site. More information can be found in HealthGrades' User Agreement.