Civil Action No. 11-CV-00520-PAB-BNB


**HEALTH GRADES, INC.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT**

_____


**Exhibit K -- Deposition of Allen Dodge**
(*selected portions*)

Attorneys' Eyes Only

Page 1

```
 1            CONFIDENTIAL ATTORNEYS EYES ONLY
 2           IN THE UNITED STATES DISTRICT COURT
 3             FOR THE DISTRICT OF COLORADO
 4    Case No. 11-CV-00520-PAB-BNB
 5    _____
 6    30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,
 7    Representative Allen Dodge
 8    and
 9    DEPOSITION OF ALLEN DODGE
10    June 28, 2012
11    _____
12
      HEALTH GRADES, INC.,
13
      Plaintiff,
14
      v.
15
      MDX MEDICAL, INC. d/b/a VITALS.COM,
16
      Defendant.
17    _____
18
19
20
21
22
23
24
25     Job No. NJ403425
```

Attorneys' Eyes Only

```
 1              CONFIDENTIAL ATTORNEYS EYES ONLY
 2     APPEARANCES:
 3        MERCHANT & GOULD
             By Kristin L. Stoll-DeBell, Esq.
 4              1050 17th Street
                Suite 1950
 5              Denver, CO 80265
                Phone: 303.357.1670
 6              Fax: 303.357.1671
                kstolldebell@merchant-gould.com
 7              Appearing on behalf of the
                Plaintiff
 8
 9        ROTHGERBER JOHNSON & LYONS LLP
             By Jesus Manuel Vazquez Jr., Esq.
10              1200 Seventeenth Street
                Suite 3000
11              Denver, CO 80202-5855
                Phone: 303.623.9000
12              Fax: 303.623.9222
                jvazquez@rothgerber.com
13              Appearing on behalf of the
                Plaintiff
14
15        SILLS CUMMIS & GROSS, PC
             By Scott D. Stimpson,  Esq.
                30 Rockefeller Plaza
16              New York, NY 10112
                Phone: 212.643.7000
17              Fax: 212.653.6500
                sstimpson@sillscummis.com
18              Appearing on behalf of the
                Defendant
19
20
21
22
23
24
25
```

Page 3

```
 1            CONFIDENTIAL ATTORNEYS EYES ONLY
 2            Pursuant to Notice and the Federal Rules of
 3    Civil Procedure, the 30(b)(6) Deposition of Health
 4    Grades, Inc. and Deposition of Allen Dodge, called by
 5    Defendant, was taken on Thursday, June 28, 2012,
 6    commencing at 8:13 a.m., at 1200 Seventeenth Street,
 7    Suite 3000, Denver, Colorado, before Kelly A.
 8    Mackereth, Certified Shorthand Reporter, Registered
 9    Professional Reporter, Certified Realtime Reporter
10    and Notary Public within Colorado.
11
                    * * * * * * *
12
                      I N D E X
13
14    EXAMINATION                              PAGE
15      BY MR. STIMPSON                           5
        BY MR. VAZQUEZ                          317
16
17    PRODUCTION REQUEST(S):
18      None.
19
20
21
22
23
24
25
```

Page 4

1                CONFIDENTIAL ATTORNEYS EYES ONLY
2                     INDEX OF EXHIBITS
3
                                              INITIAL
4     DESCRIPTION                             REFERENCE
5
      Exhibit 62  30(b)(6) deposition dated June    16
6                 11, 2012 with 12 deposition
                  topics
7
      Exhibit 63  Budget to actual report of        298
8                 Mountain Acquisition Corp
9
      PREVIOUSLY MARKED EXHIBITS
10
11    Exhibit 3                               294
      Exhibit 8                               192
12    Exhibit 9                               190
      Exhibit 20                              158
13    Exhibit 25                              171
      Exhibit 26                              179
14    Exhibit 27                              181
      Exhibit 29                              184
15    Exhibit 45                               15
      Exhibit 46                              176
16    Exhibit 48                              191
      Exhibit 49                              167
17    Exhibit 51                              213
      Exhibit 52                              211
18
19
20
21
22
23
24
25

Attorneys' Eyes Only

```
 1              CONFIDENTIAL ATTORNEYS EYES ONLY
 2       A     No, that's the only entity.
 3       Q     (BY MR. STIMPSON)  How about AARP?
 4       A     I don't recall.
 5       Q     Did you do anything to prepare for today
 6   to look into AARP and what products and services were
 7   offered to AARP by Health Grades?
 8       A     I didn't specifically look at anything
 9   related to AARP, no.
10       Q     Okay.  I guess we went down this line of
11   questions, but we were talking about what was new in
12   2006.  And we had made our way to QRS, which prompted
13   your recollection of the Hewitt.  So QRS was -- other
14   than what you did for Hewitt, QRS was basically the
15   same in 2006?
16            MR. VAZQUEZ:  Form.
17       Q     (BY MR. STIMPSON)  That's your
18   recollection?
19            MR. VAZQUEZ:  Same.
20       A     I believe that's correct, yes.
21       Q     (BY MR. STIMPSON)  Did there come a time
22   when this QRS, the Quality Ratings Suite, contained
23   patient ratings for anyone who was having it?
24            MR. VAZQUEZ:  Form.
25       A     Yeah, sorry if I wasn't clear on that.
```

Attorneys' Eyes Only

```
1              CONFIDENTIAL ATTORNEYS EYES ONLY
2      Yes, I believe in 2006 when we -- at least in 2006
3      when I believe we launched ratings publicly, I
4      believe it was included within QRS in general as
5      well.
6           Q    (BY MR. STIMPSON)  Okay.  And can you
7      narrow it down to a date in 2006?
8           A    I can't at this time.
9           Q    Can you tell me whether it was the first
10     half of 2006?
11          A    I can't.  I don't know.
12          Q    Any other changes to QRS in 2006 you can
13     remember?
14               MR. VAZQUEZ:  Form.
15          A    Not that I can recall.
16          Q    (BY MR. STIMPSON)  Were comparison ratings
17     added to QRS in 2006?
18          A    I don't know if they were or not.
19          Q    Did there come a time when comparison
20     ratings were added to QRS?
21               MR. VAZQUEZ:  Form.
22          A    I'm not sure.
23          Q    (BY MR. STIMPSON)  So you're not sure
24     whether they were ever added to QRS?
25               MR. VAZQUEZ:  Form.
```

Attorneys' Eyes Only

Page 72

```
 1                 CONFIDENTIAL ATTORNEYS EYES ONLY
 2         A     I'm not sure if they were.  That's
 3    correct.
 4         Q     (BY MR. STIMPSON)  How about the
 5    documents, this is 2006, the documents to
 6    professional underwriters for access to ratings, was
 7    that still ongoing in the same, basically the same in
 8    2006?
 9         A     I believe so, yes.
10         Q     And the PQR in 2006, that changed sometime
11    in 2006, at least sometime in 2006, to include
12    patient ratings, right?
13               MR. VAZQUEZ:  Form.
14         A     I believe it did, correct.
15         Q     (BY MR. STIMPSON)  Did that also change
16    sometime in 2006 to include comparison ratings?
17               MR. VAZQUEZ:  Form.
18         A     I don't know the time it changed.  I
19    believe by 2006, sometime in 2006 I believe we did
20    offer quality ratings.  And I don't know the date it
21    was launched.
22         Q     (BY MR. STIMPSON)  My question was about
23    comparison ratings.  Do you mean in 2006 you added
24    comparison ratings at some time?
25               MR. VAZQUEZ:  Form.
```

Attorneys' Eyes Only

```
 1            CONFIDENTIAL ATTORNEYS EYES ONLY
 2       A      I believe that to be the case, yes.
 3       Q     (BY MR. STIMPSON)  But you can't tell me
 4   whether it was in the first half or the second half
 5   of the year?
 6            MR. VAZQUEZ:  Same objection.
 7       A      I don't recall.  I can't tell you,
 8   correct.
 9       Q     (BY MR. STIMPSON)  How about the Nursing
10   Home Quality Reports, did those continue but
11   relatively unchanged in 2006?
12       A      As far as I recall.  I don't recall any
13   significant changes.
14       Q      Do you recall any changes to the Nursing
15   Home Quality Report in 2004 to 2006?
16       A      I don't recall.
17       Q      Did there come a time when Health Grades
18   collected patient reviews on nursing homes?
19       A      I don't believe so.
20       Q      Do you recall whether the Nursing Home
21   Quality Comparison Report was available in 2006?
22       A      I believe it was, but I don't recall
23   specifically.
24       Q      Do you recall whether the Nursing Home
25   Quality Comparison Report was available in 2005?
```

Attorneys' Eyes Only

Page 74

1                CONFIDENTIAL ATTORNEYS EYES ONLY

2          A     I don't recall.

3          Q     Do you recall -- do you know what the

4     Nursing Home Quality Comparison Report contained?

5          A     I believe it contained information such as

6     the star ratings on the comparison -- sorry, on the

7     individual nursing homes that were being compared.

8     And I think there were certain other data elements,

9     but that's -- I certainly believe that the ratings

10    were compared in those comparison reports.

11         Q     And those ratings were still being

12    obtained in the way you were obtaining them in 2004?

13              MR. VAZQUEZ:  Form.

14         A     Correct, through that -- what I believe

15    was the Oscar reporting database through CMS.

16         Q     (BY MR. STIMPSON)  How about the Home

17    Health Report, did that change in any way from 2004

18    to 2006, to your recollection?

19         A     To my recollection, no, not that I recall.

20         Q     Did it change at some time so that it had

21    patient ratings?

22              MR. VAZQUEZ:  Form.

23         A     I don't believe so, no.

24         Q     (BY MR. STIMPSON)  How about Connecting

25    Point, did that continue in 2006?

Attorneys' Eyes Only

1              CONFIDENTIAL ATTORNEYS EYES ONLY

2       A     It did continue in 2006.

3       Q     Any changes you recall?

4       A     I can't think of any changes to the

5    product, to Connecting Point in 2006.

6       Q     Other than these products we just talked

7    about, the list we went through, any other products

8    and/or services of Health Grades in 2006?

9       A     The only other product I can think of that

10   I believe was in 2006 was a -- it was really a

11   product that was being developed but never really was

12   launched called Healthcare Credit Solutions.

13      Q     What was that?

14      A     It was intended to be a healthcare credit

15   card.  So really a credit card that people could use

16   to purchase goods and services.

17      Q     So that wasn't a report.  It was just a

18   healthcare card?

19      A     Correct.

20      Q     Any others in 2006?

21      A     None that I can think of, no.

22            MR. STIMPSON:  I'm sorry.  I was here very

23   early and I drank too much coffee.  Can you give me

24   two minutes?

25            (Recess taken from 9:58 a.m. to

Veritext/NJ Reporting Company

Attorneys' Eyes Only

Page 198

1               CONFIDENTIAL ATTORNEYS EYES ONLY

2    right?

3               MR. VAZQUEZ:  Form.

4        A    I would say it says what it is.  It's a

5    Physician Quality Comparison Report.  It allows

6    consumers to review information on various

7    physicians.

8        Q    (BY MR. STIMPSON)  Okay.

9        A    And make their own decisions.

10       Q    You can see that these physicians relate

11   to psychiatry, right, that first bullet point under

12   the list of physicians?

13       A    Yes, I see the statement that it appears

14   to be psychiatry in a certain location.

15       Q    Right.  So that's a specialty, right?

16       A    Psychiatry is a specialty, correct.

17       Q    And then the next page, 32063, do you see

18   that it also has a tables comparing the physicians

19   and where they went to medical school, right?

20       A    I would say I agree with the statement

21   that there is physician listing and what college they

22   went to and what city or state that was in.

23       Q    And then the same thing for internship,

24   right?

25       A    Yes, it has the physician name and where

Page 199

```
 1              CONFIDENTIAL ATTORNEYS EYES ONLY
 2    they completed their internship.
 3         Q    The same thing for residency?
 4         A    Correct.
 5         Q    Same thing for fellowship?
 6         A    That's correct.
 7         Q    And it also has licensure information,
 8    correct?
 9         A    It appears on this report it does not.
10    There's a caption of licensure, but I don't see any
11    information reported.
12         Q    Okay.  It's got years since medical
13    school?
14         A    I see the physician name and years since
15    medical school, yes.
16         Q    For all the physicians being compared,
17    right?
18              MR. VAZQUEZ:  Form.
19         A    All the physicians that are listed here,
20    yes, I see years since medical school.
21         Q    (BY MR. STIMPSON)  All right.  There's
22    also a section at least discussing disciplinary
23    action, right?
24         A    There is a section discussing disciplinary
25    action, yes.
```

Attorneys' Eyes Only

Page 200

1        CONFIDENTIAL ATTORNEYS EYES ONLY

2        Q     And also providing information on

3    disciplinary action for these various physicians?

4        A     There's on pages 32069 and 32070, there's

5    a designation as to whether or not the individual

6    physician is free of disciplinary actions.

7        Q     Okay.  And then the next page there's also

8    information on board certification for all these

9    physicians?

10       A     I see that section which has the physician

11   name and board certification, yes.

12       Q     It also has a section on the next page for

13   quality ratings for the hospitals these physicians

14   are associated with, right?

15       A     No, I disagree with that.

16       Q     Okay.  What is it showing there?

17       A     I'm just reading the caption really

18   quickly.

19       Q     Okay.

20       A     It appears the next section is showing

21   ratings of hospitals that are in the area.  So within

22   a certain geography of whatever search was conducted.

23       Q     Okay.  And so the information that's

24   there, the consumers can take this information and

25   compare these hospitals, right?

Page 201

1          CONFIDENTIAL ATTORNEYS EYES ONLY

2              MR. VAZQUEZ:  Form.

3      A     If a consumer wanted to, they could look

4    at this list of hospitals and they could see which

5    hospitals were rated three star, five star, or one

6    star in various therapeutic areas.

7      Q     (BY MR. STIMPSON)  Okay.  And do you see

8    page 32075 also has information on gender for these

9    various physicians?

10     A     I do see that.

11     Q     It also has other information in the rest

12   of this report.  And let's just --

13             (Pause.)

14             MR. VAZQUEZ:  Break, Scott?

15             MR. STIMPSON:  Yeah, sure.  I'm done with

16   this exhibit.

17             MR. VAZQUEZ:  Are you?

18             MR. STIMPSON:  Yeah, I'm done.

19             (Recess taken from 2:01 p.m. to 2:11 p.m.)

20     Q     (BY MR. STIMPSON)  Do you see at 32086, do

21   you see this is an example of the Physician Quality

22   Reports we talked about earlier?

23     A     It appears to be, yes.

24     Q     So when we were talking about Physician

25   Quality Reports, these are the -- this is consistent

Attorneys' Eyes Only

Page 202

```
 1              CONFIDENTIAL ATTORNEYS EYES ONLY
 2      with what you remember?
 3           A    I'm just flipping through the pages.
 4                MR. VAZQUEZ:  Form.
 5           A    This appears to be the type of information
 6      or reports that I recall being in the Physician
 7      Quality Reports, yes.
 8           Q    (BY MR. STIMPSON)  As of this time,
 9      December 2004, was any information in here from the
10      physician?
11           A    I don't believe so, no.
12           Q    You recall that Physician Online Services
13      was launched in May of 2004 from that other exhibit
14      we saw, right?
15                MR. VAZQUEZ:  Form.
16           Q    (BY MR. STIMPSON)  I'll show it to you.
17           A    Which exhibit number?
18           Q    Let me see if I can figure that out.
19                MR. STIMPSON:  I should be better
20      organized.  This is why David should be with me.
21           Q    (BY MR. STIMPSON)  27.
22           A    Okay, I have that exhibit in front of me.
23           Q    That Exhibit 27 shows the Physician Online
24      Services, whereby the physicians could input data
25      themselves, was launched as of May 2004, right?
```

Attorneys' Eyes Only

Page 203

```
1              CONFIDENTIAL ATTORNEYS EYES ONLY
2              MR. VAZQUEZ:  Form.
3      A      I think my testimony to that was it
4  appears that that service was launched, it appears
5  that it was launched during the time period of May
6  2004, but I'm not clear when any of the updates would
7  have been posted, if any.
8      Q      (BY MR. STIMPSON)  Right.  So the
9  Physician Quality Report, Exhibit 8, that's about
10 seven months after the Physician Online Services was
11 launched, right?
12     A      I agree that the report date appears to be
13 seven months after Mr. Montroy stated that it had
14 been launched, POS had been launched.
15     Q      And the purpose of the Physician Online
16 Services was so that physicians could provide
17 information that would be provided in their reports,
18 right?
19     A      That we would allow them the ability to
20 edit or correct certain information for us to review
21 and then ultimately, yes, it would be posted at some
22 point.
23     Q      So as of seven months later after it was
24 launched, do you have any reason to say that
25 information from the healthcare provider, the
```

Veritext/NJ Reporting Company

Attorneys' Eyes Only

Page 223

```
 1            CONFIDENTIAL ATTORNEYS EYES ONLY
 2      179536.
 3           A     Okay.  I see that.
 4           Q     So assuming this was on the Health Grades
 5      website at the time, that's information that was
 6      third-party verified information, right, the
 7      specialty information?
 8           A     With your predicate, assuming this was on
 9      the site, it appears to indicate, yes, footnote 1
10      would say it was verified by Health Grades.
11           Q     Right.  Then it has areas of expertise,
12      medical school, residency, internship and
13      fellowships.
14                 Do you see that?
15           A     I see those listed on this, yes.
16           Q     If this, again, was on the website at this
17      time, these would have been from third parties,
18      verified from third parties, right?
19                 MR. VAZQUEZ:  Form.
20           A     I believe so, yes.
21           Q     (BY MR. STIMPSON)  Okay.  And the next
22      page has disciplinary action.  Again, that was
23      third-party verified information?
24                 MR. VAZQUEZ:  Form.
25           A     Disciplinary actions were third-party
```

Attorneys' Eyes Only

Page 224

1              CONFIDENTIAL ATTORNEYS EYES ONLY

2      verified, yes.

3          Q     (BY MR. STIMPSON)  Turn to the next page.

4      This shows patient experience survey results for

5      Dr. Drucker, correct?

6          A     That's what this appears to state.

7          Q     And these are patient ratings, right?

8              MR. VAZQUEZ:  Form.

9          A     These are experience surveys.

10         Q     (BY MR. STIMPSON)  It says Patient

11     Ratings, right?

12             MR. VAZQUEZ:  Form.

13         Q     (BY MR. STIMPSON)  You can see here there

14     are five surveys on Dr. Drucker.  Each one of them

15     would go on to survey and rate him in your

16     categories, right?  These are patient ratings, right?

17             MR. VAZQUEZ:  Form.  Asked and answered.

18         A     The consumer would go on our site with

19     respect to the patient experience survey and complete

20     that survey, I agree with that statement.

21         Q     (BY MR. STIMPSON)  And you don't agree

22     then that these are patient provided ratings?

23         A     That these are patient provider ratings,

24     is that what you said?

25         Q     No, I'm sorry if I said that.  I mean

Attorneys' Eyes Only

Page 225

```
 1              CONFIDENTIAL ATTORNEYS EYES ONLY
 2    patient provided, but let me rephrase the question.
 3              My question to you, are we seeing here on
 4    179538, these are ratings of Dr. Drucker provided by
 5    patients, correct?
 6      A      I would agree they're patient experience
 7    surveys.  I'm not sure I can see are they ratings or
 8    are they not ratings, but they're certainly patient
 9    experience surveys that have been filled out by a
10    consumer if that's, in fact, you know, what these
11    are.
12      Q      And it's the same sort of thing that you
13    have today, right, patients get on the Health Grades
14    website, fill out these surveys and those survey
15    results also go on the Health Grades website, right?
16              MR. VAZQUEZ:  Form.
17      A      Consumers do fill out patient experience
18    surveys and the results are on the site in a number
19    of different forms, yes.
20      Q      (BY MR. STIMPSON)  Right.  And those are
21    patient ratings?
22      A      I think some of them are ratings.  I don't
23    know if I would say all of them are ratings, but
24    certainly some of them are ratings, yes.
25      Q      And also in this report on page 179541 you
```

Attorneys' Eyes Only

Page 226

```
 1              CONFIDENTIAL ATTORNEYS EYES ONLY
 2      have comparison ratings for multiple hospitals,
 3      right?
 4           A      Again, I know we're keeping the predicate
 5      that you said previously, whether or not these are on
 6      our site.  But, yes looking at this, a consumer could
 7      look at these ratings and compare the three hospitals
 8      that are on this page utilizing the star ratings.
 9           Q      Okay.  Was Dr. Drucker an orthopedic
10      surgeon in New York?
11           A      I believe so, yes, he was.
12           Q      Could you look to page 179548?  Do you see
13      that physician A, these are preliminary results?
14           A      I see the page.
15           Q      Just going back to the front page of this
16      e-mail, Mr. Neal is telling this person from Rothman
17      Institute, included in the presentation are results
18      experienced by two of our beta clients.
19                  Do you see that?
20           A      I see the statements on the first page.
21           Q      And this is the results page in the
22      PowerPoint?
23           A      It could be.  I don't know if there are
24      any other pages titled results, but it certainly
25      could be based on the first statement he made in the
```

Attorneys' Eyes Only

Page 227

1              CONFIDENTIAL ATTORNEYS EYES ONLY

2       e-mail.

3            Q    It says, physician A, orthopedic surgeon

4       in New York.  That would be referring to Dr. Drucker,

5       right?

6                 MR. VAZQUEZ:  Form.

7            A    Again, it could be.  I just don't know.

8            Q    (BY MR. STIMPSON)  Do you have any reason

9       to disbelieve that?

10           A    I don't one way or the other.

11           Q    Can you take a second and flip through all

12      the pages of this, and I just want to see if you

13      think there is anything else that might be referring

14      to, I would like to know.

15           A    Okay.  I've searched.  I don't see any

16      other pages that refer to results.

17           Q    Okay.  So does that help you understand

18      this physician A, this orthopedic surgeon in New

19      York, is again referring to Dr. Drucker?

20           A    It appears to be based on the cover e-mail

21      by Mr. Neal.

22           Q    And this page of the PowerPoint says that

23      in January 2004 to January 2005 three consumer

24      quality reports reviewed, right?

25           A    I see that statement.

Veritext/NJ Reporting Company

800-227-8440                                      973-410-4040

Page 228

1          CONFIDENTIAL ATTORNEYS EYES ONLY

2          Q     Past tense?

3          A     This statement is past tense, correct.

4          Q     Right.  And in February 2005 117 expanded

5     profile reports reviewed, right?

6          A     Yes, I see that statement.

7          Q     Do you have any reason to disbelieve that?

8          A     I don't.  I don't have any one way or the

9     other.

10         Q     It says 18,000 premium placement profiles

11    were displayed.  Do you see that?

12         A     I see that.

13         Q     Any reason to dispute it?

14         A     No, not one way or the other.

15         Q     Do you see the next slide, it says Denver

16    area, it's referring to comparison reports?

17         A     I see the statement.

18         Q     And 149 comparison reports reviewed --

19              MR. VAZQUEZ:  Form.

20         Q     (BY MR. STIMPSON)  -- in February 2005?

21              MR. VAZQUEZ:  Form.

22         A     I see the statement comparison reports

23    149.  Is that --

24         Q     (BY MR. STIMPSON)  Yeah.  I just wanted to

25    see if you had any reason to disbelieve that.