Civil Action No. 11-CV-00520-PAB-BNB

# HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

**Exhibit M -- US 2006/0015369**
(*selected portions*)

US 20060015369A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2006/0015369 A1
Bachus et al. (43) Pub. Date: **Jan. 19, 2006**

(54) HEALTHCARE PROVIDER RECOMMENDATION SYSTEM

(76) Inventors: **Sonja C. Bachus**, Grass Valley, CA (US); **Michael J. Abreu**, Penn Valley, CA (US); **Jeff A. Bachus**, Grass Valley, CA (US); **Karen D. Wallace**, Grass Valley, CA (US)

Correspondence Address:
MACPHERSON KWOK CHEN & HEID LLP
1762 TECHNOLOGY DRIVE, SUITE 226
SAN JOSE, CA 95110 (US)

(21) Appl. No.: 11/181,158

(22) Filed: Jul. 13, 2005

**Related U.S. Application Data**

(60) Provisional application No. 60/588,846, filed on Jul. 15, 2004.

**Publication Classification**

(51) Int. Cl.
    *G06Q  10/00*    (2006.01)
(52) U.S. Cl. .................................................... 705/2; 707/3

(57) **ABSTRACT**

An online database of patient-to-patient healthcare provider recommendations is provided. This database may provide a resource for choosing a physician, and a community of support for those facing medical challenges. Patients who have had a positive experience with a physician can register this physician online, and subsequent patients can search for a physician by a variety of categories, such as, e.g., location, specialty, or physician name. Registrants may have the ability to recommend more than one physician if they so choose. All registrations may be verified by the online service for current license status, correct contact information, and for positive recommendations. This database may be provided and maintained by a central server and accessed by users over the world wide web using a conventional browser application.



MDX 0000001

Patent Application Publication   Jan. 19, 2006   Sheet 1 of 7   US 2006/0015369 A1



**FIG. 1**

MDX 0000002

Case No. 1:11-cv-00520-RM-NYW   Document 369-18   filed 11/02/12   USDC Colorado   pg 4 of 7



FIG. 2

MDX 0000003

Patent Application Publication    Jan. 19, 2006    Sheet 7 of 7    US 2006/0015369 A1

RemarkableDoc Search Results

# RemarkableDoc Search Results

There were 69 RemarkableDoc's found:

Sort by Last Name, City and State, Specialty

Dr. John Smith
111 Main Street, Suite A
Anytown, CA 91111
Phone: (408) 555-1111

Visit other resources on the web for more information

Treats pediatric and adult patients
Specialty: General Practice
Information last reviewed: 05-05-2004

I get along really well with this doctor. Treats you right away. - *Anonymous (04-28-2004)*
*This person did not include a story.*

Dr. Jane Jones
111 Broadway Ave., Suite A
Anycity, CA 92222
Phone: (408) 555-2222

Visit other resources on the web for more information

Treats pediatric and adult patients
Specialty: Family Practice
Hospital Affiliation: General Hospital
Accepts MediCare and Medi-Cal
Information last reviewed; 02-03-2004

Over 20 years of experience providing outstanding and compasionate Family Practice care to individuals and families from underserved populations and mulitple cultural groups. He also has participated in patient care as a teacher of resident doctors. - *Anonymous (02-02-2004)*
*This person did not include a story.*

FIG. 7                                            ↖—700

MDX 0000008

# HEALTHCARE PROVIDER RECOMMENDATION SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] This application claims the benefit of U.S. Provisional Application No. 60/588,846, filed on Jul. 15, 2004, entitled "Healthcare Provider Recommendation System," the disclosure of which is incorporated by reference herein in its entirety.

## BACKGROUND

[0002] Patients typically desire a breadth of resources in making healthcare decisions. They should have access to multiple sources of information in order to choose the right physician for themselves and their families. An important resource in choosing a physician is recommendations from other patients, but this resource is difficult to utilize when a patient needs a specialist, has recently moved, or wants to find out more about a particular physician.

[0003] In the past, a family having a child with special medical needs may go through an exhaustive search to find the right physician. Unfortunately, there is no way for people to easily share their information about health care providers with others searching for similar health care services.

[0004] In 2000, a report from the Midwest Business Group on Health entitled, "How We Choose Doctors: What Is and What Could Be," stated that almost 50 million households in the United States changed, added, or selected a physician within the previous two years. The report described that when selecting a physician, people tend to rely on the opinions of friends or relatives or on recommendations from other physicians or nurses. In addition, few reliable sources collect information on individual physician practices, and fewer still report their information to the public.

[0005] Accordingly, it would be desirable to provide a system that would allow healthcare consumers to search for and retrieve recommendations regarding healthcare providers submitted by other healthcare consumers.

## SUMMARY OF THE INVENTION

[0006] In accordance with embodiments of the present invention, a method for providing information regarding healthcare providers over a communications network is provided, comprising: receiving via the communications network a plurality of healthcare provider recommendations; storing a plurality of healthcare provider entries, each of the healthcare provider entries being associated with at least one healthcare provider recommendation; receiving a query for a healthcare provider via the communications network, said query comprising a query criteria; and providing a query response including one or more healthcare providers satisfying the query criteria, said query response including only healthcare providers associated with at least one healthcare provider recommendation.

[0007] In accordance with embodiments of the present invention, method for providing information regarding healthcare providers over a communications network is provided, comprising: receiving via the communications network a plurality of healthcare provider recommendations, wherein for each healthcare provider recommendation received, receiving provider practice information; storing a plurality of healthcare provider entries, each of the healthcare provider entries being associated with at least one healthcare provider recommendation; and reviewing the provider practice information for each healthcare provider recommendation.

## DESCRIPTION OF THE DRAWINGS

[0008] FIG. 1 shows an exemplary healthcare provider recommendation system, in with embodiments of the present invention.

[0009] FIG. 2 is a flowchart illustrating a method for providing information regarding healthcare providers, in accordance with embodiments of the present invention.

[0010] FIG. 3 shows an exemplary Recommendation Entry screen, in accordance with embodiments of the present invention.

[0011] FIG. 4 shows an exemplary Location Search screen, in accordance with embodiments of the present invention.

[0012] FIG. 5 shows an exemplary Name Search screen, in accordance with embodiments of the present invention.

[0013] FIG. 6 shows an exemplary Condition/Specialty screen, in accordance with embodiments of the present invention.

[0014] FIG. 7 shows an exemplary search results screen, in accordance with embodiments of the present invention.

## DETAILED DESCRIPTION

[0015] In the following description, reference is made to the accompanying drawings which illustrate several embodiments of the present invention. It is understood that other embodiments may be utilized and mechanical, compositional, structural, electrical, and operational changes may be made without departing from the spirit and scope of the present disclosure. The following detailed description is not to be taken in a limiting sense, and the scope of the embodiments of the present invention is defined only by the claims of the issued patent.

[0016] Some portions of the detailed description which follows are presented in terms of procedures, steps, logic blocks, processing, and other symbolic representations of operations on data bits that can be performed on computer memory. Each step may be performed by hardware, software, firmware, or combinations thereof.

[0017] In accordance with embodiments of the present invention, an online database of patient-to-patient healthcare provider recommendations is provided. This database may provide a resource for choosing a physician, and a community of support for those facing medical challenges. Patients who have had a positive experience with a physician can register this physician online, and subsequent patients can search for a physician by a variety of categories, such as, e.g., location, specialty, or physician name. Registrants may have the ability to recommend more than one physician if they so choose. All registrations may be verified by the online service for current license status, correct contact information, and for positive recommendations. This data-

US 2006/0015369 A1

Jan. 19, 2006

2

base may be provided and maintained by a central server and accessed by users over the world wide web using a conventional browser application.

[0018] FIG. 1 shows an exemplary healthcare provider recommendation system 100, in accordance with embodiments of the present invention. A web server 150 is coupled to a communications network 140, such as, e.g., the Internet, and to a healthcare provider recommendation database 152. The web server 150 enables healthcare consumers to submit healthcare provider recommendations to be stored in the database 152, and to query the database 152 for previous healthcare provider recommendations submitted by other consumers. These healthcare consumers may utilize browser applications running on personal computers (PCs) 110 connected to the communications network 140.

[0019] FIG. 2 is a flowchart illustrating a method for providing information regarding healthcare providers, in accordance with embodiments of the present invention. In step 201, a healthcare provider recommendation is received. In step 202, a healthcare provider entry is stored in the healthcare provider recommendation database 152. This healthcare provider entry is associated with at least one healthcare provider recommendation. In step 203, a query for an healthcare provider is received. In step 204, a query response is provided. This query response lists one or more healthcare providers satisfying the query criteria and includes only those healthcare providers that have previously received recommendations from other users.

[0020] FIG. 3 shows an exemplary Recommendation Entry screen 300 that may be accessed by a user using a conventional browser application. This Recommendation Entry screen 300 may include various fields to be completed by the user to provide information regarding the healthcare provider. In the illustrated embodiment, the screen 300 includes a contact information section 301, a practice information section 302, and a narrative section 303. As can be seen in FIG. 3, the fields entered by the user may utilize various formats, such as, e.g., radio buttons, pull-down menus, and text strings.

[0021] The contact information section 301 may provide fields for entering contact information about the healthcare provider being recommended, including name, address, telephone number, and e-mail address.

[0022] The practice information section 302 may provide fields for entering various types of information regarding the healthcare provider's practice, such as whether it is a pediatric or adult practice, the healthcare provider's specialty, any hospital affiliation, and a description of the condition treated by that healthcare provider for the recommending user (who may be the healthcare provider's patient or a friend or relative of the patient).

[0023] The narrative section 303 may include a Brief Recommendation field to be used by the recommending user to describe the healthcare provider being recommended. A Share Your Story field may also be provided so that the user may include a narration of the patient's positive experience, and also may allow the registrant the option to leave their email address, in the event that they would be willing to communicate with others in further dialogue. This can enable the system to provide patients with a valuable support system when facing medical challenges. In this way, the system may create an online community for patients with common medical challenges.

[0024] After the user enters the requested information into the Recommendation Entry screen 300, the user is provided the opportunity to review and then submit the healthcare provider recommendation to be stored with previous recommendations in the database 152.

[0025] Subsequent users may then search the database 152 to obtain healthcare provider recommendations from other users. These querying users may also utilize a browser application to web pages generated by the web server 150.

[0026] FIG. 4 shows an exemplary Location Search screen 400 that enables the user to search for a healthcare provider by various location criteria, such as city or proximity to a zip code. The screen 400 may further allow a user to narrow the location search for healthcare providers based on the practice information provided in the practice information section 302, shown in FIG. 3.

[0027] Alternative methods of querying for healthcare provider recommendations may also be provided. FIG. 5 shows an exemplary Name Search screen 500, which would allow users to query the database 152 for a particular physician's name to determine whether any recommendations for that physician have been posted.

[0028] FIG. 6 shows an exemplary Condition/Specialty screen 600, which enables a user to query the database 152 based on whether the healthcare provider's practice is adult or pediatric, by medical condition, and/or by the physician's specialty.

[0029] The ability to search by medical condition can be particularly desirable for users who are seeking medical treatment for uncommon medical conditions. It can be particularly helpful to read healthcare provider recommendations from other users who are coping with the same condition. In many cases, only a small number of physicians specializing in a certain area have had experience in treating a particular condition. It may otherwise be difficult to locate these physicians.

[0030] For example, there are many physicians who specialize in orthopedic surgery. However, not all of these physicians have had extensive experience treating Proximal Femoral Focal Deficiency (PFFD), thus making it difficult to locate good healthcare services. In this situation, it would be helpful for a user to be able to search for the patient's particular condition (e.g., PFFD) when searching for healthcare provider recommendations. In other cases, the system may also enable users to search for keywords in the text entered in the Share Your Story field or other narrative fields. This can also help users connect with other users having similar experiences. Talking to others who have lived through a similar medical diagnosis can help patients feel more in control. Facing the illness with the support of others can help provide strength.

[0031] FIG. 7 shows an exemplary screen showing the results of a search. These results can be resorted according to various criteria. The information provided in these results may include some or all of the information entered by the recommending user in the Recommendation Entry screen 300.

[0032] In accordance with some embodiments, information regarding the recommended healthcare providers may be reviewed and confirmed to ensure the accuracy of the