Civil Action No. 11-CV-00520-PAB-BNB

# HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

**Exhibit N -- Printouts from www.ingenix.com**



## increase customer satisfaction and reduce costs
With online provider information

Are your health plan members frustrated with outdated directories that result in out-of-network claims? Do you need an integrated physician search tool that includes current, relevant provider data?

There's a way to help your health plan members make important decisions about health plans and providers. With GeoAccess' ProviderLookup Online service, individuals can look up information about convenient providers from your Internet site—24 hours a day, 7 days a week.

One of the industry's premier provider search service, ProviderLookup Online seamlessly links with your existing Internet site. Your plan members can depend on this helpful tool when they need provider information during open enrollment and for life events that occur throughout the year—such as marriages, births, relocations and unexpected illnesses.

Powerful, precise and easy to use, ProviderLookup Online enables individuals to pinpoint specific providers that meet their individual needs. Your plan members can search for providers close to their home or work. They may specify desired characteristics—such as specialty and gender—as well as look up a specific provider by name.

ProviderLookup Online makes it easy for your plan members to visit their provider of choice with maps and turn-by-turn driving directions. The service also generates a personalized directory that individuals can print and share with other family members saving you money on traditional directory distribution.

Join the hundreds of ProviderLookup Online clients who enjoy higher enrollment and retention—and lower overall administrative costs.

UCHC 0000295



Visit our directory demos
at www.geoaccess.com/smart

## features

ProviderLookup Online guides your health plan members through the site with easy-to-follow steps and help text that provides additional details

### search page 1
- Members find answers to their most important questions: "What network providers are convenient to me?" and "Is my doctor in the network?"
- The service seamlessly links to your existing Internet site by integrating your logo and navigation into a frameset that wraps around the service.
- Using exclusive geographic technology, the service can search from street address, intersection, city and state or just a zip code.

### search page 2
- "Boundary-less" geographic technology searches a designated radius from the member's address, regardless of zip code, county or other arbitrary boundaries.
- Dynamically generated mileage selections based on an individual's geographic classification help members locate convenient network providers in urban, suburban and rural areas.
- Individuals choosing "Search for provider by name" in Step 1 can select "No plan preference" to locate a specific provider regardless of plan affiliation.

### search page 3
- Criteria selections – such as specialty, gender, language and hospital admitting privileges – enable individuals to find the providers that best suit their needs.
- Members can choose "No preference" on any selection.

### provider results page
- Up to 100 of the closest providers are returned for a single search.
- Display the provider's name, degree, specialty, address, phone, hospital privileges and any other information in your data that would educate members about providers.
- Equip members with more helpful information by including links to provider location maps and a personalized directory button, which creates a formatted directory of the provider list.
- Customize the service to support your enrollment requirements by providing a link to the provider's group practice or IPA information.

### interactive maps and driving directions
- Full-color maps display both the member's location and provider's location.
- Zoom and pan features show street-level detail and convenient landmarks.
- Turn-by-turn driving directions describe the route from the individual to the provider.
- Thumbnail maps provide a detailed view of each turn.

### personalized directories
- Designed in standard directory format, these online directories make it easy and convenient for members to view and print their search results.
- Further personalize the directory with a cover page and other information.
- Providers are grouped and sorted by specialty for easy reference.
- Individuals can share the directory with family members.

## contact

800.436.6584

sales@geoaccess.com

GeoAccess
8345 Lenexa Drive
Suite 300
Lenexa, KS 66214



provider results page



interactive maps and driving directions



personalized directories



UCHC 0000297