Civil Action No. 11-CV-00520-PAB-BNB

# HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

**Exhibit O -- Printouts from www.subimo.com**



# subimo

Know more. Choose well. Feel better.

**Why Subimo?**

**What is Subimo?**

**Who is Subimo?**



New from
**subimo**
Cost and Quality Transparency in Healthcare
[ Click for information » ]

THE LEAPFROG GROUP
for **Patient Safety**
Rewarding **Higher Standards**
We are approved by The Leapfrog Group as an evidence-based hospital selection tool.



We subscribe to the HONcode principles of the Health On the Net Foundation.

## People Demand Credible and Reliable Healthcare Information. Subimo Helps You Provide It.

If knowledge really is power, then we empower healthcare consumers better than anyone. *Subimo's* technology organizes healthcare, hospital, physician, and pharmaceutical data into easy-to-read, easy-to-understand reports, based on individually-selected criteria like quality and success rates.

The only tools that provide consumers with risk adjusted data.



Our philosophy is simple: a better-informed consumer will make better-informed decisions, keeping success rates high and costs low simultaneously.

More than 40,000,000 Americans have benefited from employer, health plan, and third-party administrator-supplied *Subimo* research tools. Simply select "Healthcare Advisor" (which includes but is not limited to information about hospitals), "PharmaAdvisor," or "Physician Selection Advisor" from the list on the left for a free and easy demonstration.





# subimo
Know more. Choose well. Feel better.
© 2004 Subimo, LLC. All Rights Reserved.

Legal Notices | Privacy Policy | Contact Us | Login

Last update: 2004/06/15 19:57:35.748 US/Central

UCHC 0000131



# subimo

Why Subimo?

What is Subimo?

Who is Subimo?

## Physician Selection Advisor
Product Demo

<<previous   **Page 1 of 4**   next>>
**1** 2 3 4

The first step in selecting a physician is to choose a search method. You have the choice of a quick search where you search for a specific physician by name, or a more detailed search. For purposes of this illustration we have chosen to search by ZIP code to find a physician near us.



**THE LEAPFROG GROUP**
for **Patient Safety**
Rewarding **Higher Standards**
We are approved by The Leapfrog Group as an evidence-based hospital selection tool.



We subscribe to the HONcode principles of the Health On the Net Foundation.

## Physician Selection Advisor
Product Demo

<<previous   **Page 1 of 4**   next>>
**1** 2 3 4

UCHC 0000132




### Physician Selection Advisor
#### Product Demo

<<previous  **Page 2 of 4**  next>>
1 **2** 3 4

The search returns a list of physicians based on their ZIP codes, and their proximity to your own.

Next, you select up to three physicans to compare in detail.



**THE LEAPFROG GROUP**
for **Patient Safety**
Rewarding **Higher Standards**
We are approved by The Leapfrog Group as an evidence-based hospital selection tool.

We subscribe to the HONcode principles of the Health On the Net Foundation.



### Physician Selection Advisor
#### Product Demo

<<previous  **Page 2 of 4**  next>>
1 **2** 3 4

© 2004 Subimo, LLC. All Rights Reserved.

UCHC 0000133

Legal Notices | Privacy Policy | Contact Us | Login





### subimo

Know more. Choose well. Feel better.

Why Subimo?

What is Subimo?

Who is Subimo?

## Physician Selection Advisor Product Demo

<<previous **Page 3 of 4** next>>
1 2 **3** 4

The results of your physician comparison shows details about the physicians' hospital affiliations, specialty, education and experience. The next step is to examine in more detail, the hospital from which the physician you are interested in practices.

### Physician Profile

Here is detailed information for the physicians you selected. Click on a factor name for more detail.

| | Ilya Bialik MD | Arsenia M Asuncion MD | Mohammed B Bashey MD |
|---|---|---|---|
| Hospital Affiliation(s) | NEW YORK METHODIST HOSPITAL | BROOKLYN HOSPITAL CENTER-CALEDONIAN CAMPUS / BETH ISRAEL MEDICAL CENTER SINGER DIVISION | NASSAU UNIVERSITY MEDICAL CENTER / NEW YORK METHODIST HOSPITAL |
| Specialties | Data Not Available | Data Not Available | Data Not Available |
| Board Certified Specialties | Pediatrics | Pediatrics | |
| Medical School | VINNICA MED INST | UNIV OF THE EAST | GRANT MED COLL |
| Residency | NEW YORK METHODIST HOSP | A EINSTEIN COLL M-YESHIVA U | NASSAU HLTH CARE CORP |
| Years Since Graduation | 19 | 18 | 22 |
| Gender | Unknown | Unknown | Unknown |
| Information Last Updated | Sep 29, 2003 | Sep 29, 2003 | Sep 29, 2003 |



THE LEAPFROG GROUP
for Patient Safety
Rewarding Higher Standards
We are approved by The Leapfrog Group as an evidence-based hospital selection tool.


We subscribe to the HONcode principles of the Health On the Net Foundation.

## Physician Selection Advisor Product Demo

<<previous **Page 3 of 4** next>>
1 2 **3** 4

UCHC 0000134




Why Subimo?

What is Subimo?

Who is Subimo?

### Physician Selection Advisor
Product Demo

<<previous **Page 4 of 4** next>>
1 2 3 **4**

The details of your selected physician's hospital affiliation offers important information about the hospital's track record in a number of critical areas. If you are still uncertain as to which choice to make, you may from this page elect to research this physician's hospital affiliation further, or go back to compare more physicians.



THELEAPFROGGROUP
for **Patient Safety**
Rewarding **Higher Standards**
We are approved by The Leapfrog Group as an evidence-based hospital selection tool.

We subscribe to the HONcode principles of the Health On the Net Foundation.

### Physician Selection Advisor
Product Demo

<<previous **Page 4 of 4** next>>
1 2 3 **4**



UCHC 0000135





Why Subimo?

What is Subimo?

Who is Subimo?

# Healthcare Advisor™
Empowering Consumers to Participate in Their Healthcare Decisions

*Subimo's Healthcare Advisor™* is the fastest and easiest way for consumers to get all the information they need to make informed decisions, while helping employers manage costs.



Healthcare Advisor
Click here for an online demonstration.

## GET SMART
Find easy-to-understand information about conditions or recommended procedures. Consumers learn what it is, how common it is, treatment options and what to expect. For medical procedures, the *Healthcare Advisor™* provides detailed information out about common complications and risks, and how quickly most people recover.

## CHOOSE CARE
If care is needed for a condition, the *Healthcare Advisor™* can help choose a hospital. Consumers decide what's important to them — like doctor experience, reputation, results of care — and we show how hospitals in their area measure up.

## ASK OTHERS
*Subimo's Healthcare Advisor™* helps consumers get connected with other people who share their health issue: they can post questions, get answers, and join the community.

## RESEARCH FURTHER
To learn even more about a health condition, consumers can take a look at information from an online medical encyclopedia — plus explaore links to other informative web sites.

**Continue below for a detailed product explanation, or contact us to request a live, interactive demonstration.**

## Easy-to-Use Decision Making

▹ User-friendly, with context-consistent data and information

UCHC 0000136



> Research more than 90 different medical conditions and procedures

> Compare hospital quality

*Subimo's* easy process helps a consumer approach the healthcare system in an easy to use process — First understand a condition or a procedure and build a framework for what they need to know to make informed decisions on treatment options; then they are able to compare hospitals, get information on physicians, prepare for the physician office visit, and even understand the drug options that are available to them.

Click for full-size sample (HTML)

> The *Healthcare Advisor*™ is specifically written to be informative yet easy-to-understand. All content on the site is reviewed by *Subimo's* panel of physicians, and the company's own readability experts to make sure people will understand the important information in it.

> Users can review conditions like Asthma or Diabetes, and can look at information about specific procedures (like heart bypass surgery) or broader categories of care (like general heart surgeries). The broad categories enable consumers to research and compare hospitals for virtually any reason that they might be hospitalized — nothing is left out.

> Consumers can compare hospitals across the country. Every acute care hospital in the country is in the database.

### The Right Answers - Fast

The site is laid out with an easy-to-understand "question and answer" model. Questions are designed to help someone quickly understand what is most important to know about the health topic, and what the treatment options may be.

**Answer these questions:**

> How common is it?

> What are my options?

> What if I don't want surgery?

> What are my risks?



Click for full-size sample (HTML)

UCHC 0000137



> When will I recover?

> How long might I be in the hospital?

> What else should I consider?

### Research and Compare Hospitals

Consumers rarely have access to comparative information on hospitals. The *Healthcare Advisor*™ allows them to choose a hospital based on what's most important to them. Consumers may learn that their local hospital has little experience with one procedure, but has significant experience with another procedure and has better results (measured by lower complications or post-operative infection rates) than a larger hospital in the area. Being able to research information on specific procedures enables people to make the best choice for each circumstance.

**Consumers can:**



Click for full-size sample (HTML)

In this first screen, users select which factors are most important to them and the geographic area in which they want to search.

> Evaluate health care facilities based on facts

Default preferences are based on the recommendations of *Subimo's* clinical advisory panel. Each factor name is a link to an explanation about what the factor is, why it's important for people to consider when choosing a hospital, and what the methodology and data sources are that are used.

> Modify weights of hospital factors to better cater to specific needs

> See the same clinical quality data used by over 2,500 hospitals

**IMPORTANT** – *Subimo* is impartial! We are not compensated by hospitals or from pharmaceutical companies.

### Users Compare Based on What's Important to Them



Results are presented for the geographic area specified by the user. The best-match hospitals are presented first, as well as next-best matches, according to how well each hospital matches the criteria that the user selected as being

UCHC 0000138

important. Benchmarks on "better matches" within the region or nationally are also provided for comparison purposes.

- See which hospitals most closely match selected preferences
- Review detailed data on all the hospitals in their area
- Compare hospital quality based on risk-adjusted data



Click for full-size sample (HTML)

Users can select up to three facilities to compare side-by-side.

## Side-by-Side Comparison

Consumers can compare hospital on a range of data, including the hospitals' experience with the specified procedure, outcomes (complications, post-operative infections, or mortality rates), as well as the services offered (for example, ICU, outpatient rehabilitation, etc.).

- Clinical outcomes
- Patient safety
- Hospital reputation
- Market-specific studies
- Hospital comments

Source information, including date of data and the methodology used, is provided for all the data. *Subimo* offers hospitals an opportunity to review all the data collected on each facility, and gives them an opportunity to correct, or in some cases, provide additional information.



Click for full-size sample (HTML)

Side-by-side format allows users to quickly scan the data to see differences. All data elements are linked to detailed explanations on what the item is, why it's important to consider, and what the methodology and data source is.

## Access Other Resources

UCHC 0000139



The *Healthcare Advisor*™ is designed to help consumers get their arms around the key issues regarding their condition or procedure, and feel confident that they and their doctor are making the best choice for them.

- Links to non-profit sites
- Integrated with a leading medical encyclopedia
- Community Discussion Boards
- Seamless link to plan's online provider directory
- Checklist of questions to ask doctors and insurance companies



Click for full-size sample (HTML)

Links are the "best of breed" available, including only the most reputable and trustworthy sites.

An illustrated comprehensive medical encyclopedia contains additional information, and covers even the most minor or rare conditions and procedures.



© 2004 Subimo, LLC. All Rights Reserved.

Legal Notices | Privacy Policy | Contact Us | Login

Last update: 2004/06/30 19:57:35.748 US/Central





UCHC 0000140



## subimo

Know more. Choose well. Feel better.

- Why Subimo?
- What is Subimo?
- Who is Subimo?

### Pharma Advisor
Product Demo

<< **Page 1 of 5** >>
**1** 2 3 4 5

First, you'll select a condition. For the purposes of illustration, we've pre-selected **Acid Reflux Disease (GERD)**.







### Pharma Advisor
Product Demo

<< **Page 1 of 5** >>
**1** 2 3 4 5



© 2004 Subimo, LLC. All Rights Reserved.

Legal Notices | Privacy Policy | Contact Us | Login

Last update: 2004/06/15 19:57:35.748 US/Central



**THE LEAPFROG GROUP**
for **Patient Safety**
Rewarding **Higher Standards**
We are approved by The Leapfrog Group as an evidence-based hospital selection tool.



We subscribe to the HONcode principles of the Health On the Net Foundation.

UCHC 0000141


Home

Why Subimo?

What is Subimo?

Who is Subimo?

# subimo
Know more. Choose well. Feel better.

## Pharma Advisor
Product Demo

<<  **Page 2 of 5**  >>
1 **2** 3 4 5

Here you'll get detailed information about the condition, and how different types and classes of drugs might be beneficial.





- What Are The Main Things I Should Know?
- What Is GERD?
- What Drugs Are Available?
- Which Drug Is Best For Me?
- What Happens After Initial Treatment?
- What Else Do I Need To Know?

## Pharma Advisor
Product Demo

<<  **Page 2 of 5**  >>
1 **2** 3 4 5

# subimo
Know more. Choose well. Feel better.

© 2004 Subimo, LLC. All Rights Reserved.

Legal Notices | Privacy Policy | Contact Us | Login

Last update: 2004/06/15 19:57:35.748 US/Central



THELEAPFROGGROUP
for Patient Safety
Rewarding Higher Standards
We are approved by The Leapfrog Group as an evidence-based hospital selection tool.


We subscribe to the HONcode principles of the Health On the Net Foundation.



UCHC 0000142




Home

Why Subimo?

What is Subimo?

Who is Subimo?

**Pharma** Advisor
Product Demo

<<  **Page 3 of 5**  >>
1 2 **3** 4 5

Now that you understand the different types and classes of drugs, and how they might apply to your specific condition, you can select up to three different drugs to compare. For the purposes of demonstration, we've selected calcium carbonate (Tums), cimetidine (Tagamet), and esomeprazole (Nexium).



What Drugs Should I Compare?
How Do These Drugs Differ?
What Else Is Important To Know?



☑ calcium carbonate (Tums, Tums E-X)

[ Next: View Drug Comparison >> ]

**Pharma** Advisor
Product Demo

<<  **Page 3 of 5**  >>
1 2 **3** 4 5

THE LEAPFROG GROUP
for Patient Safety
Rewarding Higher Standards
We are approved by
The Leapfrog Group as an
evidence-based hospital
selection tool.



We subscribe to the
HONcode principles
of the Health On the Net
Foundation.

subimo

© 2004 Subimo, LLC. All Rights Reserved.

Legal Notices | Privacy Policy | Contact Us | Login

Last update: 2004/06/15 19:57:35.748 US/Central

UCHC 0000143