Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

**Exhibit P -- Printouts from www.healthscope.com**



## View California Healthcare Quality Ratings

**1 Choose Ratings for**
- Health Plans
- Hospitals
- Medical Groups

**2 Choose a County**
- All Counties
- Alameda
- Alpine
- Amador
- Butte

**3 View Ratings**

VIEW RATINGS

**Find a Doctor**
Search for a Physician by Last Name

Search

Advanced Physician Search

## California Healthcare Quality Ratings

**Find a Doctor** Search for a California Physician by specialty, location, certification, years in practice, health plan affiliation or last name.

**Health Plan Ratings** Compare CA health plans across 42 categories of treatment and patient satisfaction.

**Hospital Ratings** See how CA hospitals rank in getting positive treatment results, patient satisfaction and avoiding preventable medical errors.

**Medical Group Ratings** Over 120 physician groups rated by patients getting treatment and specialty care, doctor communication, and providing timely care and service.

**Make Your Voice Heard**
Share your health care experience.

### View Health Plan Special Reports
Diabetes Care

Heart Care

Women's Health

Mental Health Care

Plan Service

### HealthScope Highlights
View Latest California Hospital Patient Safety Performance Results

Take Steps to Learn How to Avoid Drug Errors

How to Select a Hospital

Senior Health and Medicare

Tips on Getting a Referral

How to Choose a Health Plan

**HEALTHSCOPE** is an independent public information source provided by the Pacific Business Group on Health (PBGH) to help you select the best quality health plans, hospitals, doctors, and medical groups.



UCHC 0000202




**1** Choose Ratings for    **2** Choose a County    **3** Choose a Hospital    **4** View Ratings    Find a Docto

General Care
Heart Care

Alameda
Alpine
Amador
Butte
Calaveras

Select All Hospitals in County
Alameda Co Med Ctr-Fairmont
Alameda Co Med Ctr-Highland
Alameda Hosp
Alta Bates Med Ctr-Ashby
Hold Ctrl for multiple hospitals

VIEW RATINGS

Search for a Ph Name

Advanced Phys

☑ **Get Good Results**

Hospitals > Quality Ratings > Hospitals General Care Ratings > Meet Patient Needs > Overall Rating

☑ **Meet Patient Needs**

### Overall Care

Overall Rating

See how patients rated their hospital overall in meeting the needs of patients.

Respect for Patient Preferences

Listen to patients to learn about their hospital experience. High quality hospitals—the doctors, nurses and other staff—involve patients in their care decisions and treat them with dignity. These leading hospitals see that patients are comfortable and get the emotional support they need and that patients gets the right care in a timely way.

Coordination of Care

Information and Education

Physical Comfort

✯ Below Average     ✯ ✯ Average     ✯ ✯ ✯ Above Average     ╲ Not Part of Survey

otional Support

Involvement of Family and Friends

**Overall Rating**

| Hospital | Rating |
|---|---|
| Alameda Co Med Ctr-Fairmont | ╲ |
| Alameda Hosp | ✯ ✯ |
| Alta Bates Med Ctr-Ashby | ✯ |
| Eden Med Ctr | ✯ ✯ ✯ |
| Kaiser-Hayward | ✯ |
| Kaiser-Oakland | ✯ |
| San Leandro Hosp | ╲ |
| St Rose Hosp | ✯ |
| Summit Med Ctr-No Pavilion | ╲ |
| Valleycare Med Ctr | ╲ |
| Washington Hosp | ╲ |

Transition to Home

☑ **Avoid Errors**

☑ **Get Right Care**

About this Data

Visit the California Health Care Foundation Web site at http://www.chcf.org/ or call 1-888-430-2423 to obtain more information on California hospital medical, surgical and maternity care.



home : health plans : hospitals : medical groups : find a doctor
about HealthScope : glossary : privacy : terms of use : feedback
© 1996 - 2004 The Pacific Business Group on Health. All Rights Reserved.

UCHC 0000203



## Find a Doctor for Your Needs

**Choose a Specialty** (required) see specialty definitions
  Select a Specialty

**Choose a Location** (required)

  Enter Zip Code      Select a City

  **Distance from Zip Code**
  Only in this Zip Code      Within 20 miles
  Within 5 miles             Within 30 miles
  Within 10 miles            Within 50 miles

              Find

**Optional** - to further narrow your search, select from the choices below

  Years in Practice:    2+    5+    10+    Ignore

  Gender:              Male    Female    Ignore

  Language Spoken: English

  **Health Plan Affiliation**
  No Preference
  Blue Cross of California HMO (CaliforniaCare)
  Blue Cross of California Prudent Buyer PPO
  hold ctrl for multiple selections

              Find

## Find a Doctor by Name

Enter Last Name

Select a City (optional)

              Find

Start New Search | Glossary | Find a Doctor Tips | Search Help | Contact Health Plans

About PBGH | Are You a Doctor? | Terms of Use

© 2004 Pacific Business Group on Health all rights reserved

UCHC 0000204

HealthScope Provider Directory                                                                                   Page 1 of 2

 Click to Print                                                                              Return to Results

# Doctor Profile

## Alimadadian, Hossein

### Personal

**Name:** Alimadadian, Hossein, MD
**Gender:** Male
**Other Language spoken:** Farsi, Spanish

### Qualifications and Services

**Years in Practice:** 34
**Specialty / Board Certification Date:** Cardiovascular Disease
**Specialty / Board Certification Date:** Internal Medicine
**Practice Area:**
**Medical Residency Training:** UCI Medical Center

### Office and Contacts

**Address1:** 16300 Sand Canyon Ave Irvine CA 92618 (949) 552-2756
**Address2:** 1200 N Tustin Ave Santa Ana CA 92705 (714) 245-1444
**Address3:** 1201 W La Veta Orange CA 92868
**Address4:** 1515 E Orangewood Ave Anaheim CA 92805
**Address5:** 4050 Barranca Irvine CA 92604
**Address6:** 4050 Barranca Pky Irvine CA 92604 (949) 262-9600
**Address7:** 700 N Tustin Ave Santa Ana CA 92705

### Affiliations: Health Plans, Hospitals, Managed Care Organizations

#### Health Plans

| Health Plan | Accepting Patients | Serves Patients for Primary or Specialty Care | Physician ID number used by Plan | Specialty |
| --- | --- | --- | --- | --- |
| CIGNA HMO | Accepting Patients | Specialty Care Provider | ID #1913716 | Cardiovascular Disease |
| Blue Cross of California HMO (CaliforniaCare) | Accepting Patients | Specialty Care Provider | ID #1913716 | Cardiovascular Disease |
| Blue Shield HMO | Accepting Patients | Specialty Care Provider | ID #00A258080 | Cardiovascular Disease |
| CIGNA PPO | Accepting Patients | Specialty Care Provider | ID #1913716 | Cardiovascular |

UCHC 0000205

|  |  |  |  | Disease |
|---|---|---|---|---|
| Blue Cross of California Prudent Buyer PPO | Accepting Patients | Specialty Care Provider | ID #1913716 | Cardiovascular Disease |
| Health Net PPO | Accepting Patients | Specialty Care Provider | ID #9915500239 | Cardiovascular Disease |
| CIGNA PPO | Accepting Patients () | Specialty Care Provider | ID # 1913716 | Internal Medicine |
| Blue Cross of California HMO (CaliforniaCare) | Accepting Patients () | Specialty Care Provider | ID # 1913716 | Internal Medicine |
| CIGNA HMO | Accepting Patients () | Specialty Care Provider | ID # 1913716 | Internal Medicine |
| CIGNA HMO | Accepting Patients () | Primary Care Provider | ID # 1913716 | Internal Medicine |
| Blue Cross of California Prudent Buyer PPO | Accepting Patients () | Primary Care Provider | ID # 1913716 | Internal Medicine |

### Hospitals

Irvine Regional Hospital and Medical Center
St. Joseph Hospital
St. Joseph Hospital of Orange
Western Medical Center Anaheim
Western Medical Center Santa Ana

### Managed Care Organizations

Cardiology Specialists of Orange County
HealthNet PPO (California)
Heart Doctors Medical Group
Individual Open Access Contract
Individual PPO Contract
Orange County Heart Institute and Research Center
ST JOSEPH HOSPITAL AFFILIATED PHYSICIANS
St. Joseph Hospital Affiliated Physicians
TOTAL MED CARE ORANGE CNTY
Total Medical Care IPA

To get the most accurate information about a particular doctor, call the health plan, medical group or doctor directly.

© 2003 Pacific Business Group on Health all rights reserved



UCHC 0000206