Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

**Exhibit Q -- US 2003/0167187**
(*selected portions*)

US 20030167187A1

(19) **United States**
(12) **Patent Application Publication**
**Bua**

(10) **Pub. No.: US 2003/0167187 A1**
(43) **Pub. Date: Sep. 4, 2003**

(54) **SYSTEMS AND METHODS OF DETERMINING PERFORMANCE RATINGS OF HEALTH CARE FACILITIES AND PROVIDING USER ACCESS TO PERFORMANCE INFORMATION**

(76) Inventor: **Robert N. Bua**, Wellesley, MA (US)

Correspondence Address:
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
**ONE FINANCIAL CENTER**
**BOSTON, MA 02111 (US)**

(21) Appl. No.: **10/371,721**

(22) Filed: **Feb. 19, 2003**

**Related U.S. Application Data**

(60) Provisional application No. 60/357,903, filed on Feb. 19, 2002.

**Publication Classification**

(51) **Int. Cl.**[7] .......................... **G21C 17/00**; G06F 15/00

(52) **U.S. Cl.** ................................................ **705/2**; 702/182

(57) **ABSTRACT**

The invention provides systems and methods of determining a performance rating of a health care facility, such as a nursing home or a long term care facility. The systems and methods according to the invention employ customizable scores and weighting factors by which performance data and information are processed to generate a performance rating of a facility, including current and historical ratings. The customizable scores and weighting factors are determined by or based upon a preferred set of criteria. In one embodiment, the customizable scores and weighting factors used in the methods and systems according to the invention include scores and factors that are indicative of and account for the relative importance of violations and deficiencies of standards of care to a facility's performance rating. The invention further provides computer implemented methods and systems for providing services for user access to data and information related to performance of a health care facility wherein such data and information includes performance ratings determined according to the systems and methods of the invention.

START
100
RECEIVE RAW DATA
110
ANY FTAGS?
NO
YES
FINAL FACILITY SCORE = 0
220
FOR EACH FTAG 1 TO N
120
130
DETERMINE F-TAG SCORES ASSOCIATED WITH EACH FTAG
135
TABLE OF FTAGS/ SCORES
140
DETERMINE CATEGORY ASSOCIATED WITH VIOLATION/F-TAG
TABLE OF FTAGS CATEGORY FACTORS
145
200
STORE FTAG SCORE
RETRIEVE CATEGORY FACTOR ASSOCIATED WITH CATEGORY
150
160
FTAG x CATEGORY FACTOR = FTAG RAW SCORE
IDENTIFY SCOPE AND SEVERITY (S & S) FACTOR
180
FTAG RAW SCORE X S & S FACTOR = FTAG SCORE
190
YES
ANY MORE VIOLATIONS?
210
NO
SUM OF ALL STORED FTAGS = PRELIMINARY FACILITY SCORE
RETRIEVE CENSUS FACTOR
230
CENSUS FACTOR x PRELIMINARY FACILITY SCORE = FINAL FACILITY SCORE
240
250
STORE FINAL FACILITY SCORE IN HISTORY OF FACILITY SCORES
260
HISTORICAL FACILITY SCORE = AVERAGE OF 4 MOST RECENT FACILITY SCORES
270
CURRENT FACILITY SCORE = MOST RECENT FACILITY SCORE
280
COMPARE OVERALL AND/ OR CURRENT FACILITY SCORE WITH OTHER SCORES IN REGION TO CREATE REGIONAL RANKING/RATING
END

Patent Application Publication    Sep. 4, 2003   Sheet 7 of 19      US 2003/0167187 A1

| Nursing Homes sort | Reports | HISTORICAL Ratings & Rankings sort | CURRENT Ratings & Rankings sort | Bed Availability Indicator sort | Total Number of Beds sort | Miles from zip code sort | Community Reviews |
|---|---|---|---|---|---|---|---|
| | | | | | | 02481 | |
| CLARK HOUSE NRSG CTR AT FOX HILL VLG 30 LONGWOOD DR WESTWOOD, MA 02090 (781) 326-5552 Select for MyList □ | Order Report Learn more | A 192 out of 510 providers Years reviewed by CareScout: 4 | AAA Best out of 510 providers | Less Likely to find an available bed | 70 beds | 7.4 miles Map | Post or read reviews |
| COPLEY AT STOUGHTON NURSING CARE CTR 380 SUMNER ST STOUGHTON, MA 02072 (781) 341-2300 Select for MyList □ | Order Report Learn more | B 242 out of 510 providers Years reviewed by CareScout: 4 | AA 158 out of 510 providers | Somewhat Likely to find an available bed | 123 beds | 16.5 miles Map | Post or read reviews |
| FRANKLIN SKILLED NURSING AND REHAB CTR 130 CHESTNUT ST FRANKLIN, MA 02038 (508) 528-4600 Select for MyList □ | Order Report Learn more | C 356 out of 510 providers Years reviewed by CareScout: 4 | AAA Best out of 510 providers | Very Likely to find an available bed | 82 beds | 16.8 miles Map | Post or read reviews |
| HANCOCK PARK REHAB AND NURSING CENTER 164 PARKINGWAY ST QUINCY, MA 02169 (617) 773-4222 Select for MyList □ | Order Report Learn more | B 200 out of 510 providers Years reviewed by CareScout: 4 | B 305 out of 510 providers | Less Likely to find an available bed | 142 beds | 13.7 miles Map | Post or read reviews |
| HARRINGTON HOUSE NSG & REHAB CENTER 160 MAIN ST WALPOLE, MA 02081 (508) 660-3800 Select for MyList □ | Order Report Learn more | AA 70 out of 510 providers Years reviewed by CareScout: 4 | AAA Best out of 510 providers | Somewhat Likely to find an available bed | 90 beds | 10.3 miles Map | Post or read reviews |
| QUINCY REHABILITATION AND NURSING CTR 11 MAYOR THOMAS J MCGRATH HWY QUINCY, MA 02169 (617) 479-2820 Select for MyList □ | Order Report Learn more | C 349 out of 510 providers Years reviewed by CareScout: 4 | D 475 out of 510 providers | Less Likely to find an available bed | 139 beds | 13.7 miles Map | Post or read reviews |

Fig. 5

MDX 0000085

US 2003/0167187 A1

Sep. 4, 2003

1

# SYSTEMS AND METHODS OF DETERMINING PERFORMANCE RATINGS OF HEALTH CARE FACILITIES AND PROVIDING USER ACCESS TO PERFORMANCE INFORMATION

## CLAIM OF PRIORITY TO PRIOR APPLICATION

[0001]    This application claims priority under 35 U.S.C. § 119(e) to U.S. provisional patent application Serial No. 60/357,903, filed on Feb. 19, 2002, which is incorporated herein by reference.

## NOTICE OF COPYRIGHT

[0002]    A portion of the disclosure of this patent application contains material that is subject to copyright protection. The owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## FIELD OF THE INVENTION

[0003]    Embodiments of the invention are generally directed to systems and methods of assessing performance of a health care facility and providing user access to information related to such performance.

## BACKGROUND OF THE INVENTION

[0004]    As people live longer, the aging process and its related ills present an ever-increasing demand for nursing home care. Nursing homes are a major player in the multi-billion-dollar health care industry. Although some types of nursing homes are intended to serve people of varying ages, most nursing homes provide skilled care and custodial care to elder individuals who do not need the intensive, acute care of a hospital, but cannot remain in their own homes. Nursing homes can provide a variety of services including rest home convalescence, sub-acute care, e.g., intensive, hospital-like care, skilled nursing, custodial care, and rehabilitation. The demand for nursing home care continues to increase as people live longer and as the elderly comprise a larger portion of the population as a whole.

[0005]    Most nursing home residents in the United States are elderly, frail and at least somewhat compromised in their ability to be completely independent. Choosing a safe, dependable, high-quality nursing home, however, can be a frustrating and emotional experience. Among the challenges facing a consumer is the difficulty of understanding conventional ratings systems and rankings that now exists that provide performance information about nursing homes.

[0006]    To help protect persons living in more than 17,000 certified nursing homes nationwide, federal laws and regulations have been implemented to set minimum standards for nursing home care and conduct. The United States federal government, primarily through the administrative agency responsible for Medicare and Medicaid programs, promulgates and enforces laws and regulations to set minimum standards of nursing home and home health care and conduct. On a regular basis, each certified nursing home must undergo an unannounced government inspection survey conducted pursuant to uniform procedures established and enforced by the Department of Health and Human Services.

The inspection survey is used to assess a facility's compliance with federal nursing home laws and regulations.

[0007]    For example, survey data and other information is generated by organizations such as the Center for Medicare and Medicaid Services (CMS) (formerly known as the Health Care Financing Administration (HCFA)), which performs a number of quality-focused activities, including regulation of laboratory testing, development of coverage policies and quality-of-care improvement, maintaining oversight of the survey and certification of nursing homes and continuing care providers, such as home health agencies, intermediate care facilities for the mentally retarded, and hospitals. CMS makes information about these activities and nursing home quality available to beneficiaries, providers, researchers, and state surveyors. This information, however, is not necessarily in a format whereby a user can make meaningful comparisons between health care providers.

[0008]    In addition to federal regulation, organizations such as the Joint Commission on Accreditation of Healthcare Organizations (JCAHO), a private organization, compile voluntary compliance data with respect to a separate set of comprehensive health care standards.

[0009]    Although the government has enacted such laws and regulations setting minimum standards of nursing home care and conduct, including the mandatory inspections, the governmental data resulting from these laws and regulations often is not helpful to average consumers. The format and type of such data, in particular, can be confusing and difficult to access and is presented in a manner that precludes a direct comparison of nursing homes by average consumers. Therefore, it is desirable to provide information related to nursing home care and conduct in a manner and in a format that permits consumers to compare performance and care of nursing homes and to make informed decisions, for instance, in connection with selection of an appropriate nursing home.

## SUMMARY OF THE INVENTION

[0010]    The invention is directed to improved methods and systems for determining a performance rating of a health care facility and of providing user access to such performance ratings and associated information. In one aspect, a computer implemented method or system of determining a performance rating of a health care facility, such as a nursing home or a long term care facility, based upon customizable scores and/or weighting factors is provided. The method further includes determining current and historical performance ratings of a health care facility. In another aspect, a computer implemented method or system for providing services for user access to data and information related to performance of a health care facility is provided, wherein the data and information include performance ratings determined according to a method of the invention.

[0011]    Various aspects of the invention may provide one or more of the following advantages. The methods and systems according to the invention of determining a performance rating of a health care facility can collect, interpret and process raw data and information from a variety of sources, including, for example, federal and state inspection surveys and reports, compliance reports and records, data and information collected by organizations such as CMS and JCAHO, and data and information collected and managed by databases such as the Online Survey Certification and

MDX 0000098

US 2003/0167187 A1

Sep. 4, 2003

2

Reporting (OSCAR) database, to determine one or more performance ratings of the health care facility's performance that are understandable and meaningful to consumers. Data and information can be processed to determine the performance ratings by assigning customizable scores and/or customizable weighting factors to at least a portion of the data and information that relate to certain areas or aspects of care performance, e.g., performance violations and deficiencies, and processing such data and information using the scores and weighting factors to generate performance ratings. The customizable scores and weighting factors can be determined and/or based upon a preferred set of criteria, for instance, that account for factors, variables, parameters and measures that relate to care performance of a health care facility.

[0012] The methods and systems of determining a performance rating of a heath care facility according to the invention can weight data and information, provided by the various sources noted above, using one or more customized scores and/or customized weighting factors that account for the relative importance of violations and deficiencies of certain health care standards or regulations in determining the performance rating. The methods and systems can also weight data and information using one or more customized weighting factors to account for the scope and the severity of each violation and deficiency at a health care facility and its impact on the facility's population in determining the performance rating. The customized weighting factors can be based, for example, upon various rationales with respect to the relative importance and the scope and severity of aspects of health care performance. The customized scores and weighting factors can be based upon analyses and judgments provided by one or more experts who are familiar with and/or specialize in care performance of a certain type of health care facility, such as a nursing home or a long term care facility. The methods and systems can thereby determine a performance rating of a health care facility that reflects the effects of performance violations and deficiencies on the quality of care provided by the facility and distinguishes the facility's care performance from that provided by other similarly rated health care facilities.

[0013] The performance ratings of a health care facility can be determined according to the methods and systems of the invention using, as noted above, federal and state inspection data to base the performance ratings on objective and resident-focused criteria and inspections that monitor a quality of life and a quality of care of the facility's residents and patients. The performance ratings of a health care facility can be based on data and information regarding all facilities certified by the United States government to include even those facilities with the worst or lowest ratings.

[0014] The performance ratings can be used to determine current and historical performance information about a health care facility over a given period of time, and can be used to determine comparative performance information that relates the facility's performance to other similar health care facilities. The comparative performance information can include rankings of similar health care facilities in a given geographical area or region, using city, county, state and national benchmarks to demonstrate those facilities that currently and historically outperformed or under performed their peers.

[0015] The methods and systems of determining a performance rating of a health care facility as described above can be implemented and conducted using a computer implemented system wherein the system is configured and arranged to implement and operate computer software programmed to determine a performance rating of a health care facility as noted above.

[0016] Services can be provided according to methods and systems of the invention to provide consumer access to the performance ratings of health care facilities and other performance related data and information. The performance ratings and related performance data and information can be provided to consumers as detailed comparative reports that allow consumers to review performance ratings and other information relating performance of health care facilities, such as nursing homes, that incorporates information from a variety of sources. The performance ratings can be represented or expressed using an easily understood rating system, e.g., an alphanumeric system whereby a performance rating is expressed as a letter, such as "AAA", "AA", "A", "B", "C" or "D", and a performance rank is expressed as a numerical rank such as "150 out of 190" or "10 out of 25", to provide consumers with an understandable benchmark by which to compare nursing homes.

[0017] Consumer access can be provided using computer implemented methods and systems that employs a network such as the Internet. Computer implemented methods and systems can be implemented, for instance, via a client-server system communicating through the Internet to provide services for consumer access to the detailed comparative reports described above. A computer or server system can receive from a client system, such as a personal or laptop computer, consumer queries or formatted search requests identifying certain criteria for information related to nursing homes and long term care facilities. In response, the computer or server system can provide to the client system the detailed comparative report of nursing homes and long term care facilities that have characteristics that are in accord with or "match" the criteria identified in the consumer queries or formatted search requests.

[0018] The comparative reports can present the performance ratings and performance related data and information in a manner and a format that allows a consumer to review the performance of a health care facility, such as a nursing home, to compare its performance with similar facilities and to make an informed decision or selection of a facility with respect to, for instance, a facility's performance and the consumer's needs.

[0019] These and other advantages of the invention, along with the invention itself, will be more fully understood after a review of the following figures, detailed description, and claims.

BRIEF DESCRIPTION OF THE DRAWINGS

[0020] FIG. 1 is an illustration of a computer system in which methods of the invention can be embodied.

[0021] FIG. 2 is a flow diagram of a method of determining a performance rating of a health care facility, such as a nursing home, according to one aspect of the invention.

[0022] FIG. 3 is a flow diagram of a method for providing services for user access to data and information related to

US 2003/0167187 A1                                            Sep. 4, 2003

3

care performance and performance ratings of one or more health care facilities according to another aspect of the invention wherein the performance ratings are determined by the method of **FIG. 2**.

[0023] FIGS. **4A-4C** is a representative example of a search request module provided to a user according to the method of **FIG. 3** to access performance ratings and performance related data and information about one or more health care facilities.

[0024] **FIG. 5** is a representative example of performance ratings and performance related data and information about the one or more health care facilities provided according to the method of **FIG. 3**.

[0025] **FIG. 6** is a representative example of a first page of a Summary Report, e.g., a Nursing Home Report, generated according to the method of **FIG. 3**.

[0026] **FIG. 7** is a representative example of a second page of the Summary Report of **FIG. 6**.

[0027] FIGS. **8A-8B** are representative examples of a third page of the Summary Report of **FIG. 6**.

[0028] FIGS. **9A-9B** are representative examples of a fourth and a fifth page of the Summary Report of **FIG. 6**.

[0029] **FIG. 10** is a representative example of a sixth page of the Summary Report of **FIG. 6**.

[0030] **FIG. 11** is a representative example of a seventh page of the Summary Report of **FIG. 6**.

[0031] **FIG. 12** is a representative example of an eighth page of the Summary Report of **FIG. 6**.

[0032] **FIG. 13** is a representative example of a ninth page of the Summary Report of **FIG. 6**.

[0033] FIGS. **14A-14B** are representative examples of a tenth and an eleventh page of the Summary Report of **FIG. 6**.

[0034] The drawings are not necessarily to scale with emphasis generally being placed upon illustrating aspects of the invention.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

[0035] The invention is directed to a method of and system for determining a performance rating of a health care facility. The invention further provides a method of determining current and historical performance ratings of a health care facility such as a nursing home or a long term care facility. In another aspect, the invention provides a computer-implemented method of determining a performance rating of a health care facility. In a further aspect, the invention provides a computer implemented method for providing services for user access to data and information related to performance of a health care facility wherein such data and information includes current and historical performance ratings of the health care facility. In a related aspect of the invention, the computer-implemented method further includes providing such performance data and information in a manner and a format accessible and understandable to a user. Other embodiments are within the scope and spirit of the invention.

[0036] The specific terms used below to disclose the preferred embodiments of the invention are used for purposes of clarity. The invention, however, is not limited to the specific terms used to describe the preferred embodiments, and each term at least includes all technical and functional equivalents that operate in a similar manner to accomplish a similar purpose. For purposes of disclosing the invention, the terms "health care facility" and "facility" are used to refer to any type of health care or medical provider or facility such as, for instance, a nursing home or a long term care facility.

[0037] Referring to **FIG. 1**, in one aspect, the invention provides a computer-implemented system for implementing embodiments of the methods according to the invention, as described below in further detail. The computer-implemented system according to the invention can include a computer network that connects two or more general purpose computing devices, e.g., a general purpose computer system **10** as shown in **FIG. 1**. The configuration can be, for example, a client-server configuration or a peer-to-peer configuration. In one embodiment of the invention, the computer-implemented system can be incorporated with or implemented on a collection of networks and gateways that use the transmission control protocol/Internet protocol (TCP/IP) suite of protocols to communicate with one another, such as the Internet. The computer-implemented system can be accessible to users via software, such as a web browser, which allows end users to view hypertext markup language (HTML) documents and to access files and software related to such documents. For embodiments of the invention in which the computer-implemented system includes a computer network, such as the Internet, the representative examples of reports and results can be presented using many different types of World Wide Web (WWW) documents, including, for example, web pages written in HTML. In at least one embodiment, an HTTP or HTTPS server can present one or more HTML documents and associated files, scripts, and databases as a "web site."

[0038] As noted, the computer-implemented system can connect two or more computing devices wherein each computing device can include the general purpose computer system **10** shown in **FIG. 1**. The general purpose computer system **10** can include, although is not limited to, a personal computer (PC), a laptop computer, a server, a workstation, a personal digital assistant (PDA), a mobile communications device, an interconnected group of general purpose computers and the like that runs any one of a variety of operating systems. A block diagram of the general-purpose computer system **10** usable with at least one embodiment of the invention is illustrated in **FIG. 1**.

[0039] The general purpose computer system **10** can include a central processor **12**, associated memory **13** for storing programs and/or data, one or more input/output ports **16**, a network interface **18**, a display device **20**, one or more input devices **22** and a data bus **30** coupling these components to allow communication between the components. The associated memory **13** can include main memory **14**, random access memory (RAM) and/or read only memory (ROM) for storing programs and data, as well as a fixed or hard disk drive unit **24**, a removable disk drive unit **26**, such as a floppy disk or a CD-ROM drive, and/or a tape drive unit **28**.

US 2003/0167187 A1

9

Sep. 4, 2003

provides a computer implemented method **300** for providing services for user access to data and information related to care performance and performance ratings, rankings, reports and the like of one or more health care facilities. The method **300** further includes providing such performance data and information in a manner and a format that a user can access and use, e.g., to review performance of a number of health care facilities. In one embodiment, the method **300** is implemented via the general purpose computer system **10**, as described above. Those skilled in the art will recognize that other types of automatic processing systems are suitable for implementing the method **300** according to the invention.

[0075]   The system **10** is configured and arranged to provide services for user access to performance data and information compiled and created by computer software wherein at least a portion of the performance data and information the computer software creates includes performance ratings and rankings of health care facilities determined according to the method **100** of the invention described above with reference to **FIG. 2**. The system **10** can be further configured and arranged to provide services for user access to the computer software, the memory **13** and/or the one or more databases **15** associated with the system **10** that store such performance data and information.

[0076]   In one embodiment, the method **300** employs the general purpose computer system **10** as part of a client-server system wherein the system **10** is configured and arranged as a server system that provides services to a client system, e.g., a user computer, such that the client system can access and search the computer software and/or the one or more databases **15** to retrieve performance ratings and rankings and other related performance data and information. In one embodiment, the method **300** includes operatively coupling the system **10** to the user computer, e.g., a personal or laptop computer, via a communications channel, for example, a network such as the Internet to provide user access to such performance data and information.

[0077]   The method **300**, as described below with reference to **FIG. 3**, and in further reference to **FIG. 1** and FIGS. **4A-4C**, is one example of providing services for user access to performance data and information related to health care facilities and is exemplary only and not limiting. The method **300** can be altered, e.g., by having stages added, removed or rearranged.

[0078]   At stage **310**, the system **10** receives a message a user sends from the user computer via a network, e.g., the Internet. In response to receipt of the message, the system **10** operatively connects to the user computer.

[0079]   At stage **320**, the system **10** receives one or more queries a user transmits to the system **10** via the user computer, e.g., using a web browser application running on the user computer. In one embodiment, the one or more queries can include search requests including one or more search parameters. The search parameters can include, for instance, requests for information related to one or more specific health care facilities, e.g., nursing homes or long term care facilities, designated by name in the search requests. The one or more search parameters can also relate to requests for information about health care facilities located in a specific geographical area or region, e.g., a city, county or state, designated, for instance, by a city name or a county name in the search requests.

[0080]   In one embodiment, the system **10** can be further configured and arranged to operate a searching and matching function in accordance with instructions provided by the computer software whereby one or more queries received from the user are formatted as a selection of different search criteria. As shown in FIGS. **4A-4C**, the system **10** can provide to the user computer, in response to the user's request, a search request module or online form, e.g., one or more HTML documents and/or WWW documents including, but not limited to, web pages written in HTML. The search request module or form can provide different search criteria that the user selects to format a search request for performance data and information. In one embodiment, the user selects in the request form one or more criteria to format a search request and to define the performance data and information desired, which the system **10** receives from the user computer as a formatted search request. The search criteria can relate to different characteristics and types of parameters related to nursing homes or long term care facilities. As shown in FIGS. **4A-4C**, search criteria can include, but are not limited to, the geographical location of a facility, e.g., selected in the search form as a city, county or state, the size of a facility, e.g., selected as number of beds per facility, the types of rehabilitation provided by a facility, e.g., selected as a number of facility residents receiving rehabilitation services, the extent of psychiatric diagnoses, e.g., selected as a number of facility residents having a psychiatric diagnosis, the special types of care with which a facility has experience, e.g., selected as one or more characteristics of care such as chemotherapy, and other criteria related to, for instance, a facility's physical characteristics and a facility's funding and financial assistance. The method **300** of the invention, however, is not limited with respect to the number and type of criteria by which the system **10** can operate the searching and matching function to provide a user access to performance ratings and ranks and other related performance data and information.

[0081]   At stage **330**, in response to the system **10** receiving the one or more user queries, the system **10** operatively connects the user computer to the system **10** such that the user computer can access performance data and information. In one embodiment, the system **10** can operatively connect to the user computer and can provide the user computer with access to at least one of the one or more databases **15** associated with the system **10** in which ratings and rankings and other performance related data and information is managed and stored. In another embodiment, the system **10** can receive the one or more user queries as a formatted search request as described above. In accordance with the computer software, the system **10** searches, e.g., one or more of the databases **15** associated with the system **10**, to retrieve, e.g., from at least one of the databases **15**, performance data and information including ratings and rankings related to one or more facilities that comply with or "match" the search criteria identified in the formatted search request. In one embodiment, the performance ratings and rankings are determined according to the method **100** of **FIG. 2** wherein customized scores and customized weighting factors are used to calculate the ratings and rankings.

[0082]   At stage **340**, the system **10** is further configured and arranged to provide the retrieved performance ratings and rankings and other related performance data and information to the user computer in a manner and a format such

MDX 0000106

US 2003/0167187 A1                                                                Sep. 4, 2003

10

that the user computer displays such performance data and information in a presentation that is accessible and easily understandable by the user.

[0083] Referring to **FIG. 5**, in one embodiment, the system **10** is configured and arranged to provide final facility scores or performance ratings and rankings and other performance related data and information for one or more facilities that the system **10**"matches" to the criteria identified in one or more user queries or formatted search requests. **FIG. 5** shows a representative example of a screen shot of an HTML document or a WWW document, e.g., a web page written in HTML, the system **10** provides to the user computer according to the method **300** of the invention. The screen shot displays the final facility scores or performance ratings and rankings of a set of six nursing homes the system **10** retrieved in response to a request for information related to nursing homes within a certain state, e.g., Massachusetts, and a certain county, e.g., Norfolk, as indicated in the search request shown in **FIG. 4A**.

[0084] The performance ratings and rankings displayed in **FIG. 5** are represented by "Historical" and "Current" ratings and rankings. The third column of the screen shot displays the "Historical" performance ratings and comparative "Historical" rankings of the six nursing homes. The "Historical" rating of each facility, as created according to stages **250** and **260** of the method **100** described above, is expressed by an alphabetical rating system, e.g., AAA, AA, A, B, C, D, wherein AAA represents a highest rating. The comparative "Historical" ranking of each facility, as determined according to stage **270** of the method **100**, is represented by a numerical rank or position of the facility within the total population of facilities in a given area, e.g., Norfolk County, Massachusetts, wherein the higher the rank, the better the performance of a facility in comparison to all facilities in the given area. The fourth column shown in **FIG. 5** displays the "Current" performance ratings and rankings of the six facilities wherein the "Current" rating and ranking reflects the most recent performance data and rating and rank as determined by the method **100** of the invention. For example, the screen shot indicates that the nursing home named "Clark House" has a "Historical" rating of "A" and a "Current" rating of "AAA", a "Historical" rank of "192 out of 510 providers" and a "Current" rank of "Best out of 510 providers", suggesting that this facility's performance in providing nursing care received a relatively high rating and ranking in comparison to other similar facilities located in Norfolk County, Massachusetts.

[0085] Other information about a facility can be displayed by the screen shot of **FIG. 5** including, but not limited to, the likelihood of an available bed at the facility, displayed, for example, as the "Bed Availability Indicator", the "Total Number of Beds" at the facility, the number of miles the facility is located from a given zip code, displayed as "Miles from Zip Code", and an icon or link designated "Community Reviews" to connect to other HTML documents and/or web pages or web sites that provide community reviews of the associated facility.

[0086] The screen shot can further include an icon or link designated "Order Report", as displayed in the second column of **FIG. 5**, or an order area in the screen shot (not shown), to allow a user to order electronically a copy of a "Report" about a facility.

[0087] In one embodiment, the system **10** is configured and arranged to provide the "Report" to the user computer and can include one or more reports and/or summaries including a facility's performance ratings and rankings as created by the method **100** of the invention. The "Report" can provide other performance related data and information the system **10** and the computer software at least compiles and stores in connection with the facility, including, but not limited to, the inspections performed at the facility, the ranking information used to determine the facility's rank, data on patients residing at the facility and the like, to provide further information about the care performance of the facility. The "Report" can provide summaries and reports including the same or similar information as the raw data and information received at stage **105** of the method **100** of **FIG. 2**; however, the system **10** is configured and arranged to provide summaries and reports that present such raw data and information in a manner and a format that is understandable to a user. The "Report" can provide summaries and reports including other raw data and information that is not received at stage **105** of the method **100**, and can include other data or information.

[0088] Referring to FIGS. **6-14**, a representative example of a "Report" about a specific nursing home that the system **10** provides to the user computer for access and display is shown. In one embodiment, the "Report" can include a multi-page HMTL document and can be entitled "Nursing Home Report", as shown. In response to receipt of an electronic request for a "Report", e.g., sent via the "Report" icon associated with a specific nursing home as shown in **FIG. 5**, the system **10** retrieves the appropriate "Report" corresponding to the designated nursing home and downloads the "Report" to the user computer for display and user access.

[0089] **FIG. 6** illustrates one page of the "Report" that can include a "Current County Rank" that represents a rank of the designated nursing home with respect to other similar facilities in a given county based on each facility's most recent final facility score or performance rating, as determined by the method **100** of the invention of **FIG. 2**. Each facility's score or rating takes into account the importance and the scope and severity of the facilities' performance violations and/or deficiencies as discuss above, as well as other performance measures that can be taken into account. In at least one embodiment, methodology to determine the "Current County Rank" includes grouping and comparing final facility scores or performance ratings of a number of facilities in a given county, as described above in stage **280** of the method **100** of the invention; however, determining the "Current County Rank" is not limited to such methodology and can be determined by other methods.

[0090] The "Current County Rank" reflects the designated nursing home's short-term quality of care performance countywide. The closer a nursing home's rank is to the top of a range of ranks, e.g., 1 out of 10, the more likely the facility has few violations that are deemed important and/or prevalent. For example, the "Current County Rank" shown in **FIG. 4**, e.g., "20 out of 21", indicates that the nursing home in question is ranked one of the worst in the county in which it is located.

[0091] In addition, the "Report" can include a "Current State Rank" that ranks facilities within a given state in which