Civil Action No. 11-CV-00520-PAB-BNB


**HEALTH GRADES, INC.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT**

_____


**Exhibit S --  Deposition of David Hicks**
(*selected portions*)

Page 1

1   UNITED STATES DISTRICT COURT
    DISTRICT OF COLORADO

2

    Civil Action No. 11-CV-00520-PAB-BNB

3   _____

4   DEPOSITION OF DAVID HICKS          January 11, 2012

5   _____

    HEALTHGRADES, INC.,

6

        Plaintiff,

7
                                    Condensed
    vs.                                Copy

8
    MDX MEDICAL, INC. d/b/a VITALS.COM,

9

        Defendant.

10  _____

11  APPEARANCES
12      ROTHGERBER JOHNSON & LYONS, LLC
            By Jesús M. Vázquez, Jr., Esq.
13          Kris J. Kostolansky, Esq.
            1200 17th Street, Suite 3000
14          Denver, Colorado  80202
            (303) 623-9000

15

        MERCHANT & GOULD
16          By Kirstin L. Stoll-DeBell, Esq.
            1050 Seventeenth Street, Suite 1950
17          Denver, Colorado  80265-0100
            (303) 357-1670

18
                    Appearing on behalf of Plaintiff
19

        SILLS CUMMIS & GROSS, PC
20          By Scott David Stimpson, Esq.
            David C. Lee, Esq.
21          30 Rockefeller Plaza, 25th Floor
            New York, New York  10112
22          (212) 643-1546
                    Appearing on behalf of Defendant
23
24
25      Job No. NJ371356

Page 2

1      Pursuant to Subpoena and the Federal Rules of
2 Civil Procedure, the deposition of DAVID HICKS, called
3 by Defendant, was taken on Wednesday, January 11, 2012,
4 commencing at 8:02 a.m., at 1200 17th Street, Suite
5 3000, Denver, Colorado, before Andrea Ballantyne,
6 Certified Shorthand Reporter and Notary Public within
7 and for the State of Colorado.
8
9              I N D E X
10

11 DEPOSITION OF DAVID HICKS
12 EXAMINATION BY:             PAGE
13    Mr. Stimpson              4
14    Mr. Vázquez              --
15
16
17 EXHIBITS         INITIAL REFERENCE
18 Exhibit 1    Subpoena to Testify at a     5
           Deposition in a Civil Action
19
   Exhibit 2    Amended Subpoena to Testify    5
20          At a Deposition in a
         Civil Action
21
   Exhibit 3    United States Patent, Patent    21
22          Number 7,752,060 B2
23 Exhibit 4    Patent Prosecution History    29
24 Exhibit 5    Request for Provisional      60
         Application
25

Page 3

1 EXHIBITS (Continued)
2 Exhibit 6    United States Patent, Patent    61
        Number US 2003/0195838 A1
3
   Exhibit 7    E-mail Chain between Steve    78
4         Wood, Dave Hicks, Kevin Kelly
        With Attachment
5
   Exhibit 8    E-mail Chain between Jim     90
6         Kloberdanz and Jennifer
        Slawson with Attachment
7
   Exhibit 9    Patent Experience Survey     129
8         Numbers
9 Exhibit 10    HealthGrades Enhances Physician   131
        Quality Reports for Consumers
10
   Exhibit 11    Plaintiff's Initial Disclosures   106
11         Pursuant to
        Fed R. Civ. P. 26(a)(1)(A)
12
   Exhibit 12    Merchant & Gould Privilege Log   135
13
   Exhibit 13    HealthGrades Profile of David    144
14         A. Drucker, MD
15
16
17
18
19
20
21
22
23
24
25

Page 4

1          P R O C E E D I N G S
2          DAVID HICKS,
3 being first duly sworn in the above cause, was examined
4 and testified as follows:
5          EXAMINATION
6 BY MR. STIMPSON:
7    Q. Good morning, Mr. Hicks.
8    A. Good morning.
9    Q. My name is Scott Stimpson. I'm going to be
10 asking you questions today. Have you ever had your
11 deposition taken before?
12    A. Yes.
13    Q. How many times?
14    A. Twice.
15    Q. Can you tell me what connections those were?
16    A. One was with litigation with HealthGrades
17 versus Hewitt Associates, and another one -- I don't
18 remember the context of it, but it was with my -- some
19 case against my brother.
20    Q. Okay. When were those depositions, just
21 roughly?
22    A. The Hewitt one was 2004, maybe 2005. I think
23 something in that range. The other one was -- boy.
24 2008 maybe.
25    Q. Your brother, is he employed by HealthGrades?

Page 5

1 Does he work for HealthGrades?
2    A. Yes. He's the CEO.
3    Q. Did that case involve HealthGrades?
4    A. I don't recall.
5    Q. Okay. Well, anyway, you're an old pro at
6 depositions. This is your third one now. Just as a
7 reminder, when I ask the questions, you'll be expected
8 to answer completely and truthfully. Do you understand?
9    A. Yes.
10    Q. And if there's anything about my questions you
11 don't understand, please just let me know.
12    A. Okay.
13    Q. We'll get it clarified for you.
14      Mr. Vázquez may have objections today. Unless
15 he instructs you not to answer, you'll be expected to
16 answer the question, okay?
17    A. Okay.
18    Q. Can you --
19      MR. STIMPSON: Actually, let me have the
20 notices for today, David, the subpoena.
21      MR. LEE: Mark it as --
22      MR. STIMPSON: Defendant's Exhibit 1.
23      MR. LEE: DH for David Hicks?
24      MR. STIMPSON: No, just 1.
25      (Exhibits 1-2 were marked.)

2 (Pages 2 - 5)

Page 58

1    A. That was the determination of what other data
2 sources are available, either public or private, that we
3 could obtain key pieces of information that we felt like
4 the patient would like to see.
5    Q. And how did you distinguish between what would
6 be verified by a third party and what would be verified
7 by the healthcare provider?
8    A. We believe the third-party-provided information
9 provided us with much more data on -- it was kind of a
10 speed to market; so how fast can we obtain a broader,
11 more expanded universe of data.
12    Q. Anything else?
13    A. I think that -- yeah. There may be other
14 components of that, but I don't -- that was the basis of
15 it.
16    Q. Was there also sort of a common sense approach
17 that some types of data you don't want to rely on the
18 healthcare provider itself, like, for example,
19 disciplinary action?
20    A. We looked at each one of those data elements,
21 and we were making those determinations too.
22    Q. Were you involved in the decision to bring this
23 litigation?
24    A. I really don't remember.
25    Q. You don't remember whether you were involved at

Page 59

1 all in the decision to sue Vitals on your patent?
2    MR. VÁZQUEZ: Form.
3    A. I really wasn't. I mean --
4    Q. (By Mr. Stimpson) You weren't --
5    A. -- I really don't remember.
6    Q. Do you know if anybody from HealthGrades looked
7 at the Vitals Web site in, say, two months prior to
8 bringing litigation?
9    A. I don't know.
10    Q. But to your knowledge you don't know of anybody
11 who actually looked at the Vitals Web site within a
12 couple months of bringing litigation, right?
13    A. Yeah. I'm not sure.
14    Q. Okay. Let's put the patent aside for just a
15 second, okay? I'm going to put back in front of you
16 Defendant's Deposition Exhibit 4, the prosecution
17 history.
18       Did you get copies of the correspondence back
19 and forth with the patent and trademark office when this
20 application was pending?
21    A. I don't remember.
22    Q. Were you involved in the prosecution at all;
23 that is, determining how the claim should be changed or
24 how to argue over prior art?
25    MR. VÁZQUEZ: Form.

Page 60

1    A. I really don't remember.
2    Q. (By Mr. Stimpson) Do you know of anybody who
3 was involved with the patent prosecution?
4    A. Not really. I don't know who would have been
5 doing that.
6    Q. Do you remember any meetings, with regard to
7 the pending application, what was happening during the
8 patent prosecution?
9    A. No, I don't recall.
10    (Exhibit 5 was marked.)
11    Q. (By Mr. Stimpson) Let me show you what's been
12 marked as Defendant's Deposition Exhibit 5, Mr. Hicks.
13 Take a minute to flip through that, and I'll ask you a
14 couple of questions about it.
15       If it helps, Mr. Hicks, too, it might help your
16 review, I'll represent to you that that is the
17 provisional application, which is the first application
18 that was filed on the '060 patent. It's referenced
19 right there. That's so just so you have some context.
20 But take a look.
21    A. (Deponent complied.)
22    MR. VÁZQUEZ: Do you want him to read it,
23 Counselor, or just sort of flip --
24    MR. STIMPSON: No, no, just flip through it. I
25 mean --

Page 61

1    MR. VÁZQUEZ: If you're asking him a specific
2 question, just give him a chance to read it.
3    MR. STIMPSON: Yeah.
4    Q. (By Mr. Stimpson) My first question is, do you
5 recognize this as your provisional application that was
6 filed in February of '06?
7    A. I'm sorry. I don't remember.
8    Q. This was a -- there was a second application
9 that was filed, a thicker application, which is in the
10 prosecution history here in Exhibit 4. That was filed
11 in August of 2006. Do you have any recollection as to
12 the -- what was added from the provisional application
13 to the regular application of August of 2006?
14    MR. VÁZQUEZ: Form.
15    A. I don't have any recollection. Yeah.
16    Q. (By Mr. Stimpson) I'm sorry. You can put that
17 away then. That's all.
18    (Exhibit 6 was marked.)
19    Q. (By Mr. Stimpson) Let me show you what's been
20 marked as Defendant's Deposition Exhibit 6. And I'll
21 represent to you, sir, this is a copy out of a prior art
22 reference that was cited during the prosecution of your
23 patent application. Have you ever seen this before?
24    A. I really don't remember.
25    Q. As you're a named inventor on the patent, I'm

Page 126

1 give you foreign language data?
2    A. I don't know the specific data source.
3    Q. You don't know what you were using for
4 third-party sources in 2004?
5    A. At that time, I did; today, I don't.
6    Q. Okay. So the next page, 32096, quality ratings
7 for area hospitals -- actually at the top it says
8 gender. Is that right?
9    A. Yes.
10   Q. And that's for -- that's also information
11 that's provided in this report in 2004 then, right?
12   A. Yes.
13   Q. And below that is quality ratings of area
14 hospitals?
15   A. Yes.
16   Q. So, again, in this report in 2004, the concept
17 of rating healthcare providers is also shown?
18      MR. VÁZQUEZ: Form.
19   A. Yes.
20   Q. (By Mr. Stimpson) Were you an inventor on the
21 comparison ratings part of this Claim 1?
22      MR. VÁZQUEZ: Form.
23   A. I don't understand.
24   Q. (By Mr. Stimpson) Well, we've talked about
25 this language, comparison ratings of healthcare

Page 127

1 providers, in the patent claim.
2    A. Okay.
3    Q. Right. Did you come up with that idea?
4    A. I don't recall.
5    Q. Do you remember who might have contributed to
6 that?
7    A. No, I don't.
8    Q. How about the part about patient ratings up
9 above here on the first "compiling" paragraph there?
10 Patient ratings, do you remember if you were involved
11 with that idea?
12   A. I don't remember.
13   Q. Do you remember if anybody -- anybody who was?
14   A. No.
15   Q. Can we look at 32100, please? This is a
16 hospital quality report.
17   A. Yes.
18   Q. This is also 2004?
19   A. Yes.
20   Q. And this is also -- this report is basically
21 just a report on ratings of healthcare providers, right?
22   A. Hospitals, yes.
23   Q. Yeah. A hospital is a healthcare provider,
24 right?
25   A. Yes.

Page 128

1    Q. And if you could turn to Page 32105.
2    A. (Deponent complied.)
3    Q. Are those comparison ratings under the
4 orthopedics ratings?
5    A. They're service ratings.
6    Q. Are they comparison ratings of healthcare
7 providers under Claim 1 of your patent, sir, in your
8 view?
9    A. They're service ratings.
10   Q. Can you not answer the question?
11   A. I don't know. I think -- I don't know.
12   Q. There are several reports in Exhibit 8 from
13 2004, Mr. Hicks, right?
14   A. Yes.
15   Q. Why didn't you disclose them to the United
16 States Patent and Trademark Office in connection with
17 the prosecution of the '060 patent?
18      MR. VÁZQUEZ: Form.
19   A. I don't know.
20      MR. STIMPSON: Want to take a break?
21      MR. VÁZQUEZ: Sure.
22      (Short recess from 11:30 a.m. to 11:41 a.m.)
23      (Mr. Kostolansky exited deposition room.)
24   Q. (By Mr. Stimpson) Let me show you what's
25 marked as Exhibit 9, Mr. Hicks, a one-page document

Page 129

1 bearing Bates No. HG0209647.
2      MR. VÁZQUEZ: 9. Thank you.
3    Q. (By Mr. Stimpson) Can you identify this
4 document for me, please?
5    A. It's a report showing the patient experience
6 surveys filled out. It looks like number of users that
7 filled out a survey and number of surveys filled out.
8    Q. So at least as early as October 2004,
9 HealthGrades was collecting patient-provided data on
10 healthcare providers?
11   A. Patient experience surveys.
12   Q. Okay. And what did this survey request? Do
13 you remember?
14   A. It was the questions we asked patients about
15 that provider. For example, was the physician -- I
16 don't remember all the questions and the specific
17 sentences on those, but would you recommend this
18 physician to family and friends; how friendly was the
19 office staff; those kinds of things.
20   Q. Where would we find the results of these
21 surveys? Are they still at HealthGrades?
22   A. I believe so.
23   Q. Who -- do you know where they would be?
24      Like, as opposed to just generally at
25 HealthGrades, are they in somebody's office, on the

33 (Pages 126 - 129)