# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## DECLARATION OF DAVID C. LEE

David C. Lee, being of full age, hereby declares and states as follows:

1. My name is David C. Lee. I am over the age of 18 years, and have personal knowledge of the facts stated herein.

2. I am an associate at Sills Cummis & Gross P.C., attorneys for Defendant MDx Medical, Inc. ("MDx"). I submit this declaration in support of MDx's Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of No Willfulness.

3. Attached hereto as Exhibit A is a true and correct copy of United States Patent No. 7,752,060.

4. Attached hereto as Exhibit B are true and correct copies of portions of MDx's Second Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories.

5. Attached hereto as Exhibit C are true and correct copies of email correspondence between counsel for MDx and counsel for Health Grades, Inc. on April 7, 2011 and April 11, 2011.

6. Attached hereto as Exhibit D is a true and correct copy of a printout of a web page from the American Board of Medical Specialties website, accessed on June 4, 2012.

7. Attached hereto as Exhibit E is a true and correct copy of a printout of a web page from the Pennsylvania Department of State website, accessed on June 4, 2012.

8. Attached hereto as Exhibit F is a true and correct copy of a document production bearing bates range MDX 0011997 – MDX 0011998, which contains an email sent by Mitchel Rothschild on January 5, 2011 regarding Vitals Policy Confirmation.

9. Attached hereto as Exhibit G is a true and correct copy of the Freedom to Operate Opinion Letter of Philip Braginsky, Esq.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/2/2012                       _____
                                              DAVID C. LEE

3