# EXHIBIT C

# Lauren Siber

| | |
|---|---|
| **From:** | Vazquez, Jesus [jvazquez@rothgerber.com] |
| **Sent:** | Monday, April 11, 2011 2:34 PM |
| **To:** | Scott D. Stimpson |
| **Cc:** | Jeffrey Wasserman; Mark J. Rosenberg; David C. Lee |
| **Subject:** | RE: MDX current website |

Scott,

Thanks for your email. We understand your contention that your client's current website does not provide a report with comparison ratings, and thus does not infringe our client's patent. You have asked us to confirm this is the case. Confirming this is not as simple as you state in your email, and we are still undertaking a review of the "current" website.

We are disappointed that at the same time your client contends that because the previous website was modified to remove the 'report with comparison ratings' it does not currently infringe, they are not willing to concede that the previous website infringed the patent. It's also a bit troubling that you cannot provide any information regarding why the changes were made and what exactly was changed. Hopefully you will be able to locate that information.

In any event, we anticipate completing our evaluation and also related discussions with our client this week, and I will contact you as soon as we're done.

Thanks. Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Thursday, April 07, 2011 9:57 AM
**To:** Vazquez, Jesus
**Cc:** Jeffrey Wasserman; Mark J. Rosenberg; David C. Lee
**Subject:** MDX current website

Jesus:

This is further to our discussions on March 22, April 1, and April 5, regarding whether the MDx current website is accused of infringement.

Pursuant to your request, we have begun looking for any documents relating to the changes made to the website code, including website screens, email correspondence, etc. To date, we have had no luck finding any relevant documents. We understand that this was a change that was discussed internally and then implemented by the website team. With that said, one member of the website team is currently out of the office and

he may be helpful to locate documents relating to the change. If he is able to discover any relevant documents we will promptly follow up with you.

While we are happy to cooperate and provide the documents we have, we do not think that they are not relevant for your analysis. You and your client can clearly see how the website has changed by comparing the screenshots from your earlier analysis with the current version of the website. You will see that, for example, the current website never provides a report on a healthcare provider that includes comparison ratings of other providers. We can also tell you that the change was implemented in early January of 2011.

While we appreciate that you and your client are still evaluating the current version of the website, the one "comparison ratings" issue should be easy to analyze. As I advised you, we cannot see how it could be accused, and we will need to tee it up for early summary judgment if it is. We intend to file our summary judgment motion early next week unless we have confirmation that the current website is not accused. We would appreciate having your response as soon as possible.

We do not believe our earlier version of our website was infringing either. However, if we can agree that the current website does not infringe, I suspect that we can reach an amicable agreement on the earlier version, and so resolve the entire case.

We look forward to hearing from you.

Regards.

Scott



**Sills Cummis & Gross** P.C.

**Scott D. Stimpson**
Member of the Firm

**New York** | Map    d (212) 500-1550   f (212) 643-6500   One Rockefeller Plaza   New York, NY 10020

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages

10/26/2012

express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer