# EXHIBIT E



MDX 0104137