# EXHIBIT 2

(Placeholder for Restricted Filing)