# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## DECLARATION OF DAVID C. LEE

David C. Lee, being of full age, hereby declares and states as follows:

1.     My name is David C. Lee. I am over the age of 18 years, and have personal knowledge of the facts stated herein.

2.     I am an associate at Sills Cummis & Gross P.C., attorneys for Defendant MDx Medical, Inc. ("MDx"). I submit this declaration in support of MDx's motion of partial summary judgment (1) that Health Grades, Inc. is not entitled to lost profits; and (2) royalty rates may not be applied to revenue of the entire accused website.

3.     Attached hereto as Exhibit A are true and correct copies of portions of the transcript of the deposition of David A. Hall.

4.     Attached hereto as Exhibit B are true and correct copies of portions of the expert report of David A. Hall.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/2/2012

_____
DAVID C. LEE

3