# EXHIBIT B

# HealthGrades, Inc.

## v.

## MDx Medical, Inc. d/b/a Vitals.com

Expert Report of David A. Hall

*[signature: David A. Hall]*

July 13, 2012



ALVAREZ & MARSAL GLOBAL FORENSIC AND DISPUTE SERVICES, LLC

III. SUMMARY OF ANALYSIS AND OPINIONS

    A. HealthGrades' lost profits and reasonably royalty damages suffered through May 2012 as a result of Vitals' infringement of the '060 patent are approximately $2,262,000.

    B. 12% is a reasonable royalty resulting from a hypothetical negotiation for Vitals related to the '060 patent.

    C. Reasonable Royalty Damages on the all Vitals' infringing revenue through June 2012 are approximately $926,000.

REDACTED