**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO RESTRICT ACCESS TO DOCUMENT 340, AND TO REPLY IN SUPPORT OF MOTION FOR DETERMINATION THAT NINE MDx LICENSING AGREEMENTS ARE SUBJECT TO THE TERMS OF THE PROTECTIVE ORDER**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, hereby moves for an extension of time to file its motion to restrict access to Documents 340, 340-1, 340-2, 340-3, 340-4, 340-5, 340-6, 340-7, 340-8, and 340-9 (Health Grades' Response to MDx's Motion for Determination that Nine MDx Licensing Agreements are Subject to the Terms of the Protective Order).  MDx further moves for an extension to reply in support of its Motion for Determination that Nine MDx Licensing Agreements are Subject to the Terms of the Protective Order (Docket #310).  In support of this motion, MDx states:

**CERTIFICATE OF CONFERRAL**

Counsel for MDx conferred with counsel for Health Grades, Inc. ("Health Grades"), Gregory Kanan, regarding the relief requested in this motion, on November 2, 2012, in

1

accordance with D.C.COLO.LCivR 7.1(A). Counsel for Health Grades stated that Health Grades does not oppose the relief requested in this motion.

## MOTION

1. On September 28, 2012, MDx filed a Motion for Determination that Nine MDx Licensing Agreements Are Subject to the Terms of the Protective Order in this Case as Properly Designated as Highly Confidential – Attorneys' Eyes Only (Docket #310) (the "Motion for Determination").

2. Health Grades filed its Response to the Motion for Determination as Restricted Level 1 Documents on October 22, 2012 (Docket #340, 340-1, 340-2, 340-3, 340-4, 340-5, 340-6, 340-7, 340-8, and 340-9).

3. Pursuant to D.C.COLO.LCivR 7.2(D), the deadline to file a motion to restrict access to Health Grades' response to the Motion for Determination, and to the attachments to that response, is November 5, 2012.

4. The deadline for MDx to reply in support of its Motion for Determination is November 8, 2012.

5. As a result of Hurricane Sandy, MDx currently still does not have email access fully restored. In addition, its lead counsel on the East Coast continues to experience closure of its office due to flooding and lack of power. Lead counsel for MDx therefore continues to be without access to the information necessary to complete the referenced motion and reply, and additional time is, therefore, necessary.

6. MDx accordingly requests a modest extension of time, of up to and including Friday, November 9, 2012, to file its motion to restrict access to Documents 340, 340-1, 340-2,

340-3, 340-4, 340-5, 340-6, 340-7, 340-8, and 340-9, and to reply in support of its Motion for Determination.

      7.      No party will be prejudiced by the granting of this motion.

      8.      This motion is not brought for any improper purpose.

## **CONCLUSION**

WHEREFORE, for the foregoing reasons, MDx respectfully requests that this Court grant it an extension of time of up to and including Friday, November 9, 2012, to file a motion to restrict access to Documents 340, 340-1, 340-2, 340-3, 340-4, 340-5, 340-6, 340-7, 340-8, and 340-9, and for it to reply in support of its Motion for Determination that Nine MDx Licensing Agreements Are Subject to the Terms of the Protective Order in this Case as Properly Designated as Highly Confidential – Attorneys' Eyes Only.

Dated: November 2, 2012                              Respectfully submitted,

*s/ Terence M. Ridley*
Terence M. Ridley
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail:  ridley@wtotrial.com

and

Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel:  (212) 643-7000
Fax:  (212) 643-6500
E-mail:  sstimpson@sillscummis.com
E-mail:  smurray@sillscummis.com
E-mail:  dlee@sillscummis.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

4

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2012, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO RESTRICT ACCESS TO DOCUMENT 340, AND TO REPLY IN SUPPORT OF MOTION FOR DETERMINATION THAT NINE MDx LICENSING AGREEMENTS ARE SUBJECT TO THE TERMS OF THE PROTECTIVE ORDER with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Robert Charles Blume**
  rblume@gibsondunn.com, ralfrey@gibsondunn.com

- **Gregory B. Kanan**
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Scott Butler Murray**
  smurray@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Jesus Manuel Vazquez , Jr**
  jvazquez@rothgerber.com, phenke@rothgerber.com

                                                *s/ Terence M. Ridley*
                                                Terence M. Ridley
                                                Wheeler Trigg O'Donnell LLP
                                                370 Seventeenth Street, Suite 4500
                                                Denver, Colorado 80202
                                                Tel:  (303) 244-1800
                                                Fax:  (303) 244-1879
                                                E-mail:  ridley@wtotrial.com