IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF
MR. DAVID HALL PURSUANT TO FED. R. EVID. 403 AND 702, AND
*DAUBERT V. MERRELL DOW PHARMS., INC.*, 509 U.S. 579 (1993)**

# Placeholder for Restricted Filing
# and
# Cover for Unrestricted Exhibits