# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S NOTICE OF
RULE 30(B)(6) DEPOSITION TO HEALTH GRADES, INC.**

---

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, hereby requests that Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades") designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf as to the following topics set forth in Exhibit A, for deposition upon oral examination on June 14, 2012, at 8:00 o'clock in the morning, at the offices of Rothgerber Johnson & Lyons LLP, One Tabor Center, Suite 3000, 1200 17th Street, Denver, Colorado, or at a mutually agreeable location.  The deposition will be taken before a notary public or some other officer authorized to administer oaths under the law, will be recorded by stenographic means and will continue from day-to-day until completed.

MDx requests that, at least one week prior to the deposition, Health Grades identify the witness(es) designated for each deposition topic.

**PLEASE TAKE FURTHER NOTICE** that this deposition is being taken for the purpose of discovery, for use at trial, and for such other purposes as permitted by law.

Dated:  May 22, 2012                                  Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: smurray@sillscummis.com
E-mail: dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>May 22, 2012</u>, I have caused a true and correct copy of the foregoing MDX MEDICAL, INC.'S NOTICE OF RULE 30(B)(6) DEPOSITION TO HEALTH GRADES, INC. to be served upon counsel for Health Grades, Inc. by electronic mail transmission to the following individuals:

>Jesus Manuel Vazquez , Jr.
>Kris John Kostolansky
>Jeffrey David Phipps
>ROTHGERBER JOHNSON & LYONS LLP
>One Tabor Center, Suite 3000
>1200 Seventeenth Street
>Denver, CO 80202
>Tel: (303) 623-9000
>Fax: (303) 623-9222
>jvazquez@rothgerber.com
>kkosto@rothgerber.com
>jphipps@rothgerber.com
>
>*Attorneys for Plaintiff Health Grades, Inc.*

<u>s:/David C. Lee</u>

**EXHIBIT A**

**INSTRUCTIONS AND DEFINITIONS**

MDx Medical, Inc. ("MDx") incorporates by reference the Definitions and Instructions in its First Set of Interrogatories (Nos. 1-6) served June 8, 2011, as if fully set forth herein.

**DEPOSITION TOPICS**

1. Overview of all of Health Grades' products and services, including, but not limited to, use of such products and services, features that drive demand for such products and services, and limitations of such products and services.

2. Products and/or services of Health Grades that embody and/or employ any claim of the Patent-In-Suit, including the claim number of any such claim, and how any such claim is embodied or employed.

3. Products and/or services of other companies that compete with Health Grades' products or services that embody and/or employ any claim of the Patent-In-Suit.

4. Products and/or services of Health Grades that do not embody or employ any claim of the Patent-In-Suit.

5. Products and/or services of other companies that compete with Health Grades' products or services that do not embody and/or employ any claim of the Patent-In-Suit.

6. Overall financial information and financial systems for Health Grades, including, but not limited to, account systems and records, revenue, revenue projections, profitability, costs, cost projections, marketing costs, advertising costs, and research and development costs.

7. Revenue derived directly or indirectly from Health Grades' products and/or services that embody and/or employ any claim of the Patent-In-Suit, including, but not limited to, sources of such revenue and pricing used to derive such revenue.

8. Costs expended by Health Grades to derive the revenue of topic 7, including, but not limited to, sources of such costs and amounts paid within such costs.

9. Advertising and/or marketing efforts made by Health Grades to derive the revenue of topic 7.

10. The nature and size of the market for the revenue of topic 7, including known competitors and their share of the market.

11. Any licenses of the Patent-in-Suit by Health Grades to others, including, but not limited to, the licensees, negotiations leading to any such licenses, royalties and/or revenues received by Health Grades for any such licenses, and royalty rate of any such licenses.

12. Any licenses of patent rights to Health Grades by others, including, but not limited to, the licensors, negotiations leading to any such licenses, royalties and/or payments paid by Health Grades on any such licenses, and royalty rate of any such licenses.