IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR
LEAVE TO EXCEED PAGE LIMITATIONS FOR ITS
MOTION TO EXCLUDE EXPERT TESTIMONY OF
MR. DAVID HALL PURSUANT TO FED. R. EVID. 403 AND 702,
AND *DAUBERT V. MERRELL DOW PHARMS., INC.*, 509 U.S. 579 (1993)**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, pursuant to D.C.COLO.LCivR 7.1 and Judge Philip A. Brimmer Practice Standard III(G) (the "Practice Standards"), respectfully submits MDx Medical, Inc.'s Unopposed Motion for Leave to Exceed Page Limitations For Its Motion to Exclude Expert Testimony of Mr. David Hall Pursuant to Fed. R. Evid. 403 and 702, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

Pursuant to D.C.COLO.LCivR 7.1(A), undersigned counsel conferred with counsel for Health Grades, Inc. ("Health Grades") regarding the relief requested herein and is authorized to state that Health Grades does not oppose the relief requested by MDx herein.

Pursuant to Section III(G) of the Practice Standards, "Motions [to exclude] and responses shall not exceed fifteen pages without permission of the Court". MDx needs and respectfully

requests leave to exceed page limitations for its Motion to Exclude Expert Testimony of Mr. David Hall Pursuant to Fed. R. Evid. 403 and 702, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) (the "Motion to Exclude"), from fifteen (15) pages to eighteen (18) pages.

Good cause exists for allowing the Motion to Exclude to exceed the page limitation by three pages:

1. The Motion to Exclude addresses, among other things, two extremely complex damages issues analyzed by Health Grades' expert Mr. David Hall – lost profits and reasonable royalties. For these two issues, the Motion to Exclude addresses relevant case law, Mr. Hall's expert opinion, and portions of Mr. Hall's deposition testimony totaling 142 pages.

2. The three additional pages are necessary to adequately addresses the complex case law, the substantial amount of deposition testimony, and the several grounds for excluding Mr. Hall's testimony.

3. The substantive portion of the Motion to Exclude is contained within sixteen (16) pages. The other two pages comprise the case caption, the conferral statement, the signature block, one opening paragraph, and one concluding paragraph.

4. Health Grades' motion to partially exclude the testimony of MDx's expert [Doc. # 338] was also eighteen (18) pages and also exceeded the page limitation by three pages.

In light of the above, MDx respectfully requests three (3) additional pages for its Motion to Exclude. Health Grades does not oppose the requested relief.

Thus, for good cause shown as discussed above, MDx respectfully requests the relief above.

Dated:  November 2, 2012

Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2012, I electronically filed the foregoing MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR ITS MOTION TO EXCLUDE EXPERT TESTIMONY OF MR. DAVID HALL PURSUANT TO FED. R. EVID. 403 AND 702, AND *DAUBERT V. MERRELL DOW PHARMS., INC.*, 509 U.S. 579 (1993) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Gregory B. Kanan**
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com


　　　　　　　　　　　　　　　　　　　　_s:/ David C. Lee_____

2206936 v1