## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**PROPOSED ORDER GRANTING MDX MEDICAL, INC.'S
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS
FOR ITS MOTION TO EXCLUDE EXPERT TESTIMONY OF
MR. DAVID HALL PURSUANT TO FED. R. EVID. 403 AND 702,
AND *DAUBERT V. MERRELL DOW PHARMS., INC.*, 509 U.S. 579 (1993)**

---

This Court, having read and considered the MDx Medical, Inc.'s Unopposed Motion for Leave to Exceed Page Limitations for Its Motion to Exclude Expert Testimony of Mr. David Hall Pursuant to Fed. R. Evid. 403 and 702, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) [Doc. # ___, filed November 2, 2012] (the "Motion"), concludes that, good cause having been shown, the requested excess pages are appropriate; accordingly

IT IS ORDERED that the Motion is GRANTED, and Defendant MDx Medical, Inc.'s Motion to Exclude Expert Testimony of Mr. David Hall Pursuant to Fed. R. Evid. 403 and 702, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) [Doc. # ___] is accepted for filing.

DATED _____                  BY THE COURT: _____