IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Extension of Time to File Motion to Restrict Access to Document 340, and to Reply in Support of Motion for Determination that Nine Mdx Licensing Agreements are Subject to the Terms of the Protective Order** [docket no. 373, filed November 2, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Defendant has to and including **November 9, 2012**, in which to file a motion to restrict access to Documents 340, 340-1, 340-2, 340-3, 340-4, 340-5, 340-6, 340-7, 340-8 and 340-9, and to file a reply in support of its Motion for Determination [310].

DATED: November 6, 2012