IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

### DECLARATION OF ERIKA BOYER

---

ERIKA BOYER, being of full age, hereby declares and states as follows:

1. I make this declaration in support of Defendant MDx Medical, Inc.'s Motion For Leave To Restrict Access To Document – Document Nos. 340-1, 340-2, 340-3, 340-4, 340-5, 340-6, 340-7, 340-8, and 340-9. Unless otherwise noted, the statements made herein are based on my personal knowledge.

2. I am one of the founding individuals of MDx Medical, Inc. ("MDx"), and currently my title with MDx is Vice President, Data Operations. MDx is a private company, based in Lyndhurst, New Jersey. I helped start MDx in 2006, to fill what the founding partners perceived as a need in the industry.

3.  MDx is a leading provider of technology that enables users to search for and obtain information on healthcare providers. This information includes, among other things, the names of doctors, their education, specialties, hospital affiliations and the insurance that they accept. Users can access this information at the MDx www.vitals.com website (the "MDx Website"). Since January 2008, MDx has owned and operated the MDx Website. Regarding the nine licensing agreements at issue:

4.  DKT # 340-1 – This document is an agreement dated February 12, 2009, between MDx and Healthy Advice Networks, LLC. This agreement is still in force and pertains to the type of data licensing agreements that Health Grades has made an issue in this case. The specific terms of this agreement are material to the parties and MDx protects such terms as described in my prior declaration regarding this motion. Doc. # 310-3, ¶¶ 4-11. Disclosure of the specific terms of this agreement to Health Grades' businesspeople, MDx's other competitors or the public would severely damage MDx and provide an unfair benefit to MDx's competitors.

5.  DKT # 340-2 – This document is an agreement dated September 21, 2010, between MDx and Castlight Health, Inc. This agreement is still in force and pertains to the type of data licensing agreements that Health Grades has made an issue in this case. The specific terms of this agreement are material to the parties and MDx protects such terms as described in my prior declaration regarding this motion. Doc. # 310-3, ¶¶ 4-11. Disclosure of the specific terms of this agreement to Health Grades' businesspeople, MDx's other competitors or the public would severely damage MDx and provide an unfair benefit to MDx's competitors.

6.  DKT # 340-3 – This document is an agreement dated December 8, 2008, between MDx and EmblemHealth, Services Company LLC. This agreement is still in force and pertains to the type of data licensing agreements that Health Grades has made an issue in this case. The

specific terms of this agreement are material to the parties and MDx protects such terms as described in my prior declaration regarding this motion. Doc. # 310-3, ¶¶ 4-11. Disclosure of the specific terms of this agreement to Health Grades' businesspeople, MDx's other competitors or the public would severely damage MDx and provide an unfair benefit to MDx's competitors.

7. DKT # 340-4 – This document is an agreement dated November 1, 2010, between MDx and Expert Consensus, LLC. While this agreement is no longer in force, it pertains to the type of data licensing agreements that Health Grades has made an issue in this case. The specific terms of this agreement are material to the parties and MDx protects such terms as described in my prior declaration regarding this motion. Doc. # 310-3, ¶¶ 4-11. Disclosure of the specific terms of this agreement to Health Grades' businesspeople, MDx's other competitors or the public would severely damage MDx and provide an unfair benefit to MDx's competitors.

8. DKT # 340-5 – This document is an agreement dated November 1, 2010, between MDx and Health Care Service Corporation. This agreement is still in force and pertains to the type of data licensing agreements that Health Grades has made an issue in this case. The specific terms of this agreement are material to the parties and MDx protects such terms as described in my prior declaration regarding this motion. Doc. # 310-3, ¶¶ 4-11. Disclosure of the specific terms of this agreement to Health Grades' businesspeople, MDx's other competitors or the public would severely damage MDx and provide an unfair benefit to MDx's competitors.

9. DKT # 340-6 – This document is an agreement dated August 1, 2008, between MDx and Private Health Management Inc. While this agreement is no longer in force, it only ended last year and pertains to the type of data licensing agreements that Health Grades has made an issue in this case and are similar to the terms of MDx's existing licensing agreements. The specific terms of this agreement are material to the parties and MDx protects such terms as

described in my prior declaration regarding this motion. Doc. # 310-3, ¶¶ 4-11. Disclosure of the specific terms of this agreement to Health Grades' businesspeople, MDx's other competitors or the public would severely damage MDx and provide an unfair benefit to MDx's competitors.

10. DKT # 340-7 – This document is an agreement dated March 30, 2012, between MDx and Health Care Service Corporation. This agreement is still in force and pertains to the type of data licensing agreements that Health Grades has made an issue in this case. The specific terms of this agreement are material to the parties and MDx protects such terms as described in my prior declaration regarding this motion. Doc. # 310-3, ¶¶ 4-11. Disclosure of the specific terms of this agreement to Health Grades' businesspeople, MDx's other competitors or the public would severely damage MDx and provide an unfair benefit to MDx's competitors.

11. DKT # 340-8 – This document is an agreement dated March 21, 2011, between MDx and Health Care Service Corporation. This agreement is still in force and pertains to the type of data licensing agreements that Health Grades has made an issue in this case. The specific terms of this agreement are material to the parties and MDx protects such terms as described in my prior declaration regarding this motion. Doc. # 310-3, ¶¶ 4-11. Disclosure of the specific terms of this agreement to Health Grades' businesspeople, MDx's other competitors or the public would severely damage MDx and provide an unfair benefit to MDx's competitors.

12. DKT # 340-9 – This document is an agreement dated January 1, 2011, between MDx and Health Care Service Corporation. This agreement is still in force and pertains to the type of data licensing agreements the Health Grades has made an issue in this case. The specific terms of this agreement are material to the parties and MDx protects such terms as described in my prior declaration regarding this motion. Doc. # 310-3, ¶¶ 4-11. Disclosure of the specific

terms of this agreement to Health Grades' businesspeople, MDx's other competitors or the public would severely damage MDx and provide an unfair benefit to MDx's competitors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9, 2012

_____
ERIKA BOYER