IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S OPPOSITION TO HEALTH GRADES, INC.'S
MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF
DR. RICHARD G. COOPER PURSUANT TO FED. R. EVID. 403 AND 702,
AND *DAUBERT V. MERRELL DOW PHARMS.*, INC., 509 U.S. 579 (1993)**

---

# Placeholder for Restricted Motion Filing, and Cover for Unrestricted Exhibits