# Placeholder for Restricted Exhibits A-F, I, and K-O