# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM, Defendant.

___

**PLAINTIFF HEALTH GRADES, INC.'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANT MDX MEDICAL, INC.'S INTERROGATORY NO. 8**
___

Plaintiff Health Grades, Inc. ("Health Grades") hereby submits its second supplemental response, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, to Defendant MDx Medical, Inc.'s ("MDx") Interrogatory No. 8 (originally contained within MDx's "Second Set of Interrogatories (NOS. 7-9)")("Defendant's Interrogatories") as follows:

## GENERAL OBJECTIONS

1. Health Grades objects to the definitions and instructions set forth in Defendant's Second Set of Interrogatories (NOS. 7-9) to the extent they are inconsistent with, seek to impose obligations not required by, or seek to expand the scope of permissible discovery under the Federal Rules of Civil Procedure, including but not limited to Rule 26(a)'s expert disclosure requirements, the Local Rules of this Court, and any pretrial scheduling order of the Court.

**c)** **The HG Report:** There are actually three separate references that MDX appears to rely on - each is addressed separately below[1]:

    i) *Physician Quality Report* [UCHC 00000095-110]:

This report contained information that was obtained from third parties, other than the physician. It did not contain information from physicians. It did not contain patient ratings or comparison ratings. The language quoted, or the pages cited, by MDx in the claim chart does not disclose the following claim elements:

    a) Claims 1 and 15:

- Healthcare Provider-Verified Information
- Patient-Provided Information
- Comparison Ratings
- Report Created Using Doctor-Verified, Patient Ratings, and Third Party-Verified Information

    a) Claim 4: Hospital Hyperlink

    b) Claim 5: Predetermined Webpage with Search Capabilities

    c) Claims 6 and 16: Search Capabilities

    d) Claim 7: Results List

    e) Claim 8: Advertisement

    f) Claim 9: Member of Company Managing Website

    g) Claim 11: Enhanced Services.

    ii) *Hospital Quality Report* [UCHC 00000081-90]:

13

This report contained information about entities, not people who provide healthcare services.  It did not contain patient ratings or comparison ratings or the kind of doctor-verified or third-party verified information required by the claims.  The language quoted, or the pages cited, by MDx in the claim chart does not disclose the following claim elements:

- a) Claims 1 and 15:
    - Healthcare Provider-Verified Information
    - Patient-Provided Information
    - Third Party Verified Information
    - Comparison Ratings
    - Report Created Using Doctor-Verified, Patient Ratings, and Third Party-Verified Information
- b) Claim 4:  Hospital Hyperlink
- c) Claim 5:  Predetermined Webpage with Search Capabilities
- d) Claims 6 and 16:  Search Capabilities
- e) Claim 7:  Results List
- f) Claim 8:  Advertisement
- g) Claim 9:  Member of Company Managing Website
- h) Claim 11:  Enhanced Services.

Moreover, Health Grades asserts that the asserted claims do not cover entities that provide healthcare services, but rather are limited to physicians and other healthcare professionals, as more specifically set forth in its Claim Construction Brief and Evidence filed on December 5, 2011 [Doc. #79].

14

    iii) *Comparison Report* [UCHC 00000080]:

This report contained information that was obtained from third parties, other than the physician. It did not contain information from physicians. It did not contain patient ratings or comparison ratings. The language quoted, or the pages cited, by MDx in the claim chart does not disclose the following claim elements:

  a) Claims 1 and 15:

- Healthcare Provider-Verified Information
- Patient-Provided Information
- Comparison Ratings
- Report Created Using Doctor-Verified, Patient Ratings, and Third Party-Verified Information

  b) Claim 4: Hospital Hyperlink

  c) Claim 5: Predetermined Webpage with Search Capabilities

  d) Claims 6 and 16: Search Capabilities

  e) Claim 7: Results List

  f) Claim 8: Advertisement

  g) Claim 9: Member of Company Managing Website

  h) Claim 11: Enhanced Services.

  **d)** **The GeoAccess reference:**

This website appeared to give basic information about physicians, but did not include information provided by physicians, patient ratings, or comparison ratings among other things. The quoted portions of this reference, which actually seems to comprise several separate

15

defense, Health Grades reserves the right to depose any such witnesses and to further supplement this response.

Health Grades will rely on testimony of its technical expert, Dr. Phil Greenspun, as well as the inventors, and any MDX witnesses on this issue to support its arguments against MDX's invalidity defense.

Health Grades reserves the right to supplement the foregoing supplemental responses as discovery continues.

|  |  |
|---|---|
| Date:  January 26, 2012 | HEALTH GRADES, INC.<br>By its Attorneys,<br><br>*Jesús M. Vázquez, Jr., Esq.*<br>Kris J. Kostolansky, Esq.<br>Jesús M. Vázquez, Jr., Esq.<br>Jeffrey D. Phipps, Esq.<br>Rothgerber Johnson & Lyons, LLP<br>1200 17th Street, Suite 3000<br>Denver, Colorado 80202-5855<br>Tel:    (303) 623-9000<br>Facsimile: (303) 623-9222<br>Email: kkostolansky@rothgerber.com<br>          jvazquez@rothgerber.com<br>          jphipps@rothgerber.com<br>*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.* |