# EXHIBIT P



# Certification Matters™

ABMS MOC·

You are logged in as: pat@raspberryred.com   **Change Profile**   **Sign out**

Enter the doctor's information below or you can search by location and specialty. If you are unsure of any of the fields, leave it blank.

| | | | |
|---|---|---|---|
| Last Name | rosengart | First Name | |
| City | | State/Province | [Select] |
| Zip Code | | Specialty | [Select] |

CLEAR

**View Search FAQs**

**Back To Results**

**Physician Certification**

**Name**
Herbert Harold Rosengarten

**Education**
MD

**Location**   ( First city and state listed is the last known location )
Cream Ridge, NJ (United States)
Robbinsville, NJ (United States)

**Certification**   ( For a definition of a specialty or subspecialty click here )
American Board of Internal Medicine
   *Internal Medicine - General (General indicates Primary Certificate)*

Important notice: Reports provided by this service are not accepted by The Joint Commission, NCQA or URAC to verify physician credentials because no dates are supplied.

For professional credentialing use, please complete **this form** and an ABMS Official Display Agent will be in touch to discuss your needs.

MDX 0104128

The physician certification information in the ABMS database is updated periodically with data provided by its **Member Boards**. Due to the possibility of reporting and processing delays, the accuracy and completeness of records cannot be guaranteed. ABMS shall not be liable to you or others for any decision made or action taken by you in reliance on the information obtained from this service. It is the user's responsibility to determine that the physician record obtained is that of the physician whose information is sought.

The ABMS physician specialty certification data provided by ABMS Medical Specialists Online is proprietary and copyrighted by the American Board of Medical Specialties (ABMS®) and subject to the intellectual property laws of the United States. © 2012, ABMS, All Rights Reserved.

© 2011 American Board of Medical Specialties. All Rights Reserved.

ABMS, a not-for-profit organization, has assisted its Member Boards in developing standards fo

MDX 0104129