# EXHIBIT D

```
                                                          Page 1

 1   UNITED STATES DISTRICT COURT
     DISTRICT OF COLORADO
 2
     Civil Action No. 11-CV-00520-PAB-BNB
 3   _____
 4   DEPOSITION OF DAVID HICKS            January 11, 2012
     _____
 5
     HEALTHGRADES, INC.,
 6
          Plaintiff,
 7
     vs.
 8
     MDX MEDICAL, INC. d/b/a VITALS.COM,
 9
          Defendant.
10   _____
11   APPEARANCES
12       ROTHGERBER JOHNSON & LYONS, LLC
             By Jesús M. Vázquez, Jr., Esq.
13              Kris J. Kostolansky, Esq.
                1200 17th Street, Suite 3000
14              Denver, Colorado  80202
                (303) 623-9000
15
         MERCHANT & GOULD
16           By Kirstin L. Stoll-DeBell, Esq.
                1050 Seventeenth Street, Suite 1950
17              Denver, Colorado  80265-0100
                (303) 357-1670
18
                     Appearing on behalf of Plaintiff
19
         SILLS CUMMIS & GROSS, PC
20           By Scott David Stimpson, Esq.
                David C. Lee, Esq.
21              30 Rockefeller Plaza, 25th Floor
                New York, New York  10112
22              (212) 643-1546
                     Appearing on behalf of Defendant
23
24
25      Job No. NJ371356
```

Veritext/NJ Reporting Company
800-227-8440                                         973-410-4040

Page 2

1        Pursuant to Subpoena and the Federal Rules of
2   Civil Procedure, the deposition of DAVID HICKS, called
3   by Defendant, was taken on Wednesday, January 11, 2012,
4   commencing at 8:02 a.m., at 1200 17th Street, Suite
5   3000, Denver, Colorado, before Andrea Ballantyne,
6   Certified Shorthand Reporter and Notary Public within
7   and for the State of Colorado.
8
9                         I N D E X
10
11  DEPOSITION OF DAVID HICKS
12  EXAMINATION BY:                                    PAGE
13       Mr. Stimpson                                     4
14       Mr. Vázquez                                      --
15
16
17  EXHIBITS                                INITIAL REFERENCE
18  Exhibit 1      Subpoena to Testify at a          5
                   Deposition in a Civil Action
19
    Exhibit 2      Amended Subpoena to Testify       5
20                 At a Deposition in a
                   Civil Action
21
    Exhibit 3      United States Patent, Patent      21
22                 Number 7,752,060 B2
23  Exhibit 4      Patent Prosecution History        29
24  Exhibit 5      Request for Provisional           60
                   Application
25

```
                                                           Page 3
 1    EXHIBITS (Continued)
 2    Exhibit 6       United States Patent, Patent       61
                      Number US 2003/0195838 A1
 3
      Exhibit 7       E-mail Chain between Steve         78
 4                    Wood, Dave Hicks, Kevin Kelly
                      With Attachment
 5
      Exhibit 8       E-mail Chain between Jim           90
 6                    Kloberdanz and Jennifer
                      Slawson with Attachment
 7
      Exhibit 9       Patent Experience Survey          129
 8                    Numbers
 9    Exhibit 10      HealthGrades Enhances Physician   131
                      Quality Reports for Consumers
10
      Exhibit 11      Plaintiff's Initial Disclosures   106
11                    Pursuant to
                      Fed R. Civ. P. 26(a)(1)(A)
12
      Exhibit 12      Merchant & Gould Privilege Log    135
13
      Exhibit 13      HealthGrades Profile of David     144
14                    A. Drucker, MD
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                        Page 4
 1                    P R O C E E D I N G S
 2                         DAVID HICKS,
 3    being first duly sworn in the above cause, was examined
 4    and testified as follows:
 5                          EXAMINATION
 6    BY MR. STIMPSON:
 7         Q.  Good morning, Mr. Hicks.
 8         A.  Good morning.
 9         Q.  My name is Scott Stimpson.  I'm going to be
10    asking you questions today.  Have you ever had your
11    deposition taken before?
12         A.  Yes.
13         Q.  How many times?
14         A.  Twice.
15         Q.  Can you tell me what connections those were?
16         A.  One was with litigation with HealthGrades
17    versus Hewitt Associates, and another one -- I don't
18    remember the context of it, but it was with my -- some
19    case against my brother.
20         Q.  Okay.  When were those depositions, just
21    roughly?
22         A.  The Hewitt one was 2004, maybe 2005.  I think
23    something in that range.  The other one was -- boy.
24    2008 maybe.
25         Q.  Your brother, is he employed by HealthGrades?
```

```
                                                    Page 113
 1        A.   Once again, I don't know.  They provided it to
 2   us.
 3        Q.   (By Mr. Stimpson)  And the next page, you see
 4   there's information provided on internship?
 5        A.   Yes.
 6        Q.   Okay.  Provided from third parties as well?
 7        A.   Yes.
 8        Q.   Next page, information on residency?
 9        A.   Yes.
10        Q.   Also provided from third parties?
11        A.   Yes.
12        Q.   Next page, fellowship?
13        A.   Yes.
14        Q.   Also provided from third parties?
15        A.   Uh-huh.
16        Q.   Next page, physician licensure, do you see
17   that?
18        A.   Yes.
19        Q.   Also provided from third parties?
20        A.   I believe so.
21        Q.   Next page, 32068, government disciplinary
22   actions?
23        A.   Yes.
24        Q.   Also provided by third parties?
25        A.   Yes.
```

Page 114

1    Q.   Next page -- actually, Page 32071, board
2  certification?
3    A.   Yes.
4    Q.   Also provided by third parties?
5    A.   Yes.
6    Q.   Let me refer you back to Claim 1 of the patent.
7  I'm specifically going to refer you to the page,
8  Column 20, and the line at the bottom there that talks
9  about, around Line 50, compiling information.
10   A.   Yes.
11   Q.   So this paragraph is talking about information
12  that's compiled by third parties, right?
13   A.   Yes.
14   Q.   And you see at the bottom of that paragraph
15  they start:  board certification, licensure,
16  disciplinary action information, medical school, medical
17  internship, medical residency and medical fellowship
18  information.
19        Do you see that?
20   A.   Yes.
21   Q.   Every single one of those was found in this
22  2004 report that we just went over, right?
23   A.   I believe so.
24   Q.   Did this list come from these 2004 reports?
25   A.   I don't know.  I don't recall.

Page 115

1  Q. Do you think it might be a coincidence that
2  this list exactly matches what's in this 2004 report?
3      MR. VÁZQUEZ: Form. argumentative.
4  A. I don't know.
5  Q. (By Mr. Stimpson) Do you have any reason to
6  disagree with me, that this list comes from the 2004
7  report?
8  A. Again, I don't know.
9  Q. In 2004, were there other healthcare provider
10 information categories that were used as well?
11 A. I don't recall.
12 Q. Philosophy?
13 A. I don't remember.
14 Q. How about gender?
15 A. I don't remember.
16 Q. How about age?
17 A. I don't remember.
18 Q. Awards, honors?
19 A. Again, I don't remember.
20 Q. If you could, turn to Page 32072, please.
21 A. (Deponent complied.)
22 Q. Actually 32072 and 73. This report from 2004
23 shows ratings of healthcare providers, right?
24     MR. VÁZQUEZ: Form.
25 A. It shows ratings for hospitals.

Page 116

1   Q.  (By Mr. Stimpson)  Right.  A hospital is a
2   healthcare provider, right?
3   A.  Yes.
4   Q.  So am I right then that this report from 2004
5   shows ratings of healthcare providers?
6   MR. VÁZQUEZ:  Form.
7   A.  Yes.
8   Q.  (By Mr. Stimpson)  32075, please.  Do you see
9   "gender" there?
10  A.  Yes.
11  Q.  And where did you get that information in 2004?
12  A.  Third-party source.
13  Q.  Are you sure this came from a third-party
14  source and not from the healthcare provider?
15  A.  Relatively certain.
16  Q.  How would you know that?
17  A.  I don't believe in 2004 we had the capability
18  to collect that from healthcare providers.
19  Q.  Well, pick up the phone and call them, right?
20  MR. VÁZQUEZ:  Form.
21  A.  I don't know.
22  Q.  (By Mr. Stimpson)  Do you know if anybody was
23  doing that?
24  A.  I don't know.  I don't remember.
25  Q.  How would we find out where this information on

Page 148

1  inventor on the '060 patent, does this show comparison
2  ratings of healthcare providers?
3          MR. VÁZQUEZ:  Object to form.  Calls for a
4  legal conclusion.
5       A.  I'm sorry.  Can you repeat the question?
6          MR. STIMPSON:  You can read it, please.
7          (Requested portion was read.)
8       A.  It shows the average response for surveys and
9  then the national average.
10      Q.  (By Mr. Stimpson)  All right.  And as a named
11 inventor on the '060 patent, is that comparison ratings
12 of healthcare providers?
13         MR. VÁZQUEZ:  Same objections.
14      A.  I think it just shows the response of six
15 surveys and then a national average.
16      Q.  So the answer is no?
17      A.  That's what --
18         MR. VÁZQUEZ:  Same objection.
19      A.  -- it says.
20      Q.  (By Mr. Stimpson)  So you can't tell me whether
21 or not this is comparison ratings of healthcare
22 providers?
23      A.  I don't --
24         MR. VÁZQUEZ:  Same objections.
25      A.  I don't know.

Page 149

1  Q. (By Mr. Stimpson) It doesn't come out -- when
2  you just look at it, it doesn't jump out to you as
3  comparison ratings of healthcare providers, right?
4      MR. VÁZQUEZ: Same objections.
5  A. I don't know.
6  Q. (By Mr. Stimpson) Okay. And the user would
7  obtain access to this report through this, HealthGrades'
8  Web page, right?
9  A. I believe so.
10 Q. And that's -- we talked about this earlier, but
11 they enter criteria. For example, they could put in
12 this guy's name exactly, right? They could put in a
13 request of David A. Drucker, and this would come up,
14 right?
15 A. I think so.
16 Q. Okay. Can you tell from this report whether or
17 not Dr. Drucker is a member?
18 A. A member of what?
19 Q. Of HealthGrades, the HealthGrades Web site.
20 Let me back up a bit.
21     At this time in 2005, did you have the ability
22 for physicians to be members of the HealthGrades Web
23 site?
24     Do you know what I mean by "members"?
25 A. I'm not sure.

Page 150

1  Q.  Well, I mean, if Dr. Drucker wanted to be --
2  get special treatment on the HealthGrades Web site at
3  this time in 2005, would he be able to do that by paying
4  some extra money?
5  A.  As part of our -- like our PNMM program,
6  physician new media marketing program?
7  Q.  As anything.  Yeah, as part of anything.
8  A.  I don't know if that was at this time or not,
9  but that was one of the programs we had.
10  Q.  You don't remember when that started?
11  A.  I don't know exactly when it started.
12  Q.  But was it started at the same time that you
13  started collecting the information from healthcare
14  providers?
15  A.  I'm sorry.  I don't really remember if there's
16  a tie in on that.
17  MR. STIMPSON:  I'm so used to having it
18  videotaped, I keep doing this.
19  Give me a minute, and I'll see what else I have
20  left.
21  MR. VÁZQUEZ:  Off the record?
22  MR. STIMPSON:  Sure.
23  (Short recess from 1:20 p.m. to 1:28 p.m.)
24  MR. STIMPSON:  No further questions.  Do you
25  have any questions?

```
                                                    Page 151
 1          MR. VÁZQUEZ:  No.  None.  Thank you.
 2            (The deposition concluded at
 3          1:28 p.m., January 11, 2012.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```