# EXHIBIT F

Page 1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO

2

                  VOLUME I - Pages 1 to 187

3

   HEALTH GRADES, INC.,

4

           Plaintiff,

5

      vs.                    Civil Action No.

6                            11-CV-00520-PAB-BNB
   MDX MEDICAL, INC., d/b/a

7  VITALS.COM,

8          Defendant.

9                                /

10

11         Deposition of SCOTT MONTROY, taken on behalf of

12  the Defendant, pursuant to Amended Subpoena to Testify

13  at a Deposition in a Civil Action in the above-entitled

14  action, on Monday, January 16, 2012, at 7:03 a.m., at

15  Crowne Plaza Jacksonville Riverfront, 1201 Riverplace

16  Boulevard, Jacksonville, Florida, before Teresa S.

17  DeCiancio, RDR, CRR, CCP, CBC, FPR, and Notary Public in

18  and for the State of Florida at Large.

19

20

21                        -   -   -

22

23

24

25     Job No. NJ371358

```
 1    APPEARANCES:
 2    FOR THE PLAINTIFF:
 3        JESÚS M. VÁZQUEZ, Esquire
          Rothgerber Johnson & Lyons LLP
 4        One Tabor Center
          1200 17th Street, Suite 3000
 5        Denver, Colorado  80202-5855
 6
 7    FOR THE DEFENDANT:
 8        SCOTT D. STIMPSON, Esquire
          Sills Cummis & Gross, P.C.
 9        30 Rockefeller Plaza
          New York, New York  10112
10
11
      ALSO PRESENT:
12
          KIRSTIN L. STOLL-DEBELL, Esquire
13        Merchant & Gould
          1050 Seventeenth Street, Suite 1950
14        Denver, Colorado 80265-0100
15
          ASHLEY HOLT, Videographer
16
17
                         -   -   -
18
19
20
21
22
23
24
25
```

Page 3

1                          INDEX AND EXAMINATIONS
                           FOR VOLUMES I and II

2    WITNESS                                               Page

3      SCOTT MONTROY

4        DIRECT EXAMINATION BY MR. STIMPSON            6

5        CROSS-EXAMINATION BY MR. VÁZQUEZ            321

6

7                          E X H I B I T S

8      FOR IDENTIFICATION                               Page

9        Exhibit Numbers 14, 15 and 16                 8

10       Exhibit Number 17                            66

11       Exhibit Number 18                            80

12       Exhibit Number 19                           158

13       Exhibit Number 20                           163

14       Exhibit Number 21                           171

15       Exhibit Number 22                           213

16       Exhibit Number 23                           221

17       Exhibit Number 24                           226

18       Exhibit Number 25                           226

19       Exhibit Number 26                           243

20       Exhibit Number 27                           244

21       Exhibit Number 28                           247

22       Exhibit Number 29                           250

23       Exhibit Number 30                           257

24       Exhibit Number 31                           280

25

Page 4

1        P R E V I O U S L Y   M A R K E D   E X H I B I T S

2    Exhibit Number                                      Page

3          Exhibit Number 3                               29

4          Exhibit Number 9                              255

5          Exhibit Number 8                              258

6          Exhibit Number 13                             279

7          Exhibit Number 10                             285

8          Exhibit Number 5                              293

9          Exhibit Number 4                              295

10         Exhibit Number 6                              320

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1                    S T I P U L A T I O N

2         It was stipulated and agreed by and between counsel

3    for the respective parties, and the witness, that the

4    reading and signing of the deposition by the witness was

5    not waived.

6                           -   -   -

7         THE VIDEOGRAPHER:  My name is Ashley Holt of

8         Veritext National Deposition & Litigation Services.

9         The date today is Monday, January 16, 2012, and the

10        time is approximately 7:03 a.m.

11             This deposition is being held at the Crowne

12        Plaza Jacksonville Riverfront, located at

13        1201 Riverplace Boulevard, Jacksonville, Florida,

14        32207.

15             The caption of the case is Health Grades,

16        Incorporated, versus MDX Medical, Incorporated, in

17        the United States District Court for the Middle

18        District of Florida [sic].  The name of the witness

19        is Scott Montroy.

20             At this time the attorneys will identify

21        themselves and the parties they represent, after

22        which our court reporter, Teresa DeCiancio of

23        Veritext National Deposition & Litigation Services,

24        will swear in the witness and we can proceed.

25             MR. STIMPSON:  This is Scott Stimpson with

Page 6

1        Sills Cummis & Gross, representing the defendant,

2    MDX.

3            MR. VÁZQUEZ:  Jesús Vázquez, Rothgerber

4    Johnson & Lyons, representing the plaintiff, Health

5    Grades.

6            THE COURT REPORTER:  Will you raise your right

7    hand, please.

8            Do you solemnly swear or affirm that the

9    testimony you're about to give in this case will be

10   the truth, the whole truth, and nothing but the

11   truth, so help you God?

12           THE WITNESS:  I do.

13           THE COURT REPORTER:  Thank you.

14                        -   -   -

15                    SCOTT MONTROY,

16   acknowledged having been duly sworn to tell the truth

17   and testified upon his oath as follows:

18                    DIRECT EXAMINATION

19   BY MR. STIMPSON:

20   Q    Good morning, Mr. Montroy.

21   A    Good morning.

22   Q    My name is Scott Stimpson.  I'm going to be

23   asking you questions today.

24           Have you ever had your deposition taken before?

25   A    Yes, I have.

Page 46

1    Q    Checked for accuracy?

2         MR. VÁZQUEZ:  Same objection.

3    A    Yeah, checked for accuracy.

4    Q    So if you'd go to the next paragraph, please --

5  actually, a little later in --

6    A    And it's true.

7    Q    Okay.  Thank you.

8         A little later in the -- in that same

9  paragraph, it refers to certain -- a group of

10  information there, healthcare provider information,

11  starting "specialty information, medical philosophy."

12  Do you see that?

13    A    Yeah.

14         Oh, wait.  No.

15    Q    It's right in the same paragraph.

16    A    Okay.  Yeah.

17    Q    Okay.  And that's all healthcare provider --

18    A    Yeah.

19    Q    -- healthcare-related information, right?

20    A    Right.

21    Q    So we know that this claim has a focus not just

22  on any data, but it's talking about data relating to

23  healthcare providers, right?

24         MR. VÁZQUEZ:  Form.

25    A    Appears to...

Page 47

1       Q     I'm sorry?  I just can't hear.

2       A     Go ahead.  Yeah, I didn't understand your

3    question.

4       Q     Okay.  That's okay.

5             And then the next paragraph talks about

6    compiling.  And if you could just follow along with me a

7    bit, it says, "compiling, by at least one computer

8    processor, patient-provided information regarding the

9    first healthcare provider, wherein the patient-provided

10   information comprises patient ratings" -- let's stop

11   there for a second.

12            What are patient ratings?

13            MR. VÁZQUEZ:  Object to form.  Calls for a

14      legal conclusion.  He's not a patent expert.

15      A     I interpret patient ratings to be the

16   information that we gathered from the consumer surveys

17   that we got out regarding patient experience.  We had

18   patient experience surveys.

19      Q     Okay.  Anything else?

20            MR. VÁZQUEZ:  Same objections.

21      A     I don't know.

22      Q     Would that be like, for example, the star

23   ratings that were in some reports?  Those would be

24   patient ratings?

25            MR. VÁZQUEZ:  Object to form.

Page 48

```
 1     A     We had a lot of patients to rate physicians.  I
 2  can't remember, actually.
 3     Q     Do you remember --
 4     A     There were stars.  It would be converted to
 5  stars.
 6     Q     Star ratings would be patient ratings, though,
 7  right?
 8           MR. VÁZQUEZ:  Object to form.  Calls for a
 9     legal conclusion.
10     A     Star ratings would be patient ratings?
11           Star ratings could be patient ratings?
12           I think so.  I mean, I don't know.  I'm not
13  sure.
14     Q     Do you remember any of the reports you talked
15  about having star ratings?
16     A     Yes.
17     Q     Okay.  And were those patient ratings?
18           MR. VÁZQUEZ:  Object to form.
19     A     Were they patient ratings?  Yeah.  I just can't
20  remember if we -- it's been a while, but I think -- I'm
21  pretty sure -- I'm not sure, though, that we allowed the
22  patients to pick the rating or we converted it to a
23  rating.  I think we allowed them to pick a rating, but
24  it's been a while.  I can't remember exactly.
25     Q     Either way, though, it's still the patients
```

Page 144

1    do something extra to verify the accuracy of that data?

2        A    Like through the application or as a business

3    process?

4        Q    In any way.

5             MR. VÁZQUEZ:  Form.

6        A    So -- so -- I'm sorry.  Can you repeat that?

7        Q    Yeah.

8             So like, for example, if Dr. Smith says, "Yeah,

9    I'm an orthopedic specialist" --

10       A    Right.

11       Q    -- did Health Grades have any requirement

12   beyond the doctor simply telling you that, that the

13   provider do something to verify that that was correct

14   for you?

15       A    There were --

16            MR. VÁZQUEZ:  Form.

17       A    Yeah.  There were certain fields that we

18   identified as verifiable.  I can't remember if specialty

19   was one or not.  That was mostly -- I think that was

20   being more coordinated through Janet and her team.  But

21   if it was identified as one of the verifiable fields,

22   there was a process in which there was -- there was

23   further interrogation on that, the validity of that

24   data.

25       Q    And that verification would be done by Health

Page 145

1   Grades?

2        A     Correct.

3        Q     Okay.  Was there anything in the business

4   process of getting this information from the healthcare

5   providers where you required the healthcare provider to

6   do something to verify it?

7        A     Yeah.  I mean, that was generally handled

8   through Janet.  So like if she may -- sometimes they

9   would contact them and they had to send in some

10  documentation.  I think they might have had some other

11  services that they might have used.  I don't know.  But

12  she kind of led that effort.

13       Q     How many physicians were on the

14  healthgrades.com website say in the 2006 time frame?

15       A     I can't remember exactly.

16       Q     Thousands?

17       A     Hundreds of thousands.

18       Q     Hundreds of thousands.

19             So Health Grades would not require them all to

20  submit some sort of verification for the data they

21  provided, right?

22             MR. VÁZQUEZ:  Form.

23       A     I don't understand.

24       Q     Well, say you get a hundred thousand doctors

25  and they're all telling you that they have different

Page 146

1   specialties.  Health Grades would not require those

2   doctors -- all those doctors to do something to verify

3   that what they're saying is correct, right?

4       A    If there was --

5           MR. VÁZQUEZ:  Form.

6       A    If it was identified as a verifiable field,

7   Health Grades provided some, you know, introspection and

8   verification in terms of that.  I just can't remember

9   exactly which fields we had identified as verified.

10  Well, not -- there was a few.  But, I mean --

11      Q    Right.  But -- I'm sorry.  I didn't mean to cut

12  you off.

13      A    No.  That's all right.

14      Q    I'm drawing a distinction between information

15  that Health Grades itself would do something to

16  verify --

17      A    Right.

18      Q    -- and information that the healthcare provider

19  gave to Health Grades for its reports but the healthcare

20  provider had to do something to verify to Health Grades

21  that the information was correct.

22      A    Not at the request of Health Grades?  Is that

23  what you're saying?

24      Q    In any way.

25          MR. VÁZQUEZ:  Form.

1    group of people, including yourself, February 4, 2004?

2        A    Yeah.

3        Q    And, again, this is an e-mail that was prepared

4    and relied on in the ordinary course of business at

5    Health Grades, right?

6        A    Correct.

7        Q    The subject -- first of all, the list of people

8    there, everyone there at Health Grades at the time?

9        A    Everyone employees?  Is that what you're

10   saying?

11       Q    Yeah.  Everyone there --

12       A    I mean, I don't know if John Neal was employed

13   at the time, but John Morrow was -- yeah.

14       Q    So everybody else except for the possible --

15       A    Yeah.  I'm not sure whether John was -- if he

16   was just in a contractor role at that point or what, a

17   consulting role.

18       Q    Okay.  But everyone else you're comfortable was

19   an employee of Health Grades at the time?

20       A    Looks like it.

21       Q    Okay.

22       A    John Morrow -- yeah.

23       Q    The subject says, "Additional Patient SAT

24   Points."  Do you know what that means?

25       A    Additional patient satisfaction points, yeah.

Page 229

1      Q      Okay.

2      A      Points that Dave's making.

3      Q      So "SAT" refers to patient satisfaction?

4      A      Yeah.  That's how I would interpret it.

5      Q      Okay.  This would then be referring to patient

6   satisfaction surveys?

7      A      Correct.

8      Q      Okay.  And Point 1 is, "We have roughly 50,000

9   questions and answers since about 1999."

10     A      Okay.

11     Q      Do you -- did you understand that Health Grades

12  had already had --

13     A      Questions and answers?  '99?

14            MR. VÁZQUEZ:  Scott, just let him finish his

15     question.

16            THE WITNESS:  I'm sorry.

17            MR. VÁZQUEZ:  That's all right.

18            MR. STIMPSON:  No, my question is asked.

19            MR. VÁZQUEZ:  What's the question?  I'm sorry.

20     A      '99.  If it's referring -- if it's related to

21  patient satisfaction data, that -- seems interesting.

22     Q      Were you aware of questions and answers that

23  were available as of February 2004 on patient

24  satisfaction?

25     A      I'm not, no.  2000?  That -- no, not unless he

Page 230

1   was referring to something else, questions and answers.

2        Q    Okay.  As of February 2004, however, Health

3   Grades was already working on the patient satisfaction

4   surveys?

5        A    I'm sorry.  What was that?

6        Q    As of February 2004, Health Grades was already

7   working on collecting patient-provided information,

8   correct?

9        A    Again, I don't know if that -- that was in

10  production or not, but, you know, somewhere in that

11  ballpark.

12       Q    Okay.  And Point Number 2 says, "Partners such

13  as Discovery Health are currently using our survey

14  instrument."  What was your survey instrument as of

15  February 4, 2004?

16       A    That would have been probably the patient

17  experience survey.

18       Q    And so your partners were already using the

19  patient experience survey?

20       A    That would suggest that I -- yeah, that

21  Discovery Health -- "Are you currently using the survey

22  instrument?"  So that would be we would be collecting

23  patient experience feedback from sites such as Discovery

24  Health that we created like these wrapper sites with.

25       Q    So -- just to make sure I understand, so --

```
 1   first of all, who's Discovery Health?
 2       A    They were -- well, it's a website, and they
 3   were -- we partnered -- or not partnered with -- they
 4   were a client and we provided a solution for them.  I'm
 5   not going to -- I can't remember all the specifics, but
 6   it would probably be to the areas of, you know,
 7   physician information, hospital information, nursing
 8   home information, and we would wrap that around with
 9   their headers and footers so it looked like it was the
10   Discovery Health website but it was kind of like powered
11   by Health Grades inside the middle of it with our health
12   information.
13       Q    Okay.  So Discovery Health at this point was
14   giving these survey results on their -- through their
15   website and getting results from patients?
16       A    I don't know if they're getting results.  It
17   doesn't say if we're publishing it or currently using
18   them.  We could have been collecting them but not
19   publishing yet.
20       Q    Okay.
21       A    Because there was like kind of a chicken and
22   the egg thing where I think we had to get so much data
23   before we could figure out how to publish it, and I
24   can't remember the specifics on that, so...
25       Q    And Discovery Health was another company,
```

Page 252

1   Q    This is an e-mail from Dave Hicks dated Monday,

2  August 16, 2004, to Health Grades senior management,

3  correct?

4   A    Yep.

5   Q    And you were copied on it along with Janet

6  Burkhard, Tony Smith and John Neal?

7   A    Correct.

8   Q    Are all the people on this e-mail, copy holders

9  and other people, Health Grades employees, with the

10  possible exception of John Neal?

11   A    From my understanding, yes.

12   Q    And Dave Hicks had put together a timeline to

13  develop and implement a new patient experience survey

14  and the results; is that right?

15   A    That's what it appears to be, yes.

16   Q    And attached he has a patient experience

17  timeline?

18   A    Okay.

19   Q    And according to this timeline, as of

20  September 30, 2004, they were to build results display

21  application and database.

22   A    Okay.

23   Q    Is that -- do you remember whether or not that

24  deadline was met?

25   A    I don't.

Page 253

1     Q    And then the last one was, "E-mail all report

2    purchasers."  Do you know what that means?

3     A    Yeah.  We were going to market that capability

4    to all of the people who had purchased reports on us, so

5    all of our past customers.

6     Q    So there were e-mails to past customers telling

7    them that now the Health Grades website had added

8    patient survey results?

9     A    Correct.  And we were -- I think what they did,

10   we tried to, you know, solicit them for input as well.

11    Q    Do you know if those e-mails actually went?

12    A    I can't remember for sure, but -- I can't

13   remember for sure.

14    Q    Okay.

15    A    I think we did it, but...

16    Q    Okay.  Do you remember if it was before the end

17   of 2004?

18    A    I wouldn't -- I don't remember the date on

19   that.

20         MR. STIMPSON:  Okay.  Jesús, again I'm asking

21      for these, too.  These e-mails should have been

22      produced as part of prior art.  So if you could

23      please find those.

24         MR. VÁZQUEZ:  Which e-mails?

25         MR. STIMPSON:  The e-mails to the report

Page 254

1      purchasers about the physician -- about the patient

2      survey results.

3          MR. VÁZQUEZ:  I'll -- like I said before, based

4      on this request, I'll check to see if it's

5      encompassed in a formal request.

6          MR. STIMPSON:  I can promise you it's within

7      our requests, all of these.  This is prior art,

8      okay?

9          MR. VÁZQUEZ:  Well --

10          MR. STIMPSON:  This is an e-mail to the public

11      telling about patient survey results.  I can promise

12      you it's a request.

13          MR. VÁZQUEZ:  Well --

14          MR. STIMPSON:  It's the first request we ever

15      sent to you, June.

16          MR. VÁZQUEZ:  Well, as you know, we don't

17      always agree on what prior art is, Counsel, so --

18          MR. STIMPSON:  Yeah.  If you want to try to

19      make that argument to the judge, you can.

20          MR. VÁZQUEZ:  We will.  And we have, as you

21      know.

22  BY MR. STIMPSON:

23      Q   Again, Mr. Montroy, as far as what dates were

24  met and what dates weren't, that would be in the project

25  development plan?

Page 268

1     A    Yeah.

2     Q    And it was generated at the request of a user?

3          MR. VÁZQUEZ:  Form.

4     A    Yeah.

5     Q    And the user can get on -- can get on the

6     website and enter a certain criteria for -- for the

7     search?

8          MR. VÁZQUEZ:  Form.

9     A    Well, they could enter criteria to find their

10    physician.  And then this report -- and I believe this

11    is the free -- one we gave away for free -- would --

12    would -- the consumer wouldn't pick these to compare

13    against.

14    Q    I'm sorry.  The consumer what?

15    A    The consumer wouldn't necessarily pick these.

16    Their physician might be in this list, but we would show

17    the physician report they purchased and -- against

18    these -- this set of physicians on this report.

19    Q    And this was based -- this set of physicians,

20    though, was based on the criteria --

21    A    Based on the criteria, yeah.

22    Q    Based on the criteria that the user enters.

23         And here psychiatry, located in Lexington,

24    Kentucky, within ten miles?

25    A    Yeah.

Page 269

1      Q    Okay.  Physicians free from disciplinary

2  action -- these are criteria input by the consumer on

3  the Health Grades website, right?

4           MR. VÁZQUEZ:  Form.

5      A    I'm trying to think.

6           I remember at some time we added some of that

7  search criteria to the site.  I can't remember when.

8  Actually -- like you could try to find -- you could try

9  to find physicians by using some of these filters.  I --

10  it's been a while.

11     Q    Okay.  I understand.

12          So you can see, starting on the second page,

13  32063, there's information provided on medical school,

14  and the next page on internship --

15     A    Yeah.

16     Q    -- residency, fellowship training, physician

17  licensure --

18     A    Yeah.

19     Q    -- years since medical school, government

20  disciplinary actions, and then on Page 32071 you see

21  Board certification.  You see that?

22     A    I'm getting there.

23          Yeah.

24     Q    Okay.  And those were all information that was

25  obtained from third parties?

Page 270

1           MR. VÁZQUEZ:  Form.

2      A    That was information -- what are you saying --

3  obtained --

4      Q    All those were information sets obtained by --

5  obtained from third parties, right?

6           MR. VÁZQUEZ:  Form.

7      Q    Not the healthcare provider.

8      A    Say it again.

9           MR. VÁZQUEZ:  Form.

10     A    What?

11     Q    These -- these sets of data I went through --

12     A    It says right there information from the

13  American Board of Medical Specialties.

14     Q    Right.  So it's obtained from a third party,

15  right?

16     A    Yeah, ABMS.

17          MR. VÁZQUEZ:  Form.

18     Q    Okay.  Let me just show you your patent again.

19  This is Exhibit 3.  And I'll show you the claim.  And

20  I'll show you on the paragraph at Column 20 about

21  Line 50 where it has "compiling," "compiling information

22  regarding the first healthcare provider."  You see that?

23     A    Okay.

24     Q    And you see there's a list -- a set of

25  information that you have to get from the third parties

Page 271

1    in that claim?

2            MR. VÁZQUEZ:  Form.

3       Q    Just read that paragraph to yourself, please.

4       A    Okay.

5       Q    Okay.  And that list includes medical school,

6    residency, internship, right?

7       A    What list?  This list?

8       Q    The list in the claim.

9       A    Yeah.

10      Q    Can you just confirm for me, please,

11   Mr. Montroy, that every single one -- every single piece

12   in that set of information in Claim 1 is found in this

13   physician quality comparison report of December 28,

14   2004?

15      A    Right now?

16      Q    Yeah.

17      A    Can I confirm it?

18      Q    Yeah.

19      A    Three or more.

20      Q    Yeah.  But I mean every single one in that list

21   is also found in this physician quality comparison

22   report.

23      A    Right.

24           Medical intern -- but these -- these were the

25   ones that Health Grades -- we were verifying on behalf

Page 272

1    of the consumer.

2        Q    Okay.  That's all right.

3        A    So...

4        Q    That's okay.

5        A    Right?

6            MR. STIMPSON:  I'm just asking you a different

7        question.  I have to motion -- move to strike that.

8        Q    What I'm asking you, sir, is, that list in that

9    paragraph, the claim, that starts with -- I've got to

10   get my patent because I can't follow along.

11           Okay.  Let me -- let me just -- we'll take this

12   a different way, okay?

13           The "compiling" paragraph, starting at Line 50,

14   or Column 20 of your patent --

15       A    Okay.

16       Q    -- has a set of groups of information at the

17   ends of that paragraph.  Do you see it?  It starts with

18   "Board certification"?

19       A    Right.

20       Q    Okay.  Board certification is found in this

21   physician quality comparison report of Exhibit 8, right?

22       A    Okay.

23       Q    Is that right?

24       A    This is a Board certification report, right.

25       Q    Okay.  Licensure is also found in this

Page 273

1    physician quality comparison report, correct?

2        A    Correct.  I believe.  Let me double-check that.

3    I think I saw it.

4        Q    Page 32067.

5        A    Yeah.  Okay.

6        Q    That's there, too, correct?

7        A    Yeah.

8        Q    The next one on the list, disciplinary action

9    information, that's also found on Page 32068 of the

10   physician quality comparisons report from December 28,

11   2004, correct?

12       A    Yep.

13       Q    Okay.  Medical school, that's also found in the

14   physician quality comparisons report of December 28,

15   2004?  32063.

16       A    Yep.

17       Q    Internship, the next one on the list, is also

18   found in this physician quality comparison report from

19   2004, correct?

20       A    Correct.

21       Q    Medical residency, the next one on the list, is

22   also found on this physician quality comparison report

23   from 2004, correct?

24            32065.

25       A    Yep.

Page 274

1  Q And fellowship, the last one on this list, is

2 also found in the 2004 physician quality comparison

3 report, correct?

4  A Yep.

5  Q So every single one of the sets of information

6 in that paragraph in your -- from your patent claim,

7 Mr. Montroy, is found in this 2004 report, correct?

8  A The fields, yes, are.

9  Q Okay.

10  A Right.

11  Q Now, did you get that list from the physician

12 quality comparison reports?

13  A Did I get what list?

14  Q The list that's in your patent claim right

15 there.

16  A Did I get it from it?

17  Q Did you get that list of information from these

18 2004 physician quality comparison reports?

19    MR. VÁZQUEZ:  Form.

20  A No.  If anything, the physician quality report

21 was -- was really the -- I'm sorry.  Maybe I'm

22 misunderstanding what you're saying.

23  Q Well, I'm just saying your patent application

24 was filed in 2006.

25  A Right.

Page 275

1      Q    And in this claim you have a list of

2   information that's exactly as we see it in the physician

3   quality comparison reports.

4      A    Right.

5      Q    So my question to you, sir, is, did that list

6   that's in your patent claim come from this -- these 2004

7   physician quality comparison reports?

8      A    I don't know where it came from.  I don't know

9   what the source of that necessarily was.  I didn't put

10   this together.  So -- you know, I didn't write this

11   patent and I didn't put that together.

12      Q    Okay.  So you don't --

13      A    I don't know what the source is.

14      Q    You can't say yes or no to answer that

15   question?

16      A    In terms of what?

17      Q    Whether or not that information was taken from

18   this 2004 --

19      A    I don't know if it was taken from this report

20   or the physician quality report.

21      Q    But it certainly looks like it's the same

22   information that was already being used in Health

23   Grades --

24      A    Right.

25      Q    -- in 2004?

Page 276

1       A     Well, in Health Grades, but, yeah, I don't know

2   what time all those fields came into play.  I would

3   assume that -- yeah.  That was mostly the general

4   information, so I would say yes.

5       Q     Okay.  If you could look at the physician --

6   I'll take that back -- physician quality report,

7   Page 32086.

8            Actually, I'm sorry, let me back up just a

9   little bit.  I've got a couple more questions about the

10  physician quality comparison report.  It's 32062.

11           At this time, December 2004, we know from our

12  prior exhibits that physicians were able to get on and

13  enter and change some of the information about gender

14  and age and specialty, right?

15      A     They were able to do it.  I'm not sure of the

16  exact time, but, yeah, they were able to do that, that

17  capability.

18      Q     Well, we know from our prior exhibits that they

19  were able to do that in mid 2003, right?

20           MR. VÁZQUEZ:  Form.

21      A     I -- I'm not -- I really can't keep track of

22  the timeline, but --

23      Q     Let me just show you here.

24           I'm sorry.  Let me make sure I've got the right

25  one here.

Page 288

1     A     You'd think.

2           MR. VÁZQUEZ:  Form.

3     Q     Were the physician satisfaction surveys added

4  to the physician quality reports first before any other

5  reports?

6     A     To the physician -- say that again?

7     Q     What types of reports were physician

8  satisfaction survey results added to?

9     A     Satisfaction surveys?  You're talking about for

10  the user to actually click and fill it out?

11     Q     No, no.  I mean -- I'm sorry.  I'm not making

12  myself clear.  The results from the surveys --

13     A     Right.

14     Q     -- right?  So you have patient-provided

15  information?

16     A     Yeah.

17     Q     What reports was that included in?

18     A     I can't remember exactly.  I want to say I

19  think both, but I can't say for sure.

20     Q     Both what?  Physician quality --

21     A     Yeah.

22     Q     -- reports and what else?

23     A     The comparison report.

24     Q     Okay.

25     A     I'm not a hundred percent sure, but...

Page 289

1    Q    Okay.  Let me show you what's been marked as

2    Exhibit 13.

3            Ooh.  I've been attacked by a piece of paper.

4            Have you seen this before?

5    A    It rings a bell.  David Drucker, yeah.

6    Q    When did you last see this?

7    A    I'm not sure.

8    Q    Did you see it in preparation for your

9    deposition?

10   A    No.

11   Q    So this is also something that was available at

12   the Health Grades website for consumers in June 2005?

13   A    Okay.

14           MR. VÁZQUEZ:  Form.

15   Q    Is that right?

16   A    I don't -- I mean, I'm -- I'm assuming, but in

17   terms of what report we had in production at that time,

18   you know, it's hard for me to confirm that.

19   Q    Well, the URL at the bottom, like we talked

20   about earlier, says healthgrades --

21   A    Right.

22   Q    -- .com/consumer, right?

23   A    That's true.

24   Q    So that is an indication that this was

25   available to consumers on the Health Grades website

Page 290

1    June 4, 2005, right?

2        A    And assuming that this is not a concept screen

3    that we would have put together, so it would -- we did

4    have concept screens, so -- and that's sometimes where

5    it can get confusing.  Because we could have done

6    snapshots of a production core and pulled in certain

7    information and modeled it.  So assuming that's not

8    this, then, yeah, this would be the report.

9        Q    Well, is there some way you could tell whether

10   it was that or --

11       A    I can't, not unless -- this came off an e-mail

12   or something, and I don't know.  It's hard to tell.  But

13   I would say -- I would say I can't -- I'd say I don't

14   know.

15           You know, because it could -- with this one we

16   were maybe modeling what a verify might look like and --

17   you know, if it was on a customer sale record or

18   something like that, you know, but it's hard to say.

19       Q    Well, from the URL you know that somebody went

20   to Health Grades' website, right?

21       A    Uh-huh.  Yeah.

22       Q    Right?

23           And you know that somebody went to the consumer

24   portion of that, right?

25       A    Yeah, but it could have been us.  I mean, we

Page 308

1    public these physician quality reports and physician

2    comparison reports and nursing reports, right?

3         A    Yeah, I'm sure we had those in place before

4    2006.

5         Q    In fact, they were in place -- as we've seen

6    earlier today, they were in place and out there in 2004,

7    right?

8              MR. VÁZQUEZ:  Object to form.

9         A    Somewhere in there.  I just don't know the

10   actual dates.

11        Q    So if you look now to Claim 1 on Column 20 --

12        A    Okay.

13        Q    -- it says, "A computer-implemented method of

14   providing healthcare provider information to potential

15   patients."

16             The Health Grades system from 2004, where --

17   the physician quality reports and physician comparison

18   reports --

19        A    Right.

20        Q    -- and nursing home reports, those were all

21   computer-implemented methods of providing healthcare

22   provider information to potential patients, right?

23        A    Our whole website was.

24             MR. VÁZQUEZ:  Form.

25        Q    Your whole website was?

Page 309

1       A     The website.  I mean, we provided -- it's --

2       Q     Okay.  Back in 2004?

3             MR. VÁZQUEZ:  Form.

4       A     Providing healthcare information to

5    potential -- I mean, from the beginning of Health

6    Grades, I mean, we -- that was a general assumption.

7       Q     Right.

8             And then, continuing, "said method comprising

9    receiving, by a web server computer of a company

10   providing a service for connecting healthcare providers

11   with potential patients, a request for information

12   regarding a first healthcare provider, wherein the web

13   server computer comprises at least one computer

14   processor and memory."

15            And, again, back in 2004 Health Grades was

16   receiving requests over its own website for information

17   on healthcare providers --

18            MR. VÁZQUEZ:  Object to form.

19      Q     -- right?

20            MR. VÁZQUEZ:  Object to form.

21      A     Health Grades was receiving -- was publishing

22   information on healthcare providers.

23      Q     Right.  And the reason -- and it was giving

24   reports in response to requests from consumers for

25   reports on specific healthcare providers, right?

Page 310

1    A    Yeah.  They could buy the reports through the

2    site.

3    Q    Right.

4         MR. VÁZQUEZ:  Form.

5    Q    And, again, that was back in at least 2004?

6    A    Somewhere in there.

7    Q    Next paragraph, "Accessing healthcare-provider-

8    verified information about the first healthcare

9    provider, wherein the first healthcare-provider-verified

10   information is received from first healthcare provider."

11        Now, let's stop there for a minute.  We saw

12   earlier today that at least as early as May 2003

13   healthcare providers were giving information for

14   inclusion in the Health Grades website, right?

15        MR. VÁZQUEZ:  Object to form.  Misstates the

16        evidence.

17   A    The physicians, the POS system was available --

18   Q    Right.

19   A    -- so, you know, we received -- we received

20   data from physicians.  They could update to their

21   profile.

22   Q    Right.  And that was at least as early as 2003?

23        MR. VÁZQUEZ:  Form.

24   A    I don't remember the date, but healthcare-

25   provider-verified information, you know, I -- I still

Page 311

1    interpret that as, you know, the Health Grades

2    verification side of that.

3        Q    Okay.  And Health Grades was doing that in 2003

4    and 2004, right?

5            MR. VÁZQUEZ:  Form.

6        A    Yeah.  I don't know the actual date, sir.

7        Q    And then it continues, "where the healthcare-

8    provider-verified information is received from the first

9    healthcare provider and comprises three or more from the

10   group consisting of," and then it's got that list of --

11       A    Right.

12       Q    -- healthcare information, right?

13       A    Right.

14       Q    And you know that from the POS in 2003/2004

15   healthcare providers were providing information for the

16   reports, right?

17           MR. VÁZQUEZ:  Object to form.  Misstates the

18       evidence.

19       A    Again, I -- the dates I'm uncertain of, but,

20   you know, these fields -- you know, some of these fields

21   would indicate both Phase I and Phase II POS.

22       Q    Okay.  Right.  We talked about some of these

23   fields earlier, right?  Age --

24       A    Right.

25       Q    -- gender?  And you told me that you did think

Page 312

1   that those were basic fields that the provider could --

2       A    Yeah.

3       Q    -- give information?

4            MR. VÁZQUEZ:  Object to form.

5       Q    And then the next paragraph, "Compiling by at

6   least one computer processor patient-provided

7   information regarding the first healthcare provider,

8   wherein the patient-provided information comprises

9   patient ratings from one or more past or current

10  patients on the first healthcare provider."

11           Did I read that correctly?

12      A    Yeah.  Let me -- can I -- hang on a second.

13           Past or current patients.  Okay.  Yeah.

14      Q    And we knew from the documents we saw today

15  that well prior to February of 2006 when this

16  application was filed, that Health Grades already had

17  patient-provided information out there in the reports it

18  was giving to its members, right?

19           MR. VÁZQUEZ:  Object to form.  Misstates the

20           testimony, misstates the evidence.

21      A    I'm unclear.

22      Q    Huh?

23      A    I'm unclear on what you mean.  I'm unclear on

24  how to answer.

25      Q    Well --

Page 313

1      A     Can you restate it or --

2      Q     -- remember we saw that press release from

3  August 2005?

4      A     Yeah.

5      Q     Okay.  And remember we saw the Drucker report,

6  June 2005?

7      A     Right.

8      Q     They all talked about patient-provided

9  information going into the reports of Health Grades,

10  right?

11      A     Right.

12      Q     And that was 2005, well prior to the February

13  2006 filing of this application?

14            MR. VÁZQUEZ:  Object to form.

15      A     Prior to this application?

16      Q     Right.

17            MR. VÁZQUEZ:  Object to form.

18      A     Hang on a second.

19            Yeah.

20      Q     Okay.  Then the claim continues, "and wherein

21  the patient ratings are received from an online patient

22  experience survey completed on a company website by the

23  one or more past or current patients of the first

24  healthcare provider."

25            Now, again, patient-provided information we

Page 314

1   were talking about from 2005, that was all collected

2   from the Health Grades website, right?

3           MR. VÁZQUEZ:  Object to form.  Misstates

4       testimony.

5       A    The patient information would have been

6   collected from the website.

7       Q    Right.

8           "And wherein the company website is managed by

9   the company providing the service for connecting

10  healthcare providers with potential patients."

11          And in 2005 and 2004 Health Grades was managing

12  its own website, right?

13          MR. VÁZQUEZ:  Form.

14      A    Yeah.

15      Q    Okay.  Next paragraph, "Compiling information

16  regarding the first healthcare provider verified by an

17  independent third-party source" -- now, we also knew in

18  2003, 2004, 2005 Health Grades was getting information

19  from its reports -- for its reports from third parties,

20  right?

21          MR. VÁZQUEZ:  Object to form.  Misstates the

22      testimony and the evidence.

23      A    Some of these --

24          MR. STIMPSON:  Jesús, just "form" is good

25      enough, okay?  You don't need to tell the witness

Page 315

1      how to answer, okay?

2           MR. VÁZQUEZ:  No, I'm not telling the witness

3      what to answer.

4           MR. STIMPSON:  Yes, you are.

5           MR. VÁZQUEZ:  I'm telling you what you're doing

6      wrong.

7           MR. STIMPSON:  Yes, you are.  "Form" is good

8      enough.  That will preserve your objection.

9           MR. VÁZQUEZ:  I'll make my objections as I see

10     fit, Counsel.

11          MR. STIMPSON:  Yeah.  Well, you're also going

12     to get sanctioned for it someday.

13   BY MR. STIMPSON:

14     Q    Okay.  "Compiling information regarding the

15   first healthcare provider verified by an independent

16   third-party source."  We also knew from 2003, 2004, 2005

17   Health Grades was collecting information for its various

18   reports from third parties, right?

19          MR. VÁZQUEZ:  Object to form.  Misstates the

20     evidence.

21     A    So, if I'm reading this right, compiling

22   information regarding the first healthcare providers

23   verified information by independent third-party source.

24   So the third-party source was verified information.  So

25   like ABMS data, that would have been characterized as --

1   at least that's how I characterize it -- as verified

2   information.

3       Q    Right.  And then Health Grades was doing that

4   in 2003, 2004 and 2005 in its prior reports, right?

5           MR. VÁZQUEZ:  Object to form.  Same objections.

6       A    I'm not -- I don't --  I'm not sure on the date

7   of the ABMS data, but I -- I don't know the actual

8   timeline of all those fields and data points.  But we

9   did -- this is -- this is -- we did do this, so...

10      Q    Right.  And it says, "wherein the information

11  verified by the independent third-party source comprises

12  three or more from the group consisting of" -- and then

13  it has that list of --

14      A    Reports, yeah.

15      Q    -- sets of information, right?

16      A    Right.

17          MR. VÁZQUEZ:  Form.

18      Q    And we know that not only did three or more of

19  that list -- not only were three or more of that list

20  found in the 2004 reports, but all of that list was

21  found in those 2004 reports, right?

22          MR. VÁZQUEZ:  Form.

23      A    At some point they were in the reports.

24      Q    Right.  And that's from that 2004 report that

25  you and I went over and we compared to the claim, right?

Page 317

1      A    Are you talking about the concept report or the

2    actual report that was in production?

3      Q    The report from 2004 that we looked at earlier,

4    sir.  Remember how we compared the claim to this -- to

5    the report itself?

6      A    Right.

7           MR. VÁZQUEZ:  Form.

8      Q    And you confirmed for me that every single

9    one --

10     A    Right.

11     Q    -- on this list was found in that 2004 report,

12   right?

13     A    Right.

14          MR. VÁZQUEZ:  Form.

15     Q    Next one, "Creating, by at least one computer

16   processor, a healthcare provider report on the first

17   healthcare provider."

18          And, again, 2003, 2004, 2005 Health Grades was

19   creating reports for consumers on healthcare providers

20   that they were requesting reports about, right?

21     A    Somewhere in that range --

22          MR. VÁZQUEZ:  Form.

23     A    -- yeah.  I mean...

24     Q    Well, no.  We've seen them earlier today.  You

25   know in 2003, 2004 and 2005 Health Grades was doing

```
                                          Page 318

 1   that, right?

 2           MR. VÁZQUEZ:  Form.

 3      A    Yeah, but -- it was doing that, but what --

 4   with what data points, I guess, is --

 5      Q    Right.  But let's just look at this claim

 6   language for now, and we'll talk about the other claim

 7   language as we get to it.  It says, "Creating, by at

 8   least one computer processor, a healthcare provider

 9   report on the first healthcare provider."

10      A    Right.

11      Q    And we've seen multiple healthcare provider

12   reports --

13      A    Right.

14      Q    -- that Health Grades was giving --

15      A    Right.

16      Q    -- in 2004 and 2005, right?

17      A    Right.

18           MR. VÁZQUEZ:  Form.

19      Q    And it says, "using healthcare-provider-

20   verified information, the patient-provided information,

21   and the information verified by the independent

22   third-party source" -- okay.  We've already talked about

23   those datas --

24      A    Right.

25      Q    -- a little earlier -- "wherein the healthcare
```