# EXHIBIT I

# REDACTED

---

**From:** John Neal [mailto:jneal@healthgradesreports.com]
**Sent:** Tuesday, March 22, 2005 3:32 PM
**To:** 'Lauren Deritis'
**Subject:** RE: Health Grades Reports[Scanned]

Lauren,

We can offer the following pricing on an introductory basis for the first six months:

- WEB PRESENCE PACKAGE (as outlined in my email yesterday and in attached presentation)
    - $40 per physician per month (This represents a 60% discount from our anticipated price of $100 per physician per month)
    - Minimum six-month term and then month to month
- PREMIUM PLACEMENT PACKAGE (as outlined in my email yesterday and in attached presentation)
    - $150 per month for the entire practice (represents a 50% discount from our anticipated price)
    - Minimum six-month term and then month to month

If you do the math, the Rothman Institute would need to capture one to two additional surgical procedures (depending on the DRG) across all physicians to pay the entire six-month cost of the program. We strongly believe that the program will pay for itself several times over through better patient education and more visits from the right kinds of patients (those with targeted surgical needs). I've attached an updated presentation for your review. Included in the presentation are results experienced by two of our beta clients that demonstrate the potential of the program. I have requested a report showing the number of Philadelphia area orthopedic surgeon searches on HealthGrades month-to-date and will forward that information to you upon receipt. Again, please don't hesitate to contact me with any questions.

I have one request. Please protect the confidentiality of this email and the associated attachment as the information is highly proprietary and non-public.

Thanks,
John

---

**From:** Lauren Deritis [mailto:lauren.deritis@rothmaninstitute.com]
**Sent:** Tuesday, March 22, 2005 1:53 PM
**To:** John Neal
**Subject:** RE: Health Grades Reports[Scanned]

John,

Can you forward to me prices for two physicians as well as the cost for the entire practice?

Thank you,
Lauren DeRitis
Rothman Institute
267-339-3689 - office
215-435-3378 - cell


DEFENDANT'S EXHIBIT 51

**CONFIDENTIAL - ATTORNEYS EYES ONLY**              HG0179518

**From:** John Neal [mailto:jneal@healthgradesreports.com]
**Sent:** Mon 3/21/2005 2:20 PM
**To:** Lauren Deritis
**Subject:** RE: Health Grades Reports[Scanned]

Hi Lauren,

We are very excited about getting the Rothman Institute into the HealthGrades Physician Marketing program. The WEB PRESENCE and PREMIUM PLACEMENT programs have exceeded all expectations for our beta clients. Unfortunately, the Rothman Institute missed the cut-off for inclusion in the beta test phase. However, our intent is to include Dr. Rothman and one other doctor (of your choosing) free of charge in our WEB PRESENCE program for our soft launch at the beginning of April. Please let me know the other doctor to be included. Do the profiles that you provided for Dr. Rothman and the others meet your approval for inclusion in our program? Below are examples of each program.

Here are a few examples of our WEB PRESENCE program:
1) Google search on affiliated doctor's name:
http://www.google.com/search?hl=en&lr=&safe=off&rls=GGLD%2CGGLD%3A2005-05%2CGGLD%3Aen&q=dr+lew+schon

2) Physician's web presence page when HealthGrades' Google link is clicked:
http://www.healthgrades.com/directory_search/Physician/Profiles/OrthopedicSurgery/Baltimore_Maryland/Dr_Lew_Schon_MD_A85FDB44.cfm?tv=physician_premiumprofile_affiliatedphysicians

3) Enhanced profile report on physician made available to consumers:
http://www.healthgrades.com/consumer/index.cfm?fuseaction=flash&modtype=market&modact=view_report&hgid=HGPYA85FDB44892358733&zipcode=33629&tv=ZipRequired_PremiumStaticProfileGetReport_haszip

4) Free reports button for relevant consumer searches on HealthGrades.com (i.e. those seeking orthopedic surgeons in the Philadelphia area, name searches). See "FREE REPORT" button for Dr. Matthews on link below:
http://www.healthgrades.com/consumer/index.cfm?fuseaction=mod&modtype=PRC&modact=PRC_Search_Results&last_name=matthews&state=MD&specialty=31&city=Baltimore

Additionally, PREMIUM PLACEMENTS like those for Greater Chesapeake Orthopaedic Associates (Baltimore) in the blue box in the link below could provide an opportunity to promote the expertise of the Rothman Institute:
http://www.healthgrades.com/consumer/index.cfm?fuseaction=mod&modtype=PRC&modact=PRC_Search_Results&last_name=&state=MD&specialty=31&city=Baltimore

Should the practice choose, we could include all of the doctors at a reduced rate. I would be happy to discuss the WEB PRESENCE and PREMIUM PLACEMENT programs in more detail or address any questions that you may have. Let me know if you and/or Mike would like to take a few minutes for a call to cover these items.

John

---

**From:** Lauren Deritis [mailto:lauren.deritis@rothmaninstitute.com]
**Sent:** Monday, March 21, 2005 9:50 AM
**To:** jneal@healthgradesreports.com
**Subject:** Health Grades Reports

John Neal,

I'm sorry I haven't gotten back to you sooner. I wanted to see if any of our physician reports have been put onto the Health Grades network. I know I had to get back to with some additions, but I wanted to see if any were put on the network.

Thank you,

Lauren DeRitis

**CONFIDENTIAL - ATTORNEYS EYES ONLY**　　　　　　　　　　　　　　　　**HG0179519**

Rothman Institute
267-339-3689 – office
215-435-3378 - cell

**CONFIDENTIAL - ATTORNEYS EYES ONLY**  HG0179520



CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                    HG0179521



# Physician Web Presence Package

Package Includes (see next pages for examples):
- Premium Search Engine Results
- Web Presence & Hosted Web Pages
- Free Reports to Consumers
- Premium Report to Consumers

Pricing
- $100 Per Physician Per Month
- 50% Introductory Discount Through April

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

11

CONFIDENTIAL - ATTORNEYS EYES ONLY                    HG0179531

# Physician Web Presence Package:

## Premium Search Engine Results

Google Search: Dr. David A. Drucker, MD - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address: http://www.google.com/search?hl=en&q=Dr.+David+A.+Drucker%2C+MD&btnG=Google+Search

Google — Web Images Groups News Froogle Local New! more »

Dr. David A Drucker, MD [Search] Advanced Search Preferences

"A" is a very common word and was not included in your search. [details]

**Web** Results 1 - 10 of about 19,100 for Dr. David A. Drucker, MD. (0.24 seconds)

Tip: Save time by hitting the return key instead of clicking on "search"

**Dr. David A. Drucker, MD - Minimally Invasive Hip and Knee Surgery**
Dr. David A. Drucker, MD - Total Joint Replacement, Total Hip Replacement, Total Knee Replacement, Minimally Invasive Surgery, MIS Mini-Incision Hip Replacement ...
www.healthgrades.com/.../Dr_David_Drucker_MD_6BF3D179.cfm?tv=physician_premiumprofile_affiliatedphysicians - 17k - Cached - Similar pages

Search for a Orthopedic Surgeons Physician, Dou-Dunlap
... Dr. Jack A. Drogt MD - Maplewood, Minnesota Dr. Paul J. Drouillard MD - Garden City, Michigan Dr. David A. Drucker MD - Staten Island, New York Dr. Melvyn G ...
www.healthgrades.com/directory_search/Physician/Profiles/OrthopedicSurgery/alpha32.cfm - 29k - Feb 21, 2005 - Cached - Similar pages
[ More results from www.healthgrades.com ]

**David Drucker, MD PC: Eye Care and Laser Vision Correction**
... ophthalmology, hard-to-fit contact lenses or laser vision correction. David Drucker, MD is dedicated to providing the ultimate in eye care. Dr. Drucker opened ...
www.druckereyes.com/ - 20k - Feb 21, 2005 - Cached - Similar pages

Sponsored Links

Md Doctor
Over 726,000 US physicians
All states, address, phone, fax
www.dr-411.com

Colorado Physicians
Listed by type and area with phone numbers, maps and web sites.
http://www.xzelt.com
Colorado

Find a Doctor
Online Listings in Your Area
Health Yellow Pages
1-800-Schedule.com
Denver, CO

Check MD/Doctor Quality
Access critical background and performance data on doctors.
www.physicianreports.com

Internet

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

CONFIDENTIAL - ATTORNEYS EYES ONLY



CONFIDENTIAL - ATTORNEYS EYES ONLY                                                    HG0179533



# Physician Web Presence Package:
## Free Reports to Consumers

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.



# Premium Report: Introduction

http://dev.healthgrades.com - HealthGrades - The Healthcare Quality Experts® - Micr...

File Edit View Favorites Tools Help Links

HealthGrades

## Dr. David Allan Drucker, M.D.

Orthopedic Surgeon

Print Report

Make Priority Appointment

Email Phone

### Introduction

**Patient/Medical Philosophy:**

Dr. Drucker's philosophy on treating patients with arthritis is that before considering surgery all patients should try a comprehensive approach to non-surgical treatment. Those who fail to find success with conservative treatment and elect to have surgery are thoroughly evaluated with respect to general health, lifestyle, living situation and occupation before the doctor and patient choose the appropriate surgery.

**Personal Facts:**

Male
Age: 47
Languages: English
Years in profession: 22

**Awards and Honors:**

2001-2002. UMDNJ Orthopaedic Chief Resident's Award for Excellence in Teaching
1991: Mueller Foundation Research Fellow

**Professional Appointments:**

2005. Director of Orthopaedic Surgery - Staten Island University Hopsital
2004: Assistant Professor - UMDNJ, Department of Orthopaedic Surgery

**Publications:**

"Early Results of Total Hip Arthroplasty using a Hydroxapatite-Coated Acetabular and Femoral Component"

"Osteolysis Around Uncemented Acetab ular Components of CoCr Surface Replacements Hip Arthroplasty"

"Revision of the Acetabular Component with an Uncemented Harris-Galante

Internet

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

# Premium Report: Experience/Training



### Experience/Training

**Specialties[1]:**
Orthopedic Surgery (HealthGrades has verified that Dr. Drucker is board certified by the American Board of Orthopedic Surgery)

**Area of Expertise:**
Total Hip Replacement
Total Knee Replacement

**Medical School:**
Chicago Medical School
N. Chicago, Illinois, 1983

**Internship:**
University of Medicine and Dentistry
Newark, New Jersey, 1984

**Residency:**
University of Medicine and Dentistry
Newark, New Jersey, 1989

**Fellowships:**
Total Joint Replacement Indiana University
Indianapolis, Indiana, 1990

Total Joint Replacement University of Medicine and Dentistry
Orange, New Jersey, 1990

Total Hip Replacement Harvard University
Boston, Massachusetts, 1991

16



# Premium Report: Performance

http://dev.healthgrades.com - HealthGrades - The Healthcare Quality Experts ® - Mic...

File Edit View Favorites Tools Help Links

## Performance

| *Procedure* | *Number per year (approximate)* |
|---|---|
| Total Hip Replacements | 150 |
| Total Knee Replacements | 150 |
| Revision of Total Knee and Hip | 30 |

**Avg time to get a new patient appoinunent:** 10 days
**Avg time for existing patient to get an appointment:** 10 days
**Avg wait room time:** 20 minutes
**Provides patients access to a nurse:** PA, MA, or resident available
**Uses computerized systems to improve patient experience:** Yes

Disciplinary Actions[1]:
HealthGrades has confirmed that Dr. David Allan Drucker has not received any disciplinary actions within the last 5 years from The Office of Inspector General or 49 state medical boards (South Dakota does not report).

**Physician shares call with:**
Vincent Ruggiero, MD, John Reilly, MD, Deborah Henley, MD, Albert Accettola, MD, Joseph Giovinazzo, MD

Internet

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

# Premium Report: Patient Experience



Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

18

**CONFIDENTIAL - ATTORNEYS EYES ONLY**　　　　　　　　　　　　　　　　　　HG0179538



# Premium Report: Practice/Locations

File Edit View Favorites Tools Help Links

## Practice Information

Orthopaedic Associates of New York
A Division of Healthcare Associates in Medicine, PC
Established in 1995.

http://www.hca-si.com

Dr. Drucker has been at this practice for 10 years.
His current title at this practice is: President of Orthopaedic Surgery

**Description of practice:**

This practice specializes in treating patients that have arthritis of the hip or knee. Dr. Drucker is a board certified orthopaedic surgeon. He has completed three fellowships in total joint replacement. His patients will be exposed to the latest in non-surgical and surgical treatments. His surgical expertise includes minimally invasive surgical techniques (MIS), revision total joint replacement and dealing with the complications of total joint replacement such as loosening, infection, dislocations and fractures.

**Languages spoken by staff:**

English, Italian, small amount of Spanish

**Other physicians at this practice:**

Joseph A. Suarez, MD, Joseph J. Giovinazzo, MD, Vincent Ruggiero, MD, Deborah A. Henley, MD, John F. Reilly, MD, Albert B. Accettola, MD

**Office Locations:**

**Victory Office**
1460 Victory Blvd.
Staten Island, NY, 10301
Telephone: (718) 226-8403
Fax: (718) 981-6210

Make PRIORITY APPOINTMENT NOW!
- Email
- Phone

http://www.hca-si.com

Map and Driving Directions

Office Information: (View)

Internet

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

CONFIDENTIAL - ATTORNEYS EYES ONLY

# Premium Report: Practice Information

File Edit View Favorites Tools Help

**Office Locations:**

Victory Office
1460 Victory Blvd.
Staten Island, NY, 10301
Telephone: (718) 226-8404
Fax: (718) 981-6210

Make PRIORITY APPOINTMENT NOW!
- Email
- Phone

http://www.hcp-si.com

Map and Driving Directions

Office Information: (Hide)

**Office Hours:**

| | |
|---|---|
| Monday: | 3:30pm - 8:00pm |
| Tuesday: | Closed |
| Wednesday: | 9:00am - 5:00pm |
| Thursday: | Closed |
| Friday: | 9:00am - 5:00pm |
| Saturday: | Once every six weeks 9:00am - 12:00pm |
| Sunday: | Closed |

**Closed:**

| | |
|---|---|
| New Years Day | Labor Day |
| Memorial Day | Thanksgiving |
| Independence Day | Christmas |

**Office Parking:**

No fee parking available behind building. Office has ground level access from security manned parking lot.

**Office Coordinator:**

Linda - (718) 226-8404

**Office provides computerized drug orders:**

No

**Office utilizes electronic record keeping:**

Yes

**Office Provides:**

Pharmacy, Lab, Radiology, and Child Play Area on Site

Internet

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.



# Premium Report: Facilities

| Facility | General Rating |
|---|---|
| **Primary Hospitals** (where physician performs the majority of their work) | |
| **Staten Island University Hospital*** | |
| Total Knee Replacement | ★★★ |
| Total Hip Replacement | ★★★ |
| **Overlook Hospital*** | |
| Total Knee Replacement | ★ |
| Total Hip Replacement | ★ |
| **UMDNJ University Hospital*** | |
| Total Knee Replacement | — |
| Total Hip Replacement | — |

*Doctor has full admitting privileges at these hospitals.

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

21

CONFIDENTIAL - ATTORNEYS EYES ONLY                              HG0179541



# Premium Report: Health Plans

## Health Plan/Other

**Health Plans Accepted:** 1199 HomeCare, 1199 NB Fund, 32 B-J, Aetna HMO, Aetna Non-HMO, Affinity, AmeriHealth, Atlantis HMO, Atlantis POS, Beech St/MediChoice, CHAMPVA, CHN, ChoiceCare/Humana, Cigna, Devon, Elderplan, Empire BlueCross, Empire, BC Senior Plan, Empire NY Gov Plan, Fidelis, First Health, GHI, GHI HMO, Great-West/One Health, Guardian, Guardian Health Net, HCP (Heritage), Health Net (PHS), Health (Care) Plus, HIP, Horizon NJ PPO, Horizon NY EPO/PPO, Horizon NY HMO/Vista+, Humana/ChoiceCare, Mail Handlers, Medicare, MediChoice (Beech St), MetraComp, MultiPlan, Neighborhood, No-Fault, One Health/Great West, Oxford (all plans), PHCS, RR Medicare, Select Pro/Beech St., SmartChoice (Health Net), Touchstone (HNSC), Tricare/Champus, Ullicare, Unicare, United HC, US Family Health Plan, Workers' Comp.

**Accepts Medicare:** Yes

**Accepts Medicaid:** No

**Payment Methods:** VISA, CASH, CHECK, (American Express and Discover are not accepted.)

**Payment Policy:** Co-pay is due upon arrival

**Accepting New Patients:** Yes

**Legend**

1 - HealthGrades-Verified Data or Sourced Data

2 - Patient Data

3 - Physician-Verified Data

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

CONFIDENTIAL - ATTORNEYS EYES ONLY



# Premium Placement Package

## Package Includes:
- Optimized Web Placement
- Premium Placement on Healthgrades.com
- Web Presence & Hosted Practice Web Page
- Requires Purchase of Web Presence Package

## Pricing:
- $300 Per Practice Per Month
- 50% Introductory Discount Through April

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

23

CONFIDENTIAL - ATTORNEYS EYES ONLY                                           HG0179543