# EXHIBIT L

| | |
|---|---|
| **From:** | Dave Hicks |
| **To:** | 'Shaikat.Sen@jdpa.com'; dhicks@healthgrades.com |
| **CC:** | Steve.Wood@jdpa.com |
| **Sent:** | 5/14/2004 1:19:39 PM |
| **Subject:** | RE: Patient Experience Survey |

Shaikat,

Thanks for the feedback. Excellent point. We will make the changes and probably launch Monday or Tuesday.

Thanks again,
Dave

-----Original Message-----
From: Shaikat.Sen@jdpa.com [SMTP:Shaikat.Sen@jdpa.com]
Sent: Friday, May 14, 2004 1:14 PM
To: dhicks@healthgrades.com
Cc: Steve.Wood@jdpa.com
Subject: RE: Patient Experience Survey

Dave,

I just navigated my way through the link and looked at the survey. It looks pretty good as it stands.

I am thinking it would probably be a good idea to add something that let's the respondent know that they can click on the links in question 1 to get a more detailed description of what that item includes. For example...

Perhaps in the box just above attribute a, in question 1, why not add the following:

"Please click on the items in the list below to see a detailed description of that item."

Other than that, it looks good. I am excited about seeing what the results look like...!


Thanks!
Shaikat

-----Original Message-----
From: Dave Hicks [mailto:dhicks@healthgrades.com]
Sent: Friday, May 14, 2004 11:47 AM
To: Shaikat Sen @Mesa
Subject: RE: Patient Experience Survey

Shaikat,

It seems like the URL was too long. We created another one (much shorter).
Please try this one and let me know.

Sorry for the problem.

Dave

http://tinyurl.com/2m3r7



DEFENDANT'S EXHIBIT 47

> -----Original Message-----
> From: Shaikat.Sen@jdpa.com [SMTP:Shaikat.Sen@jdpa.com]
> Sent: Friday, May 14, 2004 12:16 PM
> To: dhicks@healthgrades.com
> Subject: RE: Patient Experience Survey
>
> Dave,
>
> I was out of the office yesterday and didn't get a chance to review
> the PE questionnaire. I will be glad to review it today and get you
> some feedback. However, when I tried to access the link below (I tried
>
> both the hyperlinked part, as well as the entire string - line 1 and 2
>
> below), I was not able to get in. The error message I got is
> reproduced below.
>
> Error Occurred While Processing Request Error Diagnostic Information
>
> An error occurred while evaluating the expression:
>
>
> "caller.attributes.#urlname#" = "#evaluate("url."&'#urlname#")#"
>
>
>
> Error near line 70, column 12.
> ------------------------------------------------------------
> --
> --------
>
> An error has occurred while processing the expression:
>
> url.mod
>
>
> Error near line 1, column 1.
>
>
> ------------------------------------------------------------
> --
> --------
>
> Error resolving parameter URL.MOD
>
>
> The specified URL parameter cannot be found. This problem is very
> likely due to the fact that you have misspelled the parameter name.
>
>
>
>
> The error occurred while processing an element with a general
> identifier of (CFSET), occupying document position (70:5) to (70:76)
> in the template file C:\CFusion\CustomTags\FormURL2Attributes.cfm.
>
>
> Date/Time: 05/14/04 12:07:03
> Browser: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.0) Remote
> Address: 12.105.174.3 Query String: fuseaction=patientsurvey&mod
>
>
>

HGMKES 022434                    Highly Confidential - Attorney's Eyes Only

```
>
> Please inform the site administrator that this error has occurred (be
> sure to include the contents of this page in your message to the
> administrator).
>
>
> -------------------------------------------------------------------
> --
> --------
>
>
> Thanks!
> Shaikat
>
> -----Original Message-----
> From: Dave Hicks [mailto:dhicks@healthgrades.com]
> Sent: Thursday, May 13, 2004 10:21 AM
> To: Shaikat Sen @Mesa; Dave Hicks
> Cc: John Morrow; Kerry Hicks; Peter Fatianow; John Neal
> Subject: RE: Patient Experience Survey
>
> Shaikat,
>
> Here is the link I promised. There are a few paths into the
> application so we are just sending one to you. This is still being
> tested internally, so if you find any bugs, let me know. Also, our
> plan is to launch this on Monday, so if you could take a look at it
> before then, it would be greatly appreciated.
>
> Looking forward to your feedback.
>
> Thanks,
> Dave
>.
> http://test.healthgrades.com/consumer/index.cfm?fuseaction=patientsurv
> ey
> &mod
> type=PRC&modact=patientsurvey_landing&modpath=patientsurvey
>
> > -----Original Message-----
> > From: Shaikat.Sen@jdpa.com [SMTP:Shaikat.Sen@jdpa.com]
> > Sent: Friday, May 07, 2004 10:53 AM
> > To: dhicks@healthgrades.com
> > Cc: jmorrow@healthgrades.com; khicks@healthgrades.com;
> > pfatianow@healthgrades.com
> > Subject: RE: Patient Experience Survey
> >
> > Dave,
> >
> > Yes, absolutely! I will be very interested in accessing the link you

> > send me and getting a feel for what the survey will look like and
> > will
>
> > be glad to provide any constructive feedback. Next week will work
> > fine
>
> > for me. I will be unavailable on Thursday next week, but I should
> > have
>
> > time to review anytime during the rest of the week.
> >
> > I look forward to an update next week.
```

HGMKES 022435                    Highly Confidential - Attorney's Eyes Only

> >
> > Thanks!
> > Shaikat
> >
> > -----Original Message-----
> > From: Dave Hicks [mailto:dhicks@healthgrades.com]
> > Sent: Friday, May 07, 2004 9:49 AM
> > To: Shaikat Sen @Mesa
> > Cc: John Morrow; Kerry Hicks; Peter Fatianow
> > Subject: Patient Experience Survey
> >
> > Shaikat,
> >
> > We are about to launch the Patient Experience survey on our website.

> > We would like to send you a link to look at the pages, navigation,
> etc.
> > before the general public. I anticipate that we can send you this
> > link mid-next week. If you could take a look at it then and provide

> > us feedback as soon as possible, we would greatly appreciate it.
> >
> > Thanks,
> > Dave Hicks
> >
> > ****************************************************************
> >
> > This e-mail and any files transmitted with it are confidential
> >
> > and intended solely for the use of the individual or entity to
> >
> > which they are addressed. If you have received this in error,
> >
> > you must not use or disseminate any information contained in it.
> >
> > Please send it back to the person who sent it to you and delete
> >
> > it from your system. This footnote also confirms that this e-mail
> >
> > message has been swept by Sybari's Antigen for the presence of
> >
> > computer viruses. However, we cannot guarantee that this trans-
> >
> > mission is virus free, nor can we guarantee that this e-mail is
> >
> > secure or error-free as information could be intercepted,
> >
> > corrupted, lost, destroyed, or arrive late or incomplete. J.D.
> >
> > Power and Associates therefore does not accept liability for loss
> >
> > or damage suffered as a result of this transmission or for any
> >
> > errors or omissions in the contents of this e-mail.
> >
> > ****************************************************************
>
> ****************************************************************
>
> This e-mail and any files transmitted with it are confidential
>
> and intended solely for the use of the individual or entity to
>

HGMKES 022436  Highly Confidential - Attorney's Eyes Only

> which they are addressed. If you have received this in error,
>
> you must not use or disseminate any information contained in it.
>
> Please send it back to the person who sent it to you and delete
>
> it from your system. This footnote also confirms that this e-mail
>
> message has been swept by Sybari's Antigen for the presence of
>
> computer viruses. However, we cannot guarantee that this trans-
>
> mission is virus free, nor can we guarantee that this e-mail is
>
> secure or error-free as information could be intercepted,
>
> corrupted, lost, destroyed, or arrive late or incomplete. J.D.
>
> Power and Associates therefore does not accept liability for loss
>
> or damage suffered as a result of this transmission or for any
>
> errors or omissions in the contents of this e-mail.
>
> ****************************************************************

****************************************************************

This e-mail and any files transmitted with it are confidential

and intended solely for the use of the individual or entity to

which they are addressed. If you have received this in error,

you must not use or disseminate any information contained in it.

Please send it back to the person who sent it to you and delete

it from your system. This footnote also confirms that this e-mail

message has been swept by Sybari's Antigen for the presence of

computer viruses. However, we cannot guarantee that this trans-

mission is virus free, nor can we guarantee that this e-mail is

secure or error-free as information could be intercepted,

corrupted, lost, destroyed, or arrive late or incomplete. J.D.

Power and Associates therefore does not accept liability for loss

or damage suffered as a result of this transmission or for any

errors or omissions in the contents of this e-mail.

****************************************************************