# EXHIBIT M

# REDACTED

**From:** Scott Montroy
**Sent:** Thursday, November 11, 2004 4:29 PM
**To:** Sarah Loughran; Janet Burkhard; Dave Hicks; John Neal; Tony Smith
**Cc:** John Morrow; Judd Exley; Annette Tekler
**Subject:** FW: Patient Experience Survey

We have schedule to send this out every Monday to report on the new patient experience data. (for the TO's)

If you wish to change anything regarding this report or distribution please contact Annette.



CONFIDENTIAL - ATTORNEYS EYES ONLY                                HG0209008

From: Annette Tekler
Sent: Thursday, November 11, 2004 3:58 PM
To: Scott Montroy
Subject: Patient Experience Survey

Scott ~

Let me know if there is anything else.

Thank you,
Annette Tekler
(303) 716-6539
atekler@healthgrades.com

This message contains confidential and/or legally privileged Information and is intended for use only by the indicated addressee. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0209009

Patient Experience Survey Numbers
October 28, 2004 to November 9, 2004

**Average surveys filled out per day: 117**

| Number of Users that filled out a survey | | Number of Surveys filled out | |
|---|---|---|---|
| **Date** | **Unique Users** | **Date** | **Survey Count** |
| 10/28/2004 | 1 | 10/28/2004 | 1 |
| 10/29/2004 | 62 | 10/29/2004 | 74 |
| 10/30/2004 | 58 | 10/30/2004 | 72 |
| 10/31/2004 | 80 | 10/31/2004 | 87 |
| 11/1/2004 | 135 | 11/1/2004 | 148 |
| 11/2/2004 | 98 | 11/2/2004 | 106 |
| 11/3/2004 | 97 | 11/3/2004 | 102 |
| 11/4/2004 | 142 | 11/4/2004 | 148 |
| 11/5/2004 | 109 | 11/5/2004 | 122 |
| 11/6/2004 | 83 | 11/6/2004 | 90 |
| 11/7/2004 | 90 | 11/7/2004 | 101 |
| 11/8/2004 | 162 | 11/8/2004 | 173 |
| 11/9/2004 | 164 | 11/9/2004 | 184 |
| | | **Avg per Day** | |
| | | 117 | |

Number of surveys filled out for each Physician

| **Number of Surveys** | **Physician Count** |
|---|---|
| 1 | 1388 |
| 2 | 20 |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    HG0209010