# EXHIBIT O

**From:** Jim Kloberdanz
**Sent:** Tuesday, December 28, 2004 10:31 AM
**To:** 'Slawson, Jennifer'
**Cc:** Peter Fatianow; Dave Hicks
**Subject:** Additional Sample reports
**Attachments:** Nursing Home Comparison Report.pdf; Bellmead Rehab Center.pdf; Comparison report.pdf; Dr Broderson.pdf; Mayo Clinic.pdf

Jennifer

Enclosed are additional sample reports that could serve the membership of AARP.  These are a great way to get the feel of our value add!  Look forward to our chat the first week of January.

Jimmy K.

Jim Kloberdanz
Vice President Sales – Corporate Services
**Health Grades, Inc.** www.healthgrades.com
303.204.6781 cell
303.716.6536 direct
jkloberdanz@healthgrades.com

*Health Grades, Inc., is the leading independent healthcare quality company, providing ratings, information, and advisory services. HealthGrades works with healthcare providers to help assess, improve, and promote quality. HealthGrades provides consumers with access to basic information about healthcare providers and practitioners through its Web site. Employers, payers, benefit management firms, and liability insurers utilize HealthGrades' online and software based provider comparison tools. HealthGrades currently serves nearly 300 clients, including over 125 + Fortune 1000 firms.*



DEFENDANT'S
DEPOSITION EXHIBIT
8

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    HG0032036



# Nursing Home Quality Comparison Report

### Report Created 12/28/2004

Making the decision on nursing home care can be stressful for both resident and family. Typically, the individual needing nursing home care is settled into his/her environment when something goes wrong and you realize you may have made a poor choice. At this point, it is hard to make a change. Therefore, you should be as informed as possible when choosing a nursing home.

Based upon your criteria, WACO, TX with 10 miles willing to travel, 10 nursing homes will be reviewed in this report:

| | |
|---|---|
| **Bellmead Rehabilitation Center** | **Care Inn Of Waco Llc** |
| **Crestview Healthcare Residence** | **Greenview Manor** |
| **Lake Shore Village Healthcare Center** | **Regent Care Center Of Woodway** |
| **Royal Manor** | **Saint Catherine Center** |
| **Wesley Woods Alzheimer's Care Center** | **Woodland Springs Nursing Center** |

All nursing homes are not operated equally. HealthGrades estimates that 1 out of every 3 nursing homes has been cited for a violation that caused harm to one or more residents.

To assist you in making the best choice possible, HealthGrades has compiled information from state inspections and complaint investigations. The information is arranged in seven (7) sections. The sections are:

1. HealthGrades' Star Rating
2. State Inspections (also known as state surveys for nursing home licensure)
3. Complaint Investigations (as reported to the state agency)
4. Repeating Problems
5. Information About the Nursing Home
6. Interview Tips
7. Nursing Home Directory

Definitions, explanations and tips on how to apply the information are included with each section.

© Copyright 2004 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission.



Nursing homes are rated by HealthGrades based upon their performance in inspections and complaint investigations. Each nursing home receives an overall score from HealthGrades.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                          **HG0032037**

HealthGrades, Inc. - The Healthcare Quality Experts ®                                                    Page 2 of 15

| Your Results for Texas | Star Rating | Ranking for this Report |
|---|---|---|
| Regent Care Center Of Woodway | ★ ★ ★ ★ ★ | 1 |
| Crestview Healthcare Residence | ★ ★ ★ ★ ★ | 2 |
| Saint Catherine Center | ★ ★ ★ | 3 |
| Greenview Manor | ★ ★ ★ | 4 |
| Bellmead Rehabilitation Center | ★ ★ ★ | 5 |
| Woodland Springs Nursing Center | ★ ★ ★ | 6 |
| Lake Shore Village Healthcare Center | ★ ★ ★ | 7 |
| Care Inn Of Waco Llc | ★ | 8 |
| Royal Manor | ★ | 9 |
| Wesley Woods Alzheimer's Care Center | Not Rated | |

HealthGrades sorts the scores within each state to create the ratings and rankings.

**? What does this mean to you?**

Only 3 out 10 nursing homes in each state receive a 5 Star rating. The top 30% of nursing homes in the state are awarded a 5 Star while the worst 30% of nursing homes in the state receive a 1 Star. The middle 40% of nursing homes receive a 3 Star. Nursing homes that are not rated are either (1) Medicare only, hospital-based facilities, (2) nursing homes with only one state inspection, or (3) nursing homes with out-of-date information.

## 2 State Inspections

Each state is responsible for inspecting nursing homes every 9 to 15 months for license renewal. State inspections are unannounced. Results from state inspections are public information and each nursing home is required to post its most recent state inspection results. The inspections assess compliance with standards of patient care such as staffing, quality of care and cleanliness. There are over 150 different standards of care set by the federal government. Non-compliance of standards results in a deficiency (violation).

Each violation is assessed by the state inspectors and is classified by how many residents were affected and how severely they were impacted. The state inspectors use alphabetical characters to describe the severity of the assessment. HealthGrades translates this into a

CONFIDENTIAL - ATTORNEYS EYES ONLY                                        HG0032038

score, ranging from 1 to 88 to make it easy for you to understand.

**What were the trends for state inspections for these nursing homes?**

The graph below illustrates the trend of HealthGrades' scores from the last four state inspections for the selected nursing homes. The nursing homes are compared to the state average. The scores were calculated by HealthGrades and were arrived at by weighting the severity and number of violations for each state inspection.

For example, if a nursing home had 2 violations and one violation was 2 points and the other violation was 12 points, the score for that state inspection was 14 points (2 + 12).









**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    **HG0032039**

HealthGrades, Inc. - The Healthcare Quality Experts ®                                    Page 4 of 15









CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032040

HealthGrades, Inc. - The Healthcare Quality Experts ®    Page 1 of 24



## Physician Quality Comparison Report
Report Created 12/28/2004

Based on your criteria, Lexington, KY with 10 miles willing to travel, we have located 20 physicians that will be reviewed in this report as follows:

| | | |
|---|---|---|
| Javali Aroon, MD | John Ashford Jr, MD | Allen Brenzel, MD |
| William Chapman, MD | Mary Cowles, MD | Andre Fernandez, MD |
| James Fetter III, MD | Patricia Harralson, MD | Janet Jones, MD |
| Debra Katz, MD | Vu Nguyen, MD | Teresa Oropilla-Kiefer, MD |
| William Platz, MD | Michael Rieser, MD | Douglas Ruth, MD |
| Nat Sandler, MD | Neil Scheurich, MD | Charles Shelton, DO |
| William Weitzel, MD | Mark Wright, MD | |

This report was generated based on your preferences as **follows**:

- Psychiatry located in Lexington, Kentucky within approximately 10 miles.
- Physicians FREE from disciplinary actions.
  Note: HealthGrades reports state and federal disciplinary actions (if any) from the previous five years. HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.
- Physicians that are board certified.
- Does not matter what gender the physicians are.
- Does not matter how many years since the physicians have been out of medical school.

This report provides a written guide for physician comparison and selection and arms you with information on each physician. At the end of the report, HealthGrades provides a checklist of important questions to ask when choosing a physician. The information is arranged in eight (8) sections. The sections are:

1. About This Specialty
2. Education and Training
3. HealthGrades' Quality Measures
4. Physician Characteristics
5. Physician Access
6. Comparison Summary
7. Interview Tips
8. Physician Directory

Definitions, explanations and tips on how to apply the information are included with each section.

Data marked with a double asterisk (**) is from Elsevier, Inc. and the American Board of Medical

**CONFIDENTIAL – ATTORNEYS EYES ONLY**    **HG0032062**

Specialties (ABMS).

© Copyright 2004 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission.

## 1 About this Specialty

A psychiatrist specializes in the prevention, diagnosis, and treatment of mental, addictive, and emotional disorders disorders such as schizophrenia and other psychotic disorders, mood disorders, anxiety disorders, substance-related disorders, sexual and gender identity disorders, and adjustment disorders. The psychiatrist is able to understand the biologic, psychologic, and social components of illness, and therefore is uniquely prepared to treat the whole person. A psychiatrist is qualified to order diagnostic laboratory tests and to prescribe medications, evaluate and treat psychologic and interpersonal problems, and to intervene with families who are coping with stress, crises, and other problems in living.

*Excerpt from "Which Medical Specialist for You?" by The American Board of Medical Specialties.*

## 2 Education and Training

Physician education and training is demanding and extensive, beginning in college and medical school and continuing throughout a physician's career.

## Medical School

Students enter medical school after completing standard four-year undergraduate programs in accredited colleges or universities. In medical school (four years), study focuses on the basic sciences (anatomy, biochemistry, physiology, pharmacology, etc.) as well as behavioral sciences. Students participate in clinical rotations in hospitals and clinics working with experienced physicians and exploring a wide variety of medical specialities (e.g., family practice, obstetrics, pediatrics, surgery, etc.). Completion of medical school earns students a doctor of medicine degree (M.D.).

Some physicians in the U.S. choose to become doctors of osteopathy (D.O.). Similar to M.D. degrees, students receive osteopathic degrees after four years of study at osteopathic colleges. Osteopathic training emphasizes traditional diagnostic and therapeutic procedures, as well as the relationship of body systems and holistic patient care.

**What medical school did these physicians attend?**

| Physician Name | Medical School | City/State |
|---|---|---|
| Javali Aroon, MD | BANGALORE MED COLLEGE** | N/A |
| John Ashford Jr, MD | UCLA** | Los Angeles, CA |
|  |  |  |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032063

| | | |
|---|---|---|
| Allen Brenzel, MD | UNIVERSITY LOUISVILLE** | Louisville, KY |
| Mary Cowles, MD | UNIVERSITY WISC MED SCHOOL** | Madison, WI |
| James Fetter III, MD | UNIVERSITY LOUISVILLE** | Louisville, KY |
| Patricia Harralson, MD | UNIVERSITY KY COLLEGE MED** | Lexington, KY |
| Janet Jones, MD | UNIVERSITY KY COLLEGE MED** | Lexington, KY |
| Debra Katz, MD | UNIVERSITY MIAMI SCHOOL MED** | Miami, FL |
| Vu Nguyen, MD | UNIVERSITY LOUISVILLE** | Louisville, KY |
| William Platz, MD | UNIVERSITY OF IOWA COLLEGE OF MEDICINE | Iowa City, IA |
| Michael Rieser, MD | UNIVERSITY LOUISVILLE** | Louisville, KY |
| Douglas Ruth, MD | UNIVERSITY KY COLLEGE MED** | Lexington, KY |
| Nat Sandler, MD | UNIVERSITY TENN CENTER HEALTH SCIS MEMPHIS** | Memphis, TN |
| Charles Shelton, DO | W VA SCHOOL OSTEO MED** | N/A |
| William Weitzel, MD | ST LOUIS UNIVERSITY** | St Louis, MO |
| Mark Wright, MD | JOAN C. EDWARDS SCHOOL OF MEDICINE AT MARSHALL UNIV. | Huntington, WV |

** Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

# Internship

The first year of residency is considered to be the internship. During this year, the graduate practices medicine under the supervision of licensed physicians.

**What internship programs did these physicians participate in?**

| Physician Name | Internship | City/State |
|---|---|---|
| Javali Aroon, MD | BANGALORE MED COLLEGE AFFIL HO** | N/A |
| John Ashford | UCLA NEUROPSYCH INSTITUTE** | Los Angeles, CA |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032064

HealthGrades, Inc. - The Healthcare Quality Experts ®                                           Page 4 of 24

| | | |
|---|---|---|
| Jr, MD | | |
| Mary Cowles, MD | SWEDISH HOSPITAL MED CENTER** | Seattle, WA |
| Patricia Harralson, MD | SO ILL UNIVERSITY SCHOOL MED** | Decatur, Decatur |
| Janet Jones, MD | KENTUCKY** | N/A |
| Debra Katz, MD | CHLDNS HOSPITAL** | Philadelphia, PA |
| Michael Rieser, MD | ST JOSEPHS** | Phoenix, AZ |
| Douglas Ruth, MD | UNIVERSITY KY COLLEGE MED** | Lexington, KY |
| Nat Sandler, MD | NORTON MEML INFIR** | Louisville, KY |
| Charles Shelton, DO | LOGAN GENL HOSPITAL** | Logan, WV |
| William Weitzel, MD | WM BEAUMONT GENL HOSPITAL** | El Paso, TX |

** Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

# Residency

After internship, physicians participate in up to seven years of medical education or residency training. The length of training varies depending on the specialty a physician pursues. Residency training focuses on a specific medical specialty and occurs in accredited hospitals or other health care facilities under experienced physician supervision. Pediatrics, allergy and immunology, and general surgery are examples of physician specialties. Following residency training, physicians are eligible for medical specialty board certification.

**What residency programs did these physicians participate in?**

| Physician Name | Residency | City/State |
|---|---|---|
| Javali Aroon, MD | FAIRFIELD HILLS HOSPITAL**<br>CONN VALLEY HOSPITAL**<br>ALL INDIA INSTITUTE MENTAL HEALTH** | Newtown, CT<br>Middletown, CT<br>N/A |
| John Ashford Jr, MD | UCLA NEUROPSYCH INSTITUTE** | Los Angeles, CA |
| Mary Cowles, MD | KY** | N/A |
| James Fetter III, MD | UNIVERSITY LOUISVILLE AFFIL HOSPS** | Louisville, KY |
| | | |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                           HG0032065

| Patricia Harralson, MD | SO ILL UNIVERSITY SCHOOL MED** | Decatur, Decatur |
|---|---|---|
| Janet Jones, MD | KENTUCKY** | N/A |
| Debra Katz, MD | JACKSON MEML HOSPITAL UNIVERSITY MIAMI** UNIVERSITY MIAMI/JACKSON MEML HOSPITAL** CHLDNS HOSPITAL** | Miam, FL Miami, FL Philadelphia, PA |
| William Platz, MD | MAYO GRADUATE SCHOOL OF MEDICINE | Jacksonville, FL |
| Michael Rieser, MD | UC SAN DIEGO** | San Diego, CA |
| Douglas Ruth, MD | UNIVERSITY KY COLLEGE MED** UNIVERSITY VA HOSPITAL** | Lexington, KY Charlottesville, VA |
| Nat Sandler, MD | WAYNE CO GENL HOSPITAL** | Eloise, MI |
| Charles Shelton, DO | UNIVERSITY KY MED CENTER** | Lexington, KY |
| William Weitzel, MD | WALTER REED GENLHOSP** | Washington, DC |

** Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

**What does this mean to you?**
Just like medical schools, hospitals have strengths in certain areas. Each specialty area, such as Emergency Medicine, have approved residency programs at a select number of hospitals. While these hospitals are approved and meet the criteria, some approved hospitals are viewed by medical students as being the best of the best for a particular specialty focus.

# Fellowship Training

The training for a subspecialty, which occurs after completion of a general residency, is sometimes called a fellowship. For example, a physician interested in becoming a certified cardiologist will complete three years of general residency in internal medicine followed by three more years of a residency, or fellowship training, in cardiovascular disease.

**What fellowship programs did these physicians participate in?**

| Physician Name | Fellowship | City/State |
|---|---|---|
| John Ashford Jr, MD | UCLA BRAIN RESEARCH INSTITUTE** | N/A |

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0032066

| Mary Cowles, MD | KY** | N/A |
| Patricia Harralson, MD | VANDERBILT UNIVERSITY** | Nashville, TN |
| Janet Jones, MD | KENTUCKY** | N/A |
| Nat Sandler, MD | UNIVERSITY NC** | Chapel Hill, NC |

** Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

# Physician Licensure

Physicians may hold one or more licenses to practice medicine in 54 U.S. licensing jurisdictions. A physician license demonstrates that the physician is licensed to practice general medicine and surgery by a state medical board of examiners after passing a state or national licensure examination. Each state has its own procedures to license a physician and sets it own standards for all physicians in that state.

Recommendation: Contact the medical board of examiners in your physician's state(s) to confirm that these physicians are licensed and have no restrictions on their license:

**Kentucky Board of Medical Licensure**
310 Whittington Parkway Suite 1B
Louisville, KY 40222
Phone: (502) 429-8046

# Years Since Medical School

Years since medical school indicates the number of years after graduation from medical school. This number includes residency training and any further training required for that specialty.

**How many years has it been since these physicians graduated from medical school?**

 Important to you
You did not have a preference for years since medical school.

| Physician Name | Years Since Medical School |
| --- | --- |
| Javali Aroon, MD | 34 |
| John Ashford Jr, MD | 30 |
| Allen Brenzel, MD | 16 |
| Mary Cowles, MD | 36 |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                    HG0032067

| James Fetter III, MD | 21 |
|---|---|
| Patricia Harralson, MD | 16 |
| Janet Jones, MD | 33 |
| Debra Katz, MD | 20 |
| Vu Nguyen, MD | 13 |
| William Platz, MD | 16 |
| Michael Rieser, MD | 23 |
| Douglas Ruth, MD | 32 |
| Nat Sandler, MD | 41 |
| Charles Shelton, DO | 15 |
| William Weitzel, MD | 36 |

**Fast Facts**
The average years since medical school for Physicians in Psychiatry is 28 years.

**What does this mean to you?**
You may prefer an older or younger physician. Years since medical school can be a good gauge for this preference. You may be interested in the experience of the physician, especially if you are choosing a specialist for a complex medical or surgical problem. The more experience the physician has with the necessary procedures, the better the results will usually be.



# 3 HealthGrades' Quality Measures

When evaluating physician quality, it is best to look at many different measurements and make your decision based on several criteria. The following are some quality measurements recommended by HealthGrades to include in your evaluation.

# Governmental Disciplinary Actions

Governmental disciplinary actions are also referred to as sanctions. They are actions taken by governmental officials to punish or restrict physicians who have demonstrated professional misconduct.

Do not confuse sanctions with medical malpractice suits, which most states do not make available to the public. A malpractice suit is a civil claim, where lawyers represent each side of the case. To win a medical malpractice lawsuit, a patient must prove that harm resulted from the physician's failure to conform to the accepted standards of practice.

A sanction may be brought about for similar reason, but is handled by either state or federal officials, as described below.

**State Disciplinary Actions**
When patients receive poor or questionable care from a physician, they may file a formal

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0032068

complaint with the state medical board or professional licensing organization. Medical colleagues may also report behavior that concerns them. Causes vary greatly:

- Defaulting on a student loan
- Failure to complete continuing education requirements
- Substance abuse
- Over-prescribing drugs
- Self-prescribing drugs
- Physical or mental impairment
- Sexual abuse of a patient

After investigation, the board may take appropriate disciplinary action:

- Public reprimand or letter of admonition - For minor violations.
- Monetary fines - Often in conjunction with other actions.
- Negotiated agreement - Similar to a plea bargain.
- Probation - The physician continues to practice under conditions and restrictions.
- "Suspension - The physician is temporarily prohibited from practicing medicine.
- Revocation - The physician loses his or her medical license.

### Federal Disciplinary Actions
On a federal level, disciplinary actions relate to Medicare, Medicaid, and all federal health care programs. These disciplinary actions are handled by the United States Department of Health and Human Services, Office of Inspector General (OIG).

A physician can be excluded from receiving payment from any federal health care program due to:

- Convictions for program-related fraud and patient abuse
- Licensing board actions
- Default on Health Education Assistance Loans

Physicians who are excluded from federal programs are listed on the OIG's database called Excluded Individuals/Entities (LEIE). The LEIE database is updated monthly.

**Which of these physicians are free of disciplinary actions?**


You wanted physicians FREE of Disciplinary Actions.

| Physician Name | FREE of Disciplinary Actions * |
|---|---|
| Javali Aroon, MD | Yes |
| John Ashford Jr, MD | Yes |
| Allen Brenzel, MD | Yes |
| William Chapman, MD | Yes |
| | |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                        HG0032069

| Mary Cowles, MD | Yes |
|---|---|
| Andre Fernandez, MD | Yes |
| James Fetter III, MD | Yes |
| Patricia Harralson, MD | Yes |
| Janet Jones, MD | Yes |
| Debra Katz, MD | Yes |
| Vu Nguyen, MD | Yes |
| Teresa Oropilla-Kiefer, MD | Yes |
| William Platz, MD | Yes |
| Michael Rieser, MD | Yes |
| Douglas Ruth, MD | Yes |
| Nat Sandler, MD | Yes |
| Neil Scheurich, MD | Yes |
| Charles Shelton, DO | Yes |
| William Weitzel, MD | Yes |
| Mark Wright, MD | Yes |

\* HealthGrades collects disciplinary actions from all states except South Dakota.

Note: HealthGrades reports state and federal disciplinary actions (if any) from the **previous five years**. HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.

**Fast Facts**

About 1 out of every 100 physicians has received at least one documented disciplinary action. Physicians with disciplinary actions may continue to practice, depending on the board's decision

**What does this mean to you?**

A disciplinary action is intended to correct the physician's misconduct. It does not necessarily mean he or she is a bad physician. Evaluate the information and make a determination based on how severe you think the cause and action were. If you would like more detail about a disciplinary action, contact the appropriate state medical board(s), shown in the table above.

**Quality Alert**

Keeping up with disciplinary action information on doctors is extremely difficult. All of the states release information on their disciplinary actions, except South Dakota. About 80% make records available on a monthly basis. The rest come out quarterly, periodically, annually, or on an action-by-action basis. States also vary greatly in their level of detail, terminology, and notification methods. A state may report through board minutes, newsletters, web sites, or mail. To complicate things more, physicians who have had a disciplinary action in one state will often move to another state. He or she may seem to have a clean slate - for a while - in the new state. HealthGrades painstakingly compiles disciplinary action information from all 49 states that

CONFIDENTIAL - ATTORNEYS EYES ONLY                                HG0032070

HealthGrades, Inc. - The Healthcare Quality Experts ®                                          Page 10 of 24

release it. Through our report, you'll know if a physician has a disciplinary action in more than one state.

# Board Certified

Each medical specialty has a national board responsible for setting standards that physicians must meet in order to be certified. Board-certified physicians have completed several years of training beyond medical school, have practiced for a designated number of years in that specialty, and have passed examinations in their specialty area.

Once certified, physicians must attend continuing medical education programs throughout their careers in order to remain certified. Some physicians have more than one board certification. HealthGrades' recognizes board certification data from the American Board of Medical Specialties and the Bureau of Osteopathic Specialties.

Are these **physicians board** certified?


Important to you

You wanted physicians that are board certified.

**Information from American Board of Medical Specialties (ABMS)**

| Physician Name | Board Certification | Certifying Board |
|---|---|---|
| Javali Aroon, MD | Yes | American Board of Psychiatry & Neurology |
| John Ashford Jr, MD | Yes | American Board of Psychiatry & Neurology |
| Allen Brenzel, MD | Yes | American Board of Psychiatry & Neurology |
| Mary Cowles, MD | Yes | American Board of Psychiatry & Neurology |
| Andre Fernandez, MD | Yes | American Board of Psychiatry & Neurology |
| James Fetter III, MD | Yes | American Board of Psychiatry & Neurology |
| Patricia Harralson, MD | Yes | American Board of Psychiatry & Neurology |
| Janet Jones, MD | Yes | American Board of Psychiatry & Neurology |
| Debra Katz, MD | Yes | American Board of Psychiatry & Neurology |
| Vu Nguyen, MD | Yes | American Board of Psychiatry & Neurology |
|  |  |  |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                          **HG0032071**

HealthGrades, Inc. - The Healthcare Quality Experts ®                    Page 11 of 24

| Teresa Oropilla-Kiefer, MD | Yes | American Board of Psychiatry & Neurology |
| William Platz, MD | Yes | American Board of Psychiatry & Neurology |
| Michael Rieser, MD | Yes | American Board of Psychiatry & Neurology |
| Douglas Ruth, MD | Yes | American Board of Psychiatry & Neurology |
| Nat Sandler, MD | Yes | American Board of Psychiatry & Neurology |
| Neil Scheurich, MD | Yes | American Board of Psychiatry & Neurology |
| Charles Shelton, DO | Yes | American Board of Psychiatry & Neurology |
| William Weitzel, MD | Yes | American Board of Psychiatry & Neurology |
| Mark Wright, MD | Yes | American Board of Psychiatry & Neurology |

Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

Elsevier has been designated by the ABMS as an agent and is able to provide this primary source data on behalf of the ABMS. The ABMS has been designated a primary source of board certification information by the Joint Commission for Accreditation of Healthcare Organizations (JCAHO), the National Committee for Quality Assurance (NCQA) and URAC.

**Information from other sources**

| Physician Name | Board Certification | Certifying Board |
| --- | --- | --- |
| William Chapman, MD | Yes | Not Available |



Approximately 64% of physicians in Psychiatry are board certified.

**What does this mean to you?**

Certification lets you know that a physician has successfully completed an accredited educational program, passed several evaluations, and possesses the knowledge, skills, and experience needed to provide care in the certified specialty. You can view board certification as a "letter of recommendation." A physician who is not board certified, however, may still be an excellent physician. Some physicians choose not to apply for certification.

# Quality Ratings for Area Hospitals

Most physicians admit patients only to certain hospitals. This is known as being "affiliated" with the hospital. If receiving care at a high quality hospital is important to you, contact the physician's office to see what his or her current affiliations are.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    **HG0032072**

Since the physician you're researching is probably NOT affiliated with all of the hospitals listed in this report, why do we include them?

**Why Hospital Ratings Are Important**
Being able to see ratings for all local hospitals gives you a distinct advantage. These ratings give you yet another gauge for evaluating a physician. If we showed you only affiliated hospitals, you would not see the range of quality available in your area.

**Interpreting the Ratings**
HealthGrades analyzes and assigns quality ratings to different service areas. The rating of each service area is a combined rating of one or more medical issues (e.g., Orthopedics). Many, though not all, medical issues fall in these areas. The following descriptions show how HealthGrades calculated each service area rating.

## What are the ratings for hospitals in my area?

★★★★★ Best
★★★ As Expected
★ Poor
● Low Volume

|  | Services Rating |
|---|---|
| **Bluegrass Community Hospital**, Versailles, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ● |
| Pulmonary | ● |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **Bourbon Community Hospital**, Paris, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ● |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **Central Baptist Hospital**, Lexington, KY | |
| Cardiac | ★★★ |
| Orthopedics | ★★★ |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ★★★ |
| Gastrointestinal | ★★★ |
| Critical Care | ● |
| **Clark Regional Medical Center**, Winchester, KY | |
| Cardiac | ● |
| Orthopedics | ● |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                      **HG0032073**

| Neurosciences | ★★★ |
|---|---|
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **Georgetown Community Hospital**, Georgetown, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ● |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **Pattie A Clay Hospital**, Richmond, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ★★★★★ |
| Vascular | ● |
| Gastrointestinal | ★★★★★ |
| Critical Care | ● |
| **Samaritan Hospital**, Lexington, KY | |
| Cardiac | ● |
| Orthopedics | ★★★ |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **St Joseph East**, Lexington, KY | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **St Joseph Hospital**, Lexington, KY | |
| Cardiac | ★★★ |
| Orthopedics | ★★★ |
| Neurosciences | ★★★★★ |
| Pulmonary | ★★★ |
| Vascular | ★★★ |
| Gastrointestinal | ★★★ |
| Critical Care | ● |
| **University Of Kentucky Hospital**, Lexington, KY | |
| Cardiac | ★ |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

**HG0032074**

| Orthopedics | ★ |
|---|---|
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ★★★ |
| Critical Care | ● |

*Ratings based upon Medicare patient data from Centers for Medicare and Medicaid for years 2001-2003.*

**(?) What does this mean to you?**

If receiving care at a particular hospital is important to you, make sure the physician can admit you to that hospital. By pairing a high quality hospital with a high quality physician, you can be assured of high quality care.

# Other Quality Considerations

If you are choosing a physician because you may need a specific surgery or treatment for a serious medical condition (e.g., heart disease, cancer), you should get as much quality information as you can related to how well the physician's patients recover from these treatments or procedures. Upon request, most physicians will supply this information. For example, ask about mortality or complication rates following coronary bypass surgery. Ask about the 5-year survival rates for certain illnesses such as cancer. Ask about quality of life that can be expected following certain treatments. Compare these outcomes with those from other physicians.



# Gender

Is it important to you to have a male or female physician? If this area is important to you, it should be one of the first selection tools to narrow your choice.

**What is the gender of these physicians?**



You did not have a preference for the physician's gender.

| Physician Name | Gender |
|---|---|
| Javali Aroon, MD | Male |
| John Ashford Jr, MD | Male |
| Allen Brenzel, MD | Male |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    **HG0032075**

| | |
|---|---|
| William Chapman, MD | Male |
| Mary Cowles, MD | Female |
| Andre Fernandez, MD | Male |
| James Fetter III, MD | Male |
| Patricia Harralson, MD | Female |
| Janet Jones, MD | Female |
| Debra Katz, MD | Female |
| Vu Nguyen, MD | Male |
| Teresa Oropilla-Kiefer, MD | Female |
| William Platz, MD | Male |
| Michael Rieser, MD | Male |
| Douglas Ruth, MD | Male |
| Nat Sandler, MD | Male |
| Neil Scheurich, MD | Male |
| Charles Shelton, DO | Male |
| William Weitzel, MD | Male |
| Mark Wright, MD | Male |

# Other Opinions

Get information about a physician's style and manner from colleagues, friends, family or from your employer's benefits department. Nurses or other health care professionals are also good sources of physician information. Seek their advice if possible.

Aside from this report, try to gather information from many sources and in many forms - the more sources of information, the better - including:

- Friends/family
- Your health benefits officer at work/fellow employees
- Health plan network lists



# Location

Convenience may be important to you when choosing a physician. Is the physician's office conveniently located to your home and/or work? Is the office near public transportation? Is affordable parking available? For some people, receiving the absolute best care outweighs issues related to convenience, especially when finding a specialist for a serious medical problem. But many want a physician fairly close and convenient to home and/or work.

CONFIDENTIAL - ATTORNEYS EYES ONLY                         HG0032076

How far will you have to travel to visit these physicians?

 Important to you

You are willing to travel 10 miles.

| Physician Name | Approximate Distance to Closest Office* |
|---|---|
| Javali Aroon, MD | 4 Miles |
| John Ashford Jr, MD | 2 Miles |
| Allen Brenzel, MD | 6 Miles |
| William Chapman, MD | 2 Miles |
| Mary Cowles, MD | 2 Miles |
| Andre Fernandez, MD | 2 Miles |
| James Fetter III, MD | 6 Miles |
| Patricia Harralson, MD | 3 Miles |
| Janet Jones, MD | 6 Miles |
| Debra Katz, MD | 7 Miles |
| Vu Nguyen, MD | 3 Miles |
| Teresa Oropilla-Kiefer, MD | 3 Miles |
| William Platz, MD | 3 Miles |
| Michael Rieser, MD | 3 Miles |
| Douglas Ruth, MD | 5 Miles |
| Nat Sandler, MD | 3 Miles |
| Neil Scheurich, MD | 6 Miles |
| Charles Shelton, DO | 2 Miles |
| William Weitzel, MD | 3 Miles |
| Mark Wright, MD | 8 Miles |

* Please note that distance is calculated from the center point of any given zipcode or city. Mileage is based on the closest office location.

# Hours

Some physicians make appointments at certain times of the day. Think about your personal preferences for making both regular and emergency appointments. What are these physicians' hours? Do these physicians make evening and/or weekend appointments? After you have established a relationship with the physician, will s/he give advice over the phone? If you have a serious medical condition or problem, you may want a physician that is easily accessible even during "off-hours."

# Availability

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                **HG0032077**

Physician availability may be important to you. Is the physician taking on new patients? How long must you wait for a routine appointment? Does the physician have a solo or group practice? If the physician is part of a group, can you request to see your physician when making an appointment? What is the physician's availability in emergency situations? Does the physician have partners who will see you when s/he is out of town? What are the credentials of the partners?

No physician is available 24 hours a day, seven days a week. It is important to find out who will provide your care when your physician is unavailable, or if you will have a choice of physicians from within a group. Do you like and trust the other physicians who may be involved in your care?

# Cost

Physician charges vary. When comparing costs of different physicians, add up your total costs based on a typical year in your family's life. Include, if applicable:

- Co-payments (amount you pay for office visits or hospital services).
- Costs of any procedures or treatments not considered "reasonable and customary" by your insurance company which you will pay in full.

For any out-of-pocket expenses, will the physician be willing to compromise on what she/he expects you to pay? Will the physician arrange any kind of payment plan for these charges? Financial details can be very confusing. Review them carefully with your insurance benefits manager, review your health care insurance plan materials thoroughly, and speak with someone in the physician's office to make sure you have your facts straight.

# Health Plan

When considering a physician, check the health plans in which s/he participates. Find out if the physician is part of your insurance network. Most insurance plans provide a list of physicians included in their network, but these lists are frequently out of date. To be sure, always call the physician in whom you are interested, to confirm that s/he will accept your insurance.

## ⑥ Comparison Summary

The following table shows you how these physicians have met your personal preferences. This comparison includes national averages for use as a benchmark.

| Your List of Physicians for Psychiatry | | | | | |
|---|---|---|---|---|---|
| **Name** | **Free from Disciplinary Actions *** | **Board Certified** | **Approx. Distance (miles)** | **Gender** | **Years Since Medical School** |
| Javali Aroon, MD | Yes | Yes | 4.0 | Male | 34 |
| John Ashford Jr, MD | Yes | Yes | 2.0 | Male | 30 |
| Allen Brenzel, MD | Yes | Yes | 6.0 | Male | 16 |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0032078

| | | | | | |
|---|---|---|---|---|---|
| William Chapman, MD | Yes | Yes | 2.0 | Male | - |
| Mary Cowles, MD | Yes | Yes | 2.0 | Female | 36 |
| Andre Fernandez, MD | Yes | Yes | 2.0 | Male | - |
| James Fetter III, MD | Yes | Yes | 6.0 | Male | 21 |
| Patricia Harralson, MD | Yes | Yes | 3.0 | Female | 16 |
| Janet Jones, MD | Yes | Yes | 6.0 | Female | 33 |
| Debra Katz, MD | Yes | Yes | 7.0 | Female | 20 |
| Vu Nguyen, MD | Yes | Yes | 3.0 | Male | 13 |
| Teresa Oropilla-Kiefer, MD | Yes | Yes | 3.0 | Female | - |
| William Platz, MD | Yes | Yes | 3.0 | Male | 16 |
| Michael Rieser, MD | Yes | Yes | 3.0 | Male | 23 |
| Douglas Ruth, MD | Yes | Yes | 5.0 | Male | 32 |
| Nat Sandler, MD | Yes | Yes | 3.0 | Male | 41 |
| Neil Scheurich, MD | Yes | Yes | 6.0 | Male | - |
| Charles Shelton, DO | Yes | Yes | 2.0 | Male | 15 |
| William Weitzel, MD | Yes | Yes | 3.0 | Male | 36 |
| Mark Wright, MD | Yes | Yes | 8.0 | Male | - |
| National Average For Psychiatry | 99.74% Free from Professional Misconduct | 64.49% Board Certified | - | - | 28 |

\* HealthGrades collects disciplinary actions information from all states except South Dakota.
Note: HealthGrades reports state and federal disciplinary actions (if any) from the previous five years.
HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.

- Not Available.



## Interview Tips

Make an initial appointment with the physician. Some physicians offer free consultation visits for prospective patients. At this appointment (as well as when setting up the appointment), there are numerous items that you may want to evaluate. Not all of these issues are vital to everyone, but prior to your appointment, decide what issues are important to you, and pay close attention to them on your visit.
Checklist of Questions to ask all physicians:

- If you may need a specific procedure or treatment for a serious medical problem, find out how many times the physician has performed the procedure.
- Ask the physician to provide any quality measurements (mortality rates, complication rates, 5-year survival rates, quality of life measurements, etc.) related to the procedure you may need.

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0032079

HealthGrades, Inc. - The Healthcare Quality Experts ®                    Page 19 of 24

- If important to you, check any personal information about the physician (age, sex, religious affiliation, etc.).
- Is the physician conveniently located?
- What are the physician's hours?
- Is the physician part of a group?
- Who will provide your care when the physician is unavailable?
- Find out if a physician is part of your insurance network or if they will accept your insurance.
- Call the physician's office. Is the staff friendly and courteous?
- Is the office clean and comfortable?
- Are you comfortable with the general manner and treatment style of the physician?
- Do you feel compatible with the physician?
- When you call the physician office to ask initial questions or make your first appointment, is the person on the phone professional and competent? Are they friendly and eager to answer your questions, or do they come across harried and uninterested in helping you? The way you are treated on this call could be a good indicator of how you will be treated when you are a patient.
- Entering the office, do you feel welcome?
- Is the waiting area comfortable and clean?
- Does the office seem too busy to you?
- Is the staff courteous and friendly?
- Do nurses or other health care professionals appear competent and caring?
- How long are you kept waiting before seeing the physician?

**Overall Post Interview Considerations of the Physician**

Are you comfortable with the general manner and treatment style of the physician? Does s/he seem up to date on the latest treatment options in medicine? Is the physician open to your concerns and comments? If you are seeing the physician for a specific medical problem or concern, do you feel reassured by the physician; do you feel confident in her/his advice? It is important to have a "good fit" with your physician and you should evaluate your compatibility with a physician.



**8  Physician Directory**

This directory provides locations and phone numbers of your selected physicians. Since physicians move, open, and close offices, call to verify locations.

---

**Javali Aroon, MD**

Location #1
Lexington, KY 40508
(606) 246-7000

---

**John Ashford Jr, MD**

Location #1
Lexington, KY 40509

---

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    **HG0032080**