**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR ITS OPPOSITION TO HEALTH GRADES, INC.'S MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DR. RICHARD G. COOPER PURSUANT TO FED. R. EVID. 403 AND 702, AND *DAUBERT V. MERRELL DOW PHARMS.*, INC., 509 U.S. 579 (1993)**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, pursuant to D.C.COLO.LCivR 7.1 and Judge Philip A. Brimmer Practice Standard III(G) (the "Practice Standards"), respectfully submits MDx Medical, Inc.'s Unopposed Motion for Leave to Exceed Page Limitations For Its Opposition to Health Grades, Inc.'s Motion [Doc. # 338] to Partially Exclude Expert Testimony of Dr. Richard G. Cooper Pursuant to Fed. R. Evid. 403 and 702, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

Pursuant to D.C.COLO.LCivR 7.1(A), undersigned counsel conferred with counsel for Health Grades, Inc. ("Health Grades") regarding the relief requested herein and is authorized to state that Health Grades does not oppose the relief requested by MDx herein.

Pursuant to Section III(G) of the Practice Standards, "responses shall not exceed fifteen pages without permission of the Court". MDx needs and respectfully requests leave to exceed

page limitations for its Opposition to Health Grades, Inc.'s Motion to Partially Exclude Expert Testimony of Dr. Richard G. Cooper Pursuant to Fed. R. Evid. 403 and 702, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) (the "Opposition"), from fifteen (15) pages to twenty-one (21) pages.

Good cause exists for allowing the Opposition to exceed the page limitation by six pages:

1.     Health Grades' motion seeks to exclude expert opinions relating to three different areas of patent law: invalidity, non-infringement, and damages.  Each of these involves complex case law and extensive amounts of documents relating to the challenged opinions, including several deposition transcripts, numerous deposition exhibits, and fact discovery.  To address all of this, Health Grades' motion contained eighteen (18) pages and attached ten exhibits.

2.     MDx's Opposition responds to Health Grade's eighteen page motion and ten exhibits.  To adequately do so, MDx's Opposition needed to address complex case law relating to three areas of patent law and needed to attach and address seventeen exhibits.  In addressing all of this, MDx's Opposition is just three (3) pages longer than Health Grades' motion.

3.     The additional pages are necessary to adequately address the complex law and the extensive amounts of documents relating to the challenged opinions.

4.     In light of the above, MDx respectfully requests six (6) additional pages for its Opposition to Health Grades' Motion to Exclude.  This is just three (3) pages more than Health Grades' motion.  Health Grades does not oppose the requested relief.

Thus, for good cause shown, as discussed above, MDx respectfully requests the relief above.

Dated:  November 15, 2012

Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2012, I electronically filed the foregoing MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR ITS OPPOSITION TO HEALTH GRADES, INC.'S MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DR. RICHARD G. COOPER PURSUANT TO FED. R. EVID. 403 AND 702, AND *DAUBERT V. MERRELL DOW PHARMS., INC.*, 509 U.S. 579 (1993) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Gregory B. Kanan**
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

*s:/ David C. Lee*_____