**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**PROPOSED ORDER GRANTING MDX MEDICAL, INC.'S
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS
FOR ITS OPPOSITION TO HEALTH GRADES, INC.'S MOTION TO PARTIALLY
EXCLUDE EXPERT TESTIMONY OF DR. RICHARD G. COOPER
PURSUANT TO FED. R. EVID. 403 AND 702, AND
*DAUBERT V. MERRELL DOW PHARMS., INC.*, 509 U.S. 579 (1993)**

---

This Court, having read and considered the MDx Medical, Inc.'s Unopposed Motion for Leave to Exceed Page Limitations for Its Opposition to Health Grades, Inc.'s Motion to Partially Exclude Expert Testimony of Dr. Richard G. Cooper Pursuant to Fed. R. Evid. 403 and 702, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) [Doc. # ___, filed November 15, 2012] (the "Motion"), concludes that, good cause having been shown, the requested excess pages are appropriate; accordingly

IT IS ORDERED that the Motion is GRANTED, and Defendant MDx Medical, Inc.'s Opposition to Health Grades, Inc.'s Motion to Partially Exclude Expert Testimony of Dr. Richard G. Cooper Pursuant to Fed. R. Evid. 403 and 702, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) [Doc. # ___] is accepted for filing.

DATED _____        BY THE COURT: _____