IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## PARTIES' JOINT UNOPPOSED MOTION FOR THREE DAY EXTENSION OF TIME TO FILE MOTIONS TO RESTRICT ACCESS

Plaintiff Health Grades, Inc. ("Health Grades"), and Defendant MDx Medical, Inc. d/b/a Vitals.com ("MDx")(collectively, the "Parties"), by their respective undersigned counsel, pursuant to D.C.Colo.LCivR 6.1(C) and (D), respectfully submit their Joint Unopposed Motion for Three Day Extension of Time to File Motions to Restrict Access, and state in support:

### Conferral pursuant to D.C.Colo.LCivR 7.1(A)

Undersigned counsel have conferred with each other regarding the relief requested herein and have agreed to the relief sought in this motion.

### JOINT MOTION

1. On November 2, 2012, Health Grades filed its Motion for Partial Summary Judgment [Dkt. 369]. Health Grades asserts that the motion and exhibits reference and contain confidential information and thus were filed as restricted documents. Likewise, on November 2, 2012, MDx filed its Motion for Summary Judgment of Non-Infringement [Dkt. 368], Motion for Summary Judgment of No Willfulness [Dkt. 371], Motion for Summary Judgment re Lost Profits and Royalty Rates [Dkt. 372] and *Daubert* Motion to Preclude Testimony of David Hall [Dkt.

2003937864_1.doc

375].  The MDx motions and exhibits were also filed as restricted documents given that MDx asserts they reference and contain confidential information.

2.   Pursuant to D.C.Colo.LCivR 7.2(D), the Parties' respective motions to restrict access to the motions and exhibits referenced above are due by November 16, 2012.  The Parties request a short, three day extension, through Monday, November 19, 2012, to file their respective motions to restrict access.

3.   Good cause exists for the brief extension requested by the Parties.  The office building in which the Newark, New Jersey main office of counsel for MDx was just re-opened Tuesday this week after closing due to flooding caused by Hurricane Sandy, and the firm's telephone service was just fully restored today after repairs by the service provider.  These circumstances have hindered counsels' ability to complete their conferrals regarding the Parties' respective redacted materials that will be submitted with the Parties' respective motions to restrict access.  Counsel for the Parties conferred by telephone earlier today and agreed that the short extension requested herein would allow them to complete their review of the Parties' respective redacted materials and to then complete their conferrals in anticipation of filing their respective motions to restrict access on Monday, November 19, 2012.

4.   The Parties have not previously sought an extension for filing their respective motions to restrict access.  Copies of this motion will simultaneously be served on Health Grades and MDx by their respective undersigned counsel.

WHEREFORE, for good cause shown, the Parties jointly and respectfully request that the Court grant their Motion and allow them through Monday, November 19, 2012, to file their respective motions to restrict access relating to Dkt. #s 369, 368, 371, 372 and 375.

Respectfully submitted this 16th of November, 2012.

                          ROTHGERBER JOHNSON & LYONS LLP

                          *s/ Jesús M. Vázquez, Esq.*
                          Kris J. Kostolansky, Esq.
                          Jesús M. Vázquez, Jr., Esq.
                          Gregory B. Kanan, Esq.
                          1200 17th Street, Suite 3000
                          Denver, Colorado  80202
                          Tel:  (303) 623-9000
                          Fax:  (303) 623-9222
                          Email: kkosto@rothgerber.com
                                  jvazquez@rothgerber.com
                                  gkanan@rothgerber.com

                          *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*


                          SILLS CUMMIS & GROSS P.C.

                          *s/ Scott Murray, Esq.*
                          Scott David Stimpson
                          David Chunyi Lee
                          Scott Murray
                          One Rockefeller Plaza, 25th Floor
                          New York, NY  10020
                          Tel:  (212) 500-1550
                          Fax:  (212) 643-6500
                          Email:  sstimpson@sillscummis.com
                                   dlee@sillscummis.com
                                   smurray@sillscummis.com

                          *Attorneys for Defendant/Counterclaimant MDx Medical, Inc. d/b/a Vitals.com.*

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2012, I electronically filed the foregoing **PARTIES' JOINT UNOPPOSED MOTION FOR THREE DAY EXTENSION OF TIME TO FILE MOTIONS TO RESTRICT ACCESS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Mark Jon Rosenberg
David Chunyi Lee
Scott B. Murray
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY 10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: ridley@wtotrial.com

*s/ Jesús M. Vázquez, Esq.*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: kkosto@rothgerber.com
          jvazquez@rothgerber.com
          gkanan@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*