IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   This matter is before the Court on the **Parties' Joint Unopposed Motion for Three-Day Extension of Time to File Motions to Restrict Access** [docket no. 389, filed November 16, 2012] (the "Motion").

   IT IS ORDERED that the Motion is GRANTED. The parties have to and including **November 19, 2012**, in which to file motions to restrict access relating to docket nos. 368, 369, 371, 372, and 375.


DATED: November 19, 2012