Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 5**

**U.S. Patent Publication No. 2006/0294138**
*(highlighting added)*

US 20060294138A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2006/0294138 A1
Stolba (43) Pub. Date: Dec. 28, 2006

(54) PROFESSIONAL RATING SYSTEM AND METHOD

(76) Inventor: Lucas Stolba, Vancouver (CA)

Correspondence Address:
**Fasken Martineau DuMoulin LLP**
**2100 - 1075 West Georgia Street**
**Vancouver, BC V6E 3G2 (CA)**

(21) Appl. No.: 11/165,502

(22) Filed: Jun. 24, 2005

**Publication Classification**

(51) Int. Cl.
G06F 17/00 (2006.01)

(52) U.S. Cl. .......................................... 707/104.1

(57) **ABSTRACT**

A system for rating professionals is provided, comprising: (a) means for storing information about a plurality of professionals in a database, including a name and contact information of each of said professionals; (b) means for a user to search said database via a web site; (c) means for said user provide the name and contact information of a professional to said database; and (d) means for said user to provide a rating of said professional. The rating may be based on the expertise of said professional, the cost of said professional or the ethics of said professional, and may include a comment about the professional. The web site preferably has means for said user to search said database by selecting a category of professionals, a subcategory of professionals and a geographic area for said professional.





FIGURE 1



Internet 1
Default selection of home page, the region where the home page is opened. Main Home page refreshes according to the region selected. 202
For search in other countries, select the country from the drop down list. 210
Drop down list of professions, refreshed after alphabet entry by the user. 220
Select the Province 230
Select the city, the list will be refreshed according to the province selected. Or leave it blank to get the list of whole province. 240
Select the company or leave it blank. 250
Select the Name of the person or leave it blank. 260
Select the category from the drop down list. 270
Select the criteria from the drop down list. 280
Resume Search 290
General Search 295
Internet 1
Server 10
Internet 1

FIGURE 2



Internet 1
Select the profession from the drop down list. This list refreshes according to the alphabets entered in the space given.
300
Select the province
305
Select the city, the list will be refreshed according to the province selected. The city must be entered before proceeding further.
310
Enter the complete address, or leave it blank
315
Select the company or leave it blank.
320
Select the Name of the person or leave it blank.
322
Yes
Submit only information
330
Select or enter the category
325
No
Rate the Professional Knowledge
360
Rate the Ethical Trades
350
Rate the Customer Service
340
Rate the Price
335
Add descriptive comments
370
Select the over all rating
375
Internet 1
Server 20
Randomly generated message
380
Reentered randomly generated message
390
Internet 1

FIGURE 3



FIGURE 4

Case No. 1:11-cv-00520-RM-NYW   Document 392-5   filed 11/19/12   USDC Colorado   pg 7 of 16



FIGURE 5



Internet 1
Internet 1
Post Resume
605
Business profile
(Advertisement)
610
Enter first name and the Last name, for business advertisement enter the company name
615
Enter the profession
618
Enter the complete address including postal code or zip code
620
Enter the telephone number, cell phone number and the fax number
625
Enter the valid email address
630
Self Description
650
Highlights
640
Qualifications
635
Internet 1
Continue
655
Server 30
Internet 1
Type of Credit Card
680
Number of Credit Card
670
Expiry Date
660
Confirmation number for the payment
690

FIGURE 6



Internet 1
Bidding
700
Enter first name and the Last name, for business advertisement enter the company name
710
Enter the profession
720
Enter the complete address including postal code or zip code
740
Enter the telephone number, cell phone number and the fax number
750
Enter the valid email address
760
Internet 1
Select the type of bidding
775
Enter the amount of bidding
770
Select the month for bidding
765
Server 30
Yes
Results
780
Require changes
785
No
Continue
788
No
Yes
Type of Credit Card
790
Number of Credit Card
792
Expiry Date
794
Internet 1
Confirmation number for the payment
796
Exit
799

FIGURE 7

Patent Application Publication  Dec. 28, 2006  Sheet 8 of 8  US 2006/0294138 A1



FIGURE 8

US 2006/0294138 A1

Dec. 28, 2006

1

## PROFESSIONAL RATING SYSTEM AND METHOD

### FIELD OF THE INVENTION

[0001] The invention relates to Internet based review web sites, and more particularly to web sites relating to professional criteria.

### BACKGROUND OF THE INVENTION

[0002] The Internet and World Wide Web have enabled users to share information about products that was previously difficult to do and was once confined to specific publications, such as Consumer Reports. There are now web sites available to help users learn about available products. Many sites that retail such products include opportunities for purchasers to provide ratings and comments about the products. These sites give new prospective customers an opportunity to compare products before making a purchase.

[0003] There are also some web sites, which exist to collect opinions about different products or services and posting them for the future reference of others. The Internet has made this information accessible worldwide, and these sites provide consumers the tools for finding the best products according to their requirements, and avoiding poorly reviewed or rated products.

[0004] The collection of comments and remarks for future reference helps generate a healthy competition among the producers of these products. The benefit to consumers includes lower prices, better service, and the ability to avoid poor products.

[0005] Computers and web sites are used to compare predicted results and actual results of professional services, taking the difference and posting a comment for future reference, as described in U.S. Patent Application Publication No. 2003/00416169, entitled "Procurement and Management of Professional Services", by Fraser et al. U.S. Patent Application Publication No. 2002/0156857 to Brewer at el. describes an on line procedure for acquiring bids from service providers, making a comparison, and making a decision. These solutions deal with very specific professional services in very specific ways.

[0006] U.S. Patent Application Publication No. 2002/0038233 to Shubov et al., discloses a system and method for matching professional service providers with consumers"; and U.S. Patent Application Publication No. 2003/0163349 discloses a quality rating tool for the healthcare industry describe solutions specifically qualified users.

[0007] Other related art includes: U.S. Patent Application Publication No. 2004/0172282 to Benja-Athon; U.S. Patent Application Publication No. 2002/0038233 to Shubov et al.; U.S. Patent Application Publication No. 2003/0163349 to Ho; U.S. Patent Application Publication No. 2004/0220842 to Barney; U.S. Patent Application Publication No. 2004/0133463 to Benderev; U.S. Patent Application Publication No. 2003/0046169 to Fraser et al.; U.S. Patent Application Publication No. 2001/0037219 to Malik; U.S. Patent Application Publication No. 2002/0156857 to Brewer et al.; and U.S. Patent Application Publication No. 2003/0216938 to Shour.

### BRIEF SUMMARY OF THE INVENTION

[0008] The invention provides an Internet web site that allows users to leave comments, ratings and opinions about professionals. The comments will be available for future reference, on that particular professional. People will be able to rate and comment about any sort of professional. A searchable database of all the professions will be the visitors, this data base will not only provide the basic information about the professional but also bring up the previous ratings and comments submitted by different people. The visitors will also be able to add their comments through a manual entry procedure.

[0009] A method of rating a professional is provided comprising: (a) providing a database, said database containing a plurality of records, each of said records relating to a professional, each of said records storing the name and contact information of said professional; (b) searching through said database for a particular professional using a web site; (c) if said professional is present in a record in said database, providing a rating for said professional; and (d) if said professional is not present in a record in said database, providing the name and contact information of said professional to said database, and providing a rating and/or a comment for said professional. The rating may be based on the expertise of said professional, the cost of said professional or the ethics of said professional. The search may be accomplished by selecting a category of professionals, selecting a subcategory of professionals and selecting a geographic area for said professional.

[0010] The web site is preferably accessible to users searching for said rating of said professional and provides an advertisement. A second professional may bid on said advertisement, and if successful in said bid, may select said advertisement for display on said web site.

[0011] A system for rating professionals is provided, comprising: (a) means for storing information about a plurality of professionals in a database, including a name and contact information of each of said professionals; (b) means for a user to search said database via a web site; (c) means for said user provide the name and contact information of a professional to said database; and (d) means for said user to provide a rating of said professional.

[0012] The rating may be based on the expertise of said professional, the cost of said professional or the ethics of said professional, and may include a comment about the professional. The web site preferably has means for said user to search said database by selecting a category of professionals, a subcategory of professionals and a geographic area for said professional.

[0013] The web site is preferably accessible to a second user to access said rating of said professional and provides an advertisement. A second professional may bid on said advertisement, and if successful in said bid, may select said advertisement for display on said web site.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0014] FIG. 1 is flow chart of an embodiment of the invention, showing the flow of information and the major components of a preferred embodiment of a web site according to the invention;

[0015] FIG. 2 is a flow chart showing the flow of information of the search process and the components thereof;

[0016] FIG. 3 is a flow chart showing the components and flow of information when adding the name of a professional;

[0017] **FIG. 4** is a flowchart showing the components and the flow of information when adding a comment about a professional;

[0018] **FIG. 5** is a flowchart showing the procedure of logging in with a user ID, and also the registration process for acquiring a user ID;

[0019] **FIG. 6** is flow chart showing the components and the flow of information for posting a resume or an advertisement;

[0020] **FIG. 7** is a flowchart showing the flow of information for the bidding process; and

[0021] **FIG. 8** is a block diagram showing an implementation of a preferred embodiment of a system according to the invention.

## DETAILED DESCRIPTION OF THE INVENTION

[0022] In the present specification and claims, the following terms will have the following meanings:

[0023] "home page" is a web page on a web site to which a user typically first hyperlinks to;

[0024] "professional" means an individual or organization, such as a company or partnership, that provides professional services to others for a price based on time spent or the services to be provided. Examples of professionals include such traditional professions as doctors, lawyers, accountants, as well as plumbers, electricians, contractors, etc., but excludes teachers, professors, and retailers.

[0025] "user" means an entity capable of using the professional rating system and includes software agents and software robots;

[0026] "via" means by means of;

[0027] "web page" is a document on the World Wide Web (or Internet). Every web page is identified by a unique Uniform Resource Locator (URL). A web page is a file readable by web browsers and may contain prompts to the user including common user interface controls such as data entry fields, list boxes, drop-down boxes, check boxes, push buttons, radio buttons and the like. In a preferred embodiment, HTML and XML scripts are used to display the pages and accept data from users via the web browser. Using hypertext, a link is a selectable connection from one word, picture, or information object to another. In a multimedia environment such as the World Wide Web, such objects can include sound and motion video sequences. The most common form of link is the highlighted word or picture that can be selected by the user (with a mouse or in some other fashion), resulting in the immediate delivery and view of another file. The highlighted object is the anchor. The anchor reference and the object referred to, constitute a hypertext link; and

[0028] "web site" means a unique location on the World Wide Web containing a home page, and also includes non-computer analogues, like URLs printed into the pixels of paper advertisements.

[0029] The system according to the invention is preferably implemented using a web site accessible via the Internet and World Wide Web as seen in **FIG. 8**. **FIG. 8** shows a preferred embodiment of the system, in which user **80** is able to connect to web server **10** via the Internet **1**. Web server **10** stores the web site and contains the searchable database accessible to users **80**. User **80** will be able to perform a search using search module **25** (described below and with reference to **FIGS. 1 and 2**) and obtain the search results from web server **10**. The user may submit a new professional name or company using the appropriate module to the database or submit a comment using the appropriate module. In a preferred embodiment, only users that subscribe to the web site (herein referred to as subscription users) will be able to submit such information to database server **20**. This submitted information would later be refreshed and stored in web server **10**, and become a part of the searchable database for future searches.

[0030] In the preferred embodiment, subscription users may post resumes using the post resume module **60**, purchase advertisements using the purchase advertising module **70** and bid using the bidding module **80** for the opportunity to place advertisements and this information submitted by the subscription users will be stored in secure server **30**. Secure server **30** stores all the financial information submitted by users on secure pages. All three servers, web server **10**, database server **20** and secure server **30** are connected to each other via network N. All users can access web server **10**. In a preferred embodiment users that are not subscribers will be able to access web server **10** but not database server **20**, whereas, subscription users will be able to access database server **20**. Only subscriber users who also submit financial information (herein referred to as "advanced subscription users") will have access to secure server **30**.

[0031] Web server **10**, database server **20** and secure server **30** may be conventional servers, having input means, such as a mouse and keyboard, output means, such as a monitor and speakers, a CPU, RAM, and a hard drive. Furthermore, servers **10**, **20** and **30** have means to communicate with each other and with the Internet, such as a modem. In an alternative embodiment all three servers may be on a single computer. User **80** will typically be using a computer from which user **80** can access the Internet, typically a PC, but optionally may be using a PDA, a Blackberry device, or a cellular phone.

[0032] The web site on web server **10** will allow the sharing of information with other users and will assist them in making decisions about using a professional. The web site will allow users to obtain categorized information about different professionals (for example their skill level, customer service level, events, etc.).

[0033] For example, a user may be considering going to a dentist and may want to know who is the best dentist in his or her area. To obtain this information, the user can access the web site and select the search criteria to obtain the desired details. Users will be at liberty to share their comments, good or bad, about any services received from the professionals. Users **80** will also have an outlet for their frustration if they have had a bad experience in dealing with a professional.

[0034] The web site enables users **80** to leave and share their good and bad comments about any specific professionals, but also provides an automatic responder that generates a message via email for that particular professional asking him or her to log onto the web site and view the comments.

Should the professional so desire, they can post a response to the comment as well (the professionals can also be notified by phone using prerecorded voice messages). The comments from users **80** can also be used by the professionals to improve their services. The web site may also provide a platform for users **80** to find or to share their remarks about professionals in specific areas. This will not only help those professionals improve their services, but may also attract users **80** to high quality but less well known professionals.

[0035] As seen in **FIG. 1**, when a user using an Internet browser connects to the web page, a number of options for selection will be presented to them. One available option will be for user to search through the searchable database. When a user elects to search (step **102**), the system sends the results to web server **10** and displays them to the user's browser. The options to add a professional's name (step **103**) or to add comments (step **104**) are only available to subscription users who must enter their user ID and password. If a user **80** selects the options to add a name (step **103**) or add a comment (step **104**), the system will prompt the user **80** with a question as to whether they have a user ID (step **105**). If the user responds yes, then a sign in process (step **160**) is presented to user **80**, otherwise the registration process (step **150**) is provided in order for the user **80** to obtain a user ID.

[0036] After the user **80** has logged into to the web site, then the add name/company process (step **131**) and the add comment process (step **141**) will be accessible. The information added by user **80** will be stored in the database server **20** and will be added to web server **10** for future searches.

[0037] Should a user wish to post a resume (step **106**), post an introductory advertisement (step **107**) or participate in an advertisement bidding process (step **108**), the system will again prompt the user to inquire if they have a user ID (step **109**). If the answer provided is no, then a registration process (step **109**) is provided to user **80** acquire the user ID. If the user has already acquired a user ID through the registration process **150**, the user will have to provide some additional information in order to gain further access. After the user has provided the necessary information, they can access the processes for posting a resume (step **161**), posting an advertisement (step **171**) and participating in bidding (step **181**). All of these processes provide information to secure server **30** for storage. The user ID acquired through the registration module **150** will only provide limited access; and will enable the user to access the "manual entry" processes of adding the name of a professional or company (step **131**) and adding a comment (step **141**).

[0038] As seen in **FIG. 2** the default selection of the web page featuring the search (step **202**) will correspond to the country from where the Internet **1** is accessed. For example a ".com" web site will default to the United States, whereas a ".ca" web site will default to Canada. However, user **80** can select the name of a different country (step **210**) to perform a search in such country. The search web page will refresh according to the country selection. This option should be available to all users. To conduct a search for a particular professional, the user enters the first three letters representing the profession and the system displays a drop down the list of applicable professions (step **220**) depending on the entered letters. Some professions may be represented by several different combinations, for example lawyers would appear on the list corresponding to "LAW", as well as those corresponding to "BAR" (barristers) and "SOL" (solicitors). User **80** selects the desired profession from the drop down list (step **220**) and then selects the applicable province or state (step **230**) and city (step **240**). The selection of city (step **240**) and state/province (step **230**) is optional, to help narrow down the search. In the case where the city is left blank, the results for the entire state/province will be displayed. The user can also select a company name (step **250**) and/or a particular professional individual's name (step **260**). In these fields are left blank then all of the professionals meeting the selected criteria (geographically and in the appropriate profession) are displayed. From this display, the user can further select the category (step **270**) and criteria (step **280**). The category represents the type of professional, e.g. accountant, lawyer, doctor, etc. and the criteria represents a particular subgroup selection, for example, the top ten rated, or the most frequently most voted for, or the least expensive. There are preferably at least two main searchable databases accessible via the web site, one for resumes and the other for professionals. If the search requested is for a resume (step **290**) then only resumes corresponding to the search criteria will be displayed. If the search is a general search for a professional (step **295**), all available information about the professional will be displayed. In a preferred embodiment, resumes are excluded when displaying all of the information about the professionals to avoid cluttering the web page and to accelerate the provision of the search results. After the search has been conducted, the results are sent to and displayed on the user's browser.

[0039] A subscription user **80** can add a professional name, a professional company or a new profession, as seen in **FIG. 3**. If the search fails to locate a desired professional, then user **80** can add the name of a professional, as well as related individual professionals (for example professional employees at a professional firm). Preferably this service is available only to subscription users. When this process is accessed the subscription user **80** enters the first three letters in the name of the profession to obtain a list of corresponding professions (step **300**). This brings forward the entire main category and subcategories related to the entered letters. The category as previously described will be the general type of professional, for example accountant, doctor or the like. The subcategory is the different subsets of professionals in the main category. For example, different medical specialties could be subsets of the category "doctor". Likewise, different legal specialties could be subsets of the category "lawyer". The user then selects the province/state of the professional (step **305**) and the city (step **310**). As these are related, the drop down city list is refreshed to correspond to the selected province, but preferably both entries are mandatory. After these selections the user provides the address of the professional (step **315**), the name of the professional entity (step **320**) and/or the individual professional (step **322**) and the category (step **325**) as described above. After providing this information, the user has the option of only submitting this information, or also providing a comment (step **330**). Should the user select the option to add comments, the user is prompted to, and provides a rating for the price of the professional service (step **335**), the customer service of the professional (step **340**), their ethics (step **350**) and their professional knowledge (step **360**). After providing the ratings, the user **80** can

US 2006/0294138 A1 Dec. 28, 2006

add descriptive comments (step **370**) and an over all rating (step **375**). Once the over all rating is submitted, database server **20** generates a random message (step **380**) which is sent to user **80**, and which user **80** re-enters (step **390**) to complete the process. This step provides additional security and can be used to prevent automated software "engines" from submitting information, although other tools known in the art can be used for this purpose. The completed record is then stored in database server **20** and copied to server **10** for future searches.

[0040] Users can leave comments and remarks about professionals as shown in **FIG. 4**. This module could be accessed either after a search or directly by selecting the add comment option from the web site. Preferably only subscriber users can leave comments. If the add comment module is called after a search then the results of the search will be completed in the fields relating to profession, province/state and city. If the add comment module is called by the selection of the add comment option then such fields will be blank and would be completed by the user **80**. As described previously, if the add comment option is selected and the module called, then the user **80** begins by entering the first three letters in the spelling of the profession (step **400**), bringing up a drop down list of professions corresponding to the selected letters. This list will contain the entire main category and subcategories of professions. After selecting the province/state (step **405**) the city list is refreshed and cities corresponding to the selected province/state are made available in the drop down city list for selection (step **410**). After the appropriate city is selected, the professional's address is entered (step **415**), and then the professional entity's name is selected from the drop down list provided (step **420**). If the professional's name is not available in drop down list then the user can select the "add professional entity" option from the drop down list. The user can then select the skilled individual name (if the professional is in a group of professionals) (step **425**) or may select the option from the drop down list to add a name. The user may then rate the selected professional by price (step **430**), by customer service (step **440**), by ethics (step **450**) and/or professional knowledge (step **460**). The user can also provide comments by typing in the appropriate area (step **470**), and select an overall rating (step **480**). When the over all rating is selected the system generates a random message (step **490**) provided through web server **20**, that is re-entered (step **495**) by user **80** and submitted to the web server **20** via the user's browser.

[0041] As seen in **FIG. 5** the user may add a professional services name/company; add a comment; post a resume; post an advertisement; and bid for the opportunity to place an advertisement. There are preferably two levels of subscription users. The two levels are regular subscription users, which have access to the manual entry modules, add name/company modules, and the add comment module; and advanced subscription users, which have access to the above mentioned modules as well as the post resume module; advertisement module; and bidding module. When a user selects to access a module other the search module, the system checks the selected option to determine the level required for access. In case the selection is one of the add professional name/company module or comments module (step **500**), the system asks user **80** to enter a subscriber user name (step **510**). Once the user name is validated, the system asks for the password (step **512**), which if provided by the subscriber user the system makes available the add professional name/company or comment modules (step **505**). If the user is an advanced subscription user, the user name will not validate, and the answer returned will be "No". In this case, the user name is validated as an advanced subscription user (step **550**), and if the answer returned is "Yes", the system prompts for a password (step **555**), and on provision of the correct password associated with the user name allows the advanced subscriber user access the previous the add name of company or leave comment modules (step **505**) or the post resume, post advertisement or bidding modules (step **545**).

[0042] If the user is not validated through either process (e.g. the user is not a subscription user or an advanced subscription user) then the system will prompt the user through the registration process. In the registration process the user is asked to enter their first and last name (step **515**), their complete address including postal or zip code (step **516**), their gender (step **518**), age group (step **520**), a valid email address (step **522**) (collectively referred to as the "identification fields"). The user then selects a user ID (step **524**) and password (step **526**). When a password is selected, it is stored in database server **20**, which generates a random message (step **530**), which has to be reentered by user **80** (step **535**).

[0043] After this process the system asks user **80**, if he/she wishes to gain unlimited access to home page (step **580**), and if the answer provided is "No", then the allows user to enter the user name and password (step **510**), for access to the permitted modules. If the answer is "Yes" then the system prompts the user to provide information for additional information fields, and the user **80** can provide a type of credit card (step **560**), the number of the credit card (step **565**) and its expiry date (step **570**) (collectively referred to as the "financial information fields"), which are stored on secure server **30**. The user ID acquired after this process will allow the user to access all of the modules available from the home page, and this user ID will be entered in a separate database from subscription user ID database.

[0044] If the initial selection by the user is for the post resume, post advertisement or bidding modules, then the system will ask for the user name from the advanced subscription database. If the user name is validated and the answer provided is "Yes", the system requests the password from the user (step **555**). After provision and validation of the password, the user can proceed to any module. But if the answer is "No" then the system will proceed to the registration process and request the entry of information for the identification fields (beginning at step **515**) and the financial information fields (beginning at step **560**). If the user provides a subscription user name, then system will bring out the previously filled in registration fields along with the blank financial information fields. When the user provides the required financial information as described above, the information entered in the financial information fields is stored in secure server **30**. The outcome of this process will be either the previously acquired subscription user name will be upgraded to an advanced subscription user name, or if there was no previous user ID, a new advanced subscription user ID is issued.

[0045] The process for posting a resume or an advertisement is shown in **FIG. 6**. The user **80** selects to either post

US 2006/0294138 A1

Dec. 28, 2006

5

a resume (step **605**) or an advertisement (or a business profile) (step **610**). In either case the user **80** has to enter the first and the last name or in case of business the business entity name (step **615**). The user then enters the profession (step **618**), the complete address including postal or zip code (step **620**), the telephone number, cell phone number and fax number (step **625**), and a valid email address (step **630**). The user should then enter his or her qualifications (step **635**), career highlights (step **640**) and a written self-description (step **650**). At this point the user will be prompted to continue (step **655**) and should they do so, the information entered will be stored in secure server **30**, and secure server **30** will obtain financial information for payment from user **80**, including the type of credit card (step **680**), the number of the card (step **670**) and its expiry date (step **660**). This information may be taken directly from the user or using the user's record stored in secure server **30**. Again, the user **80** will be prompted to continue and once doing so the financial information will be used to process payment and to generate a confirmation number (step **690**) for the transaction.

[0046] The process by which users bid on an opportunity to place an advertisement is shown in **FIG. 7**. When a user selects the bidding option (step **700**), the user enters their first and last name or in case of business the company name (step **710**). The user then enters the profession (step **720**), the complete address including postal or zip code (step **740**), their telephone number, cell number and the fax number (step **750**), and a valid email address (step **760**). The user then selects the time period (preferably a month) month for which the advertisement will run (step **765**), the amount of the bid (step **770**) and the type of advertisement for the bid (step **775**). In a preferred embodiment, there are four main types of advertisements to bid on: banner advertisements, text advertisements, box (i.e. full page) advertisements, and any of the preceding types of advertisements. The bidder will be able to make one or multiple selections at this stage. This information is stored in secure server **30**, and the server will send back and display the information provided (step **780**). The system will ask the user **80** if changes are required (step **785**), and if the user responds "yes" then user **80** can make changes in the month (step **765**), amount of bid (step **770**) and/or the type of bid (step **775**). If there are no changes required then system will ask the member to continue (step **788**), and if user **80** responds "yes" the system will submit the provided information to secure server. If the user **80** responds "no" then the user will exit the module (step **799**) and return to the home page. When the information is submitted to secure server **30**, the secure server will bring forward the financial information previously provided by the advanced subscription user **80**. The user can then enter the type of credit card (step **790**), the number of the credit card (step **792**) and its expiry date (step **794**) or confirm the already provided options. Once this information is submitted to secure server **30**, secure server **30** will obtain a confirmation number **796** after processing payment.

[0047] At the end of each month the highest bidder will "win" the auction, and the user's advertisements will be displayed during searches and on the web site. Furthermore, it is possible to provide advertisements based on search terms, for example so that a law firm's advertisements will be displayed when a user is searching for a law firm. Searches can also be based on geographical inputs, so for instance, a law firm in a particular city will have its advertisements displayed only when a user is searching for a law firm in that particular city.

[0048] Although the particular preferred embodiments of the invention have been disclosed in detail for illustrative purposes, it will be recognized that variations or modifications of the disclosed apparatus lie within the scope of the present invention.

What is claimed is:

1. A method of rating a professional comprising:

(a) providing a database, said database containing a plurality of records, each of said records relating to a professional, each of said records storing the name and contact information of said professional;

(b) searching through said database for a particular professional using a web site;

(c) if said professional is present in a record in said database, providing a rating for said professional; and

(d) if said professional is not present in a record in said database, providing the name and contact information of said professional to said database, and providing a rating for said professional.

2. The method of claim 1, wherein said rating may be based on the expertise of said professional, the cost of said professional or the ethics of said professional.

3. The method of claim 2 wherein step (b) further comprises:

selecting a category of professionals.

4. The method of claim 3 wherein step (b) further comprises:

selecting a subcategory of professionals.

5. The method of claim 4, wherein step (b) further comprises:

selecting a geographic area for said professional.

6. The method of claim 5 wherein said web site is accessible to users searching for said rating of said professional.

7. The method of claim 6 wherein said web site provides an advertisement.

8. The method of claim 7 wherein a second professional bids on said advertisement.

9. The method of claim 8, wherein said second professional, if successful in said bid, may select said advertisement for display on said web site.

10. The method of claim 9, wherein in step (c) a comment may be provided in addition to said rating.

11. A system for rating professionals, comprising:

(a) means for storing information about a plurality of professionals in a database, including a name and contact information of each of said professionals;

(b) means for a user to search said database via a web site;

(c) means for said user provide the name and contact information of a professional to said database; and

(d) means for said user to provide a rating of said professional.

12. The system of claim 11, wherein said rating may be based on the expertise of said professional, the cost of said professional or the ethics of said professional.

US 2006/0294138 A1                                                                                                         Dec. 28, 2006

6

13. The system of claim 12 wherein said means for said user to search said database comprises selecting a category of professionals.

14. The system of claim 13 wherein said means for said user to search said database further comprises selecting a subcategory of professionals.

15. The system of claim 14, wherein said means for said user to search said database further comprises selecting a geographic area for said professional.

16. The system of claim 15 wherein said web site is accessible to a second user to access said rating of said professional.

17. The system of claim 16 wherein said web site provides an advertisement.

18. The system of claim 17 further comprising means for a second professional to bid on said advertisement.

19. The system of claim 18, wherein said second professional, if successful in said bid, may select said advertisement for display on said web site.

20. The system of claim 19, further comprising means to provide a comment about said professional.

\* \* \* \* \*