Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

**Exhibit 7A**

**January 11, 2012 Deposition of David Hicks**
*(selected portions)*

Page 1

```
 1   UNITED STATES DISTRICT COURT
     DISTRICT OF COLORADO
 2
     Civil Action No. 11-CV-00520-PAB-BNB
 3   _____
 4   DEPOSITION OF DAVID HICKS        January 11, 2012
 5   _____

 6   HEALTHGRADES, INC.,

 7       Plaintiff,

 8   vs.

     MDX MEDICAL, INC. d/b/a VITALS.COM,
 9
         Defendant.
10   _____
11   APPEARANCES
12       ROTHGERBER JOHNSON & LYONS, LLC
             By Jesús M. Vázquez, Jr., Esq.
13               Kris J. Kostolansky, Esq.
                 1200 17th Street, Suite 3000
14               Denver, Colorado  80202
                 (303) 623-9000
15
         MERCHANT & GOULD
16           By Kirstin L. Stoll-DeBell, Esq.
                 1050 Seventeenth Street, Suite 1950
17               Denver, Colorado  80265-0100
                 (303) 357-1670
18
                     Appearing on behalf of Plaintiff
19
         SILLS CUMMIS & GROSS, PC
20           By Scott David Stimpson, Esq.
                 David C. Lee, Esq.
21               30 Rockefeller Plaza, 25th Floor
                 New York, New York  10112
22               (212) 643-1546
                     Appearing on behalf of Defendant
23
24
25      Job No. NJ371356
```

**Condensed Copy**

Veritext/NJ Reporting Company
800-227-8440                                 973-410-4040

Page 6

1   Q. (By Mr. Stimpson) Let me show you what has
2 been marked as Exhibits 1 and 2, please.
3      MR. STIMPSON: We better staple these, David.
4 They may come undone.
5   Q. (By Mr. Stimpson) Can you look at Exhibit 1,
6 please, Mr. Hicks, and let me know if you've seen that
7 before?
8   A. Yes.
9   Q. Do you remember roughly when you saw it?
10      MR. VÁZQUEZ: I'm going to instruct the witness
11 not to answer about when he saw any documents to the
12 extent he saw them with me. It's the same objection
13 Mr. Murray made at the deposition of Mr. LaPointe in New
14 York.
15      MR. STIMPSON: Okay. Well, they're a little
16 different, but it doesn't matter.
17   Q. (By Mr. Stimpson) So you have seen this
18 before, Mr. Hicks, Exhibit 1?
19   A. Can I look at it?
20   Q. Sure.
21   A. Yes.
22   Q. Did you do anything to search for documents
23 within your possession, custody or control?
24   A. Can you repeat that?
25   Q. There are document requests in this subpoena.

Page 7

1 I'm just asking you if you've done anything to search
2 for documents that you may have personally or within
3 your control.
4   A. In researching the case.
5   Q. Right. Well, did anybody ask you for any
6 documents you might have related to this case that are
7 in your personal possession?
8      MR. VÁZQUEZ: Again, I'll just object to the
9 extent the answer requires you to discuss anything I
10 discussed with you or that you discussed with me.
11   Q. (By Mr. Stimpson) Let me change it then. All
12 I want to know is, did you do anything ever to search
13 for documents that are within your personal possession
14 that might be relevant to this case?
15   A. Personal or company?
16   Q. Personal.
17   A. Personal?
18   Q. Yeah.
19   A. No.
20   Q. Do you have any documents related to
21 HealthGrades in your personal possession?
22   A. No.
23   Q. So everything is at HealthGrades?
24   A. Correct.
25   Q. Okay. And just to complete the circle here,

Page 8

1 this is Exhibit 2. This is a -- this is the -- 2 is the
2 one we sent -- yeah. We just sent it. This is the same
3 one. I'm not sure you've seen that one or not. It
4 doesn't matter, Mr. Hicks. So we can just take those
5 and put those aside.
6      Okay. If the judge orders you to continue your
7 deposition tomorrow, are you available?
8   A. Yes.
9   Q. Can you please give me a rundown of your
10 education since high school?
11   A. I graduated with a bachelor's degree at
12 Colorado State University in computer information
13 systems in 1981.
14   Q. Okay. Did you -- have you subsequently taken
15 any other formal courses in either computer technology
16 or healthcare?
17   A. No.
18   Q. And what did you do in 1981 when you graduated
19 from Colorado?
20   A. Went to work for Martin Marietta.
21   Q. How long were you there?
22   A. Roughly 11 or 12 years.
23   Q. Okay. And so that was from '81 to, what, '93
24 or '94?
25   A. I believe so.

Page 9

1   Q. And what did you do for Marietta, Martin
2 Marietta?
3   A. I worked in their data system division.
4   Q. What was your title?
5   A. I believe it was programmer.
6   Q. Okay. And you left Martin Marietta in '94?
7   A. I believe so.
8   Q. Why did you leave Martin Marietta in '94?
9   A. For another opportunity.
10   Q. What was that opportunity?
11   A. Coors Brewing Company.
12   Q. That's an opportunity.
13      How long did you stay with Coors?
14   A. Roughly a year and a half, I believe.
15   Q. And what did you do at Coors?
16   A. I was the -- I worked in their computer
17 department as manager of a certain area.
18   Q. So you -- it wasn't related to computers?
19   A. It was, yes.
20   Q. Okay. Why did you leave Coors in, what, about
21 '96?
22   A. Yes.
23   Q. Why did you leave Coors?
24   A. For another opportunity.
25   Q. And what was that opportunity?

Page 10

1  A. At Association of Operating Room Nurses.
2  Q. How long did you work there?
3  A. About a year.
4  Q. What did you do there?
5  A. I was the manager of information systems.
6  Q. Did you learn anything about healthcare while
7 you were in that position?
8      MR. VÁZQUEZ: Form.
9  A. What do you mean? I'm sorry. Can you --
10  Q. (By Mr. Stimpson) It was an association of
11 nurses, right?
12  A. Correct.
13  Q. So did you learn anything about data regarding
14 the healthcare industry?
15      MR. VÁZQUEZ: Form.
16  A. It was a membership organization, so probably a
17 little bit.
18  Q. (By Mr. Stimpson) Could you just tell me a
19 little bit about this association?
20  A. It was -- it was a membership association of
21 operating room nurses. And they join up, and they get
22 publications and information from the industry from us.
23 There's an annual convention where they all get together
24 and talk about what's happening in the nursing industry.
25  Q. I'm sorry. Who gets together and gets

Page 11

1 information? When you said "us" in there, what did you
2 mean?
3  A. From the AORN, Association of Operating Room
4 Nurses.
5  Q. Okay. And so they were -- part of what they
6 did was collect data on healthcare?
7  A. No.
8  Q. What kind of information then would they
9 collect?
10  A. More of what is happening in the industry as
11 far as what opportunities may be available for operating
12 room nurses, what types of new vendors have information
13 or have something related to either what they need as
14 far as doing their jobs.
15  Q. Okay. You left there about '98, '97, '98?
16  A. It was closer to '96.
17  Q. Oh, really? Okay. So you were only there --
18 okay. Actually, I have your bio in here somewhere.
19      I won't bother marking it, but your bio we had
20 produced to us says that you were manager of information
21 technology for the Association of Operating Room Nurses
22 from '94 to '96. Does that sound right?
23  A. I think so.
24  Q. So you probably left Coors a little earlier
25 than we talked about? That's all?

Page 12

1  A. Yeah.
2  Q. And so in '96, why did you leave the operating
3 room nurses' association?
4  A. For another opportunity.
5  Q. And what was that?
6  A. At that time it was Specialty Care Network.
7  Q. And was that the predecessor to HealthGrades?
8  A. Correct.
9  Q. And can you tell me how that came about?
10  A. My brother asked me if I was interested in
11 starting up a company that he would be involved in.
12  Q. Was it -- is that it? Anybody else with your
13 brother?
14  A. There were a few other people that joined at
15 the same time or started the company at the same time.
16  Q. Okay. And your brother is still here? Is he
17 still with HealthGrades?
18  A. Yes.
19  Q. And what's his name?
20  A. Kerry.
21  Q. K-e-r-r-y?
22  A. Correct.
23  Q. And what were you asked to do in '96?
24  A. Start with the building of an IT
25 infrastructure.

Page 13

1  Q. What was the idea for the infrastructure you
2 were going to create?
3  A. It was a physician practice management company.
4  Q. What do you mean, "physician practice
5 management company"?
6  A. It was -- at that time what we were -- our
7 business model was to purchase other practices, doctor
8 practices, physician practices, more specifically in the
9 orthopedic specialty.
10  Q. Purchase them?
11  A. Yes. Yes.
12  Q. Okay.
13  A. We would purchase their practice in exchange
14 for equity in HealthGrades. Then what we would do is we
15 would then work with them on growing their practice,
16 working with health plans, working on types of
17 arrangements for better reimbursement for those
18 practices. That's -- there's probably more, but that
19 was the basis of what we were doing.
20  Q. You say in exchange for equity in HealthGrades?
21  A. I'm sorry. Equity in Specialty Care Network.
22  Q. Okay. So you would purchase their practices,
23 and they'd get some financial compensation plus some
24 equity part of this Specialty Care Network?
25  A. Correct.

Page 14

1  Q. Why -- did there come a time when Specialty
2  Care Network became HealthGrades?
3  A. Yes.
4  Q. When was that?
5  A. Around 2000.
6  Q. And why was that change made?
7  A. For a variety of reasons. Primarily it was --
8  the physician practice management business that we were
9  in, the whole industry was starting to somewhat fall
10 apart. So we came up with another idea about
11 HealthGrades and decided to launch into that business.
12 Q. What was that other idea?
13 A. It was about providing quality of care
14 information to patients around hospitals at that time.
15 Q. Over the Internet, was that the idea?
16 A. Yes.
17 Q. And so what -- can you tell me what your
18 positions -- first of all, let's start with Specialty
19 Care Network. What were your positions at Specialty
20 Care Network?
21 A. I believe I was hired on as vice president of
22 information technology.
23 Q. How long did you have that title?
24 A. Until -- I'm sorry. I stand corrected. It was
25 senior vice president of information technology.

Page 15

1  Q. Okay.
2  A. I think that was -- I don't know. It's
3  somewhere in the early 2000s maybe.
4  Q. So after -- you held that position until after
5  it became HealthGrades sometime --
6  A. Yes.
7  Q. And what were your responsibilities in that
8  role?
9  A. To oversee the information technology aspects
10 of the company.
11 Q. Specifically what was that? Like, did you
12 collect data? Did you just organize it? Architecture?
13 What?
14     MR. VÁZQUEZ: Form.
15 A. At Specialty Care Network?
16 Q. (By Mr. Stimpson) Yeah, let's start there.
17 A. Okay. Yes, pretty much all --
18 Q. All the above?
19 A. -- the above.
20 Q. Did that change when it became HealthGrades?
21 A. No.
22 Q. And does there come a time in the early 2000s,
23 I think you said, when your title changed from senior
24 vice president of information technology?
25 A. Yes, to executive vice president.

Page 16

1  Q. What's the difference?
2  A. I don't really know.
3  Q. Okay. And that was in the early 2000s?
4  A. I think it was more the mid-2000s, but I'm -- I
5  really don't remember.
6  Q. Did your responsibilities change with that
7  change in title?
8  A. I don't recall.
9  Q. Did there come a time when your title changed
10 after executive vice president?
11 A. No.
12 Q. So you remained as executive vice president and
13 your responsibilities remained roughly the same until
14 the time you left HealthGrades?
15 A. I believe that's correct.
16 Q. And when did you leave HealthGrades?
17 A. October 2011.
18 Q. Why did you leave HealthGrades?
19 A. Decided to take a break and somewhat retire.
20 Q. Any other reasons?
21 A. No.
22 Q. So are you employed now?
23 A. No.
24 Q. Are you -- do you own equity in HealthGrades?
25 A. I don't know how to answer that.

Page 17

1  Q. Well --
2  A. Because it's not a public company anymore.
3  Q. Well, I mean, do you get any kind of financial
4  compensation based on how well HealthGrades does today
5  even after you're retired?
6  A. I invested some money into the parent company.
7  Q. What's the parent company?
8  A. Vestar.
9  Q. How do you spell it, V-e-s-t --
10 A. -- a-r, I think.
11 Q. Okay. Do you know roughly how much of Vestar
12 you own?
13 A. I don't know.
14 Q. Do you know if you'll be -- receive any
15 financial reward if HealthGrades is successful in this
16 litigation?
17 A. I'm not aware.
18 Q. Does Vestar a hundred percent own HealthGrades?
19 A. I believe so.
20 Q. When you were executive vice president from
21 about the mid-2000s through the time you left, were you
22 taking instructions from Vestar for any part of the
23 business?
24 A. Can you repeat the question?
25 Q. Was Vestar actively involved -- I'll change the

5 (Pages 14 - 17)