Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 7B**

**Resumé of Scott Montroy**

# SCOTT MONTROY
55 Bar Harbor Way, Ponte Vedra, FL 32081

e: montroy3@yahoo.com                                    h: (904) 758-3394  c: (904) 402-3059

## WORK HISTORY

| | |
|---|---|
| Blue Cross Blue Shield of Florida, Jacksonville, FL............................................ | 1/2011-Present |
| *Sr. Design Manager, Capability Development - GuideWell* | |
| *Innovation Specialist* | |
| | |
| Digital Dream Street, LLC, Lakewood CO ............................................................ | |
| *Independent Consulting / Owner* | 2008-2010 |
| | |
| HealthGrades, Inc., Golden, CO ............................................................................. | |
| *VP Development and Business Intelligence* | 2006-2007 |
| *Director of Application Development* | 2003-2006 |
| *Technical Manager* | 2000-2003 |
| *Project Lead* | 1999 |
| | |
| Affiliated Computer Systems, Aurora, CO............................................................. | |
| *Systems Development Specialist* | 1998-1999 |
| | |
| Echostar Communications, Englewood, CO .......................................................... | |
| *Sr. Business Support Specialist* | 1997 |
| | |
| TCI Satellite Entertainment Inc., Englewood, CO ................................................. | |
| *Internet Developer and Analyst* | 1996-1997 |
| *Business Solutions Coordinator* | 1995-1996 |
| *Business Reporting Analyst* | 1994 |
| *Project Analyst* | 1993 |

## VOLUNTEER WORK HISTORY

| | |
|---|---|
| Riverside Soccer Club, Denver, CO .................................................................... | |
| *Board of Director- Business Information Technology* | 2009-2010 |
| *Soccer Coach - Girls* | 2008-2010 |
| | |
| Green Mountain Swim Club, CO ........................................................................ | |
| *Board of Director – Information Technology* | 2008-2010 |
| | |
| Colorado Rush Soccer Club, Littleton, CO ......................................................... | |
| *Developmental Soccer Coach boys/girls* | 2005-2008 |
| *Competitive "Swoosh" Coach* | 1997-1998 |


DEFENDANT'S EXHIBIT 16

HG0209648

## EDUCATION

Chapman University, Orange CA
Bachelor of Science in Business Administration

## TECHNICAL BACKGROUND

**Languages:** SQL, HTML, CFML, OLAP, VXML, WML, XML, WDDX, SSL, and JavaScript.
**System Experience:** Mac, Windows, IIS, Cold Fusion, BlueDragon (ASP.Net), SQL Server, Sharepoint.,Windows Media Server.
**Tools/Knowledge:** Protoshare, CFServer, Cold Fusion, Dreamweaver, Adobe PhotoShop, MSAccess, MSProject, Visio, ProClarity, Macromedia Flash, Generator, MS Reporting Services, Crystal Reports, Platinum-Forest & Trees, MSOffice, Windows Media Services, Adobe Premiere, Final Cut Studio, Flash Video, and 3270 Emulation.