Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 7C**

**June 13, 2012 Deposition of John Neal**
*(selected portions)*

Attorneys' Eyes Only

Page 1

1      CONFIDENTIAL - ATTORNEYS EYES ONLY
2         IN THE UNITED STATES DISTRICT COURT
3             FOR THE DISTRICT OF COLORADO
4    Case No. 11-CV-00520-PAB-BNB
5    _____
6    30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,
7    Representative John Neal
8    and
9    DEPOSITION OF JOHN NEAL
10   June 13, 2012
11   _____
12
     HEALTH GRADES, INC.,
13
     Plaintiff,
14
     v.
15
     MDX MEDICAL, INC. d/b/a VITALS.COM,
16
     Defendant.
17   _____
18
19
20
21
22
23
24
25      Job No. NJ399592

Attorneys' Eyes Only

Page 2

```
 1          CONFIDENTIAL - ATTORNEYS EYES ONLY
 2   APPEARANCES:
 3       MERCHANT & GOULD
             By Kristin L. Stoll-DeBell, Esq.
 4              1050 17th Street
                Suite 1950
 5              Denver, CO 80265
                Phone: 303.357.1670
 6              Fax: 303.357.1671
                kstolldebell@merchant-gould.com
 7              Appearing on behalf of the
                plaintiff
 8
 9       ROTHGERBER JOHNSON & LYONS LLP
             By Jesus Manuel Vazquez Jr., Esq.
10              1200 Seventeenth Street
                Suite 3000
11              Denver, CO 80202-5855
                Phone: 303.623.9000
12              Fax: 303.623.9222
                jvazquez@rothgerber.com
13              Appearing on behalf of the
                Plaintiff
14
         SILLS CUMMIS & GROSS, PC
15           By Scott D. Stimpson,  Esq.
                David C. Lee, Esq.
16              30 Rockefeller Plaza
                New York, NY 10112
17              Phone: 212.643.7000
                Fax: 212.653.6500
18              sstimpson@sillscummis.com
                Appearing on behalf the Defendant
19
20
21
22
23
24
25
```

Attorneys' Eyes Only

Page 3

1  CONFIDENTIAL - ATTORNEYS EYES ONLY
2         Pursuant to Notice and the Federal Rules of
3  Civil Procedure, the 30(b)(6) Deposition of Health
4  Grades, Inc. and Deposition of John Neal, called by
5  Defendant, was taken on Wednesday, June 13, 2012,
6  commencing at 8:22 a.m., at 1200 Seventeenth Street,
7  Suite 3000, Denver, Colorado, before Kelly A.
8  Mackereth, Certified Shorthand Reporter, Registered
9  Professional Reporter, Certified Realtime Reporter
10 and Notary Public within Colorado.
11
                        * * * * * *
12                       I N D E X
13
   EXAMINATION                                      PAGE
14
    BY MR. STIMPSON                                    6
15  BY MR. VAZQUEZ                                   316
16
   PRODUCTION REQUEST(S):
17
    None.
18
19
20
21
22
23
24
25

Attorneys' Eyes Only

Page 4

CONFIDENTIAL - ATTORNEYS EYES ONLY
INDEX OF EXHIBITS

| DESCRIPTION | | INITIAL REFERENCE |
|---|---|---|
| Exhibit 44 | MDx Medical, Inc.'s Notice of Deposition of John Neal | 12 |
| Exhibit 45 | MDx Medical, Inc.'s Notice of 30(b)(6) Deposition of Health Grades | 38 |
| Exhibit 46 | Project Development Plan, 4/15/2004 | 164 |
| Exhibit 47 | E-mail string re Patient Experience Survey | 166 |
| Exhibit 48 | E-mail string re Patient Experience Survey | 173 |
| Exhibit 49 | Patient Experience Survey | 179 |
| Exhibit 50 | 2/16/05 e-mail from Montroy to Hicks re Consumer Update | 212 |
| Exhibit 51 | E-mail string re Health Grades' reports, w/attachments | 215 |
| Exhibit 52 | 1/19/05 e-mail from Neal to Kerry Hicks re presentation, w/attachments | 237 |
| Exhibit 53 | 3/24/05 e-mail from Loughran to Neal, et al. | 255 |
| Exhibit 54 | E-mail string re Vitals.com | 272 |
| Exhibit 55 | E-mail string re Vitals new posting on their hospital program | 279 |
| Exhibit 56 | E-mail string re Vitals/UCompare | 284 |

Attorneys' Eyes Only

Page 5

```
 1          CONFIDENTIAL - ATTORNEYS EYES ONLY
 2
                                           INITIAL
 3   DESCRIPTION                           REFERENCE
 4
     Exhibit 57  Complaint and Demand for Jury     291
 5               Trial
 6   Exhibit 58  E-mail string re Vitals.com       293
 7   Exhibit 59  E-mail string re Insurance        296
                 Provider Filter for Search
 8
     Exhibit 60  3/17/08 e-mail from Neal to       299
 9               Hicks, et al., w/attachment re
                 Target List
10
     Exhibit 61  E-mail string re Vitals.com       312
11               hospital ratings
12
     PREVIOUSLY MARKED EXHIBITS
13
14   Exhibit 3                                      13
     Exhibit 4                                     269
15   Exhibit 8                                     108
     Exhibit 10                                    249
16   Exhibit 12                                    267
     Exhibit 20                                    103
17   Exhibit 21                                     99
     Exhibit 25                                    157
18   Exhibit 26                                    205
     Exhibit 27                                    209
19   Exhibit 29                                    168
20
21
22
23
24
25
```

Attorneys' Eyes Only

Page 7

```
 1        CONFIDENTIAL - ATTORNEYS EYES ONLY
 2      Q    If there's anything about my questions you
 3   don't understand, please just let me know, okay?  I
 4   want to make sure they're clear for you.  Okay?
 5      A    I will.
 6      Q    Can you tell me about your education after
 7   high school, please.
 8      A    I attended the University -- well, Belmont
 9   University for one year in Nashville, Tennessee.
10      Q    Okay.
11      A    And then attended the University of
12   Tennessee in Knoxville for three years.  That's where
13   I received my undergraduate degree in finance.
14           And then two years later I went back to
15   school, and I received my MBA at the University of
16   Tennessee, as well.
17      Q    Knoxville?
18      A    Yes.
19      Q    Okay.  And what years was that?  When did
20   you go to Belmont?
21      A    So Belmont would have been in '87.  And
22   then three years later, '90, and then add two.  I
23   started in '92 with my graduate studies and finished
24   in 94, I guess.
25      Q    Okay.  What did you do after -- what did
```

Attorneys' Eyes Only

Page 8

```
 1            CONFIDENTIAL - ATTORNEYS EYES ONLY
 2    you do in that two years between finance degree and
 3    going for your MBA?
 4         A    I worked at a company called Service
 5    Merchandise.  I was a cash management/financial
 6    analyzer.
 7         Q    Okay.  And after you graduated in 1994,
 8    what did you do then?
 9         A    After I graduated from graduate school I
10    went to work at Morgan Keegan as an investment banker
11    in Memphis, Tennessee.
12         Q    I'm sorry, what was the name of the
13    company?
14         A    Morgan Keegan.
15         Q    Morgan Keegan?
16         A    Um-hum.  It's now part of Raymond James
17    Financial.
18         Q    Okay.  How long were you there?
19         A    I was there for about two years.
20         Q    And what did you do there?
21         A    I was an investment banking associate.
22         Q    Okay.  What did you do after you left
23    Morgan Keegan?
24         A    I was the junior co-founder of the
25    predecessor to Health Grades, a company called
```

Attorneys' Eyes Only

Page 9

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2      Specialty Care Network.
 3          Q    And that was in 1996?
 4          A    We actually funded the company initially
 5      in 1995.  But, yeah, approximately 1996 we started
 6      operations.
 7          Q    And who founded it with you?
 8          A    It was Kerry Hicks, Pat Jaeckle, Peter
 9      Fatianow and myself, and there were a couple of
10      others that I don't think participated in the initial
11      founders roundup.  So they were subsequent to that.
12          Q    Okay.  Did you contribute capital
13      contribution to this?
14          A    I did.
15          Q    Do you own part of Health Grades today?
16          A    I do.
17          Q    Okay.  And how much do you own?
18          A    It's -- it's in the form of stock options,
19      mostly.  I do have a direct investment in the
20      restricted shares of the company.
21          Q    Okay.
22          A    I can't tell you exactly.  You would have
23      to check with Veststar, and they could tell you what
24      the value of those holdings are worth today.
25          Q    Can you give me a ballpark?
```

Attorneys' Eyes Only

Page 20

```
 1         CONFIDENTIAL - ATTORNEYS EYES ONLY
 2   Mr. Hicks, David Hicks?
 3             MR. VAZQUEZ:  Objection.
 4        A    The same.
 5        Q    (BY MR. STIMPSON)  Can you tell me whether
 6   those conversations occurred, just -- without giving
 7   me the substance of them -- just a yes or no whether
 8   they occurred?
 9             MR. VAZQUEZ:  Form.
10        A    They involved counsel.
11        Q    (BY MR. STIMPSON)  So they did exist.  I'm
12   not asking for the substance.  Since they involved
13   counsel I don't want you to disclose that, but I just
14   want a yes or no as to whether those conversations
15   occurred?
16             MR. VAZQUEZ:  Form.
17        A    Yeah, there was conversation.
18        Q    (BY MR. STIMPSON)  What did you do to --
19   oh, I'm sorry, I need to back up because I didn't
20   quite finish your background.
21             You said you were with Morgan Keegan until
22   '96, and then cofounded this Specialty Care Network
23   in about '95, '96; is that right?
24        A    Um-hum.
25        Q    What was Specialty Care Network?
```

Attorneys' Eyes Only

Page 21

```
 1           CONFIDENTIAL - ATTORNEYS EYES ONLY
 2       A    It was a physician practice management
 3   company that purchased and managed orthopedic
 4   physician practices and related services.
 5       Q    Okay.  Was there anything web based about
 6   that?
 7       A    No.
 8       Q    What was your position at that company?
 9       A    I was Specialty Care's cofounder and vice
10   president of business development.
11       Q    Did you hold that same title the whole
12   time you were with Specialty Care?
13       A    No, I didn't.  There was progression.  I
14   started out as manager of -- I don't recall exactly,
15   finance and business development, I think, and it
16   evolved to vice president of business development.
17       Q    And how long did Specialty Care Network --
18   is that still in existence today?
19       A    That company is now Health Grades, CPM
20   Health Grades.
21       Q    Okay.  And when did -- what did you say,
22   CPM?
23       A    CPM Health Grades is the name of our
24   corporate entity today.
25       Q    Oh.  Is that a recent change, CPM?
```

Attorneys' Eyes Only

Page 22

1        CONFIDENTIAL - ATTORNEYS EYES ONLY
2        A    It is.
3        Q    What does CPM stand for?
4        A    I can't recall exactly.
5        Q    Do you know when the change was made?
6        A    Yeah, we merged with that company in
7   October of last year.
8        Q    Okay.  So was there a change in management
9   at that time?
10       A    No.
11       Q    What is CPM, even if you don't remember
12  what CPM stands for?
13       A    It is -- it's a customer relationship
14  management company.
15       Q    Okay.  And so is Veststar still a majority
16  holder of CPM Health Grades?
17       A    Yes.
18       Q    Were there any changes with regard to
19  Health Grades website after this merger?
20       A    There have been changes in Health Grades
21  website since we launched the website in 2002.  So
22  it's unrelated to anything that occurred related to
23  the merger.
24       Q    Okay.  So there have been changes but just
25  nothing as a result of the merger?