Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 7F**

**Lawrence West's LinkedIn Profile**

Webpage Screenshot, Mon Nov 19 2012 09:45:41 GMT-0700 (Mountain Standard Time)

**Linked in.**

Join Today · Sign In

# Larry West
CTO at MDx Medical / Vitals.com; Entrepreneur and Technologist
Greater New York City Area | Information Technology and Services

### Join LinkedIn and access Larry West's full profile.

As a LinkedIn member, you'll join 175 million other professionals who are sharing connections, ideas, and opportunities. And it's free! You'll also be able to:

- See who you and **Larry West** know in common
- Get introduced to **Larry West**
- Contact **Larry West** directly

[View Full Profile]

## Larry West's Overview

|  |  |
|---|---|
| Current | CTO at **Vitals.com** |
|  | Co-Founder and VP of **Technology** at **ioLogics, Inc.** |
| Past | Director of Technology at frog design, Inc. |
|  | Senior Director of Information Technology and Operations at TriActive, Inc. |
|  | Director of Information Technology at Vignette Corporation |
|  | see all ▼ |
| Recommendations | 3 people have recommended Larry |
| Connections | 478 connections |
| Websites | Vitals.com |

## Larry West's Summary

**Specialties**
Certified Information Systems Security Professional (CISSP)

## Larry West's Experience

**CTO**
**Vitals.com**
Privately Held; 51-200 employees; Internet industry
January 2006 – Present (6 years 11 months)

Vitals, an innovative, online doctor evaluation and comparison service, is the comprehensive source for crucial information on doctors nationwide. Drawing upon prestigious information repositories, cutting-edge search and comparison technologies, and a robust patient feedback mechanism, Vitals has organized key information to help patients make an informed choice in their search for the right doctor.

**Co-Founder and VP of Technology**
**ioLogics, Inc.**
July 2002 – Present (10 years 5 months)

**Director of Technology**
**frog design, Inc.**
Privately Held; 501-1000 employees; Design industry
August 2004 – January 2006 (1 year 6 months)

**Senior Director of Information Technology and Operations**
**TriActive, Inc.**
Privately Held; 11-50 employees; Computer Software industry
February 2001 – July 2002 (1 year 6 months)

**Director of Information Technology**
**Vignette Corporation**
Public Company; 501-1000 employees; VIGN; Computer Software industry
July 1998 – February 2001 (2 years 8 months)

**Director of Information Technology**
**Platinum Technology (Acquired by CA)**
Public Company; 1001-5000 employees; PLAT; Computer Software industry
August 1994 – July 1998 (4 years)

## Larry West's Additional Information

| Websites: | • Vitals.com |
|---|---|
| Groups and Associations: | Health 2.0 — Health 2.0 |

---

### Name Search:
**Search for people you know** from over 175 million professionals already on LinkedIn.

[First Name] [Last Name] [🔍]

Example: **Larry West**

---

**Viewers of this profile also viewed...**


**Erika Boyer**
Vice President at Vitals


**Mitchel Rothschild**
CEO at MDX Medical (Vitals)


**Nathan Phelps**
Technology Leader & Entrepreneur


**Jeff Cutler**
GM @ Vitals; Experienced Internet...


**David Zecchin**
Vice President Product Management at...


**Stephanie Thao Tran**
HR & CEO Admin at MDx Medical/Vitals.com


**Shaya Lyon**
Product Manager at Vitals.com


**Gregory Krywicki**
Software Engineer at Squarespace


**Margarita Shefson**
Marketing/Communications at Vitals.com


**Angela Del Vecchio**
Account Manager and Project Manager at...

---

**Find a different Larry West:**

**Larry West**, Leading Sales, Marketing, Product and Bus Dev Professional in the Bioprocess Industry
Greater Salt Lake City Area

**Larry West**, Partner at Johnson, Trent, West & Taylor, L.L.P.
Houston, Texas Area

**Lawrence West**, Communications Manager at England Hockey Ltd
London, United Kingdom

**Larry West**, Owner, Go West Strategic Communications
Portland, Oregon Area

**Larry West**, Nursing Program Coordinator at Duke University Health System
Raleigh-Durham, North Carolina Area

More professionals named Larry West »

---

**Introducing a new look for your Company Page**

[Learn more]




Logic Works Alumni

Pi Kappa Phi Fraternity Alumni

Platinum Alumni Network

Vignette Alumni Association

Vitals.com

### View Larry West's full profile to...

- See who you and **Larry West** know in common
- Get introduced to **Larry West**
- Contact **Larry West** directly

**View Full Profile**

Not the Larry West you were looking for? View more »

LinkedIn member directory - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.

LinkedIn Corporation © 2011 | User Agreement | Privacy Policy | Copyright Policy

http://www.linkedin.com/in/lawrencejwest, Mon Nov 19 2012 09:45:41 GMT-0700 (Mountain Standard Time)