Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 7J**

**Mitchel Rothschild's Bloomberg Bio**

Webpage Screenshot, Mon Nov 19 2012 09:49:16 GMT-0700 (Mountain Standard Time)

http://d.p-ad.com/r/di/id/L21rdC00L21waWQvMTk0NDI5MjA/segid/[-00]/advid/2899686/ioid/6938180/pkgid/89317098/crid/50900073/pubid/1006510

FREE ISSUE BLOOMBERG MARKETS SUBSCRIBE TODAY

S&P CAPITAL IQ

Media

November 19, 2012 11:48 AM ET

## Company Overview of B2B Brand Group, LLC

Snapshot | People

Overview | Board Members | Committees

Executive Profile

## Mitchel E. Rothschild

Co-Founder, Chief Executive Officer and Chief Perfectionist, MDX Medical Inc.

| Age | Total Calculated Compensation | |
|---|---|---|
| 57 | -- | This person is connected to 0 Board Members in 0 different organizations across 3 different industries. |

### Background

Mr. Mitchel E. Rothschild is a Co-Founder of MDX Medical Inc. and serves as its Chief Executive Officer and Chief Perfectionist. He serves as General Manager of B2B Brand Group, LLC. He is an Advisor at Health Venture Group, LLC. Over the years, he has been Chief Executive Officer of Raspberryred Marketing and RUSS CandyBears. His specialty is strategic marketing and execution, particularly in early stage companies. Over the past decade, he has started, managed, and sold a number of businesses before starting MDX Medical. He served as Vice President of Sports Marketing of Genesis Direct Inc. since February 1997. He served as General Manager of Viewer's Edge from January 1991 to October 1996. From 1984 to 1991, he served as Vice President of Marketing & Product Development at Guidance Associates / Prentice Hall Media. From 1979 to 1984, he served in the Circulation Department at Time Inc. and served as its Circulation Director since 1984. He served as the Chief Executive Officer of Time Warner Viewer's Edge, which he founded and guided from start-up to $17 million in sales and 200,000 active customers. He serves on the Board of Directors of Awards.com, LLC; Dale & Thomas Popcorn, LLC; Access Medical, and American Registry, LLC. He also serves on the Board of a not-for-profit, charitable entity. Mr. Rothschild has an M.B.A. with honors from Columbia University and a B.A. from Queens College (Summa Cum Laude, Phi Beta Kappa).

Collapse Detail

### Corporate Headquarters

1100 Valley Brook Avenue
Lyndhurst, New Jersey 07071-3620

United States

Phone: 201-964-1777
Fax: --

### Board Members Memberships

There is no Board Members Memberships data available.

### Education

**MBA**
Columbia University

**BA**
City University of New York at Queens College

### Other Affiliations

Genesis Direct, Inc.
Columbia University
City University of New York at Queens College

### Annual Compensation

There is no Annual Compensation data available.

### Stocks Options

There is no Stock Options data available.

### Total Compensation

There is no Total Compensation data available.

### Most Popular On Businessweek

**Base-Jumping Stunt Goes Horribly Wrong**
10/17/2012 4:08 PM ET

**How Airport Security Is Killing Us**
11/18/2012 12:20 PM ET

**The Complete 2012 Business Schools Ranking**
11/15/2012 7:49 AM ET

**Death of the McMansion Has Been Greatly Exaggerated**
11/16/2012 7:47 AM ET

**Samsung's Four (Easy) Steps to Mobile Dominance**
11/19/2012 12:59 AM ET

More News

### Stock Quotes

Market data is delayed at least 15 minutes.

Stock, Fund, or ETF | Go | Company Lookup

### COMPETITOR COMPENSATION

There is no Competitor Compensation data available.



B2B Brand Group, LLC
Health Venture Group, LLC

Ads by Google

**Is He Cheating On You?**
1) Enter His E-Mail Address 2) See Hidden Pics & Social Profiles Now!
Spokeo.com/Cheating-Spouse-Search

**Six Sigma Certification**
Top Six Sigma Training Program. Earn Certification, 100% Online.
www.VillanovaU.com/SixSigma

**Investment Solutions**
1 Of The Nation's Largest Brokerage Firms. Helping Investors Nationwide
BOSCinc.com/General-Investing

**Critical Warning Number 6**
Something big will happen in America in the next 180 days
www.ProfitConfidential.com

Jobs Post a Job

**Online Media Account Representative**
Stony Brook, NY | Private
Posted: Nov 16

**Media Analytics Manager**
Schaumburg, IL | Cancer Treatment Centers of America
Posted: Aug 13

**YP.Com Media Sales Account Rep - OKC**
Oklahoma City, OK | AT&T
Posted: Nov 18

**Director Marketing Media Planning**
Bentonville, AR | Walmart
Posted: Nov 16

**View all jobs** SimplyHired

Sponsored Links

**Nano Labs Corp (CTLE)**
Editors Predict CTLE May Take the Market By Storm in 2013...
www.theamericansignal.com

**Growth Stock Pick (CTLE)**
The Nano-tech Juggernaut; An Awakening $2.6 Trillion Giant...
www.theamericansignal.com

**American Express—Savings**
0.90% APY With A High Yield Savings Account From Amex—Learn More Now.
AmericanExpress.com/PersonalSavings

**Mortgage Rates Hit 2.90% APR**
If you owe less than $729k, you probably qualify for the Fed Refinance Program.
www.MortgageRatesExperts.com

**Watch Your VW Story**
Watch stories from Volkswagen owners at whyvw.com now!
www.whyvw.com

Ads by Google

**$1,344 in Dividends/Month**
I'm making 30 dividend checks/month with stocks yielding up to 13.2%.
www.GlobalDividends.com

**Retirement Annuity Income**
7% Guaranteed LifeTime Income. Reduced Risk For Retirees Here.
AdvisorWorld.com/Retirement-Income

**Stock Market Report**
Have a portfolio over $500,000? Free forecast from Ken Fisher.
www.fi.com

Browse Companies A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | 0 1 2 3 4 5 6 7 8 9

## Social

Follow us on Twitter
Join us on Facebook
Connect with us on LinkedIn
Subscribe to Bloomberg Businessweek

Bloomberg

## Links

Our Company
Advertising
Careers
Feedback
Custom Publishing
Manage Subscription
Mobile
Newsletters
Privacy Policy
Reprints & Permissions
Sitemap
Terms of Use
[+] Rate This Page

## Get Businessweek Delivered

Bloomberg Businessweek
Syria's Virtual War

The Hackers of Damascus
SUBSCRIBE

Ad Choices

http://investing.businessweek.com/research/stocks/private/person.asp?personId=117728878privcapId=68822438%20previousCapId=6882243&previousTitle=B2B%20Brand%20Group,%20LLC, Mon Nov 19 2012 09:49:16 GMT-0700 (Mountain Standard Time)