Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 7M**

**Jeffrey Cutler's LinkedIn Profile**

Webpage Screenshot, Mon Nov 19 2012 09:52:26 GMT-0700 (Mountain Standard Time)



**Linked** in.

Join Today · Sign In

## Jeff Cutler

GM @ Vitals; Experienced Internet Executive

Greater New York City Area | Online Media

### Join LinkedIn and access Jeff Cutler's full profile.

As a LinkedIn member, you'll join 175 million other professionals who are sharing connections, ideas, and opportunities. And it's free! You'll also be able to:

- See who you and **Jeff Cutler** know in common
- Get introduced to **Jeff Cutler**
- Contact **Jeff Cutler** directly

**View Full Profile**

### Jeff Cutler's Overview

| | |
|---|---|
| Current | **General Manager** at **Vitals** |
| Past | **Strategic Consultant & Advisor** at **VideoThang, WeSeed, Collexis, Stockhouse & Paxfire** |
| | **Chief Revenue Officer** at **Answers Corporation** |
| | **General Manager, Content Division** at **Software & Information Industry Association (SIIA)** |
| | see all ▾ |
| Recommendations | 13 people have recommended Jeff |
| Connections | **500+ connections** |

### Jeff Cutler's Summary

* Experienced Executive/Officer (CEO, COO, President, General Manager) with over 22 years of experience in online information services/internet
* Strong experience in Business Development, Sales, and Marketing with particular emphasis on negotiating distribution partnerships, optimizing revenue and generating traffic
* Deep connections (rolodex) in online publishing with tremendous experience licensing, aggregating and distributing content
* Have built and led companies, teams & divisions of larger companies
* Interested in board, consulting or employment opportunities leveraging my experience

Specialties
* Experience developing multiple online revenue streams, including ad-supported, sponsorship, subscription and pay-per-view
* Experience developing and optimizing online advertising revenue including sponsored links, display advertising and comparison shopping
* Negotiated and closed several large (multi-million $) strategic online partnerships (Google, Yahoo, AOL, Microsoft) including equity, investments and acquisitions.
* Experience generating traffic via SEO/SEM and traditional marketing

### Jeff Cutler's Experience

**General Manager**
Vitals
January 2009 – Present (3 years 11 months)

**Strategic Consultant & Advisor**
VideoThang, WeSeed, Collexis, Stockhouse & Paxfire
September 2007 – January 2009 (1 year 5 months)

**Chief Revenue Officer**
Answers Corporation
March 2005 – September 2007 (2 years 7 months)

**General Manager, Content Division**
Software & Information Industry Association (SIIA)
July 2003 – March 2005 (1 year 9 months)

**Consultant**
Corzen
2004 – 2004 (less than a year)

**President & CEO**
Inlumen (formerly NewsAlert)
October 2001 – January 2003 (1 year 4 months)

**Co-founder, General Manager & Chief Operating Officer**
Office.com (Winstar)
August 1997 – October 2001 (4 years 3 months)

**Vice President, Sales & Marketing of N2K Telebase**
N2K (Telebase)
September 1996 – August 1997 (1 year)

### Name Search:

**Search for people you know** from over 175 million professionals already on LinkedIn.

First Name | Last Name

Example: **Jeff Cutler**



**Viewers of this profile also viewed...**

**Josh Kramon**
Vice President - Sales at Vitals.com

**Mitchel Rothschild**
CEO at MDX Medical (Vitals)

**Larry West**
CTO at MDx Medical / Vitals.com;...

**Erika Boyer**
Vice President at Vitals

**Ric Camacho**
Chief Strategy Officer and VP of...

**David Zecchin**
Vice President Product Management at...

**Margarita Shefson**
Marketing/Communications at Vitals.com

**Orlena Yeung**
CMO at MDx Medical, Inc.

**Kiesha Garrison**
Business Development at Vitals.com

**Shaya Lyon**
Product Manager at Vitals.com



**Find a different Jeff Cutler:**

**Jeffrey Cutler,** Vice President, Digital Strategy at Team Epic
Greater New York City Area

**Jeff Cutler,** Content Specialist; Social Media Trainer, Guest Speaker
Greater Boston Area

**Jeff Cutler-Stamm,** Co-Founder and CTO at Vizify
Portland, Oregon Area

**Jeff Cutler,** Principal Landscape architect / Urban Designer, space2place
Vancouver, Canada Area

**H. Jeffrey Cutler,** Partner, Delacruz & Cutler, LLP.
Miami/Fort Lauderdale Area

**More professionals named Jeff Cutler »**



Introducing a new look for your Company Page

**Learn more**



**Director**
**Thomson Financial (CDA)**
July 1994 – August 1996 (2 years 2 months)

**Manager, Financial Systems Group (FSG)**
**CompuServe**
March 1986 – July 1994 (8 years 5 months)

Jeff Cutler's Skills & Expertise

Product Management    Sponsorship    Digital Media    Strategic Partnerships

Start-ups    Online Advertising    E-commerce    Social Media Marketing

Lead Generation    Online Marketing    Business Development    Digital Marketing

SEO    Web Analytics    SaaS

View Jeff Cutler's full profile to...

- See who you and **Jeff Cutler** know in common
- Get introduced to **Jeff Cutler**
- Contact **Jeff Cutler** directly

**View Full Profile**

Not the Jeff Cutler you were looking for? View more »

LinkedIn member directory - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.

LinkedIn Corporation © 2011   |   User Agreement   |   Privacy Policy   |   Copyright Policy