Civil Action No. 11-CV-00520-PAB-BNB


**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 8**


**July 13, 2012 Expert Report of Philip Greenspun**
*(selected portions)*

## Expert Report of Philip Greenspun

## Regarding infringement of U.S. Patent No. 7,752,060 by MDX Medical

This report is submitted pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure.

## I. Introduction

1. My name is Philip Greenspun. I received a PhD in Electrical Engineering and Computer Science from the Massachusetts Institute of Technology in 1999 and have been teaching software engineering for Internet applications and database programming there periodically since receiving my degree. My business address is 5 Irving Terrace, #3, Cambridge, Massachusetts 02138. I have been involved in the computer science field for since 1978. I am over eighteen years of age and I would otherwise be competent to testify as to the matters set forth herein if I am called upon to do so at trial.

2. I have been retained by counsel for Health Grades, Inc. ("Health Grades") as a technical expert witness with respect to the proceedings currently before the Court in the above-captioned matter. I receive compensation in the amount of $425 per hour. Health Grades has also reimbursed me for travel and other expenses that I have incurred that are related to providing this technical analysis. My compensation does not depend on the outcome of this case.

3. For purposes of this Expert Report, I have been asked by Health Grades to provide an expert technical analysis of whether the asserted claims of U.S. Patent No. 7,752,060 (the "'060 Patent") that Health Grades contends are infringed by Defendant MDx Medical, Inc. ("MDx") as properly interpreted, are infringed by MDx's systems and methods, either literally, or under the doctrine of equivalents. Additionally, I have been asked by Health Grades to provide an expert technical analysis concerning whether MDx indirectly infringes these patent claims by inducing or contributing to the direct infringement of the patent claims by selling its customers certain products and services and enabling its customers to implement systems and methods which infringe the patent claims either literally or under the doctrine of equivalents.

4. I understand that Health Grades contends that MDx directly or indirectly infringes claims 1, 4-9, 11, and 14-16 of the '060 Patent ("the asserted claims"). I further understand that Health Grades contends that MDx directly infringes all of the asserted claims with the exception of claim 11. I further understand Health Grades further contends that MDx indirectly infringes (either through inducement or contributory infringement) all of these claims.

5. As set forth herein, it is my opinion that MDx's systems and methods directly infringe claims 1, 4- 9, and 14-16 of the '060 Patent literally or, alternatively, under the doctrine of equivalents.

6.      Moreover, it is my opinion that MDx indirectly infringes all of the asserted claims by inducing or contributing to the direct infringement of these patent claims by its customers (e.g., Aetna) by selling/licensing its physician database and providing services and enabling its customers to implement systems and methods which infringe the patent claims either literally or under the doctrine of equivalents.

7.      In a separate Rebuttal Expert Report, I may also provide expert technical analysis with respect to MDx's contentions that the asserted claims of the patents-in-suit are invalid, if any.

8.      This report briefly sets forth my background and qualifications to provide my opinions, sets forth the materials reviewed and investigations conducted to prepare this report, and sets forth my opinions and analysis.

9.      This Expert Report is based on my study to date and includes:

   a.   My opinion concerning a person of ordinary skill in the field of the patents-in-suit;

   b.   My opinions that MDx's systems and methods directly infringe the asserted patent claims either literally or under the doctrine of equivalents; and

   c.   My opinions that MDx indirectly infringes the asserted patent claims by inducing or contributing to the direct infringement of those claims by Aetna.

10.     I currently hold the opinions set forth in this Report. As my study of the case continues, I may acquire additional information and/or attain supplemental insights that result in added observations. I reserve the right to supplement this Expert Report and to rely on additional documents and testimony that come to my attention between now and the time of the trial.  For example, I may supplement this Report to take into account the fact that MDx continues to produce additional documents relevant to my analyses in response to Health Grades' document requests.  Nevertheless, I believe the evidence adduced to-date provides support for the opinions expressed in this Report.  However, I believe that the additional discovery outstanding from MDx would serve to buttress my opinions.  I also reserve the right to rely on all other Expert Reports submitted in this litigation.

11.     If requested, I will testify regarding the opinions set forth herein.  I may also discuss my own work and experience with the technology disclosed in the '060 Patent, and knowledge of the state of the art at the relevant time period

## II.    Background, Qualifications, and Prior Testimony

12.    Attached as Appendix A is a copy of my resume, which includes the publications I have authored in the previous 10 years, either listed directly or by reference to http://philip.greenspun.com.

13.    In terms of my background and experiences that qualify me as an expert in this case, I earned a Ph.D. in Computer Science in Massachusetts Institute of Technology in 1999.  I also obtained a Bachelor of Science Degree in Mathematics from Massachusetts Institute of Technology in 1982 and a Master of Science Degree in Electrical Engineering and Computer Science from Massachusetts Institute of Technology in 1993.

14.    I have authored five computer science textbooks in total, including Database Backed Web Sites (Macmillan), Software Engineering for Internet Applications, and a SQL language tutorial.

15.    I have served as an independent member of various advisory and corporate boards, mostly for technology companies.  For example, I joined the corporate board of an MIT materials science spin-off in late 2005 during a $550,000 seed capital phase.  I stepped down when company secured $10 million in venture capital in mid-2007.

16.    I have served as an expert witness for Amazon.com, Xerox, and Google in patent cases.

17.    I began working full-time as a computer programmer in 1978, developing a database management system for the Pioneer Venus Orbiter at the National Aeronautics and Space Administration's Goddard Space Flight Center.

18.    In 1999, I received a Ph.D. in Electrical Engineering and Computer Science from the Massachusetts Institute of Technology.  My thesis concerned the engineering of large online Internet communities with a Web browser front-end and a relational database management system (RDBMS) containing site content and user data.

19.    I developed my first program using a relational database management system in 1994, a Web interface to the Children's Hospital Oracle RDBMS version 6.  This enabled doctors at the hospital to view patient clinical data using any computer equipped with a Web browser.

20.    In 1995, I led an effort by Hearst Corporation to set up an infrastructure for Internet Applications across all of their newspaper, magazine, radio, and television properties. This infrastructure included software for managing users, shopping carts, electronic commerce, advertising, and user tracking.

21.     Between 1995 and 1997, I significantly expanded the photo.net online community
that I had started, in 1993, in order to help people teach each other to become better
photographers.  I began distributing the source code behind photo.net to other programmers as a
free open-source toolkit, called "ArsDigita Community System".

22.     In May 1997, Macmillan published my first textbook on Internet Application
development, "Database Backed Web Sites".

23.     In 1997, I started a company, ArsDigita, to provide support and service for the
free open-source toolkit. Between 1997 and the middle of 2000, I managed the growth of
ArsDigita to 80 people, almost all programmers, and $20 million per year in annual revenue.
This involved supervising dozens of software development projects, nearly all of which were
Internet Applications with a Web front-end and an Oracle RDBMS back-end. As the founder,
CEO, and chief technical employee of the company, I personally developed functional
specifications, SQL data models (Structured Query Language, or "SQL", is the standard
programming language for relational database management systems), and Web page flows that
determined the user experience.

24.     Between 2000 and the present, I have done software development projects for
philip.greenspun.com and photo.net, two online services that are implemented as relational
database management Applications.

25.     Separately from this commercial and public work, I have been involved, as a part-
time teacher within the Department of Electrical Engineering and Computer Science, educating
students at MIT in how to develop Internet Applications with an RDBMS back-end.  In the
Spring of 1999, I taught 6.916, Software Engineering of Innovative Web Services, with
Professors Hal Abelson and Michael Dertouzos. In the Spring of 2002, this course was adopted
into the standard MIT curriculum as 6.171.  I wrote 15 chapters of a new textbook for this class,
"Software Engineering for Internet Applications".  This book was published on the Web at
http://philip.greenspun.com/seia/ starting in 2002 and 2003 and also in hardcopy from MIT Press
in 2006. I am the sole author of a supplementary textbook for the class, "SQL for Web Nerds", a
succinct SQL programming language tutorial available only on the Web at
http://philip.greenspun.com/sql/.

26.     Based at least on my education and experience, I consider myself to be an expert
in software engineering, including the development of database-backed Internet Applications.

27.     Within the previous four years, I have testified, either at trial or by deposition, in
the following cases: (1) CA v. Ingres, C.A. No. 4300-VCS in the Delaware Chancery Court, July
2009 (deposition and trial); (2) Jardin v. DATAllego, Inc. and Stuart Frost, case 3:2008cv01462
in California Southern District Court (deposition and a tutorial delivered at a Markman hearing);
(3) LEAR CORPORATION, et al., UNITED STATES BANKRUPTCY COURT, SOUTHERN

DISTRICT OF NEW YORK, Case No. 09-14326 (deposition); (4) Bouret et al v. Caribbean Aviation Maintenance Corp. et al, Puerto Rico District Court, Case No. 3:2009cv2034 (deposition and trial); (5) The Rector and Visitors of the University of Virginia v. IDX Systems Corporation, Civil Case No. CL09-58, Circuit Court for the City of Charlottesville, Virginia (deposition).

### III.    Materials Reviewed and Investigation Conducted

28.    The materials that I reviewed, considered, and/or relied on in preparing this report are those that are referenced within. I have also attached as Appendix B a list of the most important materials that I reviewed, considered, and/or relied on. In addition, I attended the depositions of Mitchell Rothschild, the CEO of MDx Medical, and Larry West, the manager of engineering for the vitals.com site.

### IV.    Priority Date

29.    My understanding is that the '060 Patent claims priority to U.S. Provisional Application No. 60/771,757, which was filed on February 8, 2006.

### V.    Person of Ordinary Skill in the Art

30.    I personally hired and supervised Web developers in 2006 for the photo.net online community, an Internet Application.

31.    My definition of a person of ordinary skill in the art, based on my direct personal experience in the field in 2006, is someone with a Bachelor's degree in Computer Science or related field and some experience building database-backed Web sites.

### VI.    Summary of My Opinions

32.    Opinion No. 1: It is my opinion that MDx's systems and methods directly infringe claims 1, 4- 9, and 14-16 of the '060 Patent literally or, alternatively, under the doctrine of equivalents.

33.    Opinion No. 2:  It is my opinion that MDx indirectly infringes all of the asserted claims by inducing or contributing to the direct infringement of these patent claims by its customers (e.g., Aetna) by selling/licensing its physician database and providing services and enabling its customers to implement systems and methods which infringe the patent claims either literally or under the doctrine of equivalents.

## VII.      The Basis and Reasons for My Opinions

**A.      <u>Background of Database-backed Web Sites</u>**

**1.      What is a Database?**

34.      A database is an organized collection of information. A computer program that assists programmers with common challenges regarding creating, updating, and querying a database is a database management system (DBMS). The most popular type of DBMS is the relational DBMS or "RDBMS", the best conceptual model for which is "a big spreadsheet that several people can update simultaneously." Familiar examples of the RDBMS include Oracle and Microsoft SQL Server.

35.      Information within an RDBMS is stored in tables. Communication with the RDBMS is via the Structured Query Language (SQL), which includes statements such as CREATE TABLE, INSERT (add a row), UPDATE (change a data item within a table), DELETE (remove a row), and SELECT (return a report). The "SQL schema" or "data model" is a collection of CREATE TABLE statements that prepares the RDBMS to accept data items.

36.      For example, suppose that a Web site developer wished to record subscribers to an email newsletter. He or she would create a new table called mailing_list with two columns (also sometimes called "fields"), email and name, both text strings that can be up to 100 characters in length ("varchar(100)"):

```
create table mailing_list (
        email       varchar(100),
        name        varchar(100)
);
```

37.      After a series of INSERT commands, the contents of this table may be viewed in a spreadsheet format, e.g.:

| Name | email |
|------|-------|
| Philip Greenspun | philg@mit.edu |
| Bill Gates | billg@microsoft.com |
| Scott Adams | scottadams@aol.com |

by typing a SELECT statement such as:

select name, email from mailing_list

38.    Each row in the table is also referred to as a record. Note that, unlike with a desktop spreadsheet Application, every data item in the same column, e.g., email, must be of the same data type (in this case a character string).

### 2.    What is a Database Application?

39.    A database application is a computer program whose primary purpose is entering information into and retrieving information from a computer-managed database. Some of the earliest database Applications were accounting systems and airline reservation systems such as SABRE, developed between 1957 and 1960 by IBM and American Airlines.

40.    Users interacted with early database applications, such as SABRE, by typing at a terminal connected directly to a mainframe computer running the database management system. The IBM 3270 terminal, introduced in 1972, was a very commonly used device.  The terminal had no ability to process information, but merely displayed characters or "screens" sent from the mainframe.

41.    Software development for an early database application was simply software development for the mainframe computer, which executed all of the program code centrally. Software was developed in assembly language, a "second-generation language", or one of the "third-generation languages" developed in the late 1950s and early 1960s, e.g., COBOL, Fortran, or PL/I. Whatever conventional programming language was used, there may have been embedded database commands in a specialized query language.

42.    The heart of any database application is the data model or SQL schema. If there is no table or column to store, for example, a customer's credit card number, even the cleverest programmer will not be able to add an automatic monthly bill-my-credit-card feature.

### 3.    What is a Web Application?

43.    A "Web application" is a server-based computer program that can be used by a user sitting in front of a standard Web browser, such as Microsoft Internet Explorer, Firefox, or Google Chrome. Examples of Web applications include wikipedia.org, nytimes.com, facebook.com, and youtube.com. The advantage of the Web, compared to some 1980s and early 1990s systems of networked computers, is that no specialized software need be installed on the end-user's computer. The same personal computer or mobile phone and the same Web browser can be used to read a news article from nytimes.com, order a book from amazon.com, or

7

calculate the cost of a new car using Google Spreadsheets. A classical Web application is very similar to an old mainframe application. All computation is performed on the central computer in response to a request for a URL. E.g., a request for http://www.txwd.uscourts.gov/general/judges/biographyview.asp?bID=13 causes the server to run the program in the file biographyview.asp located in the /general/judges/ directory on the www.txwd.uscourts.gov server) and only information necessary to paint a "screen" is sent to the device on the user's desktop via the Hypertext Transfer Protocol (HTTP). Thanks to 30 years of progress in microelectronics, the desktop device can display color graphics rather than simply green characters, but the software ideas are very similar.

44.     Rather than the IBM 3270 terminal protocol, the specifications for the screen or "page" to be displayed are sent in Hypertext Markup Language (HTML), which is a specification or format for a document (analogous to the format in which Microsoft Word, for example, might save a file to disk). The structured data in HTML is distinct from a programming language, which generally either expresses a step-by-step algorithm for a computer to follow or specifies a computation to be performed.

### 4.     What is a "Web-based database Application" or "database-backed Web site"?

45.     A "Web-based database application" or "database-backed Web site" is simply a combination of the systems described above, i.e., "a computer program that can be used by a user sitting in front of a standard Web browser whose primary purpose is entering information into and retrieving information from a computer-managed database". No additional software needs to be installed by end-users. The computer programs on the server, however, are modified so that they rely on a database management system (DBMS) for storing and retrieval of information. The user requests pages by URL, as before, and in response the server will run computer programs (page scripts) that will generally access the DBMS and then merge the results with a template in order to build up a complete HTML page to return.

## B.     The '060 Patent

### 1.     Background

46.     The '060 Patent describes a database-backed Web site whose function is to connect patients with healthcare providers such as physicians and hospitals.  (*See* '060 Patent, Abstract.)

47.     The company providing the information service creates and maintains a database of detailed information relating to healthcare providers.  (*See* '060 Patent, Abstract.)

48.     A patient may access the healthcare provider information through a search conducted using a search engine, such as Google, Yahoo, etc. (*See* '060 Patent, Abstract.) Alternatively, a patient may access the information directly from the information service provider's web page that provides search capabilities for its database. (*See* '060 Patent, Abstract.)

49.     A patient may search for physicians using various search criteria, including for example, geographic area, physician specialty, and gender. (*See* '060 Patent, col. 1:56-2:15, *see also* claim 6.)

50.     The information provided to patients in response to their search query may be in the form of a report that includes detailed healthcare provider information with verified information sections, including physician-verified and independent third-party-verified sections, and a patient-provided information section that includes patient ratings to assist patients in differentiating among healthcare providers. (*See* '060 Patent, col. 1:11-20.)

51.     The information provided by the website enables patients to differentiate among healthcare providers and thereby select the provider that best meets their individual needs. (*See* '060 Patent, Abstract.)

52.     All of the claims of the '060 Patent require creating a healthcare provider report by using the following three kinds of information:

a.  healthcare provider-verified information: "about the first healthcare provider . . . [that] is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;"

b.  patient-provided information: "compris[ing] patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients;"

c.  third party verified information: "information regarding the first healthcare provider verified by an independent third-party source . . . [that] comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information . . . ."

9

('060 Patent, cols. 20-24.)

53.     Further, all of the claims require that the healthcare provider report include "comparison ratings of health care providers."  (*See* '060 Patent, claims 1 and 15)

### 2.     Prosecution History - Initial Prosecution

54.     Health Grades filed a provisional application, Serial No. 60/177,757 ("the '757 Application"), on February 8, 2006.

55.     Health Grades filed the Application that ultimately issued as the '060 Patent on August 29, 2006 ("the '060 Application").  The '060 Application claimed priority to the '757 Application.

56.     The '060 Application was filed with 20 claims, of which claims 1, 16, and 19 were independent.

57.     The Patent Office issued a restriction requirement requiring Health Grades to elect to proceed with either claims 1-15 and 19-20 or claims 16-18.  Health Grades elected to proceed with claims 1-15 and 19-20.

58.     In a first office action, the Patent Office made several rejections against:

   a.  Claims 1-15 (for an antecedent basis problem) and 19-20 (for being directed toward functional descriptive materials) based on 35 U.S.C. §112 for being indefinite;

   b.  Claims 1-15 and 19-20 based on 35 U.S.C. §101 for failing to recite patentable subject matter;

   c.  Claims 1-6, 8, 9, 13-15 and 19 under 35 U.S.C. §103 as being unpatentable over Henley (U.S. Patent Pub. No. 2003/0195838) in view of Cook et al. (U.S. Patent Pub. No. 2006/0080146); and

   d.  Claims 7, 10, 11, 12 and 20 under 35 U.S.C. 103 (a) as being unpatentable over Henley in view of Cook et al. and further in view of Sameh (U.S. Patent Pub. No. 2004/0010423).

59.     In response, Health Grades amended claims 1 and 19 as shown below:

1.    (Currently Amended) A method of providing healthcare provider information to potential patients, said method comprising:

compiling healthcare provider-verified information;

compiling past-patient provided information;

compiling information verified by independent third-party sources;

creating, by a processor, a healthcare provider report using the ~~physician-verified~~ healthcare provider-verified information, the past-patient provided information, and the ~~verified~~ information verified by independent third-party sources, wherein the healthcare provider report includes comparison ratings of healthcare providers; and

providing access to the healthcare provider report over a computer network.

(File History, 02/16/10 Amendment at p. 2.)

19.    (Currently Amended) An on-line information system for providing verified information regarding healthcare providers, the system comprising:

at least one processor; and

memory coupled with and readable by the at least one processor and comprising a series of instructions that, when executed by the the at least one processor, cause the at least one processor to:

~~a compilation module for compiling~~ compile healthcare provider-verified information;

~~a compilation module for compiling~~ compile patient-provided information;

~~a compilation module for compiling~~ compile healthcare provider information verified by an independent third party; and

~~a creation module for creating~~ create a healthcare provider report using the ~~provider-verified~~ healthcare provider-verified information, the patient-provided information, and the independently verified information, wherein the healthcare provider report includes comparison ratings of healthcare providers; ~~and~~

~~a computing system with access to healthcare provider information stored in a database, wherein patients may search the database and review healthcare provider reports to differentiate among healthcare providers.~~

(File History, 02/16/10 Amendment at p. 5.)

60.    The prosecution history states that the comparison ratings limitation was added to overcome the Patent Office's rejection based on the Henley and Cook prior art:

Claims 1-6, 8, 9, 13-15, and 19 were rejected under 35 U.S.C. §103(a) as allegedly being unpatentable over Henley in view of Cook. . . . Specifically, the references fail to teach or suggest all of the claim elements.

For example, Henley in view of Cook fail to teach or suggest at least the following with respect to claim 1:

> creating, by a processor, a healthcare provider report using the healthcare provider-verified information, the past-patient provided information, and the information verified by independent third-party sources, wherein the healthcare provider report includes comparison ratings of healthcare providers; and

> providing access to the healthcare provider report over a computer network.

Claim 1, supra (as amended) (emphasis added).

(File History, 02/16/10 Amendment at pp. 9-12 (italicized emphasis in original).)

61.     The Amendment and Response further argued that while Henley teaches making facts available for comparison, this is not the same thing as comparison ratings:

> Further, Henley fails to teach or suggest, for example, ". . . wherein the healthcare provider report includes comparison ratings of health care providers . . ."  The Office Action relies on Henley at "paragraphs 0015-0016, 0037, 0081, 0090 and 0107" for providing such a teaching.  However, the Applicants respectfully disagree. The cited portions of Henley provide no teaching or suggestion of "comparison ratings." . . . . For example, paragraph [0107] provides that "[t]he qualifier engine and associated databases allow the qualifications of both the physician providing the service and the qualifications of the hospital/treatment facilities [to be] available to the consumer/patient."  Henley, at [0107].  However, making general qualifications "available" to a consumer does not teach or suggest "comparison ratings."  Additionally, while paragraph [0090] provides for "hyperlinks to databases storing the identification of medical service providers having satisfied a particular qualifying requirement," Henley, at [0090], access to databases storing the "identification" of medical service providers satisfying a particular requirement provides no teaching or suggestion of, for example, "comparison ratings" of health care providers. Henley thus fails to provide any teaching or suggestion of at least ". . .  wherein the healthcare provider report includes comparison ratings of health care providers . . ."

(File History, 02/16/10 Amendment at pp. 9-12 (italicized emphasis in original, bolded emphasis added).)

62.     After Health Grades made this amendment, it interviewed the Patent Office examiner.  The summary of the interview states:

The undersigned, Timothy Scull, thanks Examiner Nguyen and Examiner O'Connor for their time and cooperation in the in-person interview held on March 10, 2010. During the interview, the undersigned provided a summary of the embodiments of the above-identified Application. The undersigned also distinguished the above-identified Application from the art cited in the Office Action mailed on November 13, 2009, in which such cited art included U.S. Pat. App. Publ. No. 2003/0195838 to Henley; U.S. Pat. App. Publ. No. 200610080146 to Cook; and U.S. Pat. App. Publ. No. 2004/0010423 to Sameh. The Examiners and the undersigned also discussed the 35 U.S.C. § 112 rejections, 35 U.S.C. § 101 rejections, and 35 U.S.C. §103(a) rejections from the Office Action mailed November 13, 2009. Further, the claim amendments submitted in the Amendment and Response filed on February 16, 2010 were also discussed. No agreement was reached.

(File History, 04/12/10 Statement of the Substance of the Interview.)

63.    After the interview, Health Grades filed a supplemental amendment that amended several claims, including those copied below:

1.    (Currently Amended) A <u>computer-implemented</u> method of providing healthcare provider information to potential patients, said method comprising:

<u>receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information regarding a first healthcare provider, wherein the Web server computer comprises at least one computer processor and memory;</u>

<u>accessing</u> ~~compiling~~ healthcare provider-verified information <u>about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;</u>

compiling<u>, by the at least one computer processor,</u> ~~past~~ patient<u>-provided</u> information <u>regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients;</u>

compiling information <u>regarding the first healthcare provider</u> verified by <u>an</u> independent

third-party source, ~~sources~~ wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;

creating, by [[a]] the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the ~~past-patient~~ patient-provided information, and the information verified by the independent third-party source ~~sources~~, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and

providing access to the healthcare provider report on the first healthcare provider over a computer network.

8.    (Currently Amended) The method as defined in claim 7, wherein [[a]] the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider.

9.    (Currently Amended) The method as defined in claim 8, wherein the results list further includes an advertisement for [[a]] the first healthcare provider with a hyperlink to information on ~~that~~ the first healthcare provider.

10.    (Currently Amended) The method as defined in claim 8, further comprising:

determining from the results list whether a particular healthcare provider is a member of [[a]] the company managing the Web site; and

if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the member healthcare provider on the Web site.

15.    (Currently Amended) The method as defined in claim 1, wherein the first healthcare provider is a physician~~, hospital, nursing home, or other treatment facility~~.

15

19.   (Currently Amended) An on-line information system for <u>connecting healthcare providers with potential patients</u> ~~providing verified information regarding healthcare providers~~, the system comprising:

at least one <u>computer</u> processor; and

memory coupled with and readable by the at least one <u>computer</u> processor and comprising a series of instructions that, when executed by the at least one <u>computer</u> processor, cause the at least one <u>computer</u> processor to:

<u>receive a request for information regarding a first healthcare provider;</u>

~~compile~~ <u>access</u> healthcare provider-verified information <u>about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;</u>

compile patient-provided information <u>regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or</u>

current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by a company providing a service for connecting healthcare providers with the potential patients;

compile healthcare provider information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information; [[and]]

create a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source independently verified information, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and

provide access to the healthcare provider report on the first healthcare provider over a computer network.

20.    (Currently Amended) The on-line information system defined in claim 19, wherein:

the healthcare provider report is obtained through one or more from the group consisting of: a predetermined Web page that provides search capabilities on its database [[or]] and a third-party search engine; and

the search capabilities of the predetermined Web page permit searching based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria.

64.     The Patent Office thereafter allowed claims 1-4, 6-15, and 19-21.  Claims 5 and 16-18 had been previously cancelled.

65.     The Notice of Allowance provided the following reasons for allowability:

### Reasons for Allowance

4.     The following is an Examiner's statement of reasons for allowance:

Regarding claim 1

        The prior arts of record neither anticipate nor fairly and reasonably teaches a computer-implemented method of providing healthcare provider information to potential patients, said method comprising:

receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information regarding a first healthcare provider, wherein the Web server computer comprises at least one computer processor and memory;

accessing compiling healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications,

languages, and hobbies;

compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients;

compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;

creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and providing access to the healthcare provider report on the first healthcare provider over a computer network.

6.     The cited prior arts of record fail to expressly teach a computer-implemented method of providing healthcare provider information to potential patients wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies; and wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship.

(File History, 05/14/10 Notice of Allowance at pp. 2-4.)

### 3.    Asserted Claims

66.     It is my understanding that Health Grades is accusing MDX of infringing claims 1, 4-9, 11, and 14-16 of the '060 Patent.  The asserted claims are copied below:

Claim 1

A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:

receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information regarding a first healthcare provider, wherein the Web server computer comprises at least one computer processor and memory;

accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;

compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line

20

patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients;

compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information; creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and

providing access to the healthcare provider report on the first healthcare provider over a computer network.

Claim 4

The method as defined in claim 1, wherein the healthcare provider report includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center.

Claim 5

The method as defined in claim 1, wherein the access to the healthcare provider report is obtained through a predetermined Web page that provides search capabilities for a database comprised of healthcare provider information.

Claim 6

The method as defined in claim 5, wherein the search capabilities permit a search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria.

Claim 7

The method as defined in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider.

Claim 8

The method as defined in claim 7, wherein the results list further includes an advertisement for the first healthcare provider with a hyperlink to information on the first healthcare provider.

Claim 9

The method as defined in claim 7, further comprising:

determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; and

if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the member healthcare provider on the Web site.

Claim 11

The method as defined in claim 9, wherein the enhanced services comprise favorable positioning in the results list.

Claim 14

The method as defined in claim 1, wherein the first healthcare provider is a physician.

Claim 15

An on-line information system for connecting healthcare providers with potential patients, the system comprising:

at least one computer processor; and

memory coupled with and readable by the at least one computer processor and comprising a series of instructions that, when executed by the at least one computer processor, cause the at least one computer processor to:

receive a request for information regarding a first healthcare provider;

access healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;

compile patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are

received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by a company providing a service for connecting healthcare providers with the potential patients;

compile healthcare provider information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;

create a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and

provide access to the healthcare provider report on the first healthcare provider over a computer network.

Claim 16

The on-line information system defined in claim 15, wherein:

the healthcare provider report is obtained through one or more from the group consisting of: a predetermined Web page that provides search capabilities on its database and a third-party search engine; and

the search capabilities of the predetermined Web page permit searching based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, and location criteria.

## C.  **Claim Construction**

67.    The Court issued a claim construction order on February 13, 2012.

68.    The term "first healthcare provider" shall mean: "a particular healthcare provider about whom information is requested and a report is produced."

69.    The term "comparison ratings of healthcare providers" shall mean: "ratings on multiple healthcare providers, including the 'first healthcare provider', in the report on that 'first healthcare provider,' thus permitting comparison of the 'first healthcare provider' with other potential healthcare providers."

Assuming that end_date and event_url were always present, one line of the TCL script code would need to be changed:

> ns_write "<li><a href=\"/calendar/item?calendar_id=$calendar_id\">$title</a> ($pretty_start_date - $pretty_end_date ; <a href=$event_url>direct_link</a>)\n"

In all, three lines of code would need to be modified.

As noted in the above analysis of Claim 16, the user of a modern personal computer is accustomed to having multiple windows open simultaneously. A patient considering something as important as choosing a physician specialist is not going to be substantially inconvenienced by having to open two browser windows rather than one in order to conduct a comparison more easily.

## VIII.    Trial Exhibits

315.    I reserve the right to use demonstrative exhibits at trial if necessary to explain my analysis.

## IX.    Reservation of Rights

316.    My opinions are based on the information that I have considered to date. I reserve the right to supplement or amend my opinion given new discovery, testimony heard at trial, and information from opposing experts.  In addition, I may be asked to testify in rebuttal to issues and opinions raised by other experts or fact witnesses.

Signed:    *Philip Greenspun*

Philip Greenspun, Ph.D.

Date:    July 13, 2012

73