Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

**Exhibit 9**

**September 28, 2012 Deposition of Philip Greenspun**
*(selected portions)*

```
                                                          Page 1
 1   Volume I                                  Pages 1 - 292
 2                                             Exhibits 64 - 71
 3            UNITED STATES DISTRICT COURT
 4                 DISTRICT OF COLORADO
 5              Civil Action No. 11-CV-00520-PAB-BNB
 6   ************************************
 7   HEALTH GRADES, INC.,                    *
 8        Plaintiff,                         *
 9   Vs.                                     *
10   MDX MEDICAL, INC., d/b/a VITALS.COM,    *
11        Defendant.                         *
12   ************************************
13
14           DEPOSITION of PHILIP G. GREENSPUN
15           Friday, September 28, 2012 at 8:30 a.m.
16           Courtyard by Marriott
17           700 Unicorn Park Drive
18           Woburn, Massachusetts
19
20      ------ Jacqueline P. Shields, RPR, CSR ------
21
22
23
24        Job No. NJ1339308
```

Veritext/NJ Reporting Company
800-227-8440     973-410-4040

Page 2

1  APPEARANCES:

2

3  Representing the Plaintiff:

4      ROTHGERBER JOHNSON & LYONS LLP

5      BY:  KRIS J. KOSTOLANSKY, Esquire

6      One Tabor Center, Suite 3000

7      Denver, Colorado 80202-5855

8      303-623-9000 ~ Fax: 303-623-9222

9      kkosto@rothgerber.com

10              - and -

11     MERCHANT & GOULD

12     BY:  KIRSTIN L. STOLL-DeBELL, Esquire

13     1050 17th Street, Suite 1950

14     Denver, Colorado 80265

15     303-357-1670 ~ Fax: 303-357-1671

16     kstolldebell@merchant-gould.com

17

18  Representing the Defendant:

19     SILLS CUMMIS & GROSS

20     BY:  SCOTT D. STIMPSON, Esquire

21     30 Rockefeller Plaza

22     New York, New York 10112

23     212-643-7000 ~ Fax: 212-653-6500

24     sstimpson@sillscummis.com

Page 3

```
                        I N D E X
Testimony of:                                    Page(s)

Philip Greenspun

By Mr. Stimpson                                  5,280

By Mr. Kostolansky                               267

                      E X H I B I T S

Exhibit No.      Description                     For I.D.
64      Expert report of Philip Greenspun,
        dated July 13, 2012                      5

64A     Resume of Philip Greenspun               5

64B     Document titled Appendix B               5

64C     Document titled Appendix C               5

65      Defendant MDX Medical, Inc.'s Second
        Supplemental Objections and
        Responses to Plaintiff's First Set
        of Interrogatories                       59

66      Rebuttal Report of Richard G.
        Cooper, D.Sc.                            85

67      '060 Patent                              102

68      Deposition transcript of John Neal,
        dated June 13, 2012                      106

69      Rebuttal Report of Philip Greenspun,
        dated September 17, 2012                 167

70      Deposition of Scott Montroy, Volume
        I                                        226

71      Deposition of Scott Montroy, Volume
        II                                       226

        EXHIBITS APPENDED TO ORIGINAL TRANSCRIPT
```

Page 16

1    A.   Well, in this case I'm really not sure
2    about that.  It seems to be mostly directed at who
3    should do the verification.  I don't read this to be
4    primarily about where the information is gotten,
5    mostly that it has to be a third party verifying it.
6    Q.   Fair enough.  So let me rephrase my
7    question.  This amendment here with the, starting
8    "compiling information regarding the first
9    healthcare provider verified by the independent
10   third-party source," the elements that were added
11   here are healthcare-related data elements and how
12   those data elements should be verified, correct?
13   A.   Yes.
14   Q.   Now, these three paragraphs that we just
15   talked about, sir, none of those really involved
16   questions about how to make computers work to do
17   that, right?
18   A.   No, I would agree with that.
19   Q.   And, in fact, they all know what data to
20   use and where to get the data or have the data
21   verified, right?
22   A.   Yes.
23   Q.   What education and experience do you have,
24   sir, that would make you, a person of ordinary

Page 17

1  skill, an expert in what data elements should go in
2  reports of healthcare providers?
3       A.  Well, I have done some work in building
4  medical information systems.
5       Q.  Anything else?  Sorry, go ahead.
6       A.  And I have worked as a publisher of
7  consumer-oriented websites for 20 years.  I have
8  myself shopped for doctors, so I have some personal
9  experience as a patient.  And I have supervised the
10  development of at least 200 database-backed
11  websites, many of which were also targeted at
12  consumers.
13       Q.  Anything else?
14       A.  I have taught students data modeling
15  problems using medical examples and scenarios.
16       Q.  Anything else?
17       A.  Not that I can think of right now, no.
18       Q.  So you said first of all that you have
19  experience in building medical information systems.
20  Can you tell me specifically what that was about and
21  when?
22       A.  The first system that I built was a Web-
23  based electronic medical record system for Boston
24  Children's Hospital in 1994.  And I provided some

Page 18

```
 1   assistance to a spinoff company from Children's
 2   Hospital called W3 Health.  That was throughout the
 3   late 1990s.
 4        Q.  Anything else?
 5        A.  Not that I can think of right now.
 6        Q.  Okay.  So the electronic medical records
 7   for Boston Children's Hospital, that's just a way of
 8   managing patient records?
 9        A.  Well, it's a comprehensive information
10   system that includes information on providers as
11   well as patients.
12        Q.  What information did you have on providers
13   there?
14        A.  Well, we're going back 20 years, so I don't
15   think I can tell you all of the columns, but
16   certainly the database kept track of who was a
17   doctor, who was the provider other than a doctor,
18   who had access to the system, you know, for
19   administrative or billing purposes, but was not a
20   physician.  And I'm pretty sure that we at least
21   knew, for example, the specialty of the doctor.
22        Q.  Okay.  Anything else that you can remember
23   about that?
24        A.  No, that's really going back too far.  I'm
```

Page 19

1  sorry.
2      Q.  Did that have anything to do with creating
3  records for consumers on healthcare providers?
4      A.  Other than the patients themselves, no.  It
5  was not, you know, a consumer-targeted website that
6  anybody could access.
7      Q.  What do you mean, "other than for the
8  patients themselves"?
9      A.  There were some reports that were going to
10 be available to the patients themselves, but they
11 were already signed-up patients of those doctors.
12 They were not prospective patients, as would be the
13 case with, for example, the HEALTHGRADES.COM
14 website.
15     Q.  So your job was just helping to make the
16 computer systems do what they wanted the computer
17 systems do, right?
18     A.  Well, I think that's always my job, as a
19 software engineer.
20     Q.  Okay.  What I'm trying to clarify, you
21 didn't have any say, for example, okay, this part of
22 the database, we want to make sure we have doctor
23 specialty in it, and we want to make sure we have
24 this information and that information.  That stuff

Page 20

1  was just given to you and you just worked the
2  computers, right?
3       A.   It depended on the system.  In some cases
4  we had legacy, sources of data where the data model
5  was already fixed and the challenge was more about
6  generating reports and providing access in new ways,
7  but in other cases we were developing systems from
8  scratch and the data model was more open.
9       Q.   But even those systems that you developed
10 from scratch, I mean, it wasn't your decision, this
11 is what we're going to put in these reports, or this
12 is what we're going to put in this data field; that
13 was given to you and you just helped from the
14 computer side, the computer engineer side, right?
15      A.   The data modeling task includes talking to
16 domain experts, physicians, hospital administrators
17 to find out what they need.  There's a certain
18 amount of give and take.
19           I think I forgot one other system.  I've
20 been helping a small company more recently that spun
21 out of the Massachusetts General Hospital with an
22 electronic medical record system for ambulatory
23 patients.
24      Q.   We'll get to that in a minute.  I want to

Page 21

1  stay on the Boston Children's Hospital for a minute.
2           Is it fair to say, Doctor, that you didn't
3  make any decisions about what goes into the database
4  or what would be printed on any reports, right?
5           MR. KOSTOLANSKY:  Objection.  Asked and
6  answered.
7       A.  I made some decisions, design decisions
8  and, you know, some of my design ideas were adopted,
9  some were rejected.  I'm sorry.
10      Q.  Can you name one specific data element that
11 was your idea?
12      A.  You know, as it was 20 years ago, and
13 there's been 200, at least 200 systems that I've
14 been involved in developing since then, you know,
15 really, I can't say.
16      Q.  Did that system, did you have any say in
17 that system about where data should be obtained?
18      A.  No.
19      Q.  Now, let's talk about the second one you
20 mentioned, which was assist a spinoff, W3 Health?
21      A.  Yes.
22      Q.  Can you tell me just a bit more about that,
23 you said late 1990s?
24      A.  Yes, that was an idea that would have been

Page 22

1  a great idea ten years later.  It was kind of a bad
2  idea at the time.  But it was an attempt to deliver
3  to other hospitals and medical institutions the kind
4  of information technology that we had developed at
5  Children's Hospital.
6          So, you know, once again, there the
7  challenge was getting a good database representation
8  of patients, their medical problems, what doctors
9  are involved in treating those patients.
10         It was not a consumer shopping site like
11 the sites that are at issue in this case.
12     Q.  And what was your job with regard to that?
13     A.  Well, first of all I was a licensee.  I
14 suppose my code was being used at the company.
15 Licensor, sorry.
16     Q.  Oh, your software code?
17     A.  Yes, software that I had previously
18 developed, as well as participating to some extent
19 in developing the business, hiring people and
20 developing technical architecture for the system and
21 including the data model.
22         So software engineering as well as some
23 small company business management.
24     Q.  What input did you have into what specific

Page 23

1  data elements would be in the proctor's company?
2      A.  Again, it was 20 years ago so, almost
3  20 years ago.  I can't tell you that, you know, I
4  was responsible for this particular table or this
5  particular column in the particular table.
6      Q.  So as you sit here today you can't tell me
7  anything you did with regard to this that relates to
8  either where data elements should be obtained from
9  or what data elements should be in the product,
10 right?
11     A.  No.  I'm sorry, I don't think I can.
12     Q.  Okay.  You also mentioned that you were
13 publisher of consumer-oriented sites; did I get that
14 right?
15     A.  Yes.
16     Q.  Can you give me more info on that, please?
17 I just don't understand what you mean by publisher
18 of consumer information sites?
19     A.  Most notably, the one I worked on the
20 longest was PHOTO.NET.  It's a website intended for
21 consumers who are interested in becoming better
22 photographers, and it has information about cameras
23 and enables them to, in addition to learning about
24 photography skills that would apply to using any

Page 24

1  camera, to do a certain amount of comparison
2  shopping among cameras and camera systems.
3       Q.  Let me cut to the chase on this one.  Is
4  there anything about your work as a publisher
5  relating to that, that's with regard to consumer-
6  oriented sites, that has anything to do with
7  healthcare?
8            MR. KOSTOLANSKY:  Object to the form.
9       A.  No, I wouldn't say that.  I don't want to
10 swear right here today that none of this stuff that
11 we worked on at ArsDigita did support a service
12 organization that I ran in the late '90s.  We did
13 about 200 different projects.  I don't want to tell
14 you that none of those involved healthcare, but
15 right now I can't think of one that did.
16      Q.  ArsDigita, you said?
17      A.  It's called ArsDigita.  It's a pig-Latin
18 word, A-R-S-D-I-G-T-A, and it was a company that did
19 service and support for an open source software tool
20 kit.
21      Q.  So as we sit here today, though, you can't
22 remember anything about your work relating to
23 publishing or publisher of these consumer-oriented
24 sites has anything to do with healthcare, right?

Page 25

1  A.  No, we didn't build anything like
2  HEALTHGRADES.COM, for example.
3  Q.  I'm struggling with my handwriting on this,
4  something shopped for doctors.  Sorry, you said
5  building medical information systems, and then you
6  talked about the publisher, consumer-oriented site,
7  and then something for doctor -- sorry, this is why
8  I have LiveNote.  It was between the publisher and
9  then you supervised development of 200 databases.
10 Can I -- you said that you yourself had shopped for
11 doctors?
12      A.  Oh, yes.
13      Q.  So that doesn't give you any experience in
14 what kind of data elements to put in a report for
15 consumers or where to get the data, right?
16      A.  Well, it does in the sense that, you know,
17 I have a little bit of an idea of what I would look
18 for more so than if this patent concerned a website
19 for mechanical engineering, shopping for ball
20 bearings.
21      Q.  So tell me what your experience is in
22 shopping for doctors.
23      A.  Well, I try to call up friends and find out
24 if anybody knows a good doctor, and I'm definitely

Page 26

1   interested to make sure that the doctor's qualified
2   in some area. I've had a personal interest, I
3   guess, in some of the information that I see here,
4   you know, codified in the patent claim, you know,
5   how old the doctor is, how many years they've been
6   practicing; I tended to favor doctors that are mid
7   career. So, you know, I wouldn't say that I've been
8   a really informed consumer necessarily, but my
9   experience just as a patient looking for doctors has
10  given me at least some insight into why a site like
11  the one taught by the '060 patent specification
12  could be useful.
13       Q.  Could you tell me anything specific about
14  your experience shopping for doctors prior to 2007?
15           MR. KOSTOLANSKY:  You mean something he did
16  in shopping for a doctor prior to 2007?
17           MR. STIMPSON:  Yes.
18       A.  I remember that a friend had some kind of
19  cancer, and I had talked to another friend's wife
20  who is an oncologist at Mass. General Hospital and
21  asked her for a recommendation. Other than that, I
22  don't think I can remember anything from that time
23  period.
24       Q.  When was that that you called this

Page 27

1  oncologist?
2      A.  Probably would have been sometime between
3  2002 and 2005.
4      Q.  Can you tell me anything about that
5  conversation?
6      A.  I think she recommended somebody at Brigham
7  and Women's Hospital.  Otherwise, no, I can't really
8  remember anything else about it.
9      Q.  Okay.  Next thing you mentioned is that you
10 supervised the development of 200 database-backed
11 websites to consumers, right?
12     A.  Some of them were for consumers, not all.
13     Q.  Are any of them related to healthcare?
14     A.  No, not that I can recall right now.
15     Q.  Next you mentioned -- I need an associate
16 at every deposition.  Oh, you taught students data,
17 something to do with data matching using medical
18 examples?
19     A.  Yes, data modeling.
20     Q.  Modeling, okay.  When was that?
21     A.  More or less on a continuous basis for the
22 last ten years at MIT.
23     Q.  Okay.  Can you tell me specifically what
24 you did prior to 2007 with regard to this?

Page 28

1     A. Well, once again, it was in the context of
2 electronic medical records for patients, so it was
3 more about storing patient information and test
4 results than information about, you know, doctors
5 and, you know, things that might help with consumers
6 choose among them, so.
7     Q. Do you recall teaching anything to your
8 students about what data elements should go in
9 reports of healthcare providers?
10     A. No.
11     Q. How about teaching anything to your
12 students about where data should be obtained on
13 reports of healthcare providers?
14     A. No.
15     Q. Do you remember discussing prior to 2007
16 with any of your students any specific data elements
17 regarding healthcare providers?
18     A. It would have been limited to the things
19 that we talked about earlier. You know, is this
20 person a doctor? If so, what kind of a doctor?
21 What kind of access should they have to patient
22 records?
23     So it was in the context of a doctor that
24 was already involved somehow in treating the

Page 29

1  patient.  It was not, you know, shopping-related
2  context like in the '060 patent.
3       Q.  Anything else that you can remember now
4  about your teaching that might have an impact on
5  this?
6           MR. KOSTOLANSKY:  Object to the form.
7       Q.  That's a bad question.  Let me rephrase it.
8           Is there anything else about your teaching
9  students data modeling with medical examples that
10 relates in any way to either deciding what data
11 elements might go in reports or where the data
12 should be obtained from?
13      A.  Not in reports on healthcare providers, no.
14      Q.  Well, in any kind of --
15      A.  Well, we talked about reports, you know, on
16 the patient, and on clinical data.
17      Q.  Right.  But none of that involved trying to
18 figure out what data elements on healthcare
19 providers should be included or where that data
20 should be obtained, right?
21      A.  That's correct.
22      Q.  The last thing that you mentioned, the
23 Massachusetts General Hospital, there was a spinoff
24 company, ambulatory spinoff company?

Page 30

1      A.   Yes, the company is only barely ambulatory,
2   but the patients are ambulatory.
3      Q.   Okay.  Right.  Okay.
4      A.   Yes, there's a software system that Mass.
5   General Hospital uses in its ambulatory clinic that
6   has some unique characteristics compared to other
7   electronic medical record systems.
8      Q.   And when did you do that work?
9      A.   I've been assisting a friend who's managing
10  this report for the last two years or so.
11     Q.   Okay.  Nothing prior to 2007?
12     A.   No.
13     Q.   And what is this, though?  What
14  specifically are you doing there?
15     A.   I've been working with software
16  architecture, marketing and pricing, and then just
17  general startup company type stuff, how to get
18  money, how do you hire people, how do you build the
19  business.
20     Q.   Is there anything in that experience
21  related to determining what data elements should go
22  into reports or where the data should be obtained?
23     A.   Not reports on healthcare providers, no.
24     Q.   Well, on any reports?