Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 10**

**Philip Greenspun Resume and Software Expert Witness Summary**

# Resume

of Philip Greenspun

Summary:

- Business experience: started six companies and buried three. As CEO, grew an open-source enterprise software company to $20 million annual revenue in two years with $10,000 in capital.
- Software product development experience: 20 years. Have had the same email address since 1976: philg@mit.edu. Have been developing open source software since 1982. List of engineering projects completed is available from http://philip.greenspun.com/narcissim/resume-list
- Pedagogy experience: Co-developed "Software Engineering for Internet Applications" with Hal Abelson at MIT; it has been a successful course at MIT and is being used by computer science departments at 10 other universities around the world.
- Non-profit experience: Started a 501c3 foundation in December 1998. The Foundation operated a prize program for high-school age Web developers and a one-year post-baccalaureate program in computer science; the annual budget was approximately $1.5 million.
- Political experience: Testified before the U.S. Senate Commerce Committee and the Subcommittee on Patents, Copyrights and Trademarks of the Senate Judiciary Committee
- Writing experience: four computer science textbooks, one book about North America and its people, numerous journal and magazine articles.
- Photography experience: started photo.net in 1993, an online community for photographers. Work published in dozens of print magazines and books and used for advertising (see separate photo resume).
- Aviation experience: holder of Airline Transport Pilot certificate with multi-engine, single-engine seaplane, and helicopter ratings; holder of flight instructor certificate with instrument and helicopter ratings; have flown single-engine aircraft to Alaska (twice) and just about everywhere else in North America and the Caribbean; have flown three coast-to-coast trips in Robinson helicopters; flew the Canadair Regional Jet out of JFK for a subsidiary of a major airline
- Education: three MIT degrees (including a Ph.D., but you can't call me "Dr. Greenspun" because my brother is a real doctor).

# Employment Experience

**2006-present: expert witness**

I have served as a software expert witness and also as an expert witness in cases regarding Internet software patents. I am qualified to serve as an aviation expert witness or a relational database expert witness.

**1997-present: various advisory and corporate boards**

Serve as an independent member of various advisory and corporate boards, mostly for technology companies. Example: Joined corporate board of MIT materials science spin-off in late 2005 during $550,000 seed capital phase. Stepped down when company secured $10 million in venture capital in mid-2007.

**1991-present: Computer Science and Artificial Intelligence Laboratory, Massachusetts Institute of Technology.**

Teach and expand the MIT computer science curriculum, conduct research, and supervise student research.

**1993-2000; 2006-2007: photo.net**

Started, programmed, financed, and managed this online learning community as a personal hobby. Spun it off in 2000 to a team of entrepreneurs who attempted to make it a profitable business. Took it back over in mid-2006 to clean up the content, software, and balance sheet (crippled with debt). With 600,000 registered users and 60 million page views per month, sold the company in April 2007 to NameMedia.

**1997 through March 2000: ArsDigita Corporation**

Started, financed, and managed this company, which developed an open-source toolkit for building collaborative Internet applications. Grew the company profitably from 5 part-time people to 80 full-timers and revenue of $20 million per year. Between January and March 2000, negotiated and closed a $38 million venture capital investment from Greylock and General Atlantic Partners. Handed over the reins to a team of professional managers brought in by the venture capitalists.

**February 1988 through August 1990: Isosonics Corporation**

Founded company to develop a product that stored digital data with consumer video recorders. Co-designed custom digital signal processor. Developed simulation environment, complete simulator for digital audio recorder (1.4 Mbits/second), microcode compiler on the Symbolics Lisp Machine. Used Lisp tools to develop error correction microcode and refine DSP architecture. Co-designed three phase locked loops. With partners, developed system for auditing television broadcasts nationwide by monitoring commercials and compiling reports for advertisers. We designed a single board that tunes a chosen channel, recognizes tagged advertisements and makes a record for each ad of time of broadcast, number of fields, video quality and color burst presence. Served as president of Isosonics from its inception until its dissolution.

**April 1986 through November 1989: ConSolve Incorporated**

Co-founded this construction automation company. With partner, developed initial product, obtained financing (from PaineWebber Ventures), hired software development, marketing and support staff, established R&D partnership with Tektronix, obtained government contracts and sold software. Was active participant in all important planning, legal, and management activities. Wrote every line of code in the first system shipped to a customer (Caterpillar).

**November 1984 through August 1985: ICAD, Inc.**

Co-founded company with three partners. With Patrick O'Keefe, developed Lisp software to automate mechanical engineering. The ICAD System was initially primarily intended for large steel structures, e.g., air-cooled heat exchangers, offshore oil rigs, coal-fired power plants, but has been extended to many general ME problems.

Company went public in January 1995 as Concentra with a market valuation of $50 million and was subsequently acquired by Oracle Corporation.

**June 1983 through November 1984: Symbolics, Inc.**

Developed VLSI tools, including automatic layout functions and worked on the system architecture for the Ivory microprocessor (the base of all Symbolics products sold in the late 1980s). Wrote parts of the Symbolics operating system.

### June 1982 through June 1983: Hewlett-Packard Labs

Wrote packet-switched network simulation software on Symbolics Lisp Machine. Helped architect, simulate and design prototype of HP's Precision Architecture RISC computer. The prototype took two man-years to complete and ran at VAX 11/780 speed in June 1983. This architecture became the basis of HP's computer product line for 15 years and then became the basis for the 64-bit generation of Intel processors.

### 1978 to 1982

Paid tuition and living expenses through MIT with employment and contract work for Wang Laboratories, Verbex Corporation, National Aeronautics and Space Administration, and other organizations.

### Education (Massachusetts Institute of Technology)

Ph.D. 1999 in electrical engineering and computer science. Thesis title: *Architecture and Implementation of Online Communities*.

S.M. 1993 in electrical engineering and computer science. Thesis title: *Site Controller: A system for computer-aided civil engineering and construction.*

S.B. 1982 in mathematics. Completed coursework for electrical engineering S.B. with emphasis on digital systems and signal processing. Took undergraduate and graduate computer science courses, with an emphasis on algorithms. Took graduate courses in microeconomics and neurophysiology.

### Selected Publications

*Software Engineering for Internet Applications* (online and MIT Press 2006), *Philip and Alex's Guide to Web Publishing* (Morgan Kaufmann; 1999), *Database Backed Web Sites* (Ziff Davis Press; 1997), *Travels with Samantha*, a book about North America; SITE CONTROLLER: A system for computer-aided civil engineering and construction.; numerous journal articles; dozens of magazine articles. United States patents 5,172,363 (digital audio recorder circuit), 5,150,310 (location system), and 5,964,298 (computer-aided earthmoving system).

Most of my relevant publications are linked from http://philip.greenspun.com/.

### Personal

Birthdate: September 28, 1963. Some familiarity with French, Italian, and German.

philg@mit.edu

# Software Expert Witness

qualifications of Philip Greenspun, updated October 2012

---

This document summarizes my qualifications to be an expert witness in software-related lawsuits as well as in matters before the International Trade Commission.



### Testimony

I have testified in two bench trials and one jury trial as well as by deposition on approximately seven occasions.

### Education

Ph.D. in Electrical Engineering and Computer Science from the Massachusetts Institute of Technology in 1999. Bachelor's and Master's degrees from MIT as well.

### Teaching Experience

Have taught all of the core Electrical Engineering and Computer Science courses at MIT. Designed and wrote the textbook for MIT Course 6.171, Software Engineering for Internet Applications (full text online; published in hardcopy by MIT Press).

I am the author of five computer science textbooks in total, including *Database Backed Web Sites* (Macmillan) and an SQL language tutorial.

### Software and Software Business Experience

My software background can best be summarized as having three main components: Internet applications, especially Web sites backed by with relational database management systems; computer-aided design for electrical, mechanical, and civil engineering; digital electronics.

I started my first full-time programming job at the age of 14 in 1978 at NASA's Goddard Space Flight Center, building a database management system for scientific data being streamed back from the Pioneer Venus orbiter.

I worked my way through the Massachusetts Institute of Technology, paying for tuition and living expenses with a series of computer programming jobs. I graduated in 1982 with a Bachelor of Science in Mathematics and went to work for Hewlett-Packard Research Labs, building design tools to assist with the development of the HP Precision Architecture RISC computer, which came the core of the HP product line and eventually formed the basis of Intel's 64-bit CPU chips.

During the 1980s, I was the author of a computer system that automated the design of large steel structures, such as offshore oil rigs. After a mechanical engineer specified a set of design rules, a manufacturer of semi-custom products could type in the customer specifications and the software would generate a three-dimensional model and blueprints. I also built a computer system to assist civil engineers and earthmoving contractors.

Starting in the early 1980s, I built a series of collaborative Internet applications, computer programs that enabled people to work together, even if they were sitting at separate computers, perhaps in different parts of the world, and possibly at different times. Beginning in 1993, I transferred my efforts in collaborative Internet applications from custom interfaces to the World Wide Web. One of my first projects, was photo.net, an online community for photographers. Photo.net incorporated all of the features commonly referred to as "Web 2.0", including an emphasis on user-generated content. In 1994, I built the world's first Web-based electronic medical record system for Boston Children's Hospital. This used the Oracle RDBMS as its backend.

In 1995, I moved to Manhattan to supervise the construction of Hearst Corporation's Internet infrastructure. As Hearst owned magazines, newspapers, TV stations, and cable TV networks, we built virtually at least one of everything that a 1990s Web publisher ever built. I built a catalog-shopping ecommerce system with shopping carts, one-click ordering, referral tracking from other sites, ad serving, clickthrough tracking, and user session tracking. I built a classified ad system that had a user reputation system, auctions, and most of the other features of the early eBay. I built discussion forums, user comment facilities, moderation systems, publishing workflow systems, contest systems, and polling systems.

Upon moving back to Boston, I refocused my energies on photo.net, which became the testbed for my Ph.D. thesis at MIT. With a small group of friends, I packaged up the software behind photo.net and released it as the ArsDigita Community System (ACS), which became a popular toolkit for companies worldwide who were developing online communities and ecommerce sites. As part of photo.net or ACS, I supervised the design and construction of modules for content management, user directories, data warehousing, university course management, online file storage and sharing, "homepage" construction, broadcast email to registered users (called the "spam" module), ticket tracking, social bookmarking (similar to the popular Delicious service), project management, and WimpyPoint, a collaborative Web-based replacement for PowerPoint. ACS became sufficiently popular with Fortune 500 companies that we were able to start ArsDigita, a support and service company for the free and open-source software.

After selling ArsDigita, which had grown to 80 programmers and $20 million per year in revenue, I scaled back my involvement in the commercial world to advisory and corporate board membership. I completed a new textbook for my software engineering course at MIT, which I was teaching on an occasional basis, and learned to fly (current holder of FAA Airline Transport Pilot and Flight Instructor certificates for both airplanes and helicopters). In 2006, I went back to a 24/7 desk job, taking over management of photo.net, which I had spun off to a group of entrepreneurs in 2000. They'd borrowed money and were hoping to turn my hobby/research site into a business. Their timing was unfortunate and by 2006 the debt plus interest had crippled the balance sheet. I led an effort to reengineer and document the software and hardware behind the site, update the content, and look for ways to boost revenue sufficiently to service the debt. The effort concluded with a 2007 sale of the enterprise to NameMedia, which enabled paying the original creditors in full, including promised interest.

More: resume.

## Expert Witness Experience

Have served as an expert witness for Amazon.com, Xerox, and Google in patent cases. Have served as an expert witness for an enterprise software vendor defending a $250 million claim by another software company (contract dispute), testifying in Delaware Chancery Court (video). I have served as an expert in a variety of software patent cases as well as in cases involving software copyright (see this article on the Abstraction-Filtration-Comparison method) and software trade secrets. I was retained as an expert in a software patent case that was to be heard by the International Trade Commission in October 2012, but that did not go to trial.

## Video Clips

Being an expert witness is a form of teaching, so here are a couple of video clips to show you what I sound like when teaching:

- Briefing an Instrument Approach, a tutorial for instrument flying students
- Airport and Heliport Operations, a lesson for flying beginners

My testimony in Delaware Chancery Court is also available as a streaming video.

## Specific Software Litigation Areas of Expertise

In a software lawsuit, I should be qualified to testify on at least the following subjects:

- the design, construction, testing, and maintenance of Web applications
- the state of the art and best engineering practices for Internet applications from 1982 through the present
- computer application design and user interface
- relational database management system (RDBMS), especially anything involving the Oracle system
- management and governance of venture capital-backed software companies
- software project management and documentation
- software design and code review
- open source software development and licensing

## Contact

philg@mit.edu or (617) 864-6832.

## References

Upon request, I will be happy to provide references from Pillsbury Winthrop Shaw Pittman, Steptoe and Johnson, Sidley Austin, and Winston and Strawn.