Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 7**

**Chart Summarizing Education and Experience of Health Grades' Inventors and Certain MDx Employees**

# EXHIBIT 7

Health Grades, Inc.'s Opposition to MDx Medical's Motion to Preclude
Any Testimony From Health Grades, Inc.'s Expert Dr. Greenspun

|  | **Education** | **Work Experience:** | **Type of Business** |
|---|---|---|---|
| **David Hicks** <br><br> (Cited portions of the Hicks Deposition are attached hereto as **Ex. 7A**) | Colorado State University – computer information systems (1981). <br><br> *(Hicks Dep. at 8:8-19.)* | 1981-94: <br> **Martin Marietta** -- programmer in data system division. <br> *(Hicks Dep. at 8:20-9:7.)* | Chemicals, aerospace, electronics. |
|  |  | 1994-96: <br> **Coors** -- worked with their computer systems. <br> *(Hicks Dep. at 9:11-22.)* | Beer, brewery. |
|  |  | 1996: <br> **Assoc. of Operating Room Nurses** -- Mgr. of Information Systems. <br> *(Hicks Dep. at 10:1-11:16.)* | Membership organization for nurses – provided information and services relating to the nursing industry.[i] |
|  |  | 1996-2000: <br> **Specialty Care Network** -- in charge of information technology. <br> *(Hicks Dep. at 12:6-13:25.)* | Predecessor to Health Grades. Management of orthopedic physician practices.[ii] |
|  |  | 2000-2011: <br> **Health Grades** -- oversaw all information technology aspects of the company. <br> *(Hicks Dep. at 14:24-16:15.)* | On-line service providing information about healthcare providers. |
|  |  | 2011:  Retired. |  |
| **Scott Montroy** <br><br> (Scott Montroy's resume is attached hereto as | Chapman University -- B.S. in Business Administration <br><br> Computer Languages: SQL, HTML, CFML, | 1993-1997: <br> **TCI Satellite Entertainment Inc.** – internet developer, reporting analyst, project analyst. | Television and telecommunications services. |
|  |  | 1997: <br> **Echostar** – business support specialist. | Satellite television and video related products and services.[iii] |
|  |  | 1998-1999: <br> **Affiliated Computer Systems** – systems development analyst. | Information technology services and business process outsourcing. (Acquired by Xerox).[iv] |

1 | P a g e

|  | Education | Work Experience: | Type of Business |
|---|---|---|---|
| **Ex. 7B**) | OLAP, VXML, WML, XML, WDDX, SSL, and JavaScript. | 1999-2007:<br>**Health Grades** – project lead, technical manager, director of application development, VP of Development. | On-line service providing information about healthcare providers. |
| **John Neal**<br><br>(Cited portions of the Neal Deposition are attached hereto as **Ex. 7C**) | University of Tennessee in Knoxville -- MBA (1994)<br>*(Neal Dep. at 7:8-24.)* | 1990-1992:<br>**Service Merchandise** – cash management/financial analyzer.<br>*(Neal Dep. at 7:25-8:6.)* | Consumer electronics retail chain. |
|  | University of Tennessee, Knoxville -- Finance (1991)<br>*(Neal Dep. at 7:8-24)* | 1994-1996:<br>**Morgan Keegan** – investment banker.<br>*(Neal Dep. at 8:9-21.)* | Wealth and investment management and related services.[v] |
|  |  | 1996 – 2000:<br>**Specialty Care Network** – co-founder and in charge of business development services.<br>*(Neal Dep. at 8:24-9:14; 20:25-21:16.)* | Predecessor to Health Grades. Management of orthopedic physician practices.[vi] |
|  |  | 2000-2003:<br>**Service Magic** | Referral service to help consumers find home improvement contractors. |
|  |  | 2003-Present:<br>**Health Grades**  -- co-founder, consultant, and currently, Executive Vice President, Corporate Strategy and Development | On-line service providing information about healthcare providers. |
| **Jeff LaPointe**<br><br>(Cited portions of the LaPointe | Bentley College -- BS Finance (2002)<br>*(LaPointe Dep. at 10:23-25.)* | 2001-2003:<br>Small CPA Firm<br>*(LaPointe Dep. at 11:8-12:12.)* | Accounting services |
|  |  | 2003-2005:<br>**Select Staff** -- Executive Recruiter<br>*(LaPointe Dep. at 12:18-13:22.)* | Recruiting, particularly for a flexible workforce in wide range of industries.[vii] |

2 | P a g e

| | **Education** | **Work Experience:** | **Type of Business** |
|---|---|---|---|
| Deposition are attached hereto as **Ex. 7D**) | | 2004 – Present:<br>**UCompareHealthcare** – founder.<br>(*LaPointe Dep. at 14:5-15:9.*) | On-line service providing information about healthcare providers. |
| **Larry West**<br><br>(Cited portions of the West Deposition are attached hereto as **Ex. 7E;** Mr. West's LinkedIn profile[1] is attached hereto as **Ex. 7F;** Mr. West's Bio[2] is attached hereto as **Ex. 7G;**) | Bloomsburg University – B.S. in Computer Science<br><br>(*West Bio (Ex. 7G).*) | 1994-1998:<br>**Platinum Technology** -- Director of Information Technology<br>(*West LinkedIn Profile (Ex. 7F).*) | Market and Product Development of database management software.[viii] |
| | | 1998-2001:<br>**Vignette Corporation** -- Director of Information Technology<br>(*West LinkedIn Profile.*) | Content, document, and records management.[ix] |
| | | 2001-2002:<br>**TriActive, Inc.** -- Senior Director of Information Technology and Operations<br>(*West LinkedIn Profile.*) | Cloud-Based IT Systems Management Solutions.[x] |
| | | 2002 – Present:<br>**ioLogics, Inc.** -- Co-Founder and VP of Technology (*West LinkedIn Profile.*) | Working with entrepreneurs with a focus on various software solutions.[xi] |
| | | 2004-2006:<br>**Frog Design, Inc.** -- Director of Technology<br>(*West LinkedIn Profile.*) | Innovative design services.[xii] |
| | | 2006:<br>**Raspberry Red** --marketing and consulting company<br>(*West Dep. at 15:8-13.*) | Marketing company offering search engine optimization, search engine marketing, and social media strategies and partnerships.[xiii] |

---

[1]   *http://www.linkedin.com/in/lawrencejwest*
[2]   *http://www.vitals.com/about/team_business_larry*

| | Education | Work Experience: | Type of Business |
|---|---|---|---|
| | | 2007 – Present:<br>**MDx Medical** – Chief Technology Officer<br>*(West Dep. at 15:4-16:7.)*<br><br>Mr. West created the accused www.vitals.com website.<br>*(West Dep. at 16:8-17:22)* | On-line service providing information about healthcare providers. |
| **Erika Boyer**<br><br>(Cited portions of the Boyer Deposition are attached hereto as **Ex. 7H**) | Skidmore College B.A. Government (1994)<br><br>*(Boyer Dep. at 8:17-24, 17:7-16.)* | 1994-1995:<br>**LeBoef Lamb Greene & MacRae** – file clerk<br>*(Boyer Dep. at 9:2-9.)* | Law firm. |
| | | 1996-1997:<br>Organic clothing manufacturer -- design and catalog work.<br>*(Boyer Dep. at 9:12-10:2.)* | Organic Cotton Clothing. |
| | | 1997-1999:<br>**Genesis Direct** – direct marketing.<br>*(Boyer Dep. at 10:5-15.)* | Direct-channel marketing and database marketing.[xiv] |
| | | 1999-2000:<br>**Myron Mfg** – marketing manager, developed e-commerce website.<br>*(Boyer Dep. at 10:18-11:18)* | Promotional products and personalized business gifts.[xv] |
| | | 2000-2006:<br>**TWS** -- Direct marketing consultant.<br>*(Boyer Dep. at 11:20-13:20.)* | Direct marketing company. |
| | | 2006 – Present:<br>**Raspberry Red** – marketing consultant.<br>*(Boyer Dep. at 13:24-17:6; 17:17-18:17.)* | Marketing company offering search engine optimization, search engine marketing, and social media strategies and partnerships.[xvi] |
| | | 2007 – Present:<br>**MDx Medical** – Vice President, Database, Product Development, and Marketing -- Helped with data acquisition to build healthcare provider database<br>*(Boyer Dep. at 20:21-25:20.)* | On-line service providing information about healthcare providers. |

4 | P a g e

| | Education | Work Experience: | Type of Business |
|---|---|---|---|
| **Mitchel Rothschild** (Cited portions of the Rothschild Deposition are attached hereto as **Ex. 7I**; Mr. Rothschild's Bloomberg Bio[3] is attached hereto as **Ex. 7J**; Mr. Rothschild's Bio[4] is attached hereto as **Ex. 7K**) | Columbia University -- MBA with Honors *(Rothschild Bio (Ex. 7K).)* | **RUSS CandyBears** -- Chief Executive Officer | Candy and treats. |
| | Queens College -- BA, Summa Cum Laude, Phi Beta Kappa *(Rothschild Bio (Ex. 7K).)* | **Awards.com LLC** -- President and CEO *(Rothschild Dep. at 7:15-7:17.)* | Customized awards.[xvii] |
| | | **Guidance Associates** -- Vice President of Marketing and Product Development *(Rothschild Bio (Ex. 7K).)* | Professional development products, such as DVDs, for schools and businesses.[xviii] |
| | | **Genesis Direct** -- Vice President of Sports Marketing *(Bloomberg Bio (Ex. 7J).)* | Direct-channel marketing and database marketing.[xix] |
| | | **Time Warner Viewer's Edge** -- Chief Executive Officer *(Bloomberg Bio (Ex. 7J).)* | A direct response company, marketing video, movie-and TV-related merchandise to consumers.[xx] |
| | | **Raspberry Red Marketing** -- Chief Executive Officer *(Bloomberg Bio (Ex. 7J).)* | Marketing company offering search engine optimization, search engine marketing, and social media strategies and partnerships.[xxi] |
| | | 2007 – Present: **MDx Medical** -- Chief Executive Officer, Co-Founder *(Rothschild Bio (Ex. 7K).)* | On-line service providing information about healthcare providers. |

---

[3]    http://investing.businessweek.com/research/stocks/private/person.asp?personId=11172887&privcapId=6882243&previousCapId=6882243&previousTitle=B2B%20Brand%20Group,%20LLC

[4]    http://www.vitals.com/about/team_business_larry

|  | Education | Work Experience: | Type of Business |
|---|---|---|---|
|  |  | Present:<br>**B2B Brand Group, LLC** – General Manager<br>*(Bloomberg Bio (Ex. 7J).)* | Marketing recognition products such as awards, promotional and motivational products, corporate gifts, and personal accessories. |
|  |  | Present:<br>**Health Venture Group, LLC** – Advisor<br>*(Bloomberg Bio (Ex. 7J).)* | Assist entrepreneurs in building consumer-oriented healthcare companies. |
| **Jeff Cutler**<br><br>(Cited portions of the Cutler Deposition are attached hereto as **Ex. 7L;** Mr. Cutler's LinkedIn profile[5] is attached hereto as **Ex. 7M**) | Rutgers University Computer Science and Finance/ Economics (1985) *(Cutler Dep. at 8:20-9:12.)* | 1986-1994:<br>**CompuServe** -- Manager, Financial Systems Group (FSG)<br>*(Cutler LinkedIn; Cutler Dep. at 10:7-11:17)* | E-mail and network services for financial institutions.[xxii] |
|  |  | 1994-1996:<br>**Thomson Financial (CDA)** -- Director<br>*(Cutler LinkedIn; Cutler Dep. at 11:19-12:13)* | Electronic distribution of ownership information regarding securities.[xxiii] |
|  |  | 1996-1997:<br>**N2K Telebase** -- Vice President, Sales & Marketing<br>*(Cutler LinkedIn; Cutler Dep. at 12:19-14:19)* | Distributing access to business information reports, such as reference materials, credit reports, and legal summaries.[xxiv] |
|  |  | 1997-2001:<br>**Office.com (Winstar)** -- Co-founder, General Manager & Chief Operating Officer<br>*(Cutler LinkedIn)* | Winstar acquired N2K Telebase.[xxv] |
|  |  | 2001-2003:<br>**Inlumen (formerly NewsAlert)** -- President & CEO<br>*(Cutler LinkedIn; Cutler Dep. at 14:22-15:13)* | Aggregating financial market data for distribution to other financial institutions through their Internet and other electronic sites. *(Cutler Dep. at 14:10-14:13)* |
|  |  | 2004:<br>**Corzen** -- Consultant<br>*(Cutler LinkedIn)* | Assisting clients in tracking external market conditions that affect revenue and expense categories.[xxvi] |

---

[5]   *http://www.linkedin.com/in/jcutler*

| Education | Work Experience: | Type of Business |
|---|---|---|
| | 2003-2005:<br>**Software & Information Industry Association (SIIA)** -- General Manager, Content Division<br>*(Cutler LinkedIn; Cutler Dep. at 16:18-16:24)* | Principal trade association for software and digital content industries.[xxvii] |
| | 2005-2007:<br>**Answers Corporation** -- Chief Revenue Officer *(Cutler LinkedIn; Cutler Dep. at 17:17-19:12)* | Reference website and search engine.[xxviii] |
| | 2007-2009:<br>Strategic Consultant & Advisor, Independent Contractor *(Cutler LinkedIn) for:* | |
| | **VideoThang** | Video editing software.[xxix] |
| | **WeSeed** | Website for stock market education.[xxx] |
| | **Collexis** | Data mining and search software.[xxxi] |
| | **Stockhouse** | Online stock portfolio tracking.[xxxii] |
| | **Paxfire** | Monetization of address bar searches.[xxxiii] |
| | 2009 – Present:<br>**MDx Medical** -- Vice President of Business Development and Online Partnerships | On-line service providing information about healthcare providers. |

---

[i]   Hicks Dep. at 10:1-11:15.
[ii]  Hicks Dep. at 10:1-11:14; Neal Dep. at 20:25-21:16.
[iii] http://www.echostar.com/Company/About.aspx
[iv]  http://en.wikipedia.org/wiki/Affiliated_Computer_Services
[v]   http://www.morgankeegan.com/MK/mkhome.ht
[vi]  Hicks Dep. at 10:1-11:14; Neal Dep. at 20:25-21:16.
[vii] http://www.select-staff.com
[viii] http://en.wikipedia.org/wiki/Platinum_Technology

| | |
|---|---|
| ix | http://en.wikipedia.org/wiki/Vignette_Corporation |
| x | http://www.triactive.com |
| xi | http://www.iologics.co.uk/about-us/ |
| xii | http://www.frogdesign.com/about |
| xiii | http://www.raspberryred.com |
| xiv | http://www.GenesisDirect.com/company |
| xv | http://www.Myron.com |
| xvi | http://www.raspberryred.com |
| xvii | http://www.Awards.com |
| xviii | http:// www.GuidanceAssociates.com |
| xix | http:// www.GenesisDirect.com/company |
| xx | http:// www.GenesisDirect.com/company |
| xxi | http://www.raspberryred.com |
| xxii | Cutler Dep. at 10:7-11:10 |
| xxiii | Cutler Dep. at 11:18-12:13 |
| xxiv | Cutler Dep. at 12:18-14:17 |
| xxv | Cutler Dep. at 13:07-13:17 |
| xxvi | http://web.archive.org/web/20031205045429/http://www.corzen.com/about.asp |
| xxvii | http://www.siia.net |
| xxviii | Cutler Dep. at 17:22-19:12 |
| xxix | http://download.cnet.com/VideoThang/3000-13631_4-10757786.html |
| xxx | http://www.weseed.com/ |
| xxxi | http://web.archive.org/web/20070608201040/http://www.collexis.com/ |
| xxxii | http://www.stockhouse.com/ |
| xxxiii | http://www.paxfire.com |