Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 7D**

**December 15, 2011 Deposition of Jeffrey LaPointe**
*(selected portions)*

```
                                                          Page 1
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF COLORADO
- - - - - - - - - - - - - - - - - x
HEALTH GRADES, INCORPORATED,      :
                                  :CIVIL ACTION NO:
                                  :11-CV-00520-PAB-BNB
        Plaintiff,                :
  vs.                             :
                                  :
MDX MEDICAL, INCORPORATED,        :
d/b/a, VITALS.COM                 :
                                  :
        Defendant.                :
- - - - - - - - - - - - - - - - - x


                        -  -  -
             Thursday, December 15, 2011
                        -  -  -
```

***This transcript contains Confidential and Highly Confidential Portions noted in the Index Page.***

Videotaped Deposition of JEFFREY LaPOINTE, taken pursuant to notice, held at the office of Sills Cummis & Gross, 30 Rockefeller Plaza, New York, New York, commencing at 9:22 a.m. before Jamie I. Moskowitz, a Shorthand Reporter and Registered Professional Reporter and Notary Public.

### Page 2

```
 1  A P P E A R A N C E S:
 2
    ROTHGERBER JOHNSON & LYONS, LLP
 3  BY:  JESUS M. VAZQUEZ, ESQUIRE
    90 S. Cascade Avenue
 4  Suite 1100
    Colorado Springs, Colorado  80903
 5  303.628.9517
    jvazquez@rothgerber.com
 6  Counsel for the Plaintiff
 7
    MERCHANT & GOULD
 8  BY:  KRISTIN L. STOLL-DeBELL, ESQUIRE
    1050 Seventeenth Street  Suite 1950
 9  Denver, Colorado  80265
    303.357.1670
10  kstolldebell@merchantgould.com
    Counsel for the Plaintiff
11
12  SILLS CUMMIS & GROSS P.C.
    BY:  SCOTT B. MURRAY, ESQUIRE
13  One Riverfront Plaza
    Newark, New Jersey  07102
14  973.643.7000
    smurray@sillscummis.com
15  Counsel for the Defendant MDX
16
    SILLS CUMMIS & GROSS P.C.
17  BY:  DAVID C. LEE, ESQUIRE
    30 Rockefeller Plaza
18  New York, New York
    212.643.7000
19  dlee@sillscummis.com
    Counsel for the Defendant MDX
20
21
22  ALSO PRESENT:
23  RYAN McMULLEN
    Legal Video Specialist
24
25
```

### Page 3

```
 1          I N D E X
 2
 3  Testimony of:  JEFF LaPOINTE
 4  Mr. Vazquez.................7
 5          E X H I B I T S
 6  EXHIBIT     DESCRIPTION                PAGE
 7  Exhibit 1   Amended Notice of Deposition   19
              of Jeff LaPointe
 8
    Exhibit 2   A page from the                20
 9            UCompareHealthCare website
10  Exhibit 3   MDX Medical, Inc.'s            57
              Supplemental Invalidity
11            Contentions and Documents
              Accompanying Invalidity
12            Contentions
13  Exhibit 4   Document entitled UCHC         102
              Competitive Analysis
14
    Exhibit 5   Pages from the Competitive     105
15            Analysis
16  Exhibit 6   Segment of the Competitive     111
              Analysis
17
    Exhibit 7   Document entitled Comparative  115
18            Analysis of Like Sites
19  Exhibit 8   Printouts                      117
20  Exhibit 9   Document entitled              123
              HealthGrades Financials
21
    Exhibit 10  Document entitled              126
22            Physician Quality Report
              created 9/15/04
23
    Exhibit 11  Printout of HealthGrades'      141
24            website homepage from 10/19/04
25  Exhibit 12  Search Results from HealthGrades'  144
```

### Page 4

```
 1  EXHIBIT     DESCRIPTION                PAGE
 2
    Exhibit 13  Search Results from HealthGrades'  149
 3            website printed on 10/19/04
 4  Exhibit 14  Document entitled Hospital     150
              Quality Report
 5
    Exhibit 15  Multi-page document            159
 6
    Exhibit 16  Document entitled The Leap     163
 7            Frog Group
 8  Exhibit 17  Multi-page document            165
 9  Exhibit 18  Document entitled Ingenix      167
10  Exhibit 19  Printout from Ingenix website  172
              dated 11/15/04
11
    Exhibit 20  Multi-page document including  173
12            information from Ingenix
13  Exhibit 21  Press release with attachment  175
14  Exhibit 22  Printouts of the Subimo.com    180
              website from 10/19/04
15
    Exhibit 23  Printouts of the Subimo.com    186
16            website from 10/19/04
17  Exhibit 24  Printouts of HealthScope.org   187
              website from 10/19/04
18
    *Exhibit 25  E-mail to E. Boyer from       194
19            M. Rothschild dated 1/5/11
20
21
22
23
24
25
```

### Page 5

```
 1       DEPOSITION SUPPORT INDEX
 2  INSTRUCTIONS NOT TO ANSWER
 3  Page  Line
 4  None
 5  REQUEST FOR PRODUCTION OF DOCUMENTS:
 6  Page  Line        Description
 7  182   8           Legible copies
 8
    CONFIDENTIAL PORTIONS
 9
    Page 8 Line 7 - Page 8 Line 14
10
    Page 9 Line 24 - Page 14 Line 22
11
    Page 16 Line 6 - Page 18 Line 21
12
    Page 21 Line 1 - Page 25 Line 2
13
    Page 31 Line 13 - Page 31 Line 21
14
    Page 37 Line 23 - Page 38 Line 4
15
    Page 83 Line 11 - Page 85 Line 20
16
    Page 93 Line 9 - Page 93 Line 13
17
18  HIGHLY CONFIDENTIAL
19  Page 70 Line 24 - Page 71 Line 5
20  Page 76 Line 2 - Page 82 Line 9
21  Page 191 Line 11 - Page 192 Line 3
22
23
24
25
```

THE VIDEOGRAPHER: This is the video operator speaking, Ryan McMullen of Merrill Legal Solutions, 225 Varick Street, New York New York 10014.

Today is Thursday, December 15, 2011. The time on the video monitor is 9:22 a.m.

We're at the offices of Sills Cummis & Gross PC, 30 Rockefeller Plaza, New York, New York, to take the videotaped deposition of Jeff LaPointe in the matter of HealthGrades, Incorporated versus MDX Medical, Incorporated, d/b/a Vitals.com, Civil Action Number 11-CV-00520-PAB-BNB. This is being heard in the United States District Court for the District of Colorado.

Will counsel please introduce themselves for the record.

MR. VAZQUEZ: Jesus Vazquez from Rothgerber Johnson & Lyons, representing the plaintiff, HealthGrades.

MR. MURRAY: Scott Murray, Sills Cummis & Gross, representing the defendant, MDX.

MR. LEE: David Lee from Sills Cummis & Gross, representing the defendant, MDX.

THE VIDEOGRAPHER: And will the court reporter, Jamie Moskowitz of Merrill Legal Solutions, please swear in the witness.

* * *

JEFFREY LaPOINTE, after having been first duly sworn, was examined and testified as follows:

* * *

EXAMINATION BY
MR. VAZQUEZ:

Q Good morning, Mr. LaPointe.
**A Good morning.**
Q Could you please state your name and spell it for the record?
**A Jeff LaPointe, J-e-f-f, L-a-P-o-i-n-t-e.**
Q Is the P capitalized in your last name?
**A The L and the P are capitalized.**
Q Thank you.
And, Mr. LaPointe, have you ever been deposed before?
**A No.**
Q This is your first deposition?
**A Yes.**

Q I'd like to just ask you some quick background questions, okay?
**A Sure.**
**(Whereupon, the following testimony is Confidential.)**
**BY MR. VAZQUEZ:**
Q How old are you?
**A Thirty-one.**
Q And can you please state your address?
**A Twenty-seven Josiah Drive, Upton, Mass, 01568.**
Q What was the last part again; Upton, Mass?
**A Upton, U-p-t-o-n.**
**(Whereupon, the Confidential testimony ends.)**
**BY MR. VASQUEZ:**
Q Thank you.
I'd like to just go over some quick ground rules, since you've never been deposed before. As you can tell, we have a court reporter to your left. She is transcribing everything I say and everything you say. Therefore, it's important that I speak clearly and slowly, and, likewise, that you answer clearly and articulately to the extent

possible, so that she can have an accurate record.
Is that okay?
**A Yes.**
Q The other thing is sometimes we'll get in a rhythm here, and in normal conversations sometimes we will nod or shake our head or go uh-huh, and, of course, she cannot transcribe a nod or any of those gestures. So, I would ask you to say yes or no or otherwise articulate with words what your responses are.
Is that okay?
**A Yes.**
Q Okay. Mr. LaPointe, you have not -- are you on any medications today that might affect your ability to give testimony?
**A No.**
Q Are you on any drugs or alcohol this morning that might affect your ability to give testimony?
**A No.**
**(Whereupon, the following testimony is Confidential.)**
**BY MR. VAZQUEZ:**
Q I would like to ask some background questions about your education, Mr. LaPointe.

4

```
                                               Page 10
 1          Could you tell us where you went to
 2   high school?
 3       A      Westborough High School.
 4       Q      Where is that?
 5       A      Westborough, Massachusetts.
 6       Q      When did you graduate from Westborough
 7   High School?
 8       A      Nineteen ninety-eight.
 9       Q      And then did you go to college after
10   high school?
11       A      Yes.
12       Q      And where did you go to college?
13       A      Bentley College, now Bentley
14   University.
15       Q      Where is Bentley College?
16       A      Waltham, Massachusetts.
17       Q      And when did you start going to
18   college?
19       A      The fall of 1998.
20       Q      And when did you graduate?
21       A      Two thousand two, spring.
22       Q      And what was your degree or degrees?
23       A      Bachelor of science in finance.
24       Q      And that was in 2002?
25       A      Correct.
```

```
                                               Page 11
 1       Q      In the spring of 2002, you said?
 2       A      Correct.
 3       Q      What did you do after you graduated
 4   from Bentley in the spring of 2002?
 5       A      I continued working at my existing
 6   employer.
 7       Q      And who was your existing employer?
 8       A      It was a small CPA firm, Scott
 9   Goffstein & Associates.
10       Q      When did you begin working at the CPA
11   firm?
12       A      I would say around winter of 2001.
13   I'm not sure of the exact date.
14       Q      So, while you were in college is when
15   you began working there?
16       A      Correct.
17       Q      Okay.  Did you say you got a degree in
18   accounting or finance?
19       A      Finance.
20       Q      Finance.
21          Have you taken any examinations, board
22   certifications in any areas such as accounting or
23   finance?
24       A      No.
25       Q      So, when you graduated in the spring
```

```
                                               Page 12
 1   of 2002, you continued to work, then, with the small
 2   CPA firm, and what was the name of the firm?
 3       A      Scott A. Goffstein & Associates.
 4       Q      Could you spell the last word,
 5   Goffstein?
 6       A      Associates or Goffstein?
 7       Q      Goffstein.
 8       A      G-o-f-f-s-t-e-i-n, I believe.
 9       Q      Okay.  And then how long did you work
10   there at that firm?
11       A      I left there, I believe, sometime in
12   the late spring of 2003.
13       Q      Why did you leave?
14       A      I didn't want to continue a career in
15   accounting.
16       Q      Okay.  What did you do after you left
17   there in the spring of 2003?
18       A      After that, I took some time off and
19   then became an executive recruiter.
20       Q      And how much time did you, quote,
21   unquote, take off?
22       A      Maybe two or three months.
23       Q      And then how was it that you ended up
24   becoming an executive recruiter?
25       A      I had gone in to visit an executive
```

```
                                               Page 13
 1   recruiter and was looking for some kind of work at
 2   the time --
 3          (Pause in proceedings.)
 4          THE WITNESS:  -- and was looking for
 5     some kind of work at the time, and they had
 6     asked me to come actually work for them.
 7   BY MR. VAZQUEZ:
 8       Q      Okay.  And this was in the spring of
 9   2003?
10       A      By this time, it was -- I left the
11   other position in spring of 2003, so by this time it
12   was sometime in the summer, maybe late summer; I
13   don't recall.
14       Q      Of 2003?
15       A      Yes.
16       Q      And what was the name of the firm, the
17   executive recruiting firm?
18       A      Select Staff.
19       Q      And then how long were you an
20   executive recruiter with Select Staff?
21       A      I believe I was still working there
22   through maybe late spring of 2005.
23       Q      Just returning, backtracking a little,
24   other than your degree from Bentley College, have
25   you done any graduate education?
```

|  |  |
|---|---|
| Page 14 | Page 16 |

Page 14

1   A   No.
2   Q   Did you receive any certifications or
3   trainings in any areas after that degree?
4   A   No.
5   Q   So, then, let's go back to, it's late
6   spring 2005, and that's when you stopped working at
7   Select Staff, correct?
8   A   Correct.
9   Q   And then what did you do?
10  A   At the time, I had already been
11  working on UCompareHealthCare for probably at least
12  a year before that, and I left full-time to work on
13  that.
14  Q   Let me make sure I understood.
15      While you were working as an executive
16  recruiter at Select Staff, you were also working on
17  or for UCompareHealthCare.
18  A   Yeah. I was not employed by
19  UCompareHealthCare; I was one of the founders, and I
20  was -- wanted to be an entrepreneur and was working
21  on it as a side project at the time, and then
22  decided to dedicate full time to it.
23      (Whereupon, the Confidential testimony
24  ends.)
25

Page 15

1   BY MR. VAZQUEZ:
2   Q   So, is it fair to say, then, since you
3   said you had been working on it for about a year,
4   that you began working on UCompareHealthCare in the
5   spring of 2004?
6   A   Somewhere around there. I don't
7   recall the exact dates. It may have -- I may have
8   started looking into it up to or more than six
9   months before that. But it started picking up time.
10  Q   Okay. Well, this is important, so let
11  me just ask the question a little more clearly.
12  A   Sure.
13  Q   When was it that you began doing
14  anything related to UCompareHealthCare?
15  A   Probably in 2003, in the summer of
16  2003.
17  Q   Summer of 2003?
18  A   Probably.
19  Q   Are you not sure?
20  A   I'm not sure.
21  Q   And do you recall what was it that you
22  began the first activities that you undertook in
23  summer of 2003 related to UCompareHealthCare?
24  A   At the time, I believe, we were just
25  exploring different business opportunities, and I

Page 16

1   don't recall exactly what we started doing at that
2   time.
3       (Whereupon, the following testimony is
4   Confidential.)
5   BY MR. VAZQUEZ:
6   Q   And who is the "we," when you say
7   "we"?
8   A   Myself and some of the other founders
9   of the company.
10  Q   Who are those people?
11  A   The two of them specifically were
12  Mark Donnelly and Ryan Donnelly.
13  Q   Are they brothers?
14  A   Father and son.
15  Q   Father and son.
16      Who is the father and who is the son?
17  A   Mark is the father, Ryan is the son.
18  Q   Thank you.
19      How do you know -- strike that.
20      Who did you meet first, Mark or Ryan?
21  A   I believe it was Mark.
22  Q   And how did you meet Mark Donnelly?
23  A   Through his daughter.
24  Q   What is Mark Donnelly's daughter's
25  name?

Page 17

1   A   Taryn.
2   Q   Could you please spell that?
3   A   T-a-r-y-n.
4   Q   And what was your relationship to
5   Taryn Donnelly?
6   A   She was my girlfriend at the time.
7   Q   When did you begin your relationship
8   with Taryn Donnelly?
9   A   In fall of 2001.
10  Q   So, in the summer of 2003, when you
11  began your work on UCompareHealthCare, were you
12  still in a relationship with Taryn?
13  A   Yes.
14  Q   And I believe you said at the time she
15  was your girlfriend. Is she not your girlfriend
16  now?
17  A   No.
18  Q   And could you tell us when that
19  relationship ended?
20  A   She's my wife.
21  Q   She's your wife?
22  A   Yes.
23  Q   Excellent. Thank you.
24  Congratulations.
25  A   Thank you.