Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 7E**

**June 26, 2012 Deposition of Lawrence West**
*(selected portions)*

Page 1

CONFIDENTIAL ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF COLORADO
-----------------------------------------x
HEALTH GRADES, INCORPORATED,

                Plaintiff,

vs.                                       Civil Action No.

                                       11-CV-00520-PAB-BNB

MDX MEDICAL, INCORPORATED D/B/A,
VITALS.COM,

                Defendant.
-----------------------------------------x

                June 26, 2012

                8:00 a.m.


       Videotaped deposition of LAWRENCE

WEST, taken by Plaintiff, pursuant to Notice,

at the offices of Sills, Cummis & Gross P.C.,

The Legal Center, One Riverfront Plaza,

Newark, New Jersey, before Georgette K. Betts,

a Certified Shorthand Reporter, Registered

Professional Reporter, Certified Livenote

Reporter and Notary Public within and for the

States of New York and New Jersey.

```
 1  A P P E A R A N C E S:

 2  ROTHGERBER JOHNSON & LYONS LLP
          Attorneys for Plaintiff
 3            One Tabor Center, Suite 3000
              1200 Seventeenth Street
 4            Denver, Colorado 80202-5855
              303.623.9000
 5            gkanan@rothgerber.com

 6       BY:  GREGORY B. KANAN, ESQ.

 7            -and-

 8  MERCHANT & GOULD
              1050 Seventeenth Street
 9            Suite 1950
              Denver, Colorado 80265
10            303.357.1670
              kstolldebell@merchantgould.com
11
         BY:  KRISTIN L. STOLL-DEBELL, ESQ.
12

13  SILLS CUMMIS & GROSS
          Attorneys for Defendant
14            30 Rockefeller Plaza
              New York, New York 10112
15            212.643.7000
              sstimpson@sillscummis.com
16
         BY:  SCOTT D. STIMPSON, ESQ.
17

18  ALSO PRESENT:
         PHILIP GREENSPUN,
19       Expert for Healthgrades

20       DAVID SANDERS, VIDEO OPERATOR

21

22

23

24

25
```

```
 1 June 26, 2012

 2
                    I N D E X
 3

 4 WITNESS             EXAMINATION              PAGE

 5 LAWRENCE WEST

 6              BY MR. KANAN              7, 277

 7              BY MR. STIMPSON              274

 8

 9           E X H I B I T S

10 WEST          DESCRIPTION                 PAGE

11 Exhibit 1     document titled              75
                 "Thinking About
12               Physician Quality,
                 Getting to a Fuller
13               View", Bates-stamped
                 MDX0012038 through 12285
14
   Exhibit 2     schematic drawing of the    77
15               Vitals website

16 Exhibit 3     Vitals XML feed guide       85
                 version 1.3
17               Bates-stamped MDX0019309
                 through 326
18
   Exhibit 4     document Bates-stamped      103
19               MDX0011861 through 862

20 Exhibit 5     e-mail Bates-stamped        105
                 MDX0019254 through 255
21
   Exhibit 6     e-mail Bates-stamped        135
22               MDX0034444 through 46

23 Exhibit 7     depiction of the Vitals     152
                 iFrame window
24
   Exhibit 8     screen shot                 161
25
```

```
 1                      E X H I B I T S

 2  WEST              DESCRIPTION                    PAGE

 3  Exhibit 9         screen shot of                 182
                      particular page of a
 4                    Vitals search

 5  Exhibit 10        document Bates-stamped         190
                      MDX0069146 through 215
 6
    Exhibit 11        screen shot                    217
 7
    Exhibit 12        screen shot                    223
 8
    Exhibit 13        screen shot                    226
 9
    Exhibit 14        document Bates-stamped         232
10                    MDX0025310 through 333

11  Exhibit 15        e-mails Bates-stamped          237
                      MDX0039641 through 645
12
    Exhibit 16        two-page screen shot           258
13
    Exhibit 17        document Bates-stamped         262
14                    MDX0000177 through 182

15  Exhibit 18        document Bates-stamped         264
                      MDX0039659 through 689
16
    Exhibit 19        document Bates-stamped         264
17                    MDX0104073 through 110

18  Exhibit 20        document Bates-stamped         264
                      MDX0071952 through 989
19
    Exhibit 21        document Bates-stamped         264
20                    MDX0034556 through 640

21

22

23

24

25
```

```
08:27:24   1  speaking to them about this.
08:27:25   2          Q.    And for how long have you worked
08:27:27   3  for -- well, who is your employer?
08:27:30   4          A.    I work for MDx Medical
08:27:32   5  Incorporated.
08:27:32   6          Q.    And for how long have you worked
08:27:34   7  for them?
08:27:37   8          A.    When I first started six and --
08:27:40   9  roughly six and a half years ago the company was
08:27:43  10  Raspberry Red, which was a marketing and
08:27:46  11  consulting company.  After I believe nine months
08:27:54  12  working for them we formed MDx Medical and then
08:27:57  13  I started working for MDx Medical at that point.
08:28:03  14          Q.    When you say we formed MDx
08:28:05  15  Medical, who were you referring to "we"?
08:28:08  16          A.    Sorry, the CEO formed MDx Medical.
08:28:11  17  I was not part of the formation of that company.
08:28:15  18          Q.    And --
08:28:15  19          A.    We, as in a general, it was kind
08:28:18  20  of a entrepreneurial incubator type company, so
08:28:23  21  when I say we, I just meant as kind of the
08:28:26  22  company itself.
08:28:28  23          Q.    And the CEO is Mr. Rothschild?
08:28:31  24          A.    Yes.
08:28:32  25          Q.    Was he your CEO for Raspberry Red?
```

Page 16

08:28:35  1           A.    Yes.
08:28:39  2           Q.    And what position do you currently
08:28:42  3  hold with MDx?
08:28:43  4           A.    I'm the chief technology officer.
08:28:46  5           Q.    And have you been since its
08:28:49  6  formation?
08:28:49  7           A.    Yes, I have.
08:28:50  8           Q.    What are your duties as chief
08:28:51  9  technology officer?
08:28:52 10           A.    I oversee all technology across
08:28:55 11  the organization including departments such as
08:28:59 12  engineering, infrastructure, IT, quality
08:29:02 13  assurance, data engineering, and project
08:29:08 14  management.
08:29:10 15           Q.    Are you responsible for the
08:29:12 16  creation and management of the MDx Vitals
08:29:16 17  website?
08:29:16 18           A.    We are responsible for the
08:29:17 19  engineering aspects of the creation of the
08:29:19 20  website.
08:29:21 21           Q.    And how many people do you have
08:29:23 22  under your supervision?
08:29:25 23           A.    I currently have approximately 35
08:29:27 24  employees.
08:29:31 25           Q.    All of whom are in the technology

```
08:29:34   1  area?
08:29:35   2          A.    To one extent or another.
08:29:38   3          Q.    Yes.
08:29:38   4          A.    Yes.
08:29:43   5          Q.    So Vitals was created about six
08:29:47   6  and a half years ago you said or MDx was?
08:29:50   7          A.    Yeah.  The concept was, yes.  I'm
08:30:04   8  not quite sure exactly when it was formed as a
08:30:07   9  LLC which then became incorporated.
08:30:10  10          Q.    Okay.  So Mr. Rothschild and/or
08:30:14  11  others came up with the concept about six and a
08:30:16  12  half years ago and thereafter an actual entity
08:30:18  13  was created is your understanding?
08:30:21  14          A.    Um, it was approximately -- yeah,
08:30:31  15  it was in the spring of 2006, yes.
08:30:39  16          Q.    And as a result of the concept
08:30:42  17  what was it that you were asked to do?
08:30:48  18          A.    Um, I was mainly involved with
08:30:53  19  looking at the quality of the data that we had
08:30:58  20  received from a partner as well as some basic
08:31:06  21  analysis of what websites were out there or what
08:31:12  22  technology was out there for that concept.
08:31:24  23          Q.    Now you said you were reviewing,
08:31:25  24  among other things, you reviewed the quality of
08:31:28  25  the data that was received from a partner?
```

Page 18

```
08:31:30   1            A.     Uh-huh.
08:31:31   2            Q.     Who was the partner?
08:31:33   3            A.     It was some firm out of Chicago
08:31:36   4  that Mitch had a partnership with, I don't
08:31:39   5  recall specifically.
08:31:41   6            Q.     What was the nature of the data?
08:31:43   7            A.     It was healthcare provider data.
08:31:45   8            Q.     Such as?
08:31:47   9            A.     Data regarding physicians, um,
08:31:50  10  such as their practice, their education
08:31:54  11  information, basic data, a basic data set.
08:31:58  12            Q.     And did you understand that this
08:31:59  13  data was going to be used in the Vitals --
08:32:04  14            A.     It was never.
08:32:04  15            Q.     -- business?
08:32:06  16            A.     There was a potential to use it
08:32:08  17  for Vitals, however, the analysis proved that
08:32:11  18  the data was inaccurate, incomplete and just not
08:32:16  19  comprehensive or valid enough to use.
08:32:21  20            Q.     Are you referring to the data
08:32:23  21  about the physicians, it turned out that the
08:32:27  22  information was erroneous in instances?
08:32:29  23            A.     Yes.
08:32:30  24            Q.     How did you go about checking the
08:32:32  25  accuracy or quality of the data?
```