Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 7H**

**June 5, 2012 Deposition of Erika Boyer**
*(selected portions)*

H I G H L Y   C O N F I D E N T I A L

ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
-------------------------------------------x
HEALTH GRADES, INC.,

         Plaintiff,

v.             Civil Action No. 11-CV 00520

MDX MEDICAL, INC., d/b/a VITALS.COM,

         Defendant.
-------------------------------------------x


     Videotaped DEPOSITION of ERIKA BOYER,

held at the offices of Sills Cummis & Gross,

P.C., 30 Rockefeller Plaza, New York, New York

10112, on the 5th day of June 2012, commencing

at 8:44 a.m., before Colette Cantoni, a

Registered Professional Reporter and Notary

Public of the State of New York, pursuant to

Notice.

1 A P P E A R A N C E S:

2

     ROTHGERBER JOHNSON & LYONS LLP
3         Attorneys for Plaintiff
          One Tabor Center, Suite 3000
4         1200 Seventeenth Street
          Denver, Colorado 80202-5855
5
     BY:   JESUS M. VAZQUEZ, JR., ESQ.
6         (jvazquez@rothgerber.com)

7         -and-

8     MERCHANT & GOULD
          1050 Seventeenth Street, Suite 1950
9         Denver, Colorado 80265-0100

10    BY:   KIRSTIN L. STOLL-DeBELL, ESQ.
          (kstolldebell@merchantgould.com)
11

12    SILLS, CILLIS & GROSS P.C.
          Attorneys for Defendant
13       and the Witness
          30 Rockefeller Plaza
14       New York, New York 10112

15    BY:   SCOTT D. STIMPSON, ESQ.
          (sstimpson@sillscummis.com)
16         -and-
          LAUREN SIBER, ESQ. (P.M. Session)
17

18 ALSO PRESENT:

19    MICHAEL WAGNER, Summer Associate,
      Merchant & Gould
20
      PHILIP GLAUBERSON, Videographer
21

22

23

24

25

```
 1                    INDEX

 2 WITNESS                  EXAMINED BY          PAGE
   Erika Boyer              Mr. Vazquez          6, 202
 3                          Mr. Stimpson         193

 4 BOYER

 5 FOR IDENTIFICATION

 6 Exhibit 1    Model of online physician
                directory                 58
 7
   Exhibit 2    Series of e-mail communications,
 8              Bates MDX 0016995-0017132    58

 9 Exhibit 3    Vitals site functionality and data
                set overview, Bates MDX
10              0071952-001989                58

11 Exhibit 4    1/5/2011 e-mail to Erika Boyer and
                Larry West from Mitch Rothschild,
12              Bates MDX 0034444-4446        116

13 Exhibit 5    Series of e-mails, Bates
                MDX 0014337-143426            137
14
   Exhibit 6    10/5/2010 e-mail communication from
15              Larry West to Mitch@vitals.com and
                Erika Boyer, MDX 0019254-255 137
16
   Exhibit 7    February 18, 2011 e-mail from
17              Irving Weiss to Micah Miller,
                MDX 0029181-183               137
18
   Exhibit 8    July 13, 2009 e-mail from
19              saponara@gmail.com on behalf of
                adam@vitals.com to Frank and cc'd
20              to others, MDX 0042705-707    137

21 Exhibit 9    Group Practice Pages SEO Review
                4/4/2011, MDX 0039618-39624 137
22
   Exhibit 10   Series of e-mails, Bates MDX
23              001923-19240                  137

24

25
```

08:45:04   1 articulate your responses, okay?

08:45:07   2       A   Yes.

08:45:08   3       Q   Okay.  And then your counsel to your

08:45:12   4 left, Mr. Stimpson, very likely will object,

08:45:16   5 make objections to some of my questions.  And

08:45:20   6 so once he's done with his objection, unless

08:45:25   7 he actually instructs you not to answer it,

08:45:27   8 then I'll expect you to answer my question,

08:45:29   9 okay?

08:45:30   10      A   Yes.

08:45:31   11      Q   All right.  We can take a break

08:45:36   12 whenever you want, except I ask that if

08:45:38   13 there's a question pending, that you respond

08:45:42   14 to that question or answer the question before

08:45:44   15 a break, okay?

08:45:45   16      A   Okay.

08:45:47   17      Q   Okay.  All right.  Well, let's just

08:45:51   18 start with some background information.

08:45:53   19          Where did you go to college,

08:45:57   20 Ms. Boyer?

08:45:57   21      A   Skidmore College.

08:45:58   22      Q   Skidmore?  And when did you graduate

08:46:00   23 from Skidmore?

08:46:01   24      A   1994.

08:46:03   25      Q   Okay.  And what did you do after

Page 9

08:46:05   1 graduating in 1994?

08:46:08   2      A   I worked in a law firm for a year.

08:46:10   3      Q   In a law firm?

08:46:12   4      A   Um-hum.

08:46:12   5      Q   And what did you do at the law firm?

08:46:14   6      A   I was a file clerk.

08:46:16   7      Q   Okay.  Do you remember the name of

08:46:18   8 the law firm?

08:46:18   9      A   LeBoeuf Lamb Greene & MacRae.

08:46:21  10      Q   Okay.  And then after that year as a

08:46:24  11 law clerk what did you do?

08:46:26  12      A   I worked in an organic cotton

08:46:33  13 clothing manufacturer.

08:46:33  14      Q   So would that be starting in '96?

08:46:37  15      A   Sounds about right, yes.

08:46:38  16      Q   And what did you do at this organic

08:46:42  17 clothing manufacturer?

08:46:43  18      A   I did sales.

08:46:44  19      Q   Um-hum.

08:46:45  20      A   I did some design work.  I did some

08:46:50  21 catalog work.

08:46:51  22      Q   Okay.  Was the Internet going on

08:46:55  23 right around then?

08:46:57  24      A   Yes.

08:46:58  25      Q   Did you do any Internet-related work

Page 10

08:47:03  1 at that job?

08:47:04  2      A   Not at that point.

08:47:05  3      Q   Okay.  And what did you do after

08:47:06  4 working at this organic clothing manufacturer?

08:47:08  5      A   I went to another company called

08:47:11  6 Genesis Direct.

08:47:13  7      Q   Okay.  And when did you start that?

08:47:16  8      A   1997.

08:47:17  9      Q   And what did you do there?

08:47:19 10      A   I worked in direct marketing and

08:47:22 11 catalog, developing catalogs.

08:47:25 12      Q   Okay.  How long did you do that?

08:47:32 13      A   For about two and a half years.

08:47:35 14      Q   So that puts us at like '98/'99?

08:47:39 15      A   End of '99.

08:47:40 16      Q   Okay.  And then what did you do

08:47:41 17 after that?

08:47:42 18      A   Then I went to a company called

08:47:44 19 Myron Manufacturing.

08:47:46 20      Q   Okay.  And what did you do at Myron

08:47:50 21 Manufacturing?

08:47:50 22      A   I helped develop their e-commerce

08:47:53 23 website.

08:47:54 24      Q   And what do you mean by helped

08:47:56 25 develop their e-commerce website, Ms. Boyer?

08:48:00  1      A   I was the business owner to develop,

08:48:02  2 not the technologist, the business owner.

08:48:05  3      Q   What does that -- what's that

08:48:06  4 distinction that you just made?

08:48:08  5      A   I'm not an engineer, I'm not a

08:48:12  6 coder.

08:48:12  7      Q   Okay.  So you were an owner of this

08:48:15  8 company?

08:48:15  9      A   No, I was not an owner.  I was a

08:48:17 10 marketing manager.

08:48:18 11      Q   Oh, okay.  So what did you mean by

08:48:24 12 business owner?

08:48:24 13      A   My -- my job responsibilities as the

08:48:26 14 marketing manager was to build the e-commerce

08:48:29 15 website.

08:48:29 16      Q   Okay.  And how long were you doing

08:48:33 17 that, Ms. Boyer?

08:48:35 18      A   Just under a year.

08:48:39 19      Q   Okay.  And why did you leave?

08:48:41 20      A   I started a consulting business.

08:48:44 21      Q   And what was the name of that

08:48:45 22 consulting business?

08:48:46 23      A   At that point it was TWS, I was

08:48:52 24 actually one of the -- I worked with a company

08:48:56 25 called TWS Partnerships.

08:48:57  1      Q    Okay.  And what was the nature of

08:49:00  2 the consulting business?

08:49:01  3      A    Small businesses, helping them with

08:49:04  4 their direct marketing --

08:49:04  5      Q    Okay.

08:49:06  6      A    -- a lot of data.

08:49:08  7      Q    Okay.  Did that involve e-commerce

08:49:11  8 as well?

08:49:13  9      A    Some clients did, yes.

08:49:14 10      Q    Okay.  How long -- what was the name

08:49:19 11 of that company again, I'm sorry?

08:49:20 12      A    TWS Partnerships.

08:49:22 13      Q    TWS?  And how long did you work at

08:49:25 14 TWS?

08:49:31 15      A    Probably two to three -- it's --

08:49:34 16 it's -- two to three years, under that company

08:49:37 17 name.

08:49:37 18      Q    Okay.  Which would have been till

08:49:39 19 about 2001/2002, about there?

08:49:45 20      A    Thereabouts, yes.

08:49:45 21      Q    You mentioned you worked with data.

08:49:49 22      A    Um-hum.

08:49:49 23      Q    What did you mean by that, what kind

08:49:50 24 of data?

08:49:51 25      A    Lists.  Direct marketing lists.

08:49:55  1 Mailing lists.

08:49:55  2      Q   So these would be, so the data

08:49:58  3 you're referring to are potential customers?

08:50:03  4      A   I'm not sure I understand your

08:50:04  5 question.

08:50:04  6      Q   Well, what do you mean by lists?

08:50:06  7      A   Well, direct marketing is about

08:50:10  8 lists and mailing marketing promotions to get

08:50:15  9 a response from clients or potential clients.

08:50:18 10      Q   Okay.  So when you say lists, what

08:50:20 11 are these lists comprised of?

08:50:26 12      A   Do you mean for those clients that I

08:50:29 13 was working at that time?

08:50:29 14      Q   Um-hum.  Yes.

08:50:36 15      A   They were lists, prospect lists that

08:50:40 16 we'd use a list broker to purchase to do

08:50:44 17 mailings.

08:50:45 18      Q   Okay.  So this would be a way to

08:50:47 19 approach potential customers?

08:50:51 20      A   Correct.

08:50:51 21      Q   Correct?  Okay.  And then so after

08:50:56 22 doing TWS or working there, what did you do

08:50:59 23 next, Ms. Boyer?

08:51:01 24      A   Then I worked for a company called

08:51:03 25 Raspberry Red Marketing, which again was also

08:51:05  1 a consultant business.

08:51:07  2      Q   Um-hum.  And when did you meet Mitch

08:51:12  3 Rothschild?

08:51:17  4      A   1997.

08:51:18  5      Q   Is that when you started working

08:51:20  6 together?

08:51:22  7      A   We worked at the same company.

08:51:25  8      Q   Is that when you started working

08:51:26  9 together?

08:51:27 10      A   Yes.  We -- we worked at the same

08:51:29 11 company.

08:51:29 12      Q   And what company --

08:51:30 13      A   I wasn't -- I did not work for him

08:51:32 14 at that point --

08:51:33 15      Q   Okay.

08:51:33 16      A   -- but we worked at the same

08:51:34 17 company.

08:51:34 18      Q   Okay.  And what company is that that

08:51:36 19 you just --

08:51:36 20      A   Genesis Direct.

08:51:38 21      Q   So this was pre-TWS?

08:51:41 22      A   Correct.

08:51:42 23      Q   And forgive me for asking again, but

08:51:45 24 the sequence was Genesis Direct, then TWS?

08:51:49 25      A   No.

Page 15

08:51:49  1        Q    Okay.  Can you correct me and tell

08:51:51  2 me --

08:51:52  3        A    It was Genesis Direct, then Myron

08:51:54  4 Manufacturing, TWS.

08:52:02  5        Q    And did you work with Mr. Rothschild

08:52:04  6 at Myron Manufacturing?

08:52:05  7        A    Yes.

08:52:06  8        Q    And did you work with him at TWS?

08:52:09  9        A    Yes.

08:52:11 10        Q    And did you work with him at

08:52:13 11 Raspberry?

08:52:15 12        A    Yes.

08:52:16 13        Q    And then what did you do at

08:52:18 14 Raspberry, Ms. Boyer?

08:52:23 15        A    I was a consultant.

08:52:26 16        Q    You were a consultant --

08:52:27 17        A    Um-hum.

08:52:28 18        Q    -- to Raspberry?  Okay.

08:52:29 19        A    We were a consulting business, so I

08:52:31 20 was a consultant who had clients.

08:52:32 21        Q    All right.  Thank you.

08:52:37 22             When you say that you helped build

08:52:38 23 these database lists at TWS -- or did you say

08:52:42 24 you helped build them?

08:52:43 25        A    No, I did not.

08:52:44  1      Q    Okay.  So were these lists you

08:52:45  2 purchased from list brokers?

08:52:47  3      A    Correct.

08:52:48  4      Q    You just would use them as you

08:52:50  5 purchased them?

08:52:53  6      A    Yes.

08:52:58  7      Q    Okay.  So can you describe the

08:53:00  8 nature of your work at Raspberry?

08:53:06  9      A    I had a number of clients, small

08:53:08 10 businesses, some larger businesses, primarily

08:53:14 11 some were building e-commerce websites, some

08:53:16 12 were prospecting and trying to build up their

08:53:19 13 customer base.  Some was consulting on their

08:53:27 14 operations, their marketing operations.

08:53:30 15      Q    What were the nature of these

08:53:32 16 customers that you just described when you

08:53:34 17 said some this and some that?

08:53:36 18      A    When you say nature, can you explain

08:53:38 19 that a little bit more.

08:53:39 20      Q    What types of companies were they?

08:53:42 21      A    There was a store fixture company.

08:53:46 22 There was a company that sold collectibles.

08:53:52 23      Q    Okay.

08:53:53 24      A    There was a company that managed

08:54:02 25 domains.

08:54:03  1      Q    Okay.

08:54:09  2      A    That's what comes to mind right now.

08:54:11  3      Q    Okay.  When was it that you started

08:54:13  4 at Raspberry?

08:54:25  5      A    It would -- probably started in

08:54:27  6 about 2006.

08:54:34  7      Q    Okay.  And sorry I'm jumping around

08:54:36  8 a little.  What was your degree from Skidmore?

08:54:39  9      A    BA.

08:54:40 10      Q    Bachelor of arts?  In what?

08:54:43 11      A    Government.

08:54:43 12      Q    Government?

08:54:44 13      A    Um-hum.

08:54:46 14      Q    Have you gotten any other education

08:54:48 15 since then?

08:54:49 16      A    No.

08:54:49 17      Q    Okay.  Okay.  And so, going back to

08:54:54 18 Raspberry, you say you started in 2006 or so?

08:54:58 19      A    Thereabouts.

08:54:59 20      Q    That's the best you can remember?

08:55:01 21 As best as you can remember --

08:55:03 22      A    Yes.

08:55:03 23      Q    -- I'm sure?

08:55:04 24           And when -- how long did that last?

08:55:12 25      A    How long was I working there?

Page 18

08:55:14  1     Q    Yes.

08:55:17  2     A    Technically as a partner, I'm still,

08:55:20  3 still have some involvement with the business.

08:55:22  4     Q    Do you have an ownership interest

08:55:24  5 still?

08:55:25  6     A    Yes.

08:55:25  7     Q    Okay.  What specifically did you do

08:55:36  8 or are you doing at Raspberry?

08:55:39  9          If that changed over time, just

08:55:41 10 start at the beginning, if you could, please.

08:55:49 11     A    It really didn't change much other

08:55:51 12 than the volume of clients.

08:55:54 13     Q    Okay.

08:55:55 14     A    So I was a consultant for businesses

08:55:56 15 that were looking for our consulting services.

08:56:00 16 And managed a variety of clients over the

08:56:02 17 years.  I have one remaining.

08:56:08 18     Q    What is the name of the remaining

08:56:10 19 client?

08:56:13 20     A    Fairfield Collectibles.

08:56:14 21     Q    Fairfield Collectibles?

08:56:17 22     A    Um-hum.

08:56:17 23     Q    What does Fairfield Collectibles do?

08:56:21 24     A    Die cast cars and collectible

08:56:25 25 materials.

08:56:27  1       Q    Okay.  And what is the nature of

08:56:29  2 what you're helping them with?

08:56:33  3       A    Pay search.

08:56:34  4       Q    I'm sorry, page?

08:56:35  5       A    Pay search.

08:56:36  6       Q    And what does that mean?

08:56:38  7       A    Working with search engines to buy

08:56:44  8 key words to have their product come up in

08:56:51  9 search results, to help drive their business.

08:56:55 10       Q    Is what you just described also what

08:56:59 11 can be described as search engine

08:57:01 12 optimization?

08:57:01 13       A    No.

08:57:02 14       Q    And what's the difference?

08:57:03 15       A    Search engine optimization is

08:57:06 16 organic, nonpaid.  Search engine marketing is

08:57:11 17 what you're paying for placement.

08:57:15 18       Q    And who do you pay for placement?

08:57:17 19       A    For that client?

08:57:20 20       Q    Yes.

08:57:20 21       A    Google.

08:57:21 22       Q    Google?

08:57:22 23       A    Um-hum.

08:57:23 24            MR. STIMPSON:  I just caution the

08:57:24 25 witness if there's anything that's

08:57:25 1 confidential to a third party or anything --

08:57:27 2            THE WITNESS:  Um-hum.

08:57:28 3            MR. STIMPSON:  -- you know, we

08:57:29 4 just -- you should just let me know, we'll

08:57:31 5 mark it in the record, that's all.

08:57:32 6            THE WITNESS:  Okay.

08:57:43 7      Q    So you're still working with

08:57:47 8 Raspberry with one client, correct?

08:57:50 9      A    A small percentage of my time, yes.

08:57:53 10     Q    Okay.  And then at some point after

08:57:55 11 Raspberry I believe you started working with

08:57:59 12 MDX, correct?

08:58:02 13     A    Yes.

08:58:03 14     Q    Was there something in between

08:58:05 15 Raspberry and MDX?

08:58:07 16     A    No.

08:58:07 17     Q    Okay.  And when did you start

08:58:09 18 working with MDX?

08:58:19 19     A    Started working probably the end of

08:58:22 20 2007.

08:58:31 21     Q    How is it that you came about to

08:58:33 22 work with MDX?

08:58:43 23     A    When you say came to work, about to

08:58:45 24 work with, what is your -- I'm not sure I

08:58:47 25 understand your question.

08:58:48  1      Q    Well, I guess it seems to me that

08:58:50  2  Mr. Rothschild is sort of a common

08:58:53  3  denominator --

08:58:53  4      A    Um-hum.

08:58:54  5      Q    -- with all of these entities.

08:58:56  6      A    Correct.

08:58:56  7      Q    And so I'm making an assumption, I

08:58:58  8  may be wrong, that Mr. Rothschild said, Hey, I

08:59:02  9  got an idea for a new venture, and would you

08:59:04  10  like to help me?

08:59:06  11          MR. STIMPSON:  Would you like some

08:59:07  12  water or something?

08:59:08  13          MR. VAZQUEZ:  Please.

08:59:09  14      A    The idea from -- yes.  It was -- it

08:59:14  15  was a transition --

08:59:16  16      Q    Um-hum.

08:59:17  17      A    -- from working with Raspberry, and

08:59:19  18  was pulled into on the data side, for working

08:59:24  19  with MDX.

08:59:26  20          MR. STIMPSON:  Erika, you want

08:59:27  21  water?

08:59:27  22          THE WITNESS:  I'm okay right now.

08:59:29  23  Thank you.

08:59:29  24      Q    So a transition, pulled in on the

08:59:32  25  data side?

Page 22

08:59:32  1        A    Um-hum.

08:59:33  2        Q    And what do you mean -- I'm not sure

08:59:35  3 what you mean.

08:59:36  4        A    As the business was growing and more

08:59:39  5 resources were needed, clients, you know, as

08:59:44  6 you know clients come and go, and as my

08:59:48  7 personal bandwidth opened up I became more

08:59:51  8 involved.

08:59:53  9        Q    What do you mean by your personal

08:59:55 10 bandwidth?

08:59:58 11        A    My 9:00 to 5:00 work hour --

09:00:00 12        Q    Um-hum.

09:00:01 13        A    -- as I had more availability became

09:00:02 14 more available --

09:00:04 15        Q    Right.

09:00:04 16        A    -- then I could take on other job

09:00:06 17 responsibilities.

09:00:06 18        Q    Well, did -- how did that happen?  I

09:00:09 19 mean, did Mr. Rothschild approach you?

09:00:19 20        A    Yes.

09:00:21 21        Q    Okay.  When did he approach you?

09:00:27 22        A    I don't know which specific date or

09:00:27 23 time.

09:00:27 24        Q    The year?

09:00:30 25        A    It was probably some point in 2007.

09:00:32  1      Q    What did he say?

09:00:39  2      A    I don't recall exactly what he said,

09:00:42  3 as it was a very long time ago --

09:00:44  4      Q    Um-hum.

09:00:45  5      A    -- but probably something to the

09:00:47  6 fact of I need your help on the data side of

09:00:49  7 the business to help with data acquisition --

09:00:54  8      Q    Okay.

09:00:54  9      A    -- and managing data.

09:01:14  10     Q    How did you meet Mr. Rothschild?

09:01:18  11     A    I met him working at Genesis Direct.

09:01:21  12     Q    Is your relationship professional?

09:01:23  13     A    Yes.

09:01:24  14     Q    Are you also personal friends?

09:01:26  15     A    I've worked with him for a long

09:01:28  16 time, yes.

09:01:38  17     Q    So I mean does he say, Hey, I got a

09:01:40  18 new business and I'd like to hire you, or does

09:01:43  19 he just jump right into, Hey, I need some help

09:01:46  20 with this data acquisition and you're not even

09:01:48  21 an employee of the company?

09:01:49  22          I'm trying to get just some context

09:01:52  23 here of how you started at MDX.

09:01:55  24          MR. STIMPSON:  Objection to the

09:01:56  25 form.  You can answer if you can.

Page 24

09:02:00   1      A   MDX was started out of, Raspberry

09:02:04   2 funded it initially --

09:02:06   3      Q   Okay.

09:02:07   4      A   -- so it was sort of -- it was one

09:02:08   5 of our clients, one of our businesses.

09:02:19   6      Q   Anything else?

09:02:19   7      A   No.

09:02:38   8      Q   So correct me if I'm wrong about

09:02:41   9 this, but was MDX Mr. Rothschild's idea or

09:02:46  10 your and Mr. Rothschild's ideas, or do you

09:02:49  11 know who came up with the idea for MDX?

09:02:54  12          MR. STIMPSON:  Objection to the

09:02:55  13 form.  You can answer if you can.

09:02:56  14      A   Mitch.

09:02:58  15      Q   Okay.  And did he have a

09:03:02  16 conversation with you where he said, Hey, I

09:03:04  17 have an idea about a company, what do you

09:03:06  18 think, or was the next conversation, I've done

09:03:09  19 this and I need help managing data?

09:03:13  20      A   It was, started out as a data

09:03:18  21 business, in terms of aggregating data on

09:03:22  22 physicians, and then evolved into, obviously

09:03:26  23 with the Internet, how could we make this

09:03:29  24 publicly accessible.

09:03:32  25      Q   Sorry, what was the last word,

09:03:35  1 publicly?

09:03:35  2      A    Publicly accessible.

09:03:37  3      Q    Okay.  All right.  I'd like to

09:03:39  4 understand better what it means when you say

09:03:43  5 that you were managing data for MDX.

09:03:53  6      A    When you say -- what do you mean by

09:03:56  7 manage -- what do you mean by understanding

09:04:00  8 what managing data is?

09:04:00  9      Q    Well, I thought you testified that

09:04:03 10 what Mitch asked you to do was to help

09:04:06 11 managing the data --

09:04:06 12      A    Um-hum.

09:04:06 13      Q    -- or help, quote-unquote, on the

09:04:08 14 data side.

09:04:08 15      A    Correct.

09:04:09 16      Q    So use your words.

09:04:10 17      A    So that meant that we were building

09:04:13 18 listings, we were building a database,

09:04:16 19 aggregating data from different sources, and

09:04:18 20 building a database on healthcare providers.

09:04:23 21      Q    Okay.  Who helped you with the

09:04:31 22 building the database for the healthcare

09:04:32 23 providers?

09:04:37 24      A    From a -- from -- in what capacity?

09:04:39 25      Q    Well, I'm not talking about the

09:04:41  1 sources, but MDX personnel.

09:04:43  2     A   People in the office?

09:04:44  3     Q   Yes.

09:04:46  4     A   Larry West was the architect of the

09:04:48  5 database.

09:04:49  6     Q   Okay.

09:04:49  7     A   And there were a number of employees

09:04:53  8 that worked on the engineering as well as the

09:04:56  9 operation, data operations --

09:04:58 10     Q   Okay.

09:05:03 11     A   -- side of the business.

09:05:04 12     Q   Okay.  So Larry West was the

09:05:06 13 architect of the database?

09:05:07 14     A   Correct.

09:05:07 15     Q   What does that mean?

09:05:15 16     A   In layman's terms, because I'm not a

09:05:18 17 DBA -- I will do the best I can --

09:05:20 18     Q   What's a DBI?

09:05:22 19     A   DBA, database architect --

09:05:24 20     Q   Oh, okay.

09:05:25 21     A   -- okay?

09:05:25 22         It basically defines table structure

09:05:28 23 and how the data and the relationship of the

09:05:30 24 different data and how it's going to be

09:05:32 25 managed.