Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 7I**

**June 7, 2012 Deposition of Mitchel Rothschild**
*(selected portions)*

Page 1

Attorneys' Eyes Only

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF COLORADO

- - - - - - - - - - - - - - - x

HEALTH GRADES, INCORPORATED,    :

              Plaintiff,    :CIVIL ACTION NO:
                            11-CV-00520-PAB-BNB
   vs.                          :

MDX MEDICAL, INCORPORATED,      :

d/b/a, VITALS.COM,              :

              Defendant.    :

- - - - - - - - - - - - - - - x

                 Thursday, June 7, 2012

                    *   *   *

       Videotaped Deposition of MITCHEL ROTHSCHILD, taken pursuant to notice, held at the office of Sills Cummis & Gross, 30 Rockefeller Plaza, New York, New York, commencing at 8:59 a.m., before Anita Shemin, a Certified Shorthand Reporter and Notary Public.

```
 1 A P P E A R A N C E S:

 2      ROTHGERBER JOHNSON & LYONS, LLP
        BY:  JESUS M. VAZQUEZ, ESQUIRE
 3      90 S. Cascade Avenue
        Suite 1100
 4      Colorado Springs, Colorado 80903
        303.628.9517
 5      jvazquez@rothgerber.com
        Counsel for the Plaintiff
 6


 7
        MERCHANT & GOULD
 8      BY:  KRISTIN L. STOLL-DeBELL, ESQUIRE
        1050 Seventeenth Street
 9      Suite 1950
        Denver, Colorado 80265
10      303.357.1670
        kstolldebell@merchantgould.com
11      Counsel for Plaintiff

12

13      SILLS CUMMIS & GROSS P.C.
        BY:  SCOTT STIMPSON, ESQUIRE
14      One Riverfront Plaza
        Newark, New Jersey 07102
15      973.643.7000
        sstimpson@sillscummis.com
16      Counsel for Defendant MDX

17

18 ALSO PRESENT:

19 PHILLIP GLAUBERSON, Legal Video Specialist

20 MIKE WAGNER, Summer Associate, Merchant & Gould

21 PHILLIP GREENSPUN

22

23

24

25
```

Page 3

```
 1 JUNE 7, 2012

 2                       I N D E X

 3 WITNESS                EXAMINATION BY           PAGE

 4 MITCHEL ROTHSCHILD  Mr. Vazquez                  6

 5

 6                      E X H I B I T S

 7 FOR IDENTIFICATION                              PAGE

 8 Rothschild Exhibit 1   Notice of                 12
                          Deposition
 9
   Rothschild Exhibit 2   10/5/10 email             29
10
   Rothschild Exhibit 3   7/28/10 email             31
11
   Rothschild Exhibit 4   1/5/11 email              32
12
   Rothschild Exhibit 5   1/2/11 opinion of         35
13                        Maldjian Law Group

14 Rothschild Exhibit 6   Screen shot from          49
                          Vitals website
15
   Rothschild Exhibit 7   Screen shot from          49
16                        Vitals website

17 Rothschild Exhibit 8   Freedom to operate        62
                          opinion letter
18
   Rothschild Exhibit 9   Screen shot from          91
19                        the Vitals website

20 Rothschild Exhibit 10  12/15/09 letter           91

21 Rothschild Exhibit 14  1/25/10 letter            94

22 Rothschild Exhibit 15  5/5/10 email             128

23 Rothschild Exhibit 16  March 2011 email         134
                          string
24

25
```

```
 1                    E X H I B I T S
                         (Continued)
 2
    FOR IDENTIFICATION                              PAGE
 3
    Rothschild Exhibit 12 January 2011 email        152
 4                         string

 5  Rothschild Exhibit 11 12/30/10                  158
                              handwritten notes
 6
    Rothschild Exhibit 13 Email string              169
 7
    Rothschild Exhibit 25 Spreadsheets              176
 8
    Rothschild Exhibit 17 PowerPoint                202
 9                         presentation

10  Rothschild Exhibit 18 PowerPoint                203
                              presentation
11
    Rothschild Exhibit 20 PowerPoint                215
12                         presentation

13    (No Exhibit 19 marked)

14  Rothschild Exhibit 21 Email string              217

15  Rothschild Exhibit 22 PowerPoint                220
                              presentation
16
    Rothschild Exhibit 23 Email string              221
17
    Rothschild Exhibit 25 6/29/11 letter            224
18
    Rothschild Exhibit 24 PowerPoint                225
19                         presentation

20

21

22

08:41:17 23

24

25
```

Page 7

```
08:58:52   1  been taken?
08:58:55   2       A    To the best of my recollection, twice
08:58:59   3  before.
08:59:05   4       Q    Okay.  Can -- can you tell me what
08:59:08   5  those two depositions related to, please?
08:59:16   6       A    Yes.  The more recent one was a case
08:59:19   7  in which a company that I was associated with
08:59:23   8  was a plaintiff against Kinkos that had, in
08:59:25   9  their -- in the company's opinion, improperly
08:59:28  10  terminated a contract.  That cost the company a
08:59:31  11  good amount of money.
08:59:32  12       Q    Okay.  When you say it was a company
08:59:34  13  you were associated with, was this one of your
08:59:39  14  companies?
08:59:39  15       A    It wasn't one of my companies.  It's
08:59:40  16  Awards.com.  I was senior executive at the
08:59:42  17  company.
08:59:46  18       Q    Was that Awards?
08:59:47  19       A    Awards.com.
          20       Q    When was that deposition, if you
08:59:50  21  recall?
09:00:02  22       A    I can't recall exactly, but probably
09:00:04  23  three to four years ago.
09:00:04  24       Q    Okay.  And did -- was it Kinkos that
          25  then took your deposition?
```