Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDX MEDICAL'S MOTION TO PRECLUDE ANY TESTIMONY FROM HEALTH GRADES, INC.'S EXPERT DR. GREENSPUN**

---

**Exhibit 7L**

**June 6, 2012 Deposition of Jeffrey Cutler**
*(selected portions)*

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF COLORADO

- - - - - - - - - - - - - - - - x

HEALTH GRADES, INCORPORATED,   :

              Plaintiff,   :CIVIL ACTION NO:
                              11-CV-00520-PAB-BNB

   vs.   :

MDX MEDICAL, INCORPORATED,   :

d/b/a, VITALS.COM,   :

              Defendant.   :

- - - - - - - - - - - - - - - - x

                  Wednesday, June 6, 2012

                      *   *   *

            Videotaped Deposition of JEFFREY

CUTLER, taken pursuant to notice, held at the

office of Sills Cummis & Gross, 30 Rockefeller

Plaza, New York, New York, commencing at 8:21

a.m., before Anita Shemin, a Certified Shorthand

Reporter and Notary Public.

```
 1  A P P E A R A N C E S:

 2       ROTHGERBER JOHNSON & LYONS, LLP
         BY:  JESUS M. VAZQUEZ, ESQUIRE
 3       90 S. Cascade Avenue
         Suite 1100
 4       Colorado Springs, Colorado 80903
         303.628.9517
 5       jvazquez@rothgerber.com
         Counsel for the Plaintiff
 6


 7
         MERCHANT & GOULD
 8       BY:  KRISTIN L. STOLL-DeBELL, ESQUIRE
         1050 Seventeenth Street
 9       Suite 1950
         Denver, Colorado 80265
10       303.357.1670
         kstolldebell@merchantgould.com
11       Counsel for Plaintiff

12


13       SILLS CUMMIS & GROSS P.C.
         BY:  SCOTT B. MURRAY, ESQUIRE
14       One Riverfront Plaza
         Newark, New Jersey 07102
15       973.643.7000
         smurray@sillscummis.com
16       Counsel for Defendant MDX

17

18  ALSO PRESENT:

19  PHILLIP GLAUBERSON, Legal Video Specialist

20  MIKE WAGNER, Summer Associate, Merchant & Gould

21

22

23

24

25
```

Page 3

 1  JUNE 6, 2012

 2                    I N D E X

 3  WITNESS              EXAMINATION BY           PAGE

 4  JEFFREY CUTLER       Mr. Vazquez               7

 5

 6                    E X H I B I T S

 7  FOR IDENTIFICATION                            PAGE

 8  Cutler Exhibit 1    Screen shot from the       49
                        Vitals.com website
 9                      dated 3/28/12

10  Cutler Exhibit 2    6/8/11 email               51

11  Cutler Exhibit 3    1/5/11 email               56

12  Cutler Exhibit 4    Agreement between MDX      70
                        and Castlight Health
13
    Cutler Exhibit 5    1/2011 email string        80
14                      beginning with Bates
                        Page MDX0014822
15
    Cutler Exhibit 16   Document                   83
16
    Cutler Exhibit 6    10/7/10 email              83
17
    Cutler Exhibit 7    Email string               85
18
    Cutler Exhibit 8    List of documents          87
19
    Cutler Exhibit 10   3/1/11 email               89
20
    Cutler Exhibit 11   List of deals MDX may      91
21                      have in the pipeline

22  Cutler Exhibit 12   List of potential         105
                        deals
23
    Cutler Exhibit 13   Spreadsheet               109
24
    Cutler Exhibit 9    10/2010 email string      112
25

Page 4

E X H I B I T S
(Continued)

| FOR IDENTIFICATION | | PAGE |
|---|---|---|
| Cutler Exhibit 14 | Email string | 114 |
| Cutler Exhibit 15 | 2/21/11 email | 120 |
| Cutler Exhibit 17 | Email string | 122 |
| Cutler Exhibit 18 | Email string beginning with Bates No. MDX0044894 | 124 |
| Cutler Exhibit 19 | Email string beginning with Bates Page MDX0047051 | 135 |
| Cutler Exhibit 20 | PowerPoint presentation | 139 |
| Cutler Exhibit 21 | Email string beginning with Bates Page MDX0016838 | 140 |
| Cutler Exhibit 22 | Email string beginning with a 4/28/09 email | 143 |
| Cutler Exhibit 23 | 2/26/10 email | 146 |
| Cutler Exhibit 24 | PowerPoint presentation | 148 |
| Cutler Exhibit 25 | Email string beginning with a 10/3/11 email | 150 |
| Cutler Exhibit 26 | Email string | 151 |
| Cutler Exhibit 27 | May 2010 email string | 156 |
| Cutler Exhibit 28 | Email from Mr. Cutler to Mr. Zecchin | 160 |
| Cutler Exhibit 29 | Email string | 161 |
| Cutler Exhibit 31 | Email string | 169 |

Page 5

```
                    E X H I B I T S
                      (Continued)

FOR IDENTIFICATION                                PAGE

Cutler Exhibit 30  PowerPoint                     172
                   presentation

Cutler Exhibit 32  Email string                   184

Cutler Exhibit 33  9/1/11 email                   190

Cutler Exhibit 34  Email string                   193

Cutler Exhibit 35  Media kit                      195

Cutler Exhibit 36  PowerPoint                     197
                   presentation

Cutler Exhibit 37  PowerPoint                     203
                   presentation


              REQUEST FOR PRODUCTION

                    PAGE      LINE

                     44         4
                     88        18
                    105         4
                    108        18
```

Page 8

```
08:21:24   1              In that regard, it is important that
08:21:27   2  you try to wait until I finish my question
08:21:31   3  before you answer, and I am sure your counsel
08:21:33   4  may appreciate a pause there so he has an
08:21:36   5  opportunity to make an objection.
08:21:38   6              Unless he instructs you not to answer,
08:21:41   7  there are limited circumstances where that may
08:21:46   8  occur, after he makes his objections which are
08:21:48   9  just being preserved for resolution later, and I
08:21:51  10  will expect you to answer the question
08:21:54  11  truthfully and honestly.  Is that okay?
08:21:56  12      A    Yes.
08:21:57  13      Q    Okay.  And the court reporter cannot
08:22:00  14  transcribe a nod of the head, or an uh-huh, or
08:22:04  15  hum-hum, and so just try and always articulate a
08:22:10  16  response the way you just did, okay?
08:22:12  17      A    Yes.
08:22:12  18      Q    Okay. Let me just -- just ask you
08:22:21  19  some background questions about your education.
08:22:25  20           Did you attend college, Mr. Cutler?
08:22:27  21      A    Yes.
08:22:28  22      Q    And what college did you attend?
08:22:29  23      A    Rutgers College, at Rutgers
08:22:33  24  University.
08:22:33  25      Q    Excellent.
```

Page 9

```
08:22:34   1            When did you graduate from Rutgers?
08:22:36   2       A    1985.
08:22:39   3       Q    And what was your degree?
08:22:42   4       A    A BA.
08:22:45   5       Q    A BA in what?
08:22:48   6       A    Dual majors, computer science and
08:22:50   7  finance.
08:22:55   8       Q    And --
08:22:55   9       A    Actually, I believe economics would
08:22:58  10  have been the formal term.
08:23:00  11       Q    Versus finance?
08:23:00  12       A    Yes.
08:23:01  13       Q    Okay.  Thank you.
08:23:02  14            And what did you do after graduating
08:23:08  15  in 1985 from Rutgers?
08:23:11  16       A    Went to work.
08:23:12  17       Q    Okay.  And where did you begin work?
08:23:15  18       A    My first position was with a company
08:23:17  19  EDS, Electronic Data Systems.
08:23:23  20       Q    And what did you do at EDS?
08:23:26  21       A    I was a systems engineer trainee.
08:23:34  22       Q    And how long did you work at EDS,
08:23:43  23  Mr. Cutler?
08:23:44  24       A    Six months.
08:23:44  25       Q    Okay.  And why did you leave EDS?
```

Page 10

```
08:23:53  1       A    Did not like the opportunity, did
08:23:55  2  not -- did not want a technical career.  It was
08:24:00  3  a technology position, and I was more interested
08:24:02  4  in business.
08:24:03  5       Q    Okay.  And so what did you do after
08:24:07  6  you left EDS?
08:24:10  7       A    I went to work for a company called
08:24:12  8  Compuserve.
08:24:17  9       Q    And what was the nature of your work
08:24:19 10  at Compuserve?
08:24:21 11       A    Distribution of electronic financial
08:24:25 12  information, electronic communication services
08:24:31 13  such as email and network services as well, to
08:24:36 14  financial institutions.
08:24:43 15       Q    Was this then in '80 -- you began in
08:24:46 16  Compuserve in 1986?
08:24:47 17       A    Yes.
08:24:48 18       Q    And how long did you work at
08:24:49 19  Compuserve?
08:24:55 20       A    Eight and a half years about.
08:25:00 21       Q    Can you list from the beginning what
08:25:01 22  your titles were at Compuserve to the extent
08:25:04 23  they changed or you had any?
08:25:11 24       A    Account representative.  I recall
08:25:15 25  being promoted through various levels of account
```

Page 11

```
08:25:18   1  representative.  It was associate account
08:25:22   2  representative, account representative one,
08:25:23   3  account representative two.
08:25:24   4            I then became the office support
08:25:28   5  manager managing the account managers.  I then
08:25:31   6  became the office sales manager, and I was then
08:25:34   7  promoted to run that group within Compuserve,
08:25:40   8  which was -- the title, I believe, was the
08:25:43   9  manager of the Financial Systems Group.
08:25:48  10            That's the best that I can recall.
08:25:50  11       Q    Excellent.  Thank you.
08:25:54  12            And the time span, then, that you were
08:25:56  13  at Compuserve up to about mid 1994, then?
08:25:59  14       A    Yes.
08:26:00  15       Q    Okay.  Then did you leave Compuserve
08:26:04  16  in 1994?
08:26:05  17       A    Yes.
08:26:06  18       Q    And where did you work then?
08:26:10  19       A    Thomson Financial.
08:26:15  20       Q    How long did you work at Thomson,
08:26:19  21  Mr. Cutler?
08:26:20  22       A    I believe about two years.
08:26:23  23       Q    And what was the nature of your duties
08:26:25  24  at Thomson, please?
08:26:27  25       A    I was responsible for sales and
```

```
                                                           Page 12
08:26:34   1 customer service for a division called CDA
08:26:38   2 Spectrum, which distributed ownership
08:26:46   3 information regarding securities electronically.
08:26:50   4      Q    "Ownership information regarding
08:26:56   5 securities"?
08:26:56   6      A    Yes.
08:26:57   7      Q    Okay.  And so did you work, then, at
08:27:08   8 Thomson in mid 1996?
08:27:12   9      A    That sounds correct, yes.
08:27:21  10      Q    And up to mid 1996, have -- had you
08:27:24  11 had any experience in the health care --
08:27:29  12      A    No.
08:27:29  13      Q    -- field?
08:27:30  14           And then why did you leave Thomson?
08:27:40  15      A    I saw the beginnings of the consumer
08:27:45  16 Internet, and I had a good opportunity to -- to
08:27:51  17 move into that direction.
08:27:53  18      Q    And what was that opportunity?
08:27:54  19      A    I was responsible for sales and
08:27:57  20 marketing for a company called N2K TeleBase.
08:27:59  21           THE REPORTER:  I'm sorry, Tele?
08:27:59  22           THE WITNESS:  TeleBase,
08:27:59  23      T-E-L-E-B-A-S-E.
08:28:08  24      Q    D-A-S-E?
08:28:09  25      A    B-A-S-E, TeleBase.
```

Page 13

```
08:28:10   1        Q    TeleBase?
08:28:12   2        A    TeleBase, yes, sir.
08:28:17   3        Q    And what was the nature of your duties
08:28:19   4   at N2K TeleBase, Mr. Cutler?
08:28:24   5        A    Primarily to do distribution deals
08:28:26   6   with third parties to distribute access to
08:28:29   7   business information reports.
08:28:34   8        Q    You said "distribution deals with
08:28:36   9   third parties to distribute access to" what?
08:28:40  10        A    Business information reports.
08:28:41  11        Q    Okay.  What was the nature of the
08:28:52  12   content of the business information reports?
08:28:56  13        A    Access to aggregated newspapers,
08:29:00  14   reference materials, credit reports from
08:29:06  15   companies such as Dun & Bradstreet, and legal
08:29:09  16   summaries from companies like LexisNexis to
08:29:15  17   package that type of content for small business
08:29:17  18   and consumer access.
08:29:25  19        Q    And how long did you work at N2K
08:29:28  20   TeleBase, Mr. Cutler?
08:29:34  21        A    N2K, the division I was with was
08:29:37  22   ultimately acquired, so it was actually with a
08:29:40  23   different employer, so I believe I was with N2K
08:29:42  24   TeleBase for six to 12 months before the
08:29:47  25   acquisition.
```

Page 14

```
08:29:47   1              I don't remember the exact timing, but
08:29:50   2  if you combine the acquiring company with the
08:29:52   3  TeleBase experience, I was there till August of
08:29:59   4  2001, so I believe it was a little over five
08:30:04   5  years.
08:30:05   6       Q    About five years, okay.
08:30:07   7            What was the acquiring company?
08:30:10   8       A    Winstar Communications.
08:30:13   9       Q    That is W-I-N-S-T-A-R?
08:30:18  10       A    Yes.
08:30:22  11       Q    So if I think if my math is correct,
08:30:25  12  that puts you at about 2001?
08:30:31  13       A    Yes.
08:30:32  14       Q    And then why did you leave Winstar?
08:30:33  15       A    Winstar Communications declared
08:30:37  16  bankruptcy, and the company was going through
08:30:41  17  layoffs.
08:30:42  18       Q    Okay.  And so were you laid off?
08:30:46  19       A    Yes.
08:30:46  20       Q    Okay.  And then what did you do after
08:30:49  21  that occurred, Mr. Cutler?
08:30:52  22       A    I joined a company called Inlumen,
08:30:53  23  I-N-L-U-M-E-N.
08:31:03  24       Q    Inlumen?
08:31:05  25       A    Yes.
```

Page 15

```
08:31:06  1      Q    Where is that company based out of?
08:31:09  2      A    That company was based in New York
08:31:12  3 City.
08:31:13  4      Q    What was the nature of your duties at
08:31:15  5 Inlumen?
08:31:18  6      A    I was President and COO, and then
08:31:21  7 became President and CEO.  I ran the company.
08:31:26  8      Q    And what was the nature of what
08:31:28  9 Inlumen did?
08:31:30 10      A    We aggregated financial market data
08:31:34 11 for distribution to other financial institutions
08:31:39 12 through their Internet and other electronic
08:31:43 13 sites.
08:31:44 14      Q    Okay.  How many employees did you
08:31:50 15 oversee at Inlumen when you were CEO?
08:31:57 16      A    I don't remember specifically, but I
08:32:00 17 would -- if I recall, it was probably somewhere
08:32:03 18 around 25 to 30.
08:32:09 19      Q    Did it start at that number, or did it
08:32:11 20 grow?
08:32:12 21      A    No, it was retracting in the post --
08:32:17 22 post 9/11 economy.
08:32:21 23      Q    Sure.  Okay.
08:32:26 24           And then, Mr. Cutler, how long did you
08:32:28 25 work at Inlumen?
```

Page 16

```
08:32:35  1      A    Two years.
08:32:42  2      Q    So about to 2003, 2004?
08:32:45  3      A    The end of 2003, yes.
08:32:47  4      Q    And what happened at the end of 2003?
08:32:50  5      A    We sold the company.
08:32:56  6      Q    And to who did you sell the company?
08:32:58  7      A    The company -- the acquiring company
08:33:02  8  was ScreamingMedia, who immediately changed
08:33:04  9  their name to Pinnacor, P-I-N-N-A-C-O-R.
08:33:16 10      Q    And, Mr. Cutler, what was your role at
08:33:18 11  Pinnacor?
08:33:21 12      A    I did not -- I did not -- I did not go
08:33:25 13  with the acquiring company.  I did not keep my
08:33:27 14  job.
08:33:27 15      Q    Oh, so where did you work, assuming
08:33:31 16  you did, at the end of 2003 when that
08:33:34 17  acquisition happened?
08:33:46 18      A    At that time I took on a variety of
08:33:49 19  roles.  My -- my primary function was to run the
08:33:52 20  content division of an industry association, the
08:33:55 21  Software and Information Industry Association,
08:34:00 22  the SIIA, and I also took on a variety of
08:34:04 23  consulting projects with various companies at
08:34:09 24  that time.
08:34:10 25      Q    Did you have your own company by which
```

Page 17

08:34:12   1  you were consulting?
08:34:14   2       A    Not through a company.  I was an
08:34:16   3  independent contractor.
08:34:17   4       Q    "An independent contractor"?
08:34:19   5       A    (No response).
08:34:24   6       Q    And so for how long did you do these
08:34:25   7  different roles that you just testified about?
08:34:39   8       A    A little over two years.
08:34:46   9       Q    Which I think it's till about 2005,
08:34:51  10  2006?
08:34:52  11       A    Through February of 2005, I believe.
08:35:06  12       Q    Excuse me.
08:35:07  13            And, Mr. Cutler, then in February of
08:35:10  14  2005, did you change jobs?
08:35:12  15       A    Yes.
08:35:13  16       Q    And what did you start doing then?
08:35:15  17       A    I started working for a company called
08:35:17  18  GuruNet.
08:35:20  19       Q    G-U-R-U-N-E-T?
08:35:22  20       A    Yes.
08:35:25  21       Q    What --
08:35:26  22       A    And changed their name to Answers.com.
08:35:29  23       Q    Okay.
08:35:31  24       A    And if I recall correctly -- which I
08:35:34  25  hope I can caveat that these dates are --

Page 18

```
08:35:37   1      Q    Sure.
08:35:38   2      A    -- as best as I recall.  I would need
08:35:43   3 to see my resume in front of me to get the exact
08:35:46   4 dates.
08:35:47   5      Q    I understand.
08:35:47   6      A    But I believe that was March of 2005
08:35:50   7 that I started there.
08:35:57   8      Q    And what is the nature of your job at
08:36:02   9 Answers.com?
08:36:04  10      A    I was -- I am sorry, could you clarify
08:36:07  11 the question?
08:36:08  12      Q    Yes.
08:36:08  13           What was -- what were your duties at
08:36:10  14 Answers.com?
08:36:12  15      A    I was responsible for -- my title was
08:36:16  16 Chief Revenue Officer.
08:36:19  17      Q    Okay.
08:36:21  18      A    And I was responsible for driving
08:36:29  19 traffic content, monetization, sales, marketing,
08:36:39  20 of the Answers.com website.
08:36:42  21      Q    Okay.  Let me try and just break that
08:36:45  22 up a little.
08:36:45  23           "Driving traffic" was one thing, but
08:36:48  24 "content," what did you do with respect to
08:36:51  25 content?
```

Page 19

```
08:36:52   1    A    We licensed third-party content.
08:37:02   2    Q    What was the nature of that content?
08:37:04   3    A    General reference materials,
08:37:07   4 encyclopedias, dictionaries, almanacs.
08:37:21   5    Q    Then what else did you say, "driving
08:37:21   6 traffic, content"?
08:37:22   7    A    Sales.
08:37:23   8    Q    And what else?
08:37:24   9    A    Business development.  Marketing.
08:37:33  10    Q    And how long did you work at
08:37:40  11 Answers.com?
08:37:42  12    A    Through July 2007.
08:37:46  13    Q    All right.  And then what did you do
08:37:49  14 in July of 2007?
08:37:54  15    A    I lost my job, and I left Answers.
08:37:59  16    Q    And then did you start working
08:38:01  17 someplace else?
08:38:02  18    A    I started, once again, independently
08:38:05  19 consulting for a period of time for various
08:38:08  20 companies.
08:38:09  21    Q    All right.  At this time, in July
08:38:12  22 of '07, were you doing any consulting for any
08:38:15  23 company that was affiliated with Mr. Rothschild?
08:38:20  24    A    No.
08:38:20  25    Q    And for how long did you do your
```

```
08:38:25   1  independent consulting that began July 2007?
08:38:32   2       A     Until January 2009.
08:38:38   3       Q     Is that, I believe, when you began
08:38:41   4  working with MDX?
08:38:42   5       A     Yes.
08:38:44   6       Q     How did you come about to begin
08:38:47   7  working with MDX, Mr. Cutler?
08:38:51   8       A     I received a broadcast message on
08:38:59   9  LinkedIn from someone involved with the company
08:39:02  10  that they were looking for someone to come in
08:39:07  11  and do business development.
08:39:10  12       Q     Do you remember who that was?
08:39:11  13       A     Yes.
08:39:12  14       Q     Could you tell me who?
08:39:14  15       A     It was Richard Forman.
08:39:17  16             THE REPORTER:  Forman?
08:39:17  17             THE WITNESS:  Forman.
08:39:22  18       Q     F-O-R-E-M-A-N?
08:39:24  19       A     I believe there is no E, I believe it
08:39:26  20  is F-O-R-M-A-N.
08:39:29  21       Q     Okay.  Is Mr. Forman still with the
08:39:33  22  company?
08:39:34  23       A     He is -- yes, he's still -- he's not
08:39:36  24  employed with the company, he's a board member.
08:39:39  25       Q     A board member?
```