IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## HEALTH GRADES' WITHDRAWAL OF ITS MOTION FOR DETERMINATION THAT MATERIALS ARE PROPERLY DESIGNATED PURSUANT TO THE TERMS OF THE PROTECTIVE ORDER [DKT. 347]

Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully Withdraws its Motion for Determination that Materials Are Properly Designated Pursuant to the Terms of the Protective Order [Dkt. 347], and states in support:

1. On October 24, 2012, Health Grades filed its Motion for Determination that Materials Are Properly Designated Pursuant to the Terms of the Protective Order (the "Motion"). [Dkt. 347.] Health Grades filed its Motion pursuant to Section 10 of the Protective Order in this case [Dkt. 227], in response to MDx's written notice (the "Notice") that it was challenging the "Confidential" and "Highly Confidential" designations of a number of materials. [Dkt. 347-1.]

2. The Parties have conferred and have resolved the issues raised by MDx's Notice and by the Motion. Therefore Health Grades respectfully withdraws the Motion.

Respectfully submitted this 19th day of November, 2012.

        ROTHGERBER JOHNSON & LYONS LLP

        *s/ Jesús M. Vázquez*
        Gregory B. Kanan, Esq.
        Kris J. Kostolansky, Esq.
        Jesús M. Vázquez, Jr., Esq.
        1200 17th Street, Suite 3000
        Denver, Colorado 80202
        Tel: (303) 623-9000
        Fax: (303) 623-9222
        Email: gkanan@rothgerber.com
           kkosto@rothgerber.com
           jvazquez@rothgerber.com

        *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

## CERTIFICATE OF SERVICE

   I hereby certify that on November 19, 2012, I electronically filed the foregoing **HEALTH GRADES' WITHDRAWAL OF ITS MOTION FOR DETERMINATION THAT MATERIALS ARE PROPERLY DESIGNATED PURSUANT TO THE TERMS OF THE PROTECTIVE ORDER [DKT. 347]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Scott David Stimpson<br>Mark Jon Rosenberg<br>David Chunyi Lee<br>Scott B. Murray<br>Sills Cummis & Gross P.C. – New York<br>30 Rockefeller Plaza<br>New York, NY  10112<br>Email:  sstimpson@sillscummis.com<br>Email:  mrosenberg@sillscummis.com<br>Email:  dlee@sillscummis.com<br>Email:  smurray@sillscummis.com | Terence M. Ridley<br>Wheeler Trigg O'Donnell, LLP<br>370 17th Street, Suite 4500<br>Denver, CO  80202-5647<br>Email:  ridley@wtotrial.com |

                 *s/ Jesús M. Vázquez*
                 Gregory B. Kanan, Esq.
                 Kris J. Kostolansky, Esq.
                 Jesús M. Vázquez, Jr., Esq.
                 Rothgerber Johnson & Lyons, LLP
                 1200 17th Street, Suite 3000
                 Denver, Colorado 80202-5855
                 Tel:    (303) 623-9000
                 Facsimile: (303) 623-9222
                 Email: gkanan@rothgerber.com
                    kkostolansky@rothgerber.com
                    jvazquez@rothgerber.com

                 *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*