IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Parties' Joint Unopposed Motion for an Additional Two-Day Extension of Time for Them to File Motions to Restrict Regarding Dkt. Nos. 368, 369, 371, 372 and 375** [docket no. 395, filed November 19, 2012] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. The parties have to and including **November 21, 2012**, in which to file motions to restrict access relating to docket nos. 368, 369, 371, 372, and 375.

DATED: November 20, 2012