IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Health Grades' Withdrawal of its Motion for Determination that Materials are Properly Designated Pursuant to the Terms of the Protective Order [dkt. 347]** [docket no. 394, filed November 19, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that pursuant to the granting of the above motion, the **Motion for Determination that Materials are Properly Designated Pursuant to the Terms of the Protective Order** [347] is WITHDRAWN and can be terminated.

DATED: November 20, 2012