Civil Action No. 11-CV-00520-PAB-BNB

# HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**Exhibit H -- Dep. Ex. 23**

EXHIBIT B

REDACTED



**CONFIDENTIAL - ATTORNEYS EYES ONLY**　　　　HG0049856

Case 1:11-cv-00520-PAB-BNB Document 369-13 Filed 11/02/12 USDC Colorado Page 3 of 9

REDACTED

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                                HG0049857

REDACTED

**CONFIDENTIAL - ATTORNEYS EYES ONLY** HG0049858

REDACTED

**CONFIDENTIAL - ATTORNEYS EYES ONLY**     HG0049859

REDACTED

**CONFIDENTIAL - ATTORNEYS EYES ONLY** HG0049860

REDACTED

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0049861

REDACTED

**CONFIDENTIAL - ATTORNEYS EYES ONLY**     HG0049862

Case 1:11-cv-00520-PAB-BNB Document 369-13 Filed 11/02/12 USDC Colorado Page 9 of 9

REDACTED

**CONFIDENTIAL - ATTORNEYS EYES ONLY**  HG0049863