Civil Action No. 11-CV-00520-PAB-BNB

## HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

### Exhibit I -- Dep. Ex. 51

EXHIBIT C



CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179518



CONFIDENTIAL - ATTORNEYS EYES ONLY          HG0179519



**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179520



CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179521



**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179522



**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                        **HG0179523**



CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179524



CONFIDENTIAL - ATTORNEYS EYES ONLY                    HG0179525



CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179526



CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179527



CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179528



**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    **HG0179529**



**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179530



**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179531

# Physician Web Presence Package:

## Premium Search Engine Results

File Edit View Favorites Tools Help Links

Address http://www.google.com/search?hl=en&q=Dr.+David+A.+Drucker%2C+MD&btnG=Google+Search Go

Google

Web Images Groups News Froogle Local New! more »

Dr. David A Drucker, MD Search Advanced Search Preferences

"A" is a very common word and was not included in your search. [details]

**Web** Results 1 - 10 of about 19,100 for Dr. David A. Drucker, MD. (0.24 seconds)

Tip: Save time by hitting the return key instead of clicking on "search"

Dr. David A. Drucker, MD - Minimally Invasive Hip and Knee Surgery
**Dr. David A. Drucker**, MD - Total Joint Replacement, Total Hip Replacement, Total Knee Replacement, Minimally Invasive Surgery, MIS Mini-Incision Hip Replacement ...
www.healthgrades.com/.../Dr_David_Drucker_MD_06F3D179.cfm?tv=physician_premiumprofile_affiliatedphysicians - 17k -
Cached - Similar pages

Search for a Orthopedic Surgeons Physician, Dou-Dunlap
... Dr. Jack A. Drogt MD - Maplewood, Minnesota Dr. Paul J. Drouillard MD - Garden City, Michigan **Dr. David A. Drucker MD** - Staten Island, New York Dr. Melvyn G ...
www.healthgrades.com/directory_search/Physician/Profiles/OrthopedicSurgery/alpha32.cfm - 29k - Feb 21, 2005 - Cached - Similar pages
[ More results from www.healthgrades.com ]

David Drucker, MD PC: Eye Care and Laser Vision Correction
... ophthalmology, hard-to-fit contact lenses or laser vision correction. **David Drucker, MD** is dedicated to providing the ultimate in eye care. **Dr. Drucker** opened ...
www.druckereyes.com/ - 20k - Feb 21, 2005 - Cached - Similar pages

Sponsored Links

Md Doctor
Over 726,000 US physicians
All states, address, phone, fax
www.dr-411.com

Colorado Physicians
Listed by type and area with phone numbers, maps and web sites.
http://www.xzelt.com
Colorado

Find a Doctor
Online Listings in Your Area
Health Yellow Pages
1-800-Schedule.com
Denver, CO

Check MD/Doctor Quality
Access critical background and performance data on doctors.
www.physicianreports.com

Internet

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

# Physician Web Presence Package:
## Web Presence & Hosted Web Pages



Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

13

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179533



# Physician Web Presence Package:

## Free Reports to Consumers

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

HEALTHGRADES



# Premium Report: Introduction

Dr. David Allan Drucker, M.D.
Orthopedic Surgeon

## Introduction

**Patient/Medical Philosophy:**

Dr. Drucker's philosophy on treating patients with arthritis is that before considering surgery all patients should try a comprehensive approach to non-surgical treatment. Those who fail to find success with conservative treatment and elect to have surgery are thoroughly evaluated with respect to general health, lifestyle, living situation and occupation before the doctor and patient choose the appropriate surgery.

**Personal Facts:**
Male
Age: 47
Languages: English
Years in profession: 22

**Awards and Honors:**
2001-2002, UMDNJ Orthopaedic Chief Resident's Award for Excellence in Teaching
1991: Mueller Foundation Research Fellow

**Professional Appointments:**
2005: Director of Orthopaedic Surgery - Staten Island University Hopsital
2004: Assistant Professor - UMDNJ, Department of Orthopedic Surgery

**Publications:**
"Early Results of Total Hip Arthroplasty using a Hydroxapatite-Coated Acetabular and Femoral Component"

"Osteolysis Around Uncemented Acetab ular Components of CoCr Surface Replacements Hip Arthroplasty"

"Revision of the Acetabular Component with an Uncemented Harris-Galante

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

19

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179535

# Premium Report: Experience/Training



### Experience/Training

**Specialties[1]**

Orthopedic Surgery (HealthGrades has verified that Dr. Drucker is board certified by the American Board of Orthopedic Surgery)

**Area of Expertise:**

Total Hip Replacement
Total Knee Replacement

**Medical School:**

Chicago Medical School
N. Chicago, Illinois, 1983

**Residency:**

University of Medicine and
Dentistry
Newark, New Jersey, 1989

**Internship:**

University of Medicine and
Dentistry
Newark, New Jersey, 1984

**Fellowships:**

Total Joint Replacement Indiana
University
Indianapolis, Indiana, 1990

Total Joint Replacement University
of Medicine and Dentistry
Orange, New Jersey, 1990

Total Hip Replacement Harvard
University
Boston, Massachusetts, 1991

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

16

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179536

# Premium Report: Performance



## Performance

| Procedure | Number per year (approximate) |
| --- | --- |
| Total Hip Replacements | 150 |
| Total Knee Replacements | 150 |
| Revision of Total Knee and Hip | 30 |

**Avg time to get a new patient appointment:** 10 days
**Avg time for existing patient to get an appointment:** 10 days
**Avg wait room time:** 20 minutes
**Provides patients access to a nurse:** PA, MA, or resident available
**Uses computerized systems to improve patient experience:** Yes

**Disciplinary Actions[1]:**
HealthGrades has confirmed that Dr. David Allan Drucker has not received any disciplinary actions within the last 5 years from The Office of Inspector General or 49 state medical boards (South Dakota does not report).

**Physician shares call with:**
Vincent Ruggiero, MD, John Reilly, MD, Deborah Henley, MD, Albert Accettola, MD, Joseph Giovinazzo, MD

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

17

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179537

# Premium Report: Patient Experience



Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

18

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179538

Case 1:11-cv-00520-PAB-BNB Document 369-14 Filed 11/02/12 USDC Colorado Page 23 of 34

# Premium Report: Practice/Locations

File Edit View Favorites Tools Help Links

## Practice Information

Orthopaedic Associates of New York
A Division of Healthcare Associates in Medicine, PC
Established in 1995.

http://www.hca-si.com

Dr. Drucker has been at this practice for 10 years.
His current title at this practice is: President of Orthopaedic Surgery

**Description of practice:**

This practice specializes in treating patients that have arthritis of the hip or knee. Dr. Drucker is a board certified orthopaedic surgeon. He has completed three fellowships in total joint replacement. His patients will be exposed to the latest in non-surgical and surgical treatments. His surgical expertise includes minimally invasive surgical techniques (MIS), revision total joint replacement and dealing with the complications of total joint replacement such as loosening, infection, dislocations and fractures.

**Languages spoken by staff:**

English, Italian, small amount of Spanish

**Other physicians at this practice:**

Joseph A. Suarez, MD, Joseph J. Giovinazzo, MD, Vincent Ruggiero, MD, Deborah A. Henley, MD, John F. Reilly, MD, Albert B. Accettola, MD

**Office Locations:**

**Victory Office**
1460 Victory Blvd
Staten Island, NY, 10301
Telephone: (718) 226-8403
Fax: (718) 981-6210

Make PRIORITY APPOINTMENT NOW!
- Email
- Phone

http://www.hca-si.com

Map and Driving Directions

Office Information: (View)

Internet

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

Case 1:11-cv-00520-PAB-BNB Document 369-14 Filed 11/02/12 USDC Colorado Page 24 of 34

# Premium Report: Practice Information

File Edit View Favorites Tools Help

**Office Locations:**

Victory Office
1460 Victory Blvd.
Staten Island, NY, 10301
Telephone: (718) 226-8404
Fax: (718) 981-6210

Make PRIORITY APPOINTMENT NOW!
- Email
- Phone

http://www.hcp-si.com

Map and Driving Directions

Office Information: (Hide)

**Office Hours:**

| | |
|---|---|
| Monday: | 3:30pm - 8:00pm |
| Tuesday: | Closed |
| Wednesday: | 9:00am - 5:00pm |
| Thursday: | Closed |
| Friday: | 9:00am - 5:00pm |
| Saturday: | Once every six weeks 9:00am - 12:00pm |
| Sunday: | Closed |

**Closed:**

| | |
|---|---|
| New Years Day | Labor Day |
| Memorial Day | Thanksgiving |
| Independence Day | Christmas |

**Office Parking:**

No fee parking available behind building. Office has ground level access from security manned parking lot.

**Office Coordinator:**

Linda - (718) 226-8404

**Office provides computerized drug orders:**

No

**Office utilizes electronic record keeping:**

Yes

**Office Provides:**

Pharmacy, Lab, Radiology, and Child Play Area on Site

Internet

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

# Premium Report: Facilities



Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

21

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179541

# Premium Report: Health Plans



### Health Plan/Other

**Health Plans Accepted:** 1199 HomeCare, 1199 NB Fund, 32 B-J, Aetna HMO, Aetna Non-HMO, Afinity, AmeriHealth, Atlantis HMO, Atlantis POS, Beech St/MediChoice, CHAMPVA, CHN, ChoiceCare/Humana, Cigna, Devon, Elderplan, Empire BlueCross, Empire, BC Senior Plan, Empire NY Gov Plan, Fidelis, First Health, GHI, GHI HMO, Great-West/One Health, Guardian, Guardian Health Net, HCP (Heritage), Health Net (PHS), Health (Care) Plus, HIP, Horizon NJ PPO, Horizon NY EPO/PPO, Horizon NY HMO/Vista+, Humana/ChoiceCare, Mail Handlers, Medicare, MediChoice (Beech St), MetraComp, MultiPlan, Neighborhood, No-Fault, One Health/Great West, Oxford (all plans), PHCS, RR Medicare, Select Pro/Beech St., SmartChoice (Health Net), Touchstone (HNSC), Tricare/Champus, Ullicare, Unicare, United HC, US Family Health Plan, Workers' Comp.

**Accepts Medicare:** Yes

**Accepts Medicaid:** No

**Payment Methods:** [VISA] [MasterCard], CASH, CHECK, (American Express and Discover are not accepted.)

**Payment Policy:** Co-pay is due upon arrival

**Accepting New Patients:** Yes

### Legend

1 - HealthGrades-Verified Data or Sourced Data

2 - Patient Data

3 - Physician-Verified Data

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

22

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179542



CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179543



**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179544



**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    HG0179545



CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179546



CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179547



CONFIDENTIAL - ATTORNEYS EYES ONLY                    HG0179548



**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179549



**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179550