# EXHIBIT D

## (Redacted Version of Doc. # 372-2)

# EXHIBIT A

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2          IN THE UNITED STATES DISTRICT COURT

3              FOR THE DISTRICT OF COLORADO

4     Case No. 11-CV-00520-PAB-BNB

5     _____

6     DEPOSITION OF DAVID HALL

7     October 4, 2012

8     _____

9

      HEALTH GRADES, INC.,

10

      Plaintiff,

11

      v.

12

      MDX MEDICAL, INC. d/b/a VITALS.COM,

13

      Defendant.

14    _____

15

16

17

18

19

20

21

22

23

24

25        Job No. NJ1339309

Veritext/NJ Reporting Company

800-227-8440                                      973-410-4040

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 58

1    this evidence and you think that the '060 Patent is

2    important.  But my question is a little bit

3    different.  My question is, do you have anything,

4    Mr. Hall, to indicate what percentage of users of the

5    Vitals website use the technology from the '060

6    Patent?

7         A     I do not have a percentage, a fixed

8    percentage based on a survey or a source of that

9    sort, given the sensitivity of healthcare searches

10   and the practicalities of that as far as privacy

11   information and practicalities.

12              I do not have a percentage of visitors.  I

13   have not determined one that utilized the features of

14   the '060 Patent.

15              But in lieu of that, I have, as I'd

16   indicated earlier, looked at what the companies put

17   forth to the market that they have and are their key

18   features.  And understood then how the market reacted

19   to those explanations or benefits of their

20   patented -- of the patented features related to their

21   websites.  And tracked over time the market's

22   reaction to that, as well as what the deposition

23   testimony yielded.  And concluded with the increasing

24   both visits and increasing ad revenue related to

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 59

1        CONFIDENTIAL - ATTORNEYS EYES ONLY
2    those visits, that the patented features were a
3    substantial part of the demand as it relates to the
4    Panduit test.
5            MR. STIMPSON:  Okay.  So I have to move to
6    strike everything starting with, but in lieu of that,
7    as nonresponsive.
8            Why don't we take our break, okay?
9            (Recess taken from 9:47 a.m. to
10   10:02 a.m.)
11      Q    (BY MR. STIMPSON) Okay.  Mr. Hall, later
12   in your report, you talk about various agreements
13   between MDx and third parties and Health Grades and
14   third parties.  And a lot of them are about licensing
15   out data.
16           Do you remember that?
17      A    Yes.
18      Q    Did you consider the Vitals database to be
19   covered by the patent?
20           MR. VAZQUEZ:  Objection.  Calls for a
21   legal conclusion.
22      A    My understanding was that the database
23   alone was not a violation of the patent.
24      Q    (BY MR. STIMPSON)  Okay.  And did you also
25   understand, Mr. Hall, that there are many uses for

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 60

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2       the Vitals website that are not covered by the

3       patent?

4              MR. VAZQUEZ:  Same objection to the word

5       covered.  Calls for a legal conclusion.

6         A     My understanding is that there could be or

7       are uses other than using the information for a

8       comparison ratings report.  I'm also aware of what

9       Vitals promotes as far as its data and comparison

10      reports and reviews.

11        Q     (BY MR. STIMPSON)  Okay.  And like, for

12      example, you know, if someone gets on the Vitals

13      website and just looks at the directories for doctors

14      A to Z, that's not covered by the patent, right; you

15      understand that?

16             MR. VAZQUEZ:  Object to form.

17        A     That's my understanding.

18        Q     (BY MR. STIMPSON)  And you understand, as

19      you say here in the patent claim, that the patient

20      ratings are part of this patent claim too, right?

21             MR. VAZQUEZ:  Form.

22        A     Are part of it, yes.

23        Q     (BY MR. STIMPSON)  And do you have an

24      understanding of what percentage of the profiles on

25      the Vitals website actually have patient ratings for

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 61

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     the doctors?

3          A     I may have seen that information, but I

4     don't know a percentage right now.

5          Q     Do you remember if it's actually less than

6     half of them?

7               MR. VAZQUEZ:  Form.

8          A     I don't.

9          Q     (BY MR. STIMPSON)  Okay.  Why don't you

10    turn to page 4 of your report and paragraph 17 there,

11    sir.  Now you're talking about the Health Grades

12    website here, right?

13         A     Yes.

14         Q     Okay.  And the first bullet refers to

15    Health Grades having information on over 5500

16    hospitals; is that correct?

17         A     Yes.

18         Q     And so you understand that you can get on

19    the Health Grades website and search for hospitals?

20         A     Yes.

21         Q     Okay.  And then your last bullet point

22    refers to over 15,000 nursing homes.  Do you see

23    that?

24         A     I do.

25         Q     And you also understand that you can get

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 62

1    CONFIDENTIAL - ATTORNEYS EYES ONLY
2    on the Health Grades website and search for nursing
3    homes, right?
4        A    Yes.
5        Q    And then the third way to search is you
6    can search for doctors, right?
7             MR. VAZQUEZ:  Form.
8        A    My understanding is that, yes, you can
9    search for doctors.
10       Q    (BY MR. STIMPSON)  So two of the three
11   ways to search on the Health Grades website are for
12   facilities like nursing homes or hospitals, right?
13            MR. VAZQUEZ:  Form.
14       A    Yes, those two are available.
15       Q    (BY MR. STIMPSON)  Okay.  And so would you
16   agree with me that, you know, those are substantial
17   parts of the Health Grades website?
18            MR. VAZQUEZ:  Object to form.
19       A    They're certainly parts of the website
20   that they identify, yes.
21       Q    (BY MR. STIMPSON)  Are those substantial
22   parts of the website?
23            MR. VAZQUEZ:  Form.
24       Q    (BY MR. STIMPSON)  Let me back up a sec.
25   You've actually visited the Health Grades website,

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 63

                CONFIDENTIAL - ATTORNEYS EYES ONLY
1
2    right?
3         A    Yes.
4         Q    So would you agree with me that they're
5    substantial parts of the Health Grades website,
6    right?
7              MR. VAZQUEZ:  Form.
8         A    I would answer it this way.  I believe all
9    of the information there they would consider
10   important and substantial.
11        Q    (BY MR. STIMPSON)  Okay.  The searching
12   for hospitals on the Health Grades website, was it
13   your understanding that that was covered by the
14   Health Grades patent?
15             MR. VAZQUEZ:  Form.
16        A    I don't have that understanding.
17        Q    (BY MR. STIMPSON)  Well, let me just make
18   sure we're clear.  Is it your understanding that the
19   patent does not cover the searching for hospitals?
20             MR. VAZQUEZ:  Form.
21        A    Yes.
22        Q    (BY MR. STIMPSON)  Okay.  And is it also
23   your understanding that the patent does not cover
24   searching for nursing homes?
25        A    That's also my understanding.

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 64

1      CONFIDENTIAL - ATTORNEYS EYES ONLY

2              MR. VAZQUEZ:  Form.

3      Q     (BY MR. STIMPSON)  So there's lots of uses

4   of Health Grades' website that aren't covered by this

5   Health Grades patent, even under Health Grades'

6   analysis, right?

7              MR. VAZQUEZ:  Form.

8      A     There are features on both websites that

9   from my understanding do not violate -- well, the

10   Vitals site violates the patent and the Health Grades

11   site uses all the elements of the patent.

12      Q     (BY MR. STIMPSON)  So you would agree with

13   me, Mr. Hall, that the Health Grades website

14   certainly is not coextensive with the patent claims,

15   right?

16              MR. VAZQUEZ:  Form.

17      A     I'm not sure I understand that.  One more

18   time, please.

19      Q     (BY MR. STIMPSON)  Well, the Health Grades

20   website is not coextensive with the scope of the

21   patent, right?

22              MR. VAZQUEZ:  Form.

23      Q     (BY MR. STIMPSON)  They don't have the

24   same scope and the same --

25      A     Oh, coextensive?

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 65

CONFIDENTIAL - ATTORNEYS EYES ONLY

1
2      Q      Yeah.
3      A      That's a term I'm -- my understanding is
4   that the patented features that Health Grades has for
5   the '060 Patent are important and promoted by Health
6   Grades.  I understand there's other features on their
7   website.
8              MR. STIMPSON:  Okay.  Move to strike that.
9   Nonresponsive.
10     Q      (BY MR. STIMPSON)  Sir, can you answer
11  that?  Maybe you can't answer the question, that's
12  okay.  But can you agree with me that the Health
13  Grades website is not coextensive with the scope of
14  the patent claim?
15             MR. VAZQUEZ:  Object to form.  Asked and
16  answered.
17     A      I think I would answer it the way I did
18  before, without, you know, referencing the
19  coextensive term.
20     Q      (BY MR. STIMPSON)  So you're not
21  comfortable saying that the Health Grades website is
22  not coextensive with the patent claim?
23             MR. VAZQUEZ:  Object to form.
24     A      It's not the term I would use.  I would
25  answer it as I did.

Page 66

1    CONFIDENTIAL - ATTORNEYS EYES ONLY

2        Q    (BY MR. STIMPSON)  Okay.  And I assume

3    your answers would be the same for the Vitals website

4    and whether that's coextensive with the patent

5    claims?

6            MR. VAZQUEZ:  Form.

7        A    I would answer the question related to

8    Vitals as, certainly early on in the period they just

9    had -- they had physician searches and not other

10   REDACTED

11   REDACTED                                    But that

12   certainly promotes the patented features of the '060

13   Patent at Vitals, but also has other features on

14   their website.

15       Q    (BY MR. STIMPSON)  Okay.  So, for example,

16   you know from your view of the Health Grades website

17   that they have things like articles and tips for

18   consumers, right?

19       A    I recall seeing such things.

20       Q    And those, too, I mean, Health Grades puts

21   that on there, you know.  Those were added to try to

22   generate more consumer interest in the site, right?

23            MR. VAZQUEZ:  Form.

24       A    Yes, I think that's accurate.

25       Q    (BY MR. STIMPSON)  And you've seen the

Page 78

1          CONFIDENTIAL - ATTORNEYS EYES ONLY
2     they use the rating systems at different periods in
3     time to help with other revenue-generating
4     activities.
5          But the advertising revenue is what I
6     limited and focused my analysis on as far as Health
7     Grades' damages.
8     Q     How much revenue from attachment 1 is
9     included in attachment 1 but doesn't relate to these
10    business activities regarding the '060 Patent?
11         MR. VAZQUEZ:  Form.
12    A     I have not made a calculation of that.
13    The Health Grades cites the features and promotes the
14    features of its '060 Patent in a variety of ways and
15    has over the years and believes it to be a key part
16    of their website for the unique experience they try
17    to provide and believes that a substantial portion of
18    their traffic over the years and ad revenue relates
19    to the use.
20         I understand John Neal's view, as well as
21    Mr. Dodge's and Ms. Pearson's, as well as what is
22    yielded from the ones who have been deposed
23    testimony.  And also contemporaneous, pre-litigation
24    documents that cite the patented features.
25    Q     Can you tell me if $100 or more of the

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 79

CONFIDENTIAL - ATTORNEYS EYES ONLY

1          
2     revenue in attachment 1 is unrelated to the '060
3     Patent?
4          A     I have not made that determination.
5          Q     Can you tell me if 10 million or more in
6     revenues of attachment 1 are unrelated to the '060
7     Patent?
8          A     From my analysis, I think a substantial
9     portion of their website traffic is generated based
10    on the use of the patented features.  As search
11    engines pull up the rating systems, and the
12    information they have available, it's their -- my
13    analysis concluded they're really the key feature or
14    their most prominent feature relates to the patent.
15                As far as the each and every visitor,
16    other than as I identified in the report, the
17    co-visitors, I have not made a mathematical
18    determination of a split between the patented
19    features revenue and non-patented features revenue.
20         Q     Right.  But my question, sir, was, can you
21    tell me whether or not $10 million or more of the
22    revenue of attachment 1 are unrelated to the '060
23    Patent?
24                MR. VAZQUEZ:  Object.  Asked and answered.
25         A     I thought I'd answered that.

Page 80

CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2    Q    (BY MR. STIMPSON)  What is the answer?  Is

3    it no?  You can't tell me, right?

4         MR. VAZQUEZ:  Object.  Asked and answered.

5    Argumentative.

6    Q    (BY MR. STIMPSON)  I'll rephrase it.

7    Maybe it will be easier this way in another question.

8         Mr. Hall, you can't tell me -- let me

9    rephrase it.

10        You don't know one way or another whether

11   $10 million or more of the revenue in your attachment

12   1 is unrelated to the '060 Patent?

13        MR. VAZQUEZ:  Form.

14   A    I have not made a calculation.  And

15   therefore, would not say if it's $10 million or more.

16   I have studied what they promote and understand what

17   they believe they generate through ad revenue based

18   on the patented features.

19   Q    (BY MR. STIMPSON)  What business

20   activities -- we come back to this question again

21   because I've really got to try to nail it down.

22   You've talked about this attachment 1.  But I'm

23   trying to get a list of the business activities that

24   you use in your attachment 1 that you say are

25   associated with the patented invention.

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 119

1    CONFIDENTIAL - ATTORNEYS EYES ONLY

2              MR. VAZQUEZ:  Form.

3        A     If they can answer one way or another,

4    meaning, depending on the question?

5        Q     (BY MR. STIMPSON)  Truthfully answer one

6    way or another.

7              MR. VAZQUEZ:  Form.

8        A     I wouldn't want to make a generalization

9    like that.

10       Q     (BY MR. STIMPSON)  Okay.

11       A     I think most answer the way they

12   understand the question to be.

13       Q     All right.

14       A     I have seen some witnesses impeached and

15   then I have different opinions of those witnesses.

16   But my experience is most witnesses try to answer

17   the question asked.

18       Q     Let me ask you a different question, then.

19   Specifically what did you ask Mr. Dodge and

20   Ms. Pearson or Health Grades' counsel or anybody

21   about finding information on what Health Grades and

22   Vitals promote other than these patient ratings?

23             MR. VAZQUEZ:  Form.  Compound.

24       A     I don't recall asking -- perhaps

25   Ms. Pearson, we discussed Vitals, but your question

Page 120

CONFIDENTIAL - ATTORNEYS EYES ONLY

1
2      included Vitals.  So with Mr. Dodge and Ms. Pearson,
3      I asked them broadly, after reviewing documents made
4      available about Health Grades, how it is they attempt
5      to make money, particularly with advertising revenue.
6      Once I gained an understanding of the visitors and
7      the connection between visitors and advertising
8      revenue and how they attempted to do that, which
9      included both a discussion about the patented
10     features, but also non-patented features that Health
11     Grades has that generates revenue.
12          Q     (BY MR. STIMPSON)  So what other things
13     does Health Grades promote on their website besides
14     the ratings?
15          A     I could look at the printout I had of the
16     website, but recalling that they promote on the
17     search engine, the search engine tools.  And on their
18     documents, the main thing I saw them promote was the
19     features of the '060 Patent.
20               On the website itself, it offers a variety
21     of services that we talked to earlier, or searches
22     related to information alone that may not be
23     connected to a comparison or rating report.  So it
24     would be the factors we discussed earlier.
25               And there are searches and visitors, in my

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 121

CONFIDENTIAL - ATTORNEYS EYES ONLY

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2  view, that visit Health Grades that both are related

3  to the '060 Patent and both are not.

4       Q    So as we sit here today, can you identify

5  any other specific things that Health Grades promotes

6  besides these ratings that you identified?

7          MR. VAZQUEZ:  Object to form.

8       A    Yes.  They promote the information that I

9  discuss in my report and that we discussed earlier,

10  on physicians or healthcare providers, nursing homes,

11  hospitals, some of the other things I mentioned in my

12  report in the background section.

13       Q    (BY MR. STIMPSON)  Okay.  So we've got --

14  you know that Health Grades promotes, as you say, the

15  comparison ratings, you cited me some documents.  We

16  also know that Health Grades promotes nursing homes.

17  We also know that Health Grades promotes hospitals,

18  right, the hospital searches, right?

19       A    Promotes their information on those

20  entities.

21       Q    Right.  So Health Grades is promoting

22  searches for all those things on its website, right?

23          MR. VAZQUEZ:  Form.

24       A    It makes those available, yes.

25       Q    (BY MR. STIMPSON)  Right.  So, and some of

Page 122

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     those are promoting features that aren't covered by

3     the '060 Patent, right?

4          A     I agree.

5          Q     So how do you know, Mr. Hall, that it's

6     only the promotion of the '060 Patent features that

7     leads to this, what you refer to as a success of the

8     Health Grades website?

9          A     The fact that it's the primary feature.

10    When you search on web searches, it's the one in bold

11    as far as their comparison ratings, and the one that

12    shows up on search engines, as well as it's the

13    documents I referred to earlier.  Their business

14    features the comparison ratings.

15          And what Mr. Neal described in his

16    deposition is the unique experience that they want

17    visitors to have, due to the combination of their

18    information with comparison ratings of physicians.

19          That, combined with how Vitals describes

20    its effort to be the trip advisor of the healthcare

21    information, online healthcare information, which of

22    course includes comparison ratings and star ratings,

23    as well as what it shows, what it decided to bold and

24    show on searches on the web and its internal

25    documents pre-litigation about the features it

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 123

CONFIDENTIAL - ATTORNEYS EYES ONLY

2  promotes in its hope for website traffic.

3           And ending with, and very importantly, how

4  the market has responded to that.  Whether it's the

5  market as defined in my first report or Mr. Napper's

6  report, the market reaction to the two entities that

7  promote the patented features and the domination

8  those two have, measured either way, leads me to

9  reasonably believe that the patented features is a

10  substantial sources of demand.

11       Q    What percentage of the demand comes from

12  the patented features?

13       A    I have not calculated a percentage.

14       Q    Is it more than 20 percent?

15           MR. VAZQUEZ:  Object to form.  Asked and

16  answered.

17       Q    (BY MR. STIMPSON)  Actually, your counsel

18  is right.  You don't have any idea, do you, what

19  percentage?

20           MR. VAZQUEZ:  Object to form.

21  Argumentative and inappropriate.

22       Q    (BY MR. STIMPSON)  You don't have -- my

23  question, Mr. Hall, is this.  You don't have any idea

24  what percentage of the demand for the Health Grades

25  website comes from the '060 patented features, right?

Page 152

CONFIDENTIAL - ATTORNEYS EYES ONLY

1
2    keep their books and records in the normal course.
3        Q    Okay.  So let's talk a little bit about
4    how people go about using the Health Grades and
5    Vitals websites.  I mean, really, what motivates
6    people to find a way to these websites is generally a
7    desire to find information on, you know, either a
8    physician or hospital or nursing homes, right?
9            MR. VAZQUEZ:  Form.
10       A    I think I would generally agree with that
11   characterization.
12       Q    (BY MR. STIMPSON)  And so, for example, if
13   I get on Google and I want to find out something
14   about Dr. Smith in Denver, Colorado, I get on Google
15   and I type in the search box, Dr. Smith, Denver,
16   Colorado, and then up pops up a results list, right?
17       A    Yes.
18       Q    And you understand that a lot of people
19   actually find their way to the Health Grades and
20   Vitals websites by searches on Google or Bing or
21   whatever, right?
22       A    Yes.
23       Q    And do you have any idea what percentage
24   of users find their way to Health Grades or Vitals by
25   searches through general search engines like Google

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 153

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2    or Bing?
 3         A     I don't have a specific percentage in
 4    mind.  I understand it's a majority.
 5         Q     Do you -- did you assume when you did your
 6    report that people who find their way to the Vitals
 7    or Health Grades websites through searches on Google
 8    or Bing, did you assume that those were also covered
 9    by the patent?
10         A     Those referring to the individual visitor?
11         Q     Well, let me just rephrase it because my
12    question wasn't terribly clear.  So if someone gets
13    on Google and types in Dr. Smith, Denver, Colorado,
14    and up comes a Google results list.  And then one of
15    them is the Health Grades website and they click on
16    the Health Grades website and find the report on
17    Dr. Smith that way.
18              Did you assume in your damages analysis
19    that that way of finding, getting to the Health
20    Grades website, was an infringement of the '060
21    Patent?
22              MR. VAZQUEZ:  Objection.  Calls for a
23    legal conclusion.
24         A     First, I have assumed there is both
25    validity and infringement by Vitals.  As to website
```

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 154

1           CONFIDENTIAL - ATTORNEYS EYES ONLY

2      traffic, I did not make an assumption one way or

3      another if they went direct to Vitals or through a

4      Google or Bing.

5           Q    (BY MR. STIMPSON)  Don't you think that

6      would be important to your analysis on whether --

7      since a majority of people who get onto the Health

8      Grades website get there through a Google or a Bing

9      search, don't you think it's important to your

10     analysis to know whether or not that way of getting

11     there would infringe the patent?

12          A    I don't think that's necessary for my

13     analysis, assuming validity and infringement and

14     understanding the way the two companies have promoted

15     features that relate to the '060 Patent.

16          Q    So when you assumed infringement, though,

17     I just want to make sure we're clear.  Did you assume

18     that getting to the Health Grades website through a

19     Google or a Bing search was an infringement of the

20     patent?

21               MR. VAZQUEZ:  Object to form.

22          A    That's not how I would state it, no.

23          Q    (BY MR. STIMPSON)  Well, how would you

24     state it, then?

25          A    I've assumed that Vitals is using the '060

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 155

1        CONFIDENTIAL - ATTORNEYS EYES ONLY

2   Patent features in a way that a court will determine

3   to be infringing, which means actively using it to

4   attempt to get traffic the way its business overview

5   and other documents indicate its business model

6   works.  That's the assumption on infringement I've

7   taken.

8        Q     So you didn't make any specific

9   assumptions on whether going through Google or Bing

10  to get to those websites would or would not infringe

11  the patent?

12       A     Not beyond the assumption I've stated as

13  it relates to the content of Vitals and the '060

14  Patent infringement assumption.

15       Q     Okay.  Do you know what SEO is?

16       A     Yes.

17       Q     What is it?

18       A     It's an acronym that stands for search

19  engine optimization.

20       Q     And when you were doing your damages

21  analysis, did you assume that -- well, let me just

22  back up.

23            Search engine optimization and how high up

24  in the ranking you come when you do a search through,

25  say, Google, that's really important to whether a

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 156

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     person is going to end up on the Health Grades

3     website or the Vitals website or some other website,

4     right?

5               MR. VAZQUEZ:  Form.

6          A    My answer to that is it's important to

7     show up on the first page and the higher up a search,

8     generally, the better.

9          Q    (BY MR. STIMPSON)  So that's one driver

10    for how -- whether people end up on Health Grades or

11    Vitals or some other website, right, how high they

12    come up in the Google search results?

13         A    It is a factor.  And it's a factor that

14    relates to the entity's content and quality and

15    relevance of its content.

16         Q    How do you know that?  What makes you

17    think that?

18         A    In discussions with Andrea related to

19    website traffic, she described the path to Health

20    Grades.  And when I first -- I believe that's when I

21    first understood or learned that the majority get to

22    Health Grades' website via search engine.

23         Q    Andrea is Andrea Pearson?

24         A    Correct.

25         Q    So you relied on Ms. Pearson to tell you

Page 157

1    that the content of the Health Grades website is what

2    dictates how high up they come in Google search

3    results or Bing search results?

4         MR. VAZQUEZ:  Object to form.

5    A    I don't think that's what I answered.

6    Q    (BY MR. STIMPSON)  Okay.  Can you explain

7    it to me a little better?  Maybe you explained it

8    perfectly, but it's in the afternoon and I'm losing

9    focus.

10        So what did you rely on from Ms. Pearson

11   to determine anything about how Health Grades comes

12   up in the Google search results?

13   A    First, the fact of -- the nature in which

14   website traffic or visitors arrive at Health Grades.

15   And we may have discussed it in terms of Vitals, too,

16   or other online information sites, but certainly

17   Health Grades.  And then discussed the fact that most

18   go through a search engine site.  And the importance

19   of Health Grades there, I think her observation also

20   that Vitals is right there as well.

21        And those are the two market leaders and

22   have the most relevant content was discussed.

23        I gained an understanding of search engine

24   optimization on another matter, a consulting matter,

Page 158

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     not specific to healthcare websites, but the

3     discussion related to with Andrea, the content and

4     the relevance in how Health Grades attempts to keep

5     their content and relevance in such a way that they

6     show up high.

7               I also notice that that's mentioned in

8     Vitals' business overview and records as far as the

9     things that drive traffic:  content, quality, quality

10    links to other companies and SEO.  So those are the

11    bases for my understanding.

12        Q     So how does Health Grades optimize its

13    website so that it comes up higher in the Google

14    search results?

15              MR. VAZQUEZ:  Object to form.

16        A     Company efforts, including the features of

17    this '060 Patent to have the most relevant, high

18    quality data available for potential patients trying

19    to obtain information on physicians, patient ratings,

20    and the other information within the '060 Patent.

21    And it's important to them and a factor because it's

22    a window.  It's a modern-day Yellow Pages or way to

23    reach the market through those search engines.

24        Q     (BY MR. STIMPSON)  So Andrea Pearson told

25    you all this?

Page 159

1

2     A     We discussed it.  I don't know that she

3     told me every one of those factors, but we discussed

4     it.

5     Q     Who told you -- I'm sorry, who told you

6     that the '060 features were important in coming up

7     high in the Google search results?

8     A     I observed it when I did some searches

9     after that meeting.  I believe Mr. Dodge may have

10    mentioned it as well as Andrea, but we discussed

11    the -- really the pathway to web traffic for Health

12    Grades that result in the Comscore hits and result in

13    their ad revenue.

14    Q     But my question wasn't quite that.  Who

15    told you, I think in your prior answer you said it

16    was the '060 features that led to a higher listing in

17    the Google search results.

18          Did I misunderstand that?

19    A     It was part of it.  They also have other

20    features.  And it's important to them to have as high

21    quality information, as relevant information as

22    possible, to drive web traffic to their site.

23    Q     Right.  But, I mean, who told you the '060

24    features were part of what determined how high you

25    come up in Google website results?

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 160

CONFIDENTIAL - ATTORNEYS EYES ONLY

1
2     A      I don't know that I stated that in an
3     answer specifically.  You may be --
4         Q      I maybe misheard it, but I thought that
5     you said in one of your answers that you thought the
6     features of the '060 help dictate how high you come
7     up in your Google search results?
8         A      I don't think I directly stated it.  I
9     said in the context of a question you asked, but we
10    can check, and maybe I did miscommunicate.  I said
11    that's part of their effort.  As John Neal testified,
12    and I cite in my report his testimony, how important
13    it was for a patient to have a unique experience at
14    their website and how the information they have, what
15    information is available, what they can do with that
16    information.
17          And that effort by Health Grades includes
18    features of their '060 Patent, the information as I
19    mentioned.  And that was important to them as a
20    factor in staying high on the search results.
21        Q      Okay.  So let me just see if I can ask
22    this a little more directly, then.
23          Mr. Hall, do you have any evidence that
24    the features of the '060 Patent influence how high
25    Health Grades shows up in a Google search results?

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 161

2     A     I had an understanding at the time I wrote

3   my report how content was important.  And part of

4   content, of course, is the '060 features and

5   relevance.  And in both parties, you know, citing,

6   wanting to be able to do comparison ratings and an

7   understanding of being a trip advisor in Vitals'

8   instance, of healthcare information, I have that

9   understanding.

10          Subsequent to my report, I read

11   Dr. Cooper's and Mr. Greenspun's reports.  I gained a

12   further understanding in those two views of it, as

13   well as, after seeing some quoted excerpts of

14   deposition and Mr. Napper's report.

15          Had a follow-up conversation with Mr. Neal

16   and Ms. Pearson about some of the statements in

17   Napper's report.  So that's both prior to my issuance

18   of my report and after, the basis for my

19   understanding.

20     Q     Okay.  So that's -- and you rattled off an

21   awful lot of things there.  But really, my question

22   is, can you cite me to any evidence -- you said that

23   content influences the SEO -- the search results in

24   Google, right?

25     A     Contents and relevance is a very important

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 162

1       CONFIDENTIAL - ATTORNEYS EYES ONLY
2   part, yes.
3       Q    Okay.  But my question is a little more
4   specific.  What evidence do you have, what specific
5   evidence do you have that the '060 features and
6   coming under the '060 Patent has any influence on how
7   high up you come in the Google search results?
8       A    First, I was not asked to specifically
9   provide an opinion on that.  But that said, the
10  evidence is in my answer prior, that part of the
11  content, which I understand to be an important factor
12  and where you come up, includes the '060 features.
13           Assuming infringement, that Vitals is
14  using those as well.  I believe the information I
15  cited in the previous answer is a basis for an
16  understanding.
17           I have not been asked to provide evidence
18  in a technical sense.
19           I know Mr. Greenspun has an opinion on it
20  as does Dr. Carter (sic).  That's evidence in
21  addition to what I have cited.  But that's my answer.
22      Q    Are you assuming that practicing the '060
23  Patent leads to a higher ranking in Google search
24  results?
25      A    I have not made that direct assumption.

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 163

1        CONFIDENTIAL - ATTORNEYS EYES ONLY

2        Q     Okay.  So since most people come to Health

3   Grades' website and the Vitals website through

4   Google, and you're not assuming that the patent has

5   anything to do with how high up Vitals or Health

6   Grades land on the Google search results, you can't

7   really say that the '060 has anything to do with

8   people coming to the Health Grades or Vitals websites

9   when they do that through Google or Bing, right?

10             MR. VAZQUEZ:  Object to form.

11        A     I disagree with that statement and no to

12   the question.

13        Q     (BY MR. STIMPSON)  Okay.  See, that's what

14   I'm having some difficulty with.  I mean, you're

15   saying that -- you answer that question no, so you're

16   not willing to say that the '060 --

17        A     I don't think it's reasonable to say the

18   '060 features have nothing to do with the content and

19   therefore where it shows up.

20             You had asked me did I make an assumption.

21        Q     Okay.  All right.  So I'm still struggling

22   with this, though, Mr. Hall.  I mean, how much --

23   would you agree with me, sir, that how much these

24   '060 features generate people coming to the website,

25   that's an important factor in damages, right?

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 164

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      A     Yes, that the patented features drive

3   demand for the website hits, which drive advertising

4   revenue.

5      Q     So we're talking about more than half of

6   the demand for people getting on Health Grades and

7   Vitals when we're talking about people going through

8   Google or Bing, right?

9      A     Yes, or all of them.  Might be Yahoo,

10  Google, Bing, but that group of --

11     Q     Right.

12     A     -- web search.

13     Q     So what I'm trying to figure out is, then,

14  isn't it really important to know whether or not the

15  '060 features influence how high you come up on those

16  search results?

17          MR. VAZQUEZ:  Form.

18     A     It's important to -- as to whether it does

19  impact or is a factor, yes, absolutely.

20     Q     (BY MR. STIMPSON)  And what evidence do

21  you have that you can tell me or the jury that this

22  is how I know the '060 features influence how high

23  you come up on those search results through Google or

24  Bing?

25          MR. VAZQUEZ:  Form.

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 165

1      CONFIDENTIAL - ATTORNEYS EYES ONLY

2      A     I have not had that opinion in my report.

3    It's part of my understanding of the demand.  And I

4    will provide the evidence I did in an earlier answer

5    or provide the answer that all the information I have

6    cited before about the content and what both

7    companies promote as far as their content and the

8    relevance and the importance of the information and

9    the comparison ratings to the companies as they cite

10   in their own documents, testimony related to that.

11          And my understanding, though I'm not

12   providing an expert opinion the way Mr. Greenspun is,

13   as far as his view of Dr. Cooper's view of the search

14   engine optimization, I'm aware that he is going to be

15   provided -- or an opinion is going to be provided.

16   It is reasonable to conclude that the content of the

17   Vitals and Health Grades website which includes the

18   '060 patented features, which I have assumed Vitals

19   is infringing, using it is infringing, is a factor,

20   an important factor in where they surface on the

21   searches on Google or Bing and relates to the demand

22   for web traffic.

23      Q     (BY MR. STIMPSON)  So content is an

24   important factor?

25      A     Content and relevance, yes.

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 166

CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2      Q      Okay.  How about the '060 features, can

3   you say those are important factors on where you come

4   up on these search results through Google and Bing?

5      A      That would be a part of the content that

6   both companies have to offer.

7      Q      Right.  But my question is a little

8   different.  Would you say that the '060 features,

9   that part of the content is important on how high up

10  Health Grades and Vitals come up?

11     A      I think it's reasonable to conclude that

12  it is, yes.

13     Q      Why?

14     A      The answer I have just given would be my

15  answer.

16     Q      Do you know anything about the algorithms

17  that Google or Bing used to figure out who comes up?

18     A      A little bit.

19     Q      And what do you know about those?

20     A      That they're involved and that there's

21  several factors at work, including links to other

22  websites, quality links as they put it.  I understand

23  they're constantly or near constantly trying to

24  improve the ability of their search engine

25  optimizations to identify the best information for

Page 167

1      CONFIDENTIAL - ATTORNEYS EYES ONLY

2   what they think a searcher is looking for, given what

3   they plug in, that there's engineers studying it.

4   And that it's involved and it's very speedy, how

5   quickly one can click on a request and get a variety

6   of information, including related to healthcare

7   providers.

8           MR. STIMPSON:  I lost my Live Notes

9   connection here.

10          (Discussion off the record.)

11      Q    (BY MR. STIMPSON)  So my last question,

12  Mr. Hall, I asked you what you knew about the

13  algorithms Google and Bing use to figure out who

14  comes up first on their search results, right?

15      A    Yes.

16      Q    You testified that they're involved and

17  there are several factors at work, including links to

18  other websites, and they're constantly trying to

19  change it.

20      A    Yes.  And the quality and contents

21  reviewed.  From my perspective, I'm not an expert on

22  computer technology, but they're involved and

23  complex.  But having read Mr. Neal's deposition

24  testimony and Mr. Dodge's, and subsequently seeing

25  the reports of Cooper and Greenspun, gained further

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 168

1    CONFIDENTIAL - ATTORNEYS EYES ONLY

2    understanding of the algorithms.

3         Q    Do you have any way to quantify how, if at

4    all, the '060 features impact on how high you come up

5    on the Google or Bing search results?

6         A    I don't know of a way that would exist to

7    do that.

8         Q    Okay.

9         A    Other than assessing whether reasonably

10   they do have an impact on the content and relevance,

11   and I believe they do.

12        Q    I've got to go back, then.  I said, do you

13   have any way to quantify how if at all the '060

14   features impact on how high you come up on the Google

15   or Bing search results.

16             Your first answer is, I don't know of any

17   other way you can do that.  And then you continued

18   your answer and said, Other than assessing they

19   reasonably do have impact on the content and

20   relevance, and I believe they do.

21        A    I meant a threshold, not a percent out of

22   a hundred.  But I do know of a way to assess, is it

23   reasonable that they have an impact and are a factor,

24   and that's what I was answering.

25             In case your question was beyond do I have

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 169

```
 1           CONFIDENTIAL - ATTORNEYS EYES ONLY
 2     a percentage answer or a mathematical answer.
 3          Q    Okay.  So let's just get things clear,
 4     then.  You do believe that the '060 features might
 5     have some impact on how high you come up on the
 6     Google or Bing search results, correct?
 7          A    Yes.
 8          Q    But you have no way to quantify that,
 9     correct?
10          A    Quantify what?  My conclusion that it is a
11     factor?
12          Q    No, let me rephrase it, then.  You have no
13     way to quantify what effect, how big a factor those
14     '060 features are in how high you come up on the
15     Google or Bing search results?
16          A    I have not quantified that.  Though I do
17     note that the two that come up highest are also the
18     two that are highest as far as market leaders on web
19     traffic and are the ones that are practicing the '060
20     patented features.
21          Q    Well, how does that help you quantify the
22     '060 features and how they impact?
23          A    I don't think that I testified that it did
24     help you quantify it.
25          Q    Okay.
```

Page 205

CONFIDENTIAL - ATTORNEYS EYES ONLY

1     CONFIDENTIAL - ATTORNEYS EYES ONLY

2     with the assumption of infringement, and apportioning

3     their web visits, which drive ad revenue to the rest

4     of the market.

5          Q     Well, you did know, though, when you

6     drafted this report, sir, that not the entire MDx

7     Vitals website was using the '060 features, right?

8                MR. VAZQUEZ:  Form.

9          A     Yes.

10         Q     (BY MR. STIMPSON)  Right.  And you knew,

11    for example, that not -- you know, less than half of

12    the profiles on the Vitals website actually use

13    patient ratings, right?

14               MR. VAZQUEZ:  Form.

15         A     No, I don't have that understanding.  I've

16    seen that asserted, but I have not seen specific data

17    on it that supports that.

18         Q     (BY MR. STIMPSON)  So when you wrote this

19    report, nobody told you about how many profiles in

20    the Vitals website used patient ratings?

21         A     The topic was discussed.  I have not seen

22    a specific figure.

23         Q     But you know it's not all of them, right?

24         A     That's my understanding.

25         Q     All right.  Okay.  So let's just see if we

Page 206

CONFIDENTIAL - ATTORNEYS EYES ONLY

1    CONFIDENTIAL - ATTORNEYS EYES ONLY

2    can kind of summarize what happened here, then.

3         In your Mar-Flo analysis, to determine

4    what the profits are that Health Grades should have

5    had, had Vitals not infringed, you started with all

6    the advertising revenue from Vitals, right, as your

7    starting point?

8    A    For the infringement period, yes.

9    Q    Okay.

10   A    The data point we know and have and the

11   assumption of infringement, it's a reasonable start

12   point.

13   Q    Right.  And you started with that entire

14   advertising revenue, even though, as we've talked

15   about today, you knew that not every part of the

16   Vitals website was using the features of the

17   '060 Patent, right?

18   A    That's correct.  I also don't know what

19   they would have earned by way of advertising revenue

20   with just those features, without the '060 infringing

21   features.

22   Q    Right.  You just don't know that.  And

23   nobody knows that right now, right?  I mean, we just

24   don't know?

25   A    That's right, because Vitals did not do

Page 288

```
        1          CONFIDENTIAL - ATTORNEYS EYES ONLY
        2    appointments?
        3          A    I believe so.
        4          Q    And Vitals also gives information on
        5    preparation for doctor visits, right?
        6          A    I would want to look specifically.  I
        7    don't recall that specific one, but I'm not
        8    contesting it.
        9          Q    That's okay.  Would you agree that people
       10    generally don't go into a search bar and type in
       11    vitals.com or healthgrades.com?
       12              MR. VAZQUEZ:  Form.
       13          A    I think, yes.  As measured on the overall
       14    web traffic that goes to those sites, I would agree
       15    that that would not be the predominant way a visitor
       16    would get there.
       17          Q    (BY MR. STIMPSON)  So would you agree that
       18    what drives consumers to web properties like Vitals
       19    and Health Grades on physician searches is at least
       20    in part how well the company's search engine is
       21    optimized?
       22          A    Yes, and that relates to content and
       23    relevance.
       24          Q    Would you agree with me that SEO is the
       25    biggest factor on whether consumers search for
```