Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

---

**Exhibit 6**

**September 28, 2012 Deposition of Philip Greenspun**
*(selected portions)*

EXHIBIT 6

```
                                                              Page 1
 1   Volume I                              Pages 1 - 292
 2                                         Exhibits 64 - 71
 3            UNITED STATES DISTRICT COURT
 4                DISTRICT OF COLORADO
 5               Civil Action No. 11-CV-00520-PAB-BNB
 6   ************************************
 7   HEALTH GRADES, INC.,                  *
 8        Plaintiff,                       *
 9   Vs.                                   *
10   MDX MEDICAL, INC., d/b/a VITALS.COM,  *
11        Defendant.                       *
12   ************************************
13
14          DEPOSITION of PHILIP G. GREENSPUN
15          Friday, September 28, 2012 at 8:30 a.m.
16          Courtyard by Marriott
17          700 Unicorn Park Drive
18          Woburn, Massachusetts
19
20      ------ Jacqueline P. Shields, RPR, CSR ------
21
22
23
24      Job No. NJ1339308
```

```
 1   APPEARANCES:
 2
 3   Representing the Plaintiff:
 4       ROTHGERBER JOHNSON & LYONS LLP
 5       BY:  KRIS J. KOSTOLANSKY, Esquire
 6       One Tabor Center, Suite 3000
 7       Denver, Colorado 80202-5855
 8       303-623-9000 ~ Fax: 303-623-9222
 9       kkosto@rothgerber.com
10              - and -
11       MERCHANT & GOULD
12       BY:  KIRSTIN L. STOLL-DeBELL, Esquire
13       1050 17th Street, Suite 1950
14       Denver, Colorado 80265
15       303-357-1670 ~ Fax: 303-357-1671
16       kstolldebell@merchant-gould.com
17
18   Representing the Defendant:
19       SILLS CUMMIS & GROSS
20       BY:  SCOTT D. STIMPSON, Esquire
21       30 Rockefeller Plaza
22       New York, New York 10112
23       212-643-7000 ~ Fax: 212-653-6500
24       sstimpson@sillscummis.com
```

Page 3

```
 1                        I N D E X
     Testimony of:                              Page(s)
 2
     Philip Greenspun
 3
     By Mr. Stimpson                              5,280
 4
     By Mr. Kostolansky                             267
 5
                        E X H I B I T S
 6
 7   Exhibit No.      Description                For I.D.
 8    64    Expert report of Philip Greenspun,
            dated July 13, 2012                      5
 9
      64A   Resume of Philip Greenspun               5
10
      64B   Document titled Appendix B               5
11
      64C   Document titled Appendix C               5
12
      65    Defendant MDX Medical, Inc.'s Second
13          Supplemental Objections and
            Responses to Plaintiff's First Set
14          of Interrogatories                      59
15    66    Rebuttal Report of Richard G.
            Cooper, D.Sc.                           85
16
      67    '060 Patent                            102
17
      68    Deposition transcript of John Neal,
18          dated June 13, 2012                    106
19    69    Rebuttal Report of Philip Greenspun,
            dated September 17, 2012               167
20
      70    Deposition of Scott Montroy, Volume
21          I                                      226
22    71    Deposition of Scott Montroy, Volume
            II                                     226
23
24        EXHIBITS APPENDED TO ORIGINAL TRANSCRIPT
```

Page 268

1     MR. KOSTOLANSKY: I think that's his initial
2  report.
3     MR. STIMPSON: Let me grab mine, please.
4     MR. KOSTOLANSKY: Let me have all those
5  exhibits over here.
6     Q. I'm going to refer you, Mr. Greenspun, to
7  page 30 of your report, subpart D under paragraph
8  111.
9     A. Okay.
10    Q. "Wherein healthcare provider-verified
11 information is received from the first healthcare
12 provider," do you see that reference?
13    A. Yes.
14    Q. And what is your understanding about how
15 individuals who are registered or affiliated with
16 Vitals' or MDX's website submit information about
17 themselves to the website?
18    A. The physicians are able to log -- register,
19 log in, authenticate themselves using their license
20 number, I believe, and then they're able to edit
21 substantially all of the information in their
22 profile. And in some cases that's done with Web
23 forms where you add information fresh from a blank
24 field, and in some cases that's done where a Web

Page 269

1   form is sent from the server down to the browser
2   with fields already partly filled out.  The
3   physician can edit none, one, or all of those
4   fields, and hit the submit button and the
5   information goes back to the server, some of which
6   has been edited or newly typed by the physician,
7   some of which the server already had.
8         Q.  And when that information is submitted by
9   the physician back to Vitals in connection with
10  fields that were already completed on the Web form,
11  is that information then received from the
12  healthcare provider?
13        A.  Yes, it was viewed on the healthcare
14  provider's browser, the healthcare provider hit the
15  submit button, it was packaged up by the healthcare
16  provider's browser program and submitted by the HTTP
17  protocol to the VITALS.COM server.
18        Q.  Have you seen a physician actually submit
19  such information to the Vitals website?
20        A.  I have.  I have been sent screen shots made
21  by friends of mine who are physicians.  I haven't
22  actually stood over their shoulders while they used
23  the site.
24            I might add that this is a completely