Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

---

Exhibit 10

**ABMS Printout**
*(selected portions; highlighting added)*

EXHIBIT 10



About Board Certified Doctors

Is Your Doctor Board Certified

Take Charge of Your Health Care

Health Resources

Research Supports Benefits of Board Certification

▶ About ABMS

ABMS Member Boards

# About ABMS

text size   (reset)

## Higher Standards Mean Better Care

For more than 75 years, the not-for-profit American Board of Medical Specialties (ABMS) has been committed to providing patients with the highest quality health care by assisting our 24 Member Boards in developing and implementing uncompromising professional standards for doctors. You can trust Board Certified doctors to take excellent care of you and your family. That's because doctors who are Board Certified by an ABMS Member Board and participate in the ABMS Maintenance of Certification® program are voluntarily part of a rigorous process that continually assesses and enhances their medical knowledge, judgment, professionalism, clinical techniques and communication skills.

### A Trusted Resource

ABMS collaborates with our Member Boards to create lifelong learning standards that help to ensure physicians keep abreast of the latest practices and treatments. We also verify Board Certification of doctors to patients, the government, schools and business, providing a respected foundation for a national movement that supports physician accountability and the highest standards of quality care for every patient.