Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

_____

**Exhibit 11**

**Screenshots from www.vitals.com taken on March 28, 2012**
*(highlighting added)*

EXHIBIT 11

Dr. Brian Smith, MD - Urolc ×

← → C  ⓘ www.vitals.com/doctors/Dr_Brian_R_Smith_2.html   ☆ ⚙

Are you Dr. Smith? **Please login**

# vitals™
where doctors are examined

Home    Find a doctor ▾    Find a dentist ▾    Ratings ▾    Patient guides ▾

**Get over 75 Digital Grocery Coupons**

Save $    Save $

SAFEWAY ◀

Save Now ▶

Advertisement

Vitals > Urologists > CO > Denver > Dr. Brian Smith MD

🐦 Tweet   👍 Like   +1

| **Snapshot** | Full profile | Rate this doctor |

## Dr. Brian Smith

Dr. Brian R Smith, MD is a male with 18 years of medical experience and practices in **Urology**.
**The Urology Center of Colorado**
2777 Mile High Stadium Cir
Denver, CO
See all of Dr. Smith's practice locations

✅ Top consumer rating
★★★★ Hospital affiliation
★★★★ Medical school

**Practice Fusion® Free EMR**
Safe, Secure and Reliable EMR. 100,000+
Practitioners. Join Today!
practicefusion.com

**$500 Ch. 7 Bankruptcy**
BBB Accredited - Full Attorney Rep Flat Fee -
Over 315 reviews!
www.JudeLawllc.com

**Saddleback® Leather Co.**
Hand-Crafted Leather Goods Built To Outlast
You. 100 Year Guarantee!
www.SaddlebackLeather.com

◀ ▶

AdChoices ▷
Advertisement

## IS THIS THE DOCTOR YOU'RE LOOKING FOR?

| Yes | No |
| see the full profile | find a different doctor |

⚠️ UPDATED INFORMATION for
Dr. Brian Smith

Dr. Brian Smith has received the award 2011
Patients' Choice Award.
1 month ago on 02/17/2012

Dr. Brian Smith's Overall Patient Rating is now 4.0
out of 4.
1 year ago on 03/06/2011

A patient has added a new review.

### A Full Profile (FREE!) includes:

Phone Number
Hospital Affiliations plus Ratings
Medical School

All Practice Locations
Awards & Distinctions
Patient Guides

**Click here**



10:04 AM
03/28/2012

  Dr. Brian Smith, MD - Urolo   

← → C ⓘ www.vitals.com/doctors/Dr_Brian_R_Smith_2.html ☆ ✎

see the
full profile       find a
different doctor

 **A Full Profile (FREE!) includes:**

Phone Number                      All Practice Locations
Hospital Affiliations plus Ratings    Awards & Distinctions
Medical School                    Patient Guides
Areas of Expertise                Insurance Accepted
Patient Ratings & Reviews          Biographies
Sanctions                        Board Certifications

 **Click here to view the full profile**

 **Patient Ratings & Comments**

The Overall Average Patient Rating of Dr. Brian R Smith, MD when asked is Excellent.
Dr. Smith has been reviewed by 4 patients. The rating is 4.0 out of 4 stars. Read Reviews

 **Insurance**

Dr. Brian Smith accepts the following plans for Cigna at the 2777 Mile High Stadium Cir, Denver, CO location: CO - Colorado Plus, HMO, UnitedHealthcare iPlan Choice Plus, PPO and others. Individual insurance coverage may vary based on different office locations. See additional insurance networks and plans that are accepted.

Need health insurance? It's more affordable than you think! Get an INSTANT quote!

 **CHEAP** Insurance

 **Education Summary**

Dr. Smith graduated from **University of Colorado School of Medicine**. This school is ranked #4 out of 144 in

 ⓘ **UPDATED INFORMATION for Dr. Brian Smith**

Dr. Brian Smith has received the award 2011 Patients' Choice Award.
1 month ago on 02/17/2012

Dr. Brian Smith's Overall Patient Rating is now 4.0 out of 4.
1 year ago on 03/06/2011

A patient has added a new review.
1 year ago on 03/06/2011

Verified: The specialty Urology has been updated.
1 year ago on 01/26/2011

Doctor's profile has been updated.
1 year ago on 01/26/2011

Board Certified specialty has been updated.
1 year ago on 01/26/2011

State license information has been updated.
1 year ago on 01/26/2011

Verified: Graduated from University of Colorado School of Medicine.
1 year ago on 10/18/2010

**Receive Alerts**

When there is new important information about this doctor...    ✓ **ALERT ME**

              10:05 AM   03/28/2012

Dr. Brian Smith, MD - Urolo ×

← → C  ⊙ www.vitals.com/doctors/Dr_Brian_R_Smith_2.html


## Education Summary

Dr. Smith graduated from **University of Colorado School of Medicine**. This school is ranked #4 out of 144 in primary care quality by US News & World Report and in research quality is ranked #29 out of 144.
**Learn more about Dr. Smith's medical training.**


## Hospital Affiliation

**See all hospital affiliations.**


## Publications

**Review specific publication excerpts.**


## Awards & Distinctions

**Read more about other awards, appointments and associations.**


## Board Certification, Specialty and Expertise

Dr. Brian R Smith, MD has obtained board certification from the member board for Urology.
**View ABMS Certification**


## Licenses

A medical license is required for a doctor to receive a NPI number and practice in any given state. Requirements vary by state but most require, at a minimum, post-graduate training in the doctor's specific specialty. Dr. Brian Smith is confirmed to have a license in UT and CO.

www.vitals.com/doctors/Dr_Brian_R_Smith_2.html



## Licenses

A medical license is required for a doctor to receive a NPI number and practice in any given state. Requirements vary by state but most require, at a minimum, post-graduate training in the doctor's specific specialty. Dr. Brian Smith is confirmed to have a license in UT and CO.

**Consider these related doctors:**
Dr. Donald J May, MD
Dr. Dustin R Ridout, MD
Dr. Robert S Lee, MD
Dr. Eun C Park, MD
Dr. Michael E Chen, MD

**Where does Dr. Brian Smith practice?**
Dr. Brian Smith practices Urology near Denver, CO.
Additional practice locations include: Westminster, CO; Englewood, CO
See other **Denver Urologists**.

**Dr. Brian Smith, MD may also be known as:**
Brian Richard Smith MD, Dr. Smith Brian

### Overall Patient Rating 

Based on 4 ratings (see all)

3 comments have been submitted by users.
**Read Reviews**

**Rate this doctor**

**Overall Rating**
The Overall Average Patient Rating of Dr. Brian R Smith, MD is Excellent. Dr. Smith has been reviewed by 4 patients. The rating is 4.0 out of 4 stars.

**Wait Time**
The **average wait time** to see Dr. Smith according to patient reviews, is **15 minutes**. By comparison, patients wait a national average of 21 minutes before seeing a doctor.

**Wait Time**
The **average wait time** to see Dr. Smith according to patient reviews, is **15 minutes**. By comparison, patients wait a national average of 21 minutes before seeing a doctor.

**Patient Ratings**
Dr. Smith is rated "**EXCELLENT**" by patients in the following areas:

    **Ease of Appointment** — 4.0
    **Promptness** — 4.0
    **Courteous Staff** — 4.0
    **Accurate Diagnosis** — 4.0
    **Bedside Manner** — 4.0
    **Spends Time with Me** — 4.0
    **Follow Up** — 4.0

Vitals > Doctors A to Z > S > Dr. Brian Smith MD

  If you don't find a job, we'll help pay your bills. WESTWOOD COLLEGE® Click for details.
Advertisement

about us    faq    blog    contact    site map    business partners    vitals widget    privacy

Data Certified by:  BPA WORLDWIDE®

 Inc. 500

 One of the 20 Best Money-Saving Websites as named by Money Magazine 2010 — 2010

 Dell SMALL BUSINESS EXCELLENCE AWARD FINALIST

Doctor Directory: A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

As more fully set forth in this website's terms and conditions, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of

Dr. Todd Rosengart, MD - S  ×

← → C  © www.vitals.com/doctors/Dr_Todd_Rosengart.html  ☆

vitals
where doctors are examined

Are you Dr. Rosengart? Please login

Home    Find a doctor ▾    Find a dentist ▾    Ratings ▾    Patient guides ▾

NIASPAN
niacin          FREE TRIAL →

PRESCRIBING INFORMATION
Along with diet and exercise
NIASPAN raises HDL ("good")
cholesterol and lowers LDL
("bad") cholesterol and
triglycerides in people with
abnormal cholesterol levels.

IMPORTANT SAFETY INFORMATION for NIASPAN
• NIASPAN is available by prescription only.
• NIASPAN is not for people with liver problems, stomach ulcers, serious

Advertisement

Vitals › Surgeons › NY › East Setauket › Dr Todd Rosengart MD

Tweet    👍Like    🔲 +1

| Snapshot | Full Profile | Video | Rate this doctor | Patient Guides |

## Dr. Todd Rosengart

Dr. Todd K Rosengart, MD, FACC, FACS is a male with 25 years of medical experience and practices in Surgery and Thoracic Surgery (Cardiothoracic Vascular Surgery).

Stony Brook Surgical Assoc-Ent
37 Research Way
East Setauket, NY

See all of Dr. Rosengart's practice locations

✅ Top consumer rating
⭐⭐⭐☆ Medical school
✅ Holds faculty appointment

NIASPAN
niacin          FREE TRIAL →

PRESCRIBING INFORMATION
Along with diet and exercise NIASPAN raises HDL ("good")
cholesterol and lowers LDL ("bad") cholesterol and
triglycerides in people with abnormal cholesterol levels.

IMPORTANT SAFETY INFORMATION for NIASPAN
• NIASPAN is available by prescription only.
• NIASPAN is not for people with liver problems, stomach ulcers, serious bleeding problems, or those allergic to any product

Advertisement

### A Full Profile (FREE!) includes:

Phone Number
Hospital Affiliations plus Ratings
Medical School
Areas of Expertise
Patient Ratings & Reviews
Sanctions

All Practice Locations
Awards & Distinctions
Patient Guides
Insurance Accepted
Biographies
Board Certifications

Click here
to view the
full profile

### Patient Ratings & Comments

The Overall Average Patient Rating of Dr. Todd K Rosengart, MD, FACC, FACS when asked is Excellent.

Dr. Rosengart has been reviewed by 10 patients. The rating is 3.5 out of 4 stars. Read Reviews

### Insurance

Dr. Rosengart accepts the following insurance plans:

• 3 Great-West Healthcare Plans
• 32 HIP Health Plan of New York Plans
• 15 Empire Blue Cross Blue Shield Plans
• 6 Cigna Plans

ⓘ UPDATED INFORMATION for
Dr. Todd Rosengart

Dr. Todd Rosengart's Overall Patient Rating is now 3.7 out of 4.
2 weeks ago on 06/12/2012

New patient rating added.
2 weeks ago on 06/12/2012

Dr. Todd Rosengart has received the award 2011 Patients' Choice Award.
3 weeks ago on 06/10/2012

A patient has added a new review.
1 month ago on 05/31/2012

A photo was added for Dr. Todd Rosengart.
1 month ago on 05/11/2012

Confirmed: Practice location is at 37 Research Way, East Setauket, NY.
2 months ago on 04/27/2012

Continues current affiliation with Nyp-Weill Cornell.
2 months ago on 04/27/2012

Verified: Currently accepts The Empire Plan (UHC).
2 months ago on 04/27/2012



11:28 AM
07/01/2012

- 6 Cigna Plans
- 5 Humana Plans
- 5 Affinity Health Plans
- 16 United Healthcare Plans
- 1 The Empire Plan (UHC) Plan
- 2 Neighborhood Health Plan (NHP) Plans
- 3 Fidelis Care Plans
- 1 Oxford Plan

See additional insurance networks and plans that are accepted.

Need health insurance? It's more affordable than you think! Get an INSTANT quote!

 **CHEAP** Insurance

## Education Summary

Dr. Rosengart graduated from **Northwestern University**. This school is ranked #51 out of 144 in primary care quality by US News & World Report and in research quality is ranked #19 out of 144.

Learn more about Dr. Rosengart's medical training.

## Hospital Affiliation

See all hospital affiliations.

## Publications

Review specific publication excerpts.

## Awards & Distinctions

  

Patients' Choice Award  America's Leading Expert  Compassionate Doctor Recognition

America's Leading Experts recognizes the top 15% of physicians who are proficient publishers on a specific disease, disorder or medical condition. Dr. Rosengart of East Setauket, NY recognition highlights his research proficiency in Surgery, Thoracic Surgery (Cardiothoracic Vascular Surgery).

Patients' Choice - Patients' Choice recognizes doctors who make a difference in the lives of their patients. This

**Receive Alerts**

When there is new important information about this doctor...    ALERT ME

Patients' Choice - Patients' Choice recognizes doctors who make a difference in the lives of their patients. This honor is given to those physicians who have received near perfect scores as voted by their patients. For 10 ratings, Dr. Rosengart has an average overall score of 3.5 stars.

Castle Connolly Top Doctors™ are specialists and primary care physicians who are highly recommended by their peers and other healthcare professionals. This recognition identifies the top physicians who possess a high level of medical skill and expertise. Dr. Rosengart of East Setauket, NY has been recognized in 2012, 2011, 2010, 2009.

Compassionate Doctor certification is part of 'Patients' Choice' where patients rate and vote for their favorite doctors. Patients have expressed their esteemed opinion of this doctor's bedside manner, identifying as one of America's Most Compassionate Doctors.

Read more about other awards, appointments and associations.

## Board Certification, Specialty and Expertise

Dr. Todd K Rosengart, MD, FACC, FACS has obtained board certification from the member board for Surgery and Thoracic Surgery (Cardiothoracic Vascular Surgery).

In addition to the specialty of Surgery, Dr. Todd K Rosengart, MD, FACC, FACS has expertise in 19 areas. This includes Transfusion Free Surgery, Coronary Artery Angioplasty & Stent, Cardiac Surgical Procedures plus others.

View ABMS Certification

## Licenses

A medical license is required for a doctor to receive a NPI number and practice in any given state. Requirements vary by state but most require, at a minimum, post-graduate training in the doctor's specific specialty. Dr. Todd Rosengart is confirmed to have a license in NY and IL.

Where does Dr. Todd Kenneth Rosengart practice?
Dr. Todd Rosengart practices Surgery, Thoracic Surgery (Cardiothoracic Vascular Surgery) near East Setauket, NY.
Additional practice locations include: Smithtown, NY; Stony Brook, NY
See other East Setauket Surgeons and East Setauket Cardiothoracic Surgeons.

Similar Physician Names
Dr. Tod Rosengart

Overall Patient Rating 

Based on 10 ratings (see all)

2 comments have been submitted by users.
Read Reviews

Based on 10 ratings (see all)

**Overall Rating**
The Overall Average Patient Rating of Dr. Todd K Rosengart,
MD, FACC, FACS is Excellent. Dr. Rosengart has been reviewed
by 10 patients. The rating is 3.5 out of 4 stars.

**Wait Time**
The average wait time to see Dr. Rosengart according to
patient reviews, is **25 minutes.** By comparison, patients wait a
national average of 21 minutes before seeing a doctor.

**Patient Ratings**
Dr. Rosengart is rated "EXCELLENT" by patients in the
following areas:
   Courteous Staff — 3.5
   Accurate Diagnosis — 3.5
   Ease of Appointment — 3.5

Dr. Rosengart is rated "GOOD" in the following areas:
   Promptness — 3.2
   Bedside Manner — 3.4
   Spends Time with Me — 3.2
   Follow Up — 3.4

**Read Reviews**

**Rate this doctor**

Vitals > Doctors A to Z > R > Dr Todd Rosengart MD

Robotic Heart Bypass Surgery Exempla Robotic-Assisted Surgery with The da Vinci Si®. Contact Us! ExemplaRobot

Heart Valve Replacement Expert Heart Valve Surgery What Every Patient Should Know www.MitralValveRepair.org

Nose Surgery Expert, NYC Selected as One of The World's Top Nose Surgeons. Seen on Fox5, Tim...   AdChoices ▷

about us      faq      blog      contact      site map      business partners      vitals widget      privacy

Data Certified by:
BPA WORLDWIDE

Inc. 500

One of the 20 Best Money-Saving Websites as named by Money Magazine 2010    2010

visit us on facebook

Doctor Directory: A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be
construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the
provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings
appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own



Dr. Todd Rosengart, MD - S ×
www.vitals.com/doctors/Dr_Todd_Rosengart.html

Vitals > Doctors A to Z > R > Dr Todd Rosengart MD

Robotic Heart Bypass Surgery Exempla Robotic-Assisted Surgery with The da Vinci Si®. Contact Us! ExemplaRobot...

Heart Valve Replacement Expert Heart Valve Surgery. What Every Patient Should Know. www.MitralValveRepair.org

Nose Surgery Expert, NYC Selected as One of The World's Top Nose Surgeons. Seen on Fox5, Tim AdChoices ▷

Advertisement

RMJ, FACS, FACS is Excellent. Dr. Rosengart has been reviewed by 10 patients. The rating is 3.5 out of 4 stars.

Wait Time
The average wait time to see Dr. Rosengart according to patient reviews, is 25 minutes. By comparison, patients wait a national average of 21 minutes before seeing a doctor.

Patient Ratings
Dr. Rosengart is rated 'EXCELLENT' by patients in the following areas:
Courteous Staff — 3.5
Accurate Diagnosis — 3.5
Ease of Appointment — 3.5

Dr. Rosengart is rated 'GOOD' in the following areas:
Promptness — 3.2
Bedside Manner — 3.4
Spends Time with Me — 3.4
Follow Up — 3.4

about us    faq    blog    contact    site map    business partners    vitals widget    privacy

Doctor Directory: A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment, MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

Copyright © 2006 - 2012 Vitals.com & MDX Medical, Inc. All Rights Reserved.



vitals
where doctors are examined

Are you Dr. Smith? Please login

Home | Find a doctor | Find a dentist | Ratings | Patient guides

VESIcare (solifenacin succinate) tablets
The DOCTOR CONVERSATION GUIDE can make it easier
Get your Guide
SCROLL HERE
IMPORTANT SAFETY INFORMATION
VESIcare is not for everyone. If you have certain stomach or glaucoma problems,
PRESCRIBING INFORMATION
Advertisement

Vitals > Oncologists > OK > Oklahoma City > Dr Jeffrey Smith MD

Tweet | Like | +1

Snapshot | Full Profile | Rate this doctor | Patient Guides

# Dr. Jeffrey Smith

Dr. Jeffrey J Smith, MD, DO is a male with 32 years of medical experience and practices in Obstetrics & Gynecology.

★★★★ Medical school

13128 N Macarthur Blvd
Oklahoma City, OK
See all of Dr. Smith's practice locations

VESIcare (solifenacin succinate) tablets
Get a FREE TRIAL OFFER* for VESIcare today!
Sign up now
*Subject to eligibility. Restrictions may apply
SCROLL HERE
IMPORTANT SAFETY INFORMATION
VESIcare is not for everyone. If you have certain stomach or glaucoma problems, or trouble emptying your bladder, do not take VESIcare. VESIcare may cause allergic reactions that may be serious. If you experience swelling of the
PRESCRIBING INFORMATION
Advertisement

## A Full Profile (FREE!) includes:

- Phone Number
- Hospital Affiliations plus Ratings
- Medical School
- Areas of Expertise
- Patient Ratings & Reviews
- Sanctions
- All Practice Locations
- Awards & Distinctions
- Patient Guides
- Insurance Accepted
- Biographies
- Board Certifications

Click here to view the full profile

## Patient Ratings & Comments

The Overall Average Patient Rating of Dr. Jeffrey J Smith, MD, DO when asked is Good.

Dr. Smith has been reviewed by 30 patients. The rating is 2.5 out of 4 stars. Read Reviews

## Insurance

Dr. Smith accepts the following insurance plans:

- 5 Blue Cross Blue Shield of Oklahoma Plans
- 4 Cigna Plans

See additional insurance networks and plans that are accepted.

## UPDATED INFORMATION for Dr. Jeffrey Smith

Dr. Jeffrey Smith's Overall Patient Rating is now 2.4 out of 4.
1 hour ago on 07/01/2012

A patient has added a new review.
1 hour ago on 07/01/2012

Now affiliated with Mercy Health Center, Inc.
3 months ago on 03/30/2012

Continues current affiliation with Summit Medical Center.
3 months ago on 03/26/2012

Continues membership with American College of Obstetrics and Gynecology.
1 year ago on 02/28/2011

State license information has been updated.
1 year ago on 02/28/2011

Doctor's profile has been updated.
1 year ago on 02/20/2011

Verified: The specialty Surgery has been updated.
1 year ago on 02/28/2011

## Receive Alerts

See additional insurance networks and plans that are accepted.

Receive Alerts

When there is new important information about this doctor...
ALERT ME

Need health insurance? It's more affordable than you think! Get an INSTANT quote!

CHEAP Insurance

## Education Summary

Dr. Smith graduated from **University of Nebraska.** This school is ranked #17 out of 144 in primary care quality by US News & World Report

Learn more about Dr. Smith's medical training.

## Hospital Affiliation

See all hospital affiliations.

## Publications

Review specific publication excerpts.

## Awards & Distinctions

Read more about other awards, appointments and associations.

## Board Certification, Specialty and Expertise

Dr. Jeffrey J Smith, MD, DO has obtained board certification from the member board for Obstetrics &

Gynecology.

In addition to the specialty of Obstetrics & Gynecology, Dr. Jeffrey J Smith, MD, DO has expertise in 18 areas. This includes Ovarian Tumors, Benign and Malignant, Metrorrhagia, Endometriosis plus others.
**View ABMS Certification**

## Licenses

A medical license is required for a doctor to receive a NPI number and practice in any given state. Requirements vary by state but most require, at a minimum, post-graduate training in the doctor's specific specialty. Dr. Jeffrey Smith is confirmed to have a license in OK and MD.

Where does Dr. Jeffrey Joseph Smith practice?

Where does Dr. Jeffrey Joseph Smith practice?
Dr. Jeffrey Smith practices Obstetrics & Gynecology near Oklahoma City, OK.
See other Oklahoma City Oncologists, Oklahoma City Obstetricians & Gynecologists, Oklahoma City Radiologists and Oklahoma City Surgeons.

**Similar Physician Names**
Dr. Geoffrey Smith

**Overall Patient Rating** 

21 comments have been submitted by users.
**Read Reviews**

**Rate this doctor**

Based on 30 ratings (see all)

**Overall Rating**
The Overall Average Patient Rating of Dr. Jeffrey J Smith, MD, DO is Good. Dr. Smith has been reviewed by 30 patients. The rating is 2.5 out of 4 stars.
DO is Good. Dr. Smith has been reviewed by 30 patients. The rating is 2.5 out of 4 stars.

**Wait Time**
The average wait time to see Dr. Smith according to patient reviews, is 35 minutes. By comparison, patients wait a national average of 21 minutes before seeing a doctor.

**Patient Ratings**
Dr. Smith is rated "GOOD" in the following areas:
  Ease of Appointment — 3.0
  Courteous Staff — 2.7
  Accurate Diagnosis — 2.7
  Bedside Manner — 2.5

Dr. Smith is rated "FAIR" in the following areas:
  Promptness — 2.4
  Spends Time with Me — 2.4
  Follow Up — 2.4

Some ratings provided by DrScore.

Vitals > Doctors A to Z > S > Dr Jeffrey Smith MD

Advertisement

**Top OB/GYN Doctors** Find top ob/gyn doctors CU doctors in Denver www.cudoctors.com

**Advanced Pain Specialists** Interventional Pain Management Dr. Nguyen and Dr. Salguero www.advancedpaintulsa.com

**Walden University Online** Doctoral, Master's and Bachelor's. An Accredited Online University. Walde AdChoices ▷

about us    faq    blog    contact    site map    business partners    vitals widget    privacy

Data Certified by:
         

Doctor Directory: A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | J | V | W | X | Y | Z

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

Copyright © 2006 - 2012 Vitals.com & MDx Medical, Inc. All Rights Reserved.