Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

---

**Exhibit 12**

**July 1, 2011 Infringement Contentions, Ex. B Claim Chart (prior version)**
*(selected portions; highlighting added)*

EXHIBIT 12

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

**EXHIBIT B - Claim Chart**
**U.S. Patent No. 7,752,060 to MDx's Prior Website**

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| **1.** A computer-implemented method of providing healthcare provider information to potential patients, said method comprising: | MDx Medical, Inc. ("MDx") directly infringed this claim by practicing a computer-implemented method of providing healthcare provider information to potential patients via its on-line information system, which included its pre-January 2011[1] version of its website (www.vitals.com), its healthcare provider database, and the software and hardware that are associated therewith.

MDx provides potential patients with access to MDx's database of information relating to healthcare providers, such as doctors, through its www.vitals.com website.

Various screenshots taken from http://www.vitals.com/[2] are provided in this claim chart to illustrate the various features of the vitals.com website and how these features correspond to the features of claims 1, 4-9, 11, 14-16.  For instance, Screenshot No. 1 (reproduced below and, in larger form, in Exhibit D) illustrates the homepage of the MDx website where a potential patient begins accessing MDx's information related to specific doctors. |

---

[1] MDx made changes to its website in January 2011.
[2] Screenshots taken between 11/1/10 and 12/31/10. Because Plaintiffs cannot currently access the pre-January 2011 website, the quality and availability of the screenshots may be affected.

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 1 <br><br>  <br><br> For example, MDx provides a potential patients with information about a healthcare provider in response to the potential patient clicking on the "find the doctor you need" link or in response to the potential patient clicking on the "find a doctor now" link, both of which are circled in red on Screenshot No. 1 above. |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies; | At the initiation of the potential patient/user using MDx's website, MDx's web server accesses healthcare-provider-verified information. *See* Screenshot No. 4 (illustrating the result of accessing and displaying doctor supplied information). Highlighted in Screenshot No. 4, among other things, are the following pieces of healthcare provider-verified information: doctor's age, gender, specialty information and years in practice.<br><br>Screenshot No. 4<br><br> |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx receives the healthcare provider-verified information from healthcare providers.  MDx's website provides doctors with the ability to send information to MDx.  For example, MDx's website provides many opportunities for doctors to edit their own profiles.  *See, e.g.*, Screenshot No. 5 <br><br> Screenshot No. 5 <br><br>  |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx states on its website that it receives, compiles, and posts doctor-supplied information. *See* Screenshot No. 6.<br><br>Screenshot No. 6<br><br> |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information; | MDx compiles information regarding doctors that is verified by an independent third-party source. The verified information comprises, at least, medical school, licensure, board certification, medical fellowship and medical residency information.  *See* Screenshot No. 8 (displaying a portion of the FAQ from the vitals.com website stating that the information comes from various third parties). <br><br> Screenshot No. 8 <br><br>  |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | As a specific example, MDx compiles medical school information on a given doctor from "The Princeton Review, the U.S. Government and other sources." *See* Screenshot No. 9. MDx then provides potential patients with medical school information associated with a given physician's academic and fellowship history.<br><br>Screenshot No. 9<br><br> |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx compiles board certification information. See Screenshot No. 10 (board certification check mark circled in purple).<br><br>Screenshot No. 10<br><br> |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx compiles additional information verified by an independent third-party source regarding a physician's medical school, internship, residency, and fellowship positions. *See* Screenshot No. 11 (noting that MDx obtains all educational information from independent third parties unless otherwise noted).<br><br>Screenshot No. 11<br><br> |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | As a specific example, Screenshot 12 provides specific evidence that MDx compiles fellowships information on at least some it its doctors.<br><br>Screenshot No. 12<br><br> |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and | After a patient/user enters search criteria for a doctor, MDx creates one or more healthcare provider reports using information from the MDx database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third-party source.<br><br>Screenshot Nos. 13 -16 show portions of healthcare provider reports. These reports use at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in pink; and (3) information verified by an independent third party circled in purple. These reports also include comparison ratings, circled in orange.<br><br>Screenshot No. 13<br><br> |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 14  |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 15  |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 16  |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx's "compare now" feature generates multiple comparison ratings. For example this list provides the patient with information regarding how well physicians listed rate against each other for things like location, years of experience, patient ratings, education, etc.  *See* Screenshots Nos. 17-20. <br><br> Screenshot No. 17 <br><br>  |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 18  |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 19  |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | Screenshot No. 20 <br>  |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | In addition, the "overall patient rating," comprising 0-4 purple stars, comprises comparison ratings of healthcare providers. *See* Screenshot No. 21. |

Screenshot No. 21



Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| | MDx includes another comparison rating of healthcare providers when it includes the "Patients' Choice" mark next to the physician's name. MDx gives this award to physicians when the physician has "received near perfect scores as rated by patients" compared to other physicians. *See* Screenshot No. 22.<br><br>Screenshot No. 22<br><br><br><br>        To the extent that MDx asserts that these three ratings do not literally satisfy the limitation of a healthcare provider report that includes comparison ratings, these ratings meet the claim limitations under the doctrine of equivalents because they have the same function, in the same way, to achieve the same result as comparison ratings on a healthcare provider report. |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | MDx's Previous On-line Information System |
|---|---|
| providing access to the healthcare provider report on the first healthcare provider over a computer network. | MDx provides access to the doctors' healthcare provider reports over a computer network.  *See* Screenshot No. 23 (highlighting that this information was accessed over a computer network, e.g., the Internet, and that the profile can be sent by email or printed).<br><br>Screenshot No. 23<br><br> |