Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Exhibit 6

September 28, 2012 Deposition of Philip Greenspun

*(selected portions)*

EXHIBIT 6

```
                                                        Page 1
 1   Volume I                              Pages 1 - 292
 2                                         Exhibits 64 - 71
 3            UNITED STATES DISTRICT COURT
 4                DISTRICT OF COLORADO
 5               Civil Action No. 11-CV-00520-PAB-BNB
 6   ***********************************
 7   HEALTH GRADES, INC.,                  *
 8        Plaintiff,                       *
 9   Vs.                                   *
10   MDX MEDICAL, INC., d/b/a VITALS.COM,  *
11        Defendant.                       *
12   ***************************************
13
14           DEPOSITION of PHILIP G. GREENSPUN
15           Friday, September 28, 2012 at 8:30 a.m.
16           Courtyard by Marriott
17           700 Unicorn Park Drive
18           Woburn, Massachusetts
19
20      ------ Jacqueline P. Shields, RPR, CSR ------
21
22
23
24       Job No. NJ1339308
```

```
                                                        Page 2

 1    APPEARANCES:

 2

 3    Representing the Plaintiff:

 4         ROTHGERBER JOHNSON & LYONS LLP

 5         BY:  KRIS J. KOSTOLANSKY, Esquire

 6         One Tabor Center, Suite 3000

 7         Denver, Colorado 80202-5855

 8         303-623-9000 ~ Fax: 303-623-9222

 9         kkosto@rothgerber.com

10              - and -

11         MERCHANT & GOULD

12         BY:  KIRSTIN L. STOLL-DeBELL, Esquire

13         1050 17th Street, Suite 1950

14         Denver, Colorado 80265

15         303-357-1670 ~ Fax: 303-357-1671

16         kstolldebell@merchant-gould.com

17

18    Representing the Defendant:

19         SILLS CUMMIS & GROSS

20         BY:  SCOTT D. STIMPSON, Esquire

21         30 Rockefeller Plaza

22         New York, New York 10112

23         212-643-7000 ~ Fax: 212-653-6500

24         sstimpson@sillscummis.com
```

Page 3

```
 1                        I N D E X
     Testimony of:                              Page(s)
 2
     Philip Greenspun
 3
     By Mr. Stimpson                            5,280
 4
     By Mr. Kostolansky                           267
 5
                        E X H I B I T S
 6
 7   Exhibit No.     Description                For I.D.
 8   64    Expert report of Philip Greenspun,
           dated July 13, 2012                      5
 9
     64A   Resume of Philip Greenspun               5
10
     64B   Document titled Appendix B               5
11
     64C   Document titled Appendix C               5
12
     65    Defendant MDX Medical, Inc.'s Second
13         Supplemental Objections and
           Responses to Plaintiff's First Set
14         of Interrogatories                      59
15   66    Rebuttal Report of Richard G.
           Cooper, D.Sc.                           85
16
     67    '060 Patent                            102
17
     68    Deposition transcript of John Neal,
18         dated June 13, 2012                    106
19   69    Rebuttal Report of Philip Greenspun,
           dated September 17, 2012               167
20
     70    Deposition of Scott Montroy, Volume
21         I                                      226
22   71    Deposition of Scott Montroy, Volume
           II                                     226
23
24         EXHIBITS APPENDED TO ORIGINAL TRANSCRIPT
```

Page 268

1  MR. KOSTOLANSKY: I think that's his initial
2  report.
3  MR. STIMPSON: Let me grab mine, please.
4  MR. KOSTOLANSKY: Let me have all those
5  exhibits over here.
6  Q. I'm going to refer you, Mr. Greenspun, to
7  page 30 of your report, subpart D under paragraph
8  111.
9  A. Okay.
10 Q. "Wherein healthcare provider-verified
11 information is received from the first healthcare
12 provider," do you see that reference?
13 A. Yes.
14 Q. And what is your understanding about how
15 individuals who are registered or affiliated with
16 Vitals' or MDX's website submit information about
17 themselves to the website?
18 A. The physicians are able to log -- register,
19 log in, authenticate themselves using their license
20 number, I believe, and then they're able to edit
21 substantially all of the information in their
22 profile. And in some cases that's done with Web
23 forms where you add information fresh from a blank
24 field, and in some cases that's done where a Web

Page 269

1  form is sent from the server down to the browser
2  with fields already partly filled out.  The
3  physician can edit none, one, or all of those
4  fields, and hit the submit button and the
5  information goes back to the server, some of which
6  has been edited or newly typed by the physician,
7  some of which the server already had.
8      Q.  And when that information is submitted by
9  the physician back to Vitals in connection with
10 fields that were already completed on the Web form,
11 is that information then received from the
12 healthcare provider?
13     A.  Yes, it was viewed on the healthcare
14 provider's browser, the healthcare provider hit the
15 submit button, it was packaged up by the healthcare
16 provider's browser program and submitted by the HTTP
17 protocol to the VITALS.COM server.
18     Q.  Have you seen a physician actually submit
19 such information to the Vitals website?
20     A.  I have.  I have been sent screen shots made
21 by friends of mine who are physicians.  I haven't
22 actually stood over their shoulders while they used
23 the site.
24         I might add that this is a completely