**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

   Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

   Defendant.

**MDX MEDICAL, INC.'S OPPOSITION TO HEALTH GRADES, INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

# PLACEHOLDER FOR RESTRICTED FILING AND

# COVER FOR UNRESTRICTED EXHIBITS