# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

      Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

**DECLARATION OF DAVID C. LEE**

---

David C. Lee, being of full age, hereby declares and states as follows:

1.      My name is David C. Lee.  I am over the age of 18 years, and have personal knowledge of the facts stated herein.

2.      I am an associate at Sills Cummis & Gross P.C., attorneys for Defendant MDx Medical, Inc. ("MDx").  I submit this declaration in support of MDx's Opposition to Health Grades, Inc.'s ("Health Grades") Motion for Partial Summary Judgment [Dkt. # 369].

3.      Attached hereto as Exhibit A is a true and correct copy of Health Grade's Responses to Defendant MDx's First Set of Interrogatories (Nos. 1-6), with highlighting added by counsel for MDx.

4.      Attached hereto as Exhibit B is a true and correct copy of a document produced by counsel for Health Grades, bearing bates numbers HG 0001867-0001868, which purports to be a Health Grades press release.

5.      Attached hereto as Exhibit C are true and correct copies of portions of the transcript of the deposition of Scott Montroy taken on January 16, 2012.

6.      Attached hereto as Exhibit D is a true and correct copy of United States provisional patent application no. 60/771,757, filed February 8, 2006.

7.      Attached hereto as Exhibit E is a true and correct copy of Health Grade's Second Supplemental Response to MDx's Interrogatory No. 8.

8.      Attached hereto as Exhibit F are true and correct copies of portions of the transcript of the deposition of David Hicks taken on January 11, 2012.

9.      Attached hereto as Exhibit G are true and correct copies of portions of the transcript of the deposition of John Neal taken on June 13, 2012.

10.     Attached hereto as Exhibit H is a true and correct copy of a document produced by counsel for Health Grades, bearing bates numbers HGMKES 022179- 022180, which purports to be an email between Scott Montroy, David Hicks and John Neal.

11.     Attached hereto as Exhibit I is a true and correct copy of a document produced by counsel for Health Grades, bearing bates number HG0042038, which purports to be an email from Scott Montroy.

12.     Attached hereto as Exhibit J is a true and correct copy of a document produced by counsel for Health Grades, bearing bates number HG003226, which purports to be email correspondence.

13.     Attached hereto as Exhibit K are true and correct copies of portions of the transcript of the deposition of Allen Dodge taken on June 28, 2012.

14.     Attached hereto as Exhibit L is a true and correct copy of a document produced by counsel for Health Grades, bearing bates numbers  HG0042042- 0042044, which purports to be an email from Scott Montroy.

15.     Attached hereto as Exhibit M is a true and correct copy of a document produced by counsel for Health Grades, bearing bates numbers HGMKES 022433-022437, which purports to be email correspondence.

16.     Attached hereto as Exhibit N is a true and correct copy of a document produced by counsel for Health Grades, bearing bates numbers HG 0043786-0043787, which purports to be an email and attachment from David Hicks.

17.     Attached hereto as Exhibit O is a true and correct copy of a document produced by counsel for Health Grades, bearing bates numbers HG 0209008-0209010, which purports to be email correspondence.

18.     Attached hereto as Exhibit P is a true and correct copy of a document produced by counsel for Health Grades, bearing bates numbers HGMKES 022569- 022574, which purports to be a survey, background information on the survey and instructions.

19.     Attached hereto as Exhibit Q are true and correct copies of portions of Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure.

20.     Attached hereto as Exhibit R are true and correct copies of certain papers from the prosecution history for United States Patent No. 7,752,060.

21.     Attached hereto as Exhibit S are true and correct copies of portions of the transcript of the deposition of Dr. Philip Greenspun, taken on September 28, 2012.

22.     Attached hereto as Exhibit T is a true and correct copy of a document produced by counsel for Health Grades, which purports to be Dr. Phillip Greenspun's resume.

23.     Attached hereto as Exhibit U is a true and correct copy of portions of the expert report of Dr. Richard G. Cooper.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/26/2012___

_____
DAVID C. LEE