Placeholder for Exhibits Filed as Restricted: Exhibits A, C, F-O, S, U