# EXHIBIT P

Patient Experience Survey

HealthGrades will not share your information with anyone without your express desire and authorization. Your physician will not know you are completing this survey.

---------------------------------------------------------------------------------------------

**Please rate <doctor's name>'s office and staff on each of the following:**

1.) Ease of scheduling urgent appointments when you feel ill:

- Excellent
- Very Good
- Good
- Fair
- Poor
- Don't Know

2.) Office environment (cleanliness, comfort, lighting, temperature, location):

- Excellent
- Very Good
- Good
- Fair
- Poor
- Don't Know

3.) Friendliness and courtesy of the office staff:

- Excellent
- Very Good
- Good
- Fair
- Poor
- Don't Know

4.) Once you arrive for a scheduled appointment, how long do you have to wait (including waiting room and exam room) before you see this physician:

- Less than 10 minutes
- 10 – 15 minutes
- 16 – 30 minutes
- 31 – 45 minutes
- Over 45 minutes



Highly Confidential - Attorney's Eyes Only

---

**Thinking about your experience with \<doctor name\> overall, rate him or her on the following:**

5.) Do you feel the physician spends an appropriate amount of time with you?

- Definitely Yes
- Mostly Yes
- Not Sure
- Mostly Not
- Definitely Not

6.) Does the physician listen to you and answer your questions?

- Definitely Yes
- Mostly Yes
- Not Sure
- Mostly Not
- Definitely Not

7.) Does the physician help you understand your medical condition(s)?

- Definitely Yes
- Mostly Yes
- Not Sure
- Mostly Not
- Definitely Not

8.) Do you trust your physician to make decisions/recommendations that are in your best interests?

- Definitely Yes
- Mostly Yes
- Not Sure
- Mostly Not
- Definitely Not

9.) Would you recommend your physician to family/friends?

- Definitely Yes
- Mostly Yes
- Not Sure
- Mostly Not
- Definitely Not

Highly Confidential - Attorney's Eyes Only

10.)   How many visits have you had with this physician within the last two years?

(Drop down box with the numbers 1, 2-5, 6-10, 11-30, 31-60, 61-100, 100+)

------------------------------------------------------------------------------------------------------------------

**Please complete the following optional information about yourself.**

11.)   What type of health insurance do you have?

- PPO or POS Plan (this plan typically has a network of providers and does not require a primary care provider referral)
- HMO Plan (this plan typically has a network of providers and does require a primary care provider to refer to specialist care)
- Private Insurance (this plan is where you pay 100% of the premium)
- Medicare/Medicaid
- Other
- None

12.)   What is your gender?
- Male
- Female

13.)   What is your age?
- 18 – 24
- 25 – 34
- 35 – 44
- 45 – 54
- 55 – 64
- Over 64

14.)   What is your current marital status?
- Married
- Never married
- Divorced
- Widowed

15.)   Which category best describes you?
- African-American or Black
- Hispanic or Latino
- Native American or American Indian
- Asian or Pacific Islander
- White or Caucasian
- Other

16.)   What is the highest level of school you have completed?

- 8th grade or less
- Some high school
- High school diploma or GED
- Vocational school or some college
- College degree
- Professional or graduate degree

17.)   What is your annual household income, before taxes?
- Less than $20,000
- $20,000 - $39,999
- $40,000 - $59,999
- $60,000 - $79,999
- $80,000 - $99,999
- $100,000 - $150,000
- Over $150,000

Thank you for taking our Patient Experience Survey. By completing the survey, you authorize us to include your responses in the survey results. Your responses are completely anonymous.

When we receive your survey, we will e-mail you to verify that it was you who submitted it. In this way, w ensure that the tabulated responses are from actual patients.

HealthGrades will not share your e-mail with anyone without your express desire and authorization. Please see or <u>Privacy Policy</u> for more information.

Please enter your e-mail address:
<box here>

<Submit button>

Copyright Health Grades, Inc, 2004. All rights reserved.

## Background on the Development of This Survey

The survey is subdivided into 3 sections – (1) about the doctor's office, (2) about the doctor and (3) about the respondent. The scale for each section is a 5 point scale. The set of choice for section 1 are not the same set of choices for section 2 although each section maintains its set of choices. For example, section 1 has a set of choices ranging from Excellent to Poor while section 2's choices are Definitely Yes to Definitely No.

JDPA's survey was divided into sections but the sections were (1) about the doctor overall, (2) about the respondent's recent appointment and (3) about the respondent. JDPA also utilized a 10 point scale. Not many questions correlate to the ones HealthGrades developed except for the "likelihood to recommend this physician." and the demographic questions. In order to use the responses gathered for this JDPA question and use them to populate the HG question, we would have to collapse the JDPA 10 point scale into a 5 point scale. I do not recommend using any other JDPA responses to populate HG questions other than this one and the demographic ones because the other JDPA questions were too all encompassing.

> Here are some examples of my reasoning for this recommendation (I have highlighted the parts of the JDPA question that correlate to an HG question and placed the HG question number next to it to outline my rationale.):

:

- Ease of access –: *Ease of access* has to do with how easy or difficult it is for you to see your physician when you need to (HG #1). You might want to think about whether or not it is easy for you to reach your physician by telephone, how long you typically have to wait before you can get routine or urgent appointments, the amount of time you have to wait on average in the waiting room before you can see the physician (HG #4), convenience of office hours, and convenience of the physician's office location. We are looking for your perceptions on ease of access, overall, taking the kinds of things described above into consideration

- Communication skills -- When rating your physician's *communication skills*, think about the thoroughness of the physician's questions about your symptoms. Is the physician attentive to what you say? (HG #6) Does the physician clearly explain the diagnosis and treatment approach or plan? (HG #7) Does the physician give you proper instructions on how to take your medications or how to adhere to your treatment plan? Does your physician offer appropriate advice and help in making decisions about care (HG #8). We are looking for your perceptions, overall, taking the kinds of things described above into consideration.

- Interpersonal skills -- *Interpersonal skills* relates to the physician interacts with you in general. You might want to think about things that are often referred to as the physician's "bedside manner." For example, is the physician patient, friendly, and concerned about your feelings? Is the physician caring and respectful of you? (HG #6) Does the physician spend enough time with you without making you feel uncomfortable about his or her schedule (HG #5)? We are looking for your perceptions, overall, taking the kinds of things described above into consideration.

   Highly Confidential - Attorney's Eyes Only

## Instructions for Implementation/Requirements

1. This survey will replace the JDPA survey. Thus, all processes that were in place for confirming a survey respondent will remain in place for this survey. Past the following text in your browser if you would like to review the processes put into place.
\\Hgfilesrv1\corporate\share\Requirements\PID_1111_Patient_Satisfaction_Survey\Planning_Di agrams_April\Flowchart_Files\PatExperience2_frame.htm
2. In the disclaimer at the last of the survey, the last 2 paragraphs are not shown if the user purchased a report since the e-mail address was already confirmed upon purchase.
3. Results displayed will be the national averages for each question. The user will be able to see his response and the national average for each question except for the demographic information about the user.

          Highly Confidential - Attorney's Eyes Only