# EXHIBIT Q

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure— Exhibit A—
'060 Patent v. MDx's Current Website

**EXHIBIT A - Claim Chart**
**U.S. Patent No. 7,752,060 To MDx's Current Website**

| U.S. Patent No. 7,752,060 | Markman Order | ——————MDx's Current On-line Information System |
|---|---|---|
| 1.  A computer-implemented method of providing healthcare provider information to potential patients, said method comprising: | | MDx Medical, Inc. ("MDx") directly infringes this claim by practicing a computer-implemented method of providing healthcare provider information to potential patients via its on-line information system, which includes its website (www.vitals.com), its healthcare provider database, and the software and hardware, that are associated therewith.<br><br>MDx provides potential patients with access to MDx's database of information relating to healthcare providers, such as doctors, through its www.vitals.com website.<br><br>Various screenshots taken from http://www.vitals.com/[1] are provided in this claim chart to illustrate the various features of the vitals.com website and how these features correspond to the features of claims 1, 4-9, 11, 14-16.  For instance, Screenshot No. 1 (reproduced below and, in larger form, in Exhibit C) illustrates the homepage of the MDx website where a potential patient begins accessing MDx's information related to specific doctors. |

---

[1]   Screenshots taken between 6/1/11 and 6/29/2011 2/24/2012.

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Screenshot No. 13 <br><br>  |
| creating, by | "First Healthcare | After a patient/user enters search criteria for a doctor, MDx creates one or more healthcare |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure— Exhibit A —
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ———————————MDx's Current On-line Information System |
|---|---|---|
| the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and | Provider: a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)  "Comparison Ratings of Healthcare Providers: ratings on multiple healthcare providers, including the 'first healthcare provider,' in the report on that 'first healthcare provider,' thus permitting comparison of | provider reports using information from the MDx database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third-party source— about the first healthcare provider.  The Court's Markman Order defines "First Healthcare Provider" as "a particular healthcare provider about whom information is requested and a report is produced."  (Markman Order at 23.)  The Court's Markman Order defines "Comparison Ratings of Healthcare Providers" as "ratings on multiple healthcare providers, including the 'first healthcare provider,' in the report on that 'first healthcare provider,' thus permitting comparison of the 'first healthcare provider' with other potential healthcare providers."  (Markman Order at 24.)  Screenshot Nos. 14 & 16-18 show portions of a healthcare provider report for Dr. Mark Brunvand, who is an example of a first healthcare provider as defined by the Court in its Markman ruling.  This report uses at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in green; and (3) information verified by an independent third party circled in purple. The report also includes comparison ratings, circled in orange, about Dr. Brunwald, and other healthcare providers as required by the Court's Markman Order.  Screenshot No. 14 |

EXHIBIT 3

Case 1:11-cv-00520-PAB-BNB   Document 148-4   Filed 03/02/12   USDC Colorado   Page 33 of 65

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ———————————MDx's Current On-line Information System |
|---|---|---|
| | the 'first healthcare provider' with other potential healthcare providers." (Markman Order at 24.) | <br><br>The "match score" comparison rating provides the patient with information regarding how well physicians listed in the results list satisfy the patient's specified criteria, e.g. "specialty or location [state], and [city] [criteria]." The "match score" is determined based on four criteria, which may be changed by the patient by manipulating the slider bars shown in screenshot No. 15, below. Dr. Brunvand's report also includes match scores of other healthcare providers as |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ———————————MDx's Current On-line Information System |
|---|---|---|
| | | required by the Court's Markman Order.<br><br>Screenshot No. 15<br><br><br><br>Additionally, the "overall patient rating," comprising 0-4 purple stars, both for Dr. Brunvard and other healthcare providers, comprises comparison ratings of healthcare providers. *See* Screenshot No. 16.<br><br>Screenshot No. 16 |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ——————————————MDx's Current On-line Information System |
|---|---|---|
| | | <br><br>MDx includes another comparison rating of healthcare providers when it includes the "Patients' |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Choice" mark next to the physician's name. MDx gives this award to physicians when the physician has "received near perfect scores as rated by patients" compared to other physicians. *See* Screenshot No. 17.<br><br>Screenshot No. 17<br><br> |

EXHIBIT 3

Case 1:11-cv-00520-PAB-BNB   Document 148-4   Filed 03/02/12   USDC Colorado   Page 37 of 65

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure — Exhibit A —
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ———————————MDx's Current On-line Information System |
|---|---|---|
| | | To the extent that MDx asserts that any of these three ratings do not literally satisfy the limitation of a healthcare provider report that includes comparison ratings, these ratings meet the claim limitationslimitation under the doctrine of equivalents because they have the same function, and operate in the same way to achieve the same result as comparison ratings in a healthcare provider report. *See Screenshot No. 18.*<br><br>The report on Dr. Brunvand also uses the following patient provided information: patient ratings compiled from a www.vitals.com on-line patient-experience survey (circled in green in Screenshot No. 18 below):<br><br>Screenshot No. 18 |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

EXHIBIT 3

65

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | The report on Dr. Brunvand uses the following doctor-verified information: (1) specialty information, gender, years in practice, shown in Screenshot No. 19, and; (2) professional memberships shown in Screenshot No. 20 below: <br><br> Screenshot No. 19 <br><br> **Mark W Brunvand, MD** <br> Internist, Medical Oncologist <br> Male - 25 years experience <br><br> Screenshot No. 20 |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | <br><br>The report on Dr. Brunvand uses the following patient provided information: patient ratings compiled from a www.vitals.com on-line patient-experience survey (circled in green in Screenshot No. 18 below):<br><br>Screenshot No. 18<br><br><br><br>Additionally, the report on Dr. Brunvand uses information verified by the independent third-party sources, namely, board certifications and medical school information as shown in |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ——————————MDx's Current On-line Information System |
|---|---|---|
| | | Screenshot Nos. 21-22 below. MDx also uses compiled licensure information to ensure that only licensed physicians, including Brunvand, are displayed in the search results.<br><br>Screenshot 21<br><br><br><br>Screenshot 22 |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ————MDx's Current On-line Information System |
|---|---|---|
| | | Education<br><br>Dr. Brunvand was educated at the following institutions:<br><br>Medical School<br>University of Colorado School of Medicine<br>Completed: 1982<br>Ranked #1 out of 144 in primary care by US News & World Report.<br>Ranked #29 out of 144 in research quality by US News & World Report.<br><br>Institution Ranking · Top 25% · Institution Rating<br><br>What's This ▲<br><br>_____<br><br>With regard to the example shown above with respect to the request for information regarding the first healthcare provider as construed by the Court, the following screenshot shows a portion (e.g. a first page) of a healthcare provider report for the first healthcare provider discussed above, Dr. James Smith, in New York, NY.  This report uses at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in green; and (3) information verified by an independent third party circled in purple. The report also includes comparison ratings, circled in orange, about Dr. James Smith, and other healthcare providers as required by the Court's Markman Order, circled in blue . |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | 

Additional portions (e.g. pages) of Dr. Smith's report include additional (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in green; and (3) information verified by an independent third party circled in purple: |

EXHIBIT 3

65

Case 1:11-cv-00520-PAB-BNB   Document 148-4   Filed 03/02/12   USDC Colorado   Page 44 of 65

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A— '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure — Exhibit A —
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

EXHIBIT 3

65

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

EXHIBIT 3

65

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ————————MDx's Current On-line Information System |
|---|---|---|
| | | As another example, the following screenshot shows a portion (e.g. a first page) of a healthcare provider report for the first healthcare provider discussed above, Dr. Sujana Chandrasekhar. This report uses at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in green; and (3) information verified by an independent third party circled in purple.  The report also includes comparison ratings, circled in orange, about Dr. Chandrasekhar, and other healthcare providers as required by the Court's Markman Order (circled in blue).  Additional pages of this report on Dr. Chandrasekhar contain additional healthcare provider verified, patient provided information, third party verified information as required by the claims. |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure— Exhibit A —
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ————————————MDx's Current On-line Information System |
|---|---|---|
| | | 
To the extent that the Court's construction of first healthcare provider requires that the healthcare provider report on the first healthcare provider include *only* one particular healthcare |

EXHIBIT 3

65

Case 1:11-cv-00520-PAB-BNB   Document 148-4   Filed 03/02/12   USDC Colorado   Page 49 of

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ————————————MDx's Current On-line Information System |
|---|---|---|
| | | provider, a position with which Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents.  MDx literally infringes this element because the www.vitals.com website is capable of creating a healthcare provider report about *only* one particular physician.  A portion of a healthcare provider report about Dr. James Smith (e.g. the first page of the healthcare provider report on the first healthcare provider), and only Dr. James Smith, is shown in the green square below:  |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ————————MDx's Current On-line Information System |
|---|---|---|
| | | As another example, a portion of a healthcare provider report about Dr. Sujana Chandrasekhar (e.g. the first page of the healthcare provider report on the first healthcare provider), and only Dr. Chandrasekhar, is shown in the red square below: |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  MDx infringes under the doctrine of equivalents because creating a report that includes multiple particular physicians performs substantially the same function, in substantially the same way, to achieve substantially the same result as creating a healthcare provider report about |

EXHIBIT 3

65

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ─────────────MDx's Current On-line Information System |
|---|---|---|
| | | one particular physician.<br><br>To the extent that the Court's Markman Order additionally requires that the comparison ratings of the first healthcare provider be within the same report as the comparison ratings of the other healthcare providers, MDx infringes under the doctrine of equivalents because it displays at least the first page of multiple healthcare provider reports, each about a single particular healthcare provider (reports are shown by green boxes), and each including comparison ratings of that particular healthcare provider (comparison ratings shown by orange boxes), on the same viewable page, side-by-side, as shown below: |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure— Exhibit A —
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  And as another example (reports are shown in red squares, comparison ratings of the first healthcare provider are shown in the orange square): |

EXHIBIT 3

Case 1:11-cv-00520-PAB-BNB   Document 148-4   Filed 03/02/12   USDC Colorado   Page 54 of

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure Exhibit A
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | <br><br>Displaying multiple healthcare provider reports, each about a single healthcare provider and each including comparison ratings of that particular healthcare provider, performs substantially the same function, in substantially the same way, to achieve substantially the same result as creating a report about a first healthcare provider that includes comparison ratings of multiple healthcare providers. |

EXHIBIT 3

65

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure— Exhibit A —
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ——————————MDx's Current On-line Information System |
|---|---|---|
| | | To the extent that the Court's construction of comparison ratings of healthcare providers requires that the comparison ratings of the first healthcare provider be shown on the same page (e.g. side by side) as the comparison ratings of other healthcare providers, MDx both literally infringes this element and infringes under the doctrine of equivalents.  MDx literally infringes this element because the www.vitals.com website is capable of providing a healthcare provider reports on a particular healthcare provider that include comparison ratings of that particular healthcare provider as well as other healthcare providers, which are displayed on the same page, side-by-side.  MDx infringes under the doctrine of equivalents because a healthcare provider report that displays comparison ratings of the first healthcare provider on a different page than comparison ratings of other healthcare providers performs substantially the same function, in substantially the same way, to achieve substantially the same result as displaying this information side-by-side.<br><br>To the extent that the Court's construction of first healthcare provider requires that the healthcare provider report on the first healthcare provider be limited to a single viewable page, a position with which Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents.  MDx literally infringes this element because the www.vitals.com website is capable of healthcare provider report on the first healthcare provider be limited to a single viewable page as shown above.  MDx infringes under the doctrine of equivalents because creating a healthcare provider report on the first healthcare provider that is displayed on multiple viewable pages, linked together, performs substantially the same function, in substantially the same way, to achieve substantially the same result as creating a healthcare provider report on the first healthcare provider be limited to a single viewable page.<br><br>The purpose of this element is to provide a patient with a report containing information about a particular healthcare provider, e.g., a first healthcare provider, who matches a patient's search criteria. Additionally, it facilitates comparisons among the matching healthcare providers. MDx's website is capable of doing this.  In fact, it is capable of providing the claimed |

EXHIBIT 3

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure—Exhibit A—
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | ——————————MDx's Current On-line Information System |
|---|---|---|
| | | information about multiple healthcare providers and has multiple ratings systems that facilitate comparisons among the healthcare providers that match the search query as described above.<br><br>To the extent that MDx does not include comparison ratings in its report, MDx infringes under the doctrine of equivalents at least because it includes ratings that function to allow customers to compare physicians against other physicians. The way in which these ratings are included is substantially the same, i.e., through the above mentioned computer method. The result is substantially similar, i.e., a website that allows a customer to compare physicians using ratings. |
| providing access to the healthcare provider report on the first healthcare provider over a computer network. | | MDx provides access to the doctors' healthcare provider reports over a computer network.  *See* Screenshot No. 23 (highlighting that this information was accessed over a computer network, e.g., the Internet, and that the profile can be sent by email or printed).<br><br>Screenshot No. 23 |

EXHIBIT 3