# EXHIBIT C

Page 1

1          IN THE UNITED STATES DISTRICT COURT

            FOR THE DISTRICT OF COLORADO

2

                VOLUME I - Pages 1 to 187

3

   HEALTH GRADES, INC.,

4

          Plaintiff,

5

        vs.                    Civil Action No.

6                              11-CV-00520-PAB-BNB

   MDX MEDICAL, INC., d/b/a

7  VITALS.COM,

8          Defendant.

9                               /

10

11         Deposition of SCOTT MONTROY, taken on behalf of

12  the Defendant, pursuant to Amended Subpoena to Testify

13  at a Deposition in a Civil Action in the above-entitled

14  action, on Monday, January 16, 2012, at 7:03 a.m., at

15  Crowne Plaza Jacksonville Riverfront, 1201 Riverplace

16  Boulevard, Jacksonville, Florida, before Teresa S.

17  DeCiancio, RDR, CRR, CCP, CBC, FPR, and Notary Public in

18  and for the State of Florida at Large.

19

20

21                         -   -   -

22

23

24

25     Job No. NJ371358

Page 2

1    APPEARANCES:
2    FOR THE PLAINTIFF:
3        JESÚS M. VÁZQUEZ, Esquire
         Rothgerber Johnson & Lyons LLP
4        One Tabor Center
         1200 17th Street, Suite 3000
5        Denver, Colorado  80202-5855
6
7    FOR THE DEFENDANT:
8        SCOTT D. STIMPSON, Esquire
         Sills Cummis & Gross, P.C.
9        30 Rockefeller Plaza
         New York, New York  10112
10
11
     ALSO PRESENT:
12
         KIRSTIN L. STOLL-DEBELL, Esquire
13       Merchant & Gould
         1050 Seventeenth Street, Suite 1950
14       Denver, Colorado 80265-0100
15
         ASHLEY HOLT, Videographer
16
17
                         -   -   -
18
19
20
21
22
23
24
25

Page 46

```
 1      Q     Checked for accuracy?

 2            MR. VÁZQUEZ:  Same objection.

 3      A     Yeah, checked for accuracy.

 4      Q     So if you'd go to the next paragraph, please --

 5      actually, a little later in --

 6      A     And it's true.

 7      Q     Okay.  Thank you.

 8            A little later in the -- in that same

 9      paragraph, it refers to certain -- a group of

10      information there, healthcare provider information,

11      starting "specialty information, medical philosophy."

12      Do you see that?

13      A     Yeah.

14            Oh, wait.  No.

15      Q     It's right in the same paragraph.

16      A     Okay.  Yeah.

17      Q     Okay.  And that's all healthcare provider --

18      A     Yeah.

19      Q     -- healthcare-related information, right?

20      A     Right.

21      Q     So we know that this claim has a focus not just

22      on any data, but it's talking about data relating to

23      healthcare providers, right?

24            MR. VÁZQUEZ:  Form.

25      A     Appears to...
```

Page 47

1      Q     I'm sorry?  I just can't hear.

2      A     Go ahead.  Yeah, I didn't understand your

3  question.

4      Q     Okay.  That's okay.

5            And then the next paragraph talks about

6  compiling.  And if you could just follow along with me a

7  bit, it says, "compiling, by at least one computer

8  processor, patient-provided information regarding the

9  first healthcare provider, wherein the patient-provided

10  information comprises patient ratings" -- let's stop

11  there for a second.

12            What are patient ratings?

13            MR. VÁZQUEZ:  Object to form.  Calls for a

14      legal conclusion.  He's not a patent expert.

15      A     I interpret patient ratings to be the

16  information that we gathered from the consumer surveys

17  that we got out regarding patient experience.  We had

18  patient experience surveys.

19      Q     Okay.  Anything else?

20            MR. VÁZQUEZ:  Same objections.

21      A     I don't know.

22      Q     Would that be like, for example, the star

23  ratings that were in some reports?  Those would be

24  patient ratings?

25            MR. VÁZQUEZ:  Object to form.

Page 48

1   A   We had a lot of patients to rate physicians.  I

2  can't remember, actually.

3   Q   Do you remember --

4   A   There were stars.  It would be converted to

5  stars.

6   Q   Star ratings would be patient ratings, though,

7  right?

8       MR. VÁZQUEZ:  Object to form.  Calls for a

9    legal conclusion.

10   A   Star ratings would be patient ratings?

11       Star ratings could be patient ratings?

12       I think so.  I mean, I don't know.  I'm not

13  sure.

14   Q   Do you remember any of the reports you talked

15  about having star ratings?

16   A   Yes.

17   Q   Okay.  And were those patient ratings?

18       MR. VÁZQUEZ:  Object to form.

19   A   Were they patient ratings?  Yeah.  I just can't

20  remember if we -- it's been a while, but I think -- I'm

21  pretty sure -- I'm not sure, though, that we allowed the

22  patients to pick the rating or we converted it to a

23  rating.  I think we allowed them to pick a rating, but

24  it's been a while.  I can't remember exactly.

25   Q   Either way, though, it's still the patients

Page 49

1    doing the rating, right?

2            MR. VÁZQUEZ:  Object to form.

3        A    The patients providing the information.

4        Q    Right.

5            And so whether you converted the patients'

6    comments to stars or whether the patients actually told

7    you how many stars --

8        A    Right.

9        Q    -- it's still patient ratings, right?

10           MR. VÁZQUEZ:  Object to form.

11       A    It would still be input from the patient.

12       Q    So it would be patient ratings, right?

13           MR. VÁZQUEZ:  Object to form.  Asked and

14       answered.

15       Q    You can answer.

16       A    It would still be -- it would be the patient's

17   opinion of the physician --

18       Q    Okay.

19       A    -- or the provider.

20       Q    As an inventor on this patent --

21       A    Yeah.

22       Q    -- that's what you meant by "patient ratings,"

23   right?

24           MR. VÁZQUEZ:  Object to form.  Misstates the

25       patent language.  Asked and answered.

1     A     That the -- that the patient would provide the

2     feedback and, yeah, I mean, rate the provider.

3     Q     Okay.  If you would look at the -- let's go to

4     the last paragraph.  Well, not the last one, but it

5     says, "creating, by at least one computer processor."

6     Are you with me?

7     A     Yeah.  "Compiling by" --

8     Q     No.  No, it actually says, "creating, by at

9     least one."  It's the paragraph about Line 58.

10    A     Okay.

11    Q     So if you'd just follow along with me, please.

12          It says, "creating, by at least one computer

13    processor, a healthcare provider report on the first

14    healthcare provider."

15          First of all, that's referring to the first

16    healthcare provider that's up there on Line 27, right?

17          MR. VÁZQUEZ:  Object to form.

18    A     I --

19          MR. VÁZQUEZ:  Asked -- object to form.

20          Scott, just give me a chance to make my

21    objections.

22          THE WITNESS:  Okay.

23          MR. VÁZQUEZ:  Please let him finish his answer

24    before you start asking the next question, Counsel.

25          Okay.  So that last question, as I understood

Page 201

1      Q    Okay.  That's just showing you who this report

2    is on, right?

3      A    Yeah.

4      Q    And it says, "Report date:  April 17, 2003"?

5    Did I read that right?

6      A    Uh-huh.

7      Q    And it also gives you information on the --

8    when the report was updated last, which was March 5,

9    2003, right?

10      A    Correct.

11      Q    So this report is all about the specific

12    healthcare provider Daniel Capen, right?

13           MR. VÁZQUEZ:  Form.

14      A    I mean, it appears to be a report on Daniel

15    Capen.

16      Q    Okay.

17      A    Yeah.

18      Q    And there's a -- in that box there, it talks

19    about, "Specialty:  Bone and joint surgery

20    (orthopaedics)."  Do you see that?

21      A    Yeah.

22      Q    At this time in 2003, how was Health Grades

23    getting that information?

24      A    I don't remember exactly.  I don't remember

25    exactly.  Data -- Mike Wethington and Dave were doing

Page 202

1    most of the data work, so I'm not really sure.  I can't

2    say.  I can't remember exactly.

3        Q    Dave Hicks?

4        A    Yeah.

5        Q    Did there come a time in the 2003/2004 time

6    frame when that specialty information was obtained from

7    healthcare providers?

8        A    Can you repeat that again?  I'm sorry.

9        Q    Was there a time when Health Grades started

10   getting that specialty information directly from

11   healthcare providers?

12            MR. VÁZQUEZ:  Form.

13       A    I don't remember.

14       Q    Do you remember if the POS -- that's the

15   physician online services --

16       A    Right.

17       Q    -- asked for specialty information from

18   healthcare providers?

19       A    I -- I think it did, but it's been a while

20   since I've thought about that, so I don't know.  I mean,

21   I'm pretty sure it did, though.

22       Q    And you see this -- below that, there's Board

23   certification, medical school, graduation date,

24   residency.  Do you see those?

25       A    Yeah.

1     Q    Where did Health Grades obtain that information

2   for this report?

3     A    That was --

4          MR. VÁZQUEZ:  Form.

5     A    -- just in the database, so that would be more

6   of Dave and Mike Wethington.  I don't remember exactly.

7   I did most of the publishing of it, so...

8     Q    Did you have an understanding as to whether it

9   came from third parties as opposed to healthcare

10  providers?

11    A    I can't remember if this one -- I think -- I'm

12  not sure -- I'm not certain on this one whether it was

13  third-party or not.  I think it was, but I'm not

14  certain.

15    Q    How about foreign language and gender?  Do you

16  remember whether that was part of the POS?

17    A    Was it part of the POS?

18    Q    Yes, so you got the information from healthcare

19  providers directly.

20         MR. VÁZQUEZ:  Form.

21    A    Could a physician come in and provide the

22  language?  Yeah.  Did we have it in the -- I can't

23  remember if we had it or if it was solely provided by

24  them.

25    Q    Did Health Grades ever have advertisements in

Page 228

1    group of people, including yourself, February 4, 2004?

2        A    Yeah.

3        Q    And, again, this is an e-mail that was prepared

4    and relied on in the ordinary course of business at

5    Health Grades, right?

6        A    Correct.

7        Q    The subject -- first of all, the list of people

8    there, everyone there at Health Grades at the time?

9        A    Everyone employees?  Is that what you're

10   saying?

11       Q    Yeah.  Everyone there --

12       A    I mean, I don't know if John Neal was employed

13   at the time, but John Morrow was -- yeah.

14       Q    So everybody else except for the possible --

15       A    Yeah.  I'm not sure whether John was -- if he

16   was just in a contractor role at that point or what, a

17   consulting role.

18       Q    Okay.  But everyone else you're comfortable was

19   an employee of Health Grades at the time?

20       A    Looks like it.

21       Q    Okay.

22       A    John Morrow -- yeah.

23       Q    The subject says, "Additional Patient SAT

24   Points."  Do you know what that means?

25       A    Additional patient satisfaction points, yeah.

Page 229

1     Q    Okay.

2     A    Points that Dave's making.

3     Q    So "SAT" refers to patient satisfaction?

4     A    Yeah.   That's how I would interpret it.

5     Q    Okay.   This would then be referring to patient

6  satisfaction surveys?

7     A    Correct.

8     Q    Okay.   And Point 1 is, "We have roughly 50,000

9  questions and answers since about 1999."

10    A    Okay.

11    Q    Do you -- did you understand that Health Grades

12  had already had --

13    A    Questions and answers?   '99?

14         MR. VÁZQUEZ:   Scott, just let him finish his

15    question.

16         THE WITNESS:   I'm sorry.

17         MR. VÁZQUEZ:   That's all right.

18         MR. STIMPSON:   No, my question is asked.

19         MR. VÁZQUEZ:   What's the question?   I'm sorry.

20    A    '99.   If it's referring -- if it's related to

21  patient satisfaction data, that -- seems interesting.

22    Q    Were you aware of questions and answers that

23  were available as of February 2004 on patient

24  satisfaction?

25    A    I'm not, no.   2000?   That -- no, not unless he

Page 230

1    was referring to something else, questions and answers.

2        Q    Okay.  As of February 2004, however, Health

3    Grades was already working on the patient satisfaction

4    surveys?

5        A    I'm sorry.  What was that?

6        Q    As of February 2004, Health Grades was already

7    working on collecting patient-provided information,

8    correct?

9        A    Again, I don't know if that -- that was in

10   production or not, but, you know, somewhere in that

11   ballpark.

12       Q    Okay.  And Point Number 2 says, "Partners such

13   as Discovery Health are currently using our survey

14   instrument."  What was your survey instrument as of

15   February 4, 2004?

16       A    That would have been probably the patient

17   experience survey.

18       Q    And so your partners were already using the

19   patient experience survey?

20       A    That would suggest that I -- yeah, that

21   Discovery Health -- "Are you currently using the survey

22   instrument?"  So that would be we would be collecting

23   patient experience feedback from sites such as Discovery

24   Health that we created like these wrapper sites with.

25       Q    So -- just to make sure I understand, so --

Page 231

1    first of all, who's Discovery Health?

2        A    They were -- well, it's a website, and they

3    were -- we partnered -- or not partnered with -- they

4    were a client and we provided a solution for them.  I'm

5    not going to -- I can't remember all the specifics, but

6    it would probably be to the areas of, you know,

7    physician information, hospital information, nursing

8    home information, and we would wrap that around with

9    their headers and footers so it looked like it was the

10   Discovery Health website but it was kind of like powered

11   by Health Grades inside the middle of it with our health

12   information.

13       Q    Okay.  So Discovery Health at this point was

14   giving these survey results on their -- through their

15   website and getting results from patients?

16       A    I don't know if they're getting results.  It

17   doesn't say if we're publishing it or currently using

18   them.  We could have been collecting them but not

19   publishing yet.

20       Q    Okay.

21       A    Because there was like kind of a chicken and

22   the egg thing where I think we had to get so much data

23   before we could figure out how to publish it, and I

24   can't remember the specifics on that, so...

25       Q    And Discovery Health was another company,

Page 245

1    rough cut of the fields and content we want to collect"

2    on physicians from the physician online service; is that

3    right?

4        A    That's what it reads, yeah.

5             MR. STIMPSON:  And let me just have marked as

6        Exhibit 27 a one-page document bearing Bates

7        Number HG0042048.

8             (Exhibit Number 27 was marked for

9    identification.)

10            THE WITNESS:  Okay.

11   BY MR. STIMPSON:

12       Q    Exhibit 28 is an e-mail you sent on May 25,

13   2004?

14       A    Okay.

15       Q    And you sent it to Health Grades employees and

16   John Neal?

17       A    Okay.

18       Q    And, again, this is -- well, it's an e-mail

19   prepared and relied on in the ordinary course of

20   business at Health Grades, right?

21       A    Yeah.

22       Q    And from this e-mail we know the physician

23   online service was online as of late May 2004?

24       A    That would be correct.

25       Q    Pardon me?

Page 246

1      A     May 25th, 2004, correct.

2      Q     Correct.  Okay.

3            And so as of this date physicians could get

4      online and edit information in their profiles, correct?

5      A     That would -- yep, I would assume that to be

6      true.

7      Q     Okay.  And the information they could edit

8      would be as shown in Exhibit 27?

9      A     In Exhibit 27?

10     Q     Under --

11     A     Exhibit 26, you mean?

12           I've got this as 26.

13     Q     Oh, my.  What's that one?

14     A     27.

15     Q     Okay.  I just got them wrong.  I'm sorry.

16           MR. STIMPSON:  So we haven't used 28 yet,

17     right?

18           MR. VÁZQUEZ:  (Shakes head.)

19           MR. STIMPSON:  You've got 26, 27.  Okay.

20     Sorry.

21     BY MR. STIMPSON:

22     Q     Yeah.  I'm sorry.  So the information they

23     could edit would be as shown in Exhibit 26?

24     A     That's not true, because at the bottom it says

25     we are starting to begin work on phase II, right?

Page 247

1        Q     This is -- you're referring to Exhibit 27?

2        A     Yeah, Exhibit 27.  "We are starting to begin

3    work on phase II" -- right?

4        Q     Okay.

5        A     -- "that will allow physicians to provide

6    expanded information."  So assuming that this

7    information -- this e-mail speaks to phase II, which it

8    appears it does in the subject line -- right?

9        Q     Okay.  I see.

10       A     -- I would conclude that -- if your question

11   was was this stuff in here when we launched, the answer

12   would be no.

13       Q     Okay.  I understand.  But there was -- what was

14   included at the time you launched, do you remember, that

15   physicians could change?

16       A     I don't know off the top of my head.  Let me

17   see.

18             It would be probably the -- whatever

19   information is different between what's here and what we

20   had.

21       Q     What's here in 26?

22       A     What's in 26 and what was -- whatever was on

23   the website.

24       Q     Okay.

25       A     So it's hard to say, because this is all group

1   information about the physician, so I don't -- I mean, I

2   don't know off top of my head what -- all the fields

3   that were on that first release of POS and the ones they

4   had come in and changed.  I would -- again, I'd go back

5   to the project development plan in the files and look at

6   what we had in that launch.

7          MR. STIMPSON:  Okay.  Let me have marked as

8      Exhibit 28 a one-page document bearing Bates Number

9      HG0032226.

10         (Exhibit Number 28 was marked for

11   identification.)

12         MR. STIMPSON:  There you go.

13         THE VIDEOGRAPHER:  Excuse me.  Can I go off the

14     record to change the tape?

15         MR. STIMPSON:  Sure.  Sure, go ahead.

16         THE VIDEOGRAPHER:  Going off the record at

17     1:11.  This is the end of Videotape Number 5.

18         (Off the record.)

19         THE VIDEOGRAPHER:  Going back on record at

20     1:12.  This is the beginning of Videotape Number 6.

21   BY MR. STIMPSON:

22     Q    So Exhibit 28 is an e-mail from Janet Burkhard

23   to Dave Hicks, copying you, correct?

24     A    Yes.

25     Q    Okay.  Also prepared and kept in the ordinary

Page 249

1    course of business at Health Grades?

2        A    Yes.

3        Q    And she's forwarding a message from Caitlin

4    Magee?

5        A    Yes.

6        Q    Does she work at Health Grades?

7        A    I believe she did, in the customer service

8    area.

9        Q    Okay.  And from the e-mail Ms. Magee is sending

10   to Janet Burkhard you can see that one of the physicians

11   has looked at his file online and found it to be

12   inaccurate, right?

13       A    Yes.

14       Q    Okay.  And from the text of this e-mail you can

15   tell that he's able to change languages he speaks, one

16   of the things he can do from the POS, right?

17       A    Well, he's speaking -- he's saying, "I don't

18   speak Russian and Spanish."

19       Q    Okay.  I'm sorry.  I was just trying to -- I

20   was moving too fast.

21            On Caitlin's e-mail there, the text of what she

22   wrote, the last line says, "He said he would correct it

23   himself."  Do you see that?

24       A    Hang on a second.

25            Oh, up there.  Okay.  Hang on a second.

Page 250

1          Well -- "he would correct it himself."

2    Profile -- "said he would correct it himself."  So --

3    okay.  Yeah.

4       Q    Okay.  So Caitlin Magee offered to change his

5    profile for him.  He says he's just going to correct it

6    himself, correct?

7       A    Yeah, but "correct it."  What's "it"?  What

8    does "it" refer to?

9       Q    The information.

10      A    Which?  What, though?

11      Q    The --

12      A    The hospital affiliation?  Is that what --

13      Q    Well, she's repeating his e-mail below, right?

14      A    Right.

15      Q    And he's telling -- you can see in his e-mail

16   that she's copied there he's telling you what

17   information is incorrect, right?

18      A    He's saying -- yeah.  He's saying that -- the

19   addresses, which he could correct the address.

20      Q    Okay.

21      A    "I don't speak Russian and my Spanish is

22   minimal."

23      Q    So he could correct languages, right?

24      A    I believe that was available.

25      Q    Okay.  And then it continues, his affiliated

Veritext/NJ Reporting Company

Page 251

1    hospitals?

2        A    I think -- I think that was available.

3        Q    Okay.  And then what else was available for

4    them to correct at the time?  How about like gender

5    and --

6        A    It would --

7        Q    -- age?

8        A    I think it would have been most of the general,

9    basic information that we had on them.

10       Q    Gender?

11       A    I believe so.

12       Q    And age?

13       A    I believe so.  Date of birth, was it?

14       Q    So as of May 2004, the POS was online and

15   physicians like Dr. Steinberg here in this e-mail could

16   get online and enter information themselves?

17       A    I believe so, yeah.

18           MR. STIMPSON:  Okay.  Let me have marked as

19       Exhibit 29 -- am I right this time -- 29, a copy of

20       a multipage document bearing Bates Number HG0043786

21       to 87.

22           (Exhibit Number 29 was marked for

23   identification.)

24           THE WITNESS:  Okay.

25   BY MR. STIMPSON:

Page 252

1     Q     This is an e-mail from Dave Hicks dated Monday,

2  August 16, 2004, to Health Grades senior management,

3  correct?

4     A     Yep.

5     Q     And you were copied on it along with Janet

6  Burkhard, Tony Smith and John Neal?

7     A     Correct.

8     Q     Are all the people on this e-mail, copy holders

9  and other people, Health Grades employees, with the

10  possible exception of John Neal?

11     A     From my understanding, yes.

12     Q     And Dave Hicks had put together a timeline to

13  develop and implement a new patient experience survey

14  and the results; is that right?

15     A     That's what it appears to be, yes.

16     Q     And attached he has a patient experience

17  timeline?

18     A     Okay.

19     Q     And according to this timeline, as of

20  September 30, 2004, they were to build results display

21  application and database.

22     A     Okay.

23     Q     Is that -- do you remember whether or not that

24  deadline was met?

25     A     I don't.

1    Q    And then the last one was, "E-mail all report

2    purchasers."  Do you know what that means?

3    A    Yeah.  We were going to market that capability

4    to all of the people who had purchased reports on us, so

5    all of our past customers.

6    Q    So there were e-mails to past customers telling

7    them that now the Health Grades website had added

8    patient survey results?

9    A    Correct.  And we were -- I think what they did,

10   we tried to, you know, solicit them for input as well.

11   Q    Do you know if those e-mails actually went?

12   A    I can't remember for sure, but -- I can't

13   remember for sure.

14   Q    Okay.

15   A    I think we did it, but...

16   Q    Okay.  Do you remember if it was before the end

17   of 2004?

18   A    I wouldn't -- I don't remember the date on

19   that.

20        MR. STIMPSON:  Okay.  Jesús, again I'm asking

21        for these, too.  These e-mails should have been

22        produced as part of prior art.  So if you could

23        please find those.

24        MR. VÁZQUEZ:  Which e-mails?

25        MR. STIMPSON:  The e-mails to the report

1     purchasers about the physician -- about the patient

2     survey results.

3          MR. VÁZQUEZ:  I'll -- like I said before, based

4     on this request, I'll check to see if it's

5     encompassed in a formal request.

6          MR. STIMPSON:  I can promise you it's within

7     our requests, all of these.  This is prior art,

8     okay?

9          MR. VÁZQUEZ:  Well --

10         MR. STIMPSON:  This is an e-mail to the public

11    telling about patient survey results.  I can promise

12    you it's a request.

13         MR. VÁZQUEZ:  Well --

14         MR. STIMPSON:  It's the first request we ever

15    sent to you, June.

16         MR. VÁZQUEZ:  Well, as you know, we don't

17    always agree on what prior art is, Counsel, so --

18         MR. STIMPSON:  Yeah.  If you want to try to

19    make that argument to the judge, you can.

20         MR. VÁZQUEZ:  We will.  And we have, as you

21    know.

22    BY MR. STIMPSON:

23      Q    Again, Mr. Montroy, as far as what dates were

24    met and what dates weren't, that would be in the project

25    development plan?

Page 268

1    A    Yeah.

2    Q    And it was generated at the request of a user?

3         MR. VÁZQUEZ:  Form.

4    A    Yeah.

5    Q    And the user can get on -- can get on the

6    website and enter a certain criteria for -- for the

7    search?

8         MR. VÁZQUEZ:  Form.

9    A    Well, they could enter criteria to find their

10   physician.  And then this report -- and I believe this

11   is the free -- one we gave away for free -- would --

12   would -- the consumer wouldn't pick these to compare

13   against.

14   Q    I'm sorry.  The consumer what?

15   A    The consumer wouldn't necessarily pick these.

16   Their physician might be in this list, but we would show

17   the physician report they purchased and -- against

18   these -- this set of physicians on this report.

19   Q    And this was based -- this set of physicians,

20   though, was based on the criteria --

21   A    Based on the criteria, yeah.

22   Q    Based on the criteria that the user enters.

23        And here psychiatry, located in Lexington,

24   Kentucky, within ten miles?

25   A    Yeah.

Page 269

1      Q    Okay.  Physicians free from disciplinary

2  action -- these are criteria input by the consumer on

3  the Health Grades website, right?

4           MR. VÁZQUEZ:  Form.

5      A    I'm trying to think.

6           I remember at some time we added some of that

7  search criteria to the site.  I can't remember when.

8  Actually -- like you could try to find -- you could try

9  to find physicians by using some of these filters.  I --

10  it's been a while.

11      Q    Okay.  I understand.

12           So you can see, starting on the second page,

13  32063, there's information provided on medical school,

14  and the next page on internship --

15      A    Yeah.

16      Q    -- residency, fellowship training, physician

17  licensure --

18      A    Yeah.

19      Q    -- years since medical school, government

20  disciplinary actions, and then on Page 32071 you see

21  Board certification.  You see that?

22      A    I'm getting there.

23           Yeah.

24      Q    Okay.  And those were all information that was

25  obtained from third parties?

```
                                          Page 270

 1              MR. VÁZQUEZ:  Form.

 2       A    That was information -- what are you saying --

 3  obtained --

 4       Q    All those were information sets obtained by --

 5  obtained from third parties, right?

 6              MR. VÁZQUEZ:  Form.

 7       Q    Not the healthcare provider.

 8       A    Say it again.

 9              MR. VÁZQUEZ:  Form.

10       A    What?

11       Q    These -- these sets of data I went through --

12       A    It says right there information from the

13  American Board of Medical Specialties.

14       Q    Right.  So it's obtained from a third party,

15  right?

16       A    Yeah, ABMS.

17              MR. VÁZQUEZ:  Form.

18       Q    Okay.  Let me just show you your patent again.

19  This is Exhibit 3.  And I'll show you the claim.  And

20  I'll show you on the paragraph at Column 20 about

21  Line 50 where it has "compiling," "compiling information

22  regarding the first healthcare provider."  You see that?

23       A    Okay.

24       Q    And you see there's a list -- a set of

25  information that you have to get from the third parties
```

Page 271

1    in that claim?

2           MR. VÁZQUEZ:  Form.

3      Q    Just read that paragraph to yourself, please.

4      A    Okay.

5      Q    Okay.  And that list includes medical school,

6    residency, internship, right?

7      A    What list?  This list?

8      Q    The list in the claim.

9      A    Yeah.

10     Q    Can you just confirm for me, please,

11   Mr. Montroy, that every single one -- every single piece

12   in that set of information in Claim 1 is found in this

13   physician quality comparison report of December 28,

14   2004?

15     A    Right now?

16     Q    Yeah.

17     A    Can I confirm it?

18     Q    Yeah.

19     A    Three or more.

20     Q    Yeah.  But I mean every single one in that list

21   is also found in this physician quality comparison

22   report.

23     A    Right.

24          Medical intern -- but these -- these were the

25   ones that Health Grades -- we were verifying on behalf

Page 272

1    of the consumer.

2        Q    Okay.  That's all right.

3        A    So...

4        Q    That's okay.

5        A    Right?

6             MR. STIMPSON:  I'm just asking you a different

7        question.  I have to motion -- move to strike that.

8        Q    What I'm asking you, sir, is, that list in that

9    paragraph, the claim, that starts with -- I've got to

10   get my patent because I can't follow along.

11            Okay.  Let me -- let me just -- we'll take this

12   a different way, okay?

13            The "compiling" paragraph, starting at Line 50,

14   or Column 20 of your patent --

15       A    Okay.

16       Q    -- has a set of groups of information at the

17   ends of that paragraph.  Do you see it?  It starts with

18   "Board certification"?

19       A    Right.

20       Q    Okay.  Board certification is found in this

21   physician quality comparison report of Exhibit 8, right?

22       A    Okay.

23       Q    Is that right?

24       A    This is a Board certification report, right.

25       Q    Okay.  Licensure is also found in this

Page 273

1    physician quality comparison report, correct?

2        A    Correct.  I believe.  Let me double-check that.

3    I think I saw it.

4        Q    Page 32067.

5        A    Yeah.  Okay.

6        Q    That's there, too, correct?

7        A    Yeah.

8        Q    The next one on the list, disciplinary action

9    information, that's also found on Page 32068 of the

10   physician quality comparisons report from December 28,

11   2004, correct?

12       A    Yep.

13       Q    Okay.  Medical school, that's also found in the

14   physician quality comparisons report of December 28,

15   2004?  32063.

16       A    Yep.

17       Q    Internship, the next one on the list, is also

18   found in this physician quality comparison report from

19   2004, correct?

20       A    Correct.

21       Q    Medical residency, the next one on the list, is

22   also found on this physician quality comparison report

23   from 2004, correct?

24            32065.

25       A    Yep.

Page 274

1    Q    And fellowship, the last one on this list, is

2  also found in the 2004 physician quality comparison

3  report, correct?

4    A    Yep.

5    Q    So every single one of the sets of information

6  in that paragraph in your -- from your patent claim,

7  Mr. Montroy, is found in this 2004 report, correct?

8    A    The fields, yes, are.

9    Q    Okay.

10   A    Right.

11   Q    Now, did you get that list from the physician

12  quality comparison reports?

13   A    Did I get what list?

14   Q    The list that's in your patent claim right

15  there.

16   A    Did I get it from it?

17   Q    Did you get that list of information from these

18  2004 physician quality comparison reports?

19        MR. VÁZQUEZ:  Form.

20   A    No.  If anything, the physician quality report

21  was -- was really the -- I'm sorry.  Maybe I'm

22  misunderstanding what you're saying.

23   Q    Well, I'm just saying your patent application

24  was filed in 2006.

25   A    Right.

1     Q   And in this claim you have a list of

2  information that's exactly as we see it in the physician

3  quality comparison reports.

4     A   Right.

5     Q   So my question to you, sir, is, did that list

6  that's in your patent claim come from this -- these 2004

7  physician quality comparison reports?

8     A   I don't know where it came from.  I don't know

9  what the source of that necessarily was.  I didn't put

10  this together.  So -- you know, I didn't write this

11  patent and I didn't put that together.

12     Q   Okay.  So you don't --

13     A   I don't know what the source is.

14     Q   You can't say yes or no to answer that

15  question?

16     A   In terms of what?

17     Q   Whether or not that information was taken from

18  this 2004 --

19     A   I don't know if it was taken from this report

20  or the physician quality report.

21     Q   But it certainly looks like it's the same

22  information that was already being used in Health

23  Grades --

24     A   Right.

25     Q   -- in 2004?

Page 276

1    A    Well, in Health Grades, but, yeah, I don't know

2    what time all those fields came into play.  I would

3    assume that -- yeah.  That was mostly the general

4    information, so I would say yes.

5        Q    Okay.  If you could look at the physician --

6    I'll take that back -- physician quality report,

7    Page 32086.

8            Actually, I'm sorry, let me back up just a

9    little bit.  I've got a couple more questions about the

10   physician quality comparison report.  It's 32062.

11           At this time, December 2004, we know from our

12   prior exhibits that physicians were able to get on and

13   enter and change some of the information about gender

14   and age and specialty, right?

15       A    They were able to do it.  I'm not sure of the

16   exact time, but, yeah, they were able to do that, that

17   capability.

18       Q    Well, we know from our prior exhibits that they

19   were able to do that in mid 2003, right?

20           MR. VÁZQUEZ:  Form.

21       A    I -- I'm not -- I really can't keep track of

22   the timeline, but --

23       Q    Let me just show you here.

24           I'm sorry.  Let me make sure I've got the right

25   one here.

Page 295

1   this time, June 2005 and earlier, if we had the project

2   development plans, right?

3       A    That --

4            MR. VÁZQUEZ:  Form.

5       A    -- or the customer service.  I mean, I'm sure

6   people had concerns of the reports that were going out,

7   and you'd think somebody would have had a customer

8   service record of a report that...

9       Q    Customer service record of a report?

10      A    So -- yeah, somebody purchased a report and

11  they had a complaint against it or something, they

12  wanted a refund, or maybe they might have replied back

13  or something and had a report.

14           MR. STIMPSON:  Okay.  Jesús, we're requesting

15       customer service records as well, because as

16       Mr. Montroy is telling us, that will also tell us

17       what was available when.

18           MR. VÁZQUEZ:  [Unintelligible] request.  Thank

19       you.

20  BY MR. STIMPSON:

21      Q    Let me show you what's been marked --

22           MR. VÁZQUEZ:  -- your request.  Thank you.

23  BY MR. STIMPSON:

24      Q    Let me show you what's been marked Exhibit 5,

25  Mr. Montroy.  And just look through that.  Just a couple

Page 296

1    questions.

2            I represent to you, Mr. Montroy, this is the

3    provisional application on your patent that was filed in

4    February 2006.

5            MR. VÁZQUEZ:  What exhibit did you mark it?

6            MR. STIMPSON:  It was 5.

7            MR. VÁZQUEZ:  5?

8            MR. STIMPSON:  Yeah.  It was already marked as

9        5.

10   BY MR. STIMPSON:

11       Q    Have you seen this before, Mr. Montroy?

12       A    No.

13       Q    Let me --

14       A    I don't recall this.

15       Q    Let me show you what's been previously marked

16   as Exhibit 4, bearing Bates Numbers MDX0013335 -- okay.

17   This one had some Bates numbers cut off, I think.  I

18   can't tell where this ends.

19           MR. STIMPSON:  Do you know if the complaint is

20       part of the prosecution history?  Did somebody

21       submit that?

22           MR. VÁZQUEZ:  I don't believe so.

23           MR. STIMPSON:  Sometimes they have to.

24           No, I think the courts have to submit that.

25           MR. VÁZQUEZ:  Although I saw it attached to the

1     back of one of your exhibits.

2          MR. STIMPSON:  It may be because it has to

3     be -- there has to be a notification.

4          I'm going to keep it in there.  It's Exhibit 4.

5     And if that's not part of the record, then I'll take

6     it out -- we'll take it out later.

7  BY MR. STIMPSON:

8     Q    Let me show you what's been marked as

9  Exhibit 4, Mr. Montroy.  I'll represent to you that

10  that's a copy of the prosecution history of the

11  060 patent, which is a record of the back-and-forth

12  between the patent office and your counsel.

13     A    Okay.

14     Q    There was an application filed in February of

15  2006.  That's Exhibit 5.  Then there was a longer

16  application, bigger application, filed in August of

17  2006.  That's what's --

18     A    Okay.

19     Q    It's shown in Exhibit 4.

20          Do you recall the differences between those

21  applications?

22     A    No.

23     Q    Okay.  Let me show you -- I've marked a page

24  there on Exhibit 4.  I'm going to take Exhibit 5 away

25  from you, because it's just going to confuse things.

Page 298

1    Let's try to keep these in order, if we can.

2              I'm going to turn you to Page MDX0013416 and

3    ask if you can identify that for me, please.

4         A    That's the declaration of power of attorney.

5         Q    Okay.  And you'll see two or three pages back

6    that you signed that?

7         A    Yes.

8         Q    Did you read it when you signed it?

9         A    Yeah.

10        Q    If you could turn to the front page of it,

11   please.

12        A    To where?

13        Q    The front page of the declaration of power of

14   attorney.

15        A    Okay.

16        Q    The fourth paragraph down there says, "I do

17   hereby state."  Do you see that?

18        A    Yes.

19        Q    So you're stating by signing this document that

20   you've reviewed and understand the contents of the

21   specification, including the claims of the patent

22   application, right?

23        A    Yes.

24        Q    And you did review the specification and claims

25   of the patent application, right?

Page 299

1    A    I did review it, what -- the application that

2   was -- that was put in front of me, what I remember,

3   yeah.

4    Q    Okay.  If you could turn to the second page,

5   please.

6        Under Section 1.56(a), it says, "A patent by

7   its very nature is affected with a public interest.  The

8   public interest is best served and most effective patent

9   examination occurs when, at the time an application is

10  being examined, the Office is aware of and evaluates the

11  teachings of all information material to patentability."

12  Do you see that?

13   A    Yes.

14   Q    You read that and understood it when you read

15  this declaration?

16   A    To my understanding.

17   Q    It continues, "Each individual associated with

18  the filing and prosecution of a patent application has a

19  duty of candor and good faith in dealing with the

20  Office" -- "with the Office, which includes a duty to

21  disclose to the Office all information known to that

22  individual to be material to patentability as defined in

23  this section."

24        Did I read that correctly?

25   A    You did.

Page 300

1     Q    And you read that and understood it when you

2    signed your declaration, correct?

3     A    And I -- I gave everything that I had when I

4    worked over there to the team that was working on this.

5     Q    Okay.  Who was the team that was working on

6    this?

7     A    It was Brian Blackman that asked for that

8    information, and I turned over and disclosed everything

9    I had, to the best of my knowledge and information, what

10   was being asked.  And then from there I really -- I

11   wasn't that involved in the patent application, because

12   I really don't know how all this translates legally over

13   to it, as I was just really -- I was the one that worked

14   on the system, and I'm not -- I'm not a patent expert, I

15   mean, so I complied and did everything the company asked

16   me to do.

17    Q    Okay.  So Brian Blackman showed you this

18   declaration, had you sign it, and --

19    A    Yeah, I think it was Brian that brought it back

20   to me.

21    Q    And asked you to turn over what you had?

22    A    Uh-huh.

23    Q    Did you --

24    A    I don't know -- I don't remember the timing of

25   it all.

1          THE VIDEOGRAPHER:  Excuse me.

2      A    Like I believe he asked me to turn it over

3  first, and then at a later date all the paperwork came

4  back and I was asked to sign it.

5          THE VIDEOGRAPHER:  Excuse me.  Take that paper

6      off your microphone.

7          THE WITNESS:  Yeah.

8  BY MR. STIMPSON:

9      Q    Did you give any materials to anybody besides

10  Brian Blackman?

11     A    I don't remember.

12     Q    Did you give Brian Blackman a copy -- well, did

13  you give Brian Blackman any information concerning the

14  physician quality reports, 2004 and earlier?

15     A    No, because I -- I think it was almost -- it

16  was like understood.  He had asked for like any kind of

17  maybe architecture, technical documents or any other

18  things I might have had on that.

19     Q    So you didn't give him anything?

20     A    I gave him some documents, but I don't remember

21  the nature of them all.

22     Q    You gave -- so -- so in connection with this

23  patent application, you gave Brian Blackman information

24  on the physician quality reports from 2004 and --

25     A    It would have been -- I don't remember exactly

1    what I gave him, but I gave him information.

2         Q    Okay.  So do you remember whether you gave him

3    information on the physician quality reports?

4         A    I don't.

5         Q    Okay.

6         A    No, I don't.

7         Q    Do you have any records of what you gave to

8    Mr. Blackman?

9         A    I don't.

10        Q    Did you give him any information on the

11   physician -- I'm sorry.  Let me just -- did you give

12   Mr. Blackman any information on the physician quality

13   comparison reports from 2004 and earlier?

14        A    I don't remember if I included that or not.

15        Q    Okay.  Did you give Mr. Blackman any

16   information on the physician quality guide?

17        A    I don't remember.

18        Q    Did you give Mr. Blackman any information on

19   any of the nursing home reports we've looked at?

20        A    I don't remember.

21        Q    Do you remember if you gave Mr. Blackman

22   information on anything --

23        A    I gave him --

24        Q    -- on any of the reports --

25        A    I don't know if it was the report or --

Page 303

1          MR. VÁZQUEZ:  Object to form.

2      Q    Just let me finish.

3      A    -- or the -- I don't remember specifically what

4   I gave him, but it was -- I don't.

5      Q    Let me rephrase the question.

6          Did you -- to your recollection, did you give

7   Mr. Blackman any information about any of the reports

8   that Health Grades was showing to consumers on the

9   website from 2004 and earlier?

10     A    I don't remember what I -- I don't remember.

11     Q    Did you discuss them with Mr. Blackman?

12     A    No.

13     Q    Did you discuss them with Mr. Neal?

14     A    No.

15     Q    Did you discuss them --

16     A    I don't remember.

17     Q    Did you discuss them with Mr. Hicks, David

18   Hicks?

19     A    I don't remember.  They might -- I don't

20   remember.  They might have asked me for a question or

21   two occasionally, but I don't remember specifically, no.

22     Q    Why didn't you ensure yourself, Mr. Montroy,

23   that the physician quality reports and the physician

24   comparison reports and other reports from 2004 and

25   earlier were disclosed to the United States Patent and

Page 304

1    Trademark Office in connection with your application?

2            MR. VÁZQUEZ:   Object to form.

3    A     I wasn't filing an application, so I really --

4    I wasn't involved in it much, so I -- I assumed that,

5    you know, it was an application and that Dave was doing

6    it because, I mean, this really -- I mean, I wasn't

7    pushing it.  This was something that the company was

8    pushing, and I was -- as an employee, was just trying to

9    do my part and support it.

10    Q     You understood, though, from the declaration

11    that you signed that you personally had a duty of candor

12    to the United States Patent and Trademark Office, right?

13    A     Based on that form.  That's what it says, yeah.

14    Q     And you did not personally ensure that the

15    Patent and Trademark Office was aware of any of these

16    reports from 2004 and earlier, right?

17    A     I wasn't aware that, you know, that, I guess,

18    needed to be included or what should be included.

19    Again, I just turned over what -- whatever I had.  I

20    mean, the reports -- I don't know.  I would assume that

21    if -- if Dave was putting that together, he would have

22    worked with the attorney and had all the pieces together

23    for whatever was needed for -- to file a patent

24    application, because I had no idea what were the

25    requirements for that or -- you know, Dave said I was

Page 305

1  part of it, so I had to sign -- put my name on it and

2  sign off on it, so I complied with the -- I was an

3  employee of the company and I had to, for the most part.

4      Q    You had no reason to believe -- nobody ever

5  showed you any evidence that any of those 2004 and

6  earlier reports were disclosed to the Patent and

7  Trademark Office, right?

8           MR. VÁZQUEZ:  Object to form.

9      A    Say that again?

10     Q    Did you have any information or evidence that

11 anyone else associated with your 060 patent application

12 had disclosed any of those 2004 reports to the Patent

13 and Trademark Office?

14          MR. VÁZQUEZ:  Form.

15     A    I'm not -- I'm not sure -- I don't know what

16 you mean.

17     Q    Well, did you have any information that

18 Mr. Neal or Mr. Hicks or Mr. Blackman or anybody had

19 disclosed to the United States Patent and Trademark

20 Office those 2004 reports, any of those 2004 reports?

21          MR. VÁZQUEZ:  Object to form.

22     A    I didn't have the application, so I don't know

23 what was disclosed to them.

24     Q    Okay.  And did you ask to find out?

25     A    No.  I assumed maybe it was just good faith

1    that they were -- they were doing it right.

2         Q    Do you have any other reason -- I'm sorry.  Is

3    there any other reasons why you did not --

4         A    I just assumed that, you know, they had all the

5    information to file the application, so I gave them what

6    I thought was all the information that I had and, you

7    know -- I don't know.  I thought I did the best that I

8    gave them in terms of giving them what they needed.  So,

9    I mean, I don't know all the points that were needed to

10   file the application or to submit with it or...

11        Q    Are there any other reasons why you didn't

12   satisfy yourself that the Patent and Trademark Office

13   knew about these earlier 2004 reports?

14        A    No.

15        Q    There were substantial similarities between

16   some of the 2004 reports and the invention claimed in

17   your 060 patent, right?

18             MR. VÁZQUEZ:  Object to form.

19        A    I don't understand.

20        Q    Well, there were substantial similarities,

21   right?  I mean, both the 2004 reports and your claimed

22   invention, the 060 patent, were directed to giving

23   healthcare provider information to potential patients,

24   right?

25             MR. VÁZQUEZ:  Object to form.  Calls for legal

Page 307

1     conclusions.

2        Q    Do you want the question read back?

3        A    Yeah.

4             MR. STIMPSON:  Okay.  Can you read the question

5        back, please?

6             (The following partial question was read by the

7     court reporter:  "There were" -- )

8             MR. STIMPSON:  Well, actually, let me just

9        rephrase it.  I'll --

10            THE COURT REPORTER:  You sure?

11            MR. STIMPSON:  Yeah.  Yes.

12    BY MR. STIMPSON:

13       Q    Let me put this Exhibit 3 back in front of you.

14    And it's Claim 1 we're going to refer to.

15            So if you look at Claim 1 there, Mr. --

16    actually, let's go along there a bit.

17            Now, first of all, if you could turn to the

18    front page of the patent, sir.  And there's -- down the

19    left-hand column, there's a number 60, "Provisional

20    Application."  Do you see that?

21       A    Yeah.

22       Q    And that's filed on February 8, 2006?

23       A    Yeah.

24       Q    Okay.  And you knew that that was more than a

25    year after Health Grades was already disclosing to the

Page 308

1    public these physician quality reports and physician

2    comparison reports and nursing reports, right?

3        A    Yeah, I'm sure we had those in place before

4    2006.

5        Q    In fact, they were in place -- as we've seen

6    earlier today, they were in place and out there in 2004,

7    right?

8            MR. VÁZQUEZ:  Object to form.

9        A    Somewhere in there.  I just don't know the

10   actual dates.

11       Q    So if you look now to Claim 1 on Column 20 --

12       A    Okay.

13       Q    -- it says, "A computer-implemented method of

14   providing healthcare provider information to potential

15   patients."

16           The Health Grades system from 2004, where --

17   the physician quality reports and physician comparison

18   reports --

19       A    Right.

20       Q    -- and nursing home reports, those were all

21   computer-implemented methods of providing healthcare

22   provider information to potential patients, right?

23       A    Our whole website was.

24           MR. VÁZQUEZ:  Form.

25       Q    Your whole website was?

Page 309

1    A    The website.  I mean, we provided -- it's --

2    Q    Okay.  Back in 2004?

3         MR. VÁZQUEZ:  Form.

4    A    Providing healthcare information to

5    potential -- I mean, from the beginning of Health

6    Grades, I mean, we -- that was a general assumption.

7    Q    Right.

8         And then, continuing, "said method comprising

9    receiving, by a web server computer of a company

10   providing a service for connecting healthcare providers

11   with potential patients, a request for information

12   regarding a first healthcare provider, wherein the web

13   server computer comprises at least one computer

14   processor and memory."

15        And, again, back in 2004 Health Grades was

16   receiving requests over its own website for information

17   on healthcare providers --

18        MR. VÁZQUEZ:  Object to form.

19   Q    -- right?

20        MR. VÁZQUEZ:  Object to form.

21   A    Health Grades was receiving -- was publishing

22   information on healthcare providers.

23   Q    Right.  And the reason -- and it was giving

24   reports in response to requests from consumers for

25   reports on specific healthcare providers, right?

```
                                                    Page 310

1        A     Yeah.  They could buy the reports through the

2   site.

3        Q     Right.

4              MR. VÁZQUEZ:  Form.

5        Q     And, again, that was back in at least 2004?

6        A     Somewhere in there.

7        Q     Next paragraph, "Accessing healthcare-provider-

8   verified information about the first healthcare

9   provider, wherein the first healthcare-provider-verified

10  information is received from first healthcare provider."

11             Now, let's stop there for a minute.  We saw

12  earlier today that at least as early as May 2003

13  healthcare providers were giving information for

14  inclusion in the Health Grades website, right?

15             MR. VÁZQUEZ:  Object to form.  Misstates the

16       evidence.

17       A     The physicians, the POS system was available --

18       Q     Right.

19       A     -- so, you know, we received -- we received

20  data from physicians.  They could update to their

21  profile.

22       Q     Right.  And that was at least as early as 2003?

23             MR. VÁZQUEZ:  Form.

24       A     I don't remember the date, but healthcare-

25  provider-verified information, you know, I -- I still
```

Page 311

1    interpret that as, you know, the Health Grades

2    verification side of that.

3        Q    Okay.  And Health Grades was doing that in 2003

4    and 2004, right?

5            MR. VÁZQUEZ:  Form.

6        A    Yeah.  I don't know the actual date, sir.

7        Q    And then it continues, "where the healthcare-

8    provider-verified information is received from the first

9    healthcare provider and comprises three or more from the

10   group consisting of," and then it's got that list of --

11       A    Right.

12       Q    -- healthcare information, right?

13       A    Right.

14       Q    And you know that from the POS in 2003/2004

15   healthcare providers were providing information for the

16   reports, right?

17           MR. VÁZQUEZ:  Object to form.  Misstates the

18       evidence.

19       A    Again, I -- the dates I'm uncertain of, but,

20   you know, these fields -- you know, some of these fields

21   would indicate both Phase I and Phase II POS.

22       Q    Okay.  Right.  We talked about some of these

23   fields earlier, right?  Age --

24       A    Right.

25       Q    -- gender?  And you told me that you did think

Page 312

1    that those were basic fields that the provider could --

2        A    Yeah.

3        Q    -- give information?

4             MR. VÁZQUEZ:  Object to form.

5        Q    And then the next paragraph, "Compiling by at

6    least one computer processor patient-provided

7    information regarding the first healthcare provider,

8    wherein the patient-provided information comprises

9    patient ratings from one or more past or current

10   patients on the first healthcare provider."

11           Did I read that correctly?

12       A    Yeah.  Let me -- can I -- hang on a second.

13           Past or current patients.  Okay.  Yeah.

14       Q    And we knew from the documents we saw today

15   that well prior to February of 2006 when this

16   application was filed, that Health Grades already had

17   patient-provided information out there in the reports it

18   was giving to its members, right?

19           MR. VÁZQUEZ:  Object to form.  Misstates the

20           testimony, misstates the evidence.

21       A    I'm unclear.

22       Q    Huh?

23       A    I'm unclear on what you mean.  I'm unclear on

24   how to answer.

25       Q    Well --

Page 313

1    A    Can you restate it or --

2    Q    -- remember we saw that press release from

3  August 2005?

4    A    Yeah.

5    Q    Okay.  And remember we saw the Drucker report,

6  June 2005?

7    A    Right.

8    Q    They all talked about patient-provided

9  information going into the reports of Health Grades,

10  right?

11    A    Right.

12    Q    And that was 2005, well prior to the February

13  2006 filing of this application?

14        MR. VÁZQUEZ:  Object to form.

15    A    Prior to this application?

16    Q    Right.

17        MR. VÁZQUEZ:  Object to form.

18    A    Hang on a second.

19        Yeah.

20    Q    Okay.  Then the claim continues, "and wherein

21  the patient ratings are received from an online patient

22  experience survey completed on a company website by the

23  one or more past or current patients of the first

24  healthcare provider."

25        Now, again, patient-provided information we

Page 314

1    were talking about from 2005, that was all collected

2    from the Health Grades website, right?

3         MR. VÁZQUEZ:  Object to form.  Misstates

4      testimony.

5      A    The patient information would have been

6    collected from the website.

7      Q    Right.

8         "And wherein the company website is managed by

9    the company providing the service for connecting

10   healthcare providers with potential patients."

11        And in 2005 and 2004 Health Grades was managing

12   its own website, right?

13        MR. VÁZQUEZ:  Form.

14     A    Yeah.

15     Q    Okay.  Next paragraph, "Compiling information

16   regarding the first healthcare provider verified by an

17   independent third-party source" -- now, we also knew in

18   2003, 2004, 2005 Health Grades was getting information

19   from its reports -- for its reports from third parties,

20   right?

21        MR. VÁZQUEZ:  Object to form.  Misstates the

22     testimony and the evidence.

23     A    Some of these --

24        MR. STIMPSON:  Jesús, just "form" is good

25     enough, okay?  You don't need to tell the witness

Page 315

1       how to answer, okay?

2            MR. VÁZQUEZ:  No, I'm not telling the witness

3       what to answer.

4            MR. STIMPSON:  Yes, you are.

5            MR. VÁZQUEZ:  I'm telling you what you're doing

6       wrong.

7            MR. STIMPSON:  Yes, you are.  "Form" is good

8       enough.  That will preserve your objection.

9            MR. VÁZQUEZ:  I'll make my objections as I see

10      fit, Counsel.

11           MR. STIMPSON:  Yeah.  Well, you're also going

12      to get sanctioned for it someday.

13  BY MR. STIMPSON:

14      Q    Okay.  "Compiling information regarding the

15  first healthcare provider verified by an independent

16  third-party source."  We also knew from 2003, 2004, 2005

17  Health Grades was collecting information for its various

18  reports from third parties, right?

19           MR. VÁZQUEZ:  Object to form.  Misstates the

20      evidence.

21      A    So, if I'm reading this right, compiling

22  information regarding the first healthcare providers

23  verified information by independent third-party source.

24  So the third-party source was verified information.  So

25  like ABMS data, that would have been characterized as --

Page 316

1    at least that's how I characterize it -- as verified

2    information.

3        Q    Right.  And then Health Grades was doing that

4    in 2003, 2004 and 2005 in its prior reports, right?

5            MR. VÁZQUEZ:  Object to form.  Same objections.

6        A    I'm not -- I don't --  I'm not sure on the date

7    of the ABMS data, but I -- I don't know the actual

8    timeline of all those fields and data points.  But we

9    did -- this is -- this is -- we did do this, so...

10       Q    Right.  And it says, "wherein the information

11   verified by the independent third-party source comprises

12   three or more from the group consisting of" -- and then

13   it has that list of --

14       A    Reports, yeah.

15       Q    -- sets of information, right?

16       A    Right.

17           MR. VÁZQUEZ:  Form.

18       Q    And we know that not only did three or more of

19   that list -- not only were three or more of that list

20   found in the 2004 reports, but all of that list was

21   found in those 2004 reports, right?

22           MR. VÁZQUEZ:  Form.

23       A    At some point they were in the reports.

24       Q    Right.  And that's from that 2004 report that

25   you and I went over and we compared to the claim, right?

Page 317

1      A    Are you talking about the concept report or the

2    actual report that was in production?

3      Q    The report from 2004 that we looked at earlier,

4    sir.  Remember how we compared the claim to this -- to

5    the report itself?

6      A    Right.

7           MR. VÁZQUEZ:  Form.

8      Q    And you confirmed for me that every single

9    one --

10     A    Right.

11     Q    -- on this list was found in that 2004 report,

12   right?

13     A    Right.

14          MR. VÁZQUEZ:  Form.

15     Q    Next one, "Creating, by at least one computer

16   processor, a healthcare provider report on the first

17   healthcare provider."

18          And, again, 2003, 2004, 2005 Health Grades was

19   creating reports for consumers on healthcare providers

20   that they were requesting reports about, right?

21     A    Somewhere in that range --

22          MR. VÁZQUEZ:  Form.

23     A    -- yeah.  I mean...

24     Q    Well, no.  We've seen them earlier today.  You

25   know in 2003, 2004 and 2005 Health Grades was doing

Page 318

1    that, right?

2            MR. VÁZQUEZ:  Form.

3        A    Yeah, but -- it was doing that, but what --

4    with what data points, I guess, is --

5        Q    Right.  But let's just look at this claim

6    language for now, and we'll talk about the other claim

7    language as we get to it.  It says, "Creating, by at

8    least one computer processor, a healthcare provider

9    report on the first healthcare provider."

10       A    Right.

11       Q    And we've seen multiple healthcare provider

12   reports --

13       A    Right.

14       Q    -- that Health Grades was giving --

15       A    Right.

16       Q    -- in 2004 and 2005, right?

17       A    Right.

18            MR. VÁZQUEZ:  Form.

19       Q    And it says, "using healthcare-provider-

20   verified information, the patient-provided information,

21   and the information verified by the independent

22   third-party source" -- okay.  We've already talked about

23   those datas --

24       A    Right.

25       Q    -- a little earlier -- "wherein the healthcare

Page 319

```
 1   provider report on the first healthcare provider

 2   includes comparison ratings of healthcare providers,"

 3   right?

 4       A    (Nods head.)

 5            MR. VÁZQUEZ:   Form.

 6       Q    And remember we saw the -- at least the nursing

 7   home report --

 8       A    Right.

 9       Q    -- earlier which had those various star

10   ratings, comparison star ratings --

11       A    Right.

12       Q    -- right?

13            MR. VÁZQUEZ:   Form.

14       Q    And that was back in 2004, right?

15       A    The nursing report had quality ratings.

16       Q    Right.  Had com- --

17       A    I'm not sure what year we put that in

18   production either, but, you know -- but, yeah, the

19   ratings were in there.  So --

20       Q    And it was comparison ratings for various

21   nursing homes, right?

22       A    That report that you showed me, yeah, was

23   comparing the ratings of nursing homes.

24       Q    Right.

25            And then --
```

Page 320

1     A     And those were Health Grades' quality ratings,

2     I believe.

3     Q     Right.

4           Well, they were -- there were comparison

5     ratings.

6     A     But they were quality ratings --

7     Q     Okay.

8     A     -- that was Health Grades'.

9     Q     Okay.  And then "providing access to the

10    healthcare provider report on the first healthcare

11    provider over a computer network."

12          And, again, those reports we saw today, all of

13    them were provided --

14    A     Yeah.

15    Q     -- to consumers all over the Health Grades

16    website, right?

17    A     Right.

18          MR. VÁZQUEZ:  Form.

19    Q     And none of those reports were disclosed to the

20    United States Patent and Trademark Office, correct?

21          MR. VÁZQUEZ:  Form.

22    A     That I don't know.

23    Q     But you did not assure that any of them were

24    disclosed to the Patent and Trademark Office, despite

25    your signed duty of candor, right?

Page 321

1          MR. VÁZQUEZ:  Form.

2     A    I -- I don't know if they were.

3     Q    Okay.

4     A    I didn't -- I didn't submit the application.

5     Q    Did you see any of the prior art that was cited

6    before the Patent and Trademark Office?

7          MR. VÁZQUEZ:  Object to form.  Calls for a

8     legal conclusion.

9     A    Which one are you referring to, this stuff

10   here?

11    Q    Well, like, for example, there was one piece of

12   prior art that was used at the Patent and Trademark

13   Office called Henley.

14         MR. VÁZQUEZ:  Same objection.

15    A    What is it?

16    Q    Henley, H-e-n-l-e-y.

17         I'll show you -- this is marked as Exhibit 6.

18   And if you could please tell me if you've seen that

19   before.

20    A    I don't recall this at all.

21    Q    Do you want to just flip through the figures

22   just maybe in case something like that jogs your memory?

23    A    I'm sorry.  Your question was what?

24    Q    Do you recall seeing this?

25    A    No.

Page 322

1          MR. STIMPSON:  All right.  I have no further

2      questions.

3          MR. VÁZQUEZ:  Okay.  We need to just confer a

4      little and then we will have some questions.

5          MR. STIMPSON:  Okay.

6          THE VIDEOGRAPHER:  Going off the record at

7      2:55.

8          MR. VÁZQUEZ:  Ten minutes?

9          MR. STIMPSON:  Sure.

10          MR. VÁZQUEZ:  Thank you.

11          (Break taken.)

12          THE VIDEOGRAPHER:  Back on record at 3:20.

13      This is the beginning of Videotape Number 8.

14                   CROSS-EXAMINATION

15  BY MR. VÁZQUEZ:

16      Q    Mr. Monroy -- Montroy, excuse me -- I have a

17  few follow-up questions.

18          As you know, we've been here most of the day,

19  and counsel for MDX has asked you questions.  So I just

20  need to follow up on some of the testimony that was

21  already given and some of the questions that were asked

22  earlier today, okay?

23      A    Okay.

24      Q    Okay.  You recall that there were some

25  questions at the beginning of your deposition regarding