# EXHIBIT J

| | |
|---|---|
| From: | Janet Burkhard |
| Sent: | Wednesday, May 26, 2004 5:01 PM |
| To: | Dave Hicks |
| Cc: | Scott Montroy |
| Subject: | FW: physician follow up POS |

I know you like the hospital data in the physician report but even physicians don't get why the hospitals that show up are not their affiliated ones. We show this in big letters and have text all over the place emphasizing that these are not affiliated hospitals, but people (even physicians) still do not get it.

-----Original Message-----
| | |
|---|---|
| From: | Caitlin Magee |
| Sent: | Wednesday, May 26, 2004 4:29 PM |
| To: | Janet Burkhard |
| Cc: | Scott Montroy |
| Subject: | physician follow up POS |

I just spoke with this physician about 45 minutes ago. He called because his UPIN didn't match. I gave him the one we had in our system and he used that to log in. He was not happy with his profile and kept saying that the information was very innaccurate. I offered to correct him for it. He said he would correct it himself.

Here is the email he sent back:

I just reviewed my "free" file and find the information be very inaccurate. You include multiple addresses for me, (I only have one office) including my home address from my residency years. I moved from there six years ago. I don't speak russian and my spanish is minimal. In your section where you compared outcomes from mutiple hospitals, you failed to include the hospitals that I actually work at. Are you really the "Healthcare Quality Experts"? Are there really zero cardiologists or internists in the US without qualtiy citations? Very sloppy work. From, Bart Steinberg , basteinb@lij.edu ———————————————— HTTP_USER_AGENT: Mozilla/4.0 (compatible; MSIE 5.5; Windows NT 5.0) HGUID: HGAUID8A8B7F9B

I can write him again and explain about the hospitals and the sanction issue. I just thought maybe I should forward his comments along.

*Caitlin Magee*
*Customer Service Specialist*
*Health Grades, Inc.*

This message contains confidential and/or legally privileged information and is intended for use only by the indicated addressee. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.



CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                 HG0032226