# EXHIBIT K

Attorneys' Eyes Only

Page 1

CONFIDENTIAL ATTORNEYS EYES ONLY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 11-CV-00520-PAB-BNB

_____

30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,

Representative Allen Dodge

and

DEPOSITION OF ALLEN DODGE

June 28, 2012

_____

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

Defendant.

_____

Job No. NJ403425

Veritext/NJ Reporting Company
800-227-8440                                    973-410-4040

Attorneys' Eyes Only

### Page 2

```
 1    CONFIDENTIAL ATTORNEYS EYES ONLY
 2   APPEARANCES:
 3    MERCHANT & GOULD
         By Kristin L. Stoll-DeBell, Esq.
 4       1050 17th Street
         Suite 1950
 5       Denver, CO 80265
         Phone: 303.357.1670
 6       Fax: 303.357.1671
         kstolldebell@merchant-gould.com
 7       Appearing on behalf of the
         Plaintiff
 8
 9    ROTHGERBER JOHNSON & LYONS LLP
         By Jesus Manuel Vazquez Jr., Esq.
10       1200 Seventeenth Street
         Suite 3000
11       Denver, CO 80202-5855
         Phone: 303.623.9000
12       Fax: 303.623.9222
         jvazquez@rothgerber.com
13       Appearing on behalf of the
         Plaintiff
14
      SILLS CUMMIS & GROSS, PC
15       By Scott D. Stimpson,  Esq.
         30 Rockefeller Plaza
16       New York, NY 10112
         Phone: 212.643.7000
17       Fax: 212.653.6500
         sstimpson@sillscummis.com
18       Appearing on behalf of the
         Defendant
19
20
21
22
23
24
25
```

### Page 3

```
 1          CONFIDENTIAL ATTORNEYS EYES ONLY
 2          Pursuant to Notice and the Federal Rules of
 3   Civil Procedure, the 30(b)(6) Deposition of Health
 4   Grades, Inc. and Deposition of Allen Dodge, called by
 5   Defendant, was taken on Thursday, June 28, 2012,
 6   commencing at 8:13 a.m., at 1200 Seventeenth Street,
 7   Suite 3000, Denver, Colorado, before Kelly A.
 8   Mackereth, Certified Shorthand Reporter, Registered
 9   Professional Reporter, Certified Realtime Reporter
10   and Notary Public within Colorado.
11
                    * * * * * * *
12
                    I N D E X
13
14   EXAMINATION                           PAGE
15    BY MR. STIMPSON                      5
      BY MR. VAZQUEZ                       317
16
17   PRODUCTION REQUEST(S):
18    None.
19
20
21
22
23
24
25
```

### Page 4

```
 1       CONFIDENTIAL ATTORNEYS EYES ONLY
 2              INDEX OF EXHIBITS
 3
                                        INITIAL
 4   DESCRIPTION                        REFERENCE
 5
     Exhibit 62  30(b)(6) deposition dated June     16
 6      11, 2012 with 12 deposition
        topics
 7
     Exhibit 63  Budget to actual report of        298
 8      Mountain Acquisition Corp
 9
     PREVIOUSLY MARKED EXHIBITS
10
11   Exhibit 3                          294
     Exhibit 8                          192
12   Exhibit 9                          190
     Exhibit 20                         158
13   Exhibit 25                         171
     Exhibit 26                         179
14   Exhibit 27                         181
     Exhibit 29                         184
15   Exhibit 45                          15
     Exhibit 46                         176
16   Exhibit 48                         191
     Exhibit 49                         167
17   Exhibit 51                         213
     Exhibit 52                         211
18
19
20
21
22
23
24
25
```

### Page 5

```
 1       CONFIDENTIAL ATTORNEYS EYES ONLY
 2              * * * * * * *
 3            P R O C E E D I N G S
 4         ALLEN DODGE,
 5   having been first duly sworn, was examined and
 6   testified as follows:
 7         (Exhibit 62 marked.)
 8            EXAMINATION
 9   BY MR. STIMPSON:
10      Q    Good morning, Mr. Dodge.  My name is Scott
11   Stimpson.  I'll be taking your deposition today.
12   Have you had your deposition taken before?
13      A    Yes, I have.
14      Q    So how many times have you had your
15   deposition taken?
16      A    Approximately ten.
17      Q    For the record, can you just state your
18   name and address?
19      A    Yes.  Allen Dodge.  And address is 6255
20   Noble, N-O-B-L-E, Street.  That's Arvada, Colorado
21   80403.
22      Q    Okay.  I won't go through the details,
23   since you've had ten depositions; that's a lot.  I
24   think that's a record for me of taking anybody's
25   deposition.  I think it's enough to say that you know
```

Attorneys' Eyes Only

Page 34

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2     A    I'm not thinking of that specifically.
3  I'm just thinking in general.
4     Q    (BY MR. STIMPSON)  Okay.  Well, how --
5  whenever that time was when the healthcare providers
6  would come in and edit information and add
7  information, how did they do it?
8     A    They came into essentially one of the
9  portals which we've called various names over time,
10 but a portal for the physician or, say, the
11 administrator could come online and correct certain
12 information.
13    Q    And was there -- can you give me some of
14 the names that you had for that where the physicians
15 would come on this portal and change information?
16    A    I think POS is one that I recall the name.
17    Q    Okay.
18    A    I don't -- I don't recall what else we've
19 called it.  I know it's gone through various --
20    Q    Same basic thing, though.  I mean, whether
21 it's called POS or whatever other names it might have
22 had, it's the same basic idea, physicians get on, can
23 edit their information and add information?
24         MR. VAZQUEZ:  Form.
25    A    They can.  And the reason I'm pausing is

Page 35

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  there was a point in time where they could correct,
3  correct information or at least try to include
4  certain information, but that POS system wasn't
5  necessarily made public.  So I'm not quite sure when,
6  one, they had the ability to go on and make changes
7  and, two, when would any of those changes have
8  actually been transmitted to the website or to the
9  public information.
10    Q    Well, I mean the reason this has been a
11 problem for me, to be quite frank, one of your topics
12 is the facts surrounding each and every Health Grades
13 products and service.  So this Physician Online
14 Services, or whatever you want to call it, is one of
15 those products and services.  So I need to know
16 dates, both when it was available and, as you say,
17 when those changes went public.
18         How would you go about finding that
19 information?
20    A    The only other way I would go about it is
21 try to go back to, you know, more documentation.  And
22 I did the best I could during my research to do that.
23    Q    I understand.  Nobody can be perfect, but
24 this is, you know, obviously an important one.  It's
25 in the claim.  You know, I've got nothing to hide.

Page 36

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  That's why I want this information.
3         This PO information, there's two things,
4  there's two things you've listed.  The PO
5  information, when that went public and then when POS
6  was available to providers?
7     A    I believe that's correct, yes.
8     Q    And you can't tell me even a year for
9  either one of those, right?
10    A    I do not recall specifically, no.
11    Q    Well, you know, I'll have some documents
12 later today so maybe together we can figure that out.
13 But if not, we'll have to come back because we've got
14 to address it somehow.
15         So we were talking about the PQRs and we
16 got sidetracked on the healthcare information.  But
17 you said there was third-party verified information
18 in there, right?
19    A    Correct.
20    Q    Did that include board certification?
21    A    It did.
22    Q    And we're just talking about 2003 now,
23 right?
24    A    Correct.
25    Q    Did it include licensure information?

Page 37

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2     A    I believe it did, yes.
3     Q    Did it include disciplinary action
4  information?
5     A    I believe it did, yes.
6     Q    Did it include medical school?
7     A    Yes, it would have.
8     Q    Did it include medical internship?
9     A    I don't recall if that particular element
10 was in at the time.
11    Q    Okay.  Did it include medical residency?
12    A    I believe that did, yes.
13    Q    Did it include medical fellowship?
14    A    That one I don't recall it either.
15    Q    Did there come a time when the PQRs did
16 include medical residency?
17    A    Yes, I believe so, yes.
18    Q    Was that -- would that have been in 2004?
19    A    I don't know.
20    Q    How about the same question for
21 fellowship, did there come a time when the PQR
22 included medical fellowship?
23    A    Yes.
24    Q    Would that have been 2004?
25    A    I don't know.

10 (Pages 34 - 37)

Attorneys' Eyes Only

Page 38

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q   2005?
3    A   I don't recall.
4    Q   That's another one we'll have to work on a
5  bit later, but that's okay.
6        Did the PQR include any patient provided
7  information in 2003?
8    A   No.
9    Q   Did there come a time when they did
10 include patient provided information, patient
11 provided information?
12   A   Yes, there did.
13   Q   When was that?
14   A   I know that in 2006 I recall that there
15 would have been information.  I'm not sure if there
16 would have been any patient provided information
17 prior to 2006, though.
18   Q   What was the patient provided information?
19   A   The patient provided information was
20 essentially ratings or patient experience surveys,
21 where the patient could opine on if they would
22 recommend their doctor, what was the wait time,
23 certain questions that were asked, kind of experience
24 surveys of that patient.
25   Q   Was that available in the PQR in January

Page 39

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  2006?
3    A   I don't know the specific date.  I just
4  know that in 2006 certainly.
5    Q   Do you know if it was available in 2005?
6    A   I don't know, as I said.
7    Q   Okay.  That's another one we'll see if we
8  can work on together today.  I've got some documents
9  that a little later we can go over.
10       And the PQR was a report that was created
11 and delivered to the consumer over the Health Grades
12 website, right --
13       MR. VAZQUEZ:  Form.
14   Q   (BY MR. STIMPSON) -- in 2003?
15       MR. VAZQUEZ:  Form.
16   A   Yes, it would have been a report that was
17 created and delivered over the website.
18   Q   (BY MR. STIMPSON)  Do you know what
19 comparison ratings are?
20   A   I believe I have an understanding of
21 comparison ratings.
22       MR. VAZQUEZ:  Form.
23   Q   (BY MR. STIMPSON)  And what's that
24 understanding?
25       MR. VAZQUEZ:  Same.

Page 40

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2    A   I'm not an attorney so I have a general
3  understanding of what comparison ratings would be are
4  comparing, you know, one thing to another in terms of
5  having a way to have a comparison that includes
6  ratings, something -- some way to rate one item
7  against another.
8    Q   (BY MR. STIMPSON)  Okay.  Did there come a
9  time when the PQR had comparison ratings?
10       MR. VAZQUEZ:  Same objection.
11   A   I don't think the PQR itself ever
12 contained comparison ratings.
13   Q   (BY MR. STIMPSON)  Are you just not sure
14 about that?
15   A   Well, just I'm thinking back through the
16 names of the report.  And my recollection is the PQR
17 itself was a report on a single physician is my
18 recollection.
19   Q   Well, let's take today, for example, you
20 can get a report on the Health Grades website on a
21 single physician and the report will include ratings
22 of other healthcare providers, right?
23       MR. VAZQUEZ:  Form.
24   A   You can do that today on the Health Grades
25 site, correct.

Page 41

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q   (BY MR. STIMPSON)  So would those include
3  the PQR, the Physician Quality Reports?  Are they
4  still called the same thing today?
5        MR. VAZQUEZ:  Form.
6    A   No, they're not called the same thing
7  anymore.  It's a different -- yeah, the PQR was a
8  report that was prepared for a consumer who paid for
9  that report.  And that PQR was really the name of
10 that product.  Today that product does not exist.
11   Q   (BY MR. STIMPSON)  Okay.  So as we sit
12 here today then, you're sure that PQR did not have
13 comparison ratings?
14   A   I'm not sure.  I'm saying that my
15 recollection of the PQR itself was that it was an
16 individual physician.  But if you have documents at
17 some point, I'm happy to review it.  But that's my
18 recollection was that particular report was a single
19 physician.
20   Q   Did you do anything to check to see if
21 PQRs had comparison ratings in preparation for the
22 deposition today?
23   A   Again, I read back through numerous
24 documents.  Based on advice of counsel, I won't say
25 specifically what those were, but I did read through

11 (Pages 38 - 41)

Attorneys' Eyes Only

Page 70

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2  A  No, that's the only entity.
3  Q  (BY MR. STIMPSON) How about AARP?
4  A  I don't recall.
5  Q  Did you do anything to prepare for today
6 to look into AARP and what products and services were
7 offered to AARP by Health Grades?
8  A  I didn't specifically look at anything
9 related to AARP, no.
10  Q  Okay. I guess we went down this line of
11 questions, but we were talking about what was new in
12 2006. And we had made our way to QRS, which prompted
13 your recollection of the Hewitt. So QRS was -- other
14 than what you did for Hewitt, QRS was basically the
15 same in 2006?
16     MR. VAZQUEZ: Form.
17  Q  (BY MR. STIMPSON) That's your
18 recollection?
19     MR. VAZQUEZ: Same.
20  A  I believe that's correct, yes.
21  Q  (BY MR. STIMPSON) Did there come a time
22 when this QRS, the Quality Ratings Suite, contained
23 patient ratings for anyone who was having it?
24     MR. VAZQUEZ: Form.
25  A  Yeah, sorry if I wasn't clear on that.

Page 71

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 Yes, I believe in 2006 when we -- at least in 2006
3 when I believe we launched ratings publicly, I
4 believe it was included within QRS in general as
5 well.
6  Q  (BY MR. STIMPSON) Okay. And can you
7 narrow it down to a date in 2006?
8  A  I can't at this time.
9  Q  Can you tell me whether it was the first
10 half of 2006?
11  A  I can't. I don't know.
12  Q  Any other changes to QRS in 2006 you can
13 remember?
14     MR. VAZQUEZ: Form.
15  A  Not that I can recall.
16  Q  (BY MR. STIMPSON) Were comparison ratings
17 added to QRS in 2006?
18  A  I don't know if they were or not.
19  Q  Did there come a time when comparison
20 ratings were added to QRS?
21     MR. VAZQUEZ: Form.
22  A  I'm not sure.
23  Q  (BY MR. STIMPSON) So you're not sure
24 whether they were ever added to QRS?
25     MR. VAZQUEZ: Form.

Page 72

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2  A  I'm not sure if they were. That's
3 correct.
4  Q  (BY MR. STIMPSON) How about the
5 documents, this is 2006, the documents to
6 professional underwriters for access to ratings, was
7 that still ongoing in the same, basically the same in
8 2006?
9  A  I believe so, yes.
10  Q  And the PQR in 2006, that changed sometime
11 in 2006, at least sometime in 2006, to include
12 patient ratings, right?
13     MR. VAZQUEZ: Form.
14  A  I believe it did, correct.
15  Q  (BY MR. STIMPSON) Did that also change
16 sometime in 2006 to include comparison ratings?
17     MR. VAZQUEZ: Form.
18  A  I don't know the time it changed. I
19 believe by 2006, sometime in 2006 I believe we did
20 offer quality ratings. And I don't know the date it
21 was launched.
22  Q  (BY MR. STIMPSON) My question was about
23 comparison ratings. Do you mean in 2006 you added
24 comparison ratings at some time?
25     MR. VAZQUEZ: Form.

Page 73

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2  A  I believe that to be the case, yes.
3  Q  (BY MR. STIMPSON) But you can't tell me
4 whether it was in the first half or the second half
5 of the year?
6     MR. VAZQUEZ: Same objection.
7  A  I don't recall. I can't tell you,
8 correct.
9  Q  (BY MR. STIMPSON) How about the Nursing
10 Home Quality Reports, did those continue but
11 relatively unchanged in 2006?
12  A  As far as I recall. I don't recall any
13 significant changes.
14  Q  Do you recall any changes to the Nursing
15 Home Quality Report in 2004 to 2006?
16  A  I don't recall.
17  Q  Did there come a time when Health Grades
18 collected patient reviews on nursing homes?
19  A  I don't believe so.
20  Q  Do you recall whether the Nursing Home
21 Quality Comparison Report was available in 2006?
22  A  I believe it was, but I don't recall
23 specifically.
24  Q  Do you recall whether the Nursing Home
25 Quality Comparison Report was available in 2005?

Attorneys' Eyes Only

Page 74

CONFIDENTIAL ATTORNEYS EYES ONLY

2  A   I don't recall.
3  Q   Do you recall -- do you know what the
4  Nursing Home Quality Comparison Report contained?
5  A   I believe it contained information such as
6  the star ratings on the comparison -- sorry, on the
7  individual nursing homes that were being compared.
8  And I think there were certain other data elements,
9  but that's -- I certainly believe that the ratings
10 were compared in those comparison reports.
11 Q   And those ratings were still being
12 obtained in the way you were obtaining them in 2004?
13    MR. VAZQUEZ:  Form.
14 A   Correct, through that -- what I believe
15 was the Oscar reporting database through CMS.
16 Q   (BY MR. STIMPSON)  How about the Home
17 Health Report, did that change in any way from 2004
18 to 2006, to your recollection?
19 A   To my recollection, no, not that I recall.
20 Q   Did it change at some time so that it had
21 patient ratings?
22    MR. VAZQUEZ:  Form.
23 A   I don't believe so, no.
24 Q   (BY MR. STIMPSON)  How about Connecting
25 Point, did that continue in 2006?

Page 75

CONFIDENTIAL ATTORNEYS EYES ONLY

2  A   It did continue in 2006.
3  Q   Any changes you recall?
4  A   I can't think of any changes to the
5  product, to Connecting Point in 2006.
6  Q   Other than these products we just talked
7  about, the list we went through, any other products
8  and/or services of Health Grades in 2006?
9  A   The only other product I can think of that
10 I believe was in 2006 was a -- it was really a
11 product that was being developed but never really was
12 launched called Healthcare Credit Solutions.
13 Q   What was that?
14 A   It was intended to be a healthcare credit
15 card.  So really a credit card that people could use
16 to purchase goods and services.
17 Q   So that wasn't a report.  It was just a
18 healthcare card?
19 A   Correct.
20 Q   Any others in 2006?
21 A   None that I can think of, no.
22    MR. STIMPSON:  I'm sorry.  I was here very
23 early and I drank too much coffee.  Can you give me
24 two minutes?
25    (Recess taken from 9:58 a.m. to

Page 76

CONFIDENTIAL ATTORNEYS EYES ONLY

2  10:02 a.m.)
3  Q   (BY MR. STIMPSON)  Mr. Dodge, are you
4  familiar with a Physician Quality Guide?
5  A   Yes, that term I'm familiar with.
6  Q   How does a Physician Quality Guide differ
7  from a Physician Quality Report, if at all?
8  A   Well, the Physician Quality Guide was what
9  was offered under QRS to employers.  So it's part of
10 that suite of offering to employers and health plans.
11 Q   Okay.  What was the Physician Quality
12 Guide?
13 A   It was essentially providing the physician
14 information to employers and health plans who
15 prescribed for that QRS service.
16 Q   How did that information differ from the
17 Physician Quality Report?
18 A   I can't recall.  I believe it was more
19 look and feel potentially, but I can't recall today
20 specifically what would have been different.
21 Q   There were differences, though, between a
22 Physician Quality Guide and a Physician Quality
23 Report?
24 A   I think so.  Possibly it's the look and
25 feel but, other than that, I'm not sure.

Page 77

CONFIDENTIAL ATTORNEYS EYES ONLY

2  Q   When was the Physician Quality Guide first
3  introduced?
4  A   I believe it was when we introduced the
5  QRS, so certainly -- I believe it was available in
6  some form in 2003.
7  Q   Did the Physician Quality Guide have
8  information provided by healthcare providers?
9     MR. VAZQUEZ:  Form.
10 A   Again, a couple initial questions.  What
11 period are we talking about?
12 Q   (BY MR. STIMPSON)  Let's start with 2003
13 and then we'll move ahead.
14 A   And, again, the reason I'm pausing is the
15 products themselves, such as Physician Quality Guide,
16 would not necessarily have ever had any physician
17 information or any information provided from anyone.
18 It was a product based upon data.
19 Q   What do you mean it was a product based
20 upon data?
21 A   I guess what I'm getting back to is just
22 making sure that I'm clear that the products
23 themselves, Physician Quality Guide being one of
24 them, was a product offering that was based upon
25 Health Grades' databases of information.

20 (Pages 74 - 77)

Attorneys' Eyes Only

Page 78

CONFIDENTIAL ATTORNEYS EYES ONLY

2  So my only clarification is that there
3  wouldn't have been anything specifically provided
4  from anyone to the Physician Quality Guide but rather
5  somehow to the databases.
6  Q   I understand.  So what you're saying is
7  the doctor doesn't get in and change the Physician
8  Quality Guide.  He just changes the data -- he tells
9  you some changes he wants to the database and then
10 Health Grades would make the change to the Physician
11 Quality Guide?
12 A   That's more correct, yes, the database.
13 Whether it was a third party or Health Grades
14 updating the database, it would have changed our
15 databases and then how that was -- how that was then
16 ultimately applied to the different products would
17 have been up to Health Grades ultimately.
18 Q   When was the first time that a Physician
19 Quality Guide included information provided by a
20 healthcare provider?
21     MR. VAZQUEZ:  Form.
22 A   Provided -- can you state that just one
23 more time?
24 Q   (BY MR. STIMPSON)  Yeah.  When was the
25 first time that a Physician Quality Guide would have

Page 79

CONFIDENTIAL ATTORNEYS EYES ONLY

2  included information from the database that was
3  received by a -- from a healthcare provider?
4  A   And your healthcare provider definition
5  now, is that the broad --
6  Q   Let's leave it that way for now, yeah.
7     MR. VAZQUEZ:  Form.
8  A   Okay.  I believe in 2006 it could have
9  been a variant of 2005.
10 Q   (BY MR. STIMPSON)  Would that have been
11 with the implementation of Physician Online Services?
12     MR. VAZQUEZ:  Form.
13 A   I mean, certainly it would have had to
14 have been -- I believe it would have been after the
15 implementation of Physician Online Services, but not
16 necessarily directly tied to that offering.
17 Q   (BY MR. STIMPSON)  Right.  You have to
18 launch Physician Online Services and then
19 instantaneously the doctor hasn't changed it and that
20 information found its way into a report, I
21 understand.
22     But generally speaking, when Physician
23 Online Services was launched, the intent of Health
24 Grades when launching that service was so that
25 healthcare providers could come in and edit or change

Page 80

CONFIDENTIAL ATTORNEYS EYES ONLY

2  that information and that information perhaps after a
3  vetting process would make it into these reports,
4  right?
5     MR. VAZQUEZ:  Form.
6  A   The intention of launching that service
7  was certainly to help Health Grades review the
8  accuracy of our information.  So it was certainly
9  intended to give providers, healthcare providers the
10 ability to review and edit and suggest changes.  And
11 at some point Health Grades expected to include the
12 updates or information on the website.
13 Q   (BY MR. STIMPSON)  With the launch of
14 Physician Online Services, was Health Grades prepared
15 at that time to introduce those edits into reports?
16     MR. VAZQUEZ:  Form.
17 A   I don't know if we were ready immediately
18 upon launching POS, I don't recall.
19 Q   (BY MR. STIMPSON)  Well, I mean, just from
20 public relations and a point of relationship view of
21 physicians, if Dr. Smith gets on and says you've got
22 my address wrong I'm not in Denver, I'm in Boulder,
23 he gets online on Physician Online Services and
24 changes it, it wouldn't be a very good idea for
25 Health Grades to keep that unchanged for a long

Page 81

CONFIDENTIAL ATTORNEYS EYES ONLY

2  period, right?
3     MR. VAZQUEZ:  Form.
4  A   I understand your question.  I was just
5  answering your first question that I'm not sure if we
6  were ready.
7  Q   (BY MR. STIMPSON)  Well, I mean, I'm just
8  trying to get -- I don't care how we go about it.
9  I'm just trying to get a feel for, you know, how
10 quickly after Physician Online Services were launched
11 that healthcare provider information provided by the
12 healthcare provider made it into the reports of
13 Health Grades?
14     MR. VAZQUEZ:  Form.
15 Q   (BY MR. STIMPSON)  Would it have been
16 within a month?
17     MR. VAZQUEZ:  Same objection.
18 A   Unfortunately, all I can say is my
19 recollection is we launched some of that, I believe,
20 in 2006.  Could have been prior.  I just don't
21 recall.
22 Q   (BY MR. STIMPSON)  Right.  But I'm trying
23 to get at the time lag, if any, between when
24 Physician Online Services was launched and physicians
25 could then start adding data, the timeline between

Attorneys' Eyes Only

Page 166

CONFIDENTIAL ATTORNEYS EYES ONLY

1  report -- so a couple things. As you look at the
2  professional misconduct section, we have a list of
3  physicians and a designation which appears to be yes
4  or no. And yes in answer to the question do these
5  physicians have any professional misconduct.
6      And my recollection is the way Health
7  Grades would be able to populate that answer as to
8  yes or no would be from information that was received
9  from the state medical boards.
10  Q    Okay. How about board certified?
11  A    I know there were a few places at
12  different points of time that reports were offered
13  that Health Grades received board certified
14  information. My recollection is that ABMS, which I
15  believe is the American Board of Medical Specialties,
16  is where we received most of that board
17  certification. There may have been a few other
18  agencies like that.
19  Q    Okay. Any information in this report that
20  would have been received from the healthcare
21  providers?
22  A    Let me flip through the remaining real
23  quickly.
24      No, I don't believe so, no.

Page 167

CONFIDENTIAL ATTORNEYS EYES ONLY

1  Q    Let me show you what has been marked as
2  Exhibit 49. This is a multipage document bearing
3  Bates numbers HGMKEES 022569 to 22574.
4      MR. STIMPSON: Jesus, do you know what
5  this designation is, Health Grades MKES?
6      MR. VAZQUEZ: Yes, that stands for HG is
7  Health Grades Montroy key words e-mail server.
8      MR. STIMPSON: Okay. Thank you.
9      MR. VAZQUEZ: There's another one that has
10 FS, that would be the file server.
11     MR. STIMPSON: Okay. Thank you.
12 Q    (BY MR. STIMPSON) Can you identify this
13 document for us, please?
14 A    This appears to be a Health Grades patient
15 experience survey, questionnaire.
16 Q    And this was what was put on the Health
17 Grades website to solicit feedback from patients?
18 A    I believe so, yes.
19 Q    Do you see the top box there -- this was,
20 by the way, prepared and kept in the ordinary course
21 of business in Health Grades, right?
22 A    I believe it to be.
23 Q    In the top box it says, Health Grades will
24 not share your information with anyone without your

Page 168

CONFIDENTIAL ATTORNEYS EYES ONLY

1  express desire and authorization. Your physician
2  will not know you are completing this survey.
3      That's what you talked about a little
4  earlier today where you told them, basically assured
5  them, the patients, that you would not share this
6  information with their physicians and their personal
7  information would be kept confidential, right?
8  A    A little bit differently. My testimony
9  was more around the privacy policy and user
10 agreements. I wasn't aware there was this statement
11 in the survey in front of me.
12 Q    Okay. Look to page 572, please. Do you
13 see there at the bottom there's a copyright date of
14 2004?
15 A    I see that.
16 Q    Does that help refresh your memory as to
17 when these patient experience surveys were placed
18 online?
19     MR. VAZQUEZ: Form.
20 A    It doesn't.
21 Q    (BY MR. STIMPSON) As we sit here now with
22 this document in front of us, can you tell me when
23 these were first made available on the Health Grades
24 website?

Page 169

CONFIDENTIAL ATTORNEYS EYES ONLY

1  A    I can't.
2  Q    Can you tell me whether it was at least
3  2005?
4  A    I can't.
5  Q    On that same page it says, Thank you for
6  taking our patient experience survey. By completing
7  the survey, you authorize us to include your
8  responses in the survey results.
9      Did I read that correctly?
10 A    Yes, you did.
11 Q    And so whenever this survey was placed on
12 the Health Grades website, the patients were told the
13 idea here is we're going to collect these survey
14 results and include them in with survey results from
15 other patients, right?
16 A    No, I don't agree with that statement.
17 Q    Okay. What's wrong with it?
18 A    Well, there are numerous statements such
19 as this that you can find in user agreements or
20 privacy policies that reserve the right to do certain
21 things. There is nothing here that definitively
22 states that we will publish the results. It just
23 gives the release by the patient that we can if we so
24 choose.

43 (Pages 166 - 169)

Veritext/NJ Reporting Company
800-227-8440                                           973-410-4040

Attorneys' Eyes Only

Page 198

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  right?
3      MR. VAZQUEZ: Form.
4   A   I would say it says what it is. It's a
5  Physician Quality Comparison Report. It allows
6  consumers to review information on various
7  physicians.
8   Q   (BY MR. STIMPSON) Okay.
9   A   And make their own decisions.
10  Q   You can see that these physicians relate
11 to psychiatry, right, that first bullet point under
12 the list of physicians?
13  A   Yes, I see the statement that it appears
14 to be psychiatry in a certain location.
15  Q   Right. So that's a specialty, right?
16  A   Psychiatry is a specialty, correct.
17  Q   And then the next page, 32063, do you see
18 that it also has a tables comparing the physicians
19 and where they went to medical school, right?
20  A   I would say I agree with the statement
21 that there is physician listing and what college they
22 went to and what city or state that was in.
23  Q   And then the same thing for internship,
24 right?
25  A   Yes, it has the physician name and where

Page 199

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  they completed their internship.
3   Q   The same thing for residency?
4   A   Correct.
5   Q   Same thing for fellowship?
6   A   That's correct.
7   Q   And it also has licensure information,
8  correct?
9   A   It appears on this report it does not.
10 There's a caption of licensure, but I don't see any
11 information reported.
12  Q   Okay. It's got years since medical
13 school?
14  A   I see the physician name and years since
15 medical school, yes.
16  Q   For all the physicians being compared,
17 right?
18      MR. VAZQUEZ: Form.
19  A   All the physicians that are listed here,
20 yes, I see years since medical school.
21  Q   (BY MR. STIMPSON) All right. There's
22 also a section at least discussing disciplinary
23 action, right?
24  A   There is a section discussing disciplinary
25 action, yes.

Page 200

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2   Q   And also providing information on
3  disciplinary action for these various physicians?
4   A   There's on pages 32069 and 32070, there's
5  a designation as to whether or not the individual
6  physician is free of disciplinary actions.
7   Q   Okay. And then the next page there's also
8  information on board certification for all these
9  physicians?
10  A   I see that section which has the physician
11 name and board certification, yes.
12  Q   It also has a section on the next page for
13 quality ratings for the hospitals these physicians
14 are associated with, right?
15  A   No, I disagree with that.
16  Q   Okay. What is it showing there?
17  A   I'm just reading the caption really
18 quickly.
19  Q   Okay.
20  A   It appears the next section is showing
21 ratings of hospitals that are in the area. So within
22 a certain geography of whatever search was conducted.
23  Q   Okay. And so the information that's
24 there, the consumers can take this information and
25 compare these hospitals, right?

Page 201

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2      MR. VAZQUEZ: Form.
3   A   If a consumer wanted to, they could look
4  at this list of hospitals and they could see which
5  hospitals were rated three star, five star, or one
6  star in various therapeutic areas.
7   Q   (BY MR. STIMPSON) Okay. And do you see
8  page 32075 also has information on gender for these
9  various physicians?
10  A   I do see that.
11  Q   It also has other information in the rest
12 of this report. And let's just --
13     (Pause.)
14     MR. VAZQUEZ: Break, Scott?
15     MR. STIMPSON: Yeah, sure. I'm done with
16 this exhibit.
17     MR. VAZQUEZ: Are you?
18     MR. STIMPSON: Yeah, I'm done.
19     (Recess taken from 2:01 p.m. to 2:11 p.m.)
20  Q   (BY MR. STIMPSON) Do you see at 32086, do
21 you see this is an example of the Physician Quality
22 Reports we talked about earlier?
23  A   It appears to be, yes.
24  Q   So when we were talking about Physician
25 Quality Reports, these are the -- this is consistent

Attorneys' Eyes Only

Page 202

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 with what you remember?
3   A   I'm just flipping through the pages.
4       MR. VAZQUEZ:  Form.
5   A   This appears to be the type of information
6 or reports that I recall being in the Physician
7 Quality Reports, yes.
8   Q   (BY MR. STIMPSON)  As of this time,
9 December 2004, was any information in here from the
10 physician?
11  A   I don't believe so, no.
12  Q   You recall that Physician Online Services
13 was launched in May of 2004 from that other exhibit
14 we saw, right?
15      MR. VAZQUEZ:  Form.
16  Q   (BY MR. STIMPSON)  I'll show it to you.
17  A   Which exhibit number?
18  Q   Let me see if I can figure that out.
19      MR. STIMPSON:  I should be better
20 organized.  This is why David should be with me.
21  Q   (BY MR. STIMPSON)  27.
22  A   Okay, I have that exhibit in front of me.
23  Q   That Exhibit 27 shows the Physician Online
24 Services, whereby the physicians could input data
25 themselves, was launched as of May 2004, right?

Page 203

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2       MR. VAZQUEZ:  Form.
3   A   I think my testimony to that was it
4 appears that that service was launched, it appears
5 that it was launched during the time period of May
6 2004, but I'm not clear when any of the updates would
7 have been posted, if any.
8   Q   (BY MR. STIMPSON)  Right.  So the
9 Physician Quality Report, Exhibit 8, that's about
10 seven months after the Physician Online Services was
11 launched, right?
12  A   I agree that the report date appears to be
13 seven months after Mr. Montroy stated that it had
14 been launched, POS had been launched.
15  Q   And the purpose of the Physician Online
16 Services was so that physicians could provide
17 information that would be provided in their reports,
18 right?
19  A   That we would allow them the ability to
20 edit or correct certain information for us to review
21 and then ultimately, yes, it would be posted at some
22 point.
23  Q   So as of seven months later after it was
24 launched, do you have any reason to say that
25 information from the healthcare provider, the

Page 204

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 physician himself, was not in this report?
3   A   Again, as I've said, I can't state one way
4 or the other.
5   Q   Okay.  If you could just flip through this
6 report with me so we can do this question quickly.
7       This has information about specialty,
8 right?
9   A   Yes, it does.
10  Q   It has here he's a psychiatrist, right?
11  A   Yes, it appears to be a psychiatrist, yes.
12  Q   And if this doctor had put information in
13 through Physician Online Services, that information
14 on specialty may have come from this doctor, right?
15      MR. VAZQUEZ:  Form.
16  A   I don't know one way or the other.
17  Q   (BY MR. STIMPSON)  Okay.  How about
18 medical school?  This has got information on medical
19 school, right?
20  A   It has a section on medical school that's
21 not populated in this report, but it does have a
22 section titled Medical School.
23  Q   It's got -- actually, it does have his
24 medical school, doesn't it?
25  A   It does, underneath the years since

Page 205

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 medical school, you're correct, it does have the
3 medical school and years since graduation.
4   Q   That would have been information obtained
5 from and verified by third parties?
6       MR. VAZQUEZ:  Form.
7   A   The medical school and years since
8 graduation would have been obtained by third parties,
9 correct.
10  Q   (BY MR. STIMPSON)  They may be verified by
11 third parties as well?
12      MR. VAZQUEZ:  Form.
13  A   Obtained and verified, I believe that's
14 correct, by third parties.
15  Q   (BY MR. STIMPSON)  And residency and
16 internship, where would that information come from?
17  A   I believe again by third parties.
18  Q   The same for fellowship?
19  A   I believe so, but I'm not as sure about
20 that.  I believe so.
21  Q   But if they were from third parties, you
22 would have no problem telling me it was also verified
23 by third parties, right?
24      MR. VAZQUEZ:  Form.
25  A   That's correct.

52 (Pages 202 - 205)

Attorneys' Eyes Only

Page 222

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2  way or the other. I'm referring to a PowerPoint
3  presentation. I can see that. I just can't sit here
4  and say one way or the other whether that was on the
5  Health Grades site.
6      Q    Did you talk to John Neal about whether
7  this was on Health Grades' website?
8      A    Not that I know of.
9      Q    Maybe I can help you with that.
10         Do you know what the premium placement was
11  on Health Grades' website?
12      A    I think we talked about that previously.
13  My recollection of that term relates to the
14  Connecting Point program. And that's my recollection
15  where there would be premium placement, meaning those
16  results may show up at a higher level than, say,
17  other physicians.
18      Q    Okay. So let me read to you from
19  Mr. Neal's deposition. I'm referring to, while you
20  look, page -- Health Grades' website page 179535.
21      A    Okay, I see that page.
22      Q    This is going to be too complicated trying
23  to do it this way. If you don't remember, that's
24  okay.
25         So we were under Specialties on page

Page 223

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2  179536.
3      A    Okay. I see that.
4      Q    So assuming this was on the Health Grades
5  website at the time, that's information that was
6  third-party verified information, right, the
7  specialty information?
8      A    With your predicate, assuming this was on
9  the site, it appears to indicate, yes, footnote 1
10  would say it was verified by Health Grades.
11      Q    Right. Then it has areas of expertise,
12  medical school, residency, internship and
13  fellowships.
14         Do you see that?
15      A    I see those listed on this, yes.
16      Q    If this, again, was on the website at this
17  time, these would have been from third parties,
18  verified from third parties, right?
19         MR. VAZQUEZ: Form.
20      A    I believe so, yes.
21      Q    (BY MR. STIMPSON) Okay. And the next
22  page has disciplinary action. Again, that was
23  third-party verified information?
24         MR. VAZQUEZ: Form.
25      A    Disciplinary actions were third-party

Page 224

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2  verified, yes.
3      Q    (BY MR. STIMPSON) Turn to the next page.
4  This shows patient experience survey results for
5  Dr. Drucker, correct?
6      A    That's what this appears to state.
7      Q    And these are patient ratings, right?
8         MR. VAZQUEZ: Form.
9      A    These are experience surveys.
10      Q    (BY MR. STIMPSON) It says Patient
11  Ratings, right?
12         MR. VAZQUEZ: Form.
13      Q    (BY MR. STIMPSON) You can see here there
14  are five surveys on Dr. Drucker. Each one of them
15  would go on to survey and rate him in your
16  categories, right? These are patient ratings, right?
17         MR. VAZQUEZ: Form. Asked and answered.
18      A    The consumer would go on our site with
19  respect to the patient experience survey and complete
20  that survey, I agree with that statement.
21      Q    (BY MR. STIMPSON) And you don't agree
22  then that these are patient provided ratings?
23      A    That these are patient provider ratings,
24  is that what you said?
25      Q    No, I'm sorry if I said that. I mean

Page 225

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2  patient provided, but let me rephrase the question.
3         My question to you, are we seeing here on
4  179538, these are ratings of Dr. Drucker provided by
5  patients, correct?
6      A    I would agree they're patient experience
7  surveys. I'm not sure I can see are they ratings or
8  are they not ratings, but they're certainly patient
9  experience surveys that have been filled out by a
10  consumer if that's, in fact, you know, what these
11  are.
12      Q    And it's the same sort of thing that you
13  have today, right, patients get on the Health Grades
14  website, fill out these surveys and those survey
15  results also go on the Health Grades website, right?
16         MR. VAZQUEZ: Form.
17      A    Consumers do fill out patient experience
18  surveys and the results are on the site in a number
19  of different forms, yes.
20      Q    (BY MR. STIMPSON) Right. And those are
21  patient ratings?
22      A    I think some of them are ratings. I don't
23  know if I would say all of them are ratings, but
24  certainly some of them are ratings, yes.
25      Q    And also in this report on page 179541 you

57 (Pages 222 - 225)

Attorneys' Eyes Only

Page 226

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  have comparison ratings for multiple hospitals,
3  right?
4  A  Again, I know we're keeping the predicate
5  that you said previously, whether or not these are on
6  our site. But, yes looking at this, a consumer could
7  look at these ratings and compare the three hospitals
8  that are on this page utilizing the star ratings.
9  Q  Okay. Was Dr. Drucker an orthopedic
10 surgeon in New York?
11 A  I believe so, yes, he was.
12 Q  Could you look to page 179548? Do you see
13 that physician A, these are preliminary results?
14 A  I see the page.
15 Q  Just going back to the front page of this
16 e-mail, Mr. Neal is telling this person from Rothman
17 Institute, included in the presentation are results
18 experienced by two of our beta clients.
19    Do you see that?
20 A  I see the statements on the first page.
21 Q  And this is the results page in the
22 PowerPoint?
23 A  It could be. I don't know if there are
24 any other pages titled results, but it certainly
25 could be based on the first statement he made in the

Page 227

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  e-mail.
3  Q  It says, physician A, orthopedic surgeon
4  in New York. That would be referring to Dr. Drucker,
5  right?
6    MR. VAZQUEZ: Form.
7  A  Again, it could be. I just don't know.
8  Q  (BY MR. STIMPSON) Do you have any reason
9  to disbelieve that?
10 A  I don't one way or the other.
11 Q  Can you take a second and flip through all
12 the pages of this, and I just want to see if you
13 think there is anything else that might be referring
14 to, I would like to know.
15 A  Okay. I've searched. I don't see any
16 other pages that refer to results.
17 Q  Okay. So does that help you understand
18 this physician A, this orthopedic surgeon in New
19 York, is again referring to Dr. Drucker?
20 A  It appears to be based on the cover e-mail
21 by Mr. Neal.
22 Q  And this page of the PowerPoint says that
23 in January 2004 to January 2005 three consumer
24 quality reports reviewed, right?
25 A  I see that statement.

Page 228

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  Q  Past tense?
3  A  This statement is past tense, correct.
4  Q  Right. And in February 2005 117 expanded
5  profile reports reviewed, right?
6  A  Yes, I see that statement.
7  Q  Do you have any reason to disbelieve that?
8  A  I don't. I don't have any one way or the
9  other.
10 Q  It says 18,000 premium placement profiles
11 were displayed. Do you see that?
12 A  I see that.
13 Q  Any reason to dispute it?
14 A  No, not one way or the other.
15 Q  Do you see the next slide, it says Denver
16 area, it's referring to comparison reports?
17 A  I see the statement.
18 Q  And 149 comparison reports reviewed --
19    MR. VAZQUEZ: Form.
20 Q  (BY MR. STIMPSON) -- in February 2005?
21    MR. VAZQUEZ: Form.
22 A  I see the statement comparison reports
23 149. Is that --
24 Q  (BY MR. STIMPSON) Yeah. I just wanted to
25 see if you had any reason to disbelieve that.

Page 229

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  A  I'm sorry, so can you tell me, what are
3  you stating it means?
4  Q  149 comparison reports were viewed in
5  February 2005.
6  A  In general? I just don't know what
7  statement you're trying to make for me to respond to.
8    MR. VAZQUEZ: Let's wait until there's a
9  pending question.
10 Q  (BY MR. STIMPSON) Okay. I'm sorry,
11 you've never seen this. I asked Mr. Neal about it.
12 It's okay.
13    All right. So, Mr. Dodge, we've looked at
14 a lot of documents and you did your preparation for
15 this deposition. So let me come back and ask you the
16 questions I started with earlier.
17    Can you tell me when the first time
18 patient survey results were available on Health
19 Grades' website?
20    MR. VAZQUEZ: Form. Asked and answered.
21 A  I would repeat what I've stated from the
22 beginning.
23 Q  (BY MR. STIMPSON) How about comparison
24 ratings of healthcare providers, do you know when
25 those were first available on Health Grades' website?

Veritext/NJ Reporting Company
800-227-8440                                                    973-410-4040