IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

      Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE
LIMITATIONS FOR ITS OPPOSITION TO HEALTH GRADES, INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, pursuant to D.C.COLO.LCivR 7.1 and Judge Philip A. Brimmer Practice Standards (the "Practice Standards"), respectfully submits MDx Medical, Inc.'s Unopposed Motion for Leave to Exceed Page Limitations For Its Opposition to Health Grades, Inc.'s Motion [Doc. # 369] for Partial Summary Judgment.

Pursuant to D.C.COLO.LCivR 7.1(A), undersigned counsel conferred with counsel for Health Grades, Inc. ("Health Grades") regarding the relief requested herein and is authorized to state that Health Grades does not oppose the relief requested by MDx herein.

Pursuant to Section III(F)(3) of the Practice Standards, summary judgment "[m]otions and response briefs shall not exceed twenty pages." The Parties previous requested and the Court granted leave to exceed these page limitations to thirty pages for motions and response briefs. [Doc. # 321, 328]. MDx needs and respectfully requests leave to exceed the thirty page

limit by an additional eleven (11) pages for its Opposition to Health Grades, Inc.'s Motion for Partial Summary Judgment ("Opposition").

Good cause exists for allowing the Opposition to further exceed the page limitation by eleven pages:

1.      Health Grades' Motion for Partial Summary Judgment seeks rulings with regard to inequitable conduct and with regard to two theories of invalidity of the patent-in-suit – anticipation and obviousness.  Each of these issues is fact intensive, and Health Grades' Motion included twelve pages of allegedly undisputed facts, and twenty-four attachments. [Doc. # 369-1 to 369-24].  In all, the Health Grades Motion totaled to thirty (30) pages.

2.      MDx disputes many of Health Grades' "undisputed" facts, and additionally, the Health Grades Motion omits very important facts.  To adequately address and present the entirety of the facts and exhibits at issue, MDx's Opposition needed thirty-four (34) pages just for the facts alone.  These pages are needed to address the extensive amount of facts involved in inequitable conduct, anticipation, and obviousness, including facts shown in discovery responses, document discovery, deposition transcripts, deposition exhibits, expert reports, patent prosecution history, and infringement contentions, among other exhibits.

3.      The arguments section in MDx's Opposition spans just four and half pages.  The remaining two and half pages include the case caption, the signature block, one page of introduction, and one concluding sentence.

4.      Thus, the additional eleven (11) pages are needed to adequately address the extensive amount of facts involved and to provide a succinct argument.

5.      In light of the above, MDx respectfully requests eleven (11) additional pages for its Opposition to Health Grades' Motion for Partial Summary Judgment.  Health Grades does not oppose the requested relief.

Thus, for good cause shown, as discussed above, MDx respectfully requests the relief above.


Dated:  November 26, 2012                    Respectfully submitted,

                                             *s:/Scott D. Stimpson*
                                             Scott D. Stimpson
                                             Scott B. Murray
                                             David C. Lee
                                             Sills Cummis & Gross P.C.
                                             30 Rockefeller Plaza
                                             New York, New York 10112
                                             Tel: (212) 643-7000
                                             Fax: (212) 643-6500
                                             E-mail:sstimpson@sillscummis.com
                                             E-mail:smurray@sillscummis.com
                                             E-mail:dlee@sillscummis.com

                                             and

                                             Terence Ridley, Atty. No. 15212
                                             Wheeler Trigg O'Donnell LLP
                                             370 Seventeenth Street, Suite 4500
                                             Denver, Colorado 80202
                                             Tel:  (303) 244-1800
                                             Fax:   (303) 244-1879
                                             E-mail: ridley@wtotrial.com

                                             *Attorneys for Defendant*
                                             MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on <u>November 26, 2012</u>, I electronically filed the foregoing MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR ITS OPPOSITION TO HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Gregory B. Kanan**
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com


_s:/ David C. Lee_____