# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**PROPOSED ORDER GRANTING MDX MEDICAL, INC.'S
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS
FOR ITS OPPOSITION TO HEALTH GRADES, INC.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT**

---

This Court, having read and considered the MDx Medical, Inc.'s Unopposed Motion for Leave to Exceed Page Limitations for Its Opposition to Health Grades, Inc.'s Motion For Partial Summary Judgment [Doc. # ___, filed November 26, 2012] (the "Motion"), concludes that, good cause having been shown, the requested excess pages are appropriate; accordingly

IT IS ORDERED that the Motion is GRANTED, and Defendant MDx Medical, Inc.'s Opposition to Health Grades, Inc.'s Motion For Partial Summary Judgment [Doc. # ___] is accepted for filing.


DATED _____          BY THE COURT: _____