IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**UNOPPOSED MOTION FOR ONE-DAY EXTENSION TO FILE RESPONSES**

Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), by its undersigned counsel, and pursuant to D.C.Colo.LCivR 6.1(C), respectfully submits its Unopposed Motion for One-Day Extension to File Responses:

Conferral Pursuant to D.C.Colo.LCivR 7.1(A)

The undersigned certifies that he conferred with counsel for MDx on November 26, 2012, and November 27, 2012, and that MDx does not oppose the one-day extension requested herein.

Unopposed Motion

1.  Health Grades responses to MDx's Motion to Exclude Expert Testimony of Mr. David Hall [374] and MDx's Motion for Partial Summary Judgment Re: Lost Profits and Royalty Rates [372] were due November 26, 2012.

2.  Undersigned counsel attempted to file the two responses on November 26, 2012, but was unable to do so due to technical issues that arose with counsel's word processing

1

software.  Counsel immediately advised counsel for MDx regarding the issues.  The technical issues were resolved earlier today, and concurrently with this motion Health Grades is filing the two responses.

3. No prejudice to the parties will result from the requested extension.  This is the first request for an extension by Health Grades for these responses.

4. Health Grades is serving a copy of this motion on its client pursuant to D.C.Colo.LCivR 6.1D.

WHEREFORE, Health Grades respectfully requests that the Court grant its unopposed motion and accept the two responses filed concurrently herewith.

Respectfully submitted this 27th day of November, 2012.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vázquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email:  kkosto@rothgerber.com
           jvazquez@rothgerber.com
           gkanan@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2012, I electronically filed the foregoing **UNOPPOSED MOTION FOR ONE-DAY EXTENSION TO FILE RESPONSES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
David Chunyi Lee
Scott B. Murray
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
Email: ridley@wtotrial.com

*s/ Jesús M. Vazquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@rothgerber.com
           kkostolansky@rothgerber.com
           jvazquez@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*