CONFIDENTIAL - ATTORNEYS EYES ONLY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 11-CV-00520-PAB-BNB

---

30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,
Representative John Neal
and
DEPOSITION OF JOHN NEAL
June 13, 2012

---

HEALTH GRADES, INC.,

Condensed Copy

Plaintiff,

v.

CONFIDENTIAL

MDX MEDICAL, INC. d/b/a VITALS.COM,

Defendant.

---

Job No. NJ399592

EXHIBIT F

Page 82

CONFIDENTIAL - ATTORNEYS EYES ONLY

looked at the audience, the traffic, that Vitals is getting today, and the portion of which that traffic, it's most likely the majority of that traffic hasn't visited Health Grades yet, and knowing that Ucompare, for example, doesn't have content that is as rich. Vitals is more of a replica of Health Grades, so there is a much greater chance that Vitals' traffic would -- that is not currently visiting Health Grades, would end up on Health Grades should Vitals.com not exist.

Q If you search for a doctor in cardiology in Denver, say, on Google, you come up with a list -- search results, right?

A Right.

Q Is Health Grades usually at the top of that list?

A Sometimes. Usually. I would say usually is correct.

Q What about if you search for Dr. John Smith in New York?

A Usually.

Q So anyone who is using Google, the first thing they're going to get up is Health Grades website, usually, right?

Page 83

CONFIDENTIAL - ATTORNEYS EYES ONLY

A I think, for the most part, that's true.

Q Okay. So all those users, where Health Grades comes up first, they're probably going to visit Health Grades first, right?

A Not necessarily.

Q Why do you say that?

A It's just not consistent with Internet behavior. It increases the chances that they'll visit whatever site, it could be Health Grades or anyone else, but as you work down the list, the propensity to visit is -- it decreases.

Q Can you put a monetary value on what you see is the harm to Health Grades from Vitals?

A That would be speculative on my part.

Q Okay. Let's identify all competitors we can for just those products and services we talked about earlier of Health Grades that fall under the patent claims, okay?

You mentioned Vitals, right?

A Can I ask you a question --

MR. VAZQUEZ: I'm sorry, let me just put an objection. I'm not sure I understood what you said, and the claims, just object to form.

MR. STIMPSON: Okay. Well, let me make it

Page 84

CONFIDENTIAL - ATTORNEYS EYES ONLY

clear, then.

MR. VAZQUEZ: Yes.

Q (BY MR. STIMPSON) One of the topics that you were here to talk about today was products and/or services of Health Grades that embody and/or employ any claim of the patent-in-suit.

A Um-hum.

Q And another topic you were here to talk about today is products and/or services of other companies that compete with Health Grades products and/or services that embody and/or employ any claim of the patent-in-suit.

A Right.

Q So what we're going to talk about now is products and services of other companies that compete with the Health Grades products and services that embody or employ a claim in the patent-in-suit, okay?

A Okay. Got it.

Q So, let's identify them. Vitals.com?

A Okay.

Q Ucompare.com. Correct?

A I have to tell you from a layman's standpoint, I would say absolutely I am not a patent attorney. So that's a judgment that counsel would

Page 85

CONFIDENTIAL - ATTORNEYS EYES ONLY

have to make.

Q But let's just do the best we can here because you're identified for these topics.

A Right.

Q Ucompare is one, right?

A Yes.

Q WebMD, right?

A Yes.

Q RatingsMD, right?

A Yes.

Q How about RevolutionHealth?

MR. VAZQUEZ: Scott, will you just give me a continuing objection on all of these things that call for legal conclusions?

MR. STIMPSON: Sure.

MR. VAZQUEZ: Thank you.

Q (BY MR. STIMPSON) How about RevolutionHealth?

A Yeah, they're a competitor.

Q Vimo?

A I'm not familiar with Vimo to list them as a competitor.

Q Actually, you know what, I need to back up and do this a little bit differently. Starting with

EXHIBIT F

CONFIDENTIAL - ATTORNEYS EYES ONLY

Vitals.com, I want to talk about the time period January 2011 to today, okay?

A Okay.

Q In that time period, keeping that time period in mind, Vitals.com is a competitor, right?

A Yes.

Q Ucompare.com is a competitor, right?

A Yes.

Q WebMD is a competitor, right?

A Yes.

Q MDRatings is a competitor, right?

A Yes.

Q RevolutionHealth is a competitor, right?

A Yes. In the definition that I gave, yes.

Q Well, it's a competitor to the products and services of Health Grades that embody --

A That's right.

Q Okay.

A I believe it's consistent with what you're asking.

Q That's fine.

Is Vimo a competitor, is Vimo, V-I-M-O, a competitor?

A I am not familiar enough with Vimo to

CONFIDENTIAL - ATTORNEYS EYES ONLY

label them as a competitor.

Q How about RateMDs?

A Yes.

Q Have they been a competitor in that time period?

A Yes.

Q LocateAdoc, is that a competitor in that time period?

A Not really.

Q Why do you say not really?

A At least based on -- and I have not looked at that site in a very long time, and that's where I should leave that statement. I don't know if they are or not because I have not recently visited that website.

Q How about back in 2010? No, I'm sorry, 2011?

A I haven't visited since 2011.

Q Could be a competitor; you're just not sure today?

A It could be today. It could be.

Q How about XOOVA, X-O-O-V-A, is that a competitor in that time period?

A The name rings a bell, but I don't know

CONFIDENTIAL - ATTORNEYS EYES ONLY

exactly what they do.

Q How about Carol.com?

A Same thing.

Q How about DoctorScorecard?

A I'm not aware. I'm not familiar with that.

Q How about DrScore?

A DrScore I believe is a site that I visited, and given their use of comparison, physician comparison ratings, if I recall correctly, they would be a competitor.

Q How about FamilyDoctor.org?

A I am not familiar with that one.

Q How about Yelp?

A I'm not familiar enough with how Yelp presents physician information or even if they're presenting physician information on their website.

Q Could be, you just don't know, as you sit here today?

A Right.

Q How about HealthWordWeb?

A HealthWardWeb (sic)?

Q HealthWordWeb?

A I'm not familiar with them.

CONFIDENTIAL - ATTORNEYS EYES ONLY

Q PharmaStats?

A I'm not familiar with them.

Q RightHealth?

A I'm familiar with the name, but not familiar with the content of the website.

Q Myuhc.com?

A That's -- I believe, if I'm correct, that's United Health Care. And they do have a competing service in that they provide physician directory content on their website.

Q So they have been a competitor in that time period?

A United Health Care is not, but the content of that website is. So I guess, yeah, by extension, they would be.

Q They would. Okay.

SteadyHealth, is that a competitor in the 2011 timeframe to today?

A I'm not familiar with SteadyHealth.

Q Is QualityCheck.org a competitor in the 2011, 2012 timeframe?

A I'm not aware of them.

Q Is RemarkableDocs.org a competitor in the 2011, 2012 timeframe?

EXHIBIT F

Page 90

CONFIDENTIAL - ATTORNEYS EYES ONLY
A I'm unfamiliar with them.
Q How about Health Market Science, is that a competitor in the 2011, 2012 timeframe?
A Not to my knowledge.
Q How about AARP.org, is that a competitor in the 2011, 2012 timeframe?
A Not to my knowledge.
Q How about Consumer Health Ratings?
A Consumer Health Ratings, not to my knowledge.
Q How about A.D.A.M., A-D-A-M?
A Not to my knowledge.
Q DoctorRatings?
A Not to my knowledge.
Q MDNationwide?
A Not to my knowledge.
Q HealthCareReviews?
A Not to my knowledge.
Q HealthWorldWeb?
A Not to my knowledge.
Q Healthology?
A Not to my knowledge.
Q AMA DoctorFinder?
A I'm not familiar with that website.

Page 91

CONFIDENTIAL - ATTORNEYS EYES ONLY
Q Could be a competitor in 2011 and '12; you just don't know, as we sit here today?
A It could be.
Q How about MedicineNet?
A I'm not familiar with that website.
Q MSNHealth?
A I'm unaware of any competing service or solution on that website.
Q AOL Body?
A Same thing.
Q Wego Health, that's W-E-G-O?
A I'm not familiar with that one.
Q CareSeek?
A I'm not familiar with that one.
Q Are there any other competitors, other than the ones you've identified from my list, that compete with the products and services of Health Grades that fall under the patent-in-suit?
A Not that I can recall right now.
Q I know you allege that the Vitals.com website falls under the patent-in-suit. Any of those other competitors, to your knowledge?
MR. VAZQUEZ: Calls for a legal conclusion. Object to form.

Page 92

CONFIDENTIAL - ATTORNEYS EYES ONLY
You can answer.
A Yeah, I haven't -- I really leave that work to my attorneys to assess whether or not they're infringing on the patent.
Q (BY MR. STIMPSON) So as we sit here today, you're not aware of any other of those competitors that might be infringing your patent, right?
MR. VAZQUEZ: Same objection.
A No, I am not.
Q (BY MR. STIMPSON) Who was Health Grades' most formidable competitor in 2009?
MR. VAZQUEZ: Form.
A 2009. We -- there was a period of time where there were really no viable competitors out there. WebMD had a directory service, but they really weren't focused on it in building it out and building revenue for people searching that area.
I believe 2009, though, was the -- was the advent of Vitals, and the Vitals website, sometime in that time period, 2009, maybe early 2010. So I am aware of Vitals.
You know, I'm also unsure, Ucompare originated around the same time as Vitals or maybe

Page 93

CONFIDENTIAL - ATTORNEYS EYES ONLY
even a little bit prior to that.
Q (BY MR. STIMPSON) Okay.
A I don't know the exact dates.
Q What about healthcare.com?
A Healthcare.com, I'm familiar with that name, the website. I don't think I've ever categorized them as a competitor, though.
Q Okay. Well, let me ask you today, would you characterize them as a competitor in 2011 and 2012?
A They're not on my radar screen. So doesn't mean they're not a competitor; they're just not someone I have looked at as a competitor.
Q So there may be other competitors than the ones we've talked about, but you just don't know them all, as we sit here today?
MR. VAZQUEZ: Form.
A That's right.
MR. STIMPSON: Can we take a break, please?
(Recess taken from 10:13 a.m. to 10:30 a.m.)
Q (BY MR. STIMPSON) Mr. Neal, did the Physician Research Comparison Report go by any other

EXHIBIT F