# vitals
### – Where Consumers Become Patients

MDx Medical, Inc.

## Business Overview:
## Progress, Strategy, Plans

**PROPRIETARY & CONFIDENTIAL**
May not be used or copied without permission

MDX 0012688

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

**EXHIBIT G**

# Marketplace & Competition

PROPRIETARY & CONFIDENTIAL
May not be used or copied without permission

MDX 0012724

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

**EXHIBIT G**

37

## Approx. 30 million monthly searches for doctors:

- Healthgrades: 6.5 million (22%)
- Vitals: 4 million (11%)
- UCompare Health Care: 1.8 million (6%)
- Angie's List: 750k (2%)
- Rate MDs: 400k (1.3%)

- All other & Google-only: ~16.6 million



PROPRIETARY & CONFIDENTIAL
May not be used or copied without permission

MDX 0012725

38

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

**EXHIBIT G**