MDx Medical, Inc.



- Where Consumers Become Patients

# Business Overview:
# Progress, Strategy, Plans

PROPRIETARY & CONFIDENTIAL
May not be used or copied
without permission

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012688

EXHIBIT C

# Marketplace & Competition

PROPRIETARY & CONFIDENTIAL
May not be used or copied
without permission

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012724

# Approx. 30 million monthly searches for doctors:

- Healthgrades: 6.5 million (22%)
- Vitals: 4 million (11%)
- UCompare Health Care: 1.8 million (6%)
- Angie's List: 750k (2%)
- Rate MDs: 400k (1.3%)


- All other & Google-only: ~16.6 million

38

PROPRIETARY & CONFIDENTIAL
May not be used or copied
without permission

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012725