**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Unopposed Motion for Leave to Exceed Page Limitations, and states in support:

1. Health Grades is filing concurrently with this motion its Reply in support of its Motion to Partially Exclude Expert Testimony of Dr. Richard G. Cooper pursuant to Federal Rules of Evidence 403 and 702, and the Supreme Court's holding in *Daubert v. Merril Dow Pharms., Inc.*, 509 U.S. 579 (1993) [Dkt. 334] (hereafter, the "Reply").

2. The Reply contains 17 pages and thus exceeds the Court's page limitations by two pages. Good cause exists for allowing the Reply to exceed the limitations by two pages. The nature of the issues involving obviousness, anticipation, validity and infringement are complex and require extensive discussion of, and citing to, applicable law and materials in the record. The additional two pages allows Health Grades to adequately address these issues in its Reply.

3. Undersigned counsel has conferred with counsel for MDx and certifies that MDx does not oppose the relief requested herein.

WHEREFORE, Health Grades respectfully requests that the Court grant its Unopposed Motion for Leave to Exceed Page Limitations, and accept the Reply containing 17 pages.

Respectfully submitted this 3rd day of December, 2012.

        ROTHGERBER JOHNSON & LYONS LLP

        *s/ Jesús M. Vázquez*
        Gregory B. Kanan, Esq.
        Kris J. Kostolansky, Esq.
        Jesús M. Vázquez, Jr., Esq.
        1200 17th Street, Suite 3000
        Denver, Colorado 80202
        Tel: (303) 623-9000
        Fax: (303) 623-9222
        Email: gkanan@rothgerber.com
           kkosto@rothgerber.com
           jvazquez@rothgerber.com

        *Attorneys for Plaintiff Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Scott Murray
David Chunyi Lee
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: smurray@sillscummis.com
Email: dlee@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

*s/ Jesús M. Vázquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@rothgerber.com
         kkostolansky@rothgerber.com
         jvazquez@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*