IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**UNOPPOSED MOTION FOR TWO -DAY EXTENSION TO FILE RESPONSE**

Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), by its undersigned counsel, and pursuant to D.C.Colo.LCivR 6.1(C), respectfully submits its Unopposed Motion for Two-Day Extension to File Response:

Conferral Pursuant to D.C.Colo.LCivR 7.1(A)

The undersigned certifies that he conferred with counsel for MDx regarding the two-day extension requested herein, and that MDx does not oppose the two-day extension requested herein.

Unopposed Motion

1.  Health Grades response to MDx's Motion for leave to Restrict Access to Document – Document Nos. 340-1, 340-2, 340-3, 340-4, 340-5, 340-6, 340-7, 340-8 and 340-9 (the "Motion") [383] is due by December 3, 2012.

2.  Health Grades respectfully requests a brief, two-day extension, through Wednesday, December 5, 2012, to file its response. Good cause exists for this request. The

Motion concerns nine lengthy agreements and MDx makes separate arguments as to each of them, and has included an affidavit from an MDx employee that also addresses each of the nine agreements separately.  Health Grades needs this additional time to adequately evaluate each of the nine agreements, as well as the arguments and statements in the affidavit as to each of the nine agreements, before finalizing and filing its response to the Motion.

3. No prejudice to the parties will result from the requested extension.  This is the first request for an extension by Health Grades for its response to the Motion.

4. Health Grades is serving a copy of this motion on its client pursuant to D.C.Colo.LCivR 6.1D.

WHEREFORE, Health Grades respectfully requests the Court grant its unopposed motion and grant it through Wednesday, December 5, 2012, to file its response to the Motion.

Respectfully submitted this 3rd day of December, 2012.

        ROTHGERBER JOHNSON & LYONS LLP

        *s/ Jesús M. Vázquez*
        Kris J. Kostolansky, Esq.
        Jesús M. Vázquez, Jr., Esq.
        Gregory B. Kanan, Esq.
        1200 17th Street, Suite 3000
        Denver, Colorado  80202
        Tel:  (303) 623-9000
        Fax:  (303) 623-9222
        Email:  kkosto@rothgerber.com
                jvazquez@rothgerber.com
                gkanan@rothgerber.com

        *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

2003958668_1.doc

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the foregoing **UNOPPOSED MOTION FOR TWO-DAY EXTENSION TO FILE RESPONSE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
David Chunyi Lee
Scott B. Murray
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
Email: ridley@wtotrial.com

*s/ Jesús M. Vazquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@rothgerber.com
            kkostolansky@rothgerber.com
            jvazquez@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

3