IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 37 FOR HEALTH GRADES' REPEATED EFFORTS TO CONCEAL ITS PRIOR ART**

---

# PLACEHOLDER FOR RESTRICTED FILING AND COVER FOR UNRESTRICTED EXHIBITS