**Placeholder for Exhibits Filed as Restricted: Exhibits D, E, I, K, L, N, O, P**