# EXHIBIT F



**R**J**L**

ROTHGERBER

JOHNSON &

LYONS LLP

One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Telephone:  303.623.9000
Fax:  303.623.9222
www.rothgerber.com

**Jesús M. Vázquez, Jr.**
Attorney at Law
303.628.9517
jvazquez@rothgerber.com

Denver • Colorado Springs • Casper

May 9, 2012

**VIA FEDERAL EXPRESS**

Scott D. Stimpson, Esq.
David C. Lee, Esq.
Scott B. Murray, Esq.
Sills Cummis & Gross P.C.
30 Rockefeller Plaza, 29th Floor
New York, NY  10112

> Re:   **Health Grades, Inc. v. MDx Medical, Inc. d/b/a Vitals.com**
> **Civil Action No. 2011-cv-00520-LTB**

Counsel:

Enclosed herewith please find a portable storage device containing the search results that were the subject of MDx's Motion to Compel [Doc. # 174] and the Court's Order [Doc. # 192].  The search results have been bates numbered HGMKES 000001 – HGMKES 425719, and HGMKFS 000001 – HGMKFS 099151.

We have taken reasonable steps to remove any privileged documents from these materials.  To the extent any privileged document is included within these materials, such inclusion is inadvertent and does not constitute a waiver of the privilege.  If you find a document that is or appears to be privileged, we ask that you please notify us of the same immediately, and that you destroy any electronic or paper copies of the document.

Please contact me if you have any questions regarding this letter or the materials we are producing herewith.

Very truly yours,

ROTHGERBER JOHNSON & LYONS LLP

Jesús M. Vázquez, Jr.

JMV/pjh
Enclosure

2003665770_1