# EXHIBIT J

```
                                                              Page 1
 1          IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
 2
                VOLUME I - Pages 1 to 187
 3
    HEALTH GRADES, INC.,
 4
              Plaintiff,
 5
         vs.                      Civil Action No.
 6                                11-CV-00520-PAB-BNB
    MDX MEDICAL, INC., d/b/a
 7  VITALS.COM,
 8           Defendant.
 9                         /
10
11        Deposition of SCOTT MONTROY, taken on behalf of
12  the Defendant, pursuant to Amended Subpoena to Testify
13  at a Deposition in a Civil Action in the above-entitled
14  action, on Monday, January 16, 2012, at 7:03 a.m., at
15  Crowne Plaza Jacksonville Riverfront, 1201 Riverplace
16  Boulevard, Jacksonville, Florida, before Teresa S.
17  DeCiancio, RDR, CRR, CCP, CBC, FPR, and Notary Public in
18  and for the State of Florida at Large.
19
20
21                          -  -  -
22
23
24
25     Job No. NJ371358
```

```
                                                          Page 2

 1   APPEARANCES:
 2   FOR THE PLAINTIFF:
 3       JESÚS M. VÁZQUEZ, Esquire
         Rothgerber Johnson & Lyons LLP
 4       One Tabor Center
         1200 17th Street, Suite 3000
 5       Denver, Colorado  80202-5855
 6
 7   FOR THE DEFENDANT:
 8       SCOTT D. STIMPSON, Esquire
         Sills Cummis & Gross, P.C.
 9       30 Rockefeller Plaza
         New York, New York  10112
10
11
     ALSO PRESENT:
12
         KIRSTIN L. STOLL-DEBELL, Esquire
13       Merchant & Gould
         1050 Seventeenth Street, Suite 1950
14       Denver, Colorado 80265-0100
15
         ASHLEY HOLT, Videographer
16
17
                          -  -  -
18
19
20
21
22
23
24
25
```

Page 168

1   different offerings, like in terms of look and feel, and
2   we could kick them over to Health Grades.  And I think
3   if they came in on that -- off that link, we would offer
4   them this report in conjunction with the quality report.
5       Q   You could also just go to the healthgrades.com
6   website at this time, though, and type in a request for
7   Dr. Smith, right, for a report on Dr. Smith?
8       A   Yes.
9       Q   And so at this time in March of 2003, the
10  Health Grades website had a website that was over the
11  Internet, over the Health Grades website, where users
12  come in, type in search criteria and get reports on
13  physicians and other healthcare providers, right?
14      A   I'm sorry.  Can you just repeat that again?
15      Q   That's okay.  I'll have her read it back
16  because I'm not sure I can repeat it again.
17          (The following question was read by the court
18  reporter:  "And so at this time in March of 2003, the
19  Health Grades website had a website that was over the
20  Internet, over the Health Grades website, where users
21  come in and type in information and get reports on
22  physicians and other healthcare providers, right?")
23      A   What was the date on that?  What did you say?
24      Q   At this time, 2003, March 2003.
25      A   Yeah.  It's my understanding that in order for

Page 169

1  us to have the comparison report, we would have had to
2  have had the individual report, the quality report,
3  so --
4      Q    Okay.  What -- at this time in March and April
5  2003, what kind of data was available on the Health
6  Grades website about physicians?
7           Like, for example, if you were asked --
8      A    Well --
9      Q    -- for a report on Dr. Smith, what type of
10 information would that report have?
11     A    I can't remember off the top of my head.  I
12 would have to go back and look at the project files that
13 we had and see what we actually pushed out, because, you
14 know, we were constantly evolving it, so I don't know.
15 It's hard to say specifically what we had at that time,
16 because it was changing all the time.
17     Q    Well, can you tell me from this time, late
18 March 2003 up to, say, February 2005, how did it evolve?
19 I mean, what additional changes -- what changes were
20 made to the physician research comparison reports?
21     A    Again, I'd have to -- without looking back at
22 my files, it's hard to remember it all.
23     Q    The survey results, were they added in that
24 time period?
25     A    Were they added at this point?  It's hard to

Page 170

1  say.  I mean, I'd have to look back at -- I mean, the
2  project files should state -- anything that we moved to
3  production should be in our -- our project files.  That
4  was part of our release management system that we
5  were -- had in place and we were looking to improve.  So
6  what we had is a project development plan, and that
7  should be -- anything that we did was in there, anything
8  that went to production.
9         MR. STIMPSON:  So, Jesús, I don't know if we've
10     got the project development plan or not, the project
11     files that Mr. Montroy is referencing.  If we
12     haven't got those, I need to have them right away,
13     please, okay?
14        MR. VÁZQUEZ:  Well, I don't know what you mean
15     by "right away," since, as you know, we're here in
16     Florida right now --
17        MR. STIMPSON:  I understand.
18        MR. VÁZQUEZ:  -- and I'm not in my office.  And
19     so I would have to check to see if any of your
20     formal requests encompassed that data and then get
21     back to you.
22        MR. STIMPSON:  Well, I'm pretty sure they do,
23     because it's prior art.  So --
24        MR. VÁZQUEZ:  Well --
25        MR. STIMPSON:  -- if we don't -- if they

Page 171

```
 1        haven't been produced, please let me know, okay?
 2             MR. VÁZQUEZ:  I will do it like I just said I
 3        would do.
 4   BY MR. STIMPSON:
 5        Q   Were patient rating results -- let me strike
 6   that and ask a different question, please.
 7             Were the results from patient surveys added to
 8   physician reports over the Health Grades website say
 9   prior to February of 2005?
10        A   Yeah.  I'm not going to know the dates, but, I
11   mean, they were added.  I just don't know --
12        Q   Okay.
13        A   -- the date and time.
14        Q   That's all right.
15             MR. STIMPSON:  All right.  Let me have marked
16        as Exhibit 21 -- I'll take that one from you.
17             Let me have marked as Exhibit 21 a multipage
18        document bearing Bates numbers HG0208975 through
19        HG0209000.
20             (Defendant's Exhibit Number 21 was marked for
21   identification.)
22   BY MR. STIMPSON:
23        Q   Just -- I'll have questions throughout that
24   document, Mr. Montroy, but if you want to just take a
25   minute to look at it and familiarize yourself with what
```