# EXHIBIT M

# REDACTED

**From:** Scott Montroy
**Sent:** Thursday, April 17, 2003 4:39 PM
**To:** John Neal
**Cc:** Dave Hicks
**Subject:** RE: sample report

-----Original Message-----
From: John Neal [SMTP:jneal@healthgradesreports.com]
Sent: Thursday, April 17, 2003 2:53 PM
To: 'Scott Montroy'
Subject: sample report

Can you forward to me a sample doctor report?


DEFENDANT'S EXHIBIT 21

CONFIDENTIAL - ATTORNEYS EYES ONLY                    HG0208975

# Comparative Physician Report



*Report created 04/03/2003*

Choosing a physician is one of the most important personal choices you will make in your life. Typically, an unsatisfactory choice of a physician isn't realized until something goes wrong and it is too late to be changed. Therefore, you should become as educated as possible when choosing a physician by assembling as much useful information as you can. Our report contains important information to help you with understanding and selecting a physician.

Based on your criteria we have located 4 physicians that will be reviewed in this reports. These physicians are:

- Dr. Hose Kim
- Dr. Munish C Gupta
- Dr. Jeffrey E Deckey
- Dr. Russell R Zelko.

This report was generated based on the following preferences:
- Pediatricians locate in Denver, Colorado.
- Physicians FREE of Professional Misconduct
- Physicians that are Board Certified
- Physicians that practice at a 5 Star hospital {Business Rule: Hospitals are optional item if question is available for specialty.)
- Physicians that are female.
- Physicians that are approximately within 50 miles.
- Physicians that have at least 10 years of experience.
- Physicians that were trained in the United States.
{Business Rule: Show all items indicating the user preference.)
{Requirement Need: Definitions on combinations for display.}

This report examines important factors to analyze when comparing physicians, as well as provides a checklist of the most important questions to ask when choosing a physician. This reports provides eight sections that will help you understand and use this data to help you in you decision making. The sections of this report are:

1. Understanding This Specialty
2. Education and Training
3. HealthGrades Quality Measures
4. Physician Characteristics[FUTURE: Expanded Profiles]
[FUTURE: Customer Satisfaction Section with JD Powers survey results.Kerry?]
5. Physician Access
6. Comparison Summary
7. Interview Tips
8. Physician Directory

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                              HG0208987

# 1 About this Specialty

{ Specialty Specific content will be displayed here.}

# 2 Education and Training

Physician education and training is demanding and extensive, beginning in with experienced Physicians and exploring a wide variety of medical specialties (family practice, internal medicine, college and medical school and continuing throughout a physician's career:

## Medical School

Students enter medical school after completing standard four-year undergraduate programs in accredited colleges or universities. In medical school (four years), study focuses on the basic sciences (anatomy, biochemistry, physiology, pharmacology, etc.) as well as behavioral sciences. Students participate in clinical rotations in hospitals and clinics working obstetrics, pediatrics, surgery, etc.). Completion of medical school earns students a doctor of medicine degree (M.D.).

Some physicians in the U.S. choose to become doctors of osteopathy (D.O.). Similar to M.D. degrees, students receive osteopathic degrees after four years of study at osteopathic colleges. Osteopathic training emphasizes traditional diagnostic and therapeutic procedures, as well as the relationship of body systems and holistic patient care.

### What medical school did these physicians attend?

IMPORTANT TO YOU: You wanted a physician that was trained in the United States of America.
{Business Rule: Only show IMPORTANT TO YOU if user preference is not 'Doesn't Matter to Me'. If user preference is 'Doesn't Matter to Me' make a default statement of: 'You did not have any preference for US Trained.)

|  |  |  |
|---|---|---|
| Hose Kim | YES | University of Michigan |
| Munish C Gupta | YES | Chapman University |
| Jeffrey E Deckey | YES | University of Texas |
| Russell R Zelko | YES | USC |

*FACT!* About 80% of Physicians in {Specialty} are US

CONFIDENTIAL - ATTORNEYS EYES ONLY                                HG0208988

Trained.Medical School! FACT!
{Business Rule: This fact needs to be generated dynamically at it can constantly change over the year (think about query caching for performance.)}

*What does this mean to me? {content}*

### Residency

After medical school, physicians participate in up to seven years of graduate medical education or residency training. The length of training varies depending on the specialty a physician pursues. Residency training focuses on a specific medical specialty and occurs in accredited hospitals or other health care facilities under experienced physician supervision. Pediatrics, allergy and immunology, and general surgery are examples of physician specialties. Following residency training, physicians are eligible for medical specialty Board Certification.

**What residency programs did these physician participate in?**

|              |                       |
|--------------|-----------------------|
| Hose Kim     | University of Michigan |
| Munish C Gupta | Chapman University  |
| Jeffrey E Deckey | Irvine University |
| Russell R Zeiko | Medical University |

*What does this mean to me? {content}*

### Fellowship Training

The training for a subspecialty, which occurs after completion of a general residency, is sometimes called a fellowship. For example, a physician interested in becoming a certified cardiologist will complete three years of general residency in internal medicine followed by three more years of a residency, or fellowship training, in cardiovascular disease.

{ABMS Data will be used here in the future}

### Physician Licensure

Physicians may hold one or more licenses to practice medicine in 54 U.S. licensing jurisdictions. Physician licenses guarantee that the Physician has successfully completed an appropriate sequence of education, including residency training, and has demonstrated competence through successful completion of an examination or other certification demonstrating qualification for licensure.

Recommendation: Contact the State Medical Boards to confirm that these

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    HG0208989

physician are licensed:

**Colorado State Medical Board**
44 Union Blvd, Ste 6330
Lakewood, Co 80228
Phone: 303.716.6504

{List State Medical Board name, address, phone for all the unique states from all the physicians practicing addresses}

## Years Since Medical School

Find out how many years a physician has been practicing. Especially if you are choosing a specialist for a complex medical or surgical problem, the more experience the physician has with the necessary procedures, the better the results will usually be. Ask how many times the physician has performed the procedure that you may need. Compare that with the experience of other specialists.

**How many years has it been since these physicians graduated from medical school?**

**Important to you:** You wanted a physician that had at least 10 years since medical school.
{Business Rule: Only show IMPORTANT TO YOU if user preference is not 'Doesn't Matter to Me'. If user preference is 'Doesn't Matter to Me' make a default statement of: 'You did not have any preference for years since medical school.)

|  |  |
|---|---|
| Hose Kim | 17 |
| Munish C Gupta | 15 |
| Jeffrey E Deckey | 14 |
| Russell R Zelko | 10 |

*FACT!* The average experience for Physicians in {Specialty} is 10 years.
{Business Rule: This fact needs to be generated dynamically by specialty as it can constantly change over the year (think about query caching for performance.)}

*What does this mean to me? {content}*

 **HealthGrades Quality Measures**

When evaluating physician quality, it is best to look at many different measurements and make your decision based on several criteria. The following are some good quality measurements to include in your evaluation.

### Professional Misconduct

Professional misconduct is collected from the state medical boards or Office of Inspector General. Professional misconduct, or sanctions, are disciplinary actions. Professional misconduct can range from default on a student loan to patient abuse. You can research the type of misconduct, the date of the action and any details concerning the action with HealthGrades reports or the state medical board. Nearly 1 out of 30 physicians have a record of professional misconduct."

### Do these physicians have any Professional Misconduct?

**Important to You:** You wanted physicians FREE of professional Misconduct

{Business Rule: Only show IMPORTANT TO YOU if user preference is not 'Doesn't Matter to Me". If user preference is 'Doesn't Matter to Me' make a default statement of: 'You did not have any preference for Professional Misconduct.)

|  |  |
|---|---|
| Hose Kim | Yes |
| Munish C Gupta | Yes |
| Jeffrey E Deckey | Yes |
| Russell R Zelko | Yes |

**Fact:** 1 out of every 30 physicians have a professional misconduct event documented. {Static Fact}

If any of these physicians had a professional misconduct event, it would have been listed below. {Only show this is there are no sanction details}

Sanction Details: {Only show this sub-section is a sanction detail exists}

|  |  |  |  |  |
|---|---|---|---|---|
| Hose Kim | Medical Billing Fraud | State of Colorado | 4/16/02 | Suspended from Medicare Billing |

*What does this mean to me? {content}*

### Board Certified

Check to see if a physician is board certified in their specialty. Each medical

CONFIDENTIAL - ATTORNEYS EYES ONLY                                        HG0208991

specialty has a national board responsible for setting standards that physicians must meet in order to be certified. Board-certified physicians have completed several years of training beyond medical school, have practiced for a designated number of years in that specialty, and have passed examinations in their specialty area.

Once certified, physicians must attend continuing medical education programs throughout their careers in order to remain certified. Some physicians have more than one board certification. Good physicians may not be board certified, but board certification is generally a good indicator of knowledge and professionalism.

### Are these physicians Board Certified?

**Important to You:** You wanted physicians that are board certified.
{Business Rule: Only show IMPORTANT TO YOU if user preference is not 'Doesn't Matter to Me'. If user preference is 'Doesn't Matter to Me' make a default statement of: "You did not have any preference for Board Certification.}

|  |  |
| --- | --- |
| Hose Kim | Yes |
| Munish C Gupta | Yes |
| Jeffrey E Deckey | Yes |
| Russell R Zelko | Yes |

**Fact:** Approximately 45% of physicians in {specialty} are NOT board certified.

### What does this mean to me? {content}

{Business Rule: This fact needs to be generated dynamically by specialty as it can constantly change over the year (think about query caching for performance.) This fact is a national percentage}

## Hospital

Most physicians can only admit to certain hospitals. When considering a physician, find out the hospitals to which s/he may admit patients. If receiving care at a particular hospital is important to you, make sure that the physician you are considering can admit to that hospital. Also check the hospital affiliation(s) of any specialists to whom you may be referred.

### Are these physicians affiliated with a Quality Hospital?

**Important to You:** You wanted physicians that are board certified.
{Business Rule: Only show if it was important to user)

| for... Medical Cardiology | Highest Quality Rating |
| --- | --- |
| Hose Kim | ★★★ |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                HG0208992

| Munish C Gupta | ★★★ |
|---|---|
| Jeffrey E Deckey | ★★★★★ |
| Russell R Zelko | ★★★ |

{Business Rule: Ratings are specialty specific. Suppress entire Hospital section if specialty does not carry ratings.}

**What does this mean to me? {content}**

## Other Quality Considerations

If you are choosing a physician because you may need a specific surgery or treatment for a serious medical condition (heart disease, cancer, etc.), you should get as much quality information as you can related to how well the physician's patients recover from these treatments or procedures. Upon request, most physicians will supply this information. For example, ask about mortality or complication rates following coronary bypass surgery. Ask about the 5-year survival rates for certain illnesses such as cancer. Ask about quality of life that can be expected following certain treatments. Compare these outcomes with those from other Physicians.

### 4 Physician Charateristics

### Gender
Is it important to you to have a male or female physician? Is there an age range into which you would prefer your physician fall? Would you prefer that your physician have a particular style or manner? If any of these issues are important to you, they should be some of the first questions you ask prospective physicians in order to narrow your choice.

#### What is the gender of these physicians?

**Important to You:** You did not care as to the gender of these physicians.
{Business Rule: Only show IMPORTANT TO YOU if user preference is not 'Doesn't Matter to Me". If user preference is 'Doesn't Matter to Me' make a default statement of: 'You did not have any preference for gender.'}

|  |  |
|---|---|
| Hose Kim | Male |
| Munish C Gupta | Female |
| Jeffrey E Deckey | Male |
| Russell R Zelko | Male |

CONFIDENTIAL - ATTORNEYS EYES ONLY                           HG0208993

## Other Opinions

Get information about a physician's style and manner from colleagues, friends, family or from your employer's benefits department. Nurses or other health care professionals are also good sources of physician information. Seek their advice if possible.

Aside from this report, try to gather information from many sources and in many forms - the more sources of information, the better - including:

- Friends/family
- Your health benefits officer at work/fellow employees
- Health plan network lists

## 5 Physician Access

### Location

Is the physician's office conveniently located to your home and/or work? Is the office near public transportation? Is affordable parking available? For some people, receiving the absolute best care outweighs issues related to convenience, especially when finding a specialist for a serious medical problem. But many want a physician fairly close and convenient to home and/or work.

**How far will I have to travel to visit these physicians?**

> **Important to you:** You are willing to travel 50 miles.

{Business Rule: Only show IMPORTANT TO YOU if user preference is not 'Doesn't Matter to Me'. If user preference is 'Doesn't Matter to Me' make a default statement of: 'You did not have any preference for Miles Willing to Travel.'}

|  |  |
|---|---|
| Hose Kim | 15 Miles |
| Munish C Gupta | 10 Miles |
| Jeffrey E Deckey | 38 Miles |
| Russell R Zelko | 44 Miles |

\* Please note that distance is calculated from the center point of any given zipcode or city. Mileage is based on closest office location to your search criteria.

### Hours

CONFIDENTIAL - ATTORNEYS EYES ONLY                                           HG0208994

What are the doctor's hours? Does the physician make evening and/or weekend appointments? After you have established a relationship with the physician, will s/he give advice over the phone? If you have a serious medical condition or problem, you may want a physician that is easily accessible even during "off-hours."

## Availability

Is the physician taking on new patients? How long must you wait for a routine appointment? Does the physician have a solo or group practice? If the physician is part of a group, can you request to see your physician when making an appointment? What is the physician's availability in emergency situations? Does the physician have partners who will see you when s/he is out of town?

No physician is available 24 hours a day, seven days a week. It is important to find out who will provide your care when your physician is unavailable, or if you will have a choice of physicians from within a group. Do you like and trust the other physicians who may be involved in your care?

## Cost

Physician charges vary. When comparing costs of different physicians, add up your total costs based on a typical year in your family's life. Include, if applicable:

- Co-payments (amount you pay for office visits or hospital services)
- Costs of any procedures or treatments not considered "reasonable and customary" by your insurance company which you will pay in full.

For any out-of-pocket expenses, will the physician be willing to compromise on what she/he expects you to pay? Will the physician arrange any kind of payment plan for these charges? Financial details can be very confusing. Review them carefully with your insurance benefits manager, review your health care insurance plan materials thoroughly, and speak with someone in the physician's office to make sure you have your facts straight.

## Health Plan

When considering a physician, check the health plans in which s/he participates. Find out if the physician is part of your insurance network. Most insurance plans provide a list of physicians included in their network, but these lists are frequently out of date. To be sure, always call the physician in whom you are interested, to confirm that s/he will accept your insurance.

Health plans are subject to change. Please check with each physician to confirm the Health Plans they accept.

 **Comparative Summary**

CONFIDENTIAL - ATTORNEYS EYES ONLY　　　　　　　　　　　　　HG0208995

The following table shows you how the Doctors have met your personal preferences compare to one others. This comparison includes national averages as a benchmark. HealthGrades has also provided you a list of doctors in the same specialty in your area as "Your Doctor" and see how they measure up to their peers.

### Your List of Physician for Bone & Joint Surgery (Orthopedics)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hose Kim | Yes | Yes | 5 | 15 miles | Male | 17 | Yes |
| Munish C Gupta | Yes | Yes | 5 | 10 miles | Male | 17 | Yes |
| Jeffrey E Deckey | Yes | Yes | 3 | 15 miles | Male | 17 | Yes |
| Russell R Zelko | Yes | Yes | 3 | 25 miles | Male | 36 | Yes |
| National Average for Bone & Joint Surgery (Orthopedics) | 99.21% Free from Professional Misconduct | 57.35% Board Certified | - | - | NA | 23 | 15% US - Trained |

{Business Rule: Hospital Ratings are dynamic based on specialty}

## 7 Physician Interview

Make an initial appointment with the physician. Some physicians offer free consultation visits for prospective patients. At this appointment (as well as when setting up the appointment), there are numerous items that you may want to evaluate. Not all of these issues are vital to everyone, but prior to your appointment, decide what issues are important to you, and pay close attention to them on your visit.

**Checklist of Questions to ask all physicians:**

- If you may need a specific procedure or treatment for a serious medical problem, find out how many times the physician has performed the procedure.
- Ask the physician to provide any quality measurements (mortality rates, complication rates, 5-year survival rates, quality of life measurements, etc.) related to the procedure you may need.
- If important to you, check any personal information about the physician (age, sex, religious affiliation, etc.).
- Ask friends, colleagues, and family for physician recommendations.
- Seek physician referrals from nurses or other healthcare professionals.
- Is the physician conveniently located?
- What are the physician's hours?
- Is the physician part of a group?
- Who will provide your care when the physician is unavailable?
- Find out if a physician is part of your insurance network or if they will accept your insurance.
- Call the physician's office. Is the staff friendly and courteous?

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                           HG0208996

☐Is the office clean and comfortable?
☐How long do you wait before seeing the physician?
☐Are you comfortable with the general manner and treatment style of the physician? Do you feel compatible with the physician?
☐When you call the physician office to ask initial questions or make your first appointment, is the person on the phone professional and competent? Are they friendly and eager to answer your questions, or do they come across harried and uninterested in helping you? The way you are treated on this call could be a good indicator of how you will be treated when you are a patient.
☐Entering the office, do you feel welcome?
☐Is the waiting area comfortable and clean?
☐Does the office seem too busy to you?
☐Is the staff courteous and friendly?
☐If you prefer a professional atmosphere, is the office too casual or relaxed?
☐Do nurses or other health care professionals appear competent and caring?
☐How long are you kept waiting before seeing the physician?

--------------- THIS IS A PHASE TWO ITEM - BEGIN ---------------------------
**Specific Questions to Follow Up On**

*Dr Hose Kim:*

☐Where did he complete his residency?
☐What Health plans does he accept?
☐Why is he not Board Certified?

*Dr Jeffrey E Deckey:*

☐Where did he complete his residency?
☐What Health plans does he accept?
☐Why is he not Board Certified?

{Business rule: needed on what specific questions will be included to follow up on}
--------------- THIS IS A PHASE TWO ITEM - END---------------------

**Overall Post Interview Considerations of the Physician**

Are you comfortable with the general manner and treatment style of the physician? Does s/he seem up to date on the latest treatment options in medicine? Is the physician open to your concerns and comments? If you are seeing the physician for a specific medical problem or concern, do you feel reassured by the physician; do you feel confident in her/his advice? It is important to have a "good fit" with your physician and this visit is the time to evaluate your compatibility.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    HG0208997

## 8 Your Physician Directory

Here is a directory on your selected Physicians with contact information:

**Hose Kim, MD**
Specialties: **Internal Medicine**, Cardiology, Family Practice (bold primary report specialty)
Yrs Since Medical School: 50
Medical School: University Of Michigan
Residency: University of Colorado
Experience: 38 Years
Gender: Male

*Location#1*
23961 Calle De La Magdalena
Laguna Hills, CA 92653
(949) 588-8700

*Location#2*
23961 Calle De La Magdalena
Mission Viejo, CA 92653
(949) 588-8700

Affiliated Hospitals: (Rating will only be displayed if ratings exist)

| Hospital Name | [Specialty] Rating |
|---|---|
| MEASE HOSPITAL COUNTRYSIDE | ★★★ |
| MEASE HOSPITAL DUNEDIN | ★★★★ ★ |
| HELEN ELLIS MEMORIAL HOSPITAL | ★★★ |

**Munish C Gupta, MD**
Specialties: **Internal Medicine**, Cardiology, Family Practice
Yrs Since Medical School: 15
Medical School: University Of Michigan
Residency: University of Colorado
Experience: 38 Years
Gender: Male

*Location#1*
23961 Calle De La Magdalena
Laguna Hills, CA 92653

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0208998

(949) 588-8700

| Hospital Name | {Specialty} Rating |
|---|---|
| MEASE HOSPITAL COUNTRYSIDE | ★★★ |
| MEASE HOSPITAL DUNEDIN | ★★★★★ |
| HELEN ELLIS MEMORIAL HOSPITAL | ★★★ |

**Jeffrey E Deckey, MD**
Primary Specialties: Internal Medicine, Cardiology
Secondary Specialties: Family Practice
Yrs Since Medical School: 16
Medical School: University Of Michigan
Residency: University of Colorado
Experience: 38 Years
Gender: Male

*Location#1*
23961 Calle De La Magdalena
Laguna Hills, CA 92653
(949) 588-8700

| Hospital Name | {Specialty} Rating |
|---|---|
| MEASE HOSPITAL COUNTRYSIDE | ★★★ |
| MEASE HOSPITAL DUNEDIN | ★★★★★ |
| HELEN ELLIS MEMORIAL HOSPITAL | ★★★ |

**Russell R Zelko, MD**
Primary Specialties: Internal Medicine, Cardiology.
Secondary Specialties: Family Practice
Medical School: University Of Michigan
Residency: University of Colorado
Experience: 38 Years
Gender: Male

*Location#1*
23961 Calle De La Magdalena
Laguna Hills, CA 92653
(949) 588-8700

*Location#2*
23961 Calle De La Magdalena
Laguna Hills, CA 92653
(949) 588-8700

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0208999

| Hospital Name | {Specialty} Rating |
|---|---|
| MEASE HOSPITAL COUNTRYSIDE | ★★★ |
| MEASE HOSPITAL DUNEDIN | ★★★★★ |
| HELEN ELLIS MEMORIAL HOSPITAL | ★★★ |

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0209000