# EXHIBIT I

Attorneys' Eyes Only

1           CONFIDENTIAL ATTORNEYS EYES ONLY

2             IN THE UNITED STATES DISTRICT COURT

3                FOR THE DISTRICT OF COLORADO

4     Case No. 11-CV-00520-PAB-BNB

5     _____

6     30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,

7     Representative Allen Dodge

8     and

9     DEPOSITION OF ALLEN DODGE

10    June 28, 2012

11    _____

12

      HEALTH GRADES, INC.,

13

      Plaintiff,

14

      v.

15

      MDX MEDICAL, INC. d/b/a VITALS.COM,

16

      Defendant.

17    _____

18

19

20

21

22

23

24

25      Job No. NJ403425

Attorneys' Eyes Only

Page 2

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2 APPEARANCES:
3   MERCHANT & GOULD
         By Kristin L. Stoll-DeBell, Esq.
4      1050 17th Street
         Suite 1950
5      Denver, CO 80265
         Phone: 303.357.1670
6      Fax: 303.357.1671
         kstolldebell@merchant-gould.com
7      Appearing on behalf of the
         Plaintiff
8
9   ROTHGERBER JOHNSON & LYONS LLP
         By Jesus Manuel Vazquez Jr., Esq.
10      1200 Seventeenth Street
         Suite 3000
11      Denver, CO 80202-5855
         Phone: 303.623.9000
12      Fax: 303.623.9222
         jvazquez@rothgerber.com
13      Appearing on behalf of the
         Plaintiff
14
15   SILLS CUMMIS & GROSS, PC
         By Scott D. Stimpson,  Esq.
16      30 Rockefeller Plaza
         New York, NY 10112
17      Phone: 212.643.7000
         Fax: 212.653.6500
         sstimpson@sillscummis.com
18      Appearing on behalf of the
         Defendant
19
20
21
22
23
24
25

Page 4

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2           INDEX OF EXHIBITS
3
                              INITIAL
4 DESCRIPTION                REFERENCE
5
    Exhibit 62  30(b)(6) deposition dated June    16
6       11, 2012 with 12 deposition
        topics
7
    Exhibit 63  Budget to actual report of       298
8       Mountain Acquisition Corp
9
PREVIOUSLY MARKED EXHIBITS
10
11    Exhibit 3                294
        Exhibit 8              192
12    Exhibit 9                190
        Exhibit 20             158
13    Exhibit 25               171
        Exhibit 26             179
14    Exhibit 27               181
        Exhibit 29             184
15    Exhibit 45               15
        Exhibit 46             176
16    Exhibit 48               191
        Exhibit 49             167
17    Exhibit 51               213
        Exhibit 52             211
18
19
20
21
22
23
24
25

Page 3

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2      Pursuant to Notice and the Federal Rules of
3 Civil Procedure, the 30(b)(6) Deposition of Health
4 Grades, Inc. and Deposition of Allen Dodge, called by
5 Defendant, was taken on Thursday, June 28, 2012,
6 commencing at 8:13 a.m., at 1200 Seventeenth Street,
7 Suite 3000, Denver, Colorado, before Kelly A.
8 Mackereth, Certified Shorthand Reporter, Registered
9 Professional Reporter, Certified Realtime Reporter
10 and Notary Public within Colorado.
11

         * * * * * * *

12
         I N D E X
13
14 EXAMINATION                      PAGE
15   BY MR. STIMPSON                5
       BY MR. VAZQUEZ              317
16
17 PRODUCTION REQUEST(S):
18   None.
19
20
21
22
23
24
25

Page 5

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2           * * * * * * *
3           P R O C E E D I N G S
4           ALLEN DODGE
5 having been first duly sworn, was examined and
6 testified as follows:
7           (Exhibit 62 marked.)
8           EXAMINATION
9 BY MR. STIMPSON:
10      Q    Good morning, Mr. Dodge.  My name is Scott
11 Stimpson.  I'll be taking your deposition today.
12 Have you had your deposition taken before?
13      A    Yes, I have.
14      Q    So how many times have you had your
15 deposition taken?
16      A    Approximately ten.
17      Q    For the record, can you just state your
18 name and address?
19      A    Yes.  Allen Dodge.  And address is 6255
20 Noble, N-O-B-L-E, Street.  That's Arvada, Colorado
21 80403.
22      Q    Okay.  I won't go through the details,
23 since you've had ten depositions; that's a lot.  I
24 think that's a record for me of taking anybody's
25 deposition.  I think it's enough to say that you know

2 (Pages 2 - 5)

Attorneys' Eyes Only

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    And what was the responsibility there for
3  corporate controller?
4    A    I was responsible for the financial and
5  accounting aspects of the business, so SEC filings,
6  day-to-day accounting, things of that nature.
7    Q    Can you remind me what the business of
8  Specialty Care Network was, please?
9    A    Sure.  Specialty Care Network was in the
10  business of rolling up physician practices.  It was
11  formed as an orthopedic physician practice rollup.
12    Q    What do you mean rollup?
13    A    Rollup means back at the time around 1997
14  there were a number of industries that were engaging
15  in what are typically called in SEC parlance rollup
16  transactions, which essentially means you would bring
17  organizations together at historical cost versus
18  having to fair value an organization.  So it was
19  somewhat -- niche is probably not a good word, but it
20  was a type of transaction that was similar in other
21  industries.
22    Our model was essentially to bring the
23  practices together and get economies of scale, help
24  the physicians get away from having to deal with
25  things such as purchasing, collecting on AR, and

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  really engaging in the practice of medicine.
3    Q    Okay.  Was there any Internet aspect to
4  the business at that time?
5    A    There was not.
6    Q    And did there come a time when your
7  position changed at Specialty Care Network?
8    A    There did.
9    Q    When was that?
10    A    My first position change was approximately
11  in, I believe, May of 1990.  Gosh, I keep getting my
12  dates wrong.  I keep throwing you off there.  Sorry.
13  May of 1997, so it would have been in May of 2000.
14  Excuse me.
15    Q    What was that change?
16    A    That change was to vice president of
17  finance and controller.
18    Q    What were your responsibilities then?
19    A    Didn't really change at that point.  It
20  was just a promotion to vice president, similar
21  functions to what I had before.
22    Q    Did your title stay the same for the
23  next -- I mean, did your title change again later?
24    A    Changed again in May of 2001 when I became
25  the chief financial officer, senior vice president

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  and chief financial officer.
3    Q    Still with Specialty Care Network?
4    A    Well, at the time Specialty Care Network
5  formally changed its name in 1999 to
6  healthgrades.com.  It's gone through a couple of name
7  changes, which is why I'm a little hesitant on the
8  timeframe.
9    Q    That's okay.  When did Health Grades start
10  doing business or setting up a website?
11    MR. VAZQUEZ:  Form.
12    Q    (BY MR. STIMPSON)  Let me ask you again
13  then.  You said that the business of Specialty Care
14  Network did not involve anything Internet in 1997.
15  Did there come a time when it did?
16    A    Yes, there did.
17    Q    And when was that?
18    A    When -- in 1998 when the company launched
19  a website.
20    Q    Okay.  That's kind of the predecessor to
21  the current Health Grades website?
22    MR. VAZQUEZ:  Form.
23    A    Yes, it is.
24    Q    (BY MR. STIMPSON)  What was that website
25  designed to do?

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    At the time in 1998 Health Grades was
3  transitioning from the Specialty Care Network model
4  or physician practice management model into the
5  business of providing healthcare ratings, hospital
6  ratings in particular.
7    The website was designed to give consumers
8  the ability to verify or validate messages that
9  hospitals were giving in the marketplace related to
10  the Health Grades provider ratings.
11    Q    Okay.  And so 2001 you're CFO.  Did your
12  title change after that?
13    A    It did.  In 2006 I became executive vice
14  president of finance and chief financial officer.
15    Q    How did your responsibilities change from
16  vice president of finance to CFO?
17    A    Once I made the change to CFO, I took on
18  responsibility, in addition to the finance and
19  accounting functions I discussed previously, took on
20  responsibility for human resources, also took on
21  responsibility for, you know, legal, risk management,
22  corporate compliance.  So contracting.
23    Q    Did your responsibilities as CFO -- you
24  said they involved legal.  Did they have anything to
25  do with patents?

4 (Pages 10 - 13)

Attorneys' Eyes Only

Page 14

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2     A     They had some to do with patents once we
3     began the process for filing for patent applications.
4     Q     Okay.  And when was that?
5     A     I believe we -- our filing of the initial
6     patent application or maybe the first filing was
7     sometime in 2006, to my recollection.
8     Q     Okay.  And then how, if at all, did your
9     responsibilities change as executive VP in 2006?  Is
10    that what you said, executive vice president in 2006?
11    A     Correct.
12    Q     How did your responsibilities change with
13    that new change in title?
14    A     Didn't change much.  The only thing that
15    changed, and I can't say whether it was specifically
16    with that title change, but certainly became more
17    involved in just overall operations of the company.
18    Q     Are you still responsible for legal?
19    A     Yes, I am.
20    Q     So that's true from 2001 to today?
21    A     Right.
22    Q     Okay.  Are you executive vice president
23    today?
24    A     I am.
25    Q     So your title has not changed since 2006?

Page 15

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2     A     That's correct, it has not.
3     Q     Have your responsibilities -- big picture
4     sort of thing, have your responsibilities changed
5     since you became executive vice president?
6     A     Probably not a lot.  The only thing that
7     would have changed is once the company went private
8     and was acquired by Veststar Capital Partners in
9     October of 2010, my role changed a bit to where I
10    wasn't as much public facing.  One of the things I
11    didn't stress with some of my responsibilities is I
12    was responsible for investor relations while we were
13    a public company.
14    Q     Okay.
15    A     So I would do speaking engagements, et
16    cetera, with the CEO.
17    Q     Okay.  I understand.  Any other
18    significant changes in your history in Specialty Care
19    Network that we missed?
20    A     Not that I can think of at this time.
21    Q     Okay.  Let me show you what has been
22    marked as Exhibit -- I think this is 45.  This is the
23    first deposition notice.
24    MR. VAZQUEZ:  I'm not sure how you're
25    going to do this without David, man.

Page 16

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2     MR. STIMPSON:  I know.  I know, it's
3     awful, but he's got to be somewhere else.  That's how
4     it goes.
5     MR. VAZQUEZ:  So did we pre-mark this?
6     MR. STIMPSON:  This is 45 on the back.  I
7     can't guarantee I'm going to have that all day, but
8     that was pretty much Exhibit 45 from a prior
9     deposition.
10    Q     (BY MR. STIMPSON)  I'll also share what
11    we've just marked as Exhibit 62, which is a notice of
12    30(b)(6) deposition dated June 11, 2012 with 12
13    deposition topics.
14    MR. STIMPSON:  Here you go.
15    MR. VAZQUEZ:  Thank you.
16    MS. STOLL-DeBELL:  Thanks.
17    MR. STIMPSON:  You're welcome.
18    Q     (BY MR. STIMPSON)  Have you seen these
19    documents before, Mr. Dodge?
20    A     Can I flip through them briefly?
21    Q     Okay.  Do you have an understanding that
22    you're responsible for being prepared to discuss
23    several of these topics?
24    A     Yes, I do.
25    Q     Okay.  I'm going to start with Exhibit 45,

Page 17

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2     okay?  Let's talk about that first.  And from
3     correspondence from your counsel, I can tell you --
4     MR. STIMPSON:  Jesus, correct me if I'm
5     wrong, but this is from your February 9 e-mail.
6     Q     (BY MR. STIMPSON)  My understanding,
7     Mr. Dodge, is that you're responsible for topic
8     number 1 in this deposition.  Is that consistent with
9     your understanding?
10    A     That is my understanding.
11    Q     And what did you do to prepare to testify
12    about that topic?
13    MR. VAZQUEZ:  Scott --
14    MR. STIMPSON:  Yeah.
15    MR. VAZQUEZ:  -- just real quick, that
16    wasn't exactly.  Topic number 1, the topics in the
17    parenthetic were for John Neal.
18    MR. STIMPSON:  Right, yeah.  Okay.  With
19    that qualification.
20    Q     (BY MR. STIMPSON)  What did you do to
21    prepare to discuss this?
22    MR. VAZQUEZ:  Just, Mr. Dodge, answer the
23    question but do not disclose any of our
24    communications.  You can answer but don't tell him
25    anything that you said to me or that I said to you in

5 (Pages 14 - 17)

Attorneys' Eyes Only

Page 18

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    preparation for your deposition.
3        A    Okay.  I had meetings with counsel, spent
4    a fair amount of time with them discussing the
5    deposition topics, reviewed documents such as
6    numerous company filings, 10-Ks, annual reports.
7        MR. VAZQUEZ:  Wait.  Sorry.  Just be
8    careful about the work-product privilege.  You can
9    say that we met, but the specific documents we
10   reviewed, you know, I don't want you to testify about
11   and don't -- and I instruct you not to talk about
12   those under the work-product privilege.
13       Okay.
14       A    With that clarification, I, again, met
15   with counsel, reviewed numerous documents.
16       MR. STIMPSON:  I'm not so sure that
17   applies in the same way with a 30(b)(6) witness,
18   Mr. Vaquez, but we can deal with that later.  I
19   assume you're just going to continue to instruct him
20   not to answer?
21       MR. VAZQUEZ:  If you want him to identify
22   the specific documents that we reviewed in
23   preparation, I think the case law that Mr. Murray
24   from your firm showed us when he made these same
25   objections albeit it was in a fact witness deposition

Page 19

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    where it applies.  But I'm willing to look at it.
3        MR. STIMPSON:  I don't really remember off
4    the top of my head, but I thought it was different
5    for a 30(b)(6).
6        Q    (BY MR. STIMPSON) Did you speak with
7    anyone besides counsel?
8        A    I did not.
9        Q    Did you read Mr. Neal's deposition?
10       A    I did not.
11       Q    Did you read any deposition transcripts?
12       A    I did not.
13       Q    Did you speak with your damages expert?
14       A    I did not in preparation for this.
15       Q    You have spoken to your damages expert?
16       A    I have.
17       Q    Did you talk with your technical expert?
18       A    I'm sorry, I don't know what you mean by
19   technical expert.
20       Q    Well, what's his name?
21       MR. VAZQUEZ:  Philip Greenspun.
22       Q    (BY MR. STIMPSON)  Greenspun, right, did
23   you talk with him?
24       A    I did not.
25       Q    Just looking at this topic, do you know if

Page 20

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    you looked at any documents that have not been
3    produced to MDx in this case?
4        A    I do not know.
5        Q    Did you review the patent?
6        A    I did briefly review the patent, yes.
7        Q    Did you read the whole thing or just the
8    claims or --
9        A    In preparation for this, I focused on the
10   claims and scanned the rest.
11       Q    Did you review any documents showing
12   products and services of Health Grades prior to
13   August 29, 2006?
14       A    I did.
15       MR. STIMPSON:  See, that's something I
16   think I need to know, Jesus.  He's looking -- as I
17   understand this, we're able to find out today what
18   those products and services were.  And if he's got
19   specific documents in mind that show that -- why
20   don't we do this, we'll go along and I'll ask him
21   specifically as we go for each one, okay?
22       MR. VAZQUEZ:  Okay.  Yeah, I'm hoping you
23   can ask him about all the products and services and
24   we can talk about them, you know, in the context of
25   your question without having to refer to a document.

Page 21

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    In any case, I think you know he can talk about these
3    things because they're in his head.
4        Q    (BY MR. STIMPSON) Okay.  Mr. Dodge, topic
5    number 1 it states, All facts surrounding each and
6    every Health Grades product or service for providing
7    information on healthcare providers prior to August
8    29, 2006.
9        Let's just stop right there for a second.
10   Can you please identify for me the Health Grades
11   products and services in providing information on
12   healthcare providers prior to August 29, 2006?
13       A    Is there a period you want me to start
14   with?  I want to appropriately answer your question.
15       Q    Well, that's a good question.  I mean, we
16   don't need to go all the way back to like 1999.
17   Let's start in 2003, okay?
18       A    2003, okay.  In 2003 Health Grades had
19   numerous products.  I'll start with the products we
20   had that were sold into hospitals that did provide
21   information on healthcare providers.  Other original
22   products were marketing programs where Health Grades
23   would essentially rate hospitals in various
24   therapeutic areas.  So therapeutic area being cardiac
25   care, orthopedics, neurosciences, those types of

6 (Pages 18 - 21)

Attorneys' Eyes Only

Page 30

CONFIDENTIAL ATTORNEYS EYES ONLY

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  to our nursing home ratings for them to make
3  decisions on premiums regarding those programs or for
4  those companies.
5    Q    Okay.  Again, no health -- no patient
6  provided information in that?
7    A    That's correct.
8    Q    Anything else to professional
9  underwriters?
10    A    Not that I can recall with professional
11  underwriters at this time.
12    Q    What other products and/or services was
13  Health Grades selling in 2003?
14    A    2003, we also had sales to consumers
15  directly on the website for what we generally
16  referred to as consumer reports.
17    Q    Okay.  And what types of consumer reports
18  were available in 2003?
19    A    Consumers could purchase physician
20  reports.
21    Q    What was the name of that?
22    A    It changed names, but PQR.
23    Q    Physician Quality Report?
24    A    Correct.
25    Q    What did the Physician Quality Report

Page 31

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  have?
3    A    It had information that was provided by
4  third parties, maybe better stated third-party
5  verified, such as board certification, sanction and
6  malpractice, in addition to things such as
7  demographic information.
8    Q    Okay.
9    MR. VAZQUEZ:  Scott, can you just give me
10  a continuing objection on the issue of whether
11  something falls within the scope of the 30(b)(6)?
12    MR. STIMPSON:  Sure.
13    MR. VAZQUEZ:  So my objection would go
14  back to that last question.
15    MR. STIMPSON:  That's fine.
16    Q    (BY MR. STIMPSON) Did the PQR have any
17  information in 2003 from healthcare providers?
18    A    I'm just thinking about from healthcare
19  providers.  What's your definition of healthcare
20  provider?
21    Q    Well, for right now, let's use a broad
22  definition including, you know, hospitals and
23  physicians, kind of doctors?
24    MR. VAZQUEZ:  Form.
25    A    I don't believe so, no.

Page 32

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    THE DEPONENT:  Sorry.
3    MR. VAZQUEZ:  That's okay.  You can
4  answer.
5    Q    (BY MR. STIMPSON) Did the healthcare
6  provider have any opportunity to change information
7  in the PQRs in 2003?
8    MR. VAZQUEZ:  Form.
9    A    I don't recall.  I don't believe so, but I
10  don't recall.
11    Q    (BY MR. STIMPSON) Did there come a time
12  when they did, they were able to make changes and
13  provide information to the PQR?
14    MR. VAZQUEZ:  Form.
15    A    Not to the PQR, no.
16    Q    (BY MR. STIMPSON) Why do you emphasize
17  not to PQR?  Could they do it some other way?
18    MR. VAZQUEZ:  Same.
19    A    At some point there did come the ability
20  for a physician to review their information and, you
21  know, make corrections to certain data elements.
22    Q    (BY MR. STIMPSON) Okay.  When did that
23  come about?
24    A    I don't recall the specific timeframe when
25  that happened.

Page 33

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    MR. VAZQUEZ:  Scott, can you just give me,
3  to the extent you're asking questions that involve
4  healthcare provider and you haven't defined whether
5  it's a hospital or a person, can you just give me a
6  continuing objection?
7    MR. STIMPSON:  Yeah, that's fine.
8    MR. VAZQUEZ:  Thank you.
9    Q    (BY MR. STIMPSON) Was it in 2003 sometime
10  when healthcare providers could come in and add some
11  information?
12    A    No, it definitely wasn't in 2003.
13    Q    2004?
14    A    No, not in 2004.
15    Q    2005?
16    A    Sometime post.  You know, I don't know
17  when post 2005.
18    Q    Post 2005, not until 2006?
19    A    Sometime, like I said, it wasn't in 2003
20  and 2004, but I don't recall after that when it would
21  be.
22    Q    Are you thinking of Physician Online
23  Services, is that where they could come in and make
24  edits?
25    MR. VAZQUEZ:  Form.

9 (Pages 30 - 33)

Attorneys' Eyes Only

Page 34

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    A   I'm not thinking of that specifically.
3    I'm just thinking in general.
4    Q   (BY MR. STIMPSON)  Okay.  Well, how --
5    whenever that time was when the healthcare providers
6    would come in and edit information and add
7    information, how did they do it?
8    A   They came into essentially one of the
9    portals which we've called various names over time,
10   but a portal for the physician or, say, the
11   administrator could come online and correct certain
12   information.
13   Q   And was there -- can you give me some of
14   the names that you had for that where the physicians
15   would come on this portal and change information?
16   A   I think POS is one that I recall the name.
17   Q   Okay.
18   A   I don't -- I don't recall what else we've
19   called it.  I know it's gone through various --
20   Q   Same basic thing, though.  I mean, whether
21   it's called POS or whatever other names it might have
22   had, it's the same basic idea, physicians get on, can
23   edit their information and add information?
24   MR. VAZQUEZ:  Form.
25   A   They can.  And the reason I'm pausing is

Page 35

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    there was a point in time where they could correct,
3    correct information or at least try to include
4    certain information, but that POS system wasn't
5    necessarily made public.  So I'm not quite sure when,
6    one, they had the ability to go on and make changes
7    and, two, when would any of those changes have
8    actually been transmitted to the website or to the
9    public information.
10   Q   Well, I mean the reason this has been a
11   problem for me, to be quite frank, one of your topics
12   is the facts surrounding each and every Health Grades
13   products and service.  So this Physician Online
14   Services, or whatever you want to call it, is one of
15   those products and services.  So I need to know
16   dates, both when it was available and, as you say,
17   when those changes went public.
18   How would you go about finding that
19   information?
20   A   The only other way I would go about it is
21   try to go back to, you know, more documentation.  And
22   I did the best I could during my research to do that.
23   Q   I understand.  Nobody can be perfect, but
24   this is, you know, obviously an important one.  It's
25   in the claim.  You know, I've got nothing to hide.

Page 36

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    That's why I want this information.
3    This PO information, there's two things,
4    there's two things you've listed.  The PO
5    information, when that went public and then when POS
6    was available to providers?
7    A   I believe that's correct, yes.
8    Q   And you can't tell me even a year for
9    either one of those, right?
10   A   I do not recall specifically, no.
11   Q   Well, you know, I'll have some documents
12   later today so maybe together we can figure that out.
13   But if not, we'll have to come back because we've got
14   to address it somehow.
15   So we were talking about the PQRs and we
16   got sidetracked on the healthcare information.  But
17   you said there was third-party verified information
18   in there, right?
19   A   Correct.
20   Q   Did that include board certification?
21   A   It did.
22   Q   And we're just talking about 2003 now,
23   right?
24   A   Correct.
25   Q   Did it include licensure information?

Page 37

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    A   I believe it did, yes.
3    Q   Did it include disciplinary action
4    information?
5    A   I believe it did, yes.
6    Q   Did it include medical school?
7    A   Yes, it would have.
8    Q   Did it include medical internship?
9    A   I don't recall if that particular element
10   was in at the time.
11   Q   Okay.  Did it include medical residency?
12   A   I believe that did, yes.
13   Q   Did it include medical fellowship?
14   A   That one I don't recall it either.
15   Q   Did there come a time when the PQRs did
16   include medical residency?
17   A   Yes, I believe so, yes.
18   Q   Was that -- would that have been in 2004?
19   A   I don't know.
20   Q   How about the same question for
21   fellowship, did there come a time when the PQR
22   included medical fellowship?
23   A   Yes.
24   Q   Would that have been 2004?
25   A   I don't know.

10 (Pages 34 - 37)

Attorneys' Eyes Only

Page 42

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2 a number of documents to prepare and try to be able
3 to answer your questions.
4      Q     How would we go about finding out if PQRs
5 ever had comparison ratings?  If I would send you
6 back to Health Grades, not that I'm going to, but if
7 you were back at Health Grades today, how would you
8 find out if PQRs had comparison ratings?
9      A     Honestly, I'm not sure.  That's such a
10 technical -- there's so many different iterations as
11 we've gone through as a company, I'm not sure
12 specifically how we would go back and prove or
13 disprove that.
14      Q     Do you know what product development plans
15 are?
16      A     I'm familiar with the term.
17      Q     Do you know -- have you read product
18 development plans from Health Grades?
19      A     I think I have -- yes, I've seen them over
20 the years.
21      Q     Would the product development plans show
22 whether PQR has ever had comparison ratings?
23      A     I don't know.
24      Q     Are there any other documents you can
25 think of that might show whether PQRs had comparison

Page 43

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2 ratings?
3      A     Not that I know of.
4      Q     Who would you ask if you couldn't find the
5 right document, who at Health Grades would you ask?
6      A     I honestly can't think of now today
7 anybody at Health Grades that would have that
8 knowledge given the timeframe we're talking about.
9      Q     Well, is there anybody outside Health
10 Grades that would have that knowledge?
11      A     The only names I can think of that may
12 have some of that knowledge would be Scott Montroy or
13 David Hix.
14      Q     Okay.  Is David Hix still with Health
15 Grades?
16      A     He is not.
17      Q     He was the -- sorry, there's two Hix,
18 right, one is David Hix, who was the president?
19      A     Yes.  I didn't know if you were asking me
20 a question.
21      Q     He was the president.  He's no longer with
22 Health Grades?
23      A     Sorry.  Let's step back.  Mr. Kerry Hix
24 was the former CEO.
25      Q     Okay.  I took David Hix's deposition.

Page 44

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2      A     David Hix was the executive vice president
3 and chief information officer.
4      Q     He left Health Grades?
5      A     He did.
6      Q     When did he leave Health Grades?
7      A     I want to say around December 2011, I
8 believe.
9      Q     Why did he leave?
10      A     He retired.
11      Q     Okay.  Good for him.  All right.
12           So we were talking about products that
13 were sold to consumers in 2003, and we talked about
14 the PQR.  What other products were available in 2003?
15      A     Other than what I have testified to, I
16 can't recall any other products sold to consumers in
17 2003.
18      Q     Other than the products we've talked about
19 then, the ones that were sold to hospitals and
20 whatever other ones, we talked about the health
21 plans, professional underwriters and consumers, what
22 other products and services did Health Grades provide
23 in 2003, if any?
24      A     Right now I can't think of any others.
25 That's all I can recall at this point.

Page 45

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2      Q     How would we go about finding out whether
3 there were others?
4      A     The only way I can think of is to look
5 back at, you know, some of our revenue reports that
6 would show how we generated revenue to see if there's
7 anything that I'm missing in terms of my
8 recollection.
9      Q     Did you look at any of those revenue
10 reports in preparation for today?
11      A     I did.
12           MR. VAZQUEZ:  Scott, let me just say, I'm
13 okay with him talking about the documents he saw as
14 long as we have an understanding that we're not
15 waiving work-product privilege.
16           MR. STIMPSON:  That's fine.
17           MR. VAZQUEZ:  Or attorney-client
18 privilege.  Does that help you out a little?
19           MR. STIMPSON:  That's fine.
20           MR. VAZQUEZ:  Okay.
21      Q     (BY MR. STIMPSON)  Did you look at any
22 other -- did you look at any of the revenue reports
23 for 2003 in preparation for this deposition today?
24      A     I did.
25      Q     Okay.  Are they still here nearby?

12 (Pages 42 - 45)

Attorneys' Eyes Only

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  A   No, that's the only entity.
3  Q   (BY MR. STIMPSON) How about AARP?
4  A   I don't recall.
5  Q   Did you do anything to prepare for today
6  to look into AARP and what products and services were
7  offered to AARP by Health Grades?
8  A   I didn't specifically look at anything
9  related to AARP, no.
10  Q   Okay. I guess we went down this line of
11  questions, but we were talking about what was new in
12  2006. And we had made our way to QRS, which prompted
13  your recollection of the Hewitt. So QRS was -- other
14  than what you did for Hewitt, QRS was basically the
15  same in 2006?
16  MR. VAZQUEZ: Form.
17  Q   (BY MR. STIMPSON) That's your
18  recollection?
19  MR. VAZQUEZ: Same.
20  A   I believe that's correct, yes.
21  Q   (BY MR. STIMPSON) Did there come a time
22  when this QRS, the Quality Ratings Suite, contained
23  patient ratings for anyone who was having it?
24  MR. VAZQUEZ: Form.
25  A   Yeah, sorry if I wasn't clear on that.

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  Yes, I believe in 2006 when we -- at least in 2006
3  when I believe we launched ratings publicly, I
4  believe it was included within QRS in general as
5  well.
6  Q   (BY MR. STIMPSON) Okay. And can you
7  narrow it down to a date in 2006?
8  A   I can't at this time.
9  Q   Can you tell me whether it was the first
10  half of 2006?
11  A   I can't. I don't know.
12  Q   Any other changes to QRS in 2006 you can
13  remember?
14  MR. VAZQUEZ: Form.
15  A   Not that I can recall.
16  Q   (BY MR. STIMPSON) Were comparison ratings
17  added to QRS in 2006?
18  A   I don't know if they were or not.
19  Q   Did there come a time when comparison
20  ratings were added to QRS?
21  MR. VAZQUEZ: Form.
22  A   I'm not sure.
23  Q   (BY MR. STIMPSON) So you're not sure
24  whether they were ever added to QRS?
25  MR. VAZQUEZ: Form.

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  A   I'm not sure if they were. That's
3  correct.
4  Q   (BY MR. STIMPSON) How about the
5  documents, this is 2006, the documents to
6  professional underwriters for access to ratings, was
7  that still ongoing in the same, basically the same in
8  2006?
9  A   I believe so, yes.
10  Q   And the PQR in 2006, that changed sometime
11  in 2006, at least sometime in 2006, to include
12  patient ratings, right?
13  MR. VAZQUEZ: Form.
14  A   I believe it did, correct.
15  Q   (BY MR. STIMPSON) Did that also change
16  sometime in 2006 to include comparison ratings?
17  MR. VAZQUEZ: Form.
18  A   I don't know the time it changed. I
19  believe by 2006, sometime in 2006 I believe we did
20  offer quality ratings. And I don't know the date it
21  was launched.
22  Q   (BY MR. STIMPSON) My question was about
23  comparison ratings. Do you mean in 2006 you added
24  comparison ratings at some time?
25  MR. VAZQUEZ: Form.

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  A   I believe that to be the case, yes.
3  Q   (BY MR. STIMPSON) But you can't tell me
4  whether it was in the first half or the second half
5  of the year?
6  MR. VAZQUEZ: Same objection.
7  A   I don't recall. I can't tell you,
8  correct.
9  Q   (BY MR. STIMPSON) How about the Nursing
10  Home Quality Reports, did those continue but
11  relatively unchanged in 2006?
12  A   As far as I recall. I don't recall any
13  significant changes.
14  Q   Do you recall any changes to the Nursing
15  Home Quality Report in 2004 to 2006?
16  A   I don't recall.
17  Q   Did there come a time when Health Grades
18  collected patient reviews on nursing homes?
19  A   I don't believe so.
20  Q   Do you recall whether the Nursing Home
21  Quality Comparison Report was available in 2006?
22  A   I believe it was, but I don't recall
23  specifically.
24  Q   Do you recall whether the Nursing Home
25  Quality Comparison Report was available in 2005?

19 (Pages 70 - 73)

Attorneys' Eyes Only

Page 74

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    I don't recall.
3    Q    Do you recall -- do you know what the
4   Nursing Home Quality Comparison Report contained?
5    A    I believe it contained information such as
6   the star ratings on the comparison -- sorry, on the
7   individual nursing homes that were being compared.
8   And I think there were certain other data elements,
9   but that's -- I certainly believe that the ratings
10  were compared in those comparison reports.
11   Q    And those ratings were still being
12  obtained in the way you were obtaining them in 2004?
13       MR. VAZQUEZ:  Form.
14   A    Correct, through that -- what I believe
15  was the Oscar reporting database through CMS.
16   Q    (BY MR. STIMPSON)  How about the Home
17  Health Report, did that change in any way from 2004
18  to 2006, to your recollection?
19   A    To my recollection, no, not that I recall.
20   Q    Did it change at some time so that it had
21  patient ratings?
22       MR. VAZQUEZ:  Form.
23   A    I don't believe so, no.
24   Q    (BY MR. STIMPSON)  How about Connecting
25  Point, did that continue in 2006?

Page 75

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    It did continue in 2006.
3    Q    Any changes you recall?
4    A    I can't think of any changes to the
5   product, to Connecting Point in 2006.
6    Q    Other than these products we just talked
7   about, the list we went through, any other products
8   and/or services of Health Grades in 2006?
9    A    The only other product I can think of that
10  I believe was in 2006 was a -- it was really a
11  product that was being developed but never really was
12  launched called Healthcare Credit Solutions.
13   Q    What was that?
14   A    It was intended to be a healthcare credit
15  card.  So really a credit card that people could use
16  to purchase goods and services.
17   Q    So that wasn't a report.  It was just a
18  healthcare card?
19   A    Correct.
20   Q    Any others in 2006?
21   A    None that I can think of, no.
22       MR. STIMPSON:  I'm sorry.  I was here very
23  early and I drank too much coffee.  Can you give me
24  two minutes?
25       (Recess taken from 9:58 a.m. to

Page 76

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2   10:02 a.m.)
3    Q    (BY MR. STIMPSON)  Mr. Dodge, are you
4   familiar with a Physician Quality Guide?
5    A    Yes, that term I'm familiar with.
6    Q    How does a Physician Quality Guide differ
7   from a Physician Quality Report, if at all?
8    A    Well, the Physician Quality Guide was what
9   was offered under QRS to employers.  So it's part of
10  that suite of offering to employers and health plans.
11   Q    Okay.  What was the Physician Quality
12  Guide?
13   A    It was essentially providing the physician
14  information to employers and health plans who
15  prescribed for that QRS service.
16   Q    How did that information differ from the
17  Physician Quality Report?
18   A    I can't recall.  I believe it was more
19  look and feel potentially, but I can't recall today
20  specifically what would have been different.
21   Q    There were differences, though, between a
22  Physician Quality Guide and a Physician Quality
23  Report?
24   A    I think so.  Possibly it's the look and
25  feel but, other than that, I'm not sure.

Page 77

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    When was the Physician Quality Guide first
3   introduced?
4    A    I believe it was when we introduced the
5   QRS, so certainly -- I believe it was available in
6   some form in 2003.
7    Q    Did the Physician Quality Guide have
8   information provided by healthcare providers?
9        MR. VAZQUEZ:  Form.
10   A    Again, a couple initial questions.  What
11  period are we talking about?
12   Q    (BY MR. STIMPSON)  Let's start with 2003
13  and then we'll move ahead.
14   A    And, again, the reason I'm pausing is the
15  products themselves, such as Physician Quality Guide,
16  would not necessarily have ever had any physician
17  information or any information provided from anyone.
18  It was a product based upon data.
19   Q    What do you mean it was a product based
20  upon data?
21   A    I guess what I'm getting back to is just
22  making sure that I'm clear that the products
23  themselves, Physician Quality Guide being one of
24  them, was a product offering that was based upon
25  Health Grades' databases of information.

20 (Pages 74 - 77)

Attorneys' Eyes Only

Page 78

CONFIDENTIAL ATTORNEYS EYES ONLY

1         CONFIDENTIAL ATTORNEYS EYES ONLY
2         So my only clarification is that there
3    wouldn't have been anything specifically provided
4    from anyone to the Physician Quality Guide but rather
5    somehow to the databases.
6    Q   I understand.  So what you're saying is
7    the doctor doesn't get in and change the Physician
8    Quality Guide.  He just changes the data -- he tells
9    you some changes he wants to the database and then
10   Health Grades would make the change to the Physician
11   Quality Guide?
12   A   That's more correct, yes, the database.
13   Whether it was a third party or Health Grades
14   updating the database, it would have changed our
15   databases and then how that was -- how that was then
16   ultimately applied to the different products would
17   have been up to Health Grades ultimately.
18   Q   When was the first time that a Physician
19   Quality Guide included information provided by a
20   healthcare provider?
21        MR. VAZQUEZ:  Form.
22   A   Provided -- can you state that just one
23   more time?
24   Q   (BY MR. STIMPSON)  Yeah.  When was the
25   first time that a Physician Quality Guide would have

Page 79

1         CONFIDENTIAL ATTORNEYS EYES ONLY
2    included information from the database that was
3    received by a -- from a healthcare provider?
4    A   And your healthcare provider definition
5    now, is that the broad --
6    Q   Let's leave it that way for now, yeah.
7        MR. VAZQUEZ:  Form.
8    A   Okay.  I believe in 2006 it could have
9    been a variant of 2005.
10   Q   (BY MR. STIMPSON)  Would that have been
11   with the implementation of Physician Online Services?
12        MR. VAZQUEZ:  Form.
13   A   I mean, certainly it would have had to
14   have been -- I believe it would have been after the
15   implementation of Physician Online Services, but not
16   necessarily directly tied to that offering.
17   Q   (BY MR. STIMPSON)  Right.  You have to
18   launch Physician Online Services and then
19   instantaneously the doctor hasn't changed it and that
20   information found its way into a report, I
21   understand.
22        But generally speaking, when Physician
23   Online Services was launched, the intent of Health
24   Grades when launching that service was so that
25   healthcare providers could come in and edit or change

Page 80

1    that information and that information perhaps after a
2    vetting process would make it into these reports,
3    right?
4        MR. VAZQUEZ:  Form.
5    A   The intention of launching that service
6    was certainly to help Health Grades review the
7    accuracy of our information.  So it was certainly
8    intended to give providers, healthcare providers the
9    ability to review and edit and suggest changes.  And
10   at some point Health Grades expected to include the
11   updates or information on the website.
12   Q   (BY MR. STIMPSON)  With the launch of
13   Physician Online Services, was Health Grades prepared
14   at that time to introduce those edits into reports?
15        MR. VAZQUEZ:  Form.
16   A   I don't know if we were ready immediately
17   upon launching POS, I don't recall.
18   Q   (BY MR. STIMPSON)  Well, I mean, just from
19   public relations and a point of relationship view of
20   physicians, if Dr. Smith gets on and says you've got
21   my address wrong I'm not in Denver, I'm in Boulder,
22   he gets online on Physician Online Services and
23   changes it, it wouldn't be a very good idea for
24   Health Grades to keep that unchanged for a long

Page 81

1         CONFIDENTIAL ATTORNEYS EYES ONLY
2    period, right?
3        MR. VAZQUEZ:  Form.
4    A   I understand your question.  I was just
5    answering your first question that I'm not sure if we
6    were ready.
7    Q   (BY MR. STIMPSON)  Well, I mean, I'm just
8    trying to get -- I don't care how we go about it.
9    I'm just trying to get a feel for, you know, how
10   quickly after Physician Online Services were launched
11   that healthcare provider information provided by the
12   healthcare provider made it into the reports of
13   Health Grades?
14        MR. VAZQUEZ:  Form.
15   Q   (BY MR. STIMPSON)  Would it have been
16   within a month?
17        MR. VAZQUEZ:  Same objection.
18   A   Unfortunately, all I can say is my
19   recollection is we launched some of that, I believe,
20   in 2006.  Could have been prior.  I just don't
21   recall.
22   Q   (BY MR. STIMPSON)  Right.  But I'm trying
23   to get at the time lag, if any, between when
24   Physician Online Services was launched and physicians
25   could then start adding data, the timeline between

21 (Pages 78 - 81)

Attorneys' Eyes Only

Page 82

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2 that and that data actually finding it into the
3 reports. Would that have been less than a month?
4      MR. VAZQUEZ: Form.
5      A  I just couldn't tell you. I don't know.
6      Q  (BY MR. STIMPSON) Would it be less than
7 six months?
8      MR. VAZQUEZ: Asked and answered. Form.
9      A  I just don't know.
10     Q  (BY MR. STIMPSON) Would it be less than a
11 year?
12     MR. VAZQUEZ: Same objections.
13     A  I don't know.
14     Q  (BY MR. STIMPSON) Okay. So as we sit
15 here today, you can't tell me when the first time
16 information provided by healthcare providers made it
17 into any Health Grades reports, correct?
18     MR. VAZQUEZ: Form.
19     A  No, you haven't asked that question. So,
20 no, I don't believe that's true.
21     Q  (BY MR. STIMPSON) Okay. When did
22 information provided by healthcare providers first
23 make it into any Health Grades reports?
24     A  I thought -- I believe by 2006, and I
25 think I previously answered that question.

Page 83

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2      Q  Okay.
3      A  I think it was in 2006. It could have
4 been slightly before, but -- late 2005, but I believe
5 it was 2006.
6      Q  Okay. And do you know what reports that
7 information was first provided into?
8      MR. VAZQUEZ: Form.
9      A  Again, it would -- it would have been
10 provided into some of the profile information on the
11 website. So, for example, the profiles that were
12 essentially made available for free by hospitals that
13 purchased Connecting Point, there would have been or
14 could have been in some cases enhanced information
15 that was provided by a healthcare provider that would
16 have been on the website and sometime in 2006 under
17 those programs.
18     Q  (BY MR. STIMPSON) Obviously in 2005?
19     A  It's possible at the end of 2005. I just
20 don't recall.
21     Q  And would that information from the
22 healthcare provider have included specialty
23 information in 2005 or 2006?
24     MR. VAZQUEZ: Form.
25     A  It may have. I don't recall the specific

Page 84

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2 data elements.
3      Q  (BY MR. STIMPSON) How about medical
4 philosophy?  Would that have been information
5 provided by the healthcare provider in 2005 or 2006?
6      MR. VAZQUEZ: Form.
7      A  It could have been in one of those
8 periods. Again, my recollection would be at the end
9 of '05 or sometime in 2006.
10     Q  (BY MR. STIMPSON) But that was one of the
11 data sets that was -- the physicians could edit or
12 add in whatever the time period, end of 2005 or 2006?
13     MR. VAZQUEZ: Form.
14     A  The reason I'm pausing is medical
15 philosophy certainly is something at sometime that we
16 did want to put on our site. I don't recall
17 specifically which elements and the time, but I do
18 recall medical philosophy being one. And I believe
19 it was in 2006, but I'm not sure of the timeframe.
20     Q  (BY MR. STIMPSON) Do you recall the first
21 time when healthcare providers who would edit or add
22 gender information that made it into healthcare
23 provider reports?
24     MR. VAZQUEZ: Form.
25     A  I don't recall.

Page 85

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2      Q  (BY MR. STIMPSON) Do you remember the
3 first time that healthcare providers would have
4 edited or added age information for Health Grades'
5 reports?
6      MR. VAZQUEZ: Form.
7      A  I don't recall.
8      Q  (BY MR. STIMPSON) Can you narrow those
9 down to a year?
10     A  I can't.
11     Q  Do you know the first time that healthcare
12 providers could edit or add information on their
13 years in profession to Health Grades' reports?
14     A  I don't recall.
15     Q  Can you narrow that down to a year?
16     A  No, I can't.
17     Q  Would your answer be the same for years in
18 practice?
19     A  Yes.
20     Q  Awards?
21     A  Yes, it would be the same.
22     Q  Honors?
23     A  Yes.
24     Q  Professional appointments?
25     A  Yes.

22 (Pages 82 - 85)

Attorneys' Eyes Only

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  Q    Professional memberships?
3  A    Yes.
4  Q    Publications?
5  A    Yes.
6  Q    Languages?
7  A    Yes.
8  Q    Hobbies?
9  A    I'm pausing on that one because I just
10  don't recall if hobbies was something we ever asked
11  for. It may be. I just don't recall that element.
12  Q    So for that list we just went through, as
13  we sit here today, you can't tell me a year when any
14  of that information that was either edited or
15  provided by a healthcare provider made it into any
16  Health Grades report, correct?
17  MR. VAZQUEZ: Form.
18  A    I don't know specifically what year.
19  Q    (BY MR. STIMPSON) Did the Physician
20  Quality Guide have patient provided information?
21  MR. VAZQUEZ: Form.
22  Q    (BY MR. STIMPSON) Did there come a time
23  when Physician Quality Guide had patient provided
24  information?
25  A    Yes, there was.

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  Q    And what was the first types and type of
3  patient provided information that made it into the
4  Physician Quality Guide?
5  MR. VAZQUEZ: Form.
6  A    I believe it was the patient ratings, as
7  we spoke about, the survey information. And I don't
8  know if you just asked the type; that was the type.
9  Q    (BY MR. STIMPSON) Right. And those
10  ratings were obtained from the Health Grades website
11  surveys?
12  A    Yes, they were.
13  Q    And when did that patient provided rating
14  information first make it into a Health Grades
15  report?
16  A    Again, my recollection is 2006. I don't
17  know if it was any time prior.
18  Q    What did you do, if anything, to try to
19  determine that in preparation for today's deposition?
20  MR. VAZQUEZ: Again, you can tell him --
21  answer the question what you've done but without
22  divulging our communications.
23  A    Again, I reviewed numerous documents which
24  I described before counsel asked me not to be
25  specific. So, you know, I reviewed numerous

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  documents to prepare for the topics that I came here
3  to testify to.
4  Q    (BY MR. STIMPSON) So as we sit here
5  today, though, you can't tell me whether it was 2005
6  or 2006 that patient provided rating information made
7  it into its first Health Grades report?
8  A    I can't tell you specifically when. I've
9  told you that I believe 2006, in that period, they
10  were available. But without documents that you have
11  to show me, I can't say anything more than that.
12  Q    Can you tell me whether it was in the
13  first half of 2006?
14  A    I don't know.
15  Q    How about comparison ratings, when was the
16  first time comparison ratings made it into a Health
17  Grades report?
18  MR. VAZQUEZ: Form.
19  A    Again, I believe they were available in
20  2006. I don't recall if they were prior to 2006.
21  Q    (BY MR. STIMPSON) Okay. Do you recall if
22  it was prior to the second half of 2006?
23  A    I don't recall.
24  Q    Did the Physician Quality Guide include
25  information verified by third parties --

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  MR. VAZQUEZ: Form.
3  Q    (BY MR. STIMPSON) -- in 2005?
4  MR. VAZQUEZ: Form.
5  A    Yes, it would have.
6  Q    (BY MR. STIMPSON) In 2005 would it have
7  included board certification verified by third
8  parties?
9  MR. VAZQUEZ: Form.
10  A    Yes, I believe it would.
11  Q    (BY MR. STIMPSON) Licensure?
12  A    I'm pausing. I believe it would have.
13  But there's certain elements I'm sure of, board
14  certification is one. I believe licensure would have
15  been.
16  Q    In 2005?
17  A    Yes.
18  Q    Would the Physician Quality Guide include
19  third-party verified information on disciplinary
20  action in 2005?
21  MR. VAZQUEZ: Form.
22  A    Yes, it would have.
23  Q    (BY MR. STIMPSON) How about medical
24  schools?
25  A    I believe it would have, yes.

23 (Pages 86 - 89)

Attorneys' Eyes Only

Page 90

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    Q    Medical internship?
3    A    I believe so.
4    Q    Medical residency?
5    A    I believe so, yes.
6    Q    Medical fellowship?
7    A    I don't know.  Don't recall.
8    Q    How about 2006, would it have included
9    fellowship information?
10   A    I don't know.
11   Q    And the Physician Quality Guide was a
12   report that was created and available over the Health
13   Grades website in 2005, right?
14        MR. VAZQUEZ:  Form.
15   A    Yes, it would have been.
16   Q    (BY MR. STIMPSON)  The same for 2006?
17   A    Yes.
18        MR. VAZQUEZ:  Foundation.
19   Q    (BY MR. STIMPSON)  Are you familiar with a
20   Physician Research Quality Report?
21   A    I am familiar with the term.
22   Q    What was the Physician Research Quality
23   Report?
24   A    To the best of my recollection, it was the
25   same as or similar to the Physician Quality Report.

Page 91

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    Q    Do you know why it had a different name,
3    Physician Research Quality Report?
4    A    I don't know.
5    Q    As you sit here today, can you tell me any
6    differences between a Physician Research Quality
7    Report and the Physician Quality Report?
8    A    I can't.
9    Q    Do you know when the Physician Research
10   Quality Report was first available?
11        MR. VAZQUEZ:  Form.
12   A    I don't know.
13   Q    (BY MR. STIMPSON)  Do you know if the
14   Physician Research Quality Report had patient
15   provided information in 2005?
16   A    Again, I would restate that the ratings
17   information or the patient provided information I
18   believe was launched in 2006.  So that would have
19   been in various products.  But prior to that, I don't
20   know.  And that's what I would say if there was
21   information on ratings in this PRQR, I believe it
22   would have included the patient ratings in 2006.
23   Q    But you're not sure as we sit here today
24   whether the PRQR even had patient ratings?
25   A    I'm not specifically, no.

Page 92

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    Q    Would the PRQR have had healthcare
3    provider provided information at about the same time
4    other reports would have received that information?
5        MR. VAZQUEZ:  Form.
6    A    I believe it would have if it was --
7    again, if that data element was included in the PRQR,
8    I believe it would have.
9    Q    (BY MR. STIMPSON)  Can you tell me as we
10   sit here today what data elements were available in
11   the PRQR?
12   A    I don't know.
13   Q    How about the Physician Research
14   Comparison Report, do you know that?
15   A    I don't -- I know the term.  I've heard
16   the acronym, but I can't tell you the specifics
17   behind it.
18   Q    Do you -- so as we sit here today, you
19   can't tell me anything about what was contained in
20   the Physician Research Comparison Report?
21        MR. VAZQUEZ:  Form.
22   A    No, I can't.
23   Q    (BY MR. STIMPSON)  Do you know if it had
24   comparison ratings?
25        MR. VAZQUEZ:  Same objection.

Page 93

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    A    I don't know.
3    Q    (BY MR. STIMPSON)  Do you know when it was
4    launched?
5    A    I don't know.
6    Q    Are you familiar with the Comparative
7    Physician Report?
8    A    I'm not familiar with that term.
9    Q    So as we sit here today, you can't tell me
10   anything about what was contained in anything called
11   a Comparative Physician Report?
12   A    Not without seeing a document with that
13   name on it.
14   Q    Did you do anything in preparation for
15   your deposition to kind of get a list of the products
16   and services that were available at Health Grades
17   prior to August 2006?
18        MR. VAZQUEZ:  Form.
19   A    Again, I went back and looked at numerous
20   documents to review our product offerings and to
21   prepare for the topics that I'm here to testify to.
22   Q    (BY MR. STIMPSON)  Right.  But did you do
23   anything to ensure that you are aware of the various
24   products and services that were available at Health
25   Grades, all the products and services that were

24 (Pages 90 - 93)

Attorneys' Eyes Only

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2 available at Health Grades prior to August 29, 2006
3 that provided information on healthcare providers?
4       MR. VAZQUEZ: Form.
5    A   Again, I believe in my preparation that's
6 exactly what I attempted to do.
7    Q   (BY MR. STIMPSON) What did you do to try
8 to come up with that list?
9       MR. VAZQUEZ: Well, just again, don't
10 divulge any of our communications in preparation for
11 today. Other than that, answer the question if you
12 can.
13    A   Again, I would repeat I went through
14 numerous documents to review our product offerings to
15 ensure that I could answer your questions.
16    Q   (BY MR. STIMPSON) Did you see the MDx
17 invalidity contentions?
18    A   I don't know that I did.
19    Q   So anyway, back to Comparative Physician
20 Report, you're not familiar with that product at all
21 as you sit here today?
22    A   Well, to be clear, I'm not familiar with
23 the term. The term does not sound familiar to me.
24    Q   So if there was some product or services
25 or service named Comparative Physician Report at

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2 Health Grades prior to August 29, 2006, you're not
3 familiar with that product as we sit here today?
4       MR. VAZQUEZ: Form.
5    A   Please repeat the question.
6    Q   (BY MR. STIMPSON) So if there was some
7 product or service of Health Grades prior to
8 August 29, 2006 that was named Comparative Physician
9 Report, as we sit here today, you're not familiar
10 with that report?
11       MR. VAZQUEZ: Same objection.
12    A   I don't know that I would answer yes to
13 that because, again, I think I've testified to the
14 products that were available. If the products that
15 I've testified to were named something different or
16 changed acronyms --
17    Q   (BY MR. STIMPSON) Okay.
18    A   -- I just don't recall all of the changes
19 that the company has had over the years.
20    Q   So just so we can finish this one up,
21 though, I'm just going to ask you what is a
22 Comparative Physician Report?
23       And you can answer it or not, but I'm just
24 asking you because I've got to go through my list.
25       So what was the physician -- I'm sorry,

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2 Mr. Dodge. What was the Health Grades Comparative
3 Physician Report?
4       MR. VAZQUEZ: Form.
5    A   I don't know.
6    Q   (BY MR. STIMPSON) Do you know what the
7 Hospital Quality Report is from Health Grades?
8    A   Yes. I recall that term.
9    Q   What was the Hospital Quality Report?
10    A   Hospital Quality Report was a report that
11 a consumer could purchase on the Health Grades
12 website that would have specific hospital
13 information, such as comprehensive ratings on a
14 specific hospital.
15       So to be clear, a consumer could access
16 our website and review a search for, say, cardiac
17 services. They could find the hospitals. And they
18 could see what a hospital was rated.
19    Q   Um-hum.
20    A   But if they wanted to have a comprehensive
21 report, so if myself or my wife wanted to know
22 Presbyterian/St. Luke's in Denver, what is the
23 quality by individual service line, this Hospital
24 Quality Report would give you in one report all of
25 that information.

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q   When did that first become available?
3    A   I believe that product was available even
4 in 2003.
5    Q   Okay. And did there come a time when
6 ratings for the Hospital Quality Report were obtained
7 from patients?
8       MR. VAZQUEZ: Form.
9    A   No, I don't believe there did.
10    Q   (BY MR. STIMPSON) Did there come a time
11 when information was provided to the hospital -- for
12 the Hospital Quality Reports that came from
13 healthcare providers, hospitals themselves?
14    A   Again, my pause is there may have been or
15 I suspect the hospital could certainly call Health
16 Grades with corrections or suggested corrections to
17 demographic information, the things of that nature.
18 And it's possible those corrections would have made
19 it into these reports.
20    Q   Do you know when that would have happened
21 the first time?
22    A   I don't know.
23    Q   Do you know if it happened at all?
24    A   I think it has on occasion where a
25 hospital has suggested corrections.

25 (Pages 94 - 97)

Attorneys' Eyes Only

Page 98

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    Q    Okay.  Did the Hospital Quality Report
3  change from 2003 to 2006 in any significant way?
4    A    The only thing I can really think of is,
5  again, it may have included more ratings, different
6  ratings, different therapeutic areas.  I can't recall
7  what other differences may or may not have been
8  involved.
9    Q    Are you familiar with the Hospital Quality
10 Guide?
11   A    Yes, I am.
12   Q    Okay.  What was the Hospital Quality
13 Guide?
14   A    Again, that was part of the service
15 offering offered within QRS to employers and health
16 plans.
17   Q    Every time I ask a question you stop
18 drinking your water.  Don't let me stop you from
19 doing that.
20       So Hospital Quality Guides were part of
21 QRS?
22   A    That is correct.
23   Q    That would have started, what, 2003, 2004?
24   A    It would have been even beginning 2003, I
25 believe.

Page 99

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    Q    What was contained in the Hospital Quality
3  Guides?
4    A    It would have had information such as
5  hospital name, address, bed size, hospital ratings,
6  things of that nature.
7    Q    Anything provided by the healthcare
8  provider itself, the hospital?
9    A    Only, again, to the extent that there may
10 have been a database correction that would have then
11 populated into the Hospital Quality Guide.
12   Q    Did it have comparison ratings?
13   A    I don't know.
14       MR. VAZQUEZ:  Form.
15   A    I don't know that it did or not.
16   Q    (BY MR. STIMPSON)  Did it have any
17 information provided by patients?
18   A    I don't believe so, no.
19   Q    Are you familiar -- we already talked
20 about this.
21       What was Physician New Marketing Media?
22   A    Physician New Marketing Media, I believe,
23 was the original name for the product that is
24 Connecting Point that I've identified as Connecting
25 Point.

Page 100

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    Q    Is there any difference between Connecting
3  Point and Physician New Marketing Media?
4    A    I'm not aware of any.  I'm not aware of
5  any.
6    Q    Do you know what the Patient Provider
7  Gateway is?
8    A    It's another name for Connecting Point or
9  Physician New Marketing Media.
10   Q    Any differences at all between Connecting
11 Point and Patient Provider Gateway that you know of?
12   A    Not that I'm aware of.
13   Q    Did Health Grades have any syndicated
14 reports prior to August of 2006?
15   A    Can you explain what you mean?
16   Q    I'm not sure, but I've seen it in some
17 documents.  Like service line, patient safety,
18 community hospitals, those sort of things?
19   A    Yes, I believe we did.
20   Q    What types of syndicated reports did you
21 have?
22   A    To be clear, I believe what we're talking
23 about with syndicated reports is when we would
24 provide to a provider, say, a hospital in particular,
25 a report that outlined all of their ratings and

Page 101

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  information, we would have similar type reports for
3  nursing homes that we may sell to third parties.
4    Q    Did any syndicated report have ratings
5  provided by patients prior to August 2006?
6    A    Not that I can think of, no.
7    Q    Has Health Grades ever had any sites that
8  are SEO sites?
9        MR. VAZQUEZ:  Form.
10   A    Can you explain what you mean by SEO site?
11   Q    (BY MR. STIMPSON)  SEO you understand to
12 be search engine optimization, right?
13   A    I'm familiar with the term, yes.
14   Q    What I mean by SEO site -- well, let me
15 just back up.
16       Did Health Grades ever create any sites
17 that were designed to help Health Grades increase its
18 SEO placement, other than the Health Grades website
19 itself?
20       MR. VAZQUEZ:  Form.
21   A    I'm pausing.  I think there may have been,
22 but I don't recall.  There may have been.
23   Q    (BY MR. STIMPSON)  Do you know when those
24 were created?
25   A    I don't.

26 (Pages 98 - 101)

Attorneys' Eyes Only

Page 102

CONFIDENTIAL ATTORNEYS EYES ONLY

1   CONFIDENTIAL ATTORNEYS EYES ONLY
2   Q   Do you know if they still exist?
3   A   I don't know.
4   Q   Are you familiar with the Physician
5   Reports site?
6   A   I am not.
7   Q   What is Patient Provider Direct?
8   A   Patient Provider Direct?
9   Q   Yes.
10   A   I'm not familiar with that specific term.
11   Q   Did Health Grades prior to August 29, 2006
12   have any premium reports?
13   MR. VAZQUEZ: Form.
14   A   As I would think of premium reports, and
15   as I interpret that language, it would have been
16   things such as the Physician Quality Reports.
17   Premium being paid for, so my general answer would
18   be, yes, we did have premium reports.
19   Q   (BY MR. STIMPSON) Did you have any
20   premium reports that gave additional information that
21   was not otherwise available in the Physician Quality
22   Reports prior to August 29, 2006?
23   A   Not that I'm aware of, no.
24   Q   Did Health Grades have any other special
25   types of reports other than the one, for example, you

Page 103

1   CONFIDENTIAL ATTORNEYS EYES ONLY
2   talked about with Hewitt, any kind of special reports
3   that were provided or available to anyone prior to
4   August 29, 2006?
5   A   I mean, that general context, as you've
6   stated it, I would point to, you know, some of the
7   reports we may give to hospitals that detail their
8   individual mortality rates by physician, things that
9   would have been delivered within quality improvement
10   offerings.
11   So there would have been deliverables to
12   the hospital to help them understand the quality
13   within each of the service lines and categories we
14   rated.
15   Q   Anything else?
16   A   Not that I can think of.
17   Q   What was the Physician Consumer site?
18   A   I'm not familiar with that term.
19   Q   Are you familiar with the term consumer
20   site?
21   A   My familiarity, what I've heard when we
22   talk about the consumer site is typically
23   healthgrades.com.
24   Q   Does it include anything else?
25   A   I'm not sure.

Page 104

1   CONFIDENTIAL ATTORNEYS EYES ONLY
2   Q   I think we've covered this already, but I
3   just want to make sure. We've talked about all these
4   reports from 2003 to 2006.
5   Can you tell me, Mr. Dodge, when was the
6   first time that any Health Grades report included
7   patient provided information?
8   A   To the best of my recollection, in 2006.
9   And I'm not sure if there was anything prior to that.
10   Q   How do you know it was in 2006?
11   A   Because I remember in 2006 some of the
12   products, such as Connecting Point, I recall did have
13   ratings information, patient experience surveys. And
14   that product really, although it was launched at the
15   very end of 2005, I believe. I know it was in 2006.
16   And I recall the ratings being in that offering or in
17   that expression.
18   Q   To your knowledge, when did Health Grades
19   first disclose the idea of putting patient ratings in
20   healthcare provider reports to anyone in the public?
21   MR. VAZQUEZ: Form.
22   A   I don't recall.
23   Q   (BY MR. STIMPSON) Well, when you started
24   your -- putting your survey on the Health Grades
25   website, that would have been at least as early as

Page 105

1   CONFIDENTIAL ATTORNEYS EYES ONLY
2   2005, right?
3   A   I think we had surveys at some point in
4   2005 that were available, yes.
5   Q   Okay. And when you were putting that on
6   the website so patients could fill out the surveys,
7   you advised the patients that the idea behind this is
8   we're going to provide ratings on our healthcare
9   providers, right?
10   A   I don't know what was communicated. I
11   don't recall how we communicated how the information
12   would be used.
13   Q   Is it fair to say that at least as early
14   as 2005 Health Grades was communicating to the public
15   that it intended to put healthcare provider ratings
16   available on its website?
17   MR. VAZQUEZ: Form.
18   A   I'm not sure.
19   Q   (BY MR. STIMPSON) Do you have any reason
20   to doubt that?
21   A   I just can't answer it. I don't know.
22   Q   When Health Grades contacted -- well, when
23   Health Grades put on its website the surveys for
24   patients to fill out, was there any confidentiality
25   restrictions?

27 (Pages 102 - 105)

Attorneys' Eyes Only

Page 114

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2   Office information on competitor websites, like
3   Vitals.com?
4       MR. VAZQUEZ:  Form.
5       Q    (BY MR. STIMPSON) Let me back up, then.
6   Were you aware that during patent prosecution
7   information on competitor websites, including Vitals,
8   was disclosed to the Patent and Trademark Office?
9       A    I'm not sure I was aware specifically that
10  competitor websites were disclosed.
11      Q    Did you read the office actions and
12  responses that were submitted to the Patent and
13  Trademark Office?
14      A    I'm not really familiar with the term
15  office action.  I've read documents but I mean --
16      Q    Well, I mean during patent application you
17  submit an application and the Patent Office comes
18  back and will usually reject the application for
19  whatever reason.  Then the patent applicants will
20  file a response.  There's some back and forth and
21  then eventually the patent is either finally rejected
22  or issued.
23          When I refer to an office action, I'm
24  referring to communications from the Patent Office.
25  Did you read communications from the Patent Office in

Page 115

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2   connection with the application that led to the '060
3   patent?
4       A    I certainly did at the time when those
5   were filed.
6       Q    Did you discuss them with the inventors?
7       A    I don't recall.
8       Q    Did you discuss them with outside counsel?
9       MR. VAZQUEZ:  Form.
10      A    I did discuss -- I know I had some
11  discussions with our patent prosecution counsel.
12      Q    (BY MR. STIMPSON) Do you know if you
13  discussed with them the communications from the
14  Patent and Trademark Office?
15      A    I don't recall specifically.
16      Q    Were you involved at all in drafting
17  responses to the office action, to the communications
18  with the Patent Office?
19      A    I don't recall if I was.  I don't
20  believe -- yeah, I don't recall.
21      Q    Do you remember if you reviewed draft
22  responses to the communications from the Patent
23  Office?
24      A    I believe I did given my involvement, but
25  I don't recall.

Page 116

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2       Q    Were the inventors also involved in
3   reviewing those documents?
4       A    I believe they were, but I couldn't state
5   specifically.
6       Q    If you want to take a break, that's fine.
7   I had my little mini break.
8       Q    Are you sure?
9       Q    Sure.
10          (Recess taken from 10:49 a.m. to
11  11:01 a.m.)
12      Q    (BY MR. STIMPSON) Mr. Blackman (sic), did
13  you read any of the declarations -- I'm sorry.
14      A    Sorry, I didn't mean to laugh.
15      Q    That's all right.
16          Mr. Dodge, did you read any of the
17  declarations of the inventors in connection with the
18  patent prosecution of the '060 patent?
19      A    I don't recall.
20      Q    Can you tell me why the Physician Quality
21  Reports from 2005 and 2006 were not disclosed to the
22  United States Patent and Trademark Office?
23      A    I'm not aware if they were or they
24  weren't, so I don't know.
25      Q    Would your answers be the same for all the

Page 117

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2   other reports we've talked about?
3       A    Yes, I believe it would.
4       Q    When did Health Grades first have
5   comparison ratings in any Health Grades report?
6       MR. VAZQUEZ:  Form.
7       A    I don't recall when we specifically
8   started having comparison ratings in our reports.
9       Q    (BY MR. STIMPSON) Can you narrow it down
10  to a year?
11      A    I believe -- again, I'm pretty confident
12  in 2006.  And it could have been prior, but I'm just
13  not sure.
14      Q    When did Health Grades first disclose to
15  anyone outside of Health Grades the idea or concept
16  of having comparison ratings in a report?
17      MR. VAZQUEZ:  Form.
18      A    I don't know.
19      Q    (BY MR. STIMPSON) Do you have any -- can
20  you narrow it down to a year?
21      A    I can't.  I don't know.
22      Q    Can you tell me any -- whether there were
23  any such disclosures before Health Grades first used
24  comparison ratings in reports?
25      MR. VAZQUEZ:  Form.

30 (Pages 114 - 117)

Attorneys' Eyes Only

Page 118

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    A   I can't tell you because I don't know.
3    Q   (BY MR. STIMPSON)  Okay.  When was the
4  first time that Health Grades had any web page that
5  showed ratings of multiple providers?
6        MR. VAZQUEZ:  Form.
7    A   I'm thinking about your question because
8  when you say a web page, so when on an individual web
9  page?
10    Q   (BY MR. STIMPSON)  Yeah, any page of
11  Health Grades' website ever in any format, when was
12  the first time that Health Grades had ratings of two
13  or more healthcare providers, whether it's hospitals
14  or physicians or whatever, on the same page?
15        MR. VAZQUEZ:  Form.
16    A   I'm not sure when that would be.
17    Q   (BY MR. STIMPSON)  Would it have been --
18  can you narrow it down to a year?
19    A   I can't.
20    Q   Can you tell me if it was before 2006?
21    A   I'm not sure.  I don't think so, but I'm
22  not sure.
23    Q   Did Health Grades ever do any deals with
24  Rocky Mountain News?
25    A   I don't believe so.

Page 119

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    Q   Did Health Grades ever disclose to Rocky
3  Mountain News or offer to Rocky Mountain News
4  healthcare provider reports?
5    A   When you say offer to Rocky Mountain News,
6  can you explain what you mean?
7    Q   Sure.  Did Health Grades ever discuss the
8  possibility of Health Grades providing products
9  and/or services to Rocky Mountain News?
10        Let's start there.
11    A   Not that I can recall.
12    Q   So as far as you know, Health Grades has
13  never discussed or provided the idea of products
14  and/or services being given to Rocky Mountain News?
15    A   Given to Rocky Mountain News, not to my
16  knowledge, I don't recall.
17    Q   Were there any discussions with Rocky
18  Mountain News and Health Grades that you recall?
19    A   I do recall --
20        MR. VAZQUEZ:  Form.
21    A   I recall some discussions with Rocky
22  Mountain News.
23    Q   (BY MR. STIMPSON)  What were those
24  discussions?
25    A   The best of my recollection, Rocky

Page 120

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  Mountain News was interested in Health Grades as a
3  company and wanted to look at physician information,
4  I think our entire website, and look at what we were
5  doing that may be interesting from a consumer
6  perspective.
7    Q   What was Rocky Mountain News?
8    A   Rocky Mountain News was one of Denver's
9  newspaper agencies until it folded several years ago.
10    Q   So they were interested in perhaps
11  providing to consumers some of the information from
12  the Health Grades database?
13    A   No, that's not correct.
14    Q   What were they -- what was their interest,
15  to the extent you know?
16    A   My recollection is they were interested in
17  doing some type of article on consumers being able to
18  access healthcare information in general on the web.
19    Q   Did that ever happen?
20    A   I think they did -- they did write an
21  article ultimately at some period; I just don't
22  recall when.
23    Q   Did Health Grades provide them with any
24  information?
25    A   I don't recall if we did or not.

Page 121

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    Q   Do you remember if any discussions with
3  Rocky Mountain News -- did you actually meet with
4  Rocky Mountain News?
5    A   I did not.
6    Q   Do you know if any of the discussions with
7  Rocky Mountain News included anything about patient
8  provided information?
9    A   I don't know.
10    Q   Did Health Grades have any reports prior
11  to August 29, 2006 that included hyperlinks to other
12  destinations?
13        MR. VAZQUEZ:  Form.
14    A   So can you restate that, one more time, to
15  make sure I understand?
16    Q   (BY MR. STIMPSON)  Sure.  Did Health
17  Grades have any reports, any of these types of
18  reports we've been talking about, prior to August 29,
19  2006 that included hyperlinks?
20    A   I'm sorry, I don't want to misunderstand
21  your question.  To anyone outside of Health Grades?
22    A   No, let's just start with even within the
23  Health Grades website -- let me rephrase the question
24  so it's clear.
25        Prior to August 29, 2006, did Health

31 (Pages 118 - 121)

Attorneys' Eyes Only

Page 122

1        CONFIDENTIAL ATTORNEYS EYES ONLY
2 Grades have any reports or services that included
3 hyperlinks to anywhere?
4        MR. VAZQUEZ: Form.
5     A   I'm struggling with the timeframe, but
6 it's, hyperlinked, is pretty common. So I think we
7 may have had some, but I can't tell you specifically.
8     Q   (BY MR. STIMPSON) Hyperlinks were very
9 common back in the early 2000s, right?
10     A   Well, again, within pages, whether it's
11 your own website, sometimes outside, they can be
12 utilized.
13     Q   And that was the case in the early 2000s,
14 right?
15        MR. VAZQUEZ: Form.
16     A   I don't know. In early 2000s, yeah, I'm
17 not sure.
18     Q   (BY MR. STIMPSON) How about 2004?
19     A   Again, I mean, I think hyperlinks were
20 utilized certainly. I don't know whether they were
21 commonplace or not.
22     Q   Prior to August 29, 2006 did Health Grades
23 have any reports that included hyperlinks to third
24 parties, websites to third parties?
25        MR. VAZQUEZ: Same objection.

Page 123

1        CONFIDENTIAL ATTORNEYS EYES ONLY
2     A   I don't recall.
3     Q   (BY MR. STIMPSON) Did there come a time
4 when Health Grades started including hyperlinks in
5 their reports to affiliated hospitals, medical
6 centers, or other types of treatment centers?
7     A   And I'm trying to be really clear on your
8 question. So to those third parties?
9     Q   Correct.
10        MR. VAZQUEZ: Same objection.
11     A   I'm not sure if we did provide or have
12 provided links to those third parties outside of
13 Health Grades.
14     Q   (BY MR. STIMPSON) So as you sit here
15 today, you're not familiar with any hyperlinks to any
16 third parties that Health Grades attached reports?
17        MR. VAZQUEZ: Form.
18     A   I'm just not aware if we do or don't.
19     Q   (BY MR. STIMPSON) Okay. Or if you did,
20 past tense as well?
21     A   Correct.
22     Q   The reports we talked about earlier, the
23 Physician Quality Report and the other reports we
24 talked about, they had -- you could obtain those
25 reports through a predetermined web page, Health

Page 124

1        CONFIDENTIAL ATTORNEYS EYES ONLY
2 Grades' web page, right?
3     A   I'm not sure if I'm clear on that
4 question. So --
5     Q   Well, these Physician Quality Reports and
6 other reports we talked about consumers could be
7 paying these -- I'm sorry. It's not clear because
8 I'm not making it clear. Let me start again.
9      These reports that consumers would get in
10 the 2005, 2006 timeframe from Health Grades, they
11 would go to a predetermined web page of Health Grades
12 in order to get those, right?
13        MR. VAZQUEZ: Form.
14     A   I guess I'm just not clear with what that
15 means by a predetermined web page. I'm just not
16 familiar with the term.
17     Q   (BY MR. STIMPSON) Well, healthgrades.com?
18     A   Healthgrades.com was our website, yes.
19     Q   That's where consumers would go to collect
20 these reports in 2004, 2005, 2006, right?
21        MR. VAZQUEZ: Form.
22     A   They would go to the website during that
23 period and they would request a report.
24     Q   (BY MR. STIMPSON) And that web page would
25 provide search capabilities for the Health Grades

Page 125

1        CONFIDENTIAL ATTORNEYS EYES ONLY
2 database that was -- that had the healthcare provider
3 information, right?
4        MR. VAZQUEZ: Form.
5     A   I'm sorry, can you restate that question
6 again?
7     Q   (BY MR. STIMPSON) Sure. That web page
8 would have search capabilities for consumers to
9 search healthcare provider information, right?
10        MR. VAZQUEZ: Form.
11     A   Can you tell me what page you're referring
12 to when you say that web page?
13     Q   (BY MR. STIMPSON) Well, the one wherever
14 consumers were going. You said it was
15 healthgrades.com, right?
16     A   Again, I think my testimony was
17 healthgrades.com. They would request a report and if
18 they purchased a report, they would receive that
19 report from Health Grades.
20     Q   We're talking about the 2004, 2005, 2006
21 timeframe, the consumers would get on the Health
22 Grades website, right?
23        MR. VAZQUEZ: Form.
24     Q   (BY MR. STIMPSON) I'm just trying to
25 break it into bits, that's all.

32 (Pages 122 - 125)

Attorneys' Eyes Only

Page 126

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2        They would get on the Health Grades
3    website, right?
4        A    That's correct.
5            MR. VAZQUEZ:  Form.
6        Q    (BY MR. STIMPSON)  And on the website
7    there were search capabilities, right?
8            MR. VAZQUEZ:  Form.
9        A    So once a consumer came to the site before
10   they had purchased a report --
11       Q    (BY MR. STIMPSON)  Yes.
12       A    -- they had the ability if they would like
13   to search the Health Grades website.
14       Q    Okay.  And those search capabilities would
15   allow them to search information on healthcare
16   providers, right?
17           MR. VAZQUEZ:  Form.
18       A    They could do searches for hospitals,
19   nursing homes, other physicians, other types of
20   providers, correct.
21       Q    (BY MR. STIMPSON)  Okay.  And did those
22   search capabilities allow the users to search for
23   healthcare providers based on name?
24           MR. VAZQUEZ:  Form.
25       A    I don't recall if they did or not.

Page 127

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2        Q    (BY MR. STIMPSON)  Did they allow -- did
3    there come a time when the Health Grades website did
4    allow users to search for healthcare providers based
5    on name?
6            MR. VAZQUEZ:  Form.
7        A    Yes, they can.  There did become a time
8    when they could.
9        Q    (BY MR. STIMPSON)  And do you know when
10   that was?
11       A    I don't recall the time.
12       Q    Can you narrow it down to a year?
13       A    I can't.
14       Q    Did there come a time when the search
15   capabilities on the Health Grades website allowed
16   searching by medical specialty?
17       A    Yes.
18       Q    Do you know when that was?
19       A    I don't know.
20       Q    Was it 2006 or earlier?
21       A    I don't know.
22       Q    What about searching by gender, do you
23   know when those search capabilities were first
24   available on the Health Grades website?
25       A    I'm not sure.

Page 128

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2        Q    Again, can you tell me whether it was 2006
3    or earlier?
4        A    I can't.
5        Q    Would your answer be the same for
6    searching by city or state?
7        A    Yes, it would.
8        Q    Would your answers be the same by
9    searching for procedure?
10       A    Yes, it would.
11       Q    Would your answers be the same by
12   searching by diagnosis?
13       A    I'm pausing because, again, when Health
14   Grades has offered hospital information and hospital
15   ratings, and I know when someone came to the site,
16   they could search for cardiac care and try to view
17   cardiac care.
18       Q    Was that in the 2004, 2005, 2006
19   timeframe?
20       A    I believe so, yes.
21       Q    So that would be like a medical specialty
22   then?
23           MR. VAZQUEZ:  Form.
24       A    I'm struggling with specialty.  There's
25   many connotations.  What I'm speaking of is more like

Page 129

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    a -- more of a therapeutic area.  I'm not sure if
3    that's synonymous or not.
4        Q    (BY MR. STIMPSON)  Okay.  But certainly in
5    the 2004, 2005, 2006 timeframe users could get on the
6    Health Grades website and search for cardiac doctors?
7            MR. VAZQUEZ:  Form.
8        A    I'm not sure how they could search.  I
9    think there was some search capability.  I just don't
10   recall what that capability would have been.
11       Q    (BY MR. STIMPSON)  In the 2004, 2005, 2006
12   timeframe, after the searching would a results list
13   appear?
14           MR. VAZQUEZ:  Form.
15       A    I believe so.
16       Q    (BY MR. STIMPSON)  Okay.  And that results
17   list would include one or more healthcare providers
18   that satisfied the search criteria, right?
19           MR. VAZQUEZ:  Form.
20       A    I believe it would include a list of
21   providers related to the search.
22       Q    (BY MR. STIMPSON)  And in the 2004, 2005,
23   2006 timeframe -- well, let me change that question.
24           Did there come a time when Health Grades
25   included advertisements for healthcare providers in

33 (Pages 126 - 129)

Attorneys' Eyes Only

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  results lists?
3    A    I believe so, yes.
4    Q    And do you know when that was?
5    A    I believe, again, in 2006.
6    Q    Do you know what time in 2006?
7    A    I don't know specifically what time.
8    Q    Would it have been in 2005 as well?
9    A    I don't know.
10   Q    Did there come a time when Health Grades
11 added hyperlinks to information on healthcare
12 providers in their results list?
13       MR. VAZQUEZ: Form.
14   A    Repeat that one more time.
15   Q    (BY MR. STIMPSON)  Did there come a time
16 when Health Grades added hyperlinks in their results
17 lists to information on healthcare providers?
18       MR. VAZQUEZ: Same.
19   A    I believe so, yes.
20   Q    (BY MR. STIMPSON)  That would have been
21 available in 2004, 2005, 2006, right?
22       MR. VAZQUEZ: Form.
23   A    I don't know what time period that would
24 have been available.
25   Q    (BY MR. STIMPSON)  Well, I mean at the

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  very least 2004, 2005, 2006 when you get the results
3  list, you could click on a doctor and that was sort
4  of hyperlinked to the report, right, or to the
5  ability to purchase the report, right?
6        MR. VAZQUEZ: Form.
7    A    I believe that would be true, correct.
8    Q    (BY MR. STIMPSON)  Did there come a time
9  when Health Grades allowed healthcare providers to
10 become members of Health Grades?
11       MR. VAZQUEZ: Form.
12   A    I'm not sure.
13   Q    (BY MR. STIMPSON)  Do you know what I mean
14 by member of Health Grades?
15   A    I don't know.
16   Q    Did there come a time when Health Grades
17 allowed healthcare providers to have any kind of
18 special treatment, no matter whether it's called
19 member or whatever, by paying extra money?
20       MR. VAZQUEZ: Form.
21   A    So as part of the Connecting Point
22 program, similar to Google and other types of
23 providers -- or I should say maybe Internet service
24 provider is a good term, Health Grades would allow
25 certain physicians to show up as banner-type

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  advertising in search results.
3    Q    (BY MR. STIMPSON)  Sort of enhanced
4  services for those physicians who would pay for a
5  service, right?
6        MR. VAZQUEZ: Form.
7    A    Well, to be clear, typically it was the
8  hospital that was paying that service to us.  Could
9  have been physician practices or individual
10 physicians, though.
11       MR. STIMPSON)  Do you know whether in
12 2005 any physicians had received enhanced services
13 through this Connecting Point?
14   A    I'm not sure in 2005.
15   Q    How about 2006?
16   A    I believe, yes, in 2006 they would have.
17   Q    Early 2006?
18   A    I'm not sure when in 2006.
19       MR. VAZQUEZ: Scott, can we take a quick
20 two minutes?
21       MR. STIMPSON: Yeah.
22       (Recess taken from 11:20 a.m. to
23 11:25 a.m.)
24   Q    (BY MR. STIMPSON)  Mr. Dodge, do you know
25 what a patient experience tool is?

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    I'm not familiar with that specific term.
3    Q    Did there come a time when Health Grades
4  included in its reports favorable positioning results
5  lists for physicians?
6    A    Again, I would say as part of the
7  Connecting Point program in 2006, I believe.
8    Q    My notes earlier today say Connecting
9  Point was 2005.
10   A    That's right, we did again at the end of
11 2005, you're right, that we did launch Connecting
12 Point.  So the enhanced listings probably were at the
13 end of 2005.
14   Q    Okay.  Do you know Dr. Drucker?
15   A    I do know Dr. Drucker.
16   Q    When did you first meet Dr. Drucker?
17   A    I don't recall when I first met him.
18   Q    Would it have been in early 2000s?
19   A    I don't think so.
20   Q    Before 2005?
21   A    I don't know when I first met him.
22   Q    What is Health Grades' relationship with
23 Dr. Drucker?
24       MR. VAZQUEZ: Form.
25   A    I don't know that Health Grades has a

34 (Pages 130 - 133)

Attorneys' Eyes Only

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2       Do you have any reason to believe that the
3    format we see here of this Physician Quality Report
4    was different than the Physician Quality Reports that
5    were available to the consumers in 2003?
6       MR. VAZQUEZ: Form.
7    A   I don't. I just don't know.
8       MR. VAZQUEZ: Scott.
9       MR. STIMPSON: Sure.
10      MR. VAZQUEZ: I think this report or
11   Exhibit 21 used to have five reports in it.
12      MR. STIMPSON: Did it?
13      MR. VAZQUEZ: I'm not sure this Exhibit 21
14   is complete.
15      MR. STIMPSON: Well, if that's the case,
16   we'll have to remark it, but I've put on the Bates
17   numbers so we know what we're talking about.
18      MR. VAZQUEZ: Sure.
19      MR. STIMPSON: Okay. Thank you. I think
20   you might be talking about Exhibit 8.
21      MR. VAZQUEZ: Okay. I might.
22      MR. STIMPSON: Anyway, if it's wrong it's
23   wrong. We know what Bates numbers we've got in front
24   of us anyway.
25      MR. VAZQUEZ: Right.

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q   (BY MR. STIMPSON) Would you look to page
3    8977. Do you see the Bates number in the bottom
4    right it has Quality Ratings for Affiliated
5    Hospitals?
6    A   I see the caption.
7    Q   Do you see that the various hospitals and
8    various categories have star ratings?
9    A   I see the star ratings, yes, for various
10   hospitals on this report on the next couple pages.
11   Q   Do you have any reason to believe that
12   these star ratings were not available to the public
13   in Physician Quality Reports in 2003?
14   A   I don't.
15   Q   And if this is, in fact, the form that the
16   Physician Quality Reports had in 2003, then we can
17   say that as of 2003 there were comparative --
18   comparison ratings of healthcare providers in this
19   Physician Quality Report?
20      MR. VAZQUEZ: Form.
21   A   How I would answer that is there appear to
22   be comparative ratings for hospitals. And in this
23   case, there are four hospitals listed. So there
24   appear to be comparative ratings for different
25   specialties for specific hospitals.

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q   (BY MR. STIMPSON) Right. So, for
3    example, you could look at John F. Kennedy Memorial
4    Hospital, medical cardiology under survival had three
5    stars. You can see on the next page Lakewood
6    Regional on that same topic only had one star, right?
7    A   Yes, I do see that, that's correct.
8    Q   If you could please turn to the next
9    report, which is at page 987. I think you've already
10   had a chance to flip through that, go ahead if you
11   want to. I'm just going to ask you whether this
12   refreshes your memory about Comparative Physician
13   Reports.
14      MR. VAZQUEZ: Form.
15   A   It does a bit, yes.
16   Q   (BY MR. STIMPSON) So were these
17   Comparative Physician Reports available to the public
18   at least as early as 2003 from Health Grades?
19      MR. VAZQUEZ: Form.
20   A   Again, I don't know specifically when
21   these reports -- I mean, I can see the date, but I
22   don't know when they were available to the public.
23   Q   (BY MR. STIMPSON) Do you know the sources
24   of information if they're Comparative Physician
25   Reports?

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A   I believe pieces of them, if we walk
3    through them, I may. Some I don't know specifically.
4    Q   Well, let's just -- education and
5    training, you see medical schools. Do you know where
6    that information was obtained for the Comparative
7    Physician Reports?
8       MR. VAZQUEZ: Form.
9    A   I don't.
10   Q   (BY MR. STIMPSON) How about residency?
11   A   I don't.
12   Q   Fellowship?
13   A   No, other than reading a caption we can
14   all read, that reads in brackets, ABMS data will be
15   used here in the future, although the rest of the
16   information is blank.
17   Q   Okay. How about licensure?
18   A   I believe this did come from the state
19   medical boards.
20   Q   Okay. How about years since medical
21   school?
22   A   I don't know.
23   Q   How about professional misconduct, page
24   991.
25   A   So to be clear, as I look at this

42 (Pages 162 - 165)

Attorneys' Eyes Only

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2   report -- so a couple things.  As you look at the
3   professional misconduct section, we have a list of
4   physicians and a designation which appears to be yes
5   or no.  And yes in answer to the question do these
6   physicians have any professional misconduct.
7           And my recollection is the way Health
8   Grades would be able to populate that answer as to
9   yes or no would be from information that was received
10  from the state medical boards.
11      Q    Okay.  How about board certified?
12      A    I know there were a few places at
13  different points of time that reports were offered
14  that Health Grades received board certified
15  information.  My recollection is that ABMS, which I
16  believe is the American Board of Medical Specialties,
17  is where we received most of that board
18  certification.  There may have been a few other
19  agencies like that.
20      Q    Okay.  Any information in this report that
21  would have been received from the healthcare
22  providers?
23      A    Let me flip through the remaining real
24  quickly.
25          No, I don't believe so, no.

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2       Q    Let me show you what has been marked as
3   Exhibit 49.  This is a multipage document bearing
4   Bates numbers HGMKEES 022569 to 22574.
5           MR. STIMPSON:  Jesus, do you know what
6   this designation is, Health Grades MKES?
7           MR. VAZQUEZ:  Yes, that stands for HG is
8   Health Grades Montroy key words e-mail server.
9           MR. STIMPSON:  Okay.  Thank you.
10          MR. VAZQUEZ:  There's another one that has
11  FS, that would be the file server.
12          MR. STIMPSON:  Okay.  Thank you.
13      Q    (BY MR. STIMPSON)  Can you identify this
14  document for us, please?
15      A    This appears to be a Health Grades patient
16  experience survey, questionnaire.
17      Q    And this was what was put on the Health
18  Grades website to solicit feedback from patients?
19      A    I believe so, yes.
20      Q    Do you see the top box there -- this was,
21  by the way, prepared and kept in the ordinary course
22  of business in Health Grades, right?
23      A    I believe it to be.
24      Q    In the top box it says, Health Grades will
25  not share your information with anyone without your

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2   express desire and authorization.  Your physician
3   will not know you are completing this survey.
4           That's what you talked about a little
5   earlier today where you told them, basically assured
6   them, the patients, that you would not share this
7   information with their physicians and their personal
8   information would be kept confidential, right?
9       A    A little bit differently.  My testimony
10  was more around the privacy policy and user
11  agreements.  I wasn't aware there was this statement
12  in the survey in front of me.
13      Q    Okay.  Look to page 572, please.  Do you
14  see there at the bottom there's a copyright date of
15  2004?
16      A    I see that.
17      Q    Does that help refresh your memory as to
18  when these patient experience surveys were placed
19  online?
20          MR. VAZQUEZ:  Form.
21      A    It doesn't.
22      Q    (BY MR. STIMPSON)  As we sit here now with
23  this document in front of us, can you tell me when
24  these were first made available on the Health Grades
25  website?

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2       A    I can't.
3       Q    Can you tell me whether it was at least
4   2005?
5       A    I can't.
6       Q    On that same page it says, Thank you for
7   taking our patient experience survey.  By completing
8   the survey, you authorize us to include your
9   responses in the survey results.
10          Did I read that correctly?
11      A    Yes, you did.
12      Q    And so whenever this survey was placed on
13  the Health Grades website, the patients were told the
14  idea here is we're going to collect these survey
15  results and include them in with survey results from
16  other patients, right?
17      A    No, I don't agree with that statement.
18      Q    Okay.  What's wrong with it?
19      A    Well, there are numerous statements such
20  as this that you can find in user agreements or
21  privacy policies that reserve the right to do certain
22  things.  There is nothing here that definitively
23  states that we will publish the results.  It just
24  gives the release by the patient that we can if we so
25  choose.

43 (Pages 166 - 169)

Attorneys' Eyes Only

Page 170

CONFIDENTIAL ATTORNEYS EYES ONLY

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    So the idea, the concept of including this
3    patient's answers with the results from other
4    patients is disclosed here, right?
5         MR. VAZQUEZ:  Form.
6    A    Sorry, say that one more time.
7    Q    (BY MR. STIMPSON) Yeah.  The idea, the
8    possibility that this survey result might be included
9    with others and published is disclosed here, right?
10   A    That's true.  That's possible, yeah,
11   that's true.
12   Q    If you could turn to the next page, 573.
13   The second paragraph refers to JDPA's survey.  What
14   is that?
15   A    JDPA is JD Power & Associates.
16   Q    And what was their survey?
17   A    I didn't read this part.  If you don't
18   mind.
19   Q    Sure, that's fine.
20   A    I've read this.  I'm not really sure what
21   the intention was with the JD Power survey or this
22   document.
23   Q    If you turn to the next page, the
24   paragraph number 1.  This survey will replace the
25   JDPA survey.

Page 171

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2         Do you see that?
3    A    I see that statement at the time.
4    Q    Does that indicate at some point Health
5    Grades was getting survey results from JDPA?
6         MR. VAZQUEZ:  Form.
7    A    I don't know.  I don't have a context to
8    really understand this document.
9    Q    (BY MR. STIMPSON) So overall this
10   document Health Grades copyrighted in 2004, this
11   still doesn't help you place when the Health Grades
12   survey was placed online?
13   A    It doesn't.
14   Q    I show a one-page document marked
15   Exhibit 25, HG 0120457.  Please take your time and
16   look at that, Mr. Dodge.
17   A    Okay.  I've read through the document.
18   Q    This is an early February 2004 e-mail from
19   Dave Hix to various people, including yourself?
20   A    Yes.
21   Q    Prepared and kept in the ordinary course
22   of business at Health Grades?
23   A    I believe so, yes.
24   Q    And the first line says, Here is a brief
25   summary of where we are with our products, plural,

Page 172

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    related to patient satisfaction.
3         Do you see that?
4    A    I see that statement.
5    Q    Do you know what products Health Grades
6    had as of this time related to patient satisfaction?
7    A    I don't.
8    Q    The subject line says Additional Patient
9    Sat points.  What does that mean?
10   A    I can only read that to read additional
11   patient satisfaction points, but I don't know.
12   Q    The first paragraph number 1.  We have
13   roughly 50,000 questions and answers since about
14   1999.
15        Do you know whether Health Grades had
16   questions and answers on patient satisfaction since
17   about 1999?
18   A    I don't.
19   Q    Do you have any idea where those 50,000
20   questions and answers would have come from?
21   A    No, I don't.
22   Q    Paragraph 2, partners such as Discovery
23   Health are currently using our survey instrument.
24   What was Health Grades' survey instrument as of this
25   time?

Page 173

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    Well, again, I'm not sure of the time
3    period where our survey instrument was published, but
4    in the document we just covered it appeared to be our
5    patient experience survey.  I'm not sure if it's
6    referring to the same survey, but that's the only
7    survey I recall.
8    Q    That was Exhibit 49, just so we know what
9    we're talking about?
10   A    Correct, the first part of Exhibit 49.
11   Q    When it says Discovery Health is currently
12   using our survey instrument, first of all, who is
13   Discovery Health?
14   A    The only recollection I have of Discovery
15   Health is they may have been a content partner at
16   some point.
17   Q    What do you mean a content partner?
18   A    Where Health Grades may have passed
19   certain information to Discovery Health.
20   Q    Do you have any idea of why Discovery
21   Health would have been using your survey instrument?
22   A    I don't.
23   Q    Does this indicate, therefore, that at
24   least as early as early 2004 someone, whether it was
25   Discovery Health or Health Grades, was using your

44 (Pages 170 - 173)

Attorneys' Eyes Only

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  survey instrument to collect data from patients?
3       A    I don't know.
4       Q    Do you know what other partners were using
5  your survey instrument at the time?
6       A    I don't know if any were, so I don't know.
7       Q    It says below that, Patient's Choice, a
8  corporate services client, wants ANY, and that's all
9  capitals, patient satisfaction instrument as part of
10  their site.  We have scheduled the start of this
11  project on February 15 and completion first of March.
12       Do you remember that?
13       A    I don't.
14       Q    Do you know whether Patient's Choice used
15  your patient satisfaction instrument?
16       MR. VAZQUEZ:  Form.
17       A    I don't know.
18       Q    (BY MR. STIMPSON)  Number 4 says, Janet's
19  analysis.  Who is Janet?
20       A    I believe that's referring to Janet
21  Burkhard, the second person in the to line of the
22  e-mail.
23       Q    Who was she?
24       A    Janet at the time was I believe a vice
25  president.  So, yeah, that's -- she was a Health

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  Grades employee.
3       Q    So is it fair to say then that Janet had
4  determined that patient satisfaction ratings weighed
5  heavy in the decision-making process for consumers?
6       MR. VAZQUEZ:  Form.
7       A    I don't -- yeah, I can only read this
8  statement as it's written as to Dave believed Janet's
9  whatever analysis she did revealed.  And that was the
10  consumer experience, whatever she means by that,
11  weighs heavy in the decision-making process.
12       Q    (BY MR. STIMPSON)  Do you know if anyone
13  ever did any studies to find out whether comparison
14  ratings weighed heavily in consumers' minds?
15       MR. VAZQUEZ:  Form.
16       A    I don't know.
17       Q    (BY MR. STIMPSON)  Do you have any
18  evidence that comparison ratings weighs heavily or
19  lightly in consumers' minds in determining
20  physicians?
21       MR. VAZQUEZ:  Form.
22       A    I don't know one way or the other.
23       Q    (BY MR. STIMPSON)  6 says, Fairly direct
24  correlation between the GE questions.
25       What were the GE questions?

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2       A    I don't know.
3       Q    Number 7 says, Hewitt is looking at this
4  as a strategic item in 2005.
5       Did I read that right?
6       A    You did read that statement correctly,
7  yes.
8       Q    So does that help with your memory as to
9  when Hewitt and Health Grades worked on their
10  customized QRS?
11       MR. VAZQUEZ:  Form.
12       A    It doesn't, I mean, as I testified
13  previously is my recollection.
14       Q    (BY MR. STIMPSON)  Let me show the witness
15  what has been previously marked as Exhibit 46.  It's
16  a multipage document bearing Bates numbers HGMKFS
17  098307 to 325.  Take a look at that, please,
18  Mr. Dodge.
19       (Discussion off the record.)
20       Q    (BY MR. STIMPSON)  I'm going to ask about
21  specific pages.  You don't have to read the whole
22  thing in detail if you don't want to.
23       A    Okay.
24       Q    This is a project development plan for the
25  consumer site for Health Grades, correct?

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2       A    It's a project development plan, yes.
3       Q    Do you see consumer site up here?
4       A    Yeah, I see the notation consumer site and
5  I see a project name associated with this.  So yes.
6       Q    This is dated April 15, 2004?
7       A    Yes, it is.
8       Q    Did you look at any of these project
9  development plans in preparation for your deposition?
10       A    I don't believe I did.
11       Q    Did you -- have you seen project
12  development plans before?
13       A    I believe I have on occasion over the last
14  15 years.
15       Q    Do you see this one talks about project
16  overview.  The project name is Patient Satisfaction
17  Survey - Consumer Site.
18       I believe you testified earlier that you
19  recall a patient experience survey, although I may
20  have that backward.  Was it a patient experience
21  survey you remembered or the patient satisfaction
22  survey that Health Grades did?
23       A    My recollection, I believe we were talking
24  about terminology.  And I was trying to distinguish
25  between what my understanding of the terms between

45 (Pages 174 - 177)

Attorneys' Eyes Only

Page 178

CONFIDENTIAL ATTORNEYS EYES ONLY

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2 patient satisfaction and patient experience were.
3     My recollection of the Health Grades tool,
4 I always remember thinking about it or hearing about
5 it as patient experience.
6    Q   Does this also help refresh your memory
7 that they also had a patient satisfaction survey?
8    A   I'm not sure they're not synonymous
9 because there are explanations in here that also
10 state patient experience. So it may be nomenclature.
11 I'm not sure.
12    Q   Do you know what phase I or phase II was
13 in regard to the patient satisfaction survey?
14    A   I don't know.
15    Q   Can you look at page 312, please. In box
16 4 it talks about search results page.
17    A   I see that at the top of the page.
18    Q   To the right there you see a sample search
19 results.
20    A   It's hard to read, but I do see a screen
21 shot.
22    Yeah. Do you know what that middle column
23 is between the doctor's name and the add to cart?
24    A   I don't know.
25    Q   How about the section 6 there, If the

Page 179

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2 patient satisfaction report is selected, then user is
3 directed to next screen. And this says, View your
4 reports.
5     Do you know what that is referring to
6 there on the side of the checkmarks?
7    A   I don't know.
8    Q   Do you know if patient satisfaction
9 results were available as of April 2004?
10    A   I don't know.
11    Q   I'm going to show you what has been marked
12 as Exhibit 26, please. This is a multipage document
13 bearing Bates numbers -- actually, it's cut off on
14 the first page. I think it's HG 0042042 to 44. This
15 is an e-mail from Scott Montroy dated May 11, 2004?
16    A   That's what it states, yes.
17    Q   Prepared and kept in the ordinary course
18 of business?
19    A   I believe so.
20    Q   So as of May 2004 we can tell that the
21 Physician Online Services phase II was in progress,
22 correct?
23    MR. VAZQUEZ: Form.
24    A   Let me read through this briefly.
25    I'm not sure I could agree or disagree

Page 180

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2 with your statement.
3    Q   (BY MR. STIMPSON) Anyway, Scott Montroy
4 was one of the lead people helping with the Physician
5 Online Services, right?
6    A   I believe he was, yes.
7    Q   And he's providing a rough cut of the
8 fields and content they wanted to collect from
9 physicians?
10    A   That's what the first statement of the
11 e-mail reads.
12    Q   And the last sentence says, We are trying
13 to fast track this project, so a quick response is
14 desired.
15    Did I read that correctly?
16    A   Yes, that statement appears here.
17    Q   Does this help refresh your memory as to
18 when Physician Online Services went online?
19    MR. VAZQUEZ: Form.
20    A   It doesn't.
21    Q   (BY MR. STIMPSON) Can you say at least
22 that as of early 2005 Physician Online Services would
23 have been available?
24    A   I can't one way or the other.
25    Q   And the second and third pages of this

Page 181

1       CONFIDENTIAL ATTORNEYS EYES ONLY
2 document, are these consistent with your recollection
3 of the types of data that were obtained from
4 physicians through Physician Online Services?
5    A   I can't respond globally. I don't know if
6 all these fields are those that we've asked for
7 physicians to respond to. There's a lot of fields
8 here.
9    Q   Right. I'm going to show you a one-page
10 document marked Exhibit 27 bearing Bates number HG
11 0040238. This is a May 25 e-mail from Scott Montroy
12 regarding the official launch of Physician Online
13 Services, correct?
14    A   That's what the e-mail title is in the
15 subject line, yes.
16    Q   So it's two weeks after the e-mail we just
17 saw, Exhibit 26. And it's prepared and kept in the
18 ordinary course of business, right?
19    A   I believe it was, yes.
20    Q   And this confirms the official launch of
21 Physician Online Services in May of 2004, correct?
22    A   Let me just read the e-mail.
23    It appears to announce the launching of
24 the Physician Online Services, yes.
25    Q   So as of May 25, 2004, physicians and/or

46 (Pages 178 - 181)

Attorneys' Eyes Only

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2   their office administrators could correct, add, or
3   delete information on the physician profiles,
4   correct?
5          MR. VAZQUEZ: Form.
6      A   I believe they -- I don't know if that
7   statement is accurate or not.
8      Q   (BY MR. STIMPSON) You mean because they
9   didn't really go down the profile to change it
10  themselves. They changed something in the database
11  and then Health Grades would then put it on the
12  profile?
13         MR. VAZQUEZ: Form.
14     A   I agree with the first part of that. I
15  don't know either way whether they did or didn't
16  populate any corrections made by the physician
17  immediately. I just don't know how that process
18  worked or the timing worked.
19     Q   (BY MR. STIMPSON) So this was May 25,
20  2004. Given that Physician Online Services was
21  launched as of that time could we say with some
22  certainty that physician provided information was in
23  the Physician Reports sometime in 2004?
24         MR. VAZQUEZ: Form.
25     A   I don't know one way or the other.

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2      Q   (BY MR. STIMPSON) Well, wouldn't that
3   make sense to you if physicians could get in on
4   May 25, 2004 and make edits that sometime within the
5   next several months those edits would have made their
6   way to some profiles?
7          MR. VAZQUEZ: Form.
8      A   I just don't know what the timing would
9   have been.
10     Q   (BY MR. STIMPSON) I understand. I'm just
11  asking for your best understanding as we sit here
12  today. In fact, if you look at this e-mail, the
13  second paragraph says -- it refers to a campaign to
14  improve our relationship with the physicians.
15         Do you see that?
16     A   I do see that.
17     Q   And don't you think physicians would have
18  been upset had they been able to tell Health Grades
19  about edits that were needed to their profiles and
20  Health Grades then not make those changes for many
21  months?
22         MR. VAZQUEZ: Form.
23     A   I think physicians would certainly have
24  wanted information corrected if they submitted it. I
25  would agree with that.

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2      Q   (BY MR. STIMPSON) And as quickly as
3   possible, correct?
4          MR. VAZQUEZ: Form.
5      A   I would think the physicians would want
6   that, yes.
7      Q   (BY MR. STIMPSON) So you're still not
8   willing to agree with me that at least sometime in
9   2004 physician provided information was in the
10  Physician Reports?
11         MR. VAZQUEZ: Form. Argumentative.
12     A   I just don't know one way or the other.
13     Q   (BY MR. STIMPSON) How about 2005?
14         MR. VAZQUEZ: Same.
15     A   Again, I would just be speculating. I
16  just don't know.
17     Q   (BY MR. STIMPSON) Let me show you a
18  two-page document bearing Bates numbers HG 043786 to
19  have 787, Exhibit 29.
20     A   Okay, yes.
21     Q   This is an August 16, 2004 e-mail from
22  Dave Hix to Health Grades senior management?
23     A   That's what it says.
24     Q   Kept in the ordinary course of business?
25     A   I believe so, yes.

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2      Q   You would have received a copy of this
3   e-mail as Health Grades senior management?
4      A   Yes, I would.
5      Q   And Mr. Hix has put together a rough
6   timeline to develop and implement a new patient
7   experience survey and the results.
8          Did I read that right?
9      A   That's what it states here, yes.
10     Q   And those are the experience surveys that
11  we saw back in Exhibit 49?
12     A   I believe so.
13     Q   If you look to the second page of this
14  document, Exhibit 29, you can see that the timeline
15  has as of September 30, 2004 to build results display
16  application and database.
17         Did I read that correctly?
18     A   You did.
19     Q   Do you have any reason to believe -- do
20  you know what that means build results display
21  application and database?
22     A   I don't.
23     Q   Then as of October 15, 2004 the timeline
24  has to e-mail all report purchasers.
25         Do you know what that meant?

47 (Pages 182 - 185)

Attorneys' Eyes Only

Page 186

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    I don't know.
3    Q    Well, it seems to be saying that the
4    people who have previously purchased reports from
5    Health Grades are going to be e-mailed about this
6    patient experience -- these patient experience
7    results, right?
8        MR. VAZQUEZ:  Form.
9    A    I can't agree or disagree with you.  I
10   don't know what that means.
11   Q    (BY MR. STIMPSON)  Does this indicate to
12   you that sometime in 2004 the patient experience
13   results were available online at Health Grades?
14   A    It doesn't.  I don't know one way or the
15   other.
16   Q    Well, certainly as of August 2004 the
17   predictions were and Health Grades senior management
18   was advised of this, that within two months the
19   survey results were going to be available, right?
20       MR. VAZQUEZ:  Form.
21   A    No, I disagree.  I don't know that it
22   states that or it doesn't state that.  You're
23   interpreting it.  I can't interpret what this says.
24   Q    (BY MR. STIMPSON)  So with this document
25   in front of you, Mr. Dodge, can you tell me even

Page 187

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    within a year of when the experience survey results
3    were available on Health Grades' website?
4    A    Again, not specifically to this document,
5    but I think I've already testified that I believe
6    they were available in 2006, but that's the best of
7    my recollection.  I can't remember anything other
8    than that.
9    Q    But you just mean that you know they're
10   available in 2006 but you don't know when they first
11   became available, right?
12   A    That's true, that's my first recollection
13   of when they were available.
14   Q    Could it have been 2004 based on this
15   e-mail?
16   A    This e-mail doesn't tell me one way or the
17   other.  It doesn't change my view or inform me either
18   way.
19   Q    Do you know what Mr. Hix was referring to
20   then when he sent you this e-mail and he said --
21   referred to a timeline to implement the new patient
22   experience survey and the results?
23       MR. VAZQUEZ:  Form.
24   A    Not other than to restate what he says.
25   You know, the timeline regarding the new patient

Page 188

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    survey and results, but that's all I can say.
3    Q    (BY MR. STIMPSON)  What did you do to
4    prepare for this deposition, Mr. Dodge, in trying to
5    find out when patient experience results were first
6    available on the Health Grades website?
7        MR. VAZQUEZ:  Again, Mr. Dodge, do not
8    divulge any of our communications while we were
9    preparing for the deposition.  Otherwise just answer
10   the best you can.
11   A    Again, I reviewed numerous documents with
12   respect to Health Grades and came prepared to answer
13   any questions I could regarding our products and
14   services prior to August 2006.
15   Q    (BY MR. STIMPSON)  But did you
16   specifically look when you were preparing to see if
17   you could figure out when the first time was that
18   survey results were available on Health Grades'
19   website?
20       MR. VAZQUEZ:  Form.
21   A    I don't know if I -- I don't know if I
22   specifically prepared with any particular question in
23   mind, other than what was listed on my notification
24   for deposition.
25   Q    (BY MR. STIMPSON)  What I'm trying to get

Page 189

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    at, did you do anything specific to determine the
3    answer to this question, that is, when the survey
4    results were first available on Health Grades'
5    website?
6        MR. VAZQUEZ:  Form.  Asked and answered.
7    A    I guess I'm confused by the question.  I
8    went back and looked, tried to understand to the best
9    of my ability when products were available, what the
10   revenue streams of those products were, and prepared
11   as best I could to answer all your questions.  So I
12   think I've prepared pretty fully for this deposition.
13   Q    (BY MR. STIMPSON)  Did you do anything
14   specifically with regard to survey results or was it
15   just generally products?
16   A    It was all products, as was listed in my
17   request.
18   Q    So there was nothing specific that you did
19   directed to the survey results?
20       MR. VAZQUEZ:  Form.  Misstates the
21   testimony.
22   A    Again, I would state that rather than have
23   anything specific to any individual product, I
24   reviewed all products, as was requested of me.
25   Q    (BY MR. STIMPSON)  So just so we're clear

48 (Pages 186 - 189)

Attorneys' Eyes Only

Page 206

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    (BY MR. STIMPSON)  Okay.  How about
3  licensure information, where would that have come
4  from?
5    A    Again, I believe third parties.
6    Q    Board certification, obtained from and
7  verified by third parties?
8        MR. VAZQUEZ:  Form.
9    A    Yes, that's correct.
10   Q    (BY MR. STIMPSON)  Governmental
11  disciplinary action, same thing?
12       MR. VAZQUEZ:  Form.
13   A    Yes, by third parties.
14   Q    (BY MR. STIMPSON)  Then he's got a section
15  on foreign languages.  Do you see that?
16   A    I do see that.
17   Q    Okay.  And then there's a section on
18  gender, right?
19   A    Yes, I see that section.
20   Q    And could that have come from Physician
21  Online Services through the healthcare provider
22  himself?
23   A    I don't know.
24   Q    Possible as of this time, seven months
25  after Physician Online Services was launched?

Page 207

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2        MR. VAZQUEZ:  Form.
3    A    I don't know.
4    Q    (BY MR. STIMPSON)  And then it's got
5  hospital ratings below that, right?
6    A    I do see hospital ratings on a number of
7  hospitals, yes.
8    Q    Again, the user of this report could look
9  at that and compare the ratings of various hospitals,
10  right?
11       MR. VAZQUEZ:  Form.
12   A    A user that was reviewing this could
13  certainly compare hospitals based on the quality
14  ratings of these therapeutic areas.
15   Q    (BY MR. STIMPSON)  Okay.  Let me show you
16  a two-page document bearing Bates numbers HGMKES
17  02179 to 180.
18       Have you seen this document before?
19   A    I don't believe so.
20   Q    It's a February 16, 2005 e-mail from Scott
21  Montroy to Dave Hix and John Neal, right?
22   A    I see, yep, Mr. Montroy appears to have
23  sent this to Dave with a copy to Mr. John Neal.
24   Q    Do you see the heading there is Pilot
25  Project?  Did you have an understanding what that

Page 208

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  meant?
3    A    I'm just reading through the e-mail to see
4  if it helps.  I don't recall.
5    Q    Okay.  Do you see the first bullet says,
6  Drucker content updated on production, unknowns
7  removed, and then paren, NPROD?
8        Do you see that?
9    A    I see that sentence, yes.
10   Q    That means that's in production, right, as
11  of February 16, 2005?
12       MR. VAZQUEZ:  Form.
13   A    That appears to be the case based on that
14  statement.
15   Q    (BY MR. STIMPSON)  You can see the next
16  bullet, Drucker patient experience data on the pilot
17  report also in production as of February 16, 2005,
18  right?
19   A    I see that statement, yes; you've read it
20  correctly.
21   Q    And you agree with it?
22   A    I don't have any way to agree or disagree
23  with it.  I can just read it.
24   Q    Well, if Scott Montroy wrote this e-mail,
25  you would have no reason to disagree with him, right?

Page 209

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2        MR. VAZQUEZ:  Form.
3    A    I really don't have any opinion.  I don't
4  know.
5    Q    (BY MR. STIMPSON)  Do you know what the
6  pilot project refers to?
7    A    Well, the only thing I can recall, and I
8  believe I testified to this earlier, was I believe we
9  utilized Dr. Drucker to some degree with respect to
10  the Connecting Point project, but that's the only
11  recollection I have.
12   Q    But just so I'm clear, you have no reason
13  to disagree with Mr. Montroy stating here that the
14  Drucker patient experience data on his pilot report
15  was in production as of February 16, 2005?
16       MR. VAZQUEZ:  Form, asked and answered.
17   A    I don't have any reason to agree or
18  disagree.  I just don't have any experience.
19   Q    (BY MR. STIMPSON)  One reason to agree
20  would be that you worked with Mr. Montroy, right, you
21  know his capabilities?
22       MR. VAZQUEZ:  Form.
23   A    I know him.  I know who Scott is, and he
24  was an employee of Health Grades.
25   Q    (BY MR. STIMPSON)  Was he competent?

53 (Pages 206 - 209)

Attorneys' Eyes Only

Page 210

CONFIDENTIAL ATTORNEYS EYES ONLY
1     CONFIDENTIAL ATTORNEYS EYES ONLY
2     A    I didn't do a lot of work with him. I
3  think he was.
4     Q    And do you see the next bullet, Launched
5  GCOA pilot ads, profiles and reports in production.
6          Do you know what that means?
7     A    I don't.
8     Q    Next bullet, Results calculation, rounding
9  bug on PES was found and Judd is correcting.
10         Do you see that?
11    A    I see the statement.
12    Q    You don't know what it means?
13    A    I don't.
14    Q    Next bullet, Additional content changes
15 submitted by Drucker, in test production by close of
16 business today.
17         Did I read that correctly?
18    A    I think you read the statement correctly.
19    Q    So if this is accurate, it says that
20 Mr. Drucker's proposed changes and that that would be
21 in production by the end of the day on
22 February 16, 2005, right?
23         MR. VAZQUEZ:  Form.
24    A    It appears to be.  Excuse me.
25    Q    (BY MR. STIMPSON)  Bless you.

Page 211

1     CONFIDENTIAL ATTORNEYS EYES ONLY
2     A    It appears to be the case.
3     Q    Let me show you what has been marked as
4  Exhibit 52, a multipage document bearing Bates
5  numbers HG 0207384 to 398.
6     A    Okay.
7     Q    Have you ever seen this before?
8     A    I don't know.  I'm not sure.
9     Q    If you could look to page HG 0207395.
10    A    Okay.  I see it.
11    Q    Do you recognize this under your search
12 results as being search results that were available
13 on Health Grades' website as of the date of this
14 e-mail?
15         MR. VAZQUEZ:  Form.
16    A    I don't know.  I'm not really sure what
17 this would refer to and if it would relate to a
18 search result on our site.
19    Q    (BY MR. STIMPSON)  At least what's shown
20 here, if this was on the Health Grades site, there
21 are at least three patient experience results
22 available for three of these doctors, right?
23         MR. VAZQUEZ:  Form.
24    A    I see a reference to three physicians
25 where it appears that there's a caption that patient

Page 212

1     CONFIDENTIAL ATTORNEYS EYES ONLY
2  experience information is available.  So I see that.
3  I see what you're pointing to.  That's all I can say.
4     Q    (BY MR. STIMPSON)  Okay.  How about the
5  next page?  Do you see right above where it says, get
6  report, it says patient experience information
7  available on five physicians within your report?
8          Did I read that correctly?
9     A    I see the statement, yes.
10    Q    Was there a time where patient experience
11 information was available like this on the Health
12 Grades website?
13    A    I'm sorry, can you tell me what you mean
14 by like this?
15    Q    Well, like this in the sense of what we
16 just referred to where it says get report and above
17 that it says patient experience information is
18 available on five physicians?
19    A    I don't know, other than as I previously
20 testified regarding my understanding of patient
21 experience survey results.
22    Q    Do you remember any pages on Health
23 Grades' website -- well, let me rephrase that.
24         So you have no recollection one way or the
25 other whether this was available on Health Grades'

Page 213

1     CONFIDENTIAL ATTORNEYS EYES ONLY
2  website at the time?
3          MR. VAZQUEZ:  Form.
4     A    I don't recall.
5     Q    (BY MR. STIMPSON)  Would your answer be
6  the same on the next page --
7          MR. VAZQUEZ:  Form.
8     Q    (BY MR. STIMPSON)  -- 7397?
9          MR. VAZQUEZ:  Same.
10    A    And, again, the question being as I see
11 this in this form, do I know if this was ever
12 available in this form on the Health Grades site?
13    Q    (BY MR. STIMPSON)  Right.
14    A    I don't know.
15    Q    Let me show you what has been marked as
16 Exhibit 51, a multipage document bearing Bates number
17 Health Grades 179518 through 9550.
18         Have you seen this document before?
19    A    Just reading the first couple of pages
20 with the e-mail, I don't recall.
21    Q    You didn't see it in preparation for your
22 deposition?
23    A    Not that I recall.  I just don't know.
24    Q    This is an e-mail March 22, 2005 from John
25 Neal to Lauren Deritis at Rothman Institute, correct?

54 (Pages 210 - 213)

Attorneys' Eyes Only

Page 214

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  A    That appears to be the case, yes.
3  Q    And Mr. Neal is offering certain pricing
4  on packages to Rothman Institute, correct?
5  A    Let me read that part of the e-mail again.
6  Q    Actually, read the whole e-mail. I'll
7  have some other questions for you, please.
8  A    Okay. I've read the first page of the
9  e-mail.
10  Q    Okay. Do you see in the paragraph under
11  the bullets, If you do the math, it starts, If you do
12  the math?
13  A    I see that starting with that paragraph.
14  Q    Four lines down it says, I have attached
15  updated presentation for your review. Included in
16  the presentation are results experienced by two of
17  our beta clients that demonstrate the potential of
18  the program.
19      Did I read that correctly?
20  A    Yes, you read that correctly.
21  Q    So he's talking about results experienced,
22  past tense, by beta clients that he's showing in his
23  presentation, right?
24      MR. VAZQUEZ: Form.
25  A    That's what that statement seems to

Page 215

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  indicate, there were two beta clients.
3  Q    (BY MR. STIMPSON) Right. So we know from
4  this e-mail the results in the attachment have
5  already happened, right?
6      MR. VAZQUEZ: Form.
7  A    Based on the statement made by John, it
8  appears to be the case.
9  Q    (BY MR. STIMPSON) If you could please
10  turn to page HG 0179533. Do you recognize that as
11  Dr. Drucker?
12  A    I do see Dr. Drucker and his picture.
13  Q    Do you see there that it says the
14  highlight is premium report access is free to
15  consumer and provides competitive advantage
16  positions? Do you see that?
17  A    I see that button on the bottom right.
18  Q    Right. And what was the premium report?
19  A    Premium report. As I recall, it was,
20  again, at the time you and I had been discussing
21  today, time period of say 2003, '4, 2005 and sometime
22  into 2006, we would have some basic information
23  available for a physician on the site. But to obtain
24  all of the information, including things such as
25  board certification and sanction, the physician, or I

Page 216

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  should say the consumer, would have to pay for that
3  report, i.e., a premium report.
4  Q    Okay. And so this was available on
5  Dr. Drucker as of at least March 22, 2005, right?
6      MR. VAZQUEZ: Form.
7  A    I don't know.
8  Q    (BY MR. STIMPSON) Well, you can tell from
9  the context this is one of the beta clients, right?
10  A    Well, I know you and I read this statement
11  that the presentation attached has results from two
12  beta clients. I'm not clear who the two clients are
13  that Mr. Neal is referring to or which results he's
14  referring to from the context.
15  Q    Could you look to page -- this is the
16  premium report on Dr. Drucker. If you look to page
17  HG 0179542 --
18  A    Okay.
19  Q    -- it's got a legend down there at the
20  bottom?
21  A    I see the legend caption.
22  Q    Like footnotes it says, 1 is Health Grades
23  verified data or source to data.
24      Do you see that?
25  A    I do see the highlighted section that says

Page 217

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  that.
3  Q    Right. Number 2 refers to patient data,
4  right, so we know this includes patient data?
5  A    Well, I see the caption. I don't know
6  whether or not the premium report has patient data,
7  but I see the caption.
8  Q    Okay. Third one is physician verified
9  data. Do you see that?
10  A    I see that caption as well.
11  Q    Okay. So let's just go through this
12  report. So as we sit here today, can you tell me
13  whether or not Dr. Drucker's report here, which is
14  shown from HG 0179533 to 42, was in fact available on
15  the Health Grades website as of at least as early as
16  March 2005?
17  A    I can't. I don't know.
18  Q    Even with the statement we read from
19  Mr. Neal referring to the results experienced by two
20  of our beta clients?
21  A    I just -- I don't know.
22  Q    Do you have any reason to doubt that this
23  information was available on the Health Grades
24  website at this time?
25      MR. VAZQUEZ: Form.

55 (Pages 214 - 217)

Attorneys' Eyes Only

Page 218

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    A    I just don't have an ability to say one
3    way or the other.
4    Q    (BY MR. STIMPSON)  Okay.  If you could
5    look to the premium report, I think this is the first
6    page and page 535.
7    A    Okay.  I see the page.
8    Q    Do you see there's information on medical
9    philosophy?
10   A    I do see that.
11   Q    Would that have been provided by
12   Dr. Drucker?
13   A    I don't know.
14   Q    Do you see also there is information on
15   gender, right?
16   A    Yes, I see that right under personal
17   facts, yes.
18   Q    And information on his age?
19   A    I see his age listed.
20   Q    Information on his language?
21   A    Yes, I see.
22   Q    His years in profession?
23   A    I see that.
24   Q    Awards and honors, right?
25   A    Yes, I see that.

Page 219

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    Q    Professional appointments?
3    A    I see that as well.
4    Q    And publications?
5    A    Yes, I see that.
6    Q    Do you know where this information was
7    obtained?
8    A    I don't.
9    Q    Well, as of this time, March 2005,
10   physicians were available -- were able to get online,
11   Health Grades Physician Online Services, and edit
12   this data we talked about, right?
13        MR. VAZQUEZ:  Form.
14   A    I think I've already testified to that, it
15   appeared based on the e-mails that there was ability
16   for the physician to actually get online to the POS
17   system, physician online system, and make edits,
18   corrections.  But what I'm not clear on is when
19   those, any of those edits or corrections, ultimately
20   were published.
21   Q    (BY MR. STIMPSON)  Well, could you look
22   back to Exhibit 50, please?
23   A    Okay.  I think I have it.
24   Q    And this is Mr. Montroy's e-mail about a
25   month before this document, Exhibit 51, right?

Page 220

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    A    It appears to be, yes.
3    Q    And that fifth bullet down expressly says
4    that Dr. Drucker had content changes and they would
5    be in production by the end of the day on
6    February 16, 2005, right?
7    A    Again, I see the statement that we had
8    read previously, the addition content changes
9    submitted by Drucker.
10   Q    So that we know from this e-mail if this
11   is, in fact, correct that Dr. Drucker had submitted
12   changes to his data at least as of February 2005,
13   right?
14        MR. VAZQUEZ:  Form.
15   A    He appears to have, based on Mr. Montroy's
16   e-mail and what it says, submitted some content
17   changes.  I don't know what that refers to.
18   Q    (BY MR. STIMPSON)  Maybe you can help me
19   here.  I'm going to start again here.
20        If you would go to the next page,
21   experience/training, do you see that?
22   A    Okay, I see that caption.
23   Q    And we know from that footnote 1 that this
24   information was provided -- it was either verified by
25   Health Grades or source data, right?

Page 221

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2        MR. VAZQUEZ:  Form.
3    A    Again, I just want to be clear, all it
4    appears that I'm seeing here is the PowerPoint
5    presentation and I see what you're referring to.  I
6    just don't have an ability to say one way or the
7    other what was or was not on the Health Grades site.
8    Q    Well, we've seen various e-mails and
9    documents including this one which refer to this
10   being on the Health Grades website, right?
11        MR. VAZQUEZ:  Form.
12   Q    (BY MR. STIMPSON)  We saw Exhibit 50 which
13   talked about the pilot project and how Dr. Drucker
14   had made changes and it was in production, right?  In
15   production means it's on the Health Grades website,
16   right?
17        MR. VAZQUEZ:  Form.
18   A    I've seen that e-mail.  I'm just not clear
19   what exactly the pilot project was.  That's just not
20   something I was involved in.
21   Q    (BY MR. STIMPSON)  Right.  So it's not
22   your personal recollection but, by looking at the
23   documents we've seen today, it seems pretty clear
24   this was on the Health Grades website, right?
25   A    It doesn't to me.  I just don't know one

56 (Pages 218 - 221)

Attorneys' Eyes Only

Page 226

CONFIDENTIAL ATTORNEYS EYES ONLY
1   CONFIDENTIAL ATTORNEYS EYES ONLY
2   have comparison ratings for multiple hospitals,
3   right?
4       A   Again, I know we're keeping the predicate
5   that you said previously, whether or not these are on
6   our site. But, yes looking at this, a consumer could
7   look at these ratings and compare the three hospitals
8   that are on this page utilizing the star ratings.
9       Q   Okay. Was Dr. Drucker an orthopedic
10  surgeon in New York?
11      A   I believe so, yes, he was.
12      Q   Could you look to page 179548? Do you see
13  that physician A, these are preliminary results?
14      A   I see the page.
15      Q   Just going back to the front page of this
16  e-mail, Mr. Neal is telling this person from Rothman
17  Institute, included in the presentation are results
18  experienced by two of our beta clients.
19          Do you see that?
20      A   I see the statements on the first page.
21      Q   And this is the results page in the
22  PowerPoint?
23      A   It could be. I don't know if there are
24  any other pages titled results, but it certainly
25  could be based on the first statement he made in the

Page 227

1   CONFIDENTIAL ATTORNEYS EYES ONLY
2   e-mail.
3       Q   It says, physician A, orthopedic surgeon
4   in New York. That would be referring to Dr. Drucker,
5   right?
6           MR. VAZQUEZ: Form.
7       A   Again, it could be. I just don't know.
8       Q   (BY MR. STIMPSON) Do you have any reason
9   to disbelieve that?
10      A   I don't one way or the other.
11      Q   Can you take a second and flip through all
12  the pages of this, and I just want to see if you
13  think there is anything else that might be referring
14  to, I would like to know.
15      A   Okay. I've searched. I don't see any
16  other pages that refer to results.
17      Q   Okay. So does that help you understand
18  this physician A, this orthopedic surgeon in New
19  York, is again referring to Dr. Drucker?
20      A   It appears to be based on the cover e-mail
21  by Mr. Neal.
22      Q   And this page of the PowerPoint says that
23  in January 2004 to January 2005 three consumer
24  quality reports reviewed, right?
25      A   I see that statement.

Page 228

1   CONFIDENTIAL ATTORNEYS EYES ONLY
2       Q   Past tense?
3       A   This statement is past tense, correct.
4       Q   Right. And in February 2005 117 expanded
5   profile reports reviewed, right?
6       A   Yes, I see that statement.
7       Q   Do you have any reason to disbelieve that?
8       A   I don't. I don't have any one way or the
9   other.
10      Q   It says 18,000 premium placement profiles
11  were displayed. Do you see that?
12      A   I see that.
13      Q   Any reason to dispute it?
14      A   No, not one way or the other.
15      Q   Do you see the next slide, it says Denver
16  area, it's referring to comparison reports?
17      A   I see the statement.
18      Q   And 149 comparison reports reviewed --
19          MR. VAZQUEZ: Form.
20      Q   (BY MR. STIMPSON) -- in February 2005?
21          MR. VAZQUEZ: Form.
22      A   I see the statement comparison reports
23  149. Is that --
24      Q   (BY MR. STIMPSON) Yeah. I just wanted to
25  see if you had any reason to disbelieve that.

Page 229

1   CONFIDENTIAL ATTORNEYS EYES ONLY
2       A   I'm sorry, so can you tell me, what are
3   you stating it means?
4       Q   149 comparison reports were viewed in
5   February 2005.
6       A   In general? I just don't know what
7   statement you're trying to make for me to respond to.
8           MR. VAZQUEZ: Let's wait until there's a
9   pending question.
10      Q   (BY MR. STIMPSON) Okay. I'm sorry,
11  you've never seen this. I asked Mr. Neal about it.
12  It's okay.
13          All right. So, Mr. Dodge, we've looked at
14  a lot of documents and you did your preparation for
15  this deposition. So let me come back and ask you the
16  questions I started with earlier.
17          Can you tell me when the first time
18  patient survey results were available on Health
19  Grades' website?
20          MR. VAZQUEZ: Form. Asked and answered.
21      A   I would repeat what I've stated from the
22  beginning.
23      Q   (BY MR. STIMPSON) How about comparison
24  ratings of healthcare providers, do you know when
25  those were first available on Health Grades' website?

58 (Pages 226 - 229)

Attorneys' Eyes Only

1　　　CONFIDENTIAL ATTORNEYS EYES ONLY
2　　　MR. VAZQUEZ: Same objection.
3　　A　I wouldn't change the answers I've already
4　given.
5　　Q　(BY MR. STIMPSON) So you can't tell me
6　whether comparison ratings were available for the
7　first time in 2006 or 2005?
8　　　MR. VAZQUEZ: Form. Misstates testimony.
9　　A　Again, my testimony I recall they were in
10　place in 2006. I just can't tell you from my
11　information if they were in place prior to that time.
12　　Q　(BY MR. STIMPSON) Okay.
13　　　(Discussion off the record.)
14　　　(Recess taken from 2:53 p.m. to 3:14 p.m.)
15　　Q　(BY MR. STIMPSON) All right. InHealth,
16　just to -- we talked a bit before, InHealth was a
17　subsidiary of Health Grades from October 2010 to
18　December 2011?
19　　A　That's correct.
20　　Q　And then at the end of December 2011 it
21　was subsumed within Health Grades and ceased to be a
22　separate entity, right?
23　　A　A separate legal entity, yes.
24　　Q　I think you said that Vitals may have
25　competed with InHealth in some respects. Did I get

1　　　CONFIDENTIAL ATTORNEYS EYES ONLY
2　that wrong?
3　　A　My testimony was that although I don't
4　believe that Vitals competed with prior to the
5　acquisition by Health Grades in October 2010, that I
6　believe there is competition subsequent to the
7　acquisition date.
8　　Q　Why?
9　　A　Prior to October 2010 InHealth's business
10　model was to create advertisements, what are called
11　programmatic solutions, and display advertising that
12　help drive traffic to certain health topics.
13　　　In the course of deploying those programs
14　InHealth would partner with third-party websites to
15　help those websites generate more content, so with
16　MSN and others like those properties.
17　　　So my point was once InHealth became part
18　of Health Grades, those products were deployed on the
19　Health Grades sites.
20　　Q　What products?
21　　A　Essentially InHealth would go to a
22　third-party advisor or Glaxo Smith Cline, those type
23　of entities. And they would work with those third
24　parties to tell them, hey, we can generate a certain
25　number of impressions, a certain number of visits to

1　　　CONFIDENTIAL ATTORNEYS EYES ONLY
2　your information and content. And we've created a
3　lot of information.
4　　　And what they would sell is a certain
5　number of display impressions on web properties.
6　Those web properties, again, initially were MSN and
7　others. But once InHealth came over to Health
8　Grades, then that content and those advertisements
9　will be placed on the Health Grades properties.
10　　Q　On Health Grades' website?
11　　A　Correct.
12　　Q　How many, do you have a rough idea, say,
13　2011 how many placements it made for the
14　healthgrades.com website?
15　　A　I don't know the number of placements
16　offhand.
17　　Q　How about revenue generated for Health
18　Grades?
19　　A　Between the programmatic solutions and the
20　display advertising which are to some degree
21　combined, InHealth generated I believe around 8
22　million in revenue in 2011.
23　　Q　Okay. And why wasn't Health Grades able
24　to do that by itself? And why did you need to
25　purchase InHealth in order to generate that revenue?

1　　　CONFIDENTIAL ATTORNEYS EYES ONLY
2　　　MR. VAZQUEZ: Form.
3　　A　Well, to step back a bit, I'm not
4　necessarily saying Health Grades couldn't have
5　generated the revenue absent the acquisition.
6　However, what InHealth brought was a proven team of
7　sales professionals, which Health Grades had not
8　previously had, that could sell directly into a
9　pharma and med device and third-party advertising
10　agencies.
11　　Q　Okay. So it was basically their contacts
12　and their experience with the people with these
13　pharma companies and medical device companies that
14　was a big asset that was being purchased by Health
15　Grades?
16　　A　It was that along with these products,
17　health coaches, things that were more engaging than
18　the InHealth sales team could provide to pharma and
19　med device that Health Grades didn't have
20　specifically those types of products.
21　　　We had the inventory. We were selling
22　advertising but InHealth solutions were more powerful
23　and they did have the contacts directly at pharma and
24　med device, whereas Health Grades was principally
25　selling advertising through what are commonly known

59 (Pages 230 - 233)