# EXHIBIT K

| | |
|---|---|
| **From:** | Dave Hicks |
| **Sent:** | Monday, August 16, 2004 3:44 PM |
| **To:** | HG Senior Management |
| **Cc:** | Janet Burkhard; Scott Montroy; Tony Smith; John Neal |
| **Subject:** | New Patient Experience Timeline |

I have put together a rough timeline to develop and implement the new patient experience survey and the results. I will keep everyone updated on the progress.



Patient Experience Timeline.do...



DEFENDANT'S EXHIBIT 29

**CONFIDENTIAL - ATTORNEYS EYES ONLY**              HG0043786

## Patient Experience Timeline
## August 16, 2004

| Task | Responsible | Due Date |
|---|---|---|
| Task force to develop questions | Task Force | 8/25/04 |
| Present questions to management team for approval | Task Force | 8/27/04 |
| Usability test new instrument for Consumer Reports | Janet's Team | 9/3/04 |
| Swap out new instrument for Consumer Reports | Scott's Team | 9/10/04 |
| Develop requirements for display of results | Dave/Janet | 9/10/04 |
| Usability test display of results | Janet's Team | 9/10/04 |
| Build results display application and database | Scott's Team | 9/30/04 |
| Email all report purchasers | Scott's Team | 10/15/04 |
|  |  |  |
|  |  |  |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**　　　　　　　　　　**HG0043787**