# EXHIBIT L

| | |
|---|---|
| From: | Dave Hicks |
| Sent: | Wednesday, February 04, 2004 8:01 AM |
| To: | Allen Dodge; Janet Burkhard; John Morrow; John Neal; Kerry Hicks; Peter Fatianow; Sarah Loughran; Scott Montroy; Tod Baker |
| Subject: | Additional Patient Sat Points |

Here is a brief summary of where we are with our products related to patient satisfaction -

1) We have roughly 50,000 questions and answers since about 1999.
2) Partners such as Discovery Health are currently using our survey instrument.
3) Patient's Choice (a corporate services client) wants ANY patient satisfaction instrument as part of their site. We have scheduled the start of this project on Feb 15 and completion first of March.
4) Janet's analysis has revealed that consumer experience weighs heavier in the decision making process than items such as board certification.
5) Would like to increase the price point for the consumer reports - additional value.
6) Fairly direct correlation between the GE questions (initial set of 54) and HG's. GE - copyright D.G. Safran, New England Medical Center Hospitals, Inc., and K. Cotlin, M. Karp, Massachusetts Health Quality Partners.
7) Hewitt is looking at this as a strategic item in 2005.
8) We are planning on building in "confidence levels" for each survey question. In other words, if the survey was filled out from a secure partner site, such as Hewitt, Patient's Choice, etc., it would have a confidence level of 5. If it was filled out as a pop-up from a consumer that doesn't buy a report it would have a confidence level of 1. This is just a rough example.
9) Our thought was to have a "comment" question of the survey that will allow for free-form text to be entered. We are not looking to publish these comments, however........unless a client would like to see them.
10) On the consumer reports side, we would like to show comparison information to state, national, specialty averages.

More to discuss today.



DEFENDANT'S EXHIBIT 25

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                              HG0120457