# EXHIBIT N

# REDACTED

**From:** John Neal [mailto:jneal@healthgradesreports.com]
**Sent:** Tuesday, March 22, 2005 3:32 PM
**To:** 'Lauren Deritis'
**Subject:** RE: Health Grades Reports[Scanned]

Lauren,

We can offer the following pricing on an introductory basis for the first six months:

- WEB PRESENCE PACKAGE (as outlined in my email yesterday and in attached presentation)
  - $40 per physician per month (This represents a 60% discount from our anticipated price of $100 per physician per month)
  - Minimum six-month term and then month to month
- PREMIUM PLACEMENT PACKAGE (as outlined in my email yesterday and in attached presentation)
  - $150 per month for the entire practice (represents a 50% discount from our anticipated price)
  - Minimum six-month term and then month to month

If you do the math, the Rothman Institute would need to capture one to two additional surgical procedures (depending on the DRG) across all physicians to pay the entire six-month cost of the program. We strongly believe that the program will pay for itself several times over through better patient education and more visits from the right kinds of patients (those with targeted surgical needs). I've attached an updated presentation for your review. Included in the presentation are results experienced by two of our beta clients that demonstrate the potential of the program. I have requested a report showing the number of Philadelphia area orthopedic surgeon searches on HealthGrades month-to-date and will forward that information to you upon receipt. Again, please don't hesitate to contact me with any questions.

I have one request. Please protect the confidentiality of this email and the associated attachment as the information is highly proprietary and non-public.

Thanks,
John

**From:** Lauren Deritis [mailto:lauren.deritis@rothmaninstitute.com]
**Sent:** Tuesday, March 22, 2005 1:53 PM
**To:** John Neal
**Subject:** RE: Health Grades Reports[Scanned]

John,

Can you forward to me prices for two physicians as well as the cost for the entire practice?

Thank you,
Lauren DeRitis
Rothman Institute
267-339-3689 - office
215-435-3378 - cell



**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179518



# Health Grades, Inc.

## Physician New Media Marketing

### www.Healthgrades.com

*Smarter Choices...*
*Superior Results*

CONFIDENTIAL - ATTORNEYS EYES ONLY                    HG0179521



# HealthGrades' Value Proposition

Affiliated Doctors – HealthGrades' goal is to increase the efficiency and profitability of affiliate physicians through marketing and patient education.

Consumers – HealthGrades' goal is to provide consumers with the information and tools they need to make critical healthcare decisions.

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.



2

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179522



# Healthcare:
# Inside the Numbers

- Healthcare spending represents 16% of GDP or $1.8 trillion annually
- More than 600,000 physicians control 80% of healthcare dollars spent
- Over 5,000 hospitals in the U.S. are intensely focused on driving more patient traffic through their facilities
- 890 million physician office visits annually
- 110 million new patient physician office visits annually
- 81 million surgical procedures annually with 45% occurring in office

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

 HEALTHGRADES    3

CONFIDENTIAL - ATTORNEYS EYES ONLY                    HG0179523



# Physician Challenges

- Continued pressure on reimbursements
- Lack of control over patient type
- Income stagnation
- Absence of effective practice marketing
- Maintaining a professional image in acquiring high value patients
- Consumer inability to differentiate among physicians
- Lack of patient awareness and education
- Inability to harness the power of the Internet

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.



4

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179524



# HealthGrades:
# An Established Internet Presence

- HealthGrades generates more than 2 million monthly visits from healthcare consumers seeking help in finding and choosing a physician
- Partners include Google, Yahoo, MSN, AskJeeves, and AOL
- Consumer traffic is distributed across all major specialties including Orthopedics, General Surgery, Plastic Surgery, Women's Health, Urology, Cardiology, Oncology, Dermatology, Internal Medicine, Ophthalmology, Cardiovascular Surgery, etc.
- www.Healthgrades.com is among the top five healthcare websites
- HealthGrades has the unique ability to secure premium, targeted consumer traffic for affiliate doctors

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

 HEALTHGRADES   5

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179525



# HealthGrades: Patient Education Through Physician Marketing

- **HealthGrades' physician marketing program IS about:**
  - Marketing the Practice...
    - For Patient Convenience
    - As a Community Service
    - To Enhance Patient Education

  - Meeting an Enormous Patient Need...
    - WHO (Profiling yourself through pictures, philosophy, etc.)
    - WHAT (The type of work you perform AND would like more of)
    - WHERE (Practice locations and contact information)
    - WHEN (Office hours by practice locations)
    - HOW (Hospital affiliations, health plan participation, and payment options).

- **HealthGrades' physician marketing program IS NOT about:**
  - Rating Physicians (universal, physician-level clinical data doesn't exist)
  - Advertising (no self-promotion proclamations)

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.



6

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179526



# What can HealthGrades do for you?

- Promote your practice within relevant areas of www.Healthgrades.com
- Educate and inform your patients who rely on HealthGrades as a 3rd party source of practice information
- Secure premier placements for physician affiliates across all major search engines (i.e., Google, Yahoo, MSN, and AOL)
- Improve practice efficiency through better patient targeting
- Offer superior, cost-effective alternative to other marketing mediums (i.e., yellow pages, newspapers, radio, billboards, etc.)
- Customize marketing to feature physician expertise and capture higher margin medical procedures and services
- Measure success through impression and performance reporting
- Initiate communication from patients to your practice

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.



7

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179527

# Results Driven Advertising



| | Yellow Pages | Monthly Local Magazine | **HealthGrades** |
|---|---|---|---|
| Monthly Cost | $1,200* | $800* | **$100 – $300** |
| Audience Targeting | Limited | No | **Yes** |
| Patient Indication of Interest | No | No | **Yes** |
| Measurable Performance | No | No | **Yes** |
| Internet Presence | Limited | No | **Yes** |
| Minimum Commitment | 1 year | 6 months | **6 months** |

*Varies by ad size, type, placement and market.

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

HEALTHGRADES

8

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179528



# Patient Acquisition Model

## Right Patient Demographic Type
### (Income, age, education)



+

## Right Clinical Condition
### (Conditions/Procedures YOU want to see/perform)

+

## Right Time
### (Patients with immediate need)

=

## IDEAL PATIENT

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.



9

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179529



# HealthGrades
*NEW!* Physician Information Delivery Model

HEALTHGRADES

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179530



# Physician Web Presence Package

## Package Includes (see next pages for examples):

- Premium Search Engine Results
- Web Presence & Hosted Web Pages
- Free Reports to Consumers
- Premium Report to Consumers

## Pricing

- $100 Per Physician Per Month
- 50% Introductory Discount Through April

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

11

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179531



# Physician Web Presence Package:
## Premium Search Engine Results

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

12

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179532

# Physician Web Presence Package:
## Web Presence & Hosted Web Pages



Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

13

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179533



# Physician Web Presence Package:
## Free Reports to Consumers

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

14

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179534

# Premium Report: Introduction



🌐 http://dev.healthgrades.com/HealthGrades - The Healthcare Quality Experts ... - Micr...

File   Edit   View   Favorites   Tools   Help                                                 Links »

**HealthGrades**

## Dr. David Allan Drucker, M.D.
Orthopedic Surgeon                                      Print Report

### Introduction

**Patient/Medical Philosophy:**

Dr. Drucker's philosophy on treating patients with arthritis is that before considering surgery all patients should try a comprehensive approach to non-surgical treatment. Those who fail to find success with conservative treatment and elect to have surgery are thoroughly evaluated with respect to general health, lifestyle, living situation and occupation before the doctor and patient choose the appropriate surgery.

**Personal Facts:**
Male
Age: 47
Languages: English
Years in profession: 22

**Awards and Honors:**
2001-2002, UMDNJ Orthopaedic Chief Resident's Award for Excellence in Teaching
1991: Mueller Foundation Research Fellow

**Professional Appointments:**
2005: Director of Orthopaedic Surgery - Staten Island University Hospital
2004: Assistant Professor - UMDNJ, Department of Orthopaedic Surgery

**Publications:**
"Early Results of Total Hip Arthroplasty using a Hydroxapatite-Coated Acetabular and Femoral Component"

"Osteolysis Around Uncemented Acetabular Components of CoCr Surface Replacements Hip Arthroplasty"

"Revision of the Acetabular Component with an Uncemented Harris-Galante

**Make Priority Appointment**

Email    Phone

🌐 Internet

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

15

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179535

# Premium Report: Experience/Training



### Experience/Training

**Specialties:**
Orthopedic Surgery (HealthGrades has verified that Dr. Drucker is board certified by the American Board of Orthopedic Surgery)

**Area of Expertise:**
Total Hip Replacement
Total Knee Replacement

**Medical School:**
Chicago Medical School
N. Chicago, Illinois, 1983

**Residency:**
University of Medicine and
Dentistry
Newark, New Jersey, 1989

**Internship:**
University of Medicine and
Dentistry
Newark, New Jersey, 1984

**Fellowships:**
Total Joint Replacement Indiana
University
Indianapolis, Indiana, 1990

Total Joint Replacement University
of Medicine and Dentistry
Orange, New Jersey, 1990

Total Hip Replacement Harvard
University
Boston, Massachusetts, 1991

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

16

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179536

# Premium Report: Performance



## Performance

| Procedure | Number per year (approximate) |
|---|---|
| Total Hip Replacements | 150 |
| Total Knee Replacements | 150 |
| Revision of Total Knee and Hip | 30 |

Avg time to get a new patient appoinument: 10 days
Avg time for existing patient to get an appointment: 10 days
Avg wait room time: 20 minutes
Provides patients access to a nurse: PA, MA, or resident available
Uses computerized systems to improve patient experience: Yes

**Disciplinary Actions¹:**
HealthGrades has confirmed that Dr. David Allan Drucker has not received any disciplinary actions within the last 5 years from The Office of Inspector General or 49 state medical boards (South Dakota does not report).

**Physician shares call with:**
Vincent Ruggiero, MD, John Reilly, MD, Deborah Henley, MD, Albert Accettola, MD, Joseph Giovinazzo, MD

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

17

CONFIDENTIAL - ATTORNEYS EYES ONLY                    HG0179537

# Premium Report: Patient Experience



Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

18

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179538

# Premium Report: Practice/Locations



### Practice Information

Orthopaedic Associates of New York
A Division of Healthcare Associates in Medicine, PC
Established in 1995.

http://www.hca-si.com

Dr. Drucker has been at this practice for 10 years.
His current title at this practice is: President of Orthopaedic Surgery

**Description of practice**

This practice specializes in treating patients that have arthritis of the hip or knee. Dr. Drucker is a board certified orthopaedic surgeon. He has completed three fellowships in total joint replacement. His patients will be exposed to the latest in non-surgical and surgical treatments. His surgical expertise includes minimally invasive surgical techniques (MIS), revision total joint replacement and dealing with the complications of total joint replacement such as loosening, infection, dislocations and fractures.

**Languages spoken by staff**

English, Italian, small amount of Spanish

**Other physicians at this practice:**

Joseph A. Suarez, MD, Joseph J. Giovinazzo, MD, Vincent Ruggiero, MD, Deborah A. Henley, MD, John P. Reilly, MD, Albert B. Accettola, MD

**Office Locations:**

Victory Office                    Make PRIORITY APPOINTMENT NOW!
1450 Victory Blvd.                  · Email
Staten Island, NY, 10301            · Phone
Telephone: (718) 226-9447
Fax: (718) 981-6210                 http://www.hca-si.com
                                    Map and Driving Directions

Office Information:   (View)

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179539

# Premium Report: Practice Information

File Edit View Favorites Tools Help

Office Locations:

Victory Office
1460 Victory Blvd.
Staten Island, NY, 10301
Telephone: (718) 226-8404
Fax: (718) 981-6210

Make PRIORITY APPOINTMENT NOW!
- Email
- Phone

http://www.hcp-si.com

Map and Driving Directions

Office Information: (Hide)

Office Hours:

| | |
|---|---|
| Monday: | 3:30pm - 8:00pm |
| Tuesday: | Closed |
| Wednesday: | 9:00am - 5:00pm |
| Thursday: | Closed |
| Friday: | 9:00am - 5:00pm |
| Saturday: | Once every six weeks 9:00am - 12:00pm |
| Sunday: | Closed |

Closed:

| | |
|---|---|
| New Years Day | Labor Day |
| Memorial Day | Thanksgiving |
| Independence Day | Christmas |

Office Parking:

No fee parking available behind building. Office has ground level access from security manned parking lot.

Office Coordinator:

Linda - (718) 226-8404

Office provides computerized drug orders:

No

Office utilizes electronic record keeping:

Yes

Office Provides:

Pharmacy, Lab, Radiology, and Child Play Area on Site

Internet

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

# Premium Report: Facilities

http://dev.healthgrades.com - HealthGrades - The Healthcare Quality Experts ...

File Edit View Favorites Tools Help Links

## Facility

| Primary Hospitals (where physician performs the majority of their work) | HealthGrades General Rating |
|---|---|
| **Staten Island University Hospital*** | |
| Total Knee Replacement | ★★★ |
| Total Hip Replacement | ★★★ |
| **Overlook Hospital*** | |
| Total Knee Replacement | ★ |
| Total Hip Replacement | ★ |
| **UMDNJ University Hospital*** | |
| Total Knee Replacement | – |
| Total Hip Replacement | – |

*Doctor has full admitting privileges at these hospitals.

Health Plan/Other

Internet

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

CONFIDENTIAL - ATTORNEYS EYES ONLY

# Premium Report: Health Plans



**Health Plan/Other**

**Health Plans Accepted:** 1199 HomeCare, 1199 NB Fund, 32 B-J, Aetna HMO, Aetna Non-HMO, Afinity, AmeriHealth, Atlantis HMO, Atlantis POS, Beech St/MediChoice, CHAMPVA, CHN, ChoiceCare/Humana, Cigna, Devon, Elderplan, Empire BlueCross, Empire, BC Senior Plan, Empire NY Gov Plan, Fidelis, First Health, GHI, GHI HMO, Great-West/One Health, Guardian, Guardian Health Net, HCP (Heritage), Health Net (PHS), Health (Care) Plus, HIP, Horizon NJ PPO, Horizon NY EPO/PPO, Horizon NY HMO/Vista+, Humana/ChoiceCare, Mail Handlers, Medicare, MediChoice (Beech St), MetraComp, MultiPlan, Neighborhood, No-Fault, One Health/Great West, Oxford (all plans), PHCS, RR Medicare, Select Pro/Beech St., SmartChoice (Health Net), Touchstone (HNSC), Tricare/Champus, Ulicare, Unicare, United HC, US Family Health Plan, Workers' Comp.

**Accepts Medicare:** Yes

**Accepts Medicaid:** No

**Payment Methods:** [VISA] [MasterCard], CASH, CHECK, (American Express and Discover are not accepted.)
**Payment Policy:** Co-pay is due upon arrival

**Accepting New Patients:** Yes

**Legend**
1 - HealthGrades-Verified Data or Sourced Data
2 - Patient Data
3 - Physician-Verified Data

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

22

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179542



# Premium Placement Package

Package Includes:

- Optimized Web Placement
- Premium Placement on Healthgrades.com
- Web Presence & Hosted Practice Web Page
- Requires Purchase of Web Presence Package

Pricing:

- $300 Per Practice Per Month
- 50% Introductory Discount Through April

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

23

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179543

# Premium Placement Package:

## Optimized Web Placement



Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

24

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

HG0179544



# Premium Placement Package:
## Premium Placement on HealthGrades.com

Prospective Patient

Practice or health system Premium Placement across relevant searches.

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

CONFIDENTIAL - ATTORNEYS EYES ONLY

25

HG0179545

# Premium Placement Package:
## Web Presence & Hosted Practice Web Page



Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

26

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179546

# Premium Placement Package:

## Web Presence & Hosted Practice Web Page (cont.)



Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

27

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179547



# Preliminary Results

- Physician A – Orthopedic Surgeon – NY
  - Jan, 2004 – Jan, 2005:  3 consumer quality reports viewed
  - Feb, 2005:  117 expanded profile reports viewed
  - 18,000 premium placement profiles displayed
  - 43 appointment inquiries
- Practice A – Orthopedic Group – Baltimore
  - Jan, 2004 – Jan, 2005:  38 consumer quality reports viewed
  - Feb, 2005:  53 expanded profile reports viewed
  - 4,700 premium placement profiles displayed
  - 31 appointment inquiries

Copyright 2005 Health Grades, Inc.  All Rights Reserved.  May not be reprinted or reproduced without permission from Health Grades, Inc.

28

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179548



# Colorado Orthopedic Statistics
## Feb 21 – 27, 2005

- Denver Area (see following slide for examples)
  - Static Profile Pages: 613
  - Comparison Reports: 149
  - Physician Name Searches: 656
  - City/State Searches: 372
    - TOTAL: 1,790
    - (2 times the number of searches for the Baltimore practice)

- Colorado
  - Static Profile Pages: 400
  - Comparison Reports: 117
  - Physician Name Searches: 578
  - City/State Searches: 238
    - TOTAL: 1,333
  - TOTAL ALL COLORADO: 3,123 Searches

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179549

## Static Profile



## Comparison Report



## Physician Name Search



## City/State Search



Copyright 2005 Health Grades, Inc.  All Rights Reserved.  May not be reprinted or reproduced without permission from Health Grades, Inc.

30

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0179550