# EXHIBIT O

Attorneys' Eyes Only

Page 1

1            CONFIDENTIAL - ATTORNEYS EYES ONLY

2              IN THE UNITED STATES DISTRICT COURT

3                FOR THE DISTRICT OF COLORADO

4     Case No. 11-CV-00520-PAB-BNB

5     _____

6     30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,

7     Representative John Neal

8     and

9     DEPOSITION OF JOHN NEAL

10    June 13, 2012

11    _____

12

      HEALTH GRADES, INC.,

13

      Plaintiff,

14

      v.

15

      MDX MEDICAL, INC. d/b/a VITALS.COM,

16

      Defendant.

17    _____

18

19

20

21

22

23

24

25      Job No. NJ399592

Attorneys' Eyes Only

Page 2

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2      APPEARANCES:
 3          MERCHANT & GOULD
                By Kristin L. Stoll-DeBell, Esq.
 4                  1050 17th Street
                    Suite 1950
 5                  Denver, CO 80265
                    Phone: 303.357.1670
 6                  Fax: 303.357.1671
                    kstolldebell@merchant-gould.com
 7                  Appearing on behalf of the
                    plaintiff
 8
 9          ROTHGERBER JOHNSON & LYONS LLP
                By Jesus Manuel Vazquez Jr., Esq.
10                  1200 Seventeenth Street
                    Suite 3000
11                  Denver, CO 80202-5855
                    Phone: 303.623.9000
12                  Fax: 303.623.9222
                    jvazquez@rothgerber.com
13                  Appearing on behalf of the
                    Plaintiff
14
            SILLS CUMMIS & GROSS, PC
15              By Scott D. Stimpson,  Esq.
                    David C. Lee, Esq.
16                  30 Rockefeller Plaza
                    New York, NY 10112
17                  Phone: 212.643.7000
                    Fax: 212.653.6500
18                  sstimpson@sillscummis.com
                    Appearing on behalf the Defendant
19
20
21
22
23
24
25
```

Attorneys' Eyes Only

Page 3

1            CONFIDENTIAL - ATTORNEYS EYES ONLY

2              Pursuant to Notice and the Federal Rules of

3      Civil Procedure, the 30(b)(6) Deposition of Health

4      Grades, Inc. and Deposition of John Neal, called by

5      Defendant, was taken on Wednesday, June 13, 2012,

6      commencing at 8:22 a.m., at 1200 Seventeenth Street,

7      Suite 3000, Denver, Colorado, before Kelly A.

8      Mackereth, Certified Shorthand Reporter, Registered

9      Professional Reporter, Certified Realtime Reporter

10     and Notary Public within Colorado.

11

                        * * * * * * *

12                      I N D E X

13

       EXAMINATION                              PAGE

14

         BY MR. STIMPSON                          6

15       BY MR. VAZQUEZ                          316

16

       PRODUCTION REQUEST(S):

17

         None.

18

19

20

21

22

23

24

25

Attorneys' Eyes Only

Page 32

1             CONFIDENTIAL - ATTORNEYS EYES ONLY

2      just can't recall the dates.

3          Q    (BY MR. STIMPSON)  What are those sites?

4          A    They're the restaurant websites, for

5      example.

6          Q    What specific sites?

7          A    I don't recall the exact sites.

8          Q    Is it fair to say, Mr. Neal, that the idea

9      of providing ratings to consumers over the web, as of

10     early 2006, late 2005, that was well known?

11              MR. VAZQUEZ:  Object to form.

12         A    No, that's the reason we filed the patent.

13         Q    (BY MR. STIMPSON)  Because you provided

14     ratings over the web?

15              MR. VAZQUEZ:  Form.

16         A    No.  No because -- no.

17         Q    (BY MR. STIMPSON)  What is the reason you

18     filed the patent then?

19         A    We created a very unique platform to

20     assist consumers in educating themselves on

21     providers, specifically physician providers, but

22     secondarily hospital providers.

23              So the names by which we presented that

24     content, form of content, and the means by which we

25     combine that content, and then created a score by

Attorneys' Eyes Only

Page 33

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     which they could differentiate, was unique.  There

3     was no one else that was doing that.

4          Q     Okay.  As of early 2006, Mr. Neal, it was

5     known that ratings could be provided to consumers for

6     various professionals over the web, right?

7               MR. VAZQUEZ:  Form.

8          A     If that's your analysis.  I said I

9     couldn't recall the dates.

10         Q     Okay.  What did you do to prepare for the

11    deposition?

12         A     I've met with counsel twice over the last

13    two days, so Monday and Tuesday.  Monday for --

14              MR. VAZQUEZ:  I'm sorry to interrupt.  You

15    can answer the question, but don't disclose any of

16    our communications.

17              THE DEPONENT:  Okay.

18         A     -- for about an hour and a half Monday and

19    for about 30 minutes, at the most, yesterday.

20         Q     (BY MR. STIMPSON)  So a total of two hours

21    meeting with your counsel?

22         A     We also had a video conference last week

23    for no more than two hours.

24         Q     Okay.  Anything else you did to prepare?

25         A     No.

Attorneys' Eyes Only

Page 34

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2        Q      Did you talk --

3        A      I --

4        Q      Go ahead.

5        A      I did look at these specific items that

6    you're going to be asking me about today in terms of

7    the bullet points.

8        Q      Okay.

9        A      But that was the limit of my review of

10   those documents.

11       Q      To prepare yourself for the -- to talk

12   about the topics that are assigned to you, did you

13   speak with anyone besides counsel?

14       A      No.

15       Q      Did you look at any documents that have

16   not been produced to MDx, to your knowledge?

17       A      No.

18       Q      What documents did you look at to prepare

19   for the topics --

20              MR. VAZQUEZ:  Object and instruct you not

21   to answer based on the work-product privilege.

22       Q      (BY MR. STIMPSON)  Did you review any of

23   the -- any information on earlier Health Grades

24   websites, the website for 2004 and 2005?

25              MR. VAZQUEZ:  Same.

Attorneys' Eyes Only

Page 35

1            CONFIDENTIAL - ATTORNEYS EYES ONLY

2        Q     (BY MR. STIMPSON)  Mr. Neal, can you tell

3    me prior to August of 2006 what products and services

4    did Health Grades have available on the web?

5        A     You know, I don't think about the website

6    so much in terms of products or services.  It was an

7    experience on the website.

8        Q     Well, you did offer products and services

9    over the website, right, prior to 2006?

10       A     There were reports that were available to

11   consumers.

12       Q     And what reports were those?

13       A     There was a Physician Report and a

14   Hospital Report.

15       Q     Did they have specific names, these

16   reports?

17       A     Over time they had a number of different

18   names.

19       Q     Can you tell me what they are, please, to

20   the extent you remember?

21       A     I don't recall all the names.

22       Q     Do you remember any of them?

23       A     I do.  I have a recollection of some of

24   the names.

25       Q     Would you please tell them to me.

Attorneys' Eyes Only

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2          A     There was a Physician Report, I think

3     online Physician Report, online Hospital Report.

4     There was a Physician Quality Report.

5          Q     Anything else?

6          A     I remember an alphabet soup of acronyms.

7     I can't recall what all those stood for.

8          Q     Can you remember any others?

9          A     Any other what?

10         Q     Any other names that you can give me.

11         A     So you're talking about in that timeframe

12    of 2006?

13         Q     Yes.

14         A     I don't recall the specific names.

15         Q     Okay.  There was a physician quality

16    guide, right?

17              MR. VAZQUEZ:  Scott, are these questions

18    qualified by prior to 2006?  I believe that's how you

19    started.

20              MR. STIMPSON:  I'm sorry.

21         Q     (BY MR. STIMPSON)  Let's do it prior to

22    August 29, 2006.

23              MR. STIMPSON:  Thank you.

24         Q     (BY MR. STIMPSON)  There was a physician

25    quality guide, right?

Attorneys' Eyes Only

Page 37

CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2       A       A physician quality guide.  I'm unaware of

3   a physician quality guide.  There may have been a --

4   yeah, we had a lot of different names for the same

5   thing.

6       Q       How about the Physician Quality Report?

7       A       That name rings a bell.  That's the one I

8   think I just mentioned.

9       Q       Right, yeah, you did.

10              How about a Physician Research Quality

11  Report?

12      A       It's the same thing.

13      Q       I'm just giving you some names I've seen.

14  I don't know if they're the same or not.

15              Physician Research Comparison Report?

16      A       Yeah, I mentioned that one.

17      Q       That's the same thing?  Okay.

18              And what was the Physician Research

19  Comparison Report?

20      A       It was an addendum to -- if someone

21  purchased a Physician Quality Report, we also, as

22  part of that purchase, included the means by which

23  they would get additional physician reports.  It

24  wasn't so much a comparison of physicians as access

25  to additional physician information.  We called it a

Attorneys' Eyes Only

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     Physician Comparison Report.

3          Q     When was that available?

4          A     I don't recall exact dates.

5          Q     Was it prior to August of 2006?

6          A     I don't recall the exact dates.  There was

7     some form of Physician Report available prior to 2006

8     because we were selling reports.

9          Q     Well, let's look at Exhibit 45, okay?

10         A     Which one is that?

11         Q     That's it.  That's the last page.

12         A     Okay.

13              MR. STIMPSON:  And, Mr. Vazquez, correct

14     me if I'm wrong, but the parenthetical in topic 1 was

15     for Mr. Neal?

16              MR. VAZQUEZ:  Correct.

17         Q     (BY MR. STIMPSON)  So, Mr. Neal, do you

18     see that parenthetical refers to Physician Research

19     Comparison Reports?

20         A     I do.

21         Q     So you understand it was your duty to

22     prepare yourself to testify about that?

23         A     I just mentioned the Physician Comparison

24     Report to you and that I was aware of it.

25         Q     Okay.  But my question was a little

Attorneys' Eyes Only

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY

 2      different.  You're aware that it was your

 3      responsibility to prepare yourself to testify about

 4      that Physician Research Comparison Report, correct?

 5           A     That's part of the reason I'm here today,

 6      I believe.

 7           Q     And the same as the Physician Quality

 8      Report?

 9           A     Indeed.

10           Q     And the same as the Physician Quality

11      Guide?

12           A     I'm not familiar with the Physician

13      Quality Guide, independent of if you can refresh my

14      memory on that.

15           Q     Did you do anything to prepare yourself to

16      talk about the Physician Quality Guide?

17                 MR. VAZQUEZ:  Don't disclose any of our

18      communications.  If you can answer the question

19      without doing that, please do so.

20           A     Someone is going to have to show me what

21      that is because that's not something I recall.

22           Q     (BY MR. STIMPSON)  So you didn't do

23      anything to prepare yourself to talk about physician

24      quality guides today?

25                 MR. VAZQUEZ:  Object to form.
```

Attorneys' Eyes Only

Page 40

1            CONFIDENTIAL - ATTORNEYS EYES ONLY

2     Mischaracterizes testimony.

3          Q     (BY MR. STIMPSON)  Is that right?

4               MR. VAZQUEZ:  Same objection.

5          A     I'm fully prepared to answer the questions

6     that you have to the best of my ability.

7          Q     (BY MR. STIMPSON)  Okay.  But my question

8     was, did you do anything to prepare yourself to talk

9     about physician quality guides today?

10              MR. VAZQUEZ:  Object to form.

11         A     I don't recall exactly what a physician

12    quality guide -- or not exactly at all what a

13    physician quality guide is.  I think it's just

14    perhaps a name that was assigned to the same report

15    that we've already discussed.

16         Q     (BY MR. STIMPSON)  So as we sit here

17    today, you can't even tell me for sure what a

18    physician quality guide is, right?

19              MR. VAZQUEZ:  Form.  Mischaracterizes

20    testimony.

21         Q     (BY MR. STIMPSON)  Is that accurate?

22              MR. VAZQUEZ:  Same.

23         A     I don't know what a physician quality

24    guide is.  That name does not ring a bell.

25         Q     (BY MR. STIMPSON)  How about a Physician

Page 41

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     Quality Report?  Can you tell me what that is?

3          A     Yeah, it's a compilation of information

4     about physicians using third-party data.

5          Q     When was that first launched?

6          A     I don't recall the exact date.

7          Q     Can you recall anything about the dates?

8          A     I do not.

9          Q     Do you see in that topic 1 -- let's go

10    back to topic 1, okay?

11         A     Um-hum.

12         Q     Let's start reading from the top of the

13    list, okay?  Number 1 it says, All facts surrounding

14    each and every Health Grades product or service for

15    providing information on healthcare providers prior

16    to August 29, 2006.

17              And then I realize that the ones you're

18    supposed to talk about are the ones in the

19    parenthetical later, but it says, including, but not

20    limited to, facts concerning dates of use.

21         A     Um-hum.

22         Q     Did you do anything to prepare yourself to

23    tell me when physician quality reports were first

24    used?

25              MR. VAZQUEZ:  Well, hold on a second.  I'm

Page 46

                    CONFIDENTIAL - ATTORNEYS EYES ONLY

1     data had be to scrutinized or reviewed more closely

2     depending on the nature of the data, the source of

3     the data, how it's going to be presented to

4     consumers.

5          Q     Would you agree with me, though, that data

6     that is verified is generally more trustworthy than

7     data that is not verified?

8               MR. VAZQUEZ:  Object to form.

9          A     It depends on who does the verification.

10         Q     (BY MR. STIMPSON)  If Health Grades does

11    the verification?

12              MR. VAZQUEZ:  Form.

13         A     There is more use, I would think,

14    associated with verified data as opposed to

15    unverified data.

16         Q     (BY MR. STIMPSON)  Okay.  Can you tell

17    me -- you told me there was a compilation of

18    third-party sources of data in this Physician Quality

19    Report.

20              Is there anything else you can tell me

21    about the content of those reports?

22         A     That's what they were.

23         Q     Can you tell me what specific data was

24    available in those reports?

Attorneys' Eyes Only

Page 47

CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2      A      Some of the data elements I can tell you.

3  It was the physician name, their practice location.

4  There was board certification, as available.  There

5  was disciplinary action and sanction data by state,

6  as available.

7              And in select cases, though particularly

8  early on there were challenges in getting useful data

9  and meaningful data from third parties.  There was

10  sometimes medical school information, fellowship-type

11  information.  But it was challenging.

12      Q      Anything else you can remember?

13      A      Those were the things that stand out to

14  me.

15      Q      It also has in the parenthetical here

16  Physician Research Comparison Reports.

17              Do you see that?

18      A      Um-hum, I do.

19      Q      When was the Physician Research Comparison

20  Report first provided for the Health Grades website?

21      A      I don't recall the exact date, but it was

22  later.  We started with just the Physician Quality

23  Report.

24      Q      Okay.  When was the Physician Research

25  Comparison Report first made available on the Health

Page 48

1            CONFIDENTIAL - ATTORNEYS EYES ONLY

2    Grades website?

3        A     I don't recall.

4        Q     Can you give me a year?

5        A     I don't recall.

6        Q     You can't even give me a year?

7        A     No.

8        Q     Was it before 2006?

9        A     It would have, I believe, been before

10   2006.

11       Q     Was it before 2005?

12       A     I don't recall.

13       Q     What did you do to determine the date of

14   first use of the Physician Research Comparison Report

15   in preparation for this deposition?

16             MR. VAZQUEZ:  Again, if you can answer the

17   question without divulging any of our communications,

18   please do so.

19             THE DEPONENT:  Okay.

20       A     I'm just working from memory.

21       Q     (BY MR. STIMPSON)  So you didn't do

22   anything; you're just relying on your memory?

23             MR. VAZQUEZ:  Misstates the testimony.

24   Object to form.

25       A     There was discussion with counsel about

Attorneys' Eyes Only

Page 49

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     certain items, which I can't discuss.

3          Q    (BY MR. STIMPSON)  Was there a beta test

4     for the Physician Research Comparison Report?

5          A    Most websites will beta test virtually

6     everything they do to consumers on the web.  So with

7     virtually everything we do today, and what we did

8     historically, there were beta tests.  So that would

9     include that report, too, I would think.

10         Q    So there were beta tests -- the answer is

11    yes, there were beta tests with regard to the

12    Physician Research Comparison Report?

13         A    I don't know that to be a fact, but I

14    believe there probably were.

15         Q    What can you tell me about the beta test

16    for the Physician Research Comparison Report?

17         A    Well, I can't tell you for a fact that

18    they existed or took place, so I can't tell you

19    exactly what was done.

20         Q    Then I assume the answer is you can't tell

21    me when the beta tests were done, right?

22         A    I don't even know if beta tests were done

23    for a fact, so that's correct.

24         Q    Can you tell me the first time that the

25    Physician Research Comparison Reports were disclosed

Attorneys' Eyes Only

Page 50

```
 1            CONFIDENTIAL - ATTORNEYS EYES ONLY
 2    to the public?
 3         A     I don't recall.
 4         Q     Did Health Grades promote this to anyone
 5    outside of Health Grades before the beta tests?
 6              MR. VAZQUEZ:  Object to form.
 7         A     What is "this"?
 8         Q     (BY MR. STIMPSON)  The Physician
 9    Comparison Research Reports.
10         A     What do you mean by promote?
11         Q     Well, did you tell anyone?
12         A     Who is anyone?
13         Q     Anyone outside of Health Grades.
14         A     I talked about a physician quality
15    comparison report outside of the corporate structure
16    of Health Grades.
17         Q     No, it's Physician Research Comparison
18    Report.  My question is, prior to the beta tests, did
19    anyone at Health Grades disclose Physician Research
20    Comparison Reports to anyone outside of Health
21    Grades?
22         A     I'll remind you that I didn't say beta
23    tests, and I don't recall any conversations with
24    anyone outside of Health Grades.
25         Q     Did you do anything to find out whether
```

Page 51

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     there were any conversations with anyone outside of

3     Health Grades?

4          A     No.

5          Q     So if I can just recap here on the

6     Physician Research Comparison Reports, you can't tell

7     me a date when they were first on the Health Grades

8     website, right?

9          A     I did tell you a date.  I said it was

10    before August 29th, 2006.

11         Q     Okay.  Is that a date?

12         A     It absolutely is.  It's a range of dates.

13         Q     Okay.  So was it in 1991 that they

14    launched this?  See, it's not a date, is it,

15    Mr. Neal?

16         A     But we don't have to be absurd, okay?

17         Q     So I know we don't.

18         A     Right.

19         Q     So my question is this, you can't tell me

20    a date when the Physician Comparison Research Report

21    was launched?

22         A     You're also not asking me questions;

23    you're making statements.

24         Q     Well, the questions are up to me.

25         A     Well, you're not asking questions; you're

Attorneys' Eyes Only

Page 52

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2     making a statement.
 3         Q     All right.  Well, here is a question,
 4     then, for you, Mr. Neal.  What date was the Physician
 5     Research Comparison Report launched?
 6         A     I don't recall.
 7         Q     And you can't tell me a year when it was
 8     launched?
 9         A     That's not a question.
10         Q     Yes, it is.
11         A     That was a statement.
12         Q     Okay.  It's called a leading question.
13     It's perfectly acceptable.
14               You can't tell me a date, a year, you
15     can't even tell me a year when the Physician Research
16     Comparison Report was launched, correct?
17         A     There's a time period prior to
18     August 29th, 2006 that it was launched.
19         Q     Is the answer to my question that it's
20     correct, you can't tell me a year?
21               MR. VAZQUEZ:  Object to form.  I think
22     it's argumentative and harassing the witness.
23         Q     (BY MR. STIMPSON)  You can answer.
24         A     I don't recall the date.
25         Q     And you can't tell me whether there were
```

Attorneys' Eyes Only

Page 53

1             CONFIDENTIAL - ATTORNEYS EYES ONLY

2    beta tests on the Physician Research Comparison

3    Report, correct?

4         A     That's a statement, not a question.

5         Q     Well, you didn't listen to it, okay?

6         A     If you can ask a question, I'll answer the

7    questions.

8         Q     Okay.  You can't tell me whether there

9    were beta tests --

10        A     You're saying you can't tell me.  That's

11   not a question.

12             MR. VAZQUEZ:  Okay.  Okay.

13        Q     Please just hear me out, okay?

14        A     Okay.  I prefer that you ask me a question

15   so I can provide you an answer.

16        Q     Please listen to it, okay?

17        A     Okay.

18        Q     You can't tell me a date -- you can't tell

19   me whether there were beta tests on the Physician

20   Research Comparison Report, correct?

21        A     I cannot tell you that for a fact.

22        Q     You can't tell me whether anyone from

23   Health Grades disclosed Physician Research Comparison

24   Reports outside of Health Grades, correct?

25        A     That was not done to my knowledge.

Attorneys' Eyes Only

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      Q     Did you do anything to find this out?

3          MR. VAZQUEZ:  If you can answer the

4    question without disclosing our communications, do

5    so.

6      A     I can't without disclosing attorney-client

7    privilege.

8      Q     (BY MR. STIMPSON)  Well, it's just a yes-

9    or no-question.  Did you do anything to determine

10   whether or not Physician Research Comparison Reports

11   were disclosed outside of Health Grades?

12     A     To my knowledge, there was some research

13   conducted into that.

14     Q     What research?

15     A     I don't know.  It was the attorneys -- the

16   attorneys did that.

17     Q     Sir, you said there was some research into

18   Physician Research Comparison Reports, and I just

19   want to know what you're referring to there.

20          MR. VAZQUEZ:  Let's just kind of back up

21   here.  Let's pause after he's done with the question.

22   It allows me to think about it and make an objection,

23   and then you can answer.  And a lot of these

24   questions are about the preparation.

25          THE DEPONENT:  Right.

Page 55

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2              MR. VAZQUEZ:  That's what he's asking you
 3    about.  Because you already testified we had
 4    meetings.  And all I'm telling you is, if you can
 5    answer his questions without divulging what we talked
 6    about, please do so.
 7              THE DEPONENT:  Okay.
 8         A    So your question.
 9         Q    (BY MR. STIMPSON)  Okay.  You mentioned
10    research on Physician Research Comparison Reports.
11    What research were you referring to?
12         A    Just research as to when those reports may
13    have been available, and I'm unaware of the results
14    of that research.
15              MR. STIMPSON:  I flew to Denver for this.
16    I'm missing my kid's baseball game.
17              THE DEPONENT:  Hey, you know, we're all
18    missing things.
19              MR. STIMPSON:  He didn't do anything to
20    prepare for this, Jesus.
21              MR. VAZQUEZ:  No, that's not true.
22              MR. STIMPSON:  He can't tell me anything.
23              MR. VAZQUEZ:  That's not true.
24              MR. VAZQUEZ:  I think that we should maybe
25    take a quick break and --
```

Attorneys' Eyes Only

Page 56

                    CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2                MR. STIMPSON:  No, I'm not quite ready,

3      okay?  I mean, if you absolutely have to --

4                MR. VAZQUEZ:  We've been going like an

5      hour.  Well, I just personally want to go to the

6      bathroom.

7                MR. STIMPSON:  Okay.

8                MR. VAZQUEZ:  But I think, given the level

9      of tone that has escalated here, it just makes sense

10     to cool down and come back and keep going at it.

11     Okay?

12               MR. STIMPSON:  Okay.

13               MR. VAZQUEZ:  Let's do that.

14               (Recess taken from 9:11 a.m. to

15     9:34 a.m.)

16          Q    (BY MR. STIMPSON)  Mr. Neal, can you

17     please identify Health Grades competitors?

18          A    There are a number of competitors.  If

19     it's okay, I'll provide a definition of a competitor.

20          Q    That's fine.

21          A    Okay.  So definition of a competitor is

22     any website that attempts to attract consumers who

23     are searching for provider information online.  And

24     provider information can be in the form of physician

25     information, hospital information, dentists.

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2              So really, that's the competitive set, by

3    definition.

4        Q    And why is that your definition of

5    competitors?  Is that the way you've used it

6    throughout your career?  Or is that something that --

7        A    Well, that's the foothold that we've

8    established.  That's where our business is focused.

9    So as we look across the landscape, anyone that is

10   offering similar forms of content or services to

11   consumers on the Internet is deemed to be a

12   competitor.

13       Q    Okay.  Let me just back up and ask you

14   another question.  Can you tell me what products and

15   services of Health Grades fall within the claims of

16   the patent as Exhibit 3?

17       A    It's not so much a product that falls.

18   The intent behind the patent filing was to protect

19   the unique experience that we've created on the

20   website.  So how we display content, how we

21   facilitate search, and then, more recently, how we

22   facilitate ratings and comparison of providers.

23              So it's not -- and then ancillary to that

24   would be the product sets that were a result of that

25   consumer experience.

Attorneys' Eyes Only

Page 60

                    CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2    were a number of products that were a function of the

3    website experience that we created.  The website

4    experience in the offerings that we made to consumers

5    were the subject of the patent.

6         Q    Okay.  But I'm trying to get an

7    identification of the products and services that

8    embody or employ any claim of the patent-in-suit.

9         A    Understood.  There are elements that we

10   employ today on the website.  If you go to Health

11   Grades we're employing certain embodiments of the

12   patent.

13        Q    Okay.  I mean, can you --

14             MR. VAZQUEZ:  Hold on.  I'm not having a

15   chance to interject.  I just want to make an

16   objection to form to the last question, please.

17        Q    (BY MR. STIMPSON)  Can you please identify

18   for me products or services of Health Grades that

19   embody or employ any claim in the patent-in-suit?

20             MR. VAZQUEZ:  Form.

21             You can answer.

22        A    Okay.  First of all, there is the

23   experience on the current version of the Health

24   Grades website and previous iterations whereby we

25   facilitate search on multiple physicians and provide

Attorneys' Eyes Only

1            CONFIDENTIAL - ATTORNEYS EYES ONLY

2      quality comparison ratings and scores on the

3      physicians and facilitate comparison of physicians,

4      okay?  That's just the website experience, not

5      specific to any specific product.

6                And then there are a series of products

7      that we have offered, primarily to hospital clients,

8      that are a result of or a function of that experience

9      on the Health Grades website.

10       Q    Well, what's the earliest product or

11     service that Health Grades embodies or employs in a

12     claim in the patent-in-suit?

13       A    I can't speak to the specific claims and

14     products to those individual claims, per se.  I just

15     know I have an idea of the dates when we offered

16     specific products.

17       Q    Well, when was the -- when did you start

18     offering products and services that embodied or

19     employed the claim in the patent-in-suit?

20            MR. VAZQUEZ:  Form.

21       A    So you're talking about third-party

22     provided information, physician provided information,

23     consumer provided information, in providing a form of

24     comparison rating for those?

25       Q    (BY MR. STIMPSON)  I am.

Veritext/NJ Reporting Company

Attorneys' Eyes Only

Page 62

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2        A     That was -- that would have been more
 3     recently in the -- kind of the 2006, 2007 timeframe.
 4        Q     Do you remember when, specifically when in
 5     2006 and 2007?
 6        A     I don't know exactly what dates in that
 7     timeframe.  I can tell you the consideration that we
 8     had and the sensitivity was, and the reason that we
 9     didn't present that information to users of the
10     website is that our clients are hospitals, large
11     hospital systems.  And they have relationships with
12     physicians.
13              And there was the concern, the very real
14     concern, that anything we might do to shed light on
15     physicians or rate physicians, provide comparisons of
16     physicians based on quality, would put our revenue at
17     risk with our hospital clients.
18              So we're very thoughtful and judicious in
19     our approach as to when we introduced that and then
20     how we introduced it on the website.
21        Q     Was that a concern about when you
22     introduced it to the consumer side of the website?
23        A     Well, there was just one side.  There was
24     only a consumer side.
25        Q     Right.  But you also had a physician site,
```

Attorneys' Eyes Only

Page 63

1             CONFIDENTIAL - ATTORNEYS EYES ONLY

2      right?

3           A       There was a portal, a physician portal.

4           Q       So what I'm getting at, there was a time

5      before you allowed general consumers to get on where

6      you were showing comparison ratings and ratings of

7      physicians but just to your hospital side of your

8      clients, right?

9           A       I'm unaware of that.

10          Q       Okay.  So anyway, we talked about the

11     products and services of Health Grades that embody or

12     employ a claim in the patent-in-suit.

13                  Just talking about that, who are your

14     competitors?

15          A       So competitors, Vitals, of course; New

16     Compare Healthcare; WebMD.  There are MD Ratings.

17          Q       MD Ratings?

18          A       Yeah, I think it's MD Ratings.  There are

19     a couple of physician rating sites that provide

20     comparison ratings.  There are a host of directory

21     type sites that provide basic physician information.

22                  So Internet Yellow Page sites like Super

23     Pages, Yellow Book, Yellowpages dot com.  There are

24     others, too, that could fall into that definition of

25     competitor that I provided.

Attorneys' Eyes Only

Page 96

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2          Q     How do you know that?

3          A     Because in preparing for this deposition,

4     I looked at the report, and I also recall having

5     seen, you know, that report.

6          Q     Did you discuss this with your -- and I

7     just want a yes or no.  Did you discuss this with

8     your counsel between our first -- after our -- during

9     our first break?

10         A     I never said that I hadn't seen these

11    reports.  I said I had some uncertainty about the

12    timing of the reports.

13         Q     Okay.  So did the Physician Research

14    Comparison Report contain comparison ratings of

15    healthcare providers?

16               MR. VAZQUEZ:  Form.

17         A     There was -- it was just a -- the answer

18    is no.

19         Q     (BY MR. STIMPSON)  Um-hum.

20         A     It was just a comparison of -- it was

21    third-party data that was compiled into a single

22    report.

23         Q     Okay.  And what was the comparison, then,

24    in those reports?

25         A     So there was no overt comparison.  There

Attorneys' Eyes Only

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2    wasn't a means to compare doctors, other than we

3    provided third-party data on each physician.

4               So, for example, if someone is looking at

5    an orthopedic surgeon, that one physician may have

6    board certification, another may not.  So as we

7    present all of the elements for each of those

8    physicians that were available, via these third-party

9    sources, that could be a means by which consumers

10   could compare.  And that was the reason behind the

11   name.

12              But there wasn't an overt comparison

13   mechanism in those reports.

14      Q     Did you ever see a comparative physician

15   report that did have comparison ratings of healthcare

16   providers?

17              MR. VAZQUEZ:  Form.

18      A     We -- per my prior comments, we were

19   sensitive to introducing anything in the way of

20   physician ratings to consumers because of the risk to

21   the business.  We didn't do that until much later.

22      Q     (BY MR. STIMPSON)  Okay.

23      A     That report, that was kind of, you know,

24   the 2004, 2005 timeframe, and we didn't introduce

25   those physician ratings until -- it would have been

Page 98

```
 1           CONFIDENTIAL - ATTORNEYS EYES ONLY

 2    much later.  It would have been 2006-ish.  It may be

 3    even early 2007 because of the risk that it posed to

 4    our business.

 5         Q     Did you disclose -- are you aware of

 6    comparative physician reports that were offered on

 7    that physician consumer site that had ratings of

 8    healthcare providers?

 9              MR. VAZQUEZ:  Form.

10         A     Was I aware -- I'm sorry, do you mind

11    repeating?

12         Q     (BY MR. STIMPSON)  Were you aware of

13    comparative physician reports that included ratings

14    of healthcare providers that were offered on the

15    physician consumer site?

16         A     No.

17         Q     Have you ever seen a Comparative Physician

18    Report that has consumer ratings?  I mean comparison

19    ratings?

20         A     Have I ever seen one?

21         Q     Yes.

22              MR. VAZQUEZ:  Form.

23         A     That has?  At any point in time?

24         Q     (BY MR. STIMPSON)  Yes.

25         A     Yeah, our website today is a version of
```

Attorneys' Eyes Only

Page 99

1           CONFIDENTIAL - ATTORNEYS EYES ONLY

2    that.

3           Q     How about before 2006, did you ever see a

4    Comparative Physician Report that had healthcare

5    provider ratings?

6           A     No.

7           Q     Let me show you what has been marked

8    previously.  Let me show you what has been previously

9    marked as Exhibit 21.  If you would identify that for

10   me, please.

11          A     Do you want me to go through every page?

12          Q     You don't have to.  I'll point you to

13   specific pages.

14          A     Okay.

15          Q     The cover e-mail, this is an e-mail from

16   yourself to Scott Montroy on April 17, 2003, correct?

17   That's the bottom part.

18          A     That's what I'm looking at.

19          Q     And then Mr. Montroy responds to you the

20   same day, copying Dave Hicks, correct?

21          A     Okay, yes.

22          Q     And the subject is a sample report?

23          A     Right.

24          Q     And you're asking Mr. Montroy to forward

25   you a sample doctor report?

Attorneys' Eyes Only

Page 102

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     Q     (BY MR. STIMPSON)  Sure.

3     A     The section is labeled Hospitals.

4           When considering a physician, find out the

5     hospitals to which she or he may admit patients.  If

6     receiving care at a particular hospital is important

7     to you, make sure that the physician you are

8     considering can admit to that hospital.  Also, check

9     the hospital affiliations of any specialist to whom

10    you may refer.  Are these physicians affiliated with

11    a quality hospital?

12          The ratings that you see there are

13    hospital ratings where that physician has privileges.

14    They are not physician ratings.

15    Q     Okay.  Are they comparison ratings of

16    healthcare providers?

17          MR. VAZQUEZ:  Form.

18    A     They are ratings of hospitals.

19    Q     (BY MR. STIMPSON)  Is a hospital a

20    healthcare provider?

21          MR. VAZQUEZ:  Form.

22    A     By some definitions they are absolutely a

23    healthcare provider.

24    Q     (BY MR. STIMPSON)  So is this the form --

25    after you've looked through this Comparative

Attorneys' Eyes Only

Page 103

1                CONFIDENTIAL - ATTORNEYS EYES ONLY

2     Physician Report, is this the form of the first

3     Comparative Physician Report that was launched on the

4     Health Grades website?

5                    MR. VAZQUEZ:  Form.

6          A     No.  No, we couldn't come close to

7     introducing this level of detail to consumers.  The

8     data just wasn't available.

9          Q     (BY MR. STIMPSON)  Okay.  What I'm asking

10    you about, though, is on the physician consumer site.

11    How about on the physician consumer site?

12                    Actually, let me back up.  Do you know

13    what the physician consumer site is?

14         A     I think you're referencing, just for

15    clarification, the site that could be accessed by

16    physicians?

17         Q     Okay.

18         A     Is that what you're asking me about?

19         Q     Whatever you refer to as the physician

20    consumer site.  Let me just show what -- this might

21    help, what's been marked as Exhibit 20, and read

22    that, and then we'll talk about the physician

23    consumer site?

24                    MR. VAZQUEZ:  Sorry, Scott, read that and

25    what?

Attorneys' Eyes Only

Page 104

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2               MR. STIMPSON:  And then we'll talk about

3     the physician consumer site.  You'll see it's there

4     in the first paragraph.

5          A     Okay.  In that context, physician research

6     or the physician consumer site references the fact

7     that healthgrades.com, the domain, had two separate

8     experiences.  Okay.  So if you went to the

9     healthgrades.com home page, that was not a consumer

10    site.

11         Q     (BY MR. STIMPSON)  It was not the

12    physician consumer site?

13         A     It was not the physician or consumer site.

14         Q     Okay.

15         A     It was not intended for consumption by

16    consumers.

17         Q     Okay.

18         A     There was a subdirectory on

19    healthgrades.com that became the physician consumer

20    site.  That's what's referenced here.  Had you

21    visited the healthgrades.com home page, at that point

22    in time you would have received just information

23    specific to our hospital quality program.

24               And it was intended for a -- it was a B to

25    B site.  It was intended for consumption only by

Page 105

1            CONFIDENTIAL - ATTORNEYS EYES ONLY

2    healthcare professionals.

3        Q     That's the physician consumer site?

4        A     No.

5        Q     What was the physician consumer site,

6    though?  I'm not sure I understand.

7        A     It was a site that was developed to

8    introduce this provider content, physician content,

9    and hospital content to consumers.

10       Q     Okay.  So that existed as of the time in

11   2003, March 2003?

12       A     According to this e-mail, yes.  It would

13   have been in very much a beta stage at that point.

14       Q     Okay.  That's all right.  But I mean, I'm

15   just trying to figure out -- so consumers, or whoever

16   you're beta testing, did you have an area that was

17   beta testing, or was it just -- what was your beta

18   testing?

19            MR. VAZQUEZ:  Form.

20       A     We used to set up -- I'm not sure I

21   understand the question.

22       Q     (BY MR. STIMPSON)  What was your beta

23   testing?

24       A     Well, we used to set up a controlled

25   environment where access was limited to whoever we

Attorneys' Eyes Only

Page 106

                    CONFIDENTIAL - ATTORNEYS EYES ONLY

 1
 2    wanted to make the content available to.  So very
 3    typical of anything that we might do.  Again, it's
 4    just the way a website is managed and run.
 5         Q     Do you know what the limitations were on
 6    access for the physician consumer site for the beta
 7    testing?
 8                    MR. VAZQUEZ:  Form.
 9                    MR. STIMPSON:  Actually, back up a little
10    bit.  Maybe I just need to ask another question.
11    Withdraw that one.
12         Q     (BY MR. STIMPSON)  I think you testified
13    earlier you're not sure whether there was beta
14    testing on that Physician Research Comparison Report,
15    right?
16         A     I think I said typically that beta testing
17    is introduced for any significant new offering.  So
18    what I said is I couldn't verify that there was a
19    beta site, but I would suspect there had been a beta
20    or test environment to determine what worked, what
21    made sense, whether or not we could render the
22    reports, that kind of stuff.
23         Q     Can you tell me anything about that beta
24    testing for the Physician Research Comparison Report?
25         A     I cannot speak.  I just cannot recall the

Page 107

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2    specifics.  I can't even recall for certain what the

3    circumstances were associated with the beta.

4         Q     Did you -- can you tell me what the

5    Physician Research Comparison Report had in the beta

6    testing?

7         A     It was some form of the compilation of

8    third-party data for physicians.  We're talking about

9    the Physician -- again, just the Physician Comparison

10   Report?

11        Q     Physician Research Comparison Report.

12        A     It was the compilation of third-party data

13   presented in a single report for multiple physicians.

14        Q     Okay.

15        A     But I would add there was no juxtaposition

16   of physicians, so that kind of a line-by-line

17   comparison could be made.

18        Q     Where would I see that?  Is there a

19   Physician Research Comparison Report from the time

20   that we could find?

21        A     There was one that I looked at in

22   preparation that provided the same kind of

23   information that I'm describing here.

24        Q     Can you tell me what document that is?  I

25   need to see that, please.

Attorneys' Eyes Only

                                                              Page 108

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2                    MR. VAZQUEZ:  Well, it's been produced,

3        Scott.

4                    MR. STIMPSON:  I know, but I need to know

5        what it is.

6                    MR. VAZQUEZ:  See if it's literally

7        Physician Research Comparison Report, right?

8                    MR. STIMPSON:  Whatever Mr. Neal looked at

9        in preparation for his 30(b)(6).

10            A     I think that version was like the 2004.

11                   MR. VAZQUEZ:  Scott, do you have HG 32036,

12       and that was an e-mail that had five reports

13       attached?

14                   MR. STIMPSON:  Maybe I do actually.  Yeah,

15       here it is, Exhibit 8.

16                   MR. VAZQUEZ:  That has -- I don't want to

17       waive the work product objection, but I can tell

18       you --

19                   MR. STIMPSON:  No, no.

20                   MR. VAZQUEZ:  -- that in preparation for

21       this deposition, these documents were reviewed.

22            Q     (BY MR. STIMPSON)  Let me show you what

23       has been marked previously as Exhibit 8, Mr. Neal.

24            A     Okay.

25            Q     Does this document contain the Physician

Attorneys' Eyes Only

Page 116

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2               THE DEPONENT:  Okay.

3               MR. VAZQUEZ:  To the extent you can answer

4     Mr. Stimpson's questions without making those

5     disclosures, I just ask for your best to do so.

6          A     We have discussed it.

7          Q     (BY MR. STIMPSON)  Right.  But I'm asking

8     did you do anything -- I'm just asking you factually,

9     did you do anything to determine whether or not this

10    Physician Quality Comparison Report from 2004

11    included information that was received from

12    healthcare providers?

13         A     I reviewed hundreds of pages of content.

14    And I can't distinguish between what did or did not

15    contain certain elements and what occurred on which

16    dates.

17              So I can tell you that I absolutely did

18    review this report in preparation for this.  I would

19    need to look through it again to ensure that it

20    doesn't contain -- I don't -- my recollection is this

21    report did not contain any physician provided

22    information.

23              It was only the third-party data that we

24    had available to us that we're using to compile these

25    reports at that point in December of 2004.

Attorneys' Eyes Only

Page 117

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2       Q     When did Health Grades start receiving

3    information from healthcare providers?

4       A     There should be some reference in e-mails

5    to when we introduced a POS system.  And that's when

6    we started gathering information from providers.

7            So provider information that was sourced

8    from providers or their office managers, so the date

9    would be specific to that.

10           But even after we started gathering that

11   information, we didn't introduce that into reports

12   because we didn't have a mechanism to -- you talked

13   about validation earlier to validate and regulate

14   what might be presented.  So what was being input

15   into those reports, that was also part of the

16   consideration.

17      Q     So can you tell me, Mr. Neal, when did the

18   Physician Quality Comparison Report start to include

19   information from healthcare providers?

20      A     I don't know.  I don't know for certain

21   that this report ever did include information

22   provided by the providers themselves or their office

23   managers.

24      Q     So you don't know if the Physician Quality

25   Comparison Reports ever included information from

Page 118

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2      healthcare providers?

3           A     I don't recall having done that.  The

4      intent and the origin of this report was to compile

5      that third-party data and present it in this form of

6      report.

7           Q     Right.  But one of the issues I'm

8      struggling with here, Mr. Neal, is, and it's an

9      element in one of the patent claims, I have no reason

10     to hide that from you, is we're trying to find out

11     whether these reports contained information at any

12     time prior to August 2006, if it contained

13     information that was received from healthcare

14     providers?

15          A     That's not my recollection.  They did not,

16     based on what I recall.

17          Q     So your testimony here, as the 30(b)(6)

18     witness for Health Grades, is that these reports

19     never included healthcare provider information?

20          A     The physician --

21                MR. VAZQUEZ:  Wait, object to form.  That

22     misstates his testimony.

23          A     I didn't say that for certain.

24          Q     (BY MR. STIMPSON)  Okay.  So you just

25     don't know?

Attorneys' Eyes Only

Page 119

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2          A     I don't recall when we introduced that

3     physician provided information to consumers on the

4     website.  That's the distinction.

5          Q     So I mean, just so I'm perfectly clear

6     here, as we sit here today, you can't tell me whether

7     or when physician quality comparison reports included

8     information received from healthcare providers,

9     correct?

10          A     I'm unsure of the date, or whether this

11     form of report ever included that information.

12          Q     Okay.  This report includes specialty

13     information, correct?

14          A     It does.

15          Q     It includes medical philosophy?

16          A     Where is the medical philosophy?

17          Q     Actually, let's just go through the

18     report.  It would be easier.

19          A     Okay.

20          Q     So, information about the specialties is

21     provided in Section 1, right?

22          A     Yep.

23          Q     Information about education and training

24     is provided in Section 2, correct?

25          A     Yes.

Attorneys' Eyes Only

Page 120

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      Q    The report also contains information on

3   gender, right?

4      A    What page?  I'm sure it does but --

5      Q    Page 32075.

6      A    All right.

7          MR. VAZQUEZ:  The question is whether it

8   contains information on gender?

9          MR. STIMPSON:  Yes.

10      A    This report does.

11      Q    (BY MR. STIMPSON)  As we sit here today,

12   you can't tell me whether or not that information

13   came from healthcare providers, right?

14      A    No, that was third-party data.

15      Q    Okay.

16      A    The gender of the physicians.

17      Q    Okay.  And did the --

18      A    We still get third-party data from

19   vendors, the gender information.

20      Q    So gender information, Health Grades has

21   never received gender information from healthcare

22   providers?

23          MR. VAZQUEZ:  Form.

24      A    When we affiliate, so that program I

25   described earlier, Patient Direct Connect, and even

Attorneys' Eyes Only

Page 124

1             CONFIDENTIAL - ATTORNEYS EYES ONLY

2     introduced the POS system, which is a physician

3     online services, right?

4          A     Yes.

5          Q     And do you know what that date was?

6          A     I don't recall the exact date.

7          Q     Do you know if it was in 2005?

8          A     I do not recall the exact date.

9          Q     So whenever that was, at that stage,

10    physicians could get on and change some data about

11    themselves, right?

12         A     They could within our POS system, is the

13    acronym.

14         Q     Right.

15         A     Yeah.

16         Q     And that included things like gender,

17    specialty information, correct?

18         A     They could within that system.  But what

19    didn't happen for a very long time, and I don't know

20    the exact amount of time, that system was not

21    integrated with the reports that we displayed on our

22    website.

23              So for a period of time we were just

24    capturing the information.  We weren't displaying it

25    directly into reports because we didn't have a

Attorneys' Eyes Only

Page 125

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      mechanism.  We had to build an infrastructure to go

3      in and review and validate that data.

4          Q      So when was the time when that system

5      started being integrated with your reports so that

6      they contained information of healthcare providers?

7          A      I don't know the exact date.

8          Q      Can you say it was in 2005?

9          A      You said that the POS system went into

10     operation in 2005?

11         Q      I didn't say that.  I'm asking you.  I

12     don't know --

13         A      I don't recall the exact day.

14         Q      So as we sit here today, you can't tell me

15     whether or not that POS system was integrated so the

16     information made it into the reports in 2005?

17         A      I cannot confirm that.

18         Q      Okay.  This report also contains age

19     information, right?  We're again looking at the

20     Physician Quality Comparison Report on Health Grades

21     32062.

22         A      Do you want to turn to the page?  I'm sure

23     it does.

24         Q      If you can just look through and find it,

25     please.

Attorneys' Eyes Only

Page 126

CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2     A     Okay.  What page is that?  It says

3   standard third-party data delivery.  You may have

4   been confused.  I think it's years in practice you're

5   referring to.

6     Q     All right.  So years in profession is in

7   here?

8     A     It is.

9     Q     Okay.  And years in practice?

10    A     I think that's the same thing.

11    Q     How about awards, are those in here?

12          MR. VAZQUEZ:  Well, I thought we weren't

13   going to flip through this.

14    Q     (BY MR. STIMPSON)  Are awards in here?

15          MR. VAZQUEZ:  Take your time to look

16   through and find it.  Don't speculate.

17    A     I believe -- hospital quality awards are

18   actually in here.  I'm looking at 32073, and there

19   are hospital quality awards.

20    Q     How about professional appointments, are

21   these in here?

22    A     By definition, as I've gone through this,

23   I have not seen that term or phrase.  Is it in here?

24    Q     We may see it.  Anyway, we've at least

25   found -- let's just say we've at least found gender,

Attorneys' Eyes Only

Page 127

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      years in profession and years in practice, and

3      specialty information in this report, right?

4          A     Yes.

5          Q     Okay.  How about languages, is that in

6      here?

7          A     I'm not seeing it.  If it is, if you could

8      point it out to me.

9          Q     All right.  So anyway, going back and you

10     can start at the beginning of the report again, and

11     after receiving your request for the healthcare

12     provider, Health Grades would compile at least

13     patient provided information regarding the first

14     healthcare provider; is that right?

15              MR. VAZQUEZ:  Form.

16         A     I apologize.  I need to get you --

17         Q     (BY MR. STIMPSON)  Let me back up a little

18     bit.  When did Health Grades start collecting patient

19     provided information?

20         A     It was -- I don't know for certain.  It

21     was in the 2006 timeframe, I believe.

22         Q     Okay.

23         A     2006 to 2007.

24         Q     Okay.  Is that the first time it did that

25     even with beta testing in pilot programs?

Attorneys' Eyes Only

Page 128

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2              MR. VAZQUEZ:  Form.

3      A     I just recall 2006 to 2007.

4      Q     (BY MR. STIMPSON)  Okay.

5      A     I can't speak to beta specifics.

6      Q     All right.  In this report, this Physician

7   Quality Comparison Report, it included information

8   from third parties, including board certification,

9   right?

10     A     Yes.

11     Q     And medical school?

12     A     I believe so.

13     Q     And licensure?

14     A     Let me go through the elements that you're

15  speaking to.  I don't recall licensure being listed

16  separately, but --

17     Q     32067.

18     A     Okay.  Got it.

19     Q     Disciplinary information?

20     A     That was incorporated as available.

21     Q     Okay.  And medical school?

22     A     Yes, as available.

23     Q     And medical internship?  32064.

24     A     Okay.  Yes.

25     Q     And medical residency?

Attorneys' Eyes Only

Page 150

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      Q     Okay.  So under that definition, and now

3   your definition, Mr. Neal, right, the one that you

4   signed the application attesting that you read the

5   application and understood it.

6      A     Um-hum.

7      Q     Under your definition of hospitals being

8   healthcare providers --

9      A     Right.

10     Q     -- isn't it correct, sir, that in 2004,

11  the Physician Quality Comparison Report contained

12  comparison ratings of healthcare providers?

13          MR. VAZQUEZ:  Same objections that I made

14  to this question before.

15          If you can answer.

16     A     Yeah, the comparison ratings is not an

17  accurate depiction of what that data for hospitals

18  represents.

19     Q     (BY MR. STIMPSON)  Mr. Neal, let's look at

20  this page, okay?

21     A     Yeah.

22     Q     Okay.  32073.  Are you with me?

23     A     Give me just a second.

24          MR. VAZQUEZ:  Take whatever time you need

25  to look at that, Mr. Neal.

Attorneys' Eyes Only

Page 151

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2          Q      (BY MR. STIMPSON)  Are you with me,

3     Mr. Neal?

4          A      I am.

5          Q      Okay.  This 2004 Physician Quality

6     Comparison Report shows ratings of hospitals,

7     correct?

8          A      It does.

9          Q      It shows ratings of multiple hospitals,

10    correct?

11         A      It does not show a hospital rating.  It

12    shows how they performed by cohort or service line.

13    So they are not hospital ratings.

14         Q      Do you see above the table where it says,

15    What are the ratings for hospitals in my area?

16               Do you see that?  Do you see that, sir?

17         A      Yes.

18         Q      And that's language that's right in this

19    Physician Quality Comparison Report, right?

20         A      It is.

21         Q      And so ratings are provided for multiple

22    hospitals in this report, correct?

23         A      The rating is not assigned to the

24    hospital.  It's assigned to the service lines that

25    are parts of that hospital.  It's an important

Page 152

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     distinction.

3          Q     Okay.  So the ratings are assigned to

4     parts of hospitals, correct?

5          A     They are.

6          Q     And under your own definition, founding

7     your own patent of '060, right, you said that

8     hospitals were healthcare providers, correct?

9                MR. VAZQUEZ:  Form.

10         A     Based on, yes, the abstract definition.

11         Q     (BY MR. STIMPSON)  Right.  And any user

12    looking at this Physician Quality Comparison Report

13    could compare ratings on these parts of hospitals

14    from this Physician Quality Comparison Report in

15    2004, correct?

16         A     I'm not sure what interpretation the

17    consumer might make, but there's not a means by which

18    to compare facilities and make a choice.  You can

19    choose my service line and evaluate, but there is no

20    method of comparison in there.

21         Q     So you're telling me that a user of this

22    Physician Quality Comparison Report could not look at

23    the Central Baptist Hospital and say, cardiac has a

24    three-star rating and then -- let me just find one

25    word here.

Page 156

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2       A     That's correct.

3       Q     And you also knew that that report could

4    be created using this information that we just talked

5    about that came from third parties, right?

6       A     Yes.

7       Q     And you also knew that the report would

8    also be made available to the consumer over the

9    website, right?

10      A     Yes.

11      Q     So, Mr. Neal, the physician quality

12   comparison reports for 2004 had numerous of the claim

13   elements from your '060 patent, right?

14            MR. VAZQUEZ:  Form.  And, again, calls for

15   expert testimony.  He's not an attorney.

16            To the extent you can answer it, go ahead.

17      A     I would have to defer to counsel on that

18   one.

19      Q     (BY MR. STIMPSON)  So you're not going to

20   answer that question?

21      A     No.

22            MR. STIMPSON:  Did he say no?

23      A     I'm going to say I would defer to counsel.

24      Q     (BY MR. STIMPSON)  Okay.  But my question

25   is, are you refusing to answer that question?

Attorneys' Eyes Only

Page 157

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     A     I'm not qualified to answer that question.

3     Q     So are you refusing to answer it?

4     A     That's my answer.

5     Q     Okay.  So let's look at -- when did Health

6  Grades start collecting patient provided information?

7     A     Patient provided information, from my

8  prior comments, the 2006 to 2007 timeframe is my

9  recollection.  If you have any documents that suggest

10  otherwise, I would love to see them.  I don't know

11  exactly.

12          MR. STIMPSON:  25.

13     Q     (BY MR. STIMPSON)  Let me show you what

14  has been marked as Exhibit 25.  This is an e-mail

15  from Dave Hicks to a bunch of people, including

16  yourself.

17     A     Okay.

18     Q     Do you agree?

19          MR. VAZQUEZ:  Can you give him a chance

20  just to read it?

21          MR. STIMPSON:  Yeah, sure.

22          MR. VAZQUEZ:  When you're done and ready

23  to answer the question, just let him know.

24     A     Okay.

25     Q     (BY MR. STIMPSON)  This is an e-mail from

Attorneys' Eyes Only

Page 158

1           CONFIDENTIAL - ATTORNEYS EYES ONLY

2     Mr. Hicks to several people, including yourself, on

3     February 4, 2004, correct?

4           A      Yeah, that's what this document is.

5           Q      And these e-mails are created and kept in

6     the ordinary course of Health Grades' business,

7     correct?

8           A      Yes, I believe so.

9           Q      And so as of this time, 2004, Health

10    Grades had already collected answers to patient

11    satisfaction surveys, correct?

12          A      Based on this document, I would say yes.

13          Q      So it wasn't 2006, 2007 like you

14    testified; it was actually early 2004?

15          A      I think my --

16                 MR. VAZQUEZ:  Form.  Misstates the

17    testimony.

18          A      Yeah, I said I thought it was 2006, 2007,

19    but I wasn't sure.

20          Q      (BY MR. STIMPSON)  Okay.  Actually it was

21    1999, right?

22                 MR. VAZQUEZ:  Form.  What is 1999?

23          Q      (BY MR. STIMPSON)  Read number 1 there,

24    Mr. Neal.

25                 MR. VAZQUEZ:  Again, form.  I don't even

Attorneys' Eyes Only

Page 168

```
 1          CONFIDENTIAL - ATTORNEYS EYES ONLY
 2    from Dave Hicks to Steve Wood at JDPA.com.  And
 3    included in this, you're included in some of these
 4    e-mails as a copy holder, right?
 5          A     I see one area where I was included, one
 6    e-mail.
 7          Q     This is an e-mail prepared and kept in the
 8    ordinary course of business at Health Grades, right?
 9          A     I believe so.
10          Q     Let me show you what's been marked as
11    Exhibit 29, please.
12                MR. VAZQUEZ:  We're now re-marking this as
13    an exhibit for his?
14                MR. STIMPSON:  Did we mark this already?
15                MR. VAZQUEZ:  It's Exhibit 29.
16                MR. STIMPSON:  Yeah, it was 47.
17                MR. LEE:  That one was --
18                MR. VAZQUEZ:  My question is simply when
19    you give me an exhibit that has been marked before,
20    are we re-marking it as an exhibit for his
21    deposition?
22                MR. STIMPSON:  No.
23                MR. VAZQUEZ:  Okay.
24          Q     (BY MR. STIMPSON)  This is an
25    August 16, 2004 e-mail from Dave Hicks to yourself.
```

Attorneys' Eyes Only

Page 169

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2       A     Um-hum.

3       Q     Well, to Health Grades senior management

4    copied to you, correct?

5       A     Yes.

6       Q     Okay.  And this is also about the new

7    patient experience surveys, right?

8       A     Yes.

9       Q     Okay.  And attached is a patient

10   experience timeline.

11            Do you see that, Mr. Neal?

12      A     I do.

13      Q     And you can tell from the timeline that

14   they were intending to build results display,

15   application, and database as of the end of

16   September 2004, correct?

17      A     That's what this document suggests.

18      Q     Okay.  And then also to e-mail all report

19   purchasers about it as of this October 15, 2004,

20   correct?

21      A     That's what it says.

22      Q     Do you have any reason to believe that

23   these timelines were not met?

24      A     No.

25      Q     Is there a difference between patient

Attorneys' Eyes Only

Page 170

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     experience survey and patient satisfaction surveys?

3          A     I think most people would assume they are

4     very similar, one and the same.

5          Q     I mean, within Health Grades, was there a

6     difference between the two?

7          A     There is a difference.  The distinction is

8     that experience, while still subjective, takes into

9     account different measures; for example, how long you

10    might have had to wait in a physician office, whereas

11    experience might be more oriented to how do you feel

12    about a doctor.

13              So there is -- there actually is a

14    distinction.

15         Q     They're both ratings of sorts, though,

16    right?

17              MR. VAZQUEZ:  Form.

18         A     I wouldn't call just the survey itself a

19    rating.

20         Q     (BY MR. STIMPSON)  Do you know how the

21    consumers, the patients, responded to this survey?

22    Was it they had a number of things they could check,

23    1, 2, 3, 4, 5 or -- right?

24              MR. VAZQUEZ:  Form.

25         A     There are different mechanisms you can use

Page 171

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     to capture their responses, but that's one that you

3     described.

4          Q    (BY MR. STIMPSON)  And that's one that

5     Health Grades was using in 2004 and 2005?

6          A    We used -- we used a form of that type of

7     response.  I'm not sure exactly -- I don't know if it

8     was numbered or what exactly the form was.

9               MR. VAZQUEZ:  Do you intend to break for

10    lunch, Mr. Stimpson?

11              MR. STIMPSON:  Yeah, whenever you guys are

12    ready, we can break.

13              MR. VAZQUEZ:  Let me ask, we can order

14    or --

15              MR. STIMPSON:  Probably just go out.

16    Probably just go out.

17              MR. VAZQUEZ:  Just go out and do our own

18    thing?

19              MR. STIMPSON:  Yeah, I think so.

20              MR. VAZQUEZ:  Okay.  So whenever you want.

21    I just thought I would bring it up because if you

22    were going to order, it's going to take some time.

23              MR. STIMPSON:  Yeah, okay.

24         Q    (BY MR. STIMPSON)  Do you know if e-mails

25    went out to report purchasers about the patient

Attorneys' Eyes Only

Page 172

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2    experience surveys?

3         A     They wouldn't have in this timeframe, to

4    my recollection, because of the risks it posed to the

5    business.

6         Q     So you're guessing that they did not go

7    out?

8               MR. VAZQUEZ:  Form.

9         A     Based on what I recall, I do not believe

10   that they went out.

11        Q     (BY MR. STIMPSON)  Okay.  Why would that

12   risk -- why would that create a risk to the

13   business -- what this was referring to, as I

14   understand it, and correct me if I'm wrong, you were

15   copied on this in 2004, but the e-mails to the report

16   purchasers are just telling them that the surveys

17   were available for them to take, right?

18               MR. VAZQUEZ:  Form.

19        A     Yeah.  See, there are two things that

20   could have been e-mailed.  One was just a

21   notification that, hey, you can complete this patient

22   experience.  And that's what this references.

23        Q     (BY MR. STIMPSON)  Okay.  And why would

24   that hurt your business, sending out that e-mail?

25        A     Just the intent to at some point in a

Attorneys' Eyes Only

Page 173

```
 1            CONFIDENTIAL - ATTORNEYS EYES ONLY
 2      future period display that information in that
 3      content was deemed to be a risk to our business.  If
 4      our clients found out that we were gathering that
 5      information with some future intent, that was the
 6      risk that we were considering or contemplating.
 7           Q    Okay.  All right.  We'll get to other
 8      documents to talk about that a little bit later.
 9           A    Okay.
10           MR. STIMPSON:  Can I get this one here,
11      please?  Actually, David, I've changed my mind.  I
12      want that one.
13           MR. LEE:  Exhibit 48.
14           (Exhibit 48 marked.)
15           Q    (BY MR. STIMPSON)  We have marked a
16      multipage document as Exhibit 48 Health Grades
17      0209008 through 0209010.
18           Take a second to look at this, please,
19      Mr. Neal.
20           A    Okay.
21           Q    So this is a November 11, 2004 e-mail from
22      Scott Montroy to various people, including yourself,
23      correct?
24           A    It is.
25           Q    Prepared and kept in the ordinary course
```

Attorneys' Eyes Only

Page 174

1        CONFIDENTIAL - ATTORNEYS EYES ONLY

2    of business?

3        A    It looks like it.

4        Q    Okay.  And what Mr. Montroy is doing is

5    sending out a report on the new patient experience

6    data, correct?

7        A    It would appear so.

8        Q    So this, in fact, confirms that, in fact,

9    Health Grades was collecting experience patient data

10   in late 2004, correct?

11       A    Yeah.  So it's after the date that was in

12   that table.

13       Q    Let me put that back in front of you,

14   Exhibit 21.  So it's about a month after when they

15   said when they were going to send out the e-mails

16   to --

17       A    Yeah, I see that.

18       Q    Right?

19       A    Um-hum.

20       Q    So do you want to change your testimony,

21   Mr. Neal, about whether or not those e-mails went

22   out?

23       A    No, I said they came out sometime after.

24       Q    Okay.  So am I correct, then, as of late

25   2004, e-mails had gone out to report purchasers about

Attorneys' Eyes Only

Page 175

1           CONFIDENTIAL - ATTORNEYS EYES ONLY

2      the surveys on the Health Grades website?

3           A     Based on this e-mail, it looks like it

4      did.

5           Q     And you're referring to, is it 49?

6      Exhibit number.

7           A     This is 48.

8           Q     48, okay.  And those e-mails would tell

9      these report purchasers that there is a survey on our

10     website you can complete, and by completing the

11     survey you're agreeing that Health Grades can use

12     them in its results, correct?

13              MR. VAZQUEZ:  Form.

14          A     I don't know if I recall exactly, but I

15     don't believe there was a place on the

16     consumer-facing website where they could complete

17     these surveys.  It was only via secure e-mail access

18     that they could go in and complete these surveys.

19              So via this confirmed e-mail address, it

20     was a request to complete a survey.  I believe that's

21     what the table lays out as creating that process.

22          Q     (BY MR. STIMPSON)  Okay.  When did the

23     availability to survey go online at healthgrades.com?

24          A     I don't know the date.

25          Q     2005?

Attorneys' Eyes Only

Page 176

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      A     I don't know.

3      Q     Could have been here, 2004?

4      A     Highly unlikely.

5      Q     Why?

6      A     Because of the concerns about the revenue

7   streams to the business.

8      Q     But in any event, we can agree that in

9   late 2004, Health Grades was disclosing to the

10  public, including these e-mail recipients, that

11  Health Grades has intended to collect survey results

12  that may be displayed later on its website, correct?

13          MR. VAZQUEZ:  Form.

14     A     I think it just confirms that we're

15  collecting surveys.  It doesn't demonstrate intent.

16     Q     (BY MR. STIMPSON)  Pardon me?

17     A     I don't think it demonstrates intent.

18     Q     Well, I'm just asking you --

19     A     But that's what you said.

20     Q     Okay.  Well, let me rephrase my question,

21  then.  In late 2004, Health Grades was disclosing to

22  these e-mail recipients that it wanted to collect

23  survey data, correct?

24     A     Yes.

25     Q     Okay.  And they would also disclose to

Attorneys' Eyes Only

Page 250

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2          Q     (BY MR. STIMPSON)  I show you what has

3     been marked as Exhibit 10, Mr. Neal.

4                Have you seen this document before?

5          A     Press Release, I do recall seeing this.

6          Q     And this confirms that as of

7     August 2, 2005, Health Grades was adding physician --

8     adding physician satisfaction survey results to its

9     Physician Quality Reports, correct?

10         A     That's what the document says.

11         Q     It also confirms that detailed physician

12    and practice information from physicians themselves

13    are being added as of that date?

14         A     Yes, that's what it says.

15         Q     What was the first time, to your

16    recollection, that comparison ratings were provided

17    to the Health Grades reports?

18               MR. VAZQUEZ:  Object to form.

19         A     What's the definition of a comparison

20    rating?

21         Q     (BY MR. STIMPSON)  Well, what do you

22    understand it to be?

23         A     By my definition, a comparison rating is a

24    score or rating that's assigned to an individual

25    physician.

Veritext/NJ Reporting Company

Attorneys' Eyes Only

Page 251

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2       Q     Okay.  Using that definition, when were

3    comparison ratings first added to Health Grades'

4    reports?

5            MR. VAZQUEZ:  Form.

6       A     I don't know.

7       Q     (BY MR. STIMPSON)  Well, how would the

8    comparison ratings then differ from the physician

9    satisfaction surveys, under your definition?

10      A     The survey is just a survey.

11      Q     Okay.

12      A     We haven't assigned any type of rating or

13   score.  It's just a survey.

14      Q     Okay.  So how were they displayed in the

15   Physician Quality Reports then?

16      A     It would have just been the actual survey

17   results, a compilation of those, but there were no

18   scores assigned, and that was intentional for the

19   reasons that I mentioned previously, because it was a

20   risk to our business model.

21      Q     All right.  So as of August 2, though, we

22   have physician satisfaction surveys and detailed

23   physician and practice information from physicians in

24   the quality reports, right?

25      A     That's what this indicates.

Attorneys' Eyes Only

Page 252

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2               MR. STIMPSON:  David, could I have this,

3     please?

4          Q    (BY MR. STIMPSON)  Actually, before I get

5     to this document, let me ask you this.  The Drucker

6     report we saw in Exhibit 51, why didn't you disclose

7     that to the Patent and Trademark Office in connection

8     with the application that led to the '060 patent?

9          A    We weren't patenting the Drucker report.

10    It was unrelated to what we were patenting.

11         Q    Any other reasons?

12         A    I think that's probably a good enough

13    reason, at least in my mind.

14         Q    All right.  And how, in your mind, did

15    what you were patenting differ from the Drucker

16    report?

17         A    The Drucker report was a prototype.  It

18    was for us to try to gain an understanding and try to

19    conceptualize certain thoughts and ideas that we had.

20              But as it turns out, we ended up doing

21    things differently.  And maybe as a result of that,

22    that influenced our future ideas in the way that we

23    presented information and results and combined those

24    results on our website.

25         Q    So you said the reason you didn't disclose