# EXHIBIT P

# REDACTED

**From:** Scott Montroy
**Sent:** Friday, March 28, 2003 3:59 PM
**To:** Consumer Reports
**Cc:** Janet Burkhard; Andrea McCullough; Elaine Shulman; Deanna Dzikowski
**Subject:** Physician Comparison Report


We have launched the Physician Research Comparison Report as of 3/28/03 at apprx 2:30 p.m. The product is only being offered on the Physician Consumer Site.

The customer offer is that if a customer purchases 2 or more Physician Reports they will get the Physician Research Comparison Report for FREE (what a deal!).

*Special thanks to Tony, Mike W., and Janet for cranking out our newest report product!*

*This message contains confidential and/or legally privileged information and is intended for use only by the indicated addressee. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*



DEFENDANT'S
EXHIBIT
20

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    **HG0207307**