**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR ITS MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 37 FOR HEALTH GRADES' REPEATED EFFORTS TO CONCEAL ITS PRIOR ART**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, pursuant to D.C.COLO.LCivR 7.1 and Judge Philip A. Brimmer Practice Standards (the "Practice Standards"), respectfully submits MDx Medical, Inc.'s Unopposed Motion for Leave to Exceed Page Limitations For Its Motion For Sanctions Under Federal Rule of Civil Procedure 37 For Health Grades' Repeated Efforts To Conceal Its Prior Art.

Pursuant to D.C.COLO.LCivR 7.1(A), undersigned counsel conferred with counsel for Health Grades, Inc. ("Health Grades") regarding the relief requested herein and is authorized to state that Health Grades does not oppose the relief requested by MDx herein.

Pursuant to Section III(A) of the Practice Standards, "[a]ll motions . . . shall not exceed **fifteen pages**." MDx needs and respectfully requests leave to exceed the fifteen (15) page limit by an additional five (5) pages for a total of twenty (20) pages for its Motion For Sanctions

Under Federal Rule of Civil Procedure 37 For Health Grades' Repeated Efforts To Conceal Its Prior Art ("Motion").

Good cause exists for allowing the Motion to exceed the page limitation by five (5) pages:

1. MDx's Motion seeks sanctions against Health Grades for its litigation-long discovery abuses. To adequately explain why sanctions against Health Grades is justified, it is necessary for MDx to set forth, in detail, the lengths that Health Grades took throughout this litigation to conceal its own prior art (*e.g.*, false interrogatory responses, failing to timely produce documents, and providing unprepared Rule 30(b)(6) witnesses). As such, the Motion is fact intensive and addresses documents spanning a long time period.

2. MDx's Motion and exhibits address Health Grades' own prior art, Health Grades' false response to MDx's Interrogatories, Health Grades' failure to timely produce critical documents relating to its prior art, correspondence regarding Rule 30(b)(6) depositions of Health Grades regarding Health Grades' own prior art, and deposition testimony illustrating the unpreparedness of Health Grades' Rule 30(b)(6) designees.

3. To adequately show all of this, the Motion includes sixteen (16) exhibits comprising several of Health Grade's prior art reports, Health Grade's response to two of MDx's discovery requests, several communications between parties' counsel regarding discovery, portions of deposition transcripts of three deponents, and several deposition exhibits.

4. The additional five (5) pages are needed to adequately address all of the facts and exhibits. Two of the five pages include a half-page containing the case caption, and one and half pages containing the signature block.

5. In light of the above, MDx respectfully requests five (5) additional pages for its Motion For Sanctions Under Federal Rule of Civil Procedure 37 For Health Grades' Repeated Efforts To Conceal Its Prior Art. Health Grades does not oppose the requested relief.

Thus, for good cause shown, as discussed above, MDx respectfully requests the relief above.

Dated: December 4, 2012

Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel: (303) 244-1800
Fax: (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

3

## CERTIFICATE OF SERVICE

I hereby certify that on <u>December 4, 2012</u>, I electronically filed the foregoing MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR ITS MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 37 FOR HEALTH GRADES' REPEATED EFFORTS TO CONCEAL ITS PRIOR ART with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Gregory B. Kanan**
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

_s:/ Vincent M. Ferraro_____