IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**PROPOSED ORDER GRANTING MDX MEDICAL, INC.'S
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS
FOR ITS MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL
PROCEDURE 37 FOR HEALTH GRADES' REPEATED EFFORTS TO CONCEAL ITS
PRIOR ART**

---

This Court, having read and considered MDx Medical, Inc.'s Unopposed Motion for Leave to Exceed Page Limitations for Its Motion For Sanctions Under Federal Rule Of Civil Procedure 37 For Health Grades' Repeated Efforts To Conceal Its Prior Art [Doc. # ___, filed December 4, 2012] (the "Motion"), concludes that, good cause having been shown, the requested excess pages are appropriate; accordingly

IT IS ORDERED that the Motion is GRANTED, and Defendant MDx Medical, Inc.'s Motion For Sanctions Under Federal Rule of Civil Procedure 37 For Health Grades' Repeated Efforts To Conceal Its Prior Art [Doc. # ___] is accepted for filing.

DATED _____          BY THE COURT: _____