IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

### *UNOPPOSED* MOTION FOR LEAVE TO RE-FILE ITS REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. RICHARD G. COOPER AND FOR LEAVE TO EXCEED THE PAGE LIMITATIONS IN THE REPLY

Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Unopposed Motion for Leave to Re-File its Reply in Support of its Motion to Exclude Expert Testimony of Dr. Richard G. Cooper and for Leave to Exceed the Page Limitations in the Reply:

### CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1A

Undersigned counsel for Health Grades certifies he conferred with counsel for MDx on December 4, 2012, and that MDx does not oppose the relief requested herein.

1.    On December 3, 2012, Health Grades timely filed its Reply in Support of its Motion to Partially Exclude Expert Testimony of Dr. Richard G. Cooper Pursuant to Fed. R. Evid. 403 and 702, and *Daubert v. Merril Dow Pharms., Inc.*, 509 U.S. 579 (1993) (the "Reply") [Dkt. 419]. Concurrently with the Reply, Health Grades filed its Unopposed Motion for Leave to Exceed Page Limitations (the "Motion") [Dkt. 418]. In its Order dated December 4, 2012, the Court denied the Motion and struck the Reply [Dkt. 423].

2. The Motion states that the Reply consists of 17 pages [Dkt. 418 at ¶ 2]. In its Order [Dkt. 423], the Court correctly notes that the Reply consists of 19 pages, and not 17. Upon receipt of the Court's Order, undersigned counsel immediately set out to determine the cause of the page number discrepancy. What occurred is that the Reply was in fact 17 pages long (not including the certificate of service) when the undersigned sent it to his assistant for conversion to PDF format in anticipation of e-filing. However, the assistant then made three cosmetic changes to the Reply that increased its length by two pages. Specifically, Heading II. A was moved from the bottom of page 2 to page 3 [Dkt. 419, pp. 2-3]; a cite to paragraph 45 of Mr. Cooper's invalidity report and a quoted portion of Mr. Cooper's invalidity report were moved from the bottom third of page 5 to page 6 [Dkt. 419, pp. 5-6], and; the signature block was moved to its own stand-alone page [Dkt. 419, p. 19].

3. Further exacerbating the situation, in the Motion undersigned counsel inadvertently used the Court's 15 page limit for responses, instead of the Court's 10 page limit for replies, to determine that the Reply exceeded the page limits by two pages, instead of by nine pages. Undersigned counsel regrets this inadvertent error and that the Motion was not revised to reflect the Reply's final page number of 19 pages.

4. Health Grades respectfully requests leave to re-file the Reply [Dkt. 419] and to exceed the Court's 10 page limitation in the Reply. Good cause exists for Health Grades to exceed the page limit. MDx's opposition was 21 pages long, and included lengthy arguments regarding claim construction and how the Court's constructions were purportedly used by Dr. Cooper in forming his opinions, and also regarding validity, obviousness and inequitable conduct. To adequately respond to these arguments requires Health Grades to cite extensively to

-2-

Dr. Cooper's report and to MDx's opposition, to cite and discuss applicable case law and make corresponding arguments, and to cite and discuss relevant deposition testimony. [Dkt. 419 at pp. 3-18]. In the Reply Health Grades also includes diagrams and portions of materials in the record, which consume significant space and contribute to the excess pages. [Dkt. 419 at pp. 9, 10, 13, 15 and 16.] Thus Health Grades respectfully requests the Court allow it to exceed the page limitation by nine pages in its Reply.

5. MDx does not oppose Health Grades' requests to exceed the page limits and to re-file its Reply. Health Grades timely filed its Reply, and no prejudice will result to the parties by granting Health Grades permission to exceed the page limits and by allowing it to re-file its Reply. The Reply (and associated exhibits) are being concurrently re-filed herewith.

WHEREFORE, Health Grades respectfully requests the Court grant its Motion for Leave to Re-File its Reply and for Leave to Exceed the Page Limitations, and accept Health Grades' Reply and associated exhibits, filed concurrently herewith.

Respectfully submitted this 4th day of December, 2012.

                ROTHGERBER JOHNSON & LYONS LLP

                *s/ Jesús M. Vázquez*
                Gregory B. Kanan, Esq.
                Kris J. Kostolansky, Esq.
                Jesús M. Vázquez, Jr., Esq.
                1200 17th Street, Suite 3000
                Denver, Colorado  80202
                Tel:  (303) 623-9000
                Fax:  (303) 623-9222
                Email: gkanan@rothgerber.com
                          kkosto@rothgerber.com
                          jvazquez@rothgerber.com

                *Attorneys for Plaintiff Health Grades, Inc.*

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2012, I electronically filed the foregoing *UNOPPOSED* **MOTION FOR LEAVE TO RE-FILE ITS REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. RICHARD G. COOPER AND FOR LEAVE TO EXCEED THE PAGE LIMITATIONS IN THE REPLY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Scott Murray
David Chunyi Lee
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email:  sstimpson@sillscummis.com
Email:  smurray@sillscummis.com
Email:  dlee@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email:  ridley@wtotrial.com

*s/ Jesús M. Vázquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email:  gkanan@rothgerber.com
            kkostolansky@rothgerber.com
            jvazquez@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*