**From:** Scott D. Stimpson [sstimpson@sillscummis.com]
**Sent:** Tuesday, November 20, 2012 2:43 PM
**To:** Vazquez, Jesus
**Cc:** Scott Murray; David C. Lee; Vincent M. Ferraro; Kostolansky, Kris J.; Kanan, Greg
**Subject:** HG confidentiality of deposition transcripts

Jesus:

We have discussed our planned motion to confirm that HG has lost confidentiality in all deposition transcripts, and upon further review of the protective order we believe it should be HG's burden to file a motion. Please consider this our formal notice of objection under Section Section 10, to HG's attempt to globally designate confidentiality in deposition transcripts as AEO. In our view, HG's failure to comply with the protective order has now precluded any confidentiality designations by HG.
I also understand that you are currently conferring with Scott Murray regarding motions to restrict that involve deposition transcripts and exhibits. In light of this notice and, therefore, HG's burden to file a motion regarding its purported designations of the transcripts and deposition exhibits, MDx is willing to agree that access to such transcript testimony and deposition exhibits at issue in Dkt. #s 368, 369, 371, 372 and 375 should remain restricted until the resolution of HG's motion.

Scott

**Sills Cummis & Gross P.C.**
website | bio | v-Card | email
**Scott D. Stimpson**
Member of the Firm

New York | Map   d (212) 500-1550   f (212) 643-6500   30 Rockefeller Plaza   New York, NY 10112

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.



EXHIBIT
A

12/4/2012