| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Friday, November 16, 2012 11:47 AM |
| **To:** | David C. Lee |
| **Cc:** | 'Scott D. Stimpson'; Scott Murray |
| **Subject:** | Further conferral re MDX challenge to designations |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

David,

With respect to the deposition transcripts of John Neal, Allen Dodge and Scott Montroy, below please find the pages and line numbers for each that we believe merit the Highly Confidential designations. We will agree to withdraw the Highly Confidential designations for the David Hicks and Brian Blackman depositions in their entirety.

Allen Dodge:

At page 157, lines 15 - 18, Mr. Dodge requested reassurance that his testimony re "the business, revenues, etc." would remain Attorney's Eyes Only. The portions of his testimony listed below that we want to have designated as Highly Confidential are in accordance with that request.

150:9 - 158.10  Revenues
230:15 - 23  Internal business, HG acquisitions
231:9 - 232:11  Acquisitions, business model
232:17 - 238:21  Revenues
259:11 - 260:22  Acquisitions
262:8 - 264:12  Revenues
265:6 - 269:6  Revenues
269:14 - 272:8  Licensing, revenues
282:21 - 284:15  Profit margins, pricing
288:5 - 18  Acquisitions, pricing
289:21 - 291:11  Pricing
296:24 - 297:19  Ownership interest
299:13 - 25  Acquisitions, revenue
300:21 - 301:25  Revenues
304:8 - 307:24  Business strategy, revenues
310:21 - 311:2  Acquisitions, expenses, profits

John Neal:

9:17 - 12:20  Ownership interest
62:6 - 20  Business strategy
70:12 - 71:4  Revenues
73:3 - 11  Revenues, monetization strategy
74:7 - 23  Revenues, monetization strategy

Scott Montroy:

13:14 - 16:13  Echo Star trade secret litigation. Mr. Montroy testified at 15:8 that the settlement terms were confidential.

**EXHIBIT B**

12/4/2012

We hope this works and look forward to continuing our conferrals to attempt to resolve the designation issues.

Thank you, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com