1

1   CONFIDENTIAL ATTORNEYS EYES ONLY

2   IN THE UNITED STATES DISTRICT COURT

3   FOR THE DISTRICT OF COLORADO

4   Case No. 11-CV-00520-PAB-BNB

5   _____

6   30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,

7   Representative Allen Dodge

8   and

9   DEPOSITION OF ALLEN DODGE

10   June 28, 2012

11   _____

12   HEALTH GRADES, INC.,

13   Plaintiff,

14   v.

15   MDX MEDICAL, INC. d/b/a VITALS.COM,

16   Defendant.

17   _____

25   Job No. NJ403425

EXHIBIT

2

1           CONFIDENTIAL ATTORNEYS EYES ONLY

2   APPEARANCES:

3       MERCHANT & GOULD
            By Kristin L. Stoll-DeBell, Esq.
4               1050 17th Street
                Suite 1950
5               Denver, CO 80265
                Phone: 303.357.1670
6               Fax: 303.357.1671
                kstolldebell@merchant-gould.com
7               Appearing on behalf of the
                Plaintiff

8

9       ROTHGERBER JOHNSON & LYONS LLP
            By Jesus Manuel Vazquez Jr., Esq.
10              1200 Seventeenth Street
                Suite 3000
11              Denver, CO 80202-5855
                Phone: 303.623.9000
12              Fax: 303.623.9222
                jvazquez@rothgerber.com
13              Appearing on behalf of the
                Plaintiff

14

15      SILLS CUMMIS & GROSS, PC
            By Scott D. Stimpson,  Esq.
16              30 Rockefeller Plaza
                New York, NY 10112
17              Phone: 212.643.7000
                Fax: 212.653.6500
18              sstimpson@sillscummis.com
                Appearing on behalf of the
                Defendant

19

20

21

22

23

24

25

3

1          CONFIDENTIAL ATTORNEYS EYES ONLY

2               Pursuant to Notice and the Federal Rules of

3     Civil Procedure, the 30(b)(6) Deposition of Health

4     Grades, Inc. and Deposition of Allen Dodge, called by

5     Defendant, was taken on Thursday, June 28, 2012,

6     commencing at 8:13 a.m., at 1200 Seventeenth Street,

7     Suite 3000, Denver, Colorado, before Kelly A.

8     Mackereth, Certified Shorthand Reporter, Registered

9     Professional Reporter, Certified Realtime Reporter

10    and Notary Public within Colorado.

11

12                    * * * * * * *

13                    I N D E X

14    EXAMINATION                               PAGE

15     BY MR. STIMPSON                            5
       BY MR. VAZQUEZ                           317
16

17    PRODUCTION REQUEST(S):

18     None.

19

20

21

22

23

24

25

4

1          CONFIDENTIAL ATTORNEYS EYES ONLY

2                    INDEX OF EXHIBITS

3

                                              INITIAL
4    DESCRIPTION                              REFERENCE

5

     Exhibit 62   30(b)(6) deposition dated June      16
6                 11, 2012 with 12 deposition
                  topics
7

     Exhibit 63   Budget to actual report of          298
8                 Mountain Acquisition Corp

9

     PREVIOUSLY MARKED EXHIBITS
10

11   Exhibit 3                                294
     Exhibit 8                                192
12   Exhibit 9                                190
     Exhibit 20                               158
13   Exhibit 25                               171
     Exhibit 26                               179
14   Exhibit 27                               181
     Exhibit 29                               184
15   Exhibit 45                                15
     Exhibit 46                               176
16   Exhibit 48                               191
     Exhibit 49                               167
17   Exhibit 51                               213
     Exhibit 52                               211
18

19

20

21

22

23

24

25

5

CONFIDENTIAL ATTORNEYS EYES ONLY

* * * * * * *

P R O C E E D I N G S

ALLEN DODGE,

having been first duly sworn, was examined and

testified as follows:

(Exhibit 62 marked.)

EXAMINATION

BY MR. STIMPSON:

Q    Good morning, Mr. Dodge.  My name is Scott

Stimpson.  I'll be taking your deposition today.

Have you had your deposition taken before?

A    Yes, I have.

Q    So how many times have you had your

deposition taken?

A    Approximately ten.

Q    For the record, can you just state your

name and address?

A    Yes.  Allen Dodge.  And address is 6255

Noble, N-O-B-L-E, Street.  That's Arvada, Colorado

80403.

Q    Okay.  I won't go through the details,

since you've had ten depositions; that's a lot.  I

think that's a record for me of taking anybody's

deposition.  I think it's enough to say that you know

6

1         CONFIDENTIAL ATTORNEYS EYES ONLY

2    the procedures, right?

3              So I'll be asking you questions today.

4    You'll be expected to answer truthfully and

5    completely.  Do you understand?

6         A    I do.

7         Q    If there's anything about my question you

8    don't understand, please just let me know and I'll be

9    happy to clarify it for you, okay?

10        A    Yes.

11        Q    Were any of those ten depositions related

12   to patents?

13        A    No, they were not.

14        Q    Any related to the Health Grades website?

15        A    Yes, one of them.  One of them was.

16        Q    Which one was that?

17        A    We had a lawsuit that Health Grades

18   brought against two former employees.

19        Q    Okay.  And what was the lawsuit about?

20        A    The lawsuit was with respect to the two

21   employees while they were employed at Health Grades

22   created a site that was competitive with Health

23   Grades and tried to monetize that site.

24        Q    Okay.  So during the course of the

25   deposition, Mr. Vazquez may be objecting; that's

7

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2 pretty normal.  Just so you know, you'll be expected

3 to answer unless he instructs you not to answer,

4 okay?

5      A    Yes.

6      Q    Can you please give me a summary of your

7 education after high school?

8      A    Sure.  I have a bachelor of arts in

9 business economics from University of California at

10 Santa Barbara.  And I have an active CPA license in

11 Colorado.

12      Q    Okay.  Anything else for formal education?

13      A    Nothing formal, other than obviously with

14 the CPA license continuing education that occurs

15 every year.

16      Q    Right.  I understand.  We are stuck with

17 the same thing in law as lawyers.

18           When did you graduate from the University

19 of California?

20      A    In 1990.

21      Q    Okay.  And what did you do after college?

22 Where did you start to work?

23      A    I started at Coopers & Lybrand in Los

24 Angeles, which at that time was, I believe, one of

25 the Big Eight accounting firms.

8

1          CONFIDENTIAL ATTORNEYS EYES ONLY

2     Q    Yeah.

3     A    It's changed a lot since then.

4     Q    Yeah.

5     A    So that's where I went to work immediately

6 out of college.

7     Q    Okay.  And how long did you work for

8 Coopers?

9     A    I worked for Coopers until mid part of

10 '94.

11    Q    What did you do after -- what was your

12 position at Coopers?

13    A    At Coopers I was an audit associate.  I

14 believe -- I think by the time I left I would have

15 been a senior associate at Coopers & Lybrand.

16    Q    What did you do after you left Coopers?

17    A    After I left Coopers, I moved to Denver,

18 Colorado and joined with Ernst & Young.

19    Q    Why did you leave Coopers?

20    A    At the time I was married and, frankly,

21 wasn't interested in raising a family in LA.  So I

22 moved out with my wife with a couple of friends that

23 were couple friends of ours, and I wanted to start a

24 family in Denver.

25    Q    Any other reasons?

9

1          CONFIDENTIAL ATTORNEYS EYES ONLY

2      A      No.

3      Q      So how long were you at Ernst & Young?

4      A      I was at Ernst & Young from the middle of

5  1994 until September of 1997.

6      Q      What was your position at Ernst & Young?

7      A      Senior associate.  And I was promoted to

8  manager, I believe, in 1993.  So senior associate to

9  manager between -- sorry, I see your expression, I

10  apologize -- from 1994 I was a senior associate.  By

11  the time I left in September 1997 I had become

12  manager.

13      Q      Why did you leave Ernst & Young?

14      A      I was really recruited into a company

15  called Specialty Care Network, which is the

16  predecessor to Health Grades.

17      Q      Any other reasons you left there?

18      A      I was really interested in moving out of

19  public accounting and into industry.  I really wanted

20  to be part of an organization, part of a company

21  versus public accounting.

22      Q      Okay.  And what was your position at

23  Specialty Care Network when you started there?

24      A      When I started, I came on as corporate

25  controller.

10

CONFIDENTIAL ATTORNEYS EYES ONLY

1

2    Q    And what was the responsibility there for

3  corporate controller?

4    A    I was responsible for the financial and

5  accounting aspects of the business, so SEC filings,

6  day-to-day accounting, things of that nature.

7    Q    Can you remind me what the business of

8  Specialty Care Network was, please?

9    A    Sure.  Specialty Care Network was in the

10  business of rolling up physician practices.  It was

11  formed as an orthopedic physician practice rollup.

12    Q    What do you mean rollup?

13    A    Rollup means back at the time around 1997

14  there were a number of industries that were engaging

15  in what are typically called in SEC parlance rollup

16  transactions, which essentially means you would bring

17  organizations together at historical cost versus

18  having to fair value an organization.  So it was

19  somewhat -- niche is probably not a good word, but it

20  was a type of transaction that was similar in other

21  industries.

22    Our model was essentially to bring the

23  practices together and get economies of scale, help

24  the physicians get away from having to deal with

25  things such as purchasing, collecting on AR, and