IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motin for Two-Day Extension to File Response** [docket no. 420, filed December 3, 2012] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and Health Grades has to and including **December 5, 2012**, in which to file its response to the Motion for Leave to Restrict [383].

DATED:  December 4, 2012