Attachment 16



Confidential – Attorneys Only
EXHIBIT H