**Attachment 3a--Napper Market Share Data**

## Market Share Analysis

### July 2010

|  | A | B | C = A, less Vitals | D | E = D x 16,194 | F |
|---|---:|---:|---:|---:|---:|---:|
|  | Total Unique Visitors (000) | % of total | Total Unique Visitors without Vitals (000) | % of total | Total Unique Visitors with Vitals visitors spread to market (000) | % of total |
| HEALTHGRADES.COM | 6,658 | 36.7% | 6,658 | 43.4% | 7,880 | 43% |
| VITALS.COM | 2,812 | 15.5% |  | 0.0% | 0 | 0% |
| All Other | 8,672 | 47.8% | 8,672 | 56.6% | 10,263 | 57% |
|  | 18,143 | 100.0% | 15,331 | 100% | 18,143 | 100% |

### January 2011

|  | A | B | C = A, less Vitals | D | E = D x 18,528 | F |
|---|---:|---:|---:|---:|---:|---:|
|  | Total Unique Visitors (000) | % of total | Total Unique Visitors without Vitals (000) | % of total | Total Unique Visitors with Vitals visitors spread to market (000) | % of total |
| HEALTHGRADES.COM | 7,986 | 40.3% | 7,986 | 49.4% | 9,787 | 49% |
| VITALS.COM | 3,646 | 18.4% |  | 0.0% | 0 | 0% |
| All Other | 8,184 | 41.3% | 8,184 | 50.6% | 10,030 | 51% |
|  | 19,817 | 100.0% | 16,171 | 100% | 19,817 | 100% |

### July 2011

|  | A | B | C = A, less Vitals | D | E = D x 13,750 | F |
|---|---:|---:|---:|---:|---:|---:|
|  | Total Monthly Searches (000) | % of total | Total Monthly Searches without Vitals (000) | % of total | Total Monthly Searches with Vitals visitors spread to market (000) | % of total |
| HEALTHGRADES.COM | 8,853 | 51.5% | 8,853 | 62.3% | 10,705 | 62% |
| VITALS.COM | 2,974 | 17.3% |  | 0.0% | 0 | 0% |
| All Other | 5,363 | 31.2% | 5,363 | 37.7% | 6,485 | 38% |
|  | 17,190 | 100.0% | 14,216 | 100% | 17,190 | 100% |

Sources:
  Expert Report of Brian W. Napper, p. 8; MDX0007062-7072


EXHIBIT 76

EXHIBIT I