# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**DECLARATION OF DAVID C. LEE**

    David C. Lee, being of full age, hereby declares and states as follows:

    1.    My name is David C. Lee. I am over the age of 18 years, and have personal knowledge of the facts stated herein.

    2.    I am an associate at Sills Cummis & Gross P.C., attorneys for Defendant MDx Medical, Inc. ("MDx"). I submit this declaration in support of MDx's Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of No Willfulness.

    3.    Attached hereto as Exhibit H are true and correct copies of portions of the transcript of the deposition of Mr. Lawrence West taken on June 26, 2012.

    4.    Attached hereto as Exhibit I are true and correct copies of portions of the transcript of the deposition of Mr. Mitchel Rothschild taken on June 7, 2012.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/13/12

DAVID C. LEE