# EXHIBIT H

# In The Matter Of:

*Health Grades, Inc.*
*vs.*
*MDX Medical, Inc.*

_____

## Lawrence West

### June 26, 2012

_____

## **CONFIDENTIAL**
## *Attorneys' Eyes Only*

**MERRILL CORPORATION**
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Confidential - Attorneys' Eyes Only
Lawrence West     June 26, 2012

Page 103

| | | | |
|---|---|---|---|
| 10:20:37 | 1 | A. | Not that I recall. |
| 10:20:56 | 2 | | (Whereupon, document |
| 10:20:56 | 3 | | Bates-stamped MDX0011861 through 862, |
| 10:20:56 | 4 | | was marked as West Exhibit 4 for |
| 10:20:56 | 5 | | identification, as of this date.) |
| 10:21:15 | 6 | Q. | Mr. West, you have before you |
| 10:21:16 | 7 | deposition Exhibit 4.  Have you seen this | |
| 10:21:19 | 8 | document before? | |
| 10:21:20 | 9 | A. | No. |
| 10:21:22 | 10 | Q. | Are you aware that there was a |
| 10:21:24 | 11 | letter sent from counsel for HealthGrades to | |
| 10:21:27 | 12 | Mr. Rothschild in approximately December 2009? | |
| 10:21:31 | 13 | A. | No. |
| 10:21:32 | 14 | Q. | Regarding an allegation that the |
| 10:21:36 | 15 | MDx site was infringing the patent of | |
| 10:21:38 | 16 | HealthGrades? | |
| 10:21:39 | 17 | A. | No, not that I recall. |
| 10:21:40 | 18 | Q. | Were you aware of the patent -- or |
| 10:21:42 | 19 | when did you become aware of the patent that | |
| 10:21:44 | 20 | HealthGrades holds? | |
| 10:21:47 | 21 | A. | I believe it was in October of |
| 10:21:52 | 22 | 2010. | |
| 10:21:53 | 23 | Q. | And how did you become aware of |
| 10:21:55 | 24 | it? | |
| 10:22:00 | 25 | A. | It was through a Google search. |

Confidential - Attorneys' Eyes Only
Lawrence West     June 26, 2012

Page 104

```
10:22:02  1            Q.   You did a Google search you mean?
10:22:04  2            A.   Uh-huh.
10:22:05  3            Q.   Was this something you were
10:22:06  4   regularly doing or you just randomly happened to
10:22:09  5   Google search?
10:22:11  6            A.   I think I -- if I recall
10:22:12  7   correctly, I Google searched Vitals and
10:22:15  8   HealthGrades came up for some reason.  I don't
10:22:18  9   recall specifically what the search parameters
10:22:21 10   were.
10:22:23 11            Q.   So you weren't initially, at least
10:22:26 12   your recollection is, you were not searching for
10:22:27 13   HealthGrades or about patents, you actually were
10:22:31 14   searching for Vitals?
10:22:32 15            A.   Correct.
10:22:32 16            Q.   A Google search for Vitals?
10:22:34 17            A.   I believe it was a Google search
10:22:36 18   on MDx Medical and the patent came up or the --
10:22:40 19            Q.   HealthGrades came up?
10:22:41 20            A.   Yeah.
10:22:42 21            Q.   And information came up disclosing
10:22:43 22   that they had been issued the patent?
10:22:46 23            A.   Yes.
10:22:46 24            Q.   Okay.  I'm sorry, go ahead --
10:22:49 25            A.   Okay.
```