# EXHIBIT I

# In The Matter Of:

*Health Grades, Inc.*
*vs.*
*MDX Medical, Inc.*

_____

## Mitchel Rothschild

*June 7, 2012*

_____

## ATTORNEYS' EYES ONLY

**MERRILL CORPORATION**

LegaLink, Inc.

311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Page 28

| | | |
|---|---|---|
| 09:21:18 | 1 | Q    And as you know, because of the |
| 09:21:20 | 2 | exchange that we just had, very distracting by |
| 09:21:21 | 3 | Mr. Stimpson, I am not sure what you said. |
| 09:21:24 | 4 | Would you mind repeating it? |
| 09:21:30 | 5 | MR. STIMPSON:  Objection.  It's beyond |
| 09:21:35 | 6 | the 30(b)(6) notice. |
| 09:21:39 | 7 | A    HealthGrades' business was a |
| 09:21:40 | 8 | subscription model, vitals was an advertising |
| 09:21:42 | 9 | model. |
| 09:21:44 | 10 | Q    At the time, did not HealthGrades |
| 09:21:46 | 11 | advertise? |
| 09:21:48 | 12 | MR. STIMPSON:  Objection.  Beyond the |
| 09:21:57 | 13 | scope of the 30(b)(6). |
| 09:22:01 | 14 | A    I believe they did not have much, if |
| 09:22:02 | 15 | any, advertising on their profiles, but my -- my |
| 09:22:04 | 16 | memory may be faulty on that one. |
| 09:22:04 | 17 | Q    What is the time frame here that you |
| 09:22:05 | 18 | are talking about? |
| 09:22:07 | 19 | MR. STIMPSON:  Objection. |
| 09:22:11 | 20 | You have got to wait because I am |
| 09:22:13 | 21 | going to object to every question. |
| 09:22:15 | 22 | Objection.  Beyond the 30(b)(6) scope. |
| | 23 | A    Early 2008. |
| 09:22:16 | 24 | Q    In early 2008? |
| | 25 | MR. STIMPSON:  Same objection. |

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 29

09:22:23   1        A     Yes.

09:22:34   2        Q     That is when you launched eVitals

09:22:39   3    website, correct, in early 2008?

09:22:42   4        A     Correct.

09:22:49   5        Q     When did you first learn of the '060

09:22:50   6    patent, Mr. Rothschild?

09:22:56   7        A     In the fall of 2010.

09:23:00   8        Q     And how was it that you first learned

09:23:05   9    about the '060 patent?

09:23:08  10        A     I think someone from our office

09:23:10  11    tripped over it, said, "Hey, did you see this?"

09:23:23  12        Q     Do you recall who that someone was?

09:23:24  13        A     I think it was Larry West.

09:23:30  14        Q     Okay.

09:23:30  15              MR. VAZQUEZ:  Do you have the copies

09:24:02  16        from -- from Boyer's deposition?

09:24:04  17              MR. STIMPSON:  No.

09:24:06  18    BY MR. VAZQUEZ:

09:24:10  19        Q     Mr. Rothschild, I am handing you

09:24:14  20    what's being marked as Deposition Exhibit 2,

09:24:14  21    which was an exhibit at Miss Boyer's deposition,

          22    and we are trying to find a copy for your

09:24:14  23    counsel.

09:24:15  24              (10/5/10 email marked Rothschild

          25        Exhibit 2 for identification, as of this

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 30

| | | |
|---|---|---|
| 09:24:20 | 1 | date.) |
| 09:25:06 | 2 | BY MR. VAZQUEZ: |
| 09:25:07 | 3 | Q    In the meantime, you could take a look |
| 09:25:09 | 4 | at it. |
| 09:25:11 | 5 | MR. VAZQUEZ:  Well, I don't need a |
| 09:25:14 | 6 | copy.  Can you guys share? |
| 09:25:20 | 7 | MR. STIMPSON:  Yes, that's okay. |
| 09:25:22 | 8 | Q    Mr. Rothschild, is that the email that |
| 09:25:23 | 9 | you were referencing where somebody stumbled |
| 09:25:24 | 10 | upon it and told you about the patent? |
| 09:25:25 | 11 | A    This is the email that confirms my |
| 09:25:28 | 12 | recollection, yes. |
| 09:25:30 | 13 | Q    And are you sure that that's the first |
| 09:25:48 | 14 | time that you heard about the '060 patent? |
| 09:25:51 | 15 | A    I am pretty sure. |
| 09:25:53 | 16 | Q    Okay.  Here is -- Mr. Rothschild, I |
| 09:25:56 | 17 | know you are doing the best you can to remember. |
| 09:25:58 | 18 | What is the date of that email? |
| 09:25:59 | 19 | A    It is October 5th, 2010. |
| 09:26:06 | 20 | Q    And who is that email from? |
| | 21 | A    Larry West. |
| 09:26:06 | 22 | Q    And to who is Mr. West's email |
| 09:26:11 | 23 | directed to? |
| 09:26:14 | 24 | A    To Erika Boyer and me. |
| | 25 | Q    So you recall receiving that, right? |

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 31

09:26:20  1        A    As I was reviewing information, I

09:26:38  2   recall seeing this particular email.  I have the

09:26:39  3   recollection that we knew about it in the fall.

09:26:40  4        Q    Okay.

09:26:40  5             MR. VAZQUEZ:  And we will mark this as

09:26:40  6        Exhibit 3.

09:26:40  7             (7/28/10 email marked Rothschild

09:26:50  8        Exhibit 3 for identification, as of this

09:26:54  9        date.)

09:27:02  10  BY MR. VAZQUEZ:

09:27:02  11       Q    And Deposition Exhibit 3 is an email

09:27:04  12  from Donald Hackett, to you and a Mr. Petrie,

09:27:05  13  correct?

09:27:12  14       A    Yes.

09:27:13  15       Q    And what is the date of that email?

09:27:14  16       A    July 28.

09:27:16  17       Q    And do you recall receiving this

09:27:18  18  email?

09:27:19  19       A    I do not.

          20       Q    Do you know what this email relates

09:27:27  21  to?

09:27:35  22       A    I do not.

09:27:36  23       Q    When you received the email which was

09:27:40  24  Deposition Exhibit 2, which is right there in

          25  front of you, what did you think when you first

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 32

09:27:46   1   got that email?

09:27:53   2       A     That we needed to check it out along

09:28:22   3   with other patents and make sure that we were

09:28:26   4   not in violation.

09:28:33   5       Q     Okay.  Mr. Rothschild, I am handing

09:28:43   6   you what's been marked as Deposition Exhibit 4,

09:28:44   7   which also happens to be Deposition Exhibit 4

09:28:47   8   for Miss Boyer's deposition.

09:28:52   9           MR. STIMPSON:  This is an original

09:28:53  10       exhibit sticker I have right here.  Do you

09:28:58  11       want me to have this?

09:29:00  12           MS. STOLL-DeBELL:  No, I don't want

09:29:02  13       you to have that.

09:29:04  14           MR. VAZQUEZ:  This is not an original,

09:29:04  15       it is a color copy.

09:29:04  16           MS. STOLL-DeBELL:  Sorry.

09:29:04  17           MR. VAZQUEZ:  Okay.

09:29:04  18           (1/5/11 email marked Rothschild

          19       Exhibit 4 for identification, as of this

09:29:05  20       date.)

09:29:14  21   BY MR. VAZQUEZ:

09:29:16  22       Q     So you were just testifying,

09:29:20  23   Mr. Rothschild, about how, when you heard about

09:29:23  24   the patent, you wanted to make sure that you

          25   were not in violation of it and your policies

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 33

| | | |
|---|---|---|
| 09:29:27 | 1 | would not violate the patent; is that correct? |
| 09:29:30 | 2 | A    Yes. |
| 09:29:34 | 3 | Q    Okay.  And so looking at Deposition |
| 09:29:42 | 4 | Exhibit 4, what is this? |
| 09:29:44 | 5 | A    This is an email to a couple of the |
| 09:29:47 | 6 | senior staff members regarding the patent in |
| 09:29:51 | 7 | question. |
| 09:29:55 | 8 | Q    And what is the date of this email? |
| 09:29:58 | 9 | A    January 5th, 2011. |
| 09:30:01 | 10 | Q    And what was the date of the email |
| 09:30:03 | 11 | from Mr. West alerting you to the patent? |
| 09:30:11 | 12 | A    October 5th, 2010. |
| 09:30:14 | 13 | Q    And so in the interim, did you take |
| 09:30:15 | 14 | any action to make sure any of your policies did |
| 09:30:18 | 15 | not violate the '060 patent? |
| 09:30:22 | 16 | A    Yes, we did. |
| 09:30:27 | 17 | Q    So what were those actions? |
| | 18 | A    So we asked a law firm to do a review |
| 09:30:31 | 19 | of this and potentially other patents or patent |
| 09:30:41 | 20 | applications that might be of note to us, and I |
| 09:30:49 | 21 | think it comprised about a dozen different |
| 09:30:55 | 22 | potential patents for the ones that appeared to |
| 09:31:01 | 23 | be potentially relevant.  We had them write a |
| 09:31:07 | 24 | short opinion on it, and then I, particular to |
| | 25 | this patent from HealthGrades, engaged counsel |

Page 34

```
09:31:15   1    to help us understand whether we were in
09:31:17   2    violation and what we needed to do going forward
09:31:26   3    to avoid any questions.
09:31:36   4         Q     And so when was it that you engaged
09:31:38   5    counsel to look at this, as you just testified?
09:31:38   6         A     Probably early December of 2010.
09:31:41   7         Q     And how many -- did you engage more
09:31:45   8    than one counsel?
09:31:49   9         A     Not directly.  First we engaged the
09:31:52  10    counsel to do -- well, first we engaged the
09:31:58  11    counsel to do the review of the ten dozenish
09:32:02  12    patents or the ones that were relevant, and then
09:32:03  13    knowing HealthGrades' general reputation as
09:32:05  14    being a litigious company, we said let's go
09:32:08  15    deeper on this one.
09:32:09  16         Q     And what counsel are you referring to?
          17         A     For which one?
09:32:14  18         Q     Could you tell me every counsel that
09:32:26  19    you have engaged to look at the patents, whether
09:32:28  20    it is this whole set or just the '060 one?
09:32:37  21         A     We engaged a firm called Maldjian and
09:32:46  22    something, please don't ask me to spell it
09:32:48  23    because I don't know how to spell it, M-A-L-D-J
09:32:56  24    maybe I-A-N, and they did, as I say, about a
          25    half dozen reviews, and then we engaged Sills
```

Page 35

```
09:33:12   1   Cummis specifically on the '060 patent.

09:33:17   2       Q    Okay.  Between Mr. West's email, which

09:33:25   3   was October 5th, and when you engaged Maldjian

09:33:25   4   and Sills Cummis, did you take any actions to

09:33:26   5   ensure that MDX was not violating the '060

09:33:26   6   patent?

09:33:29   7       A    Not really.

09:33:33   8       Q    And why not?

09:33:59   9       A    It's just a small company, 1,000

09:34:02  10   things going on.  We tried to get to this in as

09:34:04  11   reasonable haste as we could.

09:34:05  12       Q    Okay.  I am going to give you now what

09:34:05  13   has been marked as Deposition Exhibit 5,

09:34:05  14   Mr. Rothschild.

09:34:05  15            (1/2/11 opinion of Maldjian Law Group

          16            marked Rothschild Exhibit 5 for

09:34:17  17            identification, as of this date.)

09:34:28  18   BY MR. VAZQUEZ:

09:34:32  19       Q    And as you will see, this Exhibit 5

09:34:39  20   appears to be an opinion by the law firm you

09:34:39  21   were just testifying about, Maldjian.  Is that

09:34:40  22   correct?

09:34:40  23       A    Yes.

09:34:45  24       Q    Is this the opinion that you were

          25   testifying about?
```

Page 36

| | | |
|---|---|---|
| 09:34:50 | 1 | A    Yes. |
| 09:34:53 | 2 | Q    Now, this -- if you need time to |
| 09:34:53 | 3 | review it, I don't know how long it has been |
| 09:34:56 | 4 | since you have seen it, but take that time, |
| 09:34:59 | 5 | Mr. Rothschild. |
| 09:35:02 | 6 | My question is:  This appears to be |
| 09:35:05 | 7 | only about the '060 patent? |
| 09:35:09 | 8 | A    This particular letter is one of a |
| 09:35:10 | 9 | number of individual letters that they sent out, |
| 09:35:13 | 10 | each one on different patents or patent |
| 09:35:17 | 11 | applications. |
| 09:35:23 | 12 | Q    Okay.  Do you or does MDX intend to |
| 09:35:26 | 13 | rely on any opinions issued by Maldjian in this |
| 09:35:29 | 14 | lawsuit? |
| | 15 | A    We have engaged counsel, and counsel |
| 09:35:31 | 16 | will tell us on whom to rely. |
| 09:35:37 | 17 | Q    Well, I can tell you that this |
| 09:35:40 | 18 | opinion -- this letter, which is the only one |
| 09:35:41 | 19 | that we have from Maldjian, there are no other |
| 09:35:45 | 20 | letters or opinions that we are aware of, was |
| 09:35:48 | 21 | just produced to us as opposed to the Sills |
| 09:35:52 | 22 | Cummis opinion, which was produced by the |
| 09:35:54 | 23 | deadline by which any opinions that MDX intended |
| 09:35:55 | 24 | to rely upon were to be produced.  So that's why |
| | 25 | I am asking. |

Attorneys' Eyes Only
Mitchel Rothschild    June 7, 2012

Page 37

| | | |
|---|---|---|
| 09:35:57 | 1 | MR. STIMPSON:  There's no question |
| 09:35:58 | 2 | pending. |
| 09:35:57 | 3 | MR. VAZQUEZ:  Yes, there is.  I just |
| 09:36:00 | 4 | asked it. |
| 09:36:01 | 5 | MR. STIMPSON:  No, there isn't. |
| 09:36:01 | 6 | MR. VAZQUEZ:  That's why I just asked |
| 09:36:02 | 7 | it.  That's why I am asking. |
| 09:36:03 | 8 | MR. STIMPSON:  Then ask a question. |
| 09:36:04 | 9 | That's a statement.  What's the question? |
| 09:36:05 | 10 | BY MR. VAZQUEZ: |
| 09:36:06 | 11 | Q    Do you understand that there's a |
| 09:36:10 | 12 | question pending? |
| 09:36:12 | 13 | A    No. |
| | 14 | Q    Do you intend to rely on this opinion? |
| 09:36:13 | 15 | A    I believe I answered that question. |
| 09:36:19 | 16 | MR. STIMPSON:  Asked and answered. |
| 09:36:20 | 17 | A    That we are going to let our counsel |
| 09:36:23 | 18 | determine the best method for how we should |
| 09:36:25 | 19 | defend this. |
| 09:36:28 | 20 | Q    Okay.  Well, since based on that |
| 09:36:32 | 21 | answer, we don't know whether MDX intends to |
| 09:36:34 | 22 | rely on this opinion in addition to the other |
| 09:36:36 | 23 | one, I am just going to have to ask you some |
| 09:36:37 | 24 | more detailed questions about this opinion. |
| | 25 | MR. STIMPSON:  We do intend to rely on |

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 38

| | | |
|---|---|---|
| 09:36:43 | 1 | it, so you know. |
| 09:36:44 | 2 | MR. VAZQUEZ:  Well, thank you.  It was |
| 09:36:46 | 3 | not disclosed by the deadline. |
| 09:36:49 | 4 | MR. STIMPSON:  I am sorry. |
| 09:36:50 | 5 | MR. VAZQUEZ:  Are you, really? |
| 09:36:50 | 6 | MR. STIMPSON:  I made a mistake. |
| 09:36:52 | 7 | MR. VAZQUEZ:  Yeah. |
| 09:36:55 | 8 | BY MR. VAZQUEZ: |
| 09:36:59 | 9 | Q    Mr. Rothschild, so let's go through, |
| 09:37:04 | 10 | then, from the very beginning, to the best of |
| 09:37:08 | 11 | your recollection, what was your first |
| 09:37:12 | 12 | communication with attorneys at Maldjian |
| | 13 | regarding their work on providing you with this |
| 09:37:13 | 14 | opinion and any of the other letters you just |
| 09:37:21 | 15 | testified about? |
| 09:37:23 | 16 | A    Well, this opinion is dated |
| 09:37:26 | 17 | January 2nd, and obviously we had had, my guess |
| 09:37:31 | 18 | would be, a month or six weeks of conversation |
| 09:37:34 | 19 | prior so they could render an intelligent |
| 09:37:39 | 20 | conversation -- intelligent opinion. |
| 09:37:47 | 21 | Q    Okay.  What attorney or attorneys did |
| 09:37:49 | 22 | you communicate with at the Maldjian law firm |
| 09:37:53 | 23 | about their opinions? |
| 09:37:57 | 24 | A    I do not recall specifically.  It |
| | 25 | obviously was John Maldjian, and I believe he |

Page 39

| | | |
|---|---|---|
| 09:38:05 | 1 | brought in another individual to look at the |
| 09:38:08 | 2 | details.  I am certain he did.  I cannot |
| 09:38:12 | 3 | remember the name at this point. |
| 09:38:17 | 4 | Q    Did you know John Maldjian personally? |
| 09:38:19 | 5 | A    I knew him professionally. |
| 09:38:19 | 6 | Q    But not personally? |
| 09:38:21 | 7 | A    I am not sure what you mean by |
| 09:38:22 | 8 | "personally." |
| 09:38:23 | 9 | Q    Well, is he a friend? |
| 09:38:25 | 10 | A    No. |
| 09:38:27 | 11 | Q    How did you know of him |
| | 12 | professionally? |
| 09:38:31 | 13 | A    We are in the intellectual property |
| 09:38:35 | 14 | business, and so issues crop up, and he had |
| 09:38:35 | 15 | given us advice previously. |
| 09:38:38 | 16 | Actually, I believe I never even met |
| 09:38:38 | 17 | him. |
| 09:38:40 | 18 | Q    You don't think you ever really met |
| 09:38:43 | 19 | him? |
| 09:38:44 | 20 | A    No.  I mean, I have spoken to him many |
| 09:38:46 | 21 | times on the phone, but I don't believe we ever |
| 09:38:49 | 22 | met personally. |
| 09:38:50 | 23 | Q    Okay.  And so what was the first time |
| 09:38:55 | 24 | that you spoke with him? |
| | 25 | A    About? |

Page 40

| | | | |
|---|---|---|---|
| 09:39:05 | 1 | Q | About the '060 patent? |
| 09:39:07 | 2 | A | It was probably, I am guessing, late |
| 09:39:14 | 3 | | November, early December. |
| 09:39:15 | 4 | Q | And did you take notes of any |
| 09:39:18 | 5 | | conversations that you had with Mr. Maldjian? |
| 09:39:20 | 6 | A | I do not recall that I did.  I -- |
| 09:39:22 | 7 | | generally speaking, he was asking me questions, |
| 09:39:23 | 8 | | and he was writing down the information he |
| 09:39:26 | 9 | | needed to form an opinion -- |
| 09:39:26 | 10 | Q | Do you typically -- |
| | 11 | A | -- about this -- if I may finish. |
| 09:39:28 | 12 | Q | Yes. |
| 09:39:37 | 13 | A | -- again, about this was one of a |
| 09:39:40 | 14 | | number.  So just to put it in context, this was |
| 09:39:41 | 15 | | not the only patent we were discussing or patent |
| 09:39:43 | 16 | | application. |
| 09:39:46 | 17 | Q | Do you typically take notes, |
| 09:39:52 | 18 | | Mr. Rothschild, when you have conversations with |
| 09:39:57 | 19 | | legal counsel about when you are seeking |
| 09:39:59 | 20 | | opinions from them? |
| 09:40:03 | 21 | A | I generally don't feel that notes are |
| 09:40:06 | 22 | | something that I remember.  I will sometimes |
| 09:40:08 | 23 | | write it on a pad of paper.  I don't recall |
| 09:40:11 | 24 | | having any from this conversation. |
| | 25 | Q | Okay.  But I was just asking more in |

Page 41

| | | |
|---|---|---|
| 09:40:20 | 1 | general, if you typically take notes when you |
| 09:40:21 | 2 | have conversations with counsel when you are |
| 09:40:22 | 3 | seeking opinions from them? |
| 09:40:25 | 4 | A     Most of the conversations I have with |
| 09:40:27 | 5 | counsel are them asking me questions.  So I |
| 09:40:30 | 6 | assume they are taking the notes. |
| 09:40:33 | 7 | Q     All right.  Mr. Rothschild, I didn't |
| 09:40:34 | 8 | ask you who is asking questions in the |
| 09:40:36 | 9 | conversation.  I didn't ask you if they are |
| | 10 | taking notes. |
| 09:40:38 | 11 | My question is very simple:  Do you |
| 09:40:42 | 12 | typically take notes when you have conversations |
| 09:40:43 | 13 | with counsel when you are seeking opinions from |
| 09:40:45 | 14 | them? |
| 09:40:47 | 15 | MR. STIMPSON:  Objection to the form. |
| 09:40:51 | 16 | That has been fully asked and answered. |
| 09:40:53 | 17 | But you can answer it again, if you |
| 09:41:01 | 18 | want, Mr. Rothschild. |
| 09:41:03 | 19 | A     I believe I said I typically do not. |
| 09:41:10 | 20 | Q     You typically do not. |
| 09:41:12 | 21 | What documents did you provide to |
| 09:41:13 | 22 | Mr. Maldjian in the context of seeking the |
| 09:41:16 | 23 | opinion from him that he issued? |
| 09:41:17 | 24 | MR. STIMPSON:  Objection.  That |
| | 25 | assumes a fact. |

Page 42

```
09:41:23  1        A    Again, this is based on my memory from
09:41:26  2    a couple of years -- from a year and a half -- a
09:41:33  3    year and change ago.  I believe we went through
09:41:36  4    the website and looked at it to see whether the
09:41:37  5    site itself was in violation.
09:41:40  6        Q    Do you recall giving Mr. Maldjian any
09:41:42  7    documents?
09:41:47  8        A    I do not recall that I gave him.  It
          9    is possible that I did, but I do not recall.
09:41:49 10    And my instincts are it would have been, look at
09:41:54 11    the website.
09:41:56 12        Q    And although you say you typically do
09:42:01 13    not take notes, do you recall whether you gave
09:42:04 14    Mr. Maldjian -- or whether you took any notes at
09:42:11 15    all on conversations you had with Mr. Maldjian?
09:42:15 16        A    As stated, I do not recall that I took
09:42:19 17    notes.
09:42:36 18        Q    Was there any other MDX employee that
09:42:44 19    communicated with Mr. Maldjian about the opinion
09:42:47 20    that MDX sought from him?
09:42:51 21        A    I don't think so.  I don't think so.
09:42:53 22    It was mostly me driving this.  We do not have
09:42:57 23    in-house counsel, so --
09:43:03 24        Q    So Mr. West was not involved?
         25        A    It's possible he was on a conversation
```

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 43

| | | |
|---|---|---|
| 09:43:09 | 1 | with the attorneys.  I do not recall. |
| 09:43:11 | 2 | Q    Did you have any meetings with |
| 09:43:16 | 3 | Mr. Maldjian, not phone conferences, but |
| 09:43:17 | 4 | literally meetings, whether at MDX, or their |
| 09:43:21 | 5 | offices, or anywhere else? |
| 09:43:29 | 6 | MR. STIMPSON:  Objection. |
| 09:43:34 | 7 | A    No. |
| | 8 | Q    Did Mr. Maldjian tell you to do |
| 09:44:38 | 9 | anything to the Vitals' website in order to |
| 09:44:44 | 10 | avoid infringement of the '060 patent? |
| 09:44:46 | 11 | A    It does not look like this opinion |
| 09:44:48 | 12 | made any specific recommendations for action. |
| 09:44:51 | 13 | Q    And beyond what's written in the |
| 09:44:52 | 14 | opinion you were just reviewing, do you recall |
| 09:44:57 | 15 | any other -- any recommendations he made orally |
| 09:44:59 | 16 | for action? |
| 09:45:03 | 17 | A    No. |
| 09:45:06 | 18 | Q    So, for example, he did not tell you |
| 09:45:13 | 19 | to remove the ability to have comparison |
| 09:45:21 | 20 | ratings? |
| 09:45:23 | 21 | A    In the Vitals website?  I don't |
| 09:45:23 | 22 | believe he did that. |
| 09:45:24 | 23 | Q    Okay.  Did somebody else in his firm |
| 09:45:26 | 24 | do that? |
| | 25 | A    No. |

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 44

| 09:45:36 | 1 | Q    Okay.  Is there any attorney that you |
| 09:45:41 | 2 | consulted with that recommended you do that? |
| 09:45:46 | 3 | A    The opinion from both attorneys was |
| 09:45:55 | 4 | that we were not in violation, but to create a |
| 09:46:01 | 5 | belt and suspenders protection, removing the |
| 09:46:03 | 6 | comparison page seemed to be a good idea to have |
|          | 7 | double protection. |
| 09:46:06 | 8 | Q    So just so that I understand, |
| 09:46:15 | 9 | Mr. Rothschild, no attorney asked -- recommended |
| 09:46:24 | 10 | that you do that? |
| 09:46:27 | 11 | A    We had conversations with the Sills |
| 09:46:30 | 12 | Cummis attorneys, and that page came up, that if |
| 09:46:32 | 13 | we wanted to be truly -- truly belt and |
| 09:46:36 | 14 | suspenders, that would be a good idea to have it |
| 09:46:39 | 15 | on the page -- have it on the site. |
| 09:46:44 | 16 | Q    So an attorney from Sills Cummis |
| 09:46:44 | 17 | recommended that you remove the comparison |
| 09:46:47 | 18 | ratings functionality from Vitals.com website? |
| 09:46:49 | 19 | MR. STIMPSON:   Objection, |
| 09:46:52 | 20 | mischaracterizes his testimony. |
| 09:46:59 | 21 | A    I did not say he recommended, I said |
| 09:47:02 | 22 | we reviewed the site, and it appeared that that |
| 09:47:02 | 23 | was -- that was my decision to do it. |
| 09:47:04 | 24 | Q    So it was your decision to remove that |
|          | 25 | functionality? |

Merrill Corporation - Chicago

(312) 386-2000                                    www.merrillcorp.com/law

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 45

| 09:47:10 | 1 | A    Yes. |
| 09:47:12 | 2 | Q    And your decision was based on what, |
| 09:47:17 | 3 | Mr. Rothschild? |
| 09:47:20 | 4 | A    On the variety of conversations I had |
| 09:47:22 | 5 | had with the attorneys regarding the patent. |
|  | 6 | Q    Okay.  Can you please tell me about |
| 09:47:25 | 7 | those conversations.  What was -- what was |
| 09:47:41 | 8 | discussed in those conversations, please? |
| 09:47:47 | 9 | A    What was discussed were the patent, |
| 09:47:52 | 10 | what MDX does, and where there might be some |
| 09:47:59 | 11 | areas of gray in ways in which, to use the |
| 09:48:00 | 12 | phrase, we could be like Cesar's wife, that we |
| 09:48:03 | 13 | would be best off to -- that where -- if the |
| 09:48:06 | 14 | attorneys were on the other side, as you are |
| 09:48:07 | 15 | today, where they would prod and poke and to |
| 09:48:13 | 16 | eliminate that as a possibility. |
| 09:48:14 | 17 | Q    So when you say that there were areas |
| 09:48:18 | 18 | of gray, what do you mean by that? |
| 09:48:19 | 19 | MR. STIMPSON:  Excuse me one second. |
| 09:49:08 | 20 | Could I please have the last question and |
| 09:49:10 | 21 | answer read back. |
| 09:49:12 | 22 | (Requested Portion Read Back) |
| 09:49:20 | 23 | MR. STIMPSON:  Thank you. |
| 09:49:22 | 24 | You can go and answer.  I forgot the |
|  | 25 | last question. |

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 46

| 09:49:26 | 1 | (Requested Portion Read Back) |
|---|---|---|

09:49:31  2      A     I believe I answered it in the

09:49:34  3   previous question, but it is where if you were

09:49:40  4   on the other side, where you would say we have a

          5   contention that you could potentially be in

09:49:50  6   violation or where an advocate for that side

09:49:56  7   would do it.

09:49:56  8      Q     So based on that, is it accurate for

09:49:57  9   me to say concern, you had a concern about areas

09:49:59 10   of gray?

09:50:00 11      A     I did not.

09:50:09 12      Q     No concern at all?

09:50:12 13          MR. STIMPSON:   Objection, asked and

09:50:13 14      answered.

09:50:14 15      Q     No concern at all?

09:50:16 16          MR. STIMPSON:  Same objection.  He has

09:50:17 17      already answered that question.

09:50:19 18          You can answer it again, if you want,

09:50:20 19      Mr. Rothschild.

09:50:21 20          MR. VAZQUEZ:  He has to, right?

09:50:24 21          MR. STIMPSON:  He can.

09:50:26 22          MR. VAZQUEZ:  He has to.  You cannot

09:50:27 23      say -- tell the witness to not answer if he

09:50:29 24      doesn't want to.  He has to.

         25          MR. STIMPSON:  Why are you getting

Attorneys' Eyes Only
Mitchel Rothschild    June 7, 2012

Page 47

| | | |
|---|---|---|
| 09:50:33 | 1 | upset, Jesus? |
| 09:50:35 | 2 | MR. VAZQUEZ:  Because I know what you |
| 09:50:36 | 3 | are doing, Stimpson.  You do this in every |
| | 4 | deposition, and I am not going to tolerate |
| 09:50:37 | 5 | it. |
| 09:50:41 | 6 | MR. STIMPSON:   My name is Scott, |
| 09:50:42 | 7 | okay.  And if you want to refer to |
| 09:50:42 | 8 | Stimpson, it's Mr. Stimpson, but I prefer |
| 09:50:42 | 9 | you call me Scott, okay? |
| 09:50:42 | 10 | MR. VAZQUEZ:  Scott, you cannot tell |
| 09:50:43 | 11 | this witness to not answer unless -- |
| 09:50:46 | 12 | MR. STIMPSON:  I didn't. |
| 09:50:47 | 13 | MR. VAZQUEZ:  You said "if you want |
| 09:50:49 | 14 | to."  You said it now three times.  Please |
| 09:50:51 | 15 | stop saying "if you want to." |
| 09:50:52 | 16 | MR. STIMPSON:  Do you want to read it |
| 09:50:54 | 17 | back?  I encouraged him to answer it. |
| 09:50:54 | 18 | MR. VAZQUEZ:  "If you want to" is what |
| 09:50:58 | 19 | you have done.  You know it. |
| 09:51:00 | 20 | MR. STIMPSON:  That's fine.  He's |
| 09:51:02 | 21 | going to answer.  You just wasted five |
| 09:51:02 | 22 | minutes talking about something we both |
| 09:51:02 | 23 | agree he is going to answer.  So what are |
| 09:51:04 | 24 | you -- |
| | 25 | MR. VAZQUEZ:  Please -- I'm telling |

Attorneys' Eyes Only
Mitchel Rothschild     June 7, 2012

Page 48

| | | |
|---|---|---|
| 09:51:06 | 1 | you, please do not tell the witness to |
| 09:51:07 | 2 | answer if he wants to. |
| | 3 | MR. STIMPSON:  I will do whatever I |
| 09:51:08 | 4 | want. |
| 09:51:12 | 5 | MR. VAZQUEZ:  He must answer unless |
| 09:51:13 | 6 | the answer calls for privileged materials. |
| 09:51:16 | 7 | You know this. |
| 09:51:17 | 8 | MR. STIMPSON:  Are you done? |
| 09:51:19 | 9 | MR. VAZQUEZ:  Yes, for now, I am. |
| 09:51:21 | 10 | MR. STIMPSON:  Mr. Rothschild, you can |
| 09:51:21 | 11 | answer the next question if you want to. |
| 09:51:22 | 12 | A    We did not have concern. |
| 09:51:24 | 13 | Q    Okay. |
| 09:51:26 | 14 | MR. VAZQUEZ:  We are going to stop the |
| 09:51:29 | 15 | deposition right now and take a break off |
| 09:51:29 | 16 | the record.  We need the room to ourselves, |
| 09:51:31 | 17 | and since you just said "if you want to" |
| 09:51:32 | 18 | again -- |
| 09:51:34 | 19 | MR. STIMPSON:  He answered it. |
| 09:51:35 | 20 | MR. VAZQUEZ:  You just said "if you |
| 09:51:36 | 21 | want to" again.  That is completely against |
| 09:51:39 | 22 | the rules and -- |
| 09:51:39 | 23 | MR. STIMPSON:  I don't think it is.  I |
| 09:51:42 | 24 | am encouraging him to answer it. |
| | 25 | MR. VAZQUEZ:  It is, you know it.  And |

Attorneys' Eyes Only
Mitchel Rothschild      June 7, 2012

Page 49

| | | |
|---|---|---|
| 09:51:45 | 1 | I am just going to stop it right now, and |
| | 2 | we are going to consider what action we are |
| 09:51:49 | 3 | going to take here to stop this |
| 10:22:53 | 4 | obstructionist conduct of yours, Stimpson. |
| 10:23:08 | 5 | THE VIDEOGRAPHER:  Going off the |
| 10:24:59 | 6 | record, the time is 9:54 a.m. |
| 10:25:01 | 7 | (Recess taken) |
| 10:25:03 | 8 | THE VIDEOGRAPHER:  We are back on the |
| 10:25:05 | 9 | record.  The time is 10:27 a.m. |
| 10:25:09 | 10 | BY MR. VAZQUEZ: |
| 10:25:10 | 11 | Q    Mr. Rothschild, I am going to hand you |
| 10:25:10 | 12 | what has been marked as Exhibits 6 and 7 for |
| 10:25:10 | 13 | your deposition. |
| 10:25:10 | 14 | (Screen shot from Vitals website |
| 10:25:10 | 15 | marked Rothschild Exhibit 6 for |
| 10:25:10 | 16 | identification, as of this date.) |
| 10:25:10 | 17 | (Screen shot from Vitals website |
| 10:25:10 | 18 | marked Rothschild Exhibit 7 for |
| 10:25:13 | 19 | identification, as of this date.) |
| 10:25:15 | 20 | BY MR. VAZQUEZ: |
| 10:25:18 | 21 | Q    Take a moment to look at those |
| 10:25:39 | 22 | documents.  I will have some questions about it. |
| 10:25:46 | 23 | A    Okay. |
| 10:25:52 | 24 | Q    6 and then 7. |
| | 25 | Mr. Rothschild, Exhibit 6 is a screen |

Page 50

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | shot from the Vitals website, correct?       |
| 10:26:01 | 2  | A    It is not correct.  It is a screen      |
| 10:26:04 | 3  | shot from the old Vitals website.  It is no  |
| 10:26:07 | 4  | longer applicable.                           |
| 10:26:14 | 5  | Q    Okay.  And why do you know that that    |
| 10:26:18 | 6  | is a screen shot from the old website?       |
| 10:26:23 | 7  | A    Because it has the comparison options,  |
| 10:26:27 | 8  | and it has the pages that result from that, and |
| 10:26:29 | 9  | as per Exhibit 4 and my email of January 5th, |
| 10:26:35 | 10 | 2011, we eliminated that.                    |
| 10:26:44 | 11 | Q    Okay.  And that's what I wanted to ask  |
| 10:26:45 | 12 | you about, specifically whether these features |
| 10:26:50 | 13 | that are shown on the Exhibits 6 and 7 were on |
| 10:26:51 | 14 | the website when you sought the opinion from |
| 10:26:54 | 15 | Maldjian?                                    |
| 10:26:56 | 16 | A    I don't know the exact timing they      |
| 10:26:59 | 17 | were in the process of coming off.  Probably |
| 10:27:01 | 18 | when we started the process, they were on, and |
| 10:27:17 | 19 | then my guess would be by the end, they were off |
| 10:27:19 | 20 | or somewhere around there.  I don't know the |
| 10:27:22 | 21 | exact timing.                                |
| 10:27:26 | 22 | Q    When you say you started the process,   |
| 10:27:31 | 23 | the opinion from Maldjian is dated January 2nd, |
| 10:27:32 | 24 | 2011, right?                                 |
|          | 25 | A    Yes.                                     |

Page 51

| | | | |
|---|---|---|---|
| 10:27:34 | 1 | Q | And when did the process start, as you |
| 10:27:38 | 2 | | just put it? |
| 10:27:39 | 3 | A | Which process? |
| 10:27:41 | 4 | Q | Those were your words, sir. |
| 10:27:45 | 5 | A | The process with Maldjian? |
| 10:27:48 | 6 | Q | Yes, if that's what you meant. |
| 10:27:50 | 7 | A | Yes. |
| 10:27:51 | 8 | | Five, six weeks before. |
| 10:27:52 | 9 | Q | Five to six weeks before January 2nd? |
| 10:27:53 | 10 | A | Yes. |
| 10:27:54 | 11 | Q | So at the end of November? |
| 10:27:56 | 12 | A | Roughly. |
| 10:27:59 | 13 | Q | Or in November? |
| 10:28:03 | 14 | A | (No response). |
| 10:28:08 | 15 | Q | And when was it that you first |
| 10:28:10 | 16 | | approached or began your communications with the |
| 10:28:17 | 17 | | Sills Cummis firm with respect to obtaining an |
| 10:28:23 | 18 | | opinion from them? |
| 10:28:25 | 19 | A | Probably around December of 2010. |
| 10:28:25 | 20 | Q | And so if I understand correctly, you |
| 10:28:29 | 21 | | sought the opinion from Maldjian first? |
| 10:28:36 | 22 | A | Yes. |
| 10:28:43 | 23 | | Well, as stated previously, we sought |
| | 24 | | the opinion on numerous patents and patent |
| | 25 | | applications from them first, and because this |