# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## DECLARATION OF DAVID C. LEE

David C. Lee, being of full age, hereby declares and states as follows:

1. My name is David C. Lee. I am over the age of 18 years, and have personal knowledge of the facts stated herein.

2. I am an associate at Sills Cummis & Gross P.C., attorneys for Defendant MDx Medical, Inc. ("MDx"). I submit this declaration in support of MDx's Reply in Support of Its Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of Non-Infringement.

3. Attached hereto as Exhibit G are true and correct copies of portions of the transcript of the deposition of Lawrence West taken on June 26, 2012.

4. Attached hereto as Exhibit H are true and correct copies of portions of the transcript of the deposition of Erika Boyer taken on June 5, 2012.

5.  Attached hereto as Exhibit I are true and correct copies of portions of the transcript of the deposition of Dr. Greenspun taken on September 28, 2012.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/13/2012

_____
DAVID C. LEE