# **EXHIBIT G**

# In The Matter Of:

## *Health Grades, Inc.*
## *vs.*
## *MDX Medical, Inc.*

_____

## Lawrence West

### June 26, 2012

_____

# **CONFIDENTIAL**
## *Attorneys' Eyes Only*

MERRILL CORPORATION
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Confidential - Attorneys' Eyes Only
Lawrence West     June 26, 2012

Page 275

```
15:21:54   1          A.   Yes.
15:21:55   2          Q.   Do you have an understanding of
15:21:56   3    what the most common edits are by doctors?
15:22:00   4          A.   Yes.  A doctor typically will edit
15:22:04   5    their practice information and their address
15:22:09   6    information.
15:22:10   7          Q.   Okay.  Earlier today too Mr. Kanan
15:22:14   8    asked you about back in 2006 when you were
15:22:17   9    working with Mr. Rothschild, do you remember
15:22:19  10    that?
15:22:19  11          A.   Yes.
15:22:19  12          Q.   And he asked you about whether you
15:22:21  13    looked at the HealthGrades website?
15:22:24  14          A.   Yes.
15:22:24  15          Q.   In what context were you looking
15:22:26  16    at HealthGrades website?
15:22:28  17          A.   At the time we were looking at all
15:22:30  18    of the websites out there that provided provider
15:22:33  19    directory type functionality.  HealthGrades was
15:22:35  20    just one of many of the sites that we looked at
15:22:38  21    including, you know, RateMDs WebMD, Revolution
15:22:45  22    Health, Vimo.  There were quite a few.
15:22:50  23          Q.   Did any one of them stand out, ah,
15:22:52  24    beyond any others?
15:22:53  25          A.   No, they typically all offered
```

Confidential - Attorneys' Eyes Only
Lawrence West     June 26, 2012

Page 280

```
15:26:31  1            Q.    Nobody was doing anything like
15:26:33  2    this?
15:26:34  3            A.    Not that much robust information,
15:26:36  4    no.
15:26:40  5            Q.    And you said that the physician
15:26:43  6    edits primarily are to the address and practice
15:26:46  7    information?
15:26:46  8            A.    Yes.
15:26:47  9            Q.    What did you mean practice
15:26:48 10    information?
15:26:48 11            A.    So, basically if a doctor moves
15:26:51 12    from one practice to the other they typically
15:26:54 13    update their location or practice information.
15:26:57 14            Q.    Well, that's the address again?
15:27:00 15            A.    Right.  So a practice being a
15:27:06 16    particular location or a particular facility at
15:27:09 17    a particular location.
15:27:11 18            Q.    And regardless of what's the most
15:27:13 19    edited items, do physicians edit other things
15:27:16 20    besides address and physician information?
15:27:18 21            A.    Yes.
15:27:19 22            Q.    Like what?
15:27:20 23            A.    Ah, they might add expertise, they
15:27:23 24    might add associations, they might add awards.
15:27:25 25    There's --
```