# EXHIBIT H

# In The Matter Of:

## Health Grades, Inc.
## *vs.*
## MDX Medical, Inc.

_____

## Erika Boyer

### June 5, 2012

_____

# *HIGHLY CONFIDENTIAL*
## *Attorneys' Eyes Only*

**MERRILL CORPORATION**
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Highly Confidential - Attorneys' Eyes Only
Erika Boyer     June 5, 2012

200

```
 1    the data that might be aggregated?
 2         A    Yes.
 3         Q    Okay.  So the residency and
 4    fellowship information, if that's shown on a
 5    profile where does that come from?
 6         A    That comes from the providers, the
 7    healthcare providers themselves.
 8         Q    And other than just receipt from the
 9    provider, does MDX do anything to verify that
10    information?
11         A    No.
12         Q    Does any third party, to your
13    knowledge, do anything to verify that
14    information?
15         A    No.
16         Q    Look at, actually, about line 30
17    now.  It says "Accessing healthcare provider
18    verified information.  Was received from the
19    first healthcare provider."
20         A    Yes.
21         Q    And then it says "Comprises three or
22    more from a group consisting of specialty
23    information, medical philosophy, gender, age,
24    years in profession, years in practice,
25    awards, honors, professional appointments,
```

Highly Confidential - Attorneys' Eyes Only
Erika Boyer     June 5, 2012

201

```
 1   professional memberships, publications,
 2   languages, and hobbies."
 3           Do you see that?
 4       A   Yes.
 5       Q   Now do you remember Mr. Vazquez
 6   asking you earlier today about how healthcare
 7   providers can get on and edit some data on the
 8   MDX website?
 9       A   Yes.
10       Q   Okay.  But I don't want to -- I want
11   to focus you on this list, okay?
12       A   Okay.
13       Q   So for this list, how frequently do
14   healthcare providers modify this data?
15       A   Very infrequently.  Probably less
16   than 1 percent.
17       Q   And in -- as we sit here today,
18   Ms. Boyer --
19       A   Um-hum.
20       Q    -- and from your experience, are you
21   aware of any instance of any healthcare
22   provider ever modifying three or more of
23   these?
24       A   No, I'm not.
25       Q   Okay.
```