# EXHIBIT I

```
                                              Page 1

 1   Volume I                        Pages 1 - 292

 2                                    Exhibits 64 - 71

 3          UNITED STATES DISTRICT COURT

 4              DISTRICT OF COLORADO

 5                 Civil Action No. 11-CV-00520-PAB-BNB

 6   *************************************

 7   HEALTH GRADES, INC.,                    *

 8        Plaintiff,                         *

 9   Vs.                                     *

10   MDX MEDICAL, INC., d/b/a VITALS.COM,   *

11        Defendant.                         *

12   *************************************

13

14          DEPOSITION of PHILIP G. GREENSPUN

15          Friday, September 28, 2012 at 8:30 a.m.

16          Courtyard by Marriott

17          700 Unicorn Park Drive

18          Woburn, Massachusetts

19

20     ------ Jacqueline P. Shields, RPR, CSR ------

21

22

23

24      Job No. NJ1339308
```

Page 269

1    form is sent from the server down to the browser

2    with fields already partly filled out.  The

3    physician can edit none, one, or all of those

4    fields, and hit the submit button and the

5    information goes back to the server, some of which

6    has been edited or newly typed by the physician,

7    some of which the server already had.

8         Q.  And when that information is submitted by

9    the physician back to Vitals in connection with

10   fields that were already completed on the Web form,

11   is that information then received from the

12   healthcare provider?

13        A.  Yes, it was viewed on the healthcare

14   provider's browser, the healthcare provider hit the

15   submit button, it was packaged up by the healthcare

16   provider's browser program and submitted by the HTTP

17   protocol to the VITALS.COM server.

18        Q.  Have you seen a physician actually submit

19   such information to the Vitals website?

20        A.  I have.  I have been sent screen shots made

21   by friends of mine who are physicians.  I haven't

22   actually stood over their shoulders while they used

23   the site.

24             I might add that this is a completely

Page 288

1      A.  I guess I would try "data quality."

2      Q.  Okay, I will try that.  Nothing.  That's

3  enough of that.

4          So, Dr. Greenspun, Mr. Kostolansky asked

5  you -- well, actually you testified a bit about how

6  you think the users of the Vitals website, that they

7  had these forms that were already filled out, they'd

8  look at them and even if they don't change them,

9  they'd submit them back?

10     A.  I wouldn't expect them to submit the form

11  back with no changes.  I wouldn't expect them to

12  take the trouble.

13     Q.  Okay.  So but my question is more

14  fundamental.  You testified about these forms, the

15  users can, the physicians can look at and change

16  stuff if they want to, and then possibly submit it

17  back, right?

18     A.  Yes, it's a conventional website where

19  you're seeing some information, if you notice an

20  error you hit an edit button, that brings up a form

21  that looks like a lot like the information that you

22  just viewed, but instead of just plain text now the

23  text appears in editable fields, and the physician

24  can change one of those fields and hit submit, and

Page 289

1    it will end up getting back to the profile page.

2    That's more or less as it would be displayed to a

3    user.

4          Q.   How do you know that?

5          A.   As I said, I had some friends of mine who

6    are physicians go into the site and correct -- I

7    mean, they had corrections to make in their

8    profiles; fortunately, I don't think any of them had

9    to correct their gender, you know; in some cases

10   they edited the languages field.

11         Q.   Do you know of that in any other way?

12         A.   To correct the data?

13         Q.   Yes, how that happens.

14         A.   Well, I think, you know, people could

15   telephone or email the Vitals staff and scream and

16   yell and say --

17         Q.   That wasn't my question.

18         A.   -- I didn't go to Howard University, I went

19   to Harvard.

20         Q.   That wasn't my question.  I didn't mean

21   that question.  You said you knew of these forms,

22   what they looked like, and the edit button and all

23   that stuff, because your friends did this and they

24   talked to you about it.  Do you know that

Page 290

1    information from any other source besides your

2    buddies?

3         A.  No.

4         Q.  And did you reference your friends here in

5    your report anywhere?

6         A.  No, it was -- this is an entirely

7    conventional way to engineer Web forms, going back

8    to the, you know, earlier '90s, so it didn't seem

9    relevant at the time.

10        Q.  So it's not in your report?

11        A.  No.

12        Q.  Okay.

13             MR. STIMPSON:  I've got nothing else.

14             MR. KOSTOLANSKY:  Nothing further.

15             (Whereupon the deposition concluded at 6:08

16    p.m.)

17

18

19

20

21

22

23

24