# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

### DECLARATION OF LAWRENCE WEST

---

LAWRENCE WEST, being of full age, hereby declares and states as follows:

1. I make this declaration in support of Defendant MDx Medical, Inc.'s Reply in Support of Its Motion For Summary Judgment of Non-Infringement. Unless otherwise noted, the statements made herein are based on my personal knowledge.

2. I am the Chief Technology Officer of MDx Medical, Inc. ("MDx"), and I am one of the architects and builders of the Vitals.com website. My responsibilities include designing, implementing, and maintaining the technology of the MDx www.vitals.com website.

3. One portion of the vitals.com website is the physician portal. This portal allows a registered physician to view information in the MDx website about that physician. The physician portal also allows a registered physician, if she so desires, to edit certain information,

including, but not limited to, specialty information, gender, awards/honors, professional appointments, professional membership, and languages.

4. I understand that one issue in the above-referenced motion is whether all of a physician's information in the physician portal is submitted to the MDx servers if the physician does not edit any information. I have reviewed the physician portal technology, and the answer is no. None of a physician's information in the physician portal is submitted to the MDx servers if the physician does not edit any information.

5. I understand that another issue in the motion is whether all of a physician's information in the physician portal is submitted to the MDx servers if the physician edits just one piece of information. From my review of the physician portal technology, the answer is no. That is, the physician portal is segregated so that not all of a physician's information in the physician portal is submitted to the MDx servers if the physician edits just one piece of information.

6. I understand that another issue in the motion is whether MDx has ever attempted to perform a database query so as to create a document that could show whether any physician has ever edited three or more of the following data elements: specialty information, gender, awards/honors, professional appointments, professional membership, and languages. To the best of my knowledge, this database query has never been performed, nor has it ever been requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 13, 2012

_____
LAWRENCE WEST