# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

## DECLARATION OF SCOTT B. MURRAY

---

Scott B. Murray, being of full age, hereby declares and states as follows:

1. My name is Scott B. Murray. I am over the age of 18 years, and have personal knowledge of the facts stated herein.

2. I am a member of Sills Cummis & Gross P.C., attorneys for Defendant MDx Medical, Inc. ("MDx"). I submit this declaration in support of MDx's motion, made pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Court's order extending the deadline for dispositive motions to November 2, 2012, for entry of partial summary judgment: (1) that Health Grades, Inc. ("Health Grades") is not entitled to lost profits; and (2) royalty rates may not be applied to revenue of the entire accused website [Doc. # 372].

3. Attached hereto as Exhibit 1 is a true and correct copy of portions of MDx's Second Supplemental Objections and Responses to Health Grades' First Set of Interrogatories.

2

4. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Mitch Rothschild.

5. Attached hereto as Exhibit 3 is a true and correct copy of an email sent from Mitch Rothschild to Erika Boyer and Larry West.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2012

SCOTT B. MURRAY