IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Parties' Joint Unopposed Motion for an Additional Four-Day Extension of Time for Them to File Motions to Restrict Regarding Dkt. Nos. 404, 405, 411 and 412** [docket no. 447, filed December 14, 2012] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. The parties have to and including **December 18, 2012**, to file their respective motions to restrict access relating to dkt nos. 404, 405, 411 and 412.

DATED:  December 17, 2012