**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX'S UNOPPOSED MOTION FOR AN ADDITIONAL ONE-DAY EXTENSION OF TIME TO FILE A MOTION TO RESTRICT REGARDING DKT. NOS. 404, 405, 411 and 412**

---

Defendant MDx Medical, Inc. ("MDx"), by its undersigned counsel, respectfully submits this Unopposed Motion for An Additional One-Day Extension of Time To File a Motion To Restrict Regarding Dkt. Nos. 404, 405, 411 and 412 (the "Motion").

Pursuant to *D.C.COLO.L.CivR* 7.1(A), the undersigned counsel has conferred with counsel for Plaintiff Health Grades, Inc. ("Health Grades") regarding the relief requested herein and Health Grades does not oppose this Motion.

**MOTION**

1.    As recounted in the parties' first and second Joint Unopposed Motions for an Extension of Time regarding motions to restrict for Dkt. Nos. 404, 405, 407, 411 and 412 [Dkt. Nos. 437 & 447], on November 26, 2012, Health Grades filed its Opposition to MDx's Motion for Summary Judgment of No Willfulness [Dkt. No. 404], and Opposition to MDx's Motion for Summary Judgment of Non-Infringement [Dkt. No. 405]. On the same day, MDx filed its

1

Opposition to Health Grades' Motion for Partial Summary Judgment [Dkt. No. 407]. Further, on November 27, 2012, Health Grades filed its Opposition to MDx's Motion to Exclude Health Grades' Expert, David Hall [Dkt. No. 411], and Opposition to MDx's Motion for Partial Summary Judgment that (1) Health Grades is Not Entitled to Lost Profits and (2) Royalty Rates May Not Be Applied to Revenue of the Entire Accused Website [Dkt. No. 412]. MDx filed its opposition and exhibits as restricted documents given that Health Grades asserts that the documents reference and contain confidential information. Likewise, Health Grades filed the oppositions and exhibits as restricted documents, given that MDx asserts that the documents reference and contain confidential information.

2.  Pursuant to *D.C.Colo.LCivR* 7.2(D), the Parties' respective motions to restrict access to the motions and exhibits referenced above were due by December 10, 2012 [Dkt. Nos. 404, 405 & 407] and December 11, 2012 [Dkt. Nos. 411 & 412]. Pursuant to the Court's grant of the parties' first joint motion for an extension of time [Dkt. No. 439], the respective motions for Dkt. Nos. 404, 405, 407, 411 and 412 were due December 14, 2012. Pursuant to the Court's grant of the parties' second joint motion for an extension of time [Dkt. No. 452], the respective motions for Dkt. Nos. 404, 405, 411 and 412 are currently due today, December 18, 2012. Prior to filing the second joint motion, the parties had determined that neither would be filing a motion to restrict regarding Dkt. No. 407.

3.  Since the second joint motion was filed, MDx's counsel has been reviewing Dkt. Nos. 404, 405, 411 and 412 to determine the necessary redactions and requests for restriction given the MDx highly confidential and confidential that it believes appear in the various briefs and exhibits. MDx's counsel will be filing one motion to restrict regarding the four docket

2

submissions and is seeking to make the motion as limited as possible in light of past motions to restrict. Today, counsel for the parties conferred by e-mail regarding the motion to restrict, and MDx counsel will be contacting Health Grades counsel tomorrow to confer further regarding its proposed motion. MDx's counsel is determining whether that it will be able to avoid including Dkt. No. 412 in the motion to restrict. Regarding the remaining submissions at issue, Dkt. Nos. 404, 405 and 411, counsel need limited additional time to confer in an effort to limit the number of issues in dispute in the motion to restrict. During the course of this week, counsel for MDx has been engaged in reviewing additional submissions – Dkt. Nos. 419, 425, and 428 – to determine that no motions to restrict were necessary regarding those filings. Counsel will complete their conferral regarding Dkt. Nos. 404, 405, 411 and 412 within the limited, extended time requested herein.

4. Good cause exists for the additional, brief extension requested by MDx, which is unopposed by Health Grades. This is a complex patent case with numerous issues in dispute, regarding both factual and expert issues, that have become the basis for summary judgment motions. The parties have heeded the Court's admonition to limit the exhibits and submissions regarding such motions, but such disputed issues have still required the submission of numerous, excerpted exhibits. Counsel for the Parties conferred by e-mail earlier today and agreed that the additional, short extension requested herein would allow them to complete their conferral in anticipation of MDx filing its motion to restrict access, on Wednesday, December 19, 2012.

5. The Parties have previously sought, and been granted, two extensions for filing their respective motions to restrict access, and only MDx is requesting this additional, short

3

extension for its motion to restrict. In accordance with *D.C.COLO.L.CivR* 6.1(E), copies of this motion will simultaneously be served on Health Grades by MDx's undersigned counsel.

## CONCLUSION

Therefore, for good cause shown, MDx respectfully requests that the Court grant its Unopposed Motion and allow MDx up to and including Wednesday, December 19, 2012, to file its motion to restrict access, relating to Dkt. Nos. 404, 405, 411, and 412, if necessary.

Dated:  December 18, 2012                                Respectfully submitted,

*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2012, I electronically filed the foregoing MDX'S UNOPPOSED MOTION FOR AN ADDITIONAL ONE-DAY EXTENSION OF TIME TO FILE A MOTION TO RESTRICT REGARDING DKT. NOS. 404, 405, 411 and 412 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                               *s:/  Scott B. Murray*