**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

      Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

**PARTIES' JOINT MOTION FOR AN ADDITIONAL ONE-DAY EXTENSION OF TIME FOR THEM TO FILE A JOINT MOTION TO RESTRICT REGARDING DKT. NOS. 404, 404-3, 404-4, 404-5, 404-6, 404-9, 404-10, 405, 405-3, 405-4, 405-5, 405-6, 405-9, 411-1, 411-2, 411-3, 411-5, 412-1, 412-2, 412-4 & 433-5**

---

Defendant MDx Medical, Inc. ("MDx") and Plaintiff Health Grades, Inc. ("Health Grades"), by their respective undersigned counsel, respectfully submit this Joint Motion for An Additional One-Day Extension of Time To File a Joint Motion To Restrict Regarding Dkt. Nos. 404, 404-3, 404-4, 404-5, 404-6, 404-9, 404-10, 405, 405-3, 405-4, 405-5, 405-6, 405-9, 411-1, 411-2, 411-3, 411-5, 412-1, 412-2, 412-4 & 433-5 (the "Joint Motion").

Pursuant to *D.C.COLO.L.CivR* 7.1(A), the undersigned counsel have conferred regarding the relief requested herein and have agreed to the relief sought in this Joint Motion.

In short, the parties have conferred extensively today by telephone and e-mail and have agreed upon redactions and restrictions regarding the specific documents identified above and are preparing a Joint Motion, with proposed redacted replacement documents, to submit to the Court tomorrow.  The parties request one additional day in order to submit their joint motion,

1

and assure the Court that this will be the last request for an extension regarding these documents. If this Joint Motion is granted, the parties will file the joint motion to restrict tomorrow, December 20, 2012.

## JOINT MOTION

1.      As recounted in the parties' first and second Joint Unopposed Motions for an Extension of Time regarding motions to restrict for Dkt. Nos. 404, 405, 407, 411 and 412 [Dkt. Nos. 437 & 447], and MDx's Unopposed Motion for an Extension of Time regarding the same docket numbers [Dkt. No. 453], on November 26, 2012, Health Grades filed its Opposition to MDx's Motion for Summary Judgment of No Willfulness [Dkt. No. 404], and Opposition to MDx's Motion for Summary Judgment of Non-Infringement [Dkt. No. 405].  On the same day, MDx filed its Opposition to Health Grades' Motion for Partial Summary Judgment [Dkt. No. 407].  Further, on November 27, 2012, Health Grades filed its Opposition to MDx's Motion to Exclude Health Grades' Expert, David Hall [Dkt. No. 411], and Opposition to MDx's Motion for Partial Summary Judgment that (1) Health Grades is Not Entitled to Lost Profits and (2) Royalty Rates May Not Be Applied to Revenue of the Entire Accused Website [Dkt. No. 412].  Finally, on December 5, 2012, Health Grades filed its Errata regarding Dkt. No. 411 [Dkt. No. 433]. MDx filed its opposition and exhibits as restricted documents given that Health Grades asserts that the documents reference and contain confidential information.  Likewise, Health Grades filed the oppositions and exhibits, and Errata, as restricted documents, given that MDx asserts that the documents reference and contain confidential information.

2.      Pursuant to *D.C.Colo.LCivR* 7.2(D), the parties' respective motions to restrict access to the motions and exhibits referenced above were due by December 10, 2012 [Dkt. Nos.

2

404, 405 & 407] and December 11, 2012 [Dkt. Nos. 411 & 412].  Pursuant to the Court's grant of the parties' first joint motion for an extension of time [Dkt. No. 439], the respective motions for Dkt. Nos. 404, 405, 407, 411 and 412 were due December 14, 2012.  Pursuant to the Court's grant of the parties' second joint motion for an extension of time [Dkt. No. 452], the respective motions for Dkt. Nos. 404, 405, 411 and 412 were due December 18, 2012.  Prior to filing the second joint motion, the parties had determined that neither would be filing a motion to restrict regarding Dkt. No. 407.  Pursuant to the Court's grant of MDx's unopposed motion for an extension of time [Dkt. No. 453], the motions for Dkt. Nos. 404, 405, 411 and 412 are due today, December 19, 2012.[1]  The motion to restrict regarding Dkt. No. 433 is also due today.

3.      Today, counsel for the parties have conferred extensively, by e-mail and telephone, and agreed upon the necessary redactions and restrictions for the specific documents identified herein – 404, 404-3, 404-4, 404-5, 404-6, 404-9, 404-10, 405, 405-3, 405-4, 405-5, 405-6, 405-9, 411-1, 411-2, 411-3, 411-5, 412-1, 412-2, 412-4 & 433-5.  Regarding these specific documents, for the majority, the parties are preparing proposed, redacted versions to be used for public access that they will submit to the Court tomorrow with their joint motion to restrict, if this Joint Motion is granted.  The parties agree that the remaining briefs and exhibits that comprise the rest of the motion submissions for these docket entries do not require a motion to restrict.  Therefore, the parties are seeking an additional one-day extension of time to complete the joint motion to restrict and proposed, redacted exhibits to submit to the Court tomorrow.

---

[1]  Counsel for MDx mistakenly filed yesterday's motion as an unopposed motion on MDx's behalf only.  It should have been filed as a joint motion like the previous two motions to extend time.  Therefore, this Joint Motion is correctly filed as a joint motion.

4.      Good cause exists for this additional, brief, one-day extension requested by the parties.  This is a complex patent case with numerous issues in dispute, regarding both factual and expert issues, that have become the basis for summary judgment motions.  The parties have heeded the Court's admonition to limit the exhibits and submissions regarding such motions, and counsel for the parties have conferred extensively by e-mail and telephone today, and prior to today, and now agreed upon the joint motion to restrict and proposed, redacted exhibits that they will file.  They agree that the additional, short, one-day extension requested herein will allow them to complete the redactions and joint motion to restrict so that they can file the joint motion to restrict access on Thursday, December 20, 2012.

5.      The parties, either jointly or separately, have previously sought, and been granted, three extensions for filing the motions to restrict access, and now request this additional, short extension in order to complete and file a joint motion to restrict with proposed, redacted exhibits. In accordance with *D.C.COLO.L.CivR* 6.1(E), copies of this Joint Motion will simultaneously be served on Health Grades and MDx by their respective undersigned counsel

## <u>CONCLUSION</u>

Therefore, for good cause shown, the parties respectfully request that the Court grant this

Joint Motion and allow the parties up to and including Thursday, December 20, 2012, to file a

joint motion to restrict access, relating to Dkt. Nos. 404, 404-3, 404-4, 404-5, 404-6, 404-9, 404-

10, 405, 405-3, 405-4, 405-5, 405-6, 405-9, 411-1, 411-2, 411-3, 411-5, 412-1, 412-2, 412-4 &

433-5.

Dated:  December 19, 2012                          Respectfully submitted,

                                                   *s:/Scott B. Murray*
                                                   Scott D. Stimpson
                                                   Scott B. Murray
                                                   David C. Lee
                                                   Sills Cummis & Gross P.C.
                                                   30 Rockefeller Plaza
                                                   New York, New York 10112
                                                   Tel: (212) 643-7000
                                                   Fax: (212) 643-6500
                                                   E-mail:sstimpson@sillscummis.com
                                                   E-mail:smurray@sillscummis.com
                                                   E-mail:dlee@sillscummis.com

                                                   and

                                                   Terence Ridley, Atty. No. 15212
                                                   Wheeler Trigg O'Donnell LLP
                                                   370 Seventeenth Street, Suite 4500
                                                   Denver, Colorado 80202
                                                   Tel:  (303) 244-1800
                                                   Fax:   (303) 244-1879
                                                   E-mail: ridley@wtotrial.com

                                                   *Attorneys for Defendant*
                                                   MDx Medical, Inc. d/b/a VITALS.COM

6

*s:/ Jesús M. Vázquez*
Jesús M. Vázquez, Jr., Esq.
Kris J. Kostolansky, Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
Email: jvazquez@rothgerber.com
Email: kkosto@rothgerber.com
Email: gkanan@rothgerber.com

*Attorneys for Plaintiff*
Health Grades, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2012, I electronically filed the foregoing Joint Motion for An Additional One-Day Extension of Time To File a Joint Motion To Restrict Regarding Dkt. Nos. 404, 404-3, 404-4, 404-5, 404-6, 404-9, 404-10, 405, 405-3, 405-4, 405-5, 405-6, 405-9, 411-1, 411-2, 411-3, 411-5, 412-1, 412-2, 412-4 & 433-5 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

*s:/  Scott B. Murray*