IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Parties' Joint Motion for an Additional One-Day Extension of Time for Them to File a Joint Motion to Restrict Regarding Dkt. Nos. 404, 404-3, 404-4, 404-5, 404-6, 404-9, 404-10, 405, 405-3, 405-4, 405-5, 405-6, 405-9, 411-1, 411-2, 411-3, 411-5, 412-1, 412-2, 412-4 & 433-5** [docket no. 456, filed December 19, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The parties have to and including **December 20, 2012**, to file their respective motions to restrict access relating to dkt nos. 404, 404-3, 404-4, 404-5, 404-6, 404-9, 404-10, 405, 405-3, 405-4, 405-5, 405-6, 405-9, 411-1, 411-2, 411-3, 411-5, 412-1, 412-2, 412-4 & 433-5.

DATED:  December 20, 2012