# EXHIBIT C

(Redacted Version of Dkt. # 404-4 and 405-4)

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S
MOTION FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

---

**Exhibit 4**

**June 26, 2012 Deposition of Lawrence West**
*(selected portions)*

EXHIBIT 4

CONFIDENTIAL ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF COLORADO
-------------------------------------------x
HEALTH GRADES, INCORPORATED,

                              Plaintiff,


vs.                                Civil Action No.

                                   11-CV-00520-PAB-BNB


MDX MEDICAL, INCORPORATED D/B/A,
VITALS.COM,

                              Defendant.
-------------------------------------------x

                    June 26, 2012

                    8:00 a.m.



        Videotaped deposition of LAWRENCE

WEST, taken by Plaintiff, pursuant to Notice,

at the offices of Sills, Cummis & Gross P.C.,

The Legal Center, One Riverfront Plaza,

Newark, New Jersey, before Georgette K. Betts,

a Certified Shorthand Reporter, Registered

Professional Reporter, Certified Livenote

Reporter and Notary Public within and for the

States of New York and New Jersey.

```
 1 A P P E A R A N C E S:

 2 ROTHGERBER JOHNSON & LYONS LLP
           Attorneys for Plaintiff
 3               One Tabor Center, Suite 3000
                 1200 Seventeenth Street
 4               Denver, Colorado 80202-5855
                 303.623.9000
 5               gkanan@rothgerber.com

 6         BY:   GREGORY B. KANAN, ESQ.

 7               -and-

 8 MERCHANT & GOULD
                 1050 Seventeenth Street
 9               Suite 1950
                 Denver, Colorado 80265
10               303.357.1670
                 kstolldebell@merchantgould.com
11
           BY:   KRISTIN L. STOLL-DEBELL, ESQ.
12

13 SILLS CUMMIS & GROSS
           Attorneys for Defendant
14               30 Rockefeller Plaza
                 New York, New York 10112
15               212.643.7000
                 sstimpson@sillscummis.com
16
           BY:   SCOTT D. STIMPSON, ESQ.
17

18 ALSO PRESENT:
           PHILIP GREENSPUN,
19         Expert for Healthgrades

20         DAVID SANDERS, VIDEO OPERATOR

21

22

23

24

25
```

1 June 26, 2012

2

I N D E X

3

4 WITNESS                EXAMINATION              PAGE

5 LAWRENCE WEST

6                 BY MR. KANAN              7, 277

7                 BY MR. STIMPSON            274

8

9                 E X H I B I T S

10 WEST              DESCRIPTION              PAGE

11 Exhibit 1      document titled          75
                  "Thinking About
12                 Physician Quality,
                  Getting to a Fuller
13                 View", Bates-stamped
                  MDX0012038 through 12285
14
   Exhibit 2      schematic drawing of the   77
15                 Vitals website

16 Exhibit 3      Vitals XML feed guide     85
                  version 1.3
17                 Bates-stamped MDX0019309
                  through 326
18
   Exhibit 4      document Bates-stamped    103
19                 MDX0011861 through 862

20 Exhibit 5      e-mail Bates-stamped      105
                  MDX0019254 through 255
21
   Exhibit 6      e-mail Bates-stamped      135
22                 MDX0034444 through 46

23 Exhibit 7      depiction of the Vitals   152
                  iFrame window
24
   Exhibit 8      screen shot               161
25

1              E X H I B I T S

| WEST | DESCRIPTION | PAGE |
|------|-------------|------|
| Exhibit 9 | screen shot of particular page of a Vitals search | 182 |
| Exhibit 10 | document Bates-stamped MDX0069146 through 215 | 190 |
| Exhibit 11 | screen shot | 217 |
| Exhibit 12 | screen shot | 223 |
| Exhibit 13 | screen shot | 226 |
| Exhibit 14 | document Bates-stamped MDX0025310 through 333 | 232 |
| Exhibit 15 | e-mails Bates-stamped MDX0039641 through 645 | 237 |
| Exhibit 16 | two-page screen shot | 258 |
| Exhibit 17 | document Bates-stamped MDX0000177 through 182 | 262 |
| Exhibit 18 | document Bates-stamped MDX0039659 through 689 | 264 |
| Exhibit 19 | document Bates-stamped MDX0104073 through 110 | 264 |
| Exhibit 20 | document Bates-stamped MDX0071952 through 989 | 264 |
| Exhibit 21 | document Bates-stamped MDX0034556 through 640 | 264 |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:11-cv-00520-PAB-BNB Document 404-59 Filed 11/26/12 USDC Colorado Page 6 of 23

| Time | Line | |
|---|---|---|
| 08:44:25 | 1 | |
| 08:44:26 | 2 | |
| 08:44:29 | 3 | REDACTED |
| 08:44:32 | 4 | |
| 08:44:34 | 5 | |
| 08:44:34 | 6 | |
| 08:44:37 | 7 | |
| 08:44:41 | 8 | |
| 08:44:42 | 9 | |
| 08:44:43 | 10 | |
| 08:44:46 | 11 | |
| 08:44:50 | 12 | |
| 08:44:52 | 13 | |
| 08:44:56 | 14 | |
| 08:45:01 | 15 | |
| 08:45:03 | 16 | |
| 08:45:05 | 17 | |
| 08:45:15 | 18 | |
| 08:45:17 | 19 | |
| 08:45:20 | 20 | |
| 08:45:21 | 21 | REDACTED |
| 08:45:24 | 22 | |
| 08:45:28 | 23 | |
| 08:45:34 | 24 | |
| 08:45:36 | 25 | |

08:45:41 1          REDACTED

08:45:45 2          Q.    And how did you notify physicians

08:45:48 3 that they had the ability do this?

08:45:52 4          A.    We did not actively send out

08:45:56 5 notifications.

08:45:59 6                If a provider came to our website

08:46:01 7 there was an opportunity for them to log-in.

08:46:04 8          Q.    Is that true of the current status

08:46:07 9 of the website that the physicians can edit

08:46:09 10 information about themselves?

08:46:10 11         A.    Yes.  Physicians can edit

08:46:12 12 information about themselves.

08:46:13 13         Q.    And do they?

08:46:16 14         A.    Yes, they do.

08:46:17 15         Q.    You monitor, I assume, when a

08:46:19 16 physician edits?

08:46:20 17         A.    Yes.

08:46:21 18         Q.    And some physicians do come to

08:46:23 19 your site and edit information about themselves?

08:46:25 20         A.    Yes.

08:46:29 21         Q.    And are they allowed to freely

08:46:31 22 edit the information, change anything that's in

08:46:33 23 their physician data?

08:46:35 24         A.    No.

08:46:36 25                              REDACTED

Case 1:11-cv-00520-PAB-BNB   Document 404-59   Filed 11/26/12   USDC Colorado   Page 8 of
23

```
08:46:37    1           REDACTED

08:46:43    2

08:46:44    3

08:46:45    4

08:46:46    5

08:46:48    6

08:46:49    7

08:46:50    8

08:46:53    9

08:46:57   10

08:46:57   11

08:46:58   12

08:47:00   13

08:47:01   14

08:47:01   15

08:47:04   16

08:47:07   17

08:47:11   18

08:47:17   19

08:47:22   20

08:47:30   21

08:47:32   22          Q.    And you said physicians do come to

08:47:35   23 the site and do edit their profile --

08:47:38   24          A.    Yes.

08:47:39   25          Q.    -- correct?
```

Case 1:11-cv-00520-RPM-BNB   Document 401-4   Filed 11/26/12   USDC Colorado   Page 91 of 237

Page 32

08:47:39   1        A.    Uh-huh.

08:47:40   2            Q.    I assume there are physicians who

08:47:42   3 come to the website and look at their profile

08:47:44   4 but don't make any edits; is that correct too?

08:47:47   5            MR. STIMPSON:  Objection.

08:47:47   6        Calls for speculation.

08:47:48   7            MR. KANAN:  I don't know

08:47:48   8        whether it calls for speculation.

08:47:50   9                    REDACTED

08:47:52  10

08:47:54  11

08:47:57  12

08:47:59  13

08:48:01  14

08:48:01  15

08:48:02  16

08:48:05  17

08:48:07  18

08:48:08  19

08:48:09  20

08:48:11  21

08:48:13  22

08:48:15  23

08:48:18  24

08:48:21  25            Q.    So is that different than just

| 08:59:53 | 1 | don't guess, go ahead. |
| 08:59:55 | 2 | |
| 08:59:57 | 3 | REDACTED |
| 09:00:05 | 4 | |
| 09:00:11 | 5 | |
| 09:00:12 | 6 | |
| 09:00:15 | 7 | |
| 09:00:16 | 8 | |
| 09:00:19 | 9 | |
| 09:00:23 | 10 | |
| 09:00:24 | 11 | |
| 09:00:33 | 12 | |
| 09:00:37 | 13 | |
| 09:00:38 | 14 | |
| 09:00:39 | 15 | |
| 09:00:40 | 16 | |
| 09:00:41 | 17 | |
| 09:00:41 | 18 | |
| 09:00:43 | 19 | |
| 09:00:45 | 20 | |
| 09:00:46 | 21 | |
| 09:00:48 | 22 | |
| 09:00:52 | 23 | |
| 09:00:53 | 24 | |
| 09:00:56 | 25 | |

Page 44

| | |
|---|---|
| 09:00:58 | 1 |
| 09:01:02 | 2 |
| 09:01:03 | 3 |
| 09:01:06 | 4 |
| 09:01:11 | 5 |
| 09:01:13 | 6 |
| 09:01:14 | 7 |
| 09:01:16 | 8 |
| 09:01:18 | 9 |
| 09:01:20 | 10 |
| 09:01:24 | 11 |
| 09:01:27 | 12 |
| 09:01:30 | 13 |
| 09:01:35 | 14 |
| 09:01:42 | 15 |
| 09:01:45 | 16 |
| 09:01:48 | 17 |
| 09:01:51 | 18 |
| 09:01:56 | 19 |
| 09:01:58 | 20 |
| 09:01:58 | 21 |
| 09:01:58 | 22 |
| 09:02:00 | 23 |
| 09:02:03 | 24 |
| 09:02:09 | 25 |

REDACTED

| | |
|---|---|
| 09:02:11 | 1 |
| 09:02:13 | 2 |
| 09:02:18 | 3 |
| 09:02:21 | 4 |
| 09:02:23 | 5 |
| 09:02:24 | 6 |
| 09:02:27 | 7 |
| 09:02:30 | 8 |
| 09:02:37 | 9 |
| 09:02:40 | 10 |
| 09:02:43 | 11 |
| 09:02:46 | 12 |
| 09:02:50 | 13 |
| 09:02:54 | 14 |
| 09:02:56 | 15 |
| 09:02:58 | 16 |
| 09:03:02 | 17 |
| 09:03:06 | 18 |
| 09:03:08 | 19 |
| 09:03:09 | 20 |
| 09:03:11 | 21 |
| 09:03:15 | 22 |
| 09:03:16 | 23 |
| 09:03:17 | 24 |
| 09:03:19 | 25 |

REDACTED

Case 1:11-cv-00520-PAB-BNB Document 404-4 Filed 11/26/12 USDC Colorado Page 13 of 23

Page 70

09:43:29   1 data sets and then if the data sets were equal

09:43:33   2 we would tag the data as coming from both

09:43:36   3 sources, otherwise it would be added as

09:43:38   4 additional records.

09:43:40   5              REDACTED

09:43:42   6

09:43:43   7

09:43:45   8

09:43:48   9

09:43:50  10

09:43:52  11

09:43:53  12

09:43:54  13

09:43:58  14

09:44:04  15

09:44:06  16

09:44:09  17

09:44:13  18

09:44:14  19

09:44:16  20

09:44:19  21

09:44:21  22

09:44:23  23

09:44:27  24

09:44:30  25

Case 1:11-cv-00520-RMB-NYW Document 459-3 filed 12/20/12 USDC Colorado pg 15 of 47
Case 1:11-cv-00520-PAB-BNB Document 404-4 Filed 11/26/12 USDC Colorado Page 14 of 237

Page 71

09:44:32  1

09:44:33  2

09:44:33  3                    REDACTED

09:44:35  4

09:44:37  5

09:44:39  6

09:44:43  7

09:44:50  8

09:44:53  9

09:44:55  10

09:45:00  11

09:45:02  12

09:45:05  13

09:45:09  14

09:45:10  15

09:45:12  16

09:45:13  17

09:45:15  18

09:45:16  19

09:45:18  20

09:45:19  21

09:45:23  22

09:45:25  23

09:45:26  24

09:45:28  25

Page 72

09:45:30  1            REDACTED

09:45:32  2

09:45:35  3

09:45:37  4

09:45:39  5

09:45:45  6

09:45:46  7

09:45:49  8

09:45:50  9

09:45:51  10

09:45:55  11

09:46:00  12

09:46:02  13

09:46:03  14            MR. STIMPSON:  Hold on a

09:46:04  15       second.  Can just I have those

09:46:06  16       questions back.

09:46:44  17            (Record read.)

09:46:46  18            MR. STIMPSON:  We got an

09:46:47  19       answer to that?  Okay.  All right.

09:46:48  20       It's okay.

09:46:57  21            THE WITNESS:  Did I answer

09:46:57  22       that?

09:46:57  23            THE COURT REPORTER:  I have

09:46:57  24       "yeah."

09:46:58  25            MR. STIMPSON:  I didn't hear

09:46:59  1        it.

09:46:59  2              THE WITNESS:  I was waiting

09:47:00  3        for him.

09:47:00  4              MR. KANAN:  Well we don't need

09:47:01  5        to play a game here --

09:47:02  6              MR. STIMPSON:  Anyway, let

09:47:02  7        me --

09:47:02  8              MR. KANAN:  Why don't you

09:47:03  9        state whatever objection you want --

09:47:04  10             MR. STIMPSON:  Yeah.

09:47:04  11             MR. KANAN:  -- and maybe he

09:47:06  12        can answer it.

09:47:06  13             MR. STIMPSON:  Yeah, I'll just

09:47:06  14        state the objection.  It was

09:47:08  15        compound, there were two questions

09:47:09  16        there.

09:47:10  17             And even if there was -- I

09:47:10  18        think he may have been saying yes,

09:47:12  19        but to me.

09:47:13  20             MR. KANAN:  Fair enough.  Let

09:47:14  21        me just try and reask it.

09:47:16  22             MR. STIMPSON:  Yeah, all

09:47:16  23        right.

09:47:16  24  BY MR. KANAN:

09:47:16  25              REDACTED

Page 74

09:47:17   1                              REDACTED

09:47:21   2

09:47:25   3

09:47:27   4

09:47:32   5

09:47:36   6

09:47:44   7

09:47:46   8

09:47:47   9

09:47:51  10

09:47:55  11

09:47:58  12

09:47:58  13

09:47:59  14

09:48:02  15

09:48:04  16

09:48:08  17

09:48:11  18

09:48:12  19

09:48:13  20

09:48:21  21

09:48:26  22

09:48:29  23

09:48:31  24

09:48:33  25

Page 75

| | | |
|---|---|---|
| 09:48:35 | 1 | REDACTED |
| 09:39:57 | 2 | (Whereupon, document titled |
| 09:39:57 | 3 | "Thinking About Physician Quality, |
| 09:39:57 | 4 | Getting to a Fuller View", |
| 09:39:57 | 5 | Bates-stamped MDX0012038 through |
| 09:39:57 | 6 | 12285, was marked as West Exhibit 1 |
| 09:39:57 | 7 | for identification, as of this date.) |
| 09:48:37 | 8 | Q.    Okay. |
| 09:48:50 | 9 | Mr. West, let me show you what's |
| 09:48:52 | 10 | been marked deposition Exhibit 1. |
| 09:48:56 | 11 | This is a document produced by MDx |
| 09:49:00 | 12 | in this litigation.  It is titled "Thinking |
| 09:49:04 | 13 | About Physician Quality, Getting to a Fuller |
| 09:49:08 | 14 | View." |
| 09:49:08 | 15 | You see that on the first page? |
| 09:49:10 | 16 | A.    Yes. |
| 09:49:10 | 17 | Q.    Have you ever seen this document |
| 09:49:12 | 18 | before? |
| 09:49:15 | 19 | A.    Not that I can recall. |
| 09:49:18 | 20 | Q.    Have you seen something like it? |
| 09:49:21 | 21 | A.    This is representative of a |
| 09:49:23 | 22 | typical presentation document. |
| 09:49:29 | 23 | Q.    Okay. |
| 09:49:29 | 24 | A.    Without seeing the content I can't |
| 09:49:31 | 25 | tell you. |

15:11:27  1                    MR. KANAN:  'Cause this is the

15:11:28  2          one we saw.

15:11:29  3                    MR. STIMPSON:  Uh-huh.

15:11:30  4                    MR. KANAN:  If there is one

15:11:31  5          that's the later version and if

15:11:34  6          there is not produce to us the

15:11:35  7          latest version of it.

15:11:41  8          Q.    Okay.  Mr. West, if you look at

15:11:42  9  Exhibit 19.

15:11:43 10                    MR. STIMPSON:  It helps if I

15:11:44 11          get an e-mail on this, I'll write it

15:11:46 12          down too, but it helps me to

15:11:48 13          remember.

15:11:49 14                    MR. KANAN:  We'll follow up.

15:11:50 15                    MR. STIMPSON:  I know you sent

15:11:51 16          me an e-mail earlier today.

15:11:53 17                    MR. KANAN:  We'll follow up.

15:12:06 18          Q.    Have you seen Exhibit 19 before,

15:12:07 19  Mr. West?

15:12:09 20          A.    Yes.

15:12:10 21          Q.    And what is this document?

15:12:12 22          A.    These are screen shots of the SQL

15:12:15 23  that was written to generate the counts for the

15:12:20 24  interrogatory response.

15:12:23 25          Q.    And so the number at the bottom

Page 268

15:12:24   1  here under "count" would be the number of

15:12:29   2  physicians for whom you have this -- the

15:12:31   3  particular data; is that correct?

15:12:36   4          A.     That is correct.

15:12:37   5                 REDACTED

15:12:40   6

15:12:44   7

15:12:47   8

15:12:51   9

15:12:54  10

15:12:58  11

15:13:00  12

15:13:02  13

15:13:07  14

15:13:09  15

15:13:12  16

15:13:19  17

15:13:27  18

15:13:30  19

15:13:33  20

15:13:42  21

15:13:43  22

15:13:51  23

15:13:55  24

15:13:56  25

15:13:57   1

15:13:57   2                    REDACTED

15:14:01   3

15:14:07   4

15:14:11   5

15:14:13   6

15:14:16   7

15:14:17   8

15:14:23   9

15:14:25  10

15:14:27  11

15:14:28  12

15:14:30  13

15:14:32  14

15:14:34  15

15:14:34  16

15:14:36  17

15:14:39  18

15:14:40  19

15:14:45  20

15:14:49  21

15:14:50  22

15:14:51  23

15:14:54  24

15:14:55  25

| 15:14:58 | 1 | |
|---|---|---|
| 15:14:58 | 2 | REDACTED |
| 15:15:00 | 3 | |
| 15:15:00 | 4 | |
| 15:15:02 | 5 | |
| 15:15:05 | 6 | |
| 15:15:12 | 7 | |
| 15:15:15 | 8 | |
| 15:15:16 | 9 | |
| 15:15:18 | 10 | |
| 15:15:19 | 11 | |
| 15:15:20 | 12 | |
| 15:15:22 | 13 | |
| 15:15:25 | 14 | |
| 15:15:27 | 15 | |
| 15:15:38 | 16 | |
| 15:15:42 | 17 | |
| 15:15:42 | 18 | |
| 15:15:43 | 19 | |
| 15:15:44 | 20 | |
| 15:15:45 | 21 | |
| 15:15:47 | 22 | |
| 15:15:50 | 23 | |
| 15:15:50 | 24 | |
| 15:15:51 | 25 | |

Page 271

15:15:54   1                    REDACTED

15:15:55   2

15:15:56   3

15:15:56   4

15:15:57   5

15:15:59   6

15:16:02   7

15:16:04   8

15:16:06   9

15:16:09  10

15:16:11  11

15:16:11  12

15:16:13  13

15:16:15  14

15:16:15  15

15:16:16  16

15:16:17  17

15:16:22  18

15:17:29  19

15:17:29  20           If you would look at Exhibit 20,

15:17:34  21 Mr. West, have you ever seen this document

15:17:45  22 before?

15:17:51  23        A.   I don't know at this point, not

15:17:53  24 that I'm aware of.

15:17:57  25        Q.   Do you know what it is, site

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

---

**Exhibit 4**

**June 26, 2012 Deposition of Lawrence West**
*(selected portions)*

EXHIBIT 4

CONFIDENTIAL ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF COLORADO
-------------------------------------------x
HEALTH GRADES, INCORPORATED,

                              Plaintiff,


vs.                                    Civil Action No.

                                       11-CV-00520-PAB-BNB


MDX MEDICAL, INCORPORATED D/B/A,
VITALS.COM,

                              Defendant.
-------------------------------------------x

                         June 26, 2012

                         8:00 a.m.



         Videotaped deposition of LAWRENCE

WEST, taken by Plaintiff, pursuant to Notice,

at the offices of Sills, Cummis & Gross P.C.,

The Legal Center, One Riverfront Plaza,

Newark, New Jersey, before Georgette K. Betts,

a Certified Shorthand Reporter, Registered

Professional Reporter, Certified Livenote

Reporter and Notary Public within and for the

States of New York and New Jersey.

```
 1 A P P E A R A N C E S:

 2 ROTHGERBER JOHNSON & LYONS LLP
            Attorneys for Plaintiff
 3                One Tabor Center, Suite 3000
                  1200 Seventeenth Street
 4                Denver, Colorado 80202-5855
                  303.623.9000
 5                gkanan@rothgerber.com

 6      BY:   GREGORY B. KANAN, ESQ.

 7            -and-

 8 MERCHANT & GOULD
                  1050 Seventeenth Street
 9                Suite 1950
                  Denver, Colorado 80265
10                303.357.1670
                  kstolldebell@merchantgould.com
11
        BY:   KRISTIN L. STOLL-DEBELL, ESQ.
12

13 SILLS CUMMIS & GROSS
            Attorneys for Defendant
14                30 Rockefeller Plaza
                  New York, New York 10112
15                212.643.7000
                  sstimpson@sillscummis.com
16
        BY:   SCOTT D. STIMPSON, ESQ.
17

18 ALSO PRESENT:
            PHILIP GREENSPUN,
19          Expert for Healthgrades

20          DAVID SANDERS, VIDEO OPERATOR

21

22

23

24

25
```

Case 1:11-cv-00520-PAB-BNB   Document 405-4   Filed 11/26/12   USDC Colorado   Page 4 of 37

1 June 26, 2012

2
                         I N D E X
3

4 WITNESS                EXAMINATION              PAGE

5 LAWRENCE WEST

6              BY MR. KANAN              7, 277

7              BY MR. STIMPSON           274

8

9              E X H I B I T S

10 WEST               DESCRIPTION            PAGE

11 Exhibit 1     document titled          75
               "Thinking About
12             Physician Quality,
               Getting to a Fuller
13             View", Bates-stamped
               MDX0012038 through 12285
14
   Exhibit 2     schematic drawing of the   77
15             Vitals website

16 Exhibit 3     Vitals XML feed guide      85
               version 1.3
17             Bates-stamped MDX0019309
               through 326
18
   Exhibit 4     document Bates-stamped    103
19             MDX0011861 through 862

20 Exhibit 5     e-mail Bates-stamped      105
               MDX0019254 through 255
21
   Exhibit 6     e-mail Bates-stamped      135
22             MDX0034444 through 46

23 Exhibit 7     depiction of the Vitals   152
               iFrame window
24
   Exhibit 8     screen shot              161
25

```
 1            E X H I B I T S

 2 WEST              DESCRIPTION              PAGE

 3 Exhibit 9         screen shot of          182
                     particular page of a
 4                   Vitals search

 5 Exhibit 10        document Bates-stamped  190
                     MDX0069146 through 215
 6
   Exhibit 11        screen shot             217
 7
   Exhibit 12        screen shot             223
 8
   Exhibit 13        screen shot             226
 9
   Exhibit 14        document Bates-stamped  232
10                   MDX0025310 through 333

11 Exhibit 15        e-mails Bates-stamped   237
                     MDX0039641 through 645
12
   Exhibit 16        two-page screen shot    258
13
   Exhibit 17        document Bates-stamped  262
14                   MDX0000177 through 182

15 Exhibit 18        document Bates-stamped  264
                     MDX0039659 through 689
16
   Exhibit 19        document Bates-stamped  264
17                   MDX0104073 through 110

18 Exhibit 20        document Bates-stamped  264
                     MDX0071952 through 989
19
   Exhibit 21        document Bates-stamped  264
20                   MDX0034556 through 640

21

22

23

24

25
```

```
08:44:25   1
08:44:26   2
08:44:29   3
08:44:32   4
08:44:34   5
08:44:34   6
08:44:37   7
08:44:41   8
08:44:42   9
08:44:43  10
08:44:46  11
08:44:50  12
08:44:52  13
08:44:56  14
08:45:01  15
08:45:03  16
08:45:05  17
08:45:15  18
08:45:17  19
08:45:20  20
08:45:21  21              REDACTED
08:45:24  22
08:45:28  23
08:45:34  24
08:45:36  25
```

08:45:41   1                    REDACTED

08:45:45   2          Q.    And how did you notify physicians
08:45:48   3 that they had the ability do this?

08:45:52   4          A.    We did not actively send out
08:45:56   5 notifications.

08:45:59   6                 If a provider came to our website
08:46:01   7 there was an opportunity for them to log-in.

08:46:04   8          Q.    Is that true of the current status
08:46:07   9 of the website that the physicians can edit
08:46:09  10 information about themselves?

08:46:10  11          A.    Yes.  Physicians can edit
08:46:12  12 information about themselves.

08:46:13  13          Q.    And do they?

08:46:16  14          A.    Yes, they do.

08:46:17  15          Q.    You monitor, I assume, when a
08:46:19  16 physician edits?

08:46:20  17          A.    Yes.

08:46:21  18          Q.    And some physicians do come to
08:46:23  19 your site and edit information about themselves?

08:46:25  20          A.    Yes.

08:46:29  21          Q.    And are they allowed to freely
08:46:31  22 edit the information, change anything that's in
08:46:33  23 their physician data?

08:46:35  24          A.    No.

08:46:36  25                    REDACTED

08:46:37  1                    REDACTED

08:46:43  2

08:46:44  3

08:46:45  4

08:46:46  5

08:46:48  6

08:46:49  7

08:46:50  8

08:46:53  9

08:46:57 10

08:46:57 11

08:46:58 12

08:47:00 13

08:47:01 14

08:47:01 15

08:47:04 16

08:47:07 17

08:47:11 18

08:47:17 19

08:47:22 20

08:47:30 21

08:47:32 22          Q.    And you said physicians do come to

08:47:35 23 the site and do edit their profile --

08:47:38 24          A.    Yes.

08:47:39 25          Q.    -- correct?

Page 32

| | | |
|---|---|---|
| 08:47:39 | 1 | A. Uh-huh. |
| 08:47:40 | 2 | Q. I assume there are physicians who |
| 08:47:42 | 3 | come to the website and look at their profile |
| 08:47:44 | 4 | but don't make any edits; is that correct too? |
| 08:47:47 | 5 | MR. STIMPSON: Objection. |
| 08:47:47 | 6 | Calls for speculation. |
| 08:47:48 | 7 | MR. KANAN: I don't know |
| 08:47:48 | 8 | whether it calls for speculation. |
| 08:47:50 | 9 | REDACTED |
| 08:47:52 | 10 | |
| 08:47:54 | 11 | |
| 08:47:57 | 12 | |
| 08:47:59 | 13 | |
| 08:48:01 | 14 | |
| 08:48:01 | 15 | |
| 08:48:02 | 16 | |
| 08:48:05 | 17 | |
| 08:48:07 | 18 | |
| 08:48:08 | 19 | |
| 08:48:09 | 20 | |
| 08:48:11 | 21 | |
| 08:48:13 | 22 | |
| 08:48:15 | 23 | |
| 08:48:18 | 24 | |
| 08:48:21 | 25 | Q. So is that different than just |

Page 43

08:59:53   1          don't guess, go ahead.

08:59:55   2

08:59:57   3                        REDACTED

09:00:05   4

09:00:11   5

09:00:12   6

09:00:15   7

09:00:16   8

09:00:19   9

09:00:23  10

09:00:24  11

09:00:33  12

09:00:37  13

09:00:38  14

09:00:39  15

09:00:40  16

09:00:41  17

09:00:41  18

09:00:43  19

09:00:45  20

09:00:46  21

09:00:48  22

09:00:52  23

09:00:53  24

09:00:56  25

09:00:58  1

09:01:02  2                    REDACTED

09:01:03  3

09:01:06  4

09:01:11  5

09:01:13  6

09:01:14  7

09:01:16  8

09:01:18  9

09:01:20  10

09:01:24  11

09:01:27  12

09:01:30  13

09:01:35  14

09:01:42  15

09:01:45  16

09:01:48  17

09:01:51  18

09:01:56  19

09:01:58  20

09:01:58  21

09:01:58  22

09:02:00  23

09:02:03  24

09:02:09  25

09:02:11   1                    REDACTED

09:02:13   2

09:02:18   3

09:02:21   4

09:02:23   5

09:02:24   6

09:02:27   7

09:02:30   8

09:02:37   9

09:02:40  10

09:02:43  11

09:02:46  12

09:02:50  13

09:02:54  14

09:02:56  15

09:02:58  16

09:03:02  17

09:03:06  18

09:03:08  19

09:03:09  20

09:03:11  21

09:03:15  22

09:03:16  23

09:03:17  24

09:03:19  25

09:43:29  1 data sets and then if the data sets were equal

09:43:33  2 we would tag the data as coming from both

09:43:36  3 sources, otherwise it would be added as

09:43:38  4 additional records.

09:43:40  5                    REDACTED

09:43:42  6

09:43:43  7

09:43:45  8

09:43:48  9

09:43:50  10

09:43:52  11

09:43:53  12

09:43:54  13

09:43:58  14

09:44:04  15

09:44:06  16

09:44:09  17

09:44:13  18

09:44:14  19

09:44:16  20

09:44:19  21

09:44:21  22

09:44:23  23

09:44:27  24

09:44:30  25

Page 71

| | |
|---|---|
| 09:44:32 | 1 |
| 09:44:33 | 2 |
| 09:44:33 | 3 |
| 09:44:35 | 4 |
| 09:44:37 | 5 |
| 09:44:39 | 6 |
| 09:44:43 | 7 |
| 09:44:50 | 8 |
| 09:44:53 | 9 |
| 09:44:55 | 10 |
| 09:45:00 | 11 |
| 09:45:02 | 12 |
| 09:45:05 | 13 |
| 09:45:09 | 14 |
| 09:45:10 | 15 |
| 09:45:12 | 16 |
| 09:45:13 | 17 |
| 09:45:15 | 18 |
| 09:45:16 | 19 |
| 09:45:18 | 20 |
| 09:45:19 | 21 |
| 09:45:23 | 22 |
| 09:45:25 | 23 |
| 09:45:26 | 24 |
| 09:45:28 | 25 |

REDACTED

Page 72

09:45:30  1                    REDACTED

09:45:32  2

09:45:35  3

09:45:37  4

09:45:39  5

09:45:45  6

09:45:46  7

09:45:49  8

09:45:50  9

09:45:51 10

09:45:55 11

09:46:00 12

09:46:02 13

09:46:03 14            MR. STIMPSON:  Hold on a

09:46:04 15       second.  Can just I have those

09:46:06 16       questions back.

09:46:44 17            (Record read.)

09:46:46 18            MR. STIMPSON:  We got an

09:46:47 19       answer to that?  Okay.  All right.

09:46:48 20       It's okay.

09:46:57 21            THE WITNESS:  Did I answer

09:46:57 22       that?

09:46:57 23            THE COURT REPORTER:  I have

09:46:57 24       "yeah."

09:46:58 25            MR. STIMPSON:  I didn't hear

| | | |
|---|---|---|
| 09:46:59 | 1 | it. |
| 09:46:59 | 2 | THE WITNESS:  I was waiting |
| 09:47:00 | 3 | for him. |
| 09:47:00 | 4 | MR. KANAN:  Well we don't need |
| 09:47:01 | 5 | to play a game here -- |
| 09:47:02 | 6 | MR. STIMPSON:  Anyway, let |
| 09:47:02 | 7 | me -- |
| 09:47:02 | 8 | MR. KANAN:  Why don't you |
| 09:47:03 | 9 | state whatever objection you want -- |
| 09:47:04 | 10 | MR. STIMPSON:  Yeah. |
| 09:47:04 | 11 | MR. KANAN:  -- and maybe he |
| 09:47:06 | 12 | can answer it. |
| 09:47:06 | 13 | MR. STIMPSON:  Yeah, I'll just |
| 09:47:06 | 14 | state the objection.  It was |
| 09:47:08 | 15 | compound, there were two questions |
| 09:47:09 | 16 | there. |
| 09:47:10 | 17 | And even if there was -- I |
| 09:47:10 | 18 | think he may have been saying yes, |
| 09:47:12 | 19 | but to me. |
| 09:47:13 | 20 | MR. KANAN:  Fair enough.  Let |
| 09:47:14 | 21 | me just try and reask it. |
| 09:47:16 | 22 | MR. STIMPSON:  Yeah, all |
| 09:47:16 | 23 | right. |
| 09:47:16 | 24 | BY MR. KANAN: |
| 09:47:16 | 25 | REDACTED |

Page 74

09:47:17    1                        REDACTED

09:47:21    2

09:47:25    3

09:47:27    4

09:47:32    5

09:47:36    6

09:47:44    7

09:47:46    8

09:47:47    9

09:47:51   10

09:47:55   11

09:47:58   12

09:47:58   13

09:47:59   14

09:48:02   15

09:48:04   16

09:48:08   17

09:48:11   18

09:48:12   19

09:48:13   20

09:48:21   21

09:48:26   22

09:48:29   23

09:48:31   24

09:48:33   25

| | | |
|---|---|---|
| 09:48:35 | 1 | REDACTED |
| 09:39:57 | 2 | (Whereupon, document titled |
| 09:39:57 | 3 | "Thinking About Physician Quality, |
| 09:39:57 | 4 | Getting to a Fuller View", |
| 09:39:57 | 5 | Bates-stamped MDX0012038 through |
| 09:39:57 | 6 | 12285, was marked as West Exhibit 1 |
| 09:39:57 | 7 | for identification, as of this date.) |
| 09:48:37 | 8 | Q.    Okay. |
| 09:48:50 | 9 | Mr. West, let me show you what's |
| 09:48:52 | 10 | been marked deposition Exhibit 1. |
| 09:48:56 | 11 | This is a document produced by MDx |
| 09:49:00 | 12 | in this litigation.  It is titled "Thinking |
| 09:49:04 | 13 | About Physician Quality, Getting to a Fuller |
| 09:49:08 | 14 | View." |
| 09:49:08 | 15 | You see that on the first page? |
| 09:49:10 | 16 | A.    Yes. |
| 09:49:10 | 17 | Q.    Have you ever seen this document |
| 09:49:12 | 18 | before? |
| 09:49:15 | 19 | A.    Not that I can recall. |
| 09:49:18 | 20 | Q.    Have you seen something like it? |
| 09:49:21 | 21 | A.    This is representative of a |
| 09:49:23 | 22 | typical presentation document. |
| 09:49:29 | 23 | Q.    Okay. |
| 09:49:29 | 24 | A.    Without seeing the content I can't |
| 09:49:31 | 25 | tell you. |

Page 267

15:11:27  1                    MR. KANAN:  'Cause this is the

15:11:28  2          one we saw.

15:11:29  3                    MR. STIMPSON:  Uh-huh.

15:11:30  4                    MR. KANAN:  If there is one

15:11:31  5          that's the later version and if

15:11:34  6          there is not produce to us the

15:11:35  7          latest version of it.

15:11:41  8          Q.    Okay.  Mr. West, if you look at

15:11:42  9  Exhibit 19.

15:11:43 10                    MR. STIMPSON:  It helps if I

15:11:44 11          get an e-mail on this, I'll write it

15:11:46 12          down too, but it helps me to

15:11:48 13          remember.

15:11:49 14                    MR. KANAN:  We'll follow up.

15:11:50 15                    MR. STIMPSON:  I know you sent

15:11:51 16          me an e-mail earlier today.

15:11:53 17                    MR. KANAN:  We'll follow up.

15:12:06 18          Q.    Have you seen Exhibit 19 before,

15:12:07 19  Mr. West?

15:12:09 20          A.    Yes.

15:12:10 21          Q.    And what is this document?

15:12:12 22          A.    These are screen shots of the SQL

15:12:15 23  that was written to generate the counts for the

15:12:20 24  interrogatory response.

15:12:23 25          Q.    And so the number at the bottom

Page 268

15:12:24  1  here under "count" would be the number of

15:12:29  2  physicians for whom you have this -- the

15:12:31  3  particular data; is that correct?

15:12:36  4        A.    That is correct.

15:12:37  5              REDACTED

15:12:40  6

15:12:44  7

15:12:47  8

15:12:51  9

15:12:54  10

15:12:58  11

15:13:00  12

15:13:02  13

15:13:07  14

15:13:09  15

15:13:12  16

15:13:19  17

15:13:27  18

15:13:30  19

15:13:33  20

15:13:42  21

15:13:43  22

15:13:51  23

15:13:55  24

15:13:56  25

| 15:13:57 | 1 | REDACTED |
| 15:13:57 | 2 | |
| 15:14:01 | 3 | |
| 15:14:07 | 4 | |
| 15:14:11 | 5 | |
| 15:14:13 | 6 | |
| 15:14:16 | 7 | |
| 15:14:17 | 8 | |
| 15:14:23 | 9 | |
| 15:14:25 | 10 | |
| 15:14:27 | 11 | |
| 15:14:28 | 12 | |
| 15:14:30 | 13 | |
| 15:14:32 | 14 | |
| 15:14:34 | 15 | |
| 15:14:34 | 16 | |
| 15:14:36 | 17 | |
| 15:14:39 | 18 | |
| 15:14:40 | 19 | |
| 15:14:45 | 20 | |
| 15:14:49 | 21 | |
| 15:14:50 | 22 | |
| 15:14:51 | 23 | |
| 15:14:54 | 24 | |
| 15:14:55 | 25 | |

```
15:14:58   1
15:14:58   2                    REDACTED
15:15:00   3
15:15:00   4
15:15:02   5
15:15:05   6
15:15:12   7
15:15:15   8
15:15:16   9
15:15:18  10
15:15:19  11
15:15:20  12
15:15:22  13
15:15:25  14
15:15:27  15
15:15:38  16
15:15:42  17
15:15:42  18
15:15:43  19
15:15:44  20
15:15:45  21
15:15:47  22
15:15:50  23
15:15:50  24
15:15:51  25
```

Case 1:11-cv-00520-RMB-NYW Document 459-2 filed 12/20/12 USDC Colorado Page 23 of
Case 1:11-cv-00520-PAB-BNB Document 408-4 Filed 11/26/12 USDC Colorado Page 23 of
237

Page 271

| | | |
|---|---|---|
| 15:15:54 | 1 | REDACTED |
| 15:15:55 | 2 | |
| 15:15:56 | 3 | |
| 15:15:56 | 4 | |
| 15:15:57 | 5 | |
| 15:15:59 | 6 | |
| 15:16:02 | 7 | |
| 15:16:04 | 8 | |
| 15:16:06 | 9 | |
| 15:16:09 | 10 | |
| 15:16:11 | 11 | |
| 15:16:11 | 12 | |
| 15:16:13 | 13 | |
| 15:16:15 | 14 | |
| 15:16:15 | 15 | |
| 15:16:16 | 16 | |
| 15:16:17 | 17 | |
| 15:16:22 | 18 | |
| 15:17:29 | 19 | |

15:17:29  20            If you would look at Exhibit 20,

15:17:34  21  Mr. West, have you ever seen this document

15:17:45  22  before?

15:17:51  23        A.    I don't know at this point, not

15:17:53  24  that I'm aware of.

15:17:57  25        Q.    Do you know what it is, site