# EXHIBIT D

(Redacted Version of Dkt. # 404-9 and 405-9)

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S
MOTION FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

---

**Exhibit 8**

**June 5, 2012 Deposition of Erika Boyer**
*(selected portions)*

EXHIBIT 8

Page 1

H I G H L Y   C O N F I D E N T I A L

ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
-------------------------------------------x
HEALTH GRADES, INC.,

                    Plaintiff,

v.                    Civil Action No. 11-CV 00520

MDX MEDICAL, INC., d/b/a VITALS.COM,

                    Defendant.
-------------------------------------------x


        Videotaped DEPOSITION of ERIKA BOYER,

held at the offices of Sills Cummis & Gross,

P.C., 30 Rockefeller Plaza, New York, New York

10112, on the 5th day of June 2012, commencing

at 8:44 a.m., before Colette Cantoni, a

Registered Professional Reporter and Notary

Public of the State of New York, pursuant to

Notice.

```
 1 A P P E A R A N C E S:

 2

        ROTHGERBER JOHNSON & LYONS LLP
 3            Attorneys for Plaintiff
              One Tabor Center, Suite 3000
 4            1200 Seventeenth Street
              Denver, Colorado 80202-5855
 5
        BY:   JESUS M. VAZQUEZ, JR., ESQ.
 6            (jvazquez@rothgerber.com)

 7              -and-

 8      MERCHANT & GOULD
              1050 Seventeenth Street, Suite 1950
 9            Denver, Colorado 80265-0100

10      BY:   KIRSTIN L. STOLL-DeBELL, ESQ.
              (kstolldebell@merchantgould.com)
11

12      SILLS, CILLIS & GROSS P.C.
              Attorneys for Defendant
13            and the Witness
              30 Rockefeller Plaza
14            New York, New York 10112

15      BY:   SCOTT D. STIMPSON, ESQ.
              (sstimpson@sillscummis.com)
16              -and-
              LAUREN SIBER, ESQ. (P.M. Session)
17

18 ALSO PRESENT:

19      MICHAEL WAGNER, Summer Associate,
        Merchant & Gould
20
        PHILIP GLAUBERSON, Videographer
21

22

23

24

25
```

1                    INDEX

2 WITNESS                 EXAMINED BY        PAGE
  Erika Boyer             Mr. Vazquez        6, 202
3                         Mr. Stimpson       193

4 BOYER

5 FOR IDENTIFICATION

6 Exhibit 1    Model of online physician
               directory                    58
7
  Exhibit 2    Series of e-mail communications,
8              Bates MDX 0016995-0017132    58

9 Exhibit 3    Vitals site functionality and data
               set overview, Bates MDX
10             0071952-001989               58

11 Exhibit 4   1/5/2011 e-mail to Erika Boyer and
               Larry West from Mitch Rothschild,
12             Bates MDX 0034444-4446       116

13 Exhibit 5   Series of e-mails, Bates
               MDX 0014337-143426           137
14
   Exhibit 6   10/5/2010 e-mail communication from
15             Larry West to Mitch@vitals.com and
               Erika Boyer, MDX 0019254-255 137
16
   Exhibit 7   February 18, 2011 e-mail from
17             Irving Weiss to Micah Miller,
               MDX 0029181-183              137
18
   Exhibit 8   July 13, 2009 e-mail from
19             saponara@gmail.com on behalf of
               adam@vitals.com to Frank and cc'd
20             to others, MDX 0042705-707   137

21 Exhibit 9   Group Practice Pages SEO Review
               4/4/2011, MDX 0039618-39624  137
22
   Exhibit 10  Series of e-mails, Bates MDX
23             001923-19240                 137

24

25

Page 88

| | |
|---|---|
| 10:47:41 | 1 |
| 10:47:44 | 2 |
| 10:47:45 | 3 |
| 10:47:49 | 4 |
| 10:47:49 | 5 |
| 10:47:52 | 6 |
| 10:47:56 | 7 |
| 10:48:00 | 8 |
| 10:48:02 | 9 |
| 10:48:06 | 10 |
| 10:48:07 | 11 |
| 10:48:17 | 12 |
| 10:48:21 | 13 |
| 10:48:26 | 14 |
| 10:48:27 | 15 |
| 10:48:30 | 16 |
| 10:48:32 | 17 |
| 10:48:37 | 18 |
| 10:48:39 | 19 |
| 10:48:42 | 20 |
| 10:48:46 | 21 |
| 10:48:46 | 22 |
| 10:48:49 | 23 |
| 10:48:51 | 24 |
| 10:48:54 | 25 |

REDACTED

Page 89

| | |
|---|---|
| 10:48:57 | 1 |
| 10:49:01 | 2 |
| 10:49:05 | 3 |
| 10:49:09 | 4 |
| 10:49:09 | 5 |
| 10:49:10 | 6 |
| 10:49:15 | 7 |
| 10:49:18 | 8 |
| 10:49:22 | 9 |
| 10:49:26 | 10 |
| 10:49:27 | 11 |
| 10:49:29 | 12 |
| 10:49:33 | 13 |
| 10:49:36 | 14 |
| 10:49:37 | 15 |
| 10:49:37 | 16 |
| 10:49:46 | 17 |
| 10:49:47 | 18 |
| 10:49:50 | 19 |
| 10:49:51 | 20 |
| 10:49:53 | 21 |
| 10:49:57 | 22 |
| 10:50:02 | 23 |
| 10:50:03 | 24 |
| 10:50:06 | 25 |

REDACTED

```
10:50:08              REDACTED

10:50:12    2

10:50:14    3

10:50:16    4

10:50:18    5

10:50:21    6

10:50:23    7

10:50:23    8

10:50:25    9

10:50:28   10

10:50:29   11

10:50:30   12

10:50:32   13

10:50:36   14

10:50:38   15

10:50:39   16

10:50:40   17

10:50:41   18

10:50:43   19

10:50:46   20

10:50:47   21

10:50:49   22

10:50:50   23

10:50:52   24

10:50:58   25
```

Page 99

| | | |
|---|---|---|
| 11:00:48 | 1 | off the top of my head. |
| 11:00:49 | 2 | Q   Okay. |
| 11:00:57 | 3 | MR. VAZQUEZ:  Okay.  We are going to |
| 11:00:58 | 4 | take a quick pleas, please. |
| 11:01:00 | 5 | THE WITNESS:  Okay. |
| 11:01:01 | 6 | MR. VAZQUEZ:  Five minutes. |
| 11:01:02 | 7 | THE VIDEOGRAPHER:  Going off the |
| 11:01:03 | 8 | record, the time is 11:03 a.m. |
| 11:01:05 | 9 | (A recess was taken.) |
| 11:24:30 | 10 | THE VIDEOGRAPHER:  We're back on the |
| 11:24:31 | 11 | record, the time is 11:26 a.m. |
| 11:24:34 | 12 | BY MR. VAZQUEZ: |
| 11:24:37 | 13 | REDACTED |
| 11:24:39 | 14 | |
| 11:24:43 | 15 | |
| 11:24:45 | 16 | |
| 11:24:50 | 17 | |
| 11:24:53 | 18 | |
| 11:24:55 | 19 | |
| 11:24:55 | 20 | |
| 11:24:57 | 21 | |
| 11:24:58 | 22 | |
| 11:24:58 | 23 | |
| 11:25:00 | 24 | |
| 11:25:04 | 25 | |

| 11:25:08 | 1 | REDACTED |
| 11:25:11 | 2 | |
| 11:25:13 | 3 | |
| 11:25:15 | 4 | |
| 11:25:18 | 5 | |
| 11:25:19 | 6 | |
| 11:25:22 | 7 | |
| 11:25:24 | 8 | |
| 11:25:26 | 9 | |
| 11:25:30 | 10 | |
| 11:25:32 | 11 | |
| 11:25:34 | 12 | |
| 11:25:35 | 13 | |
| 11:25:43 | 14 | |
| 11:25:45 | 15 | |
| 11:25:47 | 16 | |
| 11:25:51 | 17 | |
| 11:25:54 | 18 | |
| 11:25:59 | 19 | |
| 11:26:01 | 20 | |
| 11:26:03 | 21 | |
| 11:26:05 | 22 | |
| 11:26:05 | 23 | |
| 11:26:08 | 24 | |
| 11:26:10 | 25 | |

Page 134

12:17:45  1 check for you.

12:17:46  2          MR. VAZQUEZ:  Okay.  Well, as

12:17:47  3 Ms. Boyer just testified, and I agree with her

12:17:49  4 100 percent, it looks like the date has been

12:17:52  5 redacted.

12:17:52  6          I don't understand why there's a

12:17:55  7 need to redact dates --

12:17:58  8          MR. STIMPSON:  I'm checking.

12:17:59  9          MR. VAZQUEZ:  -- and I'd ask you

12:18:00 10 simply if we could get documents -- I mean, we

12:18:02 11 just had document productions done Friday and

12:18:06 12 Thursday.  We've not had a chance to review

12:18:08 13 those as you can understand since we're coming

12:18:11 14 out here.  But this document is not in the

12:18:15 15 supplemental production, and so I just want to

12:18:19 16 make a record that we would like unredacted

12:18:22 17 PowerPoints.  The dates are important at

12:18:25 18 least, I'm sure you're aware.

12:18:31 19 BY MR. VAZQUEZ:

12:18:31 20     Q   So, Ms. Boyer, could we turn to,

12:18:33 21 please, page, it's a little hard to see on the

12:18:37 22 right-hand bottom corner, but it would be MDX

12:18:41 23 71959.

12:18:53 24     A   Can you provide me a visual on that.

12:18:55 25                    REDACTED

Page 135

12:18:58  1

12:18:59  2

12:18:59  3

12:19:00  4

12:19:00  5

12:19:03  6

12:19:04  7

12:19:07  8                    REDACTED

12:19:10  9

12:19:14  10

12:19:16  11

12:19:19  12

12:19:20  13            .

12:19:20  14

12:19:26  15

12:19:26  16

12:19:26  17

12:19:31  18

12:19:34  19

12:19:38  20

12:19:42  21

12:19:45  22

12:19:45  23

12:19:48  24

12:19:51  25

```
12:19:54   1
12:19:57   2
12:19:58   3
12:20:00   4
12:20:06   5                    REDACTED
12:20:10   6
12:20:12   7
12:20:17   8
12:20:19   9
12:20:19  10
12:20:27  11
12:20:39  12
12:20:41  13
12:20:48  14
12:20:50  15                                        .
12:20:54  16
12:20:55  17
12:20:58  18
12:21:03  19
12:21:06  20
12:21:09  21
12:21:12  22
12:21:13  23
12:21:13  24
12:21:15  25          MR. STIMPSON:  Could you just wait
```

Page 137

12:21:16  1  for one second.  Because while that person is

12:21:19  2  here, I have to sign for it.

12:21:21  3          (Pause.)

12:22:10  4          MR. VAZQUEZ:  Let's do this.  I'm

12:22:11  5  going to go off the record.  Even though

12:22:14  6  there's a question pending, I'll just re-ask

12:22:16  7  it after lunch, okay?

12:22:17  8          THE WITNESS:  That's fine.

12:22:18  9          MR. VAZQUEZ:  Okay.

12:22:19 10          THE VIDEOGRAPHER:  We're going off

12:22:20 11  the record, the time is 12:24 p.m.

12:22:22 12          (Whereupon, at 12:24 p.m., a

12:22:26 13  luncheon recess was taken.)

01:00:54 14          (Whereupon, Boyer Exhibit Numbers 5

01:00:57 15  through 14 were marked for identification.)

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

Page 138

01:41:51  1        A F T E R N O O N   S E S S I O N

01:41:53  2            (Time noted:  1:44 p.m.)

01:42:05  3            THE VIDEOGRAPHER:  We are back on

01:42:06  4 the record, the time is 1:44 p.m.

          5 E R I K A   B O Y E R,

          6      having been previously duly sworn, was

          7      examined and testified further as

          8      follows:

          9 EXAMINATION

          10 BY MR. VAZQUEZ: (Continued.)

01:42:15  11      Q   And, Ms. Boyer, the videographer

01:42:17  12 just informed us, we are back on the record

01:42:20  13 for the deposition.

01:42:20  14            REDACTED

01:42:23  15

01:42:24  16

01:42:27  17

01:42:30  18

01:42:44  19

01:42:46  20

01:42:49  21

01:42:51  22

01:42:52  23

01:42:53  24

01:42:55  25

01:43:02  1                    REDACTED

01:43:04  2

01:43:06  3

01:43:08  4

01:43:12  5

01:43:18  6

01:43:21  7

01:43:26  8

01:43:30  9

01:43:34 10

01:43:37 11

01:43:45 12

01:43:46 13

01:43:50 14

01:43:53 15

01:43:53 16

01:43:55 17

01:43:56 18

01:44:00 19

01:44:01 20

01:44:03 21

01:44:05 22

01:44:11 23

01:44:12 24

01:44:13 25

| | | |
|---|---|---|
| 04:00:37 | 1 | REDACTED |
| 04:00:39 | 2 | |
| 04:00:40 | 3 | |
| 04:00:40 | 4 | |
| 04:00:42 | 5 | |
| 04:00:45 | 6 | |
| 04:00:48 | 7 | |
| 04:00:49 | 8 | |
| 04:00:50 | 9 | |
| 04:00:54 | 10 | |
| 04:00:58 | 11 | |
| 04:00:58 | 12 | |
| 04:00:58 | 13 | |
| 04:01:03 | 14 | |
| 04:01:03 | 15 | |
| 04:01:06 | 16 | |
| 04:01:06 | 17 | |
| 04:01:08 | 18 | |
| 04:01:10 | 19 | |
| 04:01:12 | 20 | |
| 04:01:13 | 21 | |
| 04:01:17 | 22 | |
| 04:01:21 | 23 | |
| 04:01:23 | 24 | |
| 04:01:24 | 25 | |

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S
MOTION FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

---

**Exhibit 8**

**June 5, 2012 Deposition of Erika Boyer**
*(selected portions)*

EXHIBIT 8

Page 1

H I G H L Y   C O N F I D E N T I A L

ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
-------------------------------------------x
HEALTH GRADES, INC.,

              Plaintiff,

v.              Civil Action No. 11-CV 00520

MDX MEDICAL, INC., d/b/a VITALS.COM,

              Defendant.
-------------------------------------------x


      Videotaped DEPOSITION of ERIKA BOYER,

held at the offices of Sills Cummis & Gross,

P.C., 30 Rockefeller Plaza, New York, New York

10112, on the 5th day of June 2012, commencing

at 8:44 a.m., before Colette Cantoni, a

Registered Professional Reporter and Notary

Public of the State of New York, pursuant to

Notice.

Case 1:11-cv-00520-PAB-BNB Document 405-4 Filed 11/26/12 USDC Colorado Page 3 of 13

```
 1 A P P E A R A N C E S:

 2

        ROTHGERBER JOHNSON & LYONS LLP
 3             Attorneys for Plaintiff
               One Tabor Center, Suite 3000
 4             1200 Seventeenth Street
               Denver, Colorado 80202-5855
 5
        BY:    JESUS M. VAZQUEZ, JR., ESQ.
 6             (jvazquez@rothgerber.com)

 7                -and-

 8      MERCHANT & GOULD
               1050 Seventeenth Street, Suite 1950
 9             Denver, Colorado 80265-0100

10      BY:    KIRSTIN L. STOLL-DeBELL, ESQ.
               (kstolldebell@merchantgould.com)
11

12      SILLS, CILLIS & GROSS P.C.
               Attorneys for Defendant
13             and the Witness
               30 Rockefeller Plaza
14             New York, New York 10112

15      BY:    SCOTT D. STIMPSON, ESQ.
               (sstimpson@sillscummis.com)
16             -and-
               LAUREN SIBER, ESQ. (P.M. Session)
17

18 ALSO PRESENT:

19      MICHAEL WAGNER, Summer Associate,
        Merchant & Gould
20
        PHILIP GLAUBERSON, Videographer
21

22

23

24

25
```

```
1                    INDEX

2 WITNESS                EXAMINED BY         PAGE
  Erika Boyer            Mr. Vazquez         6, 202
3                        Mr. Stimpson        193

4 BOYER

5 FOR IDENTIFICATION

6 Exhibit 1   Model of online physician
              directory                     58
7
  Exhibit 2   Series of e-mail communications,
8             Bates MDX 0016995-0017132     58

9 Exhibit 3   Vitals site functionality and data
              set overview, Bates MDX
10            0071952-001989                58

11 Exhibit 4  1/5/2011 e-mail to Erika Boyer and
              Larry West from Mitch Rothschild,
12            Bates MDX 0034444-4446        116

13 Exhibit 5  Series of e-mails, Bates
              MDX 0014337-143426            137
14
  Exhibit 6   10/5/2010 e-mail communication from
15            Larry West to Mitch@vitals.com and
              Erika Boyer, MDX 0019254-255  137
16
  Exhibit 7   February 18, 2011 e-mail from
17            Irving Weiss to Micah Miller,
              MDX 0029181-183               137
18
  Exhibit 8   July 13, 2009 e-mail from
19            saponara@gmail.com on behalf of
              adam@vitals.com to Frank and cc'd
20            to others, MDX 0042705-707    137

21 Exhibit 9  Group Practice Pages SEO Review
              4/4/2011, MDX 0039618-39624   137
22
  Exhibit 10  Series of e-mails, Bates MDX
23            001923-19240                  137

24

25
```

| | |
|---|---|
| 10:47:41 | 1 |
| 10:47:44 | 2 |
| 10:47:45 | 3 |
| 10:47:49 | 4 |
| 10:47:49 | 5 |
| 10:47:52 | 6 |
| 10:47:56 | 7 |
| 10:48:00 | 8 |
| 10:48:02 | 9 |
| 10:48:06 | 10 |
| 10:48:07 | 11 |
| 10:48:17 | 12 |
| 10:48:21 | 13 |
| 10:48:26 | 14 |
| 10:48:27 | 15 |
| 10:48:30 | 16 |
| 10:48:32 | 17 |
| 10:48:37 | 18 |
| 10:48:39 | 19 |
| 10:48:42 | 20 |
| 10:48:46 | 21 |
| 10:48:46 | 22 |
| 10:48:49 | 23 |
| 10:48:51 | 24 |
| 10:48:54 | 25 |

REDACTED

| | |
|---|---|
| 10:48:57 | 1 |
| 10:49:01 | 2 |
| 10:49:05 | 3 |
| 10:49:09 | 4 |
| 10:49:09 | 5 |
| 10:49:10 | 6 |
| 10:49:15 | 7 |
| 10:49:18 | 8 |
| 10:49:22 | 9 |
| 10:49:26 | 10 |
| 10:49:27 | 11 |
| 10:49:29 | 12 |
| 10:49:33 | 13 |
| 10:49:36 | 14 |
| 10:49:37 | 15 |
| 10:49:37 | 16 |
| 10:49:46 | 17 |
| 10:49:47 | 18 |
| 10:49:50 | 19 |
| 10:49:51 | 20 |
| 10:49:53 | 21 |
| 10:49:57 | 22 |
| 10:50:02 | 23 |
| 10:50:03 | 24 |
| 10:50:06 | 25 |

REDACTED

Page 90

| | |
|---|---|
| 10:50:08 | 1 |
| 10:50:12 | 2 |
| 10:50:14 | 3 |
| 10:50:16 | 4 |
| 10:50:18 | 5 |
| 10:50:21 | 6 |
| 10:50:23 | 7 |
| 10:50:23 | 8 |
| 10:50:25 | 9 |
| 10:50:28 | 10 |
| 10:50:29 | 11 |
| 10:50:30 | 12 |
| 10:50:32 | 13 |
| 10:50:36 | 14 |
| 10:50:38 | 15 |
| 10:50:39 | 16 |
| 10:50:40 | 17 |
| 10:50:41 | 18 |
| 10:50:43 | 19 |
| 10:50:46 | 20 |
| 10:50:47 | 21 |
| 10:50:49 | 22 |
| 10:50:50 | 23 |
| 10:50:52 | 24 |
| 10:50:58 | 25 |

REDACTED

11:00:48  1 off the top of my head.

11:00:49  2       Q    Okay.

11:00:57  3            MR. VAZQUEZ:  Okay.  We are going to

11:00:58  4 take a quick pleas, please.

11:01:00  5            THE WITNESS:  Okay.

11:01:01  6            MR. VAZQUEZ:  Five minutes.

11:01:02  7            THE VIDEOGRAPHER:  Going off the

11:01:03  8 record, the time is 11:03 a.m.

11:01:05  9            (A recess was taken.)

11:24:30 10            THE VIDEOGRAPHER:  We're back on the

11:24:31 11 record, the time is 11:26 a.m.

11:24:34 12 BY MR. VAZQUEZ:

11:24:37 13                 REDACTED

11:24:39 14

11:24:43 15

11:24:45 16

11:24:50 17

11:24:53 18

11:24:55 19

11:24:55 20

11:24:57 21

11:24:58 22

11:24:58 23

11:25:00 24

11:25:04 25

Case 1:11-cv-00520-PAB-BNB   Document 405-3   Filed 11/26/12   USDC Colorado   Page 99 of 163

Page 100

| | | |
|---|---|---|
| 11:25:08 | 1 | REDACTED |
| 11:25:11 | 2 | |
| 11:25:13 | 3 | |
| 11:25:15 | 4 | |
| 11:25:18 | 5 | |
| 11:25:19 | 6 | |
| 11:25:22 | 7 | |
| 11:25:24 | 8 | |
| 11:25:26 | 9 | |
| 11:25:30 | 10 | |
| 11:25:32 | 11 | |
| 11:25:34 | 12 | |
| 11:25:35 | 13 | |
| 11:25:43 | 14 | |
| 11:25:45 | 15 | |
| 11:25:47 | 16 | |
| 11:25:51 | 17 | |
| 11:25:54 | 18 | |
| 11:25:59 | 19 | |
| 11:26:01 | 20 | |
| 11:26:03 | 21 | |
| 11:26:05 | 22 | |
| 11:26:05 | 23 | |
| 11:26:08 | 24 | |
| 11:26:10 | 25 | |

Page 134

12:17:45  1  check for you.

12:17:46  2          MR. VAZQUEZ:  Okay.  Well, as

12:17:47  3  Ms. Boyer just testified, and I agree with her

12:17:49  4  100 percent, it looks like the date has been

12:17:52  5  redacted.

12:17:52  6          I don't understand why there's a

12:17:55  7  need to redact dates --

12:17:58  8          MR. STIMPSON:  I'm checking.

12:17:59  9          MR. VAZQUEZ:  -- and I'd ask you

12:18:00  10  simply if we could get documents -- I mean, we

12:18:02  11  just had document productions done Friday and

12:18:06  12  Thursday.  We've not had a chance to review

12:18:08  13  those as you can understand since we're coming

12:18:11  14  out here.  But this document is not in the

12:18:15  15  supplemental production, and so I just want to

12:18:19  16  make a record that we would like unredacted

12:18:22  17  PowerPoints.  The dates are important at

12:18:25  18  least, I'm sure you're aware.

12:18:31  19  BY MR. VAZQUEZ:

12:18:31  20      Q   So, Ms. Boyer, could we turn to,

12:18:33  21  please, page, it's a little hard to see on the

12:18:37  22  right-hand bottom corner, but it would be MDX

12:18:41  23  71959.

12:18:53  24      A   Can you provide me a visual on that.

12:18:55  25          REDACTED

| | |
|---|---|
| 12:18:58 | 1 |
| 12:18:59 | 2 |
| 12:18:59 | 3 |
| 12:19:00 | 4 |
| 12:19:00 | 5 |
| 12:19:03 | 6 |
| 12:19:04 | 7 |
| 12:19:07 | 8 |
| 12:19:10 | 9 |
| 12:19:14 | 10 |
| 12:19:16 | 11 |
| 12:19:19 | 12 |
| 12:19:20 | 13 |
| 12:19:20 | 14 |
| 12:19:26 | 15 |
| 12:19:26 | 16 |
| 12:19:26 | 17 |
| 12:19:31 | 18 |
| 12:19:34 | 19 |
| 12:19:38 | 20 |
| 12:19:42 | 21 |
| 12:19:45 | 22 |
| 12:19:45 | 23 |
| 12:19:48 | 24 |
| 12:19:51 | 25 |

REDACTED

| | | |
|---|---|---|
| 12:19:54 | 1 | |
| 12:19:57 | 2 | |
| 12:19:58 | 3 | |
| 12:20:00 | 4 | |
| 12:20:06 | 5 | REDACTED |
| 12:20:10 | 6 | |
| 12:20:12 | 7 | |
| 12:20:17 | 8 | |
| 12:20:19 | 9 | |
| 12:20:19 | 10 | |
| 12:20:27 | 11 | |
| 12:20:39 | 12 | |
| 12:20:41 | 13 | |
| 12:20:48 | 14 | |
| 12:20:50 | 15 | |
| 12:20:54 | 16 | |
| 12:20:55 | 17 | |
| 12:20:58 | 18 | |
| 12:21:03 | 19 | |
| 12:21:06 | 20 | |
| 12:21:09 | 21 | |
| 12:21:12 | 22 | |
| 12:21:13 | 23 | |
| 12:21:13 | 24 | |
| 12:21:15 | 25 | MR. STIMPSON:  Could you just wait |

Case No. 1:11-cv-00520-PAB-BNB Document 405-9 Filed 11/26/12 USDC Colorado Page 13 of 16

Page 137

| | | |
|---|---|---|
| 12:21:16 | 1 | for one second.  Because while that person is |
| 12:21:19 | 2 | here, I have to sign for it. |
| 12:21:21 | 3 | (Pause.) |
| 12:22:10 | 4 | MR. VAZQUEZ:  Let's do this.  I'm |
| 12:22:11 | 5 | going to go off the record.  Even though |
| 12:22:14 | 6 | there's a question pending, I'll just re-ask |
| 12:22:16 | 7 | it after lunch, okay? |
| 12:22:17 | 8 | THE WITNESS:  That's fine. |
| 12:22:18 | 9 | MR. VAZQUEZ:  Okay. |
| 12:22:19 | 10 | THE VIDEOGRAPHER:  We're going off |
| 12:22:20 | 11 | the record, the time is 12:24 p.m. |
| 12:22:22 | 12 | (Whereupon, at 12:24 p.m., a |
| 12:22:26 | 13 | luncheon recess was taken.) |
| 01:00:54 | 14 | (Whereupon, Boyer Exhibit Numbers 5 |
| 01:00:57 | 15 | through 14 were marked for identification.) |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

Page 138

01:41:51  1       A F T E R N O O N   S E S S I O N

01:41:53  2          (Time noted:  1:44 p.m.)

01:42:05  3          THE VIDEOGRAPHER:  We are back on

01:42:06  4 the record, the time is 1:44 p.m.

          5 E R I K A   B O Y E R,

          6     having been previously duly sworn, was

          7     examined and testified further as

          8     follows:

          9 EXAMINATION

          10 BY MR. VAZQUEZ: (Continued.)

01:42:15 11     Q    And, Ms. Boyer, the videographer

01:42:17 12 just informed us, we are back on the record

01:42:20 13 for the deposition.

01:42:20 14                  REDACTED

01:42:23 15

01:42:24 16

01:42:27 17

01:42:30 18

01:42:44 19

01:42:46 20

01:42:49 21

01:42:51 22

01:42:52 23

01:42:53 24

01:42:55 25

01:43:02   1                          REDACTED

01:43:04   2

01:43:06   3

01:43:08   4

01:43:12   5

01:43:18   6

01:43:21   7

01:43:26   8

01:43:30   9

01:43:34  10

01:43:37  11

01:43:45  12

01:43:46  13

01:43:50  14

01:43:53  15

01:43:53  16

01:43:55  17

01:43:56  18

01:44:00  19

01:44:01  20

01:44:03  21

01:44:05  22

01:44:11  23

01:44:12  24

01:44:13  25

04:00:37   1                    REDACTED

04:00:39   2

04:00:40   3

04:00:40   4

04:00:42   5

04:00:45   6

04:00:48   7

04:00:49   8

04:00:50   9

04:00:54  10

04:00:58  11

04:00:58  12

04:00:58  13

04:01:03  14

04:01:03  15

04:01:06  16

04:01:06  17

04:01:08  18

04:01:10  19

04:01:12  20

04:01:13  21

04:01:17  22

04:01:21  23

04:01:23  24

04:01:24  25