# EXHIBIT G

(Redacted Version of Dkt. # 411-2)

# HealthGrades, Inc.

## v.

# MDx Medical, Inc. d/b/a Vitals.com

**Supplemental Expert Report of David A. Hall**

**July 20, 2012**



ALVAREZ & MARSAL GLOBAL FORENSIC AND DISPUTE SERVICES, LLC

EXHIBIT B

## I. ASSIGNMENT

1. Alvarez & Marsal Global Forensic and Dispute Services, LLC ("A&M") was retained by HealthGrades, Inc. ("HealthGrades") and its counsel to calculate patent infringement damages in the matter of HealthGrades, Inc. v. MDX Medical, Inc. d/b/a Vitals.com (collectively, "Vitals"). HealthGrades claims that Vitals infringes its U.S. Patent No. 7,752,060 B2 ("the '060 patent"). I have been asked to assume that the '060 patent is valid, enforceable, Vitals has infringed the '060 patent, and HealthGrades is entitled to damages.

## II. EXPERIENCE AND QUALIFICATIONS

2. See my July 13, 2012 report ("July 13th Report") including **Appendix A** (my resume) and **Appendix B** (my testimony list) for information regarding my experience, qualifications, and my billing rate for this matter.

## III. INFORMATION CONSIDERED

3. See attached updated **Appendix C** to my July 13th report provides a list of the documents and information that includes the information I have considered in preparing both my July 13th report and my supplemental report. I have also read and considered HealthGrades' counsel's motion for Leave to Amend its Complaint to Assert Causes of Action for Joint Infringement and Indirect Infringement filed July 13, 2012. Table and Attachment numbering is a continuation of my July 13th Report.

## IV. THE REASON FOR THIS SUPPLEMENTAL REPORT

4. As I stated in my July 13th report, ". . . related to Vitals' late disclosure of its license agreements, I understand that HealthGrades' counsel may make further legal claims. If that occurs, I plan to review and discuss such claims and to supplement my report to address the damage issues of such claims."

5. On July 13, 2012, HealthGrades filed a Motion for Leave to Supplement its Complaint to Assert Causes of Action for Joint Infringement and Indirect Infringement. In this motion, HealthGrades alleges that Vitals' Master Business Agreement with Aetna Life Insurance Company, including Schedule No. 001 to the Master Business Agreement and the Statement of Work titled Database Development (collectively, the "Aetna Agreement" or

EXHIBIT B

"Agreement") violates the '060 patent.[1] As a result, I am supplementing my July 13th report to address the damages related to the legal claims in HealthGrades' July 13th motion.

6. I understand that last year, Aetna acquired a company named iTriage which makes and sells a smartphone application that provides on-line information about doctors ("the iTriage App"). In March 2012, Aetna publicly announced that it had entered into a partnership with Vitals to license Vitals' database of physician information for its iTriage App.

7. HealthGrades' alleges that the iTriage App has many of the same features as the accused www.vitals.com website, including the ability to search for doctors and to create physician reports that include physician verified and third party verified information.[2] HealthGrades' further alleges that the iTriage App has star ratings from Vitals' database and that Vitals' physician database that Aetna licenses from Vitals is a subset of the same database that is used by the accused www.vitals.com website.[3]

8. HealthGrades' alleges that Vitals liable for indirect infringement of the '060 patent. Specifically, HealthGrades alleges that the iTriage App directly infringes the asserted claims either literally or under the doctrine of equivalents. And, that Vitals is contributing to and inducing Aetna's direct infringement.[4]

9. HealthGrades further alleges that Vitals may also be liable for joint infringement of the '060 patent for contracting with Aetna to have Aetna perform some steps of the claimed method and provide some components of the accused system.

10. REDACTED

---

[1] HealthGrades alleges that "MDx Licenses its Accused Physician Database to Aetna and Aetna Uses the Data in the Infringing iTriage App."
[2] Ibid.
[3] Ibid.
[4] Ibid.

**Highly Confidential**　　　　　　Page 2 of 7

EXHIBIT B

backbone for Aetna's iTriage, School Wellness, Aetna Mobile and Aetna DocFind platforms."[5]

11. REDACTED

12. In addition, the Database Development SOW indicates that a separate Statement of Work, titled "Patient Review System," ("Patient Review System SOW") was agreed to by the parties.[7]  As of the date of this report, I have not been provided a copy of the Patient Review System SOW.  However, as described below, it appears that Vitals is receiving payment from Aetna for work performed under the Patient Review System SOW.

## V.  SUMMARY OF ANALYSIS AND OPINIONS FOR JULY 13TH REPORT AND THIS SUPPLEMENTAL REPORT

A. **HealthGrades' lost profits and reasonably royalty damages suffered through May 2012 as a result of Vitals' infringement of the '060 patent are approximately $2,262,000.**

B. **12% is a reasonable royalty resulting from a hypothetical negotiation for Vitals related to the '060 patent.**

C. **Reasonable Royalty Damages on all of Vitals' infringing advertising revenue through June 2012 are approximately $926,000.**

D. **Reasonable Royalty Damages on Vitals' infringing licensing agreement with Aetna Life Insurance Company through March 2012 are approximately $37,000.**

---

[5] Section 1.1 of the Statement of Work titled Database Development [MDX0104395-396]
[6] Section 6 of the Statement of Work titled Database Development [MDX0104401]
[7] The Patent Review System is to receive data from the Master Database in order to deliver information to feed the Aetna Patient Review System and the Aetna Appointment Scheduling Application.  See Section 1.1 of the Statement of Work titled Database Development  [MDX0104396]

**Highly Confidential**

EXHIBIT B

## VI. ANALYSIS AND OPINIONS

### A. HealthGrades' lost profits and reasonably royalty damages suffered through May 2012 as a result of Vitals' infringement of the '060 patent are approximately $2,262,000.

13. See my July 13th report.

### B. 12% is a reasonable royalty resulting from a hypothetical negotiation for Vitals related to the '060 patent.

14. See my July 13th report.

### C. Reasonable Royalty Damages on the all Vitals' infringing revenue through June 2012 are approximately $926,000.

15. See my July 13th report.

### D. Reasonable Royalty Damages on Vitals' infringing licensing agreement with Aetna Life Insurance Company through March 2012 are approximately $37,000.

**Vitals' Licensing Revenue**

16. REDACTED

17. REDACTED

EXHIBIT B

18.  Because I have not seen the Patient Review System SOW, I cannot confirm that each of the fees listed above are related.  However, for the purposes of this analysis, I have considered these fees paid by Aetna to Vitals for services performed to the Patient Review System SOW.

19.  REDACTED

20.  REDACTED

### Reasonable Royalty Considerations

### a.  HealthGrades Licensing Policy

21.  HealthGrades has not licensed the '060 patent and it uses the features of the '060 patent on its website to generate revenue and profits.  Consequently, for HealthGrades to consider a license to Vitals for patented features (in the '060 patent) that is a key component of HealthGrades' business and its profitability, the financial terms would need to be very favorable.  HealthGrades' licensing history combined with its use of the '060 patent has an upward influence on the reasonable royalty rate.

---

[8] Section 6 of the Statement of Work To Schedule No. 1  [MDX0104401]
[9] Section 3. B. of the Master Business Agreement  [MDX0104407]
[10] Section 6 of the Statement of Work To Schedule No. 1  [MDX0104401]

EXHIBIT B

    **a)  Existing Licenses**

        **i.  HealthGrades Licenses**

22.   See my July 13th report.

        **ii.  Vitals Licenses**

23.   See my July 13th report.

    **b)  HealthGrades' Competitive Position with Vitals**

24.   See my July 13th report.

    **c)  Vitals' anticipated profitability from licensing the patented features at time of the hypothetical negotiation**

25.   See my July 13th report. Vitals projected millions of dollars of licensing revenue. While I have not yet seen discovery information related to Vitals' projected licensing costs (and therefore, it profits related to licensing), it is reasonable to conclude that it is highly profitable for Vitals to license the features of the '060 patent.

    **d)  HealthGrades' profitability**

26.   In my July 13th report, I discussed my determination of the appropriate amount of incremental costs that HealthGrades would have incurred in order to earn additional advertising revenue.[11] I concluded that HealthGrades' incremental profit rate

                                                      | REDACTED |

27.   I modified the incremental expense/profit analysis I performed for advertising revenue to reflect the differing expenses associated with advertising revenues and license agreements. Specifically, the publishers expense and ad serving fees included as incremental with respect to advertising revenue would not increase with additional data licensing revenues. Therefore, these are considered fixed costs with respect to HealthGrades' licensing revenue. In 2011, HealthGrades' incremental profit rate | REDACTED |

---

[11] See paragraphs 50 and 51 of my July 13, 2012 report

**EXHIBIT B**

### e)  Reasonable Royalty Rate Conclusion

28.   Based on my evaluation of all of the factors discussed in this report, including the Georgia Pacific factors (see **Attachment 9** to my July 13th report), I have concluded that no less than a 12% royalty rate would apply to Vitals' infringing licensing revenue.  A royalty rate much higher than 12% (such as HealthGrades and Vitals negotiating a split of the 80%+ incremental profit rate earned from licenses which allow for parties to practice the '060 patent) may be more appropriate once all of the discovery for this license agreement is complete.

29.   I believe that it is highly likely that a higher royalty rate would be applicable to the licensing portion of Vitals' accused revenue because a hypothetical negotiation would have been for a license from HealthGrades that would allow Vitals to sub-license to Aetna. However, because of the limited discovery I have seen, I have conservatively applied a 12% rate to Vitals' accused licensing revenue which yields approximately $37,000.  Table 2 below contains this calculation.  This figure will need to be updated through the date of trial based on Vitals' infringing licensing revenue beyond June 2012.

REDACTED

30.   If there additional discovery related to Vitals' accused licensing revenue, I will analyze such discovery and revisit my conclusion of a 12% reasonable royalty.

**EXHIBIT B**

**Payments Received by Vitals for the Aetna Agreement**          **Attachment 14**

REDACTED

EXHIBIT B

**HealthGrades, Inc.**
**Variable Expense Analysis with Respect to Data Licensing**

REDACTED

EXHIBIT B

**HealthGrades, Inc.**
**Variable Expense Analysis with Respect to Data Licensing**

REDACTED

EXHIBIT B

**Appendix C**
**Facts and Data Considered**

**Legal Filings**

1. Complaint and Demand for Jury Trial dated March 2, 2011
2. Motion to Compel dated January 24, 2012
3. Supplemental Response to Interrogatory No. 6 dated January 23, 2012
4. MDX's Notice of Rule 30(B)(6) Deposition to HealthGrades dated June 11, 2012
5. Order Regarding Claim Construction dated February 13, 2012
6. Parties' Joint Motion to Amend Scheduling Order to Modify Deadlines dated March 14, 2012
7. Parties' Joint and Agreed to Motion to Modify Scheduling Order and Extend Fact Discovery Cut-off, Expert Reports Deadline and Expert Discovery Cut-off dated December 6, 2011

**Depositions**

8. Deposition of Allen Dodge dated June 28, 2012
9. Deposition of Larry West dated June 26, 2012 (Rough Draft)
10. Deposition of Jeffrey Cutler dated June 6, 2012 (Rough Draft)
11. Deposition of John Neal dated June 13, 2012
12. Deposition of Mitchel Rothschild dated June 7 2012

**Consultations**

13. Conversations with Allen Dodge and Andrea Pearson

**Bates Stamped Documents**

14. HG0001384 - HG0001449
15. HG0001451 - HG0001660
16. HG0001664 - HG0001846
17. HG0001848 - HG0001903
18. HG0001905 - HG0002058
19. HG0002060 - HG0002355
20. HG0002363 - HG0002590
21. HG0002600 - HG0002612
22. HG0055710 - HG0062016
23. HG0060706 - HG0060715
24. MDX0000177 - MDX0000182
25. MDX0001650 - MDX0001710
26. MDX0002251 - MDX0002446
27. MDX0002467 - MDX0005045
28. MDX0003257 - MDX0003731
29. MDX0006512 - MDX0007297
30. MDX0007359
31. MDX0019305 - MDX0019306
32. MDX0016995 - MDX0017132
33. MDX0012537 - MDX0013293
34. MDX0104138 - MDX0104271
35. MDX0104300 - MDX0104421
36. MDX0073234 - MDX0073255
37. MDX0100725 - MDX0100983
38. MDX0100985 - MDX0100999
39. MDX0101001 - MDX0103826

**EXHIBIT B**

**Facts and Data Considered**

40. MDX0104440 - MDX0104743
41. HGLA0001 - HGLA0179

**Non-Bates Stamped Documents**

42. 2008 expenses.zip
43. 2008.xls
44. 2009 expenses.zip
45. 2009 Revenue Totals by Month.xlsx
46. 2010 expenses.zip
47. 2010 Revenue Totals by Month.xlsx
48. 2011 Revenue Totals by Month.xlsx
49. ACTUAL TO BUDGET 0108 CONSOLIDATED_FINAL.XLS
50. ACTUAL TO BUDGET 0108 DEPT 21.XLS
51. ACTUAL TO BUDGET 0108 DEPT 24.XLS
52. ACTUAL TO BUDGET 0108 DEPT 27.XLS
53. ACTUAL TO BUDGET 0108 DEPT 63.XLS
54. ACTUAL TO BUDGET 0109 CONSOLIDATED.XLS
55. ACTUAL TO BUDGET 0109 Dept 21.XLS
56. ACTUAL TO BUDGET 0109 DEPT 24.XLS
57. ACTUAL TO BUDGET 0109 DEPT 28.XLS
58. ACTUAL TO BUDGET 0109 DEPT 63.XLS
59. ACTUAL TO BUDGET 0110 CONSOLIDATED.XLS
60. ACTUAL TO BUDGET 0110 DEPT 24.XLS
61. ACTUAL TO BUDGET 0110 DEPT 28.XLS
62. ACTUAL TO BUDGET 0110 DEPT 29.XLS
63. ACTUAL TO BUDGET 0110 DEPT 63.XLS
64. ACTUAL TO BUDGET 0110 DEPT 64.XLS
65. ACTUAL TO BUDGET 0111 CONSOLIDATED-After Entry.XLS
66. ACTUAL TO BUDGET 0111 Dept 00 Revised.XLS
67. ACTUAL TO BUDGET 0111 DEPT 24.XLS
68. ACTUAL TO BUDGET 0111 DEPT 63.XLS
69. ACTUAL TO BUDGET 0111 DEPT 64.XLS
70. ACTUAL TO BUDGET 0111 DEPT 25- After Entry.XLS
71. ACTUAL TO BUDGET 0208 CONSOLIDATED.XLS
72. ACTUAL TO BUDGET 0208 DEPT 21.XLS
73. ACTUAL TO BUDGET 0208 DEPT 24.XLS
74. ACTUAL TO BUDGET 0208 DEPT 27.XLS
75. ACTUAL TO BUDGET 0208 DEPT 63.XLS
76. ACTUAL TO BUDGET 0209 CONSOLIDATED.XLS
77. ACTUAL TO BUDGET 0209 DEPT 21.XLS
78. ACTUAL TO BUDGET 0209 DEPT 24.xlsx
79. ACTUAL TO BUDGET 0209 DEPT 28.XLS
80. ACTUAL TO BUDGET 0209 DEPT 63.XLS
81. ACTUAL TO BUDGET 0210 CONSOLIDATED.XLS
82. ACTUAL TO BUDGET 0210 DEPT 24.XLS
83. ACTUAL TO BUDGET 0210 DEPT 28.XLS
84. ACTUAL TO BUDGET 0210 DEPT 29.xlsx
85. ACTUAL TO BUDGET 0210 DEPT 63.XLS

**EXHIBIT B**

**Facts and Data Considered**

86. ACTUAL TO BUDGET 0210 DEPT 64.xlsx
87. ACTUAL TO BUDGET 0211 CONSOLIDATED - After Entry.XLS
88. ACTUAL TO BUDGET 0211 DEPT 00.XLS
89. ACTUAL TO BUDGET 0211 DEPT 24.XLS
90. ACTUAL TO BUDGET 0211 DEPT 63.XLS
91. ACTUAL TO BUDGET 0211 DEPT 64.XLS
92. ACTUAL TO BUDGET 0211 DEPT 25-After Entry.XLS
93. ACTUAL TO BUDGET 0308 CONSOLIDATED.XLS
94. ACTUAL TO BUDGET 0308 DEPT 21.XLS
95. ACTUAL TO BUDGET 0308 DEPT 24.XLS
96. ACTUAL TO BUDGET 0308 DEPT 27.XLS
97. ACTUAL TO BUDGET 0308 DEPT 63.XLS
98. ACTUAL TO BUDGET 0309 CONSOLIDATED.XLS
99. ACTUAL TO BUDGET 0309 DEPT 21.XLS
100. ACTUAL TO BUDGET 0309 DEPT 24.xlsx
101. ACTUAL TO BUDGET 0309 DEPT 28.XLS
102. ACTUAL TO BUDGET 0309 DEPT 63.XLS
103. ACTUAL TO BUDGET 0310 CONSOLIDATED.XLS
104. ACTUAL TO BUDGET 0310 DEPT 24.XLS
105. ACTUAL TO BUDGET 0310 DEPT 28.XLS
106. ACTUAL TO BUDGET 0310 DEPT 29.XLS
107. ACTUAL TO BUDGET 0310 DEPT 63.XLS
108. ACTUAL TO BUDGET 0310 DEPT 64.XLS
109. ACTUAL TO BUDGET 0311 CONSOLIDATED-After Entry.XLS
110. ACTUAL TO BUDGET 0311 DEPT 00.XLS
111. ACTUAL TO BUDGET 0311 DEPT 24.XLS
112. ACTUAL TO BUDGET 0311 DEPT 63.XLS
113. ACTUAL TO BUDGET 0311 DEPT 64.XLS
114. ACTUAL TO BUDGET 0311 DEPT 25 - After Entry.XLS
115. ACTUAL TO BUDGET 0408 CONSOLIDATED.XLS
116. ACTUAL TO BUDGET 0408 DEPT 21.XLS
117. ACTUAL TO BUDGET 0408 DEPT 24.XLS
118. ACTUAL TO BUDGET 0408 DEPT 27.XLS
119. ACTUAL TO BUDGET 0408 DEPT 63.XLS
120. ACTUAL TO BUDGET 0409 CONSOLIDATED.XLS
121. ACTUAL TO BUDGET 0409 DEPT 21.XLS
122. ACTUAL TO BUDGET 0409 DEPT 24.xlsx
123. ACTUAL TO BUDGET 0409 DEPT 28.XLS
124. ACTUAL TO BUDGET 0409 DEPT 63.XLS
125. ACTUAL TO BUDGET 0410 CONSOLIDATED.XLS
126. ACTUAL TO BUDGET 0410 DEPT 24.XLS
127. ACTUAL TO BUDGET 0410 DEPT 28.XLS
128. ACTUAL TO BUDGET 0410 DEPT 29.XLS
129. ACTUAL TO BUDGET 0410 DEPT 63.XLS
130. ACTUAL TO BUDGET 0410 DEPT 64.XLS
131. ACTUAL TO BUDGET 0411 DEPT 00.XLS
132. ACTUAL TO BUDGET 0411 DEPT 24.XLS
133. ACTUAL TO BUDGET 0411 DEPT 63.XLS

**EXHIBIT B**

134.  ACTUAL TO BUDGET 0411 DEPT 64.XLS
135.  ACTUAL TO BUDGET 0411 DEPT 25-After Entry.XLS
136.  ACTUAL TO BUDGET 0411 DEPT CONSOLIDATED-After Entry.XLS
137.  ACTUAL TO BUDGET 0508 CONSOLIDATED.XLS
138.  ACTUAL TO BUDGET 0508 DEPT 21.XLS
139.  ACTUAL TO BUDGET 0508 DEPT 24.XLS
140.  ACTUAL TO BUDGET 0508 DEPT 27.XLS
141.  ACTUAL TO BUDGET 0508 DEPT 63.XLS
142.  ACTUAL TO BUDGET 0509 CONSOLIDATED.xlsx
143.  ACTUAL TO BUDGET 0509 DEPT 21.xlsx
144.  ACTUAL TO BUDGET 0509 DEPT 24.xlsx
145.  ACTUAL TO BUDGET 0509 DEPT 28.xlsx
146.  ACTUAL TO BUDGET 0509 DEPT 63.xlsx
147.  ACTUAL TO BUDGET 0510 CONSOLIDATED.XLS
148.  ACTUAL TO BUDGET 0510 DEPT 24.XLS
149.  ACTUAL TO BUDGET 0510 DEPT 28.XLS
150.  ACTUAL TO BUDGET 0510 DEPT 29.XLS
151.  ACTUAL TO BUDGET 0510 DEPT 63.XLS
152.  ACTUAL TO BUDGET 0510 DEPT 64.XLS
153.  ACTUAL TO BUDGET 0511 CONSOLIDATED-After Entry.XLS
154.  ACTUAL TO BUDGET 0511 Dept 00.xlsx
155.  ACTUAL TO BUDGET 0511 HGRD STAND ALONE-After Entry.xls
156.  ACTUAL TO BUDGET 0608 CONSOLIDATED.XLS
157.  ACTUAL TO BUDGET 0608 DEPT 21.XLS
158.  ACTUAL TO BUDGET 0608 DEPT 24.XLS
159.  ACTUAL TO BUDGET 0608 DEPT 27.XLS
160.  ACTUAL TO BUDGET 0608 DEPT 63.XLS
161.  ACTUAL TO BUDGET 0609 CONSOLIDATED7.15.09.XLS
162.  ACTUAL TO BUDGET 0609 DEPT 21.XLSX
163.  ACTUAL TO BUDGET 0609 DEPT 24.XLSX
164.  ACTUAL TO BUDGET 0609 DEPT 28.XLSX
165.  ACTUAL TO BUDGET 0609 DEPT 63.XLSX
166.  ACTUAL TO BUDGET 0610 CONSOLIDATED.XLS
167.  ACTUAL TO BUDGET 0610 DEPT 24.XLS
168.  ACTUAL TO BUDGET 0610 DEPT 28.XLS
169.  ACTUAL TO BUDGET 0610 DEPT 29.XLS
170.  ACTUAL TO BUDGET 0610 DEPT 63.XLS
171.  ACTUAL TO BUDGET 0610 DEPT 64.XLS
172.  ACTUAL TO BUDGET 0611 ALL COMPANY.xls
173.  ACTUAL TO BUDGET 0611 ALL HG.XLS
174.  ACTUAL TO BUDGET 0611 IH.xlsx
175.  ACTUAL TO BUDGET 0708 CONSOLIDATED.XLS
176.  ACTUAL TO BUDGET 0708 DEPT 21.XLS
177.  ACTUAL TO BUDGET 0708 DEPT 24.XLS
178.  ACTUAL TO BUDGET 0708 DEPT 27.XLS
179.  ACTUAL TO BUDGET 0708 DEPT 63.XLS
180.  ACTUAL TO BUDGET 0709 CONSOLIDATED.XLS
181.  ACTUAL TO BUDGET 0709 DEPT 21.XLSX

EXHIBIT B

182. ACTUAL TO BUDGET 0709 DEPT 24.xlsx
183. ACTUAL TO BUDGET 0709 DEPT 28.XLSX
184. ACTUAL TO BUDGET 0709 DEPT 63.XLSX
185. ACTUAL TO BUDGET 0710 CONSOLIDATED.XLS
186. ACTUAL TO BUDGET 0710 DEPT 24.xls
187. ACTUAL TO BUDGET 0710 DEPT 28.xls
188. ACTUAL TO BUDGET 0710 DEPT 29.xls
189. ACTUAL TO BUDGET 0710 DEPT 63.XLS
190. ACTUAL TO BUDGET 0710 DEPT 64.xls
191. ACTUAL TO BUDGET 0711 CONSOL.XLS
192. ACTUAL TO BUDGET 0711 HG.XLS
193. ACTUAL TO BUDGET 0711 IH.xlsx
194. ACTUAL TO BUDGET 0808 CONSOLIDATED.XLS
195. ACTUAL TO BUDGET 0808 DEPT 21.XLS
196. ACTUAL TO BUDGET 0808 DEPT 24.XLS
197. ACTUAL TO BUDGET 0808 DEPT 27.XLS
198. ACTUAL TO BUDGET 0808 DEPT 63.XLS
199. ACTUAL TO BUDGET 0809 CONSOLIDATED.XLS
200. ACTUAL TO BUDGET 0809 DEPT 21.XLS
201. ACTUAL TO BUDGET 0809 DEPT 24.XLS
202. ACTUAL TO BUDGET 0809 DEPT 28.xls
203. ACTUAL TO BUDGET 0809 DEPT 63.XLS
204. ACTUAL TO BUDGET 0810 CONSOLIDATED.XLS
205. ACTUAL TO BUDGET 0810 DEPT 24.XLS
206. ACTUAL TO BUDGET 0810 DEPT 28.XLS
207. ACTUAL TO BUDGET 0810 DEPT 29.XLS
208. ACTUAL TO BUDGET 0810 DEPT 63.XLS
209. ACTUAL TO BUDGET 0810 DEPT 64.XLS
210. ACTUAL TO BUDGET 0908 CONSOLIDATED.XLS
211. ACTUAL TO BUDGET 0908 DEPT 21.XLS
212. ACTUAL TO BUDGET 0908 DEPT 24.XLS
213. ACTUAL TO BUDGET 0908 DEPT 27.XLS
214. ACTUAL TO BUDGET 0908 DEPT 63.XLS
215. ACTUAL TO BUDGET 0909 CONSOLIDATED 10.14.09.xlsx
216. ACTUAL TO BUDGET 0909 DEPT 21.xlsx
217. ACTUAL TO BUDGET 0909 DEPT 24.xlsx
218. ACTUAL TO BUDGET 0909 DEPT 28.xlsx
219. ACTUAL TO BUDGET 0909 DEPT 63.xlsx
220. ACTUAL TO BUDGET 0910 CONSOLIDATED.XLS
221. ACTUAL TO BUDGET 0910 DEPT 24.XLS
222. ACTUAL TO BUDGET 0910 DEPT 28.XLS
223. ACTUAL TO BUDGET 0910 DEPT 29.XLS
224. ACTUAL TO BUDGET 0910 DEPT 63.XLS
225. ACTUAL TO BUDGET 0910 DEPT 64.XLS
226. ACTUAL TO BUDGET 1008 CONSOLIDATED.XLS
227. ACTUAL TO BUDGET 1008 DEPT 21.XLS
228. ACTUAL TO BUDGET 1008 DEPT 24.XLS
229. ACTUAL TO BUDGET 1008 DEPT 27.XLS

EXHIBIT B

230. ACTUAL TO BUDGET 1008 DEPT 28.XLS
231. ACTUAL TO BUDGET 1008 DEPT 63.XLS
232. ACTUAL TO BUDGET 1009 CONSOLIDATED.xlsx
233. ACTUAL TO BUDGET 1009 DEPT 21.XLS
234. ACTUAL TO BUDGET 1009 DEPT 24.xlsx
235. ACTUAL TO BUDGET 1009 DEPT 28.XLS
236. ACTUAL TO BUDGET 1009 DEPT 63.XLS
237. ACTUAL TO BUDGET 1010 CONSOLIDATED 2.21.11.xlsx
238. ACTUAL TO BUDGET 1010 DEPT 24 2.XLS
239. ACTUAL TO BUDGET 1010 DEPT 28 2.XLS
240. ACTUAL TO BUDGET 1010 DEPT 29 2.XLS
241. ACTUAL TO BUDGET 1010 DEPT 63 2.XLS
242. ACTUAL TO BUDGET 1010 DEPT 64 2.XLS
243. ACTUAL TO BUDGET 1108 CONSOLIDATED.XLS
244. ACTUAL TO BUDGET 1108 DEPT 21.XLS
245. ACTUAL TO BUDGET 1108 DEPT 24.XLS
246. ACTUAL TO BUDGET 1108 DEPT 27.XLS
247. ACTUAL TO BUDGET 1108 DEPT 28.XLS
248. ACTUAL TO BUDGET 1108 DEPT 63.XLS
249. ACTUAL TO BUDGET 1109 CONSOLIDATED.XLS
250. ACTUAL TO BUDGET 1109 DEPT 21.XLS
251. ACTUAL TO BUDGET 1109 DEPT 24.XLS
252. ACTUAL TO BUDGET 1109 DEPT 28.XLS
253. ACTUAL TO BUDGET 1109 DEPT 63.XLS
254. ACTUAL TO BUDGET 1110 DEPT 24.XLS
255. ACTUAL TO BUDGET 1110 DEPT 28.XLS
256. ACTUAL TO BUDGET 1110 DEPT 29.XLS
257. ACTUAL TO BUDGET 1110 DEPT 63.XLS
258. ACTUAL TO BUDGET 1110 DEPT 64.XLS
259. ACTUAL TO BUDGET 1110 HGRD CONSOLIDATED with Dept 11.XLS
260. ACTUAL TO BUDGET 1208 CONSOLIDATED.XLS
261. ACTUAL TO BUDGET 1208 DEPT 21.XLS
262. ACTUAL TO BUDGET 1208 DEPT 24.XLS
263. ACTUAL TO BUDGET 1208 DEPT 27.XLS
264. ACTUAL TO BUDGET 1208 DEPT 28.XLS
265. ACTUAL TO BUDGET 1208 DEPT 63.XLS
266. ACTUAL TO BUDGET 1209 CONSOLIDATED 1.26.10.XLS
267. ACTUAL TO BUDGET 1209 DEPT 21 1.25.10.XLS
268. ACTUAL TO BUDGET 1209 DEPT 24.XLS
269. ACTUAL TO BUDGET 1209 DEPT 24.XLS
270. ACTUAL TO BUDGET 1209 DEPT 28.XLS
271. ACTUAL TO BUDGET 1209 DEPT 63.XLS
272. ACTUAL TO BUDGET 1210 CONSOLIDATED.XLS
273. ACTUAL TO BUDGET 1210 DEPT 24.XLS
274. ACTUAL TO BUDGET 1210 DEPT 28.XLS
275. ACTUAL TO BUDGET 1210 DEPT 29.XLS
276. ACTUAL TO BUDGET 1210 DEPT 63.XLS
277. ACTUAL TO BUDGET 1210 DEPT 64.XLS

EXHIBIT B

**Facts and Data Considered**

278. April 2009 ComScore.xls
279. AVB 10- 2011.XLS
280. AVB 11- 2011.XLS
281. AVB 1-12.XLS
282. AVB 12- 2011.XLS
283. AVB 2-12.XLS
284. AVB 3-12.XLS
285. AVB 4-12.XLS
286. AVB 9- 2011.XLS
287. AVB IH 10-11.XLS
288. AVB IH 11-11.XLS
289. AVB IH 12-11.XLS
290. AVB IH 9-11.XLS
291. AVB INHEALTH DEC 2010.XLS
292. AVB INHEALTH NOV 2010.XLS
293. AVB INHEALTH OCT 2010.XLS
294. comScore Cross_Visiting_December_2010.xls
295. comScore Cross_Visiting_March_2012.xls
296. Cross_Visiting_July_2010.xls
297. Cross_Visiting_August_2010.xls
298. Cross_Visiting_September 2010.xls
299. Cross_Visiting_October_2011.xls
300. Cross_Visiting_November_2010.xls
301. Cross_Visiting_December_2010.xls
302. Cross_Visiting_January_2011.xls
303. Key_Measures_May_2012.xls
304. comScore_Apr_2012.xlsx
305. Physician_Search_ComScore_Key_Measures_June_2011.xls
306. Physician_Search_ComScore_Key_Measures_June_2012.xls
307. csmmx sept 09.xls
308. Dec ComScore_2008.xls
309. Cross Visiting June 8 2012.xls
310. Key Measures June 8 2012. xls
311. HG Ad Revenue Report_Jan10 EOM V1.xlsx
312. HG Monthly Revenue Data.xlsx
313. HG.XLS
314. January 2009 comScore.xlsx
315. Key Pages from MDX0101071.pdf
316. Nat Adv.XLS
317. October 2009 ComScore.xls
318. WD Ad Revenue Report_Jan10 EOM FINAL.xlsx
319. Health Grades 10-K for December 31, 2004
320. 2008.xls
321. 2009 Revenue Totals by Month.xlsx
322. 2010 Revenue Totals by Month.xlsx
323. 2011 Revenue Totals by Month.xlsx
324. Chronology-Critical Documents Log.pdf
325. Document Log.xlsx

**EXHIBIT B**

Case No. 1:11-cv-00520-RM-NYW Document 459-7 filed 12/20/13 USDC Colorado pg 20 of 21
Case 1:11-cv-00520-RM-BNB Document 451-3 Filed 11/27/12 USDC Colorado Page 8 of 9
Appendix C

**Facts and Data Considered**

326.  Health Grades - Documents Received Index.xlsx
327.  Health Grades Matter.log
328.  Health Grades Matter.pdx
329.  HG Ad Revenue Report_Jan10 EOM V1.xlsx
330.  Rule 3-7 Disclosures Exhibit A.pdf
331.  index.idx
332.  index1.idx
333.  MDX DETAILED INCOME STATEMENTS 2008 2010 2011 MARCH312012.xlsx
334.  MDX 2008 - 2009 Audited Financials.pdf
335.  MDX Medical's Response to First Requests for Production of Documents.pdf
336.  WD Ad Revenue Report_Jan10 EOM FINAL.xlsx


**Other**
337.  http://www.vitals.com/res/pdf/vitals-patient-exchange-brochure-2012.1.pdf
338.  Capital IQ Transaction Detail - MDX Merger
339.  ComScore How to Pull and Read Report User Guide
340.  Capital IQ Financials - Smiths Group
341.  Capital IQ Financials - WebMD Health Corp
342.  Capital IQ Financials - Unitedhealth Group Inc
343.  Factiva - iGenix Margin News
344.  Factiva - WebMD Margin News
345.  Patent No. 7,752,060 dated July 6, 2010
346.  HealthGrades Press Release - Sponsorship Agreement with Fresenius Medical Care
347.  HealthGrades 8-k dated May 4, 2006
348.  Capital IQ Financials - HealthGrades, Inc
349.  HealthGrades Press Release - HealthGrades and CPM to Merge
350.  RoyaltySource Intellectual Property Database Search
351.  Description for SIC 7375: Information Retreival Services
352.  Description for SIC 7389: Business Services, Not Elsewhere Classified
353.  Description for SIC 8099: Health and Allied Services, Not Elsewhere Classified
354.  Vitals Trademark 3,612,937
355.  Asset Purchase Agreement between HealthGrades and Adviware dated October 13, 2008
356.  Adviware Financial Statements for the year ended June 30, 2008
357.  HealthGrades and Adviware Combined Financials for the year ended June 30, 2008
358.  HealthGrades 8-k dated October 13, 2008
359.  HealthGrades 8-k/a Amendment No. 1 dated October 13, 2008
360.  WebMD Form 10-k for the period ending December 31, 2007
361.  WebMD Form 10-k/a for the period ending December 31, 2008
362.  WebMD Form 10-k/a for the period ending December 31, 2009
363.  WebMD Form 10-k/a for the period ending December 31, 2010
364.  Agreement and Plan of Merger between Mountain Acquisition Corp and HealthGrades dated July 27, 2010
365.  Amendment No. 1 to Agreement and Plan of Merger between Mountain Acquisition and HealthGrades
366.  Amendment No. 2 to Agreement and Plan of Merger between Mountain Acquisition and HealthGrades
367.  HealthGrades 8-k dated July 27, 2010
368.  HealthGrades 8-k dated October 10, 2010
369.  HealthGrades 8-k dated October 7, 2010
370.  comScore myMetrix - Dictionary Glossary & Media Set Definitions
371.  Litigation Services Handbook: The Role of the Financial Expert, 4th Ed. By Weil, Frank, Hughes, and Wagner

**EXHIBIT B**

**Appendix C**

**Facts and Data Considered**

372. Intellectual Property: Valuation, Exploitation, and Infringement Damages By Smith and Parr
373. www.healthgrades.com
374. www.vitals.com
375. Panduit Corp. v. Stahlin Bros. Fibre Works, 575 F.2d 1152 (6th Cir. 1978)
376. State Industries, Inc. v. Mor-flo Industries, et al., 883 F.2d 1573
377. The Patent Statute, 35 U.S.C. 284
378. Georgia Pacific Corp. v. U.S. Plywwod Corp., 318 F. Supp 116 (S.D.N.Y 1970)
379. Uniloc USA, Inc., et al. v. Microsoft Corporation (Fed. Cir. 2011).
380. Lucent Technologies, Inc. et al. v. Gateway, Inc., et al., (Fed. Cir. 2009)
381. ResQnet.com, Inc., et al. v. Lansa, Inc., (Fed Cir. 2010)
382. TWM Manufacturing Co., Inc. v. Dura Corp, et al., 789 F.2d 895
383. The Gyromat Corporation v. Champion Spark Plug Company

**Additional Non-Bates Stamped Documents**

384. ACTUAL TO BUDGET 0108 DEPT 20.XLS
385. ACTUAL TO BUDGET 0109 DEPT 20.XLS
386. ACTUAL TO BUDGET 0208 DEPT 20.XLS
387. ACTUAL TO BUDGET 0209 DEPT 20.XLS
388. ACTUAL TO BUDGET 0308 DEPT 20.XLS
389. ACTUAL TO BUDGET 0309 DEPT 20.XLS
390. ACTUAL TO BUDGET 0408 DEPT 20.XLS
391. ACTUAL TO BUDGET 0409 DEPT 20.XLS
392. ACTUAL TO BUDGET 0508 DEPT 20.XLS
393. ACTUAL TO BUDGET 0509 DEPT 20.XLS
394. ACTUAL TO BUDGET 0608 DEPT 20.XLS
395. ACTUAL TO BUDGET 0609 DEPT 20.XLS
396. ACTUAL TO BUDGET 0708 DEPT 20.XLS
397. ACTUAL TO BUDGET 0709 DEPT 20.XLS
398. ACTUAL TO BUDGET 0808 DEPT 20.XLS
399. ACTUAL TO BUDGET 0809 DEPT 20.XLS
400. ACTUAL TO BUDGET 0908 DEPT 20.XLS
401. ACTUAL TO BUDGET 0909 DEPT 20.XLS
402. ACTUAL TO BUDGET 1008 DEPT 20.XLS
403. ACTUAL TO BUDGET 1009 DEPT 20.XLS
404. ACTUAL TO BUDGET 1108 DEPT 20.XLS
405. ACTUAL TO BUDGET 1109 DEPT 20.XLS
406. ACTUAL TO BUDGET 1208 DEPT 20.XLS
407. ACTUAL TO BUDGET 1209 DEPT 20.XLS
408. MDinfoAgreement.pdf

**EXHIBIT B**