# EXHIBIT I

(Redacted Version of Dkt. # 433-5)

**Attachment 4--Napper Market Share Data**

## HealthGrades Lost Profits and Reasonable Royalty Damages

| | | July 2010 to December 2010 | 2011 | January 2012 to May 2012 | Total |
|---|---|---|---|---|---|
| A | Vitals Infringing Advertising Revenue | REDACTED | | | |
| B | Vitals Traffic Also Visiting HealthGrades | | | | |
| C = A x (1-B) | HealthGrades Revenue Subject to Market Share Analysis | | REDACTED | | |
| D | HealthGrades Market Share without Vitals (using Napper's figures) | | | | |
| E = C x D | HealthGrades Revenue Subject to Lost Profits Analysis | | | | |
| F | HealthGrades Incremental Profit Rate | | | | |
| G = E x F | **HealthGrades Lost Profits** | $ 208,712 | $ 958,794 | $ 441,720 | $ 1,609,226 |
| H = A - E | Revenue Subject to Reasonable Royalty | | REDACTED | | |
| I | Reasonable Royalty Rate | 12% | 12% | 12% | |
| J = H x I | **Reasonable Royalty on Infringing Revenue not in Lost Profits** | $ 139,394 | $ 359,773 | $ 175,616 | $ 674,783 |
| K = G + J | **Total Lost Profits Plus Reasonable Royalty** | $ 348,106 | $ 1,318,567 | $ 617,336 | $ 2,284,009 |
| L = A x I | **Reasonable Royalty Damages on all Infringing Revenue** | $ 175,173 | $ 507,280 | $ 243,573 | $ 926,026 |

*Note:*
(1) Source: Monthly Detailed Income Statements, MDX 0104672 to MDX 0104736. See **Attachment 2a**.

**EXHIBIT J**



EXHIBIT 77