IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## UNOPPOSED MOTION FOR SEVEN DAY EXTENSION TO FILE RESPONSE

Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), by its undersigned counsel, and pursuant to D.C.Colo.LCivR 6.1(C), respectfully submits its Unopposed Motion for Seven Day Extension to File Response:

Conferral Pursuant to D.C.Colo.LCivR 7.1(A)

The undersigned certifies that he conferred with counsel for MDx on December 20, 2012, and that MDx does not oppose the seven day extension requested herein.

Unopposed Motion

1.     Health Grades' response to MDx Medical, Inc.'s ("MDx") Motion for Sanctions (the "Motion") [Dkt. 425] is due on Monday, December 31, 2012.  Health Grades' respectfully requests a seven day extension, through Monday, January 7, 2013, to file its response to the Motion.

2.     Undersigned counsel's firm will be closed for the holidays on Monday and Tuesday, December 24 and 25, 2012, and undersigned counsel will not be in Colorado the week

1

2003991407_1.doc

of December 24, 2012.  These travel plans were made six months before MDx filed its Motion. Further, client representatives that need to be consulted in order to adequately respond to the Motion are not available until after January 1, 2013.  Health Grades respectfully submits these circumstances constitute good cause for the seven day extension requested herein.

3. MDx does not oppose the requested extension and no prejudice to the parties will result from the requested extension.  This is the first request for an extension by Health Grades for its response to the Motion.

4. Undersigned is serving a copy of this motion on Health Grades pursuant to D.C.Colo.LCivR 6.1D.

WHEREFORE, Health Grades respectfully requests that the Court grant its unopposed motion and allow it through Monday, January 7, 2013, to file its response to the Motion.

Respectfully submitted on December 21, 2012.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vázquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email:  kkosto@rothgerber.com
           jvazquez@rothgerber.com
           gkanan@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2012, I electronically filed the foregoing **UNOPPOSED MOTION FOR SEVEN DAY EXTENSION TO FILE RESPONSE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson  
David Chunyi Lee  
Scott B. Murray  
Sills Cummis & Gross P.C. – New York  
30 Rockefeller Plaza  
New York, NY  10112  
Email: sstimpson@sillscummis.com  
Email: mrosenberg@sillscummis.com  
Email: dlee@sillscummis.com  
Email: smurray@sillscummis.com  

Terence M. Ridley  
Wheeler Trigg O'Donnell, LLP  
370 17th Street, Suite 4500  
Denver, CO  80202-5647  
Email: ridley@wtotrial.com  

        *s/ Jesús M. Vazquez*  
        Gregory B. Kanan, Esq.  
        Kris J. Kostolansky, Esq.  
        Jesús M. Vázquez, Jr., Esq.  
        Rothgerber Johnson & Lyons, LLP  
        1200 17th Street, Suite 3000  
        Denver, Colorado 80202-5855  
        Tel:     (303) 623-9000  
        Facsimile: (303) 623-9222  
        Email: gkanan@rothgerber.com  
            kkostolansky@rothgerber.com  
            jvazquez@rothgerber.com  

        *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

3

2003991407_1.doc