**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX'S UNOPPOSED MOTION FOR A SEVEN-DAY EXTENSION OF TIME TO FILE ITS REPLY REGARDING ITS MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS IN DOCKET NO. 340 (HEALTH GRADES' RESPONSE TO MDX'S MOTION FOR A DETERMINATION THAT NINE MDX LICENSING AGREEMENTS ARE SUBJECT TO THE TERMS OF THE PROTECTIVE ORDER) DOCKET NO. 383**

---

Defendant MDx Medical, Inc. ("MDx"), by its undersigned counsel, respectfully submits this Unopposed Motion For A Seven-Day Extension of Time to File Its Reply Regarding Its Motion For Leave to Restrict Access to Documents in Docket No. 340 (Health Grades' Response to MDx's Motion For A Determination That Nine MDx Licensing Agreements Are Subject to the Terms of the Protective Order), Docket No. 383 (the "Motion").

Pursuant to *D.C.COLO.L.CivR* 7.1(A), the undersigned counsel has conferred with counsel for Plaintiff Health Grades, Inc. ("Health Grades") regarding the relief requested herein and Health Grades does not oppose this Motion.

**MOTION**

1.    On November 9, 2012, MDx filed its Motion For Leave to Restrict Access to Documents in Docket No. 340 (Health Grades' Response to MDx's Motion For A Determination

1

That Nine MDx Licensing Agreements Are Subject to the Terms of the Protective Order). [Dkt. No. 383]. After receiving a two-day extension of time to file its response [dkt. nos. 420 & 430], on December 5, 2012, Health Grades filed its Response to the MDx Motion for Leave to Restrict. [Dkt. No. 434].

2.  MDx's reply to Health Grades' response, and in further support of its Motion for Leave to Restrict, is due today, December 24, 2012.

3.  Over the last two weeks, MDx has filed numerous summary judgment and *Daubert* motion papers, as well as an extensive joint motion for leave to restrict regarding the memorandums of law and exhibits submitted as part of such motions (which was just filed on Thursday, December 20, 2012). With the holidays approaching, MDx's counsel did not have the opportunity to complete its reply regarding Dkt. No. 383 by today. As it is Christmas Eve, and MDx's counsel's office is closed through Wednesday, December 26, 2012, for the holiday, MDx's counsel is seeking a seven-day extension of time, through Monday, December 31, 2012, to complete its reply, which may require a certification in further support from MDx. MDx's counsel's seeks this relatively short extension of time in order to complete its reply immediately following the Christmas holiday, and before the New Year's holiday.

4.  Good cause exists for the brief extension requested by MDx, which is unopposed by Health Grades. This is a complex patent case with numerous issues in dispute, regarding both factual and expert issues, which have become the basis for summary judgment motions and motions regarding expert testimony. MDx's counsel has submitted numerous briefs and submission regarding such motions, including a substantial joint motion for leave to restrict, and

needs a short extension, in light of the holiday season, to complete its reply regarding the Motion for Leave to Restrict Access [Dkt. No. 383].

5. MDx has not previously sought an extension for filing this reply. In accordance with *D.C.COLO.L.CivR* 6.1(E), copies of this motion will simultaneously be served on Health Grades by MDx's undersigned counsel.

## CONCLUSION

Therefore, for good cause shown, MDx respectfully requests that the Court grant its Unopposed Motion and allow MDx up to and including Monday, December 31, 2012, to file its Reply Regarding Its Motion For Leave to Restrict Access to Documents in Docket No. 340 (Health Grades' Response To MDx's Motion For A Determination That Nine MDx Licensing Agreements Are Subject to the Terms Of The Protective Order), Docket No. 383.

Dated:  December 24, 2012                                   Respectfully submitted,

*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2012, I electronically filed the foregoing Unopposed Motion For A Seven-Day Extension of Time to File Its Reply Regarding Its Motion For Leave to Restrict Access to Documents in Docket No. 340 (Health Grades' Response to MDx's Motion For A Determination That Nine MDx Licensing Agreements Are Subject to the Terms of the Protective Order), Docket No. 383 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                         *s:/  Scott B. Murray*