IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **MDX's Unopposed Motion for a Seven-Day Extension of Time to File its Reply Regarding its Motion for Leave to Restrict Access to Documents in Docket No. 340 (Health Grades' Response to MDX's Motion for a Determination That Nine MDX Licensing Agreements Are Subject to the Terms of the Protective Order) Docket No. 383** [docket no. 462, filed December 24, 2012] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED and Mdx has up to and including **December 31, 2012**, in which to file its Reply Regarding Its Motion for Leave to Restrict Access to Documents in Docket No. 340.

DATED:  December 27, 2012