**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO
DOCUMENTS - DOCUMENT NOS. 446 AND 446-2**

---

Defendant MDx Medical, Inc. ("MDx"), by its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to the following documents: Document Nos. 446 and 446-2 (the "Motion"). For each of these documents, MDx is submitting a proposed, redacted version of the document, from which the MDx confidential or highly confidential information has been redacted, to be used for public access. Therefore, in light of the arguments herein and the submission of proposed, redacted versions, MDx respectfully requests that the proposed, redacted versions of Document Nos. 446 and 446-2, attached hereto, be used as replacements that the public can access.

Pursuant to *D.C.COLO.LCivR* 7.1(A), MDx's counsel has conferred with counsel for Plaintiff Health Grades, Inc. ("Health Grades") regarding this Motion on December 28, 2012, and Health Grades does not oppose the relief requested herein.

1

The documents at issue were submitted by MDx regarding its reply in further support of its motion for partial summary judgment (1) that Health Grades is not entitled to lost profits; and (2) royalty rates may not be applied to revenue of the entire accused website.

Doc. No. 446 – MDx's reply memorandum of law includes specific, Vitals.com physician data and statistics (totals and percentages) on pages 3 and 5. Such highly confidential information has been the subject of prior MDx motions to restrict. *See* Dkt. No. 322-1 (Erika Boyer Certification dated October 10, 2012), ¶¶ 4 & 8; *see also* Dkt. No. 459. Such information is competitively sensitive and is not made public by MDx. *See* Dkt. No. 322-1 (Erika Boyer Certification dated October 10, 2012), ¶¶ 4 & 8. As MDx has previously asserted, disclosure to the public and MDx's competitors of such specific statistical information would allow such information to be unfairly used by competitors against MDx and cause MDx damage. *Id.* Therefore, attached hereto as Exhibit A is a redacted copy of this document for public access that has the competitively sensitive information redacted.

Doc. No. 446-2 – As an exhibit to its reply regarding the partial summary judgment motion, MDx submitted an excerpted copy of its Second Supplemental Responses to Health Grades' First Set of Interrogatories. This document was the subject of prior MDx motions to restrict [dkt. nos. 322 & 459] because the supplemental response includes specific physician and database statistics regarding Vitals.com. *See* Dkt. 322-1 (Erika Boyer Certification dated October 10, 2012), ¶ 5. Such information is competitively sensitive and is not made public by MDx. *Id.* As MDx has previously asserted, disclosure to the public and MDx's competitors of such specific statistical information would allow such information to be unfairly used by competitors against MDx and cause MDx damage. *Id.* Therefore, attached hereto as Exhibit B

is a redacted copy of this document for public access that has the competitively sensitive information redacted. These are the same redactions that MDx has previously proposed and submitted to the Court. *Id.*

## CONCLUSION

For the foregoing reasons, MDx requests that this Court grant this Motion and order that Document Nos. 446 and 446-2 remain restricted at Restricted Level 1, and that the proposed, redacted versions of Document Nos. 446 and 446-2 attached hereto be used as replacements that the public can access.

Dated: December 28, 2012

Respectfully submitted,

*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel: (303) 244-1800
Fax: (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2012, I electronically filed the foregoing MDX'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 446 AND 446-2 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                                    *s:/ Scott B. Murray*