# EXHIBIT B

(Redacted Version of Dkt. # 446-2)

Case No. 1:11-cv-00520-RM-NYW Document 466-2 filed 12/28/12 USDC Colorado pg 2 of 5

# EXHIBIT 1

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

### DEFENDANT MDX MEDICAL, INC.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

---

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant MDx Medical, Inc. ("MDx") hereby provides its second supplement to its response to Health Grades, Inc.'s ("Health Grades") First Set of Interrogatories to Defendant ("Interrogatories").

The Preliminary Statements and General Objections from the earlier responses are incorporated by reference.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

C. *Compiling in response to Receiving a Request*.

- No Literal Infringement: MDx compiles data on providers as scheduled -- it does not compile data in response to receiving a request for information regarding a healthcare provider.

The following supplemental response is hereby designated HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY.

Compilation of data from third-party sources may be scheduled depending on the third-party source. Depending on the third-party source, data may be compiled once every quarter, once every six months, once every year, or on another schedule.

- No Equivalents: The compiling procedure for the MDx Website is entirely different from that claimed in the patent, which requires receiving a request for information and then compiling information in response to the request (compare, *e.g*., the second paragraph of claim 1, where the information is accessed, not compiled). The MDx data is compiled as scheduled and not in response to a request – the function/way/result analysis, for example, cannot be met. Also, reading this limitation on the MDx Website would entirely vitiate this claim requirement; and there is also an estoppel (e.g., amendment on 4/26/10).

D. *Patient Ratings from On-Line Patient Experience Survey*

- No Literal Infringement: Not all the patient ratings come from the MDx on-line survey, as required by this claim element.

The following supplemental response is hereby designated HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY.

.

REDACTED

The main third-party sources include Yelp and Citysearch.

- No Equivalents: The claimed requirement that all patient ratings come from the online survey is not met literally or equivalently – obtaining some of the ratings from another source is an entirely different approach. Equivalents would vitiate this claim requirement, and a finding of equivalents is not possible because the possibility of obtaining ratings from another source was disclosed but not claimed. There is also an estoppel (*e.g.*, 4/26/10 amendment).

- 5 -

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

site user and is completely independent of whether a particular healthcare provider in the results list is a member.

- <u>Claim 11</u>: See claim 9.

Dated: May 10, 2012             As to objections:

                                *s:/Scott D. Stimpson*
                                Scott D. Stimpson
                                Scott B. Murray
                                David C. Lee
                                Sills Cummis & Gross P.C.
                                30 Rockefeller Plaza
                                New York, New York 10112
                                Tel: (212) 643-7000
                                Fax: (212) 643-6500
                                E-mail: sstimpson@sillscummis.com
                                E-mail: smurray@sillscummis.com
                                E-mail: dlee@sillscummis.com

                                and

                                Terence Ridley, Atty. No. 15212
                                Ramona Lampley, Atty. No. 37288
                                Wheeler Trigg O'Donnell LLP
                                1801 California Street, Suite 3600
                                Denver, Colorado 80202
                                Tel: (303) 244-1800
                                Fax: (303) 244-1879
                                E-mail: ridley@wtotrial.com
                                E-mail: lampley@wtotrial.com

                                *Attorneys for Defendant*
                                MDx Medical, Inc. d/b/a VITALS.COM

- 9 -