# EXHIBIT A

Page 188

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

VOLUME II - Pages 188 to 331

HEALTH GRADES, INC.,

      Plaintiff,

  vs.                  Civil Action No.

                        11-CV-00520-PAB-BNB

MDX MEDICAL, INC., d/b/a

VITALS.COM,

      Defendant.

                      /

Deposition of SCOTT MONTROY, taken on behalf of the Defendant, pursuant to Amended Subpoena to Testify at a Deposition in a Civil Action in the above-entitled action, on Monday, January 16, 2012, at 7:03 a.m., at Crowne Plaza Jacksonville Riverfront, 1201 Riverplace Boulevard, Jacksonville, Florida, before Teresa S. DeCiancio, RDR, CRR, CCP, CBC, FPR, and Notary Public in

Veritext/NJ Reporting Company
800-227-8440                          973-410-4040

Page 189

1  and for the State of Florida at Large.

4                          -   -   -

Page 282

1      Q    This was prepared and kept in the ordinary
2   course of business at Health Grades?
3      A    Yes.
4      Q    Can you tell me what this e-mail is about?
5      A    Can you just give me a second to --
6      Q    Sure.
7      A    -- read it and --
8      Q    Yep.
9           Actually, I say "this e-mail," but there are
10  actually multiple e-mails, so...
11          MR. VÁZQUEZ:  Scott, to the extent your
12  questions deal with exhibits that are attorneys'
13  eyes only, I assume that these transcripts won't be
14  shared with anybody other than the attorneys, right?
15          MR. STIMPSON:  Whatever is under our so-called
16  protective order.
17          MR. VÁZQUEZ:  A draft protective order hasn't
18  been entered.
19          MR. STIMPSON:  Yeah.
20          MR. VÁZQUEZ:  Well, that's what I'm expecting
21  whenever we take depositions.
22          MR. STIMPSON:  Yeah, we're just operating under
23  that.
24  BY MR. STIMPSON:
25      Q    I don't have many detailed questions about