# EXHIBIT B

**From:** Scott D. Stimpson
**Sent:** Saturday, June 09, 2012 9:07 AM
**To:** Scott Murray; 'Vazquez, Jesus'
**Cc:** David C. Lee
**Subject:** RE: Health Grades v. MDx - Protective Order

Jesus,

After our conversation, I looked at Section 6.1.8 again, and I think it is ok as written, because later parts of the section discuss what happens if designated at the deposition so that option should probably stay. So, basically, it says everything is automatically highly confidential until 14 days after receipt of the transcript, but the option of designating at the deposition is available, too.

==As we discussed, we will agree to keep the depositions that have been taken of HG personnel highly confidential for 14 days from this past Thursday.==

Scott M, can you please push this through and get it filed? Thanks.

Scott



**From:** Scott Murray
**Sent:** Wednesday, May 30, 2012 10:57 AM
**To:** 'Vazquez, Jesus'
**Cc:** Scott D. Stimpson; David C. Lee
**Subject:** RE: Health Grades v. MDx - Protective Order

Jesus - It appears that there was a numbering error in Sections 5.1.6 and 5.2.1. In Section 5.1.6, there is a reference to that section as "5.1.7," which should clearly be "5.1.6." And yes, section 5.2.1 should only refer through 5.1.5, not 5.1.6.

Please let us know the remainder of your comments as soon as possible so that we can file with the Court.

11/19/2012

Regards,
Scott

**Scott Murray**
Member



**website | bio | vCard | newsroom | email**

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5388  |  f (973) 643-6500   **map**

---

**From:** Vazquez, Jesus [mailto:jvazquez@rothgerber.com]
**Sent:** Tuesday, May 29, 2012 4:20 PM
**To:** Scott Murray
**Cc:** Scott D. Stimpson; David C. Lee
**Subject:** RE: Health Grades v. MDx - Protective Order

Scott - I think you may have made a mistake with respect to section 5.2.1 - please review - it seems to indicate that "Highly Confidential" materials may be accessed by officers and house counsel of the receiving party (5.1.6).  We are reviewing your other revisions and will let you know our thoughts.

Thanks, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com

---

**From:** Scott Murray [mailto:SMurray@sillscummis.com]
**Sent:** Tuesday, May 22, 2012 5:23 PM
**To:** Vazquez, Jesus
**Cc:** Scott D. Stimpson; David C. Lee
**Subject:** Health Grades v. MDx - Protective Order

Jesus - Attached are clean and redlined versions of the Protective Order that shows the edits to the draft that you previously sent to Scott Stimpson.  If these edits meet with your approval, please let us know and we will file the Protective Order with the Court.

Regards,
Scott

11/19/2012

**Scott Murray**
Member



**website | bio | vCard | newsroom | email**   

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5388  |  f (973) 643-6500   **map**

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

PLEASE TAKE NOTICE, the information contained in this electronic communication and any document attached hereto or transmitted herewith, including metadata, is attorney-client privileged, work product, private or otherwise confidential, and is intended for the exclusive use of the individual or entity named above. The information transmitted in this e-mail and any attachment is intended only for the personal and confidential use of the intended recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete this communication. You are further notified that all personal messages express views solely of the sender which are not to be attributed to Rothgerber Johnson & Lyons LLP and may not be copied or distributed without this disclaimer.

11/19/2012