**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION REGARDING ITS
MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT –
DOCUMENT NOS. 292, 292-1, 292-8, 292-10, 292-12, 292-14, AND 305-1**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, filed on October 10, 2012, its Motion For Leave To Restrict Access to Document - Document Nos. 292, 292-1, 292-8, 292-10, 292-12, 292-14, and 305-1 [Doc. # 322, the "Motion"]. The Motion stated:

> Pursuant to D.C.COLO.L.Civ.R 7.1, counsel for MDx conferred with counsel for Health Grades on October 5th, 8th, and 10th, regarding this motion, but has not received Health Grades' position on this motion. When Health Grades provides its position, MDx will supplement this motion with that information.

Motion, at p. 2.

MDx has received Health Grades' position and hereby supplements the Motion to state that Health Grades does not oppose the Motion.

Dated:  January 2, 2013                                  Respectfully submitted,


<u>s:/Scott B. Murray</u>
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

# CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2013, I electronically filed the foregoing MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION REGARDING ITS MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT – DOCUMENT NOS. 292, 292-1, 292-8, 292-10, 292-12, 292-14, AND 305-1 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                *s:/Vincent M. Ferraro*