**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION REGARDING ITS
MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT –
DOCUMENT NOS. 329, 329-1, AND 329-3**

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, filed on October 26, 2012, its Motion For Leave To Restrict Access to Document - Document Nos. 329, 329-1, and 329-3 [Doc. # 353, the "Motion"]. The Motion stated:

> Pursuant to D.C.COLO.LCivR 7.1(A), counsel for MDx attempted to confer with counsel for Health Grades on this motion by email correspondence to counsel for Health Grades on October 25, 2012 and October 26, 2012. Following up on the email correspondence, counsel for MDx also telephoned counsel for Health Grades on October 26, 2012 to confer on this motion but did not reach them. MDx has not received a response from counsel for Health Grades regarding Health Grades' position on this motion, but just as MDx was filing this motion, lead counsel for Health Grades responded indicating that he had been out with a cold and would provide Health Grades' position at a later date. When Health Grades provides its position, MDx will supplement this motion with that information.

Motion, at p. 1-2.

2226764 v2              1

MDx has received Health Grades' position and hereby supplements the Motion to state that Health Grades does not oppose the Motion.

Dated:  January 2, 2013                                      Respectfully submitted,

<p style="margin-left: 3in;">
<u>s:/Scott B. Murray</u><br>
Scott D. Stimpson<br>
Scott B. Murray<br>
David C. Lee<br>
Sills Cummis & Gross P.C.<br>
30 Rockefeller Plaza<br>
New York, New York 10112<br>
Tel: (212) 643-7000<br>
Fax: (212) 643-6500<br>
E-mail:sstimpson@sillscummis.com<br>
E-mail:smurray@sillscummis.com<br>
E-mail:dlee@sillscummis.com<br>
<br>
and<br>
<br>
Terence Ridley, Atty. No. 15212<br>
Wheeler Trigg O'Donnell LLP<br>
370 Seventeenth Street, Suite 4500<br>
Denver, Colorado 80202<br>
Tel:  (303) 244-1800<br>
Fax:   (303) 244-1879<br>
E-mail: ridley@wtotrial.com<br>
<br>
*Attorneys for Defendant*<br>
MDx Medical, Inc. d/b/a VITALS.COM
</p>

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2013, I electronically filed the foregoing MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION REGARDING ITS MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT – DOCUMENT NOS. 329, 329-1 AND 329-3 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                        *s:/Vincent M. Ferraro*