

HIGHLY CONFIDENTIAL

HG0000253

18

# Premium Report: Introduction



HIGHLY CONFIDENTIAL

HG0000258

# Premium Report: Experience/Training



**Experience/Training**

**Specialties:**
Orthopedic Surgery (Healthcare has verified that Dr. Blotter is board certified by the American Board of Orthopedic Surgery.)

**Area of Expertise:**
Total Hip Replacement
Total Knee Replacement

**Medical School:**
Chicago Medical School
N. Chicago, Illinois, 1983

**Residency:**
University of Medicine and Dentistry
Newark, New Jersey, 1989

**Internship:**
University of Medicine and Dentistry
Newark, New Jersey, 1984

**Fellowships:**
Total Joint Replacement Indiana University
Indianapolis, Indiana, 1990

Total Joint Replacement University of Medicine and Dentistry
Orange, New Jersey, 1990

Total Hip Replacement Harvard University
Boston, Massachusetts, 1991

19

HIGHLY CONFIDENTIAL

HG0000259



HIGHLY CONFIDENTIAL

HG0000260

# HealthGrades Report

## Member Premium Report

### Standard Report

How does this physician compare to others?

| Years Since Medical School | |
|---|---|
| Robert M Jones, MD | 27 years |
| Physicians specializing in Otolaryngology | Average of 27 years |
| All US physicians, regardless of specialty | Average of 25 years |

HealthGrades recognizes board certifications from American Board of Medical Specialties and Bureau of Osteopathic Specialties.

| Board Certification | |
|---|---|
| Otolaryngology | |
| Robert M Jones, MD | Has board certification |
| Physicians with this specialty | 83% have board certification |
| All US physicians, regardless of specialty | 64% have board certification |

| Disciplinary Actions | |
|---|---|
| Robert M Jones, MD | Does not have disciplinary actions |
| Physicians specializing in Otolaryngology | 99.6% are without disciplinary actions |
| All US physicians, regardless of specialty | 1% have disciplinary actions |

(Screen 1 of 15)

14

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

HIGHLY CONFIDENTIAL

HG0000281

# Premium Report: Experience/Training



HIGHLY CONFIDENTIAL

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

HG0000282

# Premium Report: Performance

## Performance

| Procedure | Number per year (approximate) |
|---|---|
| Total Hip Replacements | 150 |
| Total Knee Replacements | 150 |
| Revision of Total Knee and Hip | 30 |

**Avg time to get a new patient appointment:** 10 days
**Avg time for existing patient to get an appointment:** 10 days
**Avg wait room time:** 20 minutes
**Provides patients access to a nurse:** PA, MA, or resident available
**Uses computerized systems to improve patient experience:** Yes

### Disciplinary Actions

HealthGrades has confirmed that Dr. David Allan Drucker has not had any disciplinary actions within the last 5 years from the Office of Inspector General or 49 state medical boards (South Dakota does not report).

**Physician shares call with:**
Vincent Ruggiero, MD, John Reilly, MD, Deborah Henley, MD, Albert Accettola, MD, Joseph Giovinazzo, MD

HEALTHGRADES

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

HIGHLY CONFIDENTIAL

HG0000283

16

# Premium Report: Practice/Locations



### Practice Information

Orthopaedic Associates of New York
A Division of Healthcare Associates in Medicine, PC
Established in 1995.

http://www.hca-si.com

Dr. Drucker has been at this practice for 10 years.
His current title at this practice is: President of Orthopaedic Surgery

### Description of Practice

This practice specializes in treating patients that have arthritis of the hip or knee. Dr. Drucker is a board certified orthopaedic surgeon. He has completed three fellowships in total joint replacement. His patients will be exposed to the latest in non-surgical and surgical treatments. His surgical expertise includes minimally invasive surgical techniques (MIS), revision total joint replacement and dealing with the complications of total joint replacement such as loosening, infection, dislocations and fractures.

### Languages Spoken by Staff

English, Italian, small amount of Spanish

### Other Physicians in this Practice

Joseph A. Suarez, MD, Joseph J. Giovinazzo, MD, Vincent Ruggiero, MD, Deborah A. Henley, MD, John P. Reilly, MD, Albert B. Accettola, MD

### Office Locations

**Victory Office**
460 Victory Blvd
Staten Island, NY 10301
Telephone: (718) 226-9444
Fax: (718) 981-6240

Make PRIORITY APPOINTMENT NOW
Email
Phone
http://www.hca-si.com
Map and Driving Directions

Office Information: (View)

HEALTHGRADES

17

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

HIGHLY CONFIDENTIAL

HG0000284

# Premium Report: Practice Information



HIGHLY CONFIDENTIAL

Copyright 2005 Health Grades, Inc. All Rights Reserved. May not be reprinted or reproduced without permission from Health Grades, Inc.

HG0000285

Page 1 of 1



**From:** John Neal [mailto:jneal@healthgradesreports.com]
**Sent:** Monday, February 07, 2005 6:24 AM
**To:** Kerry Hicks
**Cc:** Dave Hicks
**Subject:** beta launch schedule

Kerry,

I received your voicemail. The schedule is tentatively going to be the following based on the promptness of the practices' replies and the completeness of their responses:

1) Dr Drucker (forms complete and launch new profile on Tuesday)
2) GCOA (some data in; launch by Wednesday)
3) ROI (waiting on forms; should be complete today or tomorrow; launch by end of week)
4) Dr Murphy (waiting on form)

We should have more color after our 9am MT progress update call this morning.

John

HIGHLY CONFIDENTIAL
07/18/2011
HG0000496