**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Thursday, July 28, 2011 6:52 PM |
| **To:** | 'Scott D. Stimpson'; David C. Lee; Mark J. Rosenberg; 'lampley@wtotrial.com'; 'ridley@wtotrial.com' |
| **Cc:** | Kostolansky, Kris J.; Phipps, Jeffrey |
| **Subject:** | HG Document Production |
| **Attachments:** | Bates Labels HG0000241-HG0000514 (Redacted) - Patent Disclosure Docs as produced.PDF; Scott David Stimpson (00952656).PDF; Bates Labels HG0000974 - HG0001020.PDF; Bates Labels HG0001340 - HG0001350 REDACTED.PDF; Bates Labels HG0001076 - HG0001089 REDACTED.PDF |

Scott,

Attached please find our cover letter regarding Health Grades' production of documents and copies of the documents referenced in the letter. The Section 3-2(b) documents (HG 0000241-0000514) are attached as a zip file.

Regards, Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com



EXHIBIT
B

1/7/2013