Vazquez, Jesus

**From:** Amanda Tomas
**Sent:** Monday, January 09, 2012 7:09 PM
**To:** sstimpson@sillscummis.com
**Cc:** Kirstin Stoll-DeBell; Brent E. Routman
**Subject:** Subpoena to M&G

Mr. Simpson:

Please find attached a document production containing copies of documents received from Health Grades as well as our draft privilege log that includes a list of references that are mentioned in our file regardless of whether there are actual copies in our file. We did not list nor produce any correspondence or filings between us and the USPTO as those communications are publicly available. We are continuing to finalize our response to the subpoena per your discussion with Kirstin on Friday.

Thank you,
Amanda

**Amanda Tomas**
Paralegal
Merchant & Gould P.C.
1050 Seventeenth Street
Suite 1950
Denver, CO 80265
USA

**Telephone** (303) 357-1655
**Fax** (303) 357-1671
www.merchantgould.com

GUARDIANS OF GREAT IDEAS

Atlanta | **Denver** | Knoxville | Madison | Minneapolis | New York | Seattle | Washington D.C.

Note: This e-mail message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever. Thank you.

1/7/2013



EXHIBIT C