**Vazquez, Jesus**

| | |
|---|---|
| **From:** | Vazquez, Jesus |
| **Sent:** | Tuesday, January 31, 2012 4:56 PM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | Scott Murray; David C. Lee |
| **Subject:** | Montroy documents |

**Attachments:** natives.zip

Scott:

Our previous productions in the case included 111 documents referencing the term "PDP" which Mr. Montroy testified about. We do not understand how or why you were not able to find these 111 documents yourself. You had them way in advance of the Montroy deposition, and yet at the deposition and afterwards you accused me and our client of intentionally failing to produce them. In any event, attached is a zip file containing a text file (Listing.txt) showing the beginning Bates numbers of the 111 previously-produced documents referencing the term "PDP." Also in the zip file are 37 Excel spreadsheets in native format that appear as attachments to some of the 111 items. These spreadsheets have been named according to the Bates number that appears on the first page of the image previously produced, and are being provided in native format in order to assure they can be read.

We are going to search for the following terms within the HG servers and the documents of Dave Hicks, John Neal, and Brian Blackman: "Project Development Plans" or "PDP"; "Project Files"; "Migration Files and Logs"; "Customer Service Reports"; "Release Files." It will take 10 days beginning tomorrow for the searches to be completed. The terms "Project Logs" and "Production Logs" are not included above because they are too general and broad and would yield an excessive number of hits, and should be captured by "Migration Files and Logs". We have also asked John Neal, David Hicks and Brian Blackman regarding these documents and will follow-up accordingly.

As to the other documents you have requested, i.e., "Discovery Health project and projects with any other partners ... documents relating to the AARP project ..." we need to confer with you regarding the same as the request is unduly broad and vague. We also want you to look <u>carefully</u> within the productions we have already made for these documents.

Jesus

**Jesús M. Vázquez, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com | Website: www.rothgerber.com



EXHIBIT
D

1/7/2013



**ROTHGERBER**

**JOHNSON &**

**LYONS LLP**

Denver • Colorado Springs • Casper

**Jesús M. Vázquez, Jr.**
Attorney at Law
303.628.9517
jvazquez@rothgerber.com

One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Telephone:  303.623.9000
Fax:  303.623.9222
www.rothgerber.com

December 8, 2011

<u>**VIA FEDERAL EXPRESS**</u>

Scott Stimpson, Esq.
David C. Lee, Esq.
Sills Cummis & Gross
One Rockefeller Plaza
New York, NY  10020

    **Re:**    Health Grades, Inc. v. MDx Medical, Inc. d/b/a Vitals.com
              Civil Action No. 2011-cv-00520-LTB

Dear Counsel:

    Enclosed herewith please find two CDs containing the search results for the terms requested by MDx as well as supplemental financial information provided by Health Grades, as more specifically set forth in our email of December 7, 2011.  The search results for the terms requested by MDx comprise 6,414 documents with a total of 53,019 pages.  The supplemental financial documents comprise 6,314 pages.

    We have taken steps to remove any privileged documents from these materials.  To the extent a privileged document is included within these materials, such inclusion is inadvertent and does not constitute a waiver of the privilege.  If you find a document that is or appears to be privileged, we ask that you notify us of the same immediately and that you destroy all electronic and paper copies of the document.  Further, as we agreed, the materials we are providing exclude any documents or communications created after the date we filed the lawsuit, i.e., March 2, 2011.

    Please contact me if you have any questions regarding this letter or the materials we are producing herewith.

    Very truly yours,

    ROTHGERBER JOHNSON & LYONS LLP

    Jesús M. Vázquez, Jr.

JMV/pjh
Enclosures

{01005859/1}

**Jesús M. Vázquez, Jr.**
Attorney at Law
303.628.9517
jvazquez@rothgerber.com



**ROTHGERBER**
**JOHNSON &**
**LYONS LLP**

Denver • Colorado Springs • Casper

One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Telephone:  303.623.9000
Fax:  303.623.9222
www.rothgerber.com

December 12, 2011

**VIA FEDERAL EXPRESS**

Scott Stimpson, Esq.
David C. Lee, Esq.
Sills Cummis & Gross
One Rockefeller Plaza
New York, NY  10020

     Re:    **Health Grades, Inc. v. MDx Medical, Inc. d/b/a Vitals.com**
               **Civil Action No. 2011-cv-00520-LTB**

Dear Counsel:

     Enclosed herewith please find a CD containing the search results for the following terms:
"profits"; "comparison ratings"; "physician research comparison"; "pnmm".  The CD contains 17,239
documents, consisting of 81,368 pages.

     We have taken steps to remove any privileged documents from these materials.  To the extent a
privileged document is included within these materials, such inclusion is inadvertent and does not
constitute a waiver of the privilege.  If you find a document that is or appears to be privileged, we ask
that you notify us of the same immediately and that you destroy all electronic and paper copies of the
document.

     Please contact me if you have any questions regarding this letter or the materials we are
producing herewith.

                 Very truly yours,

                 ROTHGERBER JOHNSON & LYONS LLP

                 Jesús M. Vázquez, Jr.

JMV/pjh
Enclosures

{1005859 / 1}

Health Grades, Inc.

v.

MDX Medical, Inc. d/b/a Vitals.com
Case No. 11-CV-00520-PAB-BNB



ATTORNEYS EYES ONLY –
CONFIDENTIAL
HG0002691 – HG0055709
12/08/2011

Health Grades, Inc.

v.

MDX Medical, Inc. d/b/a Vitals.com
Case No. 11-CV-00520-PAB-BNB



ATTORNEYS EYES ONLY –
CONFIDENTIAL
HG0055710 – HG0062023
12/08/2011

Health Grades, Inc.

v.

MDX Medical, Inc. d/b/a Vitals.com

Case No. 11-CV-00520-PAB-BNB



ATTORNEYS EYES ONLY –
CONFIDENTIAL

HG0062064 – HG0143431

12/12/2011

Health Grades, Inc.

v.

MDX Medical, Inc. d/b/a Vitals.com

Case No. 11-CV-00520-PAB-BNB



ATTORNEYS EYES ONLY –
CONFIDENTIAL

HG0062064 – HG0143431

12/12/2011