

**ROTHGERBER JOHNSON & LYONS LLP**

Denver • Colorado Springs • Casper

**Jesús M. Vázquez, Jr.**
Attorney at Law
303.628.9517
jvazquez@rothgerber.com

One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Telephone: 303.623.9000
Fax: 303.623.9222
www.rothgerber.com

April 16, 2012

**VIA FEDERAL EXPRESS**

Scott D. Stimpson, Esq.
David C. Lee, Esq.
Scott B. Murray, Esq.
Sills Cummis & Gross P.C.
30 Rockefeller Plaza, 29th Floor
New York, NY 10112

    Re:    Health Grades, Inc. v. MDx Medical, Inc. d/b/a Vitals.com
            Civil Action No. 2011-cv-00520-LTB

Dear Counsel:

    Enclosed herewith please find a disc containing emails (and attachments) dated February 8, 2006, or earlier, with the terms "project development plan" and/or "PDP." The documents are bates numbered HG209927 through HG210473. There is a total of 546 pages.

    We have taken reasonable steps to remove any privileged documents from these materials. To the extent any privileged document is included within these materials, such inclusion is inadvertent and does not constitute a waiver of the privilege. If you find a document that is or appears to be privileged, we ask that you please notify us of the same immediately, and that you destroy any electronic or paper copies of the document.

    Please contact me if you have any questions regarding this letter or the materials we are producing herewith.

                      Very truly yours,

                      ROTHGERBER JOHNSON & LYONS LLP

                      Jesús M. Vázquez, Jr.

JMV/pjh
Enclosures

2003631672_1

**EXHIBIT E**



**Jesús M. Vázquez, Jr.**
Attorney at Law
303.628.9517
jvazquez@rothgerber.com

ROTHGERBER
JOHNSON &
LYONS LLP

Denver • Colorado Springs • Casper

One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Telephone: 303.623.9000
Fax: 303.623.9222
www.rothgerber.com

March 30, 2012

**VIA FEDERAL EXPRESS**

Scott D. Stimpson, Esq.
David C. Lee, Esq.
Scott B. Murray, Esq.
Sills Cummis & Gross P.C.
One Rockefeller Plaza
New York, NY 10112

      Re:    **Health Grades, Inc. v. MDx Medical, Inc. d/b/a Vitals.com**
               **Civil Action No. 2011-cv-00520-LTB**

Dear Counsel:

      Enclosed herewith please find a CD containing documents dated February 8, 2006, or earlier, with the terms "project development plan" and/or "PDP." The documents are bates numbered HG209648 through HG209926. There is a total of 278 pages.

      We have taken reasonable steps to remove any privileged documents from these materials. To the extent any privileged document is included within these materials, such inclusion is inadvertent and does not constitute a waiver of the privilege. If you find a document that is or appears to be privileged, we ask that you please notify us of the same immediately, and that you destroy any electronic or paper copies of the document.

      Please contact me if you have any questions regarding this letter or the materials we are producing herewith.

                           Very truly yours,

                           ROTHGERBER JOHNSON & LYONS LLP

                           Jesús M. Vázquez, Jr.

JMV/pjh
Enclosures

2003613756_1