Attorneys' Eyes Only

Page 1

1          CONFIDENTIAL ATTORNEYS EYES ONLY

2            IN THE UNITED STATES DISTRICT COURT

3              FOR THE DISTRICT OF COLORADO

4      Case No. 11-CV-00520-PAB-BNB

5      _____

6      30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,

7      Representative Allen Dodge

8      and

9      DEPOSITION OF ALLEN DODGE

10     June 28, 2012

11     _____

12

       HEALTH GRADES, INC.,

13

       Plaintiff,

14

       v.

15

       MDX MEDICAL, INC. d/b/a VITALS.COM,

16

       Defendant.

17     _____

18

19

20

21

22

23

24

25       Job No. NJ403425

EXHIBIT G

Attorneys' Eyes Only

Page 2

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2  APPEARANCES:
3     MERCHANT & GOULD
        By Kristin L. Stoll-DeBell, Esq.
4       1050 17th Street
          Suite 1950
5       Denver, CO 80265
          Phone: 303.357.1670
6       Fax: 303.357.1671
          kstolldebell@merchant-gould.com
7       Appearing on behalf of the
          Plaintiff
8
9  ROTHGERBER JOHNSON & LYONS LLP
        By Jesus Manuel Vazquez Jr., Esq.
10       1200 Seventeenth Street
          Suite 3000
11       Denver, CO 80202-5855
          Phone: 303.623.9000
12       Fax: 303.623.9222
          jvazquez@rothgerber.com
13       Appearing on behalf of the
          Plaintiff
14
15  SILLS CUMMIS & GROSS, PC
        By Scott D. Stimpson,  Esq.
16       30 Rockefeller Plaza
          New York, NY 10112
17       Phone: 212.643.7000
          Fax: 212.653.6500
          sstimpson@sillscummis.com
18       Appearing on behalf of the
          Defendant
19
20
21
22
23
24
25

Page 3

1         CONFIDENTIAL ATTORNEYS EYES ONLY
2         Pursuant to Notice and the Federal Rules of
3  Civil Procedure, the 30(b)(6) Deposition of Health
4  Grades, Inc. and Deposition of Allen Dodge, called by
5  Defendant, was taken on Thursday, June 28, 2012,
6  commencing at 8:13 a.m., at 1200 Seventeenth Street,
7  Suite 3000, Denver, Colorado, before Kelly A.
8  Mackereth, Certified Shorthand Reporter, Registered
9  Professional Reporter, Certified Realtime Reporter
10  and Notary Public within Colorado.
11
              * * * * * * *
12
              I N D E X
13
14  EXAMINATION                        PAGE
15   BY MR. STIMPSON                     5
      BY MR. VAZQUEZ                    317
16
17  PRODUCTION REQUEST(S):
18   None.
19
20
21
22
23
24
25

Page 4

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2           INDEX OF EXHIBITS
3
              INITIAL
4  DESCRIPTION                      REFERENCE
5
   Exhibit 62  30(b)(6) deposition dated June    16
6      11, 2012 with 12 deposition
       topics
7
   Exhibit 63  Budget to actual report of       298
8      Mountain Acquisition Corp
9
   PREVIOUSLY MARKED EXHIBITS
10
11   Exhibit 3                        294
      Exhibit 8                       192
12   Exhibit 9                        190
      Exhibit 20                      158
13   Exhibit 25                       171
      Exhibit 26                      179
14   Exhibit 27                       181
      Exhibit 29                      184
15   Exhibit 45                        15
      Exhibit 46                      176
16   Exhibit 48                       191
      Exhibit 49                      167
17   Exhibit 51                       213
      Exhibit 52                      211
18
19
20
21
22
23
24
25

Page 5

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2           * * * * * * *
3         P R O C E E D I N G S
4         ALLEN DODGE,
5  having been first duly sworn, was examined and
6  testified as follows:
7         (Exhibit 62 marked.)
8         EXAMINATION
9  BY MR. STIMPSON:
10    Q   Good morning, Mr. Dodge.  My name is Scott
11  Stimpson.  I'll be taking your deposition today.
12  Have you had your deposition taken before?
13    A   Yes, I have.
14    Q   So how many times have you had your
15  deposition taken?
16    A   Approximately ten.
17    Q   For the record, can you just state your
18  name and address?
19    A   Yes.  Allen Dodge.  And address is 6255
20  Noble, N-O-B-L-E, Street.  That's Arvada, Colorado
21  80403.
22    Q   Okay.  I won't go through the details,
23  since you've had ten depositions; that's a lot.  I
24  think that's a record for me of taking anybody's
25  deposition.  I think it's enough to say that you know

2 (Pages 2 - 5)

EXHIBIT G

Attorneys' Eyes Only

Page 6

```
1        CONFIDENTIAL ATTORNEYS EYES ONLY
2   the procedures, right?
3        So I'll be asking you questions today.
4   You'll be expected to answer truthfully and
5   completely.  Do you understand?
6   A    I do.
7   Q    If there's anything about my question you
8   don't understand, please just let me know and I'll be
9   happy to clarify it for you, okay?
10  A    Yes.
11  Q    Were any of those ten depositions related
12  to patents?
13  A    No, they were not.
14  Q    Any related to the Health Grades website?
15  A    Yes, one of them.  One of them was.
16  Q    Which one was that?
17  A    We had a lawsuit that Health Grades
18  brought against two former employees.
19  Q    Okay.  And what was the lawsuit about?
20  A    The lawsuit was with respect to the two
21  employees while they were employed at Health Grades
22  created a site that was competitive with Health
23  Grades and tried to monetize that site.
24  Q    Okay.  So during the course of the
25  deposition, Mr. Vazquez may be objecting; that's
```

Page 7

```
1        CONFIDENTIAL ATTORNEYS EYES ONLY
2   pretty normal.  Just so you know, you'll be expected
3   to answer unless he instructs you not to answer,
4   okay?
5   A    Yes.
6   Q    Can you please give me a summary of your
7   education after high school?
8   A    Sure.  I have a bachelor of arts in
9   business economics from University of California at
10  Santa Barbara.  And I have an active CPA license in
11  Colorado.
12  Q    Okay.  Anything else for formal education?
13  A    Nothing formal, other than obviously with
14  the CPA license continuing education that occurs
15  every year.
16  Q    Right.  I understand.  We are stuck with
17  the same thing in law as lawyers.
18       When did you graduate from the University
19  of California?
20  A    In 1990.
21  Q    Okay.  And what did you do after college?
22  Where did you start to work?
23  A    I started at Coopers & Lybrand in Los
24  Angeles, which at that time was, I believe, one of
25  the Big Eight accounting firms.
```

Page 8

```
1        CONFIDENTIAL ATTORNEYS EYES ONLY
2   Q    Yeah.
3   A    It's changed a lot since then.
4   Q    Yeah.
5   A    So that's where I went to work immediately
6   out of college.
7   Q    Okay.  And how long did you work for
8   Coopers?
9   A    I worked for Coopers until mid part of
10  '94.
11  Q    What did you do after -- what was your
12  position at Coopers?
13  A    At Coopers I was an audit associate.  I
14  believe -- I think by the time I left I would have
15  been a senior associate at Coopers & Lybrand.
16  Q    What did you do after you left Coopers?
17  A    After I left Coopers, I moved to Denver,
18  Colorado and joined with Ernst & Young.
19  Q    Why did you leave Coopers?
20  A    At the time I was married and, frankly,
21  wasn't interested in raising a family in LA.  So I
22  moved out with my wife with a couple of friends that
23  were couple friends of ours, and I wanted to start a
24  family in Denver.
25  Q    Any other reasons?
```

Page 9

```
1        CONFIDENTIAL ATTORNEYS EYES ONLY
2   A    No.
3   Q    So how long were you at Ernst & Young?
4   A    I was at Ernst & Young from the middle of
5   1994 until September of 1997.
6   Q    What was your position at Ernst & Young?
7   A    Senior associate.  And I was promoted to
8   manager, I believe, in 1993.  So senior associate to
9   manager between -- sorry, I see your expression, I
10  apologize -- from 1994 I was a senior associate.  By
11  the time I left in September 1997 I had become
12  manager.
13  Q    Why did you leave Ernst & Young?
14  A    I was really recruited into a company
15  called Specialty Care Network, which is the
16  predecessor to Health Grades.
17  Q    Any other reasons you left there?
18  A    I was really interested in moving out of
19  public accounting and into industry.  I really wanted
20  to be part of an organization, part of a company
21  versus public accounting.
22  Q    Okay.  And what was your position at
23  Specialty Care Network when you started there?
24  A    When I started, I came on as corporate
25  controller.
```

3 (Pages 6 - 9)

EXHIBIT G

Attorneys' Eyes Only

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    And what was the responsibility there for
3  corporate controller?
4    A    I was responsible for the financial and
5  accounting aspects of the business, so SEC filings,
6  day-to-day accounting, things of that nature.
7    Q    Can you remind me what the business of
8  Specialty Care Network was, please?
9    A    Sure.  Specialty Care Network was in the
10 business of rolling up physician practices.  It was
11 formed as an orthopedic physician practice rollup.
12   Q    What do you mean rollup?
13   A    Rollup means back at the time around 1997
14 there were a number of industries that were engaging
15 in what are typically called in SEC parlance rollup
16 transactions, which essentially means you would bring
17 organizations together at historical cost versus
18 having to fair value an organization.  So it was
19 somewhat -- niche is probably not a good word, but it
20 was a type of transaction that was similar in other
21 industries.
22        Our model was essentially to bring the
23 practices together and get economies of scale, help
24 the physicians get away from having to deal with
25 things such as purchasing, collecting on AR, and

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  really engaging in the practice of medicine.
3    Q    Okay.  Was there any Internet aspect to
4  the business at that time?
5    A    There was not.
6    Q    And did there come a time when your
7  position changed at Specialty Care Network?
8    A    There did.
9    Q    When was that?
10   A    My first position change was approximately
11 in, I believe, May of 1990.  Gosh, I keep getting my
12 dates wrong.  I keep throwing you off there.  Sorry.
13 May of 1997, so it would have been in May of 2000.
14 Excuse me.
15   Q    What was that change?
16   A    That change was to vice president of
17 finance and controller.
18   Q    What were your responsibilities then?
19   A    Didn't really change at that point.  It
20 was just a promotion to vice president, similar
21 functions to what I had before.
22   Q    Did your title stay the same for the
23 next -- I mean, did your title change again later?
24   A    Changed again in May of 2001 when I became
25 the chief financial officer, senior vice president

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  and chief financial officer.
3    Q    Still with Specialty Care Network?
4    A    Well, at the time Specialty Care Network
5  formally changed its name in 1999 to
6  healthgrades.com.  It's gone through a couple of name
7  changes, which is why I'm a little hesitant on the
8  timeframe.
9    Q    That's okay.  When did Health Grades start
10 doing business or setting up a website?
11      MR. VAZQUEZ:  Form.
12   Q    (BY MR. STIMPSON)  Let me ask you again
13 then.  You said that the business of Specialty Care
14 Network did not involve anything Internet in 1997.
15 Did there come a time when it did?
16   A    Yes, there did.
17   Q    And when was that?
18   A    When -- in 1998 when the company launched
19 a website.
20   Q    Okay.  That's kind of the predecessor to
21 the current Health Grades website?
22      MR. VAZQUEZ:  Form.
23   A    Yes, it is.
24   Q    (BY MR. STIMPSON)  What was that website
25 designed to do?

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    At the time in 1998 Health Grades was
3  transitioning from the Specialty Care Network model
4  or physician practice management model into the
5  business of providing healthcare ratings, hospital
6  ratings in particular.
7        The website was designed to give consumers
8  the ability to verify or validate messages that
9  hospitals were giving in the marketplace related to
10 the Health Grades provider ratings.
11   Q    Okay.  And so 2001 you're CFO.  Did your
12 title change after that?
13   A    It did.  In 2006 I became executive vice
14 president of finance and chief financial officer.
15   Q    How did your responsibilities change from
16 vice president of finance to CFO?
17   A    Once I made the change to CFO, I took on
18 responsibility, in addition to the finance and
19 accounting functions I discussed previously, took on
20 responsibility for human resources, also took on
21 responsibility for, you know, legal, risk management,
22 corporate compliance.  So contracting.
23   Q    Did your responsibilities as CFO -- you
24 said they involved legal.  Did they have anything to
25 do with patents?

4 (Pages 10 - 13)

EXHIBIT G

Attorneys' Eyes Only

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    A    They had some to do with patents once we
3    began the process for filing for patent applications.
4    Q    Okay.  And when was that?
5    A    I believe we -- our filing of the initial
6    patent application or maybe the first filing was
7    sometime in 2006, to my recollection.
8    Q    Okay.  And then how, if at all, did your
9    responsibilities change as executive VP in 2006?  Is
10   that what you said, executive vice president in 2006?
11   A    Correct.
12   Q    How did your responsibilities change with
13   that new change in title?
14   A    Didn't change much.  The only thing that
15   changed, and I can't say whether it was specifically
16   with that title change, but certainly became more
17   involved in just overall operations of the company.
18   Q    Are you still responsible for legal?
19   A    Yes, I am.
20   Q    So that's true from 2001 to today?
21   A    Right.
22   Q    Okay.  Are you executive vice president
23   today?
24   A    I am.
25   Q    So your title has not changed since 2006?

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    A    That's correct, it has not.
3    Q    Have your responsibilities -- big picture
4    sort of thing, have your responsibilities changed
5    since you became executive vice president?
6    A    Probably not a lot.  The only thing that
7    would have changed is once the company went private
8    and was acquired by Veststar Capital Partners in
9    October of 2010, my role changed a bit to where I
10   wasn't as much public facing.  One of the things I
11   didn't stress with some of my responsibilities is I
12   was responsible for investor relations while we were
13   a public company.
14   Q    Okay.
15   A    So I would do speaking engagements, et
16   cetera, with the CEO.
17   Q    Okay.  I understand.  Any other
18   significant changes in your history in Specialty Care
19   Network that we missed?
20   A    Not that I can think of at this time.
21   Q    Okay.  Let me show you what has been
22   marked as Exhibit -- I think this is 45.  This is the
23   first deposition notice.
24       MR. VAZQUEZ:  I'm not sure how you're
25   going to do this without David, man.

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2        MR. STIMPSON:  I know.  I know, it's
3    awful, but he's got to be somewhere else.  That's how
4    it goes.
5        MR. VAZQUEZ:  So did we pre-mark this?
6        MR. STIMPSON:  This is 45 on the back.  I
7    can't guarantee I'm going to have that all day, but
8    that was pretty much Exhibit 45 from a prior
9    deposition.
10   Q    (BY MR. STIMPSON)  I'll also share what
11   we've just marked as Exhibit 62, which is a notice of
12   30(b)(6) deposition dated June 11, 2012 with 12
13   deposition topics.
14       MR. STIMPSON:  Here you go.
15       MR. VAZQUEZ:  Thank you.
16       MS. STOLL-DeBELL:  Thanks.
17       MR. STIMPSON:  You're welcome.
18   Q    (BY MR. STIMPSON)  Have you seen these
19   documents before, Mr. Dodge?
20   A    Can I flip through them briefly?
21   Q    Okay.  Do you have an understanding that
22   you're responsible for being prepared to discuss
23   several of these topics?
24   A    Yes, I do.
25   Q    Okay.  I'm going to start with Exhibit 45,

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    okay?  Let's talk about that first.  And from
3    correspondence from your counsel, I can tell you --
4        MR. STIMPSON:  Jesus, correct me if I'm
5    wrong, but this is from your February 9 e-mail.
6    Q    (BY MR. STIMPSON)  My understanding,
7    Mr. Dodge, is that you're responsible for topic
8    number 1 in this deposition.  Is that consistent with
9    your understanding?
10   A    That is my understanding.
11   Q    And what did you do to prepare to testify
12   about that topic?
13       MR. VAZQUEZ:  Scott --
14       MR. STIMPSON:  Yeah.
15       MR. VAZQUEZ:  -- just real quick, that
16   wasn't exactly.  Topic number 1, the topics in the
17   parenthetic were for John Neal.
18       MR. STIMPSON:  Right, yeah.  Okay.  With
19   that qualification.
20   Q    (BY MR. STIMPSON)  What did you do to
21   prepare to discuss this?
22       MR. VAZQUEZ:  Just, Mr. Dodge, answer the
23   question but do not disclose any of our
24   communications.  You can answer but don't tell him
25   anything that you said to me or that I said to you in

Veritext/NJ Reporting Company

EXHIBIT G

Attorneys' Eyes Only

Page 18

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  preparation for your deposition.
3      A    Okay.  I had meetings with counsel, spent
4  a fair amount of time with them discussing the
5  deposition topics, reviewed documents such as
6  numerous company filings, 10-Ks, annual reports.
7      MR. VAZQUEZ:  Wait.  Sorry.  Just be
8  careful about the work-product privilege.  You can
9  say that we met, but the specific documents we
10  reviewed, you know, I don't want you to testify about
11  and don't -- and I instruct you not to talk about
12  those under the work-product privilege.
13      Okay.
14      A    With that clarification, I, again, met
15  with counsel, reviewed numerous documents.
16      MR. STIMPSON:  I'm not so sure that
17  applies in the same way with a 30(b)(6) witness,
18  Mr. Vaquez, but we can deal with that later.  I
19  assume you're just going to continue to instruct him
20  not to answer?
21      MR. VAZQUEZ:  If you want him to identify
22  the specific documents that we reviewed in
23  preparation, I think the case law that Mr. Murray
24  from your firm showed us when he made these same
25  objections albeit it was in a fact witness deposition

Page 19

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  where it applies.  But I'm willing to look at it.
3      MR. STIMPSON:  I don't really remember off
4  the top of my head, but I thought it was different
5  for a 30(b)(6).
6      Q    (BY MR. STIMPSON) Did you speak with
7  anyone besides counsel?
8      A    I did not.
9      Q    Did you read Mr. Neal's deposition?
10      A    I did not.
11      Q    Did you read any deposition transcripts?
12      A    I did not.
13      Q    Did you speak with your damages expert?
14      A    I did not in preparation for this.
15      Q    You have spoken to your damages expert?
16      A    I have.
17      Q    Did you talk with your technical expert?
18      A    I'm sorry, I don't know what you mean by
19  technical expert.
20      Q    Well, what's his name?
21      MR. VAZQUEZ:  Philip Greenspun.
22      Q    (BY MR. STIMPSON) Greenspun, right, did
23  you talk with him?
24      A    I did not.
25      Q    Just looking at this topic, do you know if

Page 20

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  you looked at any documents that have not been
3  produced to MDx in this case?
4      A    I do not know.
5      Q    Did you review the patent?
6      A    I did briefly review the patent, yes.
7      Q    Did you read the whole thing or just the
8  claims or --
9      A    In preparation for this, I focused on the
10  claims and scanned the rest.
11      Q    Did you review any documents showing
12  products and services of Health Grades prior to
13  August 29, 2006?
14      A    I did.
15      MR. STIMPSON:  See, that's something I
16  think I need to know, Jesus.  He's looking -- as I
17  understand this, we're able to find out today what
18  those products and services were.  And if he's got
19  specific documents in mind that show that -- why
20  don't we do this, we'll go along and I'll ask him
21  specifically as we go for each one, okay?
22      MR. VAZQUEZ:  Okay.  Yeah, I'm hoping you
23  can ask him about all the products and services and
24  we can talk about them, you know, in the context of
25  your question without having to refer to a document.

Page 21

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  In any case, I think you know he can talk about these
3  things because they're in his head.
4      Q    (BY MR. STIMPSON) Okay.  Mr. Dodge, topic
5  number 1 it states, All facts surrounding each and
6  every Health Grades product or service for providing
7  information on healthcare providers prior to August
8  29, 2006.
9      Let's just stop right there for a second.
10  Can you please identify for me the Health Grades
11  products and services in providing information on
12  healthcare providers prior to August 29, 2006?
13      A    Is there a period you want me to start
14  with?  I want to appropriately answer your question.
15      Q    Well, that's a good question.  I mean, we
16  don't need to go all the way back to like 1999.
17  Let's start in 2003, okay?
18      A    2003, okay.  In 2003 Health Grades had
19  numerous products.  I'll start with the products we
20  had that were sold into hospitals that did provide
21  information on healthcare providers.  Other original
22  products were marketing programs where Health Grades
23  would essentially rate hospitals in various
24  therapeutic areas.  So therapeutic area being cardiac
25  care, orthopedics, neurosciences, those types of

6 (Pages 18 - 21)

EXHIBIT G

Attorneys' Eyes Only

Page 22

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  areas.
3        We would create star ratings. So we would
4  create a scale of one, three and five star, of course
5  five star being the best. We would put that --
6     Q    Sorry to interrupt. Just for a second, if
7  they have names for the products, could you identify
8  the names? I know you said they had marketing
9  programs. If they have names, that would be helpful.
10    A    No problem. Unfortunately, we have a lot
11  of acronyms. I'll start to go through them.
12    Q    Sorry.
13    A    We'll start with the first marketing
14  program. The acronym is SQI, which stands for
15  Strategic Quality Initiative.
16        That product was essentially allowing a
17  hospital to market a single service line in their
18  marketplace. So let me explain what that means.
19        So we would provide a five-star rating.
20  We would put that grading on the Health Grades
21  website so the consumers could access that
22  information on the healthcare provider. And the
23  hospital would essentially have to pay Health Grades
24  an annual licensing fee in order to use that message
25  or claim, if you will, in their marketplace.

Page 23

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2     Q    So what was it that the consumer was able
3  to see over the website?
4     A    Okay. The consumer could see the star
5  ratings. So they could see if a hospital was
6  designated as five, three, or one star. And that
7  went down to an individual procedure and diagnosis
8  level.
9     Q    Okay.
10    A    So meaning it wasn't just a cardiac care
11  five star. It would have been a five star in, say,
12  acute myocardial infarction, heart attack, heart
13  failure.
14    Q    How did you determine the ratings?
15    A    A number of different ways. We started
16  with a database called the Expanded MedPar File.
17    Q    Expanded MedPar?
18    A    MedPar. And that file is a file accessed
19  from CMS, the Center for Medicaid Services. That
20  file has essentially all information on all Medicare
21  patient visits for a given population for a given
22  year.
23        So we would essentially take three years'
24  worth of MedPar information, and we constructed
25  algorithms that would look at the patient severity of

Page 24

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  patients visiting each hospital.
3     Q    Patient severity?
4     A    So --
5     Q    Severity of their condition?
6     A    Yes. So, for example, if you and I were
7  admitted to a hospital with a type two diabetes and
8  the underlying condition we were being treated for
9  was, say, heart attack, so you may have to have an
10  interventional procedure, the risk factors associated
11  with seeing a type two diabetes patient may be much
12  worse than someone that is coming in otherwise
13  healthy.
14    Q    Okay.
15    A    If you didn't do that, every hospital in
16  the country would say, Hey, Health Grades, you can't
17  rate me. We see sicker, tougher patients.
18    Q    I understand.
19    A    So we had to risk adjust.
20    Q    Was there any patient provided information
21  that went into those ratings?
22    A    There was not.
23    Q    Okay. Just very broad brush because I'm
24  sure there's a lot of these we can talk about, for
25  this SQI, what other things could the consumers see

Page 25

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  over the website besides the hospital ratings?
3     A    In addition to the ratings, I believe,
4  stretching my memory a bit, but I believe they could
5  see the number of cases.
6     Q    Okay.
7     A    That's the only thing that comes to mind.
8  And, I'm sorry, they would have also been able to see
9  the expected and the actual either mortality or
10  complication rate.
11    Q    Okay. All right. Anything else that
12  comes to mind on SQI?
13    A    Not on SQI at the moment.
14    Q    Okay. What other marketing programs did
15  you have at hospitals?
16    A    We had --
17    Q    2003, right.
18    A    The next one would be SQP, which is
19  Strategic Quality Partnership. SQP was essentially,
20  and I'll expand on this, essentially a rollup of SQI.
21  And what I mean by that is whereas SQI was an
22  individual therapeutic service line, SQP was a little
23  more of a, for lack of a better word, all you can eat
24  proposition where a hospital could then essentially
25  market any message they had that was, say, a five

7 (Pages 22 - 25)

EXHIBIT G

Attorneys' Eyes Only

Page 26

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  star or a best in state message in any therapeutic
3  line that they were rated.
4      Q.   Okay.
5      A.   In addition to that, we had a couple of
6  additional awards that span a number of therapeutic
7  categories, one of which would have been
8  Distinguished Hospital Award for Clinical Excellence,
9  for example, and that was not embodied in the SQI
10  license.
11     Q.   Okay.  Still no patient provided ratings
12  in either of those, patient provided information?
13     A.   That's correct.
14     Q.   Okay.  What's next?
15     A.   What would be next, there were other
16  awards but really very similar to those two products.
17  I can't think of any differences in the types of
18  service.
19     Q.   Okay.
20     A.   Just nuances on those same awards, such as
21  America's 50 Best Hospitals or things of that nature.
22     Q.   Any other products then sold to hospitals
23  in 2003?
24     A.   There were.  We also sold what we called
25  Quality Improvement Services.  The first acronym I

Page 27

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  would give you would be QAI, which stands for Quality
3  Assessment and Improvement.
4      Q.   Okay.
5      A.   That product essentially was our
6  clinicians, our physicians working directly with the
7  hospital to help them improve their rating.  So if
8  they were a three star, obviously a hospital would
9  want to improve their outcomes and become a five
10  star, for example.
11     Q.   Okay.  That's basically just a service to
12  them to help them improve their ratings?
13     A.   The nuance I would put on that is it's
14  really a service that is intended to help them
15  improve quality, which would, yes, have the byproduct
16  of improving their rating over time.
17     Q.   Okay.  Anything else to hospitals in 2003?
18     A.   Various versions of the QAI.  So we had
19  what were called QRA.  So that the difference or the
20  nuance was a QRA was a much more limited product.
21  There was not as much consulting, virtually no
22  consulting around that.  It was more of a report to
23  explain to the hospital why they were rated three
24  star or one star.
25     Q.   Okay.

Page 28

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2      A.   In a similar vein to that would have been
3  a product called QA, which was Quality Assessment,
4  which is somewhat of a hybrid between the QRA and the
5  QAI product.
6      Q.   Okay.  Anything else sold to hospitals in
7  2003?
8      A.   We dabbled in a few products.  One that
9  comes to mind is Doc Squared, which is another type
10  of consultant product, but it wasn't that material.
11     Q.   Okay.  Anything else that you can recall?
12     A.   Sold to hospitals?
13     Q.   Right.  Let's just stay there for a
14  minute.
15     A.   No, I can't think of anything else sold to
16  hospitals.
17     Q.   What other products and services did
18  Health Grades have in 2003?
19     A.   In 2003 we had what we generally referred
20  to as -- let's see.  Let me stop for a minute and
21  refresh that time period.
22         Okay.  We had products that we sold into
23  employers and health plans.
24     Q.   Okay.
25     A.   The acronyms for those products were

Page 29

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  generally called QRS, Quality Ratings Suite.  And
3  essentially that product was providing information,
4  hospital information, and ratings that we already
5  have talked about, providing nursing home
6  information, home health ratings information, as well
7  as background information on physicians, to employers
8  in the health plans where their members could access
9  that information over the corporate intranet, for
10  example.
11     Q.   Okay.  So for the QRS, did they have any
12  patient provided information?
13     A.   They did not that I recall, no.
14     Q.   And that was all 2003.  And those were
15  available in 2003?
16     A.   They were available in 2003.
17     Q.   Anything else sold to employers and health
18  plans?
19     A.   Not to employers and health plans.
20     Q.   What other products and services did
21  Health Grades have in 2003?
22     A.   We sold into professional -- I guess the
23  best way to describe them are professional
24  underwriters.  So we essentially were selling
25  products to companies like CNA and Hartford, access

8 (Pages 26 - 29)

EXHIBIT G

Attorneys' Eyes Only

Page 30

CONFIDENTIAL ATTORNEYS EYES ONLY
1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 to our nursing home ratings for them to make
3 decisions on premiums regarding those programs or for
4 those companies.
5 Q Okay. Again, no health -- no patient
6 provided information in that?
7 A That's correct.
8 Q Anything else to professional
9 underwriters?
10 A Not that I can recall with professional
11 underwriters at this time.
12 Q What other products and/or services was
13 Health Grades selling in 2003?
14 A 2003, we also had sales to consumers
15 directly on the website for what we generally
16 referred to as consumer reports.
17 Q Okay. And what types of consumer reports
18 were available in 2003?
19 A Consumers could purchase physician
20 reports.
21 Q What was the name of that?
22 A It changed names, but PQR.
23 Q Physician Quality Report?
24 A Correct.
25 Q What did the Physician Quality Report

Page 31

CONFIDENTIAL ATTORNEYS EYES ONLY
1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 have?
3 A It had information that was provided by
4 third parties, maybe better stated third-party
5 verified, such as board certification, sanction and
6 malpractice, in addition to things such as
7 demographic information.
8 Q Okay.
9 MR. VAZQUEZ: Scott, can you just give me
10 a continuing objection on the issue of whether
11 something falls within the scope of the 30(b)(6)?
12 MR. STIMPSON: Sure.
13 MR. VAZQUEZ: So my objection would go
14 back to that last question.
15 MR. STIMPSON: That's fine.
16 Q (BY MR. STIMPSON) Did the PQR have any
17 information in 2003 from healthcare providers?
18 A I'm just thinking about from healthcare
19 providers. What's your definition of healthcare
20 provider?
21 Q Well, for right now, let's use a broad
22 definition including, you know, hospitals and
23 physicians, kind of doctors?
24 MR. VAZQUEZ: Form.
25 A I don't believe so, no.

Page 32

CONFIDENTIAL ATTORNEYS EYES ONLY
1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 THE DEPONENT: Sorry.
3 MR. VAZQUEZ: That's okay. You can
4 answer.
5 Q (BY MR. STIMPSON) Did the healthcare
6 provider have any opportunity to change information
7 in the PQRs in 2003?
8 MR. VAZQUEZ: Form.
9 A I don't recall. I don't believe so, but I
10 don't recall.
11 Q (BY MR. STIMPSON) Did there come a time
12 when they did, they were able to make changes and
13 provide information to the PQR?
14 MR. VAZQUEZ: Form.
15 A Not to the PQR, no.
16 Q (BY MR. STIMPSON) Why do you emphasize
17 not to PQR? Could they do it some other way?
18 MR. VAZQUEZ: Same.
19 A At some point there did come the ability
20 for a physician to review their information and, you
21 know, make corrections to certain data elements.
22 Q (BY MR. STIMPSON) Okay. When did that
23 come about?
24 A I don't recall the specific timeframe when
25 that happened.

Page 33

CONFIDENTIAL ATTORNEYS EYES ONLY
1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 MR. VAZQUEZ: Scott, can you just give me,
3 to the extent you're asking questions that involve
4 healthcare provider and you haven't defined whether
5 it's a hospital or a person, can you just give me a
6 continuing objection?
7 MR. STIMPSON: Yeah, that's fine.
8 MR. VAZQUEZ: Thank you.
9 Q (BY MR. STIMPSON) Was it in 2003 sometime
10 when healthcare providers could come in and add some
11 information?
12 A No, it definitely wasn't in 2003.
13 Q 2004?
14 A No, not in 2004.
15 Q 2005?
16 A Sometime post. You know, I don't know
17 when post 2005.
18 Q Post 2005, not until 2006?
19 A Sometime, like I said, it wasn't in 2003
20 and 2004, but I don't recall after that when it would
21 be.
22 Q Are you thinking of Physician Online
23 Services, is that where they could come in and make
24 edits?
25 MR. VAZQUEZ: Form.

9 (Pages 30 - 33)

EXHIBIT G

Attorneys' Eyes Only

Page 34

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2     A    I'm not thinking of that specifically.
3  I'm just thinking in general.
4     Q    (BY MR. STIMPSON)  Okay.  Well, how --
5  whenever that time was when the healthcare providers
6  would come in and edit information and add
7  information, how did they do it?
8     A    They came into essentially one of the
9  portals which we've called various names over time,
10 but a portal for the physician or, say, the
11 administrator could come online and correct certain
12 information.
13    Q    And was there -- can you give me some of
14 the names that you had for that where the physicians
15 would come on this portal and change information?
16    A    I think POS is one that I recall the name.
17    Q    Okay.
18    A    I don't -- I don't recall what else we've
19 called it.  I know it's gone through various --
20    Q    Same basic thing, though.  I mean, whether
21 it's called POS or whatever other names it might have
22 had, it's the same basic idea, physicians get on, can
23 edit their information and add information?
24        MR. VAZQUEZ:  Form.
25    A    They can.  And the reason I'm pausing is

Page 35

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  there was a point in time where they could correct,
3  correct information or at least try to include
4  certain information, but that POS system wasn't
5  necessarily made public.  So I'm not quite sure when,
6  one, they had the ability to go on and make changes
7  and, two, when would any of those changes have
8  actually been transmitted to the website or to the
9  public information.
10    Q    Well, I mean the reason this has been a
11 problem for me, to be quite frank, one of your topics
12 is the facts surrounding each and every Health Grades
13 products and service.  So this Physician Online
14 Services, or whatever you want to call it, is one of
15 those products and services.  So I need to know
16 dates, both when it was available and, as you say,
17 when those changes went public.
18        How would you go about finding that
19 information?
20    A    The only other way I would go about it is
21 try to go back to, you know, more documentation.  And
22 I did the best I could during my research to do that.
23    Q    I understand.  Nobody can be perfect, but
24 this is, you know, obviously an important one.  It's
25 in the claim.  You know, I've got nothing to hide.

Page 36

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  That's why I want this information.
3        This PO information, there's two things,
4  there's two things you've listed.  The PO
5  information, when that went public and then when POS
6  was available to providers?
7     A    I believe that's correct, yes.
8     Q    And you can't tell me even a year for
9  either one of those, right?
10    A    I do not recall specifically, no.
11    Q    Well, you know, I'll have some documents
12 later today so maybe together we can figure that out.
13 But if not, we'll have to come back because we've got
14 to address it somehow.
15        So we were talking about the PQRs and we
16 got sidetracked on the healthcare information.  But
17 you said there was third-party verified information
18 in there, right?
19    A    Correct.
20    Q    Did that include board certification?
21    A    It did.
22    Q    And we're just talking about 2003 now,
23 right?
24    A    Correct.
25    Q    Did it include licensure information?

Page 37

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2     A    I believe it did, yes.
3     Q    Did it include disciplinary action
4  information?
5     A    I believe it did, yes.
6     Q    Did it include medical school?
7     A    Yes, it would have.
8     Q    Did it include medical internship?
9     A    I don't recall if that particular element
10 was in at the time.
11    Q    Okay.  Did it include medical residency?
12    A    I believe that did, yes.
13    Q    Did it include medical fellowship?
14    A    That one I don't recall it either.
15    Q    Did there come a time when the PQRs did
16 include medical residency?
17    A    Yes, I believe so, yes.
18    Q    Was that -- would that have been in 2004?
19    A    I don't know.
20    Q    How about the same question for
21 fellowship, did there come a time when the PQR
22 included medical fellowship?
23    A    Yes.
24    Q    Would that have been 2004?
25    A    I don't know.

10 (Pages 34 - 37)

EXHIBIT G

Attorneys' Eyes Only

Page 38

CONFIDENTIAL ATTORNEYS EYES ONLY

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    2005?
3    A    I don't recall.
4    Q    That's another one we'll have to work on a
5    bit later, but that's okay.
6         Did the PQR include any patient provided
7    information in 2003?
8    A    No.
9    Q    Did there come a time when they did
10   include patient provided information, patient
11   provided information?
12   A    Yes, there did.
13   Q    When was that?
14   A    I know that in 2006 I recall that there
15   would have been information.  I'm not sure if there
16   would have been any patient provided information
17   prior to 2006, though.
18   Q    What was the patient provided information?
19   A    The patient provided information was
20   essentially ratings or patient experience surveys,
21   where the patient could opine on if they would
22   recommend their doctor, what was the wait time,
23   certain questions that were asked, kind of experience
24   surveys of that patient.
25   Q    Was that available in the PQR in January

Page 39

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    2006?
3    A    I don't know the specific date.  I just
4    know that in 2006 certainly.
5    Q    Do you know if it was available in 2005?
6    A    I don't know, as I said.
7    Q    Okay.  That's another one we'll see if we
8    can work on together today.  I've got some documents
9    that a little later we can go over.
10        And the PQR was a report that was created
11   and delivered to the consumer over the Health Grades
12   website, right --
13   MR. VAZQUEZ:  Form.
14   Q    (BY MR. STIMPSON) -- in 2003?
15   MR. VAZQUEZ:  Form.
16   A    Yes, it would have been a report that was
17   created and delivered over the website.
18   Q    (BY MR. STIMPSON) Do you know what
19   comparison ratings are?
20   A    I believe I have an understanding of
21   comparison ratings.
22   MR. VAZQUEZ:  Form.
23   Q    (BY MR. STIMPSON) And what's that
24   understanding?
25   MR. VAZQUEZ:  Same.

Page 40

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    I'm not an attorney so I have a general
3    understanding of what comparison ratings would be are
4    comparing, you know, one thing to another in terms of
5    having a way to have a comparison that includes
6    ratings, something -- some way to rate one item
7    against another.
8    Q    (BY MR. STIMPSON) Okay.  Did there come a
9    time when the PQR had comparison ratings?
10   MR. VAZQUEZ:  Same objection.
11   A    I don't think the PQR itself ever
12   contained comparison ratings.
13   Q    (BY MR. STIMPSON) Are you just not sure
14   about that?
15   A    Well, just I'm thinking back through the
16   names of the report.  And my recollection is the PQR
17   itself was a report on a single physician is my
18   recollection.
19   Q    Well, let's take today, for example, you
20   can get a report on the Health Grades website on a
21   single physician and the report will include ratings
22   of other healthcare providers, right?
23   MR. VAZQUEZ:  Form.
24   A    You can do that today on the Health Grades
25   site, correct.

Page 41

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    (BY MR. STIMPSON) So would those include
3    the PQR, the Physician Quality Reports?  Are they
4    still called the same thing today?
5    MR. VAZQUEZ:  Form.
6    A    No, they're not called the same thing
7    anymore.  It's a different -- yeah, the PQR was a
8    report that was prepared for a consumer who paid for
9    that report.  And that PQR was really the name of
10   that product.  Today that product does not exist.
11   Q    (BY MR. STIMPSON) Okay.  So as we sit
12   here today then, you're sure that PQR did not have
13   comparison ratings?
14   A    I'm not sure.  I'm saying that my
15   recollection of the PQR itself was that it was an
16   individual physician.  But if you have documents at
17   some point, I'm happy to review it.  But that's my
18   recollection was that particular report was a single
19   physician.
20   Q    Did you do anything to check to see if
21   PQRs had comparison ratings in preparation for the
22   deposition today?
23   A    Again, I read back through numerous
24   documents.  Based on advice of counsel, I won't say
25   specifically what those were, but I did read through

11 (Pages 38 - 41)

EXHIBIT G

Attorneys' Eyes Only

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  a number of documents to prepare and try to be able
3  to answer your questions.
4    Q    How would we go about finding out if PQRs
5  ever had comparison ratings?  If I would send you
6  back to Health Grades, not that I'm going to, but if
7  you were back at Health Grades today, how would you
8  find out if PQRs had comparison ratings?
9    A    Honestly, I'm not sure.  That's such a
10  technical -- there's so many different iterations as
11  we've gone through as a company, I'm not sure
12  specifically how we would go back and prove or
13  disprove that.
14    Q    Do you know what product development plans
15  are?
16    A    I'm familiar with the term.
17    Q    Do you know -- have you read product
18  development plans from Health Grades?
19    A    I think I have -- yes, I've seen them over
20  the years.
21    Q    Would the product development plans show
22  whether PQR has ever had comparison ratings?
23    A    I don't know.
24    Q    Are there any other documents you can
25  think of that might show whether PQRs had comparison

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  ratings?
3    A    Not that I know of.
4    Q    Who would you ask if you couldn't find the
5  right document, who at Health Grades would you ask?
6    A    I honestly can't think of now today
7  anybody at Health Grades that would have that
8  knowledge given the timeframe we're talking about.
9    Q    Well, is there anybody outside Health
10  Grades that would have that knowledge?
11    A    The only names I can think of that may
12  have some of that knowledge would be Scott Montroy or
13  David Hix.
14    Q    Okay.  Is David Hix still with Health
15  Grades?
16    A    He is not.
17    Q    He was the -- sorry, there's two Hix,
18  right, one is David Hix, who was the president?
19    A    Yes.  I didn't know if you were asking me
20  a question.
21    Q    He was the president.  He's no longer with
22  Health Grades?
23    A    Sorry.  Let's step back.  Mr. Kerry Hix
24  was the former CEO.
25    Q    Okay.  I took David Hix's deposition.

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    David Hix was the executive vice president
3  and chief information officer.
4    Q    He left Health Grades?
5    A    He did.
6    Q    When did he leave Health Grades?
7    A    I want to say around December 2011, I
8  believe.
9    Q    Why did he leave?
10    A    He retired.
11    Q    Okay.  Good for him.  All right.
12    So we were talking about products that
13  were sold to consumers in 2003, and we talked about
14  the PQR.  What other products were available in 2003?
15    A    Other than what I have testified to, I
16  can't recall any other products sold to consumers in
17  2003.
18    Q    Other than the products we've talked about
19  then, the ones that were sold to hospitals and
20  whatever other ones, we talked about the health
21  plans, professional underwriters and consumers, what
22  other products and services did Health Grades provide
23  in 2003, if any?
24    A    Right now I can't think of any others.
25  That's all I can recall at this point.

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    How would we go about finding out whether
3  there were others?
4    A    The only way I can think of is to look
5  back at, you know, some of our revenue reports that
6  would show how we generated revenue to see if there's
7  anything that I'm missing in terms of my
8  recollection.
9    Q    Did you look at any of those revenue
10  reports in preparation for today?
11    A    I did.
12    MR. VAZQUEZ:  Scott, let me just say, I'm
13  okay with him talking about the documents he saw as
14  long as we have an understanding that we're not
15  waiving work-product privilege.
16    MR. STIMPSON:  That's fine.
17    MR. VAZQUEZ:  Or attorney-client
18  privilege.  Does that help you out a little?
19    MR. STIMPSON:  That's fine.
20    MR. VAZQUEZ:  Okay.
21    Q    (BY MR. STIMPSON)  Did you look at any
22  other -- did you look at any of the revenue reports
23  for 2003 in preparation for this deposition today?
24    A    I did.
25    Q    Okay.  Are they still here nearby?

EXHIBIT G

Attorneys' Eyes Only

Page 46

CONFIDENTIAL ATTORNEYS EYES ONLY

1    A  I don't believe so, no.
2    Q  In any event, what you can remember are
3  the ones we've talked about, right?
4    A  That's correct, that's what I can
5  remember.
6    Q  Let's change years then, into 2004, okay?
7  What products and services did Health Grades sell in
8  2004?
9    A  Okay. I would start with SQI and SQP.
10   Q  Okay. Those are the same we talked about
11  before?
12   A  That's correct.
13   Q  No significant changes?
14   A  I mean, the only changes over the years in
15  those products or the only significant changes would
16  have been additional service lines that we would
17  rate. So we may have added over the years, say,
18  obstetrics and women's health as a category, but the
19  product itself, I can't think of any significant
20  changes.
21   Q  They didn't include any patient provided
22  information, correct?
23   A  That's correct.
24   Q  How about QAI, QRA, QA, were those still

Page 47

CONFIDENTIAL ATTORNEYS EYES ONLY

1  available in 2004?
2    A  Those were definitely still available in
3  2004.
4    Q  The same basic thing as in 2003?
5    A  Yes, same basic thing.
6    Q  Any other products in 2004 that were sold
7  to hospitals?
8    A  Not that I can think of. That's all I can
9  recall.
10   Q  How about QRS, sold to employers and
11  health plans, those also in 2004?
12   A  Yes, still in 2004.
13   Q  Any others sold to employers and health
14  plans in 2004?
15   A  Not that I can think of, no.
16   Q  How about professional underwriters, did
17  you have the same products in 2003 that we talked
18  about?
19   A  I believe so, yes.
20   Q  Any changes to those or additions?
21   A  Nothing that I can think of that would
22  have been significant.
23   Q  How about the sold to consumers in 2004?
24   A  Sold to consumers I'm thinking the same.

Page 48

CONFIDENTIAL ATTORNEYS EYES ONLY

1  I don't think there was any significant change there
2  either.
3    Q  So only the PQR?
4    A  That's correct, to the best of my
5  knowledge. The only other reports that weren't
6  material that I'm thinking of are in addition to PQR,
7  we would have Nursing Home Quality Reports and Home
8  Health Reports. So -- and actually those may have
9  been in 2003 as well. They just weren't very
10  substantial. I can't think of, you know, how much
11  revenue would have been derived.
12   Q  Well, I'm not really interested in revenue
13  so much. I'm more interested in what was out there
14  in the public. So you've mentioned Nursing Home
15  Reports, and what was the other one, Home Health?
16   A  Home Health.
17   Q  Let's talk about nursing home first. What
18  was that?
19   A  Nursing Home Reports were a report that we
20  put together based on, I believe it was, the Oscar
21  database. And essentially what those reports would
22  do is evaluate and rate nursing homes for individuals
23  that were interested in finding care for their loved
24  ones.

Page 49

CONFIDENTIAL ATTORNEYS EYES ONLY

1    It would look at things such as what state
2  deficiencies were found, how severe were those
3  deficiencies, over what population did they occur.
4    Q  Okay.
5    A  Those types of things.
6    Q  Did it have information verified by third
7  parties?
8    MR. VAZQUEZ:  Form.
9    A  I would say I believe so because, again, I
10  think these were coming from the state agencies,
11  which I believe would be a third-party verification.
12   Q  (BY MR. STIMPSON)  Actually, let me just
13  back up a bit. On the nursing home, did you have two
14  different reports? Wasn't there a Nursing Home
15  Quality Report and, secondly, a Nursing Home Quality
16  Comparison Report?
17   A  I remember certainly the Nursing Home
18  Quality Report. I would have to refresh my memory on
19  whether we had comparison reports, honestly.
20   Q  You don't remember Nursing Home Quality
21  Comparison Reports?
22   A  I don't right now. And, again, for me,
23  it's -- I'm thinking of the materiality, and I just
24  don't recall.

13 (Pages 46 - 49)

EXHIBIT G

Attorneys' Eyes Only

Page 50

CONFIDENTIAL ATTORNEYS EYES ONLY
1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    What do you mean materiality?
3    A    I'm thinking of, you know, what -- how did
4    we generate revenue, what was available. And I just
5    don't recall whether or not we had quality comparison
6    reports for nursing homes.
7    Q    All right. Then you don't know about the
8    Nursing Home Quality Comparison Reports. Let's then
9    talk about the Nursing Home Quality Report, okay?
10   Did that have patient provided information?
11   A    I don't believe so, no.
12   Q    Did there come a time when it did?
13   A    I don't believe so, no.
14   Q    Did it have ratings of the nursing homes?
15   A    Yes, they did.
16   Q    And where did you get those ratings?
17   A    We put together an algorithm to take a
18   look at the severity of, again, the state
19   deficiencies, reported deficiencies, and we compiled
20   a star rating based on the data we received from that
21   Oscar database, which was, again, I believe it was a
22   database from CMS and from the states.
23   Q    Did you get the rating information from
24   anywhere else?
25   A    Not that I recall, no.

Page 51

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    Did you get information from any of the
3    nursing homes themselves?
4    A    No, we didn't.
5    Q    How about things like, you know, how long
6    they've been open and -- well, let's take that, when
7    they opened up. Where did you get that information?
8    A    I honestly don't recall. Yeah, I don't
9    recall.
10   Q    So you don't remember whether or not any
11   information was obtained from the nursing home
12   directly?
13   A    No, I would say that it was not -- we did
14   not receive information directly from the nursing
15   home. I just don't recall where any additional
16   information, other than the ratings, would have come
17   from. But I do know we did not go to nursing homes
18   requesting information. That's why I can say that we
19   did not get information from them.
20   Q    You did have third-party verified
21   information. We talked about that, right?
22        MR. VAZQUEZ: Form.
23   A    I believe so, again, speaking of the state
24   and the CMS information.
25   Q    (BY MR. STIMPSON) Okay. And then the

Page 52

1    consumer would be on the Health Grades website and
2    ask for a report on nursing home X and get a report
3    on the nursing home, right, over the Internet?
4    A    Well, to be clear, the only difference I
5    would have in your statement is a consumer would come
6    to our site, would request information, and they
7    would have to pay for a report. I don't recall the
8    amount per report, but it would not just be given as
9    the example you gave. It would have been something
10   they paid for.
11   Q    Okay. And so what year did Health Grades
12   start selling Nursing Home Quality Reports?
13   A    It was either 2003 or 2004. I can't
14   recall specifically.
15   Q    Okay. And then you said family something
16   report?
17   A    No, Home Health Agency.
18   Q    Home health. No, there was another -- you
19   said 2004 you had nursing home and I thought you said
20   there was something, some family report?
21   A    If I did, I would love to read that back.
22   That may have been a mistake.
23   Q    I may be wrong. That's okay.
24        So other than you said -- we were talking

Page 53

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    about all the reports that were sold to consumers.
3    And regardless of how much revenue they did or didn't
4    generate, I'm interested in everything that was
5    available just so it's clear.
6         So 2003, 2004 you also mentioned the
7    Nursing Home Quality Report, which we've talked
8    about. And you've talked about the PQRs, which we've
9    talked about. And then from 2003 to 2004 you're not
10   sure of any real changes in the PQR, right?
11   A    I'm not sure of any changes, that's
12   correct.
13   Q    And so what other products were available
14   to consumers from Health Grades in 2004?
15   A    I can't think of any others to consumers
16   in 2004.
17        MR. STIMPSON: Can we take a little break?
18        MR. VAZQUEZ: Yeah, I was about to ask.
19   We've been going about an hour.
20        (Recess taken from 9:14 a.m. to 9:33 a.m.)
21   Q    (BY MR. STIMPSON) Okay. So we were
22   talking about products and services of Health Grades
23   in 2004, and we finished talking about the Nursing
24   Home Quality Report.
25        Were there any other products and/or

14 (Pages 50 - 53)

EXHIBIT G

Attorneys' Eyes Only

Page 54

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  services other than those we've already discussed
3  available in 2004, whether it be products to
4  consumers or anyone else?
5       MR. VAZQUEZ:  Form.
6    A    The only other one that I think I had
7  mentioned, it's not so much -- I don't think it was
8  available directly to consumers.  I think it was
9  within the employer space, but it was the Home Health
10  Report that I think I had mentioned.  But we had a
11  report similar to the Nursing Home Reports that was
12  on home health agencies.
13    Q    Any patient provided information in there?
14    A    No.
15    Q    It had the same sort of elements as the
16  Nursing Home Report?
17    A    That's correct.
18    Q    Any others in 2004?
19    A    None that I can think of.
20    Q    Okay.  Let's change gears, 2005.  SQI,
21  SQP, were those still available?
22    A    Yes, they were.
23    Q    Any significant changes from 2003 to 2004?
24    A    No, other than what I mentioned to you
25  previously, adding services lines and those types of

Page 55

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  things, but nothing to the product itself, really.
3    Q    How about QAI, QRA and QA, those still
4  available?
5    A    Yes, they were.
6    Q    Any changes to them?
7    A    No, nothing significant that I can think
8  of.
9    Q    How about QRS?
10    A    QRS was still available, yes.
11    Q    Any changes?
12    A    Not that I can think of.
13    Q    How about professional underwriters, the
14  access to ratings?
15    A    It's still available.
16    Q    Any changes?
17    A    No, none that I can think of.
18    Q    PQR, was that still available in 2005?
19    A    Yes, it was.
20    Q    Any changes?
21    A    Not that I can think of.
22    Q    All right.  We talked about the
23  possibility of patient ratings and when they came in.
24  We'll try to get to the bottom of that later today.
25       Are there any other possible changes that

Page 56

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  you can think of?
3    A    Not that I can think of.
4    Q    Nursing Home Quality Reports, were those
5  still available?
6    A    Yes, they were.
7    Q    Any changes?
8    A    None that I can think of.
9    Q    How about the Home Health Report, was that
10  still available in 2005?
11    A    I believe within the -- really within the
12  QRS application, that ties into the employer.  Yes, I
13  believe there was.
14    Q    Any changes that you can recall?
15    A    None that I can recall.
16    Q    Any other products in 2005?
17    A    The only other product in 2005 that I can
18  think of was Connecting Point.
19    Q    Okay.  When I say products, just so we're
20  clear, I mean products and services we're talking
21  about for topic number 1, okay?  So any other
22  products and services.
23       You mentioned Connecting Point?
24    A    That's correct.
25    Q    Any others?

Page 57

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    A    None that I can think of, no.
3    Q    What was Connecting Point?
4    A    Connecting Point was essentially a product
5  that we developed that allowed really hospitals and
6  to some extent physician practices the ability to
7  essentially make the physician profile available for
8  free to consumers on the website.
9       So as we discussed previously, Physician
10  Quality Report was something that was paid for by the
11  physician.  There was only certain data elements that
12  was available -- sorry, by the consumer.  There were
13  certain data elements that were available for free on
14  the Physician Quality Report.
15       With Connecting Point, for a particular
16  physician that was sponsored by a hospital, that
17  entire profile was available for free to a consumer
18  visiting the website.
19    Q    Any changes to the profile at all?
20       MR. VAZQUEZ:  Form.
21    Q    (BY MR. STIMPSON)  That you recall?
22    A    No changes that I can recall.
23    Q    The profile we're talking about is
24  Physician Quality Report?
25    A    It would be -- again, I'm distinguishing

15 (Pages 54 - 57)

EXHIBIT G

Attorneys' Eyes Only

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    between a profile and a product. So when you talk
3    about Physician Quality Report, I see that as a
4    product. So that's why I'm hesitating a bit in your
5    question.
6        Q    Well, were profiles available in 2003?
7        A    Profiles --
8        MR. VAZQUEZ: Form.
9        A    Limited profiles were available on the
10   website. And if the consumer wanted a full profile,
11   they would purchase a Physician Quality Report.
12       Q    Okay. So a Physician Quality Report is a
13   full profile?
14       A    As it stood at the time, yes, it was a
15   full profile.
16       Q    Did that change in 2004?
17       A    I don't understand the question.
18       Q    Well, I mean, I'm a little confused
19   between -- the difference between profiles and
20   Physician Quality Reports. I've been working perhaps
21   mistakenly under the impression that the Physician
22   Quality Report, that full report that you had to pay
23   for in 2003, that that was basically the same thing
24   as a profile.
25       Is that wrong?

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2        MR. VAZQUEZ: Form.
3        A    I think that is slightly incorrect.
4    Again, the nuance I'm trying to describe is if you
5    were a consumer coming to our site in 2003, 2004, the
6    period we've been discussing, you could see certain
7    information, name, address, phone number of a
8    physician if you came to our site. So I view that as
9    a profile to some degree that a consumer could view.
10       However, to access a Physician Quality
11   Report, which would include things like the third-
12   party verified board certification, sanction
13   information, a consumer would have to pay for that
14   Physician Quality Report.
15       Q    (BY MR. STIMPSON) Okay. So I guess the
16   profile is you're talking about the initial thing
17   that the consumer can see when he comes to the
18   website. And then the Physician Quality Report is
19   what underneath that you paid for in 2003 and 2004?
20       MR. VAZQUEZ: Form.
21       Q    (BY MR. STIMPSON) Is that fair?
22       MR. VAZQUEZ: Form.
23       A    That's correct. That's the distinction
24   I'm trying to make.
25       Q    (BY MR. STIMPSON) Okay. Is that the same

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    in 2005?
3        MR. VAZQUEZ: Form.
4        A    Yes, again, the only exception being what
5    we're walking through right now, which is the
6    Connecting Point product.
7        Q    (BY MR. STIMPSON) So as far as you can
8    recall right now, the PQR itself didn't change at all
9    in 2005. It's just that some of them were made free
10   through Connecting Point?
11       MR. VAZQUEZ: Form.
12       A    I think that's fair, yes. I believe
13   that's correct.
14       Q    (BY MR. STIMPSON) Okay. So for 2005, can
15   you think of -- as we sit here today, do you know of
16   any changes that were made to how the data was
17   obtained for Physician Quality Reports in 2005?
18       A    I don't know of any changes, no.
19       Q    Possibly the Physician Online Services
20   were available, but we're not sure about that, right?
21       MR. VAZQUEZ: Form.
22       A    It's possible. I don't know if those were
23   available.
24       Q    (BY MR. STIMPSON) Okay. And is it
25   possible that the patient ratings were available in

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    2005, you just don't know right now?
3        MR. VAZQUEZ: Form.
4        A    I don't recall if the patient ratings were
5    available in 2005 or '6.
6        Q    (BY MR. STIMPSON) Okay. At some point in
7    2005 or 2006, patient ratings became available on the
8    Physician Quality Reports?
9        MR. VAZQUEZ: Form.
10       A    At some point during that period. I'm not
11   sure when but, yes, I believe they became available
12   in 2005.
13       Q    (BY MR. STIMPSON) So other than the
14   addition of Connecting Point in 2005, were there any
15   new products and/or services Health Grades offered?
16       A    I can't recall any other products in 2005.
17       Q    How about 2006, were all the same products
18   we've talked about still available in 2006?
19       A    I'm thinking through the product list to
20   make sure.
21       Q    Let me change the question. I'll do it
22   the same way I did. It's easier.
23       SQI and SQP, were they available in 2006?
24       A    Yes, they were.
25       Q    Basically the same they were in 2005 in

16 (Pages 58 - 61)

EXHIBIT G

Attorneys' Eyes Only

Page 62

CONFIDENTIAL ATTORNEYS EYES ONLY

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  2006?
3    A   Yes, they were.
4    Q   QAI, QRA, QA, were they still all
5  available and basically the same?
6    A   Yes, they were.
7    MR. VAZQUEZ:  Form.
8    Q  (BY MR. STIMPSON) QRS, is that still
9  available and basically the same in 2006?
10    MR. VAZQUEZ:  Form.
11    A   It was and that is triggering something
12  that's a bit of a nuance in 2006 but, yes, the answer
13  to that question is yes.
14    Q  (BY MR. STIMPSON) Okay. What is it
15  triggering?
16    A   The trigger is with QRS in 2006 we had a
17  more -- excuse me, back up. We had a significant
18  relationship with a company called Hewitt Associates.
19    Q   Okay.
20    A   It was similar, very similar to QRS but it
21  was just a customized solution for Hewitt
22  specifically and the Fortune 500 companies that
23  looked to Hewitt to outsource some of their
24  information, like benefit information and things that
25  Hewitt would provide to these Fortune 500 companies.

Page 63

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q   Who is Hewitt?
3    A   Hewitt is one of the world's largest
4  providers of human resource and benefit information.
5  So whether it's networks or, I should say, you know,
6  health plan information, et cetera, they do
7  outsourcing for some of the major Fortune 500s and
8  create portals for those companies to come on and
9  look at, you know, any type of benefit type of
10  information they would like to view.
11    Q   And that was the deal with Hewitt, you
12  started providing Hewitt with this customized QRS in
13  2006?
14    A   It may have been --
15    MR. VAZQUEZ:  Form.
16    A   -- at the very end of 2005, but I recall
17  it being much more substantial in 2006.
18    Q  (BY MR. STIMPSON) When did the
19  negotiations and discussions of providing this to
20  Hewitt begin?
21    A   I would say certainly in 2005.
22    Q   Were there confidentiality restrictions in
23  your discussions with Hewitt?
24    A   Sorry, can -- what's the specific question
25  so I can think about it?

Page 64

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q   If you were sending Hewitt information on
3  what businesses are QRS, this is how we can tweak it
4  for you and additional information we can give you,
5  was Hewitt under any obligation of confidentiality?
6    A   Thank you. I thought you were talking
7  about the actual agreement with Hewitt.
8    Q   No, right.
9    A   The answer to your question is, yes, the
10  company entered into an NDA, sorry, non-disclosure
11  and confidentiality agreement.
12    Q   Do you know when that was entered?
13    A   Again, I believe in 2005 as we were
14  beginning to negotiate with Hewitt, but that's the
15  best of my recollection.
16    Q   Do you remember when in 2005 you started
17  that negotiation?
18    A   I don't recall.
19    Q   Do you know if it was the first half or
20  second half of the year?
21    A   I don't recall.
22    Q   So basically whenever this was, Health
23  Grades was offering these customized -- it may have
24  been under confidentiality agreement but Health
25  Grades was offering to Hewitt these products and

Page 65

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  services of customized QRS, right?
3    MR. VAZQUEZ:  Form.
4    A   Correct.
5    Q  (BY MR. STIMPSON) How was Hewitt -- how
6  was the Hewitt product different? How was it
7  customized?
8    A   It was part of what we were doing with
9  Hewitt is they were asking us to essentially develop
10  a look and feel of how their consumers are really --
11  when I say consumers, the employees of these Fortune
12  500 companies would view things like our hospital
13  ratings, that information, it was working with them
14  to customize a bit that look and feel.
15    Q   Anything else?
16    A   I guess the only other thing was the
17  intention of the Hewitt relationship or at least part
18  of the intention was we would, Health Grades would,
19  get information from the health plans.
20    So, you know, Hewitt was receiving
21  information under the current agreement they had with
22  a third party. They were receiving information from
23  health plans on things such as what's in network,
24  what's out of network. As you probably understand,
25  there are thousands of networks for every, you know,

17 (Pages 62 - 65)

EXHIBIT G

Attorneys' Eyes Only

Page 66

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    health plan.
3         So that would be the only other difference
4    is Health Grades had not historically worked at all
5    or collected any information from health plans.
6    Q    So no other customization that you can
7    recall of Hewitt from their whole QRS?
8         MR. VAZQUEZ:  Form.
9    A    Not that I can recall, no.
10   Q    (BY MR. STIMPSON) Did there come a time
11   when Hewitt received information that was provided by
12   patients?
13   A    The reason I'm pausing is I just, since
14   we're talking about 2006, I believe that's the first
15   time that I can recall at least that we may have
16   launched some of the patient experience ratings.  So
17   I believe that would have been included in part of
18   that application.
19   Q    When you say launch the patient experience
20   ratings, are you talking about launching the
21   questionnaires that led to the ratings or making
22   publicly available the ratings themselves?
23   A    I'm really referring to making them --
24   making them publicly available.
25   Q    The ratings available?

Page 67

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    That's correct.
3    Q    And when did Health Grades first on its
4    website solicit ratings or surveys from patients?
5    A    I believe we at least started that in 2005
6    at some point, we started soliciting surveys.  So
7    that's my recollection.
8    Q    That was on the Health Grades website?
9    A    Yes, it would have been.
10   Q    Did you obtain survey results anywhere
11   else?
12   A    The only reason I'm pausing is there was
13   an acquisition of a very small company at the end of
14   2004, I believe, called Compare Your Care, CYC.
15        And that company had a survey application.
16   And, I believe, again, that acquisition was at the
17   end of 2004.
18   Q    So what did Compare Your Care do?
19   A    It was a non-profit organization that had
20   developed survey questionnaires.
21   Q    So it was just the questionnaires, or did
22   they actually get the responses as well?
23   A    That's what I'm trying to recall.  I think
24   they may have had some responses.  I don't recall.
25   Q    Why did Health Grades purchase Compare

Page 68

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Your Care?
3    A    We were considering at the time what type
4    of surveys would Health Grades want to do regarding
5    patients.  And that was a potential third-party
6    survey tool that we felt we could utilize.
7    Q    Any other reasons?
8    A    Not that I can think of, no.
9    Q    So did Health Grades in 2005 or 2006 get
10   ratings any other place besides Compare Your Care and
11   its own Health Grades website?
12        MR. VAZQUEZ:  Form.
13   A    None that I can think of, no.
14   Q    (BY MR. STIMPSON) So back to Hewitt, when
15   did Health Grades first provide Hewitt with ratings
16   provided by patients?
17   A    As I said, I believe in 2006 is the best
18   of my recollection.
19   Q    So did the first customized QRSs provided
20   to Hewitt include patient provided ratings?
21   A    I don't recall.
22   Q    Did Health Grades advise Hewitt in 2003
23   that it was getting these patient ratings and
24   offering to give Hewitt that information?
25        MR. VAZQUEZ:  2003?

Page 69

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2        MR. STIMPSON:  Did I say 2003?
3        Okay.  Sorry, my turn to screw up the
4    dates.
5        THE DEPONENT:  Yeah, I know.
6    Q    (BY MR. STIMPSON)  In 2005 when Health
7    Grades and Hewitt were discussing the possibilities
8    of this customized QRS, did Health Grades offer to
9    Hewitt the possibility of Health Grades providing
10   patient ratings to Hewitt?
11   A    I don't recall.
12   Q    How would we find that out?
13   A    We would have to either look at what's
14   been produced in this lawsuit or, if that wasn't a
15   specific request, it would be a search of documents.
16   Q    How else was the customized QRS for Hewitt
17   different?
18        MR. VAZQUEZ:  Form.
19   A    I can't think of any other -- anything
20   else at this time.
21   Q    (BY MR. STIMPSON)  Other than Hewitt in
22   2005 and 2006 timeframe, were there any other
23   entities that Health Grades was proposing customized
24   QRS products?
25        MR. VAZQUEZ:  Form.

18 (Pages 66 - 69)


EXHIBIT G

Attorneys' Eyes Only

Page 70

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    A    No, that's the only entity.
3    Q    (BY MR. STIMPSON) How about AARP?
4    A    I don't recall.
5    Q    Did you do anything to prepare for today
6 to look into AARP and what products and services were
7 offered to AARP by Health Grades?
8    A    I didn't specifically look at anything
9 related to AARP, no.
10   Q    Okay.  I guess we went down this line of
11 questions, but we were talking about what was new in
12 2006.  And we had made our way to QRS, which prompted
13 your recollection of the Hewitt.  So QRS was -- other
14 than what you did for Hewitt, QRS was basically the
15 same in 2006?
16       MR. VAZQUEZ:  Form.
17   Q    (BY MR. STIMPSON) That's your
18 recollection?
19       MR. VAZQUEZ:  Same.
20   A    I believe that's correct, yes.
21   Q    (BY MR. STIMPSON) Did there come a time
22 when this QRS, the Quality Ratings Suite, contained
23 patient ratings for anyone who was having it?
24       MR. VAZQUEZ:  Form.
25   A    Yeah, sorry if I wasn't clear on that.

Page 71

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2 Yes, I believe in 2006 when we -- at least in 2006
3 when I believe we launched ratings publicly, I
4 believe it was included within QRS in general as
5 well.
6    Q    (BY MR. STIMPSON) Okay.  And can you
7 narrow it down to a date in 2006?
8    A    I can't at this time.
9    Q    Can you tell me whether it was the first
10 half of 2006?
11   A    I can't.  I don't know.
12   Q    Any other changes to QRS in 2006 you can
13 remember?
14       MR. VAZQUEZ:  Form.
15   A    Not that I can recall.
16   Q    (BY MR. STIMPSON) Were comparison ratings
17 added to QRS in 2006?
18   A    I don't know if they were or not.
19   Q    Did there come a time when comparison
20 ratings were added to QRS?
21       MR. VAZQUEZ:  Form.
22   A    I'm not sure.
23   Q    (BY MR. STIMPSON) So you're not sure
24 whether they were ever added to QRS?
25       MR. VAZQUEZ:  Form.

Page 72

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    A    I'm not sure if they were.  That's
3 correct.
4    Q    (BY MR. STIMPSON) How about the
5 documents, this is 2006, the documents to
6 professional underwriters for access to ratings, was
7 that still ongoing in the same, basically the same in
8 2006?
9    A    I believe so, yes.
10   Q    And the PQR in 2006, that changed sometime
11 in 2006, at least sometime in 2006, to include
12 patient ratings, right?
13       MR. VAZQUEZ:  Form.
14   A    I believe it did, correct.
15   Q    (BY MR. STIMPSON) Did that also change
16 sometime in 2006 to include comparison ratings?
17       MR. VAZQUEZ:  Form.
18   A    I don't know the time it changed.  I
19 believe by 2006, sometime in 2006 I believe we did
20 offer quality ratings.  And I don't know the date it
21 was launched.
22   Q    (BY MR. STIMPSON) My question was about
23 comparison ratings.  Do you mean in 2006 you added
24 comparison ratings at some time?
25       MR. VAZQUEZ:  Form.

Page 73

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    A    I believe that to be the case, yes.
3    Q    (BY MR. STIMPSON) But you can't tell me
4 whether it was in the first half or the second half
5 of the year?
6       MR. VAZQUEZ:  Same objection.
7    A    I don't recall.  I can't tell you,
8 correct.
9    Q    (BY MR. STIMPSON) How about the Nursing
10 Home Quality Reports, did those continue but
11 relatively unchanged in 2006?
12   A    As far as I recall.  I don't recall any
13 significant changes.
14   Q    Do you recall any changes to the Nursing
15 Home Quality Report in 2004 to 2006?
16   A    I don't recall.
17   Q    Did there come a time when Health Grades
18 collected patient reviews on nursing homes?
19   A    I don't believe so.
20   Q    Do you recall whether the Nursing Home
21 Quality Comparison Report was available in 2006?
22   A    I believe it was, but I don't recall
23 specifically.
24   Q    Do you recall whether the Nursing Home
25 Quality Comparison Report was available in 2005?

19 (Pages 70 - 73)

EXHIBIT G

Attorneys' Eyes Only

Page 74

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2     A    I don't recall.
3     Q    Do you recall -- do you know what the
4  Nursing Home Quality Comparison Report contained?
5     A    I believe it contained information such as
6  the star ratings on the comparison -- sorry, on the
7  individual nursing homes that were being compared.
8  And I think there were certain other data elements,
9  but that's -- I certainly believe that the ratings
10  were compared in those comparison reports.
11    Q    And those ratings were still being
12  obtained in the way you were obtaining them in 2004?
13        MR. VAZQUEZ:  Form.
14    A    Correct, through that -- what I believe
15  was the Oscar reporting database through CMS.
16    Q    (BY MR. STIMPSON)  How about the Home
17  Health Report, did that change in any way from 2004
18  to 2006, to your recollection?
19    A    To my recollection, no, not that I recall.
20    Q    Did it change at some time so that it had
21  patient ratings?
22        MR. VAZQUEZ:  Form.
23    A    I don't believe so, no.
24    Q    (BY MR. STIMPSON)  How about Connecting
25  Point, did that continue in 2006?

Page 75

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2     A    It did continue in 2006.
3     Q    Any changes you recall?
4     A    I can't think of any changes to the
5  product, to Connecting Point in 2006.
6     Q    Other than these products we just talked
7  about, the list we went through, any other products
8  and/or services of Health Grades in 2006?
9     A    The only other product I can think of that
10  I believe was in 2006 was a -- it was really a
11  product that was being developed but never really was
12  launched called Healthcare Credit Solutions.
13    Q    What was that?
14    A    It was intended to be a healthcare credit
15  card.  So really a credit card that people could use
16  to purchase goods and services.
17    Q    So that wasn't a report.  It was just a
18  healthcare card?
19    A    Correct.
20    Q    Any others in 2006?
21    A    None that I can think of, no.
22        MR. STIMPSON:  I'm sorry.  I was here very
23  early and I drank too much coffee.  Can you give me
24  two minutes?
25        (Recess taken from 9:58 a.m. to

Page 76

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  10:02 a.m.)
3     Q    (BY MR. STIMPSON)  Mr. Dodge, are you
4  familiar with a Physician Quality Guide?
5     A    Yes, that term I'm familiar with.
6     Q    How does a Physician Quality Guide differ
7  from a Physician Quality Report, if at all?
8     A    Well, the Physician Quality Guide was what
9  was offered under QRS to employers.  So it's part of
10  that suite of offering to employers and health plans.
11    Q    Okay.  What was the Physician Quality
12  Guide?
13    A    It was essentially providing the physician
14  information to employers and health plans who
15  prescribed for that QRS service.
16    Q    How did that information differ from the
17  Physician Quality Report?
18    A    I can't recall.  I believe it was more
19  look and feel potentially, but I can't recall today
20  specifically what would have been different.
21    Q    There were differences, though, between a
22  Physician Quality Guide and a Physician Quality
23  Report?
24    A    I think so.  Possibly it's the look and
25  feel but, other than that, I'm not sure.

Page 77

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2     Q    When was the Physician Quality Guide first
3  introduced?
4     A    I believe it was when we introduced the
5  QRS, so certainly -- I believe it was available in
6  some form in 2003.
7     Q    Did the Physician Quality Guide have
8  information provided by healthcare providers?
9        MR. VAZQUEZ:  Form.
10    A    Again, a couple initial questions.  What
11  period are we talking about?
12    Q    (BY MR. STIMPSON)  Let's start with 2003
13  and then we'll move ahead.
14    A    And, again, the reason I'm pausing is the
15  products themselves, such as Physician Quality Guide,
16  would not necessarily have ever had any physician
17  information or any information provided from anyone.
18  It was a product based upon data.
19    Q    What do you mean it was a product based
20  upon data?
21    A    I guess what I'm getting back to is just
22  making sure that I'm clear that the products
23  themselves, Physician Quality Guide being one of
24  them, was a product offering that was based upon
25  Health Grades' databases of information.

20 (Pages 74 - 77)

EXHIBIT G

Attorneys' Eyes Only

Page 78

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    So my only clarification is that there
3  wouldn't have been anything specifically provided
4  from anyone to the Physician Quality Guide but rather
5  somehow to the databases.
6    Q   I understand.  So what you're saying is
7  the doctor doesn't get in and change the Physician
8  Quality Guide.  He just changes the data -- he tells
9  you some changes he wants to the database and then
10  Health Grades would make the change to the Physician
11  Quality Guide?
12    A   That's more correct, yes, the database.
13  Whether it was a third party or Health Grades
14  updating the database, it would have changed our
15  databases and then how that was -- how that was then
16  ultimately applied to the different products would
17  have been up to Health Grades ultimately.
18    Q   When was the first time that a Physician
19  Quality Guide included information provided by a
20  healthcare provider?
21    MR. VAZQUEZ:  Form.
22    A   Provided -- can you state that just one
23  more time?
24    Q   (BY MR. STIMPSON)  Yeah.  When was the
25  first time that a Physician Quality Guide would have

Page 79

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  included information from the database that was
3  received by a -- from a healthcare provider?
4    A   And your healthcare provider definition
5  now, is that the broad --
6    Q   Let's leave it that way for now, yeah.
7    MR. VAZQUEZ:  Form.
8    A   Okay.  I believe in 2006 it could have
9  been a variant of 2005.
10    Q   (BY MR. STIMPSON)  Would that have been
11  with the implementation of Physician Online Services?
12    MR. VAZQUEZ:  Form.
13    A   I mean, certainly it would have had to
14  have been -- I believe it would have been after the
15  implementation of Physician Online Services, but not
16  necessarily directly tied to that offering.
17    Q   (BY MR. STIMPSON)  Right.  You have to
18  launch Physician Online Services and then
19  instantaneously the doctor hasn't changed it and that
20  information found its way into a report, I
21  understand.
22    But generally speaking, when Physician
23  Online Services was launched, the intent of Health
24  Grades when launching that service was so that
25  healthcare providers could come in and edit or change

Page 80

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  that information and that information perhaps after a
3  vetting process would make it into these reports,
4  right?
5    MR. VAZQUEZ:  Form.
6    A   The intention of launching that service
7  was certainly to help Health Grades review the
8  accuracy of our information.  So it was certainly
9  intended to give providers, healthcare providers the
10  ability to review and edit and suggest changes.  And
11  at some point Health Grades expected to include the
12  updates or information on the website.
13    Q   (BY MR. STIMPSON)  With the launch of
14  Physician Online Services, was Health Grades prepared
15  at that time to introduce those edits into reports?
16    MR. VAZQUEZ:  Form.
17    A   I don't know if we were ready immediately
18  upon launching POS, I don't recall.
19    Q   (BY MR. STIMPSON)  Well, I mean, just from
20  public relations and a point of relationship view of
21  physicians, if Dr. Smith gets on and says you've got
22  my address wrong I'm not in Denver, I'm in Boulder,
23  he gets online on Physician Online Services and
24  changes it, it wouldn't be a very good idea for
25  Health Grades to keep that unchanged for a long

Page 81

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  period, right?
3    MR. VAZQUEZ:  Form.
4    A   I understand your question.  I was just
5  answering your first question that I'm not sure if we
6  were ready.
7    Q   (BY MR. STIMPSON)  Well, I mean, I'm just
8  trying to get -- I don't care how we go about it.
9  I'm just trying to get a feel for, you know, how
10  quickly after Physician Online Services were launched
11  that healthcare provider information provided by the
12  healthcare provider made it into the reports of
13  Health Grades?
14    MR. VAZQUEZ:  Form.
15    Q   (BY MR. STIMPSON)  Would it have been
16  within a month?
17    MR. VAZQUEZ:  Same objection.
18    A   Unfortunately, all I can say is my
19  recollection is we launched some of that, I believe,
20  in 2006.  Could have been prior.  I just don't
21  recall.
22    Q   (BY MR. STIMPSON)  Right.  But I'm trying
23  to get at the time lag, if any, between when
24  Physician Online Services was launched and physicians
25  could then start adding data, the timeline between

21 (Pages 78 - 81)

EXHIBIT G

Attorneys' Eyes Only

Page 82

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2   that and that data actually finding it into the
3   reports. Would that have been less than a month?
4        MR. VAZQUEZ: Form.
5        A   I just couldn't tell you. I don't know.
6        Q   (BY MR. STIMPSON) Would it be less than
7   six months?
8        MR. VAZQUEZ: Asked and answered. Form.
9        A   I just don't know.
10       Q   (BY MR. STIMPSON) Would it be less than a
11  year?
12       MR. VAZQUEZ: Same objections.
13       A   I don't know.
14       Q   (BY MR. STIMPSON) Okay. So as we sit
15  here today, you can't tell me when the first time
16  information provided by healthcare providers made it
17  into any Health Grades reports, correct?
18       MR. VAZQUEZ: Form.
19       A   No, you haven't asked that question. So,
20  no, I don't believe that's true.
21       Q   (BY MR. STIMPSON) Okay. When did
22  information provided by healthcare providers first
23  make it into any Health Grades reports?
24       A   I thought -- I believe by 2006, and I
25  think I previously answered that question.

Page 83

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2        Q   Okay.
3        A   I think it was in 2006. It could have
4   been slightly before, but -- late 2005, but I believe
5   it was 2006.
6        Q   Okay. And do you know what reports that
7   information was first provided into?
8        MR. VAZQUEZ: Form.
9        A   Again, it would -- it would have been
10  provided into some of the profile information on the
11  website. So, for example, the profiles that were
12  essentially made available for free by hospitals that
13  purchased Connecting Point, there would have been or
14  could have been in some cases enhanced information
15  that was provided by a healthcare provider that would
16  have been on the website and sometime in 2006 under
17  those programs.
18       Q   (BY MR. STIMPSON) Obviously in 2005?
19       A   It's possible at the end of 2005. I just
20  don't recall.
21       Q   And would that information from the
22  healthcare provider have included specialty
23  information in 2005 or 2006?
24       MR. VAZQUEZ: Form.
25       A   It may have. I don't recall the specific

Page 84

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2   data elements.
3        Q   (BY MR. STIMPSON) How about medical
4   philosophy? Would that have been information
5   provided by the healthcare provider in 2005 or 2006?
6        MR. VAZQUEZ: Form.
7        A   It could have been in one of those
8   periods. Again, my recollection would be at the end
9   of '05 or sometime in 2006.
10       Q   (BY MR. STIMPSON) But that was one of the
11  data sets that was -- the physicians could edit or
12  add in whatever the time period, end of 2005 or 2006?
13       MR. VAZQUEZ: Form.
14       A   The reason I'm pausing is medical
15  philosophy certainly is something at sometime that we
16  did want to put on our site. I don't recall
17  specifically which elements and the time, but I do
18  recall medical philosophy being one. And I believe
19  it was in 2006, but I'm not sure of the timeframe.
20       Q   (BY MR. STIMPSON) Do you recall the first
21  time when healthcare providers who would edit or add
22  gender information that made it into healthcare
23  provider reports?
24       MR. VAZQUEZ: Form.
25       A   I don't recall.

Page 85

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2        Q   (BY MR. STIMPSON) Do you remember the
3   first time that healthcare providers would have
4   edited or added age information for Health Grades'
5   reports?
6        MR. VAZQUEZ: Form.
7        A   I don't recall.
8        Q   (BY MR. STIMPSON) Can you narrow those
9   down to a year?
10       A   I can't.
11       Q   Do you know the first time that healthcare
12  providers could edit or add information on their
13  years in profession to Health Grades' reports?
14       A   I don't recall.
15       Q   Can you narrow that down to a year?
16       A   No, I can't.
17       Q   Would your answer be the same for years in
18  practice?
19       A   Yes.
20       Q   Awards?
21       A   Yes, it would be the same.
22       Q   Honors?
23       A   Yes.
24       Q   Professional appointments?
25       A   Yes.

22 (Pages 82 - 85)

EXHIBIT G

Attorneys' Eyes Only

Page 86

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2   Q   Professional memberships?
3   A   Yes.
4   Q   Publications?
5   A   Yes.
6   Q   Languages?
7   A   Yes.
8   Q   Hobbies?
9   A   I'm pausing on that one because I just
10  don't recall if hobbies was something we ever asked
11  for. It may be. I just don't recall that element.
12  Q   So for that list we just went through, as
13  we sit here today, you can't tell me a year when any
14  of that information that was either edited or
15  provided by a healthcare provider made it into any
16  Health Grades report, correct?
17      MR. VAZQUEZ: Form.
18  A   I don't know specifically what year.
19  Q   (BY MR. STIMPSON) Did the Physician
20  Quality Guide have patient provided information?
21      MR. VAZQUEZ: Form.
22  Q   (BY MR. STIMPSON) Did there come a time
23  when Physician Quality Guide had patient provided
24  information?
25  A   Yes, there was.

Page 87

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2   Q   And what was the first types and type of
3   patient provided information that made it into the
4   Physician Quality Guide?
5       MR. VAZQUEZ: Form.
6   A   I believe it was the patient ratings, as
7   we spoke about, the survey information. And I don't
8   know if you just asked the type; that was the type.
9   Q   (BY MR. STIMPSON) Right. And those
10  ratings were obtained from the Health Grades website
11  surveys?
12  A   Yes, they were.
13  Q   And when did that patient provided rating
14  information first make it into a Health Grades
15  report?
16  A   Again, my recollection is 2006. I don't
17  know if it was any time prior.
18  Q   What did you do, if anything, to try to
19  determine that in preparation for today's deposition?
20      MR. VAZQUEZ: Again, you can tell him --
21  answer the question what you've done but without
22  divulging our communications.
23  A   Again, I reviewed numerous documents which
24  I described before counsel asked me not to be
25  specific. So, you know, I reviewed numerous

Page 88

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2   documents to prepare for the topics that I came here
3   to testify to.
4   Q   (BY MR. STIMPSON) So as we sit here
5   today, though, you can't tell me whether it was 2005
6   or 2006 that patient provided rating information made
7   it into its first Health Grades report?
8   A   I can't tell you specifically when. I've
9   told you that I believe 2006, in that period, they
10  were available. But without documents that you have
11  to show me, I can't say anything more than that.
12  Q   Can you tell me whether it was in the
13  first half of 2006?
14  A   I don't know.
15  Q   How about comparison ratings, when was the
16  first time comparison ratings made it into a Health
17  Grades report?
18      MR. VAZQUEZ: Form.
19  A   Again, I believe they were available in
20  2006. I don't recall if they were prior to 2006.
21  Q   (BY MR. STIMPSON) Okay. Do you recall if
22  it was prior to the second half of 2006?
23  A   I don't recall.
24  Q   Did the Physician Quality Guide include
25  information verified by third parties --

Page 89

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2       MR. VAZQUEZ: Form.
3   Q   (BY MR. STIMPSON) -- in 2005?
4       MR. VAZQUEZ: Form.
5   A   Yes, it would have.
6   Q   (BY MR. STIMPSON) In 2005 would it have
7   included board certification verified by third
8   parties?
9       MR. VAZQUEZ: Form.
10  A   Yes, I believe it would.
11  Q   (BY MR. STIMPSON) Licensure?
12  A   I'm pausing. I believe it would have.
13  But there's certain elements I'm sure of, board
14  certification is one. I believe licensure would have
15  been.
16  Q   In 2005?
17  A   Yes.
18  Q   Would the Physician Quality Guide include
19  third-party verified information on disciplinary
20  action in 2005?
21      MR. VAZQUEZ: Form.
22  A   Yes, it would have.
23  Q   (BY MR. STIMPSON) How about medical
24  schools?
25  A   I believe it would have, yes.

23 (Pages 86 - 89)

EXHIBIT G



Attorneys' Eyes Only

Page 90

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  Q   Medical internship?
3  A   I believe so.
4  Q   Medical residency?
5  A   I believe so, yes.
6  Q   Medical fellowship?
7  A   I don't know.  Don't recall.
8  Q   How about 2006, would it have included
9  fellowship information?
10  A   I don't know.
11  Q   And the Physician Quality Guide was a
12  report that was created and available over the Health
13  Grades website in 2005, right?
14      MR. VAZQUEZ:  Form.
15  A   Yes, it would have been.
16  Q   (BY MR. STIMPSON)  The same for 2006?
17  A   Yes.
18      MR. VAZQUEZ:  Foundation.
19  Q   (BY MR. STIMPSON)  Are you familiar with a
20  Physician Research Quality Report?
21  A   I am familiar with the term.
22  Q   What was the Physician Research Quality
23  Report?
24  A   To the best of my recollection, it was the
25  same as or similar to the Physician Quality Report.

Page 91

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  Q   Do you know why it had a different name,
3  Physician Research Quality Report?
4  A   I don't know.
5  Q   As you sit here today, can you tell me any
6  differences between a Physician Research Quality
7  Report and the Physician Quality Report?
8  A   I can't.
9  Q   Do you know when the Physician Research
10  Quality Report was first available?
11      MR. VAZQUEZ:  Form.
12  A   I don't know.
13  Q   (BY MR. STIMPSON)  Do you know if the
14  Physician Research Quality Report had patient
15  provided information in 2005?
16  A   Again, I would restate that the ratings
17  information or the patient provided information I
18  believe was launched in 2006.  So that would have
19  been in various products.  But prior to that, I don't
20  know.  And that's what I would say if there was
21  information on ratings in this PRQR, I believe it
22  would have included the patient ratings in 2006.
23  Q   But you're not sure as we sit here today
24  whether the PRQR even had patient ratings?
25  A   I'm not specifically, no.

Page 92

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  Q   Would the PRQR have had healthcare
3  provider provided information at about the same time
4  other reports would have received that information?
5      MR. VAZQUEZ:  Form.
6  A   I believe it would have if it was --
7  again, if that data element was included in the PRQR,
8  I believe it would have.
9  Q   (BY MR. STIMPSON)  Can you tell me as we
10  sit here today what data elements were available in
11  the PRQR?
12  A   I don't know.
13  Q   How about the Physician Research
14  Comparison Report, do you know that?
15  A   I don't -- I know the term.  I've heard
16  the acronym, but I can't tell you the specifics
17  behind it.
18  Q   Do you -- so as we sit here today, you
19  can't tell me anything about what was contained in
20  the Physician Research Comparison Report?
21      MR. VAZQUEZ:  Form.
22  A   No, I can't.
23  Q   (BY MR. STIMPSON)  Do you know if it had
24  comparison ratings?
25      MR. VAZQUEZ:  Same objection.

Page 93

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  A   I don't know.
3  Q   (BY MR. STIMPSON)  Do you know when it was
4  launched?
5  A   I don't know.
6  Q   Are you familiar with the Comparative
7  Physician Report?
8  A   I'm not familiar with that term.
9  Q   So as we sit here today, you can't tell me
10  anything about what was contained in anything called
11  a Comparative Physician Report?
12  A   Not without seeing a document with that
13  name on it.
14  Q   Did you do anything in preparation for
15  your deposition to kind of get a list of the products
16  and services that were available at Health Grades
17  prior to August 2006?
18      MR. VAZQUEZ:  Form.
19  A   Again, I went back and looked at numerous
20  documents to review our product offerings and to
21  prepare for the topics that I'm here to testify to.
22  Q   (BY MR. STIMPSON)  Right.  But did you do
23  anything to ensure that you are aware of the various
24  products and services that were available at Health
25  Grades, all the products and services that were

24 (Pages 90 - 93)

EXHIBIT G

Attorneys' Eyes Only

1          CONFIDENTIAL ATTORNEYS EYES ONLY
2    available at Health Grades prior to August 29, 2006
3    that provided information on healthcare providers?
4          MR. VAZQUEZ:  Form.
5      A    Again, I believe in my preparation that's
6    exactly what I attempted to do.
7      Q    (BY MR. STIMPSON)  What did you do to try
8    to come up with that list?
9          MR. VAZQUEZ:  Well, just again, don't
10   divulge any of our communications in preparation for
11   today.  Other than that, answer the question if you
12   can.
13     A    Again, I would repeat I went through
14   numerous documents to review our product offerings to
15   ensure that I could answer your questions.
16     Q    (BY MR. STIMPSON)  Did you see the MDx
17   invalidity contentions?
18     A    I don't know that I did.
19     Q    So anyway, back to Comparative Physician
20   Report, you're not familiar with that product at all
21   as you sit here today?
22     A    Well, to be clear, I'm not familiar with
23   the term.  The term does not sound familiar to me.
24     Q    So if there was some product or services
25   or service named Comparative Physician Report at

1          CONFIDENTIAL ATTORNEYS EYES ONLY
2    Health Grades prior to August 29, 2006, you're not
3    familiar with that product as we sit here today?
4          MR. VAZQUEZ:  Form.
5      A    Please repeat the question.
6      Q    (BY MR. STIMPSON)  So if there was some
7    product or service of Health Grades prior to
8    August 29, 2006 that was named Comparative Physician
9    Report, as we sit here today, you're not familiar
10   with that report?
11         MR. VAZQUEZ:  Same objection.
12     A    I don't know that I would answer yes to
13   that because, again, I think I've testified to the
14   products that were available.  If the products that
15   I've testified to were named something different or
16   changed acronyms --
17     Q    (BY MR. STIMPSON)  Okay.
18     A    -- I just don't recall all of the changes
19   that the company has had over the years.
20     Q    So just so we can finish this one up,
21   though, I'm just going to ask you what is a
22   Comparative Physician Report?
23         And you can answer it or not, but I'm just
24   asking you because I've got to go through my list.
25         So what was the physician -- I'm sorry,

1          CONFIDENTIAL ATTORNEYS EYES ONLY
2    Mr. Dodge.  What was the Health Grades Comparative
3    Physician Report?
4          MR. VAZQUEZ:  Form.
5      A    I don't know.
6      Q    (BY MR. STIMPSON)  Do you know what the
7    Hospital Quality Report is from Health Grades?
8      A    Yes.  I recall that term.
9      Q    What was the Hospital Quality Report?
10     A    Hospital Quality Report was a report that
11   a consumer could purchase on the Health Grades
12   website that would have specific hospital
13   information, such as comprehensive ratings on a
14   specific hospital.
15         So to be clear, a consumer could access
16   our website and review a search for, say, cardiac
17   services.  They could find the hospitals.  And they
18   could see what a hospital was rated.
19     Q    Um-hum.
20     A    But if they wanted to have a comprehensive
21   report, so if myself or my wife wanted to know
22   Presbyterian/St. Luke's in Denver, what is the
23   quality by individual service line, this Hospital
24   Quality Report would give you in one report all of
25   that information.

1          CONFIDENTIAL ATTORNEYS EYES ONLY
2      Q    When did that first become available?
3      A    I believe that product was available even
4    in 2003.
5      Q    Okay.  And did there come a time when
6    ratings for the Hospital Quality Report were obtained
7    from patients?
8          MR. VAZQUEZ:  Form.
9      A    No, I don't believe there did.
10     Q    (BY MR. STIMPSON)  Did there come a time
11   when information was provided to the hospital -- for
12   the Hospital Quality Reports that came from
13   healthcare providers, hospitals themselves?
14     A    Again, my pause is there may have been or
15   I suspect the hospital could certainly call Health
16   Grades with corrections or suggested corrections to
17   demographic information, the things of that nature.
18   And it's possible those corrections would have made
19   it into these reports.
20     Q    Do you know when that would have happened
21   the first time?
22     A    I don't know.
23     Q    Do you know if it happened at all?
24     A    I think it has on occasion where a
25   hospital has suggested corrections.

25 (Pages 94 - 97)

EXHIBIT G

Attorneys' Eyes Only

Page 98

CONFIDENTIAL ATTORNEYS EYES ONLY

1    Q    Okay.  Did the Hospital Quality Report
2    change from 2003 to 2006 in any significant way?
3        A    The only thing I can really think of is,
4    again, it may have included more ratings, different
5    ratings, different therapeutic areas.  I can't recall
6    what other differences may or may not have been
7    involved.
8        Q    Are you familiar with the Hospital Quality
9    Guide?
10       A    Yes, I am.
11       Q    Okay.  What was the Hospital Quality
12   Guide?
13       A    Again, that was part of the service
14   offering offered within QRS to employers and health
15   plans.
16       Q    Every time I ask a question you stop
17   drinking your water.  Don't let me stop you from
18   doing that.
19           So Hospital Quality Guides were part of
20   QRS?
21       A    That is correct.
22       Q    That would have started, what, 2003, 2004?
23       A    It would have been even beginning 2003, I
24   believe.

Page 99

CONFIDENTIAL ATTORNEYS EYES ONLY

1    Q    What was contained in the Hospital Quality
2    Guides?
3        A    It would have had information such as
4    hospital name, address, bed size, hospital ratings,
5    things of that nature.
6        Q    Anything provided by the healthcare
7    provider itself, the hospital?
8        A    Only, again, to the extent that there may
9    have been a database correction that would have then
10   populated into the Hospital Quality Guide.
11       Q    Did it have comparison ratings?
12       A    I don't know.
13           MR. VAZQUEZ:  Form.
14       A    I don't know that it did or not.
15       Q    (BY MR. STIMPSON)  Did it have any
16   information provided by patients?
17       A    I don't believe so, no.
18       Q    Are you familiar -- we already talked
19   about this.
20           What was Physician New Marketing Media?
21       A    Physician New Marketing Media, I believe,
22   was the original name for the product that is
23   Connecting Point that I've identified as Connecting
24   Point.

Page 100

CONFIDENTIAL ATTORNEYS EYES ONLY

1    Q    Is there any difference between Connecting
2    Point and Physician New Marketing Media?
3        A    I'm not aware of any.  I'm not aware of
4    any.
5        Q    Do you know what the Patient Provider
6    Gateway is?
7        A    It's another name for Connecting Point or
8    Physician New Marketing Media.
9        Q    Any differences at all between Connecting
10   Point and Patient Provider Gateway that you know of?
11       A    Not that I'm aware of.
12       Q    Did Health Grades have any syndicated
13   reports prior to August of 2006?
14       A    Can you explain what you mean?
15       Q    I'm not sure, but I've seen it in some
16   documents.  Like service line, patient safety,
17   community hospitals, those sort of things?
18       A    Yes, I believe we did.
19       Q    What types of syndicated reports did you
20   have?
21       A    To be clear, I believe what we're talking
22   about with syndicated reports is when we would
23   provide to a provider, say, a hospital in particular,
24   a report that outlined all of their ratings and

Page 101

CONFIDENTIAL ATTORNEYS EYES ONLY

1    information, we would have similar type reports for
2    nursing homes that we may sell to third parties.
3        Q    Did any syndicated report have ratings
4    provided by patients prior to August 2006?
5        A    Not that I can think of, no.
6        Q    Has Health Grades ever had any sites that
7    are SEO sites?
8            MR. VAZQUEZ:  Form.
9        A    Can you explain what you mean by SEO site?
10       Q    (BY MR. STIMPSON)  SEO you understand to
11   be search engine optimization, right?
12       A    I'm familiar with the term, yes.
13       Q    What I mean by SEO site -- well, let me
14   just back up.
15           Did Health Grades ever create any sites
16   that were designed to help Health Grades increase its
17   SEO placement, other than the Health Grades website
18   itself?
19           MR. VAZQUEZ:  Form.
20       A    I'm pausing.  I think there may have been,
21   but I don't recall.  There may have been.
22       Q    (BY MR. STIMPSON)  Do you know when those
23   were created?
24       A    I don't.

26 (Pages 98 - 101)

EXHIBIT G

Attorneys' Eyes Only

Page 102

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  Q   Do you know if they still exist?
3  A   I don't know.
4  Q   Are you familiar with the Physician
5  Reports site?
6  A   I am not.
7  Q   What is Patient Provider Direct?
8  A   Patient Provider Direct?
9  Q   Yes.
10  A   I'm not familiar with that specific term.
11  Q   Did Health Grades prior to August 29, 2006
12  have any premium reports?
13      MR. VAZQUEZ:  Form.
14  A   As I would think of premium reports, and
15  as I interpret that language, it would have been
16  things such as the Physician Quality Reports.
17  Premium being paid for, so my general answer would
18  be, yes, we did have premium reports.
19  Q   (BY MR. STIMPSON) Did you have any
20  premium reports that gave additional information that
21  was not otherwise available in the Physician Quality
22  Reports prior to August 29, 2006?
23  A   Not that I'm aware of, no.
24  Q   Did Health Grades have any other special
25  types of reports other than the one, for example, you

Page 103

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  talked about with Hewitt, any kind of special reports
3  that were provided or available to anyone prior to
4  August 29, 2006?
5  A   I mean, that general context, as you've
6  stated it, I would point to, you know, some of the
7  reports we may give to hospitals that detail their
8  individual mortality rates by physician, things that
9  would have been delivered within quality improvement
10  offerings.
11      So there would have been deliverables to
12  the hospital to help them understand the quality
13  within each of the service lines and categories we
14  rated.
15  Q   Anything else?
16  A   Not that I can think of.
17  Q   What was the Physician Consumer site?
18  A   I'm not familiar with that term.
19  Q   Are you familiar with the term consumer
20  site?
21  A   My familiarity, what I've heard when we
22  talk about the consumer site is typically
23  healthgrades.com.
24  Q   Does it include anything else?
25  A   I'm not sure.

Page 104

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  Q   I think we've covered this already, but I
3  just want to make sure.  We've talked about all these
4  reports from 2003 to 2006.
5      Can you tell me, Mr. Dodge, when was the
6  first time that any Health Grades report included
7  patient provided information?
8  A   To the best of my recollection, in 2006.
9  And I'm not sure if there was anything prior to that.
10  Q   How do you know it was in 2006?
11  A   Because I remember in 2006 some of the
12  products, such as Connecting Point, I recall did have
13  ratings information, patient experience surveys.  And
14  that product really, although it was launched at the
15  very end of 2005, I believe.  I know it was in 2006.
16  And I recall the ratings being in that offering or in
17  that expression.
18  Q   To your knowledge, when did Health Grades
19  first disclose the idea of putting patient ratings in
20  healthcare provider reports to anyone in the public?
21      MR. VAZQUEZ:  Form.
22  A   I don't recall.
23  Q   (BY MR. STIMPSON)  Well, when you started
24  your -- putting your survey on the Health Grades
25  website, that would have been at least as early as

Page 105

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  2005, right?
3  A   I think we had surveys at some point in
4  2005 that were available, yes.
5  Q   Okay.  And when you were putting that on
6  the website so patients could fill out the surveys,
7  you advised the patients that the idea behind this is
8  we're going to provide ratings on our healthcare
9  providers, right?
10  A   I don't know what was communicated.  I
11  don't recall how we communicated how the information
12  would be used.
13  Q   Is it fair to say that at least as early
14  as 2005 Health Grades was communicating to the public
15  that it intended to put healthcare provider ratings
16  available on its website?
17      MR. VAZQUEZ:  Form.
18  A   I'm not sure.
19  Q   (BY MR. STIMPSON)  Do you have any reason
20  to doubt that?
21  A   I just can't answer it.  I don't know.
22  Q   When Health Grades contacted -- well, when
23  Health Grades put on its website the surveys for
24  patients to fill out, was there any confidentiality
25  restrictions?

27 (Pages 102 - 105)

EXHIBIT G

Attorneys' Eyes Only

Page 106

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2     A    Can you describe what you mean?  I'm not
3  sure I'm clear.
4     Q    Well, did you tell these patients that,
5  hey, look, you can tell us, we're going to keep it
6  confidential?
7     A    The reason -- what I'm pausing around is,
8  you know, Health Grades has always had pretty robust
9  privacy policies and user agreements.  So I'm not
10  sure specifically what we may have said.  We
11  certainly -- let me state that differently.
12        I believe we made it clear that we would
13  never disclose at least themselves --
14     Q    Right.
15     A    -- the name.  Other than that, I just
16  don't recall what would have been communicated.
17     Q    It would have been clear, though, that
18  those patients would understand that their completed
19  survey would be included with others to provide some
20  sort of rating on healthcare providers?
21     A    I'm not sure if it would have been clear
22  or not.
23     Q    What's the difference between a patient
24  satisfaction survey and a patient experience survey?
25     A    My recollection is -- and to the best of

Page 107

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  my recollection, patient satisfaction I believe is
3  more related to patient experience within a hospital.
4     Q    Patient relation you said?
5     A    I'm sorry, I meant to say patient
6  satisfaction.  If I said patient relations, I
7  apologize.
8     Q    Maybe I should just split it up to make it
9  easier.  What was a patient satisfaction survey?
10     A    I believe a patient satisfaction survey
11  relates to how satisfied a patient was with their
12  care at a specific hospital.  Were they satisfied
13  with their care, with their -- with the food, et
14  cetera, with respect to a patient's stay.
15     Q    Was it only hospitals or physicians as
16  well, the patient satisfaction surveys?
17     A    As you've described, as you've asked me
18  about the term, that's my understanding of the term.
19  It was related to hospitals.
20     Q    So as far as we sit here today, you're not
21  aware of any patient satisfaction surveys that were
22  directed to physicians?
23     A    Again, I just want to make sure I'm clear.
24  Are you stating patient satisfaction survey as to
25  what my knowledge of what that term is?  Or are you

Page 108

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  asking me something different?
3     Q    Let me rephrase the question then.
4        Did Health Grades ever have patient
5  satisfaction surveys where they asked patients about
6  their level of satisfaction with physicians?
7     A    Not to my knowledge, no.
8     Q    How about patient experience surveys, did
9  Health Grades ever have patient experience surveys
10  where they asked patients to rate their experience
11  with the physicians?
12     A    Yes, we do.
13     Q    And when did that start?
14     A    Again, I know it was -- my recollection is
15  it was launched at least in 2006, meaning we started
16  displaying the results of patient experience surveys
17  in 2006.
18        I don't recall when they could have been
19  or would have been collected.
20     Q    Are there any other surveys, other than
21  patient satisfaction surveys and patient experience
22  surveys that Health Grades employed?
23     A    Just to be clear, I don't believe we ever
24  did any patient satisfaction surveys, Health Grades
25  itself.

Page 109

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2     Q    Okay.
3     A    Other than patient experience surveys, I'm
4  not aware of any other surveys that we've done.
5     Q    So who did the patient satisfaction
6  surveys?
7     A    I'm not -- I'm not aware of patient
8  satisfaction survey as a product.
9     Q    Okay.
10     A    I was answering more generally about what
11  my understanding would be of that term.
12     Q    Okay.  So as we sit here today, the only
13  survey you're aware of is the patient experience
14  survey that Health Grades started at least as early
15  as 2005, right?
16        MR. VAZQUEZ:  Form.
17     A    Again, I know that it was displayed in
18  2006.  I'm just not sure when the patient experience
19  surveys were actually created.
20     Q    (BY MR. STIMPSON)  Has Health Grades -- do
21  you know what a results list is?
22        MR. VAZQUEZ:  Form.
23     A    I'm familiar with the term results list.
24     Q    (BY MR. STIMPSON)  Do you know what a
25  results list is on the Health Grades website?

28 (Pages 106 - 109)

EXHIBIT G

Attorneys' Eyes Only

Page 110

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2        A    Well, I mean, it could mean many things.
3    Meaning somebody could search the Health Grades site
4    for various terms and receive a set of results based
5    on their search.
6        Q    So let's say a consumer gets on the Health
7    Grades website and searches for cardiologists in New
8    York.  They'll get a results list, correct, which
9    includes a number of doctors?
10       MR. VAZQUEZ:  Form.
11       A    If they performed a search, as you just
12   described, they would get a page that had some type
13   of results list or pages --
14       Q    (BY MR. STIMPSON)  Okay.
15       A    -- that would have a results list.
16       Q    And has Health Grades ever had in that
17   results list, included in the results list itself
18   patient ratings?
19       MR. VAZQUEZ:  Form.
20       A    I don't know if we have or not.
21       Q    (BY MR. STIMPSON)  Do you remember ever
22   discussing with David Hix, Scott Montroy, or John
23   Neal the possibility of having patient ratings in
24   results lists?
25       MR. VAZQUEZ:  Form.

Page 111

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2        A    I don't recall.
3        Q    (BY MR. STIMPSON)  Were you involved at
4    all in the patent application that led to the '060
5    patent?
6        A    I was involved.
7        Q    How were you involved?
8        A    I guess the best way I would describe it
9    is I was essentially the liaison.  I worked directly
10   with our patent counsel to ensure that they got the
11   information they needed to help us file for our
12   patent applications.
13       Q    And how was Mr. Blackman involved in this,
14   if at all?
15       A    I think Mr. Blackman would have compiled
16   information that was requested by counsel.
17       Q    So your prosecution counsel would not
18   contact the inventors directly.  They would go
19   through you and you would talk to the inventors?
20       A    Stated slightly differently, I believe
21   they had communication with all of us.  I just
22   happened to be more of a liaison point person.  They
23   may come to me first with questions, but certainly
24   also engaged directly with the inventors as well.
25       Q    Did you consider yourself responsible at

Page 112

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    least in part for the patent application that led to
3    the '060 patent?
4        MR. VAZQUEZ:  Form.
5        A    I guess in terms of responsibility, you
6    know, I felt it was part of my job to work with
7    patent counsel to help them get what they need to
8    file the application.
9        Q    (BY MR. STIMPSON)  Were you aware that
10   people involved with the application had a duty of
11   candor to the United States Patent and Trademark
12   Office?
13       A    I'm not aware of that specifically, no.
14       Q    Were you aware -- well, let's take today,
15   first.  Are you aware that MDx has alleged as a
16   defense inequitable conduct?
17       A    I'm not sure what specifically that means
18   so I'm not sure of that allegation.
19       Q    Well, are you aware that MDx has alleged
20   that Health Grades should have disclosed to the
21   Patent and Trademark Office various of these reports
22   that we discussed earlier?
23       A    I think I've seen some correspondence or
24   communication that there were some allegations along
25   that line.  I can't specifically speak to it, but --

Page 113

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2        Q    Do you recall speaking with any of the
3    inventors at the time this patent application was
4    pending or before it was pending about any of these
5    other Health Grades products?
6        MR. VAZQUEZ:  Form.
7        A    Not that I recall.  Again, my
8    communication was directly with counsel principally
9    in answering their questions, gathering information
10   that they needed.
11       Q    (BY MR. STIMPSON)  Do you remember
12   discussing with counsel -- and this is just a yes or
13   no question -- do you remember discussing with the
14   patent prosecution counsel any of these other reports
15   that we've talked about today?
16       MR. VAZQUEZ:  Again, just answer his
17   question, but do not divulge any communications with
18   patent prosecution counsel.
19       THE DEPONENT:  Okay.
20       A    In general, I recall discussing with
21   patent counsel Health Grades' products and services,
22   again, answering the questions they had with respect
23   to what Health Grades was seeking to patent.
24       Q    (BY MR. STIMPSON)  Were you involved with
25   the decision to disclose to the Patent and Trademark

29 (Pages 110 - 113)

EXHIBIT G

Attorneys' Eyes Only

Page 114

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2 Office information on competitor websites, like
3 Vitals.com?
4      MR. VAZQUEZ:  Form.
5      Q    (BY MR. STIMPSON) Let me back up, then.
6 Were you aware that during patent prosecution
7 information on competitor websites, including Vitals,
8 was disclosed to the Patent and Trademark Office?
9      A    I'm not sure I was aware specifically that
10 competitor websites were disclosed.
11      Q    Did you read the office actions and
12 responses that were submitted to the Patent and
13 Trademark Office?
14      A    I'm not really familiar with the term
15 office action.  I've read documents but I mean --
16      Q    Well, I mean during patent application you
17 submit an application and the Patent Office comes
18 back and will usually reject the application for
19 whatever reason.  Then the patent applicants will
20 file a response.  There's some back and forth and
21 then eventually the patent is either finally rejected
22 or issued.
23           When I refer to an office action, I'm
24 referring to communications from the Patent Office.
25 Did you read communications from the Patent Office in

Page 115

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2 connection with the application that led to the '060
3 patent?
4      A    I certainly did at the time when those
5 were filed.
6      Q    Did you discuss them with the inventors?
7      A    I don't recall.
8      Q    Did you discuss them with outside counsel?
9      MR. VAZQUEZ:  Form.
10      A    I did discuss -- I know I had some
11 discussions with our patent prosecution counsel.
12      Q    (BY MR. STIMPSON) Do you know if you
13 discussed with them the communications from the
14 Patent and Trademark Office?
15      A    I don't recall specifically.
16      Q    Were you involved at all in drafting
17 responses to the office action, to the communications
18 with the Patent Office?
19      A    I don't recall if I was.  I don't
20 believe -- yeah, I don't recall.
21      Q    Do you remember if you reviewed draft
22 responses to the communications from the Patent
23 Office?
24      A    I believe I did given my involvement, but
25 I don't recall.

Page 116

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2      Q    Were the inventors also involved in
3 reviewing those documents?
4      A    I believe they were, but I couldn't state
5 specifically.
6      Q    If you want to take a break, that's fine.
7 I had my little mini break.
8      Q    Are you sure?
9      Q    Sure.
10           (Recess taken from 10:49 a.m. to
11 11:01 a.m.)
12      Q    (BY MR. STIMPSON) Mr. Blackman (sic), did
13 you read any of the declarations -- I'm sorry.
14      A    Sorry, I didn't mean to laugh.
15      Q    That's all right.
16           Mr. Dodge, did you read any of the
17 declarations of the inventors in connection with the
18 patent prosecution of the '060 patent?
19      A    I don't recall.
20      Q    Can you tell me why the Physician Quality
21 Reports from 2005 and 2006 were not disclosed to the
22 United States Patent and Trademark Office?
23      A    I'm not aware if they were or they
24 weren't, so I don't know.
25      Q    Would your answers be the same for all the

Page 117

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2 other reports we've talked about?
3      A    Yes, I believe it would.
4      Q    When did Health Grades first have
5 comparison ratings in any Health Grades report?
6      MR. VAZQUEZ:  Form.
7      A    I don't recall when we specifically
8 started having comparison ratings in our reports.
9      Q    (BY MR. STIMPSON) Can you narrow it down
10 to a year?
11      A    I believe -- again, I'm pretty confident
12 in 2006.  And it could have been prior, but I'm just
13 not sure.
14      Q    When did Health Grades first disclose to
15 anyone outside of Health Grades the idea or concept
16 of having comparison ratings in a report?
17      MR. VAZQUEZ:  Form.
18      A    I don't know.
19      Q    (BY MR. STIMPSON) Do you have any -- can
20 you narrow it down to a year?
21      A    I can't.  I don't know.
22      Q    Can you tell me any -- whether there were
23 any such disclosures before Health Grades first used
24 comparison ratings in reports?
25      MR. VAZQUEZ:  Form.

30 (Pages 114 - 117)

EXHIBIT G

Attorneys' Eyes Only

Page 118

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2   A   I can't tell you because I don't know.
3   Q   (BY MR. STIMPSON)  Okay.  When was the
4   first time that Health Grades had any web page that
5   showed ratings of multiple providers?
6       MR. VAZQUEZ:  Form.
7   A   I'm thinking about your question because
8   when you say a web page, so when on an individual web
9   page?
10  Q   (BY MR. STIMPSON)  Yeah, any page of
11  Health Grades' website ever in any format, when was
12  the first time that Health Grades had ratings of two
13  or more healthcare providers, whether it's hospitals
14  or physicians or whatever, on the same page?
15      MR. VAZQUEZ:  Form.
16  A   I'm not sure when that would be.
17  Q   (BY MR. STIMPSON)  Would it have been --
18  can you narrow it down to a year?
19  A   I can't.
20  Q   Can you tell me if it was before 2006?
21  A   I'm not sure.  I don't think so, but I'm
22  not sure.
23  Q   Did Health Grades ever do any deals with
24  Rocky Mountain News?
25  A   I don't believe so.

Page 119

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2   Q   Did Health Grades ever disclose to Rocky
3   Mountain News or offer to Rocky Mountain News
4   healthcare provider reports?
5   A   When you say offer to Rocky Mountain News,
6   can you explain what you mean?
7   Q   Sure.  Did Health Grades ever discuss the
8   possibility of Health Grades providing products
9   and/or services to Rocky Mountain News?
10      Let's start there.
11  A   Not that I can recall.
12  Q   So as far as you know, Health Grades has
13  never discussed or provided the idea of products
14  and/or services being given to Rocky Mountain News?
15  A   Given to Rocky Mountain News, not to my
16  knowledge, I don't recall.
17  Q   Were there any discussions with Rocky
18  Mountain News and Health Grades that you recall?
19  A   I do recall --
20      MR. VAZQUEZ:  Form.
21  A   I recall some discussions with Rocky
22  Mountain News.
23  Q   (BY MR. STIMPSON)  What were those
24  discussions?
25  A   The best of my recollection, Rocky

Page 120

CONFIDENTIAL ATTORNEYS EYES ONLY

1   Mountain News was interested in Health Grades as a
2   company and wanted to look at physician information,
3   I think our entire website, and look at what we were
4   doing that may be interesting from a consumer
5   perspective.
6   Q   What was Rocky Mountain News?
7   A   Rocky Mountain News was one of Denver's
8   newspaper agencies until it folded several years ago.
9   Q   So they were interested in perhaps
10  providing to consumers some of the information from
11  the Health Grades database?
12  A   No, that's not correct.
13  Q   What were they -- what was their interest,
14  to the extent you know?
15  A   My recollection is they were interested in
16  doing some type of article on consumers being able to
17  access healthcare information in general on the web.
18  Q   Did that ever happen?
19  A   I think they did -- they did write an
20  article ultimately at some period; I just don't
21  recall when.
22  Q   Did Health Grades provide them with any
23  information?
24  A   I don't recall if we did or not.
25

Page 121

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2   Q   Do you remember if any discussions with
3   Rocky Mountain News -- did you actually meet with
4   Rocky Mountain News?
5   A   I did not.
6   Q   Do you know if any of the discussions with
7   Rocky Mountain News included anything about patient
8   provided information?
9   A   I don't know.
10  Q   Did Health Grades have any reports prior
11  to August 29, 2006 that included hyperlinks to other
12  destinations?
13      MR. VAZQUEZ:  Form.
14  A   So can you restate that, one more time, to
15  make sure I understand?
16  Q   (BY MR. STIMPSON)  Sure.  Did Health
17  Grades have any reports, any of these types of
18  reports we've been talking about, prior to August 29,
19  2006 that included hyperlinks?
20  A   I'm sorry, I don't want to misunderstand
21  your question.  To anyone outside of Health Grades?
22  Q   No, let's just start with even within the
23  Health Grades website -- let me rephrase the question
24  so it's clear.
25      Prior to August 29, 2006, did Health

31 (Pages 118 - 121)

EXHIBIT G

Attorneys' Eyes Only

Page 122

1          CONFIDENTIAL ATTORNEYS EYES ONLY
2  Grades have any reports or services that included
3  hyperlinks to anywhere?
4          MR. VAZQUEZ:  Form.
5      A   I'm struggling with the timeframe, but
6  it's, hyperlinked, is pretty common.  So I think we
7  may have had some, but I can't tell you specifically.
8      Q   (BY MR. STIMPSON)  Hyperlinks were very
9  common back in the early 2000s, right?
10     A   Well, again, within pages, whether it's
11 your own website, sometimes outside, they can be
12 utilized.
13     Q   And that was the case in the early 2000s,
14 right?
15         MR. VAZQUEZ:  Form.
16     A   I don't know.  In early 2000s, yeah, I'm
17 not sure.
18     Q   (BY MR. STIMPSON)  How about 2004?
19     A   Again, I mean, I think hyperlinks were
20 utilized certainly.  I don't know whether they were
21 commonplace or not.
22     Q   Prior to August 29, 2006 did Health Grades
23 have any reports that included hyperlinks to third
24 parties, websites to third parties?
25         MR. VAZQUEZ:  Same objection.

Page 123

1          CONFIDENTIAL ATTORNEYS EYES ONLY
2      A   I don't recall.
3      Q   (BY MR. STIMPSON)  Did there come a time
4  when Health Grades started including hyperlinks in
5  their reports to affiliated hospitals, medical
6  centers, or other types of treatment centers?
7      A   And I'm trying to be really clear on your
8  question.  So to those third parties?
9      Q   Correct.
10         MR. VAZQUEZ:  Same objection.
11     A   I'm not sure if we did provide or have
12 provided links to those third parties outside of
13 Health Grades.
14     Q   (BY MR. STIMPSON)  So as you sit here
15 today, you're not familiar with any hyperlinks to any
16 third parties that Health Grades attached reports?
17         MR. VAZQUEZ:  Form.
18     A   I'm just not aware if we do or don't.
19     Q   (BY MR. STIMPSON)  Okay.  Or if you did,
20 past tense as well?
21     A   Correct.
22     Q   The reports we talked about earlier, the
23 Physician Quality Report and the other reports we
24 talked about, they had -- you could obtain those
25 reports through a predetermined web page, Health

Page 124

1          CONFIDENTIAL ATTORNEYS EYES ONLY
2  Grades' web page, right?
3      A   I'm not sure if I'm clear on that
4  question.  So --
5      Q   Well, these Physician Quality Reports and
6  other reports we talked about consumers could be
7  paying these -- I'm sorry.  It's not clear because
8  I'm not making it clear.  Let me start again.
9          These reports that consumers would get in
10 the 2005, 2006 timeframe from Health Grades, they
11 would go to a predetermined web page of Health Grades
12 in order to get those, right?
13         MR. VAZQUEZ:  Form.
14     A   I guess I'm just not clear with what that
15 means by a predetermined web page.  I'm just not
16 familiar with the term.
17     Q   (BY MR. STIMPSON)  Well, healthgrades.com?
18     A   Healthgrades.com was our website, yes.
19     Q   That's where consumers would go to collect
20 these reports in 2004, 2005, 2006, right?
21         MR. VAZQUEZ:  Form.
22     A   They would go to the website during that
23 period and they would request a report.
24     Q   (BY MR. STIMPSON)  And that web page would
25 provide search capabilities for the Health Grades

Page 125

1          CONFIDENTIAL ATTORNEYS EYES ONLY
2  database that was -- that had the healthcare provider
3  information, right?
4          MR. VAZQUEZ:  Form.
5      A   I'm sorry, can you restate that question
6  again?
7      Q   (BY MR. STIMPSON)  Sure.  That web page
8  would have search capabilities for consumers to
9  search healthcare provider information, right?
10         MR. VAZQUEZ:  Form.
11     A   Can you tell me what page you're referring
12 to when you say that web page?
13     Q   (BY MR. STIMPSON)  Well, the one wherever
14 consumers were going.  You said it was
15 healthgrades.com, right?
16     A   Again, I think my testimony was
17 healthgrades.com.  They would request a report and if
18 they purchased a report, they would receive that
19 report from Health Grades.
20     Q   We're talking about the 2004, 2005, 2006
21 timeframe, the consumers would get on the Health
22 Grades website, right?
23         MR. VAZQUEZ:  Form.
24     Q   (BY MR. STIMPSON)  I'm just trying to
25 break it into bits, that's all.

32 (Pages 122 - 125)

EXHIBIT G

Attorneys' Eyes Only

Page 126

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2       They would get on the Health Grades
3   website, right?
4       A    That's correct.
5           MR. VAZQUEZ:  Form.
6       Q    (BY MR. STIMPSON)  And on the website
7   there were search capabilities, right?
8           MR. VAZQUEZ:  Form.
9       A    So once a consumer came to the site before
10  they had purchased a report --
11      Q    (BY MR. STIMPSON)  Yes.
12      A    -- they had the ability if they would like
13  to search the Health Grades website.
14      Q    Okay.  And those search capabilities would
15  allow them to search information on healthcare
16  providers, right?
17          MR. VAZQUEZ:  Form.
18      A    They could do searches for hospitals,
19  nursing homes, other physicians, other types of
20  providers, correct.
21      Q    (BY MR. STIMPSON)  Okay.  And did those
22  search capabilities allow the users to search for
23  healthcare providers based on name?
24          MR. VAZQUEZ:  Form.
25      A    I don't recall if they did or not.

Page 127

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2       Q    (BY MR. STIMPSON)  Did they allow -- did
3   there come a time when the Health Grades website did
4   allow users to search for healthcare providers based
5   on name?
6           MR. VAZQUEZ:  Form.
7       A    Yes, they can.  There did become a time
8   when they could.
9       Q    (BY MR. STIMPSON)  And do you know when
10  that was?
11      A    I don't recall the time.
12      Q    Can you narrow it down to a year?
13      A    I can't.
14      Q    Did there come a time when the search
15  capabilities on the Health Grades website allowed
16  searching by medical specialty?
17      A    Yes.
18      Q    Do you know when that was?
19      A    I don't know.
20      Q    Was it 2006 or earlier?
21      A    I don't know.
22      Q    What about searching by gender, do you
23  know when those search capabilities were first
24  available on the Health Grades website?
25      A    I'm not sure.

Page 128

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2       Q    Again, can you tell me whether it was 2006
3   or earlier?
4       A    I can't.
5       Q    Would your answer be the same for
6   searching by city or state?
7       A    Yes, it would.
8       Q    Would your answers be the same by
9   searching for procedure?
10      A    Yes, it would.
11      Q    Would your answers be the same by
12  searching by diagnosis?
13      A    I'm pausing because, again, when Health
14  Grades has offered hospital information and hospital
15  ratings, and I know when someone came to the site,
16  they could search for cardiac care and try to view
17  cardiac care.
18      Q    Was that in the 2004, 2005, 2006
19  timeframe?
20      A    I believe so, yes.
21      Q    So that would be like a medical specialty
22  then?
23          MR. VAZQUEZ:  Form.
24      A    I'm struggling with specialty.  There's
25  many connotations.  What I'm speaking of is more like

Page 129

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2   a -- more of a therapeutic area.  I'm not sure if
3   that's synonymous or not.
4       Q    (BY MR. STIMPSON)  Okay.  But certainly in
5   the 2004, 2005, 2006 timeframe users could get on the
6   Health Grades website and search for cardiac doctors?
7       A    I'm not sure how they could search.  I
8   think there was some search capability.  I just don't
9   recall what that capability would have been.
10      Q    (BY MR. STIMPSON)  In the 2004, 2005, 2006
11  timeframe, after the searching would a results list
12  appear?
13          MR. VAZQUEZ:  Form.
14      A    I believe so.
15      Q    (BY MR. STIMPSON)  Okay.  And that results
16  list would include one or more healthcare providers
17  that satisfied the search criteria, right?
18          MR. VAZQUEZ:  Form.
19      A    I believe it would include a list of
20  providers related to the search.
21      Q    (BY MR. STIMPSON)  And in the 2004, 2005,
22  2006 timeframe -- well, let me change that question.
23          Did there come a time when Health Grades
24  included advertisements for healthcare providers in

33 (Pages 126 - 129)

EXHIBIT G

Attorneys' Eyes Only

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    results lists?
3    A    I believe so, yes.
4    Q    And do you know when that was?
5    A    I believe, again, in 2006.
6    Q    Do you know what time in 2006?
7    A    I don't know specifically what time.
8    Q    Would it have been in 2005 as well?
9    A    I don't know.
10   Q    Did there come a time when Health Grades
11   added hyperlinks to information on healthcare
12   providers in their results list?
13        MR. VAZQUEZ:  Form.
14   A    Repeat that one more time.
15   Q    (BY MR. STIMPSON)  Did there come a time
16   when Health Grades added hyperlinks in their results
17   lists to information on healthcare providers?
18        MR. VAZQUEZ:  Same.
19   A    I believe so, yes.
20   Q    (BY MR. STIMPSON)  That would have been
21   available in 2004, 2005, 2006, right?
22        MR. VAZQUEZ:  Form.
23   A    I don't know what time period that would
24   have been available.
25   Q    (BY MR. STIMPSON)  Well, I mean at the

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    very least 2004, 2005, 2006 when you get the results
3    list, you could click on a doctor and that was sort
4    of hyperlinked to the report, right, or to the
5    ability to purchase the report, right?
6        MR. VAZQUEZ:  Form.
7    A    I believe that would be true, correct.
8    Q    (BY MR. STIMPSON)  Did there come a time
9    when Health Grades allowed healthcare providers to
10   become members of Health Grades?
11        MR. VAZQUEZ:  Form.
12   A    I'm not sure.
13   Q    (BY MR. STIMPSON)  Do you know what I mean
14   by member of Health Grades?
15   A    I don't know.
16   Q    Did there come a time when Health Grades
17   allowed healthcare providers to have any kind of
18   special treatment, no matter whether it's called
19   member or whatever, by paying extra money?
20        MR. VAZQUEZ:  Form.
21   A    So as part of the Connecting Point
22   program, similar to Google and other types of
23   providers -- or I should say maybe Internet service
24   provider is a good term, Health Grades would allow
25   certain physicians to show up as banner-type

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    advertising in search results.
3    Q    (BY MR. STIMPSON)  Sort of enhanced
4    services for those physicians who would pay for a
5    service, right?
6        MR. VAZQUEZ:  Form.
7    A    Well, to be clear, typically it was the
8    hospital that was paying that service to us.  Could
9    have been physician practices or individual
10   physicians, though.
11   Q    (BY MR. STIMPSON)  Do you know whether in
12   2005 any physicians had received enhanced services
13   through this Connecting Point?
14   A    I'm not sure in 2005.
15   Q    How about 2006?
16   A    I believe, yes, in 2006 they would have.
17   Q    Early 2006?
18   A    I'm not sure when in 2006.
19        MR. VAZQUEZ:  Scott, can we take a quick
20   two minutes?
21        MR. STIMPSON:  Yeah.
22        (Recess taken from 11:20 a.m. to
23   11:25 a.m.)
24   Q    (BY MR. STIMPSON)  Mr. Dodge, do you know
25   what a patient experience tool is?

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    I'm not familiar with that specific term.
3    Q    Did there come a time when Health Grades
4    included in its reports favorable positioning results
5    lists for physicians?
6    A    Again, I would say as part of the
7    Connecting Point program in 2006, I believe.
8    Q    My notes earlier today say Connecting
9    Point was 2005.
10   A    That's right, we did again at the end of
11   2005, you're right, that we did launch Connecting
12   Point.  So the enhanced listings probably were at the
13   end of 2005.
14   Q    Okay.  Do you know Dr. Drucker?
15   A    I do know Dr. Drucker.
16   Q    When did you first meet Dr. Drucker?
17   A    I don't recall when I first met him.
18   Q    Would it have been in early 2000s?
19   A    I don't think so.
20   Q    Before 2005?
21   A    I don't know when I first met him.
22   Q    What is Health Grades' relationship with
23   Dr. Drucker?
24        MR. VAZQUEZ:  Form.
25   A    I don't know that Health Grades has a

34 (Pages 130 - 133)


EXHIBIT G

Attorneys' Eyes Only

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2  relationship directly with Dr. Drucker.
3      Q    (BY MR. STIMPSON)  Who does?
4      A    Our former CEO, Kerry Hix.
5      Q    How did he know Dr. Drucker?
6      A    My recollection is Kerry, Mr. Hix, and
7  Dr. Drucker have been friends and acquaintances for
8  many years.
9      Q    Do you know how they knew each other?
10     A    I believe it related back to work Mr. Hix
11  did in a previous company where he consulted with
12  hospitals on clinical quality.  I think he initially
13  was introduced to Dr. Drucker at that time.
14     Q    Does Dr. Drucker have any special --
15  change the question, please.
16          Back in 2004, did Health Grades have any
17  special relationship with Dr. Drucker?
18     A    I don't recall.
19     Q    Did Dr. Drucker agree to assist Health
20  Grades with Health Grades' reports?
21          MR. VAZQUEZ:  Form.
22     A    I'm trying to think through the question
23  that you just asked again.  I don't know if I can
24  answer that.
25     Q    (BY MR. STIMPSON)  Let me just cut to the

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2  chase.  I've seen Dr. Drucker has been featured in
3  some of the earliest reports we've seen.  I can't
4  remember if it was Physician Quality Report or
5  Physician Quality Guide or what it is right now, but
6  very early reports with Dr. Drucker were some of the
7  earliest reports we've seen.
8          Do you know if Dr. Drucker had some
9  special relationship with Health Grades whereas he
10  agreed to be either a prototype report or a pilot
11  report?
12     A    I think he agreed to help us with some
13  beta testing around Connecting Point.
14     Q    How about with any other services, like
15  Physician Quality Reports and Physician Quality
16  Guides?
17     A    I don't know.
18     Q    Are there any agreements with Dr. Drucker
19  that Health Grades has?
20     A    I don't know.
21     Q    When did Health Grades first allow the
22  public access to a report on Dr. Drucker?
23     A    That, I don't know.
24     Q    Could you narrow it down to a year?
25     A    I believe sometime in 2005 given that's

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2  when we launched Connecting Point, toward the end of
3  that year, I believe, in 2005.
4      Q    Do you know if when Dr. Drucker's -- let
5  me rephrase, please.
6          Do you know when the first time a report
7  for Dr. Drucker included patient ratings?
8          MR. VAZQUEZ:  Form.
9      A    I don't know.
10     Q    (BY MR. STIMPSON)  Can you narrow down the
11  year?
12          MR. VAZQUEZ:  Same.
13     A    Again, as I previously stated, I believe
14  that patient ratings were available sometime in 2006,
15  but I'm not -- I can't narrow it down any more than
16  that.
17     Q    (BY MR. STIMPSON)  Did Health Grades
18  collect patient provided information on Dr. Drucker
19  before other physicians?
20          MR. VAZQUEZ:  Form.
21     A    I don't know.
22     Q    (BY MR. STIMPSON)  If you could look back
23  to this topic, it's actually number 3.
24  Identification of all other prior art known to Health
25  Grades including but not limited to Health Grades

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2  products --
3          THE REPORTER:  Including but --
4          MR. STIMPSON:  Let me start again.  Number
5  3.
6          MR. VAZQUEZ:  Scott, maybe to save you
7  some time, he's not designated for 3 or 2.
8          MR. STIMPSON:  Thank you.
9          MR. VAZQUEZ:  Just number 1, except for
10  the parenthetical.
11          MR. STIMPSON:  Right.  Okay.  I asked --
12          MR. VAZQUEZ:  John Neal.
13          MR. STIMPSON:  -- John Neal that already.
14          (Discussion off the record.)
15     Q    (BY MR. STIMPSON)  Was there anything --
16  when the report on Dr. Drucker was ready, was there
17  anything secret about it?
18          MR. VAZQUEZ:  Form.
19     A    I'm not sure.
20     Q    (BY MR. STIMPSON)  As we sit here today,
21  you don't know of any secrecy surrounding
22  Dr. Drucker's report?
23          MR. VAZQUEZ:  Same.
24     A    I'm not aware one way or the other.
25     Q    (BY MR. STIMPSON)  Do you know whether

35 (Pages 134 - 137)


EXHIBIT G

Attorneys' Eyes Only

Page 138

CONFIDENTIAL ATTORNEYS EYES ONLY

1  Dr. Drucker's report was accessible to the public as
2  soon as it was ready?
3
4      A    I don't know.
5      Q    Are you aware that MDx changed its website
6  in early 2011?
7      A    I think I -- yeah, I've become aware of
8  that.
9      Q    When did you become aware of that?
10     A    I don't recall when I first became aware
11 of it.
12     Q    Was it before or after Health Grades sued
13 MDx?
14     A    I'm not sure.
15     Q    And the change we're talking about is that
16 MDx no longer had a comparison report page on its
17 website, right?
18         MR. VAZQUEZ:  Form.
19     A    I'm not sure of the specifics.  I know it
20 had come to my attention that there had been changes.
21 I don't recall specifically what those changes were.
22     Q    (BY MR. STIMPSON)  Do you recall that the
23 changes related to comparison ratings?
24     A    I think I had a general knowledge
25 something related to comparison ratings, but that's

Page 139

CONFIDENTIAL ATTORNEYS EYES ONLY

1  all.
2
3      Q    Do you know if anyone at Health Grades or
4  Health Grades' counsel knew of this change prior to
5  filing the complaint in this action?
6          MR. VAZQUEZ:  Form.
7          And, of course, don't divulge any
8  communications between us that are privileged.
9          You can answer the question otherwise.
10     A    I'm not sure.
11     Q    (BY MR. STIMPSON)  Have you discussed that
12 change in the MDx website with anyone other than
13 counsel?
14     A    I don't believe so, no.
15     Q    Have you discussed the substance of this
16 case with anyone outside of counsel?
17     A    Not -- not -- I'm sorry.  Only when
18 counsel has been present.  So there may have been
19 more than one of us at a discussion.
20     Q    Were you involved in Health Grades' effort
21 to buy uCompare?
22     A    I was not involved.
23     Q    Were you aware of it?
24     A    I was generally aware of some discussion.
25     Q    Actually, it was more than a discussion,

Page 140

CONFIDENTIAL ATTORNEYS EYES ONLY

1  wasn't it?  Didn't Health Grades make an offer to
2  purchase uCompare from the New York Times?
3
4      A    I believe there was an offer.
5      Q    Do you know the results of that offer?
6          MR. VAZQUEZ:  Form.
7      A    I know that a transaction was not
8  consummated.
9      Q    (BY MR. STIMPSON)  Do you know who did
10 purchase uCompare?
11     A    My recollection is, yes, Vitals did
12 purchase uCompare.
13     Q    How much did Health Grades first offer to
14 purchase uCompare?
15     A    I don't recall.
16     Q    Was it more than 5 million?
17     A    I don't recall.
18     Q    After Health Grades learned that MDx had
19 the winning bid for uCompare, did Health Grades try
20 to increase its offer?
21     A    I don't know.
22     Q    When Health Grades was determining whether
23 or not to bring suit against MDx for patent
24 infringement, was it known that MDx had the winning
25 bid for uCompare?

Page 141

CONFIDENTIAL ATTORNEYS EYES ONLY

1      A    I don't recall if there was or not.
2
3      Q    Do you remember discussing internally at
4  Health Grades that MDx had purchased uCompare?
5      A    I don't recall.
6      Q    When did Health Grades first -- I'm not
7  asking for substance of communications, but when did
8  Health Grades first consider suing MDx for patent
9  infringement?
10     A    I don't recall the timeframe of when we
11 first considered suing MDx, Vitals.
12     Q    Was it right after the patent issue?
13     A    I don't recall.
14     Q    Were you involved in any of Health Grades'
15 efforts to try to purchase MDx?
16     A    I was not.
17     Q    At any time?
18     A    I was not involved.  The only thing I can
19 think of that you could say of potential involvement
20 in, there may have been an NDA.  I just don't if
21 there was a non-disclosure agreement or not.
22     Q    Did Health Grades inquire twice about the
23 possibility of purchasing MDx?
24         MR. VAZQUEZ:  Form.
25     A    I don't know.

36 (Pages 138 - 141)

800-227-8440

EXHIBIT G

973-410-4040

Attorneys' Eyes Only

Page 142

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    (BY MR. STIMPSON)  You understand that MDx
3    is a smaller company than Health Grades?
4         MR. VAZQUEZ:  Form.
5    A    I'm aware of their website traffic, but
6    I'm not aware of what their financial position is.
7    Q    (BY MR. STIMPSON)  Have you -- who is
8    Health Grades' damages expert?
9    A    Who is the damage expert?
10   Q    Yeah.
11   A    I know the name of the individual.  I
12   can't think of the name of the firm.  J. P., John
13   Paul.
14   Q    Is that the name of the firm or the
15   person?
16   A    The name of the person.
17   Q    Have you spoken with him recently?
18   A    Within the last couple of weeks, yes.
19   Q    And what did you discuss with your damages
20   expert?
21   A    Just spoke in general with respect to some
22   of Health Grades' products, revenue streams, et
23   cetera.
24   Q    Do you know what damages number your
25   expert intends to propose?

Page 143

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    I don't know.
3    Q    Do you know a ballpark?
4    A    I don't know.
5    Q    Do you know any of the bases for your
6    damages expert's proposed number?
7         MR. VAZQUEZ:  Form.
8    A    I don't even know if there's a proposed
9    number yet, so no.
10   Q    (BY MR. STIMPSON)  So you said that you
11   talked about some things with your damages expert.
12   Give a little bit more detail, please.
13        What specifically did he ask you?
14   A    We talked about the Health Grades
15   products.  So I went through an explanation of our
16   products, not too dissimilar from the dialogue that
17   you and I have gone through as to what product
18   offerings Health Grades has had.
19   Q    Old products or the newer ones?
20   A    In general, products in general.
21   Q    Okay.
22   A    And revenues derived from those products.
23   Q    What did you tell him about the products
24   and the revenues derived from those products?
25   A    I went through an explanation, again, of

Page 144

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    specifically what products that Health Grades has and
3    shared with him the revenue streams from the products
4    over the last several years.
5    Q    Anything else?
6    A    Went through with him some of the expenses
7    of the company over the same period.
8    Q    What did you talk about with regard to
9    expenses?
10   A    Just discussed and shared with him the --
11   like the annual expenses related to the company for
12   the last several years.
13   Q    Did you talk about how Health Grades'
14   revenues would change if Vitals was not in business?
15   A    We talked in general about that concept,
16   yes.
17   Q    And what did you tell him?
18   A    I told him that given the traffic that
19   Vitals receives that my belief is given -- I believe
20   the traffic of Vitals is principally searching for
21   physicians.  That given, I believe, we are the
22   dominant player in physician search, that we would
23   receive the majority of that traffic, in my view, if
24   not for Vitals.
25   Q    And so did you tell him that you thought

Page 145

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    that the number of hits to Health Grades' website
3    would go up considerably if Vitals was not doing
4    business?
5    A    I told him I thought it would go up.  We
6    haven't had substantive discussions on what
7    percentage or by how much.
8    Q    Let me ask you now.  How much do you think
9    the Health Grades business traffic would increase if
10   Vitals was not in the market?
11        MR. VAZQUEZ:  Form.
12   A    I don't know.  That's really what I'm
13   looking for damage experts to help us with,
14   determine.
15   Q    (BY MR. STIMPSON)  So if your damages
16   expert asks you how much would your traffic go up if
17   Vitals was not a website, you can't give him an
18   answer, right?
19        MR. VAZQUEZ:  Form.
20   A    No, I didn't say that.  I'm looking for
21   him to really help us understand the extent.  My
22   guidance to him would be, as I previously stated, I
23   believe it would be substantial given we are the
24   dominant player, in my view, with respect to
25   physicians.

37 (Pages 142 - 145)

EXHIBIT G

Attorneys' Eyes Only

Page 146

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    (BY MR. STIMPSON)  Well, can you quantify
3    that for me for percentage wise?  When you say
4    substantial, do you think that the amount of traffic
5    would go up by 10 percent?  20 percent?  80 percent?
6        MR. VAZQUEZ:  Form.
7    A    I can't quantify at this time.
8    Q    (BY MR. STIMPSON)  Is there anything you
9    would need to see in order to be able to quantify
10   that?
11   A    I'm not sure.
12   Q    Are you aware of the fact that many of the
13   hits on the Vitals website are also hits on Health
14   Grades' website?
15       MR. VAZQUEZ:  Object to form.  No
16   foundation.
17   Q    (BY MR. STIMPSON)  Maybe I'll rephrase it.
18   That's probably a poorly-worded question.
19   A    Sure.
20   Q    You understand don't you, Mr. Dodge, that
21   many of the people who visit the Vitals website also
22   visit the Health Grades website?
23       MR. VAZQUEZ:  Same objection.
24   A    I understand that occurs.  To what extent,
25   I'm not sure how often that happens.

Page 147

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    (BY MR. STIMPSON)  Do you have any idea of
3    the percentages of the Health Grades hits that have
4    also been hits on Vitals?
5    A    I don't know.
6    Q    Do you know if it's less than 50 percent?
7    A    I don't know.
8    Q    How would you determine that information?
9    A    The only way I can think of is there may
10   be some available information through services such
11   as Comscore, but I'm not sure.
12   Q    Is Comscore reliable?
13   A    That's a hard question to answer.  I
14   believe they're recognized as the standard.  As to
15   reliability, I can't really comment on it.
16   Q    You have no personal opinion on the
17   reliability of Comscore?
18   A    As I stated, what confidence is that they
19   are the industry standard.  I know the people look to
20   them, but I'm not sure one way or the other about
21   reliability.
22   Q    Okay.  Did you discuss with your damages
23   experts other competitors, besides Vitals, other
24   competitors?
25   A    We talked about competition and Health

Page 148

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Grades' products and services, yes.
3    Q    And what did you tell him about
4    competition?
5    A    Told him that with respect to some of the
6    marketing services that I testified to earlier with
7    respect to hospitals that we face competition from
8    companies such as Solutions and also U.S. News &
9    World Report.
10       We talked about on the quality improvement
11   side that Health Grades faces competition from
12   companies such as McKesson and Deloitte & Touche and
13   other companies that have similar consulting
14   services.
15       We talked about competition as it relates
16   to healthcare information and companies such as
17   WebMD.
18       We talked about physician search and
19   physician information.
20       And we talked about Vitals.  We talked
21   about briefly uCompare.
22   Q    In that same physician search and info?
23   A    Correct.
24   Q    Okay.
25   A    And we mentioned iTriage.  And those are

Page 149

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    the companies that come to mind right now that I
3    discussed with J. P.
4    Q    Do you consider Vitals to be a competitor
5    in the hospitals -- the first category you mentioned
6    was hospitals.  All I could write down because of my
7    poor handwriting abilities is something about
8    hospitals, something about hospital information?
9    A    What I was referring to was marketing
10   programs where hospitals will license from Health
11   Grades the ability to say that they are five star or
12   best in class in a certain service area.
13       And companies like Solutions which
14   actually has been sold a couple times over, I believe
15   it's now Thompson Reuters that publishes a top 100
16   hospital list.  And U.S. News & World Reports has a
17   similar type of rating.  And Health Grades competes
18   for those service offerings directly with those
19   companies.
20   Q    Does Vitals compete with Health Grades in
21   this marketing programs segment?
22   A    For that specific product, I don't know
23   that -- I don't believe that Vitals has, but I'm not
24   sure because I'm not privy to, you know, any of their
25   products and services.

38 (Pages 146 - 149)

EXHIBIT G

Attorneys' Eyes Only

Page 150

CONFIDENTIAL ATTORNEYS EYES ONLY

1  Q    Does Vitals compete in any -- you said
2  that particular product.
3
4        Does Vitals compete in any way in these
5  marketing programs for hospitals?
6  A    The only pause I have is I believe they
7  have some hospital information on their site, but I'm
8  not certain of that.
9  Q    Okay. How much -- what percentage of
10 Health Grades' revenue comes from the marketing
11 programs for hospitals?
12 A    What timeframe are we discussing?
13 Q    Good question. Let's try 2010.
14 A    2010, in 2010 what we haven't gotten to is
15 the company made a significant acquisition. So we
16 haven't talked about those products and services,
17 which would include products and services related to
18 hospitals. So I'm not sure how you would like to go
19 about that dialogue.
20 Q    All right. Let's talk about before the
21 acquisition. What percentage of marketing programs
22 for hospitals, what part of revenue stream is that?
23 A    Okay. Give me one second.
24      MR. VAZQUEZ:  Form.
25 A    I would say about 40 percent.

Page 151

CONFIDENTIAL ATTORNEYS EYES ONLY

1  Q    (BY MR. STIMPSON)  And --
2  A    Overall revenue. I'm sorry.
3  Q    I understand.
4  A    That was your question, correct?
5  Q    Yeah.
6  A    Okay.
7  Q    What was the total revenue of 2010,
8  ballpark, for Health Grades?
9  A    Ballpark 2010, with the acquisition,
10 approximately 88 million.
11 Q    Okay. And so before the acquisition, what
12 was the revenue before the acquisition?
13 A    If I tried to isolate just the
14 acquisition, it would have been roughly 60 million.
15 Q    Okay. Without the acquisition?
16 A    In 2011 we're talking about, correct?
17 Q    No, '10. I thought you said the
18 acquisition was --
19 A    Sorry, sorry, let me back up one second.
20 You're right. I was already jumping to 2011. So let
21 me step back for a moment and make sure I have my
22 numbers straight. Because we had -- we showed pro
23 forma results for 2010, that's what gave me pause for
24 a second.
25

Page 152

CONFIDENTIAL ATTORNEYS EYES ONLY

1  So it would have been we had approximately
2  60 million is the right number in 2010 of total
3  revenue. And the marketing programs, yeah, would
4  have been approximately 40 percent.
5  Q    Okay.
6  A    So my recollection is correct.
7  Q    So the acquisition we were talking about
8  actually occurred in 2011?
9  A    There were two. There was a significant
10 acquisition in October of 2011. And there was also,
11 as part of Veststar Capital Partners acquisition of
12 Health Grades in October of 2010, there was another
13 company that was essentially contributed or rolled
14 into Health Grades in October of 2010.
15 Q    What was that company?
16 A    The company was called InHealth.
17 Q    I-N-H-E-A-L-T-H, one word, correct?
18 A    Correct. It gets a little bit confusing
19 given InHealth was part of the Veststar Capital
20 Partners portfolio prior to the Health Grades
21 acquisition.
22      From an accounting standpoint InHealth
23 acquired Health Grades. So results of operations --
24 the reporting is just different. So I'll leave it at
25

Page 153

CONFIDENTIAL ATTORNEYS EYES ONLY

1  that for now.
2  Q    So did InHealth become part of Health
3  Grades in October of 2010?
4  A    It became part of our operations. For
5  accounting purposes InHealth is really the reporting
6  entity in 2010. Or stated differently, Mountain
7  Acquisition Corp, which now owns Health Grades and
8  InHealth, is the consolidated operations of all of
9  the Health Grades and InHealth activity in 2010.
10 Q    Health Grades, Inc. is a separate company,
11 right?
12 A    Health Grades is a stand-alone company,
13 yes.
14 Q    Okay. And it was in October of 2010?
15 A    That is correct.
16 Q    And was InHealth part of Health Grades in
17 October 2010?
18 A    Beginning in October 2010, yes, it was.
19 Q    It was merged?
20 A    Legally, Health Grades acquired InHealth
21 and it did become part of its operations. Solely for
22 accounting purposes, InHealth is technically the
23 acquirer of Health Grades.
24 Q    So InHealth -- did InHealth in October of

39 (Pages 150 - 153)

EXHIBIT G

Attorneys' Eyes Only

Page 154

CONFIDENTIAL ATTORNEYS EYES ONLY

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  2010 purchase all the assets of Health Grades?
3  A   No.  Legally Health Grades acquired
4  InHealth and that company, okay?  InHealth did
5  survive in 2010 as its own legal entity but was owned
6  by Health Grades.  However, for accounting/reporting
7  purposes, InHealth for purchase accounting --
8  accounting purposes InHealth acquired Health Grades.
9  Q   InHealth was a separate company.  Was it a
10  subsidiary of Health Grades?
11  A   Correct.
12  Q   Okay.  So it's a different company.  It's
13  not part of this lawsuit.  Health Grades is the
14  plaintiff in this lawsuit.  So InHealth as a separate
15  company, a separate subsidiary, is not part of the
16  lawsuit?
17  MR. VAZQUEZ:  Form.
18  A   I don't know that I can answer that.
19  Again, Health Grades is the plaintiff, I agree.
20  Q   (BY MR. STIMPSON)  Right.
21  A   But I can't answer the second part of your
22  question.
23  Q   All right.  But InHealth in October 2010
24  when all this happened, InHealth was a separate
25  company, subsidiary of Health Grades, correct?

Page 155

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  A   Yes, in 2010, InHealth became a legal
3  subsidiary of Health Grades.
4  Q   Is that still the case today?
5  A   InHealth is not any longer a subsidiary.
6  The entity itself has been dissolved.  The operations
7  continue, but the company is dissolved.
8  Q   So who owns the operations?
9  A   Health Grades.
10  Q   That's all part of -- when did that
11  happen?
12  A   That happened December 31st, 2011.
13  Q   So InHealth was a separate subsidiary of
14  Health Grades from October 2010 to December 31, 2011,
15  correct?
16  A   Correct.
17  Q   At that time InHealth was dissolved,
18  Health Grades just assumed all their --
19  A   Yeah, InHealth as a legal entity was
20  dissolved and the operations as they had existed
21  continued within Health Grades.
22  Q   So what did InHealth do in October of 2010
23  before all this happened?
24  A   InHealth was essentially an organization,
25  I would call it a sales organization.  InHealth

Page 156

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  essentially sold products and services that were
3  Internet based to pharmaceutical companies, then
4  device companies, as well as agencies.
5  Q   So Vitals didn't compete with InHealth.
6  They're just different markets, right?
7  MR. VAZQUEZ:  Form.
8  A   I don't agree with that, no.
9  Q   (BY MR. STIMPSON)  So you think Vitals did
10  compete with InHealth?
11  A   I think, again, as I think about
12  competition, it comes in many forms.  You can slice
13  it many ways.  There is a lot of competition for
14  advertising dollars.  And so I would say to some
15  degree I would say that there was some competition
16  with respect to advertising dollars.
17  Q   But InHealth didn't have any products
18  and/or services on the Internet like Health Grades
19  does where they get on and purchase reports and
20  things like that, right?
21  MR. VAZQUEZ:  Form.
22  A   I'm trying to understand if your question
23  is -- if your specific question -- maybe you can --
24  Q   (BY MR. STIMPSON)  Let me rephrase.
25  A   Okay.  Go ahead.  Why don't you rephrase.

Page 157

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  Q   Were Vitals and InHealth competing for the
3  same sets of consumer eyes for like information on
4  healthcare providers before October 2010?
5  A   No, they would not have been, I don't
6  believe.
7  Q   And that's true up until December 31, 2011
8  at least, right?
9  A   No, that's not true.
10  Q   Okay.  So how did it change between
11  October 2010 and December 2011?
12  A   In October 2010 InHealth's business
13  model -- can I just stop for one second?
14  Q   Sure.
15  A   I want to make sure that everything I'm
16  saying regarding the business, revenues, et cetera,
17  is all attorney --
18  Q   I understand.
19  A   Okay.  Great, thank you.
20  So in October 2010 and prior, InHealth
21  was, for lack of a better term, incubated by Veststar
22  Capital Partners within another portfolio company of
23  Veststar.
24  I raise that simply because InHealth was
25  an organization that didn't have its own web property

40 (Pages 154 - 157)

EXHIBIT G

Attorneys' Eyes Only

Page 158

CONFIDENTIAL ATTORNEYS EYES ONLY
1   that they were selling information on.  They were
2   selling products and services to third-party
3   distribution entities, so other web properties where
4   they could help drive traffic to those sites to
5   generate more page views and advertising for these
6   third-party agencies.
7       Sorry.
8       Q    That's all right.  I didn't want to cut
9   you off.
10      A    I'll let you ask the next question.
11      Q    It's confusing.
12          MR. VAZQUEZ:  Let's ponder it over lunch.
13          MR. STIMPSON:  Yeah, why don't we.  We'll
14      pick this up after lunch.
15          (Recess taken from 11:59 a.m. to
16      1:03 p.m.)
17      Q    (BY MR. STIMPSON)  Okay.  Mr. Dodge, I've
18      placed before you Exhibit 20.  We're going to go back
19      some more and talk about the reports because this
20      discussion on InHealth gave me a headache.
21          So it says here, this is an e-mail dated
22      March 28th, 2003 from Scott Montroy.
23          Do you see that?
24      A    I do see it.

Page 159

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2       Q    It's about the Physician Comparison
3   Report.  It says that the Physician Research
4   Comparison Report was launched as of March 28th,
5   2003.
6       Does this refresh your memory at all about
7   Physician Research Comparison Report?
8       A    It doesn't --
9          MR. VAZQUEZ:  Form.
10      Q    (BY MR. STIMPSON)  You can answer.
11      A    Yeah, it doesn't.  I mean, I see the
12   statement but it doesn't refresh my memory.
13      Q    So you can't tell me anything about what
14   that might have contained, right?
15      A    That's correct, I cannot.
16      Q    And what's the physician consumer site?
17      A    I'm just going to read this e-mail again
18   real quickly.
19      Q    Sure.
20      A    I don't know what we're referring to as
21   the physician consumer site.
22      Q    Okay.  You can put that one aside and I'll
23   give you another one.  Let me show you what has been
24   marked as Exhibit 21, a multipage document bearing
25   Bates numbers HG 0208975 to 9000.

Page 160

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2       This is an e-mail from Scott Montroy to
3   John Neal dated April 17, 2003, correct?
4       A    That's what is stated on the first page,
5   yes.
6       Q    You have no reason to believe this is
7   anything out of the ordinary for Health Grades,
8   right, to be prepared and kept in the ordinary course
9   of business?
10      A    I believe so, yes.
11      Q    Can you look to the next page, 208976,
12   Physician Quality Report for consumers?  Just take a
13   minute and flip through that, and let me know if that
14   helps refresh your recollection of the Physician
15   Quality Reports.  There's actually two reports in
16   there, but I'll get to the other one later.
17      A    Okay.  I've flipped through the first one,
18   yes.
19      Q    Does this refresh your memory about what
20   Physician Quality Reports were?
21      A    A bit in terms of some of the information
22   that it included.
23      Q    Okay.  So were these reports, these
24   Physician Quality Reports of the same format that we
25   see here in Exhibit 21 available to the public as of

Page 161

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2   2003?
3       A    I think when you say in the format as
4   they're written here, yes, I believe there was the
5   ability -- it appears there was ability for a
6   consumer to buy a report.  Although, I say that but
7   the only thing I'm still struggling with is the first
8   page where there's a statement that says, Can you
9   forward to me a sample doctor report?
10      So I'm just not clear if these were really
11   available for the public yet.  I just can't represent
12   one way or the other.
13      Q    Well, the e-mail is dated April 17, 2003.
14   I mean, can we at least say sometime in 2003
15   Physician Quality Reports in this format were
16   available to the public?
17          MR. VAZQUEZ:  Form.
18      A    I mean, I know I stated that in -- I
19   believe I stated that in 2003 we had Physician
20   Quality Reports.  I just -- when you say in this
21   form, I don't know if this is the specific form or
22   not.
23      Q    (BY MR. STIMPSON)  Do you have any reason
24   to believe that this format was incorrect -- excuse
25   me, let me rephrase again.

41 (Pages 158 - 161)

EXHIBIT G

Attorneys' Eyes Only

Page 162

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2        Do you have any reason to believe that the
3    format we see here of this Physician Quality Report
4    was different that the Physician Quality Reports that
5    were available to the consumers in 2003?
6        MR. VAZQUEZ: Form.
7    A    I don't. I just don't know.
8        MR. VAZQUEZ: Scott.
9        MR. STIMPSON: Sure.
10       MR. VAZQUEZ: I think this report or
11   Exhibit 21 used to have five reports in it.
12       MR. STIMPSON: Did it?
13       MR. VAZQUEZ: I'm not sure this Exhibit 21
14   is complete.
15       MR. STIMPSON: Well, if that's the case,
16   we'll have to remark it, but I've put on the Bates
17   numbers so we know what we're talking about.
18       MR. VAZQUEZ: Sure.
19       MR. STIMPSON: Okay. Thank you. I think
20   you might be talking about Exhibit 8.
21       MR. VAZQUEZ: Okay. I might.
22       MR. STIMPSON: Anyway, if it's wrong it's
23   wrong. We know what Bates numbers we've got in front
24   of us anyway.
25       MR. VAZQUEZ: Right.

Page 163

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    (BY MR. STIMPSON) Would you look to page
3    8977. Do you see the Bates number in the bottom
4    right it has Quality Ratings for Affiliated
5    Hospitals?
6    A    I see the caption.
7    Q    Do you see that the various hospitals and
8    various categories have star ratings?
9    A    I see the star ratings, yes, for various
10   hospitals on this report on the next couple pages.
11   Q    Do you have any reason to believe that
12   these star ratings were not available to the public
13   in Physician Quality Reports in 2003?
14   A    I don't.
15   Q    And if this is, in fact, the form that the
16   Physician Quality Reports had in 2003, then we can
17   say that as of 2003 there were comparative --
18   comparison ratings of healthcare providers in this
19   Physician Quality Report?
20       MR. VAZQUEZ: Form.
21   A    How I would answer that is there appear to
22   be comparative ratings for hospitals. And in this
23   case, there are four hospitals listed. So there
24   appear to be comparative ratings for different
25   specialties for specific hospitals.

Page 164

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    (BY MR. STIMPSON) Right. So, for
3    example, you could look at John F. Kennedy Memorial
4    Hospital, medical cardiology under survival had three
5    stars. You can see on the next page Lakewood
6    Regional on that same topic only had one star, right?
7    A    Yes, I do see that, that's correct.
8    Q    If you could please turn to the next
9    report, which is at page 987. I think you've already
10   had a chance to flip through that, go ahead if you
11   want to. I'm just going to ask you whether this
12   refreshes your memory about Comparative Physician
13   Reports.
14       MR. VAZQUEZ: Form.
15   A    It does a bit, yes.
16   Q    (BY MR. STIMPSON) So were these
17   Comparative Physician Reports available to the public
18   at least as early as 2003 from Health Grades?
19       MR. VAZQUEZ: Form.
20   A    Again, I don't know specifically when
21   these reports -- I mean, I can see the date, but I
22   don't know when they were available to the public.
23   Q    (BY MR. STIMPSON) Do you know the sources
24   of information if they're Comparative Physician
25   Reports?

Page 165

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    I believe pieces of them, if we walk
3    through them, I may. Some I don't know specifically.
4    Q    Well, let's just -- education and
5    training, you see medical schools. Do you know where
6    that information was obtained for the Comparative
7    Physician Reports?
8        MR. VAZQUEZ: Form.
9    A    I don't.
10   Q    (BY MR. STIMPSON) How about residency?
11   A    I don't.
12   Q    Fellowship?
13   A    No, other than reading a caption we can
14   all read, that reads in brackets, ABMS data will be
15   used here in the future, although the rest of the
16   information is blank.
17   Q    Okay. How about licensure?
18   A    I believe this did come from the state
19   medical boards.
20   Q    Okay. How about years since medical
21   school?
22   A    I don't know.
23   Q    How about professional misconduct, page
24   991.
25   A    So to be clear, as I look at this

42 (Pages 162 - 165)

EXHIBIT G

Attorneys' Eyes Only

CONFIDENTIAL ATTORNEYS EYES ONLY

1  report -- so a couple things.  As you look at the
2  professional misconduct section, we have a list of
3  physicians and a designation which appears to be yes
4  or no.  And yes in answer to the question do these
5  physicians have any professional misconduct.
6      And my recollection is the way Health
7  Grades would be able to populate that answer as to
8  yes or no would be from information that was received
9  from the state medical boards.
10     Q    Okay.  How about board certified?
11     A    I know there were a few places at
12  different points of time that reports were offered
13  that Health Grades received board certified
14  information.  My recollection is that ABMS, which I
15  believe is the American Board of Medical Specialties,
16  is where we received most of that board
17  certification.  There may have been a few other
18  agencies like that.
19     Q    Okay.  Any information in this report that
20  would have been received from the healthcare
21  providers?
22     A    Let me flip through the remaining real
23  quickly.
24         No, I don't believe so, no.

CONFIDENTIAL ATTORNEYS EYES ONLY

1      Q    Let me show you what has been marked as
2  Exhibit 49.  This is a multipage document bearing
3  Bates numbers HGMKEES 022569 to 22574.
4      MR. STIMPSON:  Jesus, do you know what
5  this designation is, Health Grades MKES?
6      MR. VAZQUEZ:  Yes, that stands for HG is
7  Health Grades Montroy key words e-mail server.
8      MR. STIMPSON:  Okay.  Thank you.
9      MR. VAZQUEZ:  There's another one that has
10  FS, that would be the file server.
11     MR. STIMPSON:  Okay.  Thank you.
12     Q    (BY MR. STIMPSON)  Can you identify this
13  document for us, please?
14     A    This appears to be a Health Grades patient
15  experience survey, questionnaire.
16     Q    And this was what was put on the Health
17  Grades website to solicit feedback from patients?
18     A    I believe so, yes.
19     Q    Do you see the top box there -- this was,
20  by the way, prepared and kept in the ordinary course
21  of business in Health Grades, right?
22     A    I believe it to be.
23     Q    In the top box it says, Health Grades will
24  not share your information with anyone without your

CONFIDENTIAL ATTORNEYS EYES ONLY

1  express desire and authorization.  Your physician
2  will not know you are completing this survey.
3      That's what you talked about a little
4  earlier today where you told them, basically assured
5  them, the patients, that you would not share this
6  information with their physicians and their personal
7  information would be kept confidential, right?
8      A    A little bit differently.  My testimony
9  was more around the privacy policy and user
10  agreements.  I wasn't aware there was this statement
11  in the survey in front of me.
12     Q    Okay.  Look to page 572, please.  Do you
13  see there at the bottom there's a copyright date of
14  2004?
15     A    I see that.
16     Q    Does that help refresh your memory as to
17  when these patient experience surveys were placed
18  online?
19     MR. VAZQUEZ:  Form.
20     A    It doesn't.
21     Q    (BY MR. STIMPSON)  As we sit here now with
22  this document in front of us, can you tell me when
23  these were first made available on the Health Grades
24  website?

CONFIDENTIAL ATTORNEYS EYES ONLY

1      A    I can't.
2      Q    Can you tell me whether it was at least
3  2005?
4      A    I can't.
5      Q    On that same page it says, Thank you for
6  taking our patient experience survey.  By completing
7  the survey, you authorize us to include your
8  responses in the survey results.
9          Did I read that correctly?
10     A    Yes, you did.
11     Q    And so whenever this survey was placed on
12  the Health Grades website, the patients were told the
13  idea here is we're going to collect these survey
14  results and include them in with survey results from
15  other patients, right?
16     A    No, I don't agree with that statement.
17     Q    Okay.  What's wrong with it?
18     A    Well, there are numerous statements such
19  as this that you can find in user agreements or
20  privacy policies that reserve the right to do certain
21  things.  There is nothing here that definitively
22  states that we will publish the results.  It just
23  gives the release by the patient that we can if we so
24  choose.

Veritext/NJ Reporting Company

800-227-8440

EXHIBIT G

973-410-4040

Attorneys' Eyes Only

Page 170

CONFIDENTIAL ATTORNEYS EYES ONLY

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    So the idea, the concept of including this
3    patient's answers with the results from other
4    patients is disclosed here, right?
5         MR. VAZQUEZ:  Form.
6    A    Sorry, say that one more time.
7    Q    (BY MR. STIMPSON)  Yeah.  The idea, the
8    possibility that this survey result might be included
9    with others and published is disclosed here, right?
10   A    That's true.  That's possible, yeah,
11   that's true.
12   Q    If you could turn to the next page, 573.
13   The second paragraph refers to JDPA's survey.  What
14   is that?
15   A    JDPA is JD Power & Associates.
16   Q    And what was their survey?
17   A    I didn't read this part.  If you don't
18   mind.
19   Q    Sure, that's fine.
20   A    I've read this.  I'm not really sure what
21   the intention was with the JD Power survey or this
22   document.
23   Q    If you turn to the next page, the
24   paragraph number 1.  This survey will replace the
25   JDPA survey.

Page 171

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2         Do you see that?
3    A    I see that statement at the time.
4    Q    Does that indicate at some point Health
5    Grades was getting survey results from JDPA?
6         MR. VAZQUEZ:  Form.
7    A    I don't know.  I don't have a context to
8    really understand this document.
9    Q    (BY MR. STIMPSON)  So overall this
10   document Health Grades copyrighted in 2004, this
11   still doesn't help you place when the Health Grades
12   survey was placed online?
13   A    It doesn't.
14   Q    I show a one-page document marked
15   Exhibit 25, HG 0120457.  Please take your time and
16   look at that, Mr. Dodge.
17   A    Okay.  I've read through the document.
18   Q    This is an early February 2004 e-mail from
19   Dave Hix to various people, including yourself?
20   A    Yes.
21   Q    Prepared and kept in the ordinary course
22   of business at Health Grades?
23   A    I believe so, yes.
24   Q    And the first line says, Here is a brief
25   summary of where we are with our products, plural,

Page 172

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    related to patient satisfaction.
3         Do you see that?
4    A    I see that statement.
5    Q    Do you know what products Health Grades
6    had as of this time related to patient satisfaction?
7    A    I don't.
8    Q    The subject line says Additional Patient
9    Sat points.  What does that mean?
10   A    I can only read that to read additional
11   patient satisfaction points, but I don't know.
12   Q    The first paragraph number 1.  We have
13   roughly 50,000 questions and answers since about
14   1999.
15        Do you know whether Health Grades had
16   questions and answers on patient satisfaction since
17   about 1999?
18   A    I don't.
19   Q    Do you have any idea where those 50,000
20   questions and answers would have come from?
21   A    No, I don't.
22   Q    Paragraph 2, partners such as Discovery
23   Health are currently using our survey instrument.
24   What was Health Grades' survey instrument as of this
25   time?

Page 173

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    Well, again, I'm not sure of the time
3    period where our survey instrument was published, but
4    in the document we just covered it appeared to be our
5    patient experience survey.  I'm not sure if it's
6    referring to the same survey, but that's the only
7    survey I recall.
8    Q    That was Exhibit 49, just so we know what
9    we're talking about?
10   A    Correct, the first part of Exhibit 49.
11   Q    When it says Discovery Health is currently
12   using our survey instrument, first of all, who is
13   Discovery Health?
14   A    The only recollection I have of Discovery
15   Health is they may have been a content partner at
16   some point.
17   Q    What do you mean a content partner?
18   A    Where Health Grades may have passed
19   certain information to Discovery Health.
20   Q    Do you have any idea of why Discovery
21   Health would have been using your survey instrument?
22   A    I don't.
23   Q    Does this indicate, therefore, that at
24   least as early as early 2004 someone, whether it was
25   Discovery Health or Health Grades, was using your

44 (Pages 170 - 173)

EXHIBIT G

Attorneys' Eyes Only

Page 174

CONFIDENTIAL ATTORNEYS EYES ONLY

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  survey instrument to collect data from patients?
3      A   I don't know.
4      Q   Do you know what other partners were using
5  your survey instrument at the time?
6      A   I don't know if any were, so I don't know.
7      Q   It says below that, Patient's Choice, a
8  corporate services client, wants ANY, and that's all
9  capitals, patient satisfaction instrument as part of
10  their site.  We have scheduled the start of this
11  project on February 15 and completion first of March.
12      Do you remember that?
13      A   I don't.
14      Q   Do you know whether Patient's Choice used
15  your patient satisfaction instrument?
16      MR. VAZQUEZ:  Form.
17      A   I don't know.
18      Q   (BY MR. STIMPSON) Number 4 says, Janet's
19  analysis.  Who is Janet?
20      A   I believe that's referring to Janet
21  Burkhard, the second person in the to line of the
22  e-mail.
23      Q   Who was she?
24      A   Janet at the time was I believe a vice
25  president.  So, yeah, that's -- she was a Health

Page 175

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  Grades employee.
3      Q   So is it fair to say then that Janet had
4  determined that patient satisfaction ratings weighed
5  heavy in the decision-making process for consumers?
6      MR. VAZQUEZ:  Form.
7      A   I don't -- yeah, I can only read this
8  statement as it's written as to Dave believed Janet's
9  whatever analysis she did revealed.  And that was the
10  consumer experience, whatever she means by that,
11  weighs heavy in the decision-making process.
12      Q   (BY MR. STIMPSON) Do you know if anyone
13  ever did any studies to find out whether comparison
14  ratings weighed heavily in consumers' minds?
15      MR. VAZQUEZ:  Form.
16      A   I don't know.
17      Q   (BY MR. STIMPSON) Do you have any
18  evidence that comparison ratings weighs heavily or
19  lightly in consumers' minds in determining
20  physicians?
21      MR. VAZQUEZ:  Form.
22      A   I don't know one way or the other.
23      Q   (BY MR. STIMPSON) 6 says, Fairly direct
24  correlation between the GE questions.
25      What were the GE questions?

Page 176

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2      A   I don't know.
3      Q   Number 7 says, Hewitt is looking at this
4  as a strategic item in 2005.
5      Did I read that right?
6      A   You did read that statement correctly,
7  yes.
8      Q   So does that help with your memory as to
9  when Hewitt and Health Grades worked on their
10  customized QRS?
11      MR. VAZQUEZ:  Form.
12      A   It doesn't, I mean, as I testified
13  previously is my recollection.
14      Q   (BY MR. STIMPSON) Let me show the witness
15  what has been previously marked as Exhibit 46.  It's
16  a multipage document bearing Bates numbers HGMKFS
17  098307 to 325.  Take a look at that, please,
18  Mr. Dodge.
19      (Discussion off the record.)
20      Q   (BY MR. STIMPSON) I'm going to ask about
21  specific pages.  You don't have to read the whole
22  thing in detail if you don't want to.
23      A   Okay.
24      Q   This is a project development plan for the
25  consumer site for Health Grades, correct?

Page 177

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2      A   It's a project development plan, yes.
3      Q   Do you see consumer site up here?
4      A   Yeah, I see the notation consumer site and
5  I see a project name associated with this.  So yes.
6      Q   This is dated April 15, 2004?
7      A   Yes, it is.
8      Q   Did you look at any of these project
9  development plans in preparation for your deposition?
10      A   I don't believe I did.
11      Q   Did you -- have you seen project
12  development plans before?
13      A   I believe I have on occasion over the last
14  15 years.
15      Q   Do you see this one talks about project
16  overview.  The project name is Patient Satisfaction
17  Survey - Consumer Site.
18      I believe you testified earlier that you
19  recall a patient experience survey, although I may
20  have that backward.  Was it a patient experience
21  survey you remembered or the patient satisfaction
22  survey that Health Grades did?
23      A   My recollection, I believe we were talking
24  about terminology.  And I was trying to distinguish
25  between what my understanding of the terms between

45 (Pages 174 - 177)

EXHIBIT G

Attorneys' Eyes Only

Page 178

CONFIDENTIAL ATTORNEYS EYES ONLY

1  patient satisfaction and patient experience were.
2      My recollection of the Health Grades tool,
3  I always remember thinking about it or hearing about
4  it as patient experience.
5      Q   Does this also help refresh your memory
6  that they also had a patient satisfaction survey?
7      A   I'm not sure they're not synonymous
8  because there are explanations in here that also
9  state patient experience.  So it may be nomenclature.
10  I'm not sure.
11     Q   Do you know what phase I or phase II was
12  in regard to the patient satisfaction survey?
13     A   I don't know.
14     Q   Can you look at page 312, please.  In box
15  4 it talks about search results page.
16     A   I see that at the top of the page.
17     Q   To the right there you see a sample search
18  results.
19     A   It's hard to read, but I do see a screen
20  shot.
21     Q   Yeah.  Do you know what that middle column
22  is between the doctor's name and the add to cart?
23     A   I don't know.
24     Q   How about the section 6 there, If the

Page 179

CONFIDENTIAL ATTORNEYS EYES ONLY

1  patient satisfaction report is selected, then user is
2  directed to next screen.  And this says, View your
3  reports.
4      Do you know what that is referring to
5  there on the side of the checkmarks?
6      A   I don't know.
7      Q   Do you know if patient satisfaction
8  results were available as of April 2004?
9      A   I don't know.
10     Q   I'm going to show you what has been marked
11  as Exhibit 26, please.  This is a multipage document
12  bearing Bates numbers -- actually, it's cut off on
13  the first page.  I think it's HG 0042042 to 44.  This
14  is an e-mail from Scott Montroy dated May 11, 2004?
15     A   That's what it states, yes.
16     Q   Prepared and kept in the ordinary course
17  of business?
18     A   I believe so.
19     Q   So as of May 2004 we can tell that the
20  Physician Online Services phase II was in progress,
21  correct?
22     MR. VAZQUEZ:  Form.
23     A   Let me read through this briefly.
24     I'm not sure I could agree or disagree

Page 180

CONFIDENTIAL ATTORNEYS EYES ONLY

1  with your statement.
2      Q   (BY MR. STIMPSON)  Anyway, Scott Montroy
3  was one of the lead people helping with the Physician
4  Online Services, right?
5      A   I believe he was, yes.
6      Q   And he's providing a rough cut of the
7  fields and content they wanted to collect from
8  physicians?
9      A   That's what the first statement of the
10  e-mail reads.
11     Q   And the last sentence says, We are trying
12  to fast track this project, so a quick response is
13  desired.
14     Did I read that correctly?
15     A   Yes, that statement appears here.
16     Q   Does this help refresh your memory as to
17  when Physician Online Services went online?
18     MR. VAZQUEZ:  Form.
19     A   It doesn't.
20     Q   (BY MR. STIMPSON)  Can you say at least
21  that as of early 2005 Physician Online Services would
22  have been available?
23     A   I can't one way or the other.
24     Q   And the second and third pages of this

Page 181

CONFIDENTIAL ATTORNEYS EYES ONLY

1  document, are these consistent with your recollection
2  of the types of data that were obtained from
3  physicians through Physician Online Services?
4      A   I can't respond globally.  I don't know if
5  all these fields are those that we've asked for
6  physicians to respond to.  There's a lot of fields
7  here.
8      Q   Right.  I'm going to show you a one-page
9  document marked Exhibit 27 bearing Bates number HG
10  0040238.  This is a May 25 e-mail from Scott Montroy
11  regarding the official launch of Physician Online
12  Services, correct?
13     A   That's what the e-mail title is in the
14  subject line, yes.
15     Q   So it's two weeks after the e-mail we just
16  saw, Exhibit 26.  And it's prepared and kept in the
17  ordinary course of business, right?
18     A   I believe it was, yes.
19     Q   And this confirms the official launch of
20  Physician Online Services in May of 2004, correct?
21     A   Let me just read the e-mail.
22     It appears to announce the launching of
23  the Physician Online Services, yes.
24     Q   So as of May 25, 2004, physicians and/or

46 (Pages 178 - 181)

EXHIBIT G

Attorneys' Eyes Only

Page 182

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2   their office administrators could correct, add, or
3   delete information on the physician profiles,
4   correct?
5        MR. VAZQUEZ:  Form.
6     A   I believe they -- I don't know if that
7   statement is accurate or not.
8     Q   (BY MR. STIMPSON)  You mean because they
9   didn't really go down the profile to change it
10  themselves.  They changed something in the database
11  and then Health Grades would then put it on the
12  profile?
13       MR. VAZQUEZ:  Form.
14    A   I agree with the first part of that.  I
15  don't know either way whether they did or didn't
16  populate any corrections made by the physician
17  immediately.  I just don't know how that process
18  worked or the timing worked.
19    Q   (BY MR. STIMPSON)  So this was May 25,
20  2004.  Given that Physician Online Services was
21  launched as of that time could we say with some
22  certainty that physician provided information was in
23  the Physician Reports sometime in 2004?
24       MR. VAZQUEZ:  Form.
25    A   I don't know one way or the other.

Page 183

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2     Q   (BY MR. STIMPSON)  Well, wouldn't that
3   make sense to you if physicians could get in on
4   May 25, 2004 and make edits that sometime within the
5   next several months those edits would have made their
6   way to some profiles?
7        MR. VAZQUEZ:  Form.
8     A   I just don't know what the timing would
9   have been.
10    Q   (BY MR. STIMPSON)  I understand.  I'm just
11  asking for your best understanding as we sit here
12  today.  In fact, if you look at this e-mail, the
13  second paragraph says -- it refers to a campaign to
14  improve our relationship with the physicians.
15       Do you see that?
16    A   I do see that.
17    Q   And don't you think physicians would have
18  been upset had they been able to tell Health Grades
19  about edits that were needed to their profiles and
20  Health Grades then not make those changes for many
21  months?
22       MR. VAZQUEZ:  Form.
23    A   I think physicians would certainly have
24  wanted information corrected if they submitted it.  I
25  would agree with that.

Page 184

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2     Q   (BY MR. STIMPSON)  And as quickly as
3   possible, correct?
4        MR. VAZQUEZ:  Form.
5     A   I would think the physicians would want
6   that, yes.
7     Q   (BY MR. STIMPSON)  So you're still not
8   willing to agree with me that at least sometime in
9   2004 physician provided information was in the
10  Physician Reports?
11       MR. VAZQUEZ:  Form.  Argumentative.
12    A   I just don't know one way or the other.
13    Q   (BY MR. STIMPSON)  How about 2005?
14       MR. VAZQUEZ:  Same.
15    A   Again, I would just be speculating.  I
16  just don't know.
17    Q   (BY MR. STIMPSON)  Let me show you a
18  two-page document bearing Bates numbers HG 043786 to
19  have 787, Exhibit 29.
20    A   Okay, yes.
21    Q   This is an August 16, 2004 e-mail from
22  Dave Hix to Health Grades senior management?
23    A   That's what it says.
24    Q   Kept in the ordinary course of business?
25    A   I believe so, yes.

Page 185

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2     Q   You would have received a copy of this
3   e-mail as Health Grades senior management?
4     A   Yes, I would.
5     Q   And Mr. Hix has put together a rough
6   timeline to develop and implement a new patient
7   experience survey and the results.
8        Did I read that right?
9     A   That's what it states here, yes.
10    Q   And those are the experience surveys that
11  we saw back in Exhibit 49?
12    A   I believe so.
13    Q   If you look to the second page of this
14  document, Exhibit 29, you can see that the timeline
15  has as of September 30, 2004 to build results display
16  application and database.
17       Did I read that correctly?
18    A   You did.
19    Q   Do you have any reason to believe -- do
20  you know what that means build results display
21  application and database?
22    A   I don't.
23    Q   Then as of October 15, 2004 the timeline
24  has to e-mail all report purchasers.
25       Do you know what that meant?

47 (Pages 182 - 185)

EXHIBIT G

Attorneys' Eyes Only

Page 186

CONFIDENTIAL ATTORNEYS EYES ONLY

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    I don't know.
3    Q    Well, it seems to be saying that the
4    people who have previously purchased reports from
5    Health Grades are going to be e-mailed about this
6    patient experience -- these patient experience
7    results, right?
8        MR. VAZQUEZ:  Form.
9    A    I can't agree or disagree with you.  I
10   don't know what that means.
11   Q    (BY MR. STIMPSON)  Does this indicate to
12   you that sometime in 2004 the patient experience
13   results were available online at Health Grades?
14   A    It doesn't.  I don't know one way or the
15   other.
16   Q    Well, certainly as of August 2004 the
17   predictions were and Health Grades senior management
18   was advised of this, that within two months the
19   survey results were going to be available, right?
20       MR. VAZQUEZ:  Form.
21   A    No, I disagree.  I don't know that it
22   states that or it doesn't state that.  You're
23   interpreting it.  I can't interpret what this says.
24   Q    (BY MR. STIMPSON)  So with this document
25   in front of you, Mr. Dodge, can you tell me even

Page 187

1    within a year of when the experience survey results
2    were available on Health Grades' website?
3    A    Again, not specifically to this document,
4    but I think I've already testified that I believe
5    they were available in 2006, but that's the best of
6    my recollection.  I can't remember anything other
7    than that.
8    Q    But you just mean that you know they're
9    available in 2006 but you don't know when they first
10   became available, right?
11   A    That's true, that's my first recollection
12   of when they were available.
13   Q    Could it have been 2004 based on this
14   e-mail?
15   A    This e-mail doesn't tell me one way or the
16   other.  It doesn't change my view or inform me either
17   way.
18   Q    Do you know what Mr. Hix was referring to
19   then when he sent you this e-mail and he said --
20   referred to a timeline to implement the new patient
21   experience survey and the results?
22       MR. VAZQUEZ:  Form.
23   A    Not other than to restate what he says.
24   You know, the timeline regarding the new patient

Page 188

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    survey and results, but that's all I can say.
3    Q    (BY MR. STIMPSON)  What did you do to
4    prepare for this deposition, Mr. Dodge, to find out
5    to find out when patient experience results were first
6    available on the Health Grades website?
7        MR. VAZQUEZ:  Again, Mr. Dodge, do not
8    divulge any of our communications while we were
9    preparing for the deposition.  Otherwise just answer
10   the best you can.
11   A    Again, I reviewed numerous documents with
12   respect to Health Grades and came prepared to answer
13   any questions I could regarding our products and
14   services prior to August 2006.
15   Q    (BY MR. STIMPSON)  But did you
16   specifically look when you were preparing to see if
17   you could figure out when the first time was that
18   survey results were available on Health Grades'
19   website?
20       MR. VAZQUEZ:  Form.
21   A    I don't know if I -- I don't know if I
22   specifically prepared any particular question in
23   mind, other than what was listed on my notification
24   for deposition.
25   Q    (BY MR. STIMPSON)  What I'm trying to get

Page 189

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    at, did you do anything specific to determine the
3    answer to this question, that is, when the survey
4    results were first available on Health Grades'
5    website?
6        MR. VAZQUEZ:  Form.  Asked and answered.
7    A    I guess I'm confused by the question.  I
8    went back and looked, tried to understand to the best
9    of my ability when products were available, what the
10   revenue streams of those products were, and prepared
11   as best I could to answer all your questions.  So I
12   think I've prepared pretty fully for this deposition.
13   Q    (BY MR. STIMPSON)  Did you do anything
14   specifically with regard to survey results or was it
15   just generally products?
16   A    It was all products, as was listed in my
17   request.
18   Q    So there was nothing specific that you did
19   directed to the survey results?
20       MR. VAZQUEZ:  Form.  Misstates the
21   testimony.
22   A    Again, I would state that rather than have
23   anything specific to any individual product, I
24   reviewed all products, as was requested of me.
25   Q    (BY MR. STIMPSON)  So just so we're clear

48 (Pages 186 - 189)

EXHIBIT G

Attorneys' Eyes Only

Page 190

CONFIDENTIAL ATTORNEYS EYES ONLY
1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 then, even with this document in front of you,
3 Exhibit 29, you can't tell me even a year when the
4 survey results were first available on Health Grades'
5 website?
6          MR. VAZQUEZ:  Form.
7     A    I would just restate my previous testimony
8 that I believe in 2006 the survey results were
9 available.
10    Q    (BY MR. STIMPSON)  Right.  But we could
11 also say that about 2010, right?
12          MR. VAZQUEZ:  Form.
13    Q    (BY MR. STIMPSON)  My question is a little
14 different.  I'm not trying to be facetious here.
15 What I mean is my question is when they were first
16 available.  And that's the question you can't answer,
17 right?
18          MR. VAZQUEZ:  Form.
19    A    And I will just restate the first time I
20 remember they're available and my recollection is
21 2006.  That's all I'm saying.
22    Q    (BY MR. STIMPSON)  Okay.  Let me show you
23 a one-page document marked Exhibit 9, Health Grades
24 HG 0209647.
25          Can you identify this document for me,

Page 191

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 please?
3     A    I can read the document.  It states
4 Patient Experience Survey Numbers, October 28th, 2004
5 to November 9th, 2004.  And there's obviously a
6 number of dates and numbers that are listed under the
7 captions Unique Users and Survey Count.
8     Q    So as of October or November of 2004,
9 there were over 100 surveys being filled out per day
10 on Health Grades' website; is that accurate?
11    A    This seems to indicate there were an
12 average number of patient experience surveys that
13 were being completed at about, yes, 117 per day by
14 this document.  So, yeah, that's what this seems to
15 indicate.
16    Q    Did you get reports on the number of
17 surveys that were being prepared and answered?
18    A    Not that I remember.  I at least don't
19 recall.
20    Q    Let me show you a document that has been
21 marked Exhibit 48, bearing Bates numbers HG 0209008
22 to 10.
23    A    Okay.  I see the document.
24    Q    Do you see actually the document we just
25 saw is page 3 of this I think?

Page 192

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2     A    It appears to be, yes.
3     Q    And the e-mail is from Scott Montroy,
4 November 11, 2004.  The first sentence says, We have
5 scheduled to send this out every Monday to report on
6 the new patient experience data.  Then parens, for
7 the TOs.
8          Do you know what TOs refers to?
9     A    No, I don't.
10    Q    Let me show you what has been marked as
11 Exhibit 8.  This is a multipage document bearing
12 Bates numbers HG 032036 to 032109.
13    A    Okay.
14    Q    This is an e-mail from Jim Kloberdanz,
15 December 28, 2004, to Jennifer Slawson?
16    A    Yes, I see the caption from Jim Kloberdanz
17 to Jennifer Slawson, yes.
18    Q    Slawson I think, right?
19    A    Oh, sorry, I don't remember what I said,
20 but, yes, Slawson.
21    Q    That's okay.  It says, Jennifer, Enclosed
22 are additional sample reports that could serve the
23 membership of AARP.
24          Does this refresh your memory that in 2004
25 Health Grades was proposing that AARP purchase

Page 193

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 reports from Health Grades?
3          MR. VAZQUEZ:  Form.
4     A    Let me flip through just to see what's
5 attached.
6          The only thing I can say is that it
7 appears that this individual, this vice president of
8 sales, thought that there was some information that
9 we could sell or provide to AARP.
10    Q    (BY MR. STIMPSON)  And the second page
11 after that, it says Nursing Home Quality Comparison
12 Report.
13          Do you see that?
14    A    I do.
15    Q    That says it's a report created
16 December 28th, 2004?
17    A    I see the caption that states that,
18 correct.
19    Q    Do you have any reason to believe this was
20 not a report available on Health Grades' website in
21 December of 2004?
22    A    I just can't state one way or the other.
23 And what I mean by that is, one, that it was
24 available on the website and, two, given the
25 statement in the e-mail, these are sample reports.  I

49 (Pages 190 - 193)

EXHIBIT G

Attorneys' Eyes Only

Page 194

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 just don't know whether or not these were available
3 or not.
4 Q Okay. If you look at that page at 32037
5 at the bottom, there's the URL at the bottom htpps.
6 Doesn't that indicate that it came from the Health
7 Grades website for consumers?
8 MR. VAZQUEZ: Form.
9 A I see the first part of the URL or the
10 address at the bottom of the page, but I'm not
11 certain if everything that's attached to the
12 healthgrades.com address is available to the public
13 or if any of that is kind of test or our own
14 environment. I just don't know one way or the other.
15 Q (BY MR. STIMPSON) Can you just take a
16 quick look just through this. There's multiple
17 reports, but let's just focus on the Nursing Home
18 Quality Comparison Report first. Just take a quick
19 look through, and I'll have some questions for you.
20 MR. VAZQUEZ: Do you mean beginning at
21 32032?
22 MR. STIMPSON: 32037 through 32051, the
23 Quality Comparison Report.
24 A Okay.
25 Q (BY MR. STIMPSON) Okay. Do you have any

Page 195

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 reason to believe that Nursing Home Quality
3 Comparison Reports like this one were not available
4 on Health Grades' website as of December 2004?
5 A I don't believe so. It's just whether
6 this particular version -- the only question I have,
7 because I think I have testified that we had Nursing
8 Home Reports in 2004.
9 Q Right. Okay. And did this contain any
10 information provided by patients?
11 A I don't believe so, no.
12 Q Did it contain any information provided by
13 the healthcare providers themselves, the nursing
14 home?
15 A I don't believe so, no.
16 Q If you could look to the second page,
17 32038, these are comparison readings of healthcare
18 providers, right?
19 MR. VAZQUEZ: Form.
20 A These are ratings. It looks like there's
21 approximately seven or eight healthcare -- or I
22 should say nursing homes where we have the Health
23 Grades star rating assigned to each of these
24 facilities.
25 Q (BY MR. STIMPSON) Right. So we can say

Page 196

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 with some certainty, then, that as of at least 2004
3 the idea of providing comparison ratings for
4 healthcare providers was known from the Health Grades
5 website, correct?
6 MR. VAZQUEZ: Form.
7 A I think we can say -- well, I would say
8 that it appears that we had reports during that time
9 that had Nursing Home Reports with star ratings.
10 Q (BY MR. STIMPSON) Right. And they were
11 aligned up so users could compare these healthcare
12 providers, right?
13 MR. VAZQUEZ: Form.
14 A I would say that based on this page 32038
15 that, yes, consumers could look at various healthcare
16 or I should say nursing homes and compare their star
17 ratings, yes.
18 Q (BY MR. STIMPSON) And that was available
19 on the Health Grades website at least as early as
20 2004, correct?
21 MR. VAZQUEZ: Form.
22 A It appears that consumers could have
23 purchased these reports in 2004.
24 Q (BY MR. STIMPSON) And let me turn now to
25 32062, another report, a Physician Quality Comparison

Page 197

1 CONFIDENTIAL ATTORNEYS EYES ONLY
2 Report.
3 A Okay. I see the page you're referencing.
4 Q And were these available as of December
5 2004 on the Health Grades website?
6 A Based on the date of this report, unless
7 it was a sample, it appears that these reports were
8 available for a consumer to purchase at the end of
9 2004.
10 Q Do you have any reason to believe that
11 they were not available?
12 A I don't.
13 Q Okay. And we can go through the report.
14 Do you see the next page has information about the
15 physician's specialty, right?
16 A Are you on --
17 Q Oh, I'm sorry. Let me see. You can see
18 it provides information on the specialties of the
19 physicians being compared, right?
20 A I'm sorry, can you refer me to the page as
21 to where you're looking?
22 Q Sure. Let me back up and ask another
23 question.
24 The whole purpose of this report was so
25 that consumers could compare various physicians,

50 (Pages 194 - 197)


EXHIBIT G

Attorneys' Eyes Only

Page 198

CONFIDENTIAL ATTORNEYS EYES ONLY

1 right?
2     MR. VAZQUEZ: Form.
3     A   I would say it says what it is. It's a
4 Physician Quality Comparison Report. It allows
5 consumers to review information on various
6 physicians.
7     Q   (BY MR. STIMPSON) Okay.
8     Q   And make their own decisions.
9     Q   You can see that these physicians relate
10 to psychiatry, right, that first bullet point under
11 the list of physicians?
12     A   Yes, I see the statement that it appears
13 to be psychiatry in a certain location.
14     Q   Right. So that's a specialty, right?
15     A   Psychiatry is a specialty, correct.
16     Q   And then the next page, 32063, do you see
17 that it also has a tables comparing the physicians
18 and where they went to medical school, right?
19     A   I would say I agree with the statement
20 that there is physician listing and what college they
21 went to what city or state that was in.
22     Q   And then the same thing for internship,
23 right?
24     A   Yes, it has the physician name and where

Page 199

CONFIDENTIAL ATTORNEYS EYES ONLY

1 they completed their internship.
2     Q   The same thing for residency?
3     A   Correct.
4     Q   Same thing for fellowship?
5     A   That's correct.
6     Q   And it also has licensure information,
7 correct?
8     A   It appears on this report it does not.
9 There's a caption of licensure, but I don't see any
10 information reported.
11     Q   Okay. It's got years since medical
12 school?
13     A   I see the physician name and years since
14 medical school, yes.
15     Q   For all the physicians being compared,
16 right?
17     MR. VAZQUEZ: Form.
18     A   All the physicians that are listed here,
19 yes, I see years since medical school.
20     Q   (BY MR. STIMPSON) All right. There's
21 also a section at least discussing disciplinary
22 action, right?
23     A   There is a section discussing disciplinary
24 action, yes.

Page 200

CONFIDENTIAL ATTORNEYS EYES ONLY

1     Q   And also providing information on
2 disciplinary action for these various physicians?
3     A   There's on pages 32069 and 32070, there's
4 a designation as to whether or not the individual
5 physician is free of disciplinary actions.
6     Q   Okay. And then the next page there's also
7 information on board certification for all these
8 physicians?
9     A   I see that section which has the physician
10 name and board certification, yes.
11     Q   It also has a section on the next page for
12 quality ratings for the hospitals these physicians
13 are associated with, right?
14     A   No, I disagree with that.
15     Q   Okay. What is it showing there?
16     A   I'm just reading the caption really
17 quickly.
18     Q   Okay.
19     A   It appears the next section is showing
20 ratings of hospitals that are in the area. So within
21 a certain geography of whatever search was conducted.
22     Q   Okay. And so the information that's
23 there, the consumers can take this information and
24 compare these hospitals, right?

Page 201

CONFIDENTIAL ATTORNEYS EYES ONLY

1     MR. VAZQUEZ: Form.
2     A   If a consumer wanted to, they could look
3 at this list of hospitals and they could see which
4 hospitals were rated three star, five star, or one
5 star in various therapeutic areas.
6     Q   (BY MR. STIMPSON) Okay. And do you see
7 page 32075 also has information on gender for these
8 various physicians?
9     A   I do see that.
10     Q   It also has other information in the rest
11 of this report. And let's just --
12     (Pause.)
13     MR. VAZQUEZ: Break, Scott?
14     MR. STIMPSON: Yeah, sure. I'm done with
15 this exhibit.
16     MR. VAZQUEZ: Are you?
17     MR. STIMPSON: Yeah, I'm done.
18     (Recess taken from 2:01 p.m. to 2:11 p.m.)
19     Q   (BY MR. STIMPSON) Do you see at 32086, do
20 you see this is an example of the Physician Quality
21 Reports we talked about earlier?
22     A   It appears to be, yes.
23     Q   So when we were talking about Physician
24 Quality Reports, these are the -- this is consistent

51 (Pages 198 - 201)


EXHIBIT G

Attorneys' Eyes Only

CONFIDENTIAL ATTORNEYS EYES ONLY
1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  with what you remember?
3      A   I'm just flipping through the pages.
4      MR. VAZQUEZ:  Form.
5      A   This appears to be the type of information
6  or reports that I recall being in the Physician
7  Quality Reports, yes.
8      Q   (BY MR. STIMPSON)  As of this time,
9  December 2004, was any information in here from the
10 physician?
11     A   I don't believe so, no.
12     Q   You recall that Physician Online Services
13 was launched in May of 2004 from that other exhibit
14 we saw, right?
15     MR. VAZQUEZ:  Form.
16     Q   (BY MR. STIMPSON)  I'll show it to you.
17     A   Which exhibit number?
18     Q   Let me see if I can figure that out.
19     MR. STIMPSON:  I should be better
20 organized.  This is why David should be with me.
21     Q   (BY MR. STIMPSON)  27.
22     A   Okay, I have that exhibit in front of me.
23     Q   That Exhibit 27 shows the Physician Online
24 Services, whereby the physicians could input data
25 themselves, was launched as of May 2004, right?

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2      MR. VAZQUEZ:  Form.
3      A   I think my testimony to that was it
4  appears that that service was launched, it appears
5  that it was launched during the time period of May
6  2004, but I'm not clear when any of the updates would
7  have been posted, if any.
8      Q   (BY MR. STIMPSON)  Right.  So the
9  Physician Quality Report, Exhibit 8, that's about
10 seven months after the Physician Online Services was
11 launched, right?
12     A   I agree that the report date appears to be
13 seven months after Mr. Montroy stated that it had
14 been launched, POS had been launched.
15     Q   And the purpose of the Physician Online
16 Services was so that physicians could provide
17 information that would be provided in their reports,
18 right?
19     A   That we would allow them the ability to
20 edit or correct certain information for us to review
21 and then ultimately, yes, it would be posted at some
22 point.
23     Q   So as of seven months later after it was
24 launched, do you have any reason to say that
25 information from the healthcare provider, the

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  physician himself, was not in this report?
3      A   Again, as I've said, I can't state one way
4  or the other.
5      Q   Okay.  If you could just flip through this
6  report with me so we can do this question quickly.
7          This has information about specialty,
8  right?
9      A   Yes, it does.
10     Q   It has here he's a psychiatrist, right?
11     A   Yes, it appears to be a psychiatrist, yes.
12     Q   And if this doctor had put information in
13 through Physician Online Services, that information
14 on specialty may have come from this doctor, right?
15     MR. VAZQUEZ:  Form.
16     A   I don't know one way or the other.
17     Q   (BY MR. STIMPSON)  Okay.  How about
18 medical school?  This has got information on medical
19 school, right?
20     A   It has a section on medical school that's
21 not populated in this report, but it does have a
22 section titled Medical School.
23     Q   It's got -- actually, it does have his
24 medical school, doesn't it?
25     A   It does, underneath the years since

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  medical school, you're correct, it does have the
3  medical school and years since graduation.
4      Q   That would have been information obtained
5  from and verified by third parties?
6      MR. VAZQUEZ:  Form.
7      A   The medical school and years since
8  graduation would have been obtained by third parties,
9  correct.
10     Q   (BY MR. STIMPSON)  They may be verified by
11 third parties as well?
12     MR. VAZQUEZ:  Form.
13     A   Obtained and verified, I believe that's
14 correct, by third parties.
15     Q   (BY MR. STIMPSON)  And residency and
16 internship, where would that information come from?
17     A   I believe again by third parties.
18     Q   The same for fellowship?
19     A   I believe so, but I'm not as sure about
20 that.  I believe so.
21     Q   But if they were from third parties, you
22 would have no problem telling me it was also verified
23 by third parties, right?
24     MR. VAZQUEZ:  Form.
25     A   That's correct.

52 (Pages 202 - 205)

EXHIBIT G

Attorneys' Eyes Only

Page 206

1        CONFIDENTIAL ATTORNEYS EYES ONLY
2     Q    (BY MR. STIMPSON)  Okay.  How about
3  licensure information, where would that have come
4  from?
5     A    Again, I believe third parties.
6     Q    Board certification, obtained from and
7  verified by third parties?
8        MR. VAZQUEZ:  Form.
9     A    Yes, that's correct.
10     Q    (BY MR. STIMPSON)  Governmental
11  disciplinary action, same thing?
12        MR. VAZQUEZ:  Form.
13     A    Yes, by third parties.
14     Q    (BY MR. STIMPSON)  Then he's got a section
15  on foreign languages.  Do you see that?
16     A    I do see that.
17     Q    Okay.  And then there's a section on
18  gender, right?
19     A    Yes, I see that section.
20     Q    And could that have come from Physician
21  Online Services through the healthcare provider
22  himself?
23     A    I don't know.
24     Q    Possible as of this time, seven months
25  after Physician Online Services was launched?

Page 207

1        CONFIDENTIAL ATTORNEYS EYES ONLY
2        MR. VAZQUEZ:  Form.
3     A    I don't know.
4     Q    (BY MR. STIMPSON)  And then it's got
5  hospital ratings below that, right?
6     A    I do see hospital ratings on a number of
7  hospitals, yes.
8     Q    Again, the user of this report could look
9  at that and compare the ratings of various hospitals,
10  right?
11        MR. VAZQUEZ:  Form.
12     A    A user that was reviewing this could
13  certainly compare hospitals based on the quality
14  ratings of these therapeutic areas.
15     Q    (BY MR. STIMPSON)  Okay.  Let me show you
16  a two-page document bearing Bates numbers HGMKES
17  02179 to 180.
18        Have you seen this document before?
19     A    I don't believe so.
20     Q    It's a February 16, 2005 e-mail from Scott
21  Montroy to Dave Hix and John Neal, right?
22     A    I see, yep, Mr. Montroy appears to have
23  sent this to Dave with a copy to Mr. John Neal.
24     Q    Do you see the heading there is Pilot
25  Project?  Did you have an understanding what that

Page 208

1        CONFIDENTIAL ATTORNEYS EYES ONLY
2  meant?
3     A    I'm just reading through the e-mail to see
4  if it helps.  I don't recall.
5     Q    Okay.  Do you see the first bullet says,
6  Drucker content updated on production, unknowns
7  removed, and then paren, NPROD?
8        Do you see that?
9     A    I see that sentence, yes.
10     Q    That means that's in production, right, as
11  of February 16, 2005?
12        MR. VAZQUEZ:  Form.
13     A    That appears to be the case based on that
14  statement.
15     Q    (BY MR. STIMPSON)  You can see the next
16  bullet, Drucker patient experience data on the pilot
17  report also in production as of February 16, 2005,
18  right?
19     A    I see that statement, yes; you've read it
20  correctly.
21     Q    And you agree with it?
22     A    I don't have any way to agree or disagree
23  with it.  I can just read it.
24     Q    Well, if Scott Montroy wrote this e-mail,
25  you would have no reason to disagree with him, right?

Page 209

1        CONFIDENTIAL ATTORNEYS EYES ONLY
2        MR. VAZQUEZ:  Form.
3     A    I really don't have any opinion.  I don't
4  know.
5     Q    (BY MR. STIMPSON)  Do you know what the
6  pilot project refers to?
7     A    Well, the only thing I can recall, and I
8  believe I testified to this earlier, was I believe we
9  utilized Dr. Drucker to some degree with respect to
10  the Connecting Point project, but that's the only
11  recollection I have.
12     Q    But just so I'm clear, you have no reason
13  to disagree with Mr. Montroy stating here that the
14  Drucker patient experience data on his pilot report
15  was in production as of February 16, 2005?
16        MR. VAZQUEZ:  Form, asked and answered.
17     A    I don't have any reason to agree or
18  disagree.  I just don't have any experience.
19     Q    (BY MR. STIMPSON)  One reason to agree
20  would be that you worked with Mr. Montroy, right, you
21  know his capabilities?
22        MR. VAZQUEZ:  Form.
23     A    I know him.  I know who Scott is, and he
24  was an employee of Health Grades.
25     Q    (BY MR. STIMPSON)  Was he competent?

53 (Pages 206 - 209)

EXHIBIT G

Attorneys' Eyes Only

| Page 210 | Page 212 |

**Page 210**

CONFIDENTIAL ATTORNEYS EYES ONLY

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    I didn't do a lot of work with him. I
3    think he was.
4    Q    And do you see the next bullet, Launched
5    GCOA pilot ads, profiles and reports in production.
6         Do you know what that means?
7    A    I don't.
8    Q    Next bullet, Results calculation, rounding
9    bug on PES was found and Judd is correcting.
10        Do you see that?
11   A    I see the statement.
12   Q    You don't know what it means?
13   A    I don't.
14   Q    Next bullet, Additional content changes
15   submitted by Drucker, in test production by close of
16   business today.
17        Did I read that correctly?
18   A    I think you read the statement correctly.
19   Q    So if this is accurate, it says that
20   Mr. Drucker's proposed changes and that that would be
21   in production by the end of the day on
22   February 16, 2005, right?
23        MR. VAZQUEZ: Form.
24   A    It appears to be. Excuse me.
25   Q    (BY MR. STIMPSON) Bless you.

**Page 211**

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    It appears to be the case.
3    Q    Let me show you what has been marked as
4    Exhibit 52, a multipage document bearing Bates
5    numbers HG 0207384 to 398.
6    A    Okay.
7    Q    Have you ever seen this before?
8    A    I don't know. I'm not sure.
9    Q    If you could look to page HG 0207395.
10   A    Okay. I see it.
11   Q    Do you recognize this under your search
12   results as being search results that were available
13   on Health Grades' website as of the date of this
14   e-mail?
15        MR. VAZQUEZ: Form.
16   A    I don't know. I'm not really sure what
17   this would refer to and if it would relate to a
18   search result on our site.
19   Q    (BY MR. STIMPSON) At least what's shown
20   here, if this was on the Health Grades site, there
21   are at least three patient experience results
22   available for three of these doctors, right?
23        MR. VAZQUEZ: Form.
24   A    I see a reference to three physicians
25   where it appears that there's a caption that patient

**Page 212**

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    experience information is available. So I see that.
3    I see what you're pointing to. That's all I can say.
4    Q    (BY MR. STIMPSON) Okay. How about the
5    next page? Do you see right above where it says, get
6    report, it says patient experience information
7    available on five physicians within your report?
8         Did I read that correctly?
9    A    I see the statement, yes.
10   Q    Was there a time where patient experience
11   information was available like this on the Health
12   Grades website?
13   A    I'm sorry, can you tell me what you mean
14   by like this?
15   Q    Well, like this in the sense of what we
16   just referred to where it says get report and above
17   that it says patient experience information is
18   available on five physicians?
19   A    I don't know, other than as I previously
20   testified regarding my understanding of patient
21   experience survey results.
22   Q    Do you remember any pages on Health
23   Grades' website -- well, let me rephrase that.
24        So you have no recollection one way or the
25   other whether this was available on Health Grades'

**Page 213**

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    website at the time?
3         MR. VAZQUEZ: Form.
4    A    I don't recall.
5    Q    (BY MR. STIMPSON) Would your answer be
6    the same on the next page --
7         MR. VAZQUEZ: Form.
8    Q    (BY MR. STIMPSON) -- 7397?
9         MR. VAZQUEZ: Same.
10   A    And, again, the question being as I see
11   this in this form, do I know if this was ever
12   available in this form on the Health Grades site?
13   Q    (BY MR. STIMPSON) Right.
14   A    I don't know.
15   Q    Let me show you what has been marked as
16   Exhibit 51, a multipage document bearing Bates number
17   Health Grades 179518 through 9550.
18        Have you seen this document before?
19   A    Just reading the first couple of pages
20   with the e-mail, I don't recall.
21   Q    You didn't see it in preparation for your
22   deposition?
23   A    Not that I recall. I just don't know.
24   Q    This is an e-mail March 22, 2005 from John
25   Neal to Lauren Deritis at Rothman Institute, correct?

54 (Pages 210 - 213)

EXHIBIT G

Attorneys' Eyes Only

Page 214

CONFIDENTIAL ATTORNEYS EYES ONLY

2  A    That appears to be the case, yes.
3  Q    And Mr. Neal is offering certain pricing
4  on packages to Rothman Institute, correct?
5  A    Let me read that part of the e-mail again.
6  Q    Actually, read the whole e-mail. I'll
7  have some other questions for you, please.
8  A    Okay. I've read the first page of the
9  e-mail.
10  Q    Okay. Do you see in the paragraph under
11  the bullets, If you do the math, it starts, If you do
12  the math?
13  A    I see that starting with that paragraph.
14  Q    Four lines down it says, I have attached
15  updated presentation for your review. Included in
16  the presentation are results experienced by two of
17  our beta clients that demonstrate the potential of
18  the program.
19      Did I read that correctly?
20  A    Yes, you read that correctly.
21  Q    So he's talking about results experienced,
22  past tense, by beta clients that he's showing in his
23  presentation, right?
24      MR. VAZQUEZ: Form.
25  A    That's what that statement seems to

Page 215

CONFIDENTIAL ATTORNEYS EYES ONLY

2  indicate, there were two beta clients.
3  Q    (BY MR. STIMPSON) Right. So we know from
4  this e-mail the results in the attachment have
5  already happened, right?
6      MR. VAZQUEZ: Form.
7  A    Based on the statement made by John, it
8  appears to be the case.
9  Q    (BY MR. STIMPSON) If you could please
10  turn to page HG 0179533. Do you recognize that as
11  Dr. Drucker?
12  A    I do see Dr. Drucker and his picture.
13  Q    Do you see there that it says the
14  highlight is premium report access is free to
15  consumer and provides competitive advantage
16  positions? Do you see that?
17  A    I see that button on the bottom right.
18  Q    Right. And what was the premium report?
19  A    Premium report. As I recall, it was,
20  again, at the time you and I had been discussing
21  today, time period of say 2003, '4, 2005 and sometime
22  into 2006, we would have some basic information
23  available for a physician on the site. But to obtain
24  all of the information, including things such as
25  board certification and sanction, the physician, or I

Page 216

CONFIDENTIAL ATTORNEYS EYES ONLY

2  should say the consumer, would have to pay for that
3  report, i.e., a premium report.
4  Q    Okay. And so this was available on
5  Dr. Drucker as of at least March 22, 2005, right?
6      MR. VAZQUEZ: Form.
7  A    I don't know.
8  Q    (BY MR. STIMPSON) Well, you can tell from
9  the context this is one of the beta clients, right?
10  A    Well, I know you and I read this statement
11  that the presentation attached has results from two
12  beta clients. I'm not clear who the two clients are
13  that Mr. Neal is referring to or which results he's
14  referring to from the context.
15  Q    Could you look to page -- this is the
16  premium report on Dr. Drucker. If you look to page
17  HG 0179542 --
18  A    Okay.
19  Q    -- it's got a legend down there at the
20  bottom?
21  A    I see the legend caption.
22  Q    Like footnotes it says, 1 is Health Grades
23  verified data or source to data.
24      Do you see that?
25  A    I do see the highlighted section that says

Page 217

CONFIDENTIAL ATTORNEYS EYES ONLY

2  that.
3  Q    Right. Number 2 refers to patient data,
4  right, so we know this includes patient data?
5  A    Well, I see the caption. I don't know
6  whether or not the premium report has patient data,
7  but I see the caption.
8  Q    Okay. Third one is physician verified
9  data. Do you see that?
10  A    I see that caption as well.
11  Q    Okay. So let's just go through this
12  report. So as we sit here today, can you tell me
13  whether or not Dr. Drucker's report here, which is
14  shown from HG 0179533 to 42, was in fact available on
15  the Health Grades website as of at least as early as
16  March 2005?
17  A    I can't. I don't know.
18  Q    Even with the statement we read from
19  Mr. Neal referring to the results experienced by two
20  of our beta clients?
21  A    I just -- I don't know.
22  Q    Do you have any reason to doubt that this
23  information was available on the Health Grades
24  website at this time?
25      MR. VAZQUEZ: Form.

55 (Pages 214 - 217)

EXHIBIT G

Attorneys' Eyes Only

Page 218

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    A    I just don't have an ability to say one
3  way or the other.
4        Q    (BY MR. STIMPSON)  Okay.  If you could
5  look to the premium report, I think this is the first
6  page and page 535.
7    A    Okay.  I see the page.
8    Q    Do you see there's information on medical
9  philosophy?
10    A    I do see that.
11    Q    Would that have been provided by
12  Dr. Drucker?
13    A    I don't know.
14    Q    Do you see also there is information on
15  gender, right?
16    A    Yes, I see that right under personal
17  facts, yes.
18    Q    And information on his age?
19    A    I see his age listed.
20    Q    Information on his language?
21    A    Yes, I see.
22    Q    His years in profession?
23    A    I see that.
24    Q    Awards and honors, right?
25    A    Yes, I see that.

Page 219

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    Q    Professional appointments?
3    A    I see that as well.
4    Q    And publications?
5    A    Yes, I see that.
6    Q    Do you know where this information was
7  obtained?
8    A    I don't.
9    Q    Well, as of this time, March 2005,
10  physicians were available -- were able to get online,
11  Health Grades Physician Online Services, and edit
12  this data we talked about, right?
13        MR. VAZQUEZ:  Form.
14    A    I think I've already testified to that, it
15  appeared based on the e-mails that there was ability
16  for the physician to actually get online to the POS
17  system, physician online system, and make edits,
18  corrections.  But what I'm not clear on is when
19  those, any of those edits or corrections, ultimately
20  were published.
21    Q    (BY MR. STIMPSON)  Well, could you look
22  back to Exhibit 50, please?
23    A    Okay.  I think I have it.
24    Q    And this is Mr. Montroy's e-mail about a
25  month before this document, Exhibit 51, right?

Page 220

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    A    It appears to be, yes.
3    Q    And that fifth bullet down expressly says
4  that Dr. Drucker had content changes and they would
5  be in production by the end of the day on
6  February 16, 2005, right?
7    A    Again, I see the statement that we had
8  read previously, the addition content changes
9  submitted by Drucker.
10    Q    So that we know from this e-mail if this
11  is, in fact, correct that Dr. Drucker had submitted
12  changes to his data at least as of February 2005,
13  right?
14        MR. VAZQUEZ:  Form.
15    A    He appears to have, based on Mr. Montroy's
16  e-mail and what it says, submitted some content
17  changes.  I don't know what that refers to.
18    Q    (BY MR. STIMPSON)  Maybe you can help me
19  here.  I'm going to start again here.
20        If you would go to the next page,
21  experience/training, do you see that?
22    A    Okay, I see that caption.
23    Q    And we know from that footnote 1 that this
24  information was provided -- it was either verified by
25  Health Grades or source data, right?

Page 221

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2        MR. VAZQUEZ:  Form.
3    A    Again, I just want to be clear, all it
4  appears that I'm seeing here is the PowerPoint
5  presentation and I see what you're referring to.  I
6  just don't have an ability to say one way or the
7  other what was or was not on the Health Grades site.
8    Q    Well, we've seen various e-mails and
9  documents including this one which refer to this
10  being on the Health Grades website, right?
11        MR. VAZQUEZ:  Form.
12    Q    (BY MR. STIMPSON)  We saw Exhibit 50 which
13  talked about the pilot project and how Dr. Drucker
14  had made changes and it was in production, right?  In
15  production means it's on the Health Grades website,
16  right?
17        MR. VAZQUEZ:  Form.
18    A    I've seen that e-mail.  I'm just not clear
19  what exactly the pilot project was.  That's just not
20  something I was involved in.
21    Q    (BY MR. STIMPSON)  Right.  So it's not
22  your personal recollection but, by looking at the
23  documents we've seen today, it seems pretty clear
24  this was on the Health Grades website, right?
25    A    It doesn't to me.  I just don't know one

56 (Pages 218 - 221)

EXHIBIT G

Attorneys' Eyes Only

Page 222

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  way or the other.  I'm referring to a PowerPoint
3  presentation.  I can see that.  I just can't sit here
4  and say one way or the other whether that was on the
5  Health Grades site.
6      Q    Did you talk to John Neal about whether
7  this was on Health Grades' website?
8      A    Not that I know of.
9      Q    Maybe I can help you with that.
10         Do you know what the premium placement was
11 on Health Grades' website?
12     A    I think we talked about that previously.
13 My recollection of that term relates to the
14 Connecting Point program.  And that's my recollection
15 where there would be premium placement, meaning those
16 results may show up at a higher level than, say,
17 other physicians.
18     Q    Okay.  So let me read to you from
19 Mr. Neal's deposition.  I'm referring to, while you
20 look, page -- Health Grades' website page 179535.
21     A    Okay, I see that page.
22     Q    This is going to be too complicated trying
23 to do it this way.  If you don't remember, that's
24 okay.
25         So we were under Specialties on page

Page 223

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  179536.
3      A    Okay.  I see that.
4      Q    So assuming this was on the Health Grades
5  website at the time, that's information that was
6  third-party verified information, right, the
7  specialty information?
8      A    With your predicate, assuming this was on
9  the site, it appears to indicate, yes, footnote 1
10 would say it was verified by Health Grades.
11     Q    Right.  Then it has areas of expertise,
12 medical school, residency, internship and
13 fellowships.
14         Do you see that?
15     A    I see those listed on this, yes.
16     Q    If this, again, was on the website at this
17 time, these would have been from third parties,
18 verified from third parties, right?
19     MR. VAZQUEZ:  Form.
20     A    I believe so, yes.
21     Q    (BY MR. STIMPSON)  Okay.  And the next
22 page has disciplinary action.  Again, that was
23 third-party verified information?
24     MR. VAZQUEZ:  Form.
25     A    Disciplinary actions were third-party

Page 224

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  verified, yes.
3      Q    (BY MR. STIMPSON)  Turn to the next page.
4  This shows patient experience survey results for
5  Dr. Drucker, correct?
6      A    That's what this appears to state.
7      Q    And these are patient ratings, right?
8      MR. VAZQUEZ:  Form.
9      A    These are experience surveys.
10     Q    (BY MR. STIMPSON)  It says Patient
11 Ratings, right?
12     MR. VAZQUEZ:  Form.
13     Q    (BY MR. STIMPSON)  You can see here there
14 are five surveys on Dr. Drucker.  Each one of them
15 would go on to survey and rate him in your
16 categories, right?  These are patient ratings, right?
17     MR. VAZQUEZ:  Form.  Asked and answered.
18     A    The consumer would go on our site with
19 respect to the patient experience survey and complete
20 that survey, I agree with that statement.
21     Q    (BY MR. STIMPSON)  And you don't agree
22 then that these are patient provided ratings?
23     A    That these are patient provider ratings,
24 is that what you said?
25     Q    No, I'm sorry if I said that.  I mean

Page 225

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  patient provided, but let me rephrase the question.
3         My question to you, are we seeing here on
4  179538, these are ratings of Dr. Drucker provided by
5  patients, correct?
6      A    I would agree they're patient experience
7  surveys.  I'm not sure I can see are they ratings or
8  are they not ratings, but they're certainly patient
9  experience surveys that have been filled out by a
10 consumer if that's, in fact, you know, what these
11 are.
12     Q    And it's the same sort of thing that you
13 have today, right, patients get on the Health Grades
14 website, fill out these surveys and those survey
15 results also go on the Health Grades website, right?
16     MR. VAZQUEZ:  Form.
17     A    Consumers do fill out patient experience
18 surveys and the results are on the site in a number
19 of different forms, yes.
20     Q    (BY MR. STIMPSON)  Right.  And those are
21 patient ratings?
22     A    I think some of them are ratings.  I don't
23 know if I would say all of them are ratings, but
24 certainly some of them are ratings, yes.
25     Q    And also in this report on page 179541 you

57 (Pages 222 - 225)

EXHIBIT G

Attorneys' Eyes Only

Page 226

CONFIDENTIAL ATTORNEYS EYES ONLY

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  have comparison ratings for multiple hospitals,
3  right?
4    A    Again, I know we're keeping the predicate
5  that you said previously, whether or not these are on
6  our site.  But, yes looking at this, a consumer could
7  look at these ratings and compare the three hospitals
8  that are on this page utilizing the star ratings.
9    Q    Okay.  Was Dr. Drucker an orthopedic
10  surgeon in New York?
11    A    I believe so, yes, he was.
12    Q    Could you look to page 179548?  Do you see
13  that physician A, these are preliminary results?
14    A    I see the page.
15    Q    Just going back to the front page of this
16  e-mail, Mr. Neal is telling this person from Rothman
17  Institute, included in the presentation are results
18  experienced by two of our beta clients.
19        Do you see that?
20    A    I see the statements on the first page.
21    Q    And this is the results page in the
22  PowerPoint?
23    A    It could be.  I don't know if there are
24  any other pages titled results, but it certainly
25  could be based on the first statement he made in the

Page 227

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  e-mail.
3    Q    It says, physician A, orthopedic surgeon
4  in New York.  That would be referring to Dr. Drucker,
5  right?
6        MR. VAZQUEZ:  Form.
7    A    Again, it could be.  I just don't know.
8    Q    (BY MR. STIMPSON)  Do you have any reason
9  to disbelieve that?
10    A    I don't one way or the other.
11    Q    Can you take a second and flip through all
12  the pages of this, and I just want to see if you
13  think there is anything else that might be referring
14  to, I would like to know.
15    A    Okay.  I've searched.  I don't see any
16  other pages that refer to results.
17    Q    Okay.  So does that help you understand
18  this physician A, this orthopedic surgeon in New
19  York, is again referring to Dr. Drucker?
20    A    It appears to be based on the cover e-mail
21  by Mr. Neal.
22    Q    And this page of the PowerPoint says that
23  in January 2004 to January 2005 three consumer
24  quality reports reviewed, right?
25    A    I see that statement.

Page 228

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    Past tense?
3    A    This statement is past tense, correct.
4    Q    Right.  And in February 2005 117 expanded
5  profile reports reviewed, right?
6    A    Yes, I see that statement.
7    Q    Do you have any reason to disbelieve that?
8    A    I don't.  I don't have any one way or the
9  other.
10    Q    It says 18,000 premium placement profiles
11  were displayed.  Do you see that?
12    A    I see that.
13    Q    Any reason to dispute it?
14    A    No, not one way or the other.
15    Q    Do you see the next slide, it says Denver
16  area, it's referring to comparison reports?
17    A    I see the statement.
18    Q    And 149 comparison reports reviewed --
19        MR. VAZQUEZ:  Form.
20    Q    (BY MR. STIMPSON)  -- in February 2005?
21        MR. VAZQUEZ:  Form.
22    A    I see the statement comparison reports
23  149.  Is that --
24    Q    (BY MR. STIMPSON)  Yeah.  I just wanted to
25  see if you had any reason to disbelieve that.

Page 229

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    I'm sorry, so can you tell me, what are
3  you stating it means?
4    Q    149 comparison reports were viewed in
5  February 2005.
6    A    In general?  I just don't know what
7  statement you're trying to make for me to respond to.
8        MR. VAZQUEZ:  Let's wait until there's a
9  pending question.
10    Q    (BY MR. STIMPSON)  Okay.  I'm sorry,
11  you've never seen this.  I asked Mr. Neal about it.
12  It's okay.
13        All right.  So, Mr. Dodge, we've looked at
14  a lot of documents and you did your preparation for
15  this deposition.  So let me come back and ask you the
16  questions I started with earlier.
17        Can you tell me when the first time
18  patient survey results were available on Health
19  Grades' website?
20        MR. VAZQUEZ:  Form.  Asked and answered.
21    A    I would repeat what I've stated from the
22  beginning.
23    Q    (BY MR. STIMPSON)  How about comparison
24  ratings of healthcare providers, do you know when
25  those were first available on Health Grades' website?

58 (Pages 226 - 229)

EXHIBIT G

Attorneys' Eyes Only

| Page 230 | Page 232 |

Page 230

CONFIDENTIAL ATTORNEYS EYES ONLY

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2        MR. VAZQUEZ:  Same objection.
3    A    I wouldn't change the answers I've already
4    given.
5    Q    (BY MR. STIMPSON) So you can't tell me
6    whether comparison ratings were available for the
7    first time in 2006 or 2005?
8        MR. VAZQUEZ:  Form.  Misstates testimony.
9    A    Again, my testimony I recall they were in
10   place in 2006.  I just can't tell you from my
11   information if they were in place prior to that time.
12   Q    (BY MR. STIMPSON) Okay.
13       (Discussion off the record.)
14       (Recess taken from 2:53 p.m. to 3:14 p.m.)
15   Q    (BY MR. STIMPSON) All right.  InHealth,
16   just to -- we talked a bit before, InHealth was a
17   subsidiary of Health Grades from October 2010 to
18   December 2011?
19   A    That's correct.
20   Q    And then at the end of December 2011 it
21   was subsumed within Health Grades and ceased to be a
22   separate entity, right?
23   A    A separate legal entity, yes.
24   Q    I think you said that Vitals may have
25   competed with InHealth in some respects.  Did I get

Page 231

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    that wrong?
3    A    My testimony was that although I don't
4    believe that Vitals competed with prior to the
5    acquisition by Health Grades in October 2010, that I
6    believe there is competition subsequent to the
7    acquisition date.
8    Q    Why?
9    A    Prior to October 2010 InHealth's business
10   model was to create advertisements, what are called
11   programmatic solutions, and display advertising that
12   help drive traffic to certain health topics.
13       In the course of deploying those programs
14   InHealth would partner with third-party websites to
15   help those websites generate more content, so with
16   MSN and others like those properties.
17       So my point was once InHealth became part
18   of Health Grades, those products were deployed on the
19   Health Grades sites.
20   Q    What products?
21   A    Essentially InHealth would go to a
22   third-party advisor or Glaxo Smith Cline, those type
23   of entities.  And they would work with those third
24   parties to tell them, hey, we can generate a certain
25   number of impressions, a certain number of visits to

Page 232

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    your information and content.  And we've created a
3    lot of information.
4        And what they would sell is a certain
5    number of display impressions on web properties.
6    Those web properties, again, initially were MSN and
7    others.  But once InHealth came over to Health
8    Grades, then that content and those advertisements
9    will be placed on the Health Grades properties.
10   Q    On Health Grades' website?
11   A    Correct.
12   Q    How many, do you have a rough idea, say,
13   2011 how many placements it made for the
14   healthgrades.com website?
15   A    I don't know the number of placements
16   offhand.
17   Q    How about revenue generated for Health
18   Grades?
19   A    Between the programmatic solutions and the
20   display advertising which are to some degree
21   combined, InHealth generated I believe around 8
22   million in revenue in 2011.
23   Q    Okay.  And why wasn't Health Grades able
24   to do that by itself?  And why did you need to
25   purchase InHealth in order to generate that revenue?

Page 233

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2        MR. VAZQUEZ:  Form.
3    A    Well, to step back a bit, I'm not
4    necessarily saying Health Grades couldn't have
5    generated the revenue absent the acquisition.
6    However, what InHealth brought was a proven team of
7    sales professionals, which Health Grades had not
8    previously had, that could sell directly into a
9    pharma and med device and third-party advertising
10   agencies.
11   Q    Okay.  So it was basically their contacts
12   and their experience with the people with these
13   pharma companies and medical device companies that
14   was a big asset that was being purchased by Health
15   Grades?
16   A    It was that along with these products,
17   health coaches, things that were more engaging that
18   the InHealth sales team could provide to pharma and
19   med device that Health Grades didn't have
20   specifically those types of products.
21       We had the inventory.  We were selling
22   advertising but InHealth solutions were more powerful
23   and they did have the contacts directly at pharma and
24   med device, whereas Health Grades was principally
25   selling advertising through what are commonly known

59 (Pages 230 - 233)

EXHIBIT G

Attorneys' Eyes Only

Page 234

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  as networks and like Google AdSense, you know, Google
3  ad programs.
4     Q    So when InHealth was a separate subsidiary
5  of Health Grades, how did the cash flow work?  You
6  say they generated about $8 million in revenue for
7  Health Grades.  Did Health Grades pay InHealth as a
8  separate subsidiary?
9     A    Yeah, to be clear, the 8 million number in
10  my head, approximately 8 million, is the total amount
11  generated by InHealth net of any payments they did
12  have to make to third-party publishers.
13       So what I mean by that is they began
14  serving a large amount of those advertisements on
15  Health Grades but some of them would still be on
16  these third-party distribution relationships.
17     Q    So who got the $8 million, Health Grades?
18     A    Well, I mean ultimately Health Grades
19  because that business is consolidated within Health
20  Grades' operations.  InHealth was a stand-alone
21  entity but, as it was a subsidiary of wholly-owned
22  Health Grades, the revenue ultimately flowed to
23  Health Grades.
24     Q    Okay.  So if Vitals was not on the market
25  in 2011, how would that have changed, if at all, the

Page 235

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  InHealth contributions to Health Grades?
3       MR. VAZQUEZ:  Well, object to form.  I
4  think this calls for expert testimony.
5       But if you can answer, please do so.
6     A    In a business sense, what I'm getting at
7  is we're competing for traffic, you know, the ability
8  to post advertisement information on our site.  The
9  point being InHealth is or was still providing some
10  of those advertisements on third parties because
11  there wasn't enough inventory on the Health Grades
12  site to display all of those advertisements on the
13  Health Grades properties.
14       So my point is absent Vitals in the
15  market, then I believe there would be some
16  incremental inventory available where more of those
17  programs and solutions would have been displayed
18  directly on the Health Grades website.
19     Q    (BY MR. STIMPSON) But Health Grades
20  didn't have enough space for all the inventory,
21  right?
22     A    That's a tricky question, meaning space is
23  infinite on a web property.  Meaning as long as you
24  get traffic, you can always generate additional
25  pages.  It's not a constraint of inventory, per se.

Page 236

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  It's a constraint on how many people are going to
3  your site visiting certain diseases, conditions,
4  physicians, et cetera.
5     Q    But in any event, Health Grades made some
6  determination, perhaps with its subsidiary InHealth,
7  that we can't take as much advertisements as we have
8  available right now from InHealth and so InHealth
9  distributed some of those to other third parties?
10       MR. VAZQUEZ:  Form.
11     A    I would restate that a little differently.
12  InHealth is out working to sell the biggest programs
13  they can to pharma and med device companies.
14       The goal would be to display as many of
15  those directly onto Health Grades' website so that no
16  money is lost in terms of payments that have to be
17  made to a third party.  It's all within the family,
18  so to speak, and 100 percent of that revenue stays
19  with Health Grades.
20       But given that there wasn't enough
21  inventory or there isn't enough inventory as you want
22  to put it on the Health Grades site we still need to
23  maintain those third-party distribution
24  relationships.
25     Q    (BY MR. STIMPSON)  What are you referring

Page 237

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  to?  What do you mean by inventory?
3     A    So if InHealth sells a program that says
4  we're going to display a million impressions on,
5  let's say, cardiac care.  You know, maybe a better
6  example is in diabetes-related pages.  So that could
7  be on endocrinologist pages.
8     Q    I gotcha.
9     A    It could be on different types of content
10  information.  If they say that they're selling a
11  program, I don't remember my math, but say it's a
12  million impressions and Health Grades by virtue of
13  our current traffic we believe over the time period
14  that InHealth is committed to that we can only serve
15  500,000, then we'll have to offload or utilize those
16  other partnership arrangements and use that other
17  500,000 in impressions and serve that content on the
18  third-party sites.
19     Q    For that you would have to pay the third
20  parties for putting those advertisements on their
21  website, right?
22     A    Essentially it would be a split of the
23  revenue.  So if the amount that was guaranteed with
24  the pharma company was, say, $20 per CPM or, say,
25  thousand, per thousand impressions, then in many

60 (Pages 234 - 237)

EXHIBIT G

Attorneys' Eyes Only

CONFIDENTIAL ATTORNEYS EYES ONLY

1   cases we would split that 50-50.  So we may end up
2   receiving $10 per CPM for the impressions that are
3   served on the third parties and we're going to
4   receive $20 for impressions on the Health Grades
5   site.
6        Q    So if Vitals wasn't there, your thinking
7   as the chief financial officer is that there would be
8   more impressions that these companies would be
9   willing to buy?
10       A    No.  Stated differently, there would be
11  more -- since Vitals is getting some portion of
12  inventory or some portion of impressions, traffic
13  from consumers, what I believe is if Vitals was not
14  in the market, some of that inventory, and when I say
15  inventory, that may be confusing.  All I'm saying is
16  if more people come to the Health Grades site to look
17  for information, that by definition creates more
18  inventory on the Health Grades site.
19       Every time they view a page, it generates,
20  say, three or four impressions per page.
21       Q    It comes back again to the number of hits
22  to the Health Grades website basically, right?
23           MR. VAZQUEZ:  Form.
24       A    Essentially that's correct, I think that

CONFIDENTIAL ATTORNEYS EYES ONLY

1   would increase.
2        Q    (BY MR. STIMPSON)  I think we touched on
3   this a little bit earlier.  Do you -- I think you
4   said -- I asked you, would your hit number increase
5   by 10 percent or 20 percent or 80 percent if Vitals
6   was not on the market and you answered you didn't
7   have any facts to support it?
8        A    Is that a question?  I'm sorry.
9        Q    Yeah.  You didn't have any facts to
10  support one percentage as opposed to another, right?
11       A    Well, to restate, I believe what I said
12  was in the physician search of the market, I believe
13  that Health Grades is the dominant player.  And
14  Vitals, I believe, plays squarely in that market and
15  the searches they receive are I believe principally
16  physician based.  And so my testimony was, given
17  we're the dominant player, I believe we would get a
18  substantial number of those.
19       How many, that's where I defer to expert
20  testimony.
21       Q    So this is a physician search and
22  information category you talked about a little bit
23  earlier, right?  That's where you think Vitals and
24  Health Grades compete?

CONFIDENTIAL ATTORNEYS EYES ONLY

1        A    I think the principal place we compete,
2   yes, is with respect to consumers that are seeking
3   physician information.
4        Q    And what percentage of the market, of that
5   market, do you think Health Grades has?
6            MR. VAZQUEZ:  Object to form.  Calls for
7   expert testimony.  If you understand and can answer
8   it, please do so.
9        A    Yeah, it's a very difficult question
10  because you can define even physician search market
11  what you may think that is.  There's so many
12  definitions to it, so it's hard for me to answer
13  specifically what our percentage is.
14       Q    (BY MR. STIMPSON)  How do you define it?
15       A    I mean, I think of it broadly.  I think of
16  it as consumers that are seeking physician
17  information or information on physicians in general.
18       Q    Okay.  So with that definition, who are
19  the competitors in that market?
20       A    I would say the principal -- again, I
21  think I stated this, but the principal competitors in
22  the physician search would be Vitals, uCompare.  I
23  think I mentioned iTriage from more of a mobile
24  application.  Those are the principal -- there are

CONFIDENTIAL ATTORNEYS EYES ONLY

1   other smaller that are out there but in terms of the
2   principal competition, those are the companies I
3   would refer to.
4        Q    WebMD?
5        A    Again, that in my view broadens it more
6   into the general healthcare.  So I reference them as
7   a competitor because I do think -- you think about
8   companies like WebMD and EverydayHealth, I mean,
9   there are a lot of companies that are looking to
10  monetize the general healthcare search, so the
11  general healthcare dollar.  So I think there is a
12  piece of that.
13       But as it relates to the specific
14  physician search component, I don't look at WebMD as
15  much but I do on more of the general healthcare
16  search certainly.
17       Q    Right.  The consumers can get on WebMD and
18  search for information on physicians, right?
19       A    They can.  I think a lot of WebMD's, my
20  understanding, a lot of WebMD's traffic is on general
21  disease, condition, and it's managing your cold,
22  those types of things.  There's a lot of that
23  traffic, but they can search once they get on those
24  sites.

61 (Pages 238 - 241)

EXHIBIT G

Attorneys' Eyes Only

Page 242

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2    Q    So what about EverydayHealth?  Consumers
3 can get on EverydayHealth and search for information
4 on doctors in cardiology in New York, right?
5    A    EverydayHealth is an interesting one.
6 That business model is an amalgamation of websites.
7 So when I speak of EverydayHealth, it's really a
8 collection of websites, such as drugstore.com.
9 There's a whole host of websites underneath that.
10        So on certain of their properties I
11 believe they would have some search capability for
12 physicians but I don't know how many on
13 EverydayHealth.
14    Q    Which of their properties would have the
15 ability to search for physician information?
16    A    I don't know.
17    Q    How about RevolutionHealth, is that still
18 in business?
19    A    RevolutionHealth, I believe, was acquired
20 by EverydayHealth I believe years ago.
21    Q    On RevolutionHealth you could search for
22 information on physicians, right?
23    A    I don't recall.  They had such an
24 interesting model.  They essentially paid for all
25 their traffic and they had ready clinics within

Page 243

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2 pharmacies.  I mean, they were trying to do a whole
3 lot of things.  I don't recall if physicians search
4 was one of them.
5    Q    Has Health Grades -- so how about -- are
6 there any others?
7        Not whether you consider them primary
8 competitors or not, I'm just talking about any other
9 companies you know of, any other websites you know of
10 where consumers can get on and search for information
11 on physicians.
12    A    Okay.  So any sites at all --
13    Q    Yep.
14    A    -- whether or not I would really consider
15 them primary competitors.  I'll list names that I
16 have heard, I know we have listed or thought about.
17 I believe RateMDs, AngiesList in some locations, I
18 believe.
19        MR. VAZQUEZ:  I just want to note the
20 objection.  I don't think this is within the scope of
21 the 30(b)(6).  I can preserve it.
22        MR. STIMPSON:  Okay.
23    A    I'm sure there are other smaller sites.
24 Those are the names that come to mind at this point.
25    Q    (BY MR. STIMPSON)  Okay.  Within the

Page 244

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2 websites that allow consumers to get on and search
3 for information on physicians, we've talked about
4 Health Grades, Vitals, uCompare, iTriage, WebMD
5 allows some, EverydayHealth allows some, RateMDs and
6 AngiesList.
7        Any others that you can think of?
8    A    I think I just stated that I'm sure there
9 are some others that are small.
10    Q    Okay.
11    A    I'm not aware of any others at this point.
12    Q    So those companies that we've talked
13 about, do you have any facts about the relative
14 market share of those companies?
15        MR. VAZQUEZ:  Object to form.  Calls for
16 expert testimony.
17    A    You know, the information that I would
18 have available and have access to really relates to
19 the Comscore reporting.
20    Q    (BY MR. STIMPSON)  Okay.  And what
21 information is that?
22    A    So Comscore has some standardized reports
23 where you can run a list of what websites, properties
24 are in the marketplace and what percentage of the
25 healthcare -- I don't know how it's defined.  I

Page 245

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2 believe it's maybe healthcare in general, how many
3 users or what percentage of the healthcare market do
4 these companies comprise.  But that's at a very broad
5 level.
6        There's also the ability to customize
7 those reports and run your own reports based on who
8 you believe to be your primary competitors.
9    Q    Has Health Grades ever done that?
10    A    Yes, I believe -- I know, yes, we have.
11    Q    What have the percentages come out like?
12    A    Well, to be clear, on the general
13 healthcare topics, if you look at the various
14 properties that are underneath, say, EverydayHealth
15 and WebMD, as you probably know, WebMD is not just
16 WebMD, they actually have numerous properties, those
17 two combined I believe have about 25 percent,
18 somewhere close to 25 percent of the healthcare as a
19 broad category.
20        Health Grades -- and, again, this can ebb
21 and flow and change certainly, but in general I
22 believe I've seen us around 5 percent and I've seen
23 Vitals, I believe, around 2 percent, 2, 2 and a half.
24        So when we've looked at the -- when we've
25 run those reports individually -- or sorry.  When we

62 (Pages 242 - 245)

800-227-8440

EXHIBIT G

973-410-4040

Attorneys' Eyes Only

Page 246

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2   try to look at only the competition for physician
3   search, we've tried to run comparisons of how do we
4   stack against companies like Vitals and others.
5       But, again, it's -- it appears from what I
6   have seen in those reports that we are dominant in
7   the physician search category but, again, I can't
8   comment any more than what I have already stated.
9   Q    Those reports are very general, though,
10  right, not just physician search but more general
11  overall healthcare stuff?
12  A    The standard reports are -- I'm not
13  recalling if the customized reports are any further
14  nuance than the general healthcare.  The general
15  healthcare reports certainly are.
16  Q    Can you pull out Exhibit 62 for me,
17  please?  That was the deposition notice, one of the
18  first ones.  It's probably toward the bottom.  Maybe
19  not.
20      MR. VAZQUEZ:  The one with the 12 topics?
21      MR. STIMPSON:  Yeah.
22  Q    (BY MR. STIMPSON)  If you can turn to the
23  last page of that topic number 10.
24  A    Okay.
25  Q    One of the topics you were prepared to

Page 247

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2   talk about today is the nature and size of the market
3   revenue which goes back to topic 7, that's the Health
4   Grades products and/or services that embody and/or
5   employ any claim of the patent-in-suit.
6       And then topic 10 continues, known
7   competitors and their share of the market.
8       We've gone over known competitors already,
9   right?  I mean, is there anything you would like to
10  add to that?
11  A    Well, we have to be careful because topic
12  7 talks about revenue derived directly or indirectly.
13  So what we've just talked about is specifically
14  physician search.
15      So I don't know what your standing
16  question is.
17  Q    Well, let me just back up, then.  You've
18  defined -- I think you said that you thought the
19  market, the most narrow market for yourself, Health
20  Grades and Vitals, would be in would be the market
21  for consumers searching for physician information; is
22  that right?
23  A    No, I think you're restating what I said.
24  Q    Maybe I am.  I don't mean to.  Let me just
25  start from scratch then.

Page 248

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2       How do you define the market in which
3   Health Grades and Vitals compete?
4   A    And you're not asking me in relation to
5   any of these questions.  You're just saying
6   specifically where do I think we compete in the
7   marketplace, that's your question?
8   Q    Put these topics aside for a second.
9   A    Okay.
10  Q    I just want to know, what do you think as
11  the chief financial officer of Health Grades is the
12  definition of the market in which Health Grades and
13  Vitals compete?
14  A    Well, that's -- okay.  I think the market
15  in which we compete is in general we both want to get
16  as many consumers to our website as possible.  I
17  believe that Vitals is trying to attract as many
18  healthcare consumers as they can, as is Health
19  Grades.
20  Q    Okay.  So is the market just the
21  healthcare -- the market for trying to attract
22  healthcare consumers to websites?  How do you define
23  the market is what I'm getting at.
24      If your damages expert asks you tomorrow,
25  How do you define the market in which Health Grades

Page 249

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2   and Vitals compete, how are you going to define that?
3       MR. VAZQUEZ:  Form.
4   A    I define it similarly, that Health Grades
5   is seeking, as I believe our competition, including
6   Vitals, is seeking to attract as many users,
7   consumers to our web properties as we can.
8       So the market at a very high level, a
9   global level, is consumers seeking healthcare
10  information.
11  Q    (BY MR. STIMPSON)  Okay.
12  A    Now -- go ahead.
13  Q    Okay.  Just so broad --
14      MR. VAZQUEZ:  I'm sorry, were you done?
15  A    The only thing I was going to add is as
16  we've talked about is I think on Vitals and
17  specifically on healthgrades.com, I believe the
18  majority of searches and users coming to those sites
19  are seeking physician information, but they may also
20  be seeking other healthcare information.
21  Q    (BY MR. STIMPSON)  So first of all, you
22  said that the broad market were consumers seeking
23  healthcare information, right, that's the broad
24  market?
25      I'm going to talk about the narrow market

63 (Pages 246 - 249)

EXHIBIT G

Attorneys' Eyes Only

Page 250

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  in a minute.  But the broad market, Health Grades'
3  percent of that market share is what?
4      A    I believe based on the Comscore reporting
5  that I've seen, it's roughly 5 percent, I believe.
6      Q    Okay.  So if you just take that
7  percentage, if in fact the jury determines that the
8  market is consumers seeking healthcare information,
9  if Vitals was taken off the market, whatever revenue
10  they're generating from ads, maybe 5 percent would go
11  to Health Grades, right?
12          MR. VAZQUEZ:  Object to form.  Calls for
13  expert testimony.
14          Answer if you can.
15      A    That's for an expert to determine.
16      Q    (BY MR. STIMPSON)  Right.  But if that's
17  the definition of the market, consumers seeking
18  healthcare information, Health Grades has about
19  5 percent of that market is what you're telling me?
20          MR. VAZQUEZ:  Form.
21      A    Now you're asking -- I think you're asking
22  a different question so I would have to think about
23  that.  But I don't know that I can answer that.
24      Q    (BY MR. STIMPSON)  Okay.  Then you've also
25  testified that in your view the majority of the

Page 251

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  consumers who visit Vitals and Health Grades are
3  seeking information on physicians, right?
4      A    That's on healthgrades.com.  And on Vitals
5  I believe that is the case, that the majority that
6  are coming to those sites are looking for physician
7  information, yes.
8      Q    What percentage of consumers of the Health
9  Grades site are looking for information on
10  physicians?
11      A    The healthgrades.com, I believe that's
12  about 90 percent.
13      Q    What is your basis for saying the majority
14  of Vitals, the majority of consumers going to
15  Vitals.com -- let me restate it.
16          What is the basis for your belief that the
17  majority of consumers using Vitals.com are looking
18  for information on physicians?
19      A    Based on what I understand their content
20  to be, which I believe is principally around
21  physicians, that's my basis.
22      Q    What do you think the percentage of Vitals
23  would be?
24      A    I would think it would be similar to ours,
25  but I don't know.

Page 252

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2      Q    How about uCompare, what do you think the
3  percentage of uCompare would be?
4      A    I'm not sure.
5      Q    Well, they have mostly information on
6  physicians, too, right?
7          MR. VAZQUEZ:  Form.
8      A    I'm not sure if it's mostly.  It may be,
9  but I'm not sure if it's mostly or what portion.
10      Q    (BY MR. STIMPSON)  Okay.  How about
11  iTriage?
12      A    Yeah, I don't know what percentage, but
13  certainly a fair amount, but I don't know what
14  percentage.
15      Q    How about WebMD?
16      A    I don't know.  I think, as I have
17  previously stated, it's a minority for them, but I
18  don't know.
19      Q    So in that, assuming the market is defined
20  narrowly, if it is defined narrowly for whatever
21  reason, what percentage of that market do you think
22  Health Grades has?
23          MR. VAZQUEZ:  Form.
24      A    Again, I believe a majority.  I don't -- I
25  can't state a specific amount.

Page 253

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2      Q    (BY MR. STIMPSON)  So you don't know
3  whether it's 51 percent or 90 percent?
4          MR. VAZQUEZ:  Form.
5      A    I don't know.
6      Q    (BY MR. STIMPSON)  What are the major
7  factors that drive consumers to visit Health Grades'
8  or Vitals' or uCompare websites?  Do you have an
9  understanding of what that might be?
10      A    I think that's a very difficult question.
11  I don't mean to be evasive.  It's -- I think consumer
12  search is very personal as to how consumers search
13  for physicians.  I think certainly the majority of
14  the websites, absent those that are buying traffic,
15  but the majority of websites that are getting traffic
16  organically, I can explain that if I need to.
17      Q    Please.
18      A    Okay.  So let me step back.  Most sites,
19  absent WebMDs of the world, don't receive their
20  traffic by somebody coming directly to their website.
21  People don't go into a search bar typically and type
22  in, I don't believe, Vitals.com or even
23  healthgrades.com or other sites.
24          WebMD is different.  They have a very
25  strong name in terms of somebody coming directly to

64 (Pages 250 - 253)

EXHIBIT G

Attorneys' Eyes Only

Page 254

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2 that website.
3        So my point is most sites rely on, as we
4 talked about earlier, SEO, search engine
5 optimization.
6        So I think what drives consumers to the
7 web properties on physician search is how well do the
8 companies search engine optimize for search terms
9 around individual physician names or perhaps
10 specialty in geo modifier, meaning cardiac surgeon,
11 Denver, Colorado.
12    Q    Right.
13    A    So I think it's more about the search
14 engine optimization around those efforts.
15    Q    Would you say by far that's the biggest
16 factor in whether consumers searching for physician
17 information visit healthgrades.com or Vitals.com or
18 both?
19        MR. VAZQUEZ:  Form.
20    Q    (BY MR. STIMPSON)  That's by far the
21 biggest factor, isn't it?
22        MR. VAZQUEZ:  Same.
23    A    I think SEO is the biggest factor.  What's
24 challenging within that is SEO in and of itself means
25 nothing, meaning the algorithm that Google utilizes

Page 255

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2 and other search engines, Yahoo, name their search
3 engine, are not completely well known.  But what is
4 at least generally accepted is the more comprehensive
5 information you have, you know, the more quality
6 information you have, those are the types of things
7 that will cause your search engine optimization to be
8 better in the Google algorithm and cause your website
9 to show up higher than others in search results.
10    Q    So it's a function of the underlying
11 database?
12    A    It's -- that's one of the factors, to my
13 knowledge.  I'm certainly not here saying I'm an SEO
14 expert.
15    Q    Okay.
16    A    But that's one of the factors.
17    Q    What other factors contribute to SEO
18 placement?
19    A    As I think I mentioned, it's
20 comprehensiveness, I believe, of information.  It's
21 accuracy.  It's the authority your web page has, and
22 don't ask me to explain that more than to say, you
23 know, are there other properties that view Health
24 Grades as positive and have chosen to link back to
25 Health Grades, that can cause you to be higher or

Page 256

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2 Vitals to be higher.  There are a number of factors.
3    Q    Besides search engine optimization, what
4 other factors drive, to your knowledge, consumers to
5 either Health Grades or Vitals or uCompare or whoever
6 else in this space of searching for physicians?
7    A    I guess my only statement there would be I
8 think what ultimately drives people to these sites is
9 the need and desire for information on physicians.
10 What causes certain sites to show up higher in the
11 search results is the SEO and the underlying
12 databases, some of the other things we mentioned as
13 to what would cause somebody to be higher in those
14 search results.
15        And just to be clear, this is probably an
16 obvious point, but the point being there may be
17 numerous companies that show up on a Google search
18 result page but typically most consumers will not go
19 down to the second, third, fourth page of the search
20 results.  They'll look at those top placements.
21    Q    So who are the top placements for searches
22 for physicians on Google generally speaking?
23    A    It's obviously every search you do is
24 going to be unique.
25    Q    Right.

Page 257

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    A    So it's challenging to make a broad
3 statement.  But in general I would say Health Grades
4 and Vitals and I think uCompare as well, those are
5 the principal that I see in the search results.
6    Q    And is Health Grades usually the top?
7    A    I think we usually are, yes.
8    Q    In those instances when Health Grades is
9 the top, a consumer is going to go to Health Grades,
10 right, usually?
11    A    I think consumers have a tendency to click
12 on the first site.
13    Q    And so whether Vitals existed or not in
14 all those searches where Health Grades comes up to
15 the top it's going to get the hit, right?
16        MR. VAZQUEZ:  Form.
17    A    I mean, again, I would say your point is
18 certainly valid as it relates to somebody that may be
19 on the second, third, and fourth pages.  But my point
20 would be is it's clearly consumers aren't just
21 looking at the first link or no one would ever get
22 traffic.
23        And, also, I think we show up the majority
24 of times in the first placement but by no means every
25 time.

65 (Pages 254 - 257)

EXHIBIT G

Attorneys' Eyes Only

Page 258

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  Q    (BY MR. STIMPSON) Sometimes uCompare
3  shows up first?
4  A    I don't know. Certainly sometimes Vitals
5  shows up first. I think sometimes uCompare shows up
6  first, too. It just depends on the search.
7  Q    So if Vitals changed their website so that
8  they took out comparison ratings, anything that even
9  Health Grades says is comparison ratings, would that
10 change where Vitals shows up on the search results?
11 MR. VAZQUEZ: Object to form. Calls for
12 expert testimony.
13 Answer, if you can.
14 A    I'm not sure how that would affect any of
15 Google's algorithms or the search engines algorithms.
16 Q    (BY MR. STIMPSON) If Vitals decided to
17 close up shop tomorrow and take themselves off, if
18 Vitals wasn't in that second spot or that third spot
19 or whatever, somebody else would show up in that
20 second or third spot, right?
21 MR. VAZQUEZ: Same.
22 A    I think someone would show up there, yeah,
23 I think someone would.
24 Q    (BY MR. STIMPSON) Do you know roughly
25 percentage wise factually how often Health Grades

Page 259

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  shows up in the top spot from searches for physician
3  information?
4  A    I can only respond in general. So I can't
5  quote specific facts of how many times.
6  Q    Well, but do you have an idea in your head
7  as to what that percentage is?
8  A    Only to restate what I've said. I believe
9  it's the majority, but I can't state specifically a
10 percentage.
11 Q    You said that Health Grades made two
12 acquisitions, that one was InHealth and then you said
13 there was another one in October of 2011. What was
14 that?
15 A    That was called CPM or Customer Potential
16 Marketing, Inc.
17 Q    And what is that company?
18 A    CPM is a company that has a software
19 solution that essentially they work directly with
20 hospitals. CPM has a solution where this database,
21 this application, will sit at a hospital. And CPM
22 can ingest virtually any data feed a hospital has.
23 The intention being CPM can look at that
24 data and help a hospital determine what's the right
25 population to mail to or to reach out to for the

Page 260

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  various clinical or diagnostic programs a hospital
3  may have.
4  For example, if a hospital wants to do
5  like diabetes screen, you know, they may want to
6  narrow the population rather than just send out
7  postcards to everyone in the community where the
8  hospital is based. They would be much better off to
9  be mailing those postcards to folks that may be
10 overweight or, you know, people that may be at risk
11 for diabetes in short.
12 And CPM can very much target those
13 mailings by ingesting all that patient information
14 from the hospital and understanding how, you know,
15 how that family or those patients and what are their
16 risk factors.
17 Q    CPM has no impact then on searching for
18 physicians on Health Grades' website. It's something
19 different from the hospitals, right?
20 A    CPM itself does not have any -- well,
21 prior to the acquisition, they did not have a web
22 presence.
23 Q    Okay. And now that they have a web
24 presence but as far as the market that you're talking
25 about where Vitals and Health Grades and uCompare and

Page 261

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2  whoever else compete, that's really not impacted by
3  CPM?
4  That's all I'm trying to get at.
5  A    I would agree with that. From a
6  competitive standpoint, I would agree with that.
7  Q    Okay. Earlier you had mentioned -- we
8  talked about the physician search and information
9  kind of submarkets you talked about and also the
10 marketing programs which hospitals can license, that
11 kind of submarket, whatever market we're talking
12 about.
13 And then you also mentioned quality
14 improvement and also I think healthcare information
15 kind of markets or submarkets.
16 What's the quality improvement market
17 you're talking about?
18 A    Quality improvement relates back to where
19 Health Grades is seeking to work with hospitals and
20 improve their clinical quality of care.
21 So, again, the ultimate, hopefully,
22 outcome of that work would be a hospital may have
23 been a three star in cardiac care and after helping
24 them understand, you know, why are they, forgive the
25 term, killing more people than a hospital that is

66 (Pages 258 - 261)

EXHIBIT G

Attorneys' Eyes Only

Page 262

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  five star?  The idea would be that their mortality
3  rates decline and they would become a five star.
4      Q    Does Health Grades compete with Vitals in
5  that space?
6      A    For the quality improvement, not that I'm
7  aware of.
8      Q    And what percentage of the Health Grades
9  revenue is generated from quality improvement?
10     A    In general, I would say less than
11  5 percent.
12     Q    Okay.  What percentage of the Health
13  Grades overall revenue is derived from the physician
14  search and information aspect?
15     A    What percentage is derived from the
16  physician search?
17     Q    Right.  I mean, we talked about it being
18  40 percent for the marketing programs and less than
19  5 percent for the quality improvements.  I'm just
20  trying to get that number for the part that you
21  labeled physician search and information.
22     A    So what, to try to orient myself for a
23  second, what timeframe are you asking?
24     Q    Good question.  Let's take 2010, 2011.
25     A    Okay.  Give me a minute to access.  So for

Page 263

1  2010, what I'm -- the calculus I'm going through in
2  my head is specifically related to the physician
3  search would be, in my view, revenue from
4  advertising.  Directly on the healthgrades.com site
5  it would be the InHealth revenue that was
6  programmatic revenue that was displayed directly on
7  the Health Grades site.
8      Q    What's the difference between programmatic
9  revenue and ads?
10     A    So to go back to the products that
11  InHealth offers, they offer general display ads, but
12  they also offer the ability to -- they create
13  products that are, for example, health coaches.
14         So the point is once a consumer gets to
15  our site, the healthgrades.com site, if they're
16  looking for an endocrinologist, they may be presented
17  with, hey, would you like to take a questionnaire on
18  diabetes to see if you have some form of diabetes?
19         As you go through that questionnaire, at
20  the end of that questionnaire, there may be
21  advertising or we call it programmatic solution
22  because it's more content based than pure banners and
23  buttons, as people like to discuss display
24  advertising.

Page 264

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2      Q    And what's the percentage of the InHealth
3  revenue that is derived from programmatic solutions
4  as opposed to display ads?
5          MR. VAZQUEZ:  Form.
6      A    Programmatic versus display, it's
7  changing, but I believe it's roughly 60/40.
8      Q    (BY MR. STIMPSON)  Programmatic 60?
9      A    Programmatic to direct display.  So I'm
10  only talking about the solutions that InHealth is
11  selling, to be clear, what they're selling directly
12  in display.
13     Q    Do you know if Vitals competes in the
14  programmatic solution area with Health Grades?
15     A    I don't know.  But I'm trying to answer
16  your question about physician search and I'm trying
17  to be careful of that, to me, the physician search
18  how we monetize is different than competing for the
19  search.  So my view is we're both competing for
20  physician search.  And how we monetize that directly
21  or indirectly gets -- it gets to be a challenging
22  discussion over where is that competition.
23     Q    Okay.  So anyway, back to where we were,
24  you were telling me the percentage of revenue of
25  Health Grades is derived from physician search.  And

Page 265

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  you started talking about the InHealth ads and
3  things.  So I had to stop you because there were
4  things I didn't understand.
5      A    So what's the question?
6      Q    We're back to the same question of what
7  percentage of the Health Grades revenue is derived
8  from physician search capabilities?
9      A    Is derived from physician search.
10         MR. VAZQUEZ:  Directly or indirectly?
11     A    No, I believe the question was directly.
12     Q    (BY MR. STIMPSON)  Well, let's do directly
13  first.
14     A    So the math I'm going through right now is
15  in 2011 I believe the total revenue in the
16  advertising programmatic was roughly 17 million.  And
17  what I'm going through in my head is how much of that
18  was on the Health Grades site, which is predominantly
19  physician search, versus other sites of Health Grades
20  that may be more general healthcare.
21     Q    Okay.
22     A    And so, again, in 2011, we talked about
23  the total revenue being, I believe, or maybe we
24  didn't talk about it, but it was approximately 104
25  million in 2011 of which, obviously, we had the CPM

67 (Pages 262 - 265)

EXHIBIT G

Attorneys' Eyes Only

Page 266

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  acquisition.  So if you look at that pro forma in
3  total, that was 35 million.
4       So of the 17 million that was advertising,
5  I believe about 75 percent of that would have been
6  directly on Health Grades, actually maybe even 80.
7  So directly to physician search.
8     Q    So what percentage then of the overall
9  Health Grades revenue would that work out to?
10     A    We can do the math.  I was trying to do
11  the numbers.
12     Q    No, that's all right, we can do it both
13  ways.
14     A    So let's see.  If I say that the total --
15     MR. VAZQUEZ:  Do you need a calculator?
16  Do you need one?
17     THE DEPONENT:  Give me a minute.  Let's
18  see if I can do it.
19     MR. VAZQUEZ:  Okay.
20     A    So if we say it was a $104 million in
21  total revenue for Health Grades combined and you said
22  17, so probably about 10 percent.
23     Q    (BY MR. STIMPSON)  Probably about
24  10 percent?
25     A    Yeah, approximately.  The numbers are

Page 267

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  available, and I think they have been provided.  I'm
3  just trying to do the best I can off memory.
4     Q    Okay.  So that was directly from physician
5  search and information, right?
6     A    Yes.
7     Q    And what about indirect, if any?
8     A    So indirect, it's difficult for me to tell
9  you specifically how much of the revenue, because
10  that is where the damage experts, I believe, are
11  going to help us.  But what I would say generally is
12  there is an impact the more consumers that come to
13  our site.  So the more people that come to Health
14  Grades, the more authority our ratings have.
15     So I would say that indirectly some of the
16  revenue as we get traffic increases some of the
17  revenue for our marketing programs, possibly even our
18  QAI programs would increase, do increase, as
19  hospitals understand that Health Grades is a dominant
20  player.
21     And as we become larger, I believe some of
22  that revenue is indirectly from the traffic that we
23  receive.  So that's our marketing and quality
24  improvement programs.
25     Certainly, although I tied the direct

Page 268

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  advertising coming from physician search to the
3  Health Grades properties because that's
4  predominantly -- or I should say the Health Grades
5  site, that's predominantly physician search.
6     The other web properties that Health
7  Grades has, such as Better Medicine in the past prior
8  years, wrongdiagnosis.com, which is more general
9  healthcare sites, obviously the idea is the more that
10  physician search traffic comes into Health Grades we
11  want to cross-pollinate and move people between
12  physician search and general healthcare content.
13     So, again, I would say indirectly as we
14  get more physician search, we would expect to also
15  see more revenue from the advertising of the other
16  web properties.
17     Q    So do you have any feel for how much extra
18  that would be, what the percentage might be?
19     A    I don't.  I believe that's part of what
20  the damage experts will be working on.
21     Q    You talked about roughly 10 percent from
22  the physician search and information of Health
23  Grades' revenue.
24     Do you have any way to characterize what
25  percentage of the revenue from Health Grades is

Page 269

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  derived because Health Grades offers comparison
3  ratings on healthcare providers?
4     MR. VAZQUEZ:  Form.
5     A    I don't have a direct way to quantify
6  that.
7     Q    (BY MR. STIMPSON)  Do you have any way to
8  quantify that?
9     MR. VAZQUEZ:  Same objection.
10     A    I don't know.
11     MR. VAZQUEZ:  Quick break?
12     MR. STIMPSON:  Sure.
13     (Recess taken from 4:08 p.m. to 4:30 p.m.)
14     Q    (BY MR. STIMPSON)  So we talked about
15  physician search and information and you think at
16  least directly is about 10 percent of the revenue
17  from Health Grades.  You've also given me another
18  category, healthcare information, which you gave
19  potential competitors as WebMD and others.
20     What percentage of the overall Health
21  Grades revenue is derived from healthcare
22  information?
23     MR. VAZQUEZ:  Objection.  Calls for expert
24  testimony.
25     Answer, if you can.

68 (Pages 266 - 269)

EXHIBIT G

Attorneys' Eyes Only

<table>
<tr><td>

Page 270

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    A    I think if you do the math we were doing
3  before the break, I believe it would be around
4  5 percent, maybe a little less.
5    Q    (BY MR. STIMPSON) All right. Then I'm
6  missing some revenue because we have marketing
7  programs, I have about 40 percent. Quality
8  improvement I have less than 5 percent. And
9  healthcare information around 5 percent. And
10 physician search and information 10 percent. So that
11 adds up to about 60 percent.
12       What am I missing?
13   A    We're missing -- we're in 2011, correct?
14   Q    Yes.
15   A    We're missing 35 million in revenue from
16 CPM.
17   Q    Oh, so that's -- we talked about that
18 earlier?
19   A    Right. So that would be 35 million on a
20 100, so that would be 30 percent.
21   Q    So we're getting there, about 100 percent.
22   A    We're getting pretty close. I'm trying to
23 think if there is any piece that we didn't -- or that
24 we left out.
25   Q    If so, it's a small part anyway, right?

</td><td>

Page 272

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  me back up. How much revenue does Health Grades make
3  licensing, if at all, licensing its data? Do you
4  license data to third parties?
5    A    We do license data to third parties.
6    Q    How much money do you make from that?
7    A    It's less than 2 million. So a couple
8  percent maybe.
9    Q    If Vitals was not on the market between
10 June 2010 to the end of 2011, how much more money, if
11 any, do you think Health Grades would make?
12       MR. VAZQUEZ: Object to form. Calls for
13 expert testimony.
14   A    Again, I would say that that's really what
15 we're looking for our experts to quantify for us.
16   Q    (BY MR. STIMPSON) So as a chief financial
17 officer of Health Grades, you can't give us any
18 ballpark on how your revenues would increase?
19       MR. VAZQUEZ: Same objection.
20   A    I think I've testified to why I think it
21 would increase and the products that would be
22 affected. But without having the experts opine, I
23 can't come up with a specific number or range of
24 numbers for you.
25   Q    (BY MR. STIMPSON) So let me change the

</td></tr>
<tr><td>

Page 271

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2       MR. VAZQUEZ: Form.
3    A    We talked about the marketing programs.
4  Now, I need to make sure we have the math correct
5  because in 2011 Patient Direct Connect in and of
6  itself was 20 million. So I need to make sure that
7  we haven't missed anything because Patient Direct
8  Connect is certainly directly over the website. So
9  that is a piece that we didn't talk about. I focused
10 on the specific advertising and InHealth revenue.
11 But Patient Direct Connect, you know, clearly is
12 specifically related to physician search.
13       And again, in 2011 by then it was
14 approximately 20 million in revenue.
15   Q    (BY MR. STIMPSON) And the Direct Connect
16 is where the doctors pay you for specific advertising
17 on your site?
18   A    Patient Direct Connect is actually where
19 the hospital will pay us and essentially when a
20 consumer comes to our site searching for a physician,
21 we will help facilitate the connection between that
22 physician -- sorry, the consumer directly with, say,
23 a hospital call center if they would like to make an
24 appointment for that physician.
25   Q    Did you talk to your expert about -- let

</td><td>

Page 273

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  question a little bit. What if Vitals was still on
3  the market but just didn't have what Health Grades is
4  alleging to be the comparison ratings?
5       MR. VAZQUEZ: Form.
6    Q    (BY MR. STIMPSON) How would Health
7  Grades' revenue change then, if at all?
8       MR. VAZQUEZ: Form.
9    A    Again, I would defer to our experts;
10 that's why we've engaged them.
11   Q    (BY MR. STIMPSON) Do you have any factual
12 basis for saying the Health Grades revenue would
13 increase at all if Vitals had simply removed what
14 Health Grades thinks is the comparison ratings?
15       MR. VAZQUEZ: Form.
16   A    I think what I would point back to is the
17 testimony I gave around search engine optimization.
18 So that's one factor I would point to that, again,
19 what gives people credibility or allows them to show
20 up higher in search results are comprehensiveness of
21 data, accuracy, the things we spoke of. And I
22 believe a comparison would be part of that.
23   Q    (BY MR. STIMPSON) A comparison would be
24 part of what?
25   A    Well, again, if you think about the

</td></tr>
</table>

69 (Pages 270 - 273)

EXHIBIT G

Attorneys' Eyes Only

Page 274

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  comprehensiveness of information, accuracy, types of
3  information, I would believe that that would be part
4  of the algorithm, but I don't know specifically what
5  the algorithm is.
6    Q    Okay.  The Health Grades system that
7  allows for search of physicians has many features,
8  right?
9        MR. VAZQUEZ:  Form.
10    A    The system that allows -- I think that's
11  true.
12    Q    (BY MR. STIMPSON) Well, it's got like
13  excellence awards, right?  Right?
14    A    I'm not sure what your question is.
15    Q    Well, I just want to know, when you get on
16  the Health Grades site, the place where you search
17  for physicians and the results that come up, they
18  have a lot of features, all kinds of features on that
19  website, right?
20    A    I mean, if you're -- I don't want to
21  restate your question, but if your point is there's a
22  number of data elements on the Health Grades site, I
23  certainly agree with that.
24    Q    Do you have any way to allocate the
25  revenue to any particular feature?  Has Health Grades

Page 275

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  ever done that?
3    A    I'm trying to think through the question.
4  I'm not sure that I can -- I'm not sure that we have.
5    Q    Do you as a chief financial officer have
6  any way to allocate any of Health Grades' revenue to
7  any particular feature on the Health Grades website?
8    A    Just so we're clear, what is your
9  definition of feature?  I just want to make sure I
10  understand what you mean.
11    Q    It could be anything.  Like I know you
12  have maps on your website.  You have tips for better
13  health.  You have parts of profiles, like picture
14  profiles.
15        You have, you know, comparison ratings.
16  You have excellence awards.  You have directions.
17  You have e-mail links.  You know, you have
18  information on why the doctor's hospital matters, all
19  that and everything and more.  Those are all
20  different features.
21        And my question to you is do you have any
22  information that can help a damages expert determine
23  what portions of the revenue might be attributed to
24  any different feature?
25        MR. VAZQUEZ:  Form.

Page 276

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    Well, I think -- I guess the way I would
3  answer that is the traffic that comes to Health
4  Grades' site is principally, as we discussed, related
5  to physician search.  And the way that we've shown up
6  in many cases very highly in physician search, as
7  we've discussed, is due to the Google algorithm which
8  includes numerous factors.
9        So my point would be probably not an
10  individual feature necessarily.  I would say that the
11  features that are provided I believe on the physician
12  information is a factor in terms of how we rise
13  higher in the search results and ultimately drive
14  traffic.
15    Q    (BY MR. STIMPSON) Do you have any way to
16  quantify that factor?
17    A    I don't know that I do.  Perhaps the
18  damage expert does.  I don't know.
19    Q    Do you have any information about how the
20  number of hits on the Health Grades website increased
21  or decreased after Health Grades added comparison
22  ratings to its reports?
23        MR. VAZQUEZ:  Object to form.
24    A    I don't know.  I mean, there have been
25  traffic reports over the years, but I don't know that

Page 277

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  we have specific reports to show how that changed
3  immediately after any comparisons were added.
4    Q    (BY MR. STIMPSON) Health Grades you said
5  earlier today used to provide reports to consumers
6  only for a fee, right, those underlying reports,
7  right?
8    A    I guess just to restate, Health Grades
9  provided certain information --
10    Q    Right.
11    A    -- basic information.  And to get the
12  enhanced or premium report, there was a time that,
13  yes, we charged a fee to the consumer to view that.
14    Q    Does Health Grades still charge a fee?
15    A    Do we still charge a fee to the consumer?
16    Q    Yes.
17    A    No, we don't.
18    Q    Why not?
19    A    Because of several reasons.  One, we would
20  like to provide as much information as possible to
21  consumers to select their physician.  It's part of
22  what Health Grades stands for.  And, also, with
23  respect to making more information free, typically,
24  at least we believe it provides more engagement, more
25  folks come into the website properties.

70 (Pages 274 - 277)

EXHIBIT G

Attorneys' Eyes Only

Page 278

CONFIDENTIAL ATTORNEYS EYES ONLY
1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    Okay.  Any other reasons?
3    A    Not that I can think of.
4    Q    When did Health Grades stop charging for
5    those enhanced reports?
6    A    The end of December 2010.
7    Q    Okay.  Has Health Grades ever done any
8    studies or investigations to see whether any of these
9    competitors we talked about, besides Vitals, might be
10   infringing the '060 patent?
11   Q    Can you repeat that one more time?
12   Q    Sure.  Has Health Grades ever done any
13   studies or investigations to see if any of these
14   competitors we've talked about today might be
15   infringing the Health Grades '060 patent, just yes or
16   no?
17        MR. VAZQUEZ:  Yeah, just the same caution,
18   please don't divulge any communications with any
19   attorneys related to the subject matter of the
20   question.
21        If you can answer the question without
22   divulging those communications, please do so.
23   A    Yes, I believe we have.
24   Q    (BY MR. STIMPSON)  And what competitors
25   have you studied that for?

Page 279

1    A    For --
2        MR. VAZQUEZ:  Same, same.  No, wait a
3    minute.  Let me think about that.  Let me look at the
4    question.  What competitors.  So that question would
5    require him to divulge what the attorneys have told
6    him.
7        So I'm going to instruct you not to answer
8    on the basis of attorney-client privilege.
9    Q    (BY MR. STIMPSON)  How is the market
10   changing for these -- for consumers looking for
11   physician information in the last few years?  Is it
12   increasing?  Has it been decreasing?  I mean general
13   overall market.
14        MR. VAZQUEZ:  Form.
15   A    I think in general I believe it's been
16   increasing.  I don't know by how much, but in general
17   I believe it's been increasing.
18   Q    (BY MR. STIMPSON)  Actually, doesn't the
19   presence of competitors like Vitals or uCompare,
20   doesn't that help to increase and expand the overall
21   market?
22   A    I don't know that I agree with that
23   statement.
24   Q    Okay.  Well, if Vitals is out there and

Page 280

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    they're doing their thing to try to interest
3    consumers in getting information on physicians online
4    and so is uCompare and so is whatever, WebMD or
5    whoever else is in the space, doesn't that generally
6    increase consumer awareness that you can get
7    information on physicians online?
8    A    I think for me the nuance or difference is
9    it's difficult to create demand in healthcare.  So
10   meaning consumers are certainly going to the web who
11   are looking for healthcare information and who have a
12   need.
13        And, you know, perhaps WebMD with their
14   brand name, their advertising and as we discussed
15   previously they do have some portion of consumers I
16   think relatively significant that come directly to
17   their website.
18   Q    Um-hum.
19   A    But in general, I would say that the
20   demand is really created by the consumer and their
21   underlying, you know, conditions or issues.
22   Q    Do you have any facts, any evidence
23   supporting how, if at all, competitors might impact
24   the overall size of the market?
25        MR. VAZQUEZ:  Object to form.

Page 281

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A    I mean, not other than as I have just
3    stated that really -- and I can point to examples
4    around consumer demand.  It is difficult I think to
5    create demand when the underlying -- what gives rise
6    to the demand is a specific condition or issue with a
7    consumer.  So it's difficult to really manufacture
8    that, unlike, say, the cosmetic or an auto that may
9    be able to influence more appropriately.
10   Q    (BY MR. STIMPSON)  Well, right.  We're
11   really not talking about demand for services of
12   physicians.  We're talking about demand for the
13   services of these healthcare websites, right?  And
14   not all people who might be in the need for
15   physicians necessarily go to the web to search for
16   information on them, right?
17        MR. VAZQUEZ:  Form.
18   A    I agree with the last part of your
19   statement, that not everyone goes to the web --
20   Q    (BY MR. STIMPSON)  Right.
21   A    -- that is looking for information.
22   Certainly a number do, but not everyone that is
23   looking for information on a physician goes to the
24   web.
25   Q    And in order to expect those people to go

71 (Pages 278 - 281)

EXHIBIT G

Attorneys' Eyes Only

Page 282

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  to the web to try to search for physician
3  information, they have to know that sites like Health
4  Grades and Vitals and WebMD, that they exist?
5      A   I don't necessarily agree with that.
6      Q   Tell me something, has Health Grades ever
7  had any competitors, go out of business?
8      A   So has there ever been a competitor
9  that --
10     Q   Let me rephrase because it's getting late
11 in the day and my questions aren't as clear as they
12 would be in the morning.
13         If in any of these markets that we talked
14 about today, whether it's, you know, the marketing
15 information or healthcare information, whatever, has
16 Health Grades ever had a web competitor, a
17 significant web competitor go out of business?
18         MR. VAZQUEZ:  Form.
19     A   I can't think of a significant web
20 competitor that has gone out of business.
21     Q   (BY MR. STIMPSON) What is Health Grades'
22 profit margin with regard to revenue derived from
23 physician searches and information?
24     A   We look at our profit margins not so much
25 by each individual product as we do really overall.

Page 283

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  So I guess my answer to you would be -- sorry, one
3  more question.
4         Any timeframe?
5      Q   Let's try 2011.
6      A   2011, how we look at our profit margin,
7  and particularly how private equity looks at profit
8  margins are based on EBITDA, which stands for
9  earnings before interest, taxes, depreciation, and
10 amortization.  And that rate was approximately 25
11 percent in 2011.
12     Q   Do you know what Health Grades'
13 incremental profit margin is?
14     A   I don't specifically, no.
15     Q   Do you have any ballpark?
16     A   You know, I believe that it's in excess of
17 75 percent.
18     Q   If the Vitals website did not exist, would
19 Health Grades raise prices for any of its products
20 and/or services --
21         MR. VAZQUEZ:  Form.
22     Q   (BY MR. STIMPSON)  -- or advertisements?
23         MR. VAZQUEZ:  Form.
24     A   I'm not sure.  Advertising, it's possible
25 that rates would increase given less competition.

Page 284

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2      Q   (BY MR. STIMPSON) Right.  Well
3  advertising revenue might go up because you get more
4  hits, if you get more hits, right?
5      A   That's not what I was referring to.
6      Q   Okay.  Well, that's what I mean.  Well,
7  let me ask you this.  When was the last time you
8  raised prices on advertising?
9      A   Again, that's a difficult question
10 because, although I think most companies come up with
11 what they may report as standard advertising rates,
12 in truth, each rate is negotiated.
13         So each time you're in the marketplace
14 seeking to place advertising, it's an individual
15 negotiation.
16     Q   So if Vitals wasn't in the market for this
17 physician search and information part of the market,
18 you would still have to deal with competitors like
19 uCompare and iTriage, right?
20         MR. VAZQUEZ:  Form.
21     A   I guess it depends on is Vitals as a
22 company gone or Vitals the website?
23     Q   (BY MR. STIMPSON) Well, let's assume
24 Vitals the website is gone right now.  Let's assume
25 that's gone.  I know there are other options it could

Page 285

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  be changed and tweaked so it doesn't fall under the
3  patent claims.  Right now let's talk about it's gone
4  completely.
5         You would still have to compete with
6  uCompare in that space, right?
7      A   Yes, I assume for the sake of this
8  question uCompare would still be there.
9      Q   And iTriage would be there and you still
10 have to compete with them?
11     A   Correct.
12     Q   You still have to compete with all the
13 other competitors.  I don't have the list in front of
14 me, but we talked about some you said would be
15 smaller.  But generally speaking, you would have a
16 list of competitors who would still be out there,
17 right?
18     A   There would be, yes.
19     Q   And so there would be pressure on Health
20 Grades to keep its pricing the way it was, right?
21         MR. VAZQUEZ:  Form.
22     A   It depends.  I'm not sure without the
23 experts to help us quantify what would the impact be
24 of this one competitor not being in the marketplace.
25     Q   (BY MR. STIMPSON) Well, I'm just asking

72 (Pages 282 - 285)

EXHIBIT G

Attorneys' Eyes Only

Page 286

CONFIDENTIAL ATTORNEYS EYES ONLY
1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  you as the chief financial officer, if Vitals was
3  gone tomorrow, would you increase prices on any of
4  Health Grades' advertising?
5      A   And my response would be I would have to
6  see what the marketplace looked like at that point to
7  make that determination.
8      Q   Well, the marketplace would look as it
9  does today, except Vitals would be gone.
10     A   That really wasn't my point, but I
11 understand what you're saying.  My point is with them
12 gone, we have to understand what pricing, what do
13 those negotiations look like with third parties?
14 What do we see with advertising rates online on
15 things like Google AdSense?  Is that changing?
16        It's just impossible for me to know.
17 Maybe the damage experts may be able to quantify it.
18 But I can't tell you specifically what I would do
19 until I see that occur.  And then look at are we
20 seeing anything different in demand?  What is
21 changing in the marketplace?  That's what I meant by
22 the marketplace.
23     Q   I asked you this, I don't remember if I
24 got an answer or not so forgive me if I've already
25 got an answer.  When was the last time Health Grades

Page 287

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  raised prices on advertising, if ever?
3      A   You did.  And my response was that
4  although companies may purport to have base
5  advertising rates or standard rates, you know,
6  particularly as you negotiate directly with third
7  parties, it's an individual negotiation.  There's not
8  a standard.
9      Q   Well, then let me change the question a
10 bit.  When was the last time Health Grades changed,
11 whether up or down, its base advertising rates?
12        MR. VAZQUEZ:  Form.
13     A   I'm not sure because, again, I don't look
14 at base advertising rates.  The only thing that is
15 really relevant is what are the prices that we're
16 getting?  The base doesn't really mean anything.
17     Q   (BY MR. STIMPSON)  Well, there was a time
18 when Health Grades was in this market without the
19 competition from Vitals, right?
20     A   Yes, there was a point in time where
21 Vitals was not in the market.
22     Q   And then there was a point in time when
23 Vitals became what you refer to as a significant
24 competitor, right?
25     A   Yes, that's correct.

Page 288

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2      Q   And when that happened, did Health Grades
3  reduce any of its prices, its base prices for
4  advertising?
5      A   I'm trying to recall specifically when
6  Vitals came into the market to frame my answer
7  because the challenge with that question is we
8  principally started selling directly to pharma and
9  the med device companies principally with the
10 InHealth acquisition in 2010.
11        Prior to that, we monetized our website
12 through advertising, principally through third
13 parties, so third-party agencies, as well as networks
14 and Google AdSense.
15        And in those relationships there really
16 isn't a standard price.  The third parties are out
17 negotiating and attracting the rates.  So it's really
18 hard for me.  I can't answer that question.
19     Q   Okay.  Well, you basically get paid for
20 these advertisements on the number of hits that you
21 get, right?  I think you said something per thousand
22 hits or something you get advertising dollars?
23        MR. VAZQUEZ:  Object to form.
24     A   A little bit nuanced, but it's typically
25 based on the cost per thousand impressions, an

Page 289

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  impression being an advertisement on a one-page view.
3      Q   (BY MR. STIMPSON)  Okay.  And that's
4  directly related to the number of hits, right?
5      A   Well, the ultimate -- I should say the
6  total revenue derived is based on the number of hits.
7  But the cost per thousand impressions is simply a
8  number based on every thousandth time that
9  advertisement is displayed.
10     Q   And in 2011, what was the average price
11 you got per thousand impressions?
12     A   I would have to speculate because, again,
13 you have direct, you have vertical, which is the
14 networks, and you have remnants.  Each one carries
15 its own CPM.  And, you know, I have some numbers.  I
16 could give general ranges.  I don't have the specific
17 cost per thousand impressions globally that I can
18 give to you right now.
19     Q   Can you give me the general ranges, then,
20 please?
21     A   Sure.  If you think of Google AdSense,
22 which is what is typically referred to as remnants
23 inventory, in the range of a dollar maybe $2 per
24 thousand impressions.
25        If you look at third-party ad agencies,

73 (Pages 286 - 289)

EXHIBIT G

Attorneys' Eyes Only

Page 290

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  it's all dependent on the type of inventory, et
3  cetera, but that could be in the 6 to $8 range per
4  thousand impressions.
5      If you look at direct sales, again, it's
6  all dependent on mix, what types of categories you're
7  selling, what disease and condition, but the direct
8  can be anywhere from, say, 10 to even up to $30 per
9  thousand impressions.
10     Q    And now let's take that back a year to
11  2010.  Were those numbers significantly different?
12     A    I'm not sure if they were or they weren't.
13     Q    How about 2009, 2008, 2007, were they
14  significantly different?
15     A    I'm not sure.  That's the general range
16  I'm familiar with for those categories.
17     Q    Okay.  Other than advertisements, how, if
18  at all, do the Health Grades services for physician
19  searching promote sales of other products and
20  services of Health Grades?
21     MR. VAZQUEZ:  Form.  Calls for expert
22  testimony.
23     If you can answer, please do.
24     A    I think I covered that earlier, but my
25  position would be as more consumers come to the site,

Page 291

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  so as more consumers become aware of Health Grades
3  and reach our site that, in my view, creates more of
4  a brand for Health Grades.  In addition, hospitals
5  are aware of the traffic that's coming to Health
6  Grades.
7      So the ratings and the information that
8  we're providing that the hospital in turn can put out
9  in the marketplace becomes more valuable as our brand
10  becomes better and as the hospitals realize how many
11  consumers are coming to the Health Grades website.
12     Q    (BY MR. STIMPSON) Can you quantify that
13  at all, even roughly?
14     A    Again, I would defer to the damage
15  experts.  That's what I'm really looking for them to
16  help us with.
17     Q    Does Health Grades have any policies about
18  licensing its patent rights?
19     A    I don't know that we have any policies.
20  Yeah, I don't know that we have any specific policies
21  on patent rights.
22     Q    Has Health Grades ever licensed its patent
23  rights?
24     A    Not that I'm aware of, no.
25     Q    Has Health Grades ever discussed with any

Page 292

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  entity the possibility of licensing its patent
3  rights?
4      A    Not that I'm aware of.
5      Q    Has Health Grades ever taken a license to
6  intellectual property?
7      A    Just to be clear, to intellectual
8  property?
9      Q    Yeah.
10     A    I'm trying to think through what I would
11  envision the definition of intellectual property can
12  be because certainly Health Grades has had some
13  licenses, whether it be for data, for example.
14     MR. VAZQUEZ:  Form.
15     Q    (BY MR. STIMPSON) How about --
16     MR. VAZQUEZ:  I'm sorry, I meant to
17  interject an objection to form.
18     Q    (BY MR. STIMPSON) Has Health Grades ever
19  taken a license to patents to other companies?
20     MR. VAZQUEZ:  Same.
21     A    I'm not aware of any patents we licensed.
22     Q    (BY MR. STIMPSON) How about trademarks?
23     MR. VAZQUEZ:  Same.
24     A    I believe we have.  I believe we have.
25     Q    (BY MR. STIMPSON) And can you identify

Page 293

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2  those for me, to the extent you can remember them?
3      A    The one that comes to mind is we had a
4  relationship with JD Power & Associates where they
5  had some awards or designations in the healthcare
6  marketplace.  So in order to display those awards or
7  designations on the Health Grades web properties, I
8  believe we had some type of limited license to
9  trademark to display that information.
10     Q    Do you know how Health Grades paid for
11  that license?
12     A    I don't recall.
13     Q    If Health Grades was going to license the
14  '060 patent to Vitals or anyone else, do you have an
15  understanding of what royalty rate Health Grades
16  would request?
17     MR. VAZQUEZ:  Object to form.  Calls for
18  expert testimony.
19     A    I don't know.  I defer that to our
20  experts.
21     Q    (BY MR. STIMPSON) Do you know how much
22  expenses Health Grades incurred in developing the
23  comparison ratings feature on the Health Grades
24  website?
25     MR. VAZQUEZ:  Form.

74 (Pages 290 - 293)

EXHIBIT G

Attorneys' Eyes Only

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A   I don't know.
3    Q   (BY MR. STIMPSON) You said in preparation
4  for this deposition you read the patent claims. What
5  factual basis do you have for saying that any of the
6  features in the patent drive users to the Health
7  Grades website?
8    MR. VAZQUEZ: Form.
9    A   I refer back to my earlier testimony,
10 without restating it, unless I need to, regarding
11 what factors increase search optimization and what
12 would increase, in my view, traffic to the website.
13   Q   (BY MR. STIMPSON) I'll show you what has
14 been marked as Exhibit 3. It's the copyright patent.
15 If you could please turn to the claims at the back of
16 it.
17   A   Is there a particular page?
18   Q   I think it's the second to the last page,
19 or third from the last page, column 20.
20   A   Okay.
21   Q   In this claim 1, what factual basis do you
22 have for saying that any of the features in this
23 claim drive users to the Health Grades website?
24   MR. VAZQUEZ: This is beyond the scope of
25 the 30(b)(6).

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    MR. STIMPSON: You've got a continuing
3  objection.
4    MR. VAZQUEZ: Okay. Thank you. I also
5  need to object that he's not a patent expert. So I
6  object to form.
7    If you can answer, go ahead.
8    A   And from a general standpoint, I would
9  restate what I said previously with respect to what I
10 believe drives users to the site from the search
11 engine optimization.
12   Q   (BY MR. STIMPSON) Okay. And do you
13 believe that the -- any of these features in this
14 claim that you read help to drive people to the site
15 through search engine optimization?
16   MR. VAZQUEZ: Form. Same objection.
17   A   Please restate the question.
18   Q   (BY MR. STIMPSON) From your reading --
19 let me state it a different way.
20   From your reading this patent claim, do
21 you see any elements of this patent claim that
22 specifically would help drive consumers to the Health
23 Grades website?
24   MR. VAZQUEZ: Same.
25   A   I would answer yes, in general, to my

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2  knowledge. And that's essentially based upon there
3  are different types of elements that are described in
4  the patent. And I believe, again, as we discussed
5  earlier, comprehensiveness, I believe, is one of the
6  things that does drive traffic to the website.
7    Q   (BY MR. STIMPSON) And how does this claim
8  relate to comprehensiveness?
9    MR. VAZQUEZ: Same objections.
10   A   In general -- again, I'm not an expert,
11 but as I think of different types of information,
12 whether it's provider verified, whether it's
13 experience surveys, patient ratings, comparison
14 reports, all the elements I believe that are within
15 the patent claim, I believe that assists in driving
16 users to our site because it, in my view, drives
17 higher the search engine optimization.
18   Q   (BY MR. STIMPSON) And do you have any way
19 to quantify that?
20   A   The experts may. I don't have a way to
21 quantify it today.
22   Q   Do you own any part of Health Grades?
23   A   I do.
24   Q   And what percentage of Health Grades do
25 you own?

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    A   I'm pausing because some of the -- well,
3  what I own, what I own is roughly, let's see, around
4  1 percent.
5    Q   Okay. Do you know what that's worth?
6    A   I don't know what it's worth.
7    Q   Do you have a ballpark?
8    A   I don't.
9    Q   Is it more than a million dollars?
10   A   It's a private company so it's difficult
11 to determine what the value is. I'm not sure.
12   Q   All right. So it's more than $100,000,
13 right?
14   A   Yes, it is.
15   Q   Is it more than $500,000?
16   A   I believe it is, yes.
17   Q   It may be more than a million dollars;
18 you're not sure?
19   A   I'm not sure if it's more than a million.
20   Q   Do you receive -- you know what, I'm going
21 to have you identify some things here.
22   MR. STIMPSON: What number is my next
23 exhibit, 65?
24   THE REPORTER: 63.
25   MR. STIMPSON: Let me have marked as

75 (Pages 294 - 297)

EXHIBIT G

Attorneys' Eyes Only

Page 298

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2   Exhibit 63 a multipage document bearing Bates numbers
3   HG 0060706 through 715.
4        (Exhibit 63 marked.)
5        Q    (BY MR. STIMPSON) Can you identify this
6   document for me, please?
7        A    This appears to be a budget to actual
8   report of Mountain Acquisition Corp. as of -- or
9   excuse me, as of October 31st, 2011.
10       Q    Budget to actual report of Mountain
11  Acquisition Corp. Okay. How about page 709?
12       A    709 appears to be the budget to actual
13  report of Health Grades through October 31st, 2011,
14  so the legal entity Health Grades.
15       Q    Okay. So let's focus on that page, then.
16  I know this is small. It may be a little hard to
17  read. Can you read these lines okay or should I try
18  and get you an online version?
19       A    I'm okay.
20       Q    I'm not sure I am, but maybe you can help
21  me. 709 let's go through the revenue -- first of
22  all, why are you saying budget to actual?
23            It shows what you budgeted for the period
24  for the month, for the quarter, for the year, and
25  what your actual revenue was, right?

Page 299

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2        A    That's correct, as well as a variance in
3   dollars and percentage.
4        Q    Let's go year-to-date. Is Health Grades
5   on a calendar fiscal year or is it October?
6        A    It's a calendar year basis.
7        Q    Okay. So year-to-date, let's just talk
8   that. So that would be only 10/12ths of the year as
9   reflected here?
10       A    That's correct, for Health Grades by
11  itself, yes.
12       Q    As opposed to what else?
13       A    Well, as opposed to as we talked to
14  previously, there were two acquisitions. So they're
15  results of operations for InHealth as well as Health
16  Grades.
17       Q    Right. But InHealth was not a part of
18  Health Grades at this time, right?
19       A    That's not correct.
20       Q    It was a subsidiary of Health Grades at
21  this time, right?
22       A    That's correct.
23       Q    It was a separate company?
24       A    It's a legally owned subsidiary but, yes,
25  a separate entity.

Page 300

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2        Q    All right. Can you go through the revenue
3   lines and just tell me what each of these refers to,
4   please?
5        A    Interest income, both taxable and federal
6   obligations I think stands -- on their own, it's
7   interest on cash that Health Grades has invested.
8        Q    Actually, let's just take them one at a
9   time. How -- that's not connected in any way to the
10  patent that you know of, right?
11            MR. VAZQUEZ: Form.
12       A    Well, if you're asking back to what I
13  believe is either derived directly or indirectly from
14  search, which is I believe to some degree derived
15  from the patent, to the extent we generate more cash
16  it's going to generate more interest. So I'm not
17  quite sure how to answer your question.
18       Q    (BY MR. STIMPSON) All right. Let's go
19  back and start the way we did in the first place.
20  Tell me what each of these lines refer to, please.
21       A    Okay. Interest earning taxable would be
22  earnings on our cash balances that were in fact
23  taxable.
24            Interest income federal obligations would
25  be interest that was earned on our cash balances that

Page 301

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2   were non taxable or with federal entities.
3        Miscellaneous income, it's insignificant.
4   I can't sit here and tell you exactly what's in
5   $4,000 out of the $47 million revenue total.
6            Advertising network -- just reading
7   through all of these to make sure I orient myself.
8   Advertising network would include revenue from the
9   websites, so advertising revenue.
10       Q    I'm sorry, finish that. When you're done
11  with advertising network, let me know and let's talk
12  about that for a minute.
13       A    I'm trying to think. So, yes, it would be
14  advertising generated on the Health Grades web
15  properties. I'll leave it at that.
16       Q    Okay. And what properties would those be?
17       A    Those would be healthgrades.com. During
18  this timeframe bettermedicine.com, rightdiagnosis.com
19  and there may be a teeny bit on a couple of other
20  sites but principally those sites.
21       Q    What percentages of advertising revenue
22  were from Health Grades' website, healthgrades.com?
23            MR. VAZQUEZ: Form.
24       A    I believe it would be 85 to 90 percent
25  would be on healthgrades.com.

76 (Pages 298 - 301)

EXHIBIT G

Attorneys' Eyes Only

CONFIDENTIAL ATTORNEYS EYES ONLY

1  
2    Q    (BY MR. STIMPSON) All right. Let's move
3  on?
4        A    SQP, PSEA and OPEA sales refer back to
5  really quality awards that Health Grades has. We
6  previously in the day spoke about SQP, Strategic
7  Quality Partnership. PSPA and OPEA are additional
8  overall hospital distinctions separate from the
9  individual service line revenue, which I'll get to in
10  a moment.
11        Q    Okay. Are those revenues from the
12  healthgrades.com website in any way? I'm just not
13  sure of the connection.
14        A    Again, those are back to the marketing
15  programs where hospitals can license the award.
16        Q    Oh, okay. That's the one where you said
17  Vitals did not compete in that area, right?
18        A    Well, again, if you're asking about
19  competition, no, I don't believe that they're out
20  marketing quality awards on hospitals. To my
21  knowledge.
22        Q    Okay. What is the next one?
23        A    SQI sales. So that stands for, again,
24  Strategic Quality Initiative. So that would be sales
25  that are related to individual service lines. So

CONFIDENTIAL ATTORNEYS EYES ONLY

1  
2  instead of a hospital marketing overall quality for
3  all of the ratings they have, they may license
4  cardiac only as a therapeutic area for Health Grades.
5        Q    Okay. You talked about that. Does
6  Vitals, to your knowledge, compete in that area with
7  Health Grades?
8        A    Again, for that particular product, I
9  don't believe they're out in the marketplace with
10  hospitals. I'm not sure.
11        Q    Okay. What's the next one?
12        A    ACE sales is another acronym for the
13  products that we discussed earlier today around
14  quality improvement. So ACE was an evolution of QAI.
15        Q    I understand. So that's also an area
16  where Vitals does not really compete with Health
17  Grades, right, to your knowledge?
18        A    Again, I'm not aware of them out working
19  with hospitals on clinical quality.
20        Q    Okay. Consultant reimbursed travel?
21        A    That is essentially when consultants that
22  we have on staff, so company employees, travel out to
23  hospitals to work with them on marketing programs or
24  quality improvement, we have to bill it to get
25  reimbursed for it.

CONFIDENTIAL ATTORNEYS EYES ONLY

1  
2        Q    I gotcha. Publishers?
3        A    Publishers, it's a small amount of
4  revenue. Publishers is more of the data licensing.
5  We may, you know, license certain data elements to a
6  few companies.
7        Q    Okay. How about Connecting Point?
8        A    Connecting Point we talked to earlier
9  today, and that's a product whereby hospitals can
10  essentially not only make available for free as now,
11  or at least by the end of 2010 as I testified all the
12  information is free.
13        But with Connecting Point, physicians
14  would show up higher in search results and the
15  hospital or I should say the consumer coming to the
16  website would have the ability to make an appointment
17  directly with the physician practice.
18        Q    Do you have any reason to believe that the
19  presence of Vitals has reduced the Connecting Point
20  revenue?
21        MR. VAZQUEZ: Form.
22        A    Again, I think that Connecting Point, I
23  believe, is an area that Vitals competes in, that's
24  my understanding.
25        Q    (BY MR. STIMPSON) So how would the

CONFIDENTIAL ATTORNEYS EYES ONLY

1  
2  presence of Vitals have reduced the revenue of Health
3  Grades and Connecting Point?
4        A    Because in my view they would take away a
5  portion of the revenue that we could otherwise have
6  obtained if they were not in the marketplace.
7        Q    How would that work exactly? Do you think
8  there would be more physicians on your site? Why do
9  you think that Vitals -- I'm not making the
10  connection in my mind. Sorry, it's late in the day.
11        But how would that reduce revenue for
12  Health Grades? Right? I mean Health Grades has a
13  certain amount of physicians on its database, right?
14  And those physicians have the option of paying for
15  this Connecting Point -- sorry, these Connecting
16  Point services, right?
17        MR. VAZQUEZ: Form.
18        A    They do.
19        Q    (BY MR. STIMPSON) So how would that
20  revenue increase for Health Grades if Vitals wasn't
21  on the market? Do you think you would have more
22  physicians in your database?
23        MR. VAZQUEZ: Form.
24        A    No, clearly there wouldn't be,
25  necessarily, be more physicians. But my point is

77 (Pages 302 - 305)

EXHIBIT G

Attorneys' Eyes Only

Page 306

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2 there could be physicians that determine to sponsor
3 their profiles on the Vitals web property instead of
4 the Health Grades as one example.
5    Q    Okay.  Any other ways that you can think
6 of that that would reduce Health Grades' income?
7        MR. VAZQUEZ:  Form.
8    A    I defer to our experts.  That's what comes
9 to mind to me right now.
10    Q    (BY MR. STIMPSON) All right.  PDC sales?
11    A    PDC stands for Patient Direct Connect.  So
12 that is essentially to some degree an evolution of
13 Connecting Point.  Whereas consumers come to our site
14 now, they have the ability to connect directly with a
15 hospital call center.
16        So whereas with Connecting Point, a
17 consumer would essentially call a number which would
18 go to the physician practice and make an appointment.
19        With Patient Direct Connect, we are
20 selling that number to hospitals and the phone number
21 that is displayed is essentially a hospital call
22 center number where that consumer can make an
23 appointment immediately through the call center.  All
24 of that can be tracked, et cetera.
25    Q    Do you have any reason to believe that the

Page 307

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2 presence of Vitals has reduced this revenue number?
3    A    I would answer the same as I did for
4 Connecting Point.
5    Q    Only if the hospitals are paying Vitals
6 for this service instead of paying Health Grades,
7 right?
8    A    That's the example I can come up with.
9    Q    Okay.
10    A    Certainly our damage experts may have
11 others.
12    Q    How about Integrated Solutions?
13    A    Integrated Solutions is essentially
14 bundling Patient Direct Connect with our marketing
15 programs.  So we now have a solution where we will
16 work directly with hospitals, not only to sell them
17 Patient Direct Connect, which would give them the
18 ability to place an advertisement to connect the
19 patient directly to the call center, but with the
20 bundling or Integrated Solutions, they would also
21 have the ability to utilize their star ratings in
22 those advertisements and also offline.  So it's an
23 evolution where we're now bundling those programs
24 together.
25    Q    Okay.  So the presence of Vitals, would

Page 308

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2 that impact this revenue line?
3    A    Again, I would state the same thing that I
4 stated previously.
5    Q    Okay.
6    A    In addition, you know, again, the -- when
7 you say the presence of Vitals, you've changed a
8 little bit your competition discussion.  And my point
9 is, as I've said previously, if Vitals wasn't in the
10 marketplace and we had more traffic, I think it
11 affects most of these lines as I've already stated.
12    Q    And you mentioned competition.  And you're
13 right, if some of these revenues are going to Vitals
14 and Vitals suddenly disappeared, a portion of the
15 Vitals revenue from this would go to other
16 competitors, too, not necessarily Health Grades,
17 right?
18        MR. VAZQUEZ:  Form.
19    A    I don't know what other companies or if
20 they have direct solutions that are similar to
21 Connecting Point and PDC.
22    Q    (BY MR. STIMPSON)  Are you sure that
23 Vitals have solutions that are similar to Connecting
24 Point and PDC?
25    A    I believe they do.

Page 309

CONFIDENTIAL ATTORNEYS EYES ONLY
1
2    Q    What's the basis for that?
3    A    I believe that whether it's through this
4 lawsuit and information I've received.  Also, I
5 believe it's stated right on their website, I
6 believe, the programs.
7    Q    Do you believe if uCompare has similar
8 products to Connecting Point and PDC?
9    A    I'm not aware.  I'm not sure.
10    Q    How about Data Licensing?
11    A    That's, again, similar to Publishers
12 where, you know, we still may license to
13 third-parties some of our information.
14    Q    Do you have any reason to believe that the
15 presence of Vitals is reducing your revenue from Data
16 Licensing?
17        MR. VAZQUEZ:  Form.
18    A    I'm not sure.
19    Q    (BY MR. STIMPSON)  How about Health Plan
20 Employer, what's that, another small one?
21    A    Pretty small.
22    Q    Yeah.
23    A    It relates back to our discussion on QRS
24 from earlier in the day where we're providing
25 information that employers and health plans can give

78 (Pages 306 - 309)

EXHIBIT G

Attorneys' Eyes Only

| Page 310 | Page 312 |
|---|---|

Page 310

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2 to their employees.
3    Q    Do you have any reason to believe the
4 presence of Vitals is impacting that line?
5    MR. VAZQUEZ:  Form.
6    A    I'm not sure.  I believe that they may
7 offer similar solutions, actually perhaps also in
8 Data Licensing, I'm not sure.
9    Q    (BY MR. STIMPSON) Let's talk about
10 expenses.  There's lines of expenses which go for two
11 or three pages, right?
12    A    Yes, there are.
13    Q    I will not torture Jesus and Kirstin and
14 myself and yourself and the court reporter to go
15 through all these lines but let me ask you this.
16    If Health Grades -- as Health Grades' hits
17 to its website increase, please go through these
18 expenses and just tell me which, if any, would
19 increase with the number of hits.
20    Do you see what I mean?
21    I'm trying to get an idea of how you said,
22 I think, your incremental profit margin was 75
23 percent or maybe you said at least 75 percent.  So
24 that means that some portion -- the expenses have to
25 be increasing at least to some degree as you bring in

Page 311

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2 more hits.  So what I'm trying to figure out is where
3 those expenses are here, which of these expenses in
4 these two or three pages go up as the number of hits
5 go up.
6    MR. VAZQUEZ:  Well, I just need to make an
7 objection as to form.  That's like a multiple
8 compound question.  I appreciate counsel's attempt to
9 condense this given that we're well over seven hours
10 of deposition time on the record.
11    But if you can answer that question and
12 answer it, then give it a shot, Mr. Dodge.
13    A    It is a very difficult question to answer.
14 To break it down a bit, as one incremental hit comes
15 to the site, there is not much that I can think of
16 that would be incremental.
17    Q    (BY MR. STIMPSON) Well, what about how
18 about in a million hits --
19    A    I was getting there.
20    Q    I wouldn't expect much for one hit either.
21    A    But my point is, it's difficult to show a
22 direct correlation to any expenses.  As we would be
23 able to sell more product at some point, you would
24 pay commission on certain products that we're
25 selling.

Page 312

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2    Q    I'm sorry, is that in this?  You can point
3 this out to me somewhere, the commissions?
4    A    Yes.  I don't know how to directly.  How
5 about if you go to the salaries and wages category.
6    Q    Okay.
7    A    The third line under the caption salaries
8 and wages says salaries and wages-commissions, okay?
9    Q    Yeah.
10    A    So, again, if, for example, the website
11 hits increased and we were able to sell more Patient
12 Direct Connect sales as an example, you know, on
13 Patient Direct Connect sales, we would have
14 commissions associated.
15    As advertising was monetized, we would not
16 if they were simply remnants or vertical channel.
17    Q    What do you mean by vertical channel?
18    A    Vertical is where we have sold or I should
19 say we have partnered with a third-party ad agency,
20 such as the Health Central Network and others like
21 that where they are essentially out repping your
22 inventory, that's an example.
23    Q    Okay.  Any other expenses you can think of
24 that would go up with the extra hits?
25    A    Not specifically.  Again, at certain

Page 313

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2 levels, you may add personnel.  And, obviously, that
3 would dovetail into benefits and taxes.
4    The only other line, I apologize, that I
5 would probably point to, if you go nearly to the
6 bottom of the page to professional fees, and actually
7 it would be better to look at the very, very last
8 line that says professional fees.
9    Q    Yeah.
10    A    Go two lines above that -- or sorry, one
11 line above that that says ad serving fees, ad serving
12 fees are related to as an ad is displayed, you pay a
13 certain fee.
14    Q    Okay.  Any others you can think of?
15    A    Not at this time.
16    MR. STIMPSON:  You know, I'm very close to
17 being done.  Can I just get five minutes to clean up?
18    MR. VAZQUEZ:  Sure.  Let's do that.
19    (Recess taken from 5:32 p.m. to 5:41 p.m.)
20    Q    (BY MR. STIMPSON) I'm afraid I don't have
21 extra copies of this so I can't mark a copy.  I'm
22 just referring to the 2011 Comscore report we got
23 from Health Grades, okay, Bates number HG 0014705 to
24 06.
25    MR. STIMPSON:  You guys, maybe it's

79 (Pages 310 - 313)

EXHIBIT G

Attorneys' Eyes Only

Page 314

CONFIDENTIAL ATTORNEYS EYES ONLY
1  already been marked but I couldn't find it. Anyway,
2  I'm just referencing the document so you'll know
3  which document I'm referring to for my questions.
4      Q    (BY MR. STIMPSON) And Comscore has a
5  section entitled cross visiting. Are you familiar
6  with that?
7      A    I'm familiar with the term, yes.
8      Q    Cross visiting refers to sites that have
9  the highest percentage of visitors that also visited
10  Health Grades; is that what you understand?
11      MR. VAZQUEZ: Wait. Scott, can we look at
12  that?
13      MR. STIMPSON: Don't say I'm waiving work
14  product. You know, it's okay if you're not going to
15  say I waive work product. It's not great. It's just
16  that bottom thing there.
17      MR. VAZQUEZ: The bottom.
18      MR. STIMPSON: This right here, see,
19  that's all.
20      MR. VAZQUEZ: This is off the record.
21      (Discussion off the record.)
22      MR. STIMPSON: We can go back on the
23  record.
24      Q    (BY MR. STIMPSON) I just wanted to give

Page 315

CONFIDENTIAL ATTORNEYS EYES ONLY
1  you some context. Let me just identify some
2  companies that are identified in Comscore.
3      MR. VAZQUEZ: If you give me that Bates
4  number again, please.
5      MR. STIMPSON: Yes, 14705 Health Grades,
6  just the regular Health Grades, not your 20-letter
7  designation.
8      Q    (BY MR. STIMPSON) We talked about
9  Vitals.com competing for space for hits on Health
10  Grades, right, and uCompare.
11      Does Health Grades also compete with
12  wellness.com for hits to its website?
13      A    For general hits to the website or
14  physician search? I'm sorry, I want to make sure I
15  understand the question.
16      Q    Compete for hits to the healthgrades.com
17  website, does Health Grades compete with
18  wellness.com?
19      A    My recollection of wellness.com is they
20  are in the healthcare space. So in terms of general
21  healthcare content I believe they may. I'm not sure
22  about physician search.
23      Q    How about hhh.gov, are you familiar with
24  that?

Page 316

CONFIDENTIAL ATTORNEYS EYES ONLY
1      A    Sorry, can you repeat the URL or the name
2  one more time?
3      Q    HHH -- probably Health and Human
4  Services.gov?
5      A    I'm familiar with that site. And, again,
6  I think with respect to general healthcare content, I
7  believe that's what they would have is more general
8  healthcare content.
9      Q    What makes you think it's more general?
10      A    Because I think Health and Human Services,
11  most of the government site information I'm aware of
12  is at a hospital level and more -- I don't believe
13  it's at a physician level, but that's my
14  recollection.
15      Q    How about Aetna.com?
16      A    Yeah, I'm not sure what's on the Aetna.com
17  site.
18      Q    How about medscape.com?
19      A    Medscape is a WebMD property, and I
20  believe that's more of a physician continuing
21  education information, to the best of my knowledge.
22      Q    How about healthline.com?
23      A    Healthline, similar to WebMD, I believe,
24  is more of general healthcare information site.

Page 317

CONFIDENTIAL ATTORNEYS EYES ONLY
1      Q    How about rxlist.com?
2      A    I think it's kind of as it sounds. RX
3  List I believe has information on drugs and drug
4  interactions.
5      Q    How about emedicinehealth.com?
6      A    I believe that's another WebMD property,
7  but I don't want to speculate on what else is on
8  there.
9      Q    How about the oatmeal.com? It's making me
10  hungry.
11      A    I'm not familiar with that site.
12      MR. STIMPSON: All right. I'm done. Do
13  you have any?
14      MR. VAZQUEZ: Yes, I have a few follow-up
15  questions, Mr. Dodge.
16      EXAMINATION
17  BY MR. VAZQUEZ:
18      Q    First, Mr. Stimpson asked you questions
19  about various documents. And I want to just ask you
20  just a quick follow-up questions.
21      Do you have your stack there? Look at
22  what has been marked as Defendants Exhibit 52.
23      A    Okay.
24      Q    And so this is an e-mail from John Neal to

80 (Pages 314 - 317)

EXHIBIT G

Attorneys' Eyes Only

Page 318

CONFIDENTIAL ATTORNEYS EYES ONLY
1   CONFIDENTIAL ATTORNEYS EYES ONLY
2   Kerry Hix and Dave Hix, correct?
3       A    That's correct.
4       Q    You were not copied on this e-mail,
5   correct?
6       A    That's correct.
7       Q    Okay.  Similarly, Mr. Stimpson asked you
8   questions about what has been marked as Defendants
9   Exhibit 51.  Do you have that one?
10      A    Yes, I do.
11          MR. STIMPSON:  Hold on, Jesus, let me grab
12  it, okay?
13          MR. VAZQUEZ:  Oh, I'm sorry.
14          MR. STIMPSON:  What's it look like?
15          MR. VAZQUEZ:  It looks like this.  I'm
16  glad to share with you.  All I'm asking is to confirm
17  he's not a recipient.
18          MR. STIMPSON:  Okay.
19      Q    (BY MR. VAZQUEZ)  Exhibit 51, do you see
20  that Mr. Dodge?
21      A    Yes, I do.
22      Q    Is that also an e-mail from John Neal to
23  Lauren Deritis?
24      A    Yes, it is.
25      Q    I'm not sure if I can pronounce that

Page 319

1   correct.  There's an e-mail string there.  But you're
2   not a recipient on any of these e-mails in this
3   string, correct?
4       A    That's correct.
5       Q    All right.  And if you can just turn to
6   Exhibit 50.  Defendants Exhibit 50.  Again, this is
7   an e-mail from Mr. Montroy to Dave Hix and copying
8   John Neal.  And you were asked questions about this.
9   But you are not a recipient of this e-mail?
10          MR. STIMPSON:  Jesus, just objection for
11  leading.
12      Q    (BY MR. VAZQUEZ)  Okay.  Are you a
13  recipient?  Did you receive this document?
14      A    No, I did not.
15      Q    And then let's go to the big one, Exhibit
16  No. 8, has a bunch of reports attached.  And can
17  you just look at that and tell us whether you are a
18  recipient of the documents here marked as Defendants
19  Exhibit 8?
20      A    No, I was not.
21      Q    Okay.  And then let's go to Exhibit 48.
22          MR. VAZQUEZ:  Which looks like this.
23          MR. STIMPSON:  Yeah, I've got it right
24  here.
25

Page 320

1   CONFIDENTIAL ATTORNEYS EYES ONLY
2       Q    (BY MR. VAZQUEZ)  Mr. Dodge, please tell
3   us whether you were a recipient of this document?
4       A    No, I was not.
5       Q    Okay.  And now let's go -- give me a
6   second.
7           MR. VAZQUEZ:  Can we go off the record
8   real quick?
9           (Discussion off the record.)
10      Q    (BY MR. VAZQUEZ)  Now, please look at what
11  has been marked as Defendants Exhibit 29, Mr. Dodge.
12  It looks like this.
13      A    Okay.
14      Q    Do you have it?  And are you indicated as
15  a recipient of that e-mail?
16      A    This one, I am a member of senior
17  management so I probably did receive this one.
18      Q    Okay.  Thanks for that.  And then on 27,
19  which is a single-page document, that one indicates
20  at the top Health Grades Denver Employees and Health
21  Grades Field Employees.
22          Are you part of any of those two groups?
23      A    I would be part of the HG Denver Employees
24  group, correct.
25      Q    Thank you.  And now number 26, can you

Page 321

1   CONFIDENTIAL ATTORNEYS EYES ONLY
2   tell me if you're a recipient on that?
3       A    I am not.
4       Q    Okay.  Then 46, this is a project
5   development plan.  Do you know if you had received
6   this document or even seen it before today's
7   deposition?
8       A    Not that I'm aware of.
9       Q    Okay.  And then please look at 21.
10      A    Okay.
11      Q    Can you tell me if you're a recipient of
12  the e-mail that's marked as Exhibit 21?
13      A    I'm not.
14      Q    And can you look at 20, please?
15      A    Okay.
16      Q    And 20 is an e-mail.  Can you tell us
17  whether you're a recipient of that document?
18      A    I was not.
19      Q    Okay.  Now, Mr. Dodge, if it turns out
20  that Vitals licenses hospital awards, similar to how
21  you testified that Health Grades does, would that
22  change your testimony as to whether Vitals is a
23  competitor with Health Grades in that area?
24      A    Yes, it would.
25      Q    Okay.  And if it turns out that Vitals

81 (Pages 318 - 321)

EXHIBIT G

Attorneys' Eyes Only

---

Page 322

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2 licenses doctor data and Health Grades lost sales to
3 Vitals for data, would that change your testimony or
4 your view of whether Vitals competes with Health
5 Grades in data licensing areas?
6         MR. STIMPSON:  Objection to form.
7     A   Yes, it would.
8     Q   (BY MR. VAZQUEZ)  Okay.  And, Mr. Dodge,
9 you were asked several times today about efforts to
10 prepare for your deposition.
11         Do you recall that?
12     A   Yes, I do.
13     Q   And did you feel that your efforts to
14 prepare were hampered to some extent by the fact that
15 we could not show you any of MDx's documents?
16         MR. STIMPSON:  Objection as leading.
17     A   Yes, I do feel it was hampered.
18         MR. VAZQUEZ:  That's all I have.
19         MR. STIMPSON:  I've got nothing else.
20         (Proceedings concluded at 5:54 p.m.)
21
22         * * * * * * *
23
24
25

---

Page 323

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2     I, ALLEN DODGE, do hereby certify that I
3 have read the foregoing transcript and that the same
4 and accompanying amendment sheets, if any, constitute
5 a true and complete record of my testimony.
6
7
8
                    _____
9             Signature of Deponent
              ( ) No Amendments
10            ( ) Amendments Attached
11     Subscribed and sworn to before me this
12 _____ day of _____, 2012.
13
14     Notary Public: _____
15     Address: _____
16            _____
17     My commission expires _____
18     Seal:
19
20
21 KAM
22
23
24
25

---

Page 324

CONFIDENTIAL ATTORNEYS EYES ONLY

1
2 STATE OF COLORADO)
3             )  ss.    REPORTER'S CERTIFICATE
4 COUNTY OF DENVER )
5         I, Kelly A. Mackereth, do hereby certify
6 that I am a Registered Professional Reporter and
7 Notary Public within the State of Colorado; that
8 previous to the commencement of the examination, the
9 deponent was duly sworn to testify to the truth.
10        I further certify that this deposition was
11 taken in shorthand by me at the time and place herein
12 set forth, that it was thereafter reduced to
13 typewritten form, and that the foregoing constitutes
14 a true and correct transcript.
15        I further certify that I am not related to,
16 employed by, nor of counsel for any of the parties or
17 attorneys herein, nor otherwise interested in the
18 result of the within action.
19        In witness whereof, I have affixed my
20 signature and seal this 29th day of June, 2012.
21        My commission expires April 21, 2015.
22
23        _____
             Kelly A. Mackereth, CRR, RPR, CLT
24        216 - 16th Street, Suite 650
             Denver, Colorado  80202
25

---

Page 325

1         ERRATA SHEET
          VERITEXT CORPORATE SERVICES
2         800-567-8658
          ASSIGNMENT NO. CS403425
3 CASE NAME: Health Grades Inc v. MDX Medical Inc dba Vitals.com
          DATE OF DEPOSITION: June 28, 2012
4 WITNESS' NAME: Allen Dodge
5
6 PAGE/LINE(S)/ CHANGE      REASON
6 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
7 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
8 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
9 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
10 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
11 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
12 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
13 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
14 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
15 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
16 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
17 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
18 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
19 ___/___/_____/_____/_____
   ___/___/_____/_____/_____
20 _____
          Allen Dodge
21
   SUBSCRIBED AND SWORN TO
22 BEFORE ME THIS_____DAY
   OF_____, 2012.
23 _____
24   NOTARY PUBLIC
25 MY COMMISSION EXPIRES_____

---

82 (Pages 322 - 325)

EXHIBIT G

Attorneys' Eyes Only

**[& - 2005]**                                                                 Page 1

| **&** | | | |
| --- | --- | --- | --- |

**&**   2:3,9,14 7:23 8:15
  8:18 9:3,4,6,13
  148:8,12 149:16
  170:15 293:4

| **0** | | | |

**0014705**   313:23
**0040238**   181:11
**0042042**   179:14
**00520**   1:4
**0060706**   298:3
**0120457**   171:15
**0179533**   215:10
  217:14
**0179542**   216:17
**0207384**   211:5
**0207395**   211:9
**0208975**   159:25
**0209008**   191:21
**0209647**   190:24
**02179**   207:17
**022569**   167:4
**032036**   192:12
**032109**   192:12
**043786**   184:18
**05**   84:9
**06**   313:24
**060**   111:4 112:3
  115:2 116:18
  278:10,15 293:14
**098307**   176:17

| **1** | | | |

**1**   17:8,16 21:5 56:21
  137:9 170:24
  172:12 216:22
  220:23 223:9
  294:21 297:4
**10**   18:6 146:5
  151:18 191:22
  238:3 239:6 246:23
  247:6 266:22,24
  268:21 269:16
  270:10 290:8

**10/12ths**   299:8
**100**   149:15 191:9
  236:18 270:20,21
**100,000**   297:12
**10112**   2:16
**104**   265:24 266:20
**1050**   2:4
**10:02**   76:2
**10:49**   116:10
**11**   1:4 4:6 16:12
  179:15 192:4
**117**   191:13 228:4
**11:01**   116:11
**11:20**   132:22
**11:25**   132:23
**11:59**   158:16
**12**   4:6 16:12 246:20
**1200**   2:10 3:6
**14705**   315:6
**149**   228:18,23 229:4
**15**   4:15 174:11
  177:6,14 185:23
**158**   4:12
**16**   4:5 184:21
  207:20 208:11,17
  209:15 210:22
  220:6
**167**   4:16
**16th**   324:24
**17**   160:3 161:13
  265:16 266:4,22
**171**   4:13
**176**   4:15
**179**   4:13
**179518**   213:17
**179535**   222:20
**179536**   223:2
**179538**   225:4
**179541**   225:25
**179548**   226:12
**17th**   2:4
**18,000**   228:10
**180**   207:17
**181**   4:14

**184**   4:14
**190**   4:12
**191**   4:16
**192**   4:11
**1950**   2:4
**1990**   7:20 11:11
**1993**   9:8
**1994**   9:5,10
**1997**   9:5,11 10:13
  11:13 12:14
**1998**   12:18 13:2
**1999**   12:5 21:16
  172:14,17
**1:03**   158:17

| **2** | | | |

**2**   137:7 172:22
  217:3 245:23,23,23
  272:7 289:23
**20**   4:12 146:5
  158:19 237:24
  238:5 239:6 271:6
  271:14 294:19
  315:7 321:14,16
**2000**   11:13
**2000s**   122:9,13,16
  133:18
**2001**   11:24 13:11
  14:20
**2003**   21:17,18,18
  25:17 26:23 27:17
  28:7,18,19 29:14,15
  29:16,21 30:13,14
  30:18 31:17 32:7
  33:9,12,19 36:22
  38:7 39:14 44:13,14
  44:17,23 45:23 47:5
  47:18 48:10 52:14
  53:6,9 54:23 58:6
  58:23 59:5,19 68:22
  68:25 69:2 77:6,12
  97:4 98:3,23,24
  104:4 158:23 159:5
  160:3 161:2,13,14
  161:19 162:5

**163**:13,16,17
  164:18 215:21
**2004**   33:13,14,20
  37:18,24 46:7,9
  47:2,4,7,12,13,15,24
  52:14,20 53:6,9,14
  53:16,23 54:3,18,23
  58:16 59:5,19 67:14
  67:17 73:15 74:12
  74:17 98:23 122:18
  124:20 125:20
  128:18 129:5,11,22
  130:21 131:2
  134:16 168:15
  171:10,18 173:24
  177:6 179:9,15,20
  181:21,25 182:20
  182:23 183:4 184:9
  184:21 185:15,23
  186:12,16 187:14
  191:4,5,8 192:4,15
  192:24 193:16,21
  195:4,8 196:2,20,23
  197:5,9 202:9,13,25
  203:6 227:23
**2005**   33:15,17,18
  38:2 39:5 54:20
  55:18 56:10,16,17
  60:2,9,14,17 61:2,5
  61:7,12,14,16,25
  63:16,21 64:13,16
  67:5 68:9 69:6,22
  73:25 79:9 83:4,18
  83:19,23 84:5,12
  88:5 89:3,6,16,20
  90:13 91:15 104:15
  105:2,4,14 109:15
  116:21 124:10,20
  125:20 128:18
  129:5,11,22 130:8
  130:21 131:2
  132:12,14 133:9,11
  133:13,20 135:25
  136:3 169:4 176:4
  180:22 184:13

EXHIBIT G

Attorneys' Eyes Only

**[2005 - 51]**                                                                 Page 2

207:20 208:11,17
209:15 210:22
213:24 215:21
216:5 217:16 219:9
220:6,12 227:23
228:4,20 229:5
230:7
**2006**   13:13 14:7,9
14:10,25 20:13 21:8
21:12 33:18 38:14
38:17 39:2,4 61:7
61:17,18,23 62:2,9
62:12,16 63:13,17
66:14 68:9,17 69:22
70:12,15 71:2,2,7
71:10,12,17 72:5,8
72:10,11,11,16,19
72:19,23 73:11,15
73:21 74:18,25 75:2
75:5,8,10,20 79:8
81:20 82:24 83:3,5
83:16,23 84:5,9,12
84:19 87:16 88:6,9
88:13,20,20,22 90:8
90:16 91:18,22
93:17 94:2 95:2,8
98:3 100:14 101:5
102:11,22 103:4
104:4,8,10,11,15
108:15,17 109:18
116:21 117:12
118:20 121:11,19
121:25 122:22
124:10,20 125:20
127:20 128:2,18
129:5,11,23 130:5,6
130:21 131:2
132:15,16,17,18
133:7 136:14 187:6
187:10 188:14
190:8,21 215:22
230:7,10
**2007**   290:13
**2008**   290:13

**2009**   290:13
**2010**   15:9 150:13,14
150:14 151:8,10,24
152:3,13,15 153:4,7
153:10,15,18,19
154:2,5,23 155:2,14
155:22 157:4,11,12
157:20 190:11
230:17 231:5,9
262:24 263:2
272:10 278:6
288:10 290:11
304:11
**2011**   44:7 138:6
151:17,21 152:9,11
155:12,14 157:7,11
230:18,20 232:13
232:22 234:25
259:13 262:24
265:15,22,25
270:13 271:5,13
272:10 283:5,6,11
289:10 298:9,13
313:22
**2012**   1:10 3:5 4:6
16:12 323:12
324:20 325:3,22
**2015**   324:21
**208976**   160:11
**21**   159:24 160:25
162:11,13 321:9,12
324:21
**211**   4:17
**212.643.7000**   2:16
**212.653.6500**   2:17
**213**   4:17
**216**   324:24
**22**   213:24 216:5
**22574**   167:4
**25**   4:13 171:15
181:11,25 182:19
183:4 245:17,18
283:10
**26**   4:13 179:12
181:17 320:25

**27**   4:14 181:10
202:21,23 320:18
**28**   1:10 3:5 192:15
325:3
**28th**   158:23 159:4
191:4 193:16
**29**   4:14 20:13 21:8
21:12 94:2 95:2,8
102:11,22 103:4
121:11,18,25
122:22 184:19
185:14 190:3
320:11
**294**   4:11
**298**   4:7
**29th**   324:20
**2:01**   201:19
**2:11**   201:19
**2:53**   230:14

**3**

**3**   4:11 136:23 137:5
137:7 191:25
294:14
**30**   1:6 2:15 3:3 4:5
16:12 18:17 19:5
31:11 185:15
243:21 270:20
290:8 294:25
**3000**   2:10 3:7
**303.357.1670**   2:5
**303.357.1671**   2:6
**303.623.9000**   2:11
**303.623.9222**   2:12
**31**   155:14 157:7
**312**   178:15
**317**   3:15
**31st**   155:12 298:9,13
**32032**   194:21
**32037**   194:4,22
**32038**   195:17
196:14
**32051**   194:22
**32062**   196:25

**32063**   198:17
**32069**   200:4
**32070**   200:4
**32075**   201:8
**32086**   201:20
**325**   176:17
**35**   266:3 270:15,19
**398**   211:5
**3:14**   230:14

**4**

**4**   174:18 178:16
215:21
**4,000**   301:5
**40**   150:25 152:5
262:18 270:7
**42**   217:14
**44**   179:14
**45**   4:15 15:22 16:6,8
16:25
**46**   4:15 176:15
321:4
**47**   301:5
**48**   4:16 191:21
319:22
**49**   4:16 167:3 173:8
173:10 185:11
**4:08**   269:13
**4:30**   269:13

**5**

**5**   3:15 140:16
245:22 250:5,10,19
262:11,19 270:4,8,9
**50**   26:21 147:6
219:22 221:12
319:7,7
**50,000**   172:13,19
**50-50**   238:2
**500**   62:22,25 65:12
**500,000**   237:15,17
297:15
**500s**   63:7
**51**   4:17 213:16
219:25 253:3 318:9
318:19

EXHIBIT G

Attorneys' Eyes Only

**[52 - ads]**

**52**  4:17 211:4 317:23
**535**  218:6
**572**  168:13
**573**  170:12
**5:32**  313:19
**5:41**  313:19
**5:54**  322:20

**6**

**6**  1:6 3:3 4:5 16:12 18:17 19:5 31:11 61:5 175:23 178:25 243:21 290:3 294:25
**60**  151:15 152:3 264:8 270:11
**60/40**  264:7
**62**  4:5 5:7 16:11 246:16
**6255**  5:19
**63**  4:7 297:24 298:2 298:4
**65**  297:23
**650**  324:24

**7**

**7**  176:3 247:3,12
**709**  298:11,12,21
**715**  298:3
**7397**  213:8
**75**  266:5 283:17 310:22,23
**787**  184:19

**8**

**8**  4:11 162:20 192:11 203:9 232:21 234:6,9,10 234:17 290:3 319:17,20
**80**  146:5 239:6 266:6
**800-567-8658**  325:2
**80202**  324:24

**80202-5855**  2:11
**80265**  2:5
**80403**  5:21
**85**  301:24
**88**  151:11
**8977**  163:3
**8:13**  3:6

**9**

**9**  4:12 17:5 190:23
**90**  251:12 253:3 301:24
**9000**  159:25
**94**  8:10
**9550**  213:17
**987**  164:9
**991**  165:24
**9:14**  53:20
**9:33**  53:20
**9:58**  75:25
**9th**  191:5

**a**

**a.m.**  3:6 53:20,20 75:25 76:2 116:10 116:11 132:22,23 158:16
**aarp**  70:3,6,7,9 192:23,25 193:9
**abilities**  149:7
**ability**  13:8 32:19 35:6 57:6 80:10 126:12 131:5 149:11 161:5,5 189:9 203:19 218:2 219:15 221:6 235:7 242:15 245:6 263:13 304:16 306:14 307:18,21
**able**  20:17 23:2 25:8 32:12 42:2 120:17 146:9 166:8 183:18 219:10 232:23 281:9 286:17 311:23 312:11

**abms**  165:14 166:15
**absent**  233:5 235:14 253:14,19
**accepted**  255:4
**access**  22:21 29:8,25 55:14 59:10 72:6 96:15 120:18 135:22 215:14 244:18 262:25
**accessed**  23:18
**accessible**  138:2
**accompanying**  323:4
**accounting**  7:25 9:19,21 10:5,6 13:19 152:23 153:6 153:23 154:6,7,8
**accuracy**  80:8 255:21 273:21 274:2
**accurate**  182:7 191:10 210:19
**ace**  303:12,14
**acquaintances**  134:7
**acquired**  15:8 152:24 153:21 154:3,8 242:19
**acquirer**  153:24
**acquisition**  4:8 67:13,16 150:15,21 151:10,12,13,15,16 151:19 152:8,11,12 152:22 153:8 231:5 231:7 233:5 260:21 266:2 288:10 298:8 298:11
**acquisitions**  259:12 299:14
**acronym**  22:14 26:25 92:16 303:12
**acronyms**  22:11 28:25 95:16
**action**  37:3 89:20 114:15,23 115:17

**139:5 199:23,25 200:3 206:11 223:22 324:18
**actions**  114:11 200:6 223:25
**active**  7:10
**activity**  153:10
**actual**  4:7 25:9 64:7 298:7,10,12,22,25
**acute**  23:12
**ad**  234:3 289:25 312:19 313:11,11 313:12
**add**  33:10 34:6,23 84:12,21 85:12 178:23 182:2 247:10 249:15 313:2
**added**  46:18 71:17 71:20,24 72:23 85:4 130:11,16 276:21 277:3
**adding**  54:25 81:25
**addition**  13:18 25:3 26:5 31:6 48:7 61:14 220:8 291:4 308:6
**additional**  26:6 46:17 51:15 64:4 102:20 172:8,10 192:22 210:14 235:24 302:7
**additions**  47:21
**address**  5:18,19 36:14 59:7 80:22 99:5 194:10,12 323:15
**adds**  270:11
**adjust**  24:19
**administrator**  34:11
**administrators**  182:2
**admitted**  24:7
**ads**  210:5 250:10 263:10,12 264:4

EXHIBIT G

Attorneys' Eyes Only

**[ads - applications]**                                                                            Page 4

| | | | |
|---|---|---|---|
| 265:2 | 289:25 | **allows** 198:5 244:5,5 | 209:16 224:17 |
| **adsense** 234:2 | **agency** 52:18 312:19 | 273:19 274:7,10 | 229:20 239:7 |
| 286:15 288:14 | **ago** 120:9 242:20 | **amalgamation** | **answering** 81:5 |
| 289:21 | **agree** 134:19 154:19 | 242:6 | 109:10 113:9,22 |
| **advantage** 215:15 | 156:8 169:17 | **amendment** 323:4 | **answers** 116:25 |
| **advertisement** | 179:25 182:14 | **amendments** 323:9 | 128:8,11 170:3 |
| 235:8 289:2,9 | 183:25 184:8 186:9 | 323:10 | 172:13,16,20 230:3 |
| 307:18 | 198:20 203:12 | **america's** 26:21 | **anybody** 43:7,9 |
| **advertisements** | 208:21,22 209:17 | **american** 166:16 | **anybody's** 5:24 |
| 129:25 231:10 | 209:19 224:20,21 | **amortization** 283:10 | **anymore** 41:7 |
| 232:8 234:14 | 225:6 261:5,6 | **amount** 18:4 52:9 | **anyway** 94:19 |
| 235:10,12 236:7 | 274:23 279:23 | 146:4 234:10,14 | 162:22,24 180:3 |
| 237:20 283:22 | 281:18 282:5 | 237:23 252:13,25 | 264:23 270:25 |
| 288:20 290:17 | **agreed** 135:10,12 | 304:3 305:13 | 314:2 |
| 307:22 | **agreement** 64:7,11 | **analysis** 174:19 | **apologize** 9:10 |
| **advertising** 132:2 | 64:24 65:21 141:21 | 175:9 | 107:7 313:4 |
| 156:14,16 158:6 | **agreements** 106:9 | **angeles** 7:24 | **appear** 129:13 |
| 231:11 232:20 | 135:18 168:11 | **angieslist** 243:17 | 163:21,24 |
| 233:9,22,25 263:5 | 169:20 | 244:6 | **appearances** 2:2 |
| 263:22,25 265:16 | **ahead** 77:13 156:25 | **announce** 181:23 | **appeared** 173:4 |
| 266:4 268:2,15 | 164:10 249:12 | **annual** 18:6 22:24 | 219:15 |
| 271:10,16 280:14 | 295:7 | 144:11 | **appearing** 2:7,13,18 |
| 283:24 284:3,8,11 | **albeit** 18:25 | **answer** 6:4 7:3,3 | **appears** 161:5 166:4 |
| 284:14 286:4,14 | **algorithm** 50:17 | 17:22,24 18:20 | 167:15 180:16 |
| 287:2,5,11,14 288:4 | 254:25 255:8 274:4 | 21:14 32:4 42:3 | 181:23 192:2 193:7 |
| 288:12,22 301:6,8,9 | 274:5 276:7 | 62:12 64:9 85:17 | 196:8,22 197:7 |
| 301:11,14,21 | **algorithms** 23:25 | 87:21 94:11,15 | 198:13 199:9 |
| 312:15 | 258:15,15 | 95:12,23 102:17 | 200:20 201:23 |
| **advice** 41:24 | **aligned** 196:11 | 105:21 113:16 | 202:5 203:4,4,12 |
| **advise** 68:22 | **allegation** 112:18 | 128:5 134:24 139:9 | 204:11 207:22 |
| **advised** 105:7 | **allegations** 112:24 | 145:18 147:13 | 208:13 210:24 |
| 186:18 | **alleged** 112:15,19 | 154:18,21 159:10 | 211:2,25 214:2 |
| **advisor** 231:22 | **alleging** 273:4 | 163:21 166:5,8 | 215:8 220:2,15 |
| **aetna.com** 316:16 | **allen** 1:7,9 3:4 5:4 | 188:9,12 189:3,11 | 221:4 223:9 224:6 |
| 316:17 | 5:19 323:2 325:4,20 | 190:16 213:5 235:5 | 227:20 246:5 298:7 |
| **affect** 258:14 | **allocate** 274:24 | 240:8,13 250:14,23 | 298:12 |
| **affiliated** 123:5 | 275:6 | 258:13 264:15 | **applicants** 114:19 |
| 163:4 | **allow** 126:15,22 | 269:25 276:3 | **application** 14:6 |
| **affixed** 324:19 | 127:2,4 131:24 | 278:21 279:8 283:2 | 56:12 66:18 67:15 |
| **afraid** 313:20 | 135:21 203:19 | 286:24,25 288:6,18 | 111:4 112:2,8,10 |
| **age** 85:4 218:18,19 | 244:2 | 290:23 295:7,25 | 113:3 114:16,17,18 |
| **agencies** 49:11 | **allowed** 57:5 127:15 | 300:17 307:3 | 115:2 185:16,21 |
| 54:12 120:9 156:4 | 131:9,17 | 311:11,12,13 | 240:25 259:21 |
| 158:7 166:19 | **allowing** 22:16 | **answered** 82:8,25 | **applications** 14:3 |
| 233:10 288:13 | | 189:6 191:17 | 111:12 |

Veritext/NJ Reporting Company

EXHIBIT G

Attorneys' Eyes Only

**applied** 78:16
**applies** 18:17 19:2
**appointment** 271:24
  304:16 306:18,23
**appointments** 85:24
  219:2
**appreciate** 311:8
**appropriately** 21:14
  281:9
**approximately** 5:16
  11:10 151:11 152:2
  152:5 195:21
  234:10 265:24
  266:25 271:14
  283:10
**april** 160:3 161:13
  177:6 179:9 324:21
**ar** 10:25
**area** 21:24 129:2
  149:12 200:21
  228:16 264:14
  302:17 303:4,6,15
  304:23 321:23
**areas** 21:24 22:2
  98:6 201:6 207:14
  223:11 322:5
**argumentative**
  184:11
**arrangements**
  237:16
**art** 136:24
**article** 120:17,21
**arts** 7:8
**arvada** 5:20
**aside** 159:22 248:8
**asked** 38:23 82:8,19
  86:10 87:8,24
  107:17 108:5,10
  134:23 137:11
  181:6 189:6 209:16
  224:17 229:11,20
  239:5 286:23
  317:19 318:7 319:9
  322:9

**asking** 6:3 33:3
  43:19 65:9 95:24
  108:2 141:7 183:11
  248:4 250:21,21
  262:23 285:25
  300:12 302:18
  318:16
**asks** 145:16 248:24
**aspect** 11:3 262:14
**aspects** 10:5
**assessment** 27:3
  28:3
**asset** 233:14
**assets** 154:2
**assigned** 195:23
**assignment** 325:2
**assist** 134:19
**assists** 296:15
**associate** 8:13,15
  9:7,8,10
**associated** 24:10
  177:5 200:14
  312:14
**associates** 62:18
  170:15 293:4
**assume** 18:19
  284:23,24 285:7
**assumed** 155:18
**assuming** 223:4,8
  252:19
**assured** 168:5
**attached** 123:16
  193:5 194:11
  214:14 216:11
  319:17 323:10
**attachment** 215:4
**attack** 23:12 24:9
**attempt** 311:8
**attempted** 94:6
**attention** 138:20
**attorney** 40:2 45:17
  157:17 279:9
**attorneys** 1:1 2:1
  3:1 4:1 5:1 6:1 7:1
  8:1 9:1 10:1 11:1

12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1

169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1,19
279:1,6 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1

EXHIBIT G

Attorneys' Eyes Only

**[attorneys - believe]**                                                      Page 6

| | | | |
|---|---|---|---|
| 303:1 304:1 305:1 | 168:24 179:9 | **bachelor** 7:8 | 288:25 289:6,8 |
| 306:1 307:1 308:1 | 180:23 186:13,19 | **back** 10:13 16:6 | 296:2 |
| 309:1 310:1 311:1 | 187:3,6,10,11,13 | 21:16 31:14 35:21 | **bases** 143:5 |
| 312:1 313:1 314:1 | 188:6,18 189:4,9 | 36:13 40:15 41:23 | **basic** 34:20,22 47:5 |
| 315:1 316:1 317:1 | 190:4,9,16,20 | 42:6,7,12 43:23 | 47:6 215:22 277:11 |
| 318:1 319:1 320:1 | 193:20,24 194:2,12 | 45:5 49:14 52:22 | **basically** 27:11 |
| 321:1 322:1 323:1 | 195:3 196:18 197:4 | 62:17 68:14 77:21 | 58:23 61:25 62:5,9 |
| 324:1,17 | 197:8,11 211:12,22 | 93:19 94:19 101:15 | 64:22 70:14 72:7 |
| **attract** 248:17,21 | 212:2,7,11,18,25 | 114:5,18,20 122:9 | 168:5 233:11 |
| 249:6 | 213:12 215:23 | 134:10,16 136:22 | 238:23 288:19 |
| **attracting** 288:17 | 216:4 217:14,23 | 151:20,22 158:19 | **basis** 251:13,16,21 |
| **attributed** 275:23 | 219:10 229:18,25 | 185:11 189:8 | 273:12 279:9 294:5 |
| **audit** 8:13 | 230:6 235:16 236:8 | 197:22 219:22 | 294:21 299:6 309:2 |
| **august** 20:13 21:7 | 244:18 267:2 | 226:15 229:15 | **bates** 159:25 162:16 |
| 21:12 93:17 94:2 | 304:10 | 233:3 238:22 247:3 | 162:23 163:3 167:4 |
| 95:2,8 100:14 101:5 | **average** 191:12 | 247:17 253:18 | 176:16 179:13 |
| 102:11,22 103:4 | 289:10 | 255:24 261:18 | 181:10 184:18 |
| 121:11,18,25 | **award** 26:8 302:15 | 263:11 264:23 | 191:21 192:12 |
| 122:22 184:21 | **awards** 26:6,16,20 | 265:6 272:2 273:16 | 207:16 211:4 |
| 186:16 188:14 | 85:20 218:24 | 290:10 294:9,15 | 213:16 298:2 |
| **authority** 255:21 | 274:13 275:16 | 300:12,19 302:4,14 | 313:23 315:4 |
| 267:14 | 293:5,6 302:5,20 | 309:23 314:23 | **bearing** 159:24 |
| **authorization** 168:2 | 321:20 | **background** 29:7 | 167:3 176:16 |
| **authorize** 169:8 | **aware** 93:23 100:4,4 | **backward** 177:20 | 179:13 181:10 |
| **auto** 281:8 | 100:12 102:23 | **balances** 300:22,25 | 184:18 191:21 |
| **available** 29:15,16 | 107:21 109:4,7,13 | **ballpark** 143:3 | 192:11 207:16 |
| 30:18 35:16 36:6 | 112:9,13,14,15,19 | 151:9,10 272:18 | 211:4 213:16 298:2 |
| 38:25 39:5 44:14 | 114:6,9 116:23 | 283:15 297:7 | **bed** 99:5 |
| 47:2,3 50:4 53:5,13 | 123:18 137:24 | **banner** 131:25 | **began** 14:3 234:13 |
| 54:3,8,21 55:4,10 | 138:5,7,9,10 139:23 | **banners** 263:23 | **beginning** 64:14 |
| 55:15,18 56:5,10 | 139:24 142:5,6 | **bar** 253:21 | 98:24 153:19 |
| 57:7,12,13,17 58:6 | 146:12 168:11 | **barbara** 7:10 | 194:20 229:22 |
| 58:9 60:20,23,25 | 244:11 262:7 291:2 | **base** 287:4,11,14,16 | **behalf** 2:7,13,18 |
| 61:5,7,11,18,23 | 291:5,24 292:4,21 | 288:3 | **belief** 144:19 251:16 |
| 62:5,9 66:22,24,25 | 303:18 309:9 | **based** 41:24 48:21 | **believe** 7:24 8:14 9:8 |
| 73:21,25 77:5 83:12 | 316:12 321:8 | 50:20 77:18,19,24 | 11:11 14:5 25:3,4 |
| 88:10,19 90:12 | **awareness** 280:6 | 110:4 126:23 127:4 | 31:25 32:9 36:7 |
| 91:10 92:10 93:16 | **awful** 16:3 | 156:3 187:14 | 37:2,5,12,17 39:20 |
| 93:24 94:2 95:14 | | 196:14 197:6 | 44:8 46:2 47:20 |
| 97:2,3 102:21 103:3 | **b** | 207:13 208:13 | 48:21 49:10,12 |
| 105:4,16 127:24 | **b** 1:6,15 3:3 4:5 5:20 | 215:7 219:15 | 50:11,13,21 51:23 |
| 130:21,24 136:14 | 16:12 18:17 19:5 | 220:15 226:25 | 56:11,13 60:12 |
| 147:10 160:25 | 31:11 243:21 | 227:20 239:17 | 61:11 64:13 66:14 |
| 161:11,16 162:5 | 294:25 | 245:7 250:4 251:19 | 66:17 67:5,14,16 |
| 163:12 164:17,22 | | 260:8 263:23 283:8 | 68:17 70:20 71:2,3 |

EXHIBIT G

Attorneys' Eyes Only

**[believe - byproduct]**                                          Page 7

71:4 72:9,14,19,19
73:2,19,22 74:5,9
74:14,23 75:10
76:18 77:4,5 79:8
79:14 81:19 82:20
82:24 83:4 84:18
87:6 88:9,19 89:10
89:12,14,25 90:3,5
91:18,21 92:6,8
94:5 97:3,9 98:25
99:18,22 100:19,22
104:15 106:12
107:2,10 108:23
111:20 115:20,24
116:4 117:3,11
118:25 128:20
129:15,20 130:3,5
130:19 131:7
132:16 133:7
134:10 135:25
136:3,13 139:14
140:4 144:19,21
145:23 147:14
149:14,23 150:6
157:6 160:6,10
161:4,19,24 162:2
163:11 165:2,18
166:16,25 167:19
167:23 171:23
174:20,24 177:10
177:13,18,23
179:19 180:6
181:19 182:6
184:25 185:12,19
187:5 190:8 193:19
195:2,5,11,15
197:10 202:11
205:13,17,19,20
206:5 207:19 209:8
209:8 223:20
226:11 231:4,6
232:21 235:15
237:13 238:14
239:12,13,15,16,18
242:11,19,20

243:17,18 245:2,8
245:10,17,22,23
248:17 249:5,17
250:4,5 251:5,11,20
252:24 253:22
255:20 259:8 264:7
265:11,15,23 266:5
267:10,21 268:19
270:3 273:22 274:3
276:11 277:24
278:23 279:16,18
283:16 292:24,24
293:8 295:10,13
296:4,5,14,15
297:16 300:13,14
301:24 302:19
303:9 304:18,23
306:25 308:25
309:3,5,6,14 310:3
310:6 315:22 316:8
316:13,21,24 317:4
317:7

**believed** 175:8
**benefit** 62:24 63:4,9
**benefits** 313:3
**best** 22:5 26:2,21
  29:23 35:22 48:5
  64:15 68:17 90:24
  104:8 106:25 111:8
  119:25 149:12
  183:11 187:6
  188:10 189:8,11
  267:3 316:22
**beta** 135:13 214:17
  214:22 215:2 216:9
  216:12 217:20
  226:18
**better** 25:23 31:4
  157:21 202:19
  237:5 255:8 260:8
  268:7 275:12
  291:10 313:7
**bettermedicine.com**
  301:18

**beyond** 294:24
**bid** 140:19,25
**big** 7:25 15:3 233:14
  319:16
**biggest** 236:12
  254:15,21,23
**bill** 303:24
**bit** 15:9 25:4 38:5
  49:14 58:4 62:12
  65:14 143:12
  152:19 160:21
  164:15 168:9
  230:16 233:3 239:4
  239:23 273:2
  287:10 288:24
  301:19 308:8
  311:14
**bits** 125:25
**blackman** 111:13,15
  116:12
**blank** 165:16
**bless** 210:25
**bnb** 1:4
**board** 31:5 36:20
  59:12 89:7,13
  166:11,14,16,17
  200:8,11 206:6
  215:25
**boards** 165:19
  166:10
**bottom** 55:24 163:3
  168:14 194:5,5,10
  215:17 216:20
  246:18 313:6
  314:17,18
**boulder** 80:22
**box** 167:20,24
  178:15
**brackets** 165:14
**brand** 280:14 291:4
  291:9
**break** 53:17 116:6,7
  125:25 201:14
  269:11 270:3
  311:14

**brief** 171:24
**briefly** 16:20 20:6
  148:21 179:24
**bring** 10:16,22
  140:23 310:25
**broad** 24:23 31:21
  79:5 245:4,19
  249:13,22,23 250:2
  257:2
**broadens** 241:6
**broadly** 240:16
**brought** 6:18 233:6
**brush** 24:23
**budget** 4:7 298:7,10
  298:12,22
**budgeted** 298:23
**bug** 210:9
**build** 185:15,20
**bullet** 198:11 208:5
  208:16 210:4,8,14
  220:3
**bullets** 214:11
**bunch** 319:17
**bundling** 307:14,20
  307:23
**burkhard** 174:21
**business** 7:9 10:5,7
  10:10 11:4 12:10,13
  13:5 144:14 145:4,9
  157:12,16 160:9
  167:22 171:22
  179:18 181:18
  184:24 210:16
  231:9 234:19 235:6
  242:6,18 282:7,17
  282:20
**businesses** 64:3
**button** 215:17
**buttons** 263:24
**buy** 139:21 161:6
  238:10
**buying** 253:14
**byproduct** 27:15

EXHIBIT G

Attorneys' Eyes Only

**[c - changing]**

| c |
|---|

**c** 5:3
**calculation** 210:8
**calculator** 266:15
**calculus** 263:2
**calendar** 299:5,6
**california** 7:9,19
**call** 35:14 97:15
   155:25 263:22
   271:23 306:15,17
   306:21,23 307:19
**called** 3:4 9:15
   10:15 23:16 26:24
   27:19 28:3 29:2
   34:9,19,21 41:4,6
   62:18 67:14 75:12
   93:10 131:18
   152:17 231:10
   259:15
**calls** 235:4 240:7
   244:15 250:12
   258:11 269:23
   272:12 290:21
   293:17
**campaign** 183:13
**candor** 112:11
**capabilities** 124:25
   125:8 126:7,14,22
   127:15,23 209:21
   265:8
**capability** 129:9,10
   242:11
**capital** 15:8 152:12
   152:20 157:22
**capitals** 174:9
**caption** 163:6
   165:13 192:16
   193:17 199:10
   200:17 211:25
   216:21 217:5,7,10
   220:22 312:7
**captions** 191:7
**card** 75:15,15,18

**cardiac** 21:24 23:10
   96:16 128:16,17
   129:6 237:5 254:10
   261:23 303:4
**cardiologists** 110:7
**cardiology** 164:4
   242:4
**care** 9:15,23 10:8,9
   11:7 12:3,4,13 13:3
   15:18 21:25 23:10
   48:24 67:14,18 68:2
   68:10 81:8 107:12
   107:13 128:16,17
   237:5 261:20,23
**careful** 18:8 247:11
   264:17
**carries** 289:14
**cart** 178:23
**case** 1:4 18:23 20:3
   21:2 73:2 122:13
   139:16 155:4
   162:15 163:23
   208:13 211:2 214:2
   215:8 251:5 325:3
**cases** 25:5 83:14
   238:2 276:6
**cash** 234:5 300:7,15
   300:22,25
**categories** 26:7
   103:13 163:8
   224:16 290:6,16
**category** 46:19
   149:5 239:23
   245:19 246:7
   269:18 312:5
**cause** 255:7,8,25
   256:13
**causes** 256:10
**caution** 278:17
**ceased** 230:21
**center** 23:19 271:23
   306:15,22,23
   307:19
**centers** 123:6,6

**central** 312:20
**ceo** 15:16 43:24
   134:4
**certain** 32:21 34:11
   35:4 38:23 57:11,13
   59:6 74:8 89:13
   131:25 149:12
   150:8 169:21
   173:19 194:11
   198:14 200:22
   203:20 214:3
   231:12,24,25 232:4
   236:3 242:10
   256:10 277:9 304:5
   305:13 311:24
   312:25 313:13
**certainly** 14:16 39:4
   49:18 63:21 74:9
   77:5 79:13 80:7,8
   84:15 97:15 106:11
   111:23 115:4
   122:20 129:4
   183:23 186:16
   207:13 225:8,24
   226:24 241:17
   245:21 246:15
   252:13 253:13
   255:13 257:18
   258:4 267:25 271:8
   274:23 280:10
   281:22 292:12
   307:10
**certainty** 182:22
   196:2
**certificate** 324:3
**certification** 31:5
   36:20 59:12 89:7,14
   166:18 200:8,11
   206:6 215:25
**certified** 3:8,9
   166:11,14
**certify** 323:2 324:5
   324:10,15
**cetera** 15:16 63:6
   107:14 142:23

**central** 157:16 236:4 290:3
   306:24
**cfo** 13:11,16,17,23
**challenge** 288:7
**challenging** 254:24
   257:2 264:21
**chance** 164:10
**change** 11:10,15,16
   11:19,23 13:12,15
   13:17 14:9,12,13,14
   14:16 32:6 34:15
   46:7 48:2 54:20
   58:16 60:8 61:21
   72:15 74:17,20 78:7
   78:10 79:25 98:3
   129:23 134:15
   138:15 139:4,12
   144:14 157:10
   182:9 187:17 230:3
   245:21 258:10
   272:25 273:7 287:9
   321:22 322:3 325:5
**changed** 8:3 11:7,24
   12:5 14:15,25 15:4
   15:7,9 30:22 72:10
   72:18 78:14 79:19
   95:16 138:5 182:10
   234:25 258:7 277:2
   285:2 287:10 308:7
**changes** 12:7 15:18
   32:12 35:6,7,17
   46:14,15,16,21
   47:21 53:10,11
   54:23 55:6,11,16,20
   55:25 56:7,14 57:19
   57:22 60:16,18
   71:12 73:13,14 75:3
   75:4 78:8,9 80:10
   80:24 95:18 138:20
   138:21,23 183:20
   210:14,20 220:4,8
   220:12,17 221:14
**changing** 264:7
   279:11 286:15,21

EXHIBIT G

Attorneys' Eyes Only

**[channel - compare]**                                                                                   Page 9

**channel** 312:16,17
**characterize** 268:24
**charge** 277:14,15
**charged** 277:13
**charging** 278:4
**chase** 135:2
**check** 41:20
**checkmarks** 179:6
**chief** 11:25 12:2
  13:14 44:3 238:8
  248:11 272:16
  275:5 286:2
**choice** 174:7,14
**choose** 169:25
**chosen** 255:24
**city** 128:6 198:22
**civil** 3:3
**claim** 22:25 35:25
  247:5 294:21,23
  295:14,20,21 296:7
  296:15
**claims** 20:8,10 285:3
  294:4,15
**clarification** 18:14
  78:2
**clarify** 6:9
**class** 149:12
**clean** 313:17
**clear** 52:5 53:5
  56:20 70:25 77:22
  94:22 96:15 100:22
  106:3,12,17,21
  107:23 108:23
  121:24 123:7 124:3
  124:7,8,14 132:7
  161:10 165:25
  189:25 203:6
  209:12 216:12
  219:18 221:3,18,23
  234:9 245:12
  256:15 264:11
  275:8 282:11 292:7
**clearly** 257:20
  271:11 305:24

**click** 131:3 257:11
**client** 45:17 174:8
  279:9
**clients** 214:17,22
  215:2 216:9,12,12
  217:20 226:18
**cline** 231:22
**clinical** 26:8 134:12
  260:2 261:20
  303:19
**clinicians** 27:6
**clinics** 242:25
**close** 210:15 245:18
  258:17 270:22
  313:16
**clt** 324:23
**cms** 23:19 50:22
  51:24 74:15
**cna** 29:25
**coaches** 233:17
  263:14
**coffee** 75:23
**cold** 241:22
**collect** 124:19
  136:18 169:14
  174:2 180:8
**collected** 66:5 73:18
  108:19
**collecting** 10:25
**collection** 242:8
**college** 7:21 8:6
  198:21
**colorado** 1:3 3:7,10
  5:20 7:11 8:18
  254:11 324:2,7,24
**column** 178:22
  294:19
**combined** 232:21
  245:17 266:21
**come** 11:6 12:15
  32:11,19,23 33:10
  33:23 34:6,11,15
  36:13 37:15,21 38:9
  40:8 50:12 51:16
  52:6 63:8 66:10

70:21 71:19 73:17
  79:25 86:22 94:8
  97:5,10 111:23
  123:3 127:3,14
  129:24 130:10,15
  131:8,16 133:3
  138:20 149:2
  165:18 172:20
  204:14 205:16
  206:3,20 229:15
  238:17 243:24
  245:11 267:12,13
  272:23 274:17
  277:25 280:16
  284:10 290:25
  306:13 307:8
**comes** 25:7,12 28:9
  59:17 114:17
  150:10 156:12
  238:22 257:14
  268:10 271:20
  276:3 293:3 306:8
  311:14
**coming** 24:12 49:11
  59:5 249:18 251:6
  253:20,25 268:2
  291:5,11 304:15
**commencement**
  324:8
**commencing** 3:6
**comment** 147:15
  246:8
**commission** 311:24
  323:17 324:21
  325:25
**commissions** 312:3
  312:8,14
**committed** 237:14
**common** 122:6,9
**commonly** 233:25
**commonplace**
  122:21
**communicated**
  105:10,11 106:16

**communicating**
  105:14
**communication**
  111:21 112:24
  113:8
**communications**
  17:24 87:22 94:10
  113:17 114:24,25
  115:13,17,22 139:8
  141:7 188:8 278:18
  278:22
**community** 100:18
  260:7
**companies** 29:25
  30:4 62:22,25 63:8
  65:12 148:8,12,13
  148:16 149:2,13,19
  156:3,4 233:13,13
  236:13 238:9 241:3
  241:9,10 243:9
  244:12,14 245:4
  246:4 254:8 256:17
  284:10 287:4 288:9
  292:19 304:6
  308:19 315:3
**company** 9:14,20
  12:18 14:17 15:7,13
  18:6 42:11 62:18
  64:10 67:13,15
  95:19 120:3 134:11
  142:3 144:7,11
  150:15 152:14,16
  152:17 153:11,13
  154:4,9,12,15,25
  155:7 157:22
  237:24 259:17,18
  284:22 297:10
  299:23 303:22
**comparative** 93:6
  93:11 94:19,25 95:8
  95:22 96:2 163:17
  163:22,24 164:12
  164:17,24 165:6
**compare** 67:14,18
  67:25 68:10 196:11

EXHIBIT G

Attorneys' Eyes Only

**[compare - confidential]**                                                    Page 10

196:16 197:25
200:25 207:9,13
226:7
**compared**   74:7,10
197:19 199:16
**comparing**   40:4
198:18
**comparison**   39:19
39:21 40:3,5,9,12
41:13,21 42:5,8,22
42:25 49:17,20,22
50:5,8 71:16,19
72:16,23,24 73:21
73:25 74:4,6,10
88:15,16 92:14,20
92:24 99:12 117:5,8
117:16,24 138:16
138:23,25 159:2,4,7
163:18 175:13,18
193:11 194:18,23
195:3,17 196:3,25
198:5 226:2 228:16
228:18,22 229:4,23
230:6 258:8,9 269:2
273:4,14,22,23
275:15 276:21
293:23 296:13
**comparisons**   246:3
277:3
**compete**   149:20
150:2,4 156:5,10
239:25 240:2 248:3
248:6,13,15 249:2
261:2 262:4 285:5
285:10,12 302:17
303:6,16 315:12,17
315:18
**competed**   230:25
231:4
**competent**   209:25
**competes**   149:17
264:13 304:23
322:4
**competing**   157:2
235:7 264:18,19

315:10
**competition**   147:25
148:4,7,11,15
156:12,13,15 231:6
241:3 246:2 249:5
264:22 283:25
287:19 302:19
308:8,12
**competitive**   6:22
215:15 261:6
**competitor**   114:2,7
114:10 149:4 241:8
282:8,16,17,20
285:24 287:24
321:23
**competitors**   147:23
147:24 240:20,22
243:8,15 245:8
247:7,8 269:19
278:9,14,24 279:5
279:20 280:23
282:7 284:18
285:13,16 308:16
**compiled**   50:19
111:15
**complaint**   139:5
**complete**   162:14
224:19 323:5
**completed**   106:18
191:13 199:2
**completely**   6:5
255:3 285:4
**completing**   168:3
169:7
**completion**   174:11
**compliance**   13:22
**complicated**   222:22
**complication**   25:10
**component**   241:15
**compound**   311:8
**comprehensive**
96:13,20 255:4
**comprehensiveness**
255:20 273:20
274:2 296:5,8

**comprise**   245:4
**comscore**   147:11,12
147:17 244:19,22
250:4 313:22 314:5
315:3
**concept**   117:15
144:15 170:2
**concluded**   322:20
**condense**   311:9
**condition**   24:5,8
241:22 281:6 290:7
**conditions**   236:3
280:21
**conduct**   112:16
**conducted**   200:22
**confidence**   147:18
**confident**   117:11
**confidential**   1:1 2:1
3:1 4:1 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1,6 107:1 108:1

109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1,8
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1

EXHIBIT G

Attorneys' Eyes Only

**[confidential - correct]**                                                                                    Page 11

244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1 279:1
280:1 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
289:1 290:1 291:1
292:1 293:1 294:1
295:1 296:1 297:1
298:1 299:1 300:1
301:1 302:1 303:1
304:1 305:1 306:1
307:1 308:1 309:1
310:1 311:1 312:1
313:1 314:1 315:1
316:1 317:1 318:1
319:1 320:1 321:1
322:1 323:1 324:1
**confidentiality**
63:22 64:5,11,24
105:24
**confirm**   318:16
**confirms**   181:20
**confused**   58:18
189:7
**confusing**   152:19
158:12 238:16
**connect**   271:5,8,11
271:15,18 306:11
306:14,19 307:14
307:17,18 312:12
312:13
**connected**   300:9
**connecting**   56:18,23
57:3,4,15 60:6,10
61:14 74:24 75:5

83:13 99:24,24
100:2,8,10 104:12
131:21 132:13
133:7,8,11 135:13
136:2 209:10
222:14 304:7,8,13
304:19,22 305:3,15
305:15 306:13,16
307:4 308:21,23
309:8
**connection**   115:2
116:17 271:21
302:13 305:10
**connotations**   128:25
**consider**   111:25
141:8 149:4 243:7
243:14
**considerably**   145:3
**considered**   141:11
**considering**   68:3
**consistent**   17:8
181:2 201:25
**consolidated**   153:9
234:19
**constitute**   323:4
**constitutes**   324:13
**constraint**   235:25
236:2
**constructed**   23:24
**consultant**   28:10
303:20
**consultants**   303:21
**consulted**   134:11
**consulting**   27:21,22
148:13
**consumer**   23:2,4
30:16,17 39:11 41:8
52:2,6 57:12,17
58:10 59:5,9,13,17
96:11,15 103:17,19
103:22 110:6 120:5
126:9 157:3 159:16
159:21 161:6
175:10 176:25
177:3,4,17 197:8

201:3 215:15 216:2
224:18 225:10
226:6 227:23
253:11 257:9
263:15 271:20,22
277:13,15 280:6,20
281:4,7 304:15
306:17,22
**consumers**   13:7
22:21 24:25 30:14
30:19 44:13,16,21
47:24,25 53:2,14,15
54:4,8 57:8 65:10
65:11 120:11,17
124:6,9,19 125:8,14
125:21 160:12
162:5 175:5,14,19
194:7 196:15,22
197:25 198:6
200:24 225:17
238:14 240:3,17
241:18 242:2
243:10 244:2
247:21 248:16,18
248:22 249:7,9,22
250:8,17 251:2,8,14
251:17 253:7,12
254:6,16 256:4,18
257:11,20 267:12
277:5,21 279:11
280:3,10,15 290:25
291:2,11 295:22
306:13
**consummated**   140:8
**contact**   111:18
**contacted**   105:22
**contacts**   233:11,23
**contain**   195:9,12
**contained**   40:12
70:22 74:4,5 92:19
93:10 99:2 159:14
**content**   173:15,17
180:8 208:6 210:14
220:4,8,16 231:15
232:2,8 237:9,17

251:19 263:23
268:12 315:22
316:7,9
**contentions**   94:17
**context**   20:24 103:5
171:7 216:9,14
315:2
**continue**   18:19
73:10 74:25 75:2
155:7
**continued**   155:21
**continues**   247:6
**continuing**   7:14
31:10 33:6 295:2
316:21
**contracting**   13:22
**contribute**   255:17
**contributed**   152:14
**contributions**   235:2
**controller**   9:25 10:3
11:17
**coopers**   7:23 8:8,9
8:12,13,15,16,17,19
**copied**   318:4
**copies**   313:21
**copy**   185:2 207:23
313:21
**copying**   319:8
**copyright**   168:14
294:14
**copyrighted**   171:10
**corp**   4:8 153:8 298:8
298:11
**corporate**   9:24 10:3
13:22 29:9 174:8
325:1
**correct**   14:11 15:2
17:4 26:13 30:7,24
34:11 35:2,3 36:7
36:19,24 40:25 46:5
46:13,23,24 48:5
53:12 54:17 56:24
59:23 60:13 65:4
67:2 70:20 72:3,14
73:8 74:14 75:19

Attorneys' Eyes Only

78:12 82:17 86:16
98:22 110:8 120:13
123:9,21 126:4,20
131:7 148:23 151:5
151:17 152:7,18,19
153:16 154:11,25
155:15,16 159:15
160:3 164:7 173:10
176:25 179:22
181:13,21 182:2,4
184:3 193:18 196:5
196:20 198:16
199:4,6,8 203:20
205:2,9,14,25 206:9
213:25 214:4
220:11 224:5 225:5
228:3 230:19
232:11 238:25
270:13 271:4
285:11 287:25
299:2,10,19,22
318:2,3,5,6 319:2,4
319:5 320:24
324:14
**corrected** 183:24
**correcting** 210:9
**correction** 99:10
**corrections** 32:21
97:16,16,18,25
182:16 219:18,19
**correctly** 169:10
176:6 180:15
185:17 208:20
210:17,18 212:8
214:19,20
**correlation** 175:24
311:22
**correspondence**
17:3 112:23
**cosmetic** 281:8
**cost** 10:17 288:25
289:7,17
**counsel** 17:3 18:3,15
19:7 41:24 87:24
111:10,16,17 112:7

113:8,12,14,18,21
115:8,11 139:4,13
139:16,18 324:16
**counsel's** 311:8
**count** 191:7
**country** 24:16
**county** 324:4
**couple** 8:22,23 12:6
26:5 77:10 142:18
149:14 163:10
166:2 213:19 272:7
301:19
**course** 6:24 22:4
139:7 160:8 167:21
171:21 179:17
181:18 184:24
231:13
**court** 1:2 310:14
**cover** 227:20
**covered** 104:2 173:4
290:24
**cpa** 7:10,14
**cpm** 237:24 238:3
259:15,18,20,21,23
260:12,17,20 261:3
265:25 270:16
289:15
**create** 22:3,4 63:8
101:16 231:10
263:13 280:9 281:5
**created** 6:22 39:10
39:17 90:12 101:24
109:19 193:15
232:2 280:20
**creates** 238:18
291:3
**credibility** 273:19
**credit** 75:12,14,15
**criteria** 129:18
**cross** 268:11 314:6,9
**crr** 324:23
**cs403425** 325:2
**cummis** 2:14
**current** 12:21 65:21
237:13

**currently** 172:23
173:11
**customer** 259:15
**customization** 66:6
**customize** 65:14
245:6
**customized** 62:21
63:12 64:23 65:2,7
68:19 69:8,16,23
176:10 246:13
**cut** 134:25 158:9
179:13 180:7
**cv** 1:4
**cyc** 67:14

**d**

**d** 1:15 2:15 3:12 5:3
**dabbled** 28:8
**damage** 142:9
145:13 267:10
268:20 276:18
286:17 291:14
307:10
**damages** 19:13,15
142:8,19,24 143:6
143:11 145:15
147:22 248:24
275:22
**data** 32:21 50:20
57:11,13 60:16 74:8
77:18,20 78:8 81:25
82:2 84:2,11 92:7
92:10 165:14 174:2
181:3 192:6 202:24
208:16 209:14
216:23,23 217:3,4,6
217:9 219:12
220:12,25 259:22
259:24 272:3,4,5
273:21 274:22
292:13 304:4,5
309:10,15 310:8
322:2,3,5
**database** 23:16
48:22 50:21,22

74:15 78:9,12,14
79:2 99:10 120:12
125:2 182:10
185:16,21 255:11
259:20 305:13,22
**databases** 77:25
78:5,15 256:12
**date** 39:3 71:7 72:20
164:21 168:14
197:6 203:12
211:13 231:7 299:4
299:7 325:3
**dated** 4:5 16:12
158:22 160:3
161:13 177:6
179:15
**dates** 11:12 35:16
69:4 191:6
**dave** 171:19 175:8
184:22 207:21,23
318:2 319:8
**david** 15:25 43:13
43:14,18,25 44:2
110:22 202:20
**day** 10:6,6 16:7
191:9,13 210:21
220:5 282:11 302:6
305:10 309:24
323:12 324:20
325:22
**dba** 325:3
**deal** 10:24 18:18
63:11 284:18
**deals** 118:23
**debell** 2:3 16:16
**december** 44:7
155:12,14 157:7,11
192:15 193:16,21
195:4 197:4 202:9
230:18,20 278:6
**decided** 258:16
**decision** 113:25
175:5,11
**decisions** 30:3 198:9

Attorneys' Eyes Only

**declarations** 116:13 116:17
**decline** 262:3
**decreased** 276:21
**decreasing** 279:13
**defendant** 1:16 2:18 3:5
**defendants** 317:23 318:8 319:7,19 320:11
**defense** 112:16
**defer** 239:20 273:9 291:14 293:19 306:8
**deficiencies** 49:3,4 50:19,19
**define** 240:11,15 248:2,22,25 249:2,4
**defined** 33:4 244:25 247:18 252:19,20
**definitely** 33:12 47:3
**definition** 31:19,22 79:4 238:18 240:19 248:12 250:17 275:9 292:11
**definitions** 240:13
**definitively** 169:22
**degree** 59:9 156:15 209:9 232:20 300:14 306:12 310:25
**delete** 182:3
**deliverables** 103:11
**delivered** 39:11,17 103:9
**deloitte** 148:12
**demand** 280:9,20 281:4,5,6,11,12 286:20
**demographic** 31:7 97:17
**demonstrate** 214:17
**denver** 2:5,11 3:7 8:17,24 80:22 96:22

228:15 254:11 320:20,23 324:4,24
**denver's** 120:8
**dependent** 290:2,6
**depends** 258:6 284:21 285:22
**deployed** 231:18
**deploying** 231:13
**deponent** 32:2 69:5 113:19 266:17 323:9 324:9
**deposition** 1:6,9 3:3 3:4 4:5,6 5:11,12,15 5:25 6:25 15:23 16:9,12,13 17:8 18:2,5,25 19:9,11 41:22 43:25 45:23 87:19 93:15 177:9 188:4,9,24 189:12 213:22 222:19 229:15 246:17 294:4 311:10 321:7 322:10 324:10 325:3
**depositions** 5:23 6:11
**depreciation** 283:9
**deritis** 213:25 318:23
**derived** 48:12 143:22,24 247:12 262:13,15 264:3,25 265:7,9 269:2,21 282:22 289:6 300:13,14
**describe** 29:23 59:4 106:2 111:8
**described** 87:24 107:17 110:12 296:3
**description** 4:4
**designated** 23:6 137:7
**designation** 166:4 167:6 200:5 315:8

**designations** 293:5 293:7
**designed** 12:25 13:7 101:17
**desire** 168:2 256:9
**desired** 180:14
**destinations** 121:12
**detail** 103:7 143:12 176:22
**details** 5:22
**determination** 236:6 286:7
**determine** 23:14 87:19 145:14 147:8 189:2 250:15 259:24 275:22 297:11 306:2
**determined** 175:4
**determines** 250:7
**determining** 140:22 175:19
**develop** 65:9 185:6
**developed** 57:5 67:20 75:11
**developing** 293:22
**development** 42:14 42:18,21 176:24 177:2,9,12 321:5
**device** 156:4 233:9 233:13,19,24 236:13 288:9
**diabetes** 24:7,11 237:6 260:5,11 263:19,19
**diagnosis** 23:7 128:12
**diagnostic** 260:2
**dialogue** 143:16 150:19
**differ** 76:6,16
**difference** 27:19 52:5 58:19 66:3 100:2 106:23 263:9 280:8

**differences** 26:17 76:21 91:6 98:7 100:10
**different** 19:4 23:15 41:7 42:10 49:15 65:6 69:17 76:20 78:16 91:2 95:15 98:5,6 108:2 152:25 154:12 156:6 162:4 163:24 166:13 190:14 225:19 237:9 250:22 253:24 260:19 264:18 275:20,24 286:20 290:11,14 295:19 296:3,11
**differently** 106:11 111:20 153:7 168:9 236:11 238:11
**difficult** 240:10 253:10 267:8 280:9 281:4,7 284:9 297:10 311:13,21
**direct** 102:7,8 175:23 264:9 267:25 269:5 271:5 271:7,11,15,18 289:13 290:5,7 306:11,19 307:14 307:17 308:20 311:22 312:12,13
**directed** 107:22 179:3 189:19
**directions** 275:16
**directly** 27:6 30:15 51:12,14 54:8 79:16 111:9,18,24 113:8 134:2 149:18 233:8 233:23 235:18 236:15 247:12 253:20,25 259:19 263:5,7 264:11,20 265:10,11,12 266:6 266:7 267:4 269:16 271:8,22 280:16

EXHIBIT G

Attorneys' Eyes Only

**[directly - drucker]**

287:6 288:8 289:4
300:13 304:17
306:14 307:16,19
312:4
**disagree** 179:25
186:9,21 200:15
208:22,25 209:13
209:18
**disappeared** 308:14
**disbelieve** 227:9
228:7,25
**disciplinary** 37:3
89:19 199:22,24
200:3,6 206:11
223:22,25
**disclose** 17:23
104:19 106:13
113:25 117:14
119:2
**disclosed** 112:20
114:8,10 116:21
170:4,9
**disclosure** 64:10
141:21
**disclosures** 117:23
**discovery** 172:22
173:11,13,14,19,20
173:25
**discuss** 16:22 17:21
115:6,8,10 119:7
142:19 147:22
263:24
**discussed** 13:19
54:2 57:9 112:22
115:13 119:13
139:11,15 144:10
149:3 276:4,7
280:14 291:25
296:4 303:13
**discussing** 18:4 59:6
69:7 110:22 113:12
113:13,20 141:3
150:12 199:22,24
215:20

**discussion** 137:14
139:19,24,25
158:21 176:19
230:13 264:22
308:8 309:23
314:22 320:9
**discussions** 63:19,23
115:11 119:17,21
119:24 121:2,6
145:6
**disease** 241:22
290:7
**diseases** 236:3
**display** 185:15,20
231:11 232:5,20
235:12 236:14
237:4 263:12,24
264:4,6,9,12 293:6
293:9
**displayed** 109:17
228:11 235:17
263:7 289:9 306:21
313:12
**displaying** 108:16
**disprove** 42:13
**dispute** 228:13
**dissimilar** 143:16
**dissolved** 155:6,7,17
155:20
**distinction** 59:23
**distinctions** 302:8
**distinguish** 177:24
**distinguished** 26:8
**distinguishing**
57:25
**distributed** 236:9
**distribution** 158:4
234:16 236:23
**district** 1:2,3
**divulge** 94:10
113:17 139:7 188:8
278:18 279:6
**divulging** 87:22
278:22

**doc** 28:9
**doctor** 38:22 78:7
79:19 131:3 161:9
204:12,14 322:2
**doctor's** 178:23
275:18
**doctors** 31:23 110:9
129:6 211:22 242:4
271:16
**document** 20:25
43:5 93:12 159:24
167:3,14 168:23
170:22 171:8,10,14
171:17 173:4
176:16 179:12
181:2,10 184:18
185:14 186:24
187:4 190:2,23,25
191:3,14,20,23,24
192:11 207:16,18
211:4 213:16,18
219:25 298:2,6
314:3,4 319:14
320:3,19 321:6,17
**documentation**
35:21
**documents** 16:19
18:5,9,15,22 20:2
20:11,19 36:11 39:8
41:16,24 42:2,24
45:13 69:15 72:5,5
87:23 88:2,10 93:20
94:14 100:17
114:15 116:3
188:11 221:9,23
229:14 317:20
319:19 322:15
**dodge** 1:7,9 3:4 5:4
5:10,19 16:19 17:7
17:22 21:4 76:3
96:2 104:5 116:16
132:24 146:20
158:18 171:16
176:18 186:25
188:4,7 229:13

311:12 317:16
318:20 320:2,11
321:19 322:8 323:2
325:4,20
**doing** 12:10 65:8
98:19 120:5,17
145:3 270:2 280:2
**dollar** 241:12
289:23
**dollars** 156:14,16
288:22 297:9,17
299:3
**dominant** 144:22
145:24 239:14,18
246:6 267:19
**doubt** 105:20
217:22
**dovetail** 313:3
**dr** 80:21 133:14,15
133:16,23 134:2,5,7
134:13,14,17,19
135:2,6,8,18,22
136:4,7,18 137:16
137:22 138:2 209:9
215:11,12 216:5,16
217:13 218:12
220:4,11 221:13
224:5,14 225:4
226:9 227:4,19
**draft** 115:21
**drafting** 115:16
**drank** 75:23
**drinking** 98:18
**drive** 158:5 231:12
253:7 256:4 276:13
294:6,23 295:14,22
296:6
**drives** 254:6 256:8
295:10 296:16
**driving** 296:15
**drucker** 133:14,15
133:16,23 134:2,5,7
134:13,14,17,19
135:2,6,8,18,22
136:7,18 137:16

EXHIBIT G

Attorneys' Eyes Only

208:6,16 209:9,14
210:15 215:11,12
216:5,16 218:12
220:4,9,11 221:13
224:5,14 225:4
226:9 227:4,19
**drucker's** 136:4
137:22 138:2
210:20 217:13
**drug** 317:4
**drugs** 317:4
**drugstore.com.**
242:8
**due** 276:7
**duly** 5:5 324:9
**duty** 112:10

**e**

**e** 3:12 5:3,3,20 17:5
152:18 158:22
159:17 160:2
161:13 167:8
171:18 174:22
179:15 180:11
181:11,14,16,22
183:12 184:21
185:3,24 186:5
187:15,16,20 192:3
192:14 193:25
207:20 208:3,24
211:14 213:20,24
214:5,6,9 215:4
219:15,24 220:10
220:16 221:8,18
226:16 227:2,20
275:17 317:25
318:4,22 319:2,3,8
319:10 320:15
321:12,16
**earlier** 112:22
123:22 127:20
128:3 133:8 148:6
168:5 177:18
201:22 209:8
229:16 239:4,24

254:4 261:7 270:18
277:5 290:24 294:9
296:5 303:13 304:8
309:24
**earliest** 135:3,7
**early** 75:23 104:25
105:13 109:14
122:9,13,16 132:17
133:18 135:6 138:6
164:18 171:18
173:24,24 180:22
196:19 217:15
**earned** 300:25
**earning** 300:21
**earnings** 283:9
300:22
**easier** 61:22 107:9
**eat** 25:23
**ebb** 245:20
**ebitda** 283:8
**economics** 7:9
**economies** 10:23
**edit** 34:6,23 79:25
80:10 84:11,21
85:12 203:20
219:11
**edited** 85:4 86:14
**edits** 33:24 80:15
183:4,5,19 219:17
219:19
**education** 7:7,12,14
165:4 316:22
**effort** 139:20
**efforts** 141:15
254:14 322:9,13
**eight** 7:25 195:21
**either** 25:9 26:12
36:9 37:14 48:3
52:14 69:13 86:14
114:21 135:10
182:15 187:17
220:24 256:5
300:13 311:20
**element** 37:9 86:11
92:7

**elements** 32:21
54:15 57:11,13 74:8
84:2,17 89:13 92:10
274:22 295:21
296:3,14 304:5
**embodied** 26:9
**embody** 247:4
**emedicinehealth.c...**
317:6
**emphasize** 32:16
**employ** 247:5
**employed** 6:21
108:22 324:16
**employee** 175:2
209:24
**employees** 6:18,21
65:11 303:22 310:2
320:20,21,23
**employer** 54:9
56:12 309:20
**employers** 28:23
29:7,17,19 47:11,14
76:9,10,14 98:15
309:25
**enclosed** 192:21
**endocrinologist**
237:7 263:17
**engaged** 111:24
273:10
**engagement** 277:24
**engagements** 15:15
**engaging** 10:14 11:2
233:17
**engine** 101:12 254:4
254:8,14 255:3,7
256:3 273:17
295:11,15 296:17
**engines** 255:2
258:15
**enhanced** 83:14
132:3,12 133:12
277:12 278:5
**ensure** 93:23 94:15
111:10

**entered** 64:10,12
**entire** 57:17 120:4
**entities** 69:23 158:4
231:23 301:2
**entitled** 314:6
**entity** 70:2 153:7
154:5 155:6,19
230:22,23 234:21
292:2 298:14
299:25
**environment** 194:14
**envision** 292:11
**equity** 283:7
**ernst** 8:18 9:3,4,6,13
**errata** 325:1
**esq** 2:3,9,15
**essentially** 10:16,22
21:23 22:16,23
23:20,23 25:19,20
25:24 27:5 29:3,24
34:8 38:20 48:22
57:4,7 65:9 76:13
83:12 111:9 152:14
155:24 156:2
231:21 237:22
238:25 242:24
259:19 271:19
296:2 303:21
304:10 306:12,17
306:21 307:13
312:21
**et** 15:15 63:6 107:13
142:22 157:16
236:4 290:2 306:24
**evaluate** 48:23
**evasive** 253:11
**event** 46:3 236:5
**eventually** 114:21
**everydayhealth**
241:9 242:2,3,5,7
242:13,20 244:5
245:14
**evidence** 175:18
280:22

EXHIBIT G

Attorneys' Eyes Only

evolution 303:14
306:12 307:23
exactly 17:16 94:6
221:19 301:4 305:7
examination 3:14
5:8 317:17 324:8
examined 5:5
example 24:6 26:9
27:10 29:10 40:19
52:10 83:11 102:25
164:3 201:21 237:6
260:4 263:14
292:13 306:4 307:8
312:10,12,22
examples 281:3
excellence 26:8
274:13 275:16
exception 60:4
excess 283:16
excuse 11:14 62:17
161:24 210:24
298:9
executive 13:13 14:9
14:10,22 15:5 44:2
exhibit 4:5,7,11,11
4:12,12,13,13,14,14
4:15,15,16,16,17,17
5:7 15:22 16:8,11
16:25 158:19
159:24 160:25
162:11,13,20 167:3
171:15 173:8,10
176:15 179:12
181:10,17 184:19
185:11,14 190:3,23
191:21 192:11
201:16 202:13,17
202:22,23 203:9
211:4 213:16
219:22,25 221:12
246:16 294:14
297:23 298:2,4
317:23 318:9,19
319:7,7,16,20,22
320:11 321:12

exhibits 4:2,9
exist 41:10 102:2
282:4 283:18
existed 155:20
257:13
expand 25:20
279:21
expanded 23:16,17
228:4
expect 268:14
281:25 311:20
expected 6:4 7:2
25:9 80:11
expenses 144:6,9,11
293:22 310:10,10
310:18,24 311:3,3
311:22 312:23
experience 38:20,23
66:16,19 104:13
106:24 107:3 108:8
108:9,10,16,21
109:3,13,18 132:25
167:16 168:18
169:7 173:5 175:10
177:19,20 178:2,5
178:10 185:7,10
186:6,6,12 187:2,22
188:5 191:4,12
192:6 208:16
209:14,18 211:21
212:2,6,10,17,21
220:21 224:4,9,19
225:6,9,17 233:12
296:13
experienced 214:16
214:21 217:19
226:18
expert 19:13,15,17
19:19 142:8,9,20,25
143:11 145:16
235:4 239:20 240:8
244:16 248:24
250:13,15 255:14
258:12 269:23
271:25 272:13

275:22 276:18
290:21 293:18
295:5 296:10
expert's 143:6
expertise 223:11
experts 145:13
147:23 267:10
268:20 272:15,22
273:9 285:23
286:17 291:15
293:20 296:20
306:8 307:10
expires 323:17
324:21 325:25
explain 22:18 27:23
100:15 101:10
119:6 253:16
255:22
explanation 143:15
143:25
explanations 178:9
express 168:2
expression 9:9
104:17
expressly 220:3
extent 33:3 57:6
99:9 120:15 145:21
146:24 293:2
300:15 322:14
extra 131:19 268:17
312:24 313:21
eyes 1:1 2:1 3:1 4:1
5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1

58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1,3
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1

EXHIBIT G

Attorneys' Eyes Only

**[eyes - first]**                                                                     Page 17

| | | | |
|---|---|---|---|
| 203:1 204:1 205:1 | **face** 148:7 | 260:15 | **filing** 14:3,5,6 139:5 |
| 206:1 207:1 208:1 | **faces** 148:11 | **far** 60:7 73:12 | **filings** 10:5 18:6 |
| 209:1 210:1 211:1 | **facetious** 190:14 | 107:20 119:12 | **fill** 105:6,24 225:14 |
| 212:1 213:1 214:1 | **facilitate** 271:21 | 254:15,20 260:24 | 225:17 |
| 215:1 216:1 217:1 | **facilities** 195:24 | **fast** 180:13 | **filled** 191:9 225:9 |
| 218:1 219:1 220:1 | **facing** 15:10 | **favorable** 133:4 | **finally** 114:21 |
| 221:1 222:1 223:1 | **fact** 18:25 146:12 | **fax** 2:6,12,17 | **finance** 11:17 13:14 |
| 224:1 225:1 226:1 | 163:15 183:12 | **feature** 274:25 | 13:16,18 |
| 227:1 228:1 229:1 | 217:14 220:11 | 275:7,9,24 276:10 | **financial** 10:4 11:25 |
| 230:1 231:1 232:1 | 225:10 250:7 | 293:23 | 12:2 13:14 142:6 |
| 233:1 234:1 235:1 | 300:22 322:14 | **featured** 135:2 | 238:8 248:11 |
| 236:1 237:1 238:1 | **factor** 254:16,21,23 | **features** 274:7,18,18 | 272:16 275:5 286:2 |
| 239:1 240:1 241:1 | 273:18 276:12,16 | 275:20 276:11 | **find** 20:17 42:8 43:4 |
| 242:1 243:1 244:1 | **factors** 24:10 253:7 | 294:6,22 295:13 | 69:12 96:17 169:20 |
| 245:1 246:1 247:1 | 255:12,16,17 256:2 | **february** 17:5 | 175:13 188:5 314:2 |
| 248:1 249:1 250:1 | 256:4 260:16 276:8 | 171:18 174:11 | **finding** 35:18 42:4 |
| 251:1 252:1 253:1 | 294:11 | 207:20 208:11,17 | 45:2 48:24 82:2 |
| 254:1 255:1 256:1 | **facts** 21:5 35:12 | 209:15 210:22 | **fine** 31:15 33:7 |
| 257:1 258:1 259:1 | 218:17 239:8,10 | 220:6,12 228:4,20 | 45:16,19 116:6 |
| 260:1 261:1 262:1 | 244:13 259:5 | 229:5 | 170:19 |
| 263:1 264:1 265:1 | 280:22 | **federal** 3:2 300:5,24 | **finish** 95:20 301:10 |
| 266:1 267:1 268:1 | **factual** 273:11 294:5 | 301:2 | **finished** 53:23 |
| 269:1 270:1 271:1 | 294:21 | **fee** 22:24 277:6,13 | **firm** 18:24 142:12 |
| 272:1 273:1 274:1 | **factually** 258:25 | 277:14,15 313:13 | 142:14 |
| 275:1 276:1 277:1 | **failure** 23:13 | **feed** 259:22 | **firms** 7:25 |
| 278:1 279:1 280:1 | **fair** 10:18 18:4 | **feedback** 167:18 | **first** 5:5 11:10 14:6 |
| 281:1 282:1 283:1 | 59:21 60:12 105:13 | **feel** 65:10,14 76:19 | 15:23 17:2 22:13 |
| 284:1 285:1 286:1 | 175:3 252:13 | 76:25 81:9 268:17 | 26:25 48:18 64:19 |
| 287:1 288:1 289:1 | **fairly** 175:23 | 322:13,17 | 66:14 67:3 68:15,19 |
| 290:1 291:1 292:1 | **fall** 285:2 | **fees** 313:6,8,11,12 | 71:9 73:4 77:2 |
| 293:1 294:1 295:1 | **falls** 31:11 | **fellowship** 37:13,21 | 78:18,25 81:5 82:15 |
| 296:1 297:1 298:1 | **familiar** 42:16 76:4 | 37:22 90:6,9 165:12 | 82:22 83:7 84:20 |
| 299:1 300:1 301:1 | 76:5 90:19,21 93:6 | 199:5 205:18 | 85:3,11 87:2,14 |
| 302:1 303:1 304:1 | 93:8 94:20,22,23 | **fellowships** 223:13 | 88:7,13,16 91:10 |
| 305:1 306:1 307:1 | 95:3,9 98:9 99:19 | **felt** 68:6 112:6 | 97:2,21 104:6,19 |
| 308:1 309:1 310:1 | 101:13 102:4,10 | **field** 320:21 | 111:23 112:15 |
| 311:1 312:1 313:1 | 103:18,19 109:23 | **fields** 180:8 181:6,7 | 117:4,14,23 118:4 |
| 314:1 315:1 316:1 | 114:14 123:15 | **fifth** 220:3 | 118:12 127:23 |
| 317:1 318:1 319:1 | 124:16 133:2 | **figure** 36:12 188:17 | 133:16,17,21 |
| 320:1 321:1 322:1 | 290:16 314:6,8 | 202:18 311:2 | 135:21 136:6 |
| 323:1 324:1 | 315:24 316:6 | **file** 23:16,18,18,20 | 138:10 140:13 |
| | 317:12 | 111:11 112:8 | 141:6,8,11 149:5 |
| **f** | **familiarity** 103:21 | 114:20 167:11 | 160:4,17 161:7 |
| | **family** 8:21,24 52:16 | **filed** 115:5 | 168:24 171:24 |
| **f** 164:3 | 52:21 236:17 | | 172:12 173:10,12 |

EXHIBIT G

Attorneys' Eyes Only

174:11 179:14
180:10 182:14
187:10,12 188:5,17
189:4 190:4,15,19
192:4 194:9,18
198:11 208:5
213:19 214:8 218:5
226:20,25 229:17
229:25 230:7
246:18 249:21
257:12,21,24 258:3
258:5,6 265:13
298:21 300:19
317:19
**fiscal**   299:5
**five**   22:4,5,19 23:6
23:11,11 25:25 27:9
149:11 162:11
201:5 212:7,18
224:14 262:2,3
313:17
**flip**   16:20 160:13
164:10 166:23
193:4 204:5 227:11
**flipped**   160:17
**flipping**   202:3
**flow**   234:5 245:21
**flowed**   234:22
**focus**   194:17 298:15
**focused**   20:9 271:9
**folded**   120:9
**folks**   260:9 277:25
**follow**   317:15,21
**follows**   5:6
**food**   107:13
**footnote**   220:23
223:9
**footnotes**   216:22
**foregoing**   323:3
324:13
**foreign**   206:15
**forgive**   261:24
286:24
**form**   12:11,22 31:24
32:8,14 33:25 34:24

39:13,15,22 40:23
41:5 49:9 51:22
54:5 57:20 58:8
59:2,20,22 60:3,11
60:21 61:3,9 62:7
62:10 63:15 65:3
66:8 68:12 69:18,25
70:16,24 71:14,21
71:25 72:13,17,25
74:13,22 77:6,9
78:21 79:7,12 80:5
80:16 81:3,14 82:4
82:8,18 83:8,24
84:6,13,24 85:6
86:17,21 87:5 88:18
89:2,4,9,21 90:14
91:11 92:5,21 93:18
94:4 95:4 96:4 97:8
99:14 101:9,20
102:13 104:21
105:17 109:16,22
110:10,19,25 112:4
113:6 114:4 115:9
117:6,17,25 118:6
118:15 119:20
121:13 122:4,15
123:17 124:13,21
125:4,10,23 126:5,8
126:17,24 127:6
128:23 129:7,14,19
130:13,22 131:6,11
131:20 132:6
133:24 134:21
136:8,20 137:18
138:18 139:6 140:6
141:24 142:4 143:7
145:11,19 146:6,15
150:24 154:17
156:7,21 159:9
161:17,21,21 162:6
163:15,20 164:14
164:19 165:8
168:20 170:5 171:6
174:16 175:6,15,21
176:11 179:23

180:19 182:5,13,24
183:7,22 184:4,11
186:8,20 187:23
188:20 189:6,20
190:6,12,18 193:3
194:8 195:19 196:6
196:13,21 198:3
199:18 201:2 202:4
202:15 203:2
204:15 205:6,12,24
206:8,12 207:2,11
208:12 209:2,16,22
210:23 211:15,23
213:3,7,11,12
214:24 215:6 216:6
217:25 219:13
220:14 221:2,11,17
223:19,24 224:8,12
224:17 225:16
227:6 228:19,21
229:20 230:8 233:2
235:3 236:10
238:24 240:7
244:15 249:3
250:12,20 252:7,23
253:4 254:19
257:16 258:11
263:19 264:5 269:4
271:2 272:12 273:5
273:8,15 274:9
275:25 276:23
279:15 280:25
281:17 282:18
283:21,23 284:20
285:21 287:12
288:23 290:21
292:14,17 293:17
293:25 294:8 295:6
295:16 300:11
301:23 304:21
305:17,23 306:7
308:18 309:17
310:5 311:7 322:6
324:13

**forma**   151:24 266:2
**formal**   7:12,13
**formally**   12:5
**format**   118:11
160:24 161:3,15,24
162:3
**formed**   10:11
**former**   6:18 43:24
134:4
**forms**   156:12
225:19
**forth**   114:20 324:12
**fortune**   62:22,25
63:7 65:11
**forward**   161:9
**found**   49:3 79:20
210:9
**foundation**   90:18
146:16
**four**   163:23 214:14
238:21
**fourth**   256:19
257:19
**frame**   288:6
**frank**   35:11
**frankly**   8:20
**free**   57:8,13,17 60:9
83:12 200:6 215:14
277:23 304:10,12
**friends**   8:22,23
134:7
**front**   162:23 168:12
168:23 186:25
190:2 202:22
226:15 285:13
**fs**   167:11
**full**   58:10,13,15,22
**fully**   189:12
**function**   255:10
**functions**   11:21
13:19
**further**   246:13
324:10,15
**future**   165:15

EXHIBIT G

Attorneys' Eyes Only

**[g - grades]**                                                                    Page 19

| g | | | |
|---|---|---|---|
| **g**  5:3 | **geo**  254:10 | 164:10 182:9 | **google's**  258:15 |
| **gateway**  100:7,11 | **geography**  200:22 | 197:13 217:11 | **gosh**  11:11 |
| **gathering**  113:9 | **getting**  11:11 68:23 | 220:20 224:15,18 | **gotcha**  237:8 304:2 |
| **gcoa**  210:5 | 77:21 171:5 235:6 | 225:15 231:21 | **gotten**  150:14 |
| **ge**  175:24,25 | 238:12 248:23 | 249:12 250:10 | **gould**  2:3 |
| **gears**  54:20 | 253:15 270:21,22 | 253:21 256:18 | **gould.com**  2:6 |
| **gender**  84:22 127:22 | 280:3 282:10 | 257:9 263:11,20 | **government**  316:12 |
| 201:8 206:18 | 287:16 311:19 | 281:15,25 282:7,17 | **governmental** |
| 218:15 | **give**  7:6 13:7 27:2 | 284:3 295:7 298:21 | 206:10 |
| **general**  34:3 40:2 | 31:9 33:2,5 34:13 | 299:4 300:2,18 | **grab**  318:11 |
| 71:4 102:17 103:5 | 64:4 68:24 75:23 | 306:18 308:15 | **grades**  1:6,12 3:4 |
| 113:20 120:18 | 80:9 96:24 103:7 | 310:10,14,17 311:4 | 6:14,17,21,23 9:16 |
| 138:24 142:21 | 143:12 145:17 | 311:5 312:5,24 | 12:9,21 13:2,10 |
| 143:20,20 144:15 | 150:23 159:23 | 313:5,10 314:23 | 20:12 21:6,10,18,22 |
| 229:6 240:18 241:7 | 262:25 266:17 | 319:16,22 320:5,7 | 22:20,23 24:16 |
| 241:11,12,16,21 | 272:17 289:16,18 | **goal**  236:14 | 28:18 29:21 30:13 |
| 245:2,12,21 246:9 | 289:19 307:17 | **goes**  16:4 247:3 | 35:12 39:11 40:20 |
| 246:10,14,14 | 309:25 311:12 | 281:19,23 | 40:24 42:6,7,18 |
| 248:15 257:3 259:4 | 314:25 315:4 320:5 | **going**  15:25 16:7,25 | 43:5,7,10,15,22 |
| 262:10 263:12 | **given**  23:21,21 43:8 | 18:19 42:6 53:19 | 44:4,6,22 46:8 52:2 |
| 265:20 268:8,12 | 52:9 115:24 119:14 | 95:21 105:8 106:5 | 52:12 53:14,22 |
| 279:13,16,17 | 119:15 135:25 | 125:14 158:19 | 61:15 64:23,25 |
| 280:19 289:16,19 | 144:18,19,21 | 159:17 164:11 | 65:18 66:4 67:3,8 |
| 290:15 295:8,25 | 145:23 152:20 | 169:14 176:20 | 67:25 68:4,9,11,15 |
| 296:10 315:14,21 | 182:20 193:24 | 179:11 181:9 186:5 | 68:22 69:7,8,9,23 |
| 316:7,8,10,25 | 230:4 236:20 | 186:19 220:19 | 70:7 73:17 75:8 |
| **generally**  28:19 29:2 | 239:17 269:17 | 222:22 226:15 | 77:25 78:10,13,17 |
| 30:15 79:22 109:10 | 283:25 311:9 | 236:2 237:4 238:4 | 79:24 80:7,11,14,25 |
| 139:24 189:15 | **gives**  169:24 273:19 | 249:2,15,25 251:14 | 81:13 82:17,23 85:4 |
| 255:4 256:22 | 281:5 | 256:24 257:9,15 | 85:13 86:16 87:10 |
| 267:11 280:5 | **giving**  13:9 | 263:2 265:14,17 | 87:14 88:7,17 90:13 |
| 285:15 | **glad**  318:16 | 267:11 279:8 | 93:16,25 94:2 95:2 |
| **generate**  50:4 53:4 | **glaxo**  231:22 | 280:10 293:13 | 95:7 96:2,7,11 |
| 158:6 231:15,24 | **global**  249:9 | 297:20 300:16 | 97:16 100:13 101:7 |
| 232:25 235:24 | **globally**  181:5 | 308:13 314:15 | 101:16,17,18 |
| 300:15,16 | 289:17 | **good**  5:10 10:19 | 102:11,24 104:6,18 |
| **generated**  45:6 | **go**  5:22 16:14 20:20 | 21:15 44:11 80:24 | 104:24 105:14,22 |
| 232:17,21 233:5 | 20:21 21:16 22:11 | 131:24 150:13 | 105:23 106:8 108:4 |
| 234:6,11 262:9 | 31:13 35:6,18,20,21 | 262:24 | 108:9,22,24 109:14 |
| 301:14 | 39:9 42:4,12 45:2 | **goods**  75:16 | 109:20,25 110:3,7 |
| **generates**  238:20 | 51:17 81:8 95:24 | **google**  131:22 234:2 | 110:16 112:20 |
| **generating**  250:10 | 111:18 124:11,19 | 234:2 254:25 255:8 | 113:5,21,23 117:4,5 |
| | 124:22 145:3,5,16 | 256:17,22 276:7 | 117:14,15,23 118:4 |
| | 146:5 150:18 | 286:15 288:14 | 118:11,12,23 119:2 |
| | 156:25 158:19 | 289:21 | 119:7,8,12,18 120:2 |

Attorneys' Eyes Only

| | | | |
|---|---|---|---|
| 120:12,23 121:10 | 213:17 216:22 | 295:23 296:22,24 | **handwriting** 149:7 |
| 121:17,21,23 122:2 | 217:15,23 219:11 | 298:13,14 299:4,10 | **happen** 120:19 |
| 122:22 123:4,13,16 | 220:25 221:7,10,15 | 299:16,18,20 300:7 | 155:11 |
| 124:2,10,11,25 | 221:24 222:5,7,11 | 301:14,22 302:5 | **happened** 32:25 |
| 125:19,22 126:2,13 | 222:20 223:4,10 | 303:4,7,17 305:3,12 | 97:20,23 111:22 |
| 127:3,15,24 128:14 | 225:13,15 229:19 | 305:12,20 306:4,6 | 154:24 155:12,23 |
| 129:6,24 130:10,16 | 229:25 230:17,21 | 307:6 308:16 | 215:5 288:2 |
| 131:9,10,14,16,24 | 231:5,18,19 232:8,9 | 310:16,16 313:23 | **happens** 146:25 |
| 133:3,22,25 134:16 | 232:10,18,23 233:4 | 314:11 315:6,7,17 | **happy** 6:9 41:17 |
| 134:20,20 135:9,19 | 233:7,15,19,24 | 315:12,18 320:20 | **hard** 147:13 178:20 |
| 135:21 136:17,25 | 234:5,7,7,15,17,18 | 320:21 321:21,23 | 240:13 288:18 |
| 136:25 138:12 | 234:20,22,23 235:2 | 322:2,5 325:3 | 298:16 |
| 139:3,4,20 140:2,13 | 235:11,13,18,19 | **grading** 22:20 | **hartford** 29:25 |
| 140:18,19,22 141:4 | 236:5,15,19,22 | **graduate** 7:18 | **head** 19:4 21:3 |
| 141:6,8,14,22 142:3 | 237:12 238:5,17,19 | **graduation** 205:3,8 | 234:10 259:6 263:3 |
| 142:8,22 143:14,18 | 238:23 239:14,25 | **great** 157:19 314:16 | 265:17 |
| 144:2,13 145:2,9 | 240:6 243:5 244:4 | **greenspun** 19:21,22 | **headache** 158:21 |
| 146:14,22 147:3 | 245:9,20 247:4,20 | **gross** 2:14 | **heading** 207:24 |
| 148:2,11 149:11,17 | 248:3,11,12,19,25 | **group** 320:24 | **health** 1:6,12 3:3 |
| 149:20 150:10 | 249:4 250:2,11,18 | **groups** 320:22 | 6:14,17,21,22 9:16 |
| 151:9 152:13,15,21 | 251:2,9 252:22 | **guarantee** 16:7 | 12:9,21 13:2,10 |
| 152:24 153:4,8,10 | 253:7 255:24,25 | **guaranteed** 237:23 | 20:12 21:6,10,18,22 |
| 153:11,13,17,21,24 | 256:5 257:3,6,8,9 | **guess** 29:22 59:15 | 22:20,23 24:16 |
| 154:2,3,6,8,10,13,19 | 257:14 258:9,25 | 65:16 70:10 77:21 | 28:18,23 29:6,8,17 |
| 154:25 155:3,9,14 | 259:11 260:18,25 | 111:8 112:5 124:14 | 29:19,21 30:5,13 |
| 155:18,21 156:18 | 261:19 262:4,8,13 | 189:7 256:7 276:2 | 35:12 39:11 40:20 |
| 160:7 164:18 166:8 | 263:8 264:14,25 | 277:8 283:2 284:21 | 40:24 42:6,7,18 |
| 166:14 167:6,8,15 | 265:7,18,19 266:6,9 | **guidance** 145:22 | 43:5,7,9,14,22 44:4 |
| 167:18,22,24 | 266:21 267:14,19 | **guide** 76:4,6,8,12,22 | 44:6,20,22 46:8,19 |
| 168:24 169:13 | 268:3,4,7,10,23,25 | 77:2,7,15,23 78:4,8 | 47:12,14 48:9,16,17 |
| 171:5,10,11,22 | 269:2,17,21 272:2 | 78:11,19,25 86:20 | 52:2,12,18,19 53:14 |
| 172:5,15,24 173:18 | 272:11,17 273:3,7 | 86:23 87:4 88:24 | 53:22 54:9,12 56:9 |
| 173:25 175:2 176:9 | 273:12,14 274:6,16 | 89:18 90:11 98:10 | 61:15 63:6 64:22,24 |
| 176:25 177:22 | 274:22,25 275:6,7 | 98:13 99:11 135:5 | 65:18,19,23 66:2,4 |
| 178:3 182:11 | 276:4,20,21 277:4,8 | **guides** 98:20 99:3 | 66:5 67:3,8,25 68:4 |
| 183:18,20 184:22 | 277:14,22 278:4,7 | 135:16 | 68:9,11,15,22 69:6 |
| 185:3 186:5,13,17 | 278:12,15 282:4,6 | **guys** 313:25 | 69:8,9,23 70:7 |
| 187:3 188:6,12,18 | 282:16,21 283:12 | | 73:17 74:17 75:8 |
| 189:4 190:4,23 | 283:19 285:20 | **h** | 76:10,14 77:25 |
| 191:10 192:25 | 286:4,25 287:10,18 | | 78:10,13,17 79:23 |
| 193:2,20 194:7 | 288:2 290:18,20 | **h** 152:18,18 | 80:7,11,14,25 81:13 |
| 195:4,23 196:4,19 | 291:2,4,6,11,17,22 | **half** 64:19,20 71:10 | 82:17,23 85:4,13 |
| 197:5 209:24 | 291:25 292:5,12,18 | 73:4,4 88:13,22 | 86:16 87:10,14 88:7 |
| 211:13,20 212:12 | 293:7,10,13,15,22 | 245:23 | 88:16 90:12 93:16 |
| 212:23,25 213:12 | 293:23 294:7,23 | **hampered** 322:14 | 93:24 94:2 95:2,7 |
| | | 322:17 | |

EXHIBIT G

Attorneys' Eyes Only

| | | | |
|---|---|---|---|
| 96:2,7,11 97:15 | 172:5,15,23,24 | 269:2,17,20 272:2 | 130:17 131:9,17 |
| 98:15 100:13 101:7 | 173:11,13,15,18,19 | 272:11,17 273:3,6 | 148:16 157:4 |
| 101:16,17,18 | 173:21,25,25 | 273:12,14 274:6,16 | 163:18 166:21 |
| 102:11,24 104:6,18 | 174:25 176:9,25 | 274:22,25 275:6,7 | 195:13,17,21 196:4 |
| 104:24 105:14,22 | 177:22 178:3 | 275:13 276:3,20,21 | 196:11,15 203:25 |
| 105:23 106:8 108:4 | 182:11 183:18,20 | 277:4,8,14,22 278:4 | 206:21 229:24 |
| 108:9,22,24 109:14 | 184:22 185:3 186:5 | 278:7,12,15 282:3,6 | 241:7,11,12,16 |
| 109:20,25 110:3,6 | 186:13,17 187:3 | 282:16,21 283:12 | 244:25 245:2,3,13 |
| 110:16 112:20 | 188:6,12,18 189:4 | 283:19 285:19 | 245:18 246:11,14 |
| 113:5,21,23 117:4,5 | 190:4,23 191:10 | 286:4,25 287:10,18 | 246:15 248:18,21 |
| 117:14,15,23 118:4 | 192:25 193:2,20 | 288:2 290:18,20 | 248:22 249:9,20,23 |
| 118:11,12,23 119:2 | 194:6 195:4,22 | 291:2,4,5,11,17,22 | 250:8,18 261:14 |
| 119:7,8,12,18 120:2 | 196:4,19 197:5 | 291:25 292:5,12,18 | 265:20 268:9,12 |
| 120:12,23 121:10 | 209:24 211:13,20 | 293:7,10,13,15,22 | 269:3,18,21 270:9 |
| 121:16,21,23,25 | 212:11,22,25 | 293:23 294:6,23 | 280:9,11 281:13 |
| 122:22 123:4,13,16 | 213:12,17 216:22 | 295:22 296:22,24 | 282:15 293:5 |
| 123:25 124:10,11 | 217:15,23 219:11 | 298:13,14 299:4,10 | 315:21,22 316:7,9 |
| 124:25 125:19,21 | 220:25 221:7,10,15 | 299:15,18,20 300:7 | 316:25 |
| 126:2,13 127:3,15 | 221:24 222:5,7,11 | 301:14,22 302:5 | **healthgrades.com** |
| 127:24 128:13 | 222:20 223:4,10 | 303:4,7,16 305:2,12 | 124:17,18 125:15 |
| 129:6,24 130:10,16 | 225:13,15 229:18 | 305:12,20 306:4,6 | 194:12 232:14 |
| 131:9,10,14,16,24 | 229:25 230:17,21 | 307:6 308:16 | 249:17 251:11 |
| 133:3,22,25 134:16 | 231:5,12,18,19 | 309:19,25 310:16 | 253:23 254:17 |
| 134:19,20 135:9,19 | 232:7,9,10,17,23 | 310:16 312:20 | 263:5,16 301:22 |
| 135:21 136:17,24 | 233:4,7,14,17,19,24 | 313:23 314:11 | 302:12 315:17 |
| 136:25 138:12 | 234:5,7,7,15,17,18 | 315:6,7,10,12,18 | **healthgrades.com.** |
| 139:3,4,20 140:2,13 | 234:19,22,23 235:2 | 316:4,11 320:20,20 | 12:6 103:23 125:17 |
| 140:18,19,22 141:4 | 235:11,13,18,19 | 321:21,23 322:2,4 | 251:4 301:17,25 |
| 141:6,8,14,22 142:3 | 236:5,15,19,22 | 325:3 | **healthline** 316:24 |
| 142:8,22 143:14,18 | 237:12 238:5,17,19 | **healthcare** 13:5 | **healthline.com** |
| 144:2,13 145:2,9 | 238:23 239:14,25 | 21:7,12,21 22:22 | 316:23 |
| 146:13,22 147:3,25 | 240:6 243:5 244:4 | 31:17,18,19 32:5 | **healthy** 24:13 |
| 148:11 149:10,17 | 245:9,20 247:3,19 | 33:4,10 34:5 36:16 | **heard** 92:15 103:21 |
| 149:20 150:10 | 248:3,11,12,18,25 | 40:22 75:12,14,18 | 243:16 |
| 151:9 152:13,15,21 | 249:4 250:2,11,18 | 77:8 78:20 79:3,4 | **hearing** 178:4 |
| 152:24 153:3,8,10 | 251:2,8 252:22 | 79:25 80:9 81:11,12 | **heart** 23:12,12 24:9 |
| 153:11,13,17,21,24 | 253:7 255:23,25 | 82:16,22 83:15,22 | **heavily** 175:14,18 |
| 154:2,3,6,8,10,13,19 | 256:5 257:3,6,8,9 | 84:5,21,22 85:3,11 | **heavy** 175:5,11 |
| 154:25 155:3,9,14 | 257:14 258:9,25 | 86:15 92:2 94:3 | **help** 10:23 27:7,12 |
| 155:18,21 156:18 | 259:11 260:18,25 | 97:13 99:7 104:20 | 27:14 45:18 80:7 |
| 160:7 164:18 166:7 | 261:19 262:4,8,12 | 105:8,15 106:20 | 101:17 103:12 |
| 166:14 167:6,8,15 | 263:8,14 264:14,25 | 118:13 119:4 | 111:11 112:7 |
| 167:17,22,24 | 265:7,18,19 266:6,9 | 120:18 125:2,9 | 135:12 145:13,21 |
| 168:24 169:13 | 266:21 267:13,19 | 126:15,23 127:4 | 158:5 168:17 |
| 171:4,10,11,22 | 268:3,4,6,10,22,25 | 129:17,25 130:11 | 171:11 176:8 178:6 |

EXHIBIT G

Attorneys' Eyes Only

180:17 220:18
222:9 227:17
231:12,15 259:24
267:11 271:21
275:22 279:21
285:23 291:16
295:14,22 298:20
**helpful** 22:9
**helping** 180:4
261:23
**helps** 160:14 208:4
**hesitant** 12:7
**hesitating** 58:4
**hewitt** 62:18,21,23
62:25 63:2,3,11,12
63:20,23 64:2,5,7
64:14,25 65:5,6,9
65:17,20 66:7,11
68:14,15,20,22,24
69:7,9,10,16,21
70:13,14 103:2
176:3,9
**hey** 24:16 106:5
231:24 263:18
**hg** 159:25 167:7
171:15 179:14
181:10 184:18
190:24 191:21
192:12 211:5,9
215:10 216:17
217:14 298:3
313:23 320:23
**hgmkees** 167:4
**hgmkes** 207:16
**hgmkfs** 176:16
**hhh** 316:4
**hhh.gov** 315:24
**hide** 35:25
**high** 7:7 249:8
**higher** 222:16 255:9
255:25 256:2,10,13
273:20 276:13
296:17 304:14
**highest** 314:10

**highlight** 215:14
**highlighted** 216:25
**highly** 276:6
**historical** 10:17
**historically** 66:4
**history** 15:18
**hit** 239:5 257:15
311:14,20
**hits** 145:2 146:13,13
147:3,4 238:22
276:20 284:4,4
288:20,22 289:4,6
310:16,19 311:2,4
311:18 312:11,24
315:10,13,14,17
**hix** 43:13,14,17,18
43:23 44:2 110:22
134:4,6,10 171:19
184:22 185:5
187:19 207:21
318:2,2 319:8
**hix's** 43:25
**hobbies** 86:8,10
**hold** 318:11
**home** 29:5,6 30:2
48:8,8,15,16,17,18
48:20 49:14,15,16
49:18,21 50:8,9
51:11,15 52:3,4,13
52:18,19,20 53:7,24
54:9,11,12,16 56:4
56:9 73:10,15,20,24
74:4,16 193:11
194:17 195:2,8,14
196:9
**homes** 48:23 50:6,14
51:3,17 73:18 74:7
101:3 126:19
195:22 196:16
**honestly** 42:9 43:6
49:20 51:8
**honors** 85:22 218:24
**hopefully** 261:21
**hoping** 20:22

**hospital** 13:5 22:17
22:23 23:5 24:2,7
24:15 25:2,24 26:8
27:7,8,23 29:4 33:5
57:16 65:12 96:7,9
96:10,12,14,18,23
97:6,11,12,15,25
98:2,9,12,20 99:2,5
99:5,8,11 100:24
103:12 107:3,12
128:14,14 132:8
149:8,16 150:7
164:4 207:5,6
259:21,22,24 260:2
260:4,8,14 261:22
261:25 271:19,23
275:18 291:8 302:8
303:2 304:15
306:15,21 316:13
321:20
**hospitals** 13:9 21:20
21:23 25:15 26:21
26:22 27:17 28:6,12
28:16 31:22 44:19
47:8 57:5 83:12
96:17 97:13 100:18
103:7 107:15,19
118:13 123:5
126:18 134:12
148:7 149:5,6,8,10
150:5,11,18,22
163:5,7,10,22,23,25
200:13,21,25 201:4
201:5 207:7,9,13
226:2,7 259:20
260:19 261:10,19
267:19 291:4,10
302:15,20 303:10
303:19,23 304:9
306:20 307:5,16
**host** 242:9
**hour** 53:19
**hours** 311:9
**htpps** 194:5

**hum** 96:19 280:18
**human** 13:20 63:4
316:4,11
**hungry** 317:11
**hybrid** 28:4
**hyperlinked** 122:6
131:4
**hyperlinks** 121:11
121:19 122:3,8,19
122:23 123:4,15
130:11,16

**i**

**i.e.** 216:3
**idea** 34:22 80:24
104:19 105:7
117:15 119:13
147:2 169:14 170:2
170:7 172:19
173:20 196:3
232:12 259:6 262:2
268:9 310:21
**identification**
136:24
**identified** 99:24
315:3
**identify** 18:21 21:10
22:7 167:13 190:25
292:25 297:21
298:5 315:2
**ii** 178:12 179:21
**immediately** 8:5
80:17 182:17 277:3
306:23
**impact** 260:17
267:12 280:23
285:23 308:2
**impacted** 261:2
**impacting** 310:4
**implement** 185:6
187:21
**implementation**
79:11,15
**important** 35:24

EXHIBIT G

Attorneys' Eyes Only

**impossible**  286:16

**impression**  58:21
289:2

**impressions**  231:25
232:5 237:4,12,17
237:25 238:3,5,9,13
238:21 288:25
289:7,11,17,24
290:4,9

**improve**  27:7,9,12
27:15 183:14
261:20

**improvement**  26:25
27:3 103:9 148:10
261:14,16,18 262:6
262:9 267:24 270:8
303:14,24

**improvements**
262:19

**improving**  27:16

**include**  35:3 36:20
36:25 37:3,6,8,11
37:13,16 38:6,10
40:21 41:2 46:22
59:11 68:20 72:11
72:16 80:11 88:24
89:18 103:24
129:17,20 150:17
169:8,15 301:8

**included**  37:22
66:17 71:4 78:19
79:2 83:22 89:7
90:8 91:22 92:7
98:5 104:6 106:19
110:17 121:7,11,19
122:2,23 129:25
133:4 136:7 160:22
170:8 214:15
226:17

**includes**  40:5 110:9
217:4 276:8

**including**  31:22
114:7 123:4 136:25
137:3 170:2 171:19
215:24 221:9 249:5

**income**  300:5,24
301:3 306:6

**incorrect**  59:3
161:24

**increase**  101:17
140:20 145:9 239:2
239:5 267:18,18
272:18,21 273:13
279:21 280:6
283:25 286:3
294:11,12 305:20
310:17,19

**increased**  276:20
312:11

**increases**  267:16

**increasing**  279:13
279:17,18 310:25

**incremental**  235:16
283:13 310:22
311:14,16

**incubated**  157:21

**incurred**  293:22

**index**  4:2

**indicate**  171:4
173:23 186:11
191:11,15 194:6
215:2 223:9

**indicated**  320:14

**indicates**  320:19

**indirect**  267:7,8

**indirectly**  247:12
264:21 265:10
267:15,22 268:13
300:13

**individual**  23:7
25:22 41:16 74:7
96:23 103:8 118:8
132:9 142:11
189:23 193:7 200:5
254:9 276:10
282:25 284:14
287:7 302:9,25

**individually**  245:25

**individuals**  48:23

**industries**  10:14,21

**industry**  9:19
147:19

**inequitable**  112:16

**infarction**  23:12

**infinite**  235:23

**influence**  281:9

**info**  148:22

**inform**  187:17

**information**  21:7,11
21:21 22:22 23:20
23:24 24:20 26:12
29:3,4,6,6,7,9,12
30:6 31:3,7,17 32:6
32:13,20 33:11 34:6
34:7,12,15,23,23
35:3,4,9,19 36:2,3,5
36:16,17,25 37:4
38:7,10,11,15,16,18
38:19 44:3 46:23
49:7 50:10,23 51:2
51:7,11,14,16,18,19
51:21,24 52:7 54:13
59:7,13 62:24,24
63:4,6,10 64:2,4
65:13,19,21,22 66:5
66:11 68:24 74:5
76:14,16 77:8,17,17
77:25 78:19 79:2,20
80:2,2,8,12 81:11
82:16,22 83:7,10,14
83:21,23 84:4,22
85:4,12 86:14,20,24
87:3,7,14 88:6,25
89:19 90:9 91:15,17
91:17,21 92:3,4
94:3 96:13,25 97:11
97:17 99:4,17 101:2
102:20 104:7,13
105:11 111:11,16
113:9 114:2,7 120:3
120:11,18,24 121:8
125:3,9 126:15
128:14 130:11,17
136:18 147:8,10

148:16,19 149:8
150:7 157:3 158:2
160:21 164:24
165:6,16 166:9,15
166:20 167:25
168:7,8 173:19
182:3,22 183:24
184:9 193:8 195:10
195:12 197:14,18
198:6 199:7,11
200:2,8,23,24 201:8
201:11 202:5,9
203:17,20,25 204:7
204:12,13,18 205:4
205:16 206:3 212:2
212:6,11,17 215:22
215:24 217:23
218:8,14,18,20
219:6 220:24 223:5
223:6,7,23 230:11
232:2,3 235:8
237:10 238:18
239:23 240:4,18,18
241:19 242:3,15,22
243:10 244:3,17,21
247:21 249:10,19
249:20,23 250:8,18
251:3,7,9,18 252:5
254:17 255:5,6,20
256:9 259:3 260:13
261:8,14 262:14,21
267:5 268:22
269:15,18,22 270:9
270:10 274:2,3
275:18,22 276:12
276:19 277:9,11,20
277:23 279:12
280:3,7,11 281:16
281:21,23 282:3,15
282:15,23 284:17
291:7 293:9 296:11
304:12 309:4,13,25
316:12,22,25 317:4

**infringement**
140:24 141:9

EXHIBIT G

Attorneys' Eyes Only

**infringing** 278:10
278:15
**ingest** 259:22
**ingesting** 260:13
**inhealth** 152:17,20
152:23 153:3,6,9,10
153:17,21,23,25,25
154:4,4,7,8,9,14,23
154:24 155:2,5,13
155:17,19,22,24,25
156:5,10,17 157:2
157:20,24 158:21
230:15,16,25
231:14,17,21 232:7
232:21,25 233:6,18
233:22 234:4,7,11
234:20 235:2,9
236:6,8,8,12 237:3
237:14 259:12
263:6,12 264:2,10
265:2 271:10
288:10 299:15,17
**inhealth's** 157:12
231:9
**initial** 4:3 14:5
59:16 77:10
**initially** 134:12
232:6
**initiative** 22:15
302:24
**input** 202:24
**inquire** 141:22
**insignificant** 301:3
**instances** 257:8
**instantaneously**
79:19
**institute** 213:25
214:4 226:17
**instruct** 18:11,19
279:8
**instructs** 7:3
**instrument** 172:23
172:24 173:3,12,21
174:2,5,9,15

**integrated** 307:12
307:13,20
**intellectual** 292:6,7
292:11
**intended** 27:14
75:14 80:9 105:15
**intends** 142:25
**intent** 79:23
**intention** 65:17,18
80:6 170:21 259:23
**interactions** 317:5
**interest** 120:14
280:2 283:9 300:5,7
300:16,21,24,25
**interested** 8:21 9:18
48:13,14,24 53:4
120:2,10,16 324:17
**interesting** 120:5
242:5,24
**interject** 292:17
**internally** 141:3
**internet** 11:3 12:14
52:4 131:23 156:3
156:18
**internship** 37:8 90:2
198:23 199:2
205:16 223:12
**interpret** 102:15
186:23
**interpreting** 186:23
**interrupt** 22:6
**interventional** 24:10
**intranet** 29:9
**introduce** 80:15
**introduced** 77:3,4
134:13
**invalidity** 94:17
**inventors** 111:18,19
111:24 113:3 115:6
116:2,17
**inventory** 233:21
235:11,16,20,25
236:21,21 237:2
238:13,15,16,19
289:23 290:2

312:22
**invested** 300:7
**investigations** 278:8
278:13
**investor** 15:12
**involve** 12:14 33:3
**involved** 13:24
14:17 98:8 111:3,6
111:7,13 112:10
113:24 115:16
116:2 139:20,22
141:14,18 221:20
**involvement** 115:24
141:19
**isolate** 151:14
**issue** 31:10 141:12
281:6
**issued** 114:22
**issues** 280:21
**item** 40:6 176:4
**iterations** 42:10
**itriage** 148:25
240:24 244:4
252:11 284:19
285:9

**j**

**j** 142:12 149:3
**janet** 174:19,20,24
175:3
**janet's** 174:18 175:8
**january** 38:25
227:23,23
**jd** 170:15,21 293:4
**jdpa** 170:15,25
171:5
**jdpa's** 170:13
**jennifer** 192:15,17
192:21
**jesus** 2:9 17:4 20:16
167:5 310:13
318:11 319:11
**jim** 192:14,16
**job** 1:25 112:6

**john** 17:17 110:22
137:12,13 142:12
160:3 164:3 207:21
207:23 213:24
215:7 222:6 317:25
318:22 319:9
**johnson** 2:9
**joined** 8:18
**jr** 2:9
**judd** 210:9
**jumping** 151:21
**june** 1:10 3:5 4:5
16:12 272:10
324:20 325:3
**jury** 250:7
**jvazquez** 2:12

**k**

**kam** 323:21
**keep** 11:11,12 80:25
106:5 285:20
**keeping** 226:4
**kelly** 3:7 324:5,23
**kennedy** 164:3
**kept** 160:8 167:21
168:8 171:21
179:17 181:17
184:24
**kerry** 43:23 134:4,6
318:2
**key** 167:8
**killing** 261:25
**kind** 12:20 31:23
38:23 93:15 103:2
131:17 194:13
261:9,11,15 317:3
**kinds** 274:18
**kirstin** 310:13
**kloberdanz** 192:14
192:16
**knew** 134:9 139:4
**know** 5:25 6:8 7:2
13:21 16:2,2 18:10
19:18,25 20:4,16,24
21:2 22:8 31:22

Attorneys' Eyes Only

| | | | |
|---|---|---|---|
| 32:21 33:16,16 | 159:20 160:13 | 283:12,16 284:25 | **launched** 12:18 |
| 34:19 35:15,21,24 | 161:18,21 162:7,17 | 286:16 287:5 | 66:16 71:3 72:21 |
| 35:25 36:11 37:19 | 162:23 164:20,22 | 289:15 291:19,20 | 75:12 79:23 81:10 |
| 37:25 38:14 39:3,4 | 164:23 165:3,5,22 | 293:10,19,21 294:2 | 81:19,24 91:18 93:4 |
| 39:5,6,18 40:4 | 166:12 167:5 168:3 | 297:5,6,20 298:16 | 104:14 108:15 |
| 42:14,17,23 43:3,19 | 171:7 172:5,11,15 | 300:10 301:11 | 136:2 159:4 182:21 |
| 45:5 48:11 50:3,7 | 173:8 174:3,4,6,6 | 304:5 308:6,19 | 202:13,25 203:4,5 |
| 51:5,17 60:15,18,22 | 174:14,17 175:12 | 309:7,12 312:4,12 | 203:11,14,14,24 |
| 61:2 63:5,9 64:12 | 175:16,22 176:2 | 313:16 314:3,15 | 206:25 210:4 |
| 64:19 65:20,25 69:5 | 178:12,14,22,24 | 321:5 | **launching** 66:20 |
| 71:11,18 72:18,20 | 179:5,7,8,10 181:5 | **knowledge** 43:8,10 | 79:24 80:6,18 |
| 74:3 80:17 81:9 | 182:6,15,17,25 | 43:12 48:6 104:18 | 181:23 |
| 82:5,9,13 83:6 | 183:8 184:12,16 | 107:25 108:7 | **lauren** 213:25 |
| 85:11 86:18 87:8,17 | 185:20,25 186:2,10 | 119:16 138:24 | 318:23 |
| 87:25 88:14 90:7,10 | 186:14,21 187:9,10 | 255:13 256:4 296:2 | **law** 7:17 18:23 |
| 91:2,4,9,12,13,20 | 187:19,25 188:21 | 302:21 303:6,17 | **lawsuit** 6:17,19,20 |
| 92:12,14,15,23 93:2 | 188:21 192:8 194:2 | 316:22 | 69:14 154:13,14,16 |
| 93:3,5 94:18 95:12 | 194:14 204:16 | **known** 136:24 | 309:4 |
| 96:5,6,21 97:20,22 | 206:23 207:3 209:4 | 140:24 196:4 | **lawyers** 7:17 |
| 97:23 99:13,15 | 209:5,21,23,23 | 233:25 247:6,8 | **lead** 180:4 |
| 100:6,11 101:23 | 210:6,12 211:8,16 | 255:3 | **leading** 319:12 |
| 102:2,3 103:6 | 212:19 213:11,14 | **kristin** 2:3 | 322:16 |
| 104:10,15 105:10 | 213:23 215:3 216:7 | **ks** 18:6 | **learned** 140:18 |
| 105:21 106:8 | 216:10 217:4,5,17 | **kstolldebell** 2:6 | **leave** 8:19 9:13 44:6 |
| 108:14 109:17,21 | 217:21 218:13 | | 44:9 79:6 152:25 |
| 109:24 110:20 | 219:6 220:10,17,23 | **l** | 301:15 |
| 112:6 115:10,12 | 221:25 222:8,10 | **l** 2:3 5:20 152:18 | **led** 66:21 111:4 |
| 116:24 117:18,21 | 225:10,23 226:4,23 | **la** 8:21 | 112:2 115:2 |
| 118:2 119:12 | 227:7,14 229:6,24 | **labeled** 262:21 | **left** 8:14,16,17 9:11 |
| 120:15 121:6,9 | 232:15 234:2 235:7 | **lack** 25:23 157:21 | 9:17 44:4 270:24 |
| 122:16,20 127:9,18 | 237:5 242:12,16 | **lag** 81:23 | **legal** 13:21,24 14:18 |
| 127:19,21,23 | 243:9,9,16 244:17 | **lakewood** 164:5 | 154:5 155:2,19 |
| 128:15 130:4,6,7,9 | 244:25 245:10,15 | **language** 102:15 | 230:23 298:14 |
| 130:23 131:13,15 | 247:15 248:10 | 218:20 | **legally** 153:21 154:3 |
| 132:11,24 133:14 | 250:23 251:25 | **languages** 86:6 | 299:24 |
| 133:15,21,25 134:5 | 252:12,13,16,18 | 206:15 | **legend** 216:19,21 |
| 134:9,23 135:8,17 | 253:2,5 255:5,23 | **large** 234:14 | **letter** 315:7 |
| 135:20,23 136:4,6,9 | 258:4,24 260:5,10 | **larger** 267:21 | **level** 23:8 108:6 |
| 136:21 137:21,25 | 260:14 261:24 | **largest** 63:3 | 222:16 245:5 249:8 |
| 138:4,19 139:3 | 264:13,15 269:10 | **late** 83:4 282:10 | 249:9 316:13,14 |
| 140:5,7,9,21 141:25 | 271:11 274:4,15 | 305:10 | **levels** 313:2 |
| 142:11,24 143:2,3,4 | 275:11,15,17 | **laugh** 116:14 | **liaison** 111:9,22 |
| 143:5,8 145:12 | 276:17,18,24,25 | **launch** 66:19 79:18 | **license** 7:10,14 |
| 147:5,6,7,19 149:22 | 279:17,23 280:13 | 80:13 133:11 | 26:10 149:10 |
| 149:24 154:18 | 280:21 282:3,14 | 181:12,20 | 261:10 272:4,5 |

EXHIBIT G

Attorneys' Eyes Only

292:5,19 293:8,11
293:13 302:15
303:3 304:5 309:12
**licensed** 291:22
292:21
**licenses** 292:13
321:20 322:2
**licensing** 22:24
272:3,3 291:18
292:2 304:4 309:10
309:16 310:8 322:5
**licensure** 36:25
89:11,14 165:17
199:7,10 206:3
**lightly** 175:19
**limited** 27:20 58:9
136:25 293:8
**line** 22:17 25:22
26:3 70:10 96:23
100:17 112:25
171:24 172:8
174:21 181:15
302:9 308:2 310:4
312:7 313:4,8,11
325:5
**lines** 46:17 54:25
103:13 214:14
298:17 300:3,20
302:25 308:11
310:10,15 313:10
**link** 255:24 257:21
**links** 123:12 275:17
**list** 61:19 75:7 86:12
93:15 94:8 95:24
109:21,23,25 110:8
110:13,15,17,17
129:12,17,20
130:12 131:3
149:16 166:3
198:12 201:4
243:15 244:23
285:13,16 317:4
**listed** 36:4 163:23
188:23 189:16
191:6 199:19

218:19 223:15
243:16
**listing** 198:21
**listings** 133:12
**lists** 110:24 130:2,17
133:5
**little** 12:7 25:22 39:9
45:18 53:17 58:18
116:7 143:12
152:19 168:4,9
190:13 236:11
239:4,23 270:4
273:2 288:24
298:16 308:8
**llp** 2:9
**location** 198:14
**locations** 243:17
**long** 8:7 9:3 45:14
51:5 80:25 235:23
**longer** 43:21 138:16
155:5
**look** 19:2 23:25 45:4
45:9,21,22 49:2
50:18 63:9 65:10,14
69:13 70:6,8 76:19
76:24 106:5 120:3,4
136:22 147:19
160:11 163:2 164:3
165:25 166:2
168:13 171:16
176:17 177:8
178:15 183:12
185:13 188:16
194:4,16,19 195:16
196:15 201:3 207:8
211:9 216:15,16
218:5 219:21
222:20 226:7,12
238:17 241:15
245:13 246:2
256:20 259:23
266:2 279:4 282:24
283:6 286:8,13,19
287:13 289:25
290:5 313:7 314:12

317:22 318:14
319:18 320:10
321:9,14
**looked** 20:2 62:23
93:19 189:8 229:13
245:24 286:6
**looking** 19:25 20:16
145:13,20 176:3
197:21 221:22
226:6 241:10 251:6
251:9,17 257:21
263:17 272:15
279:11 280:11
281:21,23 291:15
**looks** 195:20 283:7
318:15 319:23
320:12
**los** 7:23
**lost** 236:16 322:2
**lot** 5:23 8:3 15:6
22:10 24:24 156:13
181:7 210:2 229:14
232:3 241:10,20,21
241:23 243:3
274:18
**love** 52:22
**loved** 48:24
**luke's** 96:22
**lunch** 158:13,15
**lybrand** 7:23 8:15
**lyons** 2:9

**m**

**mackereth** 3:8
324:5,23
**mail** 17:5 158:22
159:17 160:2
161:13 167:8
171:18 174:22
179:15 180:11
181:11,14,16,22
183:12 184:21
185:3,24 187:15,16
187:20 192:3,14
193:25 207:20

208:3,24 211:14
213:20,24 214:5,6,9
215:4 219:24
220:10,16 221:18
226:16 227:2,20
259:25 275:17
317:25 318:4,22
319:2,8,10 320:15
321:12,16
**mailed** 186:5
**mailing** 260:9
**mailings** 260:13
**mails** 219:15 221:8
319:3
**maintain** 236:23
**major** 63:7 253:6
**majority** 144:23
249:18 250:25
251:5,13,14,17
252:24 253:13,15
257:23 259:9
**making** 66:21,23,24
77:22 124:8 175:5
175:11 277:23
305:9 317:10
**malpractice** 31:6
**man** 15:25
**management** 13:4
13:21 184:22 185:3
186:17 320:17
**manager** 9:8,9,12
**managing** 241:22
**manuel** 2:9
**manufacture** 281:7
**maps** 275:12
**march** 158:23 159:4
174:11 213:24
216:5 217:16 219:9
**margin** 282:22
283:6,13 310:22
**margins** 282:24
283:8
**mark** 16:5 313:21
**marked** 4:9 5:7
15:22 16:11 159:24

EXHIBIT G

Attorneys' Eyes Only

**[marked - minutes]**                                                                                    Page 27

| | | | |
|---|---|---|---|
| 167:2 171:14 | **material** 28:10 48:7 | 222:15 235:22,23 | **memberships** 86:2 |
| 176:15 179:11 | **materiality** 49:24 | 254:10,25 280:10 | **memorial** 164:3 |
| 181:10 190:23 | 50:2 | **means** 10:13,16 | **memory** 25:4 49:19 |
| 191:21 192:10 | **math** 214:11,12 | 22:18 112:17 | 159:6,12 160:19 |
| 211:3 213:15 | 237:11 265:14 | 124:15 175:10 | 164:12 168:17 |
| 294:14 297:25 | 266:10 270:2 271:4 | 185:20 186:10 | 176:8 178:6 180:17 |
| 298:4 314:2 317:23 | **matter** 131:18 | 208:10 210:6,12 | 192:24 267:3 |
| 318:8 319:19 | 278:19 | 221:15 229:3 | **mentioned** 48:15 |
| 320:11 321:12 | **matters** 275:18 | 254:24 257:24 | 53:6 54:7,10,24 |
| **market** 22:17 25:25 | **mckesson** 148:12 | 310:24 | 56:23 148:25 149:5 |
| 145:10 234:24 | **mdx** 1:15 20:3 94:16 | **meant** 107:5 185:25 | 240:24 255:19 |
| 235:15 238:15 | 112:15,19 138:5,13 | 208:2 286:21 | 256:12 261:7,13 |
| 239:7,13,15 240:5,6 | 138:16 139:12 | 292:16 | 308:12 |
| 240:11,20 244:14 | 140:18,23,24 141:4 | **med** 233:9,19,24 | **merchant** 2:3,6 |
| 245:3 247:2,7,19,19 | 141:8,11,15,23 | 236:13 288:9 | **merged** 153:20 |
| 247:20 248:2,12,14 | 142:2 325:3 | **media** 99:21,22 | **message** 22:24 |
| 248:20,21,23,25 | **mdx's** 322:15 | 100:3,9 | 25:25 26:2 |
| 249:8,22,24,25 | **mean** 10:12 11:23 | **medicaid** 23:19 | **messages** 13:8 |
| 250:2,3,8,9,17,19 | 19:18 21:15 25:21 | **medical** 1:15 37:6,8 | **met** 18:9,14 133:17 |
| 252:19,21 260:24 | 34:20 35:10 46:15 | 37:11,13,16,22 84:3 | 133:21 |
| 261:11,16 272:9 | 50:2 56:20 58:18 | 84:14,18 89:23 90:2 | **mid** 8:9 |
| 273:3 279:10,14,22 | 72:23 77:19 79:13 | 90:4,6 123:5 127:16 | **middle** 9:4 178:22 |
| 280:24 284:16,17 | 80:19 81:7 100:15 | 128:21 164:4 165:5 | **million** 140:16 |
| 287:18,21 288:6 | 101:10,14 103:5 | 165:19,20 166:10 | 151:11,15 152:3 |
| 305:21 | 106:2 110:2,2 | 166:16 198:19 | 232:22 234:6,9,10 |
| **marketing** 21:22 | 114:15,16 116:14 | 199:12,15,20 | 234:17 237:4,12 |
| 22:8,13 25:14 99:21 | 119:6 122:19 | 204:18,18,20,22,24 | 265:16,25 266:3,4 |
| 99:22 100:3,9 148:6 | 130:25 131:13 | 205:2,3,7 218:8 | 266:20 270:15,19 |
| 149:9,21 150:5,10 | 159:11 161:14,18 | 223:12 233:13 | 271:6,14 272:7 |
| 150:21 152:4 | 164:21 172:9 | 325:3 | 297:9,17,19 301:5 |
| 259:16 261:10 | 173:17 176:12 | **medicare** 23:20 | 311:18 |
| 262:18 267:17,23 | 182:8 187:9 190:15 | **medicine** 11:2 268:7 | **mind** 20:19 25:7,12 |
| 270:6 271:3 282:14 | 193:23 194:20 | **medpar** 23:16,17,18 | 28:9 149:2 170:18 |
| 302:14,20 303:2,23 | 212:13 224:25 | 23:24 | 188:23 243:24 |
| 307:14 | 234:13,18 237:2 | **medscape** 316:20 | 293:3 305:10 306:9 |
| **marketplace** 13:9 | 240:16 241:9 243:2 | **medscape.com** | **minds** 175:14,19 |
| 22:18,25 244:24 | 247:9,24 253:11 | 316:19 | **mini** 116:7 |
| 248:7 284:13 | 257:17 262:17 | **meet** 121:3 133:16 | **minority** 252:17 |
| 285:24 286:6,8,21 | 274:20 275:10 | **meetings** 18:3 | **minute** 28:14,20 |
| 286:22 291:9 293:6 | 276:24 279:13 | **member** 131:14,19 | 160:13 250:2 |
| 303:9 305:6 308:10 | 281:2 284:6 287:16 | 320:16 | 262:25 266:17 |
| **markets** 156:6 | 305:12 310:20 | **members** 29:8 | 279:4 301:12 |
| 261:15 282:13 | 312:17 | 131:10 | **minutes** 75:24 |
| **married** 8:20 | **meaning** 23:10 | **membership** 192:23 | 132:20 313:17 |
| | 108:15 110:3 | | |

Veritext/NJ Reporting Company

EXHIBIT G

Attorneys' Eyes Only

**miscellaneous** 301:3
**misconduct** 165:23
  166:3,6
**missed** 15:19 271:7
**missing** 45:7 270:6
  270:12,13,15
**misstates** 189:20
  230:8
**mistake** 52:23
**mistakenly** 58:21
**misunderstand**
  121:20
**mix** 290:6
**mkes** 167:6
**mobile** 240:24
**model** 10:22 13:3,4
  157:13 231:10
  242:6,24
**modifier** 254:10
**moment** 25:13
  151:22 302:10
**monday** 192:5
**monetize** 6:23
  241:11 264:18,20
**monetized** 288:11
  312:15
**money** 131:19
  236:16 272:6,10
**month** 81:16 82:3
  219:25 298:24
**months** 82:7 183:5
  183:21 186:18
  203:10,13,23
  206:24
**montroy** 43:12
  110:22 158:23
  160:2 167:8 179:15
  180:3 181:11 192:3
  203:13 207:21,22
  208:24 209:13,20
  319:8
**montroy's** 219:24
  220:15
**morning** 5:10
  282:12

**mortality** 25:9
  103:8 262:2
**mountain** 4:8
  118:24 119:3,3,5,9
  119:14,15,18,22
  120:2,7,8 121:3,4,7
  153:7 298:8,10
**move** 77:13 268:11
  302:2
**moved** 8:17,22
**moving** 9:18
**msn** 231:16 232:6
**multipage** 159:24
  167:3 176:16
  179:12 192:11
  211:4 213:16 298:2
**multiple** 118:5
  194:16 226:2 311:7
**murray** 18:23
**myocardial** 23:12

**n**

**n** 3:12 5:3,20 152:18
**name** 5:10,18 12:5,6
  19:20 30:21 34:16
  41:9 59:7 91:2
  93:13 99:5,23 100:8
  106:15 126:23
  127:5 142:11,12,14
  142:16 177:5,16
  178:23 198:25
  199:14 200:11
  253:25 255:2
  280:14 316:2 325:3
  325:4
**named** 94:25 95:8
  95:15
**names** 22:7,8,9
  30:22 34:9,14,21
  40:16 43:11 243:15
  243:24 254:9
**narrow** 71:7 85:8,15
  117:9,20 118:18
  127:12 135:24
  136:10,15 247:19

249:25 260:6
**narrowly** 252:20,20
**nature** 10:6 26:21
  97:17 99:6 247:2
**nda** 64:10 141:20
**neal** 17:17 110:23
  137:12,13 160:3
  207:21,23 213:25
  214:3 216:13
  217:19 222:6
  226:16 227:21
  229:11 317:25
  318:22 319:9
**neal's** 19:9 222:19
**nearby** 45:25
**nearly** 313:5
**necessarily** 35:5
  77:16 79:16 233:4
  276:10 281:15
  282:5 305:25
  308:16
**need** 20:16 21:16
  35:15 112:7 146:9
  232:24 236:22
  253:16 256:9
  266:15,16 271:4,6
  280:12 281:14
  294:10 295:5 311:6
**needed** 111:11
  113:10 183:19
**negotiate** 64:14
  287:6
**negotiated** 284:12
**negotiating** 288:17
**negotiation** 64:17
  284:15 287:7
**negotiations** 63:19
  286:13
**net** 234:11
**network** 9:15,23
  10:8,9 11:7 12:3,4
  12:14 13:3 15:19
  65:23,24 301:6,8,11
  312:20

**networks** 63:5 65:25
  234:2 288:13
  289:14
**neurosciences** 21:25
**never** 75:11 106:13
  119:13 229:11
**new** 2:16 14:13
  61:15 70:11 99:21
  99:22 100:3,9 110:7
  140:3 185:6 187:21
  187:25 192:6
  226:10 227:4,18
  242:4
**newer** 143:19
**news** 118:24 119:3,3
  119:5,9,14,15,18,22
  120:2,7,8 121:3,4,7
  148:8 149:16
**newspaper** 120:9
**niche** 10:19
**nj403425** 1:25
**noble** 5:20
**nomenclature**
  178:10
**non** 64:10 67:19
  141:21 301:2
**normal** 7:2
**notary** 3:10 323:14
  324:7 325:24
**notation** 177:4
**note** 243:19
**notes** 133:8
**notice** 3:2 15:23
  16:11 246:17
**notification** 188:23
**november** 191:5,8
  192:4
**nprod** 208:7
**nuance** 27:13,20
  59:4 62:12 246:14
  280:8
**nuanced** 288:24
**nuances** 26:20
**number** 10:14 17:8
  17:16 21:5 23:15

Attorneys' Eyes Only

**[number - okay]** Page 29

25:5 26:6 42:2
56:21 59:7 110:9
136:23 137:4,9
142:24 143:6,9
145:2 152:3 163:3
170:24 172:12
174:18 176:3
181:10 191:6,12,16
202:17 207:6
213:16 217:3
225:18 231:25,25
232:5,15 234:9
238:22 239:5,19
246:23 256:2
262:20 272:23
274:22 276:20
281:22 288:20
289:4,6,8 297:22
306:17,20,20,22
307:2 310:19 311:4
313:23 315:5
320:25

**numbers** 151:23
159:25 162:17,23
167:4 176:16
179:13 184:18
191:4,6,21 192:12
207:16 211:5
266:11,25 272:24
289:15 290:11
298:2

**numerous** 18:6,15
21:19 41:23 87:23
87:25 93:19 94:14
169:19 188:11
245:16 256:17
276:8

**nursing** 29:5 30:2
48:8,15,18,20,23
49:14,15,16,18,21
50:6,8,9,14 51:3,11
51:14,17 52:3,4,13
52:20 53:7,23 54:11
54:16 56:4 73:9,14
73:18,20,24 74:4,7

101:3 126:19
193:11 194:17
195:2,7,13,22 196:9
196:16

**ny** 2:16

**o**

**o** 5:3,20
**oatmeal.com** 317:10
**object** 146:15 235:3
240:7 244:15
250:12 258:11
272:12 276:23
280:25 288:23
293:17 295:5,6
**objecting** 6:25
**objection** 31:10,13
33:6 40:10 73:6
81:17 92:25 95:11
122:25 123:10
146:23 230:2
243:20 269:9,23
272:19 292:17
295:3,16 311:7
319:11 322:6,16
**objections** 18:25
82:12 296:9
**obligation** 64:5
**obligations** 300:6,24
**obstetrics** 46:19
**obtain** 67:10 123:24
215:23
**obtained** 51:11
60:17 74:12 87:10
97:6 165:6 181:3
205:4,8,13 206:6
219:7 305:6
**obtaining** 74:12
**obvious** 256:16
**obviously** 7:13 27:8
35:24 83:18 191:5
256:23 265:25
268:9 313:2
**occasion** 97:24
177:13

**occur** 49:4 286:19
**occurred** 152:9
**occurs** 7:14 146:24
**october** 15:9 152:11
152:13,15 153:4,15
153:18,19,25
154:23 155:14,22
157:4,11,12,20
185:23 191:4,8
230:17 231:5,9
259:13 298:9,13
299:5
**offer** 69:8 72:20
119:3,5 140:2,4,5
140:13,20 263:12
263:13 310:7
**offered** 61:15 70:7
76:9 98:15 128:14
166:13
**offering** 64:23,25
68:24 76:10 77:24
79:16 98:15 104:16
214:3
**offerings** 93:20
94:14 103:10
143:18 149:18
**offers** 263:12 269:2
**offhand** 232:16
**office** 112:12,21
114:2,8,11,13,15,17
114:23,24,25
115:14,17,18,23
116:22 182:2
**officer** 11:25 12:2
13:14 44:3 238:8
248:11 272:17
275:5 286:2
**official** 181:12,20
**offline** 307:22
**offload** 237:15
**oh** 192:19 197:17
270:17 302:16
318:13
**okay** 5:22 6:9,19,24
7:4,12,21 8:7 9:22

11:3 12:9,20 13:11
14:4,8,22 15:14,17
15:21 16:21,25 17:2
17:18 18:3,13 20:21
20:22 21:4,17,18
23:4,9 24:14,23
25:6,11,14 26:4,11
26:14,19 27:4,11,17
27:25 28:6,11,22,24
29:11 30:5,17 31:8
32:3,22 34:4,17
37:11 38:5 39:7
40:8 41:11 43:14,25
44:11 45:13,20,25
46:7,10,11 49:5
50:9 51:25 52:12,16
52:24 53:21 54:20
56:19,21 58:12
59:15,25 60:14,24
61:6 62:14,19 69:3
70:10 71:6 76:11
79:8 82:14,21 83:2
83:6 88:21 95:17
97:5 98:2,12 105:5
109:2,9,12 110:14
113:19 118:3
123:19 126:14,21
129:4,16 133:14
137:11 143:21
147:22 148:24
150:9,23 151:7,12
151:16 152:6
153:15 154:4,12
156:25 157:10,19
158:18 159:22
160:17,23 162:19
162:21 165:17,20
166:11,20 167:9,12
168:13 169:18
171:17 176:23
184:20 190:22
191:23 192:13,21
194:4,24,25 195:9
197:3,13 198:8
199:12 200:7,16,19

EXHIBIT G

Attorneys' Eyes Only

**[okay - parenthetic]**                                          Page 30

200:23 201:7
202:22 204:5,17
206:2,17 207:15
208:5 211:6,10
212:4 214:8,10
216:4,18 217:8,11
218:4,7 219:23
220:22 222:18,21
222:24 223:3,21
226:9 227:15,17
229:10,12 230:12
232:23 233:11
234:24 240:19
243:12,22,25
244:10,20 246:24
248:9,14,20 249:11
249:13 250:6,24
252:10 253:18
255:15 260:23
261:7 262:12,25
264:23 265:21
266:19 267:4 274:6
278:2,7 279:25
284:6 288:19 289:3
290:17 294:20
295:4,12 297:5
298:11,15,17,19
299:7 300:21
301:16 302:11,16
302:22 303:5,11,20
304:7 306:5 307:9
307:25 308:5 312:6
312:8,23 313:14,23
314:15 317:24
318:7,12,18 319:13
319:22 320:5,13,18
321:4,9,10,15,19,25
322:8
**old**  143:19
**once**  13:17 14:2 15:7
126:9 231:17 232:7
241:24 263:15
**ones**  44:19,20 46:4
48:25 143:19
246:18

**ongoing**  72:7
**online**  33:22 34:11
35:13 60:19 79:11
79:15,18,23 80:14
80:23,23 81:10,24
168:19 171:12
179:21 180:5,18,18
180:22 181:4,12,21
181:24 182:20
186:13 202:12,23
203:10,15 204:13
206:21,25 219:10
219:11,16,17 280:3
280:7 286:14
298:18
**opea**  302:4,7
**open**  51:6
**opened**  51:7
**operations**  14:17
152:24 153:5,9,22
155:6,8,20 234:20
299:15
**opine**  38:21 272:22
**opinion**  147:16
209:3
**opportunity**  32:6
**opposed**  239:11
264:4 299:12,13
**optimization**  101:12
254:5,14 255:7
256:3 273:17
294:11 295:11,15
296:17
**optimize**  254:8
**option**  305:14
**options**  284:25
**order**  22:24 124:12
146:9 232:25
281:25 293:6
**ordinary**  160:7,8
167:21 171:21
179:17 181:18
184:24
**organically**  253:16

**organization**  9:20
10:18 67:19 155:24
155:25 157:25
**organizations**  10:17
**organized**  202:20
**orient**  262:22 301:7
**original**  21:21 99:23
**orthopedic**  10:11
226:9 227:3,18
**orthopedics**  21:25
**oscar**  48:21 50:21
74:15
**outcome**  261:22
**outcomes**  27:9
**outlined**  100:25
**outside**  43:9 115:8
117:15 121:21
122:11 123:12
139:16
**outsource**  62:23
**outsourcing**  63:7
**overall**  14:17 151:3
171:9 246:11
262:13 266:8
269:20 279:14,21
280:24 282:25
302:8 303:2
**overview**  177:16
**overweight**  260:10
**owned**  154:5 234:21
299:24
**owns**  153:8 155:8

**p**

**p**  5:3 142:12 149:3
**p.m.**  158:17 201:19
201:19 230:14,14
269:13,13 313:19
313:19 322:20
**pab**  1:4
**packages**  214:4
**page**  3:14 110:12
118:4,8,9,10,14
123:25 124:2,11,15
124:24 125:7,11,12

138:16 158:6 160:4
160:11 161:8 163:2
164:5,9 165:23
168:13 169:6
170:12,23 171:14
178:15,16,17
179:14 181:9
184:18 185:13
190:23 191:25
193:10 194:4,10
195:16 196:14
197:3,14,20 198:17
200:7,12 201:8
207:16 211:9 212:5
213:6 214:8 215:10
216:15,16 218:6,6,7
220:20 222:20,20
222:21,25 223:22
224:3 225:25 226:8
226:12,14,15,20,21
227:22 238:20,21
246:23 255:21
256:18,19 289:2
294:17,18,19
298:11,15 313:6
320:19 325:5
**pages**  110:13 122:10
163:10 176:21
180:25 200:4 202:3
212:22 213:19
226:24 227:12,16
235:25 237:6,7
257:19 310:11
311:4
**paid**  41:8 52:11
57:10 59:19 102:17
242:24 288:19
293:10
**paragraph**  170:13
170:24 172:12,22
183:13 214:10,13
**paren**  208:7
**parens**  192:6
**parenthetic**  17:17

EXHIBIT G

Attorneys' Eyes Only

**parenthetical**
137:10
**parlance**  10:15
**part**  8:9 9:20,20
65:8,17 66:17 76:9
98:14,20 112:2,6
131:21 133:6
150:22 152:12,20
153:3,5,17,22
154:13,15,21
155:10 170:17
173:10 174:9
182:14 194:9 214:5
231:17 262:20
268:19 270:25
273:22,24 274:3
277:21 281:18
284:17 296:22
299:17 320:22,23
**particular**  13:6 37:9
41:18 57:15 100:24
150:3 188:22 195:6
274:25 275:7
294:17 303:8
**particularly**  283:7
287:6
**parties**  31:4 49:8
88:25 89:8 101:3
122:24,24 123:8,12
123:16 205:5,8,11
205:14,17,21,23
206:5,7,13 223:17
223:18 231:24
235:10 236:9
237:20 238:4 272:4
272:5 286:13 287:7
288:13,16 309:13
324:16
**partner**  173:15,17
231:14
**partnered**  312:19
**partners**  15:8
152:12,21 157:22
172:22 174:4

**partnership**  25:19
237:16 302:7
**parts**  275:13
**party**  31:4 36:17
49:12 51:20 59:12
65:22 68:5 78:13
89:19 158:3,7 223:6
223:23,25 231:14
231:22 233:9
234:12,16 236:17
236:23 237:18
288:13 289:25
312:19
**passed**  173:18
**patent**  14:3,6 20:5,6
111:4,5,10,12 112:2
112:3,7,11,21 113:3
113:14,18,21,23,25
114:6,8,12,16,17,19
114:21,24,25 115:3
115:11,14,18,22
116:18,18,22
140:23 141:8,12
247:5 278:10,15
285:3 291:18,21,22
292:2 293:14 294:4
294:6,14 295:5,20
295:21 296:4,15
300:10,15
**patents**  6:12 13:25
14:2 292:19,21
**patient**  23:21,25
24:3,11,20 26:11,12
29:12 30:5 38:6,10
38:10,16,18,19,20
38:21,24 46:22
50:10 54:13 55:23
60:25 61:4,7 66:16
66:19 68:20,23
69:10 70:23 72:12
73:18 74:21 86:20
86:23 87:3,6,13
88:6 91:14,17,22,24
100:6,11,17 102:7,8
104:7,13,19 106:23

106:24 107:2,3,4,5
107:6,9,10,11,16,21
107:24 108:4,8,9,16
108:21,21,24 109:3
109:5,7,13,18
110:18,23 121:7
132:25 136:7,14,18
167:15 168:18
169:7,24 172:2,6,8
172:11,16 173:5
174:9,15 175:4
177:16,19,20,21
178:2,2,5,7,10,13
179:2,8 185:6 186:6
186:6,12 187:21,25
188:5 191:4,12
192:6 208:16
209:14 211:21,25
212:6,10,17,20
217:3,4,6 224:4,7
224:10,16,19,22,23
225:2,6,8,17,21
229:18 260:13
271:5,7,11,18
296:13 306:11,19
307:14,17,19
312:11,13
**patient's**  107:14
170:3 174:7,14
**patients**  24:2,17
66:12 67:4 68:5,16
97:7 99:17 101:5
105:6,7,24 106:4,18
108:5,10 167:18
168:6 169:13,16
170:4 174:2 195:10
225:5,13 260:15
**paul**  142:13
**pause**  97:14 150:6
151:24 201:13
**pausing**  34:25 66:13
67:12 77:14 84:14
86:9 89:12 101:21
106:7 128:13 297:2

**pay**  22:23 52:8
58:22 59:13 132:4
216:2 234:7 237:19
271:16,19 311:24
313:12
**paying**  124:7 131:19
132:8 305:14 307:5
307:6
**payments**  234:11
236:16
**pc**  2:14
**pdc**  306:10,11
308:21,24 309:8
**pending**  113:4,4
229:9
**people**  75:15 112:10
146:21 147:19
171:19 180:4 186:4
233:12 236:2
238:17 253:21
256:8 260:10
261:25 263:24
267:13 268:11
273:19 281:14,25
295:14
**percent**  146:5,5,5
147:6 150:25 152:5
236:18 239:6,6,6
245:17,18,22,23
250:3,5,10,19
251:12 253:3,3
262:11,18,19 266:5
266:22,24 268:21
269:16 270:4,7,8,9
270:10,11,20,21
272:8 283:11,17
297:4 301:24
310:23,23
**percentage**  145:7
146:3 150:9,21
239:11 240:5,14
244:24 245:3 250:7
251:8,22 252:3,12
252:14,21 258:25
259:7,10 262:8,12

EXHIBIT G

Attorneys' Eyes Only

262:15 264:2,24
265:7 266:8 268:18
268:25 269:20
296:24 299:3
314:10
**percentages** 147:3
245:11 301:21
**perfect** 35:23
**performed** 110:11
**period** 21:13 28:21
59:6 61:10 77:11
81:2 84:12 88:9
120:21 124:23
130:23 144:7 173:3
203:5 215:21
237:13 298:23
**periods** 84:8
**person** 33:5 111:22
142:15,16 174:21
226:16
**personal** 147:16
168:7 218:16
221:22 253:12
**personnel** 313:2
**perspective** 120:6
**pes** 210:9
**pharma** 233:9,13,18
233:23 236:13
237:24 288:8
**pharmaceutical**
156:3
**pharmacies** 243:2
**phase** 178:12,12
179:21
**philip** 19:21
**philosophy** 84:4,15
84:18 218:9
**phone** 2:5,11,16
59:7 306:20
**physician** 10:10,11
13:4 30:19,23,25
32:20 33:22 34:10
35:13 40:17,21 41:3
41:16,19 57:6,7,9
57:11,14,16,24 58:3

58:11,12,20,21 59:8
59:10,14,18 60:17
60:19 61:8 76:4,6,7
76:8,11,13,17,22,22
77:2,7,15,16,23
78:4,7,10,18,25
79:11,15,18,22
80:14,23 81:10,24
86:19,23 87:4 88:24
89:18 90:11,20,22
90:25 91:3,6,7,9,14
92:13,20 93:7,11
94:19,25 95:8,22,25
96:3 99:21,22 100:3
100:9 102:4,16,21
103:8,17 116:20
120:3 123:23 124:5
132:9 135:4,5,15,15
144:22 148:18,19
148:22 159:2,3,7,16
159:21 160:12,14
160:20,24 161:15
161:19 162:3,4
163:13,16,19
164:12,17,24 165:7
168:2 179:21 180:4
180:18,22 181:4,12
181:21,24 182:3,16
182:20,22,23 184:9
184:10 196:25
198:5,21,25 199:14
200:6,10 201:21,24
202:6,10,12,23
203:9,10,15 204:2
204:13 206:20,25
215:23,25 217:8
219:11,16,17
226:13 227:3,18
239:13,17,22 240:4
240:11,17,23
241:15 242:15
246:2,7,10 247:14
247:21 249:19
251:6 254:7,9,16
259:2 261:8 262:13

262:16,21 263:3
264:16,17,20,25
265:8,9,19 266:7
267:4 268:2,5,10,12
268:14,22 269:15
270:10 271:12,20
271:22,24 276:5,6
276:11 277:21
279:12 281:23
282:2,23 284:17
290:18 304:17
306:18 315:15,23
316:14,21
**physician's** 197:15
**physicians** 10:24
27:6 29:7 31:23
34:14,22 80:21
81:24 84:11 107:15
107:22 108:6,11
118:14 126:19
131:25 132:4,10,12
133:5 136:19
144:21 145:25
166:4,6 168:7
175:20 180:9 181:4
181:7,25 183:3,14
183:17,23 184:5
197:19,25 198:7,10
198:12,18 199:16
199:19 200:3,9,13
201:9 202:24
203:16 211:24
212:7,18 219:10
222:17 236:4
240:18 241:19
242:12,22 243:3,11
244:3 251:3,10,18
251:21 252:6
253:13 256:6,9,22
260:18 274:7,17
280:3,7 281:12,15
304:13 305:8,13,14
305:22,25 306:2
**pick** 158:15

**picture** 15:3 215:12
275:13
**piece** 241:13 270:23
271:9
**pieces** 165:2
**pilot** 135:10 207:24
208:16 209:6,14
210:5 221:13,19
**place** 68:10 171:11
230:10,11 240:2
274:16 284:14
300:19 307:18
324:11
**placed** 158:19
168:18 169:12
171:12 232:9
**placement** 101:18
222:10,15 228:10
255:18 257:24
**placements** 232:13
232:15 256:20,21
**places** 166:12
**plaintiff** 1:13 2:7,13
154:14,19
**plan** 63:6 66:2
176:24 177:2
309:19 321:5
**plans** 28:23 29:8,18
29:19 42:14,18,21
44:21 47:12,15
65:19,23 66:5 76:10
76:14 98:16 177:9
177:12 309:25
**player** 144:22
145:24 239:14,18
267:20
**plays** 239:15
**plaza** 2:15
**please** 6:8 7:6 10:8
21:10 95:5 134:15
136:5 143:12 164:8
167:14 168:13
171:15 176:17
178:15 179:12
191:2 214:7 215:9

EXHIBIT G

Attorneys' Eyes Only

**[please - previously]**                                                                 Page 33

219:22 235:5 240:9
246:17 253:17
278:18,22 289:20
290:23 294:15
295:17 298:6 300:4
300:20 310:17
315:5 320:2,10
321:9,14
**plural**  171:25
**po**  36:3,4
**point**  11:19 32:19
35:2 41:17 44:25
56:18,23 57:3,4,15
60:6,10 61:6,10,14
67:6 74:25 75:5
80:11,20 83:13
99:24,25 100:3,8,11
103:6 104:12 105:3
111:22 131:21
132:13 133:7,9,12
135:13 136:2 171:4
173:16 198:11
203:22 209:10
222:14 231:17
235:9,14 243:24
244:11 254:3
256:16,16 257:17
257:19 263:15
273:16,18 274:21
276:9 281:3 286:6
286:10,11 287:20
287:22 304:7,8,13
304:19,22 305:3,15
305:16,25 306:13
306:16 307:4 308:8
308:21,24 309:8
311:21,23 312:2
313:5
**pointing**  212:3
**points**  166:13 172:9
172:11
**policies**  106:9
169:21 291:17,19
291:20

**policy**  168:10
**pollinate**  268:11
**ponder**  158:13
**poor**  149:7
**poorly**  146:18
**populate**  166:8
182:16
**populated**  99:11
204:21
**population**  23:21
49:4 259:25 260:6
**portal**  34:10,15
**portals**  34:9 63:8
**portfolio**  152:21
157:22
**portion**  238:12,13
252:9 280:15 305:5
308:14 310:24
**portions**  275:23
**pos**  34:16,21 35:4
36:5 80:18 203:14
219:16
**position**  8:12 9:6,22
11:7,10 142:6
290:25
**positioning**  133:4
**positions**  215:16
**positive**  255:24
**possibilities**  69:7
**possibility**  55:23
69:9 110:23 119:8
141:23 170:8 292:2
**possible**  55:25 60:22
60:25 83:19 97:18
170:10 184:3
206:24 248:16
277:20 283:24
**possibly**  60:19 76:24
267:17
**post**  33:16,17,18
235:8
**postcards**  260:7,9
**posted**  203:7,21
**potential**  68:5
141:19 214:17

259:15 269:19
**potentially**  76:19
**power**  170:15,21
293:4
**powerful**  233:22
**powerpoint**  221:4
222:2 226:22
227:22
**pqr**  30:22 31:16
32:13,15,17 37:21
38:6,25 39:10 40:9
40:11,16 41:3,7,9
41:12,15 42:22
44:14 48:4,7 53:10
55:18 60:8 72:10
**pqrs**  32:7 36:15
37:15 41:21 42:4,8
42:25 53:8
**practice**  10:11 11:2
13:4 85:18 304:17
306:18
**practices**  10:10,23
57:6 132:9
**pre**  16:5
**predecessor**  9:16
12:20
**predetermined**
123:25 124:11,15
**predicate**  223:8
226:4
**predictions**  186:17
**predominantly**
265:18 268:4,5
**preliminary**  226:13
**premium**  102:12,14
102:17,18,20
215:14,18,19 216:3
216:16 217:6 218:5
222:10,15 228:10
277:12
**premiums**  30:3
**preparation**  18:2,23
19:14 20:9 41:21
45:10,23 87:19
93:14 94:5,10 177:9

213:21 229:14
294:3
**prepare**  17:11,21
42:2 70:5 88:2
93:21 188:4 322:10
322:14
**prepared**  16:22 41:8
80:14 160:8 167:21
171:21 179:17
181:17 188:12,22
189:10,12 191:17
246:25
**preparing**  188:9,16
**presbyterian**  96:22
**prescribed**  76:15
**presence**  260:22,24
279:20 304:19
305:2 307:2,25
308:7 309:15 310:4
**present**  139:18
**presentation**  214:15
214:16,23 216:11
221:5 222:3 226:17
**presented**  263:17
**preserve**  243:21
**president**  11:16,20
11:25 13:14,16
14:10,22 15:5 43:18
43:21 44:2 174:25
193:7
**pressure**  285:19
**pretty**  7:2 16:8
106:8 117:11 122:6
189:12 221:23
270:22 309:21
**previous**  134:11
190:7 324:8
**previously**  4:9 13:19
54:25 57:9 82:25
136:13 145:22
176:13,15 186:4
212:19 220:8
222:12 226:5 233:8
252:17 280:15
295:9 299:14 302:6

EXHIBIT G

Attorneys' Eyes Only

308:4,9
**price**  288:16 289:10
**prices**  283:19 284:8
  286:3 287:2,15
  288:3,3
**pricing**  214:3
  285:20 286:12
**primary**  243:7,15
  245:8
**principal**  240:2,21
  240:22,25 241:3
  257:5
**principally**  113:8
  144:20 233:24
  239:16 251:20
  276:4 288:8,9,12
  301:20
**prior**  16:8 20:12
  21:7,12 38:17 81:20
  87:17 88:20,22
  91:19 93:17 94:2
  95:2,7 100:14 101:5
  102:11,22 103:3
  104:9 117:12
  121:10,18,25
  122:22 136:24
  139:4 152:21
  157:20 188:14
  230:11 231:4,9
  260:21 268:7
  288:11
**privacy**  106:9
  168:10 169:21
**private**  15:7 283:7
  297:10
**privilege**  18:8,12
  45:15,18 279:9
**privileged**  139:8
**privy**  149:24
**pro**  151:23 266:2
**probably**  10:19 15:6
  65:24 133:12
  146:18 245:15
  246:18 256:15
  266:22,23 276:9

313:5 316:4 320:17
**problem**  22:10
  35:11 205:22
**procedure**  3:3 23:7
  24:10 128:9
**procedures**  6:2
**proceedings**  322:20
**process**  14:3 80:3
  175:5,11 182:17
**produced**  20:3
  69:14
**product**  18:8,12
  21:6 22:16 27:5,20
  28:3,5,10 29:3
  41:10,10 42:14,17
  42:21 45:15 46:20
  55:2 56:17 57:4
  58:2,4 60:6 61:19
  65:6 75:5,9,11
  77:18,19,24 93:20
  94:14,20,24 95:3,7
  97:3 99:23 104:14
  109:8 143:17
  149:22 150:3
  189:23 282:25
  303:8 304:9 311:23
  314:15,16
**production**  3:17
  208:6,10,17 209:15
  210:5,15,21 220:5
  221:14,15
**products**  20:12,18
  20:23 21:11,19,19
  21:22 22:7 26:16,22
  28:8,17,22,25 29:20
  29:25 30:12 35:13
  35:15 44:12,14,16
  44:18,22 46:8,16
  47:7,18 53:13,22,25
  54:3 56:16,19,20,22
  61:15,16,17 64:25
  69:24 70:6 75:6,7
  77:15,22 78:16
  91:19 93:15,24,25
  95:14,14 104:12

113:5,21 119:8,13
  137:2 142:22
  143:15,16,19,20,22
  143:23,24 144:2,3
  148:2 149:25
  150:16,17 156:2,17
  158:3 171:25 172:5
  188:13 189:9,10,15
  189:16,24 231:18
  231:20 233:16,20
  247:4 263:11,14
  272:21 283:19
  290:19 303:13
  309:8 311:24
**profession**  85:13
  218:22
**professional**  3:9
  29:22,23 30:8,10
  44:21 47:17 55:13
  72:6 85:24 86:2
  165:23 166:3,6
  219:2 313:6,8 324:6
**professionals**  233:7
**profile**  57:7,17,19
  57:23 58:2,10,13,15
  58:24 59:9,16 83:10
  182:9,12 228:5
**profiles**  58:6,7,9,19
  83:11 182:3 183:6
  183:19 210:5
  228:10 275:13,14
  306:3
**profit**  67:19 282:22
  282:24 283:6,7,13
  310:22
**program**  22:14
  131:22 133:7
  214:18 222:14
  237:3,11
**programmatic**
  231:11 232:19
  263:7,9,22 264:3,6
  264:8,9,14 265:16
**programs**  21:22
  22:9 25:14 30:3

83:17 149:10,21
  150:5,11,21 152:4
  231:13 234:3
  235:17 236:12
  260:2 261:10
  262:18 267:17,18
  267:24 270:7 271:3
  302:15 303:23
  307:15,23 309:6
**progress**  179:21
**project**  174:11
  176:24 177:2,5,8,11
  177:15,16 180:13
  207:25 209:6,10
  221:13,19 321:4
**promote**  290:19
**promoted**  9:7
**promotion**  11:20
**prompted**  70:12
**pronounce**  318:25
**properties**  158:4
  231:16 232:5,6,9
  235:13 242:10,14
  244:23 245:14,16
  249:7 254:7 255:23
  268:3,6,16 277:25
  293:7 301:15,16
**property**  157:25
  235:23 292:6,8,11
  306:3 316:20 317:7
**propose**  142:25
**proposed**  143:6,8
  210:20
**proposing**  69:23
  192:25
**proposition**  25:24
**prosecution**  111:17
  113:14,18 114:6
  115:11 116:18
**prototype**  135:10
**prove**  42:12
**proven**  233:6
**provide**  21:20 22:19
  32:13 44:22 62:25
  68:15 100:24 105:8

EXHIBIT G

Attorneys' Eyes Only

106:19 120:23
123:11 124:25
193:9 203:16
233:18 277:5,20
**provided**   24:20
26:11,12 29:12 30:6
31:3 38:6,10,11,16
38:18,19 46:22
50:10 54:13 66:11
68:16,19,20 77:8,17
78:3,19,22 81:11
82:16,22 83:7,10,15
84:5 86:15,20,23
87:3,13 88:6 91:15
91:17 92:3 94:3
97:11 99:7,17 101:5
103:3 104:7 119:13
121:8 123:12
136:18 182:22
184:9 195:10,12
203:17 218:11
220:24 224:22
225:2,4 267:2
276:11 277:9
**provider**   13:10
22:22 31:20 32:6
33:4 78:20 79:3,4
81:11,12 83:15,22
84:5,23 86:15 92:3
99:8 100:6,11,24
102:7,8 104:20
105:15 119:4 125:2
125:9 131:24
203:25 206:21
224:23 296:12
**providers**   21:7,12
21:21 31:17,19
33:10 34:5 36:6
40:22 63:4 77:8
79:25 80:9,9 82:16
82:22 84:21 85:3,12
94:3 97:13 105:9
106:20 118:5,13
126:16,20,23 127:4
129:17,21,25

130:12,17 131:9,17
131:23 157:4
163:18 166:22
195:13,18 196:4,12
229:24 269:3
**provides**   197:18
215:15 277:24
**providing**   13:5 21:6
21:11 29:3,5 63:12
63:19 69:9 76:13
119:8 120:11 180:7
196:3 200:2 235:9
291:8 309:24
**prqr**   91:21,24 92:2
92:7,11
**psea**   302:4
**pspa**   302:7
**psychiatrist**   204:10
204:11
**psychiatry**   198:11
198:14,16
**public**   3:10 9:19,21
15:10,13 35:5,9,17
36:5 48:15 80:20
104:20 105:14
135:22 138:2
160:25 161:11,16
163:12 164:17,22
194:12 323:14
324:7 325:24
**publications**   86:4
219:4
**publicly**   66:22,24
71:3
**publish**   169:23
**published**   170:9
173:3 219:20
**publishers**   234:12
304:2,3,4 309:11
**publishes**   149:15
**pull**   246:16
**purchase**   30:19
58:11 67:25 75:16
96:11 131:5 140:3
140:10,12,14

141:15 154:2,7
156:19 192:25
197:8 232:25
**purchased**   83:13
125:18 126:10
141:4 186:4 196:23
233:14
**purchasers**   185:24
**purchasing**   10:25
141:23
**pure**   263:23
**purport**   287:4
**purpose**   197:24
203:15
**purposes**   153:6,23
154:7,8
**pursuant**   3:2
**put**   22:5,20 27:13
48:21 50:17 84:16
105:15,23 159:22
162:16 167:17
182:11 185:5
204:12 236:22
248:8 291:8
**putting**   104:19,24
105:5 237:20

**q**

**qa**   28:3 46:25 55:3
62:4
**qai**   27:2,18 28:5
46:25 55:3 62:4
267:18 303:14
**qra**   27:19,20 28:4
46:25 55:3 62:4
**qrs**   29:2,11 47:11
55:9,10 56:12 62:8
62:16,20 63:12 64:3
65:2 66:7 69:8,16
69:24 70:12,13,14
70:22 71:4,12,17,20
71:24 76:9,15 77:5
98:15,21 176:10
309:23

**qrss**   68:19
**qualification**   17:19
**quality**   22:15 25:19
26:25 27:2,15 28:3
29:2 30:23,25 41:3
48:8 49:16,16,19,21
50:5,8,9 52:13 53:7
53:24 56:4 57:10,14
57:24 58:3,11,12,20
58:22 59:10,14,18
60:17 61:8 70:22
72:20 73:10,15,21
73:25 74:4 76:4,6,7
76:8,11,17,22,22
77:2,7,15,23 78:4,8
78:11,19,25 86:20
86:23 87:4 88:24
89:18 90:11,20,22
90:25 91:3,6,7,10
91:14 96:7,9,10,23
96:24 97:6,12 98:2
98:9,12,20 99:2,11
102:16,21 103:9,12
116:20 123:23
124:5 134:12 135:4
135:5,15,15 148:10
160:12,15,20,24
161:15,20 162:3,4
163:4,13,16,19
193:11 194:18,23
195:2 196:25 198:5
200:13 201:21,25
202:7 203:9 207:13
227:24 255:5
261:13,16,18,20
262:6,9,19 267:23
270:7 302:5,7,20,24
303:2,14,19,24
**quantify**   146:2,7,9
269:5,8 272:15
276:16 285:23
286:17 291:12
296:19,21
**quarter**   298:24

EXHIBIT G

Attorneys' Eyes Only

**[question - reason]**                                                                    Page 36

**question** 6:7 17:23
20:25 21:14,15
31:14 37:20 43:20
58:5,17 61:21 62:13
63:24 64:9 72:22
81:4,5 82:19,25
87:21 94:11 95:5
98:17 108:3 113:13
113:17 118:7
121:21,23 123:8
124:4 125:5 129:23
134:15,22 139:9
146:18 147:13
150:13 151:5
154:22 156:22,23
158:11 166:5
188:22 189:3,7
190:13,15,16 195:6
197:23 204:6
213:10 225:2,3
229:9 235:22 239:9
240:10 247:16
248:7 250:22
253:10 262:24
264:16 265:5,6,11
273:2 274:14,21
275:3,21 278:20,21
279:5,5 283:3 284:9
285:8 287:9 288:7
288:18 295:17
300:17 311:8,11,13
315:16
**questionnaire**
167:16 263:18,20
263:21
**questionnaires**
66:21 67:20,21
**questions** 6:3 33:3
38:23 42:3 70:11
77:10 94:15 111:23
113:9,22 172:13,16
172:20 175:24,25
188:13 189:11
194:19 214:7
229:16 248:5

282:11 314:4
317:16,19,21 318:8
319:9
**quick** 17:15 132:19
180:13 194:16,18
269:11 317:21
320:8
**quickly** 81:10
159:18 166:24
184:2 200:18 204:6
**quite** 35:5,11 300:17
**quote** 259:5

**r**

**r** 5:3
**raise** 157:24 283:19
**raised** 284:8 287:2
**raising** 8:21
**range** 272:23 289:23
290:3,15
**ranges** 289:16,19
**rate** 21:23 24:17
25:10 40:6 46:18
48:23 108:10
224:15 283:10
284:12 293:15
**rated** 26:3 27:23
96:18 103:14 201:5
**ratemds** 243:17
244:5
**rates** 103:8 262:3
283:25 284:11
286:14 287:5,5,11
287:14 288:17
**rating** 22:19 27:7,16
50:20,23 87:13 88:6
106:20 149:17
195:23
**ratings** 13:5,6,10
22:3 23:5,14 24:21
25:2,3 26:11 27:12
29:2,4,6 30:2 38:20
39:19,21 40:3,6,9
40:12,21 41:13,21
42:5,8,22 43:2

50:14,16 51:16
55:14,23 60:25 61:4
61:7 65:13 66:16,20
66:21,22,25 67:4
68:10,15,20,23
69:10 70:22,23 71:3
71:16,20 72:6,12,16
72:20,23,24 74:6,9
74:11,21 87:6,10
88:15,16 91:16,21
91:22,24 92:24
96:13 97:6 98:5,6
99:5,12 100:25
101:4 104:13,16,19
105:8,15 110:18,23
117:5,8,16,24 118:5
118:12 128:15
136:7,14 138:23,25
163:4,8,9,12,18,22
163:24 175:4,14,18
195:20 196:3,9,17
200:13,21 207:5,6,9
207:14 224:7,11,16
224:22,23 225:4,7,8
225:21,22,23,24
226:2,7,8 229:24
230:6 258:8,9
267:14 269:3 273:4
273:14 275:15
276:22 291:7
293:23 296:13
303:3 307:21
**reach** 259:25 291:3
**read** 19:9,11 20:7
41:23,25 42:17
52:22 114:11,15,25
116:13,16 159:17
165:14 169:10
170:17,20 171:17
172:10,10 175:7
176:5,6,21 178:20
179:24 180:15
181:22 185:8,17
191:3 208:19,23
210:17,18 212:8

214:5,6,8,19,20
216:10 217:18
220:8 222:18 294:4
295:14 298:17,17
323:3
**reading** 165:13
200:17 208:3
213:19 295:18,20
301:6
**readings** 195:17
**reads** 165:14 180:11
**ready** 80:17 81:6
137:16 138:3
242:25
**real** 17:15 53:10
159:18 166:23
320:8
**realize** 291:10
**really** 9:14,18,19
11:2,19 19:3 26:16
27:14 41:9 48:13
55:2 56:11 57:5
65:10 66:23 75:10
75:11,15 98:4
104:14 114:14
123:7 145:12,21
147:15 153:6
161:10 170:20
171:8 182:9 200:17
209:3 211:16 242:7
243:14 244:18
261:2 272:14
280:20 281:3,7,11
282:25 286:10
287:15,16 288:15
288:17 291:15
302:5 303:16
**realtime** 3:9
**reason** 34:25 35:10
66:13 67:12 77:14
84:14 105:19 106:7
114:19 160:6
161:23 162:2
163:11 185:19
193:19 195:2

EXHIBIT G

Attorneys' Eyes Only

197:10 203:24
208:25 209:12,17
209:19 217:22
227:8 228:7,13,25
252:21 304:18
306:25 309:14
310:3 325:5
**reasons**  8:25 9:17
68:7 277:19 278:2
**recall**  28:11 29:13
30:10 32:9,10,24
33:20 34:16,18
36:10 37:9,14 38:3
38:14 44:16,25
47:10 49:25 50:5,25
51:8,9,15 52:8,15
56:14,15 57:21,22
60:8 61:4,16 63:16
64:18,21 66:7,9,15
67:23,24 68:21
69:11 70:4 71:15
73:7,12,12,14,16,20
73:22,24 74:2,3,19
75:3 76:18,19 80:18
81:21 83:20,25
84:16,18,20,25 85:7
85:14 86:10,11
88:20,21,23 90:7
95:18 96:8 98:6
101:22 104:12,16
104:22 105:11
106:16 108:18
111:2 113:2,7,20
115:7,15,19,20,25
116:19 117:7
119:11,16,18,19,21
120:22,25 123:2
126:25 127:11
129:10 133:17
134:18 138:10,21
138:22 140:15,17
141:2,5,10,13 173:7
177:19 191:19
202:6,12 208:4
209:7 213:4,20,23

215:19 230:9
242:23 243:3 288:5
293:12 322:11
**recalling**  246:13
**receive**  51:14 110:4
125:18 144:23
238:5 239:16
253:19 267:23
297:20 319:14
320:17
**received**  50:20
66:11 79:3 92:4
132:12 166:9,14,17
166:21 185:2 309:4
321:5
**receives**  144:19
**receiving**  65:20,22
238:3
**recess**  53:20 75:25
116:10 132:22
158:16 201:19
230:14 269:13
313:19
**recipient**  318:17
319:3,10,14,19
320:3,15 321:2,11
321:17
**recognize**  211:11
215:10
**recognized**  147:14
**recollection**  14:7
40:16,18 41:15,18
45:8 64:15 67:7
68:18 70:13,18
74:18,19 81:19 84:8
87:16 90:24 104:8
106:25 107:2
108:14 119:25
120:16 134:6
140:11 152:7
160:14 166:7,15
173:14 176:13
177:23 178:3 181:2
187:7,12 190:20
209:11 212:24

221:22 222:13,14
315:20 316:15
**recommend**  38:22
**record**  5:17,24
137:14 176:19
230:13 311:10
314:21,22,24 320:7
320:9 323:5
**recruited**  9:14
**reduce**  288:3 305:11
306:6
**reduced**  304:19
305:2 307:2 324:12
**reducing**  309:15
**refer**  20:25 114:23
197:20 211:17
221:9 227:16 241:4
287:23 294:9
300:20 302:4
**reference**  4:4
211:24 241:7
**referencing**  197:3
314:3
**referred**  28:19
30:16 187:21
212:16 289:22
**referring**  66:23
114:24 125:11
149:9 159:20 173:6
174:20 179:5
187:19 216:13,14
217:19 221:5 222:2
222:19 227:4,13,19
228:16 236:25
284:5 313:22 314:4
**refers**  170:13
183:13 192:8 209:6
217:3 220:17 300:3
314:9
**reflected**  299:9
**refresh**  28:21 49:19
159:6,12 160:14,19
168:17 178:6
180:17 192:24

**refreshes**  164:12
**regard**  144:8 178:13
189:14 282:22
**regarding**  30:3 68:4
157:16 181:12
187:25 188:13
212:20 294:10
**regardless**  53:3
**regional**  164:6
**registered**  3:8 324:6
**regular**  315:7
**reimbursed**  303:20
303:25
**reject**  114:18
**rejected**  114:21
**relate**  198:10 211:17
296:8
**related**  6:11,14 13:9
70:9 107:3,19
129:21 134:10
138:23,25 144:11
150:17 172:2,6
237:6 263:3 271:12
276:4 278:19 289:4
302:25 313:12
324:15
**relates**  107:11
148:15 222:13
241:14 244:18
257:18 261:12
309:23
**relation**  107:4 248:4
**relations**  15:12
80:20 107:6
**relationship**  62:18
65:17 80:20 133:22
134:2,17 135:9
183:14 293:4
**relationships**
234:16 236:24
288:15
**relative**  244:13
**relatively**  73:11
280:16

EXHIBIT G

Attorneys' Eyes Only

**release**  169:24
**relevant**  287:15
**reliability**  147:15,17
  147:21
**reliable**  147:12
**rely**  254:3
**remaining**  166:23
**remark**  162:16
**remember**  19:3 46:3
  46:6 49:18,21 51:10
  64:16 71:13 85:2
  104:11 110:21
  113:11,13 115:21
  121:2 135:4 141:3
  174:12 178:4 187:7
  190:20 191:18
  192:19 202:2
  212:22 222:23
  237:11 286:23
  293:2
**remembered**  177:21
**remind**  10:7
**remnants**  289:14,22
  312:16
**removed**  208:7
  273:13
**repeat**  94:13 95:5
  130:14 229:21
  278:11 316:2
**rephrase**  108:3
  121:23 136:5
  146:17 156:24,25
  161:25 212:23
  225:2 282:10
**replace**  170:24
**report**  4:7 27:22
  30:23,25 39:10,16
  40:16,17,20,21 41:8
  41:9,18 48:20 49:16
  49:17,19 50:9 52:3
  52:3,8,9,17,21 53:7
  53:24 54:10,11,16
  56:9 57:10,14,24
  58:3,11,12,22,22
  59:11,14,18 73:15

73:21,25 74:4,17
75:17 76:7,17,23
79:20 86:16 87:15
88:7,17 90:12,20,23
90:25 91:3,7,7,10
91:14 92:14,20 93:7
93:11 94:20,25 95:9
95:10,22 96:3,7,9
96:10,10,21,24,24
97:6 98:2 100:25
101:4 104:6 117:5
117:16 123:23
124:23 125:17,18
125:19 126:10
131:4,5 135:4,10,11
135:22 136:6
137:16,22 138:2,16
148:9 159:3,4,7
160:12 161:6,9
162:3,10 163:10,19
164:9 166:2,20
179:2 185:24 192:5
193:12,15,20
194:18,23 196:25
197:2,6,13,24 198:5
199:9 201:12 203:9
203:12 204:2,6,21
207:8 208:17
209:14 212:6,7,16
215:14,18,19 216:3
216:3,16 217:6,12
217:13 218:5
225:25 277:12
284:11 298:8,10,13
313:22
**reported**  50:19
  199:11
**reporter**  3:8,9,9
  137:3 297:24
  310:14 324:6
**reporter's**  324:3
**reporting**  74:15
  152:25 153:6 154:6
  244:19 250:4

**reports**  18:6 30:16
  30:17,20 41:3 45:5
  45:10,22 48:6,8,9
  48:16,20,22 49:15
  49:20,22 50:6,8
  52:13 53:2 54:11
  56:4 58:20 60:17
  61:8 73:10 74:10
  80:3,15 81:12 82:3
  82:17,23 83:6 84:23
  85:5,13 92:4 97:12
  97:19 100:14,20,23
  101:2 102:5,12,14
  102:16,18,20,22,25
  103:2,7 104:4,20
  112:21 113:14
  116:21 117:2,8,24
  119:4 121:10,17,18
  122:2,23 123:5,16
  123:22,23,25 124:5
  124:6,9,20 133:4
  134:20 135:3,6,7,15
  149:16 156:19
  158:20 160:15,15
  160:20,23,24
  161:15,20 162:4,11
  163:13,16 164:13
  164:17,21,25 165:7
  166:13 179:4
  182:23 184:10
  186:4 191:16
  192:22 193:2,25
  194:17 195:3,8
  196:8,9,23 197:7
  201:22,25 202:6,7
  203:17 210:5
  227:24 228:5,16,18
  228:22 229:4
  244:22 245:7,7,25
  246:6,9,12,13,15
  276:22,25 277:2,5,6
  278:5 296:14
  319:17
**repping**  312:21

**represent**  161:11
**representative**  1:7
**request**  3:17 52:7
  69:15 124:23
  125:17 189:17
  293:16
**requested**  111:16
  189:24
**requesting**  51:18
**require**  279:6
**research**  35:22
  90:20,22 91:3,6,9
  91:14 92:13,20
  159:3,7
**reserve**  169:21
**residency**  37:11,16
  90:4 165:10 199:3
  205:15 223:12
**resource**  63:4
**resources**  13:20
**respect**  6:20 107:14
  113:22 142:21
  145:24 148:5,7
  156:16 188:12
  209:9 224:19 240:3
  277:23 295:9 316:7
**respects**  230:25
**respond**  181:5,7
  229:7 259:4
**response**  114:20
  180:13 286:5 287:3
**responses**  67:22,24
  114:12 115:17,22
  169:9
**responsibilities**
  11:18 13:15,23 14:9
  14:12 15:3,4,11
**responsibility**  10:2
  13:18,20,21 112:5
**responsible**  10:4
  14:18 15:12 16:22
  17:7 111:25
**rest**  20:10 165:15
  201:11

Attorneys' Eyes Only

**[restate - robust]**                                                    Page 39

**restate**   91:16 121:14
125:5 187:24 190:7
190:19 236:11
239:12 251:15
259:8 274:21 277:8
295:9,17
**restating**   247:23
294:10
**restrictions**   63:22
105:25
**result**   170:8 211:18
256:18 324:18
**results**   67:10 108:16
109:21,23,25 110:4
110:8,13,15,17,17
110:24 129:12,16
130:2,12,16 131:2
132:2 133:4 140:5
151:24 152:24
169:9,15,15,23
170:3 171:5 178:16
178:19 179:9 185:7
185:15,20 186:7,13
186:19 187:2,22
188:2,5,18 189:4,14
189:19 190:4,8
210:8 211:12,12,21
212:21 214:16,21
215:4 216:11,13
217:19 222:16
224:4 225:15,18
226:13,17,21,24
227:16 229:18
255:9 256:11,14,20
257:5 258:10
273:20 274:17
276:13 299:15
304:14
**retired**   44:10
**reuters**   149:15
**revealed**   175:9
**revenue**   45:5,6,9,22
48:12,13 50:4 53:3
142:22 144:3
150:10,22 151:3,8

151:13 152:4
189:10 232:17,22
232:25 233:5 234:6
234:22 236:18
237:23 247:3,12
250:9 262:9,13
263:4,6,7,10 264:3
264:24 265:7,15,23
266:9,21 267:9,16
267:17,22 268:15
268:23,25 269:16
269:21 270:6,15
271:10,14 272:2
273:7,12 274:25
275:6,23 282:22
284:3 289:6 298:21
298:25 300:2 301:5
301:8,9,21 302:9
304:4,20 305:2,5,11
305:20 307:2 308:2
308:15 309:15
**revenues**   143:22,24
144:14 157:16
272:18 302:11
308:13
**review**   20:5,6,11
32:20 41:17 80:7,10
93:20 94:14 96:16
198:6 203:20
214:15
**reviewed**   18:5,10,15
18:22 87:23,25
115:21 188:11
189:24 227:24
228:5,18
**reviewing**   116:3
207:12
**reviews**   73:18
**revolutionhealth**
242:17,19,21
**right**   6:2 7:16 14:21
17:18 19:22 21:9
25:11,17 28:13
31:21 36:9,18,23
39:12 40:22 43:5,18

44:11,24 46:4 49:23
50:7 51:21 52:4
53:10 55:22 60:5,8
60:20 61:2 64:8
65:2 72:12 79:17
80:4 81:2,22 87:9
90:13 93:22 101:12
105:2,9 106:14
109:15 116:15
122:9,14 124:2,12
124:20 125:3,9,15
125:22 126:3,7,16
129:18 130:21
131:4,5 132:5
133:10,11 135:5
137:11 138:17
141:12 145:18
149:2 150:20
151:21 152:3
153:12 154:20,23
156:6,20 157:8
158:9 159:14 160:8
162:25 163:4 164:2
164:6 167:22 168:8
169:16,21 170:4,9
176:5 178:18 180:5
181:9,18 185:8
186:7,19 187:11
190:10,11,17
192:18 195:9,18,25
196:10,12 197:15
197:19 198:2,11,15
198:15,19,24
199:17,21,23
200:14,25 202:14
202:25 203:8,11,18
204:8,10,14,19
205:23 206:18
207:5,10,21 208:10
208:18,25 209:20
210:22 211:22
212:5 213:13
214:23 215:3,5,17
215:18 216:5,9
217:3,4 218:15,16

218:24 219:12,25
220:6,13,25 221:10
221:14,16,21,24
223:6,11,18 224:7
224:11,16,16
225:13,15,20 226:3
227:5,24 228:4,5
229:13 230:15,22
235:21 236:8
237:21 238:23
239:11,24 241:18
241:19 242:4,22
246:10 247:9,22
249:23 250:11,16
251:3 252:6 254:12
256:25 257:10,15
258:20 259:24
260:19 262:17
265:14 266:12
267:5 270:5,19,25
274:8,13,13,19
277:6,7,10 281:10
281:13,16,20 284:2
284:4,19,24 285:3,6
285:17,20 287:19
287:24 288:21
289:4,18 297:12,13
298:25 299:17,18
299:21 300:2,10,18
302:2,17 303:17
305:12,13,16 306:9
306:10 307:7
308:13,17 309:5
310:11 314:19
315:11 317:13
319:6,24
**rightdiagnosis.com**
301:18
**rights**   291:18,21,23
292:3
**rise**   276:12 281:5
**risk**   13:21 24:10,19
260:10,16
**robust**   106:8

EXHIBIT G

Attorneys' Eyes Only

**rockefeller**  2:15
**rocky**  118:24 119:2
  119:3,5,9,14,15,17
  119:21,25 120:7,8
  121:3,4,7
**role**  15:9
**rolled**  152:14
**rolling**  10:10
**rollup**  10:11,12,13
  10:15 25:20
**rothgerber**  2:9
**rothgerber.com**
  2:12
**rothman**  213:25
  214:4 226:16
**rough**  180:7 185:5
  232:12
**roughly**  151:15
  172:13 250:5
  258:24 264:7
  265:16 268:21
  291:13 297:3
**rounding**  210:8
**royalty**  293:15
**rpr**  324:23
**rules**  3:2
**run**  244:23 245:7,25
  246:3
**rx**  317:3
**rxlist.com**  317:2

                s

**s**  3:17 5:3 325:5
**safety**  100:17
**sake**  285:7
**salaries**  312:5,7,8
**sales**  30:14 155:25
  193:8 233:7,18
  290:5,19 302:4,23
  302:24 303:12
  306:10 312:12,13
  322:2
**sample**  161:9
  178:18 192:22
  193:25 197:7

**sanction**  31:5 59:12
  215:25
**santa**  7:10
**sat**  172:9
**satisfaction**  106:24
  107:2,6,9,10,16,21
  107:24 108:5,6,21
  108:24 109:5,8
  172:2,6,11,16 174:9
  174:15 175:4
  177:16,21 178:2,7
  178:13 179:2,8
**satisfied**  107:11,12
  129:18
**save**  137:6
**saw**  45:13 181:17
  185:11 191:25
  202:14 221:12
**saying**  41:14 78:6
  157:16 186:3
  190:21 233:4
  238:16 248:5
  251:13 255:13
  273:12 286:11
  294:5,22 298:22
**says**  80:21 158:22
  159:3 161:8 167:24
  169:6 171:24 172:8
  173:11 174:7,18
  175:23 176:3 179:3
  180:12 183:13
  184:23 186:23
  187:24 192:4,21
  193:11,15 198:4
  208:5 210:19 212:5
  212:6,16,17 214:14
  215:13 216:22,25
  220:3,16 224:10
  227:3,22 228:10,15
  237:3 258:9 312:8
  313:8,11
**scale**  10:23 22:4
**scanned**  20:10
**scheduled**  174:10
  192:5

**school**  7:7 37:6
  165:21 198:19
  199:13,15,20
  204:18,19,20,22,24
  205:2,3,7 223:12
**schools**  89:24 165:5
**scope**  31:11 243:20
  294:24
**scott**  2:15 5:10
  17:13 31:9 33:2
  43:12 45:12 110:22
  132:19 137:6
  158:23 160:2 162:8
  179:15 180:3
  181:11 192:3
  201:14 207:20
  208:24 209:23
  314:12
**scratch**  247:25
**screen**  178:20 179:3
  260:5
**screw**  69:3
**se**  235:25
**seal**  323:18 324:20
**search**  69:15 96:16
  101:12 110:3,5,11
  124:25 125:8,9
  126:7,13,14,15,22
  126:22 127:4,14,23
  128:16 129:6,8,9,18
  129:21 132:2
  144:22 148:18,22
  178:16,18 200:22
  211:11,12,18
  239:13,22 240:11
  240:23 241:11,15
  241:17,19,24 242:3
  242:11,15,21 243:3
  243:10 244:2 246:3
  246:7,10 247:14
  253:12,12,21 254:4
  254:7,8,8,13 255:2
  255:2,7,9 256:3,11
  256:14,17,19,23
  257:5 258:6,10,15

**261**:8 262:14,16,21
  263:4 264:16,17,19
  264:20,25 265:8,9
  265:19 266:7 267:5
  268:2,5,10,12,14,22
  269:15 270:10
  271:12 273:17,20
  274:7,16 276:5,6,13
  281:15 282:2
  284:17 294:11
  295:10,15 296:17
  300:14 304:14
  315:15,23
**searched**  227:15
**searches**  110:7
  126:18 239:16
  249:18 256:21
  257:14 259:2
  282:23
**searching**  127:16,22
  128:6,9,12 129:12
  144:20 247:21
  254:16 256:6
  260:17 271:20
  290:19
**sec**  10:5,15
**second**  21:9 22:6
  64:20 73:4 88:22
  150:23 151:20,25
  154:21 157:13
  170:13 174:21
  180:25 183:13
  185:13 193:10
  195:16 227:11
  248:8 256:19
  257:19 258:18,20
  262:23 294:18
  320:6
**secondly**  49:16
**secrecy**  137:21
**secret**  137:17
**section**  166:3 178:25
  199:22,24 200:10
  200:12,20 204:20
  204:22 206:14,17

EXHIBIT G

Attorneys' Eyes Only

**[section - showed]**                                                      Page 41

206:19 216:25
314:6
**see**  9:9 20:15 23:3,4
23:5 24:17,25 25:5
25:8 28:20 39:7
41:20 45:6 58:3
59:6,17 94:16 96:18
146:9 158:24,25
159:11 160:25
162:3 163:3,6,7,9
164:5,7,21 165:5
167:20 168:14,16
171:2,3 172:3,4
177:3,4,5,15 178:17
178:18,20 183:15
183:16 185:14
188:16 191:23,24
192:16 193:4,13,17
194:9 197:3,14,17
197:17 198:10,13
198:17 199:10,14
199:20 200:10
201:4,7,10,20,21
202:18 206:15,16
206:19 207:6,22,24
208:3,5,8,9,15,19
210:4,10,11 211:10
211:24 212:2,3,5,9
213:10,21 214:10
214:13 215:12,13
215:16,17 216:21
216:24,25 217:5,7,9
217:10 218:7,8,10
218:14,16,19,21,23
218:25 219:3,5
220:7,21,22 221:5
222:3,21 223:3,14
223:15 224:13
225:7 226:12,14,19
226:20 227:12,15
227:25 228:6,11,12
228:15,17,22,25
257:5 263:19
266:14,18 268:15
278:8,13 286:6,14

286:19 295:21
297:3 310:20
314:19 318:19
**seeing**  24:11 93:12
221:4 225:3 286:20
**seeking**  113:23
240:3,17 249:5,6,9
249:19,20,22 250:8
250:17 251:3
261:19 284:14
**seen**  16:18 42:19
100:16 112:23
135:2,3,7 177:11
207:18 211:7
213:18 221:8,18,23
229:11 245:22,22
246:6 250:5 321:6
**segment**  149:21
**select**  277:21
**selected**  179:2
**sell**  46:8 101:3 193:9
232:4 233:8 236:12
307:16 311:23
312:11
**selling**  29:24 30:13
52:13 158:2,3
233:21,25 237:10
264:11,11 288:8
290:7 306:20
311:25
**sells**  237:3
**send**  42:5 192:5
260:6
**sending**  64:2
**senior**  8:15 9:7,8,10
11:25 184:22 185:3
186:17 320:16
**sense**  183:3 212:15
235:6
**sent**  187:20 207:23
**sentence**  180:12
192:4 208:9
**seo**  101:8,10,11,14
101:18 254:4,23,24
255:13,17 256:11

**separate**  153:11
154:9,14,15,24
155:13 230:22,23
234:4,8 299:23,25
302:8
**september**  9:5,11
185:15
**serve**  192:22 237:14
237:17
**served**  238:4
**server**  167:8,11
**service**  21:6 22:17
25:22 26:18 27:11
27:14 35:13 46:17
76:15 79:24 80:6
94:25 95:7 96:23
98:14 100:17
103:13 131:23
132:5,8 149:12,18
203:4 302:9,25
307:6
**services**  20:12,18,23
21:11 23:19 26:25
28:17 29:20 30:12
33:23 35:14,15
44:22 46:8 53:22
54:2,25 56:20,22
60:19 61:15 65:2
70:6 75:8,16 79:11
79:15,18,23 80:14
80:23 81:10,24
93:16,24,25 94:24
96:17 113:21 119:9
119:14 122:2 132:4
132:12 135:14
147:10 148:2,6,14
149:25 150:16,17
156:2,18 158:3
174:8 179:21 180:5
180:18,22 181:4,13
181:21,24 182:20
188:14 202:12,24
203:10,16 204:13
206:21,25 219:11
247:4 281:11,13

283:20 290:18,20
305:16 316:11
325:1
**services.gov**  316:5
**serving**  234:14
313:11,11
**set**  110:4 324:12
**sets**  84:11 157:3
**setting**  12:10
**seven**  195:21 203:10
203:13,23 206:24
311:9
**seventeenth**  2:10
3:6
**severe**  49:3
**severity**  23:25 24:3
24:5 50:18
**share**  16:10 167:25
168:6 244:14 247:7
250:3 318:16
**shared**  144:3,10
**sheet**  325:1
**sheets**  323:4
**shop**  258:17
**short**  260:11
**shorthand**  3:8
324:11
**shot**  178:21 311:12
**show**  15:21 20:19
42:21,25 45:6 88:11
131:25 159:23
167:2 171:14
176:14 179:11
181:9 184:17
190:22 191:20
192:10 202:16
207:15 211:3
213:15 222:16
255:9 256:10,17
257:23 258:19,22
273:19 277:2
294:13 304:14
311:21 322:15
**showed**  18:24 118:5
151:23

EXHIBIT G

Attorneys' Eyes Only

**[showing - specific]**

**showing** 20:11
200:16,20 214:22
**shown** 211:19
217:14 276:5
**shows** 202:23 224:4
258:3,5,5,10 259:2
298:23
**sic** 116:12
**sicker** 24:17
**side** 148:11 179:6
**sidetracked** 36:16
**signature** 323:9
324:20
**significant** 15:18
46:14,16,20 47:23
48:2 54:23 55:7
62:17 73:13 98:3
150:15 152:10
280:16 282:17,19
287:23
**significantly** 290:11
290:14
**sills** 2:14
**sillscummis.com**
2:17
**similar** 10:20 11:20
26:16 28:2 54:11
62:20,20 90:25
101:2 131:22
148:13 149:17
251:24 308:20,23
309:7,11 310:7
316:24 321:20
**similarly** 249:4
318:7
**simply** 157:24
273:13 289:7
312:16
**single** 22:17 40:17
40:21 41:18 320:19
**sit** 41:11 60:15
82:14 86:13 88:4
91:5,23 92:10,18
93:9 94:21 95:3,9
107:20 109:12

123:14 137:20
168:22 183:11
217:12 222:3
259:21 301:4
**site** 6:22,23 40:25
52:7 59:5,8 84:16
101:10,14 102:5
103:17,20,22 110:3
126:9 128:15 150:7
159:16,21 174:10
176:25 177:3,4,17
211:18,20 213:12
215:23 221:7 222:5
223:9 224:18
225:18 226:6 235:8
235:12 236:3,22
238:6,17,19 251:9
257:12 263:5,8,16
263:16 265:18
267:13 268:5
271:17,20 274:16
274:22 276:4
290:25 291:3
295:10,14 296:16
305:8 306:13
311:15 316:6,12,18
316:25 317:12
**sites** 101:7,8,16
158:5 231:19
237:18 241:25
243:12,23 249:18
251:6 253:18,23
254:3 256:8,10
265:19 268:9 282:3
301:20,20 314:9
**six** 82:7
**size** 99:5 247:2
280:24
**slawson** 192:15,17
192:18,20
**slice** 156:12
**slide** 228:15
**slightly** 59:3 83:4
111:20

**small** 67:13 244:9
270:25 298:16
304:3 309:20,21
**smaller** 142:3 241:2
243:23 285:15
**smith** 80:21 231:22
**software** 259:18
**sold** 21:20 26:22,24
28:6,12,15,22 29:17
29:22 44:13,16,19
47:7,11,14,24,25
53:2 149:14 156:2
312:18
**solely** 153:22
**solicit** 67:4 167:18
**soliciting** 67:6
**solution** 62:21
259:19,20 263:22
264:14 307:15
**solutions** 75:12
148:8 149:13
231:11 232:19
233:22 235:17
264:3,10 307:12,13
307:20 308:20,23
310:7
**somebody** 110:3
253:20,25 256:13
257:18 258:19
**somewhat** 10:19
28:4
**soon** 138:3
**sorry** 9:9 11:12 18:7
19:18 22:6,12 25:8
32:2 43:17,23 57:12
63:24 64:10 69:3
70:25 74:6 75:22
95:25 107:5 116:13
116:14 121:20
124:7 125:5 139:17
151:3,20,20 158:8
170:6 192:19
197:17,20 212:13
224:25 229:2,10
239:9 245:25

249:14 271:22
283:2 292:16
301:10 305:10,15
312:2 313:10
315:15 316:2
318:13
**sort** 15:4 54:15
100:18 106:20
131:3 132:3 225:12
**sound** 94:23
**sounds** 317:3
**source** 216:23
220:25
**sources** 164:23
**space** 54:9 235:20
235:22 256:6 262:5
280:5 285:6 315:10
315:21
**span** 26:6
**speak** 19:6,13
112:25 236:18
242:7
**speaking** 15:15
51:23 79:22 113:2
128:25 256:22
285:15
**special** 102:24 103:2
131:18 134:14,17
135:9
**specialties** 163:25
166:16 197:18
222:25
**specialty** 9:15,23
10:8,9 11:7 12:3,4
12:13 13:3 15:18
83:22 127:16
128:21,24 197:15
198:15,16 204:7,14
223:7 254:10
**specific** 18:9,22
20:19 32:24 39:3
63:24 69:15 83:25
87:25 96:12,14
102:10 107:12
133:2 149:22

EXHIBIT G

Attorneys' Eyes Only

156:23 161:21 163:25 176:21 189:2,18,23 241:14 252:25 259:5 271:10,16 272:23 277:2 281:6 289:16 291:20

**specifically** 14:15 20:21 34:2 36:10 41:25 42:12 52:15 62:22 70:8 73:23 76:20 78:3 84:17 86:18 88:8 91:25 106:10 112:13,17 112:25 114:9 115:15 116:5 117:7 122:7 130:7 138:21 143:13 144:2 164:20 165:3 187:4 188:16,22 189:14 233:20 240:14 247:13 248:6 249:17 259:9 263:3 267:9 271:12 274:4 283:14 286:18 288:5 295:22 312:25

**specifics** 92:16 138:19

**speculate** 289:12 317:8

**speculating** 184:15

**spent** 18:3

**split** 107:8 237:22 238:2

**spoke** 87:7 142:21 273:21 302:6

**spoken** 19:15 142:17

**sponsor** 306:2

**sponsored** 57:16

**spot** 258:18,18,20 259:2

**sqi** 22:14 24:25 25:12,13,20,21 26:9

46:10 54:20 61:23 302:23

**sqp** 25:18,19,22 46:10 54:21 61:23 302:4,6

**squared** 28:9

**squarely** 239:15

**ss** 324:3

**sstimpson** 2:17

**st** 96:22

**stack** 246:4 317:22

**staff** 303:22

**stand** 153:13 234:20

**standard** 147:14,19 246:12 284:11 287:5,8 288:16

**standardized** 244:22

**standing** 247:15

**standpoint** 152:23 261:6 295:8

**stands** 22:14 27:2 167:7 277:22 283:8 300:6 302:23 306:11

**star** 22:3,4,5,19 23:4 23:6,11,11 26:2 27:8,10,24,24 50:20 74:6 149:11 163:8,9 163:12 164:6 195:23 196:9,16 201:5,5,6 226:8 261:23 262:2,3 307:21

**stars** 164:5

**start** 7:22 8:23 12:9 16:25 21:13,17,19 22:11,13 46:10 52:13 77:12 81:25 108:13 119:10 121:22 124:8 137:4 174:10 220:19 247:25 300:19

**started** 7:23 9:23,24 23:15 63:12 64:16

67:5,6 98:23 104:23 108:15 109:14 117:8 123:4 229:16 265:2 288:8

**starting** 214:13

**starts** 214:11

**state** 5:17 26:2 49:2 49:11 50:18 51:23 78:22 106:11 116:4 128:6 165:18 166:10 178:10 186:22 189:22 193:22 198:22 204:3 224:6 252:25 259:9 295:19 308:3 324:2,7

**stated** 31:4 103:6 111:20 136:13 145:22 147:18 153:7 160:4 161:18 161:19 203:13 229:21 238:11 240:22 244:8 246:8 252:17 281:3 308:4 308:11 309:5

**statement** 52:6 159:12 161:8 168:11 169:17 171:3 172:4 175:8 176:6 180:2,10,16 182:7 193:25 198:13,20 208:14 208:19 210:11,18 212:9 214:25 215:7 216:10 217:18 220:7 224:20 226:25 227:25 228:3,6,17,22 229:7 256:7 257:3 279:24 281:19

**statements** 169:19 226:20

**states** 1:2 21:5 50:22 112:11 116:22 169:23 179:16

185:9 186:22 191:3 193:17

**stating** 107:24 209:13 229:3

**stay** 11:22 28:13 107:14

**stays** 236:18

**step** 43:23 151:22 233:3 253:18

**stimpson** 2:15 3:15 5:9,11 12:12,24 16:2,6,10,14,17,18 17:4,6,14,18,20 18:16 19:3,6,22 20:15 21:4 31:12,15 31:16 32:5,11,16,22 33:7,9 34:4 39:14 39:18,23 40:8,13 41:2,11 45:16,19,21 49:13 51:25 53:17 53:21 57:21 59:15 59:21,25 60:7,14,24 61:6,13 62:8,14 63:18 65:5 66:10 68:14 69:2,6,21 70:3,17,21 71:6,16 71:23 72:4,15,22 73:3,9 74:16,24 75:22 76:3 77:12 78:24 79:10,17 80:13,19 81:7,15,22 82:6,10,14,21 83:18 84:3,10,20 85:2,8 86:19,22 87:9 88:4 88:21 89:3,6,11,23 90:16,19 91:13 92:9 92:23 93:3,22 94:7 94:16 95:6,17 96:6 97:10 99:16 101:11 101:23 102:19 104:23 105:19 109:20,24 110:14 110:21 111:3 112:9 113:11,24 114:5 115:12 116:12

Veritext/NJ Reporting Company

EXHIBIT G

Attorneys' Eyes Only

**[stimpson - sure]**                                                                 Page 44

117:9,19 118:3,10
118:17 119:23
121:16 122:8,18
123:3,14,19 124:17
124:24 125:7,13,24
126:6,11,21 127:2,9
129:4,11,16,22
130:15,20,25 131:8
131:13 132:3,11,21
132:24 134:3,25
136:10,17,22 137:4
137:8,11,13,15,20
137:25 138:22
139:11 140:9 142:2
142:7 143:10
145:15 146:2,8,17
147:2 151:2 154:20
156:9,24 158:14,18
159:10 161:23
162:9,12,15,19,22
163:2 164:2,16,23
165:10 167:5,9,12
167:13 168:22
170:7 171:9 174:18
175:12,17,23
176:14,20 180:3,21
182:8,19 183:2,10
184:2,7,13,17
186:11,24 188:3,15
188:25 189:13,25
190:10,13,22
193:10 194:15,22
194:25 195:25
196:10,18,24 198:8
199:21 201:7,15,18
201:20 202:8,16,19
202:21 203:8
204:17 205:10,15
206:2,10,14 207:4
207:15 208:15
209:5,19,25 210:25
211:19 212:4 213:5
213:8,13 215:3,9
216:8 218:4 219:21
220:18 221:12,21

223:21 224:3,10,13
224:21 225:20
227:8 228:20,24
229:10,23 230:5,12
230:15 235:19
236:25 239:3
240:15 243:22,25
244:20 246:21,22
249:11,21 250:16
250:24 252:10
253:2,6 254:20
258:2,16,24 264:8
265:12 266:23
269:7,12,14 270:5
271:15 272:16,25
273:6,11,23 274:12
276:15 277:4
278:24 279:10,19
281:10,20 282:21
283:22 284:2,23
285:25 287:17
289:3 291:12
292:15,18,22,25
293:21 294:3,13
295:2,12,18 296:7
296:18 297:22,25
298:5 300:18 302:2
304:25 305:19
306:10 308:22
309:19 310:9
311:17 313:16,20
313:25 314:5,14,19
314:23,25 315:6,9
317:13,19 318:7,11
318:14,18 319:11
319:24 322:6,16,19
**stoll** 2:3 16:16
**stood** 58:14
**stop** 21:9 28:20
98:17,18 157:13
265:3 278:4
**straight** 151:23
**strategic** 22:15
25:19 176:4 302:6
302:24

**stream** 150:22
**streams** 142:22
144:3 189:10
**street** 2:4,10 3:6
5:20 324:24
**stress** 15:11
**stretching** 25:4
**string** 319:2,4
**strong** 253:25
**struggling** 122:5
128:24 161:7
**stuck** 7:16
**studied** 278:25
**studies** 175:13 278:8
278:13
**stuff** 246:11
**subject** 172:8
181:15 278:19
**submarket** 261:11
**submarkets** 261:9
261:15
**submit** 114:17
**submitted** 114:12
183:24 210:15
220:9,11,16
**subscribed** 323:11
325:21
**subsequent** 231:6
**subsidiary** 154:10
154:15,25 155:3,5
155:13 230:17
234:4,8,21 236:6
299:20,24
**substance** 139:15
141:7
**substantial** 48:11
63:17 145:23 146:4
239:19
**substantive** 145:6
**subsumed** 230:21
**suddenly** 308:14
**sued** 138:12
**suggest** 80:10
**suggested** 97:16,25

**suing** 141:8,11
**suit** 140:23 247:5
**suite** 2:4,10 3:7 29:2
70:22 76:10 324:24
**summary** 7:6
171:25
**support** 239:8,11
**supporting** 280:23
**sure** 7:8 10:9 15:24
18:16 24:24 31:12
35:5 38:15 40:13
41:12,14 42:9,11
53:10,11 60:20
61:11,20 71:22,23
72:2 76:25 77:22
81:5 84:19 89:13
91:23 100:16
103:25 104:3,9
105:18 106:3,10,21
107:23 109:18
112:17,18 114:9
116:8,9 117:13
118:16,21,22 119:7
121:15,16 122:17
123:11 124:3 125:7
127:25 129:2,8
131:12 132:14,18
137:19 138:14,19
139:10 146:11,19
146:25 147:11,20
149:24 150:18
151:22 157:14,15
159:19 162:9,13,18
170:19,20 173:2,5
178:8,11 179:25
197:22 201:15
205:19 211:8,16
225:7 243:23 244:8
252:4,8,9 258:14
269:12 271:4,6
274:14 275:4,4,9
278:12 283:24
285:22 287:13
289:21 290:12,15
297:11,18,19

EXHIBIT G

Attorneys' Eyes Only

**[sure - testified]**                                                                                    Page 45

298:20 300:17
301:7 302:13
303:10 308:22
309:9,18 310:6,8
313:18 315:15,22
316:17 318:25
**surgeon**  226:10
227:3,18 254:10
**surrounding**  21:5
35:12 137:21
**survey**  67:10,15,20
68:6 87:7 104:24
106:19,24,24 107:9
107:10,24 109:8,13
109:14 167:16
168:3,12 169:7,8,9
169:12,14,15 170:8
170:13,16,21,24,25
171:5,12 172:23,24
173:3,5,6,7,12,21
174:2,5 177:17,19
177:21,22 178:7,13
185:7 186:19 187:2
187:22 188:2,18
189:3,14,19 190:4,8
191:4,7 212:21
224:4,15,19,20
225:14 229:18
**surveys**  38:20,24
67:4,6 68:4 87:11
104:13 105:3,6,23
107:16,21 108:5,8,9
108:16,20,21,22,24
109:3,4,6,19 168:18
185:10 191:9,12,17
224:9,14 225:7,9,14
225:18 296:13
**survival**  164:4
**survive**  154:5
**suspect**  97:15
**sworn**  5:5 323:11
324:9 325:21
**syndicated**  100:13
100:20,23 101:4

**synonymous**  129:3
178:8
**system**  35:4 219:17
219:17 274:6,10

**t**

**t**  152:18
**tables**  198:18
**take**  23:23 40:19
50:17 51:6 53:17
112:14 116:6
132:19 160:12
171:15 176:17
194:15,18 200:24
227:11 236:7 250:6
258:17 262:24
263:18 290:10
300:8 305:4
**taken**  3:5 5:12,15
53:20 75:25 116:10
132:22 158:16
201:19 230:14
250:9 269:13 292:5
292:19 313:19
324:11
**talk**  17:2 18:11
19:17,23 20:24 21:2
24:24 48:18 50:9
58:2 103:22 111:19
144:8,13 150:20
158:20 222:6 247:2
249:25 265:24
271:9,25 285:3
299:7 301:11 310:9
**talked**  29:5 44:13,18
44:20 46:4,11 47:18
51:21 53:7,8,9
55:22 61:18 75:6
99:19 103:2 104:3
113:15 117:2
123:22,24 124:6
143:11,14 144:15
147:25 148:10,15
148:18,20,20
150:16 168:4

201:22 219:12
221:13 222:12
230:16 239:23
244:3,12 247:13
249:16 254:4 261:8
261:9 262:17
265:22 268:21
269:14 270:17
271:3 278:9,14
282:13 285:14
299:13 303:5 304:8
315:9
**talking**  36:15,22
43:8 44:12 45:13
52:25 53:22,23
56:20 57:23 59:16
64:6 66:14,20 70:11
77:11 100:22
121:18 125:20
138:15 151:17
152:8 162:17,20
173:9 177:23
201:24 214:21
243:8 260:24
261:11,17 264:10
265:2 281:11,12
**talks**  177:15 178:16
247:12
**target**  260:12
**taxable**  300:5,21,23
301:2
**taxes**  283:9 313:3
**team**  233:6,18
**technical**  19:17,19
42:10
**technically**  153:23
**teeny**  301:19
**tell**  17:3,24 36:8
71:9 73:3,7 82:5,15
86:13 87:20 88:5,8
88:12 91:5 92:9,16
92:19 93:9 104:5
106:4,5 116:20
117:22 118:2,20
122:7 125:11 128:2

143:23 144:17,25
148:3 159:13
168:23 169:3
179:20 183:18
186:25 187:16
190:3 212:13 216:8
217:12 229:2,17
230:5,10 231:24
267:8 282:6 286:18
300:3,20 301:4
310:18 319:18
320:2 321:2,11,16
**telling**  205:22
226:16 250:19
264:24
**tells**  78:8
**ten**  5:16,23 6:11
**tendency**  257:11
**tense**  123:20 214:22
228:2,3
**term**  42:16 76:5
90:21 92:15 93:8
94:23,23 96:8
101:13 102:10
103:18,19 107:18
107:18,25 109:11
109:23 114:14
124:16 131:24
133:2 157:21
222:13 261:25
314:8
**terminology**  177:24
**terms**  40:4 45:7
110:4 112:5 160:21
177:25 236:16
241:2 253:25 254:8
276:12 315:21
**test**  194:13 210:15
**testified**  5:6 44:15
95:13,15 148:6
176:12 177:18
187:5 195:7 209:8
212:20 219:14
250:25 272:20
304:11 321:21

EXHIBIT G

Attorneys' Eyes Only

**testify**   17:11 18:10
88:3 93:21 324:9
**testimony**   125:16
168:9 189:21 190:7
203:3 230:8,9 231:3
235:4 239:17,21
240:8 244:16
250:13 258:12
269:24 272:13
273:17 290:22
293:18 294:9
321:22 322:3 323:5
**testing**   135:13
**thank**   16:15 33:8
64:6 137:8 157:19
162:19 167:9,12
169:6 295:4 320:25
**thanks**   16:16 320:18
**therapeutic**   21:24
21:24 25:22 26:2,6
98:6 129:2 201:6
207:14 303:4
**thing**   7:17 14:14
15:4,6 20:7 25:7
34:20 40:4 41:4,6
47:5,6 58:23 59:16
65:16 98:4 141:18
161:7 176:22 193:6
198:23 199:3,5
206:11 209:7
225:12 249:15
280:2 287:14 308:3
314:17
**things**   10:6,25 15:10
21:3 24:25 26:21
31:6 36:3,4 49:2,6
51:5 55:2 59:11
62:24 65:12,23
97:17 99:6 100:18
102:16 103:8 110:2
143:11 156:20
166:2 169:22
215:24 233:17
241:23 243:3 255:6
256:12 265:3,4

273:21 286:15
296:6 297:21
**think**   5:24,25 8:14
15:20,22 18:23
20:16 21:2 26:17
28:15 34:16 40:11
42:19,25 43:6,11
44:24 45:4 46:20
47:9,16,22 48:2,11
49:11 53:15 54:6,7
54:8,10,19 55:7,12
55:17,21 56:2,3,8
56:18 57:2 59:3
60:12,15 63:25
67:23 68:8,13 69:19
74:8 75:4,9,21
76:24 82:25 83:3
95:13 97:24 98:4
101:6,21 102:14
103:16 104:2 105:3
111:15 112:23
118:21 120:4,20
122:6,19 125:16
129:9 133:19
134:12,22 135:12
138:7,24 141:19
142:12 145:8 146:4
147:9 156:9,11,11
161:3 162:10,19
164:9 179:14
183:17,23 184:5
187:5 189:12
191:25 192:18
195:7 196:7 203:3
210:3,18 218:5
219:14,23 222:12
225:22 227:13
230:24 235:4
238:25 239:3,4,24
240:2,6,12,16,16,22
240:24 241:8,8,12
241:20 243:20
244:7,8 247:18,23
248:6,10,14 249:16
250:21,22 251:22

251:24 252:2,16,21
253:10,11,13 254:6
254:13,23 255:19
256:8 257:4,7,11,23
258:5,22,23 261:14
267:2 269:15 270:2
270:23 272:11,20
272:20 273:16,25
274:10 275:3 276:2
278:3 279:4,16
280:8,16 281:4
282:19 284:10
288:21 289:21
290:24 292:10
294:18 296:11
300:6 301:13
304:22 305:7,9,21
306:5 308:10
310:22 311:15
312:23 313:14
316:7,10,11 317:3
**thinking**   31:18
33:22 34:2,3 40:15
47:25 48:7 49:24
50:3 61:19 118:7
178:4 238:7
**thinks**   273:14
**third**   31:4,4 36:17
49:7,12 51:20 59:11
65:22 68:5 78:13
88:25 89:7,19 101:3
122:23,24 123:8,12
123:16 158:3,7
180:25 205:5,8,11
205:14,17,21,23
206:5,7,13 217:8
223:6,17,18,23,25
231:14,22,23 233:9
234:12,16 235:10
236:9,17,23 237:18
237:19 238:4
256:19 257:19
258:18,20 272:4,5
286:13 287:6
288:12,13,16

289:25 294:19
309:13 312:7,19
**thompson**   149:15
**thought**   19:4 52:20
64:6 82:24 144:25
145:5 151:18 193:8
243:16 247:18
**thousand**   237:25,25
288:21,25 289:7,11
289:17,24 290:4,9
**thousands**   65:25
**thousandth**   289:8
**three**   22:4 23:6,23
27:8,23 164:4 201:5
211:21,22,24 226:7
227:23 238:21
261:23 310:11
311:4
**throwing**   11:12
**thursday**   3:5
**tied**   79:16 267:25
**ties**   56:12
**time**   7:24 8:14,20
9:11 10:13 11:4,6
12:4,15 13:2 15:20
18:4 27:16 28:21
30:11 32:11 34:5,9
35:2 37:10,15,21
38:9,22 40:9 50:12
58:14 66:10,15 68:3
69:20 70:21 71:8,19
72:18,24 73:17
74:20 78:18,23,25
80:15 81:23 82:15
84:12,17,21 85:3,11
86:22 87:17 88:16
92:3 97:5,10,21
98:17 104:6 113:3
115:4 118:4,12
121:14 123:3 127:3
127:7,11,14 129:24
130:6,7,10,14,15,23
131:8,16 133:3
134:13 136:6 137:7
141:17 146:7

EXHIBIT G

Attorneys' Eyes Only

**[time - type]**                                             Page 47

155:17 166:13
170:6 171:3,15
172:6,25 173:2
174:5,24 182:21
188:17 190:19
196:8 202:8 203:5
206:24 212:10
213:2 215:20,21
217:24 219:9 223:5
223:17 229:17
230:7,11 237:13
238:20 257:25
277:12 278:11
284:7,13 286:25
287:10,17,20,22
289:8 299:18,21
300:9 311:10
313:15 316:3
324:11
**timeframe**   12:8
32:24 43:8 69:22
84:19 122:5 124:10
125:21 128:19
129:5,12,23 141:10
150:12 262:23
283:4 301:18
**timeline**   81:25 185:6
185:14,23 187:21
187:25
**times**   5:14 140:3
149:14 257:24
259:5 322:9
**timing**   182:18 183:8
**tips**   275:12
**title**   11:22,23 13:12
14:13,16,25 181:14
**titled**   204:22 226:24
**today**   5:11 6:3 14:20
14:23 20:17 36:12
39:8 40:19,24 41:4
41:10,12,22 42:7
43:6 45:10,23 55:24
60:15 70:5 76:19
82:15 86:13 88:5
91:5,23 92:10,18

93:9 94:11,21 95:3
95:9 107:20 109:12
112:14 113:15
123:15 133:8
137:20 155:4 168:5
183:12 210:16
215:21 217:12
221:23 225:13
247:2 277:5 278:14
282:14 286:9
296:21 303:13
304:9 322:9
**today's**   87:19 321:6
**told**   88:9 144:18
145:5 148:5 168:5
169:13 279:6
**tomorrow**   248:24
258:17 286:3
**tool**   68:6 132:25
178:3
**top**   19:4 149:15
167:20,24 178:17
256:20,21 257:6,9
257:15 259:2
320:20
**topic**   17:7,12,16
19:25 21:4 56:21
136:23 164:6
246:23 247:3,6,11
**topics**   4:6 16:13,23
17:16 18:5 35:11
88:2 93:21 231:12
245:13 246:20,25
248:8
**torture**   310:13
**tos**   192:7,8
**total**   151:8 152:3
234:10 265:15,23
266:3,14,21 289:6
301:5
**touche**   148:12
**touched**   239:3
**tougher**   24:17
**track**   180:13

**tracked**   306:24
**trademark**   112:11
112:21 113:25
114:8,13 115:14
116:22 293:9
**trademarks**   292:22
**traffic**   142:5 144:18
144:20,23 145:9,16
146:4 158:5 231:12
235:7,24 237:13
238:13 241:21,24
242:25 253:14,15
253:20 257:22
267:16,22 268:10
276:3,14,25 291:5
294:12 296:6
308:10
**training**   165:5
220:21
**transaction**   10:20
140:7
**transactions**   10:16
**transcript**   323:3
324:14
**transcripts**   19:11
**transitioning**   13:3
**transmitted**   35:8
**travel**   303:20,22
**treated**   24:8
**treatment**   123:6
131:18
**tricky**   235:22
**tried**   6:23 151:14
189:8 246:3
**trigger**   62:16
**triggering**   62:11,15
**true**   14:20 82:20
131:7 157:7,9
170:10,11 187:12
274:11 323:5
324:14
**truth**   284:12 324:9
**truthfully**   6:4
**try**   35:3,21 42:2
55:24 87:18 94:7

128:16 140:19
141:15 150:13
246:2 262:22 280:2
282:2 283:5 298:17
**trying**   59:4,24 67:23
81:8,9,22 123:7
125:24 134:22
156:22 177:24
180:12 188:4,25
190:14 222:22
229:7 243:2 248:17
248:21 261:4
262:20 264:15,16
266:10 267:3
270:22 275:3 288:5
292:10 301:13
310:21 311:2
**turn**   69:3 164:8
170:12,23 196:24
215:10 224:3
246:22 291:8
294:15 319:6
**turns**   321:19,25
**tweak**   64:3
**tweaked**   285:2
**twice**   141:22
**two**   6:18,20 24:7,11
26:16 35:7 36:3,4
43:17 49:14 75:24
118:12 132:20
152:10 160:15
181:16 184:18
186:18 193:24
207:16 214:16
215:2 216:11,12
217:19 226:18
245:17 259:11
299:14 310:10
311:4 313:10
320:22
**type**   10:20 24:7,11
28:9 63:9,9 68:3
87:2,8,8 101:2
110:12 120:17
131:25 149:17

EXHIBIT G

Attorneys' Eyes Only

**[type - vazquez]**                                                                 Page 48

202:5 231:22
253:21 290:2 293:8
**types**   21:25 26:17
30:17 49:6 54:25
87:2 100:20 102:25
121:17 123:6
126:19 131:22
181:3 233:20 237:9
241:23 255:6 274:2
290:6 296:3,11
**typewritten**   324:13
**typically**   10:15
103:22 132:7
253:21 256:18
277:23 288:24
289:22

**u**

**u.s.**   148:8 149:16
**ucompare**   139:21
140:3,10,12,14,19
140:25 141:4
148:21 240:23
244:4 252:2,3 253:8
256:5 257:4 258:2,5
260:25 279:20
280:4 284:19 285:6
285:8 309:7 315:11
**ultimate**   261:21
289:5
**ultimately**   78:16,17
120:21 203:21
219:19 234:18,22
256:8 276:13
**um**   96:19 280:18
**unchanged**   73:11
80:25
**underlying**   24:8
255:10 256:11
277:6 280:21 281:5
**underneath**   59:19
204:25 242:9
245:14
**understand**   6:5,8
7:16 15:17 20:17

24:18 35:23 58:17
65:24 78:6 79:21
81:4 101:11 103:12
106:18 121:15
142:2 145:21
146:20,24 151:4
156:22 157:18
171:8 183:10 189:8
227:17 240:8
251:19 261:24
265:4 267:19
275:10 286:11,12
303:15 314:11
315:16
**understanding**
16:21 17:6,9,10
39:20,24 40:3 45:14
107:18 109:11
177:25 183:11
207:25 212:20
241:21 253:9
260:14 293:15
304:24
**underwriters**   29:24
30:9,11 44:21 47:17
55:13 72:6
**unfortunately**   22:10
81:18
**unique**   191:7 256:24
**united**   1:2 112:11
116:22
**university**   7:9,18
**unknowns**   208:6
**updated**   208:6
214:15
**updates**   80:12 203:6
**updating**   78:14
**upset**   183:18
**url**   194:5,9 316:2
**use**   22:24 31:21
75:15 237:16
**user**   106:9 168:10
169:20 179:2 207:8
207:12

**users**   126:22 127:4
129:5 191:7 196:11
245:3 249:6,18
294:6,23 295:10
296:16
**usually**   114:18
257:6,7,10
**utilize**   68:6 237:15
307:21
**utilized**   122:12,20
209:9
**utilizes**   254:25
**utilizing**   226:8

**v**

**v**   1:14 325:3
**valid**   257:18
**validate**   13:8
**valuable**   291:9
**value**   10:18 297:11
**vaquez**   18:18
**variance**   299:2
**variant**   79:9
**various**   21:23 27:18
34:9,19 91:19 93:23
110:4 112:21 163:7
163:8,9 171:19
196:15 197:25
198:6 200:3 201:6,9
207:9 221:8 245:13
260:2 317:20
**vazquez**   2:9 3:15
6:25 12:11,22 15:24
16:5,15 17:13,15,22
18:7,21 19:21 20:22
31:9,13,24 32:3,8
32:14,18 33:2,8,25
34:24 39:13,15,22
39:25 40:10,23 41:5
45:12,17,20 49:9
51:22 53:18 54:5
57:20 58:8 59:2,20
59:22 60:3,11,21
61:3,9 62:7,10
63:15 65:3 66:8

68:12,25 69:18,25
70:16,19,24 71:14
71:21,25 72:13,17
72:25 73:6 74:13,22
77:9 78:21 79:7,12
80:5,16 81:3,14,17
82:4,8,12,18 83:8
83:24 84:6,13,24
85:6 86:17,21 87:5
87:20 88:18 89:2,4
89:9,21 90:14,18
91:11 92:5,21,25
93:18 94:4,9 95:4
95:11 96:4 97:8
99:14 101:9,20
102:13 104:21
105:17 109:16,22
110:10,19,25 112:4
113:6,16 114:4
115:9 117:6,17,25
118:6,15 119:20
121:13 122:4,15,25
123:10,17 124:13
124:21 125:4,10,23
126:5,8,17,24 127:6
128:23 129:7,14,19
130:13,18,22 131:6
131:11,20 132:6,19
133:24 134:21
136:8,12,20 137:6,9
137:12,18,23
138:18 139:6 140:6
141:24 142:4 143:7
145:11,19 146:6,15
146:23 150:24
154:17 156:7,21
158:13 159:9
161:17 162:6,8,10
162:13,18,21,23
163:20 164:14,19
165:8 167:7,10
168:20 170:5 171:6
174:16 175:6,15,21
176:11 179:23
180:19 182:5,13,24

EXHIBIT G

Attorneys' Eyes Only

**[vazquez - way]**                                                               Page 49

183:7,22 184:4,11
184:14 186:8,20
187:23 188:7,20
189:6,20 190:6,12
190:18 193:3 194:8
194:20 195:19
196:6,13,21 198:3
199:18 201:2,14,17
202:4,15 203:2
204:15 205:6,12,24
206:8,12 207:2,11
208:12 209:2,16,22
210:23 211:15,23
213:3,7,9 214:24
215:6 216:6 217:25
219:13 220:14
221:2,11,17 223:19
223:24 224:8,12,17
225:16 227:6
228:19,21 229:8,20
230:2,8 233:2 235:3
236:10 238:24
240:7 243:19
244:15 246:20
249:3,14 250:12,20
252:7,23 253:4
254:19,22 257:16
258:11,21 264:5
265:10 266:15,19
269:4,9,11,23 271:2
272:12,19 273:5,8
273:15 274:9
275:25 276:23
278:17 279:3,15
280:25 281:17
282:18 283:21,23
284:20 285:21
287:12 288:23
290:21 292:14,16
292:20,23 293:17
293:25 294:8,24
295:4,16,24 296:9
300:11 301:23
304:21 305:17,23
306:7 308:18

309:17 310:5 311:6
313:18 314:12,18
314:21 315:4
317:15,18 318:13
318:15,19 319:13
319:23 320:2,7,10
322:8,18
**vein** 28:2
**verification** 49:12
**verified** 31:5 36:17
49:7 51:20 59:12
88:25 89:7,19 205:5
205:10,13,22 206:7
216:23 217:8
220:24 223:6,10,18
223:23 224:2
296:12
**verify** 13:8
**veritext** 325:1
**version** 195:6
298:18
**versions** 27:18
**versus** 9:21 10:17
264:6 265:19
**vertical** 289:13
312:16,17,18
**veststar** 15:8 152:12
152:20 157:21,23
**vetting** 80:3
**vice** 11:16,20,25
13:13,16 14:10,22
15:5 44:2 174:24
193:7
**view** 59:8,9 63:10
65:12 80:20 128:16
144:23 145:24
179:3 187:17
238:20 241:6
250:25 255:23
263:4 264:19
277:13 289:2 291:3
294:12 296:16
305:4 322:4
**viewed** 229:4

**views** 158:6
**virtually** 27:21
259:22
**virtue** 237:12
**visit** 146:21,22
251:2 253:7 254:17
**visited** 314:10
**visiting** 24:2 57:18
236:3 314:6,9
**visitors** 314:10
**visits** 23:21 231:25
**vitals** 114:7 140:11
141:11 144:14,19
144:20,24 145:3,10
145:17 146:13,21
147:4,23 148:20
149:4,20,23 150:2,4
156:5,9 157:2
230:24 231:4
234:24 235:14
238:7,12,14 239:6
239:15,24 240:23
244:4 245:23 246:4
247:20 248:3,13,17
249:2,6,16 250:9
251:2,4,14,22 253:8
256:2,5 257:4,13
258:4,7,10,16,18
260:25 262:4
264:13 272:9 273:2
273:13 278:9
279:20,25 282:4
283:18 284:16,21
284:22,24 286:2,9
287:19,21,23 288:6
293:14 302:17
303:6,16 304:19,23
305:2,9,20 306:3
307:2,5,25 308:7,9
308:13,14,15,23
309:15 310:4
321:20,22,25 322:3
322:4
**vitals.com** 1:15
114:3 251:15,17

253:22 254:17
315:10 325:3
**vp** 14:9

**w**

**wages** 312:5,8,8
**wait** 18:7 38:22
229:8 279:3 314:12
**waive** 314:16
**waiving** 45:15
314:14
**walk** 165:2
**walking** 60:5
**want** 18:10,21 21:13
21:14 27:9 35:14
36:2 44:7 68:4
84:16 104:3 107:23
116:6 121:20
157:15 158:9
164:11 176:22
184:5 221:3 227:12
236:21 243:19
248:10,15 260:5
268:11 274:15,20
275:9 315:15 317:8
317:20
**wanted** 8:23 9:19
58:10 96:20,21
120:3 180:8 183:24
201:3 228:24
314:25
**wants** 78:9 174:8
260:4
**water** 98:18
**way** 18:17 21:16
29:23 32:17 35:20
40:5,6 45:4 61:22
70:12 74:12,17 79:6
79:20 98:3 111:8
137:24 147:9,20
150:4 161:12 166:7
167:21 175:22
180:24 182:15,25
183:6 184:12
186:14 187:16,18

EXHIBIT G

Attorneys' Eyes Only

193:22 194:14
204:3,16 208:22
212:24 218:3 221:6
222:2,4,23 227:10
228:8,14 268:24
269:5,7 274:24
275:6 276:2,5,15
285:20 295:19
296:18,20 300:9,19
302:12
**ways**  23:15 156:13
266:13 306:5
**we've**  16:11 34:9,18
36:13 42:11 44:18
46:4 53:7,8,19 54:2
59:6 61:18 104:2,3
109:4 113:15 117:2
121:18 135:3,7
162:23 181:6 221:8
221:23 229:13
232:2 244:3,12
245:24,24 246:3
247:8,13 249:16
273:10 276:5,7
278:14
**web**  118:4,8,8
120:18 123:25
124:2,11,15,24
125:7,12 157:25
158:4 232:5,6
235:23 249:7 254:7
255:21 260:21,23
268:6,16 280:10
281:15,19,24 282:2
282:16,17,19 293:7
301:14 306:3
**webmd**  148:17
241:5,9,15,18 244:4
245:15,15,16
252:15 253:24
269:19 280:4,13
282:4 316:20,24
317:7
**webmd's**  241:20,21

**webmds**  253:19
**website**  6:14 12:10
12:19,21,24 13:7
22:21 23:3 25:2
30:15 35:8 39:12,17
40:20 52:2 57:8,18
58:10 59:18 67:4,8
68:11 80:12 83:11
83:16 87:10 90:13
96:12,16 101:18
104:25 105:6,16,23
109:25 110:7
118:11 120:4
121:23 122:11
124:18,22 125:22
126:3,6,13 127:3,15
127:24 129:6 138:5
138:17 139:12
142:5 145:2,17
146:13,14,21,22
167:18 168:25
169:13 187:3 188:6
188:19 189:5 190:5
191:10 193:20,24
194:7 195:4 196:5
196:19 197:5
211:13 212:12,23
213:2 217:15,24
221:10,15,24 222:7
222:11,20 223:5,16
225:14,15 229:19
229:25 232:10,14
235:18 236:15
237:21 238:23
248:16 253:20
254:2 255:8 258:7
260:18 271:8
274:19 275:7,12
276:20 277:25
280:17 283:18
284:22,24 288:11
291:11 293:24
294:7,12,23 295:23
296:6 301:22
302:12 304:16

309:5 310:17
312:10 315:13,14
315:18
**websites**  114:2,7,10
122:24 231:14,15
242:6,8,9 243:9
244:2,23 248:22
253:8,14,15 281:13
301:9
**weeks**  142:18
181:16
**weighed**  175:4,14
**weighs**  175:11,18
**welcome**  16:17
**wellness.com**
315:13,19,20
**went**  8:5 15:7 23:7
24:21 35:17 36:5
70:10 75:7 86:12
93:19 94:13 143:15
143:25 144:6
180:18 189:8
198:19,22
**whereof**  324:19
**wholly**  234:21
**wife**  8:22 96:21
**willing**  19:2 184:8
238:10
**winning**  140:19,24
**wise**  146:3 258:25
**witness**  18:17,25
176:14 324:19
325:4
**women's**  46:19
**word**  10:19 25:23
152:18
**worded**  146:18
**words**  167:8
**work**  7:22 8:5,7
18:8,12 38:4 39:8
45:15 112:6 134:10
210:2 231:23 234:5
259:19 261:19,22
266:9 303:23 305:7
307:16 314:14,16

**worked**  8:9 66:4
111:9 176:9 182:18
182:18 209:20
**working**  27:6 58:20
65:13 236:12
268:20 303:18
**world**  148:9 149:16
253:19
**world's**  63:3
**worse**  24:12
**worth**  23:24 297:5,6
**write**  120:20 149:6
**written**  161:4 175:8
**wrong**  11:12 17:5
52:24 58:25 80:22
162:22,23 169:18
231:2
**wrongdiagnosis.c...**
268:8
**wrote**  208:24

| x |
|---|
| **x**  3:12 52:3 |

| y |
|---|

**yahoo**  255:2
**yeah**  8:2,4 17:14,18
20:22 33:7 41:7
51:8 53:18 69:5
70:25 78:24 79:6
115:20 118:10
122:16 132:21
138:7 142:10 151:6
152:4 155:19
158:14 159:11
170:7,10 174:25
175:7 177:4 178:22
191:14 201:15,18
228:24 234:9
239:10 240:10
246:21 252:12
258:22 266:25
278:17 291:20
292:9 309:22 312:9
313:9 316:17
319:24

EXHIBIT G

Attorneys' Eyes Only

**year**   7:15 23:22 36:8
   52:12 64:20 73:5
   82:11 85:9,15 86:13
   86:18 117:10,20
   118:18 127:12
   135:24 136:3,11
   187:2 190:3 290:10
   298:24 299:4,5,6,7
   299:8
**years**   23:23 42:20
   46:7,15,18 85:13,17
   95:19 120:9 134:8
   144:4,12 165:20
   177:14 199:12,14
   199:20 204:25
   205:3,7 218:22
   242:20 268:8
   276:25 279:12
**yep**   207:22 243:13
**york**   2:16 110:8
   140:3 226:10 227:4
   227:19 242:4
**young**   8:18 9:3,4,6
   9:13

EXHIBIT G