**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

      Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

---

Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Unopposed Motion for Leave to Exceed Page Limitations, and states in support:

1.      Health Grades is filing concurrently with this motion its Response in Opposition to MDx Medical, Inc.'s ("MDx") Motion for Sanctions [Dkt. 425] (hereafter, the "Response").

2.      The Response contains 19 pages and thus exceeds the Court's page limitations by four pages.  Good cause exists for allowing the Response to exceed the Court's page limitations by four pages.  The Motion for Sanctions – which was 20 pages long and thus exceeded the Court's page limitations by five pages – discusses a number of discovery issues that require extensive citations to the record and related arguments in the Response, as well as extensive case law citations and related arguments.  The additional four pages in the Response allows Health Grades to adequately address these issues.

3.      Undersigned counsel has conferred with counsel for MDx and certifies that MDx does not oppose the relief requested herein.

2004007274_1.doc

WHEREFORE, Health Grades respectfully requests that the Court grant its Unopposed

Motion for Leave to Exceed Page Limitations, and accept the Response containing 19 pages.

Respectfully submitted this 7th day of January, 2012.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vázquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@rothgerber.com
         kkosto@rothgerber.com
         jvazquez@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*

2004007274_1.doc

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2012, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Scott Murray
David Chunyi Lee
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: smurray@sillscummis.com
Email: dlee@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

*s/ Jesús M. Vázquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:      (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@rothgerber.com
            kkostolansky@rothgerber.com
            jvazquez@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*

2004007274_1.doc