**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

      Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

**MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION IN OPPOSITION TO
HEALTH GRADES' MOTION TO PRECLUDE MDX'S ADVICE-OF-COUNSEL
DEFENSE FOR VIOLATION OF LOCAL PATENT RULE 3-7, OR IN THE
ALTERNATIVE, TO COMPEL DISCOVERY RELATING TO OPINIONS-OF-
COUNSEL PURSUANT TO LOCAL PATENT RULE 3-7 AND RULES 30(A)(1) AND
37(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its

undersigned counsel, respectfully submits this Supplemental Submission in Opposition to Health

Grades' Motion to Preclude MDx's Advice-of-Counsel Defense, (Dkts. 219, 220), to advise the

Court of subsequent developments concerning a proposed (and accepted) resolution of this

motion.

1.      At the hearing on September 11, 2012, counsel for MDx advised the Court of this

compromise being considered (Dkt. 290, pp. 4-5:  "We've agreed on almost everything, but we

can't get one last piece, which is whether or not documents relating to the patent application

would be [the same] subject matter [and thus need to be produced] . . . .  But for that we would

have been able to resolve that motion . . . .").  Counsel for Health Grades did not dispute the

1

terms of this offered compromise (*Id.* p. 5: "Your Honor, it's true that events have evolved since we filed the original motion . . . .  [W]e did consider withdrawing the motion if they would give us the documents that we've been asking for from the beginning, and so as of this morning the answer I keep hearing about that is no.").

2.      Given the Court's understandable hope that the parties could resolve this motion, and thereby spare the Court the burden associated with reviewing it, and Health Grades' unequivocal earlier agreement to these terms for compromise, counsel for MDx continued working on this possible resolution and was able to accept the compromise.  Health Grades, however, then reversed course, and now will not withdraw the motion despite its offer to resolve the motion and the MDx agreement to the compromise terms.

3.      MDx respectfully submits that Health Grades should be held to the proposal it offered.  The terms of this agreement are as follows:

(1) MDx will not rely on the Maldjian opinion for defense of willfulness;

(2) MDx will produce the author of the Sills Cummis opinion, Mr. Braginsky, for deposition; and

(3) MDx will produce the withheld documents relating to the patent application.

4.      If the Court does not hold Health Grades to its agreement, or otherwise is inclined to consider any ruling with more serious consequences for MDx, MDx respectfully requests a hearing and oral argument.

Dated:  September 27, 2012

Respectfully submitted,

*s/ Terence M. Ridley*
Terence M. Ridley
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:  (303) 244-1879
E-mail: ridley@wtotrial.com

Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel:  (212) 643-7000
Fax:  (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2012, I electronically filed the foregoing MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION IN OPPOSITION TO HEALTH GRADES' MOTION TO PRECLUDE MDX'S ADVICE-OF-COUNSEL DEFENSE FOR VIOLATION OF LOCAL PATENT RULE 3-7, OR IN THE ALTERNATIVE, TO COMPEL DISCOVERY RELATING TO OPINIONS-OF-COUNSEL PURSUANT TO LOCAL PATENT RULE 3-7 AND RULES 30(A)(1) AND 37(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Robert Charles Blume**
  rblume@gibsondunn.com,
  ralfrey@gibsondunn.com

- **Gregory B. Kanan**
  gkanan@rothgerber.com,
  dgrooms@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com,
  dgrooms@rothgerber.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Scott Butler Murray**
  smurray@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com,
  norris@wtotrial.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com,
  gcaceres@sillscummis.com

- **Jesus Manuel Vazquez , Jr**
  jvazquez@rothgerber.com,
  phenke@rothgerber.com

*s/ Terence M. Ridley*
Terence M. Ridley
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:  (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorney for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM