IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

An adequate showing having been made under D.C.COLO.LCivR 7.2,

IT IS ORDERED:

(1) **MDx Medial, Inc.'s Motion for Leave to Restrict Access to Document Nos. 329, 329-1, and 329-3** [Doc. # 353] is GRANTED;

(2) **MDx Medical, Inc.'s Unopposed Motion for Leave to Restrict Access to Document Nos. 368, 368-2, 371-1, 372-2, 375-1, 375-2, and 369-23** [Doc. # 400] is GRANTED;

(3) **Health Grades, Inc.'s Unopposed Motion to Restrict Access to Documents 369, 369-13, 369-14, 369-15, 372-2, 375-1, and 375-2** [Doc. # 401] is GRANTED;

(4) **Parties' Joint Unopposed Motion for Leave to Restrict Access to Document Nos. 404, 404-3, 404-4, 404-5, 404-6, 404-9, 404-10, 405, 405-3, 405-4, 405-5, 405-6, 405-9, 411-1, 411-2, 411-3, 411-5, 412-1, 412-2, 412-4, & 433-5** [Doc. # 459] is GRANTED; and

(5) **MDx's Unopposed Motion for Leave to Restrict Access to Document Nos. 446 and 446-2** [Doc. # 466] is GRANTED.

DATED:  January 14, 2013