IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S UNOPPOSED MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE IN LIGHT OF THE COURT'S ORDER GRANTING HEALTH GRADES, INC.'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, pursuant to Federal Rules of Civil Procedure 16(b)(4), D.C.Colo.LCivR 6.1(C) and (D), D.C.Colo.LCiv.R 7.1, Judge Philip A. Brimmer's Practice Standards Section I.G., and Sections 12 and 13 of the Scheduling Order in this case, respectfully submit this Unopposed Motion to Extend the Dispositive Motion Deadline in light of the Court's Order Granting Health Grades, Inc.'s Motion for Leave to Amend its Complaint (the "Motion"):

### CONFERRAL PURSUANT TO D.C.COLO.LCIVR 7.1(A)

Pursuant to D.C.COLO.LCivR 7.1(A), undersigned counsel for MDx conferred with counsel for Health Grades, Inc. ("Health Grades"), Jesus Vasquez, regarding the relief requested in this Motion, on January 17, 2013. Counsel for Health Grades stated that Health Grades does not oppose the relief requested by MDx in this Motion.

**UNOPPOSED MOTION**

MDx respectfully requests that the dispositive motions deadline in this case be extended to January 18, 2013, the date of the filing of this Motion. Good cause exists for extending the dispositive motions deadline in this case in this manner:

1. Pursuant to the Court's Order (Dkt. # 360), the parties' dispositive motions deadline was previously extended to November 2, 2012. MDx seeks an extension of time of up to and including the filing date of this Motion, January 18, 2013.

2. This extension is necessary because on January 11, 2013, the Court granted Health Grades' motion for leave to amend its complaint (Dkt. # 480) and entered Health Grades' First Amended Complaint (Dkt. # 481) on the same date.

3. Health Grades' First Amended Complaint added three new claims against MDx: joint infringement (Dkt. # 481, ¶ 17), induced infringement (Dkt. # 481, ¶ 26), and contributory infringement (Dkt. # 481, ¶ 27). These new claims were not asserted by Health Grades against MDx in this case until the Court entered Health Grades' First Amended Complaint on January 11, 2013. As such, MDx was not able to file a summary judgment motion on Health Grades' proposed amended claims until these claims were entered by the Court on January 11, 2013 – which was after the dispositive motion deadline of November 2, 2012.

4. In its January 11, 2013 Court Order, the Court indicated that MDx's arguments that there is no evidence to support Health Grades' proposed amended claims are "appropriate in a motion for summary judgment, but they are not proper at this stage of the proceedings." Dkt. # 480, at 2. Although the Court noted that the appropriate means to contest the merits of Health Grades' newly added claims would be through a motion for summary judgment, given that the

2

current dispositive motion deadline (November 2, 2012) has past, MDx is unable to file such motion without an extension of this deadline by the Court.

5.     Additional time is, therefore, necessary for MDx to file a motion for summary judgment challenging Health Grades' new claims against MDx.

6.     MDx has worked diligently to prepare its summary judgment motion against Health Grades' new claims and accordingly requests only a modest extension of the dispositive motion deadline beyond the date of the Court's January 11, 2013 Order – up to and including the date this Motion is filed, January 18, 2013.

7.     Simultaneously with this Motion, MDx respectfully submits its 22-page Motion for Summary Judgment of No Infringement with regard to Amended Complaint and Allegations Relating to Aetna Life Insurance Company, attached hereto as Exhibit 1.  Attachments to the Motion for Summary Judgment of No Infringement with regard to Amended Complaint and Allegations Relating to Aetna Life Insurance Company include the Declaration of David C. Lee (the "Lee Declaration") and Exhibits A-G to the Lee Declaration.

8.     No party will be prejudiced by an order granting this motion.

9.     This Motion is not brought for any improper purpose.

10.    The requested extension of time will not impact the Pretrial Conference scheduled for January 31, 2013.  The Parties, either jointly or solely, have sought amendments of the dispositive motion deadline on six previous occasions and the Court granted each motion – *see* Dkt. #s 134, 162, 251, 271, 328, and 360.  Copies of this Motion will simultaneously be served on MDx by undersigned counsel.

WHEREFORE, for good cause shown, as discussed above, MDx respectfully requests the Court to grant an extension of the parties' deadline to file dispositive motions up to and including January 18, 2013 and to enter MDx's attached Motion for Summary Judgment of No Infringement with regard to Amended Complaint and Allegations Relating to Aetna Life Insurance Company together with the Lee Declaration and Exhibits A-G to the Lee Declaration for this Court's consideration:

Dated:  January 18, 2013

Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

4

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S UNOPPOSED MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE IN LIGHT OF THE COURT'S ORDER GRANTING HEALTH GRADES, INC.'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Gregory B. Kanan**
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

       *s:/ Vincent M. Ferraro*