IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## DECLARATION OF DAVID C. LEE

David C. Lee, being of full age, hereby declares and states as follows:

1. My name is David C. Lee. I am over the age of 18 years, and have personal knowledge of the facts stated herein.

2. I am an associate at Sills Cummis & Gross P.C., attorneys for Defendant MDx Medical, Inc. ("MDx"). I submit this declaration in support of MDx Medical, Inc.'s Motion For Summary Judgment Of No Infringement With Regard To Amended Complaint and Allegations Relating to Aetna Life Insurance Company.

3. Attached hereto as Exhibit A is a true and correct copy of Health Grades, Inc.'s First Amended Complaint and Demand for Jury Trial entered by the Court on January 11, 2013.

4. Attached hereto as Exhibit B are true and correct copies of document discovery containing the Master Business Agreement between Aetna Life Insurance Company and MDx Medical, Inc. ("MBA") and Schedule 001 to the MBA.

5.  Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 7,752,060 (the "'060 patent").

6.  Attached hereto as Exhibit D is a true and correct copy of Health Grade's claim chart alleging infringement against the iTriage Application and MDx.

7.  Attached hereto as Exhibit E are true and correct copies of portions of the prosecution file history of the patent application leading to the '060 patent.

8.  Attached hereto as Exhibit F is a true and correct copy of document discovery containing Health Grades' Physician Quality Report for Dr. Stephen Scott Martin, MD, dated September 15, 2004.

9.  Attached hereto as Exhibit G are true and correct copies of portions of the transcript of the deposition of David Hall taken on October 4, 2012.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/18/2013

DAVID C. LEE