# EXHIBIT G

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2              IN THE UNITED STATES DISTRICT COURT

3                  FOR THE DISTRICT OF COLORADO

4        Case No. 11-CV-00520-PAB-BNB

5        _____

6        DEPOSITION OF DAVID HALL

7        October 4, 2012

8        _____

9

         HEALTH GRADES, INC.,

10

         Plaintiff,

11

         v.

12

         MDX MEDICAL, INC. d/b/a VITALS.COM,

13

         Defendant.

14       _____

15

16

17

18

19

20

21

22

23

24

25       Job No. NJ1339309

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                                    Page 2

 1             CONFIDENTIAL - ATTORNEYS EYES ONLY
 2     APPEARANCES:
 3         ROTHGERBER JOHNSON & LYONS LLP
              By Jesus Manuel Vazquez Jr., Esq.
 4                1200 Seventeenth Street
                  Suite 3000
 5                Denver, CO 80202-5855
                  Phone: 303.623.9000
 6                Fax: 303.623.9222
                  jvazquez@rothgerber.com
 7                Appearing on behalf of the
                  Plaintiff
 8
           SILLS CUMMIS & GROSS, PC
 9            By Scott D. Stimpson, Esq.
                  30 Rockefeller Plaza
10                New York, NY 10112
                  Phone: 212.643.7000
11                Fax: 212.653.6500
                  sstimpson@sillscummis.com
12                Appearing on behalf of the
                  Defendant
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 3

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2              Pursuant to Notice and the Federal Rules of

3    Civil Procedure, the Deposition of David Hall, called

4    by Defendant, was taken on Thursday, October 4, 2012,

5    commencing at 8:32 a.m., at 1200 Seventeenth Street,

6    Suite 3000, Denver, Colorado, before Kelly A.

7    Mackereth, Certified Shorthand Reporter, Registered

8    Professional Reporter, Certified Realtime Reporter

9    and Notary Public within Colorado.

10

                    *  *  *  *  *  *  *

11

                        I N D E X

12

13   EXAMINATION                                 PAGE

14     EXAMINATION                                 6

       BY MR. STIMPSON

15     EXAMINATION                                308

       BY MR. VAZQUEZ

16     FURTHER EXAMINATION                        312

       BY MR. STIMPSON

17

18   PRODUCTION REQUEST(S):

19     None.

20

21

22

23

24

25

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 6

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2                     * * * * * * *

3                  P R O C E E D I N G S

4                     DAVID HALL,

5      having been first duly sworn, was examined and

6      testified as follows:

7                  (Exhibits 75 and 75A marked.)

8                     EXAMINATION

9      BY MR. STIMPSON:

10         Q     Good morning, Mr. Hall.

11         A     Good morning.

12         Q     I'm Scott Stimpson.  I'm going to be

13     taking your deposition today.  You've had your

14     deposition taken many times, I'm sure?

15         A     Yes.

16         Q     How many times have you been deposed

17     before?

18         A     I don't know the exact number.  Probably

19     more than a couple of dozen.

20         Q     Okay.  So I'll be asking -- you know how

21     this works, but I'll be asking you questions.  If

22     there's anything that you don't understand, just let

23     me know and I'll try to clarify it for you, okay?

24         A     Yes.

25         Q     Did you get a chance to -- so you've --

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                      Page 288

 1           CONFIDENTIAL - ATTORNEYS EYES ONLY

 2    appointments?

 3           A     I believe so.

 4           Q     And Vitals also gives information on

 5    preparation for doctor visits, right?

 6           A     I would want to look specifically.  I

 7    don't recall that specific one, but I'm not

 8    contesting it.

 9           Q     That's okay.  Would you agree that people

10    generally don't go into a search bar and type in

11    vitals.com or healthgrades.com?

12                 MR. VAZQUEZ:  Form.

13           A     I think, yes.  As measured on the overall

14    web traffic that goes to those sites, I would agree

15    that that would not be the predominant way a visitor

16    would get there.

17           Q     (BY MR. STIMPSON)  So would you agree that

18    what drives consumers to web properties like Vitals

19    and Health Grades on physician searches is at least

20    in part how well the company's search engine is

21    optimized?

22           A     Yes, and that relates to content and

23    relevance.

24           Q     Would you agree with me that SEO is the

25    biggest factor on whether consumers search for
```