**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**PROPOSED ORDER GRANTING MDX MEDICAL, INC.'S UNOPPOSED MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE IN LIGHT OF THE COURT'S ORDER GRANTING HEALTH GRADES, INC.'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

---

This Court, having read and considered MDx Medical, Inc.'s Unopposed Motion to Extend the Dispositive Motion Deadline in light of the Court's Order Granting Health Grades, Inc.'s Motion for Leave to Amend its Complaint [Dkt. # ___, filed January 18, 2013] (the "Motion"), concludes that, good cause having been shown, the requested extension to the deadline to file dispositive motions is appropriate; accordingly

IT IS ORDERED that the Motion is GRANTED, and Defendant MDx Medical, Inc.'s Motion For Summary Judgment Of No Infringement With Regard To Amended Complaint And Allegations Relating To Aetna Life Insurance Company [Dkt. # ___] together with the Declaration of David C. Lee and Exhibits A-G to Declaration of David C. Lee is accepted for filing.

DATED _____            BY THE COURT: _____