IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    **MDx's Unopposed Motion to Extend the Dispositive Motion Deadline** [Doc. # 485, filed 1/18/2013] is GRANTED; and

      (2)    The Clerk of the Court is directed to accept for filing MDx's Motion for Summary Judgment [Doc. # 485-1].

DATED:  January 22, 2013