# EXHIBIT G

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1      CONFIDENTIAL - ATTORNEYS EYES ONLY
2        IN THE UNITED STATES DISTRICT COURT
3           FOR THE DISTRICT OF COLORADO
4    Case No. 11-CV-00520-PAB-BNB
5    _____
6    DEPOSITION OF DAVID HALL
7    October 4, 2012
8    _____
9
     HEALTH GRADES, INC.,
10
     Plaintiff,
11
     v.
12
     MDX MEDICAL, INC. d/b/a VITALS.COM,
13
     Defendant.
14   _____
15
16
17
18
19
20
21
22
23
24
25   Job No. NJ1339309

Veritext/NJ Reporting Company
800-227-8440                                    973-410-4040

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 2

1         CONFIDENTIAL - ATTORNEYS EYES ONLY
2    APPEARANCES:
3        ROTHGERBER JOHNSON & LYONS LLP
            By Jesus Manuel Vazquez Jr., Esq.
4              1200 Seventeenth Street
               Suite 3000
5              Denver, CO 80202-5855
               Phone: 303.623.9000
6              Fax: 303.623.9222
               jvazquez@rothgerber.com
7              Appearing on behalf of the
               Plaintiff
8
         SILLS CUMMIS & GROSS, PC
9           By Scott D. Stimpson, Esq.
               30 Rockefeller Plaza
10             New York, NY 10112
               Phone: 212.643.7000
11             Fax: 212.653.6500
               sstimpson@sillscummis.com
12             Appearing on behalf of the
               Defendant
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 3

1        CONFIDENTIAL - ATTORNEYS EYES ONLY
2            Pursuant to Notice and the Federal Rules of
3    Civil Procedure, the Deposition of David Hall, called
4    by Defendant, was taken on Thursday, October 4, 2012,
5    commencing at 8:32 a.m., at 1200 Seventeenth Street,
6    Suite 3000, Denver, Colorado, before Kelly A.
7    Mackereth, Certified Shorthand Reporter, Registered
8    Professional Reporter, Certified Realtime Reporter
9    and Notary Public within Colorado.
10
                      * * * * * * *
11
                        I N D E X
12
13   EXAMINATION                                     PAGE
14    EXAMINATION                                       6
      BY MR. STIMPSON
15    EXAMINATION                                     308
      BY MR. VAZQUEZ
16    FURTHER EXAMINATION                             312
      BY MR. STIMPSON
17
18   PRODUCTION REQUEST(S):
19    None.
20
21
22
23
24
25

Veritext/NJ Reporting Company
800-227-8440                                     973-410-4040

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 6

1       CONFIDENTIAL - ATTORNEYS EYES ONLY
2                    * * * * * * *
3                   P R O C E E D I N G S
4                      DAVID HALL,
5    having been first duly sworn, was examined and
6    testified as follows:
7                (Exhibits 75 and 75A marked.)
8                      EXAMINATION
9    BY MR. STIMPSON:
10       Q    Good morning, Mr. Hall.
11       A    Good morning.
12       Q    I'm Scott Stimpson.  I'm going to be
13   taking your deposition today.  You've had your
14   deposition taken many times, I'm sure?
15       A    Yes.
16       Q    How many times have you been deposed
17   before?
18       A    I don't know the exact number.  Probably
19   more than a couple of dozen.
20       Q    Okay.  So I'll be asking -- you know how
21   this works, but I'll be asking you questions.  If
22   there's anything that you don't understand, just let
23   me know and I'll try to clarify it for you, okay?
24       A    Yes.
25       Q    Did you get a chance to -- so you've --

CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 288

1       CONFIDENTIAL - ATTORNEYS EYES ONLY
2    appointments?
3        A    I believe so.
4        Q    And Vitals also gives information on
5    preparation for doctor visits, right?
6        A    I would want to look specifically.  I
7    don't recall that specific one, but I'm not
8    contesting it.
9        Q    That's okay.  Would you agree that people
10   generally don't go into a search bar and type in
11   vitals.com or healthgrades.com?
12           MR. VAZQUEZ:  Form.
13       A    I think, yes.  As measured on the overall
14   web traffic that goes to those sites, I would agree
15   that that would not be the predominant way a visitor
16   would get there.
17       Q    (BY MR. STIMPSON)  So would you agree that
18   what drives consumers to web properties like Vitals
19   and Health Grades on physician searches is at least
20   in part how well the company's search engine is
21   optimized?
22       A    Yes, and that relates to content and
23   relevance.
24       Q    Would you agree with me that SEO is the
25   biggest factor on whether consumers search for