**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**HEALTH GRADES, INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE SECTIONS OF MDX MEDICAL, INC.'S OPPOSITION TO HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR FAILURE TO FOLLOW THE COURT'S JUNE 2012 PRACTICE STANDARDS (CIVIL CASES)**

Plaintiff Health Grades, Inc. ("Health Grades") respectfully submits its Reply in Support of its Motion to Strike Sections of MDx Medical, Inc.'s ("MDx") Opposition [Doc. # 407] (the "Opposition") to Health Grades' Motion for Partial Summary Judgment [Doc. # 369] (the "Motion for Summary Judgment") for Failure to Follow the Court's June 2012 Practice Standards (Civil Cases) [Doc. # 440] (the "Motion to Strike").

MDx explains that it chose to deviate from the Court's rules in order to "make the understanding and analysis easier for the Court," and that "[t]he way MDx did it was easier for everyone …" [Doc. # 472] at p. 2.  To the contrary, as discussed in the Motion to Strike, the way MDx did it significantly confused and complicated the briefing process.  *See* [Doc. # 440] at p. 5 (MDx did not differentiate between "disputed" and supposedly "undisputed" facts, thus "confusing and complicating the briefing process.").

2004025630_1.doc

MDx further rationalizes that following the Court's rules "would have been unwieldy and would have resulted in a longer, far more difficult to follow, brief." [Doc. # 472] at p. 2. However, it is hard to imagine a more unwieldy and more difficult to follow brief than MDx's Opposition. *See* [Doc. # 407].

MDx does not dispute that it failed to follow the Court's Practice Standards – instead it argues that its Opposition is "in substantial compliance" with the Practice Standards. [Dkt. 472] at p. 2. However, the Opposition *substantially deviates* from the Court's Practice Standards. The violations by MDx of multiple sections of the Court's Practice Standards, i.e., §§ III(F)(3)(b)(iv), III(F)(3)(b)(v), and III(F)(3)(b)(vii), are significant, not merely technical or procedural. *See* [Doc. # 440].

Thus, for the reasons discussed in the Motion to Strike and in this reply, Health Grades respectfully requests the Court grant its Motion to Strike and grant it the following relief:

    a. An order deeming the following Statements of Undisputed Fact in Health Grades' Motion admitted without qualification: SUMF ¶¶ 5-6, 7, 10, 13-15, 17, 19-20, 22, 25-27, 31, 33-42, 44-45, 49-53, 55-56, 61-63, 65, 67, and 70;

    b. An order striking the arguments from paragraphs 5-6, 7, 10, 13-15, 17, 19-20, 22, 25-27, 31, 33-42, 44-45, 49-53, 55-56, 61-63, 65, 67, and 70 from Section I of MDx's Opposition; and

    c. An order striking the entire Section II of MDx's Opposition, or at a minimum striking the following additional fact paragraphs from this section: AF ¶¶ 2-3, 6-7, 10-20, 23-32, 34, 36, 39, 71, 74, 76, 85, 89, 93, 97, 101, 105, 109, 111-112, 116, 120, and 122-123.

    d.   An order awarding Health Grades its attorneys' fees for having to sort out and respond to the non-compliant Response.

Respectfully submitted on January 22, 2013.

                      ROTHGERBER JOHNSON & LYONS LLP

                      *s/ Jesús M. Vazquez*
                      Gregory B. Kanan, Esq.
                      Kris J. Kostolansky, Esq.
                      Jesús M. Vázquez, Jr., Esq.
                      1200 17th Street, Suite 3000
                      Denver, Colorado  80202
                      Tel:  (303) 623-9000
                      Fax:  (303) 623-9222
                      Email: gkanan@rothgerber.com
                                kkosto@rothgerber.com
                                jvazquez@rothgerber.com

                      *Attorneys for Plaintiff Health Grades, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2013, I electronically filed the foregoing **HEALTH GRADES, INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE SECTIONS OF MDX MEDICAL, INC.'S OPPOSITION TO HEALTH GRADES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR FAILURE TO FOLLOW THE COURT'S JUNE 2012 PRACTICE STANDARDS (CIVIL CASES)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Scott Murray
David Chunyi Lee
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: smurray@sillscummis.com
Email: dlee@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

                                                  *s/ Jesús M. Vazquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@rothgerber.com
       kkostolansky@rothgerber.com
       jvazquez@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*

4