**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**PARTIES' JOINT MOTION FOR ONE-DAY EXTENSION OF TIME TO SUBMIT PROPOSED PRETRIAL ORDER**

---

Plaintiff Health Grades, Inc. ("Health Grades"), and Defendant MDx Medical, Inc. d/b/a Vitals.com ("MDx")(collectively, the "Parties"), by their respective undersigned counsel, pursuant to Federal Rules of Civil Procedure 16(b)(4), D.C.Colo.LCivR 6.1(C) and (D), D.C.Colo.LCiv.R 7.1, and Sections 12 and 13 of the Scheduling Order in this case, respectfully submit their Joint Motion For One-Day Extension of Time to Submit Proposed Pretrial Order, and state in support:

**Conferral pursuant to D.C.Colo.LCivR 7.1(A)**

Undersigned counsel have conferred with each other regarding the relief requested herein and have agreed to the relief sought in this motion.

**JOINT MOTION**

1.    Pursuant to the Court's Order dated October 31, 2012 [Dkt. 364], the deadline to submit the Parties' proposed Pretrial Order is January 24, 2013. The Parties seek a one-day extension of time to submit the proposed Pretrial Order.

1

2.      Lead counsel for MDx has been in India since January 20, 2013, and will remain in India until January 25, 2013. The first draft of the proposed Pretrial Order was circulated among the Parties during MDx lead counsel's stay in India. Due to time difference between India and the United States, and other factors, counsel for MDx experienced setbacks in working on the proposed Pretrial Order.

3.      Counsel for Health Grades states that it has completed the Health Grades portions of the proposed Pretrial Order. Counsel for MDx could have completed the MDx portions of the proposed Pretrial Order late night on January 24, 2013. But because lead counsel for Health Grades will not be available at that late hour, the Parties are unable to jointly finalize the proposed Pretrial Order on January 24, 2013.

4.      In view of the foregoing, the Parties need and request a one-day extension of time to finalize and submit the proposed Pretrial Order.

5.      The Parties do not request any change to the Pretrial Conference scheduled for January 31, 2013. The Parties previously sought amendments of the above deadline on three previous occasions – see Docket #s 160, 241 and 267. Copies of this Motion will simultaneously be served on Health Grades and MDx by their respective undersigned counsel.

WHEREFORE, for good cause shown, the Parties jointly and respectfully request that the Court grant their Motion and permit the Parties to submit the proposed Pretrial Order on January 25, 2013.

Respectfully submitted this 24th day of January, 2013.

        SILLS CUMMIS & GROSS P.C.

        *s/ Scott David Stimpson*
        Scott David Stimpson
        Scott B. Murray
        David Chunyi Lee
        30 Rockefeller Plaza, 25th Floor
        New York, NY 10112
        Tel: (212) 500-1550
        Fax: (212) 643-6500
        Email: sstimpson@sillscummis.com
                smurray@sillscummis.com
                dlee@sillscummis.com

        *Attorneys for Defendant/Counterclaimant MDx Medical, Inc. d/b/a Vitals.com.*

        ROTHGERBER JOHNSON & LYONS LLP

        *s/ Jesús M. Vázquez, Esq.*
        Kris J. Kostolansky, Esq.
        Jesús M. Vázquez, Jr., Esq.
        Gregory B. Kanan, Esq.
        1200 17th Street, Suite 3000
        Denver, Colorado 80202
        Tel: (303) 623-9000
        Fax: (303) 623-9222
        Email: kkosto@rothgerber.com
               jvazquez@rothgerber.com
               gkanan@rothgerber.com

        *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2013, I electronically filed the foregoing PARTIES' JOINT MOTION FOR ONE-DAY EXTENSION OF TIME TO SUBMIT PROPOSED PRETRIAL ORDER with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Gregory B. Kanan**
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

    _s:/David C. Lee_