IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**PARTIES' JOINT MOTION FOR AN EXTENSION OF TIME THROUGH JANUARY 28, 2013 TO SUBMIT PROPOSED PRETRIAL ORDER**

Plaintiff Health Grades, Inc. ("Health Grades"), and Defendant MDx Medical, Inc. d/b/a Vitals.com ("MDx") (collectively, the "Parties"), by their respective undersigned counsel, pursuant to Federal Rules of Civil Procedure 16(b)(4), D.C.Colo.LCivR 6.1(C) and (D), D.C.Colo.LCiv.R 7.1, and Sections 12 and 13 of the Scheduling Order in this case, respectfully submit their Joint Motion For An Extension of Time Through January 28, 2013 to Submit Proposed Pretrial Order, and state in support:

**Conferral pursuant to D.C.Colo.LCivR 7.1(A)**

Undersigned counsel have conferred with each other regarding the relief requested herein and have agreed to the relief sought in this motion.

**JOINT MOTION**

1.    Pursuant to the Court's Order dated October 31, 2012 [Dkt. 364], the deadline to submit the Parties' proposed Pretrial Order was January 24, 2013.

2.    On January 22, 2013, counsel for Health Grades circulated a first draft of the proposed Pretrial Order to counsel for MDx. The draft contained approximately thirteen (13)

1

pages of Health Grades' claims and defenses, and stated "Defendant MDx has been directly infringing at least claims 1 and 15 of the '060 Patent …" and "Defendant MDx has been indirectly infringing at least claims 1 and 15 of the '060 Patent …". Claims 1 and 15 of the '060 Patent are the two independent claims of the patent.  In his cover email to the draft, Health Grades' counsel wrote "[a]s I discussed with Scott Murray earlier today, these are works in progress and we anticipate adding to and revising HG's sections of the proposed pretrial order."

3. On the evening of January 24, 2013, believing that they were close to finalizing the proposed Pretrial Order, the Parties jointly requested, and the Court subsequently granted, a one-day extension of time for them to submit the proposed Pretrial Order on January 25, 2013 [Dkt. 492, 494].

4. On January 25, 2013, counsel for MDx circulated for the first time MDx's claims and defenses for insertion into the Pretrial Order.  Based on the draft that Health Grades circulated on January 22, 2013, as described in paragraph 2 above, MDx assumed that Health Grades intended to drop its claims that MDx infringes the dependent claims of the '060 Patent, and thus did not address those claims in its claims and defenses.  When counsel for Health Grades circulated another draft of the proposed Pretrial Order to counsel for MDx, it contained 17 additional pages in its claims and defenses section that summarized Health Grades' claims that MDx infringes dependent claims 4-9, 14 and 16 of the '060 Patent.

5. In view of the foregoing, counsel for MDx needs and requests additional time through Monday, January 28, 2013, to add MDx's defenses to Health Grades' claims that MDx infringes the dependent claims 4-9, 14 and 16 of the '060 Patent.

2

6. In view of the foregoing, the Parties request an extension of time through January 28, 2013, to finalize and submit their joint, proposed Pretrial Order.

7. The Parties do not request any change to the Pretrial Conference scheduled for January 31, 2013. The Parties previously sought amendments of the above deadline on four previous occasions – see Docket #s 160, 241, 267 and 492. Copies of this Motion will simultaneously be served on Health Grades and MDx by their respective undersigned counsel.

WHEREFORE, for good cause shown, the Parties jointly and respectfully request that the Court grant their Motion and permit the Parties to submit the proposed Pretrial Order on January 28, 2013.

Respectfully submitted this 25th day of January, 2013.

SILLS CUMMIS & GROSS P.C.

*s/ Scott B. Murray*
Scott David Stimpson
Scott B. Murray
David Chunyi Lee
30 Rockefeller Plaza, 25th Floor
New York, NY  10112
Tel:  (212) 500-1550
Fax:  (212) 643-6500
Email:  sstimpson@sillscummis.com
          smurray@sillscummis.com
          dlee@sillscummis.com

*Attorneys for Defendant/Counterclaimant MDx Medical, Inc. d/b/a Vitals.com.*

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vázquez, Esq.*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: kkosto@rothgerber.com
           jvazquez@rothgerber.com
           gkanan@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2013, I electronically filed the foregoing PARTIES' JOINT MOTION FOR AN EXTENSION OF TIME THROUGH JANUARY 28, 2013 TO SUBMIT PROPOSED PRETRIAL ORDER with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez , Jr.**
  jvazquez@rothgerber.com, phenke@rothgerber.com

- **Gregory B. Kanan**
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- **Kris John Kostolansky**
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Scott B. Murray**
  smurray@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                           _s:/David C. Lee_