IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Parties' Joint Motion for an Extension of Time Through January 28, 2013 to Submit Proposed Pretrial Order** [docket no. 496, filed January 26, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the parties may submit the proposed Pretrial Order on or before **January 28, 2013**.


DATED:  January 28, 2013