IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | | |
|---|---|---|
| Civil Action: | 11-cv-00520-PAB-BNB | Date: January 31, 2013 |
| Courtroom Deputy: | Julie Dynes        FTR: | BNB COURTROOM A-401 |

---

| *Parties* | *Attorney(s)* |
|---|---|
| HEALTH GRADES, INC | *Jesus M. Vazquez Jr.* |
| | *Kris J. Kostolansky* |
| | *Gregory B. Kanan* |
| **Plaintiff(s)** | |
| v. | |
| MDX MEDICAL, INC | *Scott D. Stimpson* |
| | *David C. Lee* |
| | *Terence M. Ridley* |
| **Defendant(s)** | |

---

### COURTROOM MINUTES

---

**PRETRIAL CONFERENCE**

Court in Session:  8:58 a.m.

Appearance of counsel.

Discussion held on whether or not the case is ready for trial.  Proposed Pretrial Order reviewed.

**ORDERED:  The proposed Pretrial Order was not approved; a further pretrial conference is Set for March 6, 2013 at 8:30 a.m., proposed Pretrial Order is to be submitted on or before March 1, 2013.**

Court in Recess:  9:36 a.m.    Hearing concluded.    Total time in court: 00:38