IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com,

Defendant.

_____

## ORDER
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED:

(1)   A supplemental final pretrial conference is set for **March 6, 2013, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado; and

(2)   The parties shall submit a revised proposed final pretrial order on or before **March 1, 2013**, modified as discussed at the pretrial conference this morning.

Dated January 31, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge