IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    **MDx Medical, Inc.'s Motion for Leave to Restrict Access** [Doc. # 322, filed 10/10/2012] is GRANTED;

    (2)    Doc. ## 292, 292-1, 292-8, 292-10, 292-12, 292-14, and 305-1 are RESTRICTED, Level 1; and

    (3)    The following documents are not restricted and shall be open to public inspection: Doc. ## 292-2, 292-3, 292-4, 292-5, 292-6, 292-7, 292-9, 292-11, 292-13, 305, 305-2, 305-3, 305-4, 305-5, and 305-6.

DATED:  February 4, 2013