**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**PROPOSED ORDER GRANTING MDX MEDICAL, INC.'S
UNOPPOSED MOTION FOR LEAVE TO AMEND ITS
MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT [DOC. # 490]
WITH REGARD TO AMENDED COMPLAINT**

---

This Court, having read and considered MDx Medical, Inc.'s Unopposed Motion for Leave to Amend Its Motion For Summary Judgment of No Infringement [Doc. # 490] with Regard to Amended Complaint [Doc. # ___, filed February 7, 2013] (the "Motion"), concludes that, good cause having been shown, the requested amendment is appropriate; accordingly

IT IS ORDERED that the Motion is GRANTED, and Defendant MDx Medical, Inc.'s Motion For Summary Judgment of No Infringement [Doc. # 490] is amended as requested.

DATED _____        BY THE COURT: _____