IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    **MDx's Unopposed Motion for Leave to Restrict Access** [Doc. # 506, filed 2/1/2013] is GRANTED; and

    (2)    Access to Doc. ## 486-1 and 486-2 is RESTRICTED, Level 1 .


DATED:  February 8, 2013