THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**HEALTH GRADES, INC.'S *UNOPPOSED* MOTION PURSUANT TO FED. R. CIV. P. 15(a)(2) FOR LEAVE TO AMEND ITS FIRST AMENDED COMPLAINT AND TO FILE ITS SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Unopposed Motion Pursuant to Fed. R. Civ. P. 15(a)(2) for Leave to Amend its First Amended Complaint and to File its Second Amended Complaint and Demand for Jury Trial:

1. Undersigned counsel certifies that he conferred with counsel for MDx Medical, Inc. ("MDx") and that MDx does not oppose the relief requested herein. Specifically, counsel for MDx provided MDx's written consent to the amendment via email on February 6, 2013, and confirmed via email that MDx does not oppose the relief requested herein on February 9, 2013.

2. On January 11, 2013, the Court granted Health Grades' Motion for Leave to Amend Its Complaint to Assert Causes of Action for Joint Infringement and Indirect Infringement, and directed the Clerk of the Court to accept for filing Health Grades' First Amended Complaint and Demand for Jury Trial [Doc. # 480].

3. The parties have subsequently conferred regarding the new causes of action for

joint infringement and indirect infringement.  In light of the Federal Circuit's intervening ruling in *Akamai Technologies, Inc. v. Limelight Networks, Inc*., 692 F.3d 1301 (Fed.Cir. 2012), and given the similar scope of relief and remedies available for indirect infringement and joint infringement, Health Grades has informed MDx that it will withdraw its joint infringement claim and file the instant motion and amended complaint to that effect.  Health Grades' Second Amended Complaint and Demand for Jury Trial is attached to this motion as Exhibit 1.

4. As discussed in paragraph 1 above, Health Grades has amended its complaint once before in this action.  Under these circumstances, Fed. R. Civ. P. 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires."

5. MDx has consented in writing to the amendment.  Health Grades respectfully requests the Court grant its motion and order that Health Grades' Second Amended Complaint and Demand for Jury Trial, attached hereto as Exhibit 1, be accepted for filing.

Respectfully submitted this 11th day of February, 2013.

                ROTHGERBER JOHNSON & LYONS LLP

                *s/ Jesús M. Vázquez*
                Gregory B. Kanan, Esq.
                Kris J. Kostolansky, Esq.
                Jesús M. Vázquez, Jr., Esq.
                1200 17th Street, Suite 3000
                Denver, Colorado  80202
                Tel:  (303) 623-9000
                Fax:  (303) 623-9222
                Email: gkanan@rothgerber.com
                          kkosto@rothgerber.com
                          jvazquez@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2013, I electronically filed the foregoing **HEALTH GRADES, INC.'S** *UNOPPOSED* **MOTION PURSUANT TO FED. R. CIV. P. 15(a)(2) FOR LEAVE TO AMEND ITS FIRST AMENDED COMPLAINT AND TO FILE ITS SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Mark Jon Rosenberg
David Chunyi Lee
Scott B. Murray
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
Email: ridley@wtotrial.com

                          *s/ Jesús M. Vazquez*
                          Gregory B. Kanan, Esq.
                          Kris J. Kostolansky, Esq.
                          Jesús M. Vázquez, Jr., Esq.
                          Rothgerber Johnson & Lyons, LLP
                          1200 17th Street, Suite 3000
                          Denver, Colorado 80202-5855
                          Tel:     (303) 623-9000
                          Facsimile: (303) 623-9222
                          Email: gkanan@rothgerber.com
                                        kkostolansky@rothgerber.com
                                        jvazquez@rothgerber.com

                          *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

3

4

2004055034_1