IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    **Health Grades'** *Unopposed* **Motion to Amend** [Doc. # 512, filed 2/11/2013] is GRANTED; and

    (2)    The Clerk of the Court is directed to accept for filing the Second Amended Complaint and Demand for Jury Trial [Doc. # 512-1].


DATED:  February 12, 2013