IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## AFFIDAVIT OF DAVID HALL

1. My name is David Hall. I am over 18 years of age and the statements made herein are true and correct and are based on my personal knowledge.

2. I am Managing Director in the Denver office of Alvarez & Marsal Global Forensic and Dispute Services, LLC, and have been retained by Health Grades, Inc., in the above captioned matter. I have issued expert reports in this matter on July 13, 2012, and July 20, 2012. My deposition in this matter was taken on October 4, 2012.

3. Health Grades is a private company, and the information I reviewed and analyzed in my expert reports regarding Health Grades' financial information, including overall revenues, advertising revenues, profit margins and incremental profit rates, licensing, pricing, and expenses, is non-public and competitively sensitive information. At my deposition I testified regarding this non-public and competitively sensitive information.

2004055774_1

**EXHIBIT 2**

4. At my deposition, counsel for Health Grades, Jesús M. Vázquez, requested that my testimony be designated as Confidential - Attorneys Eyes Only. Mr. Vázquez made this request to the court reporter, in the presence of counsel for MDx, Mr. Scott Stimpson, before Mr. Stimpson started his examination. It is my understanding that the phrase "CONFIDENTIAL – ATTORNEYS EYES ONLY" that appears at the top of each page of my deposition transcript reflects Mr. Vázquez' request that the transcript be designated that way.

I declare that the foregoing is true and correct based on my personal knowledge.

_David Hall_ (signature)

David Hall

STATE OF COLORADO   )
                   )  ss.
COUNTY OF DENVER    )

Subscribed and sworn to before me by David Hall this 12 day of February, 2013. WITNESS MY HAND AND OFFICIAL SEAL.

My Commission expires: 5/3/14.

DEBRA L. MENAUGH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20044002420
MY COMMISSION EXPIRES MAY 3, 2014

_Debra Menaugh_ (signature)
Notary Public