IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

### AFFIDAVIT OF ALLEN DODGE

---

1. My name is Allen Dodge. I am over 18 years of age and the statements made herein are true and correct and are based on my personal knowledge.

2. My deposition in this matter was taken on June 28, 2012. At the time of the deposition I was the Executive Vice President and Chief Financial Officer of Health Grades, Inc.

3. Health Grades is a private company. Information regarding Health Grades' revenues, profit margins, pricing, expenses, internal business strategies, monetization strategies, acquisitions and ownership interests, is non-public and competitively sensitive information. At my deposition I testified regarding this non-public and competitively sensitive information. Disclosure of this information would cause financial and competitive harm to Health Grades.

4. Because of the non-public and competitively sensitive nature of the information that I was going to testify about, counsel for Health Grades at my deposition, Jesús M. Vázquez,

2004051729_1

**EXHIBIT 3**

requested that my testimony be designated as Attorneys' Eyes Only. Mr. Vázquez made this request to the court reporter, in the presence of counsel for MDx, Mr. Scott Stimpson, before Mr. Stimpson had asked me any questions.

5.  Mr. Stimpson did not object to Mr. Vazquez' request that my testimony be designated Attorneys' Eyes Only.

6.  About four and a half hours later, in response to a question by Mr. Stimpson I specifically asked him to confirm that my testimony was still all designated Attorneys' Eyes Only. Mr. Stimpson reassured me that it was, and I thanked him and continued to testify. This exchange is shown on page 157 of the transcript of my deposition.

I declare that the foregoing is true and correct based on my personal knowledge.

_____
Allen Dodge

STATE OF COLORADO  )
                   )  ss.
COUNTY OF DENVER   )

Subscribed and sworn to before me by Allen Dodge this 8th day of February, 2013. WITNESS MY HAND AND OFFICIAL SEAL.

My Commission expires: __10/13/2015__.



Notary Public

2

2004051729_1