IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS**

Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Unopposed Motion for Leave to Exceed Page Limitations, and states in support:

1.    Health Grades is filing concurrently with this motion its Opposition to MDx Medical, Inc.'s ("MDx") Motion for Summary Judgment of No Infringement With Regard to Amended Complaint and Allegations Relating to Aetna Life Insurance Company [Doc. # 490] (hereafter, the "Opposition").

2.    The Court previously extended the page limits for summary judgment motion and response briefs to thirty pages. [Doc. # 330]  The Opposition contains 46 pages and thus exceeds the page limitations by 16 pages.

3.    Good cause exists for allowing the Opposition to exceed the page limitations. This is a complex patent infringement action and the summary judgment arguments regarding the new claims for indirect infringement require detailed analysis and references to the '060 patent claims, specification, and comparisons between the vitals.com website and the Aetna iTriage applications, which include a mobile/smartphone application, and a more recently

released web-based application.  The motion for summary judgment includes 25 separate paragraphs in the Statement of Undisputed Material Facts section, and the additional pages allow Health Grades to adequately respond to these 25 paragraphs.  The footnote that MDx recently added to paragraph 1 required three pages to adequately respond given that it contained numerous statements of alleged undisputed facts. The additional pages are also necessary for Health Grades to adequately develop and articulate its arguments as to why summary judgment is inappropriate, including citations to, and discussion of, the relevant case law.

4. Undersigned counsel has conferred with counsel for MDx and certifies that MDx does not oppose the relief requested herein.

WHEREFORE, Health Grades respectfully requests that the Court grant its Unopposed Motion for Leave to Exceed Page Limitations, and accept the Opposition containing 46 pages.

Respectfully submitted this 15th day of February, 2013.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vázquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@rothgerber.com
       kkosto@rothgerber.com
       jvazquez@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2013, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
Scott Murray
David Chunyi Lee
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: smurray@sillscummis.com
Email: dlee@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO  80202-2617
Email: ridley@wtotrial.com

*s/ Jesús M. Vázquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@rothgerber.com
            kkostolansky@rothgerber.com
            jvazquez@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*

2004061966_1