IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

      Plaintiff,

v.

MDX MEDICAL, INC.,
doing business as Vitals.com,

      Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

      The parties in this case have adopted the practice of filing pleadings in excess of the established page limitations on the date such pleadings are due along with a motion for leave to file excess pages.

      In the future, any motion for leave to file excess pages shall be filed no later than **three days** before the date on which the underlying pleading is due.

      Any pleading filed in violation of this Order will be treated as follows: the Court will disregard any pages after the established limitation.  Moreover, the filing party will be estopped from raising arguments contained in the pages beyond such limitation.

      DATED February 19, 2013.