Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

---

**Exhibit 1**

**Screenshot of iTriage Physician Marketing Solutions**

Webpage Screenshot, Thu Feb 14 2013 13:03:41 GMT-0700 (Mountain Standard Time)

Looking for the iTriage app? Download it here.



Home  Healthcare Solutions  Press  About  Blog  Careers  Contact

## Physicians

Home / Healthcare Solutions / Providers / Physicians

Engage your patients, grow your practice, and enhance the patient experience.

REQUEST A DEMO



iTriage solutions for physicians:

- Increase visibility and grow your practice
- Differentiate from competitors
- Attract patients in need of your services and specialties
- Help out-of-towners find you when they need a specialist
- Increase patient satisfaction and enhance the patient experience through mobile appointment setting

| Overview | Premier Listings | Appointment Setting™ | Widget |
|---|---|---|---|

Consumers are rapidly adopting mobile technology to search for healthcare information and coordinate care. Drive prospective patients to your practice by connecting with them at their time of medical need. iTriage engages consumers with simple, actionable decision support tools to help them determine what might be wrong and where they can go for treatment, and then connects them to appropriate care providers with real-time, any-time, appointment requests.

iTriage lets consumers search and select physicians based on specialty, type of service, location, ratings and availability. Mobile and online appointment setting gives them access to available appointment slots anytime and anywhere, even when your office is closed. Grow your practice, increase patient satisfaction and retention by providing consumers the convenience and control they desire when accessing healthcare providers.

REQUEST A DEMO

Over 7 million healthcare consumers have used iTriage

