Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

---

**Exhibit 7**

**Screenshot of iTriage displaying Dr. Andrew Nemechek's Profile**

# iTriage

Get Mobile App | Blog | Provider Solutions | About | Feedback | Login

- Symptoms
- Doctors
- Facilities
- Conditions
- Medications
- Procedures
- News

## Hematology and Oncology ...

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

- All Hematology and Oncology
- Pediatric Hematology and Oncology

**Location:** Denver, CO - Hematology...   change >

Featured | Distance | Rating

### Dr. ANDREW J NEMECHEK, MD
Hematology and Oncology, Plastic Surgery within the Head and Neck, Internal Medicine and Plastic Surgery
- 4.7 miles – Click for address & map
- Click for phone number & more info

### Dr. THOMAS FLAIG, MD
Hematology and Oncology and Internal Medicine
- 7.6 miles – Click for address & map
- Click for phone number & more info
- University of Colorado School of Medicine

### Dr. MICHAEL GLODE, MD
Hematology and Oncology and Internal Medicine
- 7.6 miles – Click for address & map
- Click for phone number & more info
- University of Colorado School of Medicine

### Dr. PETER KABOS, MD
Hematology and Oncology and Internal

## Dr. ANDREW J NEMECHEK, MD

Hematology and Oncology, Plastic Surgery within the Head and Neck, Internal Medicine and Plastic Surgery

2525 S DOWNING STREET
SUITE 100
DENVER, COLORADO 80210
303-778-5658 – 4.7 miles away

http://www.coheadandneck.org

**Education/Training**
Board-certified in otolaryngology

- University of Texas, M.D. Anderson Cancer Center-fellowship advanced head and neck oncology surgery
- Tulane University School of Medicine-residency, otolaryngology
- Tulane University School of Medicine-surgical internship, general surgery
- Tulane University School of Medicine-medical degree

**Professional interests**

- Cutaneous malignancies / reconstruction
- HPV-related oropharyngeal cancers
- Microvascular reconstruction
- Benign and malignant tumors of the parotid



# iTriage

Get Mobile App | Blog | Provider Solutions | About | Feedback | Login

**Symptoms**
**Doctors**
**Facilities**
**Conditions**
**Medications**
**Procedures**
**News**

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

## Hematology and Oncology ...

**All Hematology and Oncology**

Pediatric Hematology and Oncology

**Location:** Denver, CO - Hematology... change >

Featured | Distance | Rating

**Dr. ANDREW J NEMECHEK, MD**
Hematology and Oncology, Plastic Surgery within the Head and Neck, Internal Medicine and Plastic Surgery
★★★★
4.7 miles – Click for address & map
Click for phone number & more info

**Dr. THOMAS FLAIG, MD**
Hematology and Oncology and Internal Medicine
7.6 miles – Click for address & map
Click for phone number & more info
University of Colorado School of Medicine

**Dr. MICHAEL GLODE, MD**
Hematology and Oncology and Internal Medicine
★★★
7.6 miles – Click for address & map
Click for phone number & more info
University of Colorado School of Medicine

**Dr. PETER KABOS, MD**
Hematology and Oncology and Internal

## Dr. ANDREW J NEMECHEK, MD

**Philosophy of care**

After being in practice for more than 10 years, Dr. Nemechek understands the importance of thoroughly explaining the medical decisions that his patients face. He takes the time to review all treatment options while completely answering questions so patients can feel confident placing their trust in him. Dr. Nemechek treats each patient as a whole person who deserves com¬passionate, quality care and support through their treatment.

**Map and Directions**

[Map | Satellite]

Map data ©2013 Google - Terms of Use   Report a map error

Get Directions