Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

---

# Exhibit 8

## Screenshot of vitals.com displaying Dr. Andrew Nemechek's Profile

Webpage Screenshot, Thu Feb 14 2013 13:29:43 GMT-0700 (Mountain Standard Time)

Clinical Experience

Dr. Nemechek received his medical degree from Tulane University and earned his board certification in otolaryngology head and neck surgery. Following residency training, he completed a fellowship in advanced head and neck oncologic surgery at M.D. Anderson Cancer Center. A well published physician in medical journals and textbooks, Dr. Nemechek also serves as the medical director of head and neck oncology at Porter Adventist Hospital.

Philosophy of Care

After being in practice for more than 10 years, Dr. Nemechek understands the importance of thoroughly explaining the medical decisions that his patients face. He takes the time to review all treatment options while completely answering questions so patients can feel confident placing their trust in him. Dr. Nemechek treats each patient as a whole person who deserves compassionate, quality care and support through their treatment.

**Personal Statement**

Educational Background

* Board-certified in otolaryngology

* University of Texas, M.D. Anderson Cancer Center - Fellowship, advanced head and neck oncology surgery

* Tulane University School of Medicine - Residency, otolaryngology

* Tulane University School of Medicine - surgical internship, general surgery

* Tulane University School of Medicine - medical degree

0
Tweet
Email

**Learn more about Dr. Nemechek:**

View the full profile to get information on:

- Offices (6)
- Accepted insurance plans (53)
- Education (1)
- Awards (2)
- Affiliations (11)
- Publications (11)

0
Tweet
0
+1
Email

**Are you Dr. Andrew Nemechek?**
Take control of your Vitals. > Create an Account > Sign In

Vitals > Otolaryngologists > CO > Englewood > Dr. Andrew Nemechek > Summary

ADVERTISEMENT
Anthem BlueCross BlueShield

Find Doctors By Specialty | By Name | By Group Practice

Webpage Screenshot, Thu Feb 14 2013 13:30:13 GMT-0700 (Mountain Standard Time)

vitals

By: name, specialty or condition

Find DOCTORS Type a name Near Houston, Texas SEARCH

Only show doctors accepting my insurance

Patient Education | Write a Review | Sign In: Patient | Doctor

ADVERTISEMENT

Join a team with the technology to take on big challenges, the integrity to do it responsibly, and the drive to keep the world moving forward. JOIN THE CHALLENGE. chevron.com/BakersfieldJobs Chevron Human Energy

## Andrew J Nemechek, MD

Oncology Specialist (cancer),
Otolaryngologist (ear, nose, throat),
Surgical Specialist
18 years of experience

Accepting new patients

799 E Hampden Ave
Ste 2530
Englewood, CO 80113
(303) 778-5658
Locations and availability (6)

Write a Review

Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance

## Patient Reviews

| Overall Rating: | Total Ratings | Total Reviews |
|---|---|---|
| 4.0 ★★★★ | 7 | 6 |

Ratings: 4 stars, 3 stars, 2 stars, 1 star

| | | | |
|---|---|---|---|
| Ease of Appointment: | ★★★★ | Bedside Manner: | ★★★★ |
| Promptness: | ★★★★ | Spends Time with Me: | ★★★★ |
| Courteous Staff: | ★★★★ | Follows Up After Visit: | ★★★★ |
| Accurate Diagnosis: | ★★★★ | Average Wait: | 11 minutes |

Most recent

★★★★ | **best doctor ever** | show details

*Dec 19th, 2011*

Dr Nemechek is one of the most amazing people I have ever met. He saved my life for which I am most appreciative, but more than that, he and his staff are the warmest most caring medical professionals I have ever met.

Mark as Helpful Report Abuse

★★★★ | **Superb surgeon, compassionate staff** | show details

*Oct 21st, 2011*

Dr. Nemechek & his staff were truly a godsend. From our first meeting, I was blown away with his thorough knowledge and, despite the repetitiveness he may feel having done so many procedures, he enthusiastically yet patiently answered all questions. For most doctors, I have become accustomed to preparing questions ahead of time in order to receive adequate information - I rarely have a question that Dr. Nemechek did not answer before my even asking. He is THAT thorough and treats patients fairly regardless of what insurance you have, etc. Most importantly, that thoroughness remained throughout my surgery & post-op care. His staff is incredibly sincere and compassionate and quickly knew me by name. Each time I call I speak to a live human; no button pressing required! I don't know how they maintain the office while keeping a warm friendly feel, but it is so lovely to know they (Jane and Jeanie) are a quick phone call away. I was in the best hands for my procedures & am forever grateful.

Mark as Helpful Report Abuse

★★★★ | show details

*by sally on Sep 1st, 2010*

dr nemecheck went above and beyond, awesome surgeon, awesome bedside manner, calls to me personally. highly recommend. a GREAT experience, even though it was surgery. Truly caring

Mark as Helpful Report Abuse

★★★★ | **the best doctor ever** | show details

*Aug 5th, 2010*

Dr. Nemechek is the best doctor I ever had. I had stage IV cancer and he saved my life.

Mark as Helpful Report Abuse

★★★★ | **Awesome** | show details

*by Holli Nucci on Jun 10th, 2010*

Dr Nemechek is by far the best skilled and most caring surgeon in his field! He goes above and beyond the call of duty when it comes to his patients!

Mark as Helpful Report Abuse

★★★★ | **Excellant care** | show details

*Jun 2nd, 2009*

Dr Nemechek is the best doctor I have ever had. He is competent and caring. A

Mark as Helpful Report Abuse

Next: Credentials

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

ADVERTISEMENT

Join a team with the technology to take on big challenges, the integrity to do it responsibly, and the drive to keep the world moving forward. Are you up to the job? chevron.com/BakersfieldJobs Chevron Human Energy

Subscribe to the Vitals Newsletter
Get the latest Health News, Updates, and More
Enter your e-mail address here...
I have read and agree to the Terms of Use and Privacy Policy.
SIGN UP

Need health insurance?
It's more affordable than you think! Click below for an instant quote
Get an instant quote

Like Tweet +1 Email

Vitals > Otolaryngologists > CO > Englewood > Dr. Andrew Nemechek > Patient Reviews

Find Doctors By Specialty | By Name | By Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

Patient Education: Patient Education Guides
Services: Partner with us, Advertise with us, Blog, Spotlight
About Vitals: About Vitals, For doctors, Contact us, Privacy policy
Follow Us
My Vitals: Patient sign-in, Provider sign-in



See any incorrect or missing data?
Please, let us know.

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

Webpage Screenshot, Thu Feb 14 2013 13:30:41 GMT-0700 (Mountain Standard Time)

vitals

By: name, specialty or condition

Find DOCTORS Type a name

Near Houston, Texas SEARCH

Only show doctors accepting my insurance

Patient Education | Write a Review | Sign In: Patient | Doctor

ADVERTISEMENT

LASER SPINE INSTITUTE 866-275-0436

Get Relief From Chronic Spine Conditions.

Our Minimally Invasive Procedure Can Help You Get Your Life Back!

GET YOUR FREE MRI REVIEW TODAY! GET INFO NOW!

## Andrew J Nemechek, MD

Oncology Specialist (cancer), Otolaryngologist (ear, nose, throat), Surgical Specialist
18 years of experience

Accepting new patients

Write a Review

799 E Hampden Ave
Ste 2530
Englewood, CO 80113
(303) 778-5658
Locations and availability (6)

Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance

### Education

| MEDICAL SCHOOL | SCORE |
|---|---|
| Tulane University (1991) | |

### Awards & Distinctions

AWARDS

- Patients' Choice Award (2010 - 2012)
- Compassionate Doctor Recognition (2010 - 2011)

ASSOCIATIONS

American College of Surgeons
Member

### Affiliations

Dr. Nemechek is affiliated with **11** hospitals.

| HOSPITAL AFFILIATIONS | SCORE | RANKINGS |
|---|---|---|
| Sky Ridge Medical Center<br>Otolaryngology<br>10101 Ridgegate Pkwy, Lone Tree, CO 80124 | | TOP 50% |
| Centura Hlth-Porter Adventist Hosp<br>Otolaryngology<br>2525 S Downing St, Denver, CO 80210 | | TOP 50% |
| Swedish Medical Center<br>Otolaryngology<br>501 E Hampden Ave, Englewood, CO 80113 | | TOP 50% |
| Centura Health Littleton Adventist Hospital<br>Otolaryngology<br>7700 S Broadway, Littleton, CO 80122 | | |
| Tulane University Hospital and Clinic | | |
| Littleton Adventist Hospital<br>7700 S Broadway, Littleton, CO 80122 | | |
| Head & Neck Surgical Specialists | | |
| Spalding Rehabilitation Hospital<br>900 Potomac St, Aurora, CO 80011 | | |
| Porter Adventist Hospital<br>2525 S Downing St, Denver, CO 80210 | | |
| Littleton Hospital | | |
| Littleton Adventist Hospital, Porter Adventist Hospital | | |

### Publications & Research

Dr. Nemechek has contributed to **11** publications.

TITLE Double Endoscopic Technique for Operative Dilation of Esophageal Strictures Resistant to Conventional Therapy.
DATE October 2007
JOURNAL *The Journal of the Louisiana State Medical Society : Official Organ of the Louisiana State Medical Society*
EXCERPT Read excerpt

TITLE Loss of Reflex Tearing: an Expected Consequence of Juvenile Nasopharyngeal Angiofibroma.
DATE February 2006
JOURNAL *Otolaryngology--head and Neck Surgery : Official Journal of American Academy of Otolaryngology-head and Neck Surgery*
EXCERPT Read excerpt

TITLE Sclerosing Cervicitis: Report of a Skull Base Lesion with Literature Review.
DATE February 2004

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

ADVERTISEMENT

Oh!

ADVERTISEMENT

Oh!

**Subscribe to the Vitals Newsletter**

Get the latest Health News, Updates, and More

Enter your e-mail address here...

I have read and agree to the Terms of Use and Privacy Policy.

SIGN UP

**Need health insurance?**

It's more affordable than you think! Click below for an instant quote

Get an instant quote

0 Like 0 Tweet 0 +1 Email

0 Like 0 Tweet 0 +1 Email

0 Like 0 Tweet 0 +1 Email

http://www.vitals.com/doctors/Dr_Andrew_Nemechek/credentials, Thu Feb 14 2013 13:30:41 GMT-0700 (Mountain Standard Time)

Webpage Screenshot, Thu Feb 14 2013 13:31:10 GMT-0700 (Mountain Standard Time)

vitals

By: name, specialty or condition

Find DOCTORS Type a name Near Houston, Texas SEARCH

Only show doctors accepting my insurance

Patient Education | Write a Review | Sign In: Patient | Doctor

ADVERTISEMENT

(3 people unfriended you) Click Here It's Free!

# Andrew J Nemechek, MD

Oncology Specialist (cancer),
Otolaryngologist (ear, nose, throat),
Surgical Specialist
18 years of experience

Accepting new patients

Write a Review

799 E Hampden Ave
Ste 2530
Englewood, CO 80113
(303) 778-5658
Locations and availability (6)

Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance

## Locations

1. 799 E Hampden Ave
Ste 2530
Englewood, CO 80113
(303) 778-5658
Get directions
Accepting new patients

2. 2555 S Downing St
Ste 100
Denver, CO 80210
(303) 778-5658
Get directions
Accepting new patients

3. **Centura Health-Litteton Adventist Hospital**
7700 S Broadway
Littleton, CO 80122
(303) 730-8900
Get directions

4. **Centura Hlth-Porter Adventist Hosp**
2525 S Downing St
Denver, CO 80210
(303) 778-5626
Get directions

5. **Sky Ridge Medical Center**
10101 Ridgegate Pkwy
Lone Tree, CO 80124
(720) 225-1000
Get directions

6. **Swedish Medical Center**
501 E Hampden Ave
Englewood, CO 80113
(303) 788-5000
Get directions

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

## Map

**Need health insurance?**

It's more affordable than you think! Click below for an instant quote

Get an instant quote

Next: Accepted Insurance

Vitals > Otolaryngologists > CO > Englewood > Dr. Andrew Nemechek > Locations & Availability

ADVERTISEMENT

Lose Belly Fat Naturally 3 Sneaky Hormones That Are Making You Fat & How To Stop Them Now. www.RealDose.com/Weight-

Low Cost Health Plans Compare Affordable Plans from BCBS, CIGNA. Actual Coverage from $49/mo. www.HealthCare.com

Low Cost Health Insurance Blue Cross, Aetna, CIGNA, & More. Compare Rates by State or Zip! www.GoHealthIns AdChoices

Find Doctors By Specialty | By Name | By Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

Patient Education: Patient Education Guides

Services: Partner with us; Advertise with us; Blog; Spotlight

About Vitals: About Vitals; For doctors; Contact us; Privacy policy

Follow Us

My Vitals: Patient sign-in; Provider sign-in

See any incorrect or missing data? Please, let us know.

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

http://www.vitals.com/doctors/Dr_Andrew_Nemechek/office-locations, Thu Feb 14 2013 13:31:10 GMT-0700 (Mountain Standard Time)

Webpage Screenshot, Thu Feb 14 2013 13:31:49 GMT-0700 (Mountain Standard Time)

http://www.vitals.com/doctors/Dr_Andrew_Nemechek/insurance, Thu Feb 14 2013 13:31:49 GMT-0700 (Mountain Standard Time)