Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

**Exhibit 10**

**Screenshot of iTriage (HGISC000119)**

# Dr. LORI A LEOPOLD, MD

https://www.itriagehealth.com/doctor/dr-lori-a-leopold-546739

**iTriage**

Get Mobile App | Blog | Provider Solutions | About | Feedback | Login

- Symptoms
- Doctors
- Facilities
- Conditions
- Medications
- Procedures
- News

## Family Practice Specialties

- **All Family Practice**
- Addiction Medicine
- Bariatric Medicine
- Geriatric Medicine
- Hospice and Palliative Medicine
- Sleep Medicine

**Location: Denver, CO**    change >

Featured | Distance | Rating

**DR. LORI A LEOPOLD**
Family Practice
★★★★☆
2.9 miles – Click for address & map
Click for phone number & more info
[Request an Appointment]

**DR. ANNA M WEGLEITNER**
Family Practice
★★★★☆
4.7 miles – Click for address & map
Click for phone number & more info
[Request an Appointment]

**DR. ARLIS ADOLF**
Family Practice
★★☆☆☆
5.7 miles – Click for address & map
Click for phone number & more info
[Request an Appointment]

**BETH DION**
Family Practice
14.5 miles – Click for address & map
Click for phone number & more info
[Request an Appointment]

**CARLOS VELA BROL**
Family Practice

## DR. LORI A LEOPOLD

**Family Practice**
★★★☆☆
300 S JACKSON ST.
SUITE 340
DENVER, COLORADO 80209
303-316-0416 – 2.9 miles away
http://www.creeksidefamilymedicine.org

### Education & Training
**Medical School:**
Arizona College of Osteopathic Medicine - 2000
**Residency:**
Virginia Commonwealth University Chesterfield Family Practice Program
**Certification:**
American Board of Family Medicine

### Additional Comments
Lori Leopold, D.O., has been a member of the Denver medical community for several years. She began as a hospitalist on the Porter Adventist Hospital campus. Dr. Leopold is a member of the Colorado Medical Society and the Arapahoe-Douglas-Elbert Medical Society (ADEMS).

Dr. Leopold believes in providing her patients with the tools and education they need to proactively care for themselves to obtain and maintain a healthy lifestyle.

In her spare time, she enjoys photography as well as biking and hiking with her family and the Colorado Mountain Club.

### Map and Directions

## Request an Appointment

**Appointment Details**

Office Location: 300 S JACKSON ST. DENVER, COLORADO 80209

Reason* -- Please Select One --
Patient Status* -- Please Select One --
Preferred Date*    Choose Another Date

**January 2013**

| Thu 24 OPEN | Fri 25 OPEN | Sat 26 CLOSED | Sun 27 CLOSED | Mon 28 OPEN |

Availability: ☐ Appointments  ☐ Waitlist

Set Reason and Patient Status to see available times.

**Other Information**

Notes

Login or Create an Account to Continue

[Login] [Create Account]

© iTriage, LLC.    Terms of Use | Privacy Policy | Sitemap



HGISC000119