Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

**Exhibit 11**

**E-mail from L. West to M. Rothschild dated Oct. 5, 2010 (MDX0019254)**

```
From: Larry West(larry@vitals.com)
Date Sent: 10/5/2010 2:53:07 AM
To: mitch@vitals.com; 'Erika Boyer'
CC:
Subject: Healthgrades patent
```
___

Has anyone seen this?


United States Patent

(io) Patent No.: (45) Date of Patent:

US 7,752,060 B2 Jul. 6, 2010

INTERNET SYSTEM FOR CONNECTING HEALTHCARE PROVIDERS AND PATIENTS

Inventors: David G Hicks, Littleton, CO (US);

Scott Montroy, Lakewood, CO (US);
John Neal, Tampa, FL (US)

Assignee: Health Grades, Inc., Golden, CO (US)

An Internet-based system involves a database and search capabilities for connecting patients with healthcare providers, e.g., physicians, hospitals, nursing homes, treatment facilities, etc., and further enables such providers to reach patients with whom they may not otherwise come into contact. A patient may access the healthcare provider information through a search conducted using a search engine, such as Google, Yahoo, etc. Alternatively, a patient may access the company Web site's predetermined Web page that provides search capabilities on its database. A patient may research a healthcare provider based on criteria specified by the patient. Information provided to the patient may be in the form of a report, profile, ratings, etc., including patient-provided information, physician-verified information, and information verified by an independent third party. The verified information and ratings provided by the Web site enable patients to differentiate among healthcare providers and thereby select the provider that best meets their individual needs.


http://www.google.com/patents?id=F-XRAAAAEBAJ
<http://www.google.com/patents?id=F-XRAAAAEBAJ&pg=PA2&lpg=PA2&dq=vitals.com&source=bl&ots=2G3KtIkALL&sig=sr_QsQFxVBoCzVdOOeAkfy5adLc&hl=en&ei=fZCqTO-wN8KB8gaZg6CHCA&sa=X&oi=book_result&ct=result&resnum=8&ved=0CCkQ6AEwBzjmAQ#v=onepage&q=vitals.com&f=false>
&pg=PA2&lpg=PA2&dq=vitals.com&source=bl&ots=2G3KtIkALL&sig=sr_QsQFxVBoCzVdOOeAkfy5adLc&hl=en&ei=fZCqTO-wN8KB8gaZg6CHCA&sa=X&oi=book_result&ct=result&resnum=8&ved=0CCkQ6AEwBzjmAQ#v=onepage&q=vitals.com&f=false

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0019254

```
Larry West

MDx Medical / Vitals

1200 Wall Street West, 5th Floor
Lyndhurst, NJ 07071

o: 201-459-6278

c: 201-396-3173

 <mailto:larry@vitals.com> larry@vitals.com

 <http://www.vitals.com> www.vitals.com
```

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0019255