Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

**Exhibit 12**

E-mail from Jesus Vazquez to Scott D. Stimpson,
David C. Lee and Mark J. Rosenberg dated July 1, 2011

From: Vazquez, Jesus
Sent: Friday, July 01, 2011 5:04 PM
To: 'Scott D. Stimpson'; David C. Lee; Mark J. Rosenberg; 'piccone@wtotrial.com';
'lampley@wtotrial.com'
Cc: Kostolansky, Kris J.; Phipps, Jeffrey
Subject: Infringement Contentions and Document Disclosures

Dear Counsel:

Attached please find Health Grades' Infringement Contentions.  Given the large size of the related Document Disclosures, I am attaching only Exhibits A and C (claim charts for the current MDx website and blow-ups of the related screen shots) to this email.  I will send Exhibits B and D (claim charts for the old MDx website and blow-ups of the related screen shots), as well as the bates numbered file history and ownership documents required by Section 3-2(c) and (d) in a subsequent email.

Have a good holiday weekend.

Jesus

Jesús M. Vázquez, Attorney-at-Law
Rothgerber Johnson & Lyons LLP | One Tabor Center, Suite 3000 |
1200 Seventeenth Street | Denver, CO  80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@rothgerber.com<mailto:jvazquez@rothgerber.com> | Website:
www.rothgerber.com<http://www.rothgerber.com/>

<Infringement Contentions PDF (00944177).pdf>
<2011 06 30 - Rule 3 1(c) Claim Chart - Exhibit A PDF (00944169).pdf>
<2011 07 01 - Rule 3 1(c) Disclosure - EXHIBIT C PDF (00944170).pdf>