Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

**Exhibit 14**

**E-mail from Mitch Rothschild dated Jan. 5, 2011
(MDX0034444)**

```
From: Mitch Rothschild(mitch@vitals.com)
Date Sent: 1/5/2011 2:30:09 PM
To: Erika Boyer; Larry West
CC: Mitch Rothschild
Subject: Vitals Policy Confirmation
```
_____

As you know, a policy of Vitals is to ensure that we never violate intellectual property rights of other parties.

So, as there is a new patent issued (#7752060), this memo is intended to confirm our policies and ensure no violations. Here is an overview:

This patent claims a system with all of the following elements:

A)   Accessing Health-care Provider verified information including at least 3 (or more) of:

1)   Specialty information

2)   Medical Philosophy

3)   Gender

4)   Age

5)   Years in Profession

6)   Years in Practice

7)   Awards

8)   Honors

9)   Professional appointments

10) Professional memberships

11) Publications

12) Languages

13) Hobbies

B)   Compiling Patient Provided information

Highly Confidential - Attorney Eyes Only

MDX 0034444

1)      Through an on-line survey

2)      On a web site managed by the Company

C)      Compiling Independent 3rd party source verified information including at least 3 (or more) of:

1)      Board Certification

2)      Licensure

3)      Disciplinary Action Information

4)      Medical School

5)      Medical Internship

6)      Medical Residency

7)      Medical Fellowship Information

D)      Creation of a report on the healthcare provider, using all three sources, above

E)      Report must include comparison ratings of health care providers

To ensure that Vitals is not in violation of this patent, in any way, certain of our policies, the list of which is noted below, must continue to be strictly enforced:

1)      Our display of 3rd party verified information does not include IRF

2)      Our display of 3rd party verified information does not include licensure status

3)      Whenever Disciplinary Action is recorded & displayed for a provider, no patient ratings or reviews gathered by Vitals are shown on any report

4)      No report on Vitals shows comparison ratings to other providers, in particular with reference to patient experience surveys and comparisons to national & specialty averages.

Please continue to ensure that the above policies – along with our others – are followed for every website visit.

**Highly Confidential - Attorney Eyes Only**                                                              MDX 0034445

```
--
Mitchel Rothschild
1200 Wall Street West
Lyndhurst, NJ 07071

Cell: 646-279-3648 (BEST Number)
Office: 201-459-6258
Fax: 201-438-4611
```

Highly Confidential - Attorney Eyes Only

MDX 0034446