Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

---

**Exhibit 18**

**Screenshots of iTriage displaying Dr. Allen Cohen's Profile**





Get Mobile App  Blog  Provider Solutions  About  Feedback  Login



Symptoms

Doctors



Facilities



Conditions



Medications



Procedures



News



Choose your Specialty

- Ear, Nose, and Throat (ENT)
- Family Practice
- Gastroenterology
- General Surgery
- Hand Surgery
- Hematology and Oncology
- Infertility and Reproductive Endocrinology
- **Internal Medicine**
- Nephrology
- Neurology
- Neurosurgery
- Obstetrics and Gynecology
- Ophthalmology
- Orthopedic Surgery

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z



Location: Denver, CO - Internal Med... change >

Featured | Distance | Rating

**Dr. ALLEN L COHN, MD**
Hematology and Oncology and Internal Medicine
1.1 miles – Click for address & map
Click for phone number & more info

**ROBERT RIFKIN**
Internal Medicine
1.1 miles – Click for address & map
Click for phone number & more info

**ALAN W BURGESS**
Internal Medicine, Family Practice, General Medicine, Urology and Rheumatology
1.3 miles – Click for address & map
Click for phone number & more info
At HealthONE Physician Care our number one priority is delivering high quality medical care to our community.

**MARK A HUUN**
Internal Medicine
1.3 miles – Click for address & map
Click for phone number & more info

**MINDY A BANKS**
Internal Medicine, Nephrology, Family Practice, Urology and Rheumatology
1.3 miles – Click for address & map
Click for phone number & more info

---

**Dr. ALLEN L COHN, MD**



Hematology and Oncology and Internal Medicine

1800 WILLIAM ST
SUITE 200
DENVER, COLORADO 88218
303-388-4876 – 1.1 miles away

**About Dr. Cohn**

Dr. Cohn is a Medical Oncologist and Medical Director of Research at Rocky Mountain Cancer Centers. He is also the Clinical Associate Professor of Medicine in the Department of Medicine at the University of Colorado at Denver and Health Sciences Center.

**Teaching Experience**

Dr. Cohn has served as Associate Professor of Medicine, Division of Medical Oncology, and Director, Clinical Cancer Center at UCHSC. He also has been Associate Director for Clinical Affairs and Acting Director, University of Colorado Cancer Center. He was Assistant Professor of Medicine, Division of Medical Oncology, UCHSC, as well as an Instructor of Hematology/Medical Oncology, UCHSC.

Dr. Cohn also teaches clinics in Neuro-oncology, GI cancers, Head and Neck cancers and general cancer cases. He serves as the inpatient attending physician on the Oncology ward of Rocky Mountain Cancer Center. He also conducts monthly community outreach clinics on cancer topics at Yampa Valley Medical Center, Steamboat Springs.

**Clinical Experience**

From 1998 to the present, Dr. Cohn has held numerous prestigious positions, including Medical Oncologist at Rocky Mountain Cancer

---

© iTriage, LLC.    Terms of Use    Privacy Policy    Sitemap












**iTriage**

Get Mobile App | Blog | Provider Solutions | About | Feedback | Login


Symptoms


Doctors

## Choose your Specialty

- Ear, Nose, and Throat (ENT)
- Family Practice
- Gastroenterology
- General Surgery
- Hand Surgery
- Hematology and Oncology
- Infertility and Reproductive Endocrinology
- **Internal Medicine**
- Nephrology
- Neurology
- Neurosurgery
- Obstetrics and Gynecology
- Ophthalmology
- Orthopedic Surgery

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z


Facilities


Conditions


Medications


Procedures

HEALTH
News

**Location:** Denver, CO - Internal Med... | change >

Featured | Distance | Rating



**Dr. ALLEN L COHN, MD**
Hematology and Oncology and Internal Medicine
1.1 miles – Click for address & map
Click for phone number & more info

**ROBERT RIFKIN**
Internal Medicine
1.1 miles – Click for address & map
Click for phone number & more info

**ALAN W BURGESS**
Internal Medicine, Family Practice, General Medicine, Urology and Rheumatology
1.3 miles – Click for address & map
Click for phone number & more info
At HealthONE Physician Care our number one priority is delivering high quality medical care to our community.

**MARK A HUUN**
Internal Medicine
1.3 miles – Click for address & map
Click for phone number & more info

**MINDY A BANKS**
Internal Medicine, Nephrology, Family Practice, Urology and Rheumatology
1.3 miles – Click for address & map
Click for phone number & more info



## Dr. ALLEN L COHN, MD

### Professional Committees
He has been an active member of professional and hospital committees including the Vision 2020 Committee, Pharmacy and Therapeutics Committee, and the Chemotherapy Task Force. He has been Co-Chair, Vascular Access Quality Committee, UCHSC; Chairman of the Ambulatory/Inpatient Oncology Program Subcommittee of the Lancer Committee; Member, Cancer Center Protocol Review Committee of the Tumor Board and Director, Quality Improvement (8East-EPAV) Committee.

### Research and Publications
Dr. Cohn conducts clinical research into new treatments and therapies for gastrointestinal oncology including the colon, stomach, pancreas and liver. He also contributes to drug development and genitourinary oncology studies. At the University of Maryland, Dr. Cohen investigated basic cell mediated immunity, tumor immunology and regulation of surface histocompatibility antigens on tumor cells. His research efforts have been highlighted in more than 60 publications.

### Awards and Honors
- 1976-1977: Vice-President's Scholarship. Case Western Reserve University
- 1979 - Present: Phi Kappa Psi Honor Society, University of Maryland,
- May 1980: Chancellor's Award for distinguished service to the University, University of Maryland
- 1985 - Present: Alpha Omega Alpha National Medical Honor Society, University of Maryland Chapter
- October 1993: President's Award, Medical Staff of University Hospital
- 1976-1977: Vice-President's Scholarship: Case Western Reserve University
- 1979 - Present: Phi Kappa Psi Honor Society, University of




Symptoms


Doctors


Facilities


Conditions


Medications


Procedures


News

Get Mobile App   Blog   Provider Solutions   About   Feedback   Login





### Dr. ALLEN L COHN, MD

#### Awards and Honors

- **1976-1977**: Vice-President's Scholarship. Case Western Reserve University
- **1979 - Present**: Phi Kappa Psi Honor Society, University of Maryland,
- **May 1980**: Chancellor's Award for distinguished service to the University, University of Maryland
- **1985 - Present**: Alpha Omega Alpha National Medical Honor Society, University of Maryland Chapter
- **October 1993**: President's Award, Medical Staff of University Hospital
- **1976-1977**: Vice-President's Scholarship. Case Western Reserve University
- **1979 - Present**: Phi Kappa Psi Honor Society, University of Maryland
- **May 1980**: Chancellor's Award for distinguished service to the University, University of Maryland
- **1985 - Present** : Alpha Omega Alpha National Medical Honor Society, University of Maryland Chapter
- **October 1993**: President's Award, Medical Staff of University Hospital

#### Affiliations

- American Society of Clinical Oncology

#### Board Certifications

- American Board of Internal Medicine
- American Board of Internal Medicine - Medical Oncology

#### Clinical Interests

- Gastrointestinal and Urologic Cancers

















