Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

---

**Exhibit 19**

**Footnote from Dkt. 509, p. 2**
*(highlighting and numbers added)*

inaccuracy in paragraph 1 of the Statement of Undisputed Material Facts. To correct the inaccuracy, this Motion requests leave to amend paragraph 1 of the Statement of Undisputed Material Facts by adding the following footnote at the end of paragraph 1:

> FN*. The language is slightly different in claim 15, but identical in meaning. *See* Exhibit C, col. 22, lines 33-39 (claim 15 recites "by *a* company providing *a* service" rather than "by *the* company providing *the* service") (emphasis added). The meaning is the same, however, for many reasons. First, the claim requires the survey to be completed not just on any website, but on "a *company* website." This term is used in claim 1 to refer to the company that manages the website and provides the service (*id*. at col. 20 lines 45-48), and it is thus presumed to have the same meaning in claim 15. *Southwall Techs. v. Cardinal IG Co.*, 54 F.3d 1570 (Fed. Cir. 1995) (a term "cannot be interpreted differently in different claims because claim terms must be interpreted consistently"). Second, the '060 patent consistently uses the word "company" to reference the company running the service. *See, e.g., id.* at col. 2, line 5 (distinguishing the "company" from third party entities); col. 2, lines 31-32 (same); col. 2, lines 57-60 ("a company-verified section . . ."); col. 3, line 44 and Figure 1 (showing searching on "a company" website, and referencing the website in Figure 1 as "www.company.com"). Third, claim 15 uses "the company Web site" to refer back to this same website (*id*. at col. 22, line 37); and that phrase "the company" has been expressly defined in the specification as being the company managing the website. *Id*. at col. 1, lines 63-65 (*defining* "the company" as "the company maintaining and/or managing the Web Site").
>
> The identical meaning of these two phrases was further established during prosecution of the '060 patent. There, Health Grades confirmed that claim 15 (then claim 19) required the same thing as claim 1 and argued that this requirement distinguished over the prior art (representing present claim 15 language as being "by *the* company providing *the* service"). *See* Exhibit E, Portions of Prosecution History of '060 Patent, at MDX0013549-550; *Phillips v. AWH Corp.*, 415 F.3d 1303, 1317 (Fed. Cir. 2005) ("[T]he prosecution history can often inform the meaning of the claim language by demonstrating how the inventor understood the invention and whether the inventor limited the invention in the course of prosecution, making the claim scope narrower than it would otherwise be.") (citing *Vitronics Corp. v. Conceptronic, Inc.*, 90 F.3d 1576 (Fed. Cir. 1996)).
>
> Thus, this claim limitation in claim 15 has the same scope as the corresponding claim limitation in claim 1, and MDx treats claim 15 as reciting the same quoted claim language, *as did Health Grades during prosecution of the '060 patent*.

2