Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

---

**Exhibit 21**

**Comparison of Physician-provided Information on iTriage and vitals.com**

| Snip from www.itriagehealth.com: (https://www.itriagehealth.com/doctor/dr-andrew-j-nemechek-md-107520) (Ex. 7 hereto) | Snip from www.vitals.com: (http://www.vitals.com/doctors/Dr_Andrew_Nemechek/profile) (Ex. 8 hereto) |
|---|---|
| **Dr. ANDREW J NEMECHEK, MD**<br><br>**Education/Training**<br>Board-certified in otolaryngology<br><br>- University of Texas, M.D. Anderson Cancer Center-fellowship advanced head and neck oncology surgery<br>- Tulane University School of Medicine-residency, otolaryngology<br>- Tulane University School of Medicine-surgical internship, general surgery<br>- Tulane University School of Medicine-medical degree<br><br>**Professional interests**<br><br>- Cutaneous malignancies / reconstruction<br>- HPV-related oropharyngeal cancers<br>- Microvascular reconstruction<br>- Benign and malignant tumors of the parotid<br>- Benign and malignant disorders of the thyroid<br>- Advanced non-melanoma skin cancer<br>- Malignant melanoma & sentinel lymph node evaluation<br>- Mucosal neoplasms of the head and neck<br>- Tumors of the skull base and paranasal sinuses<br>- Salivary neoplasms<br><br>**Philosophy of care**<br>After being in practice for more than 10 years, Dr. Nemechek understands the importance of thoroughly explaining the medical decisions that his patients face. He takes the time to review all treatment options while completely answering questions so patients can feel confident placing their trust in him. Dr. Nemechek treats each patient as a whole person who deserves com¬passionate, quality care and support through their treatment. | **Andrew J Nemechek, MD**  <br>****<br>**Biography**<br>Educational Background<br><br>\* Board-certified in otolaryngology<br><br>\* University of Texas, M.D. Anderson Cancer Center Fellowship, advanced head and neck oncology surgery<br><br>\* Tulane University School of Medicine Residency, otolaryngology<br><br>\* Tulane University School of Medicine surgical internship, general surgery<br><br>\* Tulane University School of Medicine medical degree<br><br>Clinical Interests<br><br>\* Cutaneous malignancies / reconstruction<br><br>\* HPV related oropharyngeal cancers<br><br>\* Microvascular reconstruction<br><br>\* Benign and malignant tumors of the parotid<br><br>\* Benign and malignant disorders of the thyroid<br><br>\* Advanced non melanoma skin cancer<br><br>\* Malignant melanoma & sentinel lymph node evaluation<br><br>\* Mucosal neoplasms of the head and neck<br><br>\* Tumors of the skull base and paranasal sinuses<br><br>\* Salivary neoplasms<br>****<br>Philosophy of Care<br><br>After being in practice for more than 10 years, Dr. Nemechek understands the importance of thoroughly explaining the medical decisions that his patients face. He takes the time to review all treatment options while completely answering questions so patients can feel confident placing their trust in him. Dr. Nemechek treats each patient as a whole person who deserves compassionate, quality care and support through their treatment. |