CASE CAPTION:         Health Grades Inc. v. MDx Medical, Inc.

CASE NO.:      1:11-cv-520

EXHIBIT LIST OF:      Plaintiff Health Grades, Inc.
                   (Name and Party Designation)

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | U.S. Patent No. 7,752,060 (certified copy) | HG210474 | HG210510 | Boyer 17 | | | | | |
| 2 | | File History for U.S. Patent No. 7,752,060 (certified copy) | HG210511 | HG210767 | | | | | | |
| 3 | | Provisional App. No. US 60/771,757 (certified copy) | HG210768 | HG210787 | | | | | | |
| 4 | | Certified Record of Assignment for U.S. Patent No. 7,752,060 | | | | | | | | |
| 5 | | Screenshots from Vitals.com Prior to 2011 | HGVSC000001 | HGVSC000020 | | | | | | |
| 6 | | Screenshots from Vitals.com After 2011 but Prior to Site Change | HGVSC000021 | HGVSC000097 | | | | | | |
| 7 | | Screenshots from Vitals.com after Site Change | HGVSC000098 | HGVSC0000175 | | | | | | |
| 8 | | Vitals 2012 Media Kit | HGVSC001020 | HGVSC001027 | | | | | | |
| 9 | | Vitals.com Information Screenshots | HGVSC001028 | HGVSC001031 | | | | | | |
| 10 | | Screenshots from Other Websites | HGOSC000001 | HGOSC000004 | | | | | | |
| 11 | | Screenshots from iTriage Application | HGISC000001 | HGISC000104 | | | | | | |
| 12 | | Screenshots from Healthgrades.com | HGSC000044 | HGSC000055 | | | | | | |
| 13 | | Screenshots from Healthgrades.com from Exhibit C to Infringement Contentions | HGSC000056 | HGSC000083 | | | | | | |
| 14 | | Demo 1: Search by Specialty (Family Practitioner) [Appendix D-1 to Greenspun Report] | | | | | | | | |
| 15 | | Demo 2: Search by Specialty (Pediatrician) [Appendix D-3 to Greenspun Report] | | | | | | | | |
| 16 | | Demo 3: Doctor Registration [Appendix D-4 to Greenspun Report] | | | | | | | | |
| 17 | | Demo 4: Patient Review of Dr. Enzenauer | | | | | | | | |
| 18 | | Demo 5: Search by Specialty (Pediatric Surgeon) | | | | | | | | |
| 19 | | Demo 6: Search by Name (Rosengart) | | | | | | | | |
| 20 | | Demo 7: Search by Specialty (Family Practitioner) | | | | | | | | |

**APPENDIX A**

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | Demo 8: Search by Name (James F. Smith) | | | | | | | | |
| 22 | | Demo 9: Search by Name (James P. Smith) | | | | | | | | |
| 23 | | Demo 10: Search by Specialty (Plastic Surgery) | | | | | | | | |
| 24 | | Demo 11: Vitals via Google Search of Dr. Krutsch | | | | | | | | |
| 25 | | Demo 12: Health Grades via Google Search of Dr. Krutsch | | | | | | | | |
| 26 | | Screenshots of Demo 1 | HGVSC000176 | HGVSC000228 | | | | | | |
| 27 | | Screenshots of Demo 2 | HGVSC000229 | HGVSC000294 | | | | | | |
| 28 | | Screenshots of Demo 3 | HGVSC000295 | HGVSC000304 | | | | | | |
| 29 | | Screenshots of Demo 4 | HGVSC000305 | HGVSC000381 | | | | | | |
| 30 | | Screenshots of Demo 5 | HGVSC000382 | HGVSC000426 | | | | | | |
| 31 | | Screenshots of Demo 6 | HGVSC000427 | HGVSC000623 | | | | | | |
| 32 | | Screenshots of Demo 7 | HGVSC000624 | HGVSC000721 | | | | | | |
| 33 | | Screenshots of Demo 8 | HGVSC000722 | HGVSC000768 | | | | | | |
| 34 | | Screenshots of Demo 9 | HGVSC000769 | HGVSC000853 | | | | | | |
| 35 | | Screenshots of Demo 10 | HGVSC000854 | HGVSC000977 | | | | | | |
| 36 | | Screenshots of Demo 11 | HGVSC000978 | HGVSC00109 | | | | | | |
| 37 | | Screenshots of Demo 12 | HGSC000001 | HGSC0000043 | | | | | | |
| 38 | | Series of two emails from L. West FW: Model | MDX0038807 | MDX0038807 | Boyer 16 | | | | | |
| 39 | | Vitals – Doctor Reviews and Ratings (Health 2.0) http://www.health2con.com/tv/vitals/ | | | | | | | | |
| 40 | | Vitals – Online Database of Physician Profiles (Health 2.0) http://www.health2con.com/tv/vitals-information-about-physicians/ | | | | | | | | |
| 41 | | Vitals – Matching Consumers With Doctors (Health 2.0) http://www.health2con.com/tv/jeff-cutler-evp-gm-vitals/ | | | | | | | | |
| 42 | | Research, Education, and Profiles for Physicians (Health 2.0) http://www.health2con.com/tv/research-education-and-profiles-for-physicians/ | | | | | | | | |
| 43 | | Jeff Cutler Interview http://www.youtube.com/watch?v=2dqkYcu7zhw | | | | | | | | |
| 44 | | Mitch Rothschild on Fox Business http://www.youtube.com/watch?v=V0pLSlef_P8&feature=related | | | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | | Mitch Rothschild on The Deal http://www.youtube.com/watch?v=8Upa5qu5kTE&feature=endscreen&NR=1 | | | | | | | | |
| 46 | | Vitals – The Website Tour http://www.youtube.com/watch?v=MgjgVyY4WxI&NR=1 | | | | | | | | |
| 47 | | Vitals for Doctors – Patient Acquisition and Patient Advertising http://www.vitals.com/about/patientreferral (Lower right side of page) | | | | | | | | |
| 48 | | Find a Doctor on Vitals http://www.vitals.com/about | | | | | | | | |
| 49 | | Series of emails from D. Lipsher of Grey Croft Partners RE: Healthgrades | MDX0103932 | MDX0103933 | | | | | | |
| 50 | | Screenshot from Vitals website | | | Rothschild 6 West 11 | | | | | |
| 51 | | Screenshot from Vitals website | | | Rothschild 7 | | | | | |
| 52 | | Depiction of iFrame Window | | | West 7 | | | | | |
| 53 | | Screenshot of Vitals webpage | | | West 9 | | | | | |
| 54 | | Screenshot of Vitals webpage | | | West 12 | | | | | |
| 55 | | Mobile Health New article: "Aetna's iTriage app adds appointment booking, reminders" | | | | | | | | |
| 56 | | Cease and Desist Letter to MDX from Health Grades | MDX0011861 | MDX0011862 | Rothschild 10 West 4 | | | | | |
| 57 | | Letter from Mark Rosenberg to Peter Gergely in response to Cease and Desist letter | MDX0011863 | MDX0011864 | Rothschild 14 | | | | | |
| 58 | | Email from L. West RE: Health Grades' Patent | MDX0019254 | MDX0019255 | Boyer 6 Rothschild 2 West 5 | | | | | |
| 59 | | Email from M. Rothschild RE: Vitals Policy Confirmation | MDX0034444 | MDX0034446 | Boyer 4 Cutler 3 Rothschild 4 West 6 | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 60 | | Series of emails from B. Liss-Levinson of Castle Connolly Medical Ltd. RE: Health Grades' - Research Hospitals, Doctors and Nursing Homes | MDX0013861 | MDX0013867 | Rothschild 21 | | | | | |
| 61 | | Series of emails from M. Rothschild RE: HealthGrades Redesign | MDX0017574 | MDX0017576 | Cutler 14 | | | | | |
| 62 | | Series of emails from I. Weiss RE: Inspiring Call Today on the New Plaque Opportunities | MDX0014330 | MDX0014336 | | | | | | |
| 63 | | Email from J. Baker RE: Phone Number Link on Vitals Profile | MDX0029177 | MDX0029177 | Cutler 15 | | | | | |
| 64 | | Series of emails from I. Weiss RE: Vitals Traffic Setback | MDX0014337 | MDX0014342 | Boyer 5 | | | | | |
| 65 | | Series of emails from I. Weiss RE: [#250686309] [Local-content-partners] Re: You Have Been Invited to Become a Google Content Provider | MDX0014399 | MDX0014407 | | | | | | |
| 66 | | Series of emails from J. Cutler RE: SEO Profile | MDX0017552 | MDX0017553 | | | | | | |
| 67 | | Series of emails from I. Weiss RE: Home Page Footer | MDX0029181 | MDX0029183 | Boyer 7 Cutler 17 | | | | | |
| 68 | | Series of emails from I. Weiss  RE: Not Sure Who This Should Go to ... Google "Ratings" Issue | MDX0042705 | MDX0042707 | Boyer 8 | | | | | |
| 69 | | Series of emails from I. Weiss RE: Metatag Description | MDX0044894 | MDX0044898 | Cutler 18 | | | | | |
| 70 | | Series of emails from josh@vitals.com RE: Vitals.com and Its Information on John Wells MD | MDX0047051 | MDX0047052 | Cutler 18 | | | | | |
| 71 | | Group Practice Pages: SEO Review 4/4/2011 | MDX0039618 | MDX0039624 | Boyer 9 Cutler 20 Rothschild 22 | | | | | |
| 72 | | Series of emails from J. Cutler RE: We Need Hospital Landing Pages ASAP | MDX0016749 | MDX0016751 | | | | | | |
| 73 | | Series of emails from J. Cutler RE: Pre-approved Logo and Marketing Material | MDX0016838 | MDX0016839 | Cutler 21 | | | | | |
| 74 | | Series of emails from J. Cutler RE: Insurance Info | MDX0017556 | MDX0017556 | Cutler 22 | | | | | |
| 75 | | Series of emails from M. Miller RE: Emailer - Rate Dentist | MDX0019234 | MDX0019240 | Boyer 10 | | | | | |
| 76 | | Series of emails from I. Weiss RE: Vitals.com - PROSE Ratings | MDX0027632 | MDX0027633 | Boyer 11 | | | | | |
| 77 | | Series of emails from M. Rothschild RE: Physician Online Service Registration | MDX0034779 | MDX0034780 | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 78 | | "Vitals--User Database" metrics | MDX0034441 | MDX0034441 | Boyer 12 | | | | | |
| 79 | | Series of emails from erika@vitals.com RE: The Inline Group | MDX0014822 | MDX0014826 | Cutler 5 | | | | | |
| 80 | | Email from J. Cutler RE: Healthgrades - Credit Card Ripoff | MDX0017207 | MDX0017207 | Cutler 23 | | | | | |
| 81 | | Series of emails from E. Boyer RE: We Need to Pull Data Sample for Angie's List in 24 hours | MDX0015260 | MDX0015264 | Boyer 13 Cutler 9 | | | | | |
| 82 | | Email from J. Cutler RE: Angie's List Update | MDX0016897 | MDX0016897 | Cutler 6 | | | | | |
| 83 | | Series of emails from J. Argenti RE: DaVita Proposal | MDX0026700 | MDX0026702 | | | | | | |
| 84 | | Series of emails from E. Boyer RE: Amusing Read | MDX0015316 | MDX0015320 | | | | | | |
| 85 | | Series of emails from T. Rosengart RE: Google Content Provider Signup Confirmation | MDX0042710 | MDX0042717 | Rothschild 23 | | | | | |
| 86 | | Revenues Billed & Received | MDX0025051 | MDX0025051 | | | | | | |
| 87 | | Vitals.com - Creating the First Truly Comprehensive Website. Database and Evaluation System of America's Physicians | MDX0069146 | MDX0069215 | Rothschild 20 West 10 | | | | | |
| 88 | | Vitals.com - where doctors are examined | MDX0019284 | MDX0019304 | | | | | | |
| 89 | | Series of emails from A. Vera RE: Enwisen (& MedVantage) | MDX0019266 | MDX0019267 | Cutler 7 | | | | | |
| 90 | | Vitals - Site Functionality & Data Set Overview | MDX0071952 | MDX0071989 | Boyer 3 West 20 | | | | | |
| 91 | | Thinking About Physician Quality – Getting a Fuller View (Medco) | MDX0012038 | MDX0012285 | Rothschild 18 West 1 | | | | | |
| 92 | | Series of emails from J. Cutler RE: Microsoft & Vitals - Follow Up (enclosing Vitals--Provider Data Set; Vitals XML Feed Guide 1.2; microsoft_sample_xml) | MDX0016995 | MDX0017132 | Boyer 2 Cutler 16 | | | | | |
| 93 | | Model of Online Physician Directory | MDX0038808 | MDX0038826 | Boyer 1 | | | | | |
| 94 | | Vitals XML Feed Guide (Version 1.3) | MDX0019309 | MDX0019326 | West 3 | | | | | |
| 95 | | Series of emails from I. Weiss RE: Error in listing | MDX0014381 | MDX0014382 | | | | | | |
| 96 | | Cardinal Search Report on U.S. Patent No. 7,752,060 | MDX0011955 | MDX0011999 | | | | | | |
| 97 | | Vitals Patient Referral Program (2011 Media Kit) | MDX0000177 | MDX0000182 | Cutler 35 West 17 | | | | | |
| 98 | | Big 3 Briefing (October 2009) REDACTED | MDX0012286 | MDX0012317 | Cutler 8 | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 99 | | Screenshot from the Vitals.com website dated 3/28/12 | | | Cutler 1 | | | | | |
| 100 | | Screenshot of Vitals webpage (Dr. Brian Smith, Dated 3/28/12) | | | West 13 | | | | | |
| 101 | | Vitals SEO Profile Updates | MDX0025310 | MDX0025333 | Cutler 24 Rothschild 24 West 14 | | | | | |
| 102 | | Series of emails from M. Rothschild RE: Vitals and Lancaster | MDX0025336 | MDX0025337 | Cutler 10 | | | | | |
| 103 | | Series of emails from R. Forman of HVGLLC RE: Database Error? Mark Gardy Exists in Healthgrades but Not in Vitals | MDX0030021 | MDX0030022 | | | | | | |
| 104 | | Email from B. Shipley RE: Streaming Video | MDX0030086 | MDX0030086 | | | | | | |
| 105 | | Deep Dive into the Provider Database and Selection Tool – Helping Patients Find Their Right Doctor | MDX0034556 | MDX0034640 | Cutler 30 Rothschild 17 West 21 | | | | | |
| 106 | | Series of emails from E. Boyer RE: Hospital Affiliations | MDX0039641 | MDX0039645 | West 15 | | | | | |
| 107 | | Email from Frank@vitals.com RE: Vitals iPhone/Mobile App Feedback | MDX0057691 | MDX0057696 | | | | | | |
| 108 | | Series of emails from J. Cutler RE: Thanks for the Offer Jeff | MDX0045131 | MDX0045133 | | | | | | |
| 109 | | Series of emails from J. Connolly Ed.D. of Castle Connolly Medical Ltd. RE: Timing | MDX0042692 | MDX0042694 | | | | | | |
| 110 | | Series of emails from I. Weiss RE: Test Area on Healthgrades | MDX0049605 | MDX0049607 | Boyer 14 | | | | | |
| 111 | | MDXMedical -- Digital (Jeff) Business Development Pipeline / Scorecard, December 2010 | MDX0029005 | MDX0029014 | Cutler 11 | | | | | |
| 112 | | Vitals Ad Sales spreadsheet | MDX0029015 | MDX0029020 | Cutler 12 | | | | | |
| 113 | | Series of emails from J. Cutler RE: New Look in Healthgrades Advertising Area | MDX0103990 | MDX0103990 | Cutler 25 | | | | | |
| 114 | | Email from R. Forman of HVGLLC FW: Responses from HealthGrades | MDX0103843 | MDX0103843 | Rothschild 15 | | | | | |
| 115 | | Series of emails from J. Argenti RE: Insider Pages/CitySearch Coins Deal with Healthgrades | MDX0103844 | MDX0103847 | Cutler 26 | | | | | |
| 116 | | Series of emails from L. West RE: Insider Pages/CitySearch Coins Deal with Healthgrades | MDX0103860 | MDX0103863 | Cutler 27 | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 117 | | Email from E. Boyer RE: Healthgrades Membership Form | MDX0103880 | MDX0103880 | Boyer 15 | | | | | |
| 118 | | Series of emails from D. Lipsher RE: Healthgrades | MDX0103932 | MDX0103933 | Rothschild 16 | | | | | |
| 119 | | Email from K. Zachar of Athena Health RE: Healthgrades, Vestar, et al | MDX0103973 | MDX0103973 | Rothschild 13 | | | | | |
| 120 | | Series of emails from D. Zecchin RE: Healthgrades Profiles | MDX0103974 | MDX0103975 | Cutler 28 | | | | | |
| 121 | | Vitals Business Overview: Progress, Strategy, Plans | MDX0101696 | MDX0101759 | Cutler 36 | | | | | |
| 122 | | Letter from J. Maldjian of Maldjian Law Group RE: Study of U.S. Patent No. 7,752,060 | MDX0104122 | MDX0104127 | Rothschild 5 | | | | | |
| 123 | | Series of emails from P. Braginsky FW: Vitals Web Site Protocols REDACTED | MDX0104111 | MDX0104111 | Rothschild 12 | | | | | |
| 124 | | Handwritten Notes: Meeting 12/30/10 - M. Rothschild, P. Braginsky, T. (illegible) REDACTED | MDX0104112 | MDX0104121 | Rothschild 11 | | | | | |
| 125 | | Series of emails from L. West RE: Insider Pages/CitySearch Coins Deal with Healthgrades | MDX0103864 | MDX0103867 | Cutler 29 | | | | | |
| 126 | | Email from D. Hackett of Patient Conversation Media RE: Healthgrade's Patient Direct Connect Patent | MDX0103882 | MDX0103882 | Rothschild 3 | | | | | |
| 127 | | Series of emails from J. Lotkowictz RE: More Healthgrades Sales Literature | MDX0103905 | MDX0103906 | Cutler 31 | | | | | |
| 128 | | Series of emails from J. Cutler RE: HealthGrades with PR of 7 | MDX0103928 | MDX0103931 | Cutler 32 | | | | | |
| 129 | | Email from J. Cutler RE: Healthgrades Profiles | MDX0103976 | MDX0103976 | Cutler 2 | | | | | |
| 130 | | Series of emails from J. Cutler FW:  FYI - HealthGrades | MDX0103988 | MDX0103988 | Cutler 33 | | | | | |
| 131 | | Series of emails from J. Cutler RE: ZocDoc & HealthGrades Comparison Slides for Baylor? (enclosing Baylor - Vitals Presentation - Oct 11) | MDX0103991 | MDX0104011 | Cutler 34 | | | | | |
| 132 | | SQL Searches -- Search Criteria and Data Output | MDX0104073 | MDX0104110 | West 19 | | | | | |
| 133 | | Health Plans & MCOs Pipeline / Scorecard -- July 31, 2011 | MDX0102542 | MDX0102547 | Cutler 13 | | | | | |
| 134 | | Data Licensing and Utilization Agreement between MDXMedical, Inc. and Castlight Health, Inc.; Schedules A, B | MDX0102835 | MDX0102854 | Cutler 4 | | | | | |
| 135 | | Vitals.com Overview & Diligence Information | MDX0102855 | MDX0102934 | Cutler 37 | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 136 | | Letter from SVB Analytics, Inc. RE: Valuation of the Common Stock of MDXMedical, Inc. enclosing Report and Exhibits | MDX0103661 | MDX0103723 | Rothschild 25 | | | | | |
| 137 | | Screenshot from Vitals website | | | Rothschild 9 | | | | | |
| 138 | | Visio sketch of Vitals.com Network | | | West 2 | | | | | |
| 139 | | Screenshot of Vitals.com (James P. Smith) | | | West 8 | | | | | |
| 140 | | Vitals: Where Consumers Become Patients | MDX0067616 | MDX0067683 | | | | | | |
| 141 | | Email from gary@patenthawk.com RE: Helping You Fight Health Grades, Inc. | MDX0103936 | MDX0103937 | | | | | | |
| 142 | | Series of emails from B. Hull of Cardinal Partners RE: Healthgrades | MDX0103934 | MDX0103934 | | | | | | |
| 143 | | Series of emails from L. Russo of PARS Int'l Corp. FW: Trademark Infringement Notice | MDX0103907 | MDX0103912 | | | | | | |
| 144 | | Series of emails from L. Russo of PARS Int'l Corp. FW: Vitals.com Trademark Infringement Notice | MDX0103920 | MDX0103926 | | | | | | |
| 145 | | Series of emails from J. Cutler FW: Patient Choice on Healthgrades | MDX0103977 | MDX0103978 | | | | | | |
| 146 | | Email from E. Boyer RE: Healthgrades Survey - Maternity Care | MDX0104015 | MDX0104015 | | | | | | |
| 147 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0101455 | MDX0101521 | | | | | | |
| 148 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0101522 | MDX0101579 | | | | | | |
| 149 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0101580 | MDX0101632 | | | | | | |
| 150 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0101633 | MDX0101695 | | | | | | |
| 151 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0101760 | MDX0101823 | | | | | | |
| 152 | | Email from trosengart@notes.cc.sunysb.edu RE: What Healthgrades is up to | MDX0103834 | MDX0103834 | | | | | | |
| 153 | | Series of emails from J. Connolly Ed.D of Castle Connolly Medical Ltd. FW: Look at what Health Grades is Doing? | MDX0103873 | MDX0103873 | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 154 | | Schedule No. 001 to the Master Business Agreement between Aetna Life Insurance Company and MDXMedical, Inc.; Statement of Work; Exhibits A, B, D (iTriage-Aetna Agreement) | MDX0104391 | MDX0104405 | | | | | | |
| 155 | | Master Business Agreement between Aetna Life Insurance Company and MDXMedical, Inc. | MDX0104406 | MDX0104421 | | | | | | |
| 156 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0101824 | MDX0101859 | | | | | | |
| 157 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0101860 | MDX0101900 | | | | | | |
| 158 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0101901 | MDX0101941 | | | | | | |
| 159 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0101942 | MDX0101982 | | | | | | |
| 160 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0101983 | MDX0102023 | | | | | | |
| 161 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0102024 | MDX0102092 | | | | | | |
| 162 | | Vitals Business Overview | MDX0102093 | MDX0102141 | | | | | | |
| 163 | | SEO Board Slides | MDX0101294 | MDX0101312 | | | | | | |
| 164 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0101386 | MDX0101454 | | | | | | |
| 165 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0101313 | MDX0101385 | | | | | | |
| 166 | | Vitals Data Summary & Competitive Overview | MDX0102811 | MDX0102815 | | | | | | |
| 167 | | Email from T. Pietri of Milestone Venture Partners RE: Ucompare Healthgrades Strategy | MDX0103938 | MDX0103939 | | | | | | |
| 168 | | Series of emails from T. Pietri of Milestone Venture Partners RE: Ucompare Healthgrades Strategy | MDX0103942 | MDX0103946 | | | | | | |
| 169 | | Email from A. Vera RE: HealthGrades and WebMD Data Sources (enclosing HealthGrades_WebMD presentation) | MDX0104063 | MDX0104063 | | | | | | |
| 170 | | Series of emails from jeff@vitals.com RE: Premier Health Opportunity | MDX0062964 | MDX0062965 | | | | | | |
| 171 | | Series of emails from J. Cutler RE: HealthGrades Hospital Links | MDX0062513 | MDX0062513 | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 172 | | Strategic Partnership Agreement between MDXMedical, Inc./Vitals and The MPB Group, LLC (Beryl) | MDX0102142 | MDX0102149 | | | | | | |
| 173 | | Strategic Alliance Agreement between MDXMedical, Inc. and Hospital Pricing Specialists (HPS) | MDX0102150 | MDX0102159 | | | | | | |
| 174 | | Proposal for Licensing of Vitals Data by GHI | MDX0102242 | MDX0102243 | | | | | | |
| 175 | | Data Pages & Data Utilization Agreement between MDXMedical, Inc. d/b/a Vitals.com and EmblemHealth Services Company LLC | MDX0102285 | MDX0102291 | | | | | | |
| 176 | | Vitals - Business Overview: Progress, Strategy, Plans | MDX0102024 | MDX0102092 | | | | | | |
| 177 | | License Agreement between MDXMedical, Inc. and Health Care Service Corporation (HCSC); Schedules A, B, C, D, E | MDX0102357 | MDX0102383 | | | | | | |
| 178 | | Software & Data Utilization Agreement between MDXMedical, Inc. d/b/a Vitals.com and Healthy Advice Networks, LLC; Schedules A, B | MDX0102394 | MDX0102400 | | | | | | |
| 179 | | Data Utilization Agreement between MDXMedical, Inc. d/b/a/ MDXBlue and Princeton Insurance Company; Schedules A, B | MDX0102401 | MDX0102407 | | | | | | |
| 180 | | Data Licensing and Utilization Agreement between MDXMedical, Inc. and Surgical Care Affiliates; Schedules A, B | MDX0102502 | MDX0102510 | | | | | | |
| 181 | | Content Licensing Agreement between RateMDs, Inc. and MDXMedical, LLC | MDX0103820 | MDX0103826 | | | | | | |
| 182 | | Inventory Reservation Agreement between The HealthCentral Network, Inc. and MDXMedical, Inc.; Exhibits A, B | MDX0102635 | MDX0102649 | | | | | | |
| 183 | | MDXMedical & Castlight Health - Term Sheet | MDX0102795 | MDX0102795 | | | | | | |
| 184 | | Data Licensing and Utilization Agreement between MDXMedical, Inc. and Castlight Health, Inc.; Schedules A, B | MDX0104159 | MDX0104178 | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 185 | | Data Pages & Data Utilization Agreement between MDXMedical, Inc. d/b/a Vitals.com and EmblemHealth Services Company LLC; Schedules A, B; First Amendment to Data Pages & Data Utilization Agreement dated 4/15/09; Renewal to License Agreement dated 1/28/2011; Renewal to Master Agreement dated 3/03/2010; Renewal to Master Agreement dated 12/13/2011 | MDX0104195 | MDX0104205 | | | | | | |
| 186 | | Data Utilization Agreement between MDXMedical, Inc. d/b/a Vitals.com and Expert Consensus LLC; Schedules A, B | MDX0104206 | MDX0104212 | | | | | | |
| 187 | | Master Services Agreement for Professional Services between Health Care Services Corporation and MDXMedical, Inc.; Attachment 1; Exhibit A; Enterprise Strategic Sourcing Routing Form | MDX0104272 | MDX0104299 | | | | | | |
| 188 | | Statement of Work for Consumer Transparency Tools 2.0 for Health Care Service Corporation (Exhibit A to Master Services Agreement for Professional Services between MDXMedical, Inc. and Health Care Services Corporation dated 1/01/2011) | MDX0104213 | MDX0104225 | | | | | | |
| 189 | | Statement of Work for Integrated Provider Finder for Health Care Service Corporation (Exhibit A - Attachment #1 to the Master Services Agreement for Professional Services between MDXMedical, Inc. and Health Care Services Corporation dated 1/01/2011) | MDX0104226 | MDX0104235 | | | | | | |
| 190 | | License Agreement between MDXMedical, Inc. and Health Care Service Corporation (HCSC); Schedules A, B, C, D, E; Addendum effective 6/20/2011 | MDX0104236 | MDX0104271 | | | | | | |
| 191 | | Software & Data Utilization Agreement between MDXMedical, Inc. d/b/a Vitals.com and Healthy Advice Networks, LLC; Schedules A, B; Amendment #1 to the Software & Data Utilization Agreement dated 5/11/2009 | MDX0104300 | MDX0104309 | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 192 | | Data Utilization Agreement between MDXMedical, Inc. d/b/a/ Vitals.com and Private Health Management, Inc.; Schedules A, B | MDX0104366 | MDX0104372 | | | | | | |
| 193 | | Series of emails from D. Hackett FW: Health Grades, Inc. Internet Group---"$6.5 million, and increase of $2.1 million, or 47%" | MDX0103835 | MDX0103842 | | | | | | |
| 194 | | Email from M. Rothschild RE: Thanks For Your Time Yesterday | MDX0100719 | MDX0100719 | | | | | | |
| 195 | | Email from M. Rothschild RE: Vitals Web Site Protocols (enclosing Vitals Protocols) | MDX0100720 | MDX0100722 | | | | | | |
| 196 | | Series of emails from P. Braginsky RE: Freedom to Operate Opinion | MDX0100723 | MDX0100724 | | | | | | |
| 197 | | MDx's Local Patent Rule 3-7 Disclosures | | | | | | | | |
| 198 | | Exhibit A to MDx's Rule 3-7 Disclosures | | | | | | | | |
| 199 | | A page from the UCompareHealthCare website | | | LaPointe 2 | | | | | |
| 200 | | MDXMedical, Inc.'s Supplemental Invalidity Contentions and Documents Accompanying Invalidity Contentions | | | LaPointe 3 | | | | | |
| 201 | | UCHC Competitive Analysis | | | LaPointe 4 | | | | | |
| 202 | | Pages from UCHC Competitive Analysis about Health Grades from Alexa | | | LaPointe 5 | | | | | |
| 203 | | Pages from UCHC Competitive Analysis ("printouts of spreadsheets, Excel spreadsheets, that were part of the competitive analysis") | | | LaPointe 6 | | | | | |
| 204 | | "Printout of probably an Excel spreadsheet containing information on competitors" | UCHC31 | UCHC40 | LaPointe 7 | | | | | |
| 205 | | "Printouts from, at the time, the number of archives that Archive.org" | UCHC41 | UCHC53 | LaPointe 8 | | | | | |
| 206 | | "HealthGrades Financials" | | | LaPointe 9 | | | | | |
| 207 | | "HealthGrades Physician Quality Report from September of 2004" | | | LaPointe 10 | | | | | |
| 208 | | "HealthGrades' website home page from October 19th, 2004" | | | LaPointe 11 | | | | | |
| 209 | | "Search results page from HealthGrades printed out on October 19th of 2004" | | | LaPointe 12 | | | | | |
| 210 | | "HealthGrades' website from October 19th, 2004, from their hospital report section" | | | LaPointe 13 | | | | | |
| 211 | | "Sample Hospital Quality Report from October 19th, 2004, from HealthGrades" | | | LaPointe 14 | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 212 | | "Summary of HealthGrades' information taken from Alexa" | | | LaPointe 15 | | | | | |
| 213 | | "Collection of information and research on the Leapfrog Group" | | | LaPointe 16 | | | | | |
| 214 | | Pages from Ingenix.com website | | | LaPointe 17 | | | | | |
| 215 | | Pages "from Ingenix.com website on 11-7-2004 and 12-8-2004 and 11-14-2004" | | | LaPointe 18 | | | | | |
| 216 | | "Printout from the Ingenix website from 11-15-2004 of a page that appears to be a form to request literature" | | | LaPointe 19 | | | | | |
| 217 | | "Information from Ingenix regarding their quality rating suite and their provider lookup online" | | | LaPointe 20 | | | | | |
| 218 | | "Press release and financial reports from Ingenix and United Healthcare" | | | LaPointe 21 | | | | | |
| 219 | | "Printouts of the Subimo.com website from October 19th, 2004" | | | LaPointe 22 | | | | | |
| 220 | | "Printout from the Subimo website from October 19th, 2004; a page of Pharma Advisor product demo" | | | LaPointe 23 | | | | | |
| 221 | | "Printouts from the HealthScope.org website, from October 19th, 2004" | | | LaPointe 24 | | | | | |
| 222 | | "Email from Mitch Rothschild to Erika Boyer and Larry West" | | | LaPointe 25 | | | | | |
| 223 | | Vitals Flow Chart | MDX0040624 | MDX0040627 | | | | | | |
| 224 | | Series of emails from M. Rothschild RE: Google Alert - Healthgrades | MDX0042755 | MDX0042756 | | | | | | |
| 225 | | Patients' Choice User Agreement | MDX0058277 | MDX0058290 | | | | | | |
| 226 | | MDXMedical Response to the Providence Health Plans Provider Directory (Request for Proposal) | MDX0067025 | MDX0067062 | | | | | | |
| 227 | | Patient Referral from Vitals | MDX0068080 | MDX0068099 | | | | | | |
| 228 | | Jeff Cutler - Top Opportunities - January, 2011 | MDX0069092 | MDX0069092 | | | | | | |
| 229 | | Vitals Competitive Landscape | MDX0069135 | MDX0069137 | | | | | | |
| 230 | | HCSC Data Element Comparison (chart) | MDX0070745 | MDX0070750 | | | | | | |
| 231 | | Vitals Profile Comparison | MDX0070857 | MDX0070857 | | | | | | |
| 232 | | Vitals Profile Comparison | MDX0070858 | MDX0070858 | | | | | | |
| 233 | | Vitals Sample Profile | MDX0070859 | MDX0070859 | | | | | | |
| 234 | | Vitals Sample Profile | MDX0070860 | MDX0070860 | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 235 | | Healthgrades Media Coverage - Past 6 months | MDX0070862 | MDX0070937 | | | | | | |
| 236 | | Vitals' Approach to Gathering, Cleansing, Matching and Integrating Third Party Data | MDX0070948 | MDX0071011 | | | | | | |
| 237 | | Vitals - Core IP Asset Detail: 1) Master Provider Database 2) Doctor-Finder Web Tool | MDX0071288 | MDX0071325 | | | | | | |
| 238 | | Vitals - Proposal to Improve Consumer / Member Web Interface, Though [sic] a Better Method for Finding the "Right" Doctor | MDX0071452 | MDX0071471 | | | | | | |
| 239 | | Descriptions: Learn more about "specialties," "hospital affiliations," "doctor education," "disciplinary information," "awards & distinctions," "insurance," "patient ratings," "procedure volume" | MDX0071482 | MDX0071487 | | | | | | |
| 240 | | Vitals database rules | MDX0071528 | MDX0071592 | | | | | | |
| 241 | | Vitals - Creating the First Truly Comprehensive Website, Database and Evaluation System of America's Physicians | MDX0072279 | MDX0072349 | | | | | | |
| 242 | | Guest Portal - No Registration Required | MDX0072535 | MDX0072585 | | | | | | |
| 243 | | Ratings and Comment Accordion -Variable Display based on Review/Comment Combinations | MDX0072682 | MDX0072682 | | | | | | |
| 244 | | Vital Press Release: "Launch of Vitals Takes the Pain Out of Finding the Right Doctor - New, Innovative Website Gives Consumers Free and Complete Access to Vital Background Information on All 720,000 U.S. Doctors" | MDX0072933 | MDX0072934 | | | | | | |
| 245 | | Vitals - Business Overview | MDX0072935 | MDX0072937 | | | | | | |
| 246 | | Vitals - Managing Your Reputation On The Internet: Understanding Consumer Ratings in the Cosmetic Surgery Industry and How to Promote your Practice (Jeff Cutler) | MDX0072942 | MDX0072973 | | | | | | |
| 247 | | Series of emails from A. Vera RE: Enwisen (& MedVantage) (enclosing Content Licensing Data Points; Data Source Partners - Public; Sample Hospital Profile; Sample Physician Profile) | MDX0042607 | MDX0042624 | | | | | | |
| 248 | | Series of emails from I. Weiss FW: Latest Google Local Feed Sample | MDX0049183 | MDX0049185 | | | | | | |
| 249 | | Email from I. Weiss RE: Zipcode Project | MDX0049604 | MDX0049604 | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 250 | | Series of emails from I. Weiss RE: [#670745371] [Local-content-partners] Re: Hi Irving, follow-up question about "prose reviews" | MDX0060991 | MDX0060992 | | | | | | |
| 251 | | Atomic PR: Main Messaging \| Vitals.com | MDX0061135 | MDX0061142 | | | | | | |
| 252 | | Email from I. Weiss RE: Healthgrades Review | MDX0061385 | MDX0061385 | | | | | | |
| 253 | | Series of emails from J. Cutler RE: Following Up | MDX0061776 | MDX0061777 | | | | | | |
| 254 | | Series of emails from J. Cutler RE: Marketing Materials for Arthur? | MDX0061784 | MDX0061785 | | | | | | |
| 255 | | Series of emails from J. Cutler RE: Call Today | MDX0062122 | MDX0062127 | | | | | | |
| 256 | | Jeff Cutler - Top Opportunities - August, 2007 | MDX0062184 | MDX0062184 | | | | | | |
| 257 | | Series of emails from J. Cutler RE: I'm Sure You Heard but How Will this Affect Us? | MDX0062192 | MDX0062192 | | | | | | |
| 258 | | Series of emails from "Jeff" RE: FW: We've Received Your Spam Report for http://www.healthgrades.com | MDX0062427 | MDX0062427 | | | | | | |
| 259 | | Series of emails from J. Cutler RE: OneTouch - Vitals Traffic | MDX0062464 | MDX0062469 | | | | | | |
| 260 | | Series of emails from J. Cutler RE: Sanctions Against Doctors | MDX0062500 | MDX0062502 | | | | | | |
| 261 | | Series of emails from J. Cutler RE: FW: Healthgrades Redesign | MDX0062573 | MDX0062575 | | | | | | |
| 262 | | Series of emails from J. Cutler FW: 6 Articles from Meltwater News | MDX0062752 | MDX0062760 | | | | | | |
| 263 | | Series of emails from J. Cutler RE: Vitals.com - Doctor Melvin H Jahss, MD Profile | MDX0062836 | MDX0062837 | | | | | | |
| 264 | | "Should doctors worry when patients rate them online?" By Janet Colwell | MDX0062920 | MDX0062924 | | | | | | |
| 265 | | Series of emails from "Jeff" RE: FW: We've Received Your Spam Report for http://www.healthgrades.com | MDX0062948 | MDX0062949 | | | | | | |
| 266 | | MDXMedical, Inc. Product Road Map - 5 year Development Horizon | MDX0063478 | MDX0063479 | | | | | | |
| 267 | | Email from P. Braginsky  of Sills Cummis RE: Health Grades Inc | MDX0104784 | MDX0104785 | | | | | | |
| 268 | | Series of emails from M. Rothschild RE: Health Grades Inc | MDX0104786 | MDX0104787 | | | | | | |
| 269 | | Series of emails from P. Braginsky  of Sills Cummis RE: Health Grades Inc | MDX0104788 | MDX0104789 | | | | | | |
| 270 | | Series of emails from M. Rothschild RE: Health Grades Inc | MDX0104790 | MDX0104791 | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 271 | | Series of emails from M. Rothschild RE: Health Grades Inc | MDX0104792 | MDX0104794 | | | | | | |
| 272 | | Series of emails from P. Braginsky  of Sills Cummis RE: Health Grades Inc | MDX0104795 | MDX0104797 | | | | | | |
| 273 | | Email from P. Braginsky  of Sills Cummis RE: Health Grades (enclosing letter to Merchant & Gould dated 1/21/10) | MDX0104798 | MDX0104800 | | | | | | |
| 274 | | Series of emails from M. Rothschild RE: Health Grades | MDX0104801 | MDX0104802 | | | | | | |
| 275 | | Series of emails from M. Rosenberg  of Sills Cummis RE: Health Grades | MDX0104803 | MDX0104804 | | | | | | |
| 276 | | Series of emails from M. Rothschild RE: Health Grades | MDX0104805 | MDX0104807 | | | | | | |
| 277 | | Email from P. Braginsky of Sills Cummis RE: Health Grades | MDX0104808 | MDX0104809 | | | | | | |
| 278 | | Series of emails from M. Rothschild RE: Health Grades | MDX0104810 | MDX0104811 | | | | | | |
| 279 | | Series of emails from P. Braginsky of Sills Cummis RE: Health Grades | MDX0104812 | MDX0104814 | | | | | | |
| 280 | | SEO Board Slides - March 2011 | MDX0025166 | MDX0025185 | | | | | | |
| 281 | | Email from B. Shipley RE: HealthGrades' iPhone App | MDX0030098 | MDX0030099 | | | | | | |
| 282 | | Series of emails from L. West FWD: RE: Follow Up | MDX0034996 | MDX0034996 | | | | | | |
| 283 | | Series of emails from J. Shurtleff RE: iTriage Promoted by Hospitals | MDX0040556 | MDX0040556 | | | | | | |
| 284 | | Vitals.com Mobile App - Competitive Analysis | MDX0040559 | MDX0040586 | | | | | | |
| 285 | | Competitive Analysis - Healthgrades | MDX0041280 | MDX0041288 | | | | | | |
| 286 | | Email from morningreport@meltwaternews.com RE: 4 Articles from Meltwater News | MDX0043701 | MDX0043703 | | | | | | |
| 287 | | Email from morningreport@meltwaternews.com RE: 6 Articles from Meltwater News | MDX0043718 | MDX0043721 | | | | | | |
| 288 | | MDX Medical - Digital (Kiesha, Jeff) Business Development Pipeline (Nov. 2011) | MDX0062431 | MDX0062441 | | | | | | |
| 289 | | Vitals - Proposal to Develop a Transparent, Accurate and Fair Tool to Find and Check Up on Doctors (Presented to Aetna) | MDX0070459 | MDX0070477 | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 290 | | MDX Medical (Vitals, UCompare, HealthLeap) – Business Update Thru July 2011 | MDX0100986 | MDX0100991 | | | | | | |
| 291 | | SEO Board Slides - May 2011 | MDX0101294 | MDX0101312 | | | | | | |
| 292 | | Health Plans & MCOs Pipeline / Scorecard -- July 31,2011: Top Opportunities | MDX0102542 | MDX0102547 | | | | | | |
| 293 | | Jeff Cutler - Top Opportunities - December, 2009 (Digital Biz Dev) | MDX0102719 | MDX0102722 | | | | | | |
| 294 | | MDX Medical (Vitals) -- Health Care Business Development PipeLine / Scorecard, EOM July 2009 | MDX0102737 | MDX0102761 | | | | | | |
| 295 | | Cease & Desist Letter to MDx dated December 15, 2009 | | | | | | | | |
| 296 | | HG Marking Documents | HG0002689 | HG0002690 | | | | | | |
| 297 | | MDX Second Supplemental Objections and Responses to Plaintiff's First Set of Requests for Admission | | | | | | | | |
| 298 | | MDX First Supplemental Objections and Responses to Plaintiff's First Set of Requests for Admission | | | | | | | | |
| 299 | | MDX Objections and Responses to Plaintiff's First Set of Requests for Admission and Second Set of Interrogatories | | | | | | | | |
| 300 | | MDX Objections and Responses to Plaintiff's First Requests for Production of Documents, Electronically Stored Information, and Tangible Things | | | | | | | | |
| 301 | | MDX Objections and Responses to Plaintiff's First Set of Interrogatories | | | | | | | | |
| 302 | | MDX Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories | | | | | | | | |
| 303 | | MDX Supplemental Response to Interrogatory No. 2 | | | | | | | | |
| 304 | | HG Second Supplemental Response to Interrogatory No. 8 | | | | | | | | |
| 305 | | HG Supplemental Response to Interrogatory No. 6 | | | | | | | | |
| 306 | | HG Supplemental Responses to Interrogatory Nos. 1 and 3 and Exhibit A to the Supplemental Responses | | | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 307 | | HG Supplemental Answers to Requests for Admission Nos. 1 and 2 | | | | | | | | |
| 308 | | HG Supplemental Responses to Interrogatory Nos. 8 and 9 | | | | | | | | |
| 309 | | HG Responses to Third Set of Interrogatories | | | | | | | | |
| 310 | | HG Responses to Second Set of Interrogatories | | | | | | | | |
| 311 | | HG Responses to Second Set of Requests for Production | | | | | | | | |
| 312 | | HG Responses to First Set of Requests for Admission | | | | | | | | |
| 313 | | HG Supplemental Response to Request for Production No. 1 and Continuation Application produced with supplemental response | | | | | | | | |
| 314 | | HG Supplemental Infringement Contentions dated July 19, 2011 and Exhibit E – Supplemental Patent Disclosures | | | | | | | | |
| 315 | | HG Responses to First Set of ROGs and First Set of RFPs | | | | | | | | |
| 316 | | HG Disclosure of Asserted Claims and Infringement Contentions dated July 1, 2011 | | | | | | | | |
| 317 | | Exhibit A – Rule 3-1(c) Claim Chart  Current Website  July 1, 2011 | | | | | | | | |
| 318 | | Exhibit B – Rule 3-1(c) Claim Chart  Old Website  July 1, 2011 | | | | | | | | |
| 319 | | Exhibit C – Rule 3-1(c) Disclosure  Screenshots  July 1, 2011 | | | | | | | | |
| 320 | | Exhibit D – Rule 3-1(c) Disclosure Screenshots July 1, 2011 | | | | | | | | |
| 321 | | Order re Claim Construction [138] | | | | | | | | |
| 322 | | March 2, 2012 Amended Infringement Contentions Addressing New Claim Constructions in February 13, 2012, Markman Order [Doc. # 148] | | | | | | | | |
| 323 | | Exhibit 1 to [148]: Exhibit A Claim Chart (current version) to original July 1, 2011 contentions | | | | | | | | |
| 324 | | Exhibit 2 to [148]:  Amended Exhibit A Claim Chart | | | | | | | | |
| 325 | | Exhibit 3 to [148]:  Redlined version of Exhibit 2 compared to Exhibit 1 | | | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 326 | | Exhibit 4 to [148]: Exhibit B Claim Chart (prior version) to original July 1, 2011 contentions | | | | | | | | |
| 327 | | Exhibit 5 to [148]:  Amended Exhibit B Claim Chart | | | | | | | | |
| 328 | | Exhibit 6 to [148]:  Redlined version of Exhibit 5 compared to Exhibit 4 | | | | | | | | |
| 329 | | Declaration of Kirstin Stoll De-Bell [156-1] | | | | | | | | |
| 330 | | Declaration of Kirstin Stoll De-Bell [201-1] | | | | | | | | |
| 331 | | SEO Review [201-15] | | | | | | | | |
| 332 | | Vitals SEO Profile Updates [201-16] | | | | | | | | |
| 333 | | Larry West email [201-17] | | | | | | | | |
| 334 | | Aetna/iTriage Article [252-6] | | | | | | | | |
| 335 | | '060 Patent v iTriage Claim Chart [253-2] | | | | | | | | |
| 336 | | West deposition excerpts [253-3] | | | | | | | | |
| 337 | | David Lee email re opinion documents [263-1] | | | | | | | | |
| 338 | | Rothschild email [264] | | | | | | | | |
| 339 | | Maldjian email [264-2] | | | | | | | | |
| 340 | | Cooper Declaration [338-1] | | | | | | | | |
| 341 | | Cooper Rebuttal [338-2] | | | | | | | | |
| 342 | | Cooper transcipt [338-3] | | | | | | | | |
| 343 | | HG Press Release [338-4] | | | | | | | | |
| 344 | | Drucker Report [338-5] | | | | | | | | |
| 345 | | Feb. 16, 2005 Montroy email [338-6] | | | | | | | | |
| 346 | | Montroy POS email [338-7] | | | | | | | | |
| 347 | | Montroy POS email [338-8] | | | | | | | | |
| 348 | | Burkhard POS email [338-9] | | | | | | | | |
| 349 | | Greenspun Rebuttal [338-10] | | | | | | | | |
| 350 | | Selected Portions of Fourth Supp. Invalidity Contentions [369-2] | | | | | | | | |
| 351 | | Selected Portions of Fourth Supp. Invalidity Contentions Claim Chart [369-3] | | | | | | | | |
| 352 | | Selected Portions of Expert Report on Invalidity [369-4] | | | | | | | | |
| 353 | | UCHC 0000080 [369-5] | | | | | | | | |
| 354 | | Nursing Home Report [369-7] | | | | | | | | |
| 355 | | Nursing Home Report [369-8] | | | | | | | | |
| 356 | | Physician Report [369-9] | | | | | | | | |
| 357 | | Physician Report [369-10] | | | | | | | | |
| 358 | | Hospital Report [369-11] | | | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 359 | | Ingenix printouts [369-19] | | | | | | | | |
| 360 | | Subimo printouts [369-20] | | | | | | | | |
| 361 | | Healthscope printouts [369-21] | | | | | | | | |
| 362 | | LaPointe excerpts [369-23] | | | | | | | | |
| 363 | | Hicks excerpts [369-24] | | | | | | | | |
| 364 | | Montroy Resume [392-8] | | | | | | | | |
| 365 | | West Bio [392-11] | | | | | | | | |
| 366 | | Rothschild Bloomberg Bio [392-12] | | | | | | | | |
| 367 | | Rothschild Bio [392-13] | | | | | | | | |
| 368 | | Grrenspun Resume [392-17] | | | | | | | | |
| 369 | | SQL Report [404-5] | | | West Dep. 19 | | | | | |
| 370 | | Count Documents [404-6] | MDX0104080 | MDX0104091 | | | | | | |
| 371 | | MDX Powerpoint  [404-10] | MDX0071952 | MDX0071989 | | | | | | |
| 372 | | ABMS Printout  [404-11] | | | | | | | | |
| 373 | | March 28, 2012 Vitals Screenshots [404-12] | | | | | | | | |
| 374 | | Rothschild Deposition Transcript and Video | | | | | | | | |
| 375 | | West Deposition Transcript and Video | | | | | | | | |
| 376 | | Boyer Deposition Transcript and Video | | | | | | | | |
| 377 | | LaPointe Deposition Transcript and Video | | | | | | | | |
| 378 | | Cooper Deposition Transcript and Video | | | | | | | | |
| 379 | | Napper Deposition Transcript and Video | | | | | | | | |
| 380 | | Affidavit of Allen Dodge, Exhibit B to [23] | | | | | | | | |
| 381 | | Rule 3-2(c) and (d) – File History and Ownership Docs | | | | | | | | |
| 382 | | MDX Patent Rule 3-7 Disclosures | | | | | | | | |
| 383 | | MDX Rule 3-7 Disclosures Exhibit A | | | | | | | | |
| 384 | | January 25, 2011 Braginsky letter | MDX0100414 | MDX0100718 | | | | | | |
| 385 | | Rothschild/Braginsky email | MDX0100719 | | | | | | | |
| 386 | | Rothschild/Braginsky email | MDX0100720 | MDX0100722 | | | | | | |
| 387 | | Braginsky/Rothschild email | MDX0100723 | MDX0100724 | | | | | | |
| 388 | | January 2, 2011 Maldjian letter | MDX0104122 | MDX0104127 | | | | | | |
| 389 | | Braginsky/Heaton email | MDX0104111 | | | | | | | |
| 390 | | Handwritten notes with redactions | MDX0104112 | MDX0104121 | | | | | | |
| 391 | | Rothschild/Maldjian email | MDX0104783 | | | | | | | |
| 392 | | Rothschild/Maldjian email | MDX0104744 | MDX0104745 | | | | | | |
| 393 | | Rothschild/Maldjian email | MDX0104746 | MDX0104748 | | | | | | |
| 394 | | Rothschild/Maldjian email | MDX0104749 | MDX0104756 | | | | | | |
| 395 | | Rothschild/Maldjian email | MDX0104757 | MDX0104767 | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 396 | | Rothschild/Maldjian email | MDX0104768 | MDX0104769 | | | | | | |
| 397 | | Maldjian/Rothschild email | MDX0104770 | | | | | | | |
| 398 | | Maldjian/Rothschild email | MDX0104771 | MDX0104776 | | | | | | |
| 399 | | Maldjian/Rothschild email | MDX0104777 | MDX0104778 | | | | | | |
| 400 | | Maldjian/Rothschild email | MDX0104779 | MDX0104782 | | | | | | |
| 401 | | Braginksy/Rothschild email | MDX0104812 | MDX0104814 | | | | | | |
| 402 | | Braginsky/Rothschild email | MDX0104784 | MDX0104785 | | | | | | |
| 403 | | Rothschild/Braginsky email | MDX0104786 | MDX0104787 | | | | | | |
| 404 | | Braginsky/Rothschild email | MDX0104788 | MDX0104789 | | | | | | |
| 405 | | Rothschild/Braginsky email | MDX0104790 | MDX0104791 | | | | | | |
| 406 | | Rothschild/Braginksy email | MDX0104792 | MDX0104794 | | | | | | |
| 407 | | Braginsky/Rothschild email | MDX0104798 | MDX0104800 | | | | | | |
| 408 | | Braginsky/Rothschild email | MDX0104795 | MDX0104797 | | | | | | |
| 409 | | Rothschild/Braginsky email | MDX0104810 | MDX0104811 | | | | | | |
| 410 | | Braginsky/Rothschild email | MDX0104808 | MDX0104809 | | | | | | |
| 411 | | Rothschild/Rosenberg email | MDX0104805 | MDX0104807 | | | | | | |
| 412 | | Rothschild/Bradinsky email | MDX0104801 | MDX0104802 | | | | | | |
| 413 | | Rosenberg/Rothschild email | MDX0104803 | MDX0104804 | | | | | | |
| 414 | | iTriage screenshots | HGISC000105 | HGISC000259 | | | | | | |
| 415 | | Neal email re: Google Summary | HG0042931 | HG0042934 | | | | | | |
| 416 | | Montroy email re: Google | HG0042101 | HG0042128 | | | | | | |
| 417 | | Google Search Engine Optimization Starter Guide | | | | | | | | |
| 418 | | July 13, 2012 Expert Report of Dr. Philip Greenspun and Appendices | | | | | | | | |
| 419 | | September 17, 2012 Rebuttal Expert Report of Dr. Philip Greenspun and Appendices | | | | | | | | |
| 420 | | July 13, 2012 Damages Expert Report of David Hall and Attachments | | | | | | | | |
| 421 | | July 20, 2012 Supplemental Damages Expert Report of David Hall and Attachments | | | | | | | | |
| 422 | | [Doc. # 433] Errata Submission to Correct Errors in Docket # 411 and Docket # 411-3 | | | | | | | | |
| 423 | | [Doc. # 433-1]  Replacement pages 12 and 16 of Opposition to Hall Daubert motion | | | | | | | | |
| 424 | | [Doc. # 433-2] Replacement pages 7 and 8 of Exhibit C 9Hall Affidavit) to Opposition to Hall Daubert motion | | | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 425 | | [Doc. # 433-3] Attachment 16, Hall Market Analysis, Hall Depo. Exhibit 79 | | | | | | | | |
| 426 | | [Doc. # 433-4] Napper Market Share Data Analysis, Hall Depo. Exhibit 76 | | | | | | | | |
| 427 | | [Doc. # 433-5] Napper Market Share Data Analysis, Hall Depo. Exhibit 77 | | | | | | | | |
| 428 | | [Doc. # 411-3] Affidavit of David Hall | | | | | | | | |
| 429 | | Philip Greenspun, et al., Building National Electronic Medical Record Systems via the World Wide Web, Journal of the American Medical Informatics Association 191-207 (May/June 1996). | | | | | | | | |
| 430 | | Demonstrative and Illustrative Exhibits to be exchanged at a later date per agreement of the parties. | | | | | | | | |
| 431 | | HealthGrades Investor Day Presentation, December 7, 2006. | HG0001728 | HG0001800 | | | | | | |
| 432 | | HealthGrades Form 10-K for the fiscal year ended December 31, 2009. | HG0001580 | HG0001660 | | | | | | |
| 433 | | Vitals Business Overview: Progress, Strategy, Plans. | MDX0012882 | MDX0012934 | | | | | | |
| 434 | | MDx Medical, Inc. and Subsidiaries Audited Consolidated Financial Statements, Years Ended December 31, 2011 and 2010. | MDX010440 | MDX0104466 | | | | | | |
| 435 | | MDx Medical, Inc. Audited Financial Statements Years Ended May 31, 2009 and 2008. | MDX0104632 | MDX0104649 | | | | | | |
| 436 | | Vitals Business Overview: Progress, Strategy, Plans. | MDX0012688 | MDX 0012756 | | | | | | |
| 437 | | HealthGrades Internal Contract Distribution Form re:  Best Quality Healthcare, Inc. | HGLA0041 | HGL0050 | | | | | | |
| 438 | | HealthGrades Internal Contract Distribution Form re:  Dr. Tango, Inc. | HGLA0077 | HGL0085 | | | | | | |
| 439 | | Schedule No. 1 to the Master Business Agreement between Aetna Life Insurance Company and MDx Medical, Inc. | MDX0104391 | MDX0104405 | | | | | | |
| 440 | | List Management Agreement Between Kroll Direct Marketing, Inc. and MDx Medical, Inc. | MDX0104353 | MDX0104354 | | | | | | |
| 441 | | MDx Medical, Inc. Financial Projections – Annual Summary BASE PLAN. | MDX0101069 | | | | | | | |
| 442 | | Market Size Analysis. | MDX0007187 | | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 443 | | Market Share Trend Data (Traffic Comparison) from QuantCast, updated data thru 6/30/09. | MDX0007062 | MDX0007072 | | | | | | |
| 444 | | MDx Medical, Inc., Financial Projections – Annual Summary – GROWTH PLAN #2. | MDX0101070 | | | | | | | |
| 445 | | MDx Medical, Inc. Profit & Loss January through December 2008. | MDX0104672 | MDX0104687 | | | | | | |
| 446 | | MDx Medical, Inc. Profit & Loss January through December 2009. | MDX0104688 | MDX0104703 | | | | | | |
| 447 | | MDx Medical, Inc. Profit & Loss January through December 2008. | MDX0104704 | MDX0104719 | | | | | | |
| 448 | | MDx Medical, Inc. Profit & Loss January through December 2008. | MDX0104720 | MDX0104735 | | | | | | |
| 449 | | MDx Medical, Inc. Profit & Loss January through December 2008. | MDX0104736 | MDX0104743 | | | | | | |
| 450 | | Master Business Agreement between Aetna Life Insurance Company and MDx Medical. | MDX0104406 | MDX0104421 | | | | | | |
| 451 | | MDx Profit & Loss Detail.  Produced by MDx as Excel Document. | | | | | | | | |
| 452 | | ComScore Key Measures Report, dated June 11, 2011. | | | | | | | | |
| 453 | | ComScore Key Measures Report, dated June 2012. | | | | | | | | |
| 454 | | ComScore Cross Visiting Report, dated July 2010. | | | | | | | | |
| 455 | | ComScore Cross Visiting Report, dated August 2010. | | | | | | | | |
| 456 | | ComScore Cross Visiting Report, dated September 2010. | | | | | | | | |
| 457 | | ComScore Cross Visiting Report, dated November 2010. | | | | | | | | |
| 458 | | ComScore Cross Visiting Report, dated December 2010. | | | | | | | | |
| 459 | | ComScore Cross Visiting Report, dated February 2011. | | | | | | | | |
| 460 | | ComScore Cross Visiting Report, dated March 2011. | | | | | | | | |
| 461 | | ComScore Cross Visiting Report, dated April 2011. | | | | | | | | |
| 462 | | ComScore Cross Visiting Report, dated May 2011. | | | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 463 | | ComScore Cross Visiting Report, dated June 2011. | | | | | | | | |
| 464 | | ComScore Cross Visiting Report, dated July 2011. | | | | | | | | |
| 465 | | ComScore Cross Visiting Report, dated August 2011. | | | | | | | | |
| 466 | | ComScore Cross Visiting Report, dated September 2011. | | | | | | | | |
| 467 | | ComScore Cross Visiting Report, dated October 2011. | | | | | | | | |
| 468 | | ComScore Cross Visiting Report, dated June 2011. | | | | | | | | |
| 469 | | ComScore Cross Visiting Report, dated November 2011. | | | | | | | | |
| 470 | | ComScore Cross Visiting Report, dated December 2011. | | | | | | | | |
| 471 | | ComScore Cross Visiting Report, dated January 2012. | | | | | | | | |
| 472 | | ComScore Cross Visiting Report, dated February 2012. | | | | | | | | |
| 473 | | ComScore Cross Visiting Report, dated March 2012. | | | | | | | | |
| 474 | | ComScore Cross Visiting Report, dated April 2012. | | | | | | | | |
| 475 | | ComScore Cross Visiting Report, dated May 2012. | | | | | | | | |
| 476 | | ComScore Key Measures Report, dated December 2008 | | | | | | | | |
| 477 | | ComScore Key Measures Report, dated January 2009 | | | | | | | | |
| 478 | | ComScore Key Measures Report, dated September 2009 | | | | | | | | |
| 479 | | ComScore Key Measures Report, dated October 2009 | | | | | | | | |
| 480 | | ComScore Key Measures Report, dated October 2010 | | | | | | | | |
| 481 | | ComScore Key Measures Report, dated May 2012 | | | | | | | | |
| 482 | | ComScore Key Measures Report, dated June 2012 | | | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 483 | | Vitals.com Core Competitors | MDX0088029 | MDX0088031 | | | | | | |
| 484 | | Vitals.com -- Helping Patients Find the Doctor that is Right for Them | MDX0081864 | MDX0081933 | | | | | | |
| 485 | | Vitals Specialty Page Optimization Project v1.5 | MDX0075057 | MDX0075068 | | | | | | |
| 486 | | E-mail to Mitch@vitals.com on 10/24/2011, re:"3 articles from Meltwater News" | MDX0074115 | MDX0074118 | | | | | | |
| 487 | | E-mail from Allen Silkin to Mitch@vitals.com on 8/11/2008, re:"Fwd: Non Compete" | MDX0074656 | MDX0074657 | | | | | | |
| 488 | | E-mail from Jeff Cutler to Robert Estrada, et. al. on 10/20/2010 re:"HealthGrades Deal?" | MDX0073686 | MDX0073686 | | | | | | |
| 489 | | E-mail chain from Jeff Cutler to Josh Kramon on 10/21/2010 re: "Re: Vitals and its information on John Wells MD" | MDX0073681 | MDX0073683 | | | | | | |
| 490 | | Screenshot of Google Search Results of Dr. Mark Fabi | MDX0073377 | MDX0073377 | | | | | | |
| 491 | | E-mail chain from Jeff Cutler to Mitch Rothschild  on 02/18/2011, re:"FW: Intro to head of Prof Services at HGRDS …" | MDX0073415 | MDX0073416 | | | | | | |
| 492 | | Resume of Allen Silkin | MDX0074695 | MDX0074697 | | | | | | |
| 493 | | E-mail from John Connoly to Mitch@Raspberryred.com on 8/21/2008, re:"Top Doctors in your area, Check Doctor Background & Review Physician Credential" | MDX0074709 | MDX0074709 | | | | | | |
| 494 | | Vitals & Health InfoTechnics -- Introduction | MDX0081314 | MDX0081338 | | | | | | |
| 495 | | Doctor Resources -- Project Plan | MDX0088446 | MDX0088457 | | | | | | |
| 496 | | Employment Agreement for Allen Silkin with Health Grades, Inc. | MDX0074658 | MDX0074658 | | | | | | |
| 497 | | Online Ratings Irk Doctors, USA TODAY | MDX0097754 | MDX0097754 | | | | | | |
| 498 | | Database Diagram | MDX 0078968 | MDX 0078968 | | | | | | |
| 499 | | Vitals Demonstration Script | MDX0081696 | MDX0081703 | | | | | | |
| 500 | | On-Line Consultation (OLC) Integration | MDX0074761 | MDX0074767 | | | | | | |
| 501 | | E-mail chain from Micah M to jeff@vitals.com on 09/21/2010, re:"Re: FW: URGENT Re: FW: Health2.0 / Vitals update ...." | MDX0076672 | MDX0076683 | | | | | | |
| 502 | | E-mail chain from Larry West to Mitch@raspberryred.com, et. al. on 08/07/2006, re:"RE: FW: Physician Online Service Registration" | MDX0075320 | MDX0075321 | | | | | | |
| 503 | | Vitals.com Core Competitors | MDX0088029 | MDX0088031 | | | | | | |

| Plt's Ex. No. | Witness | Description | Begin Bates | End Bates | Dep. Ex. No. | Stipulated | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 504 | | Vitals.com -- Helping Patients Find the Doctor that is Right for Them | MDX0081864 | MDX0081933 | | | | | | |
| 505 | | Documents necessary to lay a foundation or to establish authenticity and admissibility. | | | | | | | | |
| 506 | | Documents needed for impeachment and/or rebuttal. | | | | | | | | |
| 507 | | Plaintiff reserves the right to supplement this list and/or proffer additional exhibits at trial, including, but not limited to any document for impeachment or rebuttal and/or submit cleaner copies of the same or substantively the same documents listed herein. | | | | | | | | |
| 508 | | | | | | | | | | |
| 509 | | | | | | | | | | |
| 510 | | | | | | | | | | |
| 511 | | | | | | | | | | |
| 512 | | | | | | | | | | |