# APPENDIX B

CASE CAPTION:   Health Grades Inc. v. MDx Medical, Inc.

CASE NO.:  1:11-cv-520

EXHIBIT LIST OF:   Defendant and Counterclaimant MDx Medical, Inc.
 (Name and Party Designation)

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 1. | | DX13 (Hicks): June 4, 2005 Health Grades Drucker Report | MGHG 000016 - 000019 | | | | | |
| 2. | | PX17 (Boyer): United States Patent No. 7,752,060 (the '060 patent") | | | | | | |
| 3. | | DX4 (Hicks): Prosecution history of the '060 patent (certified) | MDX 0013335 - 0013590 | | | | | |
| 4. | | DX5 (Hicks): Provisional application No. 60/771,757 | HG 0209543 - 0209562 | | | | | |
| 5. | | DX6 (Hicks): Henley, U.S. Patent Application Publication No. US 2003/0195838 | HG 1119 – 1159 | | | | | |
| 6. | | Cook, U.S. Patent Application Publication No. US 2006/0080146 | HG 1091 – 1118 | | | | | |
| 7. | | Sameh, U.S. Patent Application Publication No. US 2004/0010423 | HG 1160 - 1176 | | | | | |
| 8. | | Plaintiff Health Grades, Inc.'s Responses To Defendant MDx Medical, Inc.'s First Set Of Interrogatories (Nos. 1-6) (verified) | | | | | | |
| 9. | | Plaintiff Health Grades, Inc.'s Responses To Defendant MDx Medical, Inc.'s Second Set Of Interrogatories (Nos. 7-9) (verified) | | | | | | |
| 10. | | Plaintiff Health Grades, Inc.'s Responses To Defendant MDx Medical, Inc.'s Third Set Of Interrogatories (Nos. 10) (verified) | | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|---|
| 11. | | Plaintiff Health Grades, Inc.'s Supplemental Response To Defendant MDx Medical, Inc.'s Interrogatory No. 6 (verified) | | | | | | |
| 12. | | Plaintiff Health Grades, Inc.'s Supplemental Responses To Defendant MDx Medical, Inc.'s Interrogatory Nos. 1 And 3, Verified | | | | | | |
| 13. | | Plaintiff Health Grades, Inc.'s Supplemental Responses To Defendant MDx Medical, Inc.'s Interrogatory Nos. 8 And 9 (verified) | | | | | | |
| 14. | | Plaintiff Health Grades, Inc.'s Second Supplemental Responses To Defendant MDx Medical, Inc.'s Interrogatory No. 8 (verified) | | | | | | |
| 15. | | Plaintiff Health Grades, Inc.'s Answers To Defendant MDx Medical, Inc.'s First Set Of Requests For Admission (Nos. 1-3) | | | | | | |
| 16. | | Plaintiff Health Grades, Inc.'s Supplemental Answers To Defendant MDx Medical, Inc.'s Requests For Admission Nos. 1 And 2 | | | | | | |
| 17. | | MDx Third Supplemental Invalidity Contentions and Appendix | | | | | | |
| 18. | | MDx Fourth Supplemental Invalidity Contentions and Appendix | | | | | | |
| 19. | | Bachus et al., U.S. Patent Application Publication No. US 2006/0015369 | MDX 0000001 - 0000012 | | | | | |
| 20. | | Shubov et al., U.S. Patent Application Publication No. US 2002/0038233 | MDX 0000013 – 0000032 | | | | | |
| 21. | | Stolba, U.S. Patent Application Publication No. US 2006/0294138 | MDX 0000033 - 0000047 | | | | | |
| 22. | | Koenig, U.S. Patent No. US 7,167,855 | MDX 0000048 – 0000077 | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|---|
| 23. | | Bua, U.S. Patent Application Publication No. US 2003/0167187 | MDX 0000078 - 0000111 | | | | | |
| 24. | | Herz et al., U.S. Patent No. 7,065,528 | MDX 0000112 - 0000118 | | | | | |
| 25. | | GeoAccess brochures | UCHC 0000272 – 0000321 | | | | | |
| 26. | | Printouts of www.subimo.com website | UCHC 0000131 – 0000147 | | | | | |
| 27. | | Printouts of www.healthscope.org website | UCHC 0000202 – 0000208 | | | | | |
| 28. | | Printouts of www.ratemds.com website | MDX 0000119 – 0000123 | | | | | |
| 29. | | File history documents for related Health Grades patent application | HG 0000703 – 0000788 | | | | | |
| 30. | | August 23, 2012 email from Jesus Vazquez (and attachments) relating to documents for related Health Grades patent application | | | | | | |
| 31. | | Health Grades Hospital Quality Report and prior art activity | UCHC 0000079 – 0000093; HG 0032102 - 0032109 | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|---|
| 32. | | Health Grades Physician Quality Report and prior art activity | UCHC 0000094 – 0000110; HG 0032086 – 0032101; HG 0208976 – 0208986 | | | | | |
| 33. | | Health Grades Comparative Physician Report | HG 0208987 - 0209000 | | | | | |
| 34. | | Health Grades Physician Quality Comparison Report | HG 0032062 - 0032085 | | | | | |
| 35. | | Health Grades Nursing Home Comparison Report | HG 0032037 - 0032051 | | | | | |
| 36. | | Health Grades Nursing Home Quality Report | HG 0032052 - 0032061 | | | | | |
| 37. | | Health Grades Physician New Marketing Media, Health Grades premium report, and prior art activity | HG 0179518 - 0179550 | | | | | |
| 38. | | July 13, 2012 Expert Report of Dr. Richard Cooper and Exhibits A and B | | | | | | |
| 39. | | September 17, 2012 Rebuttal Expert Report of Dr. Richard Cooper | | | | | | |
| 40. | | DX51 (Neal): March 22, 2005 email from John Neal (with email chain and attachment) regarding Health Grades reports | HG 0179518 - 0179550 | | | | | |
| 41. | | Market Share provided by Quantcast | MDX 0007066 | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|---|
| 42. | | Printout of ABMS website disclaimer | MDX 0104128-0104129 | | | | | |
| 43. | | Printout of Arizona Medical Board website disclaimer | MDX 0104130-0104132 | | | | | |
| 44. | | Printout of Medical Board of California website disclaimer | MDX 0104133-0104134 | | | | | |
| 45. | | Printout of California Department of Consumer Affairs website disclaimer | MDX 0104135-0104136 | | | | | |
| 46. | | Printout of Pennsylvania Department of State website disclaimer | MDX 0104137 | | | | | |
| 47. | | January 5, 2011 email from M. Rothschild regarding policy | MDX 0011997 - 0011998 | | | | | |
| 48. | | Prosecution History of '060 patent | HG 0000001 - 0000240 | | | | | |
| 49. | | September 17, 2012 Expert Report of Brian W. Napper and Exhibits 1 through 5 | | | | | | |
| 50. | | Market Share provided by Quantcast | MDX 0007062 - 0007072 | | | | | |
| 51. | | May 11, 2009 email from Kerry Hicks (including earlier email chain), regarding Vitals | HG 0051701 - 0051702 | | | | | |
| 52. | | DX61 (Neal): February 11, 2009 email from Dave Hicks, regarding Vitals | HG 0053581 | | | | | |
| 53. | | May 20, 2010 email from Mike Shanks (with attachments) regarding SEC documents | HG 0074647 - 0074947 | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 54. | | DX60 (Neal): March 17, 2008 email from John Neal, regarding target list | HG 0082817 – 0082830 | | | | | |
| 55. | | July 28, 2010 Health Grades press release regarding second quarter 2010 results | HG 0090175 – 0090182 | | | | | |
| 56. | | May 12, 2011 email from Maria Leal (with attachment), regarding Mountain Acquisition Corp. | HG 0163138 – 0163163 | | | | | |
| 57. | | Agreement with Vimo, Inc. | HGLA 0001 - 0019 | | | | | |
| 58. | | Agreement with Premera Blue Cross | HGLA 0020 - 0031 | | | | | |
| 59. | | Agreement with Mazonson and Santas dba ClearCost Health | HGLA 0032 - 0039 | | | | | |
| 60. | | Agreement with Best Quality Healthcare | HGLA 0041 - 0050 | | | | | |
| 61. | | Agreement with HTH Worldwide, LLC | HGLA 0051 – 0058 | | | | | |
| 62. | | Agreement with White Pages, Inc. | HGLA 0059 – 0068 | | | | | |
| 63. | | Agreement with Microsoft Corporation | HGLA 0069 - 0076 | | | | | |
| 64. | | Agreement with DrTango, Inc. | HGLA 0077 - 0085 | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|---|
| 65. | | Agreement with Google | HGLA 0086 - 0091 | | | | | |
| 66. | | Agreement with Prism Services Group | HGLA 0092 - 0097 | | | | | |
| 67. | | Agreement with InsiderPages.com | HGLA 0098 - 0107 | | | | | |
| 68. | | Agreement with Prism Services Group | HGLA 0108 - 0111 | | | | | |
| 69. | | Agreement with Microsoft Corp. | HGLA 0112 - 0140 | | | | | |
| 70. | | Agreement with Prism Services Group | HGLA 0141 - 0179 | | | | | |
| 71. | | Competitive data regarding websites | MDX 0006999 - 0007297 | | | | | |
| 72. | | Correspondence and documents regarding business opportunities | MDX 0073234 - 0073253 | | | | | |
| 73. | | Email chain regarding USA Today article. | MDX 0074820 - 0074842 | | | | | |
| 74. | | Competitive data regarding websites | MDX 0101069 | | | | | |
| 75. | | Agreement with The Leapfrog Group | MDX 0102292 - 0102301 | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 76. | | Agreement with Ratemds.com | MDX 0103820 – 0103826 | | | | | |
| 77. | | Agreement with Angie's List | MDX 0104138 – 0104148 | | | | | |
| 78. | | Agreement with The C2P Group | MDX 0104149 – 0104158 | | | | | |
| 79. | | Agreement with Castlight Health, Inc. | MDX 0104159 – 0104178 | | | | | |
| 80. | | Agreement with Center for Medical Weight Loss | MDX 0104179 – 0104183 | | | | | |
| 81. | | Agreement with Cox Search, Inc. | MDX 0104184 – 0104194 | | | | | |
| 82. | | Agreement with EmblemHealth Services Co. | MDX 0104195 – 0104205 | | | | | |
| 83. | | Agreement with Expert Consensus | MDX 0104206 – 0104212 | | | | | |
| 84. | | Agreement with BlueCross and BlueShield of Illinois, New Mexico, Oklahoma and Texas | MDX 0104213 – 0104225 | | | | | |
| 85. | | Agreement with BlueCross and BlueShield of Illinois, New Mexico, Oklahoma and Texas | MDX 0104226 – 0104235 | | | | | |
| 86. | | Agreement with BlueCross and BlueShield of Illinois, New Mexico, Oklahoma and Texas | MDX 0104236 – 0104255 | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 87. | | Agreement with Healthy Advice Networks | MDX 0104300 – 0104309 | | | | | |
| 88. | | Agreement with Humana | MDX 0104310 – 0104317 | | | | | |
| 89. | | Agreement with Humana | MDX 0104318 – 0104352 | | | | | |
| 90. | | Agreement with Kroll Direct Marketing, Inc. | MDX 0104353 – 0104354 | | | | | |
| 91. | | Agreement with Lake Group Media | MDX 0104355 – 0104358 | | | | | |
| 92. | | Agreement with Princeton Insurance Company | MDX 0104359 – 0104365 | | | | | |
| 93. | | Agreement with Private Health Management, Inc. | MDX 0104366 – 0104372 | | | | | |
| 94. | | Agreement with Surgical Care Affiliates | MDX 0104373 – 0104382 | | | | | |
| 95. | | Agreement with Vemics, Inc. | MDX 0104383 – 0104390 | | | | | |
| 96. | | Agreement with Aetna Life Insurance Company | MDX 0104391 – 0104405 | | | | | |
| 97. | | Agreement with Aetna Life Insurance Company | MDX 0104406 – 0104421 | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|---|
| 98. | | MDx Audited Financial Statements for years ended December 31, 2011 and 2010 | MDX 0104440 - 0104466 | | | | | |
| 99. | | MDx Audited Financial Statements for years ended May 31, 2009 and 2008 | MDX 0104632 - 0104649 | | | | | |
| 100. | | MDx Profit and Loss data | MDX 0104672 – 0104736 | | | | | |
| 101. | | Web page referenced in Napper report: http://www.usatoday.com/yourlife/health/healthcare/doctorsnurses/2011-01-03-online-appointments_N.htm | | | | | | |
| 102. | | Web page referenced in Napper report: http://www.allbusiness.com/marketing/advertising-internet-advertising/2646-1.html#axzz26emPm94P | | | | | | |
| 103. | | Web page referenced in Napper report: http://www.vestarcapital.com/en/portfolio/ | | | | | | |
| 104. | | Web page referenced in Napper report: http://www.businesswire.com/news/home/20110228006227/en/York-Times-Company-Completes-Sale-UCompareHealthCare.com-MDx | | | | | | |
| 105. | | Web page referenced in Napper report: Website referenced in Napper report: http://www.vitals.com | | | | | | |
| 106. | | Web page referenced in Napper report: http://www.vitals.com/about | | | | | | |
| 107. | | Web page referenced in Napper report: http://www.vitals.com/faq | | | | | | |
| 108. | | Web page referenced in Napper report: http://www.vitals.com/about/advertisers | | | | | | |
| 109. | | PX10 (LaPointe): Health Grades Physician Quality Report | UCHC 0000095-0000110 | | | | | |
| 110. | | PX12 (LaPointe): Order Page | UCHC 0000080 | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 111. | | PX13 (LaPointe): Hospital Reports Page | UCHC 0000081 | | | | | |
| 112. | | PX14 (LaPointe): Hospital | UCHC 0000082-0000090 | | | | | |
| 113. | | Screenshots of old MDx website (Rothschild PX 6 and 7) | | | | | | |
| 114. | | Screenshots of next MDx website | MDX 0000124 - 0000174 | | | | | |
| 115. | | PX4 (Boyer): January 5, 2011 email from Mitch Rothschild | MDX 0034444 - 0034446 | | | | | |
| 116. | | Declaration of Mitchel Rothschild [Doc. # 195-8] | | | | | | |
| 117. | | Declaration of Erika Boyer [Doc. # 367-8] | | | | | | |
| 118. | | Declaration of Mitchel Rothschild [Doc. # 371-2] | | | | | | |
| 119. | | Declaration of Lawrence West [Doc. # 444-5 ] | | | | | | |
| 120. | | Declaration of Mitchel Rothschild [Doc. # 446-3] | | | | | | |
| 121. | | PX6 (Boyer): October 5, 2010 email from Larry West | MDX 0019254-0019255 | | | | | |
| 122. | | PX4 (West): 12/15/09 letter from Merchant & Gould | MDX 0011861 - 0011862 | | | | | |
| 123. | | PX8 (West): MDx James P. Smith report pages | | | | | | |
| 124. | | PX13 (West): Dr. Brian Smith Snapshot | | | | | | |
| 125. | | PX19 (West): MDx query results | MDX 0103073-0103110 | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 126. | | PX5 (Rothschild): January 2, 2011 letter from Maldjian Law Group | MDX 0104122 | | | | | |
| 127. | | PX6 (Rothschild): Screenshots of old MDx website | | | | | | |
| 128. | | PX7 (Rothschild): Screenshots of old MDx website | | | | | | |
| 129. | | PX8 (Rothschild): Opinion of Philip Braginsky | MDX 0100414-0100448 | | | | | |
| 130. | | Correspondence Relating to Opinion of Maldjian | MDX 0104122 – 0104127; MDX 0104744 - 0104783 | | | | | |
| 131. | | Correspondence Relating to Opinion of Philip Braginsky | MDX 0100414 – 0100724; MDX 0104111 – 0104121; MDX 0104784 - 0104814 | | | | | |
| 132. | | PX11 (Rothschild): handwritten notes relating to opinion of Philip Braginsky | MDX 0104112-0104121 | | | | | |
| 133. | | PX12 (Rothschild): January 3, 2011 email from Rothschild to Braginsky | MDX 0104111 | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 134. | | PX14 (Rothschild): January 25, 2010 letter from Rosenberg to Gergely | MDX 0011863 - 0011864 | | | | | |
| 135. | | DX8 (Hicks): December 28, 2004 email with enclosed reports | HG 0032036 - 0032109 | | | | | |
| 136. | | DX9 (Hicks): Patient experience survey numbers | HG 209647 | | | | | |
| 137. | | DX10 (Hicks): August 2, 2005 Health Grades press release | HG 0001867- 0001868 | | | | | |
| 138. | | DX11 (Hicks): Health Grades initial disclosures | | | | | | |
| 139. | | DX12 (Hicks): Merchant & Gould privilege log | | | | | | |
| 140. | | Health Grades privilege logs | | | | | | |
| 141. | | DX16 (Montroy): Resume of Scott Montroy | HG 0209648- 0209649 | | | | | |
| 142. | | DX17 (Montroy): Health Grades report on Dr. Sanjay Gupta | | | | | | |
| 143. | | DX19 (Montroy): May 2012 email chain regarding Health Grades hospital expanded profiles | HG 0042017 – 0042018 | | | | | |
| 144. | | DX20 (Montroy): March 28, 2003 email from Scott Montroy regarding Health Grades physician research comparison report | HG 0207307 | | | | | |
| 145. | | DX21 (Montroy): April 17, 2003 email from Scott Montroy regarding Health Grades physician quality report and comparative physician report | HG 0208975 - 0209000 | | | | | |
| 146. | | DX22 (Montroy): May 23, 2003 email from David Hicks regarding physician flow | HG 0119109 - 0119111 | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 147. | | DX23 (Montroy): August 12, 2003 email from Janet Burkhard regarding Health Grades quality guide plans | HG 0049856 – 0049863 | | | | | |
| 148. | | DX24 (Montroy): February 3, 2004 email from Janet Burkhard regarding fellowship data on physicians | HG 0049852 | | | | | |
| 149. | | DX25 (Montroy): February 4, 2004 email from Dave Hicks regarding patient satisfaction | HG 0120457 | | | | | |
| 150. | | DX26 (Montroy): May 11, 2004 email from Scott Montroy regarding physician online service | HG 0042042 - 0042044 | | | | | |
| 151. | | DX27 (Montroy): May 25, 2004 email from Scott Montroy regarding physician online service | HG 0042038 | | | | | |
| 152. | | DX28 (Montroy): May 26, 2004 email from Janet Burkhard regarding physician online service | HG 0032226 | | | | | |
| 153. | | DX29 (Montroy): August 16, 2004 email from Dave Hicks (with attachment) regarding patient experience survey | HG 0043786 - 0043787 | | | | | |
| 154. | | DX30 (Montroy): January 4, 2005 email from John Neal (with email chain) regarding contracts for AARP | HG 0031741 – 0031743 | | | | | |
| 155. | | DX31 (Montroy): February 26, 2006 email from Scott Montroy regarding search engine indexing | HG 0042063 – 0042067 | | | | | |
| 156. | | DX41 (Blackman): June 1, 2005 email from Allen Dodge regarding quality reports | HGMKES 011301 - 011305 | | | | | |
| 157. | | DX42 (Blackman): January 11, 2010 email from Brian Blackman regarding patent application office action | HG 1090 - 1176 | | | | | |
| 158. | | DX43 (Blackman): September 8, 2006 email from Tara Gleditsch regarding PPG competitors | HG 1232 – 1237 | | | | | |
| 159. | | DX45 (Neal): MDx Notice of 30(b)(6) deposition to Health Grades | | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 160. | | DX46 (Neal): Project Development Plan dated April 15, 2004, regarding patient experience survey | HGMKFS 098307 - 098325 | | | | | |
| 161. | | DX47 (Neal): May 14, 2004 email from Dave Hicks (with email chain) regarding patient experience survey | HGMKES 022433 – 022437 | | | | | |
| 162. | | DX48 (Neal): November 11, 2004 email from Scott Montroy (with attachment) regarding patient experience survey | HG 0209008 – 209010 | | | | | |
| 163. | | DX49 (Neal): Health Grades patient experience survey | HGMKES 022569 – 022574 | | | | | |
| 164. | | DX50 (Neal): February 16, 2005 email from Scott Montroy regarding status | HGMKES 022179 – 022180 | | | | | |
| 165. | | DX52 (Neal): January 19, 2005 email from John Neal (and attachment) regarding physician new media marketing | HG 0207384 - 0207398 | | | | | |
| 166. | | DX53 (Neal): March 24, 2005 email from Sarah Loughran (with email chain) regarding PNMM patent application | HG 0209051 - 0209052 | | | | | |
| 167. | | DX54 (Neal): May 19, 2009 email from John Neal (with email chain) regarding Vitals | HG 0051899 - 0051900 | | | | | |
| 168. | | DX55 (Neal): May 13, 2010 email from John Neal (with email chain) regarding Vitals | HG 0052138 | | | | | |
| 169. | | DX56 (Neal): February 28, 2011 email from Kerry Hicks (with email chain) regarding Vitals and UCompare | HG 0051789 - 0051792 | | | | | |
| 170. | | DX57 (Neal): Complaint and Demand for Jury Trial | | | | | | |
| 171. | | DX58 (Neal): May 11, 2009 email from Kerry Hicks regarding Vitals | HG 0051701 – 0051702 | | | | | |

| Exhibit | Witness | Brief Description | Bates Nos. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 172. | | DX62 (Dodge): MDx Notice of 30(b)(6) deposition to Health Grades | | | | | | |
| 173. | | DX63 (Dodge): Health Grades financial data | HG 0060706 - 0060715 | | | | | |
| 174. | | Defendant MDx Medical, Inc.'s Objections And Responses To Plaintiff's First Set Of Interrogatories (verified) | | | | | | |
| 175. | | Defendant MDx Medical, Inc.'s Supplemental Objections And Responses To Plaintiff's First Set Of Interrogatories (verified) | | | | | | |
| 176. | | DX65 (Greenspun): Defendant MDx Medical, Inc.'s Second Supplemental Objections And Responses To Plaintiff's First Set Of Interrogatories (verified) | | | | | | |
| 177. | | Defendant MDx Medical, Inc.'s Objections And Responses To Plaintiff's First Set Of Requests For Admission And Second Set Of Interrogatories (verified) | | | | | | |
| 178. | | Defendant MDx Medical, Inc.'s Supplemental Objections And Responses To Plaintiff's First Set Of Requests For Admission | | | | | | |
| 179. | | Documents regarding Health Grades' investigation of Vitals.com website | | | | | | |
| 180. | | Screen shots of substitute websites | MDX 0013294 - 0013334 | | | | | |
| 181. | | Screen shots of iTriage application (contained in Health Grades infringement contentions) | | | | | | |
| | | Any deposition exhibits not mentioned above associated with transcript portions to be read into the record. | | | | | | |
| | | Demonstrative and Illustrative exhibits to be exchanged at a later date per agreement of the parties. | | | | | | |