IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    **MDx Medical, Inc.'s Unopposed Motion to Restrict Access** [Doc. # 531] is GRANTED; and

    (2)    Health Grade, Inc.'s Opposition [Doc. # 520], which was stricken, and related exhibits [Doc. ## 520-1 through 520-20] shall be RESTRICTED, Level 1.

DATED:  March 4, 2013