IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    **MDx Medical, Inc.'s Unopposed Motion to Restrict Access** [Doc. # 527] is GRANTED; and

    (2)    Doc. # 516-1 shall be RESTRICTED, Level 1.

DATED: March 5, 2013