IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:     11-cv-00520-PAB-BNB | Date: March 6, 2013 |
| Courtroom Deputy:   Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| HEALTH GRADES, INC | *Jesus M. Vazquez Jr.* |
| | *Kris J. Kostolansky* |
| **Plaintiff(s)** | |
| v. | |
| MDX MEDICAL, INC | *Scott D. Stimpson* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**PRETRIAL CONFERENCE**

Court in Session:  8:30 a.m.

Appearance of counsel.

Proposed Pretrial Order reviewed.  Parties are not to obtain a trial date today.

**Pretrial Order was approved and filed with the corrections made of record.**
**Exhibits to be exchanged on or before May 15, 2013.**
**Objections to exhibits to be filed on or before June 7, 2013.**

Court in Recess:  8:36 a.m.    Hearing concluded.    Total time in court: 00:06

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119