IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Parties' Joint Unopposed Motion for an Additional Two-Day Extension of Time for Them to File Motions to Restrict Regarding Dkt. Nos. 524,** *et seq.* **and 525** *et seq.*  [docket no. 537, filed March 6, 2013] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the parties have to and including **March 8, 2013**, in which to file their respective motions to restrict access, or a joint motion to restrict access, relating to Dkt. 524 *et seq*. and 525 *et seq.*

DATED:  March 6, 2013