**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**PARTIES' JOINT UNOPPOSED MOTION FOR AN ADDITIONAL FOUR-DAY EXTENSION OF TIME FOR THEM TO FILE MOTIONS TO RESTRICT REGARDING DKT. NOS. 524 *et seq.* AND 525 *et seq.***

---

Defendant MDx Medical, Inc. ("MDx") and Plaintiff Health Grades, Inc. ("Health Grades"), by their respective undersigned counsel, respectfully submit this Joint Motion for An Additional Four- Day Extension of Time For Them To File Motions To Restrict Regarding Dkt. 524 *et seq.* and 525 *et seq.,* which includes 524, 524-1 through 524-25, 525, and 525-1 through 525-25 ("Joint Motion").

Pursuant to *D.C.COLO.L.CivR* 7.1(A), the undersigned counsel have conferred regarding the relief requested herein and have agreed to the relief sought in this Joint Motion.

**JOINT MOTION**

1.    On February 20, 2013, Health Grades re-filed its Opposition to MDx's Motion for Summary Judgment of No Infringement With Regard to Amended Complaint and Allegations

1

Relating to Aetna Life Insurance Company [Dkt. 490].  Dkt. 524, 524-1 – 524-25.[1]  On the same day, Health Grades subsequently re-filed this Opposition with a corrected brief.  Dkt. 525, 525-1 – 525-25. Health Grades filed the opposition and exhibits, both Dkt. 524 *et seq.* and 525 *et seq.*, as restricted documents, given that MDx asserts that the documents reference and contain confidential information.

2. Pursuant to *D.C.Colo.LCivR* 7.2(D), the Parties' respective motions to restrict access to the opposition brief and exhibits referenced above were due by March 6, 2013, and pursuant to the Court's grant of the parties' first joint motion for an extension of time [Dkt. # 540], are currently due today, March 8, 2013.

3. Today, counsel for the parties conferred by telephone regarding the respective motions to restrict, and determined that additional discussion is necessary.  Counsel are still happy to note that the parties still agree that MDx can file an unopposed motion to restrict regarding Dkt. 524 *et seq.* because that entire docket entry is not to be considered by the Court in light of Health Grades' corrected opposition brief, and the same exhibits, re-filed at Dkt 525 *et seq.*  However, regarding the submissions at Dkt. 525 *et seq.*, counsel need additional time to confer in an effort to limit the number of issues in dispute in the motions to restrict.  Following the March 6, 2013 Pre-Trial Conference, counsel have not been able to complete their conferral regarding the motions to restrict concerning Dkt. 525 *et seq.*  However, counsel will complete their conferral within the extended time requested herein.

4. Good cause exists for the additional, brief extensions requested by the Parties.  This is a complex patent case with numerous issues in dispute, regarding both factual and expert

---

[1] Health Grades' initial opposition filing, Dkt. 520, was stricken.  Dkt. 521.

issues, that have become the basis for summary judgment motions. The parties have heeded the Court's admonition to limit the exhibits and submissions regarding such motions, but such disputed issues have still required the submission of numerous, excerpted exhibits. Counsel for the Parties conferred by telephone yesterday and agreed that the additional, short extension requested herein would allow them to complete their conferral in anticipation of filing either a joint motion to restrict access, or respective motions to restrict access, on Tuesday, March 12, 2013.

5.      The Parties previously sought, and were granted, a two-day extension for filing their respective motions to restrict access. In accordance with *D.C.COLO.L.CivR* 6.1(E), copies of this motion will simultaneously be served on Health Grades and MDx by their respective undersigned counsel.

## **CONCLUSION**

Therefore, for good cause shown, the Parties jointly and respectfully request that the Court grant their Joint Motion and allow them up to and including Tuesday, March 12, 2013, to file their respective motions to restrict access, or a joint motion to restrict access, relating to Dkt. 524 *et seq.* and 525 *et seq.*

Dated: March 8, 2013

Respectfully submitted,

*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

4

*s:/ Jesús M. Vázquez*
Jesús M. Vázquez, Jr., Esq.
Kris J. Kostolansky, Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
Email: jvazquez@rothgerber.com
Email: kkosto@rothgerber.com
Email: gkanan@rothgerber.com

*Attorneys for Plaintiff Health Grades, Inc.*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2013, I electronically filed the foregoing PARTIES' JOINT UNOPPOSED MOTION FOR AN ADDITIONAL FOUR-DAY EXTENSION OF TIME FOR THEM TO FILE MOTIONS TO RESTRICT REGARDING DKT. NOS. 524 *et seq.* and 525 *et seq.* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

            *s:/  Scott B. Murray*