**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX'S MOTION FOR AN ADDITIONAL ONE-DAY EXTENSION OF TIME FOR THEM TO FILE MOTIONS TO RESTRICT REGARDING DKT. NOS. 524 *et seq.* AND 525 *et seq.***

---

Defendant MDx Medical, Inc. ("MDx"), by its undersigned counsel, respectfully submits this Motion for An Additional One- Day Extension of Time For The Parties To File Motions To Restrict Regarding Dkt. 524 *et seq.* and 525 *et seq.*, which includes 524, 524-1 through 524-25, 525, and 525-1 through 525-25 ("Joint Motion").

Pursuant to *D.C.COLO.L.CivR* 7.1(A), the undersigned counsel has attempted to confer with Health Grades' counsel regarding the relief requested herein, but has not been able to complete the conferral. MDx will supplement this certification as soon as possible.

**JOINT MOTION**

1.    On February 20, 2013, Health Grades re-filed its Opposition to MDx's Motion for Summary Judgment of No Infringement With Regard to Amended Complaint and Allegations

1

Relating to Aetna Life Insurance Company [Dkt. 490]. Dkt. 524, 524-1 – 524-25.[1] On the same day, Health Grades subsequently re-filed this Opposition with a corrected brief. Dkt. 525, 525-1 – 525-25. Health Grades filed the opposition and exhibits, both Dkt. 524 *et seq.* and 525 *et seq.*, as restricted documents, given that MDx asserts that the documents reference and contain confidential information.

2. Pursuant to *D.C.Colo.LCivR* 7.2(D), the Parties' respective motions to restrict access to the opposition brief and exhibits referenced above were due by March 6, 2013, and pursuant to the Court's grant of the parties' first and second joint motions for an extension of time [Dkt. # 540 & 545], are currently due today, March 12, 2013.

3. Today, counsel for the parties attempted to confer by e-mail regarding the respective motions to restrict, and MDx has determined that a short, final one-day extension of time is necessary. Not only are counsel are still happy to note that the parties still agree that MDx can file an unopposed motion to restrict regarding Dkt. 524 *et seq.*, but regarding Dkt. 525 *et seq.*, MDx has determined that no restrictions will be requested regarding thirteen of the twenty-five attachments to the opposition brief. Regarding the brief and the remaining twelve attachments, the parties need only a short amount of additional time to confer in an effort to reach agreement on the restrictions to be proposed. MDx's counsel assures the Court that the parties will complete their conferral within the extended time requested herein.

4. Good cause exists for the additional, brief extension requested by MDx. This is a complex patent case with numerous issues in dispute, regarding both factual and expert issues,

---

[1] Health Grades' initial opposition filing, Dkt. 520, was stricken. Dkt. 521.

2

that have become the basis for summary judgment motions. The parties have heeded the Court's admonition to limit the exhibits and submissions regarding such motions, but such disputed issues have still required the submission of numerous, excerpted exhibits. Counsel for the Parties attempted to complete their conferral by e-mail today and MDx submits that the additional, short extension requested herein would allow the Parties to complete their conferral in anticipation of filing either a joint motion to restrict access, or respective motions to restrict access, on Wednesday, March 13, 2013.

     5.     The Parties previously sought, and were granted, a two-day extension, and then a four-day extension, for filing their respective motions to restrict access. In accordance with *D.C.COLO.L.CivR* 6.1(E), copies of this motion will simultaneously be served on Health Grades and MDx by their respective undersigned counsel.

**CONCLUSION**

Therefore, for good cause shown, MDx respectfully requests that the Court grant its Motion and allow the Parties up to and including Tuesday, March 12, 2013, to file their respective motions to restrict access, or a joint motion to restrict access, relating to Dkt. 524 *et seq.* and 525 *et seq.*

Dated:  March 12, 2013                                          Respectfully submitted,

*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2013, I electronically filed the foregoing MDx's MOTION FOR AN ADDITIONAL ONE-DAY EXTENSION OF TIME FOR THE PARTIES TO FILE MOTIONS TO RESTRICT REGARDING DKT. NOS. 524 *et seq.* and 525 *et seq.* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

    *s:/ Scott B. Murray*

5