IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S [UNOPPOSED] MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS 524, 524-1 THROUGH 524-25 AND 525; 525-4; 525-5; 525-6/7/8; 525-11; 525-15; 525-18; 525-24; AND 525-25**

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to document numbers 524, and 524-1 through 520-25, inclusive, as well as 525, 525-4, 525-5, 525-6/7/8, 525-11, 525-15, 525-18, 525-24 and 525-25, which were filed by Health Grades, Inc. ("Heath Grades") as its Opposition to MDx's Motion for Summary Judgment of No Infringement with Regard to Amended Complaint and Allegations Relating to Aetna Life Insurance Company [Dkt. No. 490]. These filings were Health Grades' second and third attempts to file this opposition. The Court denied Health Grades' motion for leave to file excess pages regarding its initial opposition filing, Dkt. No. 520/521. [Dkt. No. 522]. Pursuant

1

to the Court's direction, Health Grades subsequently re-filed its opposition at Dkt. Nos. 524 and 525.

Health Grades' first re-filed opposition brief [Dkt. No. 524], apparently inadvertently contained internal comments and, therefore, Health Grades filed a second, corrected opposition brief and exhibits as Dkt. No. 525, 525-1 – 525-25. The exhibits [Dkt. Nos. 524-1 – 524-25 and 525-1 – 525-25] are the same for both opposition filings. Both opposition filings [Dkt. Nos. 524 *et seq.* and 525 *et seq.*] contain highly confidential and competitively sensitive MDx information regarding: (i) the terms of its licensing agreement and business relationship with Aetna; and (ii) internal MDx data and statistics regarding its Vitals.com website. The Court has previously granted MDx motions to restrict (*see e.g.*, Dkt. Nos. 302, 322, 353, 383, 400, 459, 466, 506, and 527) regarding both of these types of confidential and highly confidential MDx information. *See e.g.*, Court's Orders, Dkt Nos. 303, 483, 484, 508, 511, and 536.

Because Health Grades submitted a corrected opposition filing at Dkt. No. 525 et seq., Dkt. No. 524 *et seq.* does not need to be considered by the Court and, therefore, MDx respectfully submits that it should not have to bear the cost and burden of filing a motion to restrict regarding the entire filing. Thus, MDx respectfully requests that the Court restrict access to Dkt. Nos. 524 and 524-1 through 524-25 at Restricted Level 1. The Court recently granted such a request regarding Health Grades' stricken opposition filing at Dkt. No. 520 *et seq.* Dkt. No. 535. MDx asks that the Court rule the same here.

Regarding Dkt. No. 525 et seq., MDx is requesting restricted access for the opposition brief itself [Dkt. No. 525], as well as for ten of the twenty-five attachments – Dkt. Nos. 525-4, 525-5, 525-6/7/8, 525-11, 525-15, 525-18, 525-24 and 525-25. For numerous of these

documents, MDx is providing proposed, redacted versions of the documents for public access. For the remainder of these documents, MDx is requesting that public access be restricted fully because redaction is not possible or the entire document is considered confidential.

Pursuant to *D.C.COLO.LCivR* 7.1(A), counsel for MDx has attempted to complete its conferral with counsel for Health Grades, but has not been able to do so. Counsel has conferred by e-mail on at least March 12 & 13, 2013; however, a final resolution has not been reached by the parties with respect to the issues discussed herein. Although MDx believes, based on such incomplete conferral, that Health Grades will not oppose MDx's requested relief, MDx will supplement this certification as soon as possible.

## Discussion

**Dkt No. 524** *et seq.* – Health Grades' summary judgment opposition filing pertains to its newly added claims relating to MDx's data licensing agreement with Aetna regarding iTriage. The brief and exhibits, which Health Grades subsequently replaced with a corrected filing, contain highly confidential and competitively sensitive MDx information regarding: (i) the terms of its licensing agreement and business relationship with Aetna; and (ii) internal MDx data and statistics regarding its Vitals.com website.

MDx acknowledges that this Court recognizes an important public interest in open court records, however, as the Court also acknowledged, the right to inspect and copy judicial records is not absolute. Here, given that the Health Grades' opposition papers in question have been replaced with a corrected filing [Dkt. No. 525 *et seq.*] which this motion to restrict also addresses, MDx respectfully submits that there is no public interest at issue because the replaced opposition papers are not being considered by the Court. The lack of a public interest in such

replaced documents, combined with MDx's right to privacy and preservation of its trade secrets in such re-filed and corrected documents, warrants the restriction of such documents, in their entirety, at Restricted Level 1.

For these reasons, MDx respectfully requests that access to these re-filed and corrected documents remain restricted at level 1 to protect MDx's highly confidential license agreement terms and internal data and statistics.  In the alternative, if the Court requires a more substantive motion from MDx to consider restricting access to Dkt. Nos. 524 and 524-1 through 524-25, MDx respectfully requests that access to these replaced documents be restricted in the same manner as the Court rules on Dkt. No. 525 *et seq.,* discussed below.

**Dkt No. 525 *et seq.*** – MDx respectfully requests restricted access to Dkt. Nos. 525, 525-4, 525-5, 525-6/7/8, 525-11, 525-15, 525-18, 525-24 and 525-25, as follows:

**525**:    Health Grades' opposition brief.    MDx proposes redactions of MDx/Aetna agreement terms and conditions and MDx internal statistics that appear at pp. 2, 5, 6, 7, 8, 9, 10, 11, 12, 18, 22, 23, 27, 28, 29.  *See* Exhibit A, attached hereto.  The Court has previously granted restrictions to such MDx confidential and highly confidential information.  *See e.g.*, Court's Orders, Dkt. Nos. 303, 483, 484, 508, 511, and 536.

 **525-4**: MDx's Second Supplemental Interrogatory Responses which contain MDx's highly confidential internal data statistics.  The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, and 466) to redact this document for public access.  *See e.g.*, Court's Orders, Dkt. Nos. 483 and 508.  *See* redacted version of Dkt. No. 524-4, attached hereto as Exhibit B.

4

**525-5**: Deposition transcript of MDx's Chief Technical Officer Larry West discussing Vitals.com internal structure and design. The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322 and 459) to redact this transcript for public access. *See e.g.*, Court's Orders, Dkt. Nos. 483 and 508. *See* redacted version of Dkt. No. 525-5, attached hereto as Exhibit C.

**525-6/7/8**: MDx SQL report that the Court has previously granted full restriction to because it contains highly confidential Vitals.com internal data statistics. *See e.g.*, MDx's motions, Dkt Nos. 322 and 459; and Court's Orders, Dkt. Nos. 483 and 508. As such, MDx requests that access be restricted to these documents in their entirety.

**525-11**: Excerpts from Dr. Greenspun's infringement expert report containing references to highly confidential information regarding the terms and conditions of MDx's agreement with Aetna. The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322 and 353) to redact this expert report for public access. *See e.g.*, Court's Orders, Dkt. Nos. 483 and 508. *See* redacted version of Dkt. No. 525-11, attached hereto as Exhibit D.

**525-15**: Excerpts from Mitchel Rothschild deposition transcript containing references to highly confidential information regarding the terms and conditions of MDx's agreement with Aetna. The Court has previously granted MDx's request (*see e.g.*, Dkt. No. 302) to redact this deposition transcript for public access. *See e.g.*, Court's Order, Dkt. No. 303. *See* redacted version of Dkt. No. 525-15, attached hereto as Exhibit E.

**525-18**: E-mails between Kris Kostolansky and Scott Stimpson regarding the amended claims for indirect and joint infringement containing references to highly confidential information regarding the terms and conditions of MDx's agreement with Aetna. The Court has previously determined that the details regarding MDx's agreement with Aetna are highly

5

confidential and has restricted access to them throughout this litigation. *See e.g.*, Court's Orders, Dkt. Nos. 303, 483, 484, 508, 511, and 536. *See* redacted version of Dkt. No. 525-18, attached hereto as Exhibit F.

**525-24**: Table comparing data elements of claims of the '060 patent with data elements leased by iTriage from MDx. The right column of the table references highly confidential information regarding the terms and conditions of MDx's agreement with Aetna. The Court has previously determined that the details regarding MDx's agreement with Aetna are highly confidential and has restricted access to them throughout this litigation. *See e.g.*, Court's Orders, Dkt. Nos. 303, 483, 484, 508, 511, and 536. *See* redacted version of Dkt. No. 525-24, attached hereto as Exhibit G.

**525-25**: Table summarizing physician edits to MDx's database. The center and right columns of the table contain internal MDx data and statistics regarding its Vitals.com website. The Court has previously determined that these MDx statistics are highly confidential and has restricted access to them throughout this litigation. *See e.g.*, Court's Orders, Dkt. Nos. 483 and 508. *See* redacted version of Dkt. No. 525-25, attached hereto as Exhibit H.

### **Conclusion**

For the foregoing reasons, MDx respectfully requests that this Court grant this motion for continued restrictions on access to Documents 524 and 524-1 through 524-25, at a Level 1 restriction.

In the alternative, if the Court determines that full restriction is not warranted, then MDx requests that the Court restrict access to Dkt. Nos. 524 and 524-1 through 524-25 in the same fashion as the Court rules for Dkt. No. 525 *et seq.,* as requested herein.

Regarding Dkt. No 525 *et seq.,* MDx respectfully requests that this Court grant this motion for continued restrictions on access to Document Numbers 525, 525-4, 525-5, 525-6/7/8, 525-11, 525-15, 525-18, 525-24 and 525-25, at a Level 1 restriction, and to use the attached, respective, redacted exhibits for certain of these documents as public access versions.

Dated:  March 13, 2013

Respectfully submitted,

*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

7

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S [UNOPPOSED] MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS 524, 524-1 THROUGH 524-25 AND 525; 525-4; 525-5; 525-6/7/8; 525-11; 525-15; 525-18; 525-24; AND 525-25** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez , Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                              *s:/ Scott B. Murray*