# EXHIBIT C

(Redacted version of Dkt. # 525-5)

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

**Exhibit 5**

**Excerpts from Deposition of Larry West**

## In The Matter Of:

*Health Grades, Inc.*
*vs.*
*MDX Medical, Inc.*

_____

Lawrence West

June 26, 2012

_____

***CONFIDENTIAL***
*Attorneys' Eyes Only*

MERRILL CORPORATION
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Page 1

CONFIDENTIAL ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF COLORADO
------------------------------------------------x
HEALTH GRADES, INCORPORATED,

                Plaintiff,

vs.                              Civil Action No.

                                   11-CV-00520-PAB-BNB

MDX MEDICAL, INCORPORATED D/B/A,
VITALS.COM,

                Defendant.
------------------------------------------------x

                June 26, 2012

                8:00 a.m.


      Videotaped deposition of LAWRENCE WEST, taken by Plaintiff, pursuant to Notice, at the offices of Sills, Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, New Jersey, before Georgette K. Betts, a Certified Shorthand Reporter, Registered Professional Reporter, Certified Livenote Reporter and Notary Public within and for the States of New York and New Jersey.

Page 2

```
 1   A P P E A R A N C E S:
 2   ROTHGERBER JOHNSON & LYONS LLP
         Attorneys for Plaintiff
 3          One Tabor Center, Suite 3000
            1200 Seventeenth Street
 4          Denver, Colorado 80202-5855
            303.623.9000
 5          gkanan@rothgerber.com
 6       BY:  GREGORY B. KANAN, ESQ.
 7          -and-
 8   MERCHANT & GOULD
            1050 Seventeenth Street
 9          Suite 1950
            Denver, Colorado 80265
10          303.357.1670
            kstolldebell@merchantgould.com
11
         BY:  KRISTIN L. STOLL-DEBELL, ESQ.
12
13   SILLS CUMMIS & GROSS
         Attorneys for Defendant
14          30 Rockefeller Plaza
            New York, New York 10112
15          212.643.7000
            sstimpson@sillscummis.com
16
         BY:  SCOTT D. STIMPSON, ESQ.
17
18   ALSO PRESENT:
         PHILIP GREENSPUN,
19       Expert for Healthgrades
20       DAVID SANDERS, VIDEO OPERATOR
21
22
23
24
25
```

Page 3

```
 1   June 26, 2012
 2
              I N D E X
 3
 4   WITNESS       EXAMINATION       PAGE
 5   LAWRENCE WEST
 6       BY MR. KANAN         7, 277
 7       BY MR. STIMPSON        274
 8
 9        E X H I B I T S
10   WEST       DESCRIPTION       PAGE
11   Exhibit 1   document titled    75
             "Thinking About
12           Physician Quality,
             Getting to a Fuller
13           View", Bates-stamped
             MDX0012038 through 12285
14
     Exhibit 2   schematic drawing of the  77
15           Vitals website
16   Exhibit 3   Vitals XML feed guide   85
             version 1.3
17           Bates-stamped MDX0019309
             through 326
18
     Exhibit 4   document Bates-stamped  103
19           MDX0011861 through 862
20   Exhibit 5   e-mail Bates-stamped    105
             MDX0019254 through 255
21
     Exhibit 6   e-mail Bates-stamped    135
22           MDX0034444 through 46
23   Exhibit 7   depiction of the Vitals  152
             iFrame window
24
     Exhibit 8   screen shot         161
25
```

Page 4

```
 1        E X H I B I T S
 2   WEST       DESCRIPTION       PAGE
 3   Exhibit 9   screen shot of      182
             particular page of a
 4           Vitals search
 5   Exhibit 10  document Bates-stamped  190
             MDX0069146 through 215
 6
     Exhibit 11  screen shot        217
 7
     Exhibit 12  screen shot        223
 8
     Exhibit 13  screen shot        226
 9
     Exhibit 14  document Bates-stamped  232
10           MDX0025310 through 333
11   Exhibit 15  e-mails Bates-stamped   237
             MDX0039641 through 645
12
     Exhibit 16  two-page screen shot   258
13
     Exhibit 17  document Bates-stamped  262
14           MDX0000177 through 182
15   Exhibit 18  document Bates-stamped  264
             MDX0039659 through 689
16
     Exhibit 19  document Bates-stamped  264
17           MDX0104073 through 110
18   Exhibit 20  document Bates-stamped  264
             MDX0071952 through 989
19
     Exhibit 21  document Bates-stamped  264
20           MDX0034556 through 640
21
22
23
24
25
```

Page 5

```
 1        LITIGATION SUPPORT INDEX
 2
 3    DIRECTION TO WITNESS NOT TO ANSWER
 4        Page       Line
          9          14
 5
 6    REQUEST FOR PRODUCTION OF DOCUMENTS
 7        Page       Line
          267        8
 8
 9    INFORMATION TO BE FURNISHED
10        Page       Line
11   (None)
12
13    QUESTIONS MARKED FOR RULING
14        Page       Line
15
     (None)
16
17
18
19
20
21
22
23
24
25
```

| | | Page 6 | | | Page 8 |
|---|---|---|---|---|---|
| 07:28:01 | 1 | THE VIDEO OPERATOR: This is | 08:21:02 | 1 | A. Okay. |
| 08:18:53 | 2 | the video operator speaking, David | 08:21:02 | 2 | Q. And if you need a break at any |
| 08:18:56 | 3 | Sanders of Merrill Legal Solutions, | 08:21:04 | 3 | time before I'm taking a break, let me know and |
| 08:18:59 | 4 | 225 Varick Street, New York, New | 08:21:08 | 4 | we'll try and accommodate you. |
| 08:19:02 | 5 | York 10014. Today is June 26th, | 08:21:10 | 5 | A. Okay. |
| 08:19:10 | 6 | 2012 and the time is 8:19 a.m. | 08:21:10 | 6 | Q. What did you do to prepare for |
| 08:19:14 | 7 | We are at the offices of Sills | 08:21:12 | 7 | today's deposition? |
| 08:19:16 | 8 | Cummis & Gross, One Riverfront | 08:21:14 | 8 | A. I met with the lawyers yesterday |
| 08:19:20 | 9 | Plaza, Newark, New Jersey to take | 08:21:19 | 9 | and we just reviewed pretty much what you said. |
| 08:19:23 | 10 | the videotaped deposition of Larry | 08:21:25 | 10 | MR. STIMPSON: Excuse me. |
| 08:19:25 | 11 | West in the matter of HealthGrades | 08:21:25 | 11 | Just let me interject. Don't tell |
| 08:19:29 | 12 | Incorporated versus MDx Medical | 08:21:28 | 12 | him actually what you reviewed or |
| 08:19:33 | 13 | Incorporated doing business as | 08:21:29 | 13 | what was discussed, just generally. |
| 08:19:36 | 14 | Vitals.com, in the United States | 08:21:31 | 14 | A. Okay. Generally, we reviewed just |
| 08:19:39 | 15 | District Court Northern District of | 08:21:33 | 15 | what you discussed, how the -- |
| 08:19:42 | 16 | Colorado, number | 08:21:36 | 16 | Q. Don't -- let me start with, all I |
| 08:19:44 | 17 | 11-CV-00520-PAB-BNB. | 08:21:38 | 17 | want to know is who you met with, when, and I'll |
| 08:19:57 | 18 | Will counsel please introduce | 08:21:41 | 18 | follow up with how long and so forth, don't |
| 08:19:58 | 19 | themselves for the record. | 08:21:45 | 19 | discuss -- |
| 08:20:00 | 20 | MR. KANAN: Greg Kanan for the | 08:21:45 | 20 | A. Okay. |
| 08:20:02 | 21 | plaintiff, HealthGrades. | 08:21:45 | 21 | Q. -- what you discussed, we'll deal |
| 08:20:04 | 22 | MR. STIMPSON: Scott Stimpson, | 08:21:48 | 22 | with that. |
| 08:20:04 | 23 | Sills Cummis & Gross for the witness | 08:21:48 | 23 | A. I met with the lawyers Sills |
| 08:20:07 | 24 | and defendant MDx. | 08:21:49 | 24 | Cummis & Gross -- |
| 08:20:13 | 25 | THE VIDEO OPERATOR: Will the | 08:21:51 | 25 | Q. Yesterday? |

| | | Page 7 | | | Page 9 |
|---|---|---|---|---|---|
| 08:20:14 | 1 | court reporter, Georgette Betts of | 08:21:51 | 1 | A. -- yesterday. Yes. |
| 08:20:15 | 2 | Merrill Legal Solutions, please | 08:21:52 | 2 | Q. And for how long? |
| 08:20:17 | 3 | swear the witness. | 08:21:54 | 3 | A. Approximately four hours. |
| 08:20:18 | 4 | L A W R E N C E  W E S T, | 08:21:57 | 4 | Q. And with whom did you meet? |
| 08:20:18 | 5 | having been first duly sworn by the | 08:21:59 | 5 | A. Scott Stimpson. |
| 08:20:18 | 6 | Notary Public (Georgette K. Betts), was | 08:22:01 | 6 | Q. He alone? |
| 08:20:18 | 7 | examined and testified as follows: | 08:22:01 | 7 | A. And David Lee. |
| 08:20:18 | 8 | EXAMINATION | 08:22:03 | 8 | Q. Okay. And did you review any |
| 08:20:25 | 9 | BY MR. KANAN: | 08:22:05 | 9 | documents? |
| 08:20:29 | 10 | Q. Good morning, Mr. West. | 08:22:08 | 10 | MR. STIMPSON: You can answer |
| 08:20:30 | 11 | A. Good morning. | 08:22:09 | 11 | yes or no. |
| 08:20:31 | 12 | Q. We met a moment ago, my name again | 08:22:09 | 12 | A. Okay. Yes. |
| 08:20:34 | 13 | is Greg Kanan and I represent HealthGrades in | 08:22:10 | 13 | Q. What documents did you look at? |
| 08:20:36 | 14 | the litigation between HealthGrades and Vitals. | 08:22:12 | 14 | MR. STIMPSON: I'm going to |
| 08:20:41 | 15 | You understand that? | 08:22:13 | 15 | instruct the witness not to answer |
| 08:20:41 | 16 | A. I do. | 08:22:14 | 16 | on work product grounds. |
| 08:20:43 | 17 | Q. Have you been deposed before? | 08:22:17 | 17 | MR. KANAN: Okay. Well, |
| 08:20:44 | 18 | A. No, I have not. | 08:22:17 | 18 | Scott, I don't think what documents |
| 08:20:45 | 19 | Q. All right. I'm sure your attorney | 08:22:19 | 19 | he reviewed is protected matter. |
| 08:20:47 | 20 | has told you a little bit about the procedure. | 08:22:23 | 20 | MR. STIMPSON: I think it is. |
| 08:20:50 | 21 | I'll be asking the questions and you'll be | 08:22:24 | 21 | MR. KANAN: Okay. So you're |
| 08:20:53 | 22 | giving answers. If at any time I ask you a | 08:22:25 | 22 | instructing him not to answer -- |
| 08:20:56 | 23 | question you don't understand, please say so and | 08:22:26 | 23 | MR. STIMPSON: Yes, yes. |
| 08:20:59 | 24 | I'll try and rephrase it so that you do | 08:22:27 | 24 | MR. KANAN: -- in any event? |
| 08:21:01 | 25 | understand it. Okay? | 08:22:29 | 25 | Q. Did you do anything besides your |

[PAGE BREAK]

Page 26

```
08:41:09   1  provider met some level of criteria in working
08:41:13   2  with NCQA they were considered to have that
08:41:18   3  quality measured by the NCQA.  It was around a
08:41:21   4  couple of their areas, I believe back pain
08:41:28   5  seems -- I seem to recall back pain, diabetes
08:41:31   6  but I'm not a hundred percent sure.
08:41:32   7     Q.   Well, how were -- how did the NCQA
08:41:36   8  data identify a rank or rate the doctors on this
08:41:39   9  quality standards you're referring to?
08:41:42  10     A.   They had their own in-house
08:41:44  11  methodology, I'm not sure exactly how it worked.
08:41:47  12     Q.   Was that data available to you
08:41:49  13  then, this data that would rank the physicians?
08:41:53  14     A.   Only the award, the quality award
08:41:55  15  was available to us none of the rankings or the
08:41:59  16  individual, you know, measurements that they
08:42:01  17  took.
08:42:02  18     Q.   What is the quality award you're
08:42:04  19  referring to?
08:42:05  20     A.   That is called the NCQA Quality
08:42:07  21  Award.
08:42:08  22     Q.   And what is it?  How did it work?
08:42:14  23     A.   I do not know the specifics, but
08:42:15  24  in general they ascribed this award to providers
08:42:20  25  based upon them meeting some criteria of the
```

Page 27

```
08:42:23   1  NCQA.
08:42:24   2     Q.   Yeah, what I'm getting at is for
08:42:26   3  you looking at the data --
08:42:27   4     A.   Uh-huh.
08:42:28   5     Q.   -- some physicians got the quality
08:42:30   6  award and others did not, or there were
08:42:33   7  different levels of quality award, how did it
08:42:36   8  work?
08:42:36   9     A.   You either received the award or
08:42:38  10  you didn't --
08:42:38  11     Q.   Okay.
08:42:38  12     A.   -- from NCQA.
08:42:39  13     Q.   So NCQA would say Dr. West is a
08:42:42  14  quality awarded physician, and Dr. Kanan, as a
08:42:47  15  hypothetical example, was not identified as a
08:42:50  16  quality award physician?
08:42:51  17     A.   That is correct.
REDACTED
```

Page 28

REDACTED

Page 29

REDACTED

Page 30

| | | |
|---|---|---|
| 08:45:41 | 1 | REDACTED |
| 08:45:45 | 2 | Q. And how did you notify physicians |
| 08:45:48 | 3 | that they had the ability do this? |
| 08:45:52 | 4 | A. We did not actively send out |
| 08:45:56 | 5 | notifications. |
| 08:45:59 | 6 | If a provider came to our website |
| 08:46:01 | 7 | there was an opportunity for them to log-in. |
| 08:46:04 | 8 | Q. Is that true of the current status |
| 08:46:07 | 9 | of the website that the physicians can edit |
| 08:46:09 | 10 | information about themselves? |
| 08:46:10 | 11 | A. Yes. Physicians can edit |
| 08:46:12 | 12 | information about themselves. |
| 08:46:13 | 13 | Q. And do they? |
| 08:46:16 | 14 | A. Yes, they do. |
| 08:46:17 | 15 | Q. You monitor, I assume, when a |
| 08:46:19 | 16 | physician edits? |
| 08:46:20 | 17 | A. Yes. |
| 08:46:21 | 18 | Q. And some physicians do come to |
| 08:46:23 | 19 | your site and edit information about themselves? |
| 08:46:25 | 20 | A. Yes. |
| 08:46:29 | 21 | Q. And are they allowed to freely |
| 08:46:31 | 22 | edit the information, change anything that's in |
| 08:46:33 | 23 | their physician data? |
| 08:46:35 | 24 | A. No. |
| 08:46:36 | 25 | Q. REDACTED |

Page 31

REDACTED

| | | |
|---|---|---|
| 08:47:32 | 22 | Q. And you said physicians do come to |
| 08:47:35 | 23 | the site and do edit their profile -- |
| 08:47:38 | 24 | A. Yes. |
| 08:47:39 | 25 | Q. -- correct? |

Page 32

| | | |
|---|---|---|
| 08:47:39 | 1 | A. Uh-huh. |
| 08:47:40 | 2 | Q. I assume there are physicians who |
| 08:47:42 | 3 | come to the website and look at their profile |
| 08:47:44 | 4 | but don't make any edits; is that correct too? |
| 08:47:47 | 5 | MR. STIMPSON: Objection. |
| 08:47:47 | 6 | Calls for speculation. |
| 08:47:48 | 7 | MR. KANAN: I don't know |
| 08:47:48 | 8 | whether it calls for speculation. |

REDACTED

| | | |
|---|---|---|
| 08:48:21 | 25 | Q. So is that different than just |

Page 33

| | | |
|---|---|---|
| 08:48:23 | 1 | getting online to look at their profile? |
| 08:48:26 | 2 | A. Yes. |
| 08:48:27 | 3 | Q. Okay. So the first step would be |
| 08:48:28 | 4 | the physician would come on to your website and |
| 08:48:31 | 5 | is allowed access to look at their profile as a |
| 08:48:35 | 6 | physician not as a consumer; is that correct? |
| 08:48:38 | 7 | A. The site is freely public to |
| 08:48:41 | 8 | anyone so we do not make a determination between |
| 08:48:44 | 9 | whether that consumer is a physician or a |
| 08:48:50 | 10 | typical consumer. |
| 08:48:53 | 11 | Q. Okay. So the physician would go |
| 08:48:56 | 12 | to your website and look at his or her profile |
| 08:49:00 | 13 | initially just as anyone would look at it, as a |
| 08:49:02 | 14 | consumer might look at it; is that right? |
| 08:49:05 | 15 | A. Yes. |
| 08:49:06 | 16 | Q. In order to edit and then -- |
| 08:49:09 | 17 | A. No. |
| 08:49:09 | 18 | Q. -- the next step? |
| 08:49:11 | 19 | A. Well, they wouldn't require to |
| 08:49:13 | 20 | look at their profile in order to edit. You |
| 08:49:15 | 21 | could go directly to the main page of the site |
| 08:49:18 | 22 | and click log-in and register. |
| 08:49:21 | 23 | Q. That's what I was getting at? |
| 08:49:23 | 24 | A. Okay. |
| 08:49:23 | 25 | Q. So there's a way the physician |

Page 34

```
08:49:25   1   could sort of skip the consumer review of his or
08:49:27   2   her site and go right to the physician access
08:49:30   3   I'll call, is that --
08:49:32   4       A.   Yeah, if they so choose, yes.
08:49:33   5       Q.   And they would have a log-in code
08:49:36   6   or password to get in to look at their profile
08:49:39   7   and make edits; is that correct?
08:49:42   8       A.   Yes, they would register and then
08:49:44   9   receive that information.
08:49:44  10       Q.   And how do they register?
08:49:47  11       A.   They put in their information that
08:49:49  12   is specific to them, things such as their
08:49:54  13   license number, their graduation year.  I don't
08:49:57  14   recall specifically how that process works, but
08:50:00  15   that information is then validated by the
08:50:04  16   customer support team.
08:50:05  17       Q.   At Vitals?
08:50:06  18       A.   At Vitals.
08:50:07  19       Q.   Okay.  So you're anticipating what
08:50:09  20   I was going to ask you.
08:50:11  21           So the physician would come in and
08:50:13  22   put in some particular information personal to
08:50:16  23   the physician and there's some method within
08:50:19  24   Vitals to verify the accuracy of that so you
08:50:22  25   know the physician is who he or she claims to
```

Page 35

```
08:50:24   1   be?
08:50:25   2       A.   Yes.
08:50:25   3       Q.   And then they're given access to
08:50:29   4   their profile --
08:50:29   5       A.   Yes.
08:50:30   6       Q.   -- to make edits?
08:50:31   7       A.   Yes.
08:50:32   8       Q.   Okay.  Now, so do you monitor or
08:50:35   9   do you keep a record anywhere of physicians who
08:50:38  10   log-in in that -- using that mechanism to look
08:50:40  11   at their website?
08:50:42  12       A.   Yes.
08:50:42  13       Q.   Okay.  So now back to my original
08:50:45  14   question to you, in some instances the physician
08:50:47  15   would log-in using this password access system
08:50:52  16   and might actually make edits to their site, and
08:50:56  17   that occurs, correct?
08:50:57  18       A.   Yes.
08:50:59  19       Q.   All right.  Are there instances
08:51:00  20   when the physician would log-in and look at the
08:51:03  21   physician data but not make any changes?
08:51:10  22       A.   So you're asking me whether they
08:51:12  23   can log-in without making any changes?
08:51:14  24       Q.   Uh-huh.
08:51:17  25       A.   In that case we specifically
```

Page 36

```
08:51:18   1   don't -- we capture the fact that they log-in
08:51:21   2   but there wouldn't be subsequent changes in the
08:51:24   3   auditing of said information, so yes.
08:51:27   4       Q.   Right.  So you'd have a log or
08:51:29   5   you'd monitor in some fashion electronically or
08:51:32   6   however, when physicians come in and access
08:51:34   7   their material and then you would have material
08:51:39   8   that would show or a log that would show when
08:51:41   9   they've actually changed the site and instances
08:51:44  10   when they have not?
08:51:45  11       A.   Yes.
08:51:46  12       Q.   Okay.  And what are those records
08:51:48  13   called?
08:51:49  14       A.   We call them the EZ Edit Audit
08:51:54  15   records.
08:51:54  16       Q.   Easy?
08:51:56  17       A.   EZ Edit is the internal name for
08:51:58  18   the ability for a physician to update their
08:52:01  19   information.
08:52:02  20       Q.   E-Z or the word easy?
08:52:06  21       A.   The letter E, the letter Z and
08:52:08  22   then edit.  It's a nickname we give it.
08:52:11  23       Q.   Yes.
08:52:12  24       A.   Just so we know exactly what we're
08:52:14  25   talking about.
```

Page 37

```
08:52:15   1       Q.   Right.
08:52:19   2           Do you know how many instances in
08:52:20   3   which physicians log on to review their
08:52:24   4   particular website?
08:52:28   5       A.   You're asking me do I know the
08:52:30   6   count of physicians --
08:52:32   7       Q.   Yes.
08:52:32   8       A.   -- that have logged in?
08:52:33   9       Q.   Uh-huh.
08:52:35  10       A.   I don't recall.
08:52:35  11       Q.   Do you know approximately how many
08:52:37  12   it is?
08:52:40  13       A.   I really -- no, I don't even have
08:52:43  14   an approximate.  I would ask Erika Boyer for
08:52:46  15   that information.
08:52:47  16       Q.   How much physicians are there in
08:52:49  17   your database?
08:52:51  18       A.   We define a physician as a
08:52:54  19   licensed, active provider.  We believe there's
08:53:00  20   about, say, roughly 800,000.
08:53:06  21           For more specifics I urge you to
08:53:08  22   speak with Erika Boyer.
08:53:11  23       Q.   When you say licensed active, do
08:53:12  24   you mean licensed by a medical board?
08:53:16  25       A.   Yes.
```

|  | Page 262 |  | Page 264 |
|---|---|---|---|
| 14:52:40  1 | Q.  So for doctors who purchased the | 09:39:57  1 | (Whereupon, document |
| 14:52:43  2 | sponsored link or sponsored listing program, | 09:39:57  2 | Bates-stamped MDX0039659 through 689, |
| 14:52:49  3 | they received this additional featuring on a | 09:39:57  3 | was marked as West Exhibit 18 for |
| 14:52:55  4 | results list, correct? | 09:39:57  4 | identification, as of this date.) |
| 14:52:57  5 | A.  Yes. | 09:39:57  5 | (Whereupon, document |
| 14:53:00  6 | Q.  Different from everybody else who | 09:39:57  6 | Bates-stamped MDX0104073 through 110, |
| 14:53:02  7 | would just normally appear who haven't paid? | 09:39:57  7 | was marked as West Exhibit 19 for |
| 14:53:04  8 | A.  Yes. | 09:39:57  8 | identification, as of this date.) |
| 14:53:07  9 | Q.  And do you maintain a list of | 09:39:57  9 | (Whereupon, document |
| 14:53:09  10 | those doctors who've made this purchase? | 09:39:57  10 | Bates-stamped MDX0071952 through 989, |
| 14:53:13  11 | A.  Yes. | 09:39:57  11 | was marked as West Exhibit 20 for |
| 14:53:15  12 | Q.  What is that list called? | 09:39:57  12 | identification, as of this date.) |
| 14:53:17  13 | A.  When a doctor purchases a | 09:39:57  13 | (Whereupon, document |
| 14:53:22  14 | sponsored link that information is tracked in | 09:39:57  14 | Bates-stamped MDX0034556 through 640, |
| 14:53:26  15 | our campaign management system, so that is where | 09:39:57  15 | was marked as West Exhibit 21 for |
| 14:53:29  16 | that list is maintained. | 09:39:57  16 | identification, as of this date.) |
| 14:54:46  17 | (Whereupon, document | 15:09:20  17 | BY MR. KANAN: |
| 14:54:46  18 | Bates-stamped MDX0000177 through 182, | 15:09:22  18 | Q.  Mr. West, I'm handing you a series |
| 14:54:46  19 | was marked as West Exhibit 17 for | 15:09:24  19 | of exhibits and we'll just take them one a time. |
| 14:54:46  20 | identification, as of this date.) | REDACTED | |
| 14:54:52  21 | Q.  All right, Mr. West, you have | | |
| 14:54:53  22 | before you Exhibit 17.  Is this a document that | | |
| 14:54:56  23 | further describes the patient referral program | | |
| 14:54:59  24 | you've just been testifying about? | | |
| 14:55:04  25 | (Witness reviewing document.) | | |

|  | Page 263 |  | Page 265 |
|---|---|---|---|
| REDACTED | | REDACTED | |
| 14:57:05  15 | MR. KANAN:  Okay.  Give me a | | |
| 14:57:06  16 | minute here.  Let's take a | | |
| 14:57:07  17 | five-minute break.  I think I'm | | |
| 14:57:10  18 | close to finishing up actually. | | |
| 14:57:13  19 | THE VIDEO OPERATOR:  The time | | |
| 14:57:14  20 | is 2:57 p.m. | | |
| 14:57:15  21 | We're going off the record. | | |
| 14:57:16  22 | (Recess.) | | |
| 15:09:17  23 | THE VIDEO OPERATOR:  The time | | |
| 15:09:17  24 | is 3:09 p.m. | | |
| 15:09:19  25 | We are on the record. | | |

Page 266

REDACTED

| Time | Line | Text |
|---|---|---|
| 15:11:14 | 14 | MR. KANAN: Scott, do you |
| 15:11:14 | 15 | know, did we receive the latest |
| 15:11:17 | 16 | version of this? |
| 15:11:17 | 17 | MR. STIMPSON: I have no idea. |
| 15:11:18 | 18 | I mean, you know, I just wasn't |
| 15:11:20 | 19 | involved in the document production |
| 15:11:21 | 20 | really. |
| 15:11:22 | 21 | MR. KANAN: Yeah. |
| 15:11:23 | 22 | MR. STIMPSON: I mean -- |
| 15:11:23 | 23 | MR. KANAN: Well, maybe you |
| 15:11:25 | 24 | could advise us if there is-- |
| 15:11:26 | 25 | MR. STIMPSON: Sure. |

Page 267

| Time | Line | Text |
|---|---|---|
| 15:11:27 | 1 | MR. KANAN: 'Cause this is the |
| 15:11:28 | 2 | one we saw. |
| 15:11:29 | 3 | MR. STIMPSON: Uh-huh. |
| 15:11:30 | 4 | MR. KANAN: If there is one |
| 15:11:31 | 5 | that's the later version and if |
| 15:11:34 | 6 | there is not produce to us the |
| 15:11:35 | 7 | latest version of it. |
| 15:11:41 | 8 | Q. Okay. Mr. West, if you look at |
| 15:11:42 | 9 | Exhibit 19. |
| 15:11:43 | 10 | MR. STIMPSON: It helps if I |
| 15:11:44 | 11 | get an e-mail on this, I'll write it |
| 15:11:46 | 12 | down too, but it helps me to |
| 15:11:48 | 13 | remember. |
| 15:11:49 | 14 | MR. KANAN: We'll follow up. |
| 15:11:50 | 15 | MR. STIMPSON: I know you sent |
| 15:11:51 | 16 | me an e-mail earlier today. |
| 15:11:53 | 17 | MR. KANAN: We'll follow up. |
| 15:12:06 | 18 | Q. Have you seen Exhibit 19 before, |
| 15:12:07 | 19 | Mr. West? |
| 15:12:09 | 20 | A. Yes. |
| 15:12:10 | 21 | Q. And what is this document? |
| 15:12:12 | 22 | A. These are screen shots of the SQL |
| 15:12:15 | 23 | that was written to generate the counts for the |
| 15:12:20 | 24 | interrogatory response. |
| 15:12:23 | 25 | Q. And so the number at the bottom |

Page 268

| Time | Line | Text |
|---|---|---|
| 15:12:24 | 1 | here under "count" would be the number of |
| 15:12:29 | 2 | physicians for whom you have this -- the |
| 15:12:31 | 3 | particular data; is that correct? |
| 15:12:36 | 4 | A. That is correct. |

REDACTED

Page 269

REDACTED

68 (Pages 266 to 269)

Page 270

REDACTED

Page 271

REDACTED

```
15:17:29  20           If you would look at Exhibit 20,
15:17:34  21  Mr. West, have you ever seen this document
15:17:45  22  before?
15:17:51  23      A.   I don't know at this point, not
15:17:53  24  that I'm aware of.
15:17:57  25      Q.   Do you know what it is, site
```

Page 272

```
15:17:58   1  functionality and data set overview?
15:18:01   2      A.   It appears to be a presentation,
15:18:03   3  um, that we provided to someone outlining our
15:18:10   4  site functionality and data set.
15:18:13   5      Q.   And beyond that you don't know
15:18:14   6  anything about the document?
15:18:17   7      A.   There are many presentations that
15:18:18   8  are out there, I don't know specifically without
15:18:22   9  looking at this one which one it is.
15:18:27  10      Q.   Have you been involved in
15:18:28  11  preparing any of these types presentations --
15:18:31  12  type of presentations?
15:18:34  13      A.   Yes.
15:18:46  14      Q.   If you turn to page 1958 on this
15:18:50  15  Exhibit 20, it has a section titled "Vitals Data
15:18:55  16  Set (64 fields)".
15:18:57  17           Do you see that?
15:18:58  18      A.   Yes.
15:18:58  19      Q.   What is that referring to?
15:19:02  20      A.   This describes the Vitals data set
15:19:12  21  and groups that information in order for it to
15:19:16  22  be presented to a prospective client or partner.
15:19:22  23      Q.   So this doesn't have anything to
15:19:24  24  do with how the website itself functions?
15:19:28  25      A.   No.  These are more of the
```

Page 273

```
15:19:29   1  categorization of the data.  So demographics
15:19:36   2  would be age, gender for et cetera.
15:19:43   3      Q.   All right.  And if you would look,
15:19:45   4  please, to Exhibit 21.  Have you ever seen this
15:19:59   5  document before?
15:20:02   6      A.   Um, yes.
15:20:03   7      Q.   And what is it?
15:20:06   8      A.   This appears to be another
15:20:08   9  presentation in this fact it appears to have
15:20:12  10  been presented to Google October 27, 2009.
15:20:16  11      Q.   Did you have any role in preparing
15:20:17  12  this document?
15:20:18  13      A.   Ah, yes.
15:20:18  14      Q.   And what was that role?
15:20:22  15      A.   Assisting the business side in
15:20:29  16  pulling together, you know, whatever they needed
15:20:32  17  to develop this presentation.
15:20:36  18      Q.   So as far as you know, this
15:20:38  19  document was used in a presentation to Google in
15:20:41  20  about October 2009?
15:20:43  21      A.   I can -- I do not know that for
15:20:45  22  sure, no.
15:20:47  23      Q.   What would have been the purpose
15:20:49  24  of making such a presentation?
15:20:50  25      A.   It appears that it was developed
```

| | Page 274 | | Page 276 |
|---|---|---|---|
| 15:20:54  1 | in order to present to Google. | 15:22:55  1 | what we considered just basic information. And |
| 15:20:56  2 | Q.   For what purpose? | 15:23:00  2 | there wasn't really any distinguished -- there |
| 15:21:01  3 | A.   For a business opportunity. | 15:23:04  3 | was no distinguishing features of any of them. |
| 15:21:09  4 | Q.   Did you review the final version | 15:23:07  4 | Q.   Okay.  So, um, I think you |
| 15:21:12  5 | of the document for the presentation to Google? | 15:23:09  5 | testified this morning about what you saw as an |
| 15:21:15  6 | A.   Yes. | 15:23:11  6 | opportunity from looking at these -- |
| 15:21:16  7 | Q.   Does this appear to be the final | 15:23:13  7 | A.   Uh-huh. |
| 15:21:19  8 | version? | 15:23:14  8 | Q.   -- websites? |
| 15:21:20  9 | A.   There were so many versions that I | 15:23:15  9 | Do you remember that? |
| 15:21:23  10 | would think that this -- I don't know without | 15:23:15  10 | A.   Yes. |
| 15:21:26  11 | looking at it, ah, I don't know. | 15:23:16  11 | Q.   What did you mean by that? |
| 15:21:31  12 | Q.   Well it says on the front page | 15:23:17  12 | A.   So we felt that if there was a |
| 15:21:32  13 | "Presented to Google October 27, 2009," do you | 15:23:20  13 | consumer-facing website that provided not just |
| 15:21:36  14 | have any reason to believe it was not presented | 15:23:23  14 | the basic data set but also provided additional |
| 15:21:38  15 | to Google? | 15:23:28  15 | information to the consumer, that it would |
| 15:21:39  16 | A.   No, I do not. | 15:23:30  16 | assist them in making an informed decision about |
| 15:21:41  17 | Q.   Okay. | 15:23:33  17 | which healthcare provider to choose. |
| 15:21:46  18 | MR. KANAN:  All right.  That's | 15:23:36  18 | So, for example, we felt that it |
| 15:21:46  19 | all I have. | 15:23:39  19 | wasn't enough to just say Dr. John Smith was a |
| 15:21:48  20 | MR. STIMPSON:  I just have a | 15:23:43  20 | gastroenterologist, but we wanted to be able to |
| 15:21:48  21 | few. | 15:23:47  21 | say that he treats Celiac disease or she treats |
| 13:00:28  22 | EXAMINATION | 15:23:50  22 | this rare gastric issue.  And that's what we |
| 23 | BY MR. STIMPSON: | 15:23:52  23 | were trying to do. |
| 15:21:50  24 | Q.   Mr. West, remember Mr. Kanan asked | 15:23:55  24 | Q.   To your recollection did MDx ever |
| 15:21:52  25 | about doctors editing their information? | 15:23:58  25 | copy anything from HealthGrades or any of these |

| | Page 275 | | Page 277 |
|---|---|---|---|
| 15:21:54  1 | A.   Yes. | 15:24:02  1 | other providers? |
| 15:21:55  2 | Q.   Do you have an understanding of | 15:24:02  2 | A.   No. |
| 15:21:56  3 | what the most common edits are by doctors? | 15:24:03  3 | Q.   Let me flip that around just for a |
| 15:22:00  4 | A.   Yes.  A doctor typically will edit | 15:24:05  4 | second.  Do you have any information that might |
| 15:22:04  5 | their practice information and their address | 15:24:08  5 | indicate that HealthGrades has copied from MDx? |
| 15:22:09  6 | information. | 15:24:12  6 | A.   I have no evidence but their new |
| 15:22:10  7 | Q.   Okay.  Earlier today too Mr. Kanan | 15:24:14  7 | find a doctor looks exactly like our find a |
| 15:22:14  8 | asked you about back in 2006 when you were | 15:24:17  8 | doctor. |
| 15:22:17  9 | working with Mr. Rothschild, do you remember | 15:24:18  9 | Q.   And when did you -- |
| 15:22:19  10 | that? | 15:24:19  10 | A.   Very similar. |
| 15:22:19  11 | A.   Yes. | 15:24:19  11 | Q.   When did you come out with your |
| 15:22:19  12 | Q.   And he asked you about whether you | 15:24:21  12 | find a doctor? |
| 15:22:21  13 | looked at the HealthGrades website? | 15:24:21  13 | A.   Our find a doctor came out in |
| 15:22:24  14 | A.   Yes. | 15:24:24  14 | 2008. |
| 15:22:24  15 | Q.   In what context were you looking | 15:24:24  15 | Q.   When did HealthGrades change its? |
| 15:22:26  16 | at HealthGrades website? | 15:24:28  16 | A.   I would say maybe a year ago.  I'm |
| 15:22:28  17 | A.   At the time we were looking at all | 15:24:31  17 | not sure exactly. |
| 15:22:30  18 | of the websites out there that provided provider | 15:24:32  18 | Q.   Okay. |
| 15:22:33  19 | directory type functionality.  HealthGrades was | 15:24:33  19 | MR. STIMPSON:  I have nothing |
| 15:22:35  20 | just one of many of the sites that we looked at | 15:24:34  20 | further. |
| 15:22:38  21 | including, you know, RateMDs WebMD, Revolution | 13:39:01  21 | EXAMINATION |
| 15:22:45  22 | Health, Vimo.  There were quite a few. | 15:24:35  22 | BY MR. KANAN: |
| 15:22:50  23 | Q.   Did any one of them stand out, ah, | 15:24:37  23 | Q.   Now on this last point, the find a |
| 15:22:52  24 | beyond any others? | 15:24:39  24 | doctor -- |
| 15:22:53  25 | A.   No, they typically all offered | 15:24:39  25 | A.   Uh-huh. |

Page 278

```
15:24:40   1      Q.   -- Mr. West, when did you look at
15:24:42   2   the HealthGrades find a doctor function?
15:24:47   3      A.   It was shown to me probably about
15:24:50   4   a year ago and somebody said, look, their new
15:24:53   5   find a doctor looks just like ours.
15:24:55   6      Q.   And who showed it to you?
15:24:57   7      A.   One of the engineers, I don't know
15:24:58   8   specifically who.
15:24:59   9      Q.   And what did you do with that
15:25:00  10   information?
15:25:02  11      A.   Um, I did nothing with that
15:25:03  12   information.  I believe that it was kind of
15:25:07  13   common knowledge in the company.
15:25:08  14      Q.   Did you tell anybody,
15:25:09  15   Mr. Rothschild or anyone else about this?
15:25:12  16      A.   I believe Mr. Rothschild was aware
15:25:13  17   of it.
15:25:15  18      Q.   Okay.  And were there any other
15:25:18  19   discussions you had with anybody about this
15:25:21  20   HealthGrades alleged copying of find a doctor?
15:25:26  21      A.   In what respect?
15:25:27  22      Q.   In any respect?  Did you discuss
15:25:29  23   it with anybody?
15:25:31  24      A.   Just the members of our company.
15:25:34  25   Just the employees.  So it was known.
```

Page 279

```
15:25:37   1      Q.   This was about a year ago?
15:25:39   2      A.   I can't -- vague, yes.
15:25:42   3      Q.   And how did it happen that an
15:25:44   4   engineer had seen this and brought it to your
15:25:47   5   attention?
15:25:48   6      A.   I do not know.
15:25:49   7      Q.   Was he monitoring the HealthGrades
15:25:50   8   site?
15:25:52   9      A.   I don't believe so, I don't know.
15:25:53  10      Q.   Was it after this litigation had
15:25:55  11   begun?
15:25:57  12      A.   Um, yes.
15:26:01  13      Q.   And you testified a minute ago
15:26:02  14   about the 2006 review of the HealthGrades
15:26:07  15   website and I think you said there was nothing
15:26:10  16   distinguishing about it from other sites?
15:26:12  17      A.   Uh-huh.
15:26:13  18      Q.   So it was your belief at that time
15:26:14  19   there wasn't a site doing the things that -- the
15:26:17  20   concept that Vitals had of a find a doctor, of a
15:26:22  21   physician provider data source that you
15:26:25  22   envisioned?
15:26:26  23      A.   Yes.  If you look at the profile
15:26:28  24   that we offer right now there was nothing like
15:26:30  25   it back in 2006.
```

Page 280

```
15:26:31   1      Q.   Nobody was doing anything like
15:26:33   2   this?
15:26:34   3      A.   Not that much robust information,
15:26:36   4   no.
15:26:40   5      Q.   And you said that the physician
15:26:43   6   edits primarily are to the address and practice
15:26:46   7   information?
15:26:46   8      A.   Yes.
15:26:47   9      Q.   What did you mean practice
15:26:48  10   information?
15:26:48  11      A.   So, basically if a doctor moves
15:26:51  12   from one practice to the other they typically
15:26:54  13   update their location or practice information.
15:26:57  14      Q.   Well, that's the address again?
15:27:00  15      A.   Right.  So a practice being a
15:27:06  16   particular location or a particular facility at
15:27:09  17   a particular location.
15:27:11  18      Q.   And regardless of what's the most
15:27:13  19   edited items, do physicians edit other things
15:27:16  20   besides address and physician information?
15:27:18  21      A.   Yes.
15:27:19  22      Q.   Like what?
15:27:20  23      A.   Ah, they might add expertise, they
15:27:23  24   might add associations, they might add awards.
15:27:25  25   There's --
```

Page 281

```
15:27:29   1      Q.   All of those are --
15:27:30   2      A.   All --
15:27:30   3      Q.   -- things that are possibly edited
15:27:32   4   and are, in fact, edited, correct?
15:27:34   5      A.   Yes.
15:27:35   6           MR. KANAN:  That's all I have.
15:27:37   7           MR. STIMPSON:  Okay.  Thanks.
15:27:38   8           THE VIDEO OPERATOR:  The time
15:27:39   9   is 3:27 p.m.
15:27:40  10           This concludes the videotaped
15:27:42  11   deposition of Larry West consisting
15:27:45  12   of five videotapes.
15:27:47  13           We are off the record.
15:27:48  14           (Whereupon, at 3:27 p.m., the
15:27:48  15   deposition was concluded.)
15:27:48  16
                                _____
15:27:48  17              LAWRENCE WEST
15:27:48  18
15:27:48  19   Subscribed and sworn to before me
15:27:48  20   this ____ day of _____, 2012.
15:27:48  21
15:27:48  22   _____
                Notary Public
          23
          24
          25
```

Page 282

 1   ACKNOWLEDGMENT OF DEPONENT
 2       I, LAWRENCE WEST, do hereby
 3   acknowledge that the same is a true, correct
 4   and complete transcription of the testimony
 5   given by me, and any corrections appear on the
 6   attached errata sheet signed by me.
 7
 8   _____        _____
 9    (Date)             (Signature)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 283

 1
 2           C E R T I F I C A T E
 3   STATE OF NEW YORK   )
                         ) ss.:
 4   COUNTY OF NEW YORK  )
 5
 6       I, GEORGETTE K. BETTS, a Certified
 7   Shorthand Reporter and Notary Public for
 8   the State of New York, do hereby
 9   certify:
10       That LAWRENCE WEST, the witness
11   whose deposition is hereinbefore set
12   forth, was duly sworn by me and that
13   such deposition is a true record of the
14   testimony given by the witness.
15       I further certify that I am not
16   related to any of the parties to this
17   action by blood or marriage, and that I
18   am in no way interested in the outcome
19   of this matter.
20       IN WITNESS WHEREOF, I have
21   hereunto set my hand this 5th day of
22   July, 2012.
23           _____
             GEORGETTE K. BETTS, CSR, RPR
24           License No. 1923  N.J.
             License No. 000990  N.Y.
25