# EXHIBIT E

(Redacted version of Dkt. # 525-15)

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

---

**Exhibit 13**

**Excerpts from Deposition of Mitchel Rothschild**

**In The Matter Of:**

*HEALTH GRADES, INC.*
*v.*
*MDX MEDICAL, INC.*

_____

*MITCHEL ROTHSCHILD - Vol. 1*
*June 7, 2012*

_____

*ATTORNEYS' EYES ONLY*

MERRILL CORPORATION
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Page 1

Attorneys' Eyes Only

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF COLORADO

- - - - - - - - - - - - - - - - x

HEALTH GRADES, INCORPORATED,   :

             Plaintiff,     :CIVIL ACTION NO:
                             11-CV-00520-PAB-BNB
    vs.                       :

MDX MEDICAL, INCORPORATED,     :

d/b/a, VITALS.COM,             :

             Defendant.     :

- - - - - - - - - - - - - - - - x

                Thursday, June 7, 2012

                   \*    \*    \*

        Videotaped Deposition of MITCHEL

ROTHSCHILD, taken pursuant to notice, held at the

office of Sills Cummis & Gross, 30 Rockefeller

Plaza, New York, New York, commencing at 8:59

a.m., before Anita Shemin, a Certified Shorthand

Reporter and Notary Public.

## Page 2

```
 1   A P P E A R A N C E S:
 2   ROTHGERBER JOHNSON & LYONS, LLP
     BY:  JESUS M. VAZQUEZ, ESQUIRE
 3   90 S. Cascade Avenue
     Suite 1100
 4   Colorado Springs, Colorado 80903
     303.628.9517
 5   jvazquez@rothgerber.com
     Counsel for the Plaintiff
 6
 7
     MERCHANT & GOULD
 8   BY:  KRISTIN L. STOLL-DeBELL, ESQUIRE
     1050 Seventeenth Street
 9   Suite 1950
     Denver, Colorado 80265
10   303.357.1670
     kstolldebell@merchantgould.com
11   Counsel for Plaintiff
12
13   SILLS CUMMIS & GROSS P.C.
     BY:  SCOTT STIMPSON, ESQUIRE
14   One Riverfront Plaza
     Newark, New Jersey 07102
15   973.643.7000
     sstimpson@sillscummis.com
16   Counsel for Defendant MDX
17
18   ALSO PRESENT:
19   PHILLIP GLAUBERSON, Legal Video Specialist
20   MIKE WAGNER, Summer Associate, Merchant & Gould
21   PHILLIP GREENSPUN
22
23
24
25
```

## Page 3

```
 1   JUNE 7, 2012
 2              I N D E X
 3   WITNESS          EXAMINATION BY     PAGE
 4   MITCHEL ROTHSCHILD  Mr. Vazquez       6
 5
 6              E X H I B I T S
 7   FOR IDENTIFICATION                  PAGE
 8   Rothschild Exhibit 1  Notice of      12
                 Deposition
 9
     Rothschild Exhibit 2  10/5/10 email  29
10
     Rothschild Exhibit 3  7/28/10 email  31
11
     Rothschild Exhibit 4  1/5/11 email   32
12
     Rothschild Exhibit 5  1/2/11 opinion of  35
13               Maldjian Law Group
14   Rothschild Exhibit 6  Screen shot from  49
                 Vitals website
15
     Rothschild Exhibit 7  Screen shot from  49
16               Vitals website
17   Rothschild Exhibit 8  Freedom to operate  62
                 opinion letter
18
     Rothschild Exhibit 9  Screen shot from   91
19               the Vitals website
20   Rothschild Exhibit 10  12/15/09 letter   91
21   Rothschild Exhibit 14  1/25/10 letter    94
22   Rothschild Exhibit 15  5/5/10 email      128
23   Rothschild Exhibit 16  March 2011 email  134
                 string
24
25
```

## Page 4

```
 1            E X H I B I T S
              (Continued)
 2
     FOR IDENTIFICATION                       PAGE
 3
     Rothschild Exhibit 12  January 2011 email  152
 4                  string
 5   Rothschild Exhibit 11  12/30/10           158
                    handwritten notes
 6
     Rothschild Exhibit 13  Email string       169
 7
     Rothschild Exhibit 25  Spreadsheets       176
 8
     Rothschild Exhibit 17  PowerPoint         202
 9                  presentation
10   Rothschild Exhibit 18  PowerPoint         203
                    presentation
11
     Rothschild Exhibit 20  PowerPoint         215
12                  presentation
13   (No Exhibit 19 marked)
14   Rothschild Exhibit 21  Email string       217
15   Rothschild Exhibit 22  PowerPoint         220
                    presentation
16
     Rothschild Exhibit 23  Email string       221
17
     Rothschild Exhibit 25  6/29/11 letter     224
18
     Rothschild Exhibit 24  PowerPoint         225
19                  presentation
20
21
22
23   08:41:17
24
25
```

## Page 5

```
08:56:43   1       THE VIDEOGRAPHER:  This is the video
08:56:47   2   operator speaking, Phillip Glauberson of
08:56:52   3   Merrill Legal Solutions.
08:56:56   4       Today is June 7th, 2012, and the
08:56:58   5   time is 8:59 a.m.  We are at the offices of
08:57:01   6   sills Cummis, 30 Rockefeller Center, New
08:57:05   7   York, New York, to take the videotaped
08:57:08   8   deposition of Mitchel Rothschild in the
08:57:12   9   matter of HealthGrades, Inc., versus MDX
08:57:13  10   Medical, Inc., in the United States
08:57:15  11   District Court, District of Colorado.
08:57:15  12       Will counsel please introduce
08:57:19  13   themselves for the record.
08:57:21  14       MR. STIMPSON:  Scott Stimpson, Sills
08:57:22  15   Cummis & Gross, representing the witness
08:57:26  16   and representing MDX.
08:57:28  17       MR. VAZQUEZ:  Jesus Vazquez, from
08:57:29  18   Rothgerber Johnson & Lyons, on behalf of
08:57:34  19   the Plaintiff, HealthGrades.
08:57:39  20       To my right is Kirstin Stoll-DeBell,
08:57:45  21   partner with the law firm Merchant & Gould.
          22   To her right is Mr. Phillip Greenspun, who
08:57:48  23   is an expert on noninfringement and
08:57:53  24   validity in this matter on behalf of
          25   HealthGrades, and we also have Mike Wagner,
```

Page 6

| Time | # | Text |
|---|---|---|
| 08:57:56 | 1 | a Summer Associate with Merchant & Gould on |
| 08:57:57 | 2 | our side of the table on behalf of |
| 08:58:00 | 3 | HealthGrades. |
| 08:58:14 | 4 | THE VIDEOGRAPHER: Will the court |
| 08:58:14 | 5 | reporter, Anita Shemin of Merrill, please |
| 08:58:14 | 6 | swear the witness. |
| 08:58:14 | 7 | MITCHEL ROTHSCHILD, |
| 08:58:20 | 8 | having been first duly sworn by the Notary Public |
| 08:58:20 | 9 | (Anita Shemin), was examined and testified as |
| 08:58:21 | 10 | follows: |
| 08:58:23 | 11 | EXAMINATION |
| 08:58:24 | 12 | BY MR. VAZQUEZ: |
| 08:58:26 | 13 | Q  Good morning, Mr. Rothschild. |
| 08:58:30 | 14 | A  Good morning. |
| 08:58:32 | 15 | Q  As you know, my name is Jesus Vazquez, |
| 08:58:36 | 16 | and I am an attorney representing HealthGrades |
| 08:58:39 | 17 | in this matter. |
| 08:58:42 | 18 | I would like to -- we are going to ask |
| 08:58:43 | 19 | questions about a lot of subjects, but I am |
| 08:58:44 | 20 | going to start with just some basic background |
| | 21 | information. |
| 08:58:46 | 22 | Have you ever had your deposition |
| 08:58:48 | 23 | taken before, Mr. Rothschild? |
| 08:58:49 | 24 | A  Yes. |
| | 25 | Q  And how many times has your deposition |

Page 7

| Time | # | Text |
|---|---|---|
| 08:58:52 | 1 | been taken? |
| 08:58:55 | 2 | A  To the best of my recollection, twice |
| 08:58:59 | 3 | before. |
| 08:59:05 | 4 | Q  Okay. Can -- can you tell me what |
| 08:59:08 | 5 | those two depositions related to, please? |
| 08:59:16 | 6 | A  Yes. The more recent one was a case |
| 08:59:19 | 7 | in which a company that I was associated with |
| 08:59:23 | 8 | was a plaintiff against Kinkos that had, in |
| 08:59:25 | 9 | their -- in the company's opinion, improperly |
| 08:59:28 | 10 | terminated a contract. That cost the company a |
| 08:59:31 | 11 | good amount of money. |
| 08:59:32 | 12 | Q  Okay. When you say it was a company |
| 08:59:34 | 13 | you were associated with, was this one of your |
| 08:59:39 | 14 | companies? |
| 08:59:39 | 15 | A  It wasn't one of my companies. It's |
| 08:59:40 | 16 | Awards.com. I was senior executive at the |
| 08:59:42 | 17 | company. |
| 08:59:46 | 18 | Q  Was that Awards? |
| 08:59:47 | 19 | A  Awards.com. |
| | 20 | Q  When was that deposition, if you |
| 08:59:50 | 21 | recall? |
| 09:00:02 | 22 | A  I can't recall exactly, but probably |
| 09:00:04 | 23 | three to four years ago. |
| 09:00:04 | 24 | Q  Okay. And did -- was it Kinkos that |
| | 25 | then took your deposition? |

Page 8

| Time | # | Text |
|---|---|---|
| 09:00:06 | 1 | A  Yes. |
| 09:00:09 | 2 | Q  All right. |
| 09:00:11 | 3 | A  Actually, FedEx. They had been |
| 09:00:13 | 4 | acquired by FedEx. |
| 09:00:15 | 5 | Q  And what was the other instance in |
| 09:00:21 | 6 | which you have been deposed? |
| 09:00:27 | 7 | A  I had worked for a company in the |
| 09:00:31 | 8 | 1990's -- actually 1980's, and the CEO of that |
| 09:00:35 | 9 | company was suing his lawyer for improper |
| 09:00:36 | 10 | representation, and they wanted to get me up |
| 09:00:38 | 11 | there as a factual witness about what was going |
| 09:00:39 | 12 | on with the company at the time. |
| 09:00:41 | 13 | Q  Okay. So you were more of a fact |
| 09:00:42 | 14 | witness? |
| 09:00:44 | 15 | A  Yes. I had not been with the company |
| 09:00:49 | 16 | for a decade. |
| 09:00:51 | 17 | Q  Okay. And, Mr. Rothschild, have you |
| 09:00:56 | 18 | ever served as a -- strike that. |
| | 19 | Mr. Rothschild, have you ever been |
| 09:00:57 | 20 | designated as a Rule 30(b)(6) witness to testify |
| 09:01:00 | 21 | at a deposition? |
| 09:01:02 | 22 | A  No. |
| 09:01:03 | 23 | Q  And do you know what that is? |
| 09:01:08 | 24 | A  As a layperson, it was explained to |
| | 25 | me. |

Page 9

| Time | # | Text |
|---|---|---|
| 09:01:11 | 1 | Q  Okay. So you have some experience |
| 09:01:14 | 2 | with -- with depositions, so I will be brief |
| 09:01:16 | 3 | just about some ground rules, which I think you |
| 09:01:18 | 4 | are probably aware of, but nonetheless, I think |
| 09:01:20 | 5 | it's beneficial to go over them quickly. |
| 09:01:24 | 6 | As you know, to your right, we have a |
| 09:01:27 | 7 | court reporter. She is transcribing everything |
| 09:01:29 | 8 | I say to the best of her ability, as she will |
| 09:01:33 | 9 | transcribe everything that you say to the best |
| 09:01:39 | 10 | of her ability. So it's important that I ask |
| 09:01:41 | 11 | and articulate my questions clearly. Likewise |
| 09:01:43 | 12 | it is important that you articulate your |
| 09:01:46 | 13 | responses clearly. |
| 09:01:54 | 14 | Sometimes she will ask you, hey, could |
| 09:01:55 | 15 | you spell what you just said, so we have a clear |
| 09:01:56 | 16 | record, and that's all that is about. |
| 09:02:01 | 17 | I do ask that you try to not start |
| | 18 | answering my question until I finish asking it. |
| 09:02:04 | 19 | That tends to happen as the day goes on because |
| 09:02:08 | 20 | we may fall into a pattern of more of a |
| 09:02:12 | 21 | conversation. That's important not just to have |
| 09:02:15 | 22 | a clear record, but as I am sure you may have |
| 09:02:19 | 23 | been advised by your attorney, he will -- may |
| 09:02:22 | 24 | make objections after I ask a question. |
| | 25 | And in very limited circumstances, he |

Page 166

| | | |
|---|---|---|
| 14:45:07 | 1 | meeting that you apparently attended on December |
| 14:45:07 | 2 | 30 in which something called Option 1 was |
| 14:45:10 | 3 | discussed. |
| 14:45:12 | 4 | A  Yes. |
| 14:45:13 | 5 | Q  Do you recall an Option 1 being |
| 14:45:15 | 6 | discussed in a meeting that you said you believe |
| 14:45:19 | 7 | you attended? |
| 14:45:21 | 8 | A  It Sounds somewhat familiar, I will |
| 14:45:24 | 9 | say now, and subsequently, I don't remember all |
| 14:45:28 | 10 | of the specifics of the meeting, because it was |
| 14:45:31 | 11 | a year and a half ago, but we discussed a |
| 14:45:33 | 12 | variety of different options. |
| 14:45:35 | 13 | Q  Okay. |
| 14:45:43 | 14 | A  So it appears that we discussed this. |

REDACTED

| | | |
|---|---|---|
| 14:45:57 | 19 | A  So let me just go generally and state, |
| 14:46:02 | 20 | I don't know who wrote these.  I don't know |
| 14:46:03 | 21 | whether they are opinions or whether these items |
| 14:46:07 | 22 | were discussed, and I really have no context to |
| 14:46:09 | 23 | specify. |
| 14:46:13 | 24 | And finally, the narrow specifics of |
| | 25 | the meeting, what were discussed a year and a |

Page 167

| | | |
|---|---|---|
| 14:46:23 | 1 | half ago, do allude me, and that's why -- I am |
| 14:46:24 | 2 | glad we have documentation that shows what |
| 14:46:25 | 3 | evolved from it, but I can't say whether these |
| 14:46:26 | 4 | options were discussed or whether they were just |
| 14:46:27 | 5 | written down by whoever the author was. |
| 14:46:30 | 6 | MR. STIMPSON:  The record should |
| 14:46:31 | 7 | reflect that the witness pointed to what is |
| 14:46:34 | 8 | Exhibit 4 concerning further documentation. |
| 14:46:35 | 9 | Q  And, Mr. Rothschild, would it be |
| 14:46:36 | 10 | helpful to you to answer these questions if you |
| 14:46:37 | 11 | knew who wrote these? |
| 14:46:39 | 12 | A  No. |
| 14:46:39 | 13 | Q  Not at all? |
| 14:46:39 | 14 | A  I assume it's either Braginsky or |
| | 15 | Heaton. |
| 14:46:40 | 16 | Q  Heaton. |
| 14:46:42 | 17 | A  Whatever. |
| 14:46:46 | 18 | Q  You know -- you know it's not you, |
| 14:46:46 | 19 | right? |
| 14:46:48 | 20 | A  I would never put myself first on a |
| 14:46:49 | 21 | list. |
| 14:46:50 | 22 | Q  Plus you don't recognize this as your |
| 14:46:53 | 23 | handwriting, right? |
| 14:46:55 | 24 | A  Yes. |
| | 25 | Q  Okay.  Option 3 on the next page, |

Page 168

| | | |
|---|---|---|
| 14:46:58 | 1 | Mr. Rothschild -- |
| 14:47:02 | 2 | A  Yes. |

REDACTED

| | | |
|---|---|---|
| 14:47:11 | 6 | Do you recall at the meeting an Option |
| 14:47:14 | 7 | 3 being discussed? |
| 14:47:17 | 8 | A  I recall -- again, I don't know that I |
| 14:47:20 | 9 | categorize it as Option 3, but I recall that |
| 14:47:42 | 10 | conversation.  And as you can see from the |
| 14:47:44 | 11 | documentation subsequently, we took that off. |
| 14:47:47 | 12 | Q  Right. |
| 14:47:51 | 13 | MR. VAZQUEZ:  Okay.  Scott, do you |
| | 14 | expect us to have Bates numbers on our logs |
| 14:47:52 | 15 | that I promised you in my email last night? |
| 14:47:55 | 16 | MR. STIMPSON:  As long as I know what |
| 14:47:57 | 17 | they are. |
| 14:48:00 | 18 | MR. VAZQUEZ:  Well, we don't know what |
| 14:48:02 | 19 | these are, there are no Bates numbers.  So |
| 14:48:06 | 20 | if you expect us to give you Bates numbers, |
| 14:48:06 | 21 | then something like this, we need Bates |
| 14:48:07 | 22 | numbers, or else you will not get Bates |
| 14:48:14 | 23 | numbers, okay? |
| 14:48:17 | 24 | MR. STIMPSON:  All right. |
| | 25 | BY MR. VAZQUEZ: |

Page 169

| | | |
|---|---|---|
| 14:48:18 | 1 | Q  Mr. Rothschild, I am giving you |
| 14:48:18 | 2 | Exhibit 13. |
| 14:48:19 | 3 | (Email string marked Rothschild |
| 14:48:29 | 4 | Exhibit 13 for identification, as of this |
| 14:48:34 | 5 | date.) |
| 14:48:43 | 6 | BY MR. VAZQUEZ: |
| 14:48:48 | 7 | Q  Who is Carl Zacar? |
| 14:48:52 | 8 | A  Carl Zacar is an executive at Athena |
| 14:49:02 | 9 | Health.  They are an investor in the company, |
| 14:49:04 | 10 | and he represents that investment to us. |
| 14:49:05 | 11 | Q  Athena is one of the entities that you |
| 14:49:06 | 12 | sell or license data to? |
| | 13 | A  No. |
| 14:49:07 | 14 | Q  No? |
| 14:49:23 | 15 | A  (No response). |
| 14:49:26 | 16 | Q  I am sorry, I am thinking of Aetna. |
| 14:49:27 | 17 | Who is the partner Vestar that -- that |
| 14:49:29 | 18 | you have a loose relationship with or had |
| 14:49:38 | 19 | conversations with? |
| 14:49:45 | 20 | A  I don't remember his name.  One of our |
| 14:49:48 | 21 | other investors is friends with him, and that's |
| 14:49:53 | 22 | who we were referring to here. |
| 14:49:56 | 23 | Q  So do you recall if you responded to |
| 14:49:58 | 24 | Mr. Zacar in your email? |
| | 25 | A  I assume I responded because he is |

43 (Pages 166 to 169)

Case 1:11-cv-00520-PAB-BNB   Document 551-5   Filed 02/14/13   USDC Colorado   Page 8 of 11

Page 170

| | | |
|---|---|---|
| 14:50:15 | 1 | asking questions, and he's an investor, but I |
| 14:50:17 | 2 | don't recall an email on it. I am not a huge |
| 14:50:17 | 3 | email guy, so I -- I don't know how it was. |
| 14:50:18 | 4 | Q   I am sorry, what was that exhibit |
| 14:50:33 | 5 | number? |
| 14:50:35 | 6 | A   13. |
| 14:50:38 | 7 | Q   Thank you. |
| 14:50:41 | 8 | Mr. Rothschild, let me ask you |
| 14:50:43 | 9 | something about Aetna. That's one of the |
| 14:50:44 | 10 | entities that you listed that you sell, or lease |
| 14:50:49 | 11 | or license data to, right? |
| | 12 | A   Yes. |

REDACTED

| | | |
|---|---|---|
| 14:51:26 | 23 | Q   Is that related to the entry on the |
| 14:51:27 | 24 | top of the application? |
| | 25 | A   ITriage is owned by Aetna. |

Page 171

| | | |
|---|---|---|
| 14:51:31 | 1 | Q   The answer is yes? |
| 14:51:31 | 2 | A   Yes. |
| 14:51:32 | 3 | Q   And have you looked at the iTriage |
| 14:51:34 | 4 | application? |
| 14:51:35 | 5 | A   Yes. |
| 14:51:38 | 6 | Q   Do you have it on your Smartphone? |
| 14:51:43 | 7 | A   Yes, actually, I do. |
| 14:51:43 | 8 | Q   Have you ever done a query for a |
| 14:51:46 | 9 | doctor on the iTriage application? |
| 14:51:48 | 10 | A   I have. |
| | 11 | Q   Have you sorted it by patient ratings? |
| 14:51:52 | 12 | A   I don't believe I have done that. |
| 14:51:58 | 13 | Q   Are you aware that there is what we |
| 14:52:01 | 14 | call fine print on there that says that the |
| 14:52:03 | 15 | patient ratings information on the application |
| 14:52:06 | 16 | is obtained from Vitals? |
| 14:52:08 | 17 | A   I wasn't familiar with the fine print, |

REDACTED

Page 172

REDACTED

Page 173

REDACTED

| | | |
|---|---|---|
| 14:54:01 | 14 | MR. STIMPSON:  Just a reminder of your |
| 14:54:02 | 15 | call at 3 o'clock. It's five, six hours. |
| 14:54:04 | 16 | Q   Do you need to call home right now, |
| 14:54:04 | 17 | Mr. Rothschild? |
| 14:54:06 | 18 | A   I have a minute or two, if you want to |
| 14:54:11 | 19 | go for only that. |
| 14:54:16 | 20 | Q   Just a couple -- just a few more |
| 14:54:19 | 21 | questions that will just take a minute or two. |

REDACTED

Page 174

```
14:54:38   1    Q    Good reason.
14:54:41   2         When you did the deal, are you aware
14:54:42   3    of whether they intend to display patient
14:54:45   4    ratings or any other fields?
14:54:48   5         MR. STIMPSON:  Objection.  I will just
14:54:51   6    be -- caution the witness here, if this is
14:54:55   7    anything that is confidential to iTriage or
           8    Aetna, we have to do something to make sure
14:54:56   9    that they are in order, and you can't just
14:55:00  10    disclose their confidential information
14:55:02  11    even though it is under highly
14:55:03  12    confidential.  I don't know if it is or
14:55:06  13    not, but just be careful about that.
14:55:07  14         THE WITNESS:  Well, we do have a
14:55:08  15    confidential agreement in place with them.
14:55:10  16         MR. STIMPSON:  So we may --
14:55:10  17         THE WITNESS:  I am going to be guided
14:55:13  18    by what you are telling me.
14:55:15  19   BY MR. VAZQUEZ:
14:55:19  20    Q    This is a good time to take a break.
14:55:21  21    If you need to look at your confidentiality
14:55:25  22    agreement with Aetna, that might be prudent.  I
14:55:26  23    think that the way we are designating this
14:55:28  24    transcript safeguards that, but if you think you
          25    need to do something further, you are welcome
```

Page 175

```
14:55:34   1    to.
14:55:36   2    A    Fortunately, I defer to counsel.
14:55:38   3    Q    You think about like a half hour?
14:55:39   4    A    I am going to try to do it within a
14:55:40   5    half hour.  I will give them notice.
14:55:41   6    Q    We agreed to an hour.
           7    A    I will do my best to --
14:55:44   8    Q    That's fine.
14:55:47   9    A    -- accelerate the process within the
14:55:48  10    fact that I am not in control of the
14:55:48  11    conversation.
14:55:50  12    Q    Sure.  We understand it and appreciate
14:55:50  13    it.
14:55:53  14         MR. VAZQUEZ:  Let's go off the record.
14:55:54  15         THE VIDEOGRAPHER:  This marks the end
14:55:56  16    of Tape No. 3 in the deposition of Mitchel
15:58:51  17    Rothschild.
15:59:16  18         Going off the record, the time is
15:59:17  19    2:58 p.m.
15:59:19  20         (Recess taken)
15:59:21  21         THE VIDEOGRAPHER:  Back on the record.
15:59:23  22         Here marks the beginning of Tape No. 4
15:59:24  23    in the deposition of Mitchel Rothschild.
15:59:31  24    The time is 4:01 p.m.
          25   BY MR. VAZQUEZ:
```

Page 176

```
15:59:37   1    Q    Okay.  Mr. Rothschild, I am going to
15:59:43   2    ask you some questions about some of the
15:59:45   3    financial documents that have been produced to
15:59:48   4    us.  I don't have all of them to give to you,
15:59:49   5    you will be happy to know.
           6         MR. VAZQUEZ:  What is the next number?
16:00:09   7         MS. STOLL-DeBELL:  Well, I premarked
16:00:11   8    some.  We are actually on 25.
16:00:11   9    Q    Here you go, 25.
16:00:11  10         (Spreadsheets marked Rothschild
16:00:18  11    Exhibit 25 for identification, as of this
16:00:22  12    date.)
16:00:25  13   BY MR. VAZQUEZ:
16:00:35  14    Q    What are these spreadsheets in Exhibit
16:00:38  15    25, Mr. Rothschild?  What are they?
16:00:39  16    A    These are our budgets for the year.
16:00:51  17    Q    Do you know -- did you have a hand in
16:00:55  18    preparing them?
16:00:55  19    A    Yes.
16:00:56  20    Q    Does -- what is a fiscal year for MDX?
16:01:00  21    A    Calendar.
16:01:05  22    Q    Calendar?
16:01:09  23    A    (No response).
16:01:11  24    Q    Some of the financial statements we
          25    have received show different fiscal year end
```

Page 177

```
16:01:15   1    dates.  Would that be a mistake, or is there
16:01:17   2    circumstances where you have different end
16:01:20   3    dates?
16:01:23   4    A    I believe we only had a calendar year
           5    end since we started.
16:01:23   6    Q    It would be December 31st for each
16:01:31   7    year?
16:01:38   8    A    Yes.
16:01:46   9    Q    We have information that was produced
16:01:50  10    to us that shows for years ended May 31st, 2009,
16:01:57  11    and 2008.  Is that at all ring a bell as to why
16:01:57  12    we might have information that shows financial
16:02:01  13    statements for years ended May 31st for 2009 and
16:02:07  14    2008?
16:02:08  15    A    I think we may have -- a client wanted
16:02:12  16    to see the last year of activity, so we adjusted
16:02:13  17    it, I believe.
16:02:16  18    Q    So the client's request was from May
16:02:18  19    to May?
16:02:22  20    A    I think so.  I really don't recall.
REDACTED
          25    Q    The same statements show --
```

Page 226

```
17:20:53   1         MR. STIMPSON:  I take it back.  I have
17:20:53   2    some.
17:20:54   3         MR. VAZQUEZ:  Hold on.
           4    BY MR. VAZQUEZ:
17:20:57   5    Q    Mr. Rothschild, Mr. Rothschild, in all
17:21:00   6    seriousness, may have something to say here.
17:21:00   7    A    Okay.  Well, I do want to make a point
17:21:02   8    on this.
17:21:07   9    Q    Yes?
17:21:10  10    A    I want to make the point that merely
17:21:16  11    because it is an MDX PowerPoint, which does by
17:21:19  12    no means mean that we implemented or did things
17:21:22  13    here, this was most likely a suggestion from one
17:21:25  14    of our more aggressive search engine
17:21:30  15    optimization types, because that is a highly
17:21:33  16    competitive area on what we do, and so they tend
17:21:35  17    to always go over the edge in terms of making
17:21:37  18    suggestions.  And by no means does it reflect
17:21:38  19    what shows up on the site.
17:21:39  20    Q    Are there things that you signed here
17:21:42  21    that seems over the edge to you?
17:21:43  22    A    Many.
17:21:44  23    Q    Okay.  Like what?
17:21:45  24         MR. STIMPSON:  I think you said you
          25    had no more questions.
```

Page 227

```
17:21:50   1         MR. VAZQUEZ:  I know, but then he
17:21:57   2    added.
           3         MR. STIMPSON:  Okay.
17:22:07   4    A    I was just looking at things that --
17:22:11   5    let's see, Page 6, HealthGrades example --
17:22:15   6         MR. STIMPSON:  I need a copy of that.
REDACTED
17:22:38  13    Q    I understand.  Your point is -- is
17:22:40  14    well taken, that just because you say, hey, this
17:22:45  15    is an authentic MDX PowerPoint, it does not mean
17:22:47  16    that you are saying that everything that is
17:22:50  17    suggested was implemented.  It doesn't mean that
17:22:53  18    anything -- the content is something that is
17:22:55  19    just casting stone.
17:22:57  20    A    Right.  It does not represent an
17:23:00  21    official policy of the company by any means.  It
17:23:01  22    is one individual's suggestions for the things
17:23:02  23    we ought to do and one who is highly aggressive.
17:23:03  24    Q    Yes.
          25         Still with the company?
```

Page 228

```
17:23:09   1    A    Yes.
           2    Q    Who is that?
17:23:12   3    A    It's somebody from the SCO shop, so I
17:23:15   4    am not sure who is from the SCO shop.
17:23:16   5         MR. VAZQUEZ:  Okay.  I really don't
17:23:18   6    have any more questions.
17:23:18   7         MR. STIMPSON:  I have nothing.
17:23:18   8         MR. VAZQUEZ:  Thank you.  Thank you
17:23:18   9    for your time.
17:23:18  10         THE VIDEOGRAPHER:  This -- this marks
17:23:18  11    the end of Tape No. 4 in the deposition of
          12    Mitchel Rothschild.  We're going off the
          13    record.  The time is 5:25 p.m., June 7,
          14    2012.
          15         (Time noted:  5:25 p.m.)
          16
          17         _____
          18           MITCHEL ROTHSCHILD
          19    Subscribed and sworn to before me
          20    this ___ day of _____, 2012.
          21
          22    _____
          23    Notary Public
          24
          25
```

Page 229

```
           1            C E R T I F I C A T E
           2    STATE OF NEW YORK  )
           3                       : ss.
           4    COUNTY OF NEW YORK )
           5         I, ANITA SHEMIN, a CSR, RPR
           6    and Notary Public within and for the State
           7    of New York, do hereby certify:
           8         That MITCHEL ROTHSCHILD, the witness
           9    whose deposition is hereinbefore set forth, was
          10    duly sworn by me and that such deposition is a
          11    true record of the testimony given by the
          12    witness.
          13         I further certify that I am not
          14    related to any of the parties to this action by
          15    blood or marriage, and that I am in no way
          16    interested in the outcome of this matter.
          17         IN WITNESS WHEREOF, I have hereunto
          18    set my hand this ____ day of _____, 2012.
          19
          20         _____
          21           ANITA SHEMIN, CSR, RPR
          22
          23
          24
          25
```

```
                                            Page 230
 1   STATE OF NEW YORK   )    Pg 209 of 209 Pgs
 2             ss:
 3   COUNTY OF NEW YORK  )
 4     I wish to make the following changes, for the
 5   following reasons:
 6   PAGE LINE
 7   ____ ____ CHANGE: _____
 8          REASON: _____
 9   ____ ____ CHANGE: _____
10          REASON: _____
11   ____ ____ CHANGE: _____
12          REASON: _____
13   ____ ____ CHANGE: _____
14          REASON: _____
15   ____ ____ CHANGE: _____
16          REASON: _____
17   ____ ____ CHANGE: _____
18          REASON: _____
19   ____ ____ CHANGE: _____
20          REASON: _____
21   ____ ____ CHANGE: _____
22          REASON: _____
23   ____ ____ CHANGE: _____
24          REASON: _____
25
```