# EXHIBIT G

(Redacted version of Dkt. # 525-24)

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

**Exhibit 22**

**Comparison of Data Elements in '060 Patent Claims with Aetna's Custom Data Extract**

| Data Elements Specified in '060 Claims: | In Aetna's Custom Data Extract?[1] |
|---|---|
| **healthcare provider-verified information consisting of:** | |
| • specialty information, | REDACTED |
| • medical philosophy, | REDACTED |
| • gender, | REDACTED |
| • age, | REDACTED |
| • years in profession, years in practice, | REDACTED |
| • awards, | REDACTED |
| • honors, | REDACTED |
| • professional appointments, professional memberships, | REDACTED |
| • publications, | REDACTED |
| • languages | REDACTED |
| **patient ratings from one or more past or current patients of the first healthcare provider,** | REDACTED |
| **information verified by the independent third-party source comprises:** | |
| • board certification, | REDACTED |
| • licensure, | REDACTED |
| • disciplinary action information, | REDACTED |
| • medical school, | REDACTED |
| • medical internship, | REDACTED |
| • medical residency, and | REDACTED |
| • medical fellowship information; | REDACTED |

---

[1] Citations are to Exhibit A to the Statement of Work (MDX 0104403) (Dkt. 486-1 at p. 14).