# EXHIBIT H

(Redacted version of Dkt. # 525-25)

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO MDx MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT WITH REGARD TO AMENDED COMPLAINT AND ALLEGATIONS RELATING TO AETNA LIFE INSURANCE COMPANY**

**Exhibit 23**

**Summary of Physician Edits to MDx's Database**

**Statistics for MDx's Vitals.com Database**
**(as of May 9, 2012)**

|  | % of Physicians Who Have Edited this Field[1] | No. of Physicians Who Have Edited this Field |
|---|---|---|
| Specialty information | REDACTED | REDACTED [2] |
| Gender | REDACTED | REDACTED [3] |
| Awards/honors | REDACTED | REDACTED [4] |
| Professional appointments | REDACTED | REDACTED [5] |
| Professional memberships | REDACTED | REDACTED [6] |
| Languages | REDACTED | REDACTED [7] |

---

[1] Interrogatory Response at p. 3 (Ex. 4).
[2] SQL Report from vitals.com at MDX 0104088 (West Dep. Ex. 19) (Ex. 6).
[3] SQL Report from vitals.com at MDX 0104084.
[4] SQL Report from vitals.com at MDX 0104080.
[5] SQL Report from vitals.com at MDX 0104086.
[6] SQL Report from vitals.com at MDX 0104087.
[7] SQL Report from vitals.com at MDX 0104085.