**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT
ACCESS TO DOCUMENT 547**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to document number 547, which was filed by MDx as its reply brief in further support of its Motion for Summary Judgment of No Infringement with Regard to Amended Complaint and Allegations Relating to Aetna Life Insurance Company [Dkt. No. 490].

MDx is providing a proposed, redacted version of its reply brief for public access, with narrowly tailored redactions to protect MDx's highly confidential information regarding: (i) internal Vitals.com physician edit statistics; and (ii) the terms and conditions of MDx's licensing agreement with Aetna.  The Court has previously granted MDx's motions to restrict regarding such highly confidential information.

1

Pursuant to *D.C.COLO.LCivR* 7.1(A), counsel for MDx has conferred with counsel for Defendant Health Grades, Inc. ("Health Grades") by e-mail on March 25, 2013 regarding this motion, and Health Grades does not oppose the relief requested herein.

## Discussion

**Dkt. No. 547** – MDx's summary judgment reply filing pertains to Health Grades' newly added claims relating to MDx's data licensing agreement with Aetna regarding iTriage. The reply brief contains highly confidential and competitively sensitive MDx information regarding: (i) the terms of its licensing agreement and business relationship with Aetna; and (ii) internal MDx data and statistics regarding its Vitals.com website.

MDx proposes narrowly tailored redactions of MDx/Aetna agreement terms and conditions and MDx internal statistics that appear at pages: (i) 2 (Reply Concerning Undisputed Fact No. 8); (ii) 3 (Reply Concerning Undisputed Fact No. 18); (iii) 4 (Reply Concerning Undisputed Fact No. 20); (iv) 12; and (v) 14. *See* Redacted Version of Dkt. No. 547, attached hereto as Exhibit A. The Court has previously granted restrictions to such MDx confidential and highly confidential information. *See e.g.*, Court's Orders, Dkt. Nos. 303, 483, 484, 508, and 511.

**Conclusion**

For the foregoing reasons, MDx respectfully requests that this Court grant this motion for continued restriction on access to Document 547 at a Level 1 restriction, and to use the attached, redacted exhibit as a public access version.

Dated:  March 25, 2013                                    Respectfully submitted,

*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT 547** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                        *s:/ Scott B. Murray*