**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION REGARDING ITS
MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS 524, 524-1
THROUGH 524-25 AND 525; 525-4; 525-5; 525-6/7/8; 525-11; 525-15; 525-18; 525-24;
AND 525-25**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, filed on March 14, 2013, its Motion For Leave To Restrict Access to Documents 524, 524-1 through 524-25 and 525; 525-4; 525-5; 525-6/7/8; 525-11; 525-15; 525-18; 525-24; and 525-25 [Doc. # 551, the "Motion"]. The Motion stated:

> Pursuant to D.C.COLO.LCivR 7.1(A), counsel for MDx has attempted to complete its conferral with counsel for Health Grades, but has not been able to do so. Counsel has conferred by e-mail on at least March 12 & 13, 2013; however, a final resolution has not been reached by the parties with respect to the issues discussed herein. Although MDx believes, based on such incomplete conferral, that Health Grades will not oppose MDx's requested relief, MDx will supplement this certification as soon as possible. Motion, at p. 3.

1

MDx has received Health Grades' position and hereby supplements the Motion to state that Health Grades does not oppose the Motion.

Dated: March 25, 2013

Respectfully submitted,

*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2013, I electronically filed the foregoing MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION REGARDING ITS MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS 524, 524-1 THROUGH 524-25 AND 525; 525-4; 525-5; 525-6/7/8; 525-11; 525-15; 525-18; 525-24; AND 525-25 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                           *s:/Scott B. Murray*