IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　IT IS ORDERED:

　　(1)　**MDx Medical, Inc.'s [Unopposed] Motion for Leave to Restrict Access** [Doc. # 551, filed 3/14/2013] is GRANTED;

　　(2)　Health Grades, Inc.'s Opposition to Motion for Summary Judgment [Doc. # 524] and all of its exhibits [Doc. ## 524-1 through 524-25] shall be Restricted Level 1;

　　(3)　Health Grades, Inc.'s Opposition to Motion for Summary Judgment [Doc. # 525] and the exhibits filed as Doc. ## 525-4, 525-5, 525-6, 525-7, 525-8, 525-11, 525-15, 525-18, 525-24, and 525-25 shall be Restricted Level 1;

　　(4)　**MDx Medical, Inc.'s Unopposed Motion for Leave to Restrict Access** [Doc. # 554, filed 3/25/2013] is GRANTED;

　　(5)　MDx Medical, Inc.'s Reply [Doc. # 547] shall be Restricted Level 1.

DATED:  March 29, 2013