Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S SUPPLEMENT TO ITS OPPOSITION TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

# Exhibit A

**Braginsky Dep. Ex. 1: Letter dated December 15, 2009**



# Merchant & Gould
An Intellectual Property Law Firm

1050 Seventeenth St.
Suite 1950
Denver, CO 80265-0100
Tel 303.357.1670
Fax 303.357.1671

www.merchantgould.com

Direct Contact  |  303.357.1646
pgergely@merchantgould.com

A Professional Corporation

December 15, 2009

*Via Certified Mail*

Mr. Mitch Rothschild
CEO
MDX Medical (Vitals.com)
1200 Wall Street West
5th Floor
Lyndhurst, NJ 07071

Re:   U.S. Patent Application Publ. No. 2007/0185732 A1 to Health Grades, Inc.

Dear Mr. Rothschild:

This law firm represents Health Grades, Inc. ("Health Grades").

This letter is a Notice, pursuant to provisional rights statute 35 U.S.C. § 154(d), of our client's U.S. Patent Application Publ. No. 2007/0185732 A1. We have enclosed a copy of that application for your review.

We have become aware that MDX Medical is making, using, offering for sale, and/or selling one or more systems, methods, and/or apparatuses that are covered by these published claims. In particular, the features of MDX Medical's website, Vitals.com, are covered by our client's published claims.

Pursuant to this Notice, Health Grades reserves the rights to pursue, after patent issuance, recovery of damages, such as a reasonable royalty, under the provisions of 35 U.S.C. § 154(d) for MDX Medical's acts of practicing the inventions of U.S. Patent Application Publ. No. 2007/0185732 A1 prior to issuance. Health Grades further reserves any and all other rights and remedies available to it at law and in equity.

EXHIBIT
Braginsky 1
2/14/13

CONFIDENTIAL
MDX 0011861

December 15, 2009
Page 2 of 2

Health Grades asks MDX Medical to respect Health Grades' intellectual property by ceasing to make, use, sell and offer to sell these products.

Please contact us if you have any questions regarding this assertion of a provisional right to recovery or the bases for it.

Very truly yours,
MERCHANT & GOULD, P.C.

*[signature]*
Peter A. Gergely

Enclosure: U.S. Patent Application Publ. No. 2007/0185732 A1

CONFIDENTIAL
MDX 0011862