Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S SUPPLEMENT TO ITS OPPOSITION TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

---

# Exhibit E

**Braginsky Dep. Ex. 5: Email dated January 22, 2010 at 10:04 AM**

Re: Health Grades

**Subject:** Re: Health Grades
**From:** Mitch Rothschild <mitch@vitals.com>
**Date:** 1/22/2010 11:05 AM
**To:** "Mark J. Rosenberg" <mrosenberg@sillscummis.com>
**CC:** Jeffrey Wasserman <jwasserman@sillscummis.com>, Philip Braginsky <pbraginsky@sillscummis.com>

Braginsky 5
2/14/13

Ok. Understand your comments.

On the prior art, just list Geo Access, multiple insurance doctor finders (key!) and WebMD. I am not sure of the dates on the others.

Thanks.

On Fri, Jan 22, 2010 at 10:04 AM, Mark J. Rosenberg <mrosenberg@sillscummis.com> wrote:
> Mitch,
>
> The blank is for the patents we select based on our review of the patents the searcher sent to us. We are not including US2007/0185732 A1 because its filing date is after the filing date of Health Grades' application. Finally, we are specifically identifying the prior art because under Patent Office rules, the attorneys prosecuting Health Grades' application are required to disclose all material prior art to the Patent Office for its consideration. If the attorneys fail to do so, any resulting patent could ultimately be deemed unenforceable due to the attorneys' inequitable conduct. We believe that we should take a firm, aggressive approach while Health Grades' application is pending. By doing do we can potentially either prevent Health Grades from receiving a patent or ensure that any patent that issues is limited in scope.
>
> Please let us know if you have any additional comments or questions.
>
> Mark
>
> ---
>
> **From:** Mitch Rothschild [mailto:mitch@vitals.com]
> **Sent:** Thursday, January 21, 2010 11:56 PM
> **To:** Philip Braginsky
> **Cc:** Mark J. Rosenberg; Jeffrey Wasserman
> **Subject:** Re: Health Grades
>
> Looks pretty good. A few comments:
>
> 1) We are MDx Medical, Inc. (small x)
>
> 2) Is the blank number to reference the patent I sent you? Are there others which are similar and good evidence? Do you know about US2007/0156455 A1 too?

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY      MDX 0104805

Re: Health Grades

3) Is it required for us to reference the particular names of the prior art? As I mentioned, I am not 100% on some of them, and why should we top our hand? Can we just say something like "we have identified at least four independent instances of prior art"?

Let me know. Thanks.

On Thu, Jan 21, 2010 at 3:31 PM, Philip Braginsky <pbraginsky@sillscummis.com> wrote:

PRIVILEGED AND CONFIDENTIAL

Mitch:

Attached is the response we propose sending to Health Grades. Please review the letter and let us know if you have any comments. We will then add the patent references to the letter and send it out.

Best,

Philip

Philip Braginsky Member of the Firm Sills Cummis & Gross P.C. One Rockefeller Plaza New York, NY 10020 d (646) 735-3706 f (212) 643-6500 www.sillscummis.com

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

--
Mitchel Rothschild
1200 Wall Street West
Lyndhurst, NJ 07071

HIGHLY CONFIDENTIAL  ATTORNEYS' EYES ONLY                MDX 0104806

Re: Health Grades

Cell: 646-279-3648 (BEST Number)
Office: 201-459-6258
Fax: 201-438-4611

--
Mitchel Rothschild
1200 Wall Street West
Lyndhurst, NJ 07071

Cell: 646-279-3648 (BEST Number)
Office: 201-459-6258
Fax: 201-438-4611

HIGHLY CONFIDENTIAL  ATTORNEYS' EYES ONLY     MDX 0104807