Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S SUPPLEMENT TO ITS OPPOSITION TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

---

# Exhibit F

**Josh Long, "I Don't Speak Your Language: Frontend vs. Backend" Treehouse Blog (Sep. 25, 2012), http://blog.teamtreehouse.com/ i-dont-speak-your-language-frontend-vs-backend**
*(highlighting added)*

Case No. 1:11-cv-00520-RM-NYW   Document 562-6   filed 04/16/13   USDC Colorado   pg 2 of 9

4/3/13                                    I Don't Speak Your Language: Frontend vs. Backend - Treehouse Blog

Get 50% off your first month of Treehouse! ($24.50 value)   **LEARN MORE**                                              ✖

**treehouse** blog                                                                                    🔍   ☰

**Sep 25, 2012**                                                                          ← Previous   Next →

# I Don't Speak Your Language: Frontend vs. Backend

**Josh Long**  •  Code, Learn to Code, Make a Website  •  17 Comments



*"I Don't Speak Your Language" is a series of articles designed to give you a quick overview of all of the tech terms in our industry. Knowing these terms will help you in your communications and allow you to build better products more efficiently.*

There has been a lot of discussion in the blog comments lately about what constitutes design and development when it comes to the web. I'm trying as best as I can to help you, our dear readers, in your journey to becoming the best web professional you possibly can.

Our goal is to listen to you and create content that is relevant to the discussion and the challenges that you face, so I thought I would take this opportunity to highlight the differences between design and development. My goal here is to lay the foundation for further discussion and see if we can define the lines together.

The differences between design and development actually lead to more of a discussion around frontend and backend web work. Let's start with the frontend…

## Front End

When we discuss the "frontend" of the web, what we're really talking about is the part of the web that you can see and interact with. The frontend usually consists of two parts: the design and frontend development.

In the past when someone discussed development it usually referred to the backend, but in recent years there has been a real need to differentiate between designers that worked strictly in Photoshop and those that could code HTML and CSS. It went even further when designers crossed the lines to working with JavaScript and jQuery.

So now when we discuss the term "web design", we're really talking about those that work with Photoshop and Fireworks, *and* those that code using html, CSS, Javascript or jQuery (it might be important here to state that jQuery is a compiled library of Javascript).

Everything that you see when using the web is a combination of HTML, CSS, and JavaScript all being controlled by your computer's browser. These include things like fonts, drop-down menus, buttons, transitions, sliders, contact forms, etc.

Now to make all of this become a reality and to store the information that you put in the frontend elements, we need technology to make it happen. Enter the backend…

## Backend

The backend usually consists of three parts: a server, an application, and a database. If you book a flight or buy concert tickets, you usually open a website and interact with the frontend. Once you've entered that information, the application stores it in a database that was created on a server. For sake of ease, just think about a database as a giant Excel spreadsheet on your computer, but your computer (server) is stored somewhere in Arizona.

All of that information stays on the server so when you log back into the application to print your tickets, all of the information is still there in your account.

We call a person that builds all of this technology to work together a *backend developer*. Backend technologies usually consist of languages like PHP, Ruby, Python, etc. To make them even easier to use they're usually enhanced by frameworks like Ruby on Rails, Cake PHP, and Code Igniter that all make development faster and easier to collaborate on.

Many web professionals that are just getting into the field may have heard a lot of people talking about WordPress. WordPress is a good example of the frontend and backend working together because WordPress is an open-sourced framework built on PHP that you have to install on your server with a database. Designers then customize the look and functionality of WordPress sites using CSS, jQuery and JavaScript.

## Conclusion

I hoped this helped many of you get clear on when people are talking about the frontend and the backend of the web, as well as knowing when they're talking about design as opposed to development.

The lines between design and development seem to get more and more blurred on a daily basis, but fundamentally they are still very separate.

In order for everyone to carry on great discussions and to collaborate on great products it's very important that we're clear on what part of the product we're really talking about.

What are your thought on design and development, and the frontend versus the backend? Please join the conversation by commenting below. Cheers!

Start Learning Web Design, Coding, How To Start A Business & More for Free!





### Josh Long

Josh Long is the Editor at Treehouse. He's a writer and designer with two books under his belt: Execute & Jenius. He also hosts Treehouse Chat and co-hosts Happy Monday. Twitter: @joshlong

## Comments

17 comments  1

 Leave a message...

Best ▼  Community  Share  

 Jacob Bell • 6 months ago
Is there anyway you could expand on this article and maybe do two follow-up articles? One consisting of what a "front end developer" should know/learn and the second article consisting of what a "back end developer" should know/learn?

This would definitely help me and probably all of the other fairly new web students out there.
5 ▲ ▼ · Reply · Share ›

 Josh Long → Jacob Bell • 6 months ago
Hi Jacob! I will definitely expand on these different topics:) I don't want to tell people what they should learn because everyone is different. I can however, discuss the different routes and the technologies that are the most popular and most supported. It can be difficult to choose a path, but truly understanding your options will help you make a decision that's a good fit for you.
7 ▲ ▼ · Reply · Share ›

 Abraham → Josh Long • 6 months ago
That would be a great article! I am wanting to learn more on front end development and definitely need guidance of what routes to take, and what tools are mostly needed. I love modern and simple design and learning CSS and HTML is fun and a fun challenge as a beginner. Would love to see an article on front-end development. None the less, this article is a great starter for me! Thank you!
0 ▲ ▼ · Reply · Share ›

 Abraham → Abraham • 6 months ago
Oh! and maybe if possible elaborate the daily life of a front-end developer. The various task and front-end engineer would typically do (I understand every daily task can vary). Thanks!
0 ▲ ▼ · Reply · Share ›

Case No. 1:11-cv-00520-RM-NYW   Document 562-6   filed 04/16/13   USDC Colorado   pg 4 of 9

4/3/13                           I Don't Speak Your Language: Frontend vs. Backend - Treehouse Blog


**Keith Monaghan** → Josh Long • 6 months ago
That would be really great.
0   • Reply   • Share ›


**Jacob Bell** → Josh Long • 6 months ago
That would be awesome, Josh. Thanks! : )
0   • Reply   • Share ›


**pelicanpaul** • 4 months ago
I get frustrated with designers that think all they have to do is create a photoshop mockup and then expect it to look the same on all clients. freakin lame!!! designers... LEARN CSS! LEARN SOME JAVASCRIPT AND jQuery! Learn what semantic markup is. There are no right and left brain people. Only people who are scared but mostly people who are lazy. Read the freakin manual people.
1   • Reply   • Share ›


**Bendog24** • 6 months ago
Frontend and backend development each have very different challenges, but they all are very exciting to work on! And many of the challenges have already been solved with frameworks and tools like jQuery, Rails, Modernizr, etc., which means we can focus on more interesting business challenges or innovation.
1   • Reply   • Share ›


**MD Minhazul Haque** • a month ago
Good to know that Josh. Well written.
0   • Reply   • Share ›


**Gabe Smith** • 2 months ago
Thanks Josh! Very helpful.
0   • Reply   • Share ›


**Michael Soriano** • 6 months ago
good topic. i too started in front end, but kept digging and am now doing both. I actually think that even PHP is front end. despite the fact that its server side - its still dealing with the intricacies of what to deliver to the user (before the final output). I consider db and / or web services as the "real" backend. Where having to construct queries, parsing through xml etc - is where we can truly separate backend work from front end.
0   • Reply   • Share ›


**M Raven Townsend** • 6 months ago
GREAT post. Very informative. Thanks! -Raven
0   • Reply   • Share ›


**Josh Long** → M Raven Townsend • 6 months ago
I'm really glad you liked it Ms. Townsend:) Anything else you would like me to cover in an article?
0   • Reply   • Share ›


**Jim Arment** • 6 months ago
What's your take on more intense JavaScript development? It seems there are two elements w/ JS development: (1) User interactions (e.g. lightboxes & image sliders) and (2) dynamic application (e.g. AJAX, JSON, etc.). Number 2 seems to be ever increasing and falls between frontend and backend.

How does Treehouse handle these responsibilities? What about other companies?

At my workplace, we have dedicated frontend developers who handle all HTML, CSS & JS (lots of JavaScript for a Web app experience). But we don't ever work on the design side and rarely go into the backend.
0   • Reply   • Share ›


**Josh Long** → Jim Arment • 6 months ago
Thanks for reading Jim! Javascript is one of the areas I was talking about that blurs the line between frontend and backend in many ways. It has truly evolved into powerful technology that both frontend and backend developers use. Part of the beauty is that there isn't a straight answer for you here. Different people use it in different ways, but I would say that your firm would be better for knowing it. It never hurts to learn, right?
0   • Reply   • Share ›


**Jacob Bell** • 6 months ago
Great Article, Josh. I am at that point in my student career where I need to choose what path to take and your article really helped define front end development for me.

I will be pursuing front end development. : )
0   • Reply   • Share ›


**Josh Long** → Jacob Bell • 6 months ago
That's awesome:) Let me know if there's anything else I can help you with. Good luck on your new journey!
0   • Reply   • Share ›

4/3/13      I Don't Speak Your Language: Frontend vs. Backend - Treehouse Blog

**ALSO ON TREEHOUSE BLOG**     What's this?

**How to Make a Mixtape | Treehouse Quick Tip**
4 comments • 2 days ago
 **Josh Long** — This is classic! Thanks Dan and team:)

**Accessing the Device Camera with getUserMedia**
4 comments • 2 days ago
**Abe** — Nice! That is really cool! I don't have any use for this other than to play with it and make something for fun. It's good to know though!

**Showcase Your Creativity and Win an iPad mini**
25 comments • 14 days ago
 **Josh Long** — Use it as a deadline for learning;)

**A Deeper Look into Various Content Management Systems**
26 comments • 19 days ago
**Gonçalo Espinha** — Any thoughts on ProcessWire? Found it being very simple and flexible! ;)

**Comment feed**     **Subscribe via email**



### Get Free Gifts ($300 Value)

Sign up for our newsletter, and we'll send you news and tutorials on web design, coding, business, and more! **You'll also receive these great gifts:**

- ✔ **Art and the Web: Line, Shape, and Form** - An eBook by Treehouse Teacher Nick Pettit.
- ✔ **On Freelancing** - An audiobook about running your own business by Simon Collison.
- ✔ **Cubano** - A confident, yet friendly display sans serif font by Chandler Van De Water.
- ✔ **Stock Photograph Set** - 25 stunning photographs by Mike Kus.
- ✔ **Background Patterns Set** - 28 background pattern images by Mike Kus.

First Name

Email Address

**SUBSCRIBE**

### WRITE FOR US

If you think you have what it takes, we'd love to have your original content featured on our blog!

**LEARN MORE**

### RELATED ARTICLES

- Accessing the Device Camera with getUserMedia
- The CSS3 Placeholder Pseudo-element
- Writing Your Own jQuery Plugins
- Customizing Permalinks in WordPress | Treehouse Quick Tip
- Displaying a Static Homepage in WordPress | Treehouse Quick Tip

Case No. 1:11-cv-00520-RM-NYW   Document 562-6   filed 04/16/13   USDC Colorado   pg 6 of 9

4/3/13                                    I Don't Speak Your Language: Frontend vs. Backend - Treehouse Blog

- **Creating Vanity URLs in PHP and MySQL: Query String Variables**
- **Tame WordPress from the Command Line with wp-cli**
- **Adding Motion into Web Design with Animate.css**
- **Create an Absolute Basic Mobile CSS Responsive Navigation Menu**
- **Take Control of the Box Model with box-sizing**

**TREEHOUSE PROJECT**



Smells Like Bakin' is a cupcake company in need of a website. This project will walk us through the basics of HTML and CSS from the very beginning. HTML and CSS are the structural and presentational building blocks of every website and will serve as the foundation for any web project.

LEARN MORE



Case No. 1:11-cv-00520-RM-NYW   Document 562-6   filed 04/16/13   USDC Colorado   pg 6 of 9

4/3/13                                    I Don't Speak Your Language: Frontend vs. Backend - Treehouse Blog

Like    13,294 people like this. Sign Up to see what your friends like.

↑ BACK TO TOP

## Continue Learning

Treehouse is the best way to learn technology skills that can change your life.



### Build a Website

Get online and worldwide! You'll have a strong foundations to building your website with an introduction to basic front end web development. Start off with an introduction to text editors and basic HTML tags, then move on to more advanced HTML skills.

LEARN MORE

### Start a Business

Bring your big idea to life! Learn how to start a company on the right foot with an introduction to basic business concepts, including corporate structure, marketing, finance, and accounting. Then you're ready for more advanced business strategies.

LEARN MORE

### Learn to Code

Have a big idea that will change the web? Learn how to code it by building a simple version of Facebook. Along the way, you'll learn technologies like Ruby on Rails, and this project will give you all the tools you need to build a wide range of web apps.

LEARN MORE

### Build iOS Apps

More than 30 billion apps have been downloaded from Apple's app store. See how to take your own app idea from concept to reality on a step-by-step tour of how to build a fun and simple iPhone app. You'll learn the language, tools and related concepts to get your app ready to download.

LEARN MORE

### Build Android Apps

Get on the fastest growing mobile platform! We'll show you how to build cool Android apps step-by-step. You'll see exactly how to build a finished app with touch & motion and simple animations. Along the way you'll learn the Java language and the Android SDK.

LEARN MORE

Treehouse Shop  NEW    About Treehouse    Jobs    Terms & Conditions    Privacy Policy    Contact Us



Our mission is to bring affordable Technology education to people everywhere, in order to help them achieve their dreams and change the world.

©2012 Treehouse Island, Inc.