Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S SUPPLEMENT TO ITS OPPOSITION TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

---

# Exhibit G

**PowerPoint Presentation, "Vitals' Approach to Gathering, Cleansing, Matching and Integrating Third Party Data" (MDX0070948-71011)** *(highlighting added)*



MDX 0070948

## Today's Agenda:

1. About MDx Medical

2. The Data that Drives Vitals

3. Behind the Curtain: How the Vitals Database is Built

4. Data Structure, Quality and Updating

5. Addressing Horizon's Challenges

6. Q&A

vitals

**2**

PROPRIETARY & CONFIDENTIAL
May not be used or copied
without permission (subject to NDA)

**Highly Confidential - Attorney Eyes Only**

**MDX 0070949**



Highly Confidential - Attorney Eyes Only

## 3 Relevant Things to Know about Vitals' data:

1. Vitals integrates tens of thousands <mark>primary data sources</mark>
   - 50 million new data elements every single week

2. Vitals supplements this data with User Generated Content
   - About 1.8 million total patient reviews which must be matched to the right provider

3. <mark>Portions of the Vitals database have been audited by BPA and found to be 99.7% accurate</mark>

vitals.

4

PROPRIETARY & CONFIDENTIAL
May not be used or copied
without permission (subject to NDA)

Highly Confidential - Attorney Eyes Only

MDX 0070951

## Core Functionality of the MDx Set:

1. Find-A-Doctor Tool – search by specialty/condition in certain geo
2. Check-Up-Doctor Tool – search by name and geo (if needed)
3. Symptom Checker – search by medical condition and geo
4. Review-A-Doctor Tool – basic ratings functionality on doctors
5. Alert Tool – members notified when information is updated
6. Provider Portal – allow providers to update their profile
7. FAQ's and What's This – contextual information, transparency for members
8. Google Analytics Package – dynamic reporting of activity, behavior

vitals

**11**

PROPRIETARY & CONFIDENTIAL
May not be used or copied
without permission (subject to NDA)

**Highly Confidential - Attorney Eyes Only**

**MDX 0070958**

# Data Availability:
# Powering the
# Integrated Provider Directory
# with Detailed Data and Information

vitals

PROPRIETARY & CONFIDENTIAL
May not be used or copied
without permission (subject to NDA)



Highly Confidential - Attorney Eyes Only



# College, Academy & Board memberships indicate quality affiliations

ACP American College of Physicians — Internal Medicine | Doctors for Adults

American Academy of Sleep Medicine — Setting Standards & Promoting Excellence in Sleep Medicine

acofp American College of Osteopathic Family Physicians

American Academy of Neurology

Royal College of Physicians and Surgeons of Canada

American College of Chest Physicians

ABIM American Board of Internal Medicine

American Academy of Family Physicians — Strong Medicine for America

American Academy of Pain Management

ACSPA American College of Surgeons Professional Association (ACSPA)

AACE American Association of Clinical Endocrinologists

American Academy of Child & Adolescent Psychiatry

AAFP

60 1949 - 2009 American College of Cardiology

ACR American College of Radiology

AAHPM American Academy of Hospice and Palliative Medicine

American College of Allergy, Asthma & Immunology

AAD American Academy of Dermatology

American College of Emergency Physicians — Advancing Emergency Care

aaPM&R American Academy of Physical Medicine and Rehabilitation

American Academy of Allergy Asthma & Immunology

American Academy of Pediatrics — Dedicated to the Health of All Children

American Academy of Otolaryngology– Head and Neck Surgery

American College of Sports Medicine

The American Academy of Facial Plastic and Reconstructive Surgery

ACOG The American College of Obstetricians and Gynecologists — Women's Health Care Physicians

AAOS American Academy of Orthopaedic Surgeons / American Association of Orthopaedic Surgeons

ABFPRS American Board of Facial Plastic and Reconstructive Surgery

The American College of Gastroenterology — Digestive disease specialists committed to quality in patient care. ACG

vitals

24

May not be used or copied without permission (subject to NDA)



# Behind the Curtain:
# How the Vitals Database is Built

v⚕tals

26

PROPRIETARY & CONFIDENTIAL
May not be used or copied
without permission (subject to NDA)



MDX 0070977

## These thousands of sources include:

- State & federal boards of medicine
- Sanction and disciplinary action databases
- ABMS, DEA, NPI and UPIN databases
- Quality measurements of med schools & hospitals
- Individual medical school websites (160+)
- Individual hospital websites (5,000+)
- Group Practice sites (many thousands)
- Association & Medical Specialty sites, lists
- Self-reported by individual physicians
- Insurance sites, data feeds and provider directories
- Top Doctor survey results and database
- Individual consumer surveys & ratings
- NCOA, DSF and address-validation compiled files
- Publications databases

vitals

31

PROPRIETARY & CONFIDENTIAL
May not be used or copied
without permission (subject to NDA)

Highly Confidential - Attorney Eyes Only



Highly Confidential - Attorney Eyes Only





MDX 0070992

## Vitals' Core Principles of Data Integrity

1. Data is sought as close to the Primary Source as possible.

2. Quality measures on physicians are only defined in two ways – from reputable providers (always with attribution), or by benchmarking individual physicians vs. overall averages.

3. Overall 'quality' of a physician is determined by individual consumer preference – they set the measures that are meaningful to *them.*

4. Data is transparent – all can see both the raw data and the aggregated information.

5. For data uncertainty: false negatives always better than false positives.

6. Data is put through statistical analysis; all volume data is identified.

7. Data is explained – all data accompanied by explanatory prose.

8. Physicians have opportunity to update & add information, as long as it is in compliance with official sources (quality controlled).

vitals

46

PROPRIETARY & CONFIDENTIAL
May not be used or copied
without permission (subject to NDA)

# For every data element, we have created a Source Hierarchy of reliability.

- Reliability is determined by closeness to primary source, multiplicity of similar sources and sample testing of data thru outbound phone efforts.

- In general, self-reported data has high reliability, except where there is a governing body – e.g., Board Certification.

- As the database is relational, the Source Hierarchy can be adjusted for custom display, based on Licensee preferences.

DATA HIERARCHY

| | High | <-----------------------> | | | Low |
|---|---|---|---|---|---|
| **Provider Information** | 1 | 2 | 3 | 4 | 5 |
| Name | SR | FED/PARTNER | SMB | ABMS | WEB |
| Group-Practice Affiliation | SR | FED/PARTNER | SMB | SMB | |
| Address | SR | FED/PARTNER | WEB | SMB | WEB |
| Phone #/Fax # | SR | FED/PARTNER | WEB | SMB | |
| E Mail | SR | PARTNER | WEB | SMB | |
| Hospital Affiliation(s) | SR | PARTNER | WEB | SMB | |
| NPI/DEA | FED | PARTNER | | | |
| Medicare ID | SR | FED/PARTNER | | | |
| Tax ID | SR | FED/PARTNER | | | |
| Medical Education # | SR | FED/PARTNER | | | |
| State License # | SMB | FED | | | |
| Date of Birth | SR | FED | SMB | PARTNER | WEB |
| Gender | SR | FED/SMB | PARTNER | WEB | |
| Languages Spoken | SR | SMB | | WEB | |
| Insurance Accepted | SR | PARTNER | WEB | SMB | |
| Photograph | SR | PARTNER | | SMB | |
| Biography | SR | | WEB | SMB | |
| Web Site link (of MD) | SR | PARTNER | | SMB | |
| **Education** | | | 3 | 4 | 5 |
| Medical School | | | PARTNER | WEB | |
| Grad Year / Years in Practice | | | PARTNER | WEB | |
| Degree Type | SMB/FED | | PARTNER | WEB | |
| Internship | SMB | | PARTNER | WEB | |
| Residency | SMB | | PARTNER | WEB | |
| Fellowship | SMB | | PARTNER | WEB | |
| **Specialties** | 1 | 2 | 3 | 4 | 5 |
| Board Certification | ABMS | | | | |
| Specialty | SR | SMB/FED | PARTNER | WEB | |
| Sub-Specialty | SR | SMB/FED | PARTNER | WEB | |
| Special | SR | SMB/FED | PARTNER | WEB | |
| **Disciplinary Info** | 1 | 2 | 3 | 4 | 5 |
| Federal Sanctions | FED | | | | |
| State Sanctions | SMB | | | | |
| Other Disciplinary Info | SMB | | | | |
| Malpractice Info | SMB | | | | |
| **Other Data** | 1 | 2 | 3 | 4 | 5 |
| Awards | SR | PARTNER | SMB | WEB | |
| Publications | SR | FED | SMB | WEB | |
| Faculty Appointments (Med School) | SR | PARTNER | SMB | WEB | |
| Head of Medical Societies | SR | PARTNER | SMB | WEB | |
| Professional Affiliations | SR | PARTNER | SMB | WEB | |

* Indicates review before change accepted

47

PROPRIETARY & CONFIDENTIAL
May not be used or copied
without permission (subject to NDA)

v☩tals

## The Tiering Structure for Data Reliability

- <mark>As data is collected from multiple sources, it becomes important to rank-order the reliability of each data source.</mark> Then, for each data element, a hierarchy of sources – from most reliable to least – is established as rules for data import operations.

- When an import source is defined, a Tier Code (0-5) is assigned to each data element (e.g. Specialties, Practices, etc.). As source data is imported into the database, the Tier Code of the data record is adjusted based on the highest quality of the import source.

- For example, a provider's specialty originates from many sources - State Medical Boards (lowest tier) to the ABMS (highest tier).  If a provider's specialty record is created from the State Medical Board, but then verified by the ABMS, then the highest Tier Code is assigned to that presentation record.

vitals

48

PROPRIETARY & CONFIDENTIAL
May not be used or copied
without permission (subject to NDA)

Highly Confidential - Attorney Eyes Only

MDX 0070995

# 4 years of data history provides a solid background for detecting false information

- The "Outer Circle" is a critical element in ensuring accurate data application.

- It has been assembled over 3 years, keeps growing, and represents out-of-date or incorrect data, as well as non-practicing or non-medical doctors.

- The Circle acts as a filter to suppress bad information and ensure that mistakes or old info are not repeated.

- It also answers "orphan" issues by creating a home for non-conforming input.



"Outer Circle"

"Inner Circle"
Active, Licensed
Physicians
(~800,000)

Non-practicing, old
(568,000)

vitals

49

PROPRIETARY & CONFIDENTIAL
May not be used or copied
without permission (subject to NDA)

MDX 0070996



**c/o MDx Medical, Inc.**
Attn: David Blumenthal
210 Clay Ave
Lyndhurst, NJ 07071

david.blumenthal@vitals.com

**All material Confidential.**
**No portion of this presentation may be copied, shared or used for any Purpose**
**unless expressly permitted by MDx Medical, Inc.**

MDX 0071011