Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S SUPPLEMENT TO ITS OPPOSITION TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

---

# Exhibit K

**Vitals.com Screenshots, Post-January 2011, HGVSC000037-41**
*(highlighting added)*



Dr. Brian Smith, MD - Urolo ×

www.vitals.com/doctors/Dr_Brian_R_Smith_2.html

Are you Dr. Smith? Please login

vitals where doctors are examined

Home | Find a doctor | Find a dentist | Ratings | Patient guides

Get over 75 Digital Grocery Coupons
Save $ Save $
SAFEWAY
Save Now
Advertisement

Vitals > Urologists > CO > Denver > Dr. Brian Smith MD

Tweet | Like | +1

Snapshot | Full profile | Rate this doctor

# Dr. Brian Smith

Dr. Brian R Smith, MD is a male with 18 years of medical experience and practices in **Urology**.

**The Urology Center of Colorado**
2777 Mile High Stadium Cir
Denver, CO
See all of Dr. Smith's practice locations

Top consumer rating
Hospital affiliation
Medical school

## IS THIS THE DOCTOR YOU'RE LOOKING FOR?

Yes — see the full profile
No — find a different doctor

## A Full Profile (FREE!) includes:

Phone Number
Hospital Affiliations plus Ratings
Medical School

All Practice Locations
Awards & Distinctions
Patient Guides

Click here

**Practice Fusion® Free EMR**
Safe, Secure and Reliable EMR. 100,000+ Practitioners. Join Today!
practicefusion.com

**$500 Ch. 7 Bankruptcy**
BBB Accredited - Full Attorney Rep Flat Fee - Over 315 reviews!
www.JudeLawllc.com

**Saddleback® Leather Co.**
Hand-Crafted Leather Goods Built To Outlast You. 100 Year Guarantee!
www.SaddlebackLeather.com

AdChoices
Advertisement

**UPDATED INFORMATION for Dr. Brian Smith**

Dr. Brian Smith has received the award 2011 Patients' Choice Award.
1 month ago on 02/17/2012

Dr. Brian Smith's Overall Patient Rating is now 4.0 out of 4.
1 year ago on 03/06/2011

A patient has added a new review.

10:04 AM
03/28/2012

Dr. Brian Smith, MD - Urolo

www.vitals.com/doctors/Dr_Brian_R_Smith_2.html

see the full profile

find a different doctor

### UPDATED INFORMATION for Dr. Brian Smith

Dr. Brian Smith has received the award 2011 Patients' Choice Award.
1 month ago on 02/17/2012

Dr. Brian Smith's Overall Patient Rating is now 4.0 out of 4.
1 year ago on 03/06/2011

### A Full Profile (FREE!) includes:

Phone Number
Hospital Affiliations plus Ratings
Medical School
Areas of Expertise
Patient Ratings & Reviews
Sanctions

All Practice Locations
Awards & Distinctions
Patient Guides
Insurance Accepted
Biographies
Board Certifications

Click here to view the full profile

A patient has added a new review.
1 year ago on 03/06/2011

Verified: The specialty Urology has been updated.
1 year ago on 01/26/2011

Doctor's profile has been updated.
1 year ago on 01/26/2011

Board Certified specialty has been updated.
1 year ago on 01/26/2011

State license information has been updated.
1 year ago on 01/26/2011

Verified: Graduated from University of Colorado School of Medicine.
1 year ago on 10/18/2010

### Patient Ratings & Comments

The Overall Average Patient Rating of Dr. Brian R Smith, MD when asked is Excellent.
Dr. Smith has been reviewed by 4 patients. The rating is 4.0 out of 4 stars. Read Reviews

### Insurance

Dr. Brian Smith accepts the following plans for Cigna at the 2777 Mile High Stadium Cir, Denver, CO location: CO - Colorado Plus, HMO, UnitedHealthcare iPlan Choice Plus, PPO and others. Individual insurance coverage may vary based on different office locations. See additional insurance networks and plans that are accepted.

Need health insurance? It's more affordable than you think! Get an INSTANT quote!

CHEAP Insurance

### Receive Alerts

When there is new important information about this doctor...  ALERT ME

### Education Summary

Dr. Smith graduated from **University of Colorado School of Medicine**. This school is ranked #4 out of 144 in

10:05 AM
03/28/2012

HGVSC000038



Dr. Brian Smith, MD - Urolo ×

www.vitals.com/doctors/Dr_Brian_R_Smith_2.html

## Education Summary

Dr. Smith graduated from **University of Colorado School of Medicine**. This school is ranked #4 out of 144 in primary care quality by US News & World Report and in research quality is ranked #29 out of 144.
Learn more about Dr. Smith's medical training.

## Hospital Affiliation

See all hospital affiliations.

## Publications

Review specific publication excerpts.

## Awards & Distinctions

Read more about other awards, appointments and associations.

## Board Certification, Specialty and Expertise

Dr. Brian R Smith, MD has obtained board certification from the member board for Urology.
View ABMS Certification

## Licenses

A medical license is required for a doctor to receive a NPI number and practice in any given state. Requirements vary by state but most require, at a minimum, post-graduate training in the doctor's specific specialty. Dr. Brian Smith is confirmed to have a license in UT and CO.

10:06 AM
03/28/2012



## Licenses

A medical license is required for a doctor to receive a NPI number and practice in any given state. Requirements vary by state but most require, at a minimum, post-graduate training in the doctor's specific specialty. Dr. Brian Smith is confirmed to have a license in UT and CO.

**Consider these related doctors:**
Dr. Donald J May, MD
Dr. Dustin R Ridout, MD
Dr. Robert S Lee, MD
Dr. Eun C Park, MD
Dr. Michael E Chen, MD

**Where does Dr. Brian Smith practice?**
Dr. Brian Smith practices Urology near Denver, CO.
Additional practice locations include: Westminster, CO; Englewood, CO
See other Denver Urologists.

**Dr. Brian Smith, MD may also be known as:**
Brian Richard Smith MD, Dr. Smith Brian

**Overall Patient Rating** 

3 comments have been submitted by users.
**Read Reviews**

**Rate this doctor**

Based on 4 ratings (see all)

**Overall Rating**
The Overall Average Patient Rating of Dr. Brian R Smith, MD is Excellent. Dr. Smith has been reviewed by 4 patients. The rating is 4.0 out of 4 stars.

**Wait Time**
The **average wait time** to see Dr. Smith according to patient reviews, is **15 minutes**. By comparison, patients wait a national average of 21 minutes before seeing a doctor.

HGVSC000040

**Wait Time**
The **average wait time** to see Dr. Smith according to patient reviews, is **15 minutes**. By comparison, patients wait a national average of 21 minutes before seeing a doctor.

**Patient Ratings**
Dr. Smith is rated **"EXCELLENT"** by patients in the following areas:
  Ease of Appointment — 4.0
  Promptness — 4.0
  Courteous Staff — 4.0
  Accurate Diagnosis — 4.0
  Bedside Manner — 4.0
  Spends Time with Me — 4.0
  Follow Up — 4.0

Vitals > Doctors A to Z > S > Dr. Brian Smith MD



Advertisement: If you don't find a job, we'll help pay your bills. WESTWOOD COLLEGE Click for details.

about us    faq    blog    contact    site map    business partners    vitals widget    privacy


Data Certified by: BPA WORLDWIDE


Inc. 500


One of the 20 Best Money-Saving Websites as named by Money Magazine 2010


Dell SMALL BUSINESS EXCELLENCE AWARD FINALIST

Doctor Directory: A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

As more fully set forth in this website's **terms and conditions**, (1) nothing contained on or offered by or through this website should be

HGVSC000041