Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S SUPPLEMENT TO ITS OPPOSITION TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

---

# Exhibit L

**Vitals.com Profile of Dr. Todd K. Rosengart (taken July 2012) (HGVSC000044-50)** *(highlighting added)*



HGVSC000044





HGVSC000046

Case No. 1:11-cv-00520-RM-NYW Document 562-12 filed 04/16/13 USDC Colorado pg 5 of 8



HGVSC000047



Vitals.com - Doctor Todd K Rosengart, MD, FACC, FACS | East Setauket, NY - Windows Internet Explorer provided by Powered By zSc
http://www.vitals.com/doctors/Dr_Todd_Rosengart
Favorites | Health Grades Elumis | Web Slice Gallery | espacenet - Home page | Google Patents | Google Scholar | United States Patent & Tr... | Trademarks Home
Vitals.com - Doctor Todd K Rosengart, MD, FACC...
Page Safety Tools

Date: April 2008
Journal: *Circulation*

Article: Invited commentary.
Date: January 2008
Journal: *The Annals of thoracic surgery*

Show all publications >>

What's This

## General Information

Languages Available:
Chinese, Spanish

Biography & Background:
- This physician is a full-time faculty member at Stony Brook, where she/he treats patients and is involved with medical education and leading-edge research.

Clinical Interests:
Aneurysm of Aorta
Cardiac Diseases
Cardiac Surgery
Cardiothoracic
Heart Attack
Heart Defects
Heart Failure(CHF)
Heart Valve Diseases
Myocardial Infarction
Thoracic
Biologic Bypass
Bypass Surgery
Heart Bypass (CABG)
Coronary Artery Bypass CABG
Minimally Invasive Surgery
Valvular Heart Disease
Thoracoscopic Hybrid Bypass
Sternotomies
Heart

Research Interests:
-Gene Therapy

Done, but with errors on page.
Local intranet | Protected Mode: Off
90%
11:36 AM
07/01/2012



Vitals.com - Doctor Todd K Rosengart, MD, FACC, FACS | East Setauket, NY - Windows Internet Explorer provided by Powered By zSc

http://www.vitals.com/doctors/Dr_Todd_Rosengart

Favorites | Health Grades Elumis | Web Slice Gallery | espacenet - Home page | Google Patents | Google Scholar | United States Patent & Tr... | Trademarks Home

Vitals.com - Doctor Todd K Rosengart, MD, FACC...

Page | Safety | Tools

Research Interests:
-Gene Therapy
-Stem Cell Transplantation
-Bloodless Surgery
-minimally invasive surgery
-valve repair

## Insurance Accepted

Acceptance of particular Insurance Plans may vary, based on different office locations. As a result, we've listed Plans accepted at different locations. Click on any company to see which specific plans are accepted by Dr. Rosengart.

Stony Brook Surgical Assoc-Ent Level 5 Mod 5 Stony Brook, NY
Humana

---

Uh Level 5 # 6 Stony Brook, NY
Cigna

---

222 E Main St Ste 209 Smithtown, NY
The Empire Plan (UHC)

---

Stony Brook Surgical Assoc-Ent 37 Research Way East Setauket, NY
The Empire Plan (UHC)
Affinity Health Plan
HIP Health Plan of New York
Cigna
Empire Blue Cross Blue Shield
Neighborhood Health Plan (NHP)
Great-West Healthcare
Oxford
United Healthcare
Fidelis Care
Humana

---

Need health insurance? It's more affordable than you think!
Click below for an INSTANT quote!

Done, but with errors on page. | Local intranet | Protected Mode: Off | 90%

11:37 AM
07/01/2012

