Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S SUPPLEMENT TO ITS OPPOSITION TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

---

# Exhibit M

**Vitals.com Profile of Dr. Robert Enzenauer (taken January 2013) (HGVSC000305-309)** *(highlighting added)*



Credentials for Dr. Robert
www.vitals.com/doctors/Dr_Robert_Enzenauer/credentials
Medicare Supplemental
MEDIGAP PLAN COMPARISON
SEE PLANS
Robert W Enzenauer, MD
Professor
29 years of experience
Accepting new patients
The Childrens Hospital-Denver
13123 E 16th Ave # B-430
Aurora, CO 80045
(720) 777-2020
Locations and availability (3)
Summary
Patient Reviews
Credentials
Locations & Availability
Accepted Insurance
Like
Tweet
Email
AdChoices
Test Your PT/INR at Home
inrselftest.com
Check your own coumadin levels with Philips PT/INR Self Testing at home
Online Car Insurance
www.Travelers.com
Get A Free Fast Online Quote Now. See How Much You Can Save!
Exempla Heart Care
ExemplaHeart.org
Cardiovascular Center of Excellence Contact a Physician. 1-855-9HEART9
HCPs: Reduce Stroke Risk
reduce-afib-stroke-ris...
AF Patients Stroke Risk Reduction. No Routine Monitoring Required.
RockyMountain Urgent Care
www.rockymountainu...
Make an appointment or just walk in Multiple Colorado Locations
Education
MEDICAL SCHOOL
SCORE
RANKINGS
University of Missouri at Columbia (1979)
TOP 50%
RESIDENCY
Fitzsimons Army Medical Center (1989) *
Ophthalmology
Tripler Army Med Ctr (1982) *
Pediatrics
FELLOWSHIP
Hospital for Sick Children (1990) *
Pediatric Ophthalmology
* This information was reported to Vitals by the doctor or doctor's office.
Awards & Distinctions
AWARDS
One of America's Leading Experts on:
Eye Injuries
Brigadier General (O-7), Awarding Body: Colorado Army National Guard, Date: 1/1/2010, Description: Assuming the duties and responsibilities as the Assistant Adjutant General for Space and Missile Defense.
Ophthalmology House Staff Teaching Award
Achievement Award , Awarding Body: American Academy of Ophthalmology, Date: 1/1/2006
The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.
Family Medical Care
Physicals exams, sick visits
Schedule your appointment online!
8200 E Belleview Ave
Greenwood Village
(303) 221-0370
Subscribe to the Vitals Newsletter
Get the latest Health News, Updates, and More
Enter your e-mail address here...
I have read and agree to the Terms of Use and Privacy Policy.
SIGN UP
Need health insurance?
10:21 AM
01/09/2013

HGVSC000305



Credentials for Dr. Robert
www.vitals.com/doctors/Dr_Robert_Enzenauer/credentials
AdChoices
Test Your PT/INR at Home
inrselftest.com
Check your own coumadin levels with Philips PT/INR Self Testing at home
Online Car Insurance
www.Travelers.com
Get A Free Fast Online Quote Now. See How Much You Can Save!
Exempla Heart Care
ExemplaHeart.org
Cardiovascular Center of Excellence Contact a Physician. 1-855-9HEART9
HCPs: Reduce Stroke Risk
reduce-afib-stroke-ris...
AF Patients Stroke Risk Reduction. No Routine Monitoring Required.
RockyMountain Urgent Care
www.rockymountainu...
Make an appointment or just walk in Multiple Colorado Locations
Education
MEDICAL SCHOOL
SCORE
RANKINGS
University of Missouri at Columbia (1979)
TOP 50%
RESIDENCY
Fitzsimons Army Medical Center (1989) *
Ophthalmology
Tripler Army Med Ctr (1982) *
Pediatrics
FELLOWSHIP
Hospital for Sick Children (1990) *
Pediatric Ophthalmology
* This information was reported to Vitals by the doctor or doctor's office.
Awards & Distinctions
AWARDS
One of America's Leading Experts on:
Eye Injuries
Brigadier General (O-7), Awarding Body: Colorado Army National Guard, Date: 1/1/2010, Description: Assuming the duties and responsibilities as the Assistant Adjutant General for Space and Missile Defense.
Ophthalmology House Staff Teaching Award
Achievement Award , Awarding Body: American Academy of Ophthalmology, Date: 1/1/2006
Distinguished Service Award, Awarding Body: University of Missouri School of Medicine, Date: 1/1/2004
Ophthalmology House Staff Teaching Award, Awarding Body: Department of Ophthalmology, UTCOM-CU, Chattanooga, TN, Date: 1/1/2000
Certified Physician Executive, Awarding Body: The Certifying Commission in Medical Management, Date: 1/1/2001
Certified Physician Executive
Distinguished Service Award
BD CERT
FELLOW
SECOND PL
Brigadier General (O-7)
Achievement Award
FIRST PL US ARMY SECTION
The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.
Family Medical Care
Physicals exams, sick visits
Schedule your appointment online!
8200 E Belleview Ave
Greenwood Village
(303) 221-0370
Subscribe to the Vitals Newsletter
Get the latest Health News, Updates, and More
Enter your e-mail address here...
I have read and agree to the Terms of Use and Privacy Policy.
SIGN UP
Need health insurance?
It's more affordable than you think! Click below for an instant quote
Get an instant quote
10:21 AM
01/09/2013

HGVSC000306


HGVSC000307

Credentials for Dr. Robert

www.vitals.com/doctors/Dr_Robert_Enzenauer/credentials

SECOND PL

Brigadier General (O-7)

Achievement Award

FIRST PL US ARMY SECTION

APPOINTMENTS

Ut Sch Of Med
ASSOC PROF

University of Colorado Hospital
Professor

ASSOCIATIONS

American Academy of Ophthalmology
Member

## Affiliations

Dr. Enzenauer is affiliated with **6 hospitals**.

| HOSPITAL AFFILIATIONS | SCORE | RANKINGS |
|---|---|---|
| Denver Health Medical Center * 777 Bannock St, Denver, CO 80204 | | |
| Childrens Hosp Association The * 13123 E 16th Ave, Aurora, CO 80045 | | |
| The Childrens Hospital-Denver 13123 E 16th Ave, Aurora, CO 80045 | | |
| Children's Hospital Colorado North Campus, Broomfield | | |
| The University Of Colorado Hospital * 12605 E 16th Ave, Aurora, CO 80045 | | |
| Veterans Affairs Eastern Colorado Health Care System * 1055 Clermont St, Denver, CO 80220 | | |

## Publications & Research

Dr. Enzenauer has contributed to **91** publications.

| | |
|---|---|
| TITLE | Emergency Lateral Canthotomy and Cantholysis: a Simple Procedure to Preserve Vision from Sight Threatening Orbital Hemorrhage. |
| DATE | September 2010 |
| JOURNAL | *Journal of Special Operations Medicine : a Peer Reviewed Journal for Sof Medical Professionals* |
| EXCERPT | Read excerpt |
| TITLE | Airbag-related Eye Trauma: a Review of Current Literature. |
| DATE | April 2008 |
| JOURNAL | *Current Surgery* |

10:21 AM 01/09/2013

Credentials for Dr. Robert
www.vitals.com/doctors/Dr_Robert_Enzenauer/credentials
Publications & Research
Dr. Enzenauer has contributed to 91 publications.
TITLE Emergency Lateral Canthotomy and Cantholysis: a Simple Procedure to Preserve Vision from Sight Threatening Orbital Hemorrhage.
DATE September 2010
JOURNAL Journal of Special Operations Medicine : a Peer Reviewed Journal for Sof Medical Professionals
EXCERPT Read excerpt
TITLE Airbag-related Eye Trauma: a Review of Current Literature.
DATE April 2008
JOURNAL Current Surgery
TITLE Combat Ophthalmology. When There Isn't an Assigned Ophthalmologist.
DATE January 2008
JOURNAL Binocular Vision & Strabismus Quarterly
EXCERPT Read excerpt
TITLE Guidelines for Postmortem Protocol for Ocular Investigation of Sudden Unexplained Infant Death and Suspected Physical Child Abuse.
DATE January 2008
JOURNAL The American Journal of Forensic Medicine and Pathology : Official Publication of the National Association of Medical Examiners
EXCERPT Read excerpt
TITLE Anterior Ischemic Optic Neuropathy.
DATE December 2007
JOURNAL Ophthalmology
Show more publications...
Next: Locations & Availability
Similar doctors nearby
Dr. David Medford
Ophthalmology
24 years experience
West Orange, NJ
Dr. Paris Royo
Ophthalmology
45 years experience
Roseville, CA
Dr. Gianmarco Vizzeri
Ophthalmology
Galveston, TX
Dr. Cybele Woon
Ophthalmology
18 years experience
Houston, TX
Dr. Carl Sylvester
Ophthalmology
12 years experience
Oklahoma City, OK
Dr. Mark Cox
Ophthalmology
17 years experience
Sedalia, MO
Search All Similar Doctors
1
Like
0
Tweet
0
+1
Email
10:22 AM
01/09/2013

Credentials for Dr. Robert
www.vitals.com/doctors/Dr_Robert_Enzenauer/credentials
Hemorrhage.
DATE September 2010
JOURNAL Journal of Special Operations Medicine : a Peer Reviewed Journal for Sof Medical Professionals
EXCERPT Read excerpt
TITLE Airbag-related Eye Trauma: a Review of Current Literature.
DATE April 2008
JOURNAL Current Surgery
TITLE Combat Ophthalmology. When There Isn't an Assigned Ophthalmologist.
DATE January 2008
JOURNAL Binocular Vision & Strabismus Quarterly
EXCERPT Read excerpt
TITLE Guidelines for Postmortem Protocol for Ocular Investigation of Sudden Unexplained Infant Death and Suspected Physical Child Abuse.
DATE January 2008
JOURNAL The American Journal of Forensic Medicine and Pathology : Official Publication of the National Association of Medical Examiners
EXCERPT Read excerpt
TITLE Anterior Ischemic Optic Neuropathy.
DATE December 2007
JOURNAL Ophthalmology
Show more publications...
Next: Locations & Availability
Similar doctors nearby
Dr. David Medford
Ophthalmology
24 years experience
West Orange, NJ
Dr. Paris Royo
Ophthalmology
45 years experience
Roseville, CA
Dr. Gianmarco Vizzeri
Ophthalmology
Galveston, TX
Dr. Cybele Woon
Ophthalmology
18 years experience
Houston, TX
Dr. Carl Sylvester
Ophthalmology
12 years experience
Oklahoma City, OK
Dr. Mark Cox
Ophthalmology
17 years experience
Sedalia, MO
Search All Similar Doctors
Vitals > Ophthalmologists > CO > Aurora > Dr. Robert Enzenauer > Credentials
REMOVE IT NOW
www.vitals.com/doctors/Dr_Robert_Enzenauer/credentials#
10:22 AM
01/09/2013