Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S SUPPLEMENT TO ITS OPPOSITION TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

---

# Exhibit N

"Compare Now" feature, Vitals.com Screenshots,
taken prior to January 2011, HGVSC 000004-9





Find Doctors at Vitals.com - Find A Doctor That's Best For You - Windows Internet Explorer

http://www.vitals.com/doctor/find?search

File Edit View Favorites Tools Help | Convert | Select

Favorites | Suggested Sites | Free Hotmail | Web Slice Gallery | BNA | Colorado Players - League ... | Customize Links | Docket | Google | H | Home - | Intranet | Lexis | MOWA | Patent Full-Text and Full-Pa... | Windows

Find Doctors at Vitals.co... | profile.xps | Page | Safety | Tools

Click here to modify your search.

Page View: List | Map    Sort results by:    Results 1 to 8 of 45    1 2 3 4 5 ... next >

**Matches Found**

**45**

Too many matches?

Too few?

## Refine your search

**Quality**

- Show ABMS board certified doctors only
- Exclude doctors rated poorly by patients

**Language/US Educated**

- Show US educated doctors only
- Show only doctors who speak

No preference

**Gender**

- Show males only
- Show females only

**Degree Type**

- Show MDs only
- Show DOs only

**Compare** Dr. Yakes X | Dr. Diab X | Click "compare" | compare now

**① Expert in "breast cancer"**

**Wayne F. Yakes**
Englewood, CO
4.2 miles away

Overall Patient Rating:

**Highlights**
- America's Top Doctor
- Board certified
- 4 star hospital

profile | Added

**② Expert in "breast cancer"**

**Sami G. Diab**
Aurora, CO
10.9 miles away

Overall Patient Rating:

**Highlights**
- Rated 4 stars by patients
- Board certified
- 4 star hospital

profile | Added

**③ Expert in "breast cancer"**

**Nathan W. Pearlman**
Denver, CO
5.9 miles away

**Highlights**
- America's Top Doctor
- Board certified
- Holds faculty appointment

profile | compare

Vimovo
(naproxen/esomeprazole magnesium)
Find out if VIMOVO is right for you
Learn more
Important Safety Information
• Like all medications that contain nonsteroidal anti-inflammatory drugs (NSAIDs), VIMOVO may increase the chance of a heart attack or stroke that can lead to
Click here for Prescribing Information including Boxed Warnings

Internet | 100%

HGVSC000005

Vitals - Windows Internet Explorer

Parker, CO 80138

Colorado Integrarive Cancer Center
14100 E Arapahoe Rd Ste 210
Englewood, CO 80112
(720) 282-2325

Colorado Integrarive Cancer Center
700 Potomac St
Aurora, CO 80011
(720) 282-2325

Colorado Integrarive Cancer Center
1444 S Potomac St Ste 280
Aurora, CO 80012
(720) 282-2325

| Specialty | Status: | Specialty | Status: |
|---|---|---|---|
| Board Certified | ✓ | Board Certified | ✓ |

Radiology
Sub: Vascular & Interventional Radiology, Neuroradiology, Diagnostic Radiology

Internal Medicine
Sub: Medical Oncology, Hematology & Oncology

Special Expertise:
Arteriovenous Fistula; Arteriovenous Malformations; Breast Cancer; Interventional Neuroradiology; Vascular Malformations

Special Expertise:
Breast Cancer; Breast Cancer

| Patient Ratings | Rating: | Patient Ratings | Rating: |
|---|---|---|---|
| Overall Rating | ★★★★☆ | Overall Rating | ★★★★★ |

HGVSC000006



HGVSC000007

Medicine

**Residency:**
Fitzsimons Army Medical Center
Fitzsimons Army Medical Center
Walter Reed Army Med Ctr

**Fellowship:**
Baptist Memorial Hospital, Memphis, TN

Walter Reed Army Medical Center, Washington, D.C., DC

Walter Reed Army Medical Center

Damascus Univ- Syria
University of Vermont School of Medicine ★★★★

**Residency:**
University of Texas Health Science Center at San Antonio
Univ of Texas HSC
Univ Hosp-S Tx Med Ctr
The University of Texas Medical School at Houston
Wayne St Univ-Detroit M C
Wayne State Univesity

**Fellowship:**
Univ of Texas HSC

| Awards & Distinctions | Year: |
|---|---|
| Castle Connolly America's Top Doctors | 2005 |
| Castle Connolly America's Top Doctors | 2006 |
| Castle Connolly America's Top Doctors | 2007 |
| Castle Connolly America's Top Doctors | 2008 |
| Castle Connolly America's Top Doctors | 2009 |
| Alumni Merit Award for the School of Medicine | |

**Awards & Distinctions**
No information available

**General Information**

**Languages Available:**
Spanish

**Personal Statement:**
The Vascular Malformation Center in Englewood, Colorado is the only center in the world totally dedicated to the diagnosis and management of

**General Information**

**Languages Available:**
Arabic, French

HGVSC000008



Vitals - Windows Internet Explorer

http://www.vitals.com/doctor/compare/1982711503,1548244270

| | |
|---|---|
| Castle Connolly America's Top Doctors 2007 | |
| Castle Connolly America's Top Doctors 2008 | |
| Castle Connolly America's Top Doctors 2009 | |
| Alumni Merit Award for the School of Medicine | |
| **General Information** | **General Information** |
| **Languages Available:** Spanish | **Languages Available:** Arabic, French |
| **Personal Statement:** The Vascular Malformation Center in Englewood, Colorado is the only center in the world totally dedicated to the diagnosis and management of vascular malformations in all anatomic locations. I receive patients from all over the world and routinely perfor | |
| Go to full profile | Go to full profile |

Advertisement
HUMIRA (adalimumab) Learn More
Full Prescribing Information Medication Guide
Important Safety Information About HUMIRA® (adalimumab)[1]
trouble breathing.
• **Hepatitis B virus reactivation in patients that carry the virus in their blood.** Symptoms include feeling unwell, poor appetite, tiredness, fever, rash, or joint pain.
• **Nervous system problems.** Signs and symptoms include numbness or tingling, problems with your vision, weakness in your arms or legs, and dizziness.
• **Blood problems.** Symptoms include a fever that does not go away, bruising or bleeding very

Data Certified by: BPA WORLDWIDE
Best Doctor Site 2010 Money MAGAZINE
DELL SMALL BUSINESS EXCELLENCE AWARD FINALIST

HGVSC000009