Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S SUPPLEMENT TO ITS OPPOSITION TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

---

## Exhibit O

**Pre-January 2011 Profiles from Vitals.com
HGVSC 000010-13, HGVSC 000015-18**
*(highlighting added)*



# Karen A Wendel, MD

**Internist**
Female - 11 years experience

## Primary Addresses:

**Vail Infectious Disease Specialists PC**
1550 S Potomac St Ste 270
Aurora, CO 80012
(303) 750-1800

**Rocky Mountain Infectious Disease**
10099 Ridgegate Pkwy Ste 460
Lone Tree, CO 80124
(303) 799-7372

**Platte Valley Medical Center**
1600 Prairie Center Pkwy
Brighton, CO 80601

**Parker Adventist Hospital**
9395 Crown Crest Blvd
Parker, CO 80138

**Platte Valley Medical Center**
1850 E Egbert St
Brighton, CO 80601

cut here

**PRESCRIPTION DISCOUNT CARD**
Save up to 75% off your prescriptions!

Member ID: VTL834848
RxGroup: VITALS00
RxBIN: 013824
RxPCN: RXCUT
Pharmacist Help Desk: 1-800-808-1213

Everyone qualifies. No enrollment required.
Redeem at most pharmacies.
THIS IS NOT INSURANCE VOID WHERE PROHIBITED BY LAW

## Specialty

**Board Certified?**

**Specialties:**

**Internal Medicine**
   Sub-specialty: Infectious Disease      

**Special Expertise:**

   AIDS-Related Opportunistic Infections, HIV Infections, STD (Sexually Transmitted Diseases)

Vitals receives quarterly updates on board certification from ABMS®.

## Patient Ratings & Comments

**Overall Patient Rating** ★★★★

Based on 1 reviews

| | | |
|---|---|---|
| Be the first to comment on Dr. Wendel! | Ease of Appointment | 4.0 |
| | Promptness | 4.0 |
| | Courteous Staff | 4.0 |
| | Accurate Diagnosis | 4.0 |
| | Bedside Manner | 4.0 |
| | Spends Time with Me | 4.0 |
| | Follow Up | 4.0 |

## Hospital Affiliation

| | Hospital Ranking | Hospital Rating |
|---|---|---|

Dr. Wendel is affiliated with **8** hospitals:

| | | |
|---|---|---|
| **Exempla Lutheran Medical Center**<br>8300 W 38th Ave, Wheat Ridge, CO | Top 25% | ★★★★ |
| **Exempla St. Joseph Hospital**<br>1835 Franklin St, Denver, CO | Top 25% | ★★★★ |
| **The Medical Center of Aurora**<br>1501 S Potomac St, Aurora, CO | Top 25% | ★★★★ |
| **Platte Valley Medical Center**<br>1850 E Egbert St, Brighton, CO | Top 50% | ★★★☆ |
| **Parker Adventist Hospital**<br>9395 Crown Crest Blvd, Parker, CO | Top 50% | ★★★☆ |
| Rocky Mountain Infectious Disease Specialists PC | | |
| Ou Medical Center | | |
| Johns Hopkins Hospital | | |

## Education

| | Institution Ranking | Institution Rating |
|---|---|---|

Dr. Wendel was educated at the following institutions:

**Medical School**

| | | |
|---|---|---|
| **Johns Hopkins University School of Medicine**<br>Completed: 1995<br>Ranked **#37** out of 144 in **primary care** by US News & World Report.<br>Ranked **#2** out of 144 in **research quality** by US News & World Report. | Top 25% | ★★★★ |

**Residencies**

**Johns Hopkins University School of Medicine**
Infectious Disease, Completed: 1998
Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.

**Johns Hopkins University School of Medicine**
Completed: 2001

HGVSC000011

Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.

**Johns Hopkins Hospital**    Top 25%

**Graduate Education**

**Johns Hopkins University School of Medicine**    Top 25%
Infectious Disease, Completed: 2001
Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.

Medical Oncology

**Fellowship**

**Johns Hopkins University School of Medicine**
Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.

# Publications

Dr. Wendel has **13** publications:
Most recent publications shown.

**Article:** Trichomoniasis: challenges to appropriate management.
**Date:** August 2007
**Journal:** *Clinical infectious diseases : an official publication of the Infectious Diseases Society of America*

**Article:** Trichomoniasis and its treatment.
**Date:** March 2006
**Journal:** *Expert review of anti-infective therapy*

**Article:** Use of an immunochromatographic assay for rapid detection of Trichomonas vaginalis in vaginal specimens.
**Date:** June 2005
**Journal:** *Journal of clinical microbiology*

# General Information

**Biography & Background:**
Dr. Wendel values compassion and respect with her patients and believes in providing evidence-based care. She is a specialist in Infectious Disease and Internal Medicine and works in a group practice with a facility that has a full-service infusion center. She has worked for the Centers for Disease Control (CDC) and has participated on national practice guidelines committees. In her free time she enjoys biking and running.

• denotes self reported information that Vitals has received directly from the doctor.

This profile is at no cost to you. All we ask is that you leave a rating.

HGVSC000012

Copyright © 2006 - 2010 Vitals.com & MDx Medical, Inc. All Rights Reserved.
Material can not be reproduced without express written permission.

**HGVSC000013**







Vitals - Doctor William S Silvers, MD profile - Windows Internet Explorer

http://www.vitals.com/doctors/Dr_William_Silvers.html

File Edit View Favorites Tools Help

Vitals - Doctor William S Silvers, MD profile

vitals where doctors are examined

Advertisement
If you suffer from moderate or severe plaque psoriasis
Get your FREE Information Kit Today
Request Kit
Read the Medication Guide and talk to your doctor.

home | check up on your doctor | find a doctor | rate a doctor | find an expert | login: consumer / physician

# William S Silvers, MD

**Allergist & Immunologist, Internist**

Male - 32 years experience

Patients wait... An average of **10 minutes** for this doctor

Receive Alerts when there is new important information about this doctor. ALERT ME

- Profile Summary
- Directions
- Rate this doctor
- Personalize

Share

Allergy Asthma & Immunology
7180 E Orchard Rd Ste 208A
Englewood, CO 80111
(303) 740-0998
Map this Address

Dr. Silvers has additional addresses

Overall Patient Rating: ★★★★
Share your opinion

## More Vitals Tools

RATE This Doctor | ASK A Dr. Now | CHEAP Insurance
75% OFF Prescriptions | E-MAIL This Profile | PRINT This Profile

Tools to keep you healthy
Learn More

## Specialty

| Specialty | | Board Certified? |
|---|---|---|
| Internal Medicine | View ABMS® certification | ✓ |
| Allergy & Immunology<br>Sub-specialty: Allergy | View ABMS® certification | ✓ |

Special Expertise:
Asthma; Nasal Allergy (Rhinitis); Sports Medicine

Advertisement
FOR MODERATE TO SEVERE RHEUMATOID ARTHRITIS (RA)
Once a month

Advertisement
If you suffer from moderate or severe plaque psoriasis
Get your FREE Information Kit Today
Request Kit
Read the Medication Guide and talk to your doctor.

Done | Internet | 100%

Vitals - Doctor William S Silvers, MD profile - Windows Internet Explorer

http://www.vitals.com/doctors/Dr_William_Silvers.html

File Edit View Favorites Tools Help

Vitals - Doctor William S Silvers, MD profile

## Specialty

| Specialty | | Board Certified? |
|---|---|---|
| Internal Medicine | View ABMS® certification | ✓ |
| Allergy & Immunology<br>Sub-specialty: Allergy | View ABMS® certification | ✓ |

Special Expertise:
Asthma; Nasal Allergy (Rhinitis); Sports Medicine

Vitals receives quarterly updates on board certification from ABMS®. What's this?

## Patient Ratings & Comments

Overall Patient Rating ★★★★

Read comments about Dr. Silvers
Find out what they're saying.
click here

Based on 1 rating (click here)

| | |
|---|---|
| Ease of Appointment | 4.0 |
| Promptness | 4.0 |
| Courteous Staff | 3.0 |
| Accurate Diagnosis | 4.0 |
| Bedside Manner | 3.0 |
| Spends Time with Me | 3.0 |
| Follow Up | 4.0 |

### Patients Wait...

An average wait of 10 minutes for this doctor.

Rate This Doctor

What's this?

## Hospital Affiliation

Hospital Ranking | Hospital Rating

Dr. Silvers is affiliated with 15 hospitals :

IMPORTANT SAFETY INFORMATION view more

STELARA® is a prescription medicine that affects your immune system. STELARA® can increase your chance of having serious side effects including:

**Serious Infections**
STELARA® may lower your ability to fight infections and may increase your risk of infections. While taking STELARA®, some people have serious infections, which may require hospitalization, including tuberculosis (TB), and infections caused by bacteria, fungi, or viruses.

Read the Medication Guide and talk to your doctor.

Advertisement

Internet 100%

Vitals - Doctor William S Silvers, MD profile - Windows Internet Explorer

http://www.vitals.com/doctors/Dr_William_Silvers.html

File Edit View Favorites Tools Help

Vitals - Doctor William S Silvers, MD profile

## Hospital Affiliation

Hospital Ranking | Hospital Rating

Dr. Silvers is affiliated with 15 hospitals :

| | Hospital Ranking | Hospital Rating |
|---|---|---|
| Sky Ridge Medical Center<br>10101 Ridgegate Pkwy, Lone Tree, CO | Top 25% | ★★★★ |
| Medical Center Of Aurora South<br>1501 S Potomac St, Aurora, CO | Top 25% | ★★★★ |

Show all hospital affiliations >>

Hospital quality is often a reflection of the doctors associated with it. Where available, hospital ranking by specialty is shown.

What's this?

## Education

Institution Ranking | Institution Rating

Dr. Silvers was educated at the following institutions:

Medical School

Indiana University School of Medicine — Top 25% ★★★★
Completed: 1974

Ranked #21 out of 144 in primary care by US News & World Report.
Ranked #45 out of 144 in research quality by US News & World Report.

Residencies

Grady Memorial Hospital
Completed: 1977

Grady Health System
Completed: 1977

Fellowship

Hebrew University, Hadassah Medical School

What's this?

## Awards & Distinctions

Associations:
American Academy of Allergy, Asthma & Immunology
Member

Internet 100%

Dr. Silvers has 12 publications.
Most recent publications shown.

**Article:** Exercise-induced rhinitis: a common disorder that adversely affects allergic and nonallergic athletes.

**Date:** March 2006

**Journal:** Annals of allergy, asthma & immunology : official publication of the American College of Allergy, Asthma, & Immunology

**Article:** Inlet patch of gastric mucosa in upper esophagus causing chronic cough and vocal cord dysfunction.

**Date:** February 2006

**Journal:** Annals of allergy, asthma & immunology : official publication of the American College of Allergy, Asthma, & Immunology

**Article:** Efficacy and safety of dry powder fluticasone propionate in children with persistent asthma.

**Date:** December 2000

**Journal:** Annals of allergy, asthma & immunology : official publication of the American College of Allergy, Asthma, & Immunology

## General Information

**Languages Available:**
Hebrew

* denotes self reported information that Vitals has received directly from the doctor.

This profile is at no cost to you. All we ask is that you leave a rating.

Copyright © 2006 - 2010 Vitals.com & MDx Medical, Inc. All Rights Reserved.
Material can not be reproduced without express written permission.

HGVSC000018