# EXHIBIT E



# HEALTHGRADES®
GUIDING AMERICA TO BETTER HEALTHCARE®

# PHYSICIAN QUALITY REPORT FOR CONSUMERS

## Daniel A Capen, MD

©2003 Health Grades, Inc. All Rights Reserved.
May not be reprinted or reproduced without permission.

| | |
|---|---|
| Name: | Daniel A Capen, MD |
| Specialty: | Bone & Joint Surgery (Orthopaedics) |
| Report Date: | 04/17/2003 |
| Data Update Date: | 03/05/2003 |

| | |
|---|---|
| Board Certifications: | Bone & Joint Surgery (Orthopaedics) |
| Medical School: | Union University Albany Medical College; Albany, N |
| Graduation Date: | 1975 |
| Residency: | Univ Of Calif San Francisco |
| Foreign Language: | Spanish |
| Gender: | Male |

## Address(es)/Phone Number(s)

| | |
|---|---|
| 7700 Imperial Highway Suite R<br>Downey, CA  90242 | (562) 803-0600 |
| 81880 Doctor Carreon Boulevard<br>Indio, CA  92201 | (760) 342-1137 |
| 905 South A Street<br>Oxnard, CA  93030 | (805) 486-4501 |
| 325 Rolling Oaks Drive Suite 130<br>Thousand Oaks, CA  91361 | (805) 374-8855 |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                    HG0208976

## Hospital Affiliation(s)

Dr. Daniel A Capen practices at the hospitals listed below. Hospital affiliations are subject to change. Please check with Dr. Daniel A Capen to verify that he/she is still affiliated with these hospitals.

JOHN F KENNEDY MEMORIAL HOSPITAL INC
   47 111 MONROE STREET
   INDIO, CA 92201
   (760) 347-6191

LAKEWOOD REGIONAL MEDICAL CENTER
   3700 EAST SOUTH STREET
   LAKEWOOD, CA 90712
   (562) 531-2550

LOS ROBLES REGIONAL MEDICAL CENTER
   215 WEST JANSS ROAD
   THOUSAND OAKS, CA 91360
   (805) 497-2727

SANTA PAULA MEMORIAL HOSPITAL
   825 NORTH 10TH STREET
   SANTA PAULA, CA 93060
   (805) 525-7171

## Quality Ratings for Affiliated Hospitals

Below are quality ratings by HealthGrades for Dr. Daniel A Capen's affiliated hospitals. These ratings are assigned to different service areas analyzed by HealthGrades. The rating of each service area is a combined rating of one or more medical issues. Please note, HealthGrades requires a hospital to have at least 30 patient cases to rate a hospital in a particular area, therefore, some hospitals may not have ratings in one or more areas if these requirements were not met. In these cases, the hospital will have a "Not Applicable" symbol in place of a star rating.

★★★★★ Best
★★★ As Expected
★ Poor
- Not Applicable

|  | Survival | Avoiding Complications | 6 Month Survival |
|---|---|---|---|
| **JOHN F KENNEDY MEMORIAL HOSPITAL INC, INDIO, CA** | | | |
| Cardiac Surgery | - | - | - |
| Medical Cardiology | ★★★ | - | ★★★ |
| Interventional Cardiology | - | - | - |
| Orthopaedics | - | - | - |

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                    HG0208977

| | | | |
|---|---|---|---|
| Stroke Care | ★★★ | - | ★★★ |
| Pulmonary | ★★★ | - | ★★★ |
| Vascular Surgery | - | - | - |
| **LAKEWOOD REGIONAL MEDICAL CENTER, LAKEWOOD, CA** | | | |
| Cardiac Surgery | - | - | - |
| Medical Cardiology | ★ | - | ★ |
| Interventional Cardiology | ★★★ | - | ★★★ |
| Orthopaedics | - | - | - |
| Stroke Care | ★★★ | - | ★★★ |
| Pulmonary | - | - | - |
| Vascular Surgery | - | - | - |
| **LOS ROBLES REGIONAL MEDICAL CENTER, THOUSAND OAKS, CA** | | | |
| Cardiac Surgery | ★★★ | - | ★ |
| Medical Cardiology | ★★★ | - | ★★★ |
| Interventional Cardiology | ★★★ | - | ★★★ |
| Orthopaedics | - | ★★★ | - |
| Stroke Care | ★★★ | - | ★★★ |
| Pulmonary | ★★★ | - | ★★★★★ |
| Vascular Surgery | ★★★ | ★★★★★ | ★★★ |
| **SANTA PAULA MEMORIAL HOSPITAL, SANTA PAULA, CA** | | | |
| Cardiac Surgery | - | - | - |
| Medical Cardiology | - | - | - |
| Interventional Cardiology | - | - | - |
| Orthopaedics | - | - | - |
| Stroke Care | ★★★ | - | ★ |
| Pulmonary | - | - | - |
| Vascular Surgery | - | - | - |

*Ratings based upon Medicare patient data from Centers for Medicare and Medicaid for years 1999-2001. You can get more detailed ratings information on any of these hospitals by ordering a Hospital Quality Report for Consumers on HealthGrades Web site, http://www.healthgrades.com.*

© Copyright 1999-2003 Health Grades, Inc. All Rights Reserved. The information on this Web Site is the property of Health Grades, Inc. and may not be reproduced in any manner without the express written permission of Health Grades, Inc.

## Quality Comparison
### Bone & Joint Surgery (Orthopaedics)

| | Years in Practice | Board Certification | Professional Misconduct |
|---|---|---|---|
| Daniel A Capen, MD | 28 | YES | NO |

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0208978

| National Average | 23 | 57.35% Certified | 99.21% No Sanctions |
| | | 42.65% Not Certified | 0.79% With Sanctions |

For all physicians, regardless of specialty:
- 55.4% are board certified
- 3% are sanctioned

## Professional Misconduct

Physicians can be sanctioned for professional misconduct. Sanctions are disciplinary actions from one or more of the following sources:
- Records from State Medical Disciplinary Boards of disciplinary actions taken by them against physicians
- Records from Health and Human Services, Office of Inspector General (OIG), List of Excluded Individuals/Entities (LEIE) database, which includes Medicare, Medicaid and all Federal health care program exclusions.

### State Sanctions

No State sanctions found for Dr. Daniel A Capen.

### Federal Sanctions

No Federal sanctions found for Dr. Daniel A Capen.

*This information is updated each time an agency of the federal government or a state agency releases for publication findings or minutes of disciplinary hearings. The time period between updates varies from state to state, with some publishing updates as actions are taken, some on a weekly or monthly basis, and others as little as once per year. In most cases, state board records of disciplinary actions include details of the nature of the charges brought against a specific physician, the time period in question, and the action or actions recommended or taken by the board. The List of Excluded Individuals/Entities (LEIE) database from the Office of Inspector General are updated monthly. 48 states publish state sanctions. South Dakota and Hawaii do not report.*

## How To Choose A Physician

Choosing a physician is one of the most important personal choices you will make in your life. Typically, an unsatisfactory choice of a physician isn't realized until something goes wrong and it is too late to be changed. Therefore, you should become as educated as possible when choosing a physician by assembling as much useful information as you can. Try to gather information from many sources and in many forms - the more sources of information, the better - including:

CONFIDENTIAL - ATTORNEYS EYES ONLY                                           HG0208979

- Friends/family
- Your health benefits officer at work/fellow employees
- Health plan network lists

This guide examines important factors to analyze when comparing physicians, as well as provides a <u>checklist</u> of the most important questions to ask when choosing a physician.

**Education and Training**

Physician education and training is demanding and extensive, beginning in college and medical school and continuing throughout a physician's career:

- College (four years)
- Medical School (four years)
- Residency Training (up to seven years)
- Fellowship Training (up to seven years)
- Continuing Education (Lifetime)

**Medical School**

Students enter medical school after completing standard four-year undergraduate programs in accredited colleges or universities. In medical school (four years), study focuses on the basic sciences (anatomy, biochemistry, physiology, pharmacology, etc.) as well as behavioral sciences. Students participate in clinical rotations in hospitals and clinics working with experienced Physicians and exploring a wide variety of medical specialties (family practice, internal medicine, obstetrics, pediatrics, surgery, etc.). Completion of medical school earns students a doctor of medicine degree (M.D.).

Some physicians in the U.S. choose to become doctors of osteopathy (D.O.). Similar to M.D. degrees, students receive osteopathic degrees after four years of study at osteopathic colleges. Osteopathic training emphasizes traditional diagnostic and therapeutic procedures, as well as the relationship of body systems and holistic patient care.

**Residency**

After medical school, physicians participate in up to seven years of graduate medical education or residency training. The length of training varies depending on the specialty a physician pursues. Residency training focuses on a specific medical specialty and occurs in accredited hospitals or other health care facilities under experienced physician supervision. Pediatrics, allergy and immunology, and general surgery are examples of physician specialties. Following residency training, physicians are eligible for medical specialty Board Certification.

**Fellowship Training**

CONFIDENTIAL - ATTORNEYS EYES ONLY

HG0208980

The training for a subspecialty, which occurs after completion of a general residency, is sometimes called a fellowship. For example, a physician interested in becoming a certified cardiologist will complete three years of general residency in internal medicine followed by three more years of a residency, or fellowship training, in cardiovascular disease.

**Physician Licensure**

Physicians may hold one or more licenses to practice medicine in 54 U.S. licensing jurisdictions. Physician licenses guarantee that the Physician has successfully completed an appropriate sequence of education, including residency training, and has demonstrated competence through successful completion of an examination or other certification demonstrating qualification for licensure.

**Quality Measurements**

When evaluating physician quality, it is best to look at many different measurements and make your decision based on several criteria. The following are some good quality measurements to include in your evaluation.

**Board Certification**

Check to see if a physician is board certified in their specialty. Each medical specialty has a national board responsible for setting standards that physicians must meet in order to be certified. Board-certified physicians have completed several years of training beyond medical school, have practiced for a designated number of years in that specialty, and have passed examinations in their specialty area.

Once certified, physicians must attend continuing medical education programs throughout their careers in order to remain certified. Some physicians have more than one board certification. Good physicians may not be board certified, but board certification is generally a good indicator of knowledge and professionalism.

**Experience**

Find out how many years a physician has been practicing. Especially if you are choosing a specialist for a complex medical or surgical problem, the more experience the physician has with the necessary procedures, the better the results will usually be. Ask how many times the physician has performed the procedure that you may need. Compare that with the experience of other specialists.

**Other**

If you are choosing a physician because you may need a specific surgery or treatment for a serious medical condition (heart disease, cancer, etc.), you should get as much quality information as you can related to how well the physician's patients recover from these treatments or procedures. Upon request, most physicians will supply this information. For example, ask about mortality or complication rates following coronary bypass surgery. Ask about the 5-year survival rates for certain illnesses such as cancer. Ask about quality of life that can

CONFIDENTIAL - ATTORNEYS EYES ONLY                                HG0208981

be expected following certain treatments. Compare these outcomes with those from other Physicians.

**Customer Satisfaction**

**Personal Information**

Is it important to you to have a male or female physician? Is there an age range into which you would prefer your physician fall? Would you prefer that your physician have a particular style or manner? If any of these issues are important to you, they should be some of the first questions you ask prospective physicians in order to narrow your choice.

**Referrals**

Get information about a physician's style and manner from colleagues, friends, family or from your employer's benefits department. Nurses or other health care professionals are also good sources of physician information. Seek their advice if possible.

**Sanctions/Medical Board Actions**

Has the physician ever had any disciplinary actions taken against her/him? When a patient receives poor or questionable care from a physician, they may file a formal complaint with the state medical board. State boards review and investigate complaints and, when appropriate, take some form of disciplinary action against physicians (letter of admonition, probation, suspension, negotiated agreement, license revocation, etc.).

**Costs**

Physician charges vary. When comparing costs of different physicians, add up your total costs based on a typical year in your family's life. Include, if applicable:

- Co-payments (amount you pay for office visits or hospital services)
- Costs of any procedures or treatments not considered "reasonable and customary" by your insurance company which you will pay in full.

For any out-of-pocket expenses, will the physician be willing to compromise on what she/he expects you to pay? Will the physician arrange any kind of payment plan for these charges? Financial details can be very confusing. Review them carefully with your insurance benefits manager, review your health care insurance plan materials thoroughly, and speak with someone in the physician's office to make sure you have your facts straight.

**Access**

**Location**

Is the physician's office conveniently located to your home and/or work? Is the office near public transportation? Is affordable parking available? For some people, receiving the absolute best care outweighs issues related to convenience, especially when finding a specialist for a serious medical problem. But many want a physician fairly close and convenient to home and/or work.

**Hours**

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                    HG0208982

What are the doctor's hours? Does the physician make evening and/or weekend appointments? After you have established a relationship with the physician, will s/he give advice over the phone? If you have a serious medical condition or problem, you may want a physician that is easily accessible even during "off-hours."

**Availability**

Is the physician taking on new patients? How long must you wait for a routine appointment? Does the physician have a solo or group practice? If the physician is part of a group, can you request to see your physician when making an appointment? What is the physician's availability in emergency situations? Does the physician have partners who will see you when s/he is out of town?

No physician is available 24 hours a day, seven days a week. It is important to find out who will provide your care when your physician is unavailable, or if you will have a choice of physicians from within a group. Do you like and trust the other physicians who may be involved in your care?

**Physician Affiliation**

**Health Plan**

When considering a physician, check the health plans in which s/he participates. Find out if the physician is part of your insurance network. Most insurance plans provide a list of physicians included in their network, but these lists are frequently out of date. To be sure, always call the physician in whom you are interested, to confirm that s/he will accept your insurance.

**Hospital**

Most physicians can only admit to certain hospitals. When considering a physician, find out the hospitals to which s/he may admit patients. If receiving care at a particular hospital is important to you, make sure that the physician you are considering can admit to that hospital. Also check the hospital affiliation(s) of any specialists to whom you may be referred.

**Physician "Interview"**

Make an initial appointment with the physician. Some physicians offer free consultation visits for prospective patients. At this appointment (as well as when setting up the appointment), there are numerous items that you may want to evaluate. Not all of these issues are vital to everyone, but prior to your appointment, decide what issues are important to you, and pay close attention to them on your visit.

**Office and Staff**

When you call the physician office to ask initial questions or make your first appointment, is the person on the phone professional and competent? Are they friendly and eager to answer your questions, or do they come across harried and uninterested in helping you? The way you are treated on this call could be a good indicator of how you will be treated when you are a patient.

Entering the office, do you feel welcome? Is the waiting area comfortable and clean? Does the office seem too busy to you? Is the staff courteous and friendly?

**CONFIDENTIAL - ATTORNEYS EYES ONLY**       HG0208983

If you prefer a professional atmosphere, is the office too casual or relaxed? Do nurses or other health care professionals appear competent and caring? How long are you kept waiting before seeing the physician?

**Physician**

Are you comfortable with the general manner and treatment style of the physician? Does s/he seem up to date on the latest treatment options in medicine? Is the physician open to your concerns and comments? If you are seeing the physician for a specific medical problem or concern, do you feel reassured by the physician; do you feel confident in her/his advice? It is important to have a "good fit" with your physician and this visit is the time to evaluate your compatibility.

**Checklist/Questions to Ask When Choosing a Physician**

- What medical school did the physician attend?
- Is the physician board certified?
- How many years has the physician been practicing?
- If you may need a specific procedure or treatment for a serious medical problem, find out how many times the physician has performed the procedure.
- Ask the physician to provide any quality measurements (mortality rates, complication rates, 5-year survival rates, quality of life measurements, etc.) related to the procedure you may need.
- If important to you, check any personal information about the physician (age, sex, religious affiliation, etc.).
- Ask friends, colleagues, and family for physician recommendations.
- Seek physician referrals from nurses or other healthcare professionals.
- Have any disciplinary actions been taken against the physician?
- Carefully compare all costs between physicians.
- Is the physician conveniently located?
- What are the physician's hours?
- Is the physician part of a group? Who will provide your care when the physician is unavailable?
- Find out if a physician is part of your insurance network or if they will accept your insurance.
- Call the physician's office. Is the staff friendly and courteous?
- Is the office clean and comfortable?
- How long do you wait before seeing the physician?
- Are you comfortable with the general manner and treatment style of the physician? Do you feel compatible with the physician?

## Hospital Ratings by Service Area

HealthGrades developed a list of service areas (e.g., orthopedics), representing an aggregation of one or more individual medical issues. The following section describes how HealthGrades calculated a service area rating.

**Cardiac Surgery**
Cardiac Surgery service area rating was based upon ratings in 2 medical issues -- Heart Bypass Surgery and Valve Replacement Surgery. The Survival rating was a

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                HG0208984

weighting of each of the stars in Survival for the two medical issues while the Recovery rating was a weighting of each of the stars in Recovery for the two medical issues. To receive a star rating in this service area, a hospital had to have star ratings in both medical issues.

### Medical Cardiology

Medical Cardiology service area rating was based upon ratings in two medical issues -- Heart Failure and Heart Attack. The Survival rating was a weighted average of the stars in Survival for the two medical issues while the Recovery rating was a weighted average of the stars in Recovery for the two medical issues. To receive a rating in this service area, a hospital had to have star ratings in both Heart Failure and Heart Attack.

### Interventional Cardiology

Interventional Cardiology service area rating was based upon ratings in one medical issue - Interventional Procedures (PTCA/Angioplasty, Stent, Atherectomy). The Survival and Recovery rating for this medical issue was used for the Interventional Cardiology service area rating.

### Orthopedics

Orthopedics service area rating was based upon 6 medical issues -- Total Knee Replacement, Total Hip Replacement, Partial Hip Replacement, Hip Fracture Repair, Back and Neck Surgery (except Spinal Fusion), and Back and Neck Surgery (Spinal Fusion). The Avoiding Complication rating was a weighted average of the stars in Avoiding Complications for the 6 medical issues. To receive a rating in this service area, a hospital had to have a star rating in at least 5 of the 6 medical issues.

### Stroke Care

Stroke Care service area rating was based upon one medical issue - Stroke. The Survival and Recovery rating for Stroke was utilized for the Stroke Care service area rating.

### Pulmonary

Pulmonary service area rating was based upon 4 medical issues - Aspiration Pneumonia, Chronic Obstructive Pulmonary Disease, Respiratory Infection and Community Acquired Pneumonia. The Survival rating was a weighted average of the stars in Survival for the 4 medical issues while the Recovery rating was a weighted average of the stars in Recovery for the 4 medical issues. To receive a rating in this service area, a hospital had to have a star rating in at least 3 of the 4 medical issues.

### Vascular Surgery

Vascular service area rating was based upon 3 medical issues - Carotid Endarterectomy, Resection/Replacement of Abdominal Aorta and Peripheral Vascular Bypass. The Avoiding Complication rating was a weighted average of the stars in Avoiding Complications for Carotid Endarterectomy and Peripheral Vascular Bypass. The Survival and Recovery rating for Resection/Replacement of Abdominal Aorta was used for the Survival and Recovery rating for this service area. To receive a rating in this service area, a hospital had to have a star rating in 2 of the 3 medical issues.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**　　　　　　　　　　　　　　　　HG0208985

**Disclaimer**

This publication and the proprietary information contained herein is protected by copyright and other intellectual property laws, and all intellectual property rights in this publication belong to Health Grades, Inc. No part of this publication may be reproduced, stored in a retrieval system, or transmitted by any means - electronic, mechanical, photocopying, recording or otherwise - without the prior written permission of the Health Grades, Inc.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is provided with the understanding that the author is not a medical referral service, is not engaged in rendering medical, legal or professional advice, and does not recommend or endorse any particular health care provider or medical service of any kind. Health Grades, Inc. does not offer advice regarding the quality or suitability of any particular health care provider for medical treatment or for any medical condition, and no information in this publication should be construed as health or medical advice. If medical, legal or other expert assistance is required, the services of a competent professional person should be sought. HEALTH GRADES, INC EXPRESSLY DISCLAIMS ALL RESPONSIBILITY AND LIABILITY ARISING FROM ANY USE OF OR RELIANCE ON THE INFORMATION CONTAINED HEREIN AS A REFERENCE SOURCE, AND FOR ANY ADVICE,TREATMENT, OR SERVICES RENDERED BY ANY HEALTH CARE PROVIDER FEATURED HEREIN.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**　　　　　　　　　　　　HG0208986