# EXHIBIT H

PHYSICIANS: Update Your FREE Profile

 DOCTORS DENTISTS HOSPITALS

Allergy & Immunology    Newark, NJ

Follow Us 

ADVERTISEMENT



Back to Search Results Home › Find a Doctor › Find a Allergist-Immunologist › New Jersey (NJ) › Bayonne › Dr. Patrick M. Ambrosio, DO

# Dr. Patrick Ambrosio, DO

- Email
- Print
- 
  Like 0
  Tweet 0
  
  0

**Allergy & Immunology, Board Certified**

Male, Age 47, Graduated 1997, University of Medicine And Dentistry of New Jersey / New Jersey School of Osteopathic Medicine



Get Directions

STAR X ALLERGY & ASTHMA CENTER
1160 Kennedy Blvd
Suite C
Bayonne, NJ 07002
Get Phone Number
Get Directions

**You May Also Like**

- 10 Tips to Allergy-Proof a Home
- Is It an Allergy or a Cold?
- Seasonal Allergies Quiz

Allergist-Immunologist Within 25 miles of Newark, NJ View More Doctors

About This Provider  Background  Phone & Address  Patient Satisfaction  Appointments
Loading...

## Dr. Ambrosio's Specialty

- Pediatrics - Board Certified
- Allergy & Immunology - Board Certified

**What Is a Specialty or Area of Special Expertise?**

A specialty is the branch of medicine in which a doctor has completed advanced clinical training and education. Most doctors are board certified in their specialty. To receive the best healthcare for your needs, consider choosing a doctor who specializes in your particular medical condition. A specialist will concentrate on your specific needs and will be familiar with the best treatment methods.

Read More

A specialty is the branch of medicine in which a doctor has completed advanced clinical training and education. Most doctors are board certified in their specialty. To receive the best healthcare for your needs, consider choosing a doctor who specializes in your particular medical condition. A specialist will concentrate on your specific needs and will be familiar with the best methods of treatment.

Examples of specialists are a pediatrician who focuses on the physical, emotional, and social health of children from birth to young adulthood; or a cardiologist who specializes in diseases and conditions of the heart and blood vessels.

A doctor may have more than one specialty, along with one or more subspecialties. For instance, a doctor could specialize in internal medicine and have a subspecialty in infectious disease. A subspecialty is a concentration within a specialty.

Your primary care doctor (who is often a specialist in family medicine or internal medicine) can help you choose the right type of specialist. In fact, some health insurance plans require a referral from your primary care doctor before you visit a specialist.

## Dr. Ambrosio's License & Board Certification

- Board Certified in Pediatrics
- Board Certified in Allergy & Immunology

- Licensed in New Jersey

**Why is Board Certification Important?**

Board certification requires extensive training and a rigorous review of a doctor's knowledge, experience and skill in a medical specialty. Board certification also means that a doctor is actively improving his or her practice of medicine through continuing education. A board-certified doctor is more likely than a non-board-certified doctor to have the most current skills and knowledge about how to treat your medical condition.

Read More

Board certification requires extensive training and a rigorous review of a doctor's knowledge, experience and skill in a medical specialty. Board certification also means that a doctor is actively improving his or her practice of medicine through continuing education. A board-certified doctor is more likely than a non-board-certified doctor to have the most current skills and knowledge about how to treat your medical condition.

A doctor who is board certified has taken an important step beyond getting a required state medical license to practice. Some doctors choose not to apply for board certification. A doctor who is not board certified may be an excellent doctor who is fully licensed to practice medicine in his or her state.

If you are considering a doctor who is not board certified, consider asking the doctor why he or she is not certified. This information might provide you important background information to help you decide whether or not to see that doctor.

# Procedures Performed By Dr. Ambrosio

## Common Conditions Treated by Pediatricians

- Allergies
- Asthma

- Cold & Flu
- Eating Disorders

- Vaccinations

## Dr. Ambrosio's Education & Training

**Medical Schools:**

University of Medicine And Dentistry of New Jersey / New Jersey School of Osteopathic Medicine
Graduated: 1997

**Fellowship Hospital:**

UMDNJ Nj Med School

**What Is a Residency?**

Residency is a medical training program that a doctor completes to gain expertise in a specialty. To receive the best healthcare for your needs, consider choosing a doctor who has completed a residency and therefore specializes in the area of your particular medical condition. A specialist will concentrate on your specific needs and will be familiar with the best treatment methods. Read More

Residency is a medical training program that a doctor completes to gain expertise in a specialty. To receive the best healthcare for your needs, consider choosing a doctor who has completed a residency and therefore specializes in the area of your particular medical condition. A specialist will concentrate on your specific needs and will be familiar with the best treatment methods.

Examples of specialists are a pediatrician who focuses on the physical, emotional and social health of children from birth to young adulthood; or a cardiologist who specializes in diseases and conditions of the heart and blood vessels.

Residency training takes place in accredited hospitals or other healthcare facilities under the supervision of experienced doctors. Residency training lasts from three to seven years, and the exact duration varies from specialty to specialty. Residency is required for specialty board certification.

## Dr. Ambrosio's Background Check

**Malpractice**

No malpractice history found for New Jersey

What is medical malpractice?
Medical malpractice is ordinary negligence by a doctor that causes injury to a patient. Examples include improper diagnosis, treatment, medication or operation outside the standard of care. The three types of malpractice are: a settlement, an arbitration award, or a judgment. If your doctor has a malpractice claim, evaluate the information and determine if the action could potentially impact the quality of care you receive.

If my doctor has malpractice history, does that mean he or she is a poor-quality doctor?
If your doctor has a malpractice claim, evaluate the information and determine if the action could potentially impact the quality of care you receive. Claim settlements and arbitration awards may occur for a variety of reasons, which should not necessarily reflect negatively on the doctor's professional competence or conduct.You may want to use this information to start a discussion with the doctor about his or her history and specific ability to provide healthcare for you.

How far back does Healthgrades malpractice history go?
Healthgrades reports details of a doctor's malpractice history when the doctor has at least one closed medical malpractice claim within the last five years, even if he or she no longer practices in that state.If your doctor has malpractice claims in multiple states, evaluate the information for similarities. Sometimes multiple states report the same claim.

For which states does Healthgrades collect malpractice history?
Healthgrades collects malpractice and lawsuit information for the states of California, Connecticut, Florida, Georgia, Idaho, Illinois, Indiana, Maryland, Massachusetts, Nevada, New Jersey, New York, Oregon, Tennessee, Texas, Vermont, Virginia, and West Virginia.

**Sanctions**

No sanctions history found for the years that Healthgrades collects data

What is a sanction or disciplinary action?
A sanction, also known as a disciplinary action, is an action taken to punish or restrict a doctor who has demonstrated professional misconduct. Sanctions may be imposed by a state medical board, professional medical licensing organization, or the U.S. Department of Health and Human Services.

If my doctor has sanction history, does that mean he or she is a poor-quality doctor?
If a doctor has a sanction, it does not necessarily mean that he or she is a poor-quality doctor. Some sanctions are not related to medical care, and involve a doctor's finances or administrative activities. Before you make any choices about changing your doctor, we recommend that you evaluate the doctor's sanction information and determine how severe or relevant you think the sanction cause and action were.

How far back does Healthgrades sanction history go?
Healthgrades reports state and federal sanctions from the previous five years, except when a doctor's license has been revoked or surrendered. Healthgrades displays all actions for doctors whose licenses have been revoked or surrendered.

For which states does Healthgrades collect sanction history?
Healthgrades collects sanction history from all 50 U.S. states. Physicians with a disciplinary action in one state may move to another state where they have a clean record. Since Healthgrades painstakingly compiles disciplinary action information from all 50 states, Healthgrades website will show if a physician has a disciplinary action in more than one state.

**Board Actions**

No board actions found for the years that Healthgrades collects data

What are board actions?
Board actions are non-disciplinary actions imposed upon a doctor based on a complaint investigation. A patient or medical colleague may file a complaint with that state medical board or professional licensing organization, which then investigates the complaint. Board actions are intended to ensure that a doctor is able to perform safe medical and health care tasks.

If my doctor has a board action, does that mean he or she is a poor-quality doctor?
If a doctor has a board action, it means he or she has had a non-disciplinary action imposed upon him or her. It does not necessarily mean that he or she is a poor quality doctor. Before you make any choices about changing

your doctor, evaluate the doctor's board action information and determine how severe or relevant you think the cause and action were.
How far back does Healthgrades non-disciplinary board action history go?
Healthgrades reports non-disciplinary board action history from for the previous five years, except when a doctor's license has been revoked or surrendered. Healthgrades displays all actions for doctors whose licenses have been revoked or surrendered.
For which states does Healthgrades collect non-disciplinary board actions?
Healthgrades collects non-disciplinary board actions from all 50 U.S. states.

## Dr. Ambrosio's Awards & Recognitions

**Awards**

- **Healthgrades Honor Roll**
  Dr. Ambrosio is a Healthgrades Recognized Doctor.

## Dr. Ambrosio's Languages Spoken

- English
- Spanish


ADVERTISEMENT

## More Doctors Like Dr. Ambrosio

## Showing 5 out of 373 doctors who match:

Allergist-Immunologist Within 25 miles of Newark, NJ

**Dr. Ellen Garibaldi, MD**

Pediatrician

6.76 miles away

View Profile

**Dr. Clement A. Maccia, MD**

Pediatrician

8.75 miles away

View Profile

**Dr. Peter Benincasa, MD**

Internal Medicine Doctor

10.15 miles away

View Profile

**Dr. Thomas A. Selvaggi, MD**

Internal Medicine Doctor

12.05 miles away

View Profile

**Dr. Raymond Lanza, DO**

Internal Medicine Doctor

5.65 miles away

View Profile
View All 373 Matches >
No map in the current tab

**Find Allergists & Immunologists Near Bayonne, NJ**

- New York, NY
- Philadelphia, PA
- Brooklyn, NY
- Bronx, NY
- New Haven, CT

- Bala Cynwyd, PA
- Woodbury, NJ
- Blue Bell, PA
- Great Neck, NY
- Langhorne, PA

The VideoCalloutContainer had no content.



ADVERTISEMENT

Next Section Dr. Ambrosio's Phone & Address

ADVERTISEMENT

Providers By Specialty  Hospital and Group Practices  Procedures

About Us | Quality Center | Contact Us | Careers | Advertise With Us | Sitemap | Better Medicine | User Agreement | Legal Disclaimer | Privacy Policy | Advertising Policy

© Copyright 2013 Health Grades, Inc. Patent US 7,752,060. All Rights Reserved. Third Party materials included herein protected under copyright law.

Use of this website and any information contained herein is governed by the Healthgrades User Agreement.

Follow Us

Error
Error