# EXHIBIT I



**CARMINE JOSEPH DEFUSCO, MD**

Allergy and Immunology, Pediatric Allergy and Immunology, Pediatrics



224 TAYLOR MILLS RD
SUITE 106
MANALAPAN, NEW JERSEY 07726
1.3 miles
(732) 462-0666

Are you this physician?
Would you like to buy a premier listing to make it easier for patients to find your practice?

[Buy a Premier Listing »]

