# EXHIBIT J

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 10-K

(Mark One)

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2012

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number 1-16095

**Aetna Inc.**
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Pennsylvania** | **23-2229683** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **151 Farmington Avenue, Hartford, CT** | **06156** |
| (Address of principal executive offices) | (Zip Code) |
| **Registrant's telephone number, including area code** | **(860) 273-0123** |

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Common Shares, $.01 par value** | **New York Stock Exchange** |

Securities registered pursuant to Section 12(g) of the Act:
   **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.                                                                                                                                                                                                                              ☑ Yes ☐ No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.                                                                                                                                                                                                                              ☐ Yes ☑ No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.                                                                                                ☑ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).                                                                                                    ☑ Yes ☐ No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.                                                                                                      ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act:

Large accelerated filer ☑          Accelerated filer ☐          Non-accelerated filer ☐          Smaller reporting company ☐
(Do not check if smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act)                                                                                                                      ☐ Yes ☑ No

The aggregate market value of the outstanding common equity of the registrant held by non-affiliates as of the last business day of the registrant's most recently completed second fiscal quarter (June 30, 2012) was $12.6 billion.

There were 328.0 million shares of the registrant's voting common stock with a par value of $.01 per share outstanding at January 31, 2013.

**DOCUMENTS INCORPORATED BY REFERENCE**

The 2012 Annual Report, Financial Report to Shareholders (the "Annual Report") is incorporated by reference in Parts I, II and IV to the extent described therein. The definitive proxy statement related to Aetna Inc.'s 2013 Annual Meeting of Shareholders, to be filed on or about April 5, 2013 (the "Proxy Statement"), is incorporated by reference in Parts III and IV to the extent described therein.

**Exhibit 21.1**

**Subsidiaries of Aetna Inc.**

Listed below are subsidiaries of Aetna Inc. at December 31, 2012 with their jurisdictions of organization shown in parentheses. Subsidiaries excluded from the list below would not, in the aggregate, constitute a "significant subsidiary" of Aetna Inc., as that term is defined in Rule 1-02(w) of Regulation S-X.

- Aetna Health Holdings, LLC (Delaware)
    - Aetna Health of California Inc. (California)
    - Aetna Health Inc. (Connecticut)
    - Aetna Health Inc. (Florida)
    - Aetna Health Inc. (Georgia)
    - Aetna Health Inc. (Maine)
    - Aetna Health Inc. (Michigan)
    - Aetna Health Inc. (New Jersey)
    - Aetna Health Inc. (New York)
        - Aetna Better Health Inc. (New York)
    - Aetna Health Inc. (Pennsylvania)
    - Aetna Health Inc. (Texas)
    - AET Health Care Plan, Inc. (Texas)
    - Aetna Better Health Inc. (Georgia)
    - Aetna Dental of California Inc. (California)
    - Aetna Dental Inc. (New Jersey)
    - Aetna Dental Inc. (Texas)
    - Aetna Rx Home Delivery, LLC (Delaware)
    - Aetna Health Management, LLC (Delaware)
    - Aetna Ireland Inc. (Delaware)
    - Chickering Claims Administrators, Inc. (Massachusetts)
    - Aetna Specialty Pharmacy, LLC (Delaware)
    - Cofinity, Inc. (Delaware)
    - @Credentials Inc. (Delaware)
    - Strategic Resource Company (South Carolina)
    - Aetna Better Health Inc. (Pennsylvania)
    - Aetna Better Health Inc. (Connecticut)
    - Aetna Better Health Inc. (Illinois)
    - Aetna Better Health, Inc. (Louisiana)
    - Aetna Better Health Inc. (Florida)
    - Aetna Better Health Inc. (Ohio)
    - Aetna Student Health Agency Inc. (Massachusetts)
    - Delaware Physicians Care, Incorporated (Delaware)
    - Missouri Care, Incorporated (Missouri)
    - Schaller Anderson Medical Administrators, Incorporated (Delaware)
    - Schaller Anderson, LLC (Arizona)
    - iTriage, LLC (Delaware)
    - Prodigy Health Group, Inc. (Delaware)
        - Niagara Re, Inc. (New York)
        - Performax, Inc. (Delaware)
        - Scrip World, LLC (Utah)
        - Precision Benefit Services, Inc. (Delaware)
        - American Health Holding, Inc. (Ohio)
        - Meritain Health, Inc. (New York)
            - ADMINCO, Inc. (Arizona)

- Administrative Enterprises, Inc. (Arizona)
- U.S Healthcare Holdings, LLC (Ohio)
- Prime Net, Inc. (Ohio)
- Professional Risk Management, Inc. (Ohio)
- Continental Life Insurance Company of Brentwood, Tennessee (Tennessee)
  - American Continental Insurance Company (Tennessee)
- Aetna Life lnsurance Company (Connecticut)
  - AHP Holdings, Inc. (Connecticut)
    - Aetna Insurance Company of Connecticut (Connecticut)
    - AE Fourteen, Incorporated (Connecticut)
    - Aetna Life Assignment Company (Connecticut)
  - Aetna ACO Holdings Inc. (Delaware)
    - Innovation Health Holdings, LLC (Delaware)
    - Innovation Health Insurance Company (Virginia)
    - Innovation Health Plan, Inc. (Virginia)
  - PE Holdings, LLC (Connecticut)
  - Azalea Mall, LLC (Delaware)
  - Canal Place, LLC (Delaware)
  - Aetna Ventures, LLC (Delaware)
  - Aetna Government Health Plans, LLC (Delaware)
  - Broadspire National Services, Inc. (Florida)
  - Aetna Multi-Strategy 1099 Fund (Delaware)
- Aetna Financial Holdings, LLC (Delaware)
  - Aetna Asset Advisors, LLC (Delaware)
  - U.S. Healthcare Properties, Inc. (Pennsylvania)
  - Aetna Capital Management, LLC (Delaware)
    - Aetna Partners Diversified Fund, LLC (Delaware)
    - Aetna Partners Diversified Fund (Cayman), Limited (Cayman)
  - Aetna Workers' Comp Access, LLC (Delaware)
  - Aetna Behavioral Health, LLC (Delaware)
  - Managed Care Coordinators, Inc. (Delaware)
  - Horizon Behavioral Services, LLC (Delaware)
    - Employee Assistance Services, LLC (Kentucky)
    - Health and Human Resource Center, Inc. (California)
    - Resources for Living, LLC (Texas)
    - The Vasquez Group, Inc. (Illinois)
    - Work and Family Benefits, Inc. (New Jersey)
  - Aetna Card Solutions, LLC (Connecticut)
  - PayFlex Holdings, Inc. (Delaware)
    - PayFlex Systems USA, Inc. (Nebraska)
- Aetna Health and Life lnsurance Company (Connecticut)
- Aetna Health lnsurance Company (Pennsylvania)
- Aetna Health lnsurance Company of New York (New York)
- Aetna Risk Indemnity Company Limited (Bermuda)
- Aetna International Inc. (Connecticut)
  - Aetna Life & Casualty (Bermuda) Ltd. (Bermuda)
  - Aetna Health Services (UK) Limited (England & Wales)
  - Aetna Global Benefits (Bermuda) Limited (Bermuda)
    - Goodhealth Worldwide (Global) Limited (Bermuda)
    - Aetna Global Benefits (Europe) Limited (England & Wales)
    - Aetna Global Benefits (Asia Pacific) Limited (Hong Kong)
    - Goodhealth Worldwide (Asia) Limited (Hong Kong)
    - Aetna Global Benefits Limited (DIFC, UAE)

- Aetna Health Services (Middle East) FZ-LLC (DOZ-UAE)
  ◦ Aetna Insurance (Singapore) Pte. Ltd. (Singapore)
  ◦ Aetna Health Insurance Company of Europe Limited (Ireland)
  ◦ Aetna (Shanghai) Enterprise Services Co. Ltd. (China)
    ◦ Aetna (Beijing) Enterprise Management Services Co. (China)
  ◦ Aetna Global Benefits (Singapore) PTE. LTD. (Singapore)
    ◦ Indian Health Organisation Private Limited (India)
- AUSHC Holdings, Inc. (Connecticut)
  ◦ PHPSNE Parent Corporation (Delaware)
- Active Health Management, Inc. (Delaware)
  ◦ Health Data & Management Solutions, Inc. (Delaware)
  ◦ Aetna Integrated Informatics, Inc. (Pennsylvania)
- Health Re, Inc. (Vermont)
- ASI Wings, LLC (Delaware)
- Luettgens Limited (Connecticut)
- Jaguar Merger Subsidiary, Inc. (Delaware)
- Medicity, Inc. (Delaware)
  ◦ Novo Innovations, LLC (Delaware)
  ◦ Allviant Corporation (Delaware)