# EXHIBIT K



# Proposal to Develop a Transparent, Accurate and Fair Tool to Find and Check Up on Doctors

Presented to Aetna
January 11, 2008

CONFIDENTIAL

Aetna

Confidential
MDX 0070459

# Transparent doctor ratings have recently become a consumer priority:

- Consent decree compliance requires doctor ratings that are transparent, accurate and fair.
- Tools need to be developed to compare doctors through clear, easy-to-understand measures.

The New York Times

## Rating Your Doctor, Fairly

The drive to give consumers more information about the quality of their doctors has gotten an important shove forward by New York's attorney general, Andrew Cuomo. That could be good for patients in dozens of states across the country that are served by some of the major health insurance companies.

An investigation by Mr. Cuomo's office found that various doctor-rating systems currently used or planned by insurers are based primarily on the cost of care, not its quality. Doctors may be awarded a grade or stars, much like a restaurant or movie review, if they routinely treat sick patients for less than their competitors do. With that information, employers are able to steer their workers to lower-cost doctors by reducing deductibles or co-payments for those who patronize them.

Unfortunately, insurers seldom make clear just how they come up with their ratings, and there is no guarantee that the cheapest doctors are necessarily the best choice. Now the attorney general's office has negotiated agreements with several major insurers, including Aetna, Cigna, UnitedHealthcare, and Empire Blue Cross/Blue Shield, that should make the ratings systems more useful to consumers and fairer to doctors.

Under the agreements, if insurers rate doctors, they cannot rely solely on cost but must also include quality as measured by national standards and guidelines. They have to make public what factors are included in their ratings and reveal how much weight they gave to cost in any composite score. An independent monitoring organization, approved by the attorney general, must oversee the process.

This approach has been endorsed by consumer advocacy groups, such as Consumers Union and the National Partnership for Women and Families, as well as the American Medical Association and the Medical Society of the State of New York.

Even with the improvements, ratings systems run by insurance companies may fail to provide consumers with the best possible information because they are based solely on the experience of that company's subscribers. That may provide only limited insight into a doctor's performance. Some doctors who participate in more than one insurance plan have received different ratings from different plans.

From a consumer's perspective, it would be much better if the insurance companies all turned over their data to an independent organization to combine the results. It would be even better if evaluations also included such information as whether a doctor has been disciplined by state medical boards or has paid a large number of malpractice settlements.

Ideally, there should be a single Web site where consumers can get all the information they need to judge the quality of a doctor's care and its cost-effectiveness.

Confidential

# Vitals is engaged in exactly this business, and offers a solution.

- Database company compiling primary source data on doctors;
- Leading source of consumer ratings on doctors;
- Creator of consumer-friendly web interfaces for finding and checking up on doctors;
- Partner with Castle Connolly Medical, the leading brand in physician peer recommendations.

Aetna

3



## The database is built from thousands of primary sources:

- State & federal boards of medicine
- Sanction and disciplinary action databases
- ABMS, AOS, DEA, NPI and UPIN databases
- Quality measurements of med schools & hospitals
- Individual medical school websites (160+)
- Individual hospital websites (5,000+)
- Group Practice sites (many thousands)
- Peer review survey results and database
- Individual consumer surveys & ratings
- NCOA, DSF and address-validation compiled files
- Publications databases

Aetna

5

# The database includes Castle Connolly's *America's Top Doctors®* – the leading peer evaluation resource:

- More than 200,000 peer evaluations nationwide;
- Identification of doctors who are most highly regarded by their peers;
- Identification of leaders in particular areas of specialization.






## Database also includes the largest collection of consumer ratings and reviews.

- Generated over the past 4 years through surveying.

- Provides numerical score on keys areas of consumer knowledge (bedside manner, availability, helpfulness), as well as individual comments.



Aetna

8

CONFIDENTIAL

# The database can be customized to include only doctors in Aetna Plans.

- Universe of doctors shown would be limited to those in Aetna network.
- Multiple databases can be created for each of Aetna's Plans and Brands.
- Information presented to members can be defined by Aetna's preferences.
- Updating of provider information and data could be handled by us.

Aetna

9

CONFIDENTIAL

Confidential  MDX 0070467

**Combined with Aetna's internal information, this would be an industry-leading, robust, transparent, consumer-friendly database:**

Aetna Performance Data

+

Vitals physician data

+

Consumer Ratings & Reviews

+

Peer Review data

+

…All in a User-friendly Find-a-Doctor Interface
*(see next pages)*

Aetna

10

CONFIDENTIAL

Confidential
MDX 0070468

# The database comes alive in our Find-a-Doc Tool, allowing members to fit the right doctor for *them*.

- Sophisticated functionality allows members to narrow choices.
- Dynamically (and fast), members will see the number of good matches found, changing counts as different choices are made.
- Patients can "Zoom In" and refine their search to make informed choices about the doctor they want.
  - By office location
  - Areas of expertise
  - Important quality measures
  - Consumer reviews

*The Search Screen:*



http://www.vitals.com/v/?v=find_doc

11

CONFIDENTIAL

# Result: As search choices are made, good-fit doctors are displayed on summary Cards.

- Each doctor is given a Match Score™, based on how close they come to meeting the patient's desired needs.
- Doctors are displayed in a Card format, each giving a few key facts.
- Users can then choose which of the doctor choices they wish to compare.
- More detail can be accessed by going to the full Profile.

*The Results:*

[Screenshot of Results interface showing 230 matches found, with 8 pediatrician cards displayed including Janette M. Wahba MD (99%), Miguela L. Paragas MD (97%), Joann Marx MD (96%), Grace E. Becz MD (95%), Barbara K. Pieczuro MD (94%), Jeng R. Wang MD (93%), Faten F. Morkos MD (91%), Anna Padykula MD (90%). Compare results panel shows Dr. J. Marx and Dr. J. Wang.]

Aetna

12

CONFIDENTIAL

Confidential
MDX 0070470

# Doctor chosen for comparison are displayed side-by-side, for a detailed look:

- Up to 3 doctors can be chosen, allowing for direct comparison of key features.
- Doctors to be compared can be dynamically adjusted by user.
- This graphic comparison enables Aetna members to make a more informed decision on the right Aetna doctor for them.



*Top half of long web page*

*Web page, continued* ⬇

Aetna

13

# Once choice is narrowed, a detailed, printable Profile Page is available for each doctor.

- Provides 20+ measures on a doctor, along with other key info.
- Profile gives information, not just data – turns facts into usable, meaningful, graphic definers of quality.
- 360 comprehensive view of doctor with:
  - Empirical measures
  - Consumer ratings
  - Physician ratings.



Top half of long web page

Aetna

MDX 0070472

# Physician Profile contains extensive information – as many as 200 elements, accessible by a unique 'accordion' display.



*User requested detail on Group Practice.*
*The result:*
*Physician Profile compresses to left, and Group Practice detail appears on right Side.*

*Note ability to compare different physicians within a single Practice*

Confidential

# Members can get answers about which doctor they should see, in a variety of ways:

- The **Symptom Checker**™ allows users to find the doctor whose expertise matches their symptoms.
- **Find the Expert**™ gives users the ability to search for experts by disorder or treatment type. Experts are defined both by academic leaders (leading researchers) as well as doctors noted as experts by their peers.



Aetna

16  http://www.vitals.com/v/?v=symptom  CONFIDENTIAL

# Physicians are active participants in maintaining and updating their Profile.

- They can edit their Profile to ensure accuracy and currency.
- They can respond publicly to consumer comments, ensuring a fair exchange of information.
- They can log in and see Hot Stats about themselves – how often:
  - they're being considered,
  - their profile is viewed,
  - they are being compared
- They can recommend others for inclusion as Top Doctors.



Aetna

http://www.vitals.com/v/index.php?v=dashboard/ezedit/1

CONFIDENTIAL

# In Summary:

- Consumers and their representatives are demanding accurate and detailed physician data.
- Regulatory oversight has established basic ground rules.
- This requirement can turn into a market benefit for Aetna.
- Combining existing Aetna provider performance & volume data, Vitals' deep database of physician information and consumer reviews -- meets AG standards, and allows Aetna to enhance its relationship with consumers.
- Vitals is prepared to take on the task of building, maintaining and improving this database and web interface for Aetna.

Aetna

18

CONFIDENTIAL

Respectfully submitted by:

**vitals.com**
Attn: Mitchel Rothschild
1200 Wall Street West
Lyndhurst, NJ 07071

Office: 201-459-6258
Cell: 646-279-3648 *(best number)*

**All material confidential.**
**No portion of this presentation may be copied or shared with any other party unless expressly permitted by MDx Medical, LLC.**