**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT
ACCESS TO DOCUMENT 559-1**

---

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to document number 559-1, which was filed by Health Grades, Inc. ("Heath Grades") in connection with its Supplement to its Opposition to MDx's Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of No Willfulness [Dkt. No. 371]. In conjunction with its supplement, Health Grades filed a motion for leave to file the supplement and to file excess pages. [Dkt. Nos. 558 and 559]. The supplement, filed as Dkt. No. 559-1 was 21 pages. The Court granted in part and denied in part Health Grades' motion for leave. In the Court's Minute Order [Dkt. No. 560], the Court did not enter Health Grades' 21-page supplement and indicated that "Plaintiff may file a 10-page supplement to its opposition."

1

[Dkt. No. 560]. Pursuant to the Court's direction, Health Grades subsequently re-filed its supplement at Dkt. No. 562.

Because Health Grades' initial, proposed supplement [Dkt. No. 559-1] was not entered on the docket by the Court, and MDx will need to file a substantive motion to restrict by Tuesday, April 30, 2013 regarding the re-filed, corrected supplement [Dkt. No. 562], MDx respectfully requests that the Court accept this short, non-substantive motion to restrict regarding Dkt. No. 559-1 and order that access to the denied supplement (in its entirety) remain restricted at Restricted Level 1. The Court has previously granted MDx such requested relief in a previous, similar circumstance when a Health Grades filing was stricken. *See* Dkt. No. 535. In the alternative, if the Court requires a more substantive motion from MDx to consider restricting access to Dkt. No. 559-1, MDx respectfully requests that access to this denied document remain restricted pending a ruling on MDx's motion to restrict that it will be filing by April 30, 2013 regarding Health Grades' re-filed, corrected supplement at Dkt. No. 562.

Pursuant to *D.C.COLO.LCivR* 7.1(A), counsel for MDx conferred with counsel for Health Grades on this motion by e-mail correspondence to counsel for Health Grades on April 24, 2013. Health Grades does not oppose MDx's requested relief.

**Discussion**

Health Grades' supplemental filing pertains to new testimony it obtained from MDx's opinion counsel, Mr. Philip Braginsky. [Dkt. Nos. 558, 559, and 559-1]. Because a shortened supplemental brief was re-filed by Health Grades at Dkt. No. 562 pursuant to the Court's order denying Health Grades' initial overlength supplemental brief, MDx will be filing a motion to restrict by Tuesday, April 30, 2013 regarding Dkt. No. 562 (the re-filed, corrected supplement

that the Court accepted for filing). In light of this fact, MDx respectfully submits that it should not be required to file a substantive motion to restrict regarding the denied supplemental filing [Dkt. No. 559-1], that would require identifying numerous, necessary redactions in the Health Grades 21-page denied supplemental brief. MDx respectfully submits that such a requirement would impose an undue burden on it in light of Health Grades filing an overlength supplemental brief that was denied in its entirety by the Court.

MDx acknowledges that this Court recognizes an important public interest in open court records, however, as the Court also acknowledged, the right to inspect and copy judicial records is not absolute. Here, given that the Health Grades' supplement in question was never entered, MDx respectfully submits that there is no public interest at issue because the denied supplement is not being considered by the Court. The lack of a public interest in such document, combined with MDx's right to privacy and preservation of its trade secrets in the document, warrants the restriction of the document, in its entirety, at Restricted Level 1.

For these reasons, MDx respectfully requests that access to this denied document remain restricted at level 1 to protect MDx's highly confidential information. As noted above, the Court has previously granted MDx such relief in a similar circumstance. *See* Dkt. No. 535. In the alternative, if the Court requires a more substantive motion from MDx to consider restricting access to Dkt. No. 559-1, MDx respectfully requests that access to this denied document remain restricted pending a ruling on MDx's motion to restrict that it will be filing by April 30, 2013 regarding Health Grades' re-filed, corrected supplement at Dkt. No. 562.

**Conclusion**

For the foregoing reasons, MDx respectfully requests that this Court grant this motion for continued restriction on access to Document 559-1, at a Level 1 restriction.

In the alternative, if the Court requires a more substantive motion from MDx to consider restricting access to Dkt. No. 559-1, MDx respectfully requests that access to this denied document remain restricted pending a ruling on MDx's motion to restrict that it will be filing by April 30, 2013 regarding Health Grades' re-filed, corrected supplement at Dkt. No. 562.

Dated:  April 24, 2013                                    Respectfully submitted,

*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2013, I electronically filed the foregoing MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT 559-1 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                *s:/Scott B. Murray*