**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO HEALTH GRADES, INC.'S SUPPLEMENT TO ITS OPPOSITION TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NO WILLFULNESS (DKT. # 371)**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits its Unopposed Motion For Leave To File A Reply To Health Grades, Inc.'s Supplement To Its Opposition to MDx's Motion Pursuant To Federal Rule Of Civil Procedure 56 For Summary Judgment Of No Willfulness (the "Summary Judgment Motion," Dkt. # 371).

In accordance with to D.C.COLO.LCivR 7.1A, MDx's counsel conferred on April 25, 2013 with counsel for Health Grades. On April 25, 2013, counsel for Health Grades, Inc. ("Health Grades") indicated that Health Grades does not oppose this Motion.

MDx seeks leave to file a reply to address Health Grades' Supplement to its Opposition to MDx's Motion Pursuant To Federal Rule Of Civil Procedure 56 For Summary Judgment of No Willfulness ("Opposition Supplement," Dkt. # 562).

1

Good cause exists for MDx to file a reply to Health Grades' Opposition Supplement. Specifically, the Court granted leave [Dkt. # 560] for Health Grades to file its Opposition Supplement to address additional arguments beyond those raised in Health Grades' original Opposition [Dkt. # 404]. Accordingly, Health Grades' Opposition Supplement raises new arguments that MDx never had an opportunity to address in its original Reply [Dkt. # 443] in support of the Summary Judgment Motion. MDx will be prejudiced if it is not allowed to reply to the new arguments being raised by Health Grades for the first time. Specifically, MDx did not oppose Health Grades' motion for leave to file its Opposition Supplement on agreement from Health Grades' counsel and on condition that MDx would have a reply to the Opposition Supplement. Indeed, Health Grades acknowledged the parties' agreement in its motion for leave to file the Opposition Supplement. Dkt. # 559, at 2. Therefore, this Motion requests leave for MDx to file a reply to Health Grades' Opposition Supplement in accordance with the parties' agreement.

For the foregoing reasons, MDx requests that this Court grant this unopposed Motion to file a reply to Health Grades' Opposition Supplement.

Dated: April 29, 2013　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*s:/Scott D. Stimpson*
　　　　　　　　　　　　　　　　　　　　　　Scott D. Stimpson
　　　　　　　　　　　　　　　　　　　　　　Scott B. Murray
　　　　　　　　　　　　　　　　　　　　　　David C. Lee
　　　　　　　　　　　　　　　　　　　　　　Sills Cummis & Gross P.C.
　　　　　　　　　　　　　　　　　　　　　　30 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10112
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 643-7000
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 643-6500
　　　　　　　　　　　　　　　　　　　　　　E-mail:sstimpson@sillscummis.com
　　　　　　　　　　　　　　　　　　　　　　E-mail:smurray@sillscummis.com
　　　　　　　　　　　　　　　　　　　　　　E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2013, I electronically filed the **MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO HEALTH GRADES, INC.'S SUPPLEMENT TO ITS OPPOSITION TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NO WILLFULNESS (DKT. # 371)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Jeffrey David Phipps
  jphipps@rothgerber.com, kmeans@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                    *s:/Vincent M. Ferraro*