**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**UNOPPOSED MOTION FOR A TWO-DAY EXTENSION OF TIME TO FILE A
MOTION TO RESTRICT ACCESS TO DOCUMENT NOS. 562, ET SEQ.**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, respectfully submits its Unopposed Motion for a Two-Day Extension of Time to file a Motion to Restrict Access to Document Nos. 562, et seq.

**Conferral Pursuant to *D.C.Colo.LCivR* 7.1**

Pursuant to *D.C.COLO.L.CivR* 7.1(A), the Parties conferred on April 30, 2013, and counsel for Health Grades, Inc. ("Health Grades") has indicated that Health Grades does not oppose this motion and the relief requested herein.

**Motion**

1.    On April 16, 2013, Health Grades re-filed its Supplement to its Opposition to MDx Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 56 For Summary

1

Judgment Of No Willfulness. Dkt. Nos. 562, 562-1 – 562-15.[1]  Health Grades filed the supplement and exhibits, as restricted documents, given that MDx asserts that the documents reference and contain confidential information.

2. Pursuant to *D.C.Colo.LCivR* 7.2(D), MDx's motion to restrict access to the supplemental brief and exhibits referenced above are due by today, April 30, 2013.

3. Today, counsel for the parties conferred by e-mail regarding MDx's motion to restrict, and determined that additional discussion is necessary. Counsel believe that MDx will likely be able file an unopposed motion to restrict regarding Dkt. Nos. 562 et seq., however, counsel need additional time to confer in an effort to eliminate any remaining issues regarding the motion to restrict. In light of the parties' recent motion filings and other submissions, and their work regarding trial exhibits due soon, counsel has not been able to complete their conferral regarding the motion to restrict concerning Dkt. Nos. 562 et seq.  However, counsel will complete their conferral within the short, extended time requested herein.

4. Good cause exists for the brief, unopposed extension requested by MDx. This is a complex patent case with numerous issues in dispute, regarding both factual and expert issues, that have become the basis for summary judgment motions. The parties have heeded the Court's admonition to limit the exhibits and submissions regarding such motions, but such disputed issues have still required the submission of numerous, excerpted exhibits. Counsel for the Parties conferred by e-mail today and agreed that the additional, short extension requested herein would allow them to complete their conferral in anticipation of MDx filing its motion to restrict access by Thursday, May 2, 2013.

---

[1] Health Grades' initial proposed supplemental filing, Dkt. 559-1, was not accepted by the Court. Dkt. 560.

5. MDx has not previously sought an extension for filing a motion to restrict access to document nos. 562, et seq. In accordance with *D.C.COLO.L.CivR* 6.1(E), a copy of this motion will simultaneously be served on MDx by MDx's undersigned counsel.

## Conclusion

For the foregoing reasons, MDx requests that this Court grant this unopposed motion for a two-day extension of time to file a motion to restrict access to document numbers 562, et seq., and maintain the restrictions on these documents until MDx files said motion.

Dated:  April 30, 2013                                          Respectfully submitted,

*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2013, I electronically filed the foregoing **UNOPPOSED MOTION FOR A TWO-DAY EXTENSION OF TIME TO FILE A MOTION TO RESTRICT ACCESS TO DOCUMENT NOS. 562, ET SEQ.** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Jeffrey David Phipps
  jphipps@rothgerber.com, kmeans@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                    *s:/Scott B. Murray*