# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

### MDX MEDICAL, INC.'S NOTICE OF
### RULE 30(B)(6) DEPOSITION TO HEALTH GRADES, INC.

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, hereby requests that Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades") designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf as to the following topics set forth in Exhibit A, for deposition upon oral examination on June 13, 2012, and June 28, 2012, at 8:00 o'clock in the morning, at the offices of Rothgerber Johnson & Lyons LLP, One Tabor Center, Suite 3000, 1200 17th Street, Denver, Colorado, or at a mutually agreeable location. The deposition will be taken before a notary public or some other officer authorized to administer oaths under the law, will be recorded by stenographic means and will continue from day-to-day until completed.

MDx requests that, at least one week prior to the deposition, Health Grades identify the witness(es) designated for each deposition topic.

**PLEASE TAKE FURTHER NOTICE** that this deposition is being taken for the purpose of discovery, for use at trial, and for such other purposes as permitted by law.

Dated:  June 11, 2012                    Respectfully submitted,


                                               *s:/Scott D. Stimpson*_____
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: smurray@sillscummis.com
E-mail: dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>June 11, 2012</u>, I have caused a true and correct copy of the foregoing MDX MEDICAL, INC.'S NOTICE OF RULE 30(B)(6) DEPOSITION TO HEALTH GRADES, INC. to be served upon counsel for Health Grades, Inc. by electronic mail transmission to the following individuals:

        Jesus Manuel Vazquez , Jr.
        Kris John Kostolansky
        Jeffrey David Phipps
        ROTHGERBER JOHNSON & LYONS LLP
        One Tabor Center, Suite 3000
        1200 Seventeenth Street
        Denver, CO 80202
        Tel: (303) 623-9000
        Fax: (303) 623-9222
        jvazquez@rothgerber.com
        kkosto@rothgerber.com
        jphipps@rothgerber.com

        *Attorneys for Plaintiff Health Grades, Inc.*

        <u>s:/David C. Lee</u>

# EXHIBIT A

## INSTRUCTIONS AND DEFINITIONS

MDx Medical, Inc. ("MDx") incorporates by reference the Definitions and Instructions in its First Set of Interrogatories (Nos. 1-6) served June 8, 2011, as if fully set forth herein.

## DEPOSITION TOPICS

1. All facts surrounding each and every Health Grades product or service for providing information on healthcare providers prior to August 29, 2006, including but not limited to facts concerning dates of use, structure, operation, development, testing, sales, public access, and the accessing and compiling of all data used in each such product and/or service (such products and/or services include, but are not limited to, Health Grades' Physician Research Comparison Report, Physician Quality Report, and Physician Quality Guide).

2. Identification of each person who developed and/or tested one or more of the products and/or services addressed in topic 1.

3. Identification of all other prior art known to Health Grades, including but not limited to Health Grades' products and services sold and/or known to the public before August 29, 2006, and not disclosed to the Patent & Trademark Office in connection with the application that led to the '060 patent.