# EXHIBIT B

Attorneys' Eyes Only

Page 1

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2            IN THE UNITED STATES DISTRICT COURT

3              FOR THE DISTRICT OF COLORADO

4     Case No. 11-CV-00520-PAB-BNB

5     _____

6     30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,

7     Representative John Neal

8     and

9     DEPOSITION OF JOHN NEAL

10    June 13, 2012

11    _____

12

      HEALTH GRADES, INC.,

13

      Plaintiff,

14

      v.

15

      MDX MEDICAL, INC. d/b/a VITALS.COM,

16

      Defendant.

17    _____

18

19

20

21

22

23

24

25      Job No. NJ399592

Attorneys' Eyes Only

```
                                                 Page 2

 1               CONFIDENTIAL - ATTORNEYS EYES ONLY
 2      APPEARANCES:
 3         MERCHANT & GOULD
              By Kristin L. Stoll-DeBell, Esq.
 4                1050 17th Street
                  Suite 1950
 5                Denver, CO 80265
                  Phone: 303.357.1670
 6                Fax: 303.357.1671
                  kstolldebell@merchant-gould.com
 7                Appearing on behalf of the
                  plaintiff
 8
 9         ROTHGERBER JOHNSON & LYONS LLP
              By Jesus Manuel Vazquez Jr., Esq.
10                1200 Seventeenth Street
                  Suite 3000
11                Denver, CO 80202-5855
                  Phone: 303.623.9000
12                Fax: 303.623.9222
                  jvazquez@rothgerber.com
13                Appearing on behalf of the
                  Plaintiff
14
           SILLS CUMMIS & GROSS, PC
15            By Scott D. Stimpson,  Esq.
                  David C. Lee, Esq.
16                30 Rockefeller Plaza
                  New York, NY 10112
17                Phone: 212.643.7000
                  Fax: 212.653.6500
18                sstimpson@sillscummis.com
                  Appearing on behalf the Defendant
19
20
21
22
23
24
25
```

Attorneys' Eyes Only

Page 3

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2               Pursuant to Notice and the Federal Rules of

3     Civil Procedure, the 30(b)(6) Deposition of Health

4     Grades, Inc. and Deposition of John Neal, called by

5     Defendant, was taken on Wednesday, June 13, 2012,

6     commencing at 8:22 a.m., at 1200 Seventeenth Street,

7     Suite 3000, Denver, Colorado, before Kelly A.

8     Mackereth, Certified Shorthand Reporter, Registered

9     Professional Reporter, Certified Realtime Reporter

10    and Notary Public within Colorado.

11

                        * * * * * * *

12                       I N D E X

13

      EXAMINATION                              PAGE

14

       BY MR. STIMPSON                          6

15     BY MR. VAZQUEZ                          316

16

      PRODUCTION REQUEST(S):

17

       None.

18

19

20

21

22

23

24

25

Veritext/NJ Reporting Company

800-227-8440                                    973-410-4040

Attorneys' Eyes Only

Page 36

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      A     There was a Physician Report, I think

3   online Physician Report, online Hospital Report.

4   There was a Physician Quality Report.

5      Q     Anything else?

6      A     I remember an alphabet soup of acronyms.

7   I can't recall what all those stood for.

8      Q     Can you remember any others?

9      A     Any other what?

10     Q     Any other names that you can give me.

11     A     So you're talking about in that timeframe

12   of 2006?

13     Q     Yes.

14     A     I don't recall the specific names.

15     Q     Okay.  There was a physician quality

16   guide, right?

17          MR. VAZQUEZ:  Scott, are these questions

18   qualified by prior to 2006?  I believe that's how you

19   started.

20          MR. STIMPSON:  I'm sorry.

21     Q     (BY MR. STIMPSON)  Let's do it prior to

22   August 29, 2006.

23          MR. STIMPSON:  Thank you.

24     Q     (BY MR. STIMPSON)  There was a physician

25   quality guide, right?

Attorneys' Eyes Only

Page 37

```
  1            CONFIDENTIAL - ATTORNEYS EYES ONLY

  2       A     A physician quality guide.  I'm unaware of

  3   a physician quality guide.  There may have been a --

  4   yeah, we had a lot of different names for the same

  5   thing.

  6       Q     How about the Physician Quality Report?

  7       A     That name rings a bell.  That's the one I

  8   think I just mentioned.

  9       Q     Right, yeah, you did.

 10             How about a Physician Research Quality

 11   Report?

 12       A     It's the same thing.

 13       Q     I'm just giving you some names I've seen.

 14   I don't know if they're the same or not.

 15             Physician Research Comparison Report?

 16       A     Yeah, I mentioned that one.

 17       Q     That's the same thing?  Okay.

 18             And what was the Physician Research

 19   Comparison Report?

 20       A     It was an addendum to -- if someone

 21   purchased a Physician Quality Report, we also, as

 22   part of that purchase, included the means by which

 23   they would get additional physician reports.  It

 24   wasn't so much a comparison of physicians as access

 25   to additional physician information.  We called it a
```

Attorneys' Eyes Only

Page 38

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2       Physician Comparison Report.

3              Q       When was that available?

4              A       I don't recall exact dates.

5              Q       Was it prior to August of 2006?

6              A       I don't recall the exact dates.  There was

7       some form of Physician Report available prior to 2006

8       because we were selling reports.

9              Q       Well, let's look at Exhibit 45, okay?

10             A       Which one is that?

11             Q       That's it.  That's the last page.

12             A       Okay.

13                 MR. STIMPSON:  And, Mr. Vazquez, correct

14      me if I'm wrong, but the parenthetical in topic 1 was

15      for Mr. Neal?

16                 MR. VAZQUEZ:  Correct.

17             Q       (BY MR. STIMPSON)  So, Mr. Neal, do you

18      see that parenthetical refers to Physician Research

19      Comparison Reports?

20             A       I do.

21             Q       So you understand it was your duty to

22      prepare yourself to testify about that?

23             A       I just mentioned the Physician Comparison

24      Report to you and that I was aware of it.

25             Q       Okay.  But my question was a little

Attorneys' Eyes Only

Page 39

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2     different.  You're aware that it was your
 3     responsibility to prepare yourself to testify about
 4     that Physician Research Comparison Report, correct?
 5          A    That's part of the reason I'm here today,
 6     I believe.
 7          Q    And the same as the Physician Quality
 8     Report?
 9          A    Indeed.
10          Q    And the same as the Physician Quality
11     Guide?
12          A    I'm not familiar with the Physician
13     Quality Guide, independent of if you can refresh my
14     memory on that.
15          Q    Did you do anything to prepare yourself to
16     talk about the Physician Quality Guide?
17               MR. VAZQUEZ:  Don't disclose any of our
18     communications.  If you can answer the question
19     without doing that, please do so.
20          A    Someone is going to have to show me what
21     that is because that's not something I recall.
22          Q    (BY MR. STIMPSON)  So you didn't do
23     anything to prepare yourself to talk about physician
24     quality guides today?
25               MR. VAZQUEZ:  Object to form.
```

Attorneys' Eyes Only

Page 40

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     Mischaracterizes testimony.

3          Q     (BY MR. STIMPSON)  Is that right?

4               MR. VAZQUEZ:  Same objection.

5          A     I'm fully prepared to answer the questions

6     that you have to the best of my ability.

7          Q     (BY MR. STIMPSON)  Okay.  But my question

8     was, did you do anything to prepare yourself to talk

9     about physician quality guides today?

10               MR. VAZQUEZ:  Object to form.

11          A     I don't recall exactly what a physician

12     quality guide -- or not exactly at all what a

13     physician quality guide is.  I think it's just

14     perhaps a name that was assigned to the same report

15     that we've already discussed.

16          Q     (BY MR. STIMPSON)  So as we sit here

17     today, you can't even tell me for sure what a

18     physician quality guide is, right?

19               MR. VAZQUEZ:  Form.  Mischaracterizes

20     testimony.

21          Q     (BY MR. STIMPSON)  Is that accurate?

22               MR. VAZQUEZ:  Same.

23          A     I don't know what a physician quality

24     guide is.  That name does not ring a bell.

25          Q     (BY MR. STIMPSON)  How about a Physician

Attorneys' Eyes Only

Page 47

CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2      A     Some of the data elements I can tell you.

3    It was the physician name, their practice location.

4    There was board certification, as available.  There

5    was disciplinary action and sanction data by state,

6    as available.

7            And in select cases, though particularly

8    early on there were challenges in getting useful data

9    and meaningful data from third parties.  There was

10   sometimes medical school information, fellowship-type

11   information.  But it was challenging.

12     Q     Anything else you can remember?

13     A     Those were the things that stand out to

14   me.

15     Q     It also has in the parenthetical here

16   Physician Research Comparison Reports.

17            Do you see that?

18     A     Um-hum, I do.

19     Q     When was the Physician Research Comparison

20   Report first provided for the Health Grades website?

21     A     I don't recall the exact date, but it was

22   later.  We started with just the Physician Quality

23   Report.

24     Q     Okay.  When was the Physician Research

25   Comparison Report first made available on the Health

Attorneys' Eyes Only

Page 48

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     Grades website?

3          A     I don't recall.

4          Q     Can you give me a year?

5          A     I don't recall.

6          Q     You can't even give me a year?

7          A     No.

8          Q     Was it before 2006?

9          A     It would have, I believe, been before

10    2006.

11         Q     Was it before 2005?

12         A     I don't recall.

13         Q     What did you do to determine the date of

14    first use of the Physician Research Comparison Report

15    in preparation for this deposition?

16              MR. VAZQUEZ:  Again, if you can answer the

17    question without divulging any of our communications,

18    please do so.

19              THE DEPONENT:  Okay.

20         A     I'm just working from memory.

21         Q     (BY MR. STIMPSON)  So you didn't do

22    anything; you're just relying on your memory?

23              MR. VAZQUEZ:  Misstates the testimony.

24    Object to form.

25         A     There was discussion with counsel about

Attorneys' Eyes Only

1             CONFIDENTIAL - ATTORNEYS EYES ONLY

2       certain items, which I can't discuss.

3             Q     (BY MR. STIMPSON)  Was there a beta test

4       for the Physician Research Comparison Report?

5             A     Most websites will beta test virtually

6       everything they do to consumers on the web.  So with

7       virtually everything we do today, and what we did

8       historically, there were beta tests.  So that would

9       include that report, too, I would think.

10            Q     So there were beta tests -- the answer is

11      yes, there were beta tests with regard to the

12      Physician Research Comparison Report?

13            A     I don't know that to be a fact, but I

14      believe there probably were.

15            Q     What can you tell me about the beta test

16      for the Physician Research Comparison Report?

17            A     Well, I can't tell you for a fact that

18      they existed or took place, so I can't tell you

19      exactly what was done.

20            Q     Then I assume the answer is you can't tell

21      me when the beta tests were done, right?

22            A     I don't even know if beta tests were done

23      for a fact, so that's correct.

24            Q     Can you tell me the first time that the

25      Physician Research Comparison Reports were disclosed

Page 50

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2    to the public?

3          A     I don't recall.

4          Q     Did Health Grades promote this to anyone

5    outside of Health Grades before the beta tests?

6                MR. VAZQUEZ:   Object to form.

7          A     What is "this"?

8          Q     (BY MR. STIMPSON)   The Physician

9    Comparison Research Reports.

10         A     What do you mean by promote?

11         Q     Well, did you tell anyone?

12         A     Who is anyone?

13         Q     Anyone outside of Health Grades.

14         A     I talked about a physician quality

15   comparison report outside of the corporate structure

16   of Health Grades.

17         Q     No, it's Physician Research Comparison

18   Report.  My question is, prior to the beta tests, did

19   anyone at Health Grades disclose Physician Research

20   Comparison Reports to anyone outside of Health

21   Grades?

22         A     I'll remind you that I didn't say beta

23   tests, and I don't recall any conversations with

24   anyone outside of Health Grades.

25         Q     Did you do anything to find out whether

Page 51

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     there were any conversations with anyone outside of

3     Health Grades?

4          A     No.

5          Q     So if I can just recap here on the

6     Physician Research Comparison Reports, you can't tell

7     me a date when they were first on the Health Grades

8     website, right?

9          A     I did tell you a date.  I said it was

10    before August 29th, 2006.

11         Q     Okay.  Is that a date?

12         A     It absolutely is.  It's a range of dates.

13         Q     Okay.  So was it in 1991 that they

14    launched this?  See, it's not a date, is it,

15    Mr. Neal?

16         A     But we don't have to be absurd, okay?

17         Q     So I know we don't.

18         A     Right.

19         Q     So my question is this, you can't tell me

20    a date when the Physician Comparison Research Report

21    was launched?

22         A     You're also not asking me questions;

23    you're making statements.

24         Q     Well, the questions are up to me.

25         A     Well, you're not asking questions; you're

Attorneys' Eyes Only

Page 52

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2    making a statement.

3         Q     All right.  Well, here is a question,

4    then, for you, Mr. Neal.  What date was the Physician

5    Research Comparison Report launched?

6         A     I don't recall.

7         Q     And you can't tell me a year when it was

8    launched?

9         A     That's not a question.

10        Q     Yes, it is.

11        A     That was a statement.

12        Q     Okay.  It's called a leading question.

13   It's perfectly acceptable.

14              You can't tell me a date, a year, you

15   can't even tell me a year when the Physician Research

16   Comparison Report was launched, correct?

17        A     There's a time period prior to

18   August 29th, 2006 that it was launched.

19        Q     Is the answer to my question that it's

20   correct, you can't tell me a year?

21              MR. VAZQUEZ:  Object to form.  I think

22   it's argumentative and harassing the witness.

23        Q     (BY MR. STIMPSON)  You can answer.

24        A     I don't recall the date.

25        Q     And you can't tell me whether there were

Attorneys' Eyes Only

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2     beta tests on the Physician Research Comparison

3     Report, correct?

4          A     That's a statement, not a question.

5          Q     Well, you didn't listen to it, okay?

6          A     If you can ask a question, I'll answer the

7     questions.

8          Q     Okay.  You can't tell me whether there

9     were beta tests --

10         A     You're saying you can't tell me.  That's

11    not a question.

12               MR. VAZQUEZ:  Okay.  Okay.

13         Q     Please just hear me out, okay?

14         A     Okay.  I prefer that you ask me a question

15    so I can provide you an answer.

16         Q     Please listen to it, okay?

17         A     Okay.

18         Q     You can't tell me a date -- you can't tell

19    me whether there were beta tests on the Physician

20    Research Comparison Report, correct?

21         A     I cannot tell you that for a fact.

22         Q     You can't tell me whether anyone from

23    Health Grades disclosed Physician Research Comparison

24    Reports outside of Health Grades, correct?

25         A     That was not done to my knowledge.

Attorneys' Eyes Only

Page 54

```
 1            CONFIDENTIAL - ATTORNEYS EYES ONLY
 2       Q     Did you do anything to find this out?
 3            MR. VAZQUEZ:  If you can answer the
 4   question without disclosing our communications, do
 5   so.
 6       A     I can't without disclosing attorney-client
 7   privilege.
 8       Q     (BY MR. STIMPSON)  Well, it's just a yes-
 9   or no-question.  Did you do anything to determine
10   whether or not Physician Research Comparison Reports
11   were disclosed outside of Health Grades?
12       A     To my knowledge, there was some research
13   conducted into that.
14       Q     What research?
15       A     I don't know.  It was the attorneys -- the
16   attorneys did that.
17       Q     Sir, you said there was some research into
18   Physician Research Comparison Reports, and I just
19   want to know what you're referring to there.
20            MR. VAZQUEZ:  Let's just kind of back up
21   here.  Let's pause after he's done with the question.
22   It allows me to think about it and make an objection,
23   and then you can answer.  And a lot of these
24   questions are about the preparation.
25            THE DEPONENT:  Right.
```

Page 55

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2              MR. VAZQUEZ:  That's what he's asking you

3      about.  Because you already testified we had

4      meetings.  And all I'm telling you is, if you can

5      answer his questions without divulging what we talked

6      about, please do so.

7              THE DEPONENT:  Okay.

8      A     So your question.

9      Q     (BY MR. STIMPSON)  Okay.  You mentioned

10     research on Physician Research Comparison Reports.

11     What research were you referring to?

12     A     Just research as to when those reports may

13     have been available, and I'm unaware of the results

14     of that research.

15             MR. STIMPSON:  I flew to Denver for this.

16     I'm missing my kid's baseball game.

17             THE DEPONENT:  Hey, you know, we're all

18     missing things.

19             MR. STIMPSON:  He didn't do anything to

20     prepare for this, Jesus.

21             MR. VAZQUEZ:  No, that's not true.

22             MR. STIMPSON:  He can't tell me anything.

23             MR. VAZQUEZ:  That's not true.

24             MR. VAZQUEZ:  I think that we should maybe

25     take a quick break and --

Attorneys' Eyes Only

Page 56

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2                    MR. STIMPSON:  No, I'm not quite ready,

3        okay?  I mean, if you absolutely have to --

4                    MR. VAZQUEZ:  We've been going like an

5        hour.  Well, I just personally want to go to the

6        bathroom.

7                    MR. STIMPSON:  Okay.

8                    MR. VAZQUEZ:  But I think, given the level

9        of tone that has escalated here, it just makes sense

10       to cool down and come back and keep going at it.

11       Okay?

12                   MR. STIMPSON:  Okay.

13                   MR. VAZQUEZ:  Let's do that.

14                   (Recess taken from 9:11 a.m. to

15       9:34 a.m.)

16          Q    (BY MR. STIMPSON)  Mr. Neal, can you

17       please identify Health Grades competitors?

18          A    There are a number of competitors.  If

19       it's okay, I'll provide a definition of a competitor.

20          Q    That's fine.

21          A    Okay.  So definition of a competitor is

22       any website that attempts to attract consumers who

23       are searching for provider information online.  And

24       provider information can be in the form of physician

25       information, hospital information, dentists.

Attorneys' Eyes Only

Page 103

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2     Physician Report, is this the form of the first

3     Comparative Physician Report that was launched on the

4     Health Grades website?

5              MR. VAZQUEZ:  Form.

6        A      No.  No, we couldn't come close to

7     introducing this level of detail to consumers.  The

8     data just wasn't available.

9        Q      (BY MR. STIMPSON)  Okay.  What I'm asking

10    you about, though, is on the physician consumer site.

11    How about on the physician consumer site?

12              Actually, let me back up.  Do you know

13    what the physician consumer site is?

14       A      I think you're referencing, just for

15    clarification, the site that could be accessed by

16    physicians?

17       Q      Okay.

18       A      Is that what you're asking me about?

19       Q      Whatever you refer to as the physician

20    consumer site.  Let me just show what -- this might

21    help, what's been marked as Exhibit 20, and read

22    that, and then we'll talk about the physician

23    consumer site?

24              MR. VAZQUEZ:  Sorry, Scott, read that and

25    what?

Attorneys' Eyes Only

Page 104

1        CONFIDENTIAL - ATTORNEYS EYES ONLY

2              MR. STIMPSON:  And then we'll talk about

3     the physician consumer site.  You'll see it's there

4     in the first paragraph.

5        A      Okay.  In that context, physician research

6     or the physician consumer site references the fact

7     that healthgrades.com, the domain, had two separate

8     experiences.  Okay.  So if you went to the

9     healthgrades.com home page, that was not a consumer

10    site.

11       Q      (BY MR. STIMPSON)  It was not the

12    physician consumer site?

13       A      It was not the physician or consumer site.

14       Q      Okay.

15       A      It was not intended for consumption by

16    consumers.

17       Q      Okay.

18       A      There was a subdirectory on

19    healthgrades.com that became the physician consumer

20    site.  That's what's referenced here.  Had you

21    visited the healthgrades.com home page, at that point

22    in time you would have received just information

23    specific to our hospital quality program.

24              And it was intended for a -- it was a B to

25    B site.  It was intended for consumption only by

Attorneys' Eyes Only

Page 105

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     healthcare professionals.

3          Q     That's the physician consumer site?

4          A     No.

5          Q     What was the physician consumer site,

6     though?  I'm not sure I understand.

7          A     It was a site that was developed to

8     introduce this provider content, physician content,

9     and hospital content to consumers.

10         Q     Okay.  So that existed as of the time in

11    2003, March 2003?

12         A     According to this e-mail, yes.  It would

13    have been in very much a beta stage at that point.

14         Q     Okay.  That's all right.  But I mean, I'm

15    just trying to figure out -- so consumers, or whoever

16    you're beta testing, did you have an area that was

17    beta testing, or was it just -- what was your beta

18    testing?

19              MR. VAZQUEZ:  Form.

20         A     We used to set up -- I'm not sure I

21    understand the question.

22         Q     (BY MR. STIMPSON)  What was your beta

23    testing?

24         A     Well, we used to set up a controlled

25    environment where access was limited to whoever we

Attorneys' Eyes Only

Page 106

CONFIDENTIAL - ATTORNEYS EYES ONLY

1   wanted to make the content available to.  So very

2   typical of anything that we might do.  Again, it's

3   just the way a website is managed and run.

4   Q   Do you know what the limitations were on

5   access for the physician consumer site for the beta

6   testing?

7   MR. VAZQUEZ:  Form.

8   MR. STIMPSON:  Actually, back up a little

9   bit.  Maybe I just need to ask another question.

10   Withdraw that one.

11   Q   (BY MR. STIMPSON)  I think you testified

12   earlier you're not sure whether there was beta

13   testing on that Physician Research Comparison Report,

14   right?

15   A   I think I said typically that beta testing

16   is introduced for any significant new offering.  So

17   what I said is I couldn't verify that there was a

18   beta site, but I would suspect there had been a beta

19   or test environment to determine what worked, what

20   made sense, whether or not we could render the

21   reports, that kind of stuff.

22   Q   Can you tell me anything about that beta

23   testing for the Physician Research Comparison Report?

24   A   I cannot speak.  I just cannot recall the

Attorneys' Eyes Only

Page 107

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     specifics.  I can't even recall for certain what the

3     circumstances were associated with the beta.

4          Q     Did you -- can you tell me what the

5     Physician Research Comparison Report had in the beta

6     testing?

7          A     It was some form of the compilation of

8     third-party data for physicians.  We're talking about

9     the Physician -- again, just the Physician Comparison

10    Report?

11         Q     Physician Research Comparison Report.

12         A     It was the compilation of third-party data

13    presented in a single report for multiple physicians.

14         Q     Okay.

15         A     But I would add there was no juxtaposition

16    of physicians, so that kind of a line-by-line

17    comparison could be made.

18         Q     Where would I see that?  Is there a

19    Physician Research Comparison Report from the time

20    that we could find?

21         A     There was one that I looked at in

22    preparation that provided the same kind of

23    information that I'm describing here.

24         Q     Can you tell me what document that is?  I

25    need to see that, please.

Page 117

CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2       Q       When did Health Grades start receiving

3    information from healthcare providers?

4       A       There should be some reference in e-mails

5    to when we introduced a POS system.  And that's when

6    we started gathering information from providers.

7               So provider information that was sourced

8    from providers or their office managers, so the date

9    would be specific to that.

10               But even after we started gathering that

11    information, we didn't introduce that into reports

12    because we didn't have a mechanism to -- you talked

13    about validation earlier to validate and regulate

14    what might be presented.  So what was being input

15    into those reports, that was also part of the

16    consideration.

17       Q       So can you tell me, Mr. Neal, when did the

18    Physician Quality Comparison Report start to include

19    information from healthcare providers?

20       A       I don't know.  I don't know for certain

21    that this report ever did include information

22    provided by the providers themselves or their office

23    managers.

24       Q       So you don't know if the Physician Quality

25    Comparison Reports ever included information from

Attorneys' Eyes Only

Page 118

1        CONFIDENTIAL - ATTORNEYS EYES ONLY

2    healthcare providers?

3        A    I don't recall having done that.  The

4    intent and the origin of this report was to compile

5    that third-party data and present it in this form of

6    report.

7        Q    Right.  But one of the issues I'm

8    struggling with here, Mr. Neal, is, and it's an

9    element in one of the patent claims, I have no reason

10   to hide that from you, is we're trying to find out

11   whether these reports contained information at any

12   time prior to August 2006, if it contained

13   information that was received from healthcare

14   providers?

15       A    That's not my recollection.  They did not,

16   based on what I recall.

17       Q    So your testimony here, as the 30(b)(6)

18   witness for Health Grades, is that these reports

19   never included healthcare provider information?

20       A    The physician --

21            MR. VAZQUEZ:  Wait, object to form.  That

22   misstates his testimony.

23       A    I didn't say that for certain.

24       Q    (BY MR. STIMPSON)  Okay.  So you just

25   don't know?

Attorneys' Eyes Only

Page 119

1           CONFIDENTIAL - ATTORNEYS EYES ONLY

2       A      I don't recall when we introduced that

3   physician provided information to consumers on the

4   website.   That's the distinction.

5       Q      So I mean, just so I'm perfectly clear

6   here, as we sit here today, you can't tell me whether

7   or when physician quality comparison reports included

8   information received from healthcare providers,

9   correct?

10      A      I'm unsure of the date, or whether this

11  form of report ever included that information.

12      Q      Okay.   This report includes specialty

13  information, correct?

14      A      It does.

15      Q      It includes medical philosophy?

16      A      Where is the medical philosophy?

17      Q      Actually, let's just go through the

18  report.   It would be easier.

19      A      Okay.

20      Q      So, information about the specialties is

21  provided in Section 1, right?

22      A      Yep.

23      Q      Information about education and training

24  is provided in Section 2, correct?

25      A      Yes.

Page 125

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     mechanism.  We had to build an infrastructure to go

3     in and review and validate that data.

4          Q     So when was the time when that system

5     started being integrated with your reports so that

6     they contained information of healthcare providers?

7          A     I don't know the exact date.

8          Q     Can you say it was in 2005?

9          A     You said that the POS system went into

10    operation in 2005?

11         Q     I didn't say that.  I'm asking you.  I

12    don't know --

13         A     I don't recall the exact day.

14         Q     So as we sit here today, you can't tell me

15    whether or not that POS system was integrated so the

16    information made it into the reports in 2005?

17         A     I cannot confirm that.

18         Q     Okay.  This report also contains age

19    information, right?  We're again looking at the

20    Physician Quality Comparison Report on Health Grades

21    32062.

22         A     Do you want to turn to the page?  I'm sure

23    it does.

24         Q     If you can just look through and find it,

25    please.

Attorneys' Eyes Only

Page 251

1        CONFIDENTIAL - ATTORNEYS EYES ONLY

2        Q     Okay.  Using that definition, when were

3    comparison ratings first added to Health Grades'

4    reports?

5             MR. VAZQUEZ:  Form.

6        A     I don't know.

7        Q     (BY MR. STIMPSON)  Well, how would the

8    comparison ratings then differ from the physician

9    satisfaction surveys, under your definition?

10       A     The survey is just a survey.

11       Q     Okay.

12       A     We haven't assigned any type of rating or

13   score.  It's just a survey.

14       Q     Okay.  So how were they displayed in the

15   Physician Quality Reports then?

16       A     It would have just been the actual survey

17   results, a compilation of those, but there were no

18   scores assigned, and that was intentional for the

19   reasons that I mentioned previously, because it was a

20   risk to our business model.

21       Q     All right.  So as of August 2, though, we

22   have physician satisfaction surveys and detailed

23   physician and practice information from physicians in

24   the quality reports, right?

25       A     That's what this indicates.