IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for a Two-Day Extension of Time to File a Motion to Restrict Access to Documents nos. 562, et seq.** [docket no. 573, filed April 30, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the defendant to and including **May 2, 2013**, in which to file a motion to restrict access to document numbers 562, 562-1 - 562-15.

DATED:  May 2, 2013