IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 562-7; 562-8; 562-9; and 562-10

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to document numbers 562-7, 562-8, 562-9, and 562-10 (the "Motion"), which were filed by Health Grades, Inc. ("Health Grades") as exhibits to its Supplement to its Opposition to MDx's Motion for Summary Judgment of No Willfulness [Dkt. No. 371].[1]

MDx is requesting restricted access for four of the fifteen exhibits to the supplement – Dkt. Nos. 562-7, 562-8, 562-9, and 562-10. For all but one of these documents, MDx is submitting proposed, redacted versions of the documents, from which the MDx confidential or

---

[1] This filing was Health Grades' second attempt to file this supplement. The Court denied Health Grades' motion for leave to file its initial 21-page supplement, Dkt. No. 558. *See* Dkt. No. 560. Pursuant to the Court's direction, Health Grades subsequently re-filed its supplement at Dkt. No. 562.

1

highly confidential information has been redacted, in exactly the same fashion as previously granted by the Court, to be used for public access.  For the remaining document (Dkt. No. 562-7), which has such confidential and highly confidential MDx information interspersed throughout, to the extent that redactions are not possible, MDx is not providing a proposed redacted version, and instead respectfully requests that access to such document remain restricted at Level 1, as the Court has previously done for similar documents.  Therefore, in light of the arguments herein and the submission of proposed, redacted versions for all but one of the documents, MDx respectfully requests that access to the unredacted versions of document numbers 562-7, 562-8, 562-9, and 562-10 remain restricted at Restricted Level 1, and the proposed, redacted documents attached hereto be used as replacements for public access.

Pursuant to *D.C.COLO.LCivR* 7.1(A), MDx's counsel has conferred with counsel for Health Grades regarding this Motion on April 30, 2013 and May 2, 2013 and Health Grades does not oppose the relief requested herein.

**Discussion**

MDx respectfully requests restricted access to Dkt. Nos. 562-7, 562-8, 562-9, and 562-10 as follows:

**Doc. No. 562-7** – MDx's PowerPoint presentation, "Vitals' Approach to Gathering, Cleansing, Matching and Integrating Third Party Data," contains highly confidential information relating to MDx's internal processes for obtaining, using, and displaying database information and contains competitively sensitive information regarding how MDx's website, Vitals.com, works internally, interspersed throughout the entire document.  As such, MDx respectfully requests that access to this document remain restricted at Level 1 in its entirety.  On its face, the

document was marked "Proprietary & Confidential" by MDx in the normal course of business, and has been marked Highly Confidential as part of this litigation. The Court has granted a previous motion to restrict (Dkt. No. 459) where it restricted a different MDx PowerPoint presentation in its entirety based on similar grounds. Court's Order, Dkt. No. 483. Moreover, the Court has granted motions to restrict (*e.g.*, Dkt. Nos. 322, 459, and 551) where it restricted public access to similar MDx confidential information. Court's Orders, 483, 508, and 557. Health Grades does not oppose this request.

**Doc. Nos. 562-8** – MDx's Second Supplemental Interrogatory Responses, which contain MDx's highly confidential internal data statistics. The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, 466, and 551) to redact this document for public access. *See e.g.*, Court's Orders, Dkt. Nos. 483, 508, and 557. *See* redacted version of Dkt. No. 562-8, attached hereto as Exhibit A.

**Doc. Nos. 562-9** – Deposition transcript of MDx's Vice President, Erika Boyer discussing MDx's internal processes for obtaining, using, and displaying database information and competitively sensitive information regarding how MDx's website, Vitals.com, works internally. The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322 and 459) to redact this transcript for public access. *See e.g.*, Court's Orders, Dkt. Nos. 483 and 508. *See* redacted version of Dkt. No. 562-9, attached hereto as Exhibit B.

**Doc. Nos. 562-10** – Deposition transcript of MDx's Chief Technical Officer Larry West discussing Vitals.com internal structure and design. The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 459, and 551) to redact this transcript for public access. *See*

*e.g.*, Court's Orders, Dkt. Nos. 483, 508, and 557. *See* redacted version of Dkt. No. 562-10, attached hereto as Exhibit C.

**Conclusion**

For the foregoing reasons, MDx requests that this Court grant this motion for continued restrictions on access to Document Nos. 562-7, 562-8, 562-9, and 562-10, at a Level 1 restriction, and to use the attached, redacted exhibits as public access versions.

Dated:  May 2, 2013                                              Respectfully submitted,

*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 562-7, 562-8, 562-9, AND 562-10** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

*s:/Scott B. Murray*