# EXHIBIT B

(Redacted version of Dkt. # 562-9)

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S SUPPLEMENT TO ITS OPPOSITION TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

# Exhibit I

**Deposition of Erika Boyer dated June 5, 2012**
*(select portions)*

H I G H L Y   C O N F I D E N T I A L

ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
---------------------------------------------x
HEALTH GRADES, INC.,

              Plaintiff,

v.            Civil Action No. 11-CV 00520

MDX MEDICAL, INC., d/b/a VITALS.COM,

              Defendant.
---------------------------------------------x


    Videotaped DEPOSITION of ERIKA BOYER, held at the offices of Sills Cummis & Gross, P.C., 30 Rockefeller Plaza, New York, New York 10112, on the 5th day of June 2012, commencing at 8:44 a.m., before Colette Cantoni, a Registered Professional Reporter and Notary Public of the State of New York, pursuant to Notice.

Case 1:11-cv-00520-PAB-BNB Document 602-9 Filed 04/15/13 USDC Colorado Page 3 of 10

Page 2

```
 1  A P P E A R A N C E S:

 2
         ROTHGERBER JOHNSON & LYONS LLP
 3            Attorneys for Plaintiff
              One Tabor Center, Suite 3000
 4            1200 Seventeenth Street
              Denver, Colorado 80202-5855
 5
        BY:   JESUS M. VAZQUEZ, JR., ESQ.
 6            (jvazquez@rothgerber.com)

 7               -and-

 8       MERCHANT & GOULD
              1050 Seventeenth Street, Suite 1950
 9            Denver, Colorado 80265-0100

10      BY:   KIRSTIN L. STOLL-DeBELL, ESQ.
              (kstolldebell@merchantgould.com)
11

12       SILLS, CILLIS & GROSS P.C.
              Attorneys for Defendant
13            and the Witness
              30 Rockefeller Plaza
14            New York, New York 10112

15      BY:   SCOTT D. STIMPSON, ESQ.
              (sstimpson@sillscummis.com)
16               -and-
              LAUREN SIBER, ESQ. (P.M. Session)
17

18  ALSO PRESENT:

19      MICHAEL WAGNER, Summer Associate,
        Merchant & Gould
20
        PHILIP GLAUBERSON, Videographer
21

22

23

24

25
```

Page 3

```
 1                     INDEX

 2 WITNESS              EXAMINED BY            PAGE
   Erika Boyer          Mr. Vazquez            6, 202
 3                      Mr. Stimpson           193

 4 BOYER

 5 FOR IDENTIFICATION

 6 Exhibit 1    Model of online physician
                directory                       58
 7
   Exhibit 2    Series of e-mail communications,
 8              Bates MDX 0016995-0017132       58

 9 Exhibit 3    Vitals site functionality and data
                set overview, Bates MDX
10              0071952-001989                  58

11 Exhibit 4    1/5/2011 e-mail to Erika Boyer and
                Larry West from Mitch Rothschild,
12              Bates MDX 0034444-4446         116

13 Exhibit 5    Series of e-mails, Bates
                MDX 0014337-143426             137
14
   Exhibit 6    10/5/2010 e-mail communication from
15              Larry West to Mitch@vitals.com and
                Erika Boyer, MDX 0019254-255   137
16
   Exhibit 7    February 18, 2011 e-mail from
17              Irving Weiss to Micah Miller,
                MDX 0029181-183                137
18
   Exhibit 8    July 13, 2009 e-mail from
19              saponara@gmail.com on behalf of
                adam@vitals.com to Frank and cc'd
20              to others, MDX 0042705-707     137

21 Exhibit 9    Group Practice Pages SEO Review
                4/4/2011, MDX 0039618-39624    137
22
   Exhibit 10   Series of e-mails, Bates MDX
23              001923-19240                   137

24

25
```

Case No. 1:11-cv-00520-RM-NYW Document 578-2 filed 05/03/13 USDC Colorado pg 6 of 11
Case 1:11-cv-00520-PAB-BNB Document 602-9 Filed 04/16/13 USDC Colorado Page 5 of 10

Page 97

```
10:57:40  1      A    We don't have that.  The patient
10:57:44  2 survey, as defined here, which is the KAP
10:57:47  3 Survey, we don't have it on the physician.
10:57:49  4      Q    Do you have any patient-provided
10:57:52  5 information on the Vitals' database?
10:57:54  6      A    Yes.
10:57:54  7      Q    Can you describe it?
10:57:57  8      A    We have our own online survey, the
10:58:02  9 patient does --
10:58:03 10      Q    What does the survey ask?
10:58:07 11      A    What does it ask?
10:58:08 12      Q    Yes.
10:58:08 13      A    It asks overall rating of the
10:58:10 14 doctor.  What was your wait time?  How was the
10:58:16 15 office?  Was the office clean?  How was the
10:58:22 16 office staff?
10:58:36 17           What does it ask?  It asks Do you
10:58:38 18 feel you had an accurate diagnosis?
10:58:40 19           Again, these are not word for word,
10:58:42 20 but basically what they're asking.
10:58:44 21      Q    Okay.
10:58:45 22      A    And maybe one or two others that are
10:58:47 23 just, I don't have at the top of my head right
10:58:49 24 now.
10:58:49 25      Q    Okay.  So, Ms. Boyer, is there a
```

```
10:59:03   1  document or a source that would list what
10:59:08   2  fields a doctor can edit and what fields they
10:59:11   3  cannot edit, and what edits would take place
10:59:16   4  right away versus which ones need to be
10:59:18   5  verified?
10:59:19   6            MR. STIMPSON:  Objection, compound.
10:59:23   7       A    Not that I'm aware of.
10:59:24   8       Q    Do you know that information?
10:59:26   9       A    No.
10:59:27  10            MR. STIMPSON:  Objection, compound.
10:59:29  11       A    Do I -- off the top of my head?  No,
10:59:32  12  not off the top of my head.
10:59:33  13       Q    Given your counsel's objection, can
10:59:36  14  you tell me what fields a doctor can edit?
10:59:47  15       A    I -- other than the fields that I
10:59:49  16  mentioned previously when you asked the
10:59:51  17  question, I don't, I don't think I have
10:59:54  18  anything more to add to that, that I can
10:59:57  19  recall off the top of my head.
10:59:58  20       Q    Could you indulge me in just telling
11:00:02  21  me what those fields were, to the extent you
11:00:05  22  recall?
11:00:05  23       A    Location information, areas of
11:00:09  24  expertise, specialty, hospital affiliation,
11:00:23  25  education, office hours.  That's what I have
```

```
11:00:48   1  off the top of my head.
11:00:49   2      Q   Okay.
11:00:57   3          MR. VAZQUEZ:  Okay.  We are going to
11:00:58   4  take a quick pleas, please.
11:01:00   5          THE WITNESS:  Okay.
11:01:01   6          MR. VAZQUEZ:  Five minutes.
11:01:02   7          THE VIDEOGRAPHER:  Going off the
11:01:03   8  record, the time is 11:03 a.m.
11:01:05   9          (A recess was taken.)
11:24:30  10          THE VIDEOGRAPHER:  We're back on the
11:24:31  11  record, the time is 11:26 a.m.
11:24:34  12  BY MR. VAZQUEZ:
```

REDACTED

Page 100

REDACTED

Page 101

11:26:11 1      A   Yes.
11:26:13 2      Q   Okay. How many physician profiles
11:26:17 3 do you have?
11:26:20 4      A   We have profiles on all active
11:26:31 5 licensed doctors in the United States, which
11:26:35 6 that number fluctuates.
11:26:38 7      Q   That's a big number?
11:26:40 8      A   Um-hum.
11:26:41 9      Q   Can you estimate about what it is?
11:26:43 10     A   About 800,000.
11:26:45 11     Q   Okay. Do physicians that are
11:26:52 12 registered, do they have any benefits --
11:26:54 13     A   No.
11:26:54 14     Q   -- do they get any benefits for
11:26:57 15 that?
11:26:58 16     A   No.
11:27:15 17     Q   Let me give you what's been marked
11:27:16 18 as Exhibit Number 2, Ms. Boyer, which is a big
11:27:20 19 stack of paper, but I really just want to ask
11:27:23 20 you questions about three pages in, the one
11:27:27 21 that's Bates numbered MDX 0016998. And that
11:27:42 22 is a two-page document, it goes on MDX
11:27:50 23 0016999.
11:27:51 24     A   Um-hum.
11:27:51 25     Q   Is this a document that you're

Page 102

11:27:54 1 familiar with?

11:27:55 2    A   Yes.

11:27:56 3    Q   And what is this document?

11:27:59 4    A   This is a document that's used when
11:28:03 5 we're talking to data partners.

11:28:08 6    Q   Such as?

11:28:13 7    A   CIGNA, insurance companies.

11:28:15 8    Q   Okay.

11:28:16 9    A   Any type of data partners that we
11:28:18 10 have, interest, people that are interested in
11:28:20 11 our data that we have.

11:28:22 12    Q   Okay. Is the information on this
11:28:24 13 document correct?

11:28:29 14       MR. STIMPSON: Objection to form. I
11:28:31 15 mean, it's hundreds of pages.

11:28:33 16       MR. VAZQUEZ: No, it's just two
11:28:34 17 pages.

11:28:34 18       MR. STIMPSON: Well, the same
11:28:35 19 objection. There's too much stuff here.

11:28:42 20       (Witness reviewing document.)

11:28:51 21    A   When you say accurate, in terms of
11:28:53 22 what form?

11:28:56 23    Q   Well, that's certainly a fair
11:28:59 24 question.

11:29:00 25       Correct as to the current website?