# EXHIBIT C

(Redacted version of Dkt. # 562-10)

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S SUPPLEMENT TO ITS OPPOSITION TO MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

# Exhibit J

**Deposition of Lawrence West dated June 26, 2012**
*(select portions)*

Page 1

CONFIDENTIAL ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF COLORADO
-----------------------------------------x
HEALTH GRADES, INCORPORATED,

                Plaintiff,

vs.                      Civil Action No.

                      11-CV-00520-PAB-BNB

MDX MEDICAL, INCORPORATED D/B/A,
VITALS.COM,

                Defendant.
-----------------------------------------x

                June 26, 2012

                8:00 a.m.


       Videotaped deposition of LAWRENCE
WEST, taken by Plaintiff, pursuant to Notice,
at the offices of Sills, Cummis & Gross P.C.,
The Legal Center, One Riverfront Plaza,
Newark, New Jersey, before Georgette K. Betts,
a Certified Shorthand Reporter, Registered
Professional Reporter, Certified Livenote
Reporter and Notary Public within and for the
States of New York and New Jersey.

```
 1  A P P E A R A N C E S:

 2  ROTHGERBER JOHNSON & LYONS LLP
            Attorneys for Plaintiff
 3              One Tabor Center, Suite 3000
                1200 Seventeenth Street
 4              Denver, Colorado 80202-5855
                303.623.9000
 5              gkanan@rothgerber.com

 6       BY:    GREGORY B. KANAN, ESQ.

 7              -and-

 8  MERCHANT & GOULD
                1050 Seventeenth Street
 9              Suite 1950
                Denver, Colorado 80265
10              303.357.1670
                kstolldebell@merchantgould.com
11
         BY:    KRISTIN L. STOLL-DEBELL, ESQ.
12

13  SILLS CUMMIS & GROSS
            Attorneys for Defendant
14              30 Rockefeller Plaza
                New York, New York 10112
15              212.643.7000
                sstimpson@sillscummis.com
16
         BY:    SCOTT D. STIMPSON, ESQ.
17

18  ALSO PRESENT:
            PHILIP GREENSPUN,
19          Expert for Healthgrades

20          DAVID SANDERS, VIDEO OPERATOR

21

22

23

24

25
```

Page 3

1  June 26, 2012

2
                       I N D E X
3

4  WITNESS              EXAMINATION              PAGE

5  LAWRENCE WEST

6              BY MR. KANAN                   7, 277

7              BY MR. STIMPSON                   274

8

9              E X H I B I T S

10 WEST           DESCRIPTION                   PAGE

11 Exhibit 1      document titled                 75
                  "Thinking About
12                Physician Quality,
                  Getting to a Fuller
13                View", Bates-stamped
                  MDX0012038 through 12285
14
   Exhibit 2      schematic drawing of the       77
15                Vitals website

16 Exhibit 3      Vitals XML feed guide          85
                  version 1.3
17                Bates-stamped MDX0019309
                  through 326
18
   Exhibit 4      document Bates-stamped        103
19                MDX0011861 through 862

20 Exhibit 5      e-mail Bates-stamped          105
                  MDX0019254 through 255
21
   Exhibit 6      e-mail Bates-stamped          135
22                MDX0034444 through 46

23 Exhibit 7      depiction of the Vitals       152
                  iFrame window
24
   Exhibit 8      screen shot                   161
25

Page 4

```
 1                E X H I B I T S

 2  WEST           DESCRIPTION                    PAGE

 3  Exhibit 9      screen shot of                 182
                   particular page of a
 4                 Vitals search

 5  Exhibit 10     document Bates-stamped         190
                   MDX0069146 through 215
 6
    Exhibit 11     screen shot                    217
 7
    Exhibit 12     screen shot                    223
 8
    Exhibit 13     screen shot                    226
 9
    Exhibit 14     document Bates-stamped         232
10                 MDX0025310 through 333

11  Exhibit 15     e-mails Bates-stamped          237
                   MDX0039641 through 645
12
    Exhibit 16     two-page screen shot           258
13
    Exhibit 17     document Bates-stamped         262
14                 MDX0000177 through 182

15  Exhibit 18     document Bates-stamped         264
                   MDX0039659 through 689
16
    Exhibit 19     document Bates-stamped         264
17                 MDX0104073 through 110

18  Exhibit 20     document Bates-stamped         264
                   MDX0071952 through 989
19
    Exhibit 21     document Bates-stamped         264
20                 MDX0034556 through 640

21

22

23

24

25
```

Page 27

```
08:42:23  1  NCQA.
08:42:24  2         Q.   Yeah, what I'm getting at is for
08:42:26  3  you looking at the data --
08:42:27  4         A.   Uh-huh.
08:42:28  5         Q.   -- some physicians got the quality
08:42:30  6  award and others did not, or there were
08:42:33  7  different levels of quality award, how did it
08:42:36  8  work?
08:42:36  9         A.   You either received the award or
08:42:38 10  you didn't --
08:42:38 11         Q.   Okay.
08:42:38 12         A.   -- from NCQA.
08:42:39 13         Q.   So NCQA would say Dr. West is a
08:42:42 14  quality awarded physician, and Dr. Kanan, as a
08:42:47 15  hypothetical example, was not identified as a
08:42:50 16  quality award physician?
08:42:51 17         A.   That is correct.
```

REDACTED

Page 28

REDACTED

Page 28

Page 29

REDACTED

Page 29

Case No. 1:11-cv-00520-RM-NYW Document 578-3 filed 05/03/13 USDC Colorado pg 10 of 16
Case 1:11-cv-00520-PAB-BNB Document 362-10 Filed 04/15/13 USDC Colorado Page 9 of 15

Page 30

08:45:41  1  REDACTED

08:45:45  2     Q.   And how did you notify physicians
08:45:48  3  that they had the ability do this?
08:45:52  4     A.   We did not actively send out
08:45:56  5  notifications.
08:45:59  6          If a provider came to our website
08:46:01  7  there was an opportunity for them to log-in.
08:46:04  8     Q.   Is that true of the current status
08:46:07  9  of the website that the physicians can edit
08:46:09 10  information about themselves?
08:46:10 11     A.   Yes.  Physicians can edit
08:46:12 12  information about themselves.
08:46:13 13     Q.   And do they?
08:46:16 14     A.   Yes, they do.
08:46:17 15     Q.   You monitor, I assume, when a
08:46:19 16  physician edits?
08:46:20 17     A.   Yes.
08:46:21 18     Q.   And some physicians do come to
08:46:23 19  your site and edit information about themselves?
08:46:25 20     A.   Yes.
08:46:29 21     Q.   And are they allowed to freely
08:46:31 22  edit the information, change anything that's in
08:46:33 23  their physician data?
08:46:35 24     A.   No.
08:46:36 25     Q.   REDACTED

Page 67

```
09:40:36   1            A.    Okay.
09:40:36   2            Q.    Public meaning government sites?
09:40:38   3            A.    Okay.
09:40:38   4            Q.    So hospitals, and was that data
09:40:40   5  physician data that was scraped from the
09:40:42   6  hospitals?
09:40:43   7            A.    Yes.
09:40:45   8            Q.    Any other sources for physician
09:40:47   9  data that were not government sites?
09:40:50  10            A.    Group practices.
09:40:53  11            Q.    Group practices, okay.
09:40:54  12            A.    Uh-huh.
09:40:54  13            Q.    Group medical practices you're
09:40:55  14  talking about?
09:40:56  15            A.    Yes.
09:40:56  16            Q.    You scraped data from those?
09:40:58  17            A.    Yes.
09:40:58  18            Q.    Did you notify the physicians or
09:41:00  19  the group practice that you were downloading the
09:41:03  20  data?
09:41:03  21            A.    No.
09:41:04  22            Q.    Any other sources?
09:41:05  23            A.    Insurance companies.
09:41:07  24            Q.    Okay.  Same questions, you
09:41:09  25  downloaded the data and did not notify the
```

Case No. 1:11-cv-00520-PAB-BNB Document 578-3 filed 05/03/13 USDC Colorado pg 12 of 16
Case 1:11-cv-00520-PAB-BNB Document 562-10 Filed 04/16/13 USDC Colorado Page 11 of 15

Page 68

```
09:41:11   1  insurance company?
09:41:12   2       A.    Yes.
09:41:15   3       Q.    Any other sources?
09:41:17   4       A.    Associations.
09:41:18   5       Q.    What kind of associations?
09:41:20   6       A.    Medical associations.
09:41:21   7       Q.    Okay.  And the same thing, you
09:41:23   8  downloaded the data and did not advise?
09:41:26   9       A.    Yes.
09:41:31  10       Q.    Anything else?
09:41:35  11       A.    I don't recall.
09:41:40  12       Q.    How was that data that you
09:41:41  13  obtained from those sources reviewed for quality
09:41:44  14  as you had reviewed the data from the former
09:41:47  15  partner for accuracy in other words?
09:41:53  16       A.    Oh, we didn't check for accuracy.
09:41:56  17  What we would do is take their data, parse it,
09:42:01  18  standardize it and load it into the database.
09:42:06  19       Q.    So there was no checking for
09:42:08  20  accuracy at all?
09:42:10  21       A.    No.
09:42:19  22       Q.    And am I correct in understanding
09:42:21  23  that in the case of some of the -- or in all of
09:42:25  24  the government sites that you obtained data, you
09:42:28  25  would download and advise the site that you had
```

Page 69

```
09:42:32   1  downloaded data?
09:42:33   2       A.   No.
09:42:33   3       Q.   Oh.  I thought there were some
09:42:36   4  where you said you advised the site that you
09:42:37   5  were downloading the data?
09:42:40   6       A.   Only in those cases where we would
09:42:41   7  have to register to download the data or if we
09:42:45   8  had to make an e-mail request or some request
09:42:50   9  from that entity in order to gain access to
09:42:53  10  download that data --
09:42:54  11       Q.   Okay.
09:42:54  12       A.   -- or get it through the mail.
09:42:55  13       Q.   So only where they would have
09:42:57  14  required it?
09:42:57  15       A.   Right.
09:42:58  16       Q.   Okay.  All right.
09:43:08  17            Now I'm assuming there would have
09:43:09  18  been some instances where data obtained from one
09:43:13  19  source would be duplicative of some data from
09:43:17  20  another source, correct?
09:43:18  21       A.   Correct.
09:43:18  22       Q.   How would that data be merged
09:43:20  23  within your database?
```

REDACTED

Page 70

REDACTED

REDACTED

Page 70

Page 71

REDACTED

Page 72

REDACTED

```
09:46:03 14              MR. STIMPSON:  Hold on a
09:46:04 15        second.  Can just I have those
09:46:06 16        questions back.
09:46:44 17              (Record read.)
09:46:46 18              MR. STIMPSON:  We got an
09:46:47 19        answer to that?  Okay.  All right.
09:46:48 20        It's okay.
09:46:57 21              THE WITNESS:  Did I answer
09:46:57 22        that?
09:46:57 23              THE COURT REPORTER:  I have
09:46:57 24        "yeah."
09:46:58 25              MR. STIMPSON:  I didn't hear
```