**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT
ACCESS TO DOCUMENTS - DOCUMENT NOS. 564; 564-1; 564-2; and 564-3**

---

    MDx respectfully requests very limited confidentiality restrictions for document numbers 564, 564-1, 564-2, and 564-3, in the identical manner that this Court has already previously restricted the same confidential material in the same or other documents.

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to document numbers 564, 564-1, 564-2, and 564-3 (the "Motion"), which were filed by MDx in connection with its Motion for Rule 11 Sanctions (the "Rule 11 Motion") [Dkt. No. 564].

    MDx is requesting restricted access for the Rule 11 Motion and three of the fourteen exhibits to the Rule 11 Motion – Dkt. Nos. 564, 564-1, 564-2, and 564-3. For all but one of these documents, MDx is submitting proposed, redacted versions of the documents, from which the MDx confidential or highly confidential information has been redacted, in exactly the same

1

fashion as previously granted by the Court, to be used for public access. For the remaining document (Dkt. No. 564-1; MDx's Master Business Agreement with Aetna and Schedule No. 001 to the Master Business Agreement; collectively the "MDx/Aetna Agreement"), which has highly confidential MDx information interspersed throughout, to the extent that redactions are not possible, MDx is not providing a proposed redacted version, and instead respectfully requests that access to such document remain restricted at Level 1, as the Court has previously done on two prior occasions, for this same document. Therefore, in light of the arguments herein and the submission of proposed, redacted versions for all but one of the documents, MDx respectfully requests that access to the unredacted versions of document numbers 564, 564-1, 564-2, and 564-3 remain restricted at Restricted Level 1, and the proposed, redacted documents attached hereto be used as replacements for public access.

Pursuant to *D.C.COLO.LCivR* 7.1(A), MDx's counsel has conferred with counsel for Health Grades, Inc. ("Health Grades") regarding this Motion on May 6, 2013 and Health Grades indicated that it takes "no position" with respect to this motion.

**Discussion**

MDx respectfully requests restricted access to Dkt. Nos. 564, 564-1, 564-2, and 564-3 as follows:

**Doc. No. 564** – The Rule 11 Motion contains highly confidential and competitively sensitive information regarding the terms and conditions from the MDx/Aetna Agreement. MDx proposes narrowly tailored redactions of terms and conditions from the MDx/Aetna Agreement that appear at page 9. *See* Redacted Version of Dkt. No. 564, attached hereto as Exhibit A. The Court has granted a previous motion to restrict (Dkt. No. 554) where MDx requested the same

2

language from the MDx/Aetna Agreement to be restricted. Court's Order, Dkt. No. 557. Moreover, the Court has on at least two occasions previously allowed the entire MDx/Aetna Agreement to remain restricted. Court's Orders, Dkt. Nos. 303 and 511.

**Doc. No. 564-1** – The MDx/Aetna Agreement relates to an ongoing business relationship between the two companies and contains highly confidential and proprietary information regarding the relationship, including pricing and product development information. The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 302 and 506) to restrict public access to this document in its entirety. *See e.g.*, Court's Orders, Dkt. Nos. 303 and 511.

**Doc. No. 564-2** – An e-mail from Scott Stimpson to Kris Kostolansky regarding the amended claims of indirect and joint infringement, which contains references to highly confidential information regarding the terms and conditions of the MDx/Aetna Agreement. *See* redacted version of Dkt. No. 564-2, attached hereto as Exhibit B. The Court has previously granted MDx's request (*see e.g.*, Dkt. No. 551) to redact this document for public access. *See e.g.*, Court's Order, Dkt. No. 557.

**Doc. Nos. 564-3** – Portions of Health Grades' amended claim chart, which quotes liberally from the MDx/Aetna Agreement, regarding the confidential business relationship and product development information. *See* redacted version of Dkt. No. 564-3, attached hereto as Exhibit C. The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 302 and 506) to redact this document for public access. *See e.g.*, Court's Orders, Dkt. Nos. 303 and 511.

**Conclusion**

For the foregoing reasons, MDx requests that this Court grant this motion for continued restrictions on access to Document Nos. 564, 564-1, 564-2, and 564-3, at a Level 1 restriction, and to use the attached, redacted exhibits as public access versions.

Dated:  May 7, 2013               Respectfully submitted,

*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 564; 564-1; 564-2; AND 564-3** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

    *s:/Scott B. Murray*