# EXHIBIT C

(Redacted version of Dkt. # 564-3)

# EXHIBIT L

**EXHIBIT 2 - Claim Chart**

**U.S. Patent No. 7,752,060 v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement) | MDx's Indirect Infringement |
|---|---|---|
| **1. A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:** | Aetna Inc.'s ("Aetna") iTriage mobile application ("iTriage App") directly infringes this claim by practicing a computer-implemented method of providing healthcare provider information to potential patients via its mobile interface, which includes the healthcare provider database it licenses from MDx (the "MDx Database"), the software and hardware that are associated with the iTriage App; and database hardware such as servers<br><br>Aetna makes, uses, sells, and offers to sell the iTriage App for multiple platforms, including without limitation iOS devices, including the iPhone and iPad, and Android mobile devices. Aetna's iTriage App provides potential patients with access to the MDx Database, which is a database of information relating to healthcare providers, such as doctors, through its mobile interface.<br><br>Various screenshots taken of the iTriage App from the iPhone[1] are provided in this claim chart to illustrate the various features of the iTriage App and how these features correspond to the features of claims 1, 4-9, 11, 14-16.  For instance, the | MDx Medical, Inc. ("MDx") indirectly and jointly infringes this claim under at least 35 U.S.C §271(a)-(c).<br><br>In addition to the facts set forth relating to the direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following:<br><br>MDx indirectly infringes by developing, maintaining, and managing the full database used by the iTriage App. REDACTED Without this information, iTriage would not be able to display the information in the application.<br><br>Further, MDx had the intent to cause Aetna to infringe the '060 patent.  MDx was aware of the '060 patent in October 2011.  Health Grades then filed the lawsuit against MDx in March 2011 and served MDx with Health Grades' specific infringement contentions on July 31, 2011. REDACTED<br><br>well after MDx was |

---

[1]  Screenshots herein were taken between 6/18/2012 and 7/06/2012.

EXHIBIT 2

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement) | MDx's Indirect Infringement |
|---|---|---|
| | that it is more trustworthy. | |
| compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting | Aetna's on-line information service, which includes a computer processor, compiles patient-provided information regarding healthcare providers. The patient ratings are compiled from a www.vitals.com on-line patient-experience survey; shown in the screenshot below.<br><br><br><br>"Compiling" means gathering and/or putting together. Aetna compiles this information thought its contract with MDX and literally by gathering it | In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following:<br><br>MDx provides the data and manages the database for the iTriage App.  REDACTED<br><br>MDx gathers its patient ratings from a web survey.  REDACTED |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 2

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement) | MDx's Indirect Infringement |
|---|---|---|
| **healthcare providers with the potential patients;** | through an XML feed from MDX.<br><br>The iTriage App uses and displays these ratings in several ways.  For example, the screenshot below shows the advanced preferences feature that can be selected to filter the results of a search for a physician.  Using this feature, the consumer rating of the physician can be specified by a user.<br><br><br><br>When a user selects the "Consumer Rating" icon | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 2

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement) | MDx's Indirect Infringement |
|---|---|---|
| | from the above screenshot, a selection option is made available, like the one depicted in the screenshot below:<br><br>The notice says: "Star ratings are consumer ratings provided by Vitals, which is a service of MDX Medical, Inc. Vitals allows patients to review and rate their doctors online. Patient ratings are averaged for each doctor and are the sole source of the star ratings. Star ratings are provided for your | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 2

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement) | MDx's Indirect Infringement |
|---|---|---|
| | information only and do not represent a recommendation or endorsement by iTriage or Vitals. For more information on Star Ratings, or to rate a provider, visit vitals.com." <br><br> To the extent that the iTriage App does not literally infringe this element because the online survey is hosted by vitals.com, it infringes under the doctrine of equivalents because it performs substantially the same function in substantially the same way to obtain the same result.  The function of the claim is to obtain the patient ratings.  The way the patient ratings are obtained is through an on-line survey.  The result is that Aetna has patient ratings obtained from an on-line survey. <br><br> As can be seen from the above screenshot, a user can select the desired minimum rating for a physician. <br><br><center>REDACTED</center> | |
| **compiling information** | The Court's Markman Order defines "compiling" | In addition to the facts set forth relating to the |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 2