```
                                                                        1

1                   IN THE UNITED STATES DISTRICT COURT

2                       FOR THE DISTRICT OF COLORADO

3       Case No. 11-cv-00520-PAB=BNB

4       ====================================================

5       HEALTH GRADES, INC.,

6            Plaintiff,

7       vs.

8       MDX MEDICAL,

9            Defendant.

10      ====================================================

11              Proceedings before BOYD N. BOLAND, United States

12      Magistrate Judge, United States District Court for the

13      District of Colorado, commencing at 8:30 a.m., March 6,

14      2013, in the United States Courthouse, Denver, Colorado.

15      ====================================================

16              WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

17      ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED...

18      ====================================================

19                              APPEARANCES

20              JESUS VAZQUEZ, JR. and KRIS KOSTOLANSKY, Attorneys

21      at Law, appearing for the plaintiff.

22              SCOTT STIMPSON, Attorney at Law, appearing for the

23      defendant.

24      ====================================================

25                          PRETRIAL CONFERENCE


                  AVERY/WOODS REPORTING SERVICE, INC.
            455 SHERMAN STREET, SUITE 250, DENVER, CO  80203
                  303-825-6119      FAX 303-893-8305
```

**EXHIBIT A**

1           P R O C E E D I N G S
2                (Whereupon, the within electronically recorded
3     proceedings are herein transcribed, pursuant to order of
4     counsel.)
5                THE CLERK: All rise.  Court is in session.
6                THE COURT: Thank you.  Please be seated.
7                This is Case 11-cv-520, Health Grades against MDX
8     Medical.  We're here on a supplemental final pretrial
9     conference.  Mr. Vazquez is here for the plaintiff, Mr.
10    Stimpson for the defense.
11               I've been through the proposed final pretrial
12    order, there are a couple of things that I want to talk
13    about.  There are some issues raised, which if you want to
14    discuss them, we certainly can, and then I'll be in a
15    position, I believe, to enter the final pretrial order at
16    the conclusion of our hearing today.
17               In view of the large number of pending motions and
18    the request for a trial exceeding five days, I'll notify
19    Judge Brimmer that I've entered the final pretrial order,
20    but I won't contact his chambers this morning to obtain a
21    trial date and instead I'll just ask him to set the matter
22    for trial in whatever -- at what time and in whatever manner
23    he prefers, but I think that he may not -- he may be ready
24    to set it now, he may not, but I'll give him that option by
25    notifying him that the final pretrial order is in place.  If

1   for some reason you don't get a trial date or some
2   communication from him within a reasonable period of time,
3   you might contact me and let me know, and I'll just make
4   sure that the matter hasn't fallen through a crack
5   somewhere.
6          At page 34 of the final pretrial order there is
7   the song now often repeated in this case that Health Grades
8   is adding new things.  To the extent that the defense
9   believes that needs to be raised, that's something that
10  you'll need to do by a motion to strike or a motion seeking
11  some kind of relief.  I'm not going to attempt to do that
12  now at the final pretrial order stage.
13         At page 58 you've adopted the language of the form
14  order concerning when the exhibits will be exchanged, 30
15  days before trial.  You'd have to probably hire a super fast
16  Xerox machine if you're going to do it then.  I think these
17  exhibits should be exchanged sooner than that, so I propose
18  to set a date certain by which the exhibits will be
19  exchanged and the 26(a)(3) objections made.  What would you
20  think about exchanging exhibits on May 15th and filing your
21  26(a)(3) objections by June 7?
22         MR. VAZQUEZ: Your Honor, that works for us.
23         THE COURT: Okay.
24         MR. STIMPSON: That's fine here, Your Honor.
25         THE COURT: All right, that's what I'll do then.

4

1          Copies of the exhibits must be provided to
2  opposing counsel no later than May 15th, 2013, and the
3  objections filed and served no later than June 7th, 2013.
4          Exhibit entry 507 on the plaintiff's exhibit list
5  purports to reserve the right to supplement the list.  506
6  exhibits is more than enough, I struck that entry.
7          Mr. Vazquez, anything that you think we should
8  discuss this morning?
9          MR. VAZQUEZ: Just two minor points --
10         THE COURT: Okay.
11         MR. VAZQUEZ: -- Your Honor.
12         I appreciate what you said when you first got on
13  the bench about letting Judge Brimmer know about entering or
14  setting a trial date.  I believe in his practice standards
15  he requests parties to go right to his chambers after the
16  pretrial conference, so am I --
17         THE COURT: I'm not -- I'm not going to send you
18  there.
19         MR. VAZQUEZ: Okay.  Perfect.
20         THE COURT: I'm going to -- and the reason is there
21  are so many motions -- you'll talk to a secretary, she'll
22  set the case for trial.  In view of the large number of
23  motions and their complexity, I want Judge Brimmer to have
24  a chance to think about whether he's prepared to set this
25  case for trial now or he wants to do -- do something

1       different.
2                  MR. VAZQUEZ: Okay.  Thank you.
3                  And then the only minor point with respect to the
4       exhibit list, I appreciate Your Honor's comments that we're
5       up to 506.  We've actually made an effort to deduplicate and
6       cull it down.  I have another exhibit list that's almost
7       done, it's about 90 exhibits less.  I just wanted to alert
8       the Court and let Mr. Stimpson know, and, you know, I guess
9       I would submit that here promptly within the next few days.
10                 THE COURT: It only subtracts, it doesn't add?
11                 MR. VAZQUEZ: That's correct.
12                 THE COURT: Okay.
13                 MR. VAZQUEZ: 90, about 90 less.
14                 THE COURT: That's good.
15                 MR. VAZQUEZ: So would that be okay if we then
16      substitute that exhibit list when it's ready?
17                 THE COURT: Yes.  I'd file a -- I'd recommend that
18      you file a motion to supplement the final pretrial order
19      with the new exhibit list.
20                 MR. VAZQUEZ: Okay.  Thank you.
21                 THE COURT: And -- and if it's a stipulated one,
22      all the better.
23                 MR. VAZQUEZ: Great.
24                 THE COURT: Mr. Stimpson?
25                 MR. STIMPSON: Nothing further from me, Your Honor.

```
                                                                  6

 1              THE COURT: All right.  So I will enter the final
 2   pretrial order, it will be transmitted to your offices
 3   electronically, and I will notify Judge Brimmer that I've
 4   entered the final pretrial order, and he will take up
 5   setting the matter for trial as he deems right.
 6              Thank you very much.
 7              MR. STIMPSON: Thank you.
 8              THE CLERK: All rise.  Court is in recess.
 9
10              (Whereupon, the within hearing was then in
11   conclusion at 8:36 a.m. on March 6, 2013.)
12
13              I certify that the foregoing is a correct
14   transcript, to the best of my knowledge and belief, from the
15   record of proceedings in the above-entitled matter.
16
17   _____     _____
18   Signature of Transcriber                     Date
19
20
21
22
23
24
25
```