IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Health Grades, Inc.'s Motion to Supplement Pretrial Order with Revised Exhibit List and Motion to Amend Pretrial Order to Add MDx's Opinion Counsel Philip Bradinsky to List of Witnesses whose Testimony is Expected to be Presented by Means of a Deposition** [docket no. 585, filed May 15, 2013] (the "Motion").

IT IS ORDERED that defendant shall respond to the Motion on or before **May 31, 2013**. No reply will be accepted without leave of court.

IT IS FURTHER ORDERED that a hearing on this Motion is set for **June 5, 2013, at 9:00 a.m.,** in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED:  May 17, 2013