Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES OPPOSITION TO MDX'S
MOTION FOR RULE 11 SANCTIONS**

---

**Exhibit A**

**Screenshot of www.sillscummis.com home page**

