Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES OPPOSITION TO MDX'S MOTION FOR RULE 11 SANCTIONS**

# Exhibit D

**Printout from http://www.aetna.com/about-aetna-insurance/sas/power-of-health.html**
*(highlighting added)*



## The Power of Health is in Your Hands

The way we look at health care is changing. At Aetna, we are working every day to better meet your needs and see health care from your perspective. **We want to make it easier for you to live healthier**.

With so many choices and questions, taking charge of your health can be a challenge. That's why at Aetna, we're committed to game-changing technologies that will make navigating your healthcare choices simpler and more convenient.

Imagine being able to find the doctor or facility that best meets your needs and preferences, and booking an appointment right on your phone. Imagine being able to access the health and lifestyle apps that are just right for you and have them work together. Imagine the ability to share your medical records and manage your medical conditions by going to one location. Imagine a single tool that integrates your family's health and fitness information in one place, with one secure password. Imagine one solution that puts the power of health in your hands and provides the help you need at your fingertips.

**Bringing you game-changing technologies**

By delivering information when and where you want it, Aetna is helping to meet diverse healthcare challenges. Our vision is to empower consumers by putting their health in their own hands, resulting in healthcare delivery that is more convenient, connected and cost-effective.

==Solutions like iTriage, brought to you by Aetna,== provide an end-to-end experience, bringing the necessary pieces together for consumers to make the right healthcare decisions. And because iTriage is not specific to Aetna's network, it works for any consumer. iTriage now includes powerful appointment scheduling and features that help match you to a doctor based on your preferences. But more than just enhancements to the app, Aetna is connecting iTriage and its consumer health platform—called CarePass—broadening and deepening iTriage's consumer experience and enabling greater personalization for the user.

**CarePass forges connections for your care**

With a single secure sign-on, the CarePass platform will enable a consumer to share information across some of the most popular health and fitness apps, and create a personalized, coherent experience to manage their whole health, from getting care to staying well. As consumers face a changing healthcare landscape, CarePass and iTriage will provide important tools to engage consumers, connect them to providers, and help them navigate the evolving system.

*With Aetna, the power of health is in your hands.*

Soon, CarePass will work with third-party developers to unleash their creativity in developing more market-leading consumer solutions. To stay connected to CarePass and other game-changing technologies, follow us on Twitter and join the conversation. To download the latest version of the iTriage app, visit http://www.itriagehealth.com/get-mobile.

---

==Copyright © 2001-2013 Aetna Inc.==

http://www.aetna.com/about-aetna-insurance/sas/power-of-health.html