Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES OPPOSITION TO MDX'S
MOTION FOR RULE 11 SANCTIONS**

---

# Exhibit E

**Aetna Press Release, "Aetna Helps Millions of Consumers Connect Fragmented Health Care Information with Enhanced iTriage App," from http://newshub.aetna.com/press-release/member-andconsumer-health/aetna-helps-millions-consumers-connectfragmented-health-ca**
*(highlighting added)*



# Aetna Helps Millions of Consumers Connect Fragmented Health Care Information with Enhanced iTriage App

– New Research Finds That Nearly Half of Americans Believe Accessing and Managing Health Information from a Mobile Device Would Lead to Better Interactions and Outcomes –

Monday, March 5, 2012 4:19 pm EST

HARTFORD, Conn.--(BUSINESS WIRE)--In a move designed to empower consumers to access and harness health care information in a more efficient and personalized way, Aetna (NYSE: AET) today announced the availability of an enhanced version of the popular iTriage app. More than five million Americans are already using iTriage, making it one of the most downloaded health and fitness apps in both the iTunes® App store and Android™ Market. The new iTriage app will allow users to research their symptoms, find a medical provider that best serves their personal needs and is available when and where they need them, and book an appointment – all from their smartphone.

"The Coming Digital Revolution in Health Care,"

Aetna Chairman, CEO and President Mark T. Bertolini will launch the new iTriage app at an event today in New York City. "Consumer demand and technology innovations have driven dramatic changes in the way we purchase almost every item today – except health care," said Bertolini. "iTriage puts the consumer in the center of the equation and gives them the power to make health care decisions when, where and how it's most convenient for them. It's a revolutionary concept that will change the way Americans shop for health care, and one that we think is long overdue."

The enhanced iTriage app is the first offering from Aetna's new CarePass digital platform. CarePass will deliver an integrated health care solution that securely provides information when and where consumers want it. The open, digital platform enables consumers to share information across applications and create a personalized, coherent experience to manage their whole health, from getting care to staying well, all with one secure sign-on. Aetna will be adding more market-leading applications to the CarePass platform throughout 2012 and beyond, and will open the platform to developers later this year.

As part of the company's focus on using technology to connect consumers to health information and access appropriate care, Aetna commissioned new research on digital health by the Altimeter Group. This research reveals that consumers are challenged by the fragmentation and volume of health information and seek more convenient, simple solutions to better manage their health.

According to the Altimeter Group research report, "The Coming Digital Revolution in Health Care," having access to health care information is important to 82 percent of survey respondents. Yet personal health care management has become more difficult, with 41 percent of respondents saying their health care information is at least somewhat fragmented. If they had all their health and wellness information in one convenient place and could easily share it with health care providers, 65 percent of respondents agreed it would improve their ability to make health care decisions.

Bertolini will be sharing more about his vision for a connected health care system, including Aetna's CarePass, at SXSW Interactive in Austin, Texas, this Friday, March 9 at 2 p.m. Bertolini will appear in a dual with Ina Fried of *All Things D*. Demonstrations of the enhanced iTriage app will be available at Booth 1139 at the Austin Convention Center from March 12-15.

iTriage is a wholly owned subsidiary of Aetna. The iTriage app and capabilities were acquired by Aetna in late 2011. Consumers can download the free iTriage application via the iTunes® App store or Android™ Market for use on their iPhone®, iPod touch®, or Android mobile devices.

**About the Survey**

The study was conducted in February 2012 by Altimeter Group and Definitive Insights on behalf of Aetna to better understand demand for app-based consumer healthcare information management. Research was conducted among a statistically significant representative sample of 2,000 U.S. online consumers, with a margin of error of +/- four percent.

**About Aetna**

Aetna is one of the nation's leading diversified health care benefits companies, serving approximately 36.4 million people with information and resources to help them make better informed decisions about their health care. Aetna offers a broad range of traditional, voluntary and consumer-directed health insurance products and related services, including medical, pharmacy, dental, behavioral health, group life and disability plans, medical management capabilities, health care management services for Medicaid plans and health information exchange technology services. Our customers include employer groups, individuals, college students, part-time and hourly workers, health plans, health care providers, governmental units, government-sponsored plans, labor groups and expatriates. For more information, see www.aetna.com.

Contact:

Aetna
Elizabeth Sell, 215-775-5523
selle@aetna.com