Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES OPPOSITION TO MDX'S MOTION FOR RULE 11 SANCTIONS**

---

# Exhibit F

**Excerpts of U.S. Patent No. 6,655,589, the patent-in-suit in *Raylon v. Complus Data Innovations, Inc.,* 700 F.3d 1361 (Fed. Cir. 2012)**

## *Raylon v. Complus Data Innovations, Inc.*, 700 F.3d 1361 (Fed. Cir. 2012)

### The Patent-in-Suit



**The Accused Product**

**Column 4:**

### DESCRIPTION OF THE PREFERRED EMBODIMENT

With reference now to the drawings, and in particular to FIGS. 1 through 4 thereof, a new identification investigating and ticket issuing system embodying the principles and concepts of the present invention and generally designated by the reference numeral 10 will be described.

As best illustrated in FIGS. 1 through 4, the identification investigating and ticket issuing system 10 generally comprises a housing 12 that includes a first end 13 and a second end 14 opposite the first end 13. The housing 12 includes a top wall 15, a bottom wall 16 and a pair of side walls 17 extending between the top 15 and bottom 16 walls of the housing 12 defining an interior 18 of the housing 12.

A display 39 is provided for displaying data entered into the input assembly 22. The display 39 may be pivotally mounted on the housing 12 and may be positioned generally adjacent to the first end 13 of the housing 12. The display 39 is preferably electrically connected to the control circuitry 28. The display 39 may comprise a liquid crystal display or an active matrix display. Other types of conventional displays may be employed.

**Claim 1:**

I claim:
1. A system for investigating an identification of a person and for issuing tickets, the identification comprising a card having a computer readable magnetic tape secured on the card, the computer readable magnetic tape containing pertinent data relating to the person displayed on the identification card, said system being connectable to a computer for transmitting data between said system and the computer, said system being connectable to a data cable of a computer, said system comprising:

a housing having an interior, said housing having an elongated slot for selectively receiving the identification card, said housing having an elongated aperture providing access into said interior of said housing;

an input assembly for inputting data about a person, said input assembly being mounted on said housing, said input assembly including a data reading means for reading the computer readable magnetic tape on the identification card;

a transceiver assembly for remotely communicating with a computer, said transceiver assembly being mounted in said interior of said housing;

a display for displaying data entered into said input assembly, said display being pivotally mounted on said housing;

a printer assembly being mounted in said interior of said housing for printing a ticket; and

wherein said print assembly includes
  a substrate for receiving indicia, said substrate including an end extendable through said elongated aperture in said housing,
  a printer means for printing indicia on said substrate, and
  means for advancing said substrate with respect to said printer means such that substrate is advanced through said elongated aperture in said housing when said printer means prints indicia on said substrate.