Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO
MDX MEDICAL, INC.'S MOTION TO COMPEL**

───────────────────────────────────────────

**Exhibit A**

**June 13, 2012 Deposition of John Neal**
*(select portions)*

Attorneys' Eyes Only

Page 1

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2            IN THE UNITED STATES DISTRICT COURT

3              FOR THE DISTRICT OF COLORADO

4      Case No. 11-CV-00520-PAB-BNB

5      _____

6      30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,

7      Representative John Neal

8      and

9      DEPOSITION OF JOHN NEAL

10     June 13, 2012

11     _____

12

       HEALTH GRADES, INC.,

13

       Plaintiff,

14

       v.

15

       MDX MEDICAL, INC. d/b/a VITALS.COM,

16

       Defendant.

17     _____

18

19

20

21

22

23

24

25      Job No. NJ399592

Attorneys' Eyes Only

Page 2

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2     APPEARANCES:
 3         MERCHANT & GOULD
               By Kristin L. Stoll-DeBell, Esq.
 4                 1050 17th Street
                   Suite 1950
 5                 Denver, CO 80265
                   Phone: 303.357.1670
 6                 Fax: 303.357.1671
                   kstolldebell@merchant-gould.com
 7                 Appearing on behalf of the
                   plaintiff
 8
 9         ROTHGERBER JOHNSON & LYONS LLP
               By Jesus Manuel Vazquez Jr., Esq.
10                 1200 Seventeenth Street
                   Suite 3000
11                 Denver, CO 80202-5855
                   Phone: 303.623.9000
12                 Fax: 303.623.9222
                   jvazquez@rothgerber.com
13                 Appearing on behalf of the
                   Plaintiff
14
           SILLS CUMMIS & GROSS, PC
15             By Scott D. Stimpson,  Esq.
                   David C. Lee, Esq.
16                 30 Rockefeller Plaza
                   New York, NY 10112
17                 Phone: 212.643.7000
                   Fax: 212.653.6500
18                 sstimpson@sillscummis.com
                   Appearing on behalf the Defendant
19
20
21
22
23
24
25
```

Attorneys' Eyes Only

Page 3

```
 1           CONFIDENTIAL - ATTORNEYS EYES ONLY
 2              Pursuant to Notice and the Federal Rules of
 3    Civil Procedure, the 30(b)(6) Deposition of Health
 4    Grades, Inc. and Deposition of John Neal, called by
 5    Defendant, was taken on Wednesday, June 13, 2012,
 6    commencing at 8:22 a.m., at 1200 Seventeenth Street,
 7    Suite 3000, Denver, Colorado, before Kelly A.
 8    Mackereth, Certified Shorthand Reporter, Registered
 9    Professional Reporter, Certified Realtime Reporter
10    and Notary Public within Colorado.
11
                      * * * * * * *
12                       I N D E X
13

      EXAMINATION                              PAGE
14
       BY MR. STIMPSON                            6
15     BY MR. VAZQUEZ                           316
16
      PRODUCTION REQUEST(S):
17
       None.
18
19
20
21
22
23
24
25
```

Veritext/NJ Reporting Company
800-227-8440                              973-410-4040

Attorneys' Eyes Only

Page 4

```
 1            CONFIDENTIAL - ATTORNEYS EYES ONLY
 2                      INDEX OF EXHIBITS
 3
                                              INITIAL
 4     DESCRIPTION                           REFERENCE
 5
       Exhibit 44  MDx Medical, Inc.'s Notice of    12
 6                 Deposition of John Neal
 7     Exhibit 45  MDx Medical, Inc.'s Notice of    38
                   30(b)(6) Deposition of Health
 8                 Grades
 9     Exhibit 46  Project Development Plan,       164
                   4/15/2004
10
       Exhibit 47  E-mail string re Patient        166
11                 Experience Survey
12     Exhibit 48  E-mail string re Patient        173
                   Experience Survey
13
       Exhibit 49  Patient Experience Survey       179
14
       Exhibit 50  2/16/05 e-mail from Montroy to  212
15                 Hicks re Consumer Update
16     Exhibit 51  E-mail string re Health Grades' 215
                   reports, w/attachments
17
       Exhibit 52  1/19/05 e-mail from Neal to     237
18                 Kerry Hicks re presentation,
                   w/attachments
19
       Exhibit 53  3/24/05 e-mail from Loughran to 255
20                 Neal, et al.
21     Exhibit 54  E-mail string re Vitals.com     272
22     Exhibit 55  E-mail string re Vitals new     279
                   posting on their hospital
23                 program
24     Exhibit 56  E-mail string re Vitals/UCompare 284
25
```

Veritext/NJ Reporting Company

Attorneys' Eyes Only

Page 5

1           CONFIDENTIAL - ATTORNEYS EYES ONLY
2
                                              INITIAL
3     DESCRIPTION                             REFERENCE
4
      Exhibit 57   Complaint and Demand for Jury    291
5                  Trial
6     Exhibit 58   E-mail string re Vitals.com      293
7     Exhibit 59   E-mail string re Insurance       296
                   Provider Filter for Search
8
      Exhibit 60   3/17/08 e-mail from Neal to      299
9                  Hicks, et al., w/attachment re
                   Target List
10
      Exhibit 61   E-mail string re Vitals.com      312
11                 hospital ratings
12
      PREVIOUSLY MARKED EXHIBITS
13
14    Exhibit 3                                 13
      Exhibit 4                                269
15    Exhibit 8                                108
      Exhibit 10                               249
16    Exhibit 12                               267
      Exhibit 20                               103
17    Exhibit 21                                99
      Exhibit 25                               157
18    Exhibit 26                               205
      Exhibit 27                               209
19    Exhibit 29                               168
20
21
22
23
24
25

Attorneys' Eyes Only

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2      Physician Comparison Report.

3          Q      When was that available?

4          A      I don't recall exact dates.

5          Q      Was it prior to August of 2006?

6          A      I don't recall the exact dates.  There was

7      some form of Physician Report available prior to 2006

8      because we were selling reports.

9          Q      Well, let's look at Exhibit 45, okay?

10         A      Which one is that?

11         Q      That's it.  That's the last page.

12         A      Okay.

13             MR. STIMPSON:  And, Mr. Vazquez, correct

14     me if I'm wrong, but the parenthetical in topic 1 was

15     for Mr. Neal?

16             MR. VAZQUEZ:  Correct.

17         Q      (BY MR. STIMPSON)  So, Mr. Neal, do you

18     see that parenthetical refers to Physician Research

19     Comparison Reports?

20         A      I do.

21         Q      So you understand it was your duty to

22     prepare yourself to testify about that?

23         A      I just mentioned the Physician Comparison

24     Report to you and that I was aware of it.

25         Q      Okay.  But my question was a little

Attorneys' Eyes Only

Page 39

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     different.  You're aware that it was your

3     responsibility to prepare yourself to testify about

4     that Physician Research Comparison Report, correct?

5          A     That's part of the reason I'm here today,

6     I believe.

7          Q     And the same as the Physician Quality

8     Report?

9          A     Indeed.

10         Q     And the same as the Physician Quality

11    Guide?

12         A     I'm not familiar with the Physician

13    Quality Guide, independent of if you can refresh my

14    memory on that.

15         Q     Did you do anything to prepare yourself to

16    talk about the Physician Quality Guide?

17              MR. VAZQUEZ:  Don't disclose any of our

18    communications.  If you can answer the question

19    without doing that, please do so.

20         A     Someone is going to have to show me what

21    that is because that's not something I recall.

22         Q     (BY MR. STIMPSON)  So you didn't do

23    anything to prepare yourself to talk about physician

24    quality guides today?

25              MR. VAZQUEZ:  Object to form.

Attorneys' Eyes Only

Page 40

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     Mischaracterizes testimony.

3          Q    (BY MR. STIMPSON)  Is that right?

4               MR. VAZQUEZ:  Same objection.

5          A    I'm fully prepared to answer the questions

6     that you have to the best of my ability.

7          Q    (BY MR. STIMPSON)  Okay.  But my question

8     was, did you do anything to prepare yourself to talk

9     about physician quality guides today?

10              MR. VAZQUEZ:  Object to form.

11         A    I don't recall exactly what a physician

12    quality guide -- or not exactly at all what a

13    physician quality guide is.  I think it's just

14    perhaps a name that was assigned to the same report

15    that we've already discussed.

16         Q    (BY MR. STIMPSON)  So as we sit here

17    today, you can't even tell me for sure what a

18    physician quality guide is, right?

19              MR. VAZQUEZ:  Form.  Mischaracterizes

20    testimony.

21         Q    (BY MR. STIMPSON)  Is that accurate?

22              MR. VAZQUEZ:  Same.

23         A    I don't know what a physician quality

24    guide is.  That name does not ring a bell.

25         Q    (BY MR. STIMPSON)  How about a Physician

Page 41

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2      Quality Report?  Can you tell me what that is?

3          A      Yeah, it's a compilation of information

4      about physicians using third-party data.

5          Q      When was that first launched?

6          A      I don't recall the exact date.

7          Q      Can you recall anything about the dates?

8          A      I do not.

9          Q      Do you see in that topic 1 -- let's go

10     back to topic 1, okay?

11         A      Um-hum.

12         Q      Let's start reading from the top of the

13     list, okay?  Number 1 it says, All facts surrounding

14     each and every Health Grades product or service for

15     providing information on healthcare providers prior

16     to August 29, 2006.

17             And then I realize that the ones you're

18     supposed to talk about are the ones in the

19     parenthetical later, but it says, including, but not

20     limited to, facts concerning dates of use.

21         A      Um-hum.

22         Q      Did you do anything to prepare yourself to

23     tell me when physician quality reports were first

24     used?

25             MR. VAZQUEZ:  Well, hold on a second.  I'm

Attorneys' Eyes Only

Page 42

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2     going to object to form.  Scott, I think he answered
 3     this is before August 29, 2006 in response to your
 4     earlier questions.  Right?
 5              MR. STIMPSON:  Okay.  First of all, Jesus,
 6     please --
 7              MR. VAZQUEZ:  I know what you're about to
 8     say.  You think I'm coaching or whatever, but he, in
 9     fact, told you this is pre 2006.
10              MR. STIMPSON:  So that's all you think
11     this meant, dates of use?  Just as long as he can say
12     prior to August 29, 2006?
13              MR. VAZQUEZ:  No, I'm not saying anything
14     else about it.  It just -- it seems from your
15     question that maybe you're forgetting that he did say
16     that.
17              MR. STIMPSON:  Okay.  Just object to form,
18     please.
19         Q    (BY MR. STIMPSON)  Okay.  Mr. Neal, what
20     did you do to prepare yourself to tell me the date of
21     first use of physician quality reports in preparation
22     for this deposition?
23         A    I did not review when those reports were
24     first available on the website.  I have a lot of
25     information that's in my head.
```

Veritext/NJ Reporting Company

Attorneys' Eyes Only

Page 43

CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2      Q      When was the Physician Quality Report

3  first available on the Health Grades website?

4      A      I don't recall the exact date.

5      Q      Can you tell me a year?

6      A      I can't recall the exact date.

7      Q      Can you tell me a year?

8      A      It was prior to August 29th, 2006.

9      Q      Can you tell me a year, sir?

10             THE DEPONENT:  It would be speculating,

11  Jesus, for me to say exactly what year.

12             MR. VAZQUEZ:  Well, just answer it if you

13  can.  I'll make my objections.

14             THE DEPONENT:  Okay.

15      A      It would have been 2003 or 2004.

16      Q      (BY MR. STIMPSON)  But you don't know for

17  sure?  Sometime in 2003 to 2004?

18      A      Right.

19      Q      And did you do anything to prepare

20  yourself to tell me a specific date?

21      A      No.

22             MR. VAZQUEZ:  Object to form.

23      Q      (BY MR. STIMPSON)  Did you look at any

24  documents on the Physician Quality Report?

25      A      Not as it relates to when the report was

Attorneys' Eyes Only

Page 44

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     first offered.

3          Q     Okay.  What documents did you look at

4     about the Physician Quality Report?

5               MR. VAZQUEZ:  Well, I object and I'm

6     instructing you not to answer based on the

7     work-product privilege.

8          Q     (BY MR. STIMPSON)  Did you look at any

9     documents regarding the Physician Quality Report in

10    preparation for this deposition?

11              MR. VAZQUEZ:  You can answer that.

12              THE DEPONENT:   Okay.

13         A     I did.

14         Q     (BY MR. STIMPSON)  Okay.  What did the

15    Physician Quality Report contain?

16         A     I think I answered that a moment ago.  But

17    it was a compilation of third-party sources of data

18    put into a form of report that was sold to consumers.

19         Q     Did it include information received from

20    healthcare providers?

21         A     It did not.

22         Q     Did it include information received from

23    third parties?

24         A     I just said it did.

25         Q     It did.  Okay.

Attorneys' Eyes Only

Page 45

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2              And was that information, any of the

3    information, verified by Health Grades in that

4    report?

5              MR. VAZQUEZ:  Object to form.

6        A    What does verified mean?

7        Q    (BY MR. STIMPSON)  What do you understand

8    verified to mean?

9        A    Were we analyzing the content that was

10   included in that report?  If that's the definition of

11   verified, then, yes, it was verified.

12       Q    And there's actually -- well, there is a

13   difference between verified data and unverified data,

14   right?

15             MR. VAZQUEZ:  Form.

16       Q    (BY MR. STIMPSON)  Verified data is much

17   more trustworthy?

18             MR. VAZQUEZ:  Form.

19       Q    (BY MR. STIMPSON)  Is that accurate?

20             MR. VAZQUEZ:  Form.

21       A    It depends on what content data you're

22   talking about.

23       Q    Okay.  How so?

24       A    There's a variety of data that is

25   available regardless of industry vertical.  Certain

Attorneys' Eyes Only

Page 46

1             CONFIDENTIAL - ATTORNEYS EYES ONLY

2       data had be to scrutinized or reviewed more closely

3       depending on the nature of the data, the source of

4       the data, how it's going to be presented to

5       consumers.

6           Q     Would you agree with me, though, that data

7       that is verified is generally more trustworthy than

8       data that is not verified?

9               MR. VAZQUEZ:  Object to form.

10          A     It depends on who does the verification.

11          Q     (BY MR. STIMPSON)  If Health Grades does

12      the verification?

13              MR. VAZQUEZ:  Form.

14          A     There is more use, I would think,

15      associated with verified data as opposed to

16      unverified data.

17          Q     (BY MR. STIMPSON)  Okay.  Can you tell

18      me -- you told me there was a compilation of

19      third-party sources of data in this Physician Quality

20      Report.

21              Is there anything else you can tell me

22      about the content of those reports?

23          A     That's what they were.

24          Q     Can you tell me what specific data was

25      available in those reports?

Attorneys' Eyes Only

Page 47

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2        A      Some of the data elements I can tell you.

3    It was the physician name, their practice location.

4    There was board certification, as available.  There

5    was disciplinary action and sanction data by state,

6    as available.

7              And in select cases, though particularly

8    early on there were challenges in getting useful data

9    and meaningful data from third parties.  There was

10   sometimes medical school information, fellowship-type

11   information.  But it was challenging.

12       Q      Anything else you can remember?

13       A      Those were the things that stand out to

14   me.

15       Q      It also has in the parenthetical here

16   Physician Research Comparison Reports.

17              Do you see that?

18       A      Um-hum, I do.

19       Q      When was the Physician Research Comparison

20   Report first provided for the Health Grades website?

21       A      I don't recall the exact date, but it was

22   later.  We started with just the Physician Quality

23   Report.

24       Q      Okay.  When was the Physician Research

25   Comparison Report first made available on the Health

Attorneys' Eyes Only

Page 48

1               CONFIDENTIAL - ATTORNEYS EYES ONLY

2        Grades website?

3            A     I don't recall.

4            Q     Can you give me a year?

5            A     I don't recall.

6            Q     You can't even give me a year?

7            A     No.

8            Q     Was it before 2006?

9            A     It would have, I believe, been before

10       2006.

11           Q     Was it before 2005?

12           A     I don't recall.

13           Q     What did you do to determine the date of

14       first use of the Physician Research Comparison Report

15       in preparation for this deposition?

16                 MR. VAZQUEZ:  Again, if you can answer the

17       question without divulging any of our communications,

18       please do so.

19                 THE DEPONENT:  Okay.

20           A     I'm just working from memory.

21           Q     (BY MR. STIMPSON)  So you didn't do

22       anything; you're just relying on your memory?

23                 MR. VAZQUEZ:  Misstates the testimony.

24       Object to form.

25           A     There was discussion with counsel about

Attorneys' Eyes Only

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2               So really, that's the competitive set, by

3      definition.

4          Q     And why is that your definition of

5      competitors?  Is that the way you've used it

6      throughout your career?  Or is that something that --

7          A     Well, that's the foothold that we've

8      established.  That's where our business is focused.

9      So as we look across the landscape, anyone that is

10     offering similar forms of content or services to

11     consumers on the Internet is deemed to be a

12     competitor.

13         Q     Okay.  Let me just back up and ask you

14     another question.  Can you tell me what products and

15     services of Health Grades fall within the claims of

16     the patent as Exhibit 3?

17         A     It's not so much a product that falls.

18     The intent behind the patent filing was to protect

19     the unique experience that we've created on the

20     website.  So how we display content, how we

21     facilitate search, and then, more recently, how we

22     facilitate ratings and comparison of providers.

23              So it's not -- and then ancillary to that

24     would be the product sets that were a result of that

25     consumer experience.

Attorneys' Eyes Only

Page 58

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2              MR. STIMPSON:  I'm sorry, I have to move

3      to strike that as nonresponsive.

4          Q    (BY MR. STIMPSON)  Mr. Neal, one of the

5      topics that you were designated to testify about

6      today, and I'm sorry I don't have the deposition

7      notice with me, but maybe you guys do, was products

8      and/or services of Health Grades that embody and/or

9      imply any claim -- and/or employ any claim of the

10     patent-in-suit.

11             And I'm just asking you, sir, what

12     products and/or services of Health Grades embody or

13     employ any claim with the patent-in-suit?

14         A    Understood.  Thank you.

15             So encompassed within that experience that

16     I've just described for the website are the products

17     specific to consumers.  So things like that Physician

18     Quality Report, things like the Hospital Quality

19     Report and the Physician Comparison Report.

20             So those were all a function of the

21     website experience in more a product as a result of

22     having created that experience.

23         Q    Are there any other, besides those three,

24     that embody or employ any claim in the

25     patent-in-suit?

Attorneys' Eyes Only

Page 59

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2        A     Well, there are.  And it's essentially so
 3   there really are -- there are two phases that the
 4   company has gone through from a product standpoint.
 5   Those reports had a number of different names, but
 6   essentially they were all the same thing.
 7              So Physician Quality Report, Hospital
 8   Quality Report, Physician Quality Comparison Report.
 9        Q     So --
10        A     That is --
11        Q     Go ahead.
12        A     -- those were solutions that we offered,
13   or products we offered, to the consumers.  Go ahead.
14        Q     Does a Physician Quality Report have
15   comparison ratings of healthcare providers?
16        A     The Physician Quality Comparison Report
17   did not have a comparison rating of providers.
18        Q     Okay.  I think what I heard you say that
19   what fell under the patent claims were the Physician
20   Quality Report, Hospital Quality Report, and
21   Physician Comparison Report.
22              Did I get that wrong?
23        A     That fell under the claim?
24        Q     Yeah, did either --
25        A     No, the point I was making is that there
```

Attorneys' Eyes Only

Page 60

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2     were a number of products that were a function of the

3     website experience that we created.  The website

4     experience in the offerings that we made to consumers

5     were the subject of the patent.

6         Q    Okay.  But I'm trying to get an

7     identification of the products and services that

8     embody or employ any claim of the patent-in-suit.

9         A    Understood.  There are elements that we

10    employ today on the website.  If you go to Health

11    Grades we're employing certain embodiments of the

12    patent.

13        Q    Okay.  I mean, can you --

14             MR. VAZQUEZ:  Hold on.  I'm not having a

15    chance to interject.  I just want to make an

16    objection to form to the last question, please.

17        Q    (BY MR. STIMPSON)  Can you please identify

18    for me products or services of Health Grades that

19    embody or employ any claim in the patent-in-suit?

20             MR. VAZQUEZ:  Form.

21             You can answer.

22        A    Okay.  First of all, there is the

23    experience on the current version of the Health

24    Grades website and previous iterations whereby we

25    facilitate search on multiple physicians and provide

Page 61

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2      quality comparison ratings and scores on the

3      physicians and facilitate comparison of physicians,

4      okay?  That's just the website experience, not

5      specific to any specific product.

6              And then there are a series of products

7      that we have offered, primarily to hospital clients,

8      that are a result of or a function of that experience

9      on the Health Grades website.

10       Q    Well, what's the earliest product or

11     service that Health Grades embodies or employs in a

12     claim in the patent-in-suit?

13       A    I can't speak to the specific claims and

14     products to those individual claims, per se.  I just

15     know I have an idea of the dates when we offered

16     specific products.

17       Q    Well, when was the -- when did you start

18     offering products and services that embodied or

19     employed the claim in the patent-in-suit?

20            MR. VAZQUEZ:  Form.

21       A    So you're talking about third-party

22     provided information, physician provided information,

23     consumer provided information, in providing a form of

24     comparison rating for those?

25       Q    (BY MR. STIMPSON)  I am.

Attorneys' Eyes Only

Page 62

CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2      A      That was -- that would have been more

3   recently in the -- kind of the 2006, 2007 timeframe.

4      Q      Do you remember when, specifically when in

5   2006 and 2007?

6      A      I don't know exactly what dates in that

7   timeframe.  I can tell you the consideration that we

8   had and the sensitivity was, and the reason that we

9   didn't present that information to users of the

10  website is that our clients are hospitals, large

11  hospital systems.  And they have relationships with

12  physicians.

13          And there was the concern, the very real

14  concern, that anything we might do to shed light on

15  physicians or rate physicians, provide comparisons of

16  physicians based on quality, would put our revenue at

17  risk with our hospital clients.

18          So we're very thoughtful and judicious in

19  our approach as to when we introduced that and then

20  how we introduced it on the website.

21      Q      Was that a concern about when you

22  introduced it to the consumer side of the website?

23      A      Well, there was just one side.  There was

24  only a consumer side.

25      Q      Right.  But you also had a physician site,

Attorneys' Eyes Only

Page 63

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     right?

3          A     There was a portal, a physician portal.

4          Q     So what I'm getting at, there was a time

5     before you allowed general consumers to get on where

6     you were showing comparison ratings and ratings of

7     physicians but just to your hospital side of your

8     clients, right?

9          A     I'm unaware of that.

10         Q     Okay.  So anyway, we talked about the

11    products and services of Health Grades that embody or

12    employ a claim in the patent-in-suit.

13              Just talking about that, who are your

14    competitors?

15         A     So competitors, Vitals, of course; New

16    Compare Healthcare; WebMD.  There are MD Ratings.

17         Q     MD Ratings?

18         A     Yeah, I think it's MD Ratings.  There are

19    a couple of physician rating sites that provide

20    comparison ratings.  There are a host of directory

21    type sites that provide basic physician information.

22              So Internet Yellow Page sites like Super

23    Pages, Yellow Book, Yellowpages dot com.  There are

24    others, too, that could fall into that definition of

25    competitor that I provided.

Attorneys' Eyes Only

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     even a little bit prior to that.

3          Q     (BY MR. STIMPSON)  Okay.

4          A     I don't know the exact dates.

5          Q     What about healthcare.com?

6          A     Healthcare.com, I'm familiar with that

7     name, the website.  I don't think I've ever

8     categorized them as a competitor, though.

9          Q     Okay.  Well, let me ask you today, would

10    you characterize them as a competitor in 2011 and

11    2012?

12         A     They're not on my radar screen.  So

13    doesn't mean they're not a competitor; they're just

14    not someone I have looked at as a competitor.

15         Q     So there may be other competitors than the

16    ones we've talked about, but you just don't know them

17    all, as we sit here today?

18              MR. VAZQUEZ:  Form.

19         A     That's right.

20              MR. STIMPSON:  Can we take a break,

21    please?

22              (Recess taken from 10:13 a.m. to

23    10:30 a.m.)

24         Q     (BY MR. STIMPSON)  Mr. Neal, did the

25    Physician Research Comparison Report go by any other

Attorneys' Eyes Only

                                                    Page 94

 1              CONFIDENTIAL - ATTORNEYS EYES ONLY

 2    names?

 3         A     It did.

 4         Q     Pardon me?

 5         A     It did.  We had different names, but that

 6    was kind of one we landed on as being the primary.  I

 7    can't recall exactly which ones were external in

 8    terms of what was communicated or accessible via the

 9    website in terms of the name.

10         Q     Can you remember any other of the names?

11         A     For the Physician Quality Comparison

12    Report?

13         Q     No, the Physician Research Comparison

14    Report.

15         A     Physician research.

16         Q     It's actually in your deposition notice

17    down there.

18              If you have it, Jesus.  It's under your

19    notebook maybe?

20              MR. VAZQUEZ:  I have it right there.

21         Q     (BY MR. STIMPSON)  It's in that

22    parenthetical, the first one, Physician Research

23    Comparison Report.

24              Do you remember any other names that that

25    used to go by?

Attorneys' Eyes Only

Page 95

1            CONFIDENTIAL - ATTORNEYS EYES ONLY

2       A     There was a -- I thought we had the one

3    that we had taken to market was Physician Comparison

4    Report, although reviewing the reports, I can't

5    recall which one was the one that was in that.

6       Q     Have you ever heard the name, how about

7    Comparative Physician Report, is that the same thing?

8       A     Well, it could be.  I would be speculating

9    to say for certain if that's the case.

10      Q     Do you know any other names of the

11   Physician Research Comparison Report?

12      A     They all contain some version of

13   comparison or comparative.  And that's really the

14   distinction.  They all have that commonality.

15      Q     Okay.  Did they have patient ratings?

16            MR. VAZQUEZ:  Form.

17      A     They did not.

18      Q     (BY MR. STIMPSON)  Okay.  How do you know

19   that?

20      A     Because the content of the report was --

21   it was the third-party data that I referenced

22   earlier.  So both that Physician Quality Report and

23   the Physician Research Comparison Report was a

24   compilation of third-party data that was combined

25   into this named report.

Attorneys' Eyes Only

Page 96

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      Q     How do you know that?

3      A     Because in preparing for this deposition,

4  I looked at the report, and I also recall having

5  seen, you know, that report.

6      Q     Did you discuss this with your -- and I

7  just want a yes or no.  Did you discuss this with

8  your counsel between our first -- after our -- during

9  our first break?

10     A     I never said that I hadn't seen these

11 reports.  I said I had some uncertainty about the

12 timing of the reports.

13     Q     Okay.  So did the Physician Research

14 Comparison Report contain comparison ratings of

15 healthcare providers?

16          MR. VAZQUEZ:  Form.

17     A     There was -- it was just a -- the answer

18 is no.

19     Q     (BY MR. STIMPSON)  Um-hum.

20     A     It was just a comparison of -- it was

21 third-party data that was compiled into a single

22 report.

23     Q     Okay.  And what was the comparison, then,

24 in those reports?

25     A     So there was no overt comparison.  There

Attorneys' Eyes Only

Page 97

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2    wasn't a means to compare doctors, other than we

3    provided third-party data on each physician.

4          So, for example, if someone is looking at

5    an orthopedic surgeon, that one physician may have

6    board certification, another may not.  So as we

7    present all of the elements for each of those

8    physicians that were available, via these third-party

9    sources, that could be a means by which consumers

10    could compare.  And that was the reason behind the

11    name.

12          But there wasn't an overt comparison

13    mechanism in those reports.

14    Q    Did you ever see a comparative physician

15    report that did have comparison ratings of healthcare

16    providers?

17          MR. VAZQUEZ:  Form.

18    A    We -- per my prior comments, we were

19    sensitive to introducing anything in the way of

20    physician ratings to consumers because of the risk to

21    the business.  We didn't do that until much later.

22    Q    (BY MR. STIMPSON)  Okay.

23    A    That report, that was kind of, you know,

24    the 2004, 2005 timeframe, and we didn't introduce

25    those physician ratings until -- it would have been

Attorneys' Eyes Only

Page 98

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     much later.  It would have been 2006-ish.  It may be

3     even early 2007 because of the risk that it posed to

4     our business.

5          Q     Did you disclose -- are you aware of

6     comparative physician reports that were offered on

7     that physician consumer site that had ratings of

8     healthcare providers?

9               MR. VAZQUEZ:  Form.

10         A     Was I aware -- I'm sorry, do you mind

11    repeating?

12         Q     (BY MR. STIMPSON)  Were you aware of

13    comparative physician reports that included ratings

14    of healthcare providers that were offered on the

15    physician consumer site?

16         A     No.

17         Q     Have you ever seen a Comparative Physician

18    Report that has consumer ratings?  I mean comparison

19    ratings?

20         A     Have I ever seen one?

21         Q     Yes.

22               MR. VAZQUEZ:  Form.

23         A     That has?  At any point in time?

24         Q     (BY MR. STIMPSON)  Yes.

25         A     Yeah, our website today is a version of

Attorneys' Eyes Only

Page 99

1           CONFIDENTIAL - ATTORNEYS EYES ONLY

2    that.

3           Q     How about before 2006, did you ever see a

4    Comparative Physician Report that had healthcare

5    provider ratings?

6           A     No.

7           Q     Let me show you what has been marked

8    previously.  Let me show you what has been previously

9    marked as Exhibit 21.  If you would identify that for

10   me, please.

11          A     Do you want me to go through every page?

12          Q     You don't have to.  I'll point you to

13   specific pages.

14          A     Okay.

15          Q     The cover e-mail, this is an e-mail from

16   yourself to Scott Montroy on April 17, 2003, correct?

17   That's the bottom part.

18          A     That's what I'm looking at.

19          Q     And then Mr. Montroy responds to you the

20   same day, copying Dave Hicks, correct?

21          A     Okay, yes.

22          Q     And the subject is a sample report?

23          A     Right.

24          Q     And you're asking Mr. Montroy to forward

25   you a sample doctor report?

Attorneys' Eyes Only

Page 100

CONFIDENTIAL - ATTORNEYS EYES ONLY

2   A    Yes.

3   Q    Have you seen this document before?

4   A    I --

5   Q    Within the last year or so?

6   A    This document?  I have not.

7   Q    Why were you requesting a sample doctor

8   report?

9   A    At this point in time, we were trying to

10  determine whether or not we wanted to productize the

11  data that we had in our database by producing reports

12  that we could make available to consumers.  And this

13  was, I think, what Scott was sending me, was a

14  prototype, I think this would be.

15  Q    So did you have in your database at the

16  time ratings of healthcare providers?

17  A    We did not.

18  Q    Can you turn to page -- we have Bates

19  numbers at the bottom -- 208987, please.

20  A    208987.

21  Q    Can you identify this for me, please?

22  A    Comparative Physician Report.

23  Q    And it says the report was created in

24  April of 2003, correct?

25  A    Okay.

Page 101

CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2     Q     Is that right?

3     A     That's what this document says.

4     Q     Do you know if this was ever -- if these

5     comparative physician reports were made available on

6     the Health Grades website?

7           MR. VAZQUEZ:  Form.

8     A     This -- based on what I am looking at here

9     and the content of these reports, I don't believe

10    this was ever made available.  This was more of just

11    some concepts and ideas about what might be made

12    available.

13    Q     (BY MR. STIMPSON)  Okay.

14    A     I need to look at this because you asked

15    about this.

16    Q     Take your time.

17    A     Okay.

18    Q     So this Comparative Physician Report, what

19    you referred to as a concept, if you could turn to

20    page 208992.  At the bottom and going onto the next

21    page, now, those are comparison ratings of healthcare

22    providers; is that right?

23          MR. VAZQUEZ:  Object to form.

24    A     So if I can read the copy above because

25    this is part of my answer.  Do you mind if I read it?

Attorneys' Eyes Only

Page 108

1              CONFIDENTIAL - ATTORNEYS EYES ONLY
2                   MR. VAZQUEZ:  Well, it's been produced,
3      Scott.
4                   MR. STIMPSON:  I know, but I need to know
5      what it is.
6                   MR. VAZQUEZ:  See if it's literally
7      Physician Research Comparison Report, right?
8                   MR. STIMPSON:  Whatever Mr. Neal looked at
9      in preparation for his 30(b)(6).
10        A     I think that version was like the 2004.
11                  MR. VAZQUEZ:  Scott, do you have HG 32036,
12     and that was an e-mail that had five reports
13     attached?
14                  MR. STIMPSON:  Maybe I do actually.  Yeah,
15     here it is, Exhibit 8.
16                  MR. VAZQUEZ:  That has -- I don't want to
17     waive the work product objection, but I can tell
18     you --
19                  MR. STIMPSON:  No, no.
20                  MR. VAZQUEZ:  -- that in preparation for
21     this deposition, these documents were reviewed.
22        Q     (BY MR. STIMPSON)  Let me show you what
23     has been marked previously as Exhibit 8, Mr. Neal.
24        A     Okay.
25        Q     Does this document contain the Physician

Attorneys' Eyes Only

Page 109

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2     Research Comparison Report you said you reviewed in

3     preparation for this?

4          A     This is the one you just handed me?

5          Q     Exhibit 8.  Well, what I want to know is

6     which -- I'm trying to find out what the Physician

7     Research Comparison Report is that you said you saw

8     in preparation for this deposition?

9          A     I believe, if it's the same document that

10    Jesus just referenced --

11              MR. VAZQUEZ:  Well --

12         A     -- then it would be the same document.

13              MR. VAZQUEZ:  -- why don't you flip

14    through there --

15              THE DEPONENT:  Okay.

16              MR. VAZQUEZ:  -- and see if you can answer

17    Mr. Stimpson's question.

18              THE DEPONENT:  Can I also review the one

19    that we used to prepare?

20              MR. VAZQUEZ:  Yes.  It's the same thing.

21              THE DEPONENT:  Okay.

22              MR. VAZQUEZ:  This should be exactly the

23    same thing.

24              THE DEPONENT:  Okay.  Got it.

25         A     Okay, it looks like we're talking about

Attorneys' Eyes Only

Page 110

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2      the same documents I reviewed.
 3          Q      (BY MR. STIMPSON)  Does the one you
 4      reviewed that's the basis of your testimony start at
 5      32062?
 6          A      32062, yes, it does.
 7          Q      And so this is the Physician Quality
 8      Comparison Report that was available, the type of
 9      Physician Quality Comparison Report that was
10      available on Health Grades website as of     December
11      2004, right?
12          A      Yes.
13          Q      So turning back to Exhibit 20.
14          A      Yeah.
15          Q      It says that the Physician Research
16      Comparison Report was launched as of March 2003.
17               Do you know how that Physician Research
18      Comparison Report differed, if at all, from the
19      Physician Quality Comparison Report found in this
20      Exhibit 8?
21          A      I do not.
22          Q      So, I mean, the reason I'm struggling is
23      because I'm trying to figure out what was available
24      as of March 28th, 2003.  And is there any way you can
25      tell me how they differed?
```

Attorneys' Eyes Only

Page 111

1      CONFIDENTIAL - ATTORNEYS EYES ONLY

2      A      This is the reason, with all due respect,

3      our prior conversation, the reason I have uncertainty

4      because there were different names and different

5      versions and different intents in the different

6      reports that were produced.  I was not trying to be

7      evasive in my response.  And this is perfect evidence

8      of that.

9      Q      So, I mean, my question is, and you may

10     not know, but I'm asking you what the difference is

11     between this Physician Quality Comparison Report of

12     Exhibit 8 and the one that was launched in 2003?

13     A      I don't know.

14     Q      Okay.  So this Physician -- let's just

15     talk about this Physician Quality Comparison Report

16     that is in Exhibit 8, then, starting at Health Grades

17     production 0032062.

18     A      Okay.

19     Q      This was available on the Health Grades

20     website?

21     A      I believe it was, based on what I'm

22     looking at here.

23     Q      And that Health Grades website was a

24     computer-implemented method of providing healthcare

25     provider information to potential patients, right?

Attorneys' Eyes Only

Page 112

1      CONFIDENTIAL - ATTORNEYS EYES ONLY

2          MR. VAZQUEZ:  Object to form.

3      A    Legal nomenclature, but I think I

4   understand the essence of what you're saying, yes.

5      Q    (BY MR. STIMPSON)  Okay.  And on that

6   website, Health Grades would receive by the web

7   server computer a request for information regarding

8   the first healthcare provider, right?

9          MR. VAZQUEZ:  Hold on a second.  Object to

10  form.  You're looking at what appears to be the

11  patent claims.  He's not an attorney.  He's not a

12  patent expert.  Calls for expert testimony.

13         Do you want me to just have a continuing

14  objection on that?

15         MR. STIMPSON:  That's fine.

16         MR. VAZQUEZ:  Thank you.

17     Q    (BY MR. STIMPSON)  So, Mr. Neal, on the

18  Health Grades website at this time, they'd receive --

19  Health Grades would receive a request for information

20  regarding a first healthcare provider, right?

21         MR. VAZQUEZ:  Object to form.  I'm not

22  sure what time you just meant.

23         MR. STIMPSON:  We're talking about

24  December 2004.

25         MR. VAZQUEZ:  Thank you.

Veritext/NJ Reporting Company

800-227-8440                                    973-410-4040

Attorneys' Eyes Only

Page 113

1                CONFIDENTIAL - ATTORNEYS EYES ONLY

2        Q     (BY MR. STIMPSON)  Just so the record is

3    clear, we have in front of us, and the witness has in

4    front of him also, and it's the only document the

5    witness should have in front of him right now, is

6    this Physician Quality Comparison Report starting at

7    Health Grades 0032062.

8               MR. VAZQUEZ:  Every time you say in your

9    questions "at this time" you mean

10   December 28th, 2004?

11              MR. STIMPSON:  Correct.

12              MR. VAZQUEZ:  Okay.  Thank you.

13       Q     (BY MR. STIMPSON)  So let's start again,

14   Mr. Neal.  At this time, late in December of 2004,

15   Health Grades had a computer-implemented method of

16   providing healthcare provider information to

17   potential patients, right?

18              MR. VAZQUEZ:  Same objections as to -- did

19   you say you would let me have it?

20              MR. STIMPSON:  Yes.

21              MR. VAZQUEZ:  Sorry.  Thank you.

22       Q     (BY MR. STIMPSON)  You can answer.

23       A     Okay.  I'm a little concerned because I

24   have the layman's terms.  I have reviewed -- I

25   reviewed the patent, and I was a party to it and read

Page 114

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      it and submitted and signed it.  But I really view

3      these things from a layman's perspective.

4          Q     Okay.

5          A     So I qualify my answers.  There was a

6      system to return physician names, calling in the data

7      base and returning names.

8          Q     But just so we're clear, you're a named

9      inventor on this patent, right?

10         A     I am absolutely.

11         Q     And you read the application and

12     understood it when you submitted it?

13         A     Oh, I certainly did.

14         Q     Next question, Health Grades website would

15     receive requests for information regarding a first

16     healthcare provider in December 2004, right?

17         A     Yes.  There was a search mechanism on our

18     website.

19         Q     The web server computer had at least a

20     computer processor in the memory, correct?

21         A     I would assume so.

22         Q     And in response to the request, Health

23     Grades would access healthcare provider, verified

24     information about the first healthcare provider,

25     correct?

Attorneys' Eyes Only

Page 115

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      A      A report was produced, so I would say yes.

3      Q      All right.  And these reports included

4  information that was received from the healthcare

5  provider, too, right?

6      A      Oh, I'm sorry, you asked about

7  information -- these reports were only third-party

8  reports, like I said before.

9      Q      So you're talking about the Health Grades

10  32062?  That only came from third parties?

11      A      This was third-party information, and I

12  don't believe this report -- I don't think we had the

13  physician portal available to include physician

14  provided information at that point in time.

15      Q      So --

16      A      So the answer would be it would not, based

17  on my recollection.

18      Q      Okay.  Did you do anything to determine

19  and find out whether this included any information

20  from healthcare providers in preparation for your

21  deposition today?

22      A      Specific -- we absolutely -- you tell me

23  what I can talk about.

24          MR. VAZQUEZ:  Don't tell him -- please do

25  not disclose our communications.

Attorneys' Eyes Only

Page 116

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2                  THE DEPONENT:  Okay.

3                  MR. VAZQUEZ:  To the extent you can answer

4       Mr. Stimpson's questions without making those

5       disclosures, I just ask for your best to do so.

6           A     We have discussed it.

7           Q     (BY MR. STIMPSON)  Right.  But I'm asking

8       did you do anything -- I'm just asking you factually,

9       did you do anything to determine whether or not this

10      Physician Quality Comparison Report from 2004

11      included information that was received from

12      healthcare providers?

13          A     I reviewed hundreds of pages of content.

14      And I can't distinguish between what did or did not

15      contain certain elements and what occurred on which

16      dates.

17               So I can tell you that I absolutely did

18      review this report in preparation for this.  I would

19      need to look through it again to ensure that it

20      doesn't contain -- I don't -- my recollection is this

21      report did not contain any physician provided

22      information.

23               It was only the third-party data that we

24      had available to us that we're using to compile these

25      reports at that point in December of 2004.

Attorneys' Eyes Only

Page 117

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2          Q      When did Health Grades start receiving

3     information from healthcare providers?

4          A      There should be some reference in e-mails

5     to when we introduced a POS system.  And that's when

6     we started gathering information from providers.

7                So provider information that was sourced

8     from providers or their office managers, so the date

9     would be specific to that.

10               But even after we started gathering that

11    information, we didn't introduce that into reports

12    because we didn't have a mechanism to -- you talked

13    about validation earlier to validate and regulate

14    what might be presented.  So what was being input

15    into those reports, that was also part of the

16    consideration.

17         Q      So can you tell me, Mr. Neal, when did the

18    Physician Quality Comparison Report start to include

19    information from healthcare providers?

20         A      I don't know.  I don't know for certain

21    that this report ever did include information

22    provided by the providers themselves or their office

23    managers.

24         Q      So you don't know if the Physician Quality

25    Comparison Reports ever included information from

Page 118

1            CONFIDENTIAL - ATTORNEYS EYES ONLY

2    healthcare providers?

3        A    I don't recall having done that.  The

4    intent and the origin of this report was to compile

5    that third-party data and present it in this form of

6    report.

7        Q    Right.  But one of the issues I'm

8    struggling with here, Mr. Neal, is, and it's an

9    element in one of the patent claims, I have no reason

10   to hide that from you, is we're trying to find out

11   whether these reports contained information at any

12   time prior to August 2006, if it contained

13   information that was received from healthcare

14   providers?

15       A    That's not my recollection.  They did not,

16   based on what I recall.

17       Q    So your testimony here, as the 30(b)(6)

18   witness for Health Grades, is that these reports

19   never included healthcare provider information?

20       A    The physician --

21            MR. VAZQUEZ:  Wait, object to form.  That

22   misstates his testimony.

23       A    I didn't say that for certain.

24       Q    (BY MR. STIMPSON)  Okay.  So you just

25   don't know?

Attorneys' Eyes Only

Page 119

1        CONFIDENTIAL - ATTORNEYS EYES ONLY

2        A     I don't recall when we introduced that

3    physician provided information to consumers on the

4    website.  That's the distinction.

5        Q     So I mean, just so I'm perfectly clear

6    here, as we sit here today, you can't tell me whether

7    or when physician quality comparison reports included

8    information received from healthcare providers,

9    correct?

10       A     I'm unsure of the date, or whether this

11   form of report ever included that information.

12       Q     Okay.  This report includes specialty

13   information, correct?

14       A     It does.

15       Q     It includes medical philosophy?

16       A     Where is the medical philosophy?

17       Q     Actually, let's just go through the

18   report.  It would be easier.

19       A     Okay.

20       Q     So, information about the specialties is

21   provided in Section 1, right?

22       A     Yep.

23       Q     Information about education and training

24   is provided in Section 2, correct?

25       A     Yes.

Attorneys' Eyes Only

Page 120

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      Q     The report also contains information on

3   gender, right?

4      A     What page?  I'm sure it does but --

5      Q     Page 32075.

6      A     All right.

7          MR. VAZQUEZ:  The question is whether it

8   contains information on gender?

9          MR. STIMPSON:  Yes.

10      A     This report does.

11      Q     (BY MR. STIMPSON)  As we sit here today,

12   you can't tell me whether or not that information

13   came from healthcare providers, right?

14      A     No, that was third-party data.

15      Q     Okay.

16      A     The gender of the physicians.

17      Q     Okay.  And did the --

18      A     We still get third-party data from

19   vendors, the gender information.

20      Q     So gender information, Health Grades has

21   never received gender information from healthcare

22   providers?

23          MR. VAZQUEZ:  Form.

24      A     When we affiliate, so that program I

25   described earlier, Patient Direct Connect, and even

Attorneys' Eyes Only

Page 121

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2     Connecting Point, there was an additional level of
 3     review that went on when those physicians became
 4     designated by a hospital system, in which case we may
 5     have looked more closely at that specific data
 6     element to ensure that it was accurate.
 7              So that would be inaccurate to say that
 8     Health Grades has never looked at the gender of the
 9     physician and made an adjustment based on feedback
10     from the hospital client or a physician or their
11     office manager.
12          Q    (BY MR. STIMPSON)  Can you tell me, as you
13     sit here today, whether the Physician Quality
14     Comparison Report has ever had gender information
15     that was received from the healthcare provider?
16              MR. VAZQUEZ:  Object to form.
17          A    Not to my recollection.
18          Q    (BY MR. STIMPSON)  Okay.  You don't know
19     one way or the other?
20          A    I highly doubt it because it's a common
21     third-party source of information.  I mean, it's one
22     of the top three elements.  You get a name, you get a
23     sex, and you get the practice address and phone
24     number.  It's fairly standard.
25          Q    (BY MR. STIMPSON)  Okay.  And when the POS
```

Attorneys' Eyes Only

Page 122

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     started, could healthcare providers change that

3     information if it was wrong?

4          A     There was -- as I recall, there was a

5     mechanism to alter those inputs and to capture

6     additional information or to correct any

7     inaccuracies.

8          Q     And that included gender, right?

9          A     I'm not certain, but that would be

10    reasonable to assume that it did.

11         Q     So if that's the case, then it's entirely

12    possible that Physician Quality Comparison Reports

13    would include gender information that was received

14    from the healthcare provider, right?

15               MR. VAZQUEZ:  Form.

16         A     Based on my recollection, we were not

17    using any provider information in these reports.

18         Q     (BY MR. STIMPSON)  Okay.  Now, we talked

19    about that earlier.  But you can't -- we've already

20    addressed that, but I'm just trying to find out on

21    gender information, can you tell me, as we sit here

22    today, that no Physician Quality Comparison Report

23    ever had gender information that was entered or

24    provided by a healthcare provider?

25               MR. VAZQUEZ:  Object to form.

Attorneys' Eyes Only

Page 123

CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2   A     I think we can say that about --

3             MR. VAZQUEZ:  Hold on a second.  Let me

4   object to form.

5             THE DEPONENT:  Okay.

6             MR. VAZQUEZ:  Asked and answered.  If you

7   can answer it again.

8   A     Well, I think it's speculation.  I mean,

9   anyone can provide a hypothetical that any data in

10  this report could be, but the reality is that's not

11  how it was constructed.  It was constructed using

12  third-party data.

13  Q     (BY MR. STIMPSON)  Right.  I understand it

14  was constructed that way.  But then when --

15  A     That's what we're looking at.  That's the

16  report we're looking at.

17  Q     Okay.  But what I'm saying is after it was

18  constructed initially, you did something to get the

19  data initially, right?  Right?

20  A     What data?

21            MR. VAZQUEZ:  Form.

22  Q     (BY MR. STIMPSON)  All this data in this

23  report.  You got it from third parties, right?

24  A     Third party.  We did.  We did.

25  Q     Then there came a time when Health Grades

Attorneys' Eyes Only

Page 124

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2      introduced the POS system, which is a physician

3      online services, right?

4           A     Yes.

5           Q     And do you know what that date was?

6           A     I don't recall the exact date.

7           Q     Do you know if it was in 2005?

8           A     I do not recall the exact date.

9           Q     So whenever that was, at that stage,

10     physicians could get on and change some data about

11     themselves, right?

12          A     They could within our POS system, is the

13     acronym.

14          Q     Right.

15          A     Yeah.

16          Q     And that included things like gender,

17     specialty information, correct?

18          A     They could within that system.  But what

19     didn't happen for a very long time, and I don't know

20     the exact amount of time, that system was not

21     integrated with the reports that we displayed on our

22     website.

23                So for a period of time we were just

24     capturing the information.  We weren't displaying it

25     directly into reports because we didn't have a

Attorneys' Eyes Only

Page 125

CONFIDENTIAL - ATTORNEYS EYES ONLY

1
2    mechanism.  We had to build an infrastructure to go
3    in and review and validate that data.
4         Q    So when was the time when that system
5    started being integrated with your reports so that
6    they contained information of healthcare providers?
7         A    I don't know the exact date.
8         Q    Can you say it was in 2005?
9         A    You said that the POS system went into
10   operation in 2005?
11        Q    I didn't say that.  I'm asking you.  I
12   don't know --
13        A    I don't recall the exact day.
14        Q    So as we sit here today, you can't tell me
15   whether or not that POS system was integrated so the
16   information made it into the reports in 2005?
17        A    I cannot confirm that.
18        Q    Okay.  This report also contains age
19   information, right?  We're again looking at the
20   Physician Quality Comparison Report on Health Grades
21   32062.
22        A    Do you want to turn to the page?  I'm sure
23   it does.
24        Q    If you can just look through and find it,
25   please.

Attorneys' Eyes Only

Page 140

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2        Q     Okay.  You have to answer.

3        A     Oh, I'm sorry.

4        Q     Yes?

5        A     Consumers, at that point in time, based on

6    the report we're looking at, in 2004, they were able

7    to access the third-party data provided consumer

8    comparison reports.

9        Q     Right.  And some of that data, as we've

10   been over in the claim, contained information on

11   gender, right?  The Physician Quality Comparison

12   Report included information on gender, right?

13       A     I'm not sure how the claim relates.

14   Again, I'm not counsel.  I'm not an attorney.  I

15   don't know how the claim relates to what we may or

16   may not have been doing on the website in 2004.

17       Q     Okay.  I'm not asking that, though,

18   Mr. Neal.  My question was --

19       A     But you were reading -- I'm sorry.  You

20   were reading that to me, which is part of the patent

21   application, which requires an interpretation.

22       Q     I'm just asking you a factual question,

23   sir.  You understood that in 2004, the Physician

24   Quality Comparison Report had information on

25   healthcare provider gender, right?

Attorneys' Eyes Only

Page 141

1           CONFIDENTIAL - ATTORNEYS EYES ONLY

2        A      It did.

3        Q      Okay.  You understood that in 2004, the

4    Physician Quality Comparison Report had information

5    on specialty information?

6        A      It did.

7        Q      You understood that in 2004, the Physician

8    Quality Comparison Report had information on

9    healthcare provider age, right?

10       A      Age was not in there.  I think we

11   determined that it was years in medical practice.

12       Q      Okay.  And you understood that in 2004,

13   the Physician Quality Comparison Report had

14   information on, yes, years in profession, years in

15   practice, right?

16       A      Yes.

17       Q      Okay.  And you understood that in 2004,

18   the Physician Quality Comparison Report showed

19   comparison ratings of healthcare providers, right?

20       A      There were no comparison ratings of

21   healthcare providers.

22       Q      Okay.  Can you please turn to 32073?

23       A      32073.

24       Q      Okay.  And that's referencing hospitals

25   there, right?

Attorneys' Eyes Only

Page 142

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      A    Those are hospitals, not physicians.

3      Q    Right.  Hospitals, as you told me earlier,

4  are healthcare providers, right?

5      A    Okay.  I'm sorry.  By definition, that was

6  the broader definition to include hospitals.  Okay.

7      Q    Okay.  Right?  So with that understanding,

8  you understood that the Physician Quality Comparison

9  Reports in 2004 showed comparison ratings of

10 healthcare providers, right?

11          MR. VAZQUEZ:  Form.

12     A    They provided comparison ratings of

13 hospitals.  Very important distinction.

14          MR. STIMPSON:  Okay.  Move to strike as

15 nonresponsive.

16          Can you read the question back?

17          (Record read as requested.)

18          MR. VAZQUEZ:  Form.

19     A    It provided comparison ratings of only

20 hospitals.

21     Q    (BY MR. STIMPSON)  All right.  And as you

22 talked about earlier, hospitals can be considered

23 healthcare providers, correct?

24     A    That's for someone else to determine.

25 I've heard multiple uses of providers, which is the

Attorneys' Eyes Only

Page 156

1            CONFIDENTIAL - ATTORNEYS EYES ONLY

2       A     That's correct.

3       Q     And you also knew that that report could

4    be created using this information that we just talked

5    about that came from third parties, right?

6       A     Yes.

7       Q     And you also knew that the report would

8    also be made available to the consumer over the

9    website, right?

10      A     Yes.

11      Q     So, Mr. Neal, the physician quality

12   comparison reports for 2004 had numerous of the claim

13   elements from your '060 patent, right?

14            MR. VAZQUEZ:  Form.  And, again, calls for

15   expert testimony.  He's not an attorney.

16            To the extent you can answer it, go ahead.

17      A     I would have to defer to counsel on that

18   one.

19      Q     (BY MR. STIMPSON)  So you're not going to

20   answer that question?

21      A     No.

22            MR. STIMPSON:  Did he say no?

23      A     I'm going to say I would defer to counsel.

24      Q     (BY MR. STIMPSON)  Okay.  But my question

25   is, are you refusing to answer that question?

Page 157

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      A     I'm not qualified to answer that question.

3      Q     So are you refusing to answer it?

4      A     That's my answer.

5      Q     Okay.  So let's look at -- when did Health

6  Grades start collecting patient provided information?

7      A     Patient provided information, from my

8  prior comments, the 2006 to 2007 timeframe is my

9  recollection.  If you have any documents that suggest

10  otherwise, I would love to see them.  I don't know

11  exactly.

12          MR. STIMPSON:  25.

13      Q     (BY MR. STIMPSON)  Let me show you what

14  has been marked as Exhibit 25.  This is an e-mail

15  from Dave Hicks to a bunch of people, including

16  yourself.

17      A     Okay.

18      Q     Do you agree?

19          MR. VAZQUEZ:  Can you give him a chance

20  just to read it?

21          MR. STIMPSON:  Yeah, sure.

22          MR. VAZQUEZ:  When you're done and ready

23  to answer the question, just let him know.

24      A     Okay.

25      Q     (BY MR. STIMPSON)  This is an e-mail from

Attorneys' Eyes Only

Page 158

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2      Mr. Hicks to several people, including yourself, on

3      February 4, 2004, correct?

4          A     Yeah, that's what this document is.

5          Q     And these e-mails are created and kept in

6      the ordinary course of Health Grades' business,

7      correct?

8          A     Yes, I believe so.

9          Q     And so as of this time, 2004, Health

10     Grades had already collected answers to patient

11     satisfaction surveys, correct?

12         A     Based on this document, I would say yes.

13         Q     So it wasn't 2006, 2007 like you

14     testified; it was actually early 2004?

15         A     I think my --

16               MR. VAZQUEZ:  Form.  Misstates the

17     testimony.

18         A     Yeah, I said I thought it was 2006, 2007,

19     but I wasn't sure.

20         Q     (BY MR. STIMPSON)  Okay.  Actually it was

21     1999, right?

22               MR. VAZQUEZ:  Form.  What is 1999?

23         Q     (BY MR. STIMPSON)  Read number 1 there,

24     Mr. Neal.

25               MR. VAZQUEZ:  Again, form.  I don't even

Page 249

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2      just to see what was being discussed.

3          Q     Look to page HG 0207397, please.

4          A     Okay.

5          Q     Is this a mockup?

6          A     It would appear to be, yes.

7          Q     And what makes you say that?

8          A     Because I don't recall -- what jumps out

9      to me at the top of this page is the Center for Joint

10     Reconstruction.  At the top specialties, location,

11     philosophy, surgical expertise.

12             I don't recall us ever -- we didn't even

13     prototype something like that, to my knowledge.  I

14     just don't recall anything similar to that.

15             MR. STIMPSON:  Jesus, what was redacted up

16     here?  Do you know?  It seems strange because it's a

17     presentation, so I don't know what you would have

18     redacted.

19             MR. VAZQUEZ:  I think what was redacted

20     here was that this was forwarded to me.

21             MR. STIMPSON:  All right.

22             MR. VAZQUEZ:  It's just a forwarding

23     e-mail from --

24             MR. STIMPSON:  Thank you.

25             Can I have Exhibit 10, please, David?

Page 250

1              CONFIDENTIAL - ATTORNEYS EYES ONLY

2         Q     (BY MR. STIMPSON)  I show you what has

3    been marked as Exhibit 10, Mr. Neal.

4              Have you seen this document before?

5         A     Press Release, I do recall seeing this.

6         Q     And this confirms that as of

7    August 2, 2005, Health Grades was adding physician --

8    adding physician satisfaction survey results to its

9    Physician Quality Reports, correct?

10        A     That's what the document says.

11        Q     It also confirms that detailed physician

12   and practice information from physicians themselves

13   are being added as of that date?

14        A     Yes, that's what it says.

15        Q     What was the first time, to your

16   recollection, that comparison ratings were provided

17   to the Health Grades reports?

18              MR. VAZQUEZ:  Object to form.

19        A     What's the definition of a comparison

20   rating?

21        Q     (BY MR. STIMPSON)  Well, what do you

22   understand it to be?

23        A     By my definition, a comparison rating is a

24   score or rating that's assigned to an individual

25   physician.

Attorneys' Eyes Only

Page 251

1        CONFIDENTIAL - ATTORNEYS EYES ONLY

2        Q     Okay.  Using that definition, when were

3    comparison ratings first added to Health Grades'

4    reports?

5             MR. VAZQUEZ:  Form.

6        A     I don't know.

7        Q     (BY MR. STIMPSON)  Well, how would the

8    comparison ratings then differ from the physician

9    satisfaction surveys, under your definition?

10       A     The survey is just a survey.

11       Q     Okay.

12       A     We haven't assigned any type of rating or

13   score.  It's just a survey.

14       Q     Okay.  So how were they displayed in the

15   Physician Quality Reports then?

16       A     It would have just been the actual survey

17   results, a compilation of those, but there were no

18   scores assigned, and that was intentional for the

19   reasons that I mentioned previously, because it was a

20   risk to our business model.

21       Q     All right.  So as of August 2, though, we

22   have physician satisfaction surveys and detailed

23   physician and practice information from physicians in

24   the quality reports, right?

25       A     That's what this indicates.

Attorneys' Eyes Only

Page 252

CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2          MR. STIMPSON:  David, could I have this,

3     please?

4          Q    (BY MR. STIMPSON)  Actually, before I get

5     to this document, let me ask you this.  The Drucker

6     report we saw in Exhibit 51, why didn't you disclose

7     that to the Patent and Trademark Office in connection

8     with the application that led to the '060 patent?

9          A    We weren't patenting the Drucker report.

10    It was unrelated to what we were patenting.

11         Q    Any other reasons?

12         A    I think that's probably a good enough

13    reason, at least in my mind.

14         Q    All right.  And how, in your mind, did

15    what you were patenting differ from the Drucker

16    report?

17         A    The Drucker report was a prototype.  It

18    was for us to try to gain an understanding and try to

19    conceptualize certain thoughts and ideas that we had.

20              But as it turns out, we ended up doing

21    things differently.  And maybe as a result of that,

22    that influenced our future ideas in the way that we

23    presented information and results and combined those

24    results on our website.

25         Q    So you said the reason you didn't disclose