Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S OPPOSITION TO
MDX MEDICAL, INC.'S MOTION TO COMPEL**

---

**Exhibit B**

**June 28, 2012 Deposition of Allen Dodge**
*(select portions)*

Attorneys' Eyes Only

Page 1

1         CONFIDENTIAL ATTORNEYS EYES ONLY
2           IN THE UNITED STATES DISTRICT COURT
3               FOR THE DISTRICT OF COLORADO
4    Case No. 11-CV-00520-PAB-BNB
5    _____
6    30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,
7    Representative Allen Dodge
8    and
9    DEPOSITION OF ALLEN DODGE
10   June 28, 2012
11   _____
12
     HEALTH GRADES, INC.,
13
     Plaintiff,
14
     v.
15
     MDX MEDICAL, INC. d/b/a VITALS.COM,
16
     Defendant.
17   _____
18
19
20
21
22
23
24
25    Job No. NJ403425

Veritext/NJ Reporting Company
800-227-8440                                           973-410-4040

Attorneys' Eyes Only

Page 2

```
 1              CONFIDENTIAL ATTORNEYS EYES ONLY
 2      APPEARANCES:
 3         MERCHANT & GOULD
               By Kristin L. Stoll-DeBell, Esq.
 4                1050 17th Street
                  Suite 1950
 5                Denver, CO 80265
                  Phone: 303.357.1670
 6                Fax: 303.357.1671
                  kstolldebell@merchant-gould.com
 7                Appearing on behalf of the
                  Plaintiff
 8
 9         ROTHGERBER JOHNSON & LYONS LLP
               By Jesus Manuel Vazquez Jr., Esq.
10                1200 Seventeenth Street
                  Suite 3000
11                Denver, CO 80202-5855
                  Phone: 303.623.9000
12                Fax: 303.623.9222
                  jvazquez@rothgerber.com
13                Appearing on behalf of the
                  Plaintiff
14
           SILLS CUMMIS & GROSS, PC
15             By Scott D. Stimpson,  Esq.
                  30 Rockefeller Plaza
16                New York, NY 10112
                  Phone: 212.643.7000
17                Fax: 212.653.6500
                  sstimpson@sillscummis.com
18                Appearing on behalf of the
                  Defendant
19
20
21
22
23
24
25
```

Veritext/NJ Reporting Company

800-227-8440                                          973-410-4040

Attorneys' Eyes Only

Page 3

```
 1            CONFIDENTIAL ATTORNEYS EYES ONLY
 2              Pursuant to Notice and the Federal Rules of
 3    Civil Procedure, the 30(b)(6) Deposition of Health
 4    Grades, Inc. and Deposition of Allen Dodge, called by
 5    Defendant, was taken on Thursday, June 28, 2012,
 6    commencing at 8:13 a.m., at 1200 Seventeenth Street,
 7    Suite 3000, Denver, Colorado, before Kelly A.
 8    Mackereth, Certified Shorthand Reporter, Registered
 9    Professional Reporter, Certified Realtime Reporter
10    and Notary Public within Colorado.
11
                           * * * * * * *
12
                             I N D E X
13
14    EXAMINATION                                         PAGE
15     BY MR. STIMPSON                                       5
       BY MR. VAZQUEZ                                      317
16
17    PRODUCTION REQUEST(S):
18     None.
19
20
21
22
23
24
25
```

Attorneys' Eyes Only

Page 4

```
 1          CONFIDENTIAL ATTORNEYS EYES ONLY
 2                  INDEX OF EXHIBITS
 3
                                               INITIAL
 4    DESCRIPTION                              REFERENCE
 5
      Exhibit 62  30(b)(6) deposition dated June   16
 6                11, 2012 with 12 deposition
                  topics
 7
      Exhibit 63  Budget to actual report of      298
 8                Mountain Acquisition Corp
 9
      PREVIOUSLY MARKED EXHIBITS
10
11    Exhibit 3                                   294
      Exhibit 8                                   192
12    Exhibit 9                                   190
      Exhibit 20                                  158
13    Exhibit 25                                  171
      Exhibit 26                                  179
14    Exhibit 27                                  181
      Exhibit 29                                  184
15    Exhibit 45                                   15
      Exhibit 46                                  176
16    Exhibit 48                                  191
      Exhibit 49                                  167
17    Exhibit 51                                  213
      Exhibit 52                                  211
18
19
20
21
22
23
24
25
```

Attorneys' Eyes Only

Page 75

1         CONFIDENTIAL ATTORNEYS EYES ONLY
2      A     It did continue in 2006.
3      Q     Any changes you recall?
4      A     I can't think of any changes to the
5   product, to Connecting Point in 2006.
6      Q     Other than these products we just talked
7   about, the list we went through, any other products
8   and/or services of Health Grades in 2006?
9      A     The only other product I can think of that
10  I believe was in 2006 was a -- it was really a
11  product that was being developed but never really was
12  launched called Healthcare Credit Solutions.
13     Q     What was that?
14     A     It was intended to be a healthcare credit
15  card.  So really a credit card that people could use
16  to purchase goods and services.
17     Q     So that wasn't a report.  It was just a
18  healthcare card?
19     A     Correct.
20     Q     Any others in 2006?
21     A     None that I can think of, no.
22           MR. STIMPSON:  I'm sorry.  I was here very
23  early and I drank too much coffee.  Can you give me
24  two minutes?
25           (Recess taken from 9:58 a.m. to

Attorneys' Eyes Only

Page 76

1        CONFIDENTIAL ATTORNEYS EYES ONLY
2   10:02 a.m.)
3       Q    (BY MR. STIMPSON)  Mr. Dodge, are you
4   familiar with a Physician Quality Guide?
5       A    Yes, that term I'm familiar with.
6       Q    How does a Physician Quality Guide differ
7   from a Physician Quality Report, if at all?
8       A    Well, the Physician Quality Guide was what
9   was offered under QRS to employers.  So it's part of
10  that suite of offering to employers and health plans.
11      Q    Okay.  What was the Physician Quality
12  Guide?
13      A    It was essentially providing the physician
14  information to employers and health plans who
15  prescribed for that QRS service.
16      Q    How did that information differ from the
17  Physician Quality Report?
18      A    I can't recall.  I believe it was more
19  look and feel potentially, but I can't recall today
20  specifically what would have been different.
21      Q    There were differences, though, between a
22  Physician Quality Guide and a Physician Quality
23  Report?
24      A    I think so.  Possibly it's the look and
25  feel but, other than that, I'm not sure.

Attorneys' Eyes Only

Page 77

1        CONFIDENTIAL ATTORNEYS EYES ONLY
2     Q    When was the Physician Quality Guide first
3  introduced?
4     A    I believe it was when we introduced the
5  QRS, so certainly -- I believe it was available in
6  some form in 2003.
7     Q    Did the Physician Quality Guide have
8  information provided by healthcare providers?
9          MR. VAZQUEZ:  Form.
10    A    Again, a couple initial questions.  What
11 period are we talking about?
12    Q    (BY MR. STIMPSON)  Let's start with 2003
13 and then we'll move ahead.
14    A    And, again, the reason I'm pausing is the
15 products themselves, such as Physician Quality Guide,
16 would not necessarily have ever had any physician
17 information or any information provided from anyone.
18 It was a product based upon data.
19    Q    What do you mean it was a product based
20 upon data?
21    A    I guess what I'm getting back to is just
22 making sure that I'm clear that the products
23 themselves, Physician Quality Guide being one of
24 them, was a product offering that was based upon
25 Health Grades' databases of information.

Attorneys' Eyes Only

Page 78

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2           So my only clarification is that there
3      wouldn't have been anything specifically provided
4      from anyone to the Physician Quality Guide but rather
5      somehow to the databases.
6        Q    I understand.  So what you're saying is
7      the doctor doesn't get in and change the Physician
8      Quality Guide.  He just changes the data -- he tells
9      you some changes he wants to the database and then
10     Health Grades would make the change to the Physician
11     Quality Guide?
12       A    That's more correct, yes, the database.
13     Whether it was a third party or Health Grades
14     updating the database, it would have changed our
15     databases and then how that was -- how that was then
16     ultimately applied to the different products would
17     have been up to Health Grades ultimately.
18       Q    When was the first time that a Physician
19     Quality Guide included information provided by a
20     healthcare provider?
21            MR. VAZQUEZ:  Form.
22       A    Provided -- can you state that just one
23     more time?
24       Q    (BY MR. STIMPSON)  Yeah.  When was the
25     first time that a Physician Quality Guide would have

Attorneys' Eyes Only

Page 79

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2   included information from the database that was
3   received by a -- from a healthcare provider?
4        A    And your healthcare provider definition
5   now, is that the broad --
6        Q    Let's leave it that way for now, yeah.
7             MR. VAZQUEZ:  Form.
8        A    Okay.  I believe in 2006 it could have
9   been a variant of 2005.
10       Q    (BY MR. STIMPSON)  Would that have been
11  with the implementation of Physician Online Services?
12            MR. VAZQUEZ:  Form.
13       A    I mean, certainly it would have had to
14  have been -- I believe it would have been after the
15  implementation of Physician Online Services, but not
16  necessarily directly tied to that offering.
17       Q    (BY MR. STIMPSON)  Right.  You have to
18  launch Physician Online Services and then
19  instantaneously the doctor hasn't changed it and that
20  information found its way into a report, I
21  understand.
22            But generally speaking, when Physician
23  Online Services was launched, the intent of Health
24  Grades when launching that service was so that
25  healthcare providers could come in and edit or change

Attorneys' Eyes Only

Page 80

1        CONFIDENTIAL ATTORNEYS EYES ONLY
2    that information and that information perhaps after a
3    vetting process would make it into these reports,
4    right?
5              MR. VAZQUEZ:  Form.
6        A    The intention of launching that service
7    was certainly to help Health Grades review the
8    accuracy of our information.  So it was certainly
9    intended to give providers, healthcare providers the
10   ability to review and edit and suggest changes.  And
11   at some point Health Grades expected to include the
12   updates or information on the website.
13       Q    (BY MR. STIMPSON)  With the launch of
14   Physician Online Services, was Health Grades prepared
15   at that time to introduce those edits into reports?
16             MR. VAZQUEZ:  Form.
17       A    I don't know if we were ready immediately
18   upon launching POS, I don't recall.
19       Q    (BY MR. STIMPSON)  Well, I mean, just from
20   public relations and a point of relationship view of
21   physicians, if Dr. Smith gets on and says you've got
22   my address wrong I'm not in Denver, I'm in Boulder,
23   he gets online on Physician Online Services and
24   changes it, it wouldn't be a very good idea for
25   Health Grades to keep that unchanged for a long

Attorneys' Eyes Only

Page 87

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2      Q    And what was the first types and type of
3  patient provided information that made it into the
4  Physician Quality Guide?
5           MR. VAZQUEZ:  Form.
6      A    I believe it was the patient ratings, as
7  we spoke about, the survey information.  And I don't
8  know if you just asked the type; that was the type.
9      Q    (BY MR. STIMPSON)  Right.  And those
10 ratings were obtained from the Health Grades website
11 surveys?
12     A    Yes, they were.
13     Q    And when did that patient provided rating
14 information first make it into a Health Grades
15 report?
16     A    Again, my recollection is 2006.  I don't
17 know if it was any time prior.
18     Q    What did you do, if anything, to try to
19 determine that in preparation for today's deposition?
20          MR. VAZQUEZ:  Again, you can tell him --
21 answer the question what you've done but without
22 divulging our communications.
23     A    Again, I reviewed numerous documents which
24 I described before counsel asked me not to be
25 specific.  So, you know, I reviewed numerous

Attorneys' Eyes Only

Page 88

1      CONFIDENTIAL ATTORNEYS EYES ONLY
2   documents to prepare for the topics that I came here
3   to testify to.
4        Q    (BY MR. STIMPSON)  So as we sit here
5   today, though, you can't tell me whether it was 2005
6   or 2006 that patient provided rating information made
7   it into its first Health Grades report?
8        A    I can't tell you specifically when.  I've
9   told you that I believe 2006, in that period, they
10  were available.  But without documents that you have
11  to show me, I can't say anything more than that.
12       Q    Can you tell me whether it was in the
13  first half of 2006?
14       A    I don't know.
15       Q    How about comparison ratings, when was the
16  first time comparison ratings made it into a Health
17  Grades report?
18            MR. VAZQUEZ:  Form.
19       A    Again, I believe they were available in
20  2006.  I don't recall if they were prior to 2006.
21       Q    (BY MR. STIMPSON)  Okay.  Do you recall if
22  it was prior to the second half of 2006?
23       A    I don't recall.
24       Q    Did the Physician Quality Guide include
25  information verified by third parties --

Attorneys' Eyes Only

Page 89

1              CONFIDENTIAL ATTORNEYS EYES ONLY
2                  MR. VAZQUEZ:  Form.
3         Q     (BY MR. STIMPSON)  -- in 2005?
4                  MR. VAZQUEZ:  Form.
5         A     Yes, it would have.
6         Q     (BY MR. STIMPSON)  In 2005 would it have
7    included board certification verified by third
8    parties?
9                  MR. VAZQUEZ:  Form.
10        A     Yes, I believe it would.
11        Q     (BY MR. STIMPSON)  Licensure?
12        A     I'm pausing.  I believe it would have.
13   But there's certain elements I'm sure of, board
14   certification is one.  I believe licensure would have
15   been.
16        Q     In 2005?
17        A     Yes.
18        Q     Would the Physician Quality Guide include
19   third-party verified information on disciplinary
20   action in 2005?
21                 MR. VAZQUEZ:  Form.
22        A     Yes, it would have.
23        Q     (BY MR. STIMPSON)  How about medical
24   schools?
25        A     I believe it would have, yes.

Attorneys' Eyes Only

Page 90

1  CONFIDENTIAL ATTORNEYS EYES ONLY
2  Q    Medical internship?
3  A    I believe so.
4  Q    Medical residency?
5  A    I believe so, yes.
6  Q    Medical fellowship?
7  A    I don't know.  Don't recall.
8  Q    How about 2006, would it have included
9  fellowship information?
10 A    I don't know.
11 Q    And the Physician Quality Guide was a
12 report that was created and available over the Health
13 Grades website in 2005, right?
14      MR. VAZQUEZ:  Form.
15 A    Yes, it would have been.
16 Q    (BY MR. STIMPSON)  The same for 2006?
17 A    Yes.
18      MR. VAZQUEZ:  Foundation.
19 Q    (BY MR. STIMPSON)  Are you familiar with a
20 Physician Research Quality Report?
21 A    I am familiar with the term.
22 Q    What was the Physician Research Quality
23 Report?
24 A    To the best of my recollection, it was the
25 same as or similar to the Physician Quality Report.

Attorneys' Eyes Only

Page 91

1    CONFIDENTIAL ATTORNEYS EYES ONLY
2        Q    Do you know why it had a different name,
3    Physician Research Quality Report?
4        A    I don't know.
5        Q    As you sit here today, can you tell me any
6    differences between a Physician Research Quality
7    Report and the Physician Quality Report?
8        A    I can't.
9        Q    Do you know when the Physician Research
10   Quality Report was first available?
11            MR. VAZQUEZ:  Form.
12       A    I don't know.
13       Q    (BY MR. STIMPSON)  Do you know if the
14   Physician Research Quality Report had patient
15   provided information in 2005?
16       A    Again, I would restate that the ratings
17   information or the patient provided information I
18   believe was launched in 2006.  So that would have
19   been in various products.  But prior to that, I don't
20   know.  And that's what I would say if there was
21   information on ratings in this PRQR, I believe it
22   would have included the patient ratings in 2006.
23       Q    But you're not sure as we sit here today
24   whether the PRQR even had patient ratings?
25       A    I'm not specifically, no.