**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's Order [Dkt. No. 584], the parties, Health Grades, Inc. ("Health Grades") and MDx Medical, Inc. ("MDx") respectfully submit this Joint Status Report.

**I.  NATURE OF THE DISPUTE BETWEEN THE PARTIES**

This is a dispute regarding U.S. Patent No. 7,752,060 (the "'060 patent")  The '060 patent is generally directed to a system and method for creating and providing a report on a healthcare provider using healthcare provider-verified information, patient-provided information, and information verified by the an independent third-party source, wherein the report includes comparison ratings of healthcare providers.

**(a)  Health Grades' claims:** Health Grades contends that MDx, via its vitals.com website, directly infringes, under 35 U.S.C. § 271(a) the '060 patent.  Health Grades also contends that MDx indirectly infringes the '060 patent, under 35 U.S.C. §§271(b) and (c), by contributing to and inducing infringement by Aetna's iTriage mobile application and website. Health Grades contends MDx's infringement is willful. Health Grades seeks a permanent

injunction and damages, including provisional rights damages, enhanced damages, attorney's fees, and interest. Health Grades denies it engaged in any inequitable conduct and contends that this case is exceptional under 35 U.S.C. § 285 and that it is entitled to its reasonable fees and costs.

**(b)     MDx's claims and defenses:**  MDx contends that (1) it does not infringe, directly or indirectly, any claim of the '060 patent; (2) all the asserted claims of the '060 patent are invalid as being anticipated under 35 U.S.C. § 102 and/or obvious under 35 U.S.C. § 103; and (3) all the claims of the '060 patent are unenforceable due to Health Grades' inequitable conduct in defrauding the U.S. Patent and Trademark Office when it obtained the '060 patent.  MDx denies any claim of willful infringement.  MDx also contends that Health Grades is not entitled to any of the remedies sought.  Finally, MDx contends that this case is exceptional under 35 U.S.C. § 285 and that it is entitled to reasonable fees and costs.

## II.     CURRENT STATUS OF THE PROCEEDINGS

Fact and expert discovery are closed.  However, the parties have agreed that limited supplemental expert discovery is needed.  As outlined below, there are several motions pending before this Court.  A seven day trial is set to commence on February 3, 2014.

## III.    PENDING MOTIONS

(1)   May 8, 2012 - MDx's summary judgment motion of non-infringement (relating to the comparison ratings claim element) [Dkt. No. 195].

(2)   Oct. 22, 2012 - Health Grades' motion to exclude MDx's technical expert [Dkt. No. 338].

(3)   Oct. 25, 2012 - MDx's motion to exclude Health Grades' technical expert [Dkt. No. 349].

(4)   Nov. 2, 2012 - MDx's summary judgment motion of non-infringement (relating to the healthcare provider verified and third party verified claim elements) [Dkt. No. 368].

(5)   Nov. 2, 2012 - Health Grades' summary judgment motion re invalidity and inequitable conduct [Dkt. No. 369].

2

(6) Nov. 2, 2012 - MDx's summary judgment motion of no willfulness [Dkt. No. 371].

(7) Nov. 2, 2012 - MDx's summary judgment motion re: damages [Dkt. No. 372].

(8) Nov. 2, 2012 - MDx's motion to exclude Health Grades' damages expert [Dkt. No. 375].

(9) Dec. 13, 2012 - Health Grades' motion to strike sections of MDx's opposition to Health Grades' summary judgment motion re invalidity [Dkt. No. 440].

(10) Jan. 22, 2013 - MDx's summary judgment of no infringement re iTriage [Dkt. No. 490].

(11) April 24, 2013 - MDx's motion for Rule 11 sanctions re iTriage [Dkt. No. 564].

(12) May 1, 2013 - MDx's motion to compel deposition [Dkt. No. 575].

(13) May 15, 2013 - Health Grades' motions to supplement & amend pretrial order [Dkt. No. 585].

## IV. PROSPECTS FOR SETTLEMENT

Counsel for the parties met in person on August 30, 2012, in a formal mediation before an independent mediator, to discuss, in good faith, the settlement of the case. Counsel for the parties do not intend to hold future settlement conferences. It appears from the discussion by all counsel that there is little possibility of settlement.

Dated: May 24, 2013                                   Respectfully submitted,

*s:/Jesus M. Vazquez*                                 *s:/Scott D. Stimpson*
Jesus M. Vazquez, Jr.                                 Scott D. Stimpson
Kris J. Kostolansky                                   Scott B. Murray
Gregory B. Kanan                                      David C. Lee
Rothgerber Johnson & Lyons LLP                        Sills Cummis & Gross P.C.
1200 17th Street, Suite 3000                          30 Rockefeller Plaza
Denver, Colorado 80202                                New York, New York 10112
Tel: (303) 623-9000                                   Tel: (212) 643-7000
Fax: (303) 623-9222                                   Fax: (212) 643-6500
E-mail: jvazquez@rothgerber.com                       E-mail: sstimpson@sillscummis.com
E-mail: kkosto@rothgerber.com                         E-mail: smurray@sillscummis.com
E-mail: gkanan@rothgerber.com                         E-mail: dlee@sillscummis.com

*Attorneys for Plaintiff*                             and
Health Grades, Inc.

2004216482_1

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

4

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2013, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

*s:/Jesus Vazquez*
Jesus Vazquez