IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to a conflict in the Court's calendar,

      IT IS ORDERED that the hearing set on motions #575 and #585, for **June 5, 2013**, is reset to **10:30 a.m.**


DATED:  May 31, 2013