**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 589 & 589-1 – TO REDACT THREE REFERENCES TO SPECIFIC, COMPETITIVELY-SENSITIVE INFORMATION FROM THE MDx/AETNA AGREEMENT**

---

    MDx respectfully requests very limited confidentiality restrictions for document numbers 589 and 589-1, to redact three references in these documents to specific, competitively sensitive information from the MDx/Aetna agreement (specifically, the dollar amount being paid by Aetna to MDx pursuant to the agreement) in the identical manner that this Court has already previously restricted the same confidential information in documents previously filed in this action.

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to document numbers 589 and 589-1 which were filed by Health Grades, Inc. ("Health Grades") in connection with its opposition (the "Opposition") to MDx's Motion for Rule 11 Sanctions, and is hereby providing the Court with replacement, redacted versions of these documents.

1

MDx is requesting restricted access for the Opposition and one of the exhibits to it – Dkt. Nos. 589 and 589-1. For each document, MDx is submitting a proposed, redacted version, from which the MDx highly confidential information has been redacted, in exactly the same fashion as previously granted by the Court, to be used for public access. The redacted material is the specific monetary payment amount from MDx's Master Business Agreement with Aetna. MDx respectfully requests that access to the unredacted versions of document numbers 589 and 589-1 remain restricted at Restricted Level 1, and the proposed, redacted documents attached hereto be used as replacements for public access.

Pursuant to *D.C.COLO.LCivR* 7.1(A), MDx's counsel has conferred with counsel for Health Grades regarding this Motion on June 3, 2013 and Health Grades indicated that it does not oppose the relief requested in this motion.

**Discussion**

MDx respectfully requests restricted access to Dkt. Nos. 589 and 589-1 as follows:

**Doc. Nos. 589 and 589-1** – The Opposition and Exhibit B to it both specifically identify the amount of the monetary payment by Aetna to MDx pursuant to MDx's Master Business Agreement with Aetna. (*See* pp. 7 & 11 of the Opposition and Exhibit B). This monetary payment amount represents highly confidential and competitively sensitive information regarding the financial terms of the MDx/Aetna business relationship. MDx proposes very narrowly tailored redactions of the monetary payment amount that appear in the Opposition at pages 7 and 11, and once in Exhibit B to the Opposition. *See* Redacted Versions of Dkt. Nos. 589 and 589-1, attached hereto as Exhibits A & B, respectively. The Court has granted two previous motions to restrict in which MDx requested the same monetary payment amount from

2

the MDx/Aetna Agreement to be restricted.  Court's Orders, Dkt. Nos. 303 and 557.  Moreover, the Court has on at least three occasions previously allowed the entire MDx/Aetna Agreement to remain restricted.  Court's Orders, Dkt. Nos. 303, 511 and 586.

MDx is requesting that the Court grant the same relief that it has previously granted regarding protecting from public disclosure the payment amount from the ongoing MDx/Aetna Agreement, by proposing very limited redactions of just the three references to this amount.

**Conclusion**

For the foregoing reasons, MDx requests that this Court grant this motion for continued restrictions on access to Document Nos. 589 and 589-1, at a Level 1 restriction, and to use the attached, redacted exhibits as public access versions.

Dated:  June 3, 2013

Respectfully submitted,
*s:/Scott B. Murray*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com
and
Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 589 & 589-1 – TO REDACT THREE REFERENCES TO SPECIFIC, COMPETITIVELY-SENSITIVE INFORMATION FROM THE MDx/AETNA AGREEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@rothgerber.com, phenke@rothgerber.com

- Gregory B. Kanan
  gkanan@rothgerber.com, dgrooms@rothgerber.com

- Kris John Kostolansky
  kkosto@rothgerber.com, dgrooms@rothgerber.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Scott B. Murray
  smurray@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                       _s:/Scott B. Murray_