# EXHIBIT B

(Redacted version of Dkt. # 589-1)

Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES OPPOSITION TO MDX'S
MOTION FOR RULE 11 SANCTIONS**

# Exhibit B

**Diagram of Aetna subsidiaries connected to the iTriage products**



Sources:
1. MDx-Aetna Life Agreement [Doc. #486 at p.3.]
2. MDx-Aetna Life Agreement [Doc. #486 at p.7.]
3. MDx-Aetna Life Agreement [Doc. #486 at p.8.]
4. List of Aetna, Inc.'s Subsidiaries, http://www.sec.gov/Archives/edgar/data/1122304
000112230413000037/ex21_1.htm (Ex. B hereto).