IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 11-cv-00520-PAB-BNB | Date: June 5, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| HEALTH GRADES, INC | *Jesus M. Vazquez Jr.* |
| | *Kris J. Kostolansky* |
| **Plaintiff(s)** | |
| v. | |
| MDX MEDICAL, INC | *Scott D. Stimpson* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:34 a.m.

Appearance of counsel.

Argument given on [575] MDX Medical, Inc.'s Motion to Compel.

For reasons stated on the record, it is

**ORDERED:  [575] MDX Medical, Inc.'s Motion to Compel is DENIED.**

Argument given on [575] Health Grades, Inc.'s Motion to Supplement Pretrial Order with Revised Exhibit List and motion to Amend Pretrial Order to Add MDX's Opinion Counsel Philip Braginsky to List of Witnesses Whose Testimony is Expected to be Presented by Means of a Deposition.

For reasons stated on the record, it is

**ORDERED:  [575] Health Grades, Inc.'s Motion to Supplement Pretrial Order with Revised Exhibit List and Motion to Amend Pretrial Order to Add MDX's Opinion Counsel Philip Braginsky to List of Witnesses Whose Testimony is**

**Expected to be Presented by Means of a Deposition is GRANTED IN PART and DENIED IN PART.**

**GRANTED as to supplement pretrial order with revised exhibit list as to unopposed exhibits 391, 392, 393, and 394.**
**DENIED as to supplement pretrial order with revised exhibit list as to opposed exhibit 389, a video.**

**GRANTED as to amend pretrial order to add MDX's opinion counsel Philip Braginsky to list of witnesses whose testimony is expected to be presented by means of deposition.**

**Request by defense to amend pretrial order to add Philip Braginsky to will call list of witnesses, GRANTED.**

Court in Recess:  11:39 a.m.   Hearing concluded.     Total time in court:  01:05

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119