IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com,

Defendant.
_____

## ORDER
_____

This matter arises on the following:

(1)    **MDx Medical, Inc.'s Motion to Compel** [Doc. # 575, filed 5/1/2013] (the "Motion to Compel"); and

(2)    **Health Grades, Inc.'s Motion to Supplement Pretrial Order** [Doc. # 585, filed 5/15/2013] (the "Motion to Amend Pretrial Order").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)    The Motion to Compel [Doc. # 575] is DENIED; and

(2)    The Motion to Amend Pretrial Order [Doc. # 585] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED, without objection, to add as exhibits on the plaintiff's exhibit list Plt's Ex. Nos. 391, 392, 393, and 394;

• GRANTED to add Philip Braginsky as a plaintiff's witness whose testimony is expected to be presented by means of deposition and to add Mr. Braginsky as a defendant's witness who may be present at trial; and

• DENIED in all other respects. The issue of the FJC video may be addressed in connection with the parties' demonstrative exhibits.

Dated June 5, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge