# EXHIBIT O

Vitals

By: Name, Specialty or Condition

DOCTORS  Type a name

☐ Only show doctors accepting my insurance

Address (e.g. city, state or zip)

SEARCH



**Untangling Alzheimer's**
www.AlzheimersStudies.com
A Global Research Study Is Now Enrolling People Who May Have AD

ADVERTISEMENT

AdChoices

Home > Neurological Surgeons > GA > Atlanta > Dr. Sanjay Gupta > Credentials

Source: emoryhealthcare.org

# Sanjay Gupta, MD

-  

**Neurological Surgeon**
16 years of experience
Video profile
　　Accepting new patients

Write a Review

Grady Memorial Hospital
80 Jesse Hill Jr Dr SE
Ste OPC
Atlanta, GA 30303
(404) 616-5800

Locations and availability (7)

| Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance |
| --- | --- | --- | --- | --- |

Patient Education　　Write a Review

Sign In: Patient | Doctor

ADVERTISEMENT



**Ranked #1 in The Nation**

HSS.edu/SportsM...

Hospital for Special Surgery The Best Hospital, the Best Results

**4 Heart Attack Signs**

www.newsmax.com

Right Before a Heart Attack You'll Feel These 4 Things.



## Education  ?

**MEDICAL SCHOOL**

**University of Michigan Medical School** (1993) *

SCORE

RANKINGS

TOP 25%

**RESIDENCY**

**University of Michigan Hospital** (2000) *

**FELLOWSHIP**

**University of Tennessee Bowld Hosptial** (2001) *

* This information was reported to Vitals by the doctor or doctor's office.

## Awards & Distinctions  ?

**AWARDS**

    **OUTSTANDING RESIDENT TEACHING AWARD**

    **MEMBER**

    **STUDENT RESEARCH AWARD**

    **ANGELL SCHOLAR**

    **GALENS MEDICAL HONOR SOCIETY**

    **Patients' Choice Award** (2008 - 2009)

**APPOINTMENTS**

Univ Of Michigan
CLINICAL ASSISTANT PROFESSORNEUROSURGERY

Grady Memorial Hospital
Associate Chief of Neurosurgery

**APPOINTMENTS**

Emory University
Assistant Professor, Department of Neurosurgery

**ASSOCIATIONS**

**Asn_00021**
Member

# Affiliations   ?

Dr. Gupta is affiliated with **8 hospitals**.

| HOSPITAL AFFILIATIONS | SCORE | RANKINGS |
|---|---|---|
| **Emory University Hospital**<br>1364 Clifton Rd NE, Atlanta, GA 30322 | | TOP 25% |
| **Grady Memorial Hospital** *<br>80 Jesse Hill Jr Dr SE, Atlanta, GA 30303 | | TOP 50% |
| **Albert Einstein Medical Center**<br>5501 Old York Rd, Philadelphia, PA 19141 | | TOP 50% |
| **Grady General Hospital**<br>1155 5th St SE, Cairo, GA 39828 | | |
| **Wesley Woods Geriatric Hospital**<br>1821 Clifton Rd NE, Atlanta, GA 30329 | | |

**Emory University School of Medicine**

**Allegiance Health**

**Grady Health System**

Next: Locations & Availability

## Similar doctors nearby

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse

Credentials for Dr. Sanjay K. Gupta | Neurological Surgery in Atlanta, GA
Case No. 1:11-cv-00520-RM-NYW Document 601-1 filed 06/06/13 USDC Colorado pg 6 of 9
Page 5 of 8

any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

ADVERTISEMENT





Dr. Gerald Rodts
Neurological Surgery
22 years experience
Atlanta, GA

## Subscribe to the Vitals Newsletter

Get the latest Health News, Updates, and More

Enter your e-mail address here...

☐ I have read and agree to the Terms of Use and Privacy Policy.

SIGN UP

## Need health insurance?

It's more affordable than you think! Click below for an instant quote

Get an instant quote



### Dr. Michael Goodman
Neurological Surgery
28 years experience
Atlanta, GA



### Dr. James Robinson
Neurological Surgery
19 years experience
Atlanta, GA



### Dr. Gregory Cumberbatch
Neurological Surgery
4 years experience
Atlanta, GA



### Dr. Charles Cawley
Neurological Surgery
19 years experience
Atlanta, GA



### Dr. Lance Perling
Neurological Surgery
27 years experience
Atlanta, GA

Search All Similar Doctors

Find Doctors By:   Specialty   |   Name   |   Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

**Patient Education**
Patient Education Guides

**Services**
Partner with us
Advertise with us

**Blog**
Spotlight

**About Vitals**

About Vitals
For doctors
Contact us
Privacy policy

**Follow Us**

Follow us on Facebook  Follow us on Twitter  Follow us on Google+  Follow us on Pinterest

**My Vitals**

Patient sign-in
Provider sign-in

**See any incorrect or missing data?**

Please, let us know.

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.