THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## HEALTH GRADES, INC.'S OBJECTIONS TO MDX MEDICAL, INC.'S TRIAL EXHIBITS

Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, pursuant to the Final Pretrial Order [Doc. # 544], Section 7(B), respectfully submits it's objections to MDx's trial exhibits, attached hereto as Exhibit A.

Respectfully submitted this 7th day of June, 2013.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Jesús M. Vázquez*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
Email: gkanan@rothgerber.com
          kkosto@rothgerber.com
          jvazquez@rothgerber.com

*Attorneys for Health Grades, Inc.*

2004235353_1

- 2 -

# CERTIFICATE OF SERVICE

      I hereby certify that on June 7, 2013, I electronically filed the foregoing **HEALTH GRADES, INC.'S OBJECTIONS TO MDX MEDICAL, INC.'S TRIAL EXHIBITS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Scott David Stimpson | Terence M. Ridley |
| Scott Murray | Wheeler Trigg O'Donnell, LLP |
| David Chunyi Lee | 1801 California Street, #3600 |
| Sills Cummis & Gross P.C. – New York | Denver, CO 80202-2617 |
| 30 Rockefeller Plaza | Email: ridley@wtotrial.com |
| New York, NY 10112 | |
| Email: sstimpson@sillscummis.com | |
| Email: smurray@sillscummis.com | |
| Email: dlee@sillscummis.com | |

                        *s/ Jesús M. Vázquez*
                        Jesús M. Vázquez, Jr., Esq.

- 2 -