**KEY TO OBJECTIONS**

| Reference | Basis for Objection |
|---|---|
| 106 | Fairness requires admission of remainder of the document |
| 401/402 | The evidence in the exhibit is not relevant and is not admissible |
| 403 | Any relevance of the exhibit is substantially outweighed by a danger of one or more of the following: unfair prejudice; confusing the issues; misleading the jury; undue delay; wasting time; or needlessly presenting cumulative evidence |
| 801/802/805 | The exhibit contains or is hearsay and no exception applies and/or the exhibit contains or is hearsay within hearsay and no exception applies. |
| 901 | The exhibit lacks authentication. |
| 1002 | Original required (Best Evidence) |
| 1003 | Poor duplicate – unfair to admit as duplicate (Best Evidence) |
| 1006 | The evidence in the exhibit includes improper summary of evidence. |
| Duplicate | The exhibit is duplicative of another exhibit(s) |
| FRCP 26 | Not timely disclosed |
| IL | The exhibit is not legible |
| MD | Exhibit is inadmissible because it contains more than one document or is an improper collection of documents |
| MIL | Subject of motion *in limine* |
| NT/T | The exhibit contains text in a foreign language that is not translated to English; or the translation is inaccurate |
| NR | Exhibit not received—all objections are reserved |
| No objection. | Health Grades reserves the right to make objections to the exhibit under Fed. R. Evid. 402 and 403; pursuant to Fed. R. Civ. P. 26(a)(3)(B). |

2004235307_1

**EXHIBIT A**

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| A-1 | DX13 (Hicks): June 4; 2005 Health Grades Drucker Report | MGHG 000016 - 000019 | 401/402; 403 |
| A-2 | PX17 (Boyer): United States Patent No. 7;752;060 (the '060 patent") | | No objection. |
| A-3 | DX4 (Hicks): Prosecution history of the '060 patent (certified) | MDX 0013335 - 0013590 | No objection. |
| A-4 | DX5 (Hicks): Provisional application No. 60/771;757 | HG 0209543 - 0209562 | Duplicate of PX 4: 901 |
| A-5 | DX6 (Hicks): Henley; U.S. Patent Application Publication No. US 2003/0195838 | HG 1119 – 1159 | No objection. |
| A-6 | Cook; U.S. Patent Application Publication No. US 2006/0080146 | HG 1091 – 1118 | No objection. |
| A-7 | Sameh; U.S. Patent Application Publication No. US 2004/0010423 | HG 1160 - 1176 | No objection. |
| A-8 | Plaintiff Health Grades; Inc.'s Responses To Defendant MDx Medical; Inc.'s First Set Of Interrogatories (Nos. 1-6) (verified) | | No objection. |
| A-9 | Plaintiff Health Grades; Inc.'s Responses To Defendant MDx Medical; Inc.'s Second Set Of Interrogatories (Nos. 7-9) (verified) | | No objection. |
| A-10 | Plaintiff Health Grades; Inc.'s Responses To Defendant MDx Medical; Inc.'s Third Set Of Interrogatories (Nos. 10) (verified) | | No objection. |
| A-11 | Plaintiff Health Grades; Inc.'s Supplemental Response To Defendant MDx Medical; Inc.'s Interrogatory No. 6 (verified) | | No objection. |
| A-12 | Plaintiff Health Grades; Inc.'s Supplemental Responses To Defendant MDx Medical; Inc.'s Interrogatory Nos. 1 And 3; Verified | | No objection. |

EXHIBIT A

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| A-13 | Plaintiff Health Grades; Inc.'s Supplemental Responses To Defendant MDx Medical; Inc.'s Interrogatory Nos. 8 And 9 (verified) | | No objection. |
| A-14 | Plaintiff Health Grades; Inc.'s Second Supplemental Responses To Defendant MDx Medical; Inc.'s Interrogatory No. 8 (verified) | | No objection. |
| A-15 | Plaintiff Health Grades; Inc.'s Answers To Defendant MDx Medical; Inc.'s First Set Of Requests For Admission (Nos. 1-3) | | No objection. |
| A-16 | Plaintiff Health Grades; Inc.'s Supplemental Answers To Defendant MDx Medical; Inc.'s Requests For Admission Nos. 1 And 2 | | No objection. |
| A-17 | MDx Third Supplemental Invalidity Contentions and Appendix | | 401/402; 403; 801/802/805; 901; 1006 |
| A-18 | MDx Fourth Supplemental Invalidity Contentions and Appendix | | 401/402; 403; 801/802/805; 901; 1006 |
| A-19 | Bachus et al.; U.S. Patent Application Publication No. US 2006/0015369 | MDX 0000001 - 0000012 | 401/402; 403 |
| A-20 | Shubov et al.; U.S. Patent Application Publication No. US 2002/0038233 | MDX 0000013 – 0000032 | 401/402; 403 |
| A-21 | Stolba; U.S. Patent Application Publication No. US 2006/0294138 | MDX 0000033 - 0000047 | No objection. |
| A-22 | Koenig; U.S. Patent No. US 7;167;855 | MDX 0000048 – 0000077 | 401/402; 801/802/805 |
| A-23 | Bua; U.S. Patent Application Publication No. US 2003/0167187 | MDX 0000078 - 0000111 | 401/402; 801/802/805 |
| A-24 | Herz et al.; U.S. Patent No. 7;065;528 | MDX 0000112 - 0000118 | 401/402; 801/802/805 |
| A-25 | GeoAccess brochures | UCHC 0000272 – 0000321 | 401/402; 801/802/805 |

3 | P a g e

2004235307_1

EXHIBIT A

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| A-26 | Printouts of www.subimo.com website | UCHC 0000131 – 0000147 | 401/402; 801/802/805 |
| A-27 | Printouts of www.healthscope.org website | UCHC 0000202 – 0000208 | 401/402; 801/802/805 |
| A-28 | Printouts of www.ratemds.com website | MDX 0000119 – 0000123 | 401/402; 801/802/805 |
| A-29 | File history documents for related Health Grades patent application | HG 0000703 – 0000788 | Duplicate of PX 2 & A-3; 106; 901 |
| A-30 | August 23; 2012 email from Jesus Vazquez (and attachments) relating to documents for related Health Grades patent application | | 401/402; 403; 801/802/805; 901; FRCP 26 |
| A-31 | Health Grades Hospital Quality Report and prior art activity | UCHC 0000079 – 0000093; HG 0032102 - 0032109 | MD; 1002/1003; 401/402; 403; 801/802/805; 901; 1002/1003; object to title - misleading and prejudicial |

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| A-32 | Health Grades Physician Quality Report and prior art activity | UCHC 0000094 – 0000110; HG 0032086 – 0032101; HG 0208976 – 0208986 | MD; 1002/1003; 401/402; 403 ; object to title - misleading and prejudicial |
| A-33 | Health Grades Comparative Physician Report | HG 0208987 - 0209000 | No objection. |
| A-34 | Health Grades Physician Quality Comparison Report | HG 0032062 - 0032085 | No objection. |
| A-35 | Health Grades Nursing Home Comparison Report | HG 0032037 - 0032051 | No objection. |
| A-36 | Health Grades Nursing Home Quality Report | HG 0032052 - 0032061 | No objection. |
| A-37 | Health Grades Physician New Marketing Media; Health Grades premium report; and prior art activity | HG 0179518 - 0179550 | 401/402; 403; object to title - misleading and prejudicial |
| A-38 | July 13; 2012 Expert Report of Dr. Richard Cooper and Exhibits A and B | | 801/802/805 |
| A-39 | September 17; 2012 Rebuttal Expert Report of Dr. Richard Cooper | | 801/802/805 |
| A-40 | DX51 (Neal): March 22; 2005 email from John Neal (with email chain and attachment) regarding Health Grades reports | HG 0179518 - 0179550 | Duplicate of A-37: 401/402; 403 |
| A-41 | Market Share provided by Quantcast | MDX 0007066 | 106; IL; included in A-50 |

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| A-42 | Printout of ABMS website disclaimer | MDX 0104128-0104129 | 801/802/805; 901; 401/402; 403; FRCP 26 |
| A-43 | Printout of Arizona Medical Board website disclaimer | MDX 0104130-0104132 | 801/802/805; 901; 401/402; 403; FRCP 26 |
| A-44 | Printout of Medical Board of California website disclaimer | MDX 0104133-0104134 | 801/802/805; 901; 401/402; 403; FRCP 26 |
| A-45 | Printout of California Department of Consumer Affairs website disclaimer | MDX 0104135-0104136 | 801/802/805; 901; 401/402; 403; FRCP 26 |
| A-46 | Printout of Pennsylvania Department of State website disclaimer | MDX 0104137 | 801/802/805; 901; 401/402; 403; FRCP 26 |
| A-47 | January 5; 2011 email from M. Rothschild regarding policy | MDX 0011997 - 0011998 | IL |
| A-48 | Prosecution History of '060 patent | HG 0000001 - 0000240 | Duplicate of PX 2 & A-3 & A-29; 106; 901 |
| A-49 | September 17; 2012 Expert Report of Brian W. Napper and Exhibits 1 through 5 | | 801/802/805 |
| A-50 | Market Share provided by Quantcast | MDX 0007062 - 0007072 | IL |
| A-51 | May 11; 2009 email from Kerry Hicks (including earlier email chain); regarding Vitals | HG 0051701 - 0051702 | 401/402; 403; 408 |
| A-52 | DX61 (Neal): February 11; 2009 email from Dave Hicks; regarding Vitals | HG 0053581 | 401/402; 403 |
| A-53 | May 20; 2010 email from Mike Shanks (with attachments) regarding SEC documents | HG 0074647 - 0074947 | MD |

EXHIBIT A

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| A54 | DX60 (Neal): March 17; 2008 email from John Neal; regarding target list | HG 0082817 – 0082830 | 401/402; 403; 801/802/805 |
| A-55 | July 28; 2010 Health Grades press release regarding second quarter 2010 results | HG 0090175 – 0090182 | 401/402; 403; 901 |
| A-56 | May 12; 2011 email from Maria Leal (with attachment); regarding Mountain Acquisition Corp. | HG 0163138 – 0163163 | 401/402; 403 |
| A-57 | Agreement with Vimo; Inc. | HGLA 0001 - 0019 | No objection. |
| A-58 | Agreement with Premera Blue Cross | HGLA 0020 - 0031 | No objection. |
| A-59 | Agreement with Mazonson and Santas dba ClearCost Health | HGLA 0032 - 0039 | No objection. |
| A-60 | Agreement with Best Quality Healthcare | HGLA 0041 - 0050 | No objection. |
| A-61 | Agreement with HTH Worldwide; LLC | HGLA 0051 – 0058 | No objection. |
| A-62 | Agreement with White Pages; Inc. | HGLA 0059 – 0068 | No objection. |
| A-63 | Agreement with Cox Search; Inc. | HGLA 0069 - 0076 | No objection. |
| A-64 | Agreement with DrTango; Inc. | HGLA 0077 - 0085 | No objection. |
| A-65 | Agreement with Google | HGLA 0086 - 0091 | No objection. |
| A-66 | Agreement with Prism Services Group | HGLA 0092 - 0097 | No objection. |

2004235307_1

EXHIBIT A

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| A-67 | Agreement with InsiderPages.com | HGLA 0098 - 0107 | No objection. |
| A-68 | Agreement with Prism Services Group | HGLA 0108 - 0111 | No objection. |
| A-69 | Agreement with Microsoft Corp. | HGLA 0112 - 0140 | No objection. |
| A-70 | Agreement with Prism Services Group | HGLA 0141 - 0179 | No objection. |
| A-71 | Competitive data regarding websites | MDX 0006999 - 0007297 | MD; FRCP 26 106; 401/402; 403; 801/802/805; 901 |
| A-72 | Correspondence and documents regarding business opportunities | MDX 0073234 - 0073253 | Wrong title;: these are financial statements for MDx:  No objection if title is corrected |
| A-73 | Email chain regarding USA Today article. | MDX 0074820 - 0074842 | MD; 401/402; 403 |
| A-74 | Competitive data regarding websites | MDX 0101069 | Wrong title;: these are financial statements for MDx:  No objection if title is corrected |

8 | P a g e

2004235307_1

EXHIBIT A

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| A-75 | Agreement with The Leapfrog Group | MDX 0102292 - 0102301 | 401/402/403 |
| A-76 | Agreement with Ratemds.com | MDX 0103820 – 0103826 | No objection. |
| A-77 | Agreement with Angie's List | MDX 0104138 – 0104148 | No objection. |
| A-78 | Agreement with The C2P Group | MDX 0104149 – 0104158 | 401/402/403 |
| A-79 | Agreement with Castlight Health; Inc. | MDX 0104159 – 0104178 | No objection. |
| A-80 | Agreement with Center for Medical Weight Loss | MDX 0104179 – 0104183 | 401/402/403 |
| A-81 | Agreement with Cox Search; Inc. | MDX 0104184 – 0104194 | 401/402/403 |
| A-82 | Agreement with EmblemHealth Services Co. | MDX 0104195 – 0104205 | No objection. |
| A-83 | Agreement with Expert Consensus | MDX 0104206 – 0104212 | No objection. |
| A-84 | Agreement with BlueCross and BlueShield of Illinois; New Mexico; Oklahoma and Texas | MDX 0104213 – 0104225 | No objection. |
| A-85 | Agreement with BlueCross and BlueShield of Illinois; New Mexico; Oklahoma and Texas | MDX 0104226 – 0104235 | No objection. |
| A-86 | Agreement with BlueCross and BlueShield of Illinois; New Mexico; Oklahoma and Texas | MDX 0104236 – 0104255 | No objection. |
| A-87 | Agreement with Healthy Advice Networks | MDX 0104300 – 0104309 | No objection. |
| A-88 | Agreement with Humana | MDX 0104310 – 0104317 | No objection. |

EXHIBIT A

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| A-89 | Agreement with Humana | MDX 0104318 – 0104352 | 401/402/403 |
| A-90 | Agreement with Kroll Direct Marketing; Inc. | MDX 0104353 – 0104354 | No objection. |
| A-91 | Agreement with Lake Group Media | MDX 0104355 – 0104358 | 401/402/403 |
| A-92 | Agreement with Princeton Insurance Company | MDX 0104359 – 0104365 | No objection. |
| A-93 | Agreement with Private Health Management; Inc. | MDX 0104366 – 0104372 | No objection. |
| A-94 | Agreement with Surgical Care Affiliates | MDX 0104373 – 0104382 | No objection. |
| A-95 | Agreement with Vemics; Inc. | MDX 0104383 – 0104390 | 401/402/403 |
| A-96 | Agreement with Aetna Life Insurance Company | MDX 0104391 – 0104405 | No objection. |
| A-97 | Agreement with Aetna Life Insurance Company | MDX 0104406 – 0104421 | No objection. |
| A-98 | MDx Audited Financial Statements for years ended December 31; 2011 and 2010 | MDX 0104440 - 0104466 | No objection. |
| A-99 | MDx Audited Financial Statements for years ended May 31; 2009 and 2008 | MDX 0104632 - 0104649 | No objection. |
| B-1 | MDx Profit and Loss data | MDX 0104672 – 0104736 | 106 |
| B-2 | PX10 (LaPointe): Health Grades Physician Quality Report | UCHC 0000095-0000110 | Duplicate of A-32: 401/402; 403 |

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| B-3 | PX12 (LaPointe): Order Page | UCHC 0000080 | Duplicate of A-32: 401/402; 403 |
| B-4 | PX13 (LaPointe): Hospital Reports Page | UCHC 0000081 | Duplicate of A-32: 401/402; 403 |
| B-5 | PX14 (LaPointe): Hospital | UCHC 0000082-0000090 | Duplicate of A-32: 401/402; 403 |
| B-6 | Screenshots of old MDx website (Rothschild PX 6 and 7) | | No objection. |
| B-7 | Screenshots of next MDx website | MDX 0000124 - 0000174 | IL |
| B-8 | PX4 (Boyer): January 5; 2011 email from Mitch Rothschild | MDX 0034444 - 0034446 | No objection. |
| B-9 | Declaration of Mitchel Rothschild [Doc. # 195-8] | | 801/802/805 |
| B-10 | Declaration of Erika Boyer [Doc. # 367-8] | | 801/802/805; 401/402; 403 |
| B-11 | Declaration of Mitchel Rothschild [Doc. # 371-2] | | 801/802/805 |
| B-12 | Declaration of Lawrence West [Doc. # 444-5 ] | | 801/802/805 |
| B-13 | Declaration of Mitchel Rothschild [Doc. # 446-3] | | Duplicate of B-11: 801/802/805 |
| B-14 | PX6 (Boyer): October 5; 2010 email from Larry West | MDX 0019254-0019255 | No objection. |

11 | P a g e

2004235307_1

EXHIBIT A

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| B-15 | PX4 (West): 12/15/09 letter from Merchant & Gould | MDX 0011861 - 0011862 | No objection. |
| B-16 | PX8 (West): MDx James P. Smith report pages | | IL |
| B-17 | PX13 (West): Dr. Brian Smith Snapshot | | IL |
| B-18 | PX19 (West): MDx query results | MDX 0104073-0104110 | Wrong title: No objection if title is corrected |
| B-19 | PX5 (Rothschild): January 2; 2011 letter from Maldjian Law Group | MDX 0104122 | MDX said that it was NOT relying on this at trial. Disclosed too late - violates patent rules. 401/402; 403; 801/802/805; 901; 106; FRCP 26 |
| B-20 | PX6 (Rothschild): Screenshots of old MDx website | | IL |
| B-21 | PX7 (Rothschild): Screenshots of old MDx website | | IL |
| B-22 | PX8 (Rothschild): Opinion of Philip Braginsky | MDX 0100414-0100448 | 401/402; 403; 801/802/805 |
| B-23 | Correspondence Relating to Opinion of Maldjian | MDX 0104122 – 0104127; MDX 0104744 - 0104783 | 401/402; 403; 801/802/805 |

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| B-24 | Correspondence Relating to Opinion of Philip Braginsky | MDX 0100414 – 0100724; MDX 0104111 – 0104121; MDX 0104784 - 0104814 | MD; 401/402; 403; 801/802/805; 901 |
| B-25 | PX11 (Rothschild): handwritten notes relating to opinion of Philip Braginsky | MDX 0104112-0104121 | No objection. |
| B-26 | PX12 (Rothschild): January 3; 2011 email from Rothschild to Braginsky | MDX 0104111 | No objection. |
| B-27 | PX14 (Rothschild): January 25; 2010 letter from Rosenberg to Gergely | MDX 0011863 - 0011864 | No objection. |
| B-28 | DX8 (Hicks): December 28; 2004 email with enclosed reports | HG 0032036 - 0032109 | No objection. |
| B-29 | DX9 (Hicks): Patient experience survey numbers | HG 209647 | No objection. |
| B-30 | DX10 (Hicks): August 2; 2005 Health Grades press release | HG 0001867-0001868 | 401/402; 403 |
| B-31 | DX11 (Hicks): Health Grades initial disclosures | | 401/402; 403 |
| B-32 | DX12 (Hicks): Merchant & Gould privilege log | | 401/402; 403; 801/802/805 |
| B-33 | Health Grades privilege logs | | 401/402; 403; 801/802/805 |
| B-34 | DX16 (Montroy): Resume of Scott Montroy | HG 0209648-0209649 | No objection. |
| B-35 | DX17 (Montroy): Health Grades report on Dr. Sanjay Gupta | | No objection. |

2004235307_1

EXHIBIT A

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
| --- | --- | --- | --- |
| B-36 | DX19 (Montroy): May 2002 email chain regarding Health Grades hospital expanded profiles | HG 0042017 – 0042018 | 401/402; 403; 801/802/805; FRCP 26; 1002/1003 |
| B-37 | DX20 (Montroy): March 28; 2003 email from Scott Montroy regarding Health Grades physician research comparison report | HG 0207307 | No objection. |
| B-38 | DX21 (Montroy): April 17; 2003 email from Scott Montroy regarding Health Grades physician quality report and comparative physician report | HG 0208975 - 0209000 | No objection. |
| B-39 | DX22 (Montroy): May 20; 2003 email from David Hicks regarding physician flow | HG 0119109 - 0119111 | 401/402; 403; 801/802/805; FRCP 26; 1002/1003 |
| B-40 | DX23 (Montroy): August 12; 2003 email from Janet Burkhard regarding Health Grades quality guide plans | HG 0049856 – 0049863 | No objection. |
| B-41 | DX24 (Montroy): February 3; 2004 email from Janet Burkhard regarding fellowship data on physicians | HG 0049852 | 401/402; 403; 801/802/805; FRCP 26; 1002/1003 |
| B-42 | DX25 (Montroy): February 4; 2004 email from Dave Hicks regarding patient satisfaction | HG 0120457 | No objection. |
| B-43 | DX26 (Montroy): May 11; 2004 email from Scott Montroy regarding physician online service | HG 0042042 - 0042044 | No objection. |
| B-44 | DX27 (Montroy): May 25; 2004 email from Scott Montroy regarding physician online service | HG 0042038 | No objection. |
| B-45 | DX28 (Montroy): May 26; 2004 email from Janet Burkhard regarding physician online service | HG 0032226 | No objection. |
| B-46 | DX29 (Montroy): August 16; 2004 email from Dave Hicks (with attachment) regarding patient experience survey | HG 0043786 - 0043787 | No objection. |

2004235307_1

EXHIBIT A

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| B-47 | DX30 (Montroy): January 4; 2005 email from John Neal (with email chain) regarding contracts for AARP | HG 0031741 – 0031743 | 401/402; 403; 801/802/805; FRCP 26; 1002/1003 |
| B-48 | DX31 (Montroy): February 26; 2006 email from Scott Montroy regarding search engine indexing | HG 0042063 – 0042067 | 401/402; 403; 801/802/805; |
| B-49 | DX41 (Blackman): June 1; 2005 email from Allen Dodge regarding quality reports | HGMKES 011301 - 011305 | 401/402; 403; 801/802/805 |
| B-50 | DX42 (Blackman): January 11; 2010 email from Brian Blackman regarding patent application office action | HG 1090 - 1176 | 401/402; 403 |
| B-51 | DX43 (Blackman): September 8; 2006 email from Tara Gleditsch regarding PPG competitors | HG 1232 – 1237 | No objection. |
| B-52 | DX45 (Neal): MDx Notice of 30(b)(6) deposition to Health Grades | | 401/402; 403 |
| B-53 | DX46 (Neal): Project Development Plan dated April 15; 2004; regarding patient experience survey | HGMKFS 098307 - 098325 | No objection. |
| B-54 | DX47 (Neal): May 14; 2004 email from Dave Hicks (with email chain) regarding patient experience survey | HGMKES 022433 – 022437 | No objection. |

EXHIBIT A

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| B-55 | DX48 (Neal): November 11; 2004 email from Scott Montroy (with attachment) regarding patient experience survey | HG 0209008 – 209010 | No objection. |
| B-56 | DX49 (Neal): Health Grades patient experience survey | HGMKES 022569 – 022574 | No objection. |
| B-57 | DX50 (Neal): February 16; 2005 email from Scott Montroy regarding status | HGMKES 022179 – 022180 | No objection. |
| B-58 | DX52 (Neal): January 19; 2005 email from John Neal (and attachment) regarding physician new media marketing | HG 0207384 - 0207398 | 401/402; 403; 801/802/805 |
| B-59 | DX53 (Neal): March 24; 2005 email from Sarah Loughran (with email chain) regarding PNMM patent application | HG 0209051 - 0209052 | 401/402; 403 ; 801/802/805 |
| B-60 | DX54 (Neal): May 19; 2009 email from John Neal (with email chain) regarding Vitals | HG 0051899 - 0051900 | 401/402; 403; 801/802/805 |
| B-61 | DX55 (Neal): May 13; 2010 email from John Neal (with email chain) regarding Vitals | HG 0052138 | 401/402; 403; 801/802/805 |
| B-62 | DX56 (Neal): February 28; 2011 email from Kerry Hicks (with email chain) regarding Vitals and UCompare | HG 0051789 - 0051792 | 401/402; 403; 801/802/805 |
| B-63 | DX57 (Neal): Complaint and Demand for Jury Trial | | No objection. |
| B-64 | DX58 (Neal): May 11; 2009 email from Kerry Hicks regarding Vitals | HG  0051701 – 0051702 | 401/402; 403; 801/802/805 |
| B-65 | DX62 (Dodge): MDx Notice of 30(b)(6) deposition to Health Grades | | 401/402; 403 |

EXHIBIT A

| Exhibit | Brief Description | Bates Nos. | Objection(s) |
|---|---|---|---|
| B-66 | DX63 (Dodge): Health Grades financial data | HG 0060706 - 0060715 | IL |
| B-67 | Defendant MDx Medical; Inc.'s Objections And Responses To Plaintiff's First Set Of Interrogatories (verified) | | No objection. |
| B-68 | Defendant MDx Medical; Inc.'s Supplemental Objections And Responses To Plaintiff's First Set Of Interrogatories  (verified) | | No objection. |
| B-69 | DX65 (Greenspun): Defendant MDx Medical; Inc.'s Second Supplemental Objections And Responses To Plaintiff's First Set Of Interrogatories | | No objection. |
| B-70 | Defendant MDx Medical; Inc.'s Objections And Responses To Plaintiff's First Set Of Requests For Admission And Second Set Of Interrogatories  (verified) | | No objection. |
| B-71 | Defendant MDx Medical; Inc.'s Supplemental Objections And Responses To Plaintiff's First Set Of Requests For Admission | | No objection. |
| B-72 | Screen shots of substitute websites | MDX 0013294 - 0013334 | 401/402; 403; 801/802/805; FRCP 26; 1002/1003 |
| B-73 | Screen shots of iTriage application (contained in Health Grades infringement contentions) | | Duplicate |
| | Documents regarding Health Grades' investigation of Vitals.com website | | NR |
| | Any deposition exhibits not mentioned above associated with transcript portions to be read into the record. | | NR |
| | Demonstrative and Illustrative exhibits to be exchanged at a later date per agreement of the parties. | | NR |

2004235307_1

EXHIBIT A