IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## MDX MEDICAL, INC.'S OBJECTIONS TO HEALTH GRADES, INC.'S PROPOSED TRIAL EXHIBITS

Pursuant to the Final Pretrial Order entered by the Court in this action on March 6, 2013 [Dkt. No. 544] and Fed. R. Civ. P. 26(a)(3)(B), Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, hereby respectfully submits its Objections to Plaintiff and Counterclaim Defendant Health Grades, Inc.'s ("Health Grades") Proposed Trial Exhibits.

Defendant hereby objects to the following trial exhibits propounded by Health Grades:

### GENERAL OBJECTIONS

MDx objects generally to Health Grades' listing of multiple documents within a single exhibit number/reference, and reserves its right to object to those documents individually as they are offered for admission at trial. For example, Exhibit 9 is identified as "Screenshot from Other Websites." While Health Grades' does identify by bates number the specific documents included in that general description, they are not identified as separate exhibits, making their

identification for the record—and MDx's specific objections—impossible to clarify. Moreover, for all exhibits (and testimony) containing MDx confidential information, MDx objects to their disclosure in the presence of anyone not entitled access to such information pursuant to this Court's Protective Order [Dkt. No. 227].

## SPECIFIC OBJECTIONS

In addition to the General Objections, MDx's specific objections are set forth in Exhibit A, attached hereto. The specific objections are subject to the General Objections contained herein which are hereby incorporated by reference into each objection. MDx reserves the right to object under Fed. R. Evid. 402 and 403, pursuant to Fed. R. Civ. P. 26(a)(3)(B), to any exhibit not specifically objected to on those grounds.

For the Court's convenience, MDx provides a key to its objections, set forth below:

| Reference | Basis for Objection |
| --- | --- |
| 106 | Federal Rule of Evidence 106: Fairness requires admission of remainder of the document or any other document |
| 401/402 | Federal Rule of Evidence 401/402: The evidence in the exhibit is not relevant and is not admissible |
| 403 | Federal Rule of Evidence 403: Any relevance or probative value of the exhibit is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence |
| 801/802/805 | Federal Rule of Evidence 801/802/805: The exhibit contains or is hearsay and no exception applies and/or the exhibit contains or is hearsay within hearsay and no exception applies. |
| 901 | Federal Rule of Evidence 901: The exhibit lacks authentication. |
| 1002 | Federal Rule of Evidence 1002: Original required (Best Evidence) |
| 1003 | Federal Rule of Evidence 1003: Poor duplicate – unfair to admit as duplicate (Best Evidence) |
| 1006 | Federal Rule of Evidence 1006: The evidence in the exhibit includes improper summary of evidence. |

3

| Reference | Basis for Objection |
|---|---|
| Duplicate | The exhibit is duplicative of another exhibit(s) |
| FRCP 26 | Federal Rule of Civil Procedure 26:  Not timely disclosed |
| IL | The exhibit is not legible |
| MD | Exhibit is inadmissible because it contains more than one document or is an improper collection of documents |
| MIL | Subject of motion *in limine* |
| NT/T | The exhibit contains text in a foreign language that is not translated to English, or the translation is inaccurate |
| NR | Exhibit not received—all objections are reserved |

Dated:  June 7, 2013
Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on **June 7, 2013**, I electronically filed the foregoing **MDX MEDICAL, INC.'S OBJECTIONS TO HEALTH GRADES, INC.'S PROPOSED TRIAL EXHIBITS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jesus Manuel Vazquez, Jr.
    jvazquez@rothgerber.com, phenke@rothgerber.com

Gregory B. Kanan
    gkanan@rothgerber.com, dgrooms@rothgerber.com

Kris John Kostolansky
    kkosto@rothgerber.com, dgrooms@rothgerber.com

Scott David Stimpson
    sstimpson@sillscummis.com, gcaceres@sillscummis.com

Scott B. Murray
    smurray@sillscummis.com

David Chunyi Lee
    dlee@sillscummis.com, vferraro@sillscummis.com

Terence M. Ridley
    ridley@wtotrial.com, norris@wtotrial.com


                                             *s:/ Vincent M. Ferraro*