IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com,

Defendant.

___

**ORDER**
___

This matter arises on **MDx Medical, Inc.'s Unopposed Motion to Restrict Access** [Doc. # 596, filed 6/3/2013] (the "Motion to Restrict Access)." MDx has made an adequate showing under D.C.COLO.LCivR 7.2 to justify the limited redactions requested.

IT IS ORDERED:

(1)     The Motion to Restrict Access [Doc. # 596] is GRANTED; and

(2)     Access to Doc. ## 589 and 589-1 is Restricted Level 1.

Dated June 12, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge