IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**HEALTH GRADES, INC.'S REPLY IN SUPPORT OF ITS
MOTION TO BIFURCATE TRIAL
ON THE ISSUE OF INEQUITABLE CONDUCT**

In its Response [Doc. # 605 ("Response")] to Plaintiff Health Grades, Inc.'s ("Health Grades") Motion to Bifurcate Trial on the Issue of Inequitable Conduct [Doc. #598], Defendant MDx Medical, Inc. ("MDx") makes arguments that directly conflict with controlling Federal Circuit law and threatens to make a bifurcated jury trial "a nightmare." Bifurcation of an inequitable conduct defense is a well-recognized approach that furthers the interests of justice and streamlines the presentation of relevant evidence for the jury. Inequitable conduct should be bifurcated in this case because:

- MDx does not have a right to a jury trial on inequitable conduct.

- Trying inequitable conduct in a bench trial *after* the jury trial on infringement and invalidity will not deprive MDx of its right to a jury on invalidity.

- This Court will not be required to decide the same factual issues already decided by the jury – to the extent there is any overlap, the jury's verdict will be law of the case.

- Bifurcation will prevent jury confusion and avoid prejudice to Health Grades.