THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE** that Rothgerber Johnson & Lyons LLP is now Lewis Roca Rothgerber LLP. The firm address, telephone, and fax numbers remain unchanged. Email addresses have changed as reflected in the signature block below.

Respectfully submitted this 4th day of September, 2013.

LEWIS ROCA ROTHGERBER LLP

Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
Email: gkanan@lrrlaw.com
       kkosto@lrrlaw.com
       jvazquez@lrrlaw.com

*Attorneys for Health Grades, Inc.*

2004372731_1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2013, I electronically filed the foregoing **NOTICE OF FIRM NAME CHANGE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Scott David Stimpson<br>Scott Murray<br>David Chunyi Lee<br>Sills Cummis & Gross P.C. – New York<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Email: sstimpson@sillscummis.com<br>Email: smurray@sillscummis.com<br>Email: dlee@sillscummis.com | Terence M. Ridley<br>Wheeler Trigg O'Donnell, LLP<br>1801 California Street, #3600<br>Denver, CO 80202-2617<br>Email: ridley@wtotrial.com |

 

                                                        */s/ Kris J. Kostolansky*
                                                        Kris J. Kostolansky, Esq.