Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure

'060 Patent v. MDx's Current Website

~~EXHIBIT A – Claim Chart~~

U.S. Patent No. 7,752,060 To MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 1. A computer-implemented method of providing healthcare provider information to potential patients, said method comprising: | | MDx Medical, Inc. ("MDx") directly infringes this claim by practicing a computer-implemented method of providing healthcare provider information to potential patients via its on-line information system, which includes its website (www.vitals.com), its healthcare provider database, and the software and hardware, that are associated therewith.

MDx provides potential patients with access to MDx's database of information relating to healthcare providers, such as doctors, through its www.vitals.com website.

Various screenshots taken from http://www.vitals.com/[1] at various times are provided in this claim chart to illustrate the various features of the vitals.com website and how these features correspond to the features of claims 1, 4-9, 11, 14-16.  More specifically, this claim chart includes screenshots taken after January 2011 through February 2012 and screenshots taken in January and July 2013 (collectively "the 2013 version of vitals.com").  The Post-January 2011 screenshots are part of Trial Ex. Nos. 7 &10-25.  The January 2013 screenshots are part of Trial Ex. No. 8 & 26-31.  The July 2013 screenshots will be added to the trial exhibit list according to the schedule agreed upon by the parties.

For instance, Screenshot No. 1 (reproduced below and, in larger form, in Exhibit C) illustrates the homepage of the MDx website where a potential patient begins accessing MDx's information related to specific doctors. |

[1] ~~Screenshots taken between 6/1/11 and 2/24/2012.~~

Page 1 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Screenshot No. 1  |

Formatted Table

Page 2 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
| --- | --- | --- |
| | | <br><br>For example, MDx provides a potential patients with information about a healthcare provider in response to the potential patient clicking on the "find the doctor you need" link or in response to the potential patient clicking on the "find a doctor now" link, both of which are circled in red on Screenshot No. 1 above. |

Formatted Table

Page 3 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Similar functionality is available in the 2013 version of vitals.com as depicted below: |
| | | January 2013 |
| | |  |
| | | July 2013 |

Page 4 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential | "First Healthcare Provider: a particular healthcare provider about whom information is requested and a report is produced." |  When the potential patient initiates a search for a healthcare provider on the MDx's website, MDx's web server receives a request for information regarding a healthcare provider via the internet. MDx's web server, as with any server, comprises at least one computer processor and memory. |

Page 5 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| patients, a request for information regarding a first healthcare provider, wherein the Web server computer comprises at least one computer processor and memory; | (Markman Order at 23.) | Screenshot No. 2<br> |

Formatted Table

Page 6 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | ~~Screenshot~~ Similar functionality is included in the 2013 version of Vitals.com, as shown below in screenshots taken in  |

Page 7 of 232

EXHIBIT 1

**Formatted Table**

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | January and July 2013, respectively:  |

Page 8 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  These screenshots show examples ~~No. 2 shows an example~~ of where a potential patient may initiate a search for a healthcare provider on MDx's website, i.e., request information about one or more healthcare providers. When the user clicks "find a doctor now?™" or "search?" this prompts the patient's web browser to send a request for information about a doctor to the MDx's web server, which receives the request for information and then accesses MDx's database to find data that responds to the user's search query. |

Page 9 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | Screenshot No. 3 illustrates yet another portion of MDx's website that provides for MDx's web server to receive a request for information about various doctors based on specialty or location. *See* Screenshot No. 3 (circled in red are ways to search for a doctor).<br><br>Screenshot No. 3<br><br> |

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below: |

Page 11 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  The Court's Markman Order defines the first healthcare provider as "a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)<br><br>MDx literally infringes this element as construed by the Court in its Markman Order. For example, on the www.vitals.com website, information can be requested about a particular healthcare provider by performing various searches, which are initiated at the www.vitals.com homepage. Specifically, a potential patient may initiate a search for a particular healthcare provider on MDx's website, which prompts the patient's web browser to send a request for information about the particular doctor the patient is looking for to the MDx's web server, which receives the request for information and then accesses MDx's database to find data that responds to the user's search query. The various kinds of searches offered on www.vitals.com are shown. |

EXHIBIT 1

Formatted Table

Formatted: Right: 0", Widow/Orphan control, Allow hanging punctuation, Font Alignment: Auto

Formatted: Font color: Auto

Formatted: Font color: Auto

Formatted: Font color: Auto

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | below:<br><br> |

Formatted Table

Page 13 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
|  |  |  Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below: |

Formatted Table

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | First, MDx's website provides for MDx's web server to receive a request for information about a particular healthcare provider when a potential patient clicks the "search by name" link shown below:  |

Page 15 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below: |

Page 16 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | For example, a patient can request information about Dr. Smith in New York, NY or Dr. Rosengart in Houston Texas: |

Page 17 of 232

Formatted Table

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure '060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 19 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 20 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | As another example, by clicking on the "advanced tab," a potential patient can request information about Dr. Smith, who is a male plastic surgeon in New York, NY: |

Formatted Table

Page 21 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February  2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No.
7,752,060 | Markman
Order | MDx's Current On-line Information System |
|---|---|---|

### MDx's Current On-line Information System

**Find a doctor or dentist by name**

Type your search criteria

Name:
smith
*e.g., Doe or Jane Doe*

Location:
new york ny
*e.g., NYC or New York, NY*

**Search**     Advanced

SEARCH BY ALMOST ▲

Sort by: Exact first ▼

**5 found. 5 exact matches.**
Click on any doctor to see full profile

| Name | Address | Speciality | Highlights |
|---|---|---|---|
| Aloysius Coninous **Smith**, MD, MBBS, MD, BS | Plastic Surgery Associates of NY
955 Yonkers Ave Ste 201
Yonkers, NY | Surgery - Surgery of the Hand
Plastic and Reconstructive
Surgery
Plastic Surgery | • Top Doctor's - New York
    Metro
• Board certified
• 4 star hospital |
| Andrew Warren **Smith**, MD | 1 Gustave L Levy Pl Ste 1010
New York, NY | Anesthesiology
Plastic Surgery | • Rated 4 stars by patients
• Board certified
• 4 star hospital |
| George Phillip **Smith**, MD, PA | 405 Ardex Ave
Staten Island, NY
New York Methodist Hospital
474 7th Ave
Brooklyn, NY | Specialist
Surgery - Surgery of the Hand
Plastic and Reconstructive
Surgery
Plastic Surgery | • Patients' Choice
• Board certified
• 4 star hospital |
| Mark Lawrence **Smith**, MD | Beth Israel Medical Center
10 Union Sq E Ste 4J-120
New York, NY | Otolaryngology
Plastic and Reconstructive
Surgery
Plastic Surgery | • Rated 4 stars by patients
• Board certified
• 4 star hospital |
| Richard Vance **Smith**, MD | Montefiore Medical Center-
North
3400 Bainbridge Ave Dept GP
Bronx, NY | Otolaryngology - Plastic Surgery
within the Head & Neck
Otolaryngology | • Top Doctor's - New York
    Metro
• Patients' Choice
• Board certified |

Page 22 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | 

As another example, a patient can request information about Dr. James Smith in New York, NY: |

Page 23 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|

**Find a doctor or dentist by name**

Type your search criteria

Name: james smith
e.g., Doe or Jane Doe

Location: new york ny
e.g., 10018 or New York, NY

SEARCH BY AILMENT

Search   Advanced

Sort by: Exact first

2 found. 2 **exact** matches.
Click on any doctor to see full profile.

| Name | Address | Specialty | Highlights |
|---|---|---|---|
| Anthony **James Smith**, MD  View full profile | St. Vincents O'Toole Health Center 36 7th Ave Ste 402 New York, NY | Critical Care Medicine Internal Medicine Pulmonary Disease | • Top Doctor® - New York Metro • Patients' Choice • Rated 4 stars by patients |
| **James** Patrick **Smith**, MD  View full profile | NewYork-Presbyterian / Weill Cornell 525 E 68th St # 96 New York, NY | Internal Medicine Pulmonary Disease | • Rated 4 stars by patients • Board certified • 4 star hospital |

Functionality similar to that which is depicted and described above is also included on the January 2013 version of Vitals.com. For example, it provided for MDx's web server to receive a request for information about a particular healthcare provider when a potential patient searches by name, as shown below:

For example, a patient can request information about Dr. Smith in New York, NY as shown in the screenshot above. When the patient types in the name of Dr. Smith, a drop-down list of doctors is displayed by Vitals.com, as shown below:

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  The patient can also click "SEARCH," wherein Vitals.com provides the following: |

Page 25 of 232

Formatted Table

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |  |

Additionally, by selecting the "FILTER YOUR SEARCH" tab, a potential patient can request information about Dr. Smith with additional criteria such as Board Certification, Educated in U.S., Location, Distance,

Page 26 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Awards, Gender, Language, Type of Care, Minimum Years Experience, Education Score, and Affiliated Hospital Score, as shown below. |
| | |  |

Page 27 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | <br><br>For example, request information on Dr. Smith who is a male M.D., was educated in the U.S., has at least 30 years experience and is within 25 miles from New York, NY, as shown below: ~~a user could~~ |

Page 28 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
| --- | --- | --- |
| | | 
Second, MDx's website also provides for MDx's web server to receive a request for information about a particular healthcare provider when a potential patient clicks the "search by specialty" link shown below: |

Formatted Table

Page 29 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7752,060 | MDx's Current On-line Information System |
|---|---|
| Markman Order |  |

Page 30 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below:  For example, a potential patient can request information about a plastic surgeon in New York, NY: |

Formatted Table

Page 31 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure

'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |  As another example, by clicking the "Narrow by" button above and selecting additional search criteria, a potential patient can request information about a female plastic surgeon in New York, NY, who speaks Spanish, is board certified, educated in the U.S., and rated 3 stars or higher:

Page 32 of 232 |

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 33 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  As another example, a potential patient can request additional information regarding a particular doctor by clicking on any of the hyperlinks shown in the ~~screenshots~~screenshots above.  If you click on "Sujana S. Chandrasekar, MD", for example, you get additional information about her (partial view shown): |

Page 34 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Like its old website, January and July 2013 versions Vitals.com also allows for a search by specialty, as shown below: |

Page 35 of 232

**EXHIBIT 1**

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | For example, a potential patient can request information about a plastic surgeon in Denver, CO. |

Page 36 of 232

Formatted Table

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 37 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
| --- | --- | --- |
| | | Additionally, by selecting the "FILTER YOUR SEARCH" button, the potential patient can select additional criteria. For example, potential patient can request information about a female plastic surgeon, that is board certified, educated in the U.S., and within 10 miles from Denver, CO, as shown below. |

Formatted Table

Page 38 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 39 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Clicking on a particular healthcare provider provides additional information about that healthcare provider, as shown below:<br><br> |

Page 40 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | These continued existence of these search features on the newest version of Vitals.com are identified by Vitals.com, as shown below: |

Formatted Table

Page 41 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|



As another example, a potential patient can request information about a cardiothoracic surgeon in Houston,

Page 42 of 232

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent *v.* MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|

**Texas:**



As another example, by clicking the "Refine your results" button above and selecting additional search criteria, a potential patient can request information about a male cardiothoracic surgeon in Houston, Texas.

Page 43 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | who speaks Spanish, was educated in the US, and has won both the Castle Connoly Top Doctor award and the Patient's Choice award:  As another example, by clicking the "'Sort by'" button above and selecting "distance," a potential patient can request information about a male cardiothoracic surgeon in Houston, Texas, who speaks Spanish, was |

Page 44 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | educated in the US, and has won both the Castle Connoly Top Doctor award and the Patient's Choice award and who is located closest to Houston:  |

Page 45 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | 

As another example, if you click on "Todd K Rosengart, MD, FACC, FACS," for example, you get additional information about him (partial view shown): |

Page 46 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

**Formatted:** Font color: Auto

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |  To the extent that the Court's construction of first healthcare provider requires that the request for information be directed to *only* one particular healthcare provider, a position with which Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents. -MDx literally infringes this element because the www.vitals.com website is capable of receiving requests for information about only |

Page 47 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

**Formatted:** Font color: Auto

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | one particular physician. MDx infringes under the doctrine of equivalents because a request for information about multiple particular physicians performs substantially the same function, in substantially the same way, to achieve substantially the same result as a request for one particular physician as shown above.<br><br>To the extent that the Court's construction of first healthcare provider requires that the potential patient know the identity of the particular physician for whom he or she is requesting information before they request the information, a position with which Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents. -MDx literally infringes this element because the www.vitals.com website is capable of receiving requests for information about a particular physician whose identity is known to the requestor before the information is requested. MDx infringes under the doctrine of equivalents because a request for information about a particular physician that has characteristics that meet search criteria (e.g. female, plastic surgeon, in New York, NY) performs substantially the same function, in substantially the same way, to achieve substantially the same result as a request for a particular physician whose identity is known before the search is run. |
| accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is | "First Healthcare Provider": a particular healthcare provider about whom information is requested and a report is produced." (Markman Order | The Court's Markman Order defines the first healthcare provider as "a particular healthcare provider about whom information is requested and a report is produced." -(Markman Order at 23.)<br><br>At the initiation of the potential patient/user using MDx's website, MDx's web server accesses healthcare-provider-verified information about a particular healthcare provider. *See* Screenshot No. 4 (illustrating the result of accessing and displaying doctor supplied information). Highlighted in Screenshot No. 4, among other things, are the following pieces of healthcare provider-verified information: doctor's age, gender, specialty information and years in practice.<br><br>Screenshot No. 4 |

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies; | at 23.) "Received from the First Healthcare Provider: receipt of information from the first healthcare provider or one of his or her agents, such as an employee, as distinguished from information received from patients or public sources." (Markman Order at 24.) "Although defendant is correct that 'verify' can mean 'to prove,' 'verify' may also |  |

Formatted Table

Page 49 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | mean, depending on its context, 'confirm' or 'substantiate.' . . . Here, the specification makes clear that the act of 'verifying' requires only that the website receive confirmation of the information from some other source, in this instance the healthcare provider. Indeed, the confirmation described appears to not extend beyond receipt of such information from the first healthcare | 

Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below:

Physician-verified information is circled: specialty, years in profession, special expertise, languages spoken, background (e.g. philosophy), awards, affiliations, and publications: |

Page 50 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | provider." (Markman Order at 15 n.8)<br><br>"The phrase ['received from the first healthcare provider'] and the surrounding context contemplate receipt of information from the first healthcare provider or one of his or her agents, such as an employee, as distinguished from information received from patients or public sources." (Markman Order at 16-17.) |  |

Page 51 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 52 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

**Formatted Table**

**Formatted:** Font: Bold

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company | "First Healthcare Provider: a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)<br><br>"Compiling/Compile: gathering and/or putting together." (Markman Order at 24.) | MDx's on-line information service, which includes a computer processor, compiles patient-provided information regarding healthcare providers. MDx compiles the patient ratings from a www.vitals.com on-line patient-experience survey; this survey is shown in Screenshot No. 7, below.<br><br>Screenshot No. 7 |

Page 54 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients; | |  |

Page 55 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | 

Functionality similar to that which is depicted and described above is also included on the January 2013 |

Page 56 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | version of Vitals.com as shown below:  |

Page 57 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Functionality similar to that which is depicted and described above is also included on the July 2013 version of Vitals.com as shown below:  Page 58 of 232 |
| compiling Information | "First Healthcare Provider; a | MDx compiles information regarding doctors verified by an independent third-party source. The verified information comprises, at least, medical school, licensure, board certification, medical fellowship and medical |

Formatted Table

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship | particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)<br><br>"Compiling/Compile: gathering and/or putting together." (Markman Order at 24.)<br><br>"In short, the plain and ordinary meaning of 'verified,' which can encapsulate a range of conduct aimed at confirmation of | residency information. *See* Screenshot No. 8 (displaying a portion of the FAQ from the vitals.com website stating that the information comes from various third parties).<br><br>Screenshot No. 8 |

Formatted Table

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| information; | information, shall apply." (Markman Order at 17.) |  |

Page 60 of 232

**EXHIBIT 1**

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  As a specific example, MDx compiles medical school information on a given doctor from *U.S. News & World Report's* "America's Top Medical Schools." *See* Screenshot No. 9 ("What's this?" section describing that MDx compiles medical school information from *U.S. News & World Report*). MDx then provides potential patients with medical school information associated with a given physician's academic and fellowship history. <br><br> Screenshot No. 9 |

Page 61 of 232

**EXHIBIT 1**

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website



Similar information displays also exist on the 2013 version of Vitals.com, as shown below:

Page 62 of 232

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Similar information displays also exist on the 2013 version of Vitals.com, as shown below:  |

Page 63 of 232

**EXHIBIT 1**

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | 

MDx compiles licensure information. Screenshot No. 10 evidences that MDx verifies each physician's license with a third party before adding the physician to the results list; to do this, MDx must compile the information in order to compare it to the entry field.

Screenshot No. 10 |

Page 64 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Let us know who you are:

First name:
Middle name:
Last name:
Suffix: None
Date of birth (mm/dd/yyyy): [State] ▾ 1 ▾ 2011 ▾
State of license: [State]
State license number:

Create your login information:
Email address:
Confirm email address:
Password: minimum of 6 characters.
Confirm password:

☑ Contact me about new Vitals services.
☐ I am a physician actively licensed in the United States.
☐ I have read and agree to Vitals' **Terms of Use**.

**Get Started**

Please note: Vitals verified all physician registration through confirmation letters. You will be mailed a letter to the primary address associated with your profile confirming your account setup and associated information.

Page 65 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | 

MDx admits that it compiles board certification information. *See* screenshot No. 11 below ("Vitals receives quarterly updates on board certification from ABMS", circled in orange) Further, the American Board of Medical Specialties is an independent source. *See* Screenshot No. 11, "About Board Certification" boxed in red below.)

Screenshot No. 11 |

**Formatted Table**

Page 66 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
|  |  |  |

Screenshot text:

Tools to keep you healthy

Learn More

Board Certified

Dr. Brunnard has additional addresses

Specialty

Internal Medicine

Sub-specialties: Medical Oncology, Hematology & Oncology

Special Expertise:
Adult T-Cell Leukemia-Lymphoma; Bone Marrow Transplantation; Bone Marrow and Lymphatic Tissue Cancer (Hematologic Neoplasm); Organ Transplantation

View ABMS Certification

Patient Ratings & Comments

Overall Patient Rating

- The doctor has been certified by one of the 24 ABMS (American Board Medical Specialties) medical boards in that specialty if he is an MD (Medical Doctor).
- The doctor has been certified by one of the 18 AOA (American Osteopathic Association) Specialty Boards in that specialty if he is a DO (Doctor of Osteopathic Medicine). Osteopathic physicians can also receive certification through one of the member boards of the (ABMS).

About Board Certification.

Many years ago, there were large numbers of certifying medical boards, with a wide variety in quality. Fortunately, today, these have been trimmed down and board certification is generally limited to the two highly-respected certification boards - ABMS (American Board of Medical Specialties) for MDs and the AOA (American Osteopathic Association) for DOs. ABMS represents 24 medical specialty boards and the AOA represents 18 medical specialty boards that create and maintain high standards for doctor certification and evaluation.

On Vitals, doctors are considered board certified only if they have met either the ABMS or the AOA requirements for board certification indicating they have the knowledge, skills and experience needed to provide good healthcare. When board certificated, you can look at details by clicking on the certification link in the Specialty section of the profile page.

Roughly 85% of all doctors are board certified. ABMS and AOA board certifications are considered the gold standard, but non-certified doctors may still have all the knowledge and skills needed to provide good healthcare.

Formatted Table

Page 67 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | |

Dr. Brumund has
additional addresses

**Tools to keep you healthy**

Learn More

Board
Certified

View ABMS
certification

**Specialty**

**Internal Medicine**

Sub-specialties: Medical Oncology;
Hematology & Oncology

**Special Expertise:**

Adult T-Cell Leukemia-Lymphoma; Bone Marrow Transplantation; Bone
Marrow and Lymphatic Tissue Cancer (Hematologic Neoplasm); Organ
Transplantation

*Vitals receive quarterly updates on board certification from ABMS.*

**Patient Ratings & Comments**

**Overall Patient Rating**

Specialties: medical boards in that specialty if he is an MD (Medical Doctor).
The doctor has been certified by one of the 18 AOA (American Osteopathic
Association) Specialty Boards in that specialty if he is a DO (Doctor of
Osteopathic Medicine). Osteopathic physicians can also receive certification
through one of the member boards of the (ABMS).

**About Board Certification.**
Many years ago, there were large numbers of certifying medical boards, with a wide
variety in quality. Fortunately, today, these have been trimmed down and board
certification is generally limited to the two highly-respected certification boards. ABMS
(American Board of Medical Specialties) for MDs and the AOA (American Osteopathic
Association) for DOs. ABMS represents 24 medical specialty boards and the AOA
represents 18 medical specialty boards that create and maintain high standards for
doctor certification and evaluation.

On Vitals, doctors are considered board certified only if they have met either the ABMS
or the AOA requirements for board certification indicating they have the knowledge,
skills and experience needed to provide good healthcare. When board certificated, you
can look at details by clicking on the certification link in the Specialty section of the
profile page.

Roughly 85% of all doctors are board certified. ABMS and AOA board certifications are
considered the gold standard, but non-certified doctors may still have all the knowledge
and skills needed to provide good healthcare.

Similar information displays also exist on the 2013 version of Vitals.com, as shown below:

Page 68 of 232

**EXHIBIT 1**

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below: |

Page 69 of 232

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  MDx compiles additional information verified by an independent third-party source regarding a physician's medical school, internship, residency, and fellowship positions. *See* Screenshot No. 12 (noting that MDx obtains all educational information from independent third parties unless otherwise noted). |

Page 70 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Screenshot No. 12 |
| | |  |

Page 71 of 232

**EXHIBIT 1**

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No.<br>7,752,060 | Markman<br>Order | MDx's Current On-line Information System |
|---|---|---|



As a specific example, Screenshot 13 provides specific evidence that MDx compiles fellowship information on at least some it its doctors.

Page 72 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Screenshot No. 13  |

**Education**

Dr. Rampy was educated at the following institutions:

**Medical School**

University of Colorado School of Medicine
Completed: 1998

Ranked #4 out of 144 in primary care by US News & World Report.
Ranked #29 out of 144 in research quality by US News & World Report.

**Institution Ranking**
Top 25%

**Institution Rating**
★★★★

**Fellowship**

Washington University, St. Louis
School of Medicine*
Neuromuscular Medicine, Completed: 2004

Ranked #26 out of 144 in primary care by US News & World Report.
Ranked #4 out of 144 in research quality by US News & World Report.

What's This ▲

Page 73 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below: |

**Education**

Dr. Rampy was educated at the following institutions:

Medical School
University of Colorado School of Medicine
Completed: 1998

| | Institution Ranking | Institution Rating |
|---|---|---|
| | Top 25% | ★★★★ |

Ranked #4 out of 144 in primary care by US News & World Report.
Ranked #29 out of 144 in research quality by US News & World Report.

Fellowship
Washington University, St. Louis
School of Medicine
Neuromuscular Medicine, Completed: 2004

Ranked #26 out of 144 in primary care by US News & World Report.
Ranked #4 out of 144 in research quality by US News & World Report.

What's This ▲

Page 74 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
| --- | --- | --- |
| creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the | "First Healthcare Provider: a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.) |  After a patient/user enters search criteria for a doctor, MDx creates one or more healthcare provider reports using information from the MDx database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third-party source about the first healthcare provider.<br><br>The Court's Markman Order defines "First Healthcare Provider" as "a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)<br><br>The Court's Markman Order defines "Comparison Ratings of Healthcare Providers" as "ratings on multiple healthcare providers, including the 'first healthcare provider,' in the report on that 'first healthcare provider,' thus permitting comparison of the 'first healthcare provider' with other potential healthcare providers." (Markman Order at 24.) |

Formatted Table

Page 75 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and | "Comparison Ratings of Healthcare Providers: ratings on multiple healthcare providers, including the 'first healthcare provider,' in the report on that 'first healthcare provider,' thus permitting comparison of the 'first healthcare provider' with other potential healthcare providers." (Markman Order at 24.) | Screenshot Nos. 14 & 16-18 show portions of a healthcare provider report for Dr. Mark Brunvand, who is an example of a first healthcare provider as defined by the Court in its Markman ruling.  This report uses at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in green; and (3) information verified by an independent third party circled in purple. The report also includes comparison ratings, circled in orange, about Dr. ~~Brunvald~~Brunvand, and other healthcare providers as required by the Court's Markman Order.

Screenshot No. 14

 |

Page 76 of 232

**EXHIBIT 1**

Plaintiff Health Grades' February 2012September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | As another example, the following screenshots show portions of a healthcare provider report for Dr. Todd Rosengart in the 2013 version of Vitals.com, who is an example of a first healthcare provider as defined by the Court in its Markman ruling. This report uses at least the following information: (1) healthcare provider-verified information, circled in red; and (2) information verified by an independent third party circled in purple. The report also includes comparison ratings, circled in orange, about Dr. Rosengart, and other healthcare providers as required by the  |

Page 77 of 232

**EXHIBIT 1**