Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Court's Markman Order |

Formatted Table



The "match score" comparison rating provides the patient with information regarding how well physicians

Page 78 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
| --- | --- | --- |
| 7,752,060 | | listed in the results list satisfy the patient's specified criteria, e.g. "specialty or location [state], and [city] [criteria]." The "match score" is determined based on four criteria, which may be changed by the patient by manipulating the slider bars shown in screenshot No. 15, below. Dr. Brunvand's report also includes match scores of other healthcare providers as required by the Court's Markman Order.<br><br>Screenshot No. 15<br><br><br><br>Additionally, the "overall patient rating," comprising 0-4 purple stars, both for Dr. Brunvard and other healthcare providers, comprises comparison ratings of healthcare providers. *See* Screenshot No. 16. |

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website



**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Screenshot No. 16 |

Page 80 of 232

EXHIBIT 1



Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | |

Page 81 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |  Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below: |

Page 82 of 232

EXHIBIT 1

Formatted Table

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | 

MDx includes another comparison rating of healthcare providers when it includes the "Patients' Choice" mark next to the physician's name. MDx gives this award to physicians when the physician has "received near perfect scores as rated by patients" compared to other physicians. *See* Screenshot No. 17.

Screenshot No. 17 |

Page 83 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |  |

Page 84 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below: |

Page 85 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|



To the extent that MDx asserts that any of these three ratings do not literally satisfy the limitation of a healthcare provider report that includes comparison ratings, these ratings meet the claim limitation under the doctrine of equivalents because they have the same function and operate in the same way to achieve the same result as comparison ratings in a healthcare provider report.

The report on Dr. Brunvand ~~and Dr. Rosengart~~ also ~~uses~~use the following patient provided information: patient ratings compiled from a www.vitals.com on-line patient-experience survey (circled in green in ~~Screenshot No. 18~~the screenshots shown below):

Screenshot No. 18

Page 86 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | |

Formatted Table

Page 87 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 88 of 232

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 89 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 90 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | The report on Dr. Brunvand uses the following doctor-verified information: (1) specialty information, gender, years in practice, shown in Screenshot No. 19, and; (2) professional memberships shown in Screenshot No. 20 below:<br><br>Screenshot No. 19<br><br>**Mark W Brunvand, MD**<br>Internist, Medical Oncologist<br>Male - 25 years experience<br><br>**Mark W Brunvand, MD**<br>Internist, Medical Oncologist<br>Male - 25 years experience<br><br>Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below: |

Formatted Table

Page 91 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
|  |  |  Todd K Rosengart, MD, FACC, FACS<br><br>Surgeon, Thoracic Surgeon<br>26 years of experience<br>Video profile<br><br>Screenshot No. 20 |

Page 92 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | **Awards & Distinctions**<br><br>Compassionate Doctor Recognition, 2010<br>On-Time Physician Award, 2009<br>Patients' Choice Award, 2010<br><br>Awards:<br>~~Compassionate Doctor Recognition, 2009~~<br>Patients' Choice Award: 2008 – 2009<br><br>Associations:<br>American Society of Clinical Oncology<br>Member<br>American Society of Hematology<br>Member<br><br>Special Standing? ✓✓✓<br><br>What's This ▲<br><br>**Awards & Distinctions**<br>Compassionate Doctor Recognition, 2010<br>On-Time Physician Award, 2009<br>Patients' Choice Award, 2010<br><br>Awards:<br>Compassionate Doctor Recognition: 2009<br>Patients' Choice Award: 2008 – 2009<br><br>Associations:<br>American Society of Clinical Oncology<br>Member<br>American Society of Hematology<br>Member<br><br>Special Standing? ✓✓✓<br><br>What's This ▲<br><br>Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below. |

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  Additionally, the report on Dr. Brunvand uses information verified by the independent third-party sources, namely, board certifications and medical school information as shown in Screenshot Nos. 21-22 below. MDx also uses compiled licensure information to ensure that only licensed physicians, including Brunvand, are displayed in the search results. |

Page 94 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Screenshot 21  |

Page 95 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below:<br><br><br><br>Screenshot 22 |

Page 96 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | <br><br>Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below: |

Page 97 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | 

With regard to the example shown above with respect to the request for information regarding the first healthcare provider as construed by the Court, the following screenshot shows a portion (e.g. a first page) of a healthcare provider report for the first healthcare provider discussed above, Dr. James Smith, in New York, NY. This report uses at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in green; and (3) information verified by an independent third party circled in purple. The report also includes comparison ratings, circled in orange, about Dr. James Smith, and other healthcare providers as required by the Court's Markman Order, circled in blue. |

Formatted Table

Page 98 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | | |
|---|---|---|
| 7,752,060 | Markman Order | 

**MDx's Current On-line Information System**

Page 99 of 232 |

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
| --- | --- | --- |
| | |  |

Additional portions (e.g. pages) of Dr. Smith's report include additional (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in green; and (3) information verified by an independent third party circled in purple:

Page 100 of 232

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 101 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |  |

Page 102 of 232

**EXHIBIT 1**



EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | With regard to the example shown above with respect to the request for information regarding the first healthcare provider as construed by the Court, the following screenshot shows a portion (e.g., a first page) of a healthcare provider report for the first healthcare provider discussed above. Dr. Todd Rosengart in Houston Texas. This report uses at least the following information: (1) healthcare provider-verified information, circled in red, (2) patient-provided information, circled in green, and (3) information verified by an independent third party circled in purple. The report also includes comparison ratings, circled in orange, about Dr. James Smith, and other healthcare providers as required by the Court's Markman Order, circled in blue. |

Page 104 of 232

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 105 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 106 of 232

**Formatted Table**

**Formatted:** Font color: Auto

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure

'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |  |

Additional

Page 107 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |  |

Page 108 of 232

**Formatted Table**

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | **Awards & Distinctions**<br>Appointments:<br>CORNELL UNIVERSITY MEDICAL COLLEGE, NY, NY; 1967 – present<br>WELL MEDICAL COLLEGE OF CORNELL UNIVERSITY FORMERLY CORNELL UNIV MED COLL, NY; 1967 – present<br><br>**Publications**<br>Dr. Smith has 189 publications:<br>Article: Are lipid rafts less susceptible to change with systemic inflammation than individual lipid components in patients with rheumatoid arthritis?<br>Date: February 2011<br>Journal: Angiology<br><br>Article: The characterization of twenty sequenced human genomes.<br>Date: January 2011<br>Journal: PLoS genetics<br><br>Article: Comorbidity of generalized anxiety disorder and alcohol use disorders among individuals seeking outpatient substance abuse treatment.<br>Date: December 2010<br>Journal: Addictive behaviors<br><br>Show all publications >><br><br>**Insurance**<br>Need health insurance? It's more affordable than you think! Click below for an INSTANT quote!<br>CHEAP Insurance<br><br>pages of Dr. Rosengart's report may be accessed in multiple ways including by clicking on the top tabs |

Page 109 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | labeled "Summary", "Patient Reviews", "Credentials" "Locations and Availability", and "Accepted Insurance" and by clicking on similarly named hyperlinks located at the bottom of each page. These additional pages include additional (1) healthcare provider-verified information (red); (2) patient-provided information (green); and (3) information verified by an independent third party (purple):  |

Formatted Table

Page 110 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 111 of 232

**Formatted Table**

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 112 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 113 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 114 of 232

**Formatted Table**

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure '060 Patent v. MDx's Current Website

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 115 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | 

As another example, the following screenshot shows a portion (e.g. a first page) of a healthcare provider report for the first healthcare provider discussed above, Dr. Sujana Chandrasekhar. This report uses at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided |

Page 116 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure

'060 Patent v. MDx's Current Website

| U.S. Patent No. 7/752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | information, circled in green; and (3) information verified by an independent third party circled in purple. The report also includes comparison ratings, circled in orange, about Dr. Chandrasekhar, and other healthcare providers as required by the Court's Markman Order (circled in blue). Additional pages of this report on Dr. Chandrasekhar contain additional healthcare provider verified, patient provided information, third party verified information as required by the claims. |

Page 117 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 118 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  To the extent that the Court's construction of first healthcare provider report on the first healthcare provider requires that the healthcare provider report on the first healthcare provider include *only* one particular healthcare provider, a position with which Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents.  MDx literally infringes this element because the www.vitals.com website is capable of creating a healthcare provider report about *only* one particular physician.  A portion of a healthcare provider report about Dr. James Smith (e.g. the first page of the healthcare provider report on the first healthcare provider), and only Dr. James Smith, is shown in the green square below: |

Page 119 of 232

EXHIBIT 1

Formatted Table

Formatted: Font color: Auto

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | |

**MDx's Current On-line Information System**



**Find a doctor or dentist by name**

Type your search criteria

Name: james smith
e.g., Doe or Jane Doe

Location: new york ny
e.g., 10016 or New York, NY

[Search]   SEARCH BY AILMENT

Advanced

2 found. 2 **exact** matches.
Click on any doctor to see full profile.

| Name | Address | Specialty | Highlights |
|---|---|---|---|
| Anthony **James Smith**, MD [View full profile] | St. Vincents O'Toole Health Center 36 7th Ave Ste 402 New York, NY | Critical Care Medicine Internal Medicine Pulmonary Disease | • Top Doctor® - New York Metro • Patients' Choice • Rated 4 stars by patients |
| James Patrick **Smith**, MD [View full profile] | NewYork-Presbyterian / Weill Cornell 525 E 68th St # 96 New York, NY | Internal Medicine Pulmonary Disease | • Rated 4 stars by patients • Board certified • 4 star hospital |

Sort by: Exact first

As another example, a portion of a healthcare provider report about Dr. Todd Rosengart (e.g. the first page of the healthcare provider report on the first healthcare provider), and only Dr.

Page 120 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | **Find a doctor or dentist by name** |

Rosengart is

shown in the green square below:

**Find a doctor or dentist by name**

Type your search criteria

Name: james smith
e.g., Doe or Jane Doe

Location: new york ny
e.g., 10010 or New York, NY

Search    SEARCH BY AILMENT    Advanced

2 found. 2 exact matches.
Click on any doctor to see full profile.

Sort by: Exact first

| Name | Address | Specialty | Highlights |
|---|---|---|---|
| Anthony James **Smith**, MD | St. Vincents O'Toole Health Center 36 7th Ave Ste 402 New York, NY | Critical Care Medicine Internal Medicine Pulmonary Disease | • Top Doctor® - New York Metro • Patients' Choice • Rated 4 stars by patients |
| View full profile | | | |
| James Patrick **Smith**, MD | NewYork-Presbyterian / Weill Cornell 525 E 68th St # 96 New York, NY | Internal Medicine Pulmonary Disease | • Rated 4 stars by patients • Board certified • 4 star hospital |
| View full profile | | | |

Page 121 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  As another example, a portion of a healthcare provider report about Dr. Sujana Chandrasekhar (e.g. the first page of the healthcare provider report on the first healthcare provider), and only Dr. Chandrasekhar, is shown in the red square below: |

Page 122 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Formatted Table

Page 123 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  MDx infringes under the doctrine of equivalents because creating a report that includes multiple particular physicians performs substantially the same function, in substantially the same way, to achieve substantially the same result as creating a healthcare provider report about one particular physician. |

Page 124 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | To the extent that the Court's Markman Order additionally requires that the comparison ratings of the first healthcare provider be within the same report as the comparison ratings of the other healthcare providers, MDx infringes under the doctrine of equivalents because it displays at least the first page of multiple healthcare provider reports, each about a single particular healthcare provider (reports are shown by green boxes), and each including comparison ratings of that particular healthcare provider (comparison ratings shown by orange boxes), on the same viewable page, side-by-side, as shown below: |



Page 125 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. | Markman Order | |
|---|---|---|
| 7,752,060 | | **MDx's Current On-line Information System** |

### Find a doctor or dentist by name

Type your search criteria

Name: james smith
*e.g., Joe or Jane Doe*

Location: new york ny
*e.g., 10018 or New York, NY*

**Search**   Advanced

Sort by: Exact first ▼

**2 found. 2 exact matches.**
Click on any doctor to see full profile

| Name | Address | Specialty | Highlights |
|---|---|---|---|
| **Anthony James Smith, MD**<br>View full profile | St. Vincents O'Toole Health Center<br>36 7th Ave Ste 402<br>New York, NY | Critical Care Medicine<br>Internal Medicine<br>Pulmonary Disease | • Top Doctor® - New York Metro<br>• Patients' Choice<br>• Rated 4 stars by patients |
| **James Patrick Smith, MD**<br>View full profile | NewYork Presbyterian / Weill Cornell<br>525 E 68th St # 96<br>New York, NY | Internal Medicine<br>Pulmonary Disease | • Rated 4 stars by patients<br>• Board certified<br>• 4 star hospital |

Page 126 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman | MDx's Current On-line Information System |
| 7,752,060 | Order | |



"You searched for "Cardiothoracic Surgeon""
Showing 1-4 of 4 results

Sort by Distance

Todd K Rosengart, MD, FACC, FACS
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Michael E. DeBakey Department of Surgery Baylor Clinic
1709 Dryden Rd Ste 1500
Houston, TX 77030
26 years experience
America's Top Doctor
Board certified
Completed fellowship
★★★★ (24) (4)

Charles D Fraser Jr, MD
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Children's Hospital
6621 Fannin Dr
Ste WZ210426H
Houston, TX 77030
25 years experience
America's Top Doctor
4 star hospital
Board certified
★★★ (4) (2)

Joseph S Coselli, MD
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
St Luke's Episcopal Hospital
6770 Bertner St
Ste C-350
Houston, TX 77030
32 years experience
America's Top Doctor
4 star hospital
Board certified
★★★★ (14) (0)

David A Ott, MD
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Surgical Associates Of Texas
1101 Bates Ave
Ste P-514
Houston, TX 77030
37 years experience
America's Top Doctor
4 star hospital
Board certified
★★★ (4) (1)

Page 127 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure '060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | And as another example (reports are shown in red squares, comparison ratings of the first healthcare provider are shown in the orange square):<br> |

Page 128 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  Displaying multiple healthcare provider reports, each about a single healthcare provider and each including comparison ratings of that particular healthcare provider, performs substantially the same function, in substantially the same way, to achieve substantially the same result as creating a report about a first healthcare provider that includes comparison ratings of multiple healthcare providers. |

Page 129 of 232

Formatted Table

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

**Formatted:** Font color: Auto

**Formatted:** Font color: Auto

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | To the extent that the Court's construction of comparison ratings of healthcare providers requires that the comparison ratings of the first healthcare provider be shown on the same page (e.g. side by side) as the comparison ratings of other healthcare providers, MDx both literally infringes this element and infringes under the doctrine of equivalents.  MDx literally infringes this element because the www.vitals.com website is capable of providing a healthcare provider reports on a particular healthcare provider that include comparison ratings of that particular healthcare provider as well as other healthcare providers, which are displayed on the same page, side-by-side.  MDx infringes under the doctrine of equivalents because a healthcare provider report that displays comparison ratings of the first healthcare provider on a different page than comparison ratings of other healthcare providers performs substantially the same function, in substantially the same way, to achieve substantially the same result as displaying this information side-by-side. |
| | | To the extent that the Court's construction of first healthcare provider requires that the healthcare provider report on the first healthcare provider be limited to a single viewable page, a position with which Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents. MDx literally infringes this element because the www.vitals.com website is capable of healthcare provider report on the first healthcare provider be limited to a single viewable page as shown above.  MDx infringes under the doctrine of equivalents because creating a healthcare provider report on the first healthcare provider that is displayed on multiple viewable pages, linked together, performs substantially the same function, in substantially the same way, to achieve substantially the same result as creating a healthcare provider report on the first healthcare provider be limited to a single viewable page. |
| | | The purpose of this element is to provide a patient with a report containing information about a particular healthcare provider, e.g., a first healthcare provider, who matches a patient's search criteria. Additionally, it facilitates comparisons among the matching healthcare providers.  MDx's website is capable of doing this.  In fact, it is capable of providing the claimed information about multiple healthcare providers and has multiple ratings systems that facilitate comparisons among the healthcare providers that match the search query as |

Page 130 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | described above. |
| | | To the extent that MDx does not include comparison ratings in its report, MDx infringes under the doctrine of equivalents at least because it includes ratings that function to allow customers to compare physicians against other physicians. The way in which these ratings are included is substantially the same, i.e., through the above mentioned computer method. The result is substantially similar, i.e., a website that allows a customer to compare physicians using ratings. |
| | | The similar doctors section of 2013 version of Vitals.com also infringes the comparison ratings element under the doctrine of equivalents. The similar doctors section provides the same function by including other physicians within the report on the first healthcare provider. With one click, the user can drill down to the ratings of the similar doctors. The similar doctors section performs this function in substantially the same way by including the other similar doctors within the report on the first healthcare provider. The result is also substantially the same in that the user can easily compare multiple healthcare providers to the first healthcare provider from within a report on the first healthcare provider. |
| providing access to the healthcare provider report on the first healthcare provider over a computer network. | | MDx provides access to the doctors' healthcare provider reports over a computer network. *See* Screenshot No. 23 (highlighting that this information was accessed over a computer network, e.g., the Internet, and that the profile can be sent by email or printed). |
| | | Screenshot No. 23 |

Page 131 of 232

EXHIBIT 1

Formatted Table

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7752060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 132 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**MDx's Current On-line Information System**



Page 133 of 232

| U.S. Patent No. 7,752,060 | Markman Order | |
|---|---|---|

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below: <br><br>  <br><br> Page 134 of 232 |
| 4. The method | | MDx provides a link to affiliated hospitals in the healthcare provider report. *See* Screenshot Screenshot No. |

**Formatted Table**

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| as defined in claim 1, wherein the healthcare provider report includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center. | | 24 (displaying affiliated hospital hyperlink, circled in red). <br><br> Screenshot No. 24 <br><br>  |

Page 135 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  The 2013 version of Vitals.com also provides substantially similar functionality as shown below: |

Page 136 of 232

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 137 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 138 of 232

**EXHIBIT 1**

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 139 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 141 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 142 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 5] The method as defined in claim 1, wherein the access to the healthcare provider report is obtained through a predetermined Webpage that provides search capabilities for a database comprised of healthcare provider information. | | MDx uses a predetermined web page for patient search purposes. *See* Screenshot 25 (displaying the MDx web page that allows patients to search for doctors). Screenshot No. 25 |

Page 143 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure '060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 144 of 232

**EXHIBIT 1**

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below: |

Page 145 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 6 The method as defined in claim 5, wherein the search capabilities permit a search based on one or more from the | | <br><br>MDx allows a user to search based on specialty, diagnosis (condition), state, city, and location criteria. *See* Screenshot No. 26 (displaying specialty, circled in red, condition, circled in orange, and location, circled in purple.) |

Formatted Table

Page 146 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria. | | Screenshot No. 26  |

Page 147 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below: |

Page 148 of 232

**EXHIBIT 1**

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

**Formatted:** Font color: Auto

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |   Screenshot No. 27<br><br>MDx allows a user to search by doctor name. *See* Screenshot No. 27 (displaying doctor search query by doctor name, circled in red). |

Page 149 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure '060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 150 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7] The method as defined in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider. | | MDx provides a list of physicians based on specialty and location input from the patient. Screenshot No. 28, below, demonstrates MDx displaying a list of internists (i.e., first healthcare providers), circled in red, based upon location criteria, circled in orange.<br><br>Screenshot No. 28 |

Page 151 of 232

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 152 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  Functionality similar to that which is depicted and described above is also included on the 2013 version of Vitals.com as shown below: the following page displaying a results list of doctors (circled in black) who match the search criteria, which list includes the first healthcare provider, e.g. Todd Rosengart: |

Page 153 of 232

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |
| 8] The method as defined in claim | | As part of the list detailed in claim 7, *supra*, MDx provides "sponsored links" at the request of "health providers, doctors, hospitals, or affiliated companies." *See* Screenshot No. 29 (sponsored link circled in red). |

Page 154 of 232

EXHIBIT 1