Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7, wherein the results list further includes an advertisement for the first healthcare provider with a hyperlink to information on the first healthcare provider. | | Screenshot No. 29  |

Page 155 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | 

MDx directs a patient who clicks on the sponsored link to a webpage that provides information about the doctor. *See* Screenshot No. 30 (information circled in red).

Screenshot No. 30

Page 156 of 232 |

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |  |

Page 157 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | Markman Order |  The 2013 version of Vitals.com has similar functionality via its "Sponsored Results" and "Related Sponsored Profiles" as shown below: |

Page 158 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Similar functionality is available in the 2013 versions of Vitals.com:

Page 159 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 160 of 232

**EXHIBIT 1**

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |  |
| | | Page 161 of 232 |
| 9) The | | MDx determines which doctors are sponsors, or members, based on whether the physician has paid a fee to |

Formatted Table

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| method as defined in claim 7, further comprising: determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; | | MDx. *See* Screenshot No. 31 (circled portion providing that MDx determines physicians based on whether the physician has chosen to be a sponsor).<br><br>Screenshot No. 31<br><br> |

Formatted Table

Page 162 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | <br><br>Similar functionality is included in the 2013 version of Vitals.com via its "Sponsored Results" and its "Related Sponsored Profiles". |

Page 163 of 232

**EXHIBIT 1**

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

**Formatted:** Indent: First line: 0"

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

MDx provides the enhanced service of prominently displaying a member physician. Consider Dr. Bruce Weber displayed at the top of the results list. *See* Screenshot No. 31, *supra.* Absent a sponsored link, MDx would not have displayed Dr. Bruce's information until the user scrolled through the first 291 doctors (page 37 of the results list). *See* Screenshot No. 32. By becoming a sponsor, MDx provided Dr. Weber with prominence among all doctors; he is at the top of every page of the results list.

Screenshot No. 32

| and if the particular healthcare provider is a member of the company managing the | | |

Page 164 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| Web site, providing enhanced services for the member healthcare provider on the Web site. | |  |

Page 165 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure '060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  Screenshot No. 33 |

Page 166 of 232

**EXHIBIT 1**

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | <br><br>~~MDx allows doctors to become members of its website, wherein these doctors pay a fee to MDx if patients are directed to the doctor by MDx.~~ |

Page 167 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  Similar functionality is available in the 2013 versions of Vitals.com: |

EXHIBIT 1

**Formatted Table**

**Formatted:** Indent: First line: 0"

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 11. The method as defined in claim 9, wherein the enhanced services comprise favorable | |   MDx displays the member doctor in a prominent position. *See* Screenshot No. 34 (circled portion showing favorable position of member doctor). |

Page 169 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| positioning in the results list. | | Screenshot No. 34  |

Page 170 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  The 2013 version of Vitals.com has similar functionality in its sponsored results as shown below. For example, Dr. Seldon is a member, as are Drs. Gupta, Melrose, and Shapiro. |

Page 171 of 232

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 14. The method as defined in claim 1, wherein the first healthcare | | <br><br>MDx provides reports on physicians. *See* Screenshot No. 35 (displaying a report for an internist).<br><br>Screenshot No. 35 |

Page 172 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

**Formatted:** Tab stops:  0.19", Left

## MDx's Current On-line Information System

| U.S. Patent No. 7752,060 | Markman Order | |
|---|---|---|
| provider is a physician. | |  |

Page 173 of 232

**EXHIBIT 1**

**Formatted Table**

**Formatted:** Font color: Black

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  The provides reports on physicians, as shown below: 2013 version of Vitals.com also |

Page 174 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

Formatted: Indent: First line: 0", Right: 0", Widow/Orphan control, Allow hanging punctuation, Font Alignment: Auto

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
| --- | --- | --- |
| 15. An on-line information system for connecting healthcare providers with | |  MDx ~~provides~~Medical, Inc. ("MDx") directly infringes this claim by providing an ~~entire~~on-line information system for connecting healthcare providers with potential patients— for the same reasons that it practices a computer-implemented method of providing healthcare provider information to potential patients described in connection with claim 1. MDx's on-line information system includes its website (www.vitals.com), its healthcare provider database, and the software and hardware that are associated therewith. |

Page 175 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| potential patients, the system comprising: | | MDx connects potential patients with healthcare providers by giving them access to MDx's database of information relating to healthcare providers, such as doctors, through its www.vitals.com website. <br><br> Various screenshots taken from http://www.vitals.com/ taken at various points in time after January 2011 are provided in this claim chart to illustrate the various features of the vitals.com website and how these features correspond to the features of claims 1, 4-9, 14-16. <br><br> MDx's homepage displays a tagline that reads "Relief . . . is knowing it's easy to find a doctor right for you on Vitals." See Screenshot No. 36 (tagline circled in red). MDx's homepage is accessible via the internet. Se Screenshot No. 36 (web address circled in purple). <br><br> Screenshot No. 36 |

Page 176 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 177 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  MDx provides potential patients with information about a healthcare provider in response to the potential patient clicking on the "find the doctor you need" link or in response to the potential patient clicking on the "find a doctor now" link shown above. |

Page 178 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | See also, screenshots from the latest version of vitals.com that allow for searches for doctors by name or specialty: |
| | |  |
| at least one computer processor; and | | MDx uses a web server program, which is housed on a web server machine, to deliver its webpage to a potential patient's web browser. A web server machine is a computer, and all computers have computer processors. |
| memory coupled with and readable by the at | | MDx's web server machine, like any computer, has memory readable by at least one computer processor. |

Page 179 of 232

**Formatted Table**

**Formatted:** Indent: First line:  0", Right:  0", Widow/Orphan control, Allow hanging punctuation, Font Alignment: Auto

**Formatted:** Right:  0", Widow/Orphan control, Allow hanging punctuation, Font Alignment: Auto

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| least one computer processor and comprising a series of instructions that, when executed by the at least one computer processor, cause the at least one computer processor to: | | |
| reieve a request for information regarding a first healthcare provider; | "First Healthcare Provider," a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.) | See "receiving" element of claim 1 above. ~~MDx's web server receives a request for information regarding a first healthcare provider from a potential patient's web browser. See, e.g., Screenshot 2 and Screenshot 3.~~ ~~The Court's Markman Order defines the first healthcare provider as "a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)~~ ~~MDx literally infringes this element as construed by the Court in its Markman Order. For example, on the www.vitals.com website, information can be requested about a particular healthcare provider by performing various searches, which are initiated at the www.vitals.com homepage. Specifically, a potential patient may initiate a search for a particular healthcare provider on MDx's website, which prompts the patient's web browser to send a request for information about the particular doctor the patient is looking for to the MDx's web server, which receives the request for information and then accesses MDx's database to find data that~~ |

Page 180 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | ~~responds to the user's search query. The various kinds of searches offered on www.vitals.com are shown below:~~  To the extent that the Court's construction of first healthcare provider requires that the request for information be directed to only one particular healthcare provider, a position with which Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents. MDx literally infringes this element because the www.vitals.com website is capable of receiving requests for information about only one particular physician. MDx infringes under the doctrine of equivalents because a request for information about multiple particular physicians performs substantially the same function, in substantially the same way, to achieve substantially the same result as a request for one particular physician as shown above. To the extent that the Court's construction of first healthcare provider requires that the potential patient know the identity of the particular physician for whom he or she is requesting information before they request the |

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

**Formatted:** Font color: Black

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | ~~information, a position with which Health Grades disagrees. MDx both literally infringes this element and infringes under the doctrine of equivalents. MDx literally infringes this element because the www.vitals.com website is capable of receiving requests for information about a particular physician whose identity is known to the requester before the information is requested. MDx infringes under the doctrine of equivalents because a request for information about a particular physician that has characteristics that meet search criteria (e.g. female, plastic surgeon, in New York, NY) performs substantially the same function, in substantially the same way, to achieve substantially the same result as a request for a particular physician whose identity is known before the search is run.~~ |
| access healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty | ~~"First Healthcare Provider:" a particular~~ See "healthcare provider ~~about whom information is requested and a report is produced."~~ (Markman Order at 23) ~~"Received from the First Healthcare Provider:"~~ | See "healthcare provider-verified" element of claim 1 above. ~~The Court's Markman Order defines the first healthcare provider as "a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)~~ ~~MDx's web server accesses healthcare provider-verified information about a particular healthcare provider at the prompting of a potential patient. To display the healthcare provider-verified information in the patient's browser, the server must access the information. Screenshot No. 37 displays the following healthcare provider-verified information: specialty information, gender, and years in practice (information circled in red). Screenshot No. 38 displays hobbies (information circled in red). Screenshot No. 39 displays membership information (information circled in red). Screenshot No. 40 displays publications (information circled in red).~~ ~~Screenshot No. 37~~ |

Page 182 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

## MDx's Current On-line Information System



| U.S. Patent No. 7,752,060 | Markman Order | |
|---|---|---|
| information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies; | ~~receipt-verified"~~ element of ~~information from~~ the claim 1 above, ~~first healthcare~~ ~~provider or one~~ ~~of his or her~~ ~~agents, such as~~ ~~an employee, as~~ ~~distinguished~~ ~~from information~~ ~~received from~~ ~~patients or public~~ ~~sources."~~ ~~(Markman Order~~ ~~at 24.)~~ ~~"Although~~ ~~defendant is~~ ~~correct that~~ ~~'verify' can~~ ~~mean 'to prove,'~~ ~~'verify' may also~~ ~~mean, depending~~ ~~on its context,~~ ~~'confirm' or~~ ~~'substantiate'...~~ | ~~Screenshot No. 3~~ |

Page 183 of 232

EXHIBIT 1

Formatted Table

Formatted: Font color: Black

Formatted: Font color: Black

Formatted: Indent: Left: 0.01", First line: 0.19"

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | ~~Here, the specification makes clear that the act of 'verifying' requires only that the website receive confirmation of the information from some other source, in this instance the healthcare provider. Indeed, the confirmation described appears to not extend beyond receipt of such information from the first healthcare provider." (Markman Order at 15 n.8.)~~ |  Screenshot No. 39 |

Formatted Table

Page 184 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | "The phrase '[received from the first healthcare provider]' and the surrounding context contemplate receipt of information from the first healthcare provider or one of his or her agents, such as an employee, as distinguished from information received from patients or public sources." (Markman Order at 16-17.) |   Screenshot No. 40 |

Page 185 of 232

EXHIBIT 1

Formatted Table

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 186 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | ~~MDx receives the healthcare provider-verified information from healthcare providers. MDx's website provides doctors with the ability to send information to MDx. For example, MDx's website provides many opportunities for doctors to edit their own profiles.~~  |

Formatted Table

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | MDx states on its website that it receives, compiles, and posts doctor-supplied information. See Screenshot No. 6  |

Page 188 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | ~~The Court's Markman Order defines "received from the First Healthcare Provider" to mean: "receipt of information from the first healthcare provider or one of his or her agents, such as an employee, as distinguished from information received from patients or public sources." (Markman Order at 24.)~~ |
| | | ~~The~~ Court's Markman Order states that "'verifying' requires only that the website receive confirmation of the information from some other source, in this instance the healthcare provider. Indeed, the confirmation described appears to not extend beyond receipt of such information from first healthcare provider." (Markman Order at 15 n.8.) MDx accesses information verified by a physician or other healthcare ~~professional~~. |
| | | ~~For example,~~ MDx literally infringes because MDx admits that it accesses information that is provided to MDx by the healthcare provider, and therefore is verified by the healthcare provider. |
| | | Moreover, even if every doctor does not provide every piece of his or her own personal information, and to the extent that any physician information originates with a third party, MDx still literally infringes because its system provides the capability for healthcare providers to verify, and edit their own information as detailed above. As such, this editing relies on the fact that the physician is confirming information it edits. |
| | | To the extent that MDx does not literally infringe this element because the physician information is verified by a third party, it infringes under the doctrine of equivalents because it performs substantially the same function in substantially the same way to obtain the same result. The function of the claim is to make the information service more trustworthy. The way it makes it more trustworthy is to get information from a third party about the doctor. The result is that it is more trustworthy. |
| compile patient-provided | "First Healthcare | ~~See "patient-provided" element of claim 1 above.~~ |

Page 189 of 232

EXHIBIT 1

Formatted Table

Formatted: Indent: Left: 0.01", First line: 0.19"

Formatted: Font color: Black

Formatted: No underline, Font color: Black

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Website by the one or more past or current patients of the first healthcare provider, and | "Provider: a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)  "Compiling/Compile: gathering and/or putting together." (Markman Order at 24.) | MDx compiles patient-provided information through an online survey on its www.vitals.com website. Screenshot No. ~~44~~40 displays the MDx on-line patient experience survey. MDx manages the website where the on-line surveys are collected. See Screenshot No. 40 (displaying on-line patient survey, circled in red, and the Vitals logo, circled in purple). MDx is company that provides a service for connecting patients with healthcare providers as discussed in connection with this claim and claim 1.  Screenshot No. ~~44~~40 |

EXHIBIT 1

Formatted Table
Formatted: Font color: Black
Formatted: Underline, Font color: Dark Blue
Formatted: Underline, Font color: Dark Blue
Formatted: Font: Not Italic
Formatted: Font color: Black
Formatted: Right: 0", Widow/Orphan control, Allow hanging punctuation, Font Alignment: Auto
Formatted: No underline, Font color: Black
Formatted: Font color: Black

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| wherein the company Web site is managed by a company providing a service for connecting healthcare providers with the potential patients; | |  |

Page 191 of 232

EXHIBIT 1

**Formatted Table**

**Formatted:** Font: Not Italic

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |   Further, MDx admits that it collects information from patients using online experience surveys. See MDX 0000224 (noting the rules for displaying patient ratings comprise "a rating equals a submission of a doc for |

Page 192 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | the 8 questions," the eight questions being the ones circled in red above). |
| | | Similar functionality is found in the 2013 versions of Vitals.com: |
| | |  |
| | | See also |

Page 193 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 194 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

**Formatted:** Indent: Left: 0.01", First line: 0.19"

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| compile healthcare provider information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, | ~~"First Healthcare Provider: a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)~~ ~~"Compiling/Compile: gathering and/or putting together." (Markman Order at 24.)~~ ~~"In short, the plain and ordinary meaning of verified, which can encapsulate t~~ | See "third party source" element of claim 1 above. ~~MDx compiles information regarding doctors verified by an independent third party source. The verified information comprises, at least, medical school, licensure, board certification, medical fellowship and medical residency information. See Screenshot No. 42 (displaying a portion of the FAQ from the vitals.com website stating that the information comes from various third parties).~~ ~~Screenshot No. 42~~ |

Page 195 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| medical residency, and medical fellowship information; | ~~range of conduct aimed at confirmation of information, shall apply." (Markman Order at 17.)~~  See "third party source" element of claim 1 above. |  |

**Formatted Table**

**Formatted:** Right: 0", Widow/Orphan control, Allow hanging punctuation, Font Alignment: Auto

Page 196 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure

'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | As a specific example, MDx compiles medical-school information on a given doctor from *U.S. News & World Report's* "America's Top Medical Schools." *See* Screenshot No. 43 ("What's this?" section describing that MDx compiles medical-school information from *U.S. News & World Report*-M). MDx then provides potential patients with medical-school information associated with a given physician's academic and fellowship history. |
| | | Screenshot No. 43 |

Page 197 of 232

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

MDx compiles licensure information. Screenshot No. 44 evidences that MDx verifies each physician's

Page 198 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No.<br>7,752,060 | Markman<br>Order | MDx's Current On-line Information System |
|---|---|---|
| | | ~~license before adding the physician to the results list, to do this, MDx must compile the information first in order to compare it to the entry field.~~ |
| | | ~~Screenshot No. 44~~ |
| | |  |
| | | Page 199 of 232 |
| | | |

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | ~~MDx admits that it compiles board certification information. See screenshot No. 45 below ("Vitals receives quarterly updates on board certification from ABMS" circled in orange). Further, the American Board of Medical Specialties is an independent source. See Screenshot No. 45, "About Board Certification" boxed in red below.~~<br><br>~~Screenshot No. 45~~<br><br> |

EXHIBIT 1

Plaintiff Health Grades' February 2012September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | MDx admits that it compiles additional information regarding a physician's medical school, internship, residency, and fellowship positions using independent, third-party resources unless otherwise noted.  See Screenshot No. 46 (noting that MDx obtains all educational information from independent third parties unless otherwise noted). Screenshot No. 46 |

Page 201 of 232

EXHIBIT 1

**Formatted Table**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  As a specific example, ~~Screenshot 47~~ provide specific evidence that MDx compiles fellowships information on at least some of its doctors.<br><br>~~Screenshot No. 47~~ |

Page 202 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | **Education**<br>Dr. Rampy was educated at the following institutions:<br><br>Medical School<br>University of Colorado School of Medicine<br>Completed: 1998<br><br>Ranked #4 out of 144 in primary care by US News & World Report.<br>Ranked #29 out of 144 in research quality by US News & World Report.<br><br>Fellowship<br>Washington University, St. Louis School of Medicine®<br>Neuromuscular Medicine, Completed: 2004<br><br>Ranked #26 out of 144 in primary care by US News & World Report.<br>Ranked #4 out of 144 in research quality by US News & World Report.<br><br>Institution Ranking: Top 25%    Institution Rating: ★★★★<br><br>What's This ▲<br><br>Further, MDx compiles information that is verified by third-party sources. See MDX-0000317 (noting MDx compiles independently-verified information from 29 third-party sources). MDX-0000318 (intimating that MDx pulls insurance information). MDX-0000323 (noting that MDx uses data from the following sources: state and federal boards of medicine, sanction and disciplinary action databases, ABMS, DEA, NP, and UPIN |

Page 203 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | ~~databases; 160+ individual medical school websites; 5000+ individual hospital websites; many thousand group practice sites; association and medical specialty sites; insurance sites; data feeds and provider directories; top doctor survey results and data bases; NCQA, DSF and address validation compiled files; and publication databases). MDX-0000359 (noting "[i]ndependent quality measures are based on yearly data and updated annually; medical school ratings; hospital ratings; procedure volumes"). It uses a computer processor to perform this step.~~ |
| | | ~~To the extent that MDx does not literally infringe this element, it infringes under the doctrine of equivalents. Should the court adopt an alternative construction of the term "information verified by the independent third-party source," such as defendant's construction of "proved to be true by an independent third party source," MDx infringes literally and under the doctrine of equivalents.~~ |
| | | ~~MDx infringes literally because, for example, MDx assumes that certain sources provide MDx with truthful information. MDX-0000353 (noting that ABMS is highest tier for purposes of a data integrity check).~~ |
| | | ~~MDx infringes under the doctrine of equivalents because it compiles information that an independent third-party source has verified. The function of this compilation is to prove true the already existing data set or to prove true new data that will be further verified by, for example, a physician. MDX-0000353 (noting that ABMS is highest tier for purposes of a data integrity check). The way in which this information is compiled is substantially the same, i.e., through the above mentioned computer method. The result is substantially similar, i.e., a data set that has been proven to be true by the additional step of having used independent third party verified information.~~ |
| create a healthcare provider report on the first | ~~"First Healthcare Provider: a particular~~ See "healthcare provider report" element of claim 1 above. | |
| | ~~"healthcare~~ | ~~After a patient/user enters search criteria for a doctor, MDx creates one or more healthcare provider reports using information from the MDx database, including using healthcare provider-verified information, patient~~ |

Page 204 of 232

EXHIBIT 1

Formatted Table

Formatted: Tab stops: 0.19", Left

Formatted: Font color: Black

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| healthcare provider ~~provider~~ using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and | provider ~~about whom information is requested and a report is produced.~~ (Markman Order at 23.)<br><br>~~"Comparison Ratings" element of Healthcare Providers:~~ ratings on multiple healthcare~~[claim 1 above,]~~ providers; including the ~~"first healthcare provider," in the report on that "first healthcare provider," thus permitting comparison of the "first~~ | ~~provided information, and information verified by the independent third-party source about the first healthcare provider.~~<br><br>~~The~~ The Court's Markman Order defines ~~"First Healthcare Provider"~~ as ~~"a particular healthcare provider about whom information is requested and a report is produced."~~ (Markman Order at 23.)<br><br>~~The Court's Markman Order defines "Comparison Ratings of Healthcare Providers" as "ratings on multiple healthcare providers, including the 'first healthcare provider,' in the report on that 'first healthcare provider,' thus permitting comparison of the 'first healthcare provider' with other potential healthcare providers." (Markman Order at 24.)~~<br><br>~~Screenshot Nos. 48 & 50-52 show portions of a healthcare provider report for Dr. Mark Brunvand, who is an example of a first healthcare provider as defined by the Court in its Markman ruling.  This report uses at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in green; and (3) information verified by an independent third-party source circled in purple. The report also includes comparison ratings, circled in orange, about Dr. Brunvand, and other healthcare providers as required by the Court's Markman Order.~~<br><br>~~Screenshot No. 48~~ |

Formatted Table

Formatted: Font color: Black

Formatted: Font color: Black

Formatted: No underline, Font color: Black

Formatted: Font color: Black

Page 205 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
| --- | --- | --- |
| 7,752,060 | ~~healthcare provider" with other potential healthcare providers." (Markman Order at 24)~~ |  Page 206 of 232 <br><br> ~~The "match score" comparison rating provides the patient with information regarding how well physicians listed in the results list satisfy the patient's specified criteria, e.g., "specialty or location [state], and [city] [criteria]." The "match score" is determined based on four criteria, which may be changed by the patient by manipulating the slider bars shown in screenshot No. 49, below. Dr. Branvand's report also includes match~~ |

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | ~~scores of other healthcare providers as required by the Court's Markman Order.~~ ~~Screenshot No. 49~~  ~~Additionally, the "overall patient rating," comprising 0-4 purple stars, both for Dr. Brunvard and other healthcare providers, comprises comparison ratings of healthcare providers. See Screenshot No. 50.~~ |

Page 207 of 232

Formatted Table

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | | MDx's Current On-line Information System |
|---|---|---|---|

**MDx's Current On-line Information System**

⑥ Internist

**Mark W. Brunvand**
Denver, CO
7.6 miles away

97% match score

Overall Patient Rating:

Highlights
• Patients' Choice Award
• Rated 4 stars by patients
• Board certified

View profile

⑦ Internist

**Jeffrey V. Matous**
Denver, CO
7.6 miles away

97% match score

Overall Patient Rating:

Highlights
• Board certified
• 4 star hospital
• 4 star medical school

View profile

⑧ Internist

**Judy Weiss**
Westminster, CO
4.4 miles away

97% match score

Overall Patient Rating:

Highlights
• Board certified
• 4 star hospital
• 4 star medical school

View profile

~~MDx includes another comparison rating of healthcare providers when it includes the "Patients' Choice"~~

Page 208 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | ~~mark next to the physicians' name. ~~February 2012~~September 2013~~ MDx gives this award to a physician when the physician has "received near perfect scores as rated by patients" compared to other physicians. See Screenshot No. 51.~~ <br><br> ~~Screenshot No. 51~~ <br><br>  <br><br> ~~To the extent that MDx asserts that these three ratings do not literally satisfy the limitation of a healthcare provider report that includes comparison ratings, these ratings meet the claim limitations under the doctrine of equivalents because they have the same function and operate in the same way to achieve the same result as comparison ratings on a healthcare provider report. See Screenshot 52.~~ |

Page 209 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | ~~Screenshot No. 52~~ |

Formatted Table

Page 210 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February  2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 211 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7752,060 | | ~~The report on Dr. Brunvand uses the following doctor-verified information: (1) specialty information; (2) gender, years in practice, shown in Screenshot No. 53; and (2) professional memberships shown in Screenshot No. 54 below:~~<br><br>~~Screenshot No. 53~~<br><br>**Mark W Brunvand, MD**<br>Internist, Medical Oncologist<br>Male · 25 years experience<br><br>~~Screenshot No. 54~~ |

Page 212 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | **Awards & Distinctions**<br><br>Compassionate Doctor Recognition, 2010<br>On-Time Physician Award, 2009<br>Patients' Choice Award, 2010<br><br>Awards:<br>Compassionate Doctor Recognition, 2009<br>Patients' Choice Award: 2008 – 2009<br><br>Associations:<br>American Society of Clinical Oncology Member<br>American Society of Hematology Member<br><br>Special Standing?<br>What's This? ▲<br><br>~~The report on Dr. Brunvand uses the following patient-provided information: patient ratings compiled from a www.vitals.com on-line patient experience survey (circled in green in Screenshot No. 52 below):~~<br><br>~~Screenshot No. 52~~ |

Formatted Table

Page 213 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |  |

Page 214 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | ~~Additionally, the report on Dr. Brunvand uses information verified by the independent third-party sources, namely, board certification and medical school information as shown in Screenshot Nos. 55-56 below. MDx also uses compiled licensure information to ensure that only licensed physicians, including Dr. Brunvand, are displayed in the search results.~~ Screenshot 55  Screenshot 56 |

EXHIBIT 1

Plaintiff Health Grades' February 2012September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | <br>With regard to the example shown above with respect to the request for information regarding the first healthcare provider as construed by the Court, the following screenshot shows a portion (e.g. a first page) of a healthcare provider report for the first healthcare provider discussed above, Dr. James Smith, in New York, NY. This report uses at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in green; and (3) information verified by an independent third party circled in purple. The report also includes comparison ratings, circled in orange, about Dr. James Smith, and other healthcare providers as required by the Court's Markman Order, circled in blue. |

Formatted Table

Formatted: Font color: Auto

EXHIBIT 1



Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1 (c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | |

**Formatted Table**

**Formatted:** Font color: Auto

Page 217 of 232

EXHIBIT 1

Plaintiff Health Grades' February 2012September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |  |

Page 218 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 219 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
| --- | --- | --- |
| | |  |

Page 220 of 232

EXHIBIT 1

Formatted Table

Formatted: Font color: Black

Plaintiff Health Grades' February 2012September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | As another example, the following screenshot shows a portion (e.g. a first page) of a healthcare provider report for the first healthcare provider discussed above, Dr. Sujana Chandrasekhar. This report uses at least the following information: (1) healthcare provider verified information, circled in red; (2) patient provided information, circled in green; and (3) information verified by an independent third-party, circled in purple. The report also includes comparison ratings, circled in orange, about Dr. Chandrasekhar, and other healthcare providers as required by the Court's Markman Order (circled in blue). Additional pages of this report on Dr. Chandrasekhar contain additional healthcare provider verified, patient provided information, third-party verified information as required by the claims. |

Formatted Table

Page 221 of 232

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure

'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

~~To the extent that the Court's construction of first healthcare provider requires that the healthcare provider~~

Page 222 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | ~~report on the first healthcare provider include only one particular healthcare provider, a position with which Health Grades disagrees. MDx both literally infringes this element and infringes under the doctrine of equivalents. MDx literally infringes this element because the www.vitals.com website is capable of creating a healthcare provider report about only one particular physician. A portion of a healthcare provider report about Dr. James Smith (e.g., the first page of the healthcare provider report on the first healthcare provider)~~ and only Dr. James Smith, is shown in the green square below: |

**MDx's Current On-line Information System**

### Find a doctor or dentist by name

Type your search criteria

Name: james smith  *e.g., Doe or Jane Doe*

Location: new york ny  *e.g., 10010 or New York, NY*

[Search]   SEARCH BY AILMENT   Advanced

Sort by: Exact first

**2 found. 2 exact matches.**
Click on any doctor to see full profile.

| Name | Address | Specialty | Highlights |
|---|---|---|---|
| Anthony **James Smith**, MD  [View full profile] | St. Vincents O'Toole Health Center 36 7th Ave Ste 402 New York, NY | Critical Care Medicine Internal Medicine Pulmonary Disease | • Top Doctor® - New York Metro • Patients' Choice • Rated 4 stars by patients |
| **James Patrick Smith**, MD  [View full profile] | NewYork-Presbyterian / Weill Cornell 525 E 68th St # 96 New York, NY | Internal Medicine Pulmonary Disease | • Rated 4 stars by patients • Board certified • 4 star hospital |

Page 223 of 232

Formatted Table

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | | ~~As another example, a portion of a healthcare provider report about Dr. Sujana Chandrasekhar (e.g. the first page of the healthcare provider report on the first healthcare provider), and only Dr. Chandrasekhar, is shown in the red square below:~~  |

Page 224 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | ~~MDx infringes under the doctrine of equivalents because creating a report that includes multiple particular physician, performs substantially the same function, in substantially the same way, to achieve substantially the same result as creating a healthcare provider report about one particular physician.~~ ~~To the extent that the Court's Markman Order additionally requires that the comparison ratings of the first healthcare provider be within the same report as the comparison ratings of the other healthcare providers, MDx infringes under the doctrine of equivalents because it displays at least the first page of multiple healthcare provider reports, each about a single particular healthcare provider (reports are shown by green boxes), and each including comparison ratings of that particular healthcare provider (comparison ratings shown by orange boxes), on the same viewable page, side by side, as shown below.~~ |

Page 225 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 7,752,060 | |  |

Page 226 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~ September 2013 Supplement to its Rule 3.1 (c) Disclosure '060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  ~~Displaying multiple healthcare provider reports, each about a single healthcare provider and each including comparison ratings of that particular healthcare provider, performs substantially the same function, in substantially the same way, to achieve substantially the same result as creating a report about a first healthcare provider that includes comparison ratings of multiple healthcare providers.~~ ~~To the extent that the Court's construction of comparison ratings of healthcare providers requires that the~~ |

Page 227 of 232

EXHIBIT 1

Plaintiff Health Grades' February 2012September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

Formatted Table

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | comparison ratings of the first healthcare provider be shown on the same page (e.g. side-by-side) as the comparison ratings of other healthcare providers. MDx both literally infringes this element and infringes under the doctrine of equivalents. MDx literally infringes this element because the www.vitals.com website is capable of providing a healthcare provider reports on a particular healthcare provider that include comparison ratings of that particular healthcare provider as well as other healthcare providers, which are displayed on the same page, side by side. MDx infringes under the doctrine of equivalents because a healthcare provider report that displays comparison ratings of the first healthcare provider on a different page than comparison ratings of other healthcare providers performs substantially the same function, in substantially the same way, to achieve substantially the same result as displaying this information side-by-side. |
| | | To the extent that the Court's construction of first healthcare provider requires that the healthcare provider report on the first healthcare provider be limited to a single viewable page, a position with which Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents. MDx literally infringes this element because the www.vitals.com website is capable of healthcare provider report on the first healthcare provider be limited to a single viewable page as shown above. MDx infringes under the doctrine of equivalents because creating a healthcare provider report on the first healthcare provider that is displayed on multiple viewable pages, linked together, performs substantially the same function, in substantially the same way, to achieve substantially the same result as creating a healthcare provider report on the first healthcare provider be limited to a single viewable page. |
| | | The purpose of this element is to provide a patient with a report containing information about a particular healthcare provider, e.g., a first healthcare provider, who matches a patient's search criteria. Additionally, it facilitates comparisons among the matching healthcare providers. MDx's website is capable of doing this. In fact, it is capable of providing the claimed information about multiple healthcare providers and has multiple ratings systems that facilitate comparisons among the healthcare providers that match the search query as described above. |

Page 228 of 232

EXHIBIT 1

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| and provide access to the healthcare provider report on the first healthcare provider over a computer network. | ~~See "access" element of claim 1 above.~~ | ~~To the extent that MDx does not include comparison ratings in its report, MDx infringes under the doctrine of equivalents at least because it includes ratings that function to allow customers to compare physicians against other physicians. The way in which these ratings are included is substantially the same, i.e., through the above mentioned computer method. The result is substantially similar, i.e., a website that allows a customer to compare physicians using ratings.~~ <br><br> See "access" element of claim 1 above. <br><br> ~~MDx provides access to the healthcare provider report over the internet. See Screenshot No. 57 (web address circled in red).~~ <br><br> ~~Screenshot No. 57~~ |

**Formatted:** Formatted Table

**Formatted:** Indent: Left: 0.01", First line: 0.19"

**Formatted:** Indent: First line: 0", Right: 0", Widow/Orphan control, Allow hanging punctuation, Font Alignment: Auto

EXHIBIT 1

Formatted Table

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | |  |

Page 230 of 232

**EXHIBIT 1**

Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure

'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 16. The on-line Information system defined in claim 15, wherein: the healthcare provider report is obtained through one or more from the group consisting of: a predetermined Webpage that provides search capabilities on its database and a third-party search engine; and the search capabilities of the predetermined Webpage permit searching based on one or more from the group consisting of: name, medical | | MDx infringes the online system of claim 16. See claim 5 for a discussion of how MDx provides a healthcare provider report through a predetermined webpage. ~~This webpage permits a patient to~~ See claim 6 for a discussion regarding how the predetermined webpage's search capabilities are based on one or more from the group consisting of: name, medical specialty, specialty, gender, state, city, procedure, diagnosis, and location criteria. ~~See Screenshot No. 58 (specialist, location criteria circled, and diagnosis in red, blue, and orange respectively).~~ ~~Screenshot No. 58~~ |

Page 231 of 232

**EXHIBIT 1**

Formatted Table

Formatted: Indent: First line: 0", Right: 0", Widow/Orphan control, Allow hanging punctuation, Font Alignment: Auto