Plaintiff Health Grades' ~~February 2012~~September 2013 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**Formatted Table**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| specialty, gender, state, city, procedure, diagnosis, and location criteria. | |  |

Page 232 of 232

EXHIBIT 1