**EXHIBIT E – ~~HealthGrades~~Health Grades Web site Claim Chart for U.S. Patent No. 7,752,060**
**Supplemented August 18, 2013**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| **1.** A computer-implemented method of providing healthcare provider information to potential patients, said method comprising: | ~~HealthGrades~~Health Grades practices the claim by utilizing a computer-implemented method of providing healthcare provider information to potential patients via its on-line information system.  The on-line information system includes its web site (www.healthgrades.com), its healthcare provider database, as well as the software and hardware that are associated therewith.  The computer-implemented method is performed by one or more web servers under the control of HealthGrades.

The web site www.healthgrades.com (hereinafter referred to as "HealthGrades.com") provides healthcare provider information to potential patients (i.e., visitors to HealthGrades.com).

Various screenshots taken from http://www.healthgrades.com/ are provided in this claim chart to illustrate the various features of HealthGrades.com and how these features correspond to the features of claim 1.  For instance, Screenshot No. 1 (reproduced below) illustrates the home page of the HealthGrades.com where a potential patient begins accessing information related to specific doctors (i.e., providing healthcare provider information to potential patients).  More specifically, HealthGrades.com allows a potential patient to access information about a doctor or a hospital by clicking on the "Find a Doctor" ~~or "Find a Hospital" buttons~~ (highlighted in Screenshot No. ~~1).~~1, which illustrates an earlier version of the website (taken in 2011), and Screenshot No. 2, which illustrates the current version of the website (taken in July 2013)). |

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
|  |  |
|  | Screenshot No. 1  |

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. 2 |

3

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
| --- | --- |
| | |
| |  |
| receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request | When the potential patient initiates a search for a healthcare provider on the HealthGrades.com, the HealthGrades.com web server receives a request for information regarding a healthcare provider via the Internet.  The HealthGrades.com web server, as with any server, comprises at least one computer processor and memory.<br><br>Screenshot No. 2 shows3 is an example of where a potential patient may initiate a search for a healthcare |

Formatte

Formatte control

Formatte

Formatte

Formatte

4

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| for information regarding a first healthcare provider, wherein the Web server computer comprises at least one computer processor and memory; | provider on the earlier version of HealthGrades.com, e.g., request information about one or more doctor. When the potential patient clicks the "Find a Doctor" button, the potential patient's web browser sends a request for information about a doctor to the HealthGrades.com web server, which receives the request for information and then accesses the HealthGrades.com database to find data that responds to the potential patient's search query.

Screenshot No. 2

Additionally, Screenshot No. 4 is an example of where a potential patient may initiate a search for a healthcare provider on the current version of HealthGrades.com. Such a search is also a request for information about one or more doctor.  In the current version, typing information into website the causes the patient's web browser sends a request for information about a doctor to the HealthGrades.com web server, which receives the request for information and then accesses the HealthGrades.com database to find data that responds to the potential patient's search query.

The Court's Markman Order defines the first healthcare provider as "a particular healthcare provider about whom information is requested and a report is produced."  (Markman Order at 23.)  Healthgrades.com performs this element when, for example, it receives a request for information regarding a specific doctor, such as Dr. Rosengart. |

Formatte

Formatte
control

Formatte

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. 3 |

**Formatte**

**Formatte**
control

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| |  |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. 4<br> |

Formatted

Formatted
control

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies; | The Court's Markman Order defines the first healthcare provider as "a particular healthcare provider about whom information is requested and a report is produced."   (Markman Order at 23.)

At the initiation of the potential patient/user using HealthGrades.com, the HealthGrades.com web server accesses healthcare-provider-verified information. *See* Screenshot No. ~~3~~5 (illustrating the result of accessing and displaying doctor supplied information).  Highlighted in Screenshot No. ~~3~~5, among other things, are the doctor's age, gender, specialty information, medical philosophy, years in profession, etc.  As illustrated in Screenshot No. ~~3~~5, the healthcare- provider-verified information returned to the potential patient also contains tabs listing education information and awards and recognitions.  HealthGrades.com allows the healthcare provider to verify the information by clicking on a link indicating that ~~you are~~he/she is the healthcare provider associated with the report.  For example, in Screenshot No. ~~3~~5, HealthGrades.com provides the "Are you Dr. Kennedy" link.  By accessing the link, the healthcare provider can verify the information displayed in the report.

Health Grades' current website also evidences accessing provider verified information as illustrated in Screenshot No. 6. Screenshot No. 6 illustrates the result the result of accessing and displaying doctor supplied information such as the doctor's age and gender (which all highlighted in red).  The returned web page also contains information regarding awards, languages, and appointments. |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. 5 |
| | ~~Screenshot No. 3~~ |

Formatte

Formatte
control

Formatte

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| |  |

Formatte

Formatte control

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | **Screenshot No. 6**  Additionally, HealthGrades.com provides mechanisms for allowing a first healthcare providersprovider to |

**Formatte**

**Formatte**
**control**

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | verify the information on the HealthGrades.com web site. |

For example, Healthgrades.com states:

"HealthGrades' The Court's Markman Order defines "received from the First Healthcare Provider" to mean: "receipt of information from the first healthcare provider or one of his or her agents, such as an employee, as distinguished from information received from patients or public sources." (Markman Order at 24.)

Additionally, the Court's Markman Order states that "'verifying' requires only that the website receive confirmation of the information from some other source, in this instance the healthcare provider. Indeed, the confirmation described appears to not extend beyond receipt of such information from the first healthcare provider." (Markman Order at 15 n.8.)   HealthGrades.com accesses information verified by a physician or other healthcare professional.  For example, Health Grades' earlier website stated:

"Physician & Provider portal is a web-based tool that empowers physicians and practice administrators to take control of their online reputation. This free, secure web application encourages ongoing physician engagement to verify and modify the information HealthGrades makes public in more than 750,000 online physician profiles"." *See* Screenshot No. 47.

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. 47 |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| |  Additionally, as illustrated in Screenshot No. 8, Health Grades' current website still provides the opportunity to "update your profile." Additionally, the website notes the ability for a first healthcare provider, e.g. a physician, to personalize the physician's report to reflect the physician and the physician's practice.   By logging into a physician account, the first healthcare provider can verify the information displayed in the report. |

**Formatte**

**Formatte** control

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | Screenshot No. 8 <br>  |
| compiling, by the at least one computer processor, patient-provided information regarding the | With respect to this claim element, the Court's Markman Order states that compiling information comprises "putting together." (Markman order at 24.) <br><br> HealthGrades.com is an on-line information service which includes at least one web server including a |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients; | computer processor.  This on-line information service compiles, (i.e., puts together) patient-provided information regarding healthcare providers.  The Health Grades' puts together patient-provided information includes with other patient provided information by collecting patient ratings from one or more past or current patients.  For example, in Screenshot No. 5,9, the earlier version of HealthGrades.com displays an online form that allows patients to provide ratings for the doctor and staff.  The online form contains the "Recommend to a Friend," "Level of Trust," "Helps Patients Understand Their Conditions," etc. categories with which the patient can rate the doctor. |
| | Screenshot No. 59 |

17

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| |  Screenshot No. 59 displays an on-line patient experience survey managed by the HealthGrades.com web site.<br><br>Additionally, Health Grades' current website provides similar functionality. See Screenshot No. 10 (displaying a "Patient Satisfaction" tab of Dr. Rosengart's report where a patient can input information regarding the patient's experience with Dr. Rosengart.) The online form contains numerous inputs for the patient to provide including "Ease of scheduling urgent appointments," "Office environment, cleanliness, |

Formatte

Formatte
control

18

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | comfort, etc.," and Staff friendliness and courteousness.<br><br>Screenshot No. 10<br><br> |
| compiling information regarding the first healthcare provider verified by an independent | With respect to this claim element, the Court construes compiling information as "both gathering the information and then putting it together with other information verified by third-party sources." (Markman Order at 19.) |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information; | HealthGrades.com compiles information regarding doctors that an independent third-party ~~source has~~ source has verified. For example, the earlier version of Health Grades' website evidences compiling. The verified information comprises, at least, board certification and licensure (Screenshot No. ~~6~~11) and educational information such as medical school, medical internship, and medical residency (Screenshot No. ~~7).~~ 12). As shown in Screenshot No. ~~6~~11, the board information is proprietary information maintained in a database owned by the American Board of Medical Specialties (i.e., verified by independent third-party sources).  The education information and residency information is also verified by a third-party (e.g., medical schools, hospitals, etc.)

Screenshot No. ~~6~~11 |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
|  |  |

Formatte

Formatte control

Formatte

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. ~~712~~  Although not shown, HealthGrades.com also provides disciplinary information under the "Background Check" tab. |

Formatte

Formatte
control

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
|  |  |
|  | Additionally, Health Grades' current website evidences compiling information regarding doctors that an independent third-party source has verified. The verified information comprises, at least, board certification and licensure (Screenshot No. 13), disciplinary action information (Screenshot No. 14), and educational information such as medical school (Screenshot No. 14).<br><br>Screenshot No. 13<br><br> |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. 14  |

**Formatted**

**Formatted** control

**Formatted**

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | |
| creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and | After a patient/user enters search criteria for a doctor, The Court's Markman Order defines "First Healthcare Provider" as "a particular healthcare provider about whom information is requested and a report is produced."  (Markman Order at 23.)

Additionally, the Court's Markman Order defines "Comparison Ratings of Healthcare Providers" as "ratings on multiple healthcare providers, including the 'first healthcare provider,' in the report on that 'first healthcare provider,' thus permitting comparison of the 'first healthcare provider' with other potential healthcare providers."  (Markman Order at 24.)

HealthGrades.com creates one or more healthcare provider reports using information from the HealthGrades.com database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third party source to create the report.

TheFor example, in the earlier version of Health Grades' website, the healthcare provider report includes doctor providedhealthcare provider verified information (i.e., specialty and address, highlighted in red), comparison ratings (i.e., the yellow stars highlighted in blue),  healthcare provider verified information (not shown in screenshots), patient-provided information (i.e., the various ratings for the categories of patient provided information, highlighted in green), and information verified by and independent third-party source (i.e., the "Education" and "Background  Check" portions of the report which are accessible by clicking the links, highlighted in blue), and comparison ratings (i.e., the yellow stars highlighted in blue) as shown in Screenshot Nos. 815 and 916 below:. |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. 815 |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| |  |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|

Screenshot No. 916



Additionally, Health Grades' current website creates a report as shown in Screenshot Nos. 17-19 below. The healthcare provider report includes healthcare provider verified information (i.e., specialty and address, highlighted in red), comparison ratings (i.e., the yellow stars highlighted in blue),  patient-

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
|  |  |

provided information (i.e., the various ratings for the categories of patient provided information, highlighted in green), and information verified by and independent third-party source (e.g., the "Education & Training" and "Background Check" portions of the report which are accessible by clicking the links, highlighted in blue).

Screenshot No. 17

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
| --- | --- |
| | |
| | Screenshot No. 18  |

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No.<br><br>19 |

**Formatte**

**Formatte** control

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| |  |
| providing access to the healthcare provider report on the first healthcare provider over a computer | HealthGrades.com provides access to the doctors' on-line healthcare provider reports over a computer network.  *See* Screenshot No. ~~10 (~~20 (an earlier version of the website, highlighting that this information was accessed over a computer network, e.g., the Internet, and that the profile can be sent by email or printed); see also, Screenshot No. 21 (Health Grades' current website illustrating the same). |

Formatte
Formatte
control

Formatte

32

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| network. | Screenshot No. ~~1020~~

 |

Formatte
Formatte
control

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
|  |  |

**Formatte**

**Formatte**
**control**

Screenshot No. 21



EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| 4. The method as defined in claim 1, wherein the healthcare provider report includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center. | HealthGrades.com provides a link to affiliated ~~hospitals~~hospital in the ~~doctor profile page of the~~ healthcare provider report. *See* Screenshot ~~Screenshot~~ No. ~~11~~22 (displaying a earlier version of the Health Grades' website with an affiliated hospital hyperlink). ~~The provided link directs the user to the HealthGrades.com profile page. The profile page contains another link that directs the user to the hospitals webpage.~~

Screenshot No. ~~11~~22



Additionally, Screenshot No. 23 illustrates Health Grades' current version of the website including a |

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | hyperlink to an affiliated hospital, medical center, or other type of treatment center. Screenshot No. 24 illustrates the affiliated hospital page.<br><br><br><br><br><br>Screenshot No. 23 |

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| |  |

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. 24  |
| 5. The method as defined in claim 1, wherein the | HealthGrades.com uses a predetermined webpage for patient search purposes. *See* Screenshot ~~12~~No. 25 (displaying the ~~HealthGrades~~earlier version of healthgrades.com ~~webpage~~that allows patients to search for |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| access to the healthcare provider report is obtained through a predetermined Webpage that provides search capabilities for a database comprised of healthcare provider information. | doctors). ); see also Screenshot No. ~~1226~~ (Health Grades' current website displaying same). Screenshot No. 25  |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. 26 |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
|  |  |
|  |  |
| 6. The method as defined in claim 5, wherein the search capabilities permit a | HealthGrades.com allows a user to search based on name, specialty, state, city, and location criteria. *See* Screenshot No. 13.Nos. 27 and 28 (displaying the earlier version and current version of Health Grades' website, respectively). |

**Formatte**

**Formatte** control

41

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria. | Screenshot No. ~~13~~27  |

EXHIBIT 2