| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. 28  |

Formatted

Formatted
control

43

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| 7. The method as defined in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider. | HealthGrades.com provides a list of physicians based on name, specialty, and/or location input from the patient. Screenshot No. ~~1429~~, below, demonstrates Health Grades' earlier website displaying a list of Family Practitioners, based upon location criteria. Screenshot No. 30, below, demonstrates the current version of HealthGrades.com displaying a list of ~~Family Practitioners,~~cardiologists based upon location criteria.<br><br>Screenshot No. ~~1429~~ |

Formatte

Formatte
control

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| |  |

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |

Screenshot No. 30



| 8. The method as defined in claim 7, wherein the results list further includes | As part of the list detailed in claim 7, *supra*, HealthGrades.com provides an advertisement in the form of direct contact practitioners, located at the beginning of the list. ~~See Screenshot No. 15.~~  *See* Screenshot Nos. 31 and 32 (displaying the earlier version and the current version of Health Grades' website, |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| an advertisement for the first healthcare provider with a hyperlink to information on the first healthcare provider. | respectively).<br><br>Screenshot No. ~~15~~31<br><br> |



EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. 32 |

Formatte

Formatte
control

48

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| |  |

HealthGrades.com directs patients who click on one of the Direct Connection Listings to a webpage that provides information about the selected doctor. *See* Screenshot No. 16. Nos. 33 and 34 (displaying the earlier version and the current version of Health Grades' website, respectively).

Formatte

Formatte
control

Formatte

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |

Screenshot No. ~~1~~633



Formatte

Formatte
control

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. 34<br><br> |

51

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| 9. The method as defined in claim 7, further comprising: determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; | HealthGrades.com determines which doctors are members of HealthGrades.com. |
| and if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the member healthcare provider on the Web site. | HealthGrades.com provides an enhanced service for member physicians.  For example, users can make an appointment with member physicians by calling a HealthGrades.com provided number or by filling out an online form.  *See* Screenshot No. 17 Nos. 35 and 36 (displaying the call in number for the earlier version and the current version of Health Grades' website, respectively) and Screenshot No. 18 Nos. 37 and 38 (displaying the online appointment form. for the earlier version and the current version of Health Grades' website, respectively).  This option is not available for non-member doctors.

Screenshot No. 35 |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | <br><br>Screenshot No. 36 |

Formatted

Formatted control

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| |  |

Formatte
Formatte
control

54

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|

Screenshot No. ~~1737~~



**Formatte**

**Formatte** control

**Formatte**

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |



Formatte

Formatte control

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. ~~1~~838  |

**Formatte**

**Formatte**
control

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
|  |  |
| 11. The method as defined in claim 9, wherein the enhanced services comprise favorable positioning in the results | HealthGrades.com displays the member doctor in a prominent position at the beginning of the listing of doctors. *See* Screenshot ~~No. 19.~~ Nos. 39 and 40 (displaying the earlier version and the current version of Health Grades' website, respectively). |

Formatte

Formatte
control

Formatte

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| list. | Screenshot No. ~~19~~39  |



Formatte

Formatte
control

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | Screenshot No. 40  |
| 14. The method as defined | HealthGrades.com provides reports on physicians. *See* Screenshot ~~No. 20~~Nos. 41 and 42 (displaying a |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| in claim 1, wherein the first healthcare provider is a physician. | report for a family doctor), for the earlier version and the current version of Health Grades' website, respectively). |
| | Screenshot No. 41 |

61

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| |  |

Formatte

Formatte
control

Formatte

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | Screenshot No. ~~2042~~  |

Formatte

Formatte
control

Formatte

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
|  |  |
|  |  |
| 15. An on-line information system for connecting healthcare providers with potential patients, the system comprising: | HealthGrades Health Grades practices the claim by implementing providing an on-line information system for providing connecting healthcare provider information to providers with potential patients via its on-line information system for the same reasons as described in connection with claim 1 above.  The on-line information system includes its web site (www.healthgrades.com), its healthcare provider database, as well as the software and hardware that are associated therewith. |

64

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | The web site www.healthgrades.com (hereinafter referred to as "HealthGrades.com") provides healthcare provider information to potential patients (i.e., visitors to HealthGrades.com).<br><br>Various screenshots taken from http://www.healthgrades.com/ are provided in this claim chart to illustrate the various features of the HealthGrades.com and how these features correspond to the features of claim 15.  For instance, Screenshot No. 21 (reproduced below) illustrates the home page of the HealthGrades.com where a potential patient begins accessing information related to specific doctors (i.e., providing healthcare provider information to potential patients).  More specifically, HealthGrades.com allows a potential patient to access information about a doctor or a hospital by clicking on the "Find a Doctor" or "Find a Hospital" buttons (highlighted in  Screenshot No. 21).<br><br>Screenshot No. 21 |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| |  |
| at least one computer processor; and | The HealthGrades.com on-line system includes one or more web servers used to connect healthcare providers with potential patients.  The one or more web servers include at least one computer processor. |
| memory coupled with and readable by the at least one computer processor and comprising a series of instructions that, when executed by the at least one computer processor, | ~~HealthGrades~~ Health Grades' web servers include memory readable by at least one computer processor.  The memory comprises computer executable instructions that, when executed by the at least one computer processor, perform the steps detailed below. |

Formatte

Formatte
control

Formatte

Formatte

66

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| cause the at least one computer processor to: | |
| receive a request for information regarding a first healthcare provider; | ~~When the potential patient initiates a search for a healthcare provider~~ Health Grades' on ~~the HealthGrades.com, the HealthGrades.com web server~~ line information system receives a request for information regarding ~~a~~the first healthcare provider ~~via the Internet.  The HealthGrades.com web server,~~ as described in connection with ~~any server, comprises at least one computer processor and memory.~~<br><br>~~Screenshot No. 22 shows an example~~the "receiving" element of ~~where a potential patient may initiate a search for a healthcare provider on HealthGrades.com, i.e., request information about one or more doctor. When the potential patient clicks the "Find a Doctor" button, potential patient's web browser sends a request for information about a doctor to the HealthGrades.com web server, which receives the request for information and then accesses the HealthGrades.com database to find data that responds to the potential patient's search query.~~claim 1 set forth above.<br><br><br><br>~~Screenshot No. 22~~ |

67

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| |  |
| access healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider- | At the initiation of the potential patient/user using HealthGrades.com, the HealthGrades.com web server accesses healthcare-provider-verified information. See Screenshot No. 23 (illustrating the result of accessing and displaying doctor supplied information). Highlighted in Screenshot No. 23, among other things, are the doctor's age, gender, specialty information, medical philosophy, years in profession, etc. As illustrated in Screenshot No. 23, the healthcare-provider-verified information returned to the potential |

Formatte

Formatte
control

Formatte

Formatte

Formatte

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies; | patent also contains tabs listing education information and awards and recognitions.  HealthGrades.com allows the healthcare provider to verify the information by clicking on a link indicating that you are the healthcare provider associated with the report.  For example, in Health Grades' on-line information system accesses healthcare provider-verified information about the first healthcare provider as described in connection with the "accessing" element of claim 1 set forth above. Screenshot No. 24, HealthGrades.com provides the "Are you Dr. Kennedy" link.  By accessing the link, the healthcare provider can verify the information displayed in the report. Screenshot No. 23 |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |



Formatte

Formatte
control

HealthGrades.com provides mechanisms for allowing healthcare providers to verify the information on the HealthGrades.com web site.

Healthgrades.com states,

"HealthGrades' Physician & Provider portal is a web-based tool that empowers physicians and practice administrators to take control of their online reputation. This free, secure web application encourages ongoing physician engagement to verify and modify the information HealthGrades makes public in more

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | than 750,000 online physician profiles" See Screenshot No. 24.<br><br>Screenshot No. 24<br><br> |
| compile patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings | With respect to this claim element, the Court's Markman Order states that compiling information comprises "putting together." (Markman order at 24.)<br><br>HealthGrades.com is an on-line information service which includes at least one web server including a computer processor.  HealthGrades.comThis on-line information service compiles, (i.e., puts together) patient-provided information regarding healthcare providers. |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by a company providing a service for connecting healthcare providers with the potential patients; | ~~The~~Health Grades puts together patient-provided information ~~includes~~with other patient provided information by collecting patient ratings from one or more past or current patients.  For example, in Screenshot No. ~~25,~~51, the earlier version of HealthGrades.com displays an online form that allows patients to provide ratings for the doctor and staff.  The online form contains the "Recommend to a Friend," "Level of Trust," "Helps Patients Understand Their Conditions," etc. categories ~~in~~with which the patient can rate the doctor.

Screenshot No. ~~25~~51 |

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| |  |

**Formatte**

**Formatte**
control

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| |  |

Screenshot No. ~~25~~51 displays an on-line patient experience survey ~~managed by~~located on the HealthGrades.com web site.  Health Grades manages healthgrades.com and provides a service for connecting healthcare providers with potential patients.

Additionally, Health Grades' current website provides similar functionality. See Screenshot No. 52 (displaying a "Patient Satisfaction" tab of Dr. Rosengart's report were a patient can input information regarding the patient's experience with Dr. Rosengart.) The online form contains numerous inputs for the

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | patient to provide including "Ease of scheduling urgent appointments," "Office environment, cleanliness, comfort, etc.," and Staff friendliness and courteousness.<br><br>Screenshot No. 52<br><br> |

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| compile healthcare provider information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information; | ~~HealthGrades.com compiles~~Health Grades' on-line information system compiles healthcare provider information regarding the first healthcare provider verified by an independent third-party source as described in connection with the "compiling healthcare provider information regarding the first healthcare provider" element of claim 1 set forth above. ~~information regarding doctors that an independent third-party source has verified. The verified information comprises, at least, board certification and licensure (Screenshot No. 26) and educational information such as medical school, medical internship, and medical residency (Screenshot No. 27). As shown in Screenshot No. 26, the board information is proprietary information maintained in a database owned by the American Board of Medical Specialties (i.e., verified by independent third-party sources). The education information and residency information is also verified by a third-party (e.g., medical schools, hospitals, etc.)~~ |

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |

Screenshot No. 26



**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | ~~Screenshot No.~~ ~~27~~ |

78

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| |  Although not shown, HealthGrades.com also provides disciplinary information under the "Background Check" tab. |
| create a healthcare | After a patient/user enters search criteria for a doctor, HealthGrades.com creates one or moreHealth |

Formatte

Formatte control

Formatte

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and | Grades' on-line information system create a healthcare provider ~~reports~~report on the first healthcare provider using ~~information from the HealthGrades.com database, including using~~the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source ~~to create the report~~as described in connection with the "creating" element of claim 1 set forth above. ~~The healthcare provider report includes doctor provided information (i.e., specialty and address, highlighted in red), comparison ratings (i.e., the yellow stars highlighted in blue), healthcare provider-verified information (not shown in screenshots), patient-provided information (i.e., the various ratings for the categories of patient provided information, highlighted in green), and information verified by and independent third-party source (i.e., the "Education" and "Background Check" portions of the report which are accessible by clicking the links, highlighted in blue) as shown in Screenshot Nos. 28 and 29 below:~~ The healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers as described in connection with claim 1 above. |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | ~~Screenshot No. 28~~ |

81

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| | <br>Screenshot No. 29 |

Formatte
Formatte
control

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| |  |

Formatte

Formatte
control

**EXHIBIT 2**

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | |
| and provide access to the healthcare provider report on the first healthcare provider over a computer network | HealthGrades.com provides access to the doctors' on-line healthcare provider reports over a computer network. *See* Screenshot No. 30 (highlighting that this information was accessed over a computer network, e.g., the Internet, and that the profile can be sent by email or printed). as described in connection with claim 1 above.<br><br>Screenshot No. 30 |

84

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| |  |
| 16. The on-line information system defined in claim 15, wherein: the healthcare | As described in connection with claims 5 and 6 above, HealthGrades.com uses a predetermined webpage for patient search purposes. The predetermined website allows patients to search on at least city, state, name, and medical specialty. *See* Screenshot 33 (displaying the current version of HealthGrades.com webpage that allows patients to search for doctors). |

EXHIBIT 2

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| provider report is obtained through one or more from the group consisting of: a predetermined Webpage that provides search capabilities on its database and a third-party search engine; and the search capabilities of the predetermined Webpage permit searching based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, and location criteria. | |

Formatted

Formatted
control

EXHIBIT 2