# APPENDIX C

EXHIBIT 8



Appendix C
Page **190** of **204**

EXHIBIT 8

<г



Appendix C
Page **191** of **204**

**EXHIBIT 8**





EXHIBIT 8

Case No. 1:11-cv-00520-RM-NYW   Document 612-7   filed 09/23/13   USDC Colorado   pg 6 of 8





Appendix C
Page **195** of **204**

EXHIBIT 8



Appendix C
Page **196** of **204**

EXHIBIT 8