**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT
ACCESS TO DOCUMENT – DOCUMENT NO. 612-6**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.L.CivR 7.2*, respectfully moves this Court for an order restricting access to Document No. 612-6, which was filed as Exhibit 4 to Health Grades' Motion for Leave to Amend its Infringement Contentions Based on the New Vitals and iTriage Websites and Other Recent Developments [Doc. # 611], at a Level 1 restriction, pursuant to Section 6.1.7 of the Protective Order entered in this action. [Doc. # 227] (the "Motion"). Because this document was inappropriately filed unrestricted by Health Grades, Inc. ("Health Grades") and it is therefore currently available to the public, MDx respectfully requests the Court to restrict public access to Document No. 612-6 as soon as reasonably possible.

Pursuant to *D.C.COLO.LCivR* 7.1(A), MDx's counsel has conferred with counsel for Health Grades regarding this Motion on September 25 and 26, 2013 and Health Grades does not oppose the relief sought in this Motion.

In support of this motion, MDx states as follows:

1. This is the latest episode in a long and continuing pattern of Health Grades disclosing MDx's confidential and highly confidential information to the public in violation of this Court's Protective Order (Dkt. # 227). Despite many warnings from MDx's counsel and notifications to the Court (*see, e.g.,* Doc. # 262, at p. 5, fn 3), Health Grades has failed to stop this practice.

2. The document at issue is the Supplemental Expert Report of Dr. Philip Greenspun, Health Grades' technical expert (the "Supplemental Report") [Doc. # 612-6]. Specifically, paragraphs 82, 88, 90 and 91 of the Supplemental Report contain highly confidential financial information regarding the terms of an agreement between MDx and Aetna Life. The Court has previously ruled that MDx's agreement with Aetna Life, including the terms of the agreement, should be restricted in its entirety. *See, e.g.,* Doc. # 303, pp. 2, 3 (restricting access to Doc. # 253-4 and 253-5 in their entirety, the MDx/Aetna Life Agreement and a schedule to the MDx/Aetna Life Agreement.); and Doc. # 511 (restricting access to Doc. # 486-1 in its entirety, the MDx/Aetna Life Agreement and a schedule to the MDx/Aetna Life Agreement.). Thus, MDx respectfully requests that access to Doc. # 612-6 be similarly restricted.

3. MDx proposes narrowly tailored redactions of terms and conditions from the MDx/Aetna Life Agreement that appear in paragraphs 82, 88, 90 and 91. Attached hereto as Exhibit A is a proposed redacted copy of Doc. # 612-6 in which the confidential information regarding MDx's agreement with Aetna Life has been redacted to protect such information from public access. MDx requests that Doc. # 612-6 be restricted from public access and that the attached redacted version in Exhibit A be substituted for Doc. # 612-6.

For the foregoing reasons, MDx requests that this Court grant this unopposed motion to immediately restrict access to Document No. 612-6 at a restriction Level 1 and substitute the attached redacted version for Document No. 612-6.

Dated:  September 26, 2013                                  Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2013, I electronically filed the foregoing MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT – DOCUMENT NO. 612-6 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- Gregory B. Kanan
  gkanan@lrrlaw.com

- Kris John Kostolansky
  kkosto@lrrlaw.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com, vferraro@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                    *s:/ Vincent M. Ferraro*