IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

The requirements of D.C.COLO.LCivR 7.2 being satisfied,

IT IS ORDERED:

(1)  **MDX's Unopposed Motion for Leave to Restrict Access to Doc. # 612-6** [Doc. # 615, filed 9/26/2013] is GRANTED; and

(2)  Access to Doc. # 612-6 shall be Restricted Level 1.


DATED:  September 27, 2013