**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC.,
doing business as Vitals.com,

    Defendant.

_____

**ORDER SETTING HEARING**
_____

This matter comes before the Court on Defendant MDX Medical, Inc.'s Second Motion for Partial Summary Judgment of Non-Infringement (ECF No. 195), Motion for Summary Judgment of Non-Infringement (ECF No. 368) (collectively, the "Motions"). The Court has reviewed the Motions and the docket, and hereby ORDERS:

1. A hearing will be held to address the Motions on **Friday, October 25, 2013 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A601, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, CO.

2. Counsel are directed to have available at the hearing a wifi card or other method of obtaining access to the Internet during the hearing. Parties may coordinate with courtroom deputy Nick Richards, at 303-335-2180.

3. To the extent available, the parties should bring to the hearing demonstrative or other exhibits showing web page displays of: (a) the Health Grades, Inc. website that was accessible in 2010 (or in the "early period" following issuance of the

patent), and (b) the version of the MDx Medical, Inc. website that was accessible prior to January 2011.

DATED: October 4, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge