## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX'S UNOPPOSED MOTION FOR A TWO-DAY EXTENSION OF TIME TO FILE A MOTION TO RESTRICT REGARDING DKT. NOS. 611, 611-1, 611-2, 611-3, AND 611-4**

---

    Defendant MDx Medical, Inc. ("MDx"), by its undersigned counsel, respectfully submits this Unopposed Motion for a Two-Day Extension of Time to File a Motion to Restrict Regarding Dkt. Nos. 611, 611-1, 611-2, 611-3, and 611-4 (the "Motion"). MDx notes it is not seeking to keep access to Dkt. No. 611-5 restricted from the public.

    Pursuant to *D.C.COLO.L.CivR* 7.1(A), the undersigned counsel has conferred with counsel for Plaintiff Health Grades, Inc. ("Health Grades") regarding the relief requested herein and Health Grades does not oppose this Motion.

### **MOTION**

    1.    On September 23, 2013, Health Grades filed its Motion for Leave to Amend its Infringement Contentions Based on the New Vitals and iTriage Websites and Other Recent Developments (the "Motion to Amend"). Dkt. Nos. 611 and 612. Health Grades filed the Motion to Amend and some of the exhibits, Dkt. Nos. 611, 611-1, 611-2, 611-3, 611-4, and 611-

1

5, as restricted documents, given that the documents reference and contain MDx confidential information.

2. Pursuant to *D.C.Colo.LCivR* 7.2(D), MDx's motion to restrict access to the Motion to Amend and corresponding exhibits referenced above were due by October 7, 2013.

3. Counsel for the parties have conferred regarding MDx's motion to restrict, and MDx's counsel determined, based on an unexpected issue that arose, that a short, two-day extension of time is necessary. Most of the restrictions being sought are unopposed by Health Grades and MDx will not be seeking to restrict access to Dkt. No. 611-5. Regarding the few proposed restrictions that are being opposed by Health Grades, however, MDx requests a short, two-day extension to see if the issue can be resolved, or address the proposed restrictions, if necessary. MDx believes that rather than filing an opposed motion now, the two-day extension of time will allow the parties to further confer, possibly resulting in MDx filing an unopposed motion to restrict. As such, MDx believes that the two-day extension of time could reduce the briefing submitted to the Court.

4. Good cause exists for the brief extension requested by MDx. This is a complex patent case with numerous issues in dispute, regarding both factual and expert issues, that have become the basis for summary judgment and other related motions. The parties have heeded the Court's admonition to limit the exhibits and submissions regarding such motions, but such disputed issues have still required the submission of numerous, excerpted exhibits. Counsel for the Parties conferred by e-mail today and agreed that the short extension requested herein is unopposed and would allow MDx enough time to prepare and file an appropriate motion to

restrict access to Dkt. Nos. 611, 611-1, 611-2, 611-3, and 611-4, on Wednesday, October 9, 2013.

5. Neither party has previously sought an extension of time for filing a motion to restrict access to Dkt. No. 611, *et seq.* In accordance with *D.C.COLO.L.CivR* 6.1(E), a copy of this motion will be served on MDx by undersigned counsel.

## CONCLUSION

Therefore, for good cause shown, MDx respectfully requests that the Court grant its Motion and allow it up to and including Wednesday, October 9, 2013, to file its motion to restrict access relating to Dkt. Nos. 611, 611-1, 611-2, 611-3, and 611-4.

Dated:  October 7, 2013                                    Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2013, I electronically filed the foregoing MDX'S UNOPPOSED MOTION FOR A TWO-DAY EXTENSION OF TIME TO FILE A MOTION TO RESTRICT REGARDING DKT. NOS. 611, 611-1, 611-2, 611-3, AND 611-4 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- Gregory B. Kanan
  gkanan@lrrlaw.com

- Kris John Kostolansky
  kkosto@lrrlaw.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com, vferraro@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                 _s:/Vincent M. Ferraro_

4