IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

## DECLARATION OF ERIKA BOYER

---

ERIKA BOYER, being of full age, hereby declares and states as follows:

1. I make this declaration in support of Defendant MDx Medical, Inc.'s MDX MEDICAL, INC.'S PARTIALLY OPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 611, 611-1, 611-2, 611-3 AND 611-4. Unless otherwise noted, the statements made herein are based on my personal knowledge.

2. I am one of the founding individuals of MDx Medical, Inc. ("MDx"), and currently my title with MDx is Vice President, Data Operations. MDx is a private company, based in Lyndhurst, New Jersey. I helped start MDx in 2006, to fill what the founding partners perceived as a need in the industry.

3. MDx is a leading provider of technology that enables users to search for and obtain information on healthcare providers. This information includes, among other things, the names of doctors, their education, specialties, hospital affiliations and the insurance that they accept. Users can access this information at the MDx www.vitals.com website (the "MDx Website"). Since January 2008, MDx has owned and operated the MDx Website.

4. Regarding MDx's agreements with its business partners such as Aetna, MDx does not disclose the specific terms of its agreements or other information about the business relationship to such persons or entities outside of MDx. I addressed the contract terms in other declarations. *See, e.g.*, Declaration of Erika Boyer, dated September 18, 2012, Dkt. No. 302-5.

5. As a small, privately held company, MDx's normal procedures are to limit the disclosure of business relationship information within the company to only those management and operational employees with a need to know.

6. There are several competitors to MDx, the biggest of which is Health Grades, and the companies compete vigorously for business. Disclosure of the specifics of MDx's relationship with Aetna would unfairly provide such competitors with a significant advantage against MDx in competing for such business, and thereby severely damage MDx's future business prospects.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 9, 2013

_____
ERIKA BOYER