# EXHIBIT B

(Redacted version of Dkt. # 611-1)

**EXHIBIT 2 – Claim Chart**

**U.S. Patent No. 7,752,060 v. iTriage Application and MDx**

**INDIRECT INFRINGEMENT BASED ON iTRIAGE**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| **1. A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:** | Aetna, Inc.'s ("Aetna") iTriage mobile application ("iTriage App") and iTriage web application ("iTriage Web App") directly ~~infringes~~infringed this claim by practicing a computer-implemented method of providing healthcare provider information to potential patients via its mobile interface, which ~~includes~~included the healthcare provider database it ~~licenses~~licensed from MDx (the "MDx Database"), the software and hardware that ~~are~~were associated with the iTriage App and the iTriage Web App; and database hardware such as servers. The terms "iTriage" or "iTriage Apps" include both the iTriage App and the iTriage Web App. <br><br> Aetna ~~makes, uses, sells~~made, used, sold, and ~~offers~~offered to sell ~~the~~its iTriage App for multiple platforms, including without limitation iOS devices, including the iPhone and iPad, and Android mobile devices. Aetna also made, used, sold, and offered to sell the iTriage Web App for traditional computer-based platforms. | MDx Medical, Inc. ("MDx") indirectly ~~and jointly~~ ~~infringes~~infringed[2] this claim under at least 35 U.S.C ~~§§~~§271~~(a)~~ (b) & (c). <br><br> In addition to the facts set forth relating to the direct infringement by the iTriage ~~App~~Apps, MDx's indirect infringement is shown at least by the following: <br><br> MDx ~~indirectly infringes by developing, maintaining~~aided, abetted, encouraged, and/or otherwise caused Aetna to engage in conduct that MDx knew was infringement of the '060 patent. <br><br> For example, REDACTED <br><br> without this information, iTriage would not ~~be~~have been able to display the claimed information in the application. |

EXHIBIT 3

Style Definition: Footnote Text

Formatted Table

Formatted Table



**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| | Aetna's iTriage ~~App provides~~Apps provided potential patients with access to a custom extract of the MDx Database, which is a database of information relating to healthcare providers, such as doctors, through its mobile ~~interface~~and web interfaces.<br><br>Various screenshots taken of the iTriage ~~App~~Apps from the iPhone and the internet[1] are provided in this claim chart to illustrate the various features of the iTriage ~~App~~Apps and how these features correspond to the features of claims 1, 4-9, 11, 14-16.<br><br>For instance, the screenshot below illustrates the homepage of the iTriage App where a potential patient ~~begins~~began accessing healthcare provider information: | REDACTED<br><br>REDACTED<br><br>REDACTED |

**Formatted:** (none)

**Formatted Table**

**Formatted:** Font color: Auto

**Formatted:** English (U.S.)

---

[1] ~~Screenshots herein were taken between 6/18/2012 and 7/06/2012.~~ Screenshots for versions 3.8 and earlier of the iTriage mobile application shown herein were taken between 6/18/2012 and 7/06/2012. Screenshots of the iTriage mobile app with "LTE" in the upper left-hand corner were taken between 01/15/2013 and 01/17/2013 and are from version 4.5 of the iTriage mobile application, which was released 12/18/2012. Screenshots of the iTriage Web App were taken on 01/24/2013, 03/05/2013, and 03/19/2013.

[2] REDACTED

**EXHIBIT 3**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | • REDACTED<br>• REDACTED<br><br>( REDACTED<br><br>REDACTED |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under_ _Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| |  The iTriage App ~~will provide~~provided information about individual doctors when a user ~~selects~~selected the "Doctors" icon.<br><br>Version 4.5 of the iTriage App had similar functionality as shown below: | REDACTED  The system MDx demonstrated to Aetna included information that was received from/edited by physicians, information received from third parties (e.g., "primary sources") to ensure the accuracy of the data, and patient ratings.  The system also included the ability to display reports of up to three physicians side-by-side, wherein each report of each physician included ratings of that physician that would allow comparison of these physicians.<br><br>The iTriage Apps had the same accused (i.e., infringing) features as vitals.com, which were made possible by MDx though the actions described herein.<br><br>Further, MDx ~~had the~~has sold a component of the patented invention, namely  REDACTED<br><br>The data MDx leased to Aetna for its iTriage Apps did not have substantial non-infringing uses.  Rather, it was a custom set of data created specifically for Aetna based on a REDACTED |

**Formatted:** Font color: Auto

**Formatted:** Font color: Auto

**Formatted:** Font color: Auto

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>The iTriage Web App also had similar functionality as shown below: | REDACTED<br><br>MDx has the requisite intent ~~to cause Aetna to infringe the '060 patent.~~ for inducing and contributory infringement.<br><br>MDx ~~was aware~~had actual knowledge of the '060 patent ~~in October 2011~~for many years before iTriage was developed.  Health Grades put MDx on notice of the pending patent application that ultimately issued as the '060 patent in December 2009.  Health Grades further notified MDx that the vitals.com website was covered by the published claims of this application.<br><br>The ~~then~~'060 patent issued on July 6, 2010.  MDx found the issued patent on its own in October 2010.  Health Grades filed ~~the~~this lawsuit ~~against MDx~~in March 2011 ~~and~~asserting that vitals.com website infringed the '060 patent claims.  In July 2011, Health Grades served MDx with ~~Health Grades' specific~~detailed infringement contentions ~~on July 31, 2011.~~explaining how and why the vitals.com website and its associated database |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Formatted: (none)

Formatted Table

Formatted: Font color: Black

Formatted: Left

Formatted: Font color: Black

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  However, in the iTriage Web App, the "Doctors" icon was located near the upper left-hand corner of the webpage. | infringed the '060 patent claims. REDACTED , well after MDx was aware of the patent and Health Grades' infringement contentions. REDACTED REDACTED MDx knew the Aetna Custom Data Extract was especially made or especially adapted for use in a direct infringement of the '060 patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use. MDx's founder and CEO, Mitchel Rothschild, signed the agreements with Aetna on behalf of MDx. Mr. Rothschild had actual knowledge of the '060 patent and Health Grades' infringement contentions against vitals.com at the time he entered into the agreements with Aetna. Mr. Rothschild admitted he has looked at the iTriage |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | | App. and has it loaded onto his smartphone.<br><br>Mr. Rothschild had certain changes made to vitals.com after he learned that the '060 patent had issued.  (*See*, e.g., Jan. 5, 2011 E-mail from Mitch Rothschild (MDx 0034444).)  He made these changes to "ensure" that the vitals.com did not infringe the '060 patent.  These changes included removing a "compare feature" that showed side-by-side profiles of up to three different physicians each with ratings of each physician.  The fact that this change was made was not communicated to Aetna.<br><br>MDx created a "policy" that he said vitals.com must follow to "ensure that no violations" were made of the '060 patent.  The policy required:  (1) display of third party verified information does not include licensure status; (2) display of third party verified information does not include internship, residency, or fellowship information; (3) whenever Disciplinary Action is recorded & displayed for a provider, no patient ratings or reviews gathered by Vitals are shown on any report; and (4) no report on Vitals shows comparison ratings to other providers, in particular with reference to patient experience surveys and comparisons to national & |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Formatted: (none)

Formatted Table



EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| | | specialty averages.  These policies were not communicated to Aetna, and the iTriage Apps did not follow all of these policies.<br><br>REDACTED |
| **receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information** | When a potential patient ~~initiates~~initiated a search for a healthcare provider on the iTriage ~~App~~Apps, iTriage's web server ~~receives~~received a request for information regarding a healthcare provider via the internet.  iTriage's web server, as with any server, ~~comprises~~comprised at least one computer processor and memory. | ~~In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following:~~<br>_See supra._<br>~~MDx provides the data and manages the database for the iTriage App.~~  REDACTED |

Formatted: (none)

Formatted Table

Formatted: Right:  0", Widow/Orphan control, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Font color: Auto

EXHIBIT 3



~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement *under Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| **regarding a first healthcare provider, wherein the Web server computer comprises at least one computer processor and memory;** | The Court's Markman Order defines the "first healthcare provider" as "a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at p. 23.)<br><br>The iTriage ~~App~~Apps literally ~~infringes~~infringed this element as construed by the Court in its Markman Order.  For example, in the iTriage ~~App~~Apps, information ~~can~~could be requested about a particular healthcare provider by performing various searches, which ~~are~~were initiated at the homepages on both the iTriage ~~homepage~~App and the iTriage Web App.<br><br>Specifically, a potential patient ~~may~~would initiate a search for a particular healthcare provider in the iTriage ~~App~~Apps, which ~~prompts~~prompted the patient's web browser to send a request for information about the particular doctor the patient ~~is~~was looking for to the iTriage ~~App's~~Apps' web server, which ~~receives~~received the request for information and then ~~accesses~~accessed the custom extract of the MDx Database to find data that responds to the user's search query.  The iTriage ~~App's~~Apps' web server ~~receives~~received a request for information about a particular healthcare provider when a potential patient ~~clicks~~clicked the "doctor" icon shown below: | <span style="color:red">REDACTED</span>  ~~Therefore, MDx must be aware that the iTriage App uses the MDx Database in an application that allows request information about a particular provider and create reports about such providers using the data from the MDx Database as described herein.~~ |

Page 9 of 265

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Formatted: (none)

Formatted Table

Formatted: Font: Italic

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**EXHIBIT 3**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 11 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| | 

One way of searching for a doctor ~~is~~was by specialty. When a user ~~selects~~selected the "Doctors" icon, a list of specialties by which a patient can search ~~is~~was displayed, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**EXHIBIT 3**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 12 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement *under Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | 

At this screen, a user ~~can~~would select the location for where the user would like to search. In the example shown above, the user ~~has~~had selected the user's current location, which is determined by the Global Positioning System (GPS) feature of the iPhone.

For example, when one ~~selects~~selected the family practice link, this ~~prompts~~prompted the patient's web browser to send a request for information about a doctor to the iTriage ~~App's~~Apps' web server, which | |

Formatted: (none)

Formatted Table

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 14 of 133

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under *Akamai***) | MDx's Indirect Infringement |
|---|---|---|
| | ~~receives~~received the request for information, and then ~~accesses~~accessed the Master Database developed by MDx to find data that responds to the user's search query. After a user ~~selects~~selected a specialty, such as family practice, the user ~~is~~was given the opportunity to further restrict his or her request for information by selecting a sub-specialty or viewing all doctors near the user's current location with a family practice specialty, as shown below:<br><br> | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 15 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>When a user ~~selects~~selected "All Family Practice," a results list of compressed ~~doctor's~~doctors' profiles for doctors near the user's current location with a specialty of family medicine ~~is~~was displayed, as shown below: | |

**Formatted:** (none)

**Formatted Table**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 16 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

Formatted: (none)

Formatted Table

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  A user ~~can~~could further narrow his or her request for information by clicking the "~~sort~~Sort" button ~~above~~, and then the "~~advanced~~Advanced" icon shown in the screenshot below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

EXHIBIT 3

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>After selecting "Advanced~~"~~," an advanced preferences menu ~~is~~was presented, as shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under Akamai) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement *under Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>From the ~~advanced preferences~~"Advanced Preferences" menu, a potential patient, for example, ~~can~~could request information about a particular, female, family practice specialist, located within 5 miles of his or her current location, who speaks English, has 5-10 years of experience, and was rated 3 stars or higher, as shown below: | |

**Formatted:** (none)

**Formatted Table**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 23 of 133

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>After applying these search criteria, a results list with the particular physician best matching the search criteria ~~is~~was presented, such as the following: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 24 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 25 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>For example, the user could then select the first page of the profile of Brandy Deffenbacher, which would cause the iTriage App to move to the second page of Dr. Deffenbacher's profile, as shown below in the following two screenshots: | |

**Formatted:** (none)

**Formatted Table**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 27 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
|  |  |  |

**Formatted:** (none)

**Formatted Table**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint Infringement~~ under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

**EXHIBIT 3**

**~~EXHIBIT A~~**

**~~'060 Patent v. iTriage Application and MDx~~**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>Another way a user ~~can~~could request information on a particular healthcare provider is to search for the healthcare provider by name, as shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
|  |  |  |

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
|  |  As can be seen in the above screenshot, a doctor's name ~~can~~could be entered and a list of profiles for doctors matching the name ~~will~~would be presented. In the example shown above, the name Johnson was searched for, and a list of profiles for doctors with the |  |

Formatted: (none)

Formatted Table

**EXHIBIT 3**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | name of Johnson was produced. From the same screen, a user ~~can~~could further limit the search results by distance from a specified location, or by featured doctors, as shown below:  | |

**Formatted:** (none)

**Formatted Table**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

**EXHIBIT 3**



**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | Version 4.5 of the iTriage App also had similar functionality as the previous versions. For example, version 4.5 had the capability to search by specialty. Starting from the home page, as shown below, the user could select "Doctors." | |

Formatted: (none)

Formatted Table

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>When the user selected the "Doctors" icon, a list of specialties by which one could search is displayed, as shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>If the user had not previously set a location, the user would set a location, as shown below: | |

Formatted: (none)

Formatted Table

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  In this specific example, the user had chosen Arvada, CO as the location, but any location could have been chosen or the "Current Location" could have been | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | used. Once the location is set, the user was returned to a list of specialties, as shown below: <br><br> For example, when one selected the family practice link, this prompted the patient's web browser to send a request for information about a doctor to the iTriage Apps' web server, which received the request for information and then accessed the Master Database developed by MDx to find data that responds to the | |

**Formatted:** (none)

**Formatted Table**

**Formatted:** Centered

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| | user's search query. After a user selected a specialty, such as family practice, the user was given the opportunity to further restrict his or her request for information by selecting a sub-specialty or viewing all doctors near the user's current location with a family practice specialty as shown below:  | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 39 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

**Formatted:** Centered

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | When a user selected "All Family Practice," results of the search were displayed with profile portions for doctors near the user's current location with a specialty of family practice was displayed. The user could scroll down as well to see more providers, as shown below:  | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 40 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  Once scrolling through a number of doctors, the user could select "Next" to view more doctors, as shown below: | |

**Formatted:** (none)

**Formatted Table**

EXHIBIT 3

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

Formatted: (none)

Formatted Table

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 42 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  From the results, a user could select a doctor's name to receive more information about that doctor. For example, the user could select "Paul A Berger," which would cause the iTriage App to display more information on Dr. Berger, as shown below: | |

**Formatted:** (none)

**Formatted Table**

**Formatted:** Left

**EXHIBIT 3**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>The user could have also selected "Lori A Leopold" from the results, which would result in the iTriage App presenting more information on Dr. Leopold, as shown below: | |

**Formatted:** (none)

**Formatted Table**

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  Instead of selecting a doctor to receive more information, a user could further narrow his or her request for information by clicking the "Sort" button, as shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>If the user selected "Featured," the following results were presented: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 47 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| |  If the user selected "Distance," the following results were presented: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 48 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  If the user selected "Rating" from the "Sort" menu, the following results were presented: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  If the user selected the "Advanced" icon, the iTriage App provided the following screen, which allowed the user to further refine his or her request. | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 50 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>From the "Advanced Preferences" menu, the user could adjust preferences. For example the user could select "Years of Experience," which caused the | |

Formatted: (none)

Formatted Table

**EXHIBIT 3**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 51 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | iTriage App to present the following page: | |

iTriage App to present the following page:



In the screenshot above, the user had, for example, selected 10-15 years of experience. The user could further refine his or her request by selecting the "Gender" option from the "Advanced Preferences"

**Formatted:** (none)

**Formatted Table**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| | menu, which caused the iTriage App to present the following page: | |
| |  | |
| | In the screenshot above, the user had, for example, selected "Female." The user ccould further refine his | |

Formatted: (none)

Formatted Table

Formatted: Font color: Black

Formatted: Right: 0", No widow/orphan control

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 53 of 133

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | or her request by selecting the "Consumer Rating" option from the "Advanced Preferences" menu, which caused the iTriage App to present the following page:  | |

**Formatted:** (none)

**Formatted Table**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | The user could further refine his or her request by selecting the "Distance" option from the "Advanced Preferences" menu, which caused the iTriage App to present the following page: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Formatted: (none)

Formatted Table

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 55 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | ![AT&T LTE 6:18 PM 42%] Cancel **Distance** Done<br><br>Less than 5 Miles<br><br>Less than 10 Miles<br><br>Less than 15 Miles<br><br>Less than 20 Miles<br><br>Less than 25 Miles<br><br>The user could further refine his or her request by selecting the "Languages Spoken" option from the "Advanced Preferences" menu, which caused the | |

Formatted: (none)

Formatted Table

Formatted: Centered, Right: 0", No widow/orphan control

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | iTriage App to present the following page: | |
| |  | |
| | The user could further refine his or her request by selecting the "Extended Profile" option from the | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Formatted: (none)

Formatted Table

Formatted: Font color: Black

Formatted: Right:  0", No widow/orphan control

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | "Advanced Preferences" menu, which caused the iTriage App to present the following page:<br><br>Includes Photo<br><br>Includes Website Link<br><br>Includes Additional Profile<br><br>If the user implemented these advanced search functions, the user could, for example, refine his or her request to be for information on a family practice | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 58 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | specialist, that has 10-15 years of experience, who is female, has at least a 3-star rating, is less than 25 miles from Arvada, CO, speaks Spanish, and has an extended profile, as shown below: | |

Formatted: (none)

Formatted Table

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 59 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>Once these advanced preferences were applied, the following results were displayed: | |

**Formatted:** (none)

**Formatted Table**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 60 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 61 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Formatted: (none) |
| Formatted Table |

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>If the user selected Dr. Laura Pickler, for example, the iTriage App provided more information on Dr. Pickler, as shown below: | |

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>If the user selected Dr. Leslie Gamache, for example, the iTriage App provided more information on Dr. Gamache, as shown below: | |

Formatted: (none)

Formatted Table

**EXHIBIT 3**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 63 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
|  | <br><br>If the user selected Dr. Kari Kearns, for example, the iTriage App provided more information on Dr. Kearns, as shown below: |  |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 64 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | | |

Another way for the user to request information on a particular healthcare provider in version 4.5 was to search for the healthcare provider by name. To search by name, the user selected the "Doctors" icon from the home screen, as shown below:

**Formatted:** (none)

**Formatted Table**

**Formatted:** Left

EXHIBIT 3

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| |  Once the "Doctors" icon was selected, the following screen is presented: | |

**Formatted:** (none)

**Formatted Table**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 66 of 133

**EXHIBIT 3**

<del>EXHIBIT A</del>

<del>'060 Patent v. iTriage Application and MDx</del>

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
|  | <br><br>If, for example, the user wanted to change the location from Arvada, CO to New York, NY, he or she could do so, as shown below: |  |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 67 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>Once the location in entered, the user could enter a | |

**Formatted:** (none)

**Formatted Table**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under *Akamai*** ) | MDx's Indirect Infringement |
|---|---|---|
| | doctor's name in the search bar as shown below:<br><br>When the user selected "Search," the iTriage App | |

**Formatted:** Font color: Black

**Formatted:** Centered

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 69 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | presents the following results:  The results could be sorted by "Distance" or "Featured." In this example, they were sorted by "Featured." If, for example, the user selected Dr. | |

Page 69 of 265
**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | Sharon Smith, the iTriage App presents more information on Dr. Smith, as shown below:  The iTriage Web App also had similar functionality as the mobile versions. For example, the iTriage Web App had the capability to search by specialty. Starting from the home page, as shown below, the user could select "Doctors." | |

Formatted: (none)

Formatted Table

Formatted: Right: 0", No widow/orphan control

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | | |

When the "Doctors" icon was selected, a list of specialties was presented as shown below:

**Formatted:** (none)

**Formatted Table**

**Formatted:** Font color: Black

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  For example, when one selected the family practice link, this promped the patient's web browser to send a request for information about a doctor to the iTriage Apps' web server, which received the request for information and then accesses the Master Database | |

Formatted: (none)

Formatted Table

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**



| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | developed by MDx to find data that corresponded to the user's search query. After a user selected a specialty, such as family practice, the user was given the opportunity to further restrict his or her request for information by selecting a sub-specialty or viewing all doctors with a family practice specialty, as shown below:<br><br>When a user selected "All Family Practice," the iTriage Web App displayed a list of profile portions of doctors matching the request for information, as shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Formatted: (none)

Formatted Table

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  If, for example, the user selected "Dr. Lori A Leopold," more information was displayed about Dr. Leopold, as shown below: | |

**Formatted:** (none)

**Formatted Table**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  If, for example, the user selected "Dr. Anna M Wegleitner," more information was displayed about Dr. Wegleitner, as shown below:  | |

**Formatted:** (none)

**Formatted Table**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  If, for example, the user selected "Dr. Arlis Adolf," more information was displayed about Dr. Adolf, as shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  The user could also sort the results by distance by selecting the "Distance" icon, as shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  If, for example, the user selected "Dr. Savita Ginde," more information was displayed about Dr. Ginde, as shown below: | |

**Formatted:** (none)

**Formatted Table**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| | The results could also be sorted by rating by selecting the "Rating" option as shown below:  If, for example, the user selected "Dr. Sarah V Bull," more information was displayed about Dr. Bull, as shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  If, for example, the user selected "Dr. Elena Anisimova," more information was displayed about Dr. Anisimova, as shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | If the user scrolled further down in the results, he or she could also select Dr. Stacia Sams, wherein the iTriage Web App would display more information on Dr. Sams, as shown below:<br><br><br><br>If, for example, the user selected "Dr. Steven L Wright," more information was displayed about Dr. Wright, as shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>If, for example, the user selected "Dr. Brandy Deffenbacher," more information was displayed about Dr. Deffenbacher, as shown below: | |

**Formatted:** (none)

**Formatted Table**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   Similar searches by specialty could be conducted for other specialties as well. For example, a search for a doctor with the specialty of Plastic Surgery within the Head and Neck and Dr. Nemechek selected is shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>The iTriage Web App also allowed for a search by name. To search by name a user could enter a doctor's name in the search box in the upper right-hand corner of the screen, as shown below: | |

**Formatted:** (none)

**Formatted Table**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | If, for example, a user searceed for Dr. Nemechek, following screen is presented:  If the user selected Dr. Andrew Nemechek, the iTriage Web App presented more information on Dr. Nemechek, as shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>To the extent that the Court's construction of "first healthcare provider" requires that the request for information be directed to *only* one particular healthcare provider, a position with which Health | |

Formatted: (none)

Formatted Table

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | Grades disagrees, the iTriage ~~App~~Apps both literally ~~infringes~~infringed this element and ~~infringes~~infringe under the doctrine of equivalents.  The iTriage ~~App~~Apps literally ~~infringes~~infringed this element because ~~it is~~they were capable of receiving requests for information about only one particular physician. The iTriage ~~App infringes~~Apps infringed under the doctrine of equivalents because a request for information about multiple particular physicians performs substantially the same function, in substantially the same way, to achieve substantially the same result as a request for one particular physician as shown above.<br><br>To the extent that the Court's construction of "first healthcare provider" requires that the potential patient know the identity of the particular physician for whom he or she is requesting information before they request the information, a position with which Health Grades disagrees, the iTriage ~~App~~Apps both literally ~~infringes~~infringed this element and ~~infringes~~infringe under the doctrine of equivalents. The iTriage ~~App~~Apps literally ~~infringes~~infringed this element because ~~it is~~they were capable of receiving requests for information about a particular physician.  The iTriage ~~App infringes~~Apps infringed under the doctrine of equivalents because a request for | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Formatted: (none)

Formatted Table

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | information about a particular physician that has characteristics that meet search criteria (e.g., female, Family Practitioner that Speaks English, within 5 miles of Denver, CO, with 5-10 years of experience) performs substantially the same function, in substantially the same way, to achieve substantially the same result as a request for a particular physician whose identity is known before the search is run. | |
| **accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments,** | The iTriage ~~App provides~~Apps provided for accessing healthcare provider-verified information about the first healthcare provider that ~~is~~was received from the first healthcare provider and includes at least three of the listed types of information.<br><br>The Court's Markman Order defines the "first healthcare provider" as "a particular healthcare provider about whom information is requested and a report is produced."  (Markman Order at p. 23.)<br><br>At the initiation of the potential patient/user using iTriage ~~App~~Apps, the ~~Triage App's~~iTriage Apps' web server ~~accesses~~accessed healthcare-provider-verified information about a particular healthcare provider. (*See* ~~Screenshot~~Screenshots below illustrating the result of accessing and displaying doctor supplied information on vitals.com).  ~~Highlighted in the~~ | In addition to the facts set forth ~~relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following~~above:<br><br>~~MDx provides the data and manages the database for the iTriage App.~~   <span style="color:red">REDACTED</span> |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| professional memberships, publications, languages, and hobbies; | ~~following, among other things, are the following pieces of healthcare provider-verified information: doctor's gender, specialty information, and years in practice.~~<br><br><br><br>The iTriage Apps accessed information about healthcare providers that Aetna licensed from ~~Specifically,~~ MDx. ~~I~~ REDACTED | REDACTED<br><br>REDACTED<br><br>REDACTED<br><br>REDACTED |

Formatted: (none)

Formatted Table

Formatted: Font color: Auto

Formatted: Right: 0", No widow/orphan control

Formatted: Font color: Black

Formatted: Font color: Auto

Formatted: Font color: Auto

Formatted: Font color: Auto

Formatted: Font color: Auto

Formatted: Font color: Auto

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | REDACTED | |
| | | |
| | REDACTED | |
| | The Court's Markman Order defines "received from the first healthcare provider" as "receipt of information from the first healthcare provider or one of his or her agents, such as an employee, as distinguished from information received from patients or public sources." (Markman Order at p. 24.) | |
| | REDACTED | |

Formatted: (none)

Formatted Table

Formatted: Font color: Auto

Formatted: Font color: Auto

Formatted: Font color: Auto

Formatted: Font color: Auto

Formatted: Font color: Auto

Formatted: Font color: Auto

Formatted: Right: 0", No widow/orphan control

Formatted: Font color: Black

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | REDACTED<br><br><br><br><br>~~For example,~~ MDx admits that it has actually received information from doctors for these fields and this information has been modified by doctors.<br><br>MDx's website provides_ many opportunities for doctors to edit their own profiles as shown in the screenshot below taken from www.vitals.com: | |

Formatted: (none)

Formatted Table

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 93 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**EXHIBIT 3**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Formatted: (none)

Formatted Table

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under _Akamai_**) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>MDx states on its website that it receives, compiles, and posts doctor-supplied information, as shown in the screenshot below taken from www.vitals.com: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |
| | MDx tracks all edits that physicians make to their database.  (*See* West Dep.)  As of May 9, 2012, the statistics of all physicians who have ever entered and/or modified each of the claimed data fields within MDx's database were: | |
| | % of Drs [3] \| No. of Drs [4] | |

---

[3]     Interrogatory Response at p. 3 (Ex. 3).

[4]     SQL Report from vitals.com at p. MDx 0104088 (West Dep. Ex. 19) (Ex. 5).

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | REDACTED<br><br>Based on these percentages, it is probable that thousands of physicians have actually edited three or more of the MDx Physician Verified Fields within MDx's physician database.<br><br>Through the process of registering with vitals.com, physicians provide information in the claimed fields to vitals.com *regardless* of whether they edit the information or not.  (*See* Deposition of Philip Greenspun; *see also* 7/13/12 Greenspun Report at ¶¶126-128.)<br><br>REDACTED<br><br>REDACTED | |

Formatted: (none)

Formatted Table

Formatted: Font color: Auto

Formatted: Right:  0", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 96 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| | REDACTED | |
| | REDACTED | |
| | Aetna received information from physicians through its iTriage Apps: | |
| | Aetna sold "premier listings" for physicians that allowed physicians to provide and allow Aetna to receive detailed information about his or her practice. (http://about.itriagehealth.com/healthcare-solutions/providers/physicians/. | |
| | The iTriage Apps allowed physicians to edit their profile listings. (https://www.itriagehealth.com/doctor/dr-arlen-meyers-md-1217252.)  For example, Aetna could receive information from physicians through the following web form on the iTriage Web App.: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Formatted: (none)

Formatted Table

Formatted: No widow/orphan control, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Font color: Auto

Formatted: Font color: Auto

Formatted: Right:  0", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

Formatted: (none)

Formatted Table

Formatted: No widow/orphan control, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 99 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>In the same way that healthcare providers provide information to MDx and verify this information by registering on vitals.com described herein, through the process of clicking "edit my profile" or purchasing a premier listing with iTriage.com, physicians provided information in the claimed fields to Aetna and verified all information *regardless* of whether they edit the information or not.<br><br>REDACTED | |

Formatted: (none)

Formatted Table

Formatted: Font color: Auto

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3



**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | REDACTED<br><br><br>The Court's Markman Order states that "'verifying' requires only that the website receive confirmation of the information from some other source, in this instance the healthcare provider.  Indeed, the confirmation described appears to not extend beyond receipt of such information from the first healthcare provider."  (Markman Order at p. 15 n.8.)<br><br>The iTriage ~~App accesses~~Apps accessed information verified by a physician or other healthcare professional.<br><br>For example, the iTriage ~~App~~Apps literally ~~infringes~~infringed because ~~it licenses~~they license data from MDx, data which MDx admits ~~is provided to MDx by~~it receives from the healthcare provider, and therefore is verified by the healthcare provider.<br><br>Additionally, the iTriage Apps literally infringed because Aetna received data from physicians directly through iTriage, and therefore this information was verified by physicians. | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Formatted:** (none)

**Formatted Table**

**Formatted:** Right:  0", No widow/orphan control

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | Moreover, even if every doctor does did not provide every piece of his or her own personal information, and to the extent that any physician information originates with a third party, the iTriage AppApps still literally infringesinfringed because both MDx's system providesand the iTriage Apps provided the capability for healthcare providers to verify and edit their own information as detailed above, which, in the case of MDx, it then sellssold to Aetna. | |
| | To the extent that the iTriage App doesApps did not literally infringe this element because the physician information is verified by a third party, it infringesthey infringed under the doctrine of equivalents because it performsthey performed substantially the same function in substantially the same way to obtain the same result. The function of the claim is to make the information service more trustworthy. The way it makesmade it more trustworthy iswas to get information from a third party about the doctor.  The result iswas that it iswas more trustworthy. | |
| | Under *Akamai Techs., Inc. v. Limelight Networks, Inc.*, 692 F.3d 1301, 1305 (Fed. Cir. Aug. 31, 2012) (*en banc*), Health Grades may prove direct infringement (to support indirect infringement) by showing that the combined actions of MDx and Aetna | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | collectively satisfy all of the steps of the claimed method. | |
| compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting | Aetna's on-line information service, (iTriage), which includes a computer processor, ~~compiles~~compiled patient-provided information regarding healthcare providers. ~~The~~ including patient ratings from one or more past or current patients of particular healthcare providers.  MDx's on-line information service (vitals.com), which includes a computer processor, compiled patient-provided information regarding healthcare providers including patient ratings from one or more past or current patients of particular healthcare providers.  "Compiling" means gathering and/or putting together. ~~are compiled~~  MDx compiles patient ratings from a www.vitals.com on-line patient-experience survey~~.~~ shown in the screenshot below.  MDx admits that it manages vitals.com and that vitals.com is a service for connecting healthcare providers with potential patients. | In addition to the facts set forth ~~relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following~~herein:  REDACTED   MDx gathers its patient ratings from a web survey. REDACTED   REDACTED   REDACTED |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement *under Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| healthcare providers with the potential patients; |  ~~"Compiling" means gathering and/or putting together.~~ Aetna ~~compiles~~compiled this information ~~thought~~through its contract with MDX and literally infringed by gathering it through an XML feed from MDX. | |

**Formatted:** (none)

**Formatted Table**

**Formatted:** Indent: First line: 0", Right: 0", Widow/Orphan control

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>The iTriage ~~App uses~~Apps used and ~~displays~~displayed these ratings in several ways.  For example, the screenshot below shows the advanced preferences feature that ~~can~~could be selected to filter the results of a search for a physician.  Using this feature, the consumer rating of the physician ~~can~~could be specified by a user. | |

Formatted: (none)

Formatted Table

Formatted: Font color: Black

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**EXHIBIT 3**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>When a user ~~selects~~selected the "Consumer Rating" icon from the above screenshot, a selection option ~~is~~was made available, like the one depicted in the screenshot below: | |

**Formatted:** (none)

**Formatted Table**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 107 of

133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

EXHIBIT 3

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 108 of 133

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  The notice says: "Star ratings are consumer ratings provided by Vitals, which is a service of MDX Medical, Inc. Vitals allows patients to review and rate their doctors online. Patient ratings are averaged for each doctor and are the sole source of the star ratings. Star ratings are provided for your information only and do not represent a recommendation or endorsement by iTriage or Vitals. For more | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | information on Star Ratings, or to rate a provider, visit vitals.com." | |
| | ~~To~~Under *Akamai Techs., Inc. v. Limelight Networks, Inc.*, 692 F.3d 1301, 1305 (Fed. Cir. Aug. 31, 2012) (*en banc*), Health Grades does not need to prove that a single entity (e.g., Aetna) performs all of the steps of the claimed method.  Rather, for direct infringement (to support indirect infringement) it is sufficient for Health Grades to prove that MDx performed some of the steps of the claimed method and Aetna performed the remaining steps of the claimed method.  *Akamai*, 692 F.3d at 1305.  More specifically, it is sufficient to show that MDx performs the method step of compiling the patient-provided information (which MDx admits it does) and to show that Aetna performed other steps of the method including receiving the request for information and creating the healthcare provider report. | |
| | However, to the extent that the iTriage ~~App does~~Apps ~~did~~ not literally infringe this element because the online survey is hosted by ~~vitals.com, it infringes~~MDx, the licensor of Aetna, they infringed under the doctrine of equivalents because ~~it performs~~they perform substantially the same function in substantially the same way to obtain the same | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | result.  ~~The~~Although the iTriage Apps did not directly have a patient experience survey, they encouraged the patients to visit vitals.com to rate a doctor (*see* screenshot above), which ratings were then posted in the iTriage Apps.  Providing a link to a patient experience survey hosted by a company that has a contractual relationship with the company providing the information service performed substantially the same function ~~of the claim is to obtain the patient ratings.  The~~, in substantially the same way ~~the~~, to achieve substantially the same result, where the function was to provide users with patient ratings ~~are obtained is through~~of physicians and to allow users to rate their own physicians which could then be reviewed by other users, the way was to provide an on-line ~~survey.  The result is that Aetna has~~ experience survey and report the results of these surveys, and the result was a comprehensive physician report with patient ratings ~~obtained from an on-line survey~~and the ability to generate additional ratings by additional patients that could then be reviewed by new potential patients.  As can be seen from the above screenshot, a user ~~can~~could select the desired minimum rating for a physician.   REDACTED | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Formatted: (none)

Formatted Table

Formatted: Font color: Auto

Formatted: Font color: Auto

Formatted

Formatted

Formatted

Formatted

Formatted: Font color: Auto

133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <span style="color:red">REDACTED</span> | |
| **compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;** | Aetna's on-line information service (iTriage), compiled information regarding the first healthcare provider verified by an independent third-party source, which sources include Aetna, MDx, ABMS, state licensure boards, and many others.<br><br>The Court's Markman Order defines "compiling" as "gathering and/or putting together." (Markman Order at p. 24.)<br><br>Specifically,~~ ~~ Aetna compiled data that included ~~The iTriage App uses compiled information regarding doctors that is verified by an independent third-party source.~~ <span style="color:red">REDACTED</span> | ~~In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following:~~ <span style="color:red">REDACTED</span><br><br>*See supra.* |



**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Formatted: (none)

Formatted Table

Formatted: Font: Italic

Formatted: Font color: Black

Formatted: Right: 0", No widow/orphan control

Formatted: Font color: Auto

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 112 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement *under Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | REDACTED<br><br><br>The Court's Markman Order states that verification by a third party may be satisfied by attempting to substantiate the information that will provide a patient with "some assurance that the qualifications of the doctor have been checked by someone." (Markman Order at p. 17.)<br><br>REDACTED<br><br><br><br><br><br>MDx obtained this information from third parties | |

Page 112 of 265
**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Formatted: (none)

Formatted Table

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 113 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | (vitals.com) as shown below:<br> | |

**Formatted:** (none)

**Formatted Table**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>As a specific example, MDx compiles medical school information on a given doctor from *U.S. News & World Report's* "America's Top Medical Schools." (*See* screenshot below "What's this?" section describing that MDx compiles medical school information from *U.S. News & World Report*). MDx then ~~provides~~provided potential patients with medical school information associated with a given physician's academic and fellowship history. | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 115 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Formatted: (none) |

| Formatted Table |

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
|  |  MDx compiles licensure status information. The screenshot below shows that MDx verifies each physician's license with a third party before adding the physician to the results list; to do this, MDx must compile the information in order to compare it to the entry field. |  |

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**EXHIBIT 3**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  MDx admits that it compiles board certification information.  (*See* screenshot below "Vitals receives quarterly updates on board certification from ABMS", circled in orange.)  Further, the American Board of Medical Specialties is an independent source.  (*See* screenshot "About Board Certification" boxed in red below.) | |

Formatted: (none)

Formatted Table

Formatted: Left

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 119 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

**Formatted:** (none)

**Formatted Table**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>MDx compiles additional information verified by an independent third-party source regarding a physician's medical school, internship, residency, and fellowship positions.  (*See* screenshot below noting that MDx obtains all educational information from independent third parties unless otherwise noted). | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**Formatted:** (none)

**Formatted Table**

**EXHIBIT 3**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  Under *Akamai Techs., Inc. v. Limelight Networks, Inc.*, 692 F.3d 1301, 1305 (Fed. Cir. Aug. 31, 2012) (*en banc*), Health Grades may prove direct infringement (to support indirect infringement) by showing that the combined actions of MDx and Aetna collectively satisfy all of the steps of the claimed method. | |
| creating, by the at least one computer processor, | Aetna's iTriage Apps infringed this claim element for the same reasons that vitals.com infringes this claim | In addition to the facts set ~~forth relating to the Aetna's direct infringement by the iTriage~~ |

*Formatted: (none)*
*Formatted Table*
*Formatted: Right: 0", Widow/Orphan control*

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB    Document 611-1    Filed 09/23/13    USDC Colorado    Page 122 of

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| **a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and** | element, which are described in detail in Health Grades' infringement contention claim charts, the expert report of Dr. Philip Greenspun, and Health Grades Summary Judgment Opposition (Dkt. 525).<br><br>The Court's Markman Order defines "first healthcare provider" as "a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at p. 23.)<br><br>The Court's Markman Order defines "comparison ratings of healthcare providers" as "ratings on multiple healthcare providers, including the 'first healthcare provider,' in the report on that 'first healthcare provider,' thus permitting comparison of the 'first healthcare provider' with other potential healthcare providers." (Markman Order at p. 24.)<br><br>After a user ~~enters~~entered the search criteria for a particular provider, the iTriage ~~App creates~~Apps created one or more healthcare provider reports using information from the Aetna Master Database, which ~~is~~was developed, maintained, and managed by MDx and contains MDx's data. The iTriage ~~App creates~~Apps created the reports using healthcare provider-verified information, patient-provided information, and information verified by the | ~~App~~herein, MDx's indirect infringement is shown at least by the following:<br><br>**REDACTED**<br><br>        By providing this data and being aware of Aetna's intentions concerning the iTriage ~~App~~Apps, MDx was well aware that this data was meant to go into a report on a physician.<br><br>Further, a page of the iTriage App specifically ~~notifies~~notified users that the star ratings ~~are~~were from Vitals, as shown below, and ~~encourages~~encouraged the users to go to vitals.com to rate a provider: |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Formatted: (none)

Formatted Table

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement *under Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | independent third-party source about the first healthcare provider. Further, the reports ~~contain~~contained comparison ratings of the healthcare providers. <br><br> The following screenshots show portions of a healthcare provider report for Dr. Brandy Deffenbacher, who ~~is~~was an example of a "first healthcare provider" as defined by the Court in its Markman Order. This report was created using at least the following information: (1) healthcare provider-verified information, circled or boxed in red; (2) patient-provided information, circled or boxed in green; and (3) information verified by an independent third party circled or boxed in purple. The report also ~~includes~~included comparison ratings, circled or boxed in orange, about Dr. Deffenbacher, and other healthcare providers as required by the Court's Markman Order. As with any computer generated report, it ~~is~~was generated by at least one computer processor. <br><br> After entering the search criteria (specialty and geographic location) and preferences for Dr. Deffenbacher (e.g., female, years in practice, minimum star ratings, etc.) the iTriage App ~~generates~~generated a report for Dr. Deffenbacher, the |  |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

Formatted: (none)

Formatted Table

Formatted: Left

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | first page of which is shown below:  | |

**Formatted:** (none)

**Formatted Table**

**Formatted:** Centered

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 125 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>In the above screenshot, the percentage matched to the search criteria ~~are~~were comparison ratings as defined by the Court. These ratings ~~provide~~provided the patient with information regarding how well physicians listed in the results list ~~satisfy~~satisfied the patient's specified criteria, such as specialty, location, gender, language, patient rating, or having an extended profile. A user ~~can~~could thus use these ratings to compare which doctor best matches the user's preferences. There ~~are~~were percentage | |

**Formatted:** (none)

**Formatted Table**

**EXHIBIT 3**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 126 of 133

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | matched for the first healthcare provider (i.e., Dr. Deffenbacher) and other healthcare providers (i.e., Dr. Walker and Dr. Wegleitner). Another comparison rating that ~~exists~~existed in the above screenshot is the star ratings for Dr. Deffenbacher and the other doctors.  By viewing these star ratings, a user ~~can~~could understand that by having 4 stars, Dr. Deffenbacher is rated higher than a doctor with a 3-star rating. The above report also ~~includes~~included percentage match ratings and star ratings for other providers as required by the Court's Markman Order. To the extent that MDx asserts that any of these three ratings ~~do~~did not literally satisfy the limitation of a healthcare provider report that includes comparison ratings, these ratings meet the claim limitation under the doctrine of equivalents because they have substantially the same function and operate in substantially the same way to achieve substantially the same result as comparison ratings in a healthcare provider report. ~~The above screenshot of the report on Dr. Deffenbacher also shows physician-provided~~ | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT 3** *(vertical, left margin)*

### EXHIBIT A

#### '060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **under** *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | ~~information of specialty, boxed in red.  It also shows third-party verified information, boxed in purple: Dr.'s Licensed Name and Medical School.  Also shown is patient-provided information, circled in green.~~<br><br>When a user ~~chooses~~chose to view more information on Dr. Deffenbacher, he or she ~~can~~could see additional pages of the report as shown below:<br><br> | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**EXHIBIT 3**

Case 1:11-cv-00520-RM-BNB   Document 611-1   Filed 09/23/13   USDC Colorado   Page 129 of

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

Formatted: (none)

Formatted Table

**EXHIBIT 3**

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | 

As can be seen from the above screenshots, this report ~~includes~~included provider-verified information, such as clinical interests, hobbies, and specialty information (red boxes).  Also in the report is third-party verified information, boxed in purple, including: Medical School, Medical Residency, Medical School, and the doctor's licensed name.

Additional pages for another healthcare provider report for a Dr. Allen, is shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement _under_ _Akamai_) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

**Formatted:** (none)

**Formatted Table**

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

Formatted: (none)

Formatted Table

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement *under Akamai*) | MDx's Indirect Infringement |
|---|---|---|
|  |  |  |

Formatted: (none)

Formatted Table

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 3**