# EXHIBIT C

(Redacted version of Dkt. # 611-2)

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

~~**EXHIBIT A**~~

~~**‘060 Patent v. iTriage Application and MDx**~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna’s iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement *under Akamai*) | MDx’s Indirect Infringement |
| --- | --- | --- |
| |  | |

EXHIBIT 3

**CONFIDENTIAL – ATTORNEYS’ EYES ONLY**

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  <br><br>As can be seen from Dr. Allen's profile, there iswas provider-verified information, including Dr. Allen's research, his memberships and awards, his clinical interests, and his specialty. Also, there iswas third-party verified information including his Board Certifications, his Medical Internship, Medical Residency, Medical Fellowship, and Medical School.<br><br>The above screenshot of the report on Dr. Deffenbacher also shows physician-provided information of specialty, boxed in red. It also shows | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | third-party verified information, boxed in purple: Dr.'s Licensed Name and Medical School. Also shown is patient-provided information, circled in green.<br><br>If the claims literally require that the healthcare provider report be limited to a single doctor (a position with which Health Grades disagrees), then iTriage infringed under the doctrine of equivalents under two alternate theories.<br><br>First, its side-by-side display of multiple reports (red boxes), each on a single provider and each including comparison ratings for that provider (yellow boxes), is equivalent to the claimed report on the first healthcare provider including comparison ratings of providers. | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   Second, its report that includes multiple, particular healthcare providers was equivalent to a report that includes only the first healthcare provider. | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  <br><br>If the claims literally require that the healthcare provider report be limited to one page (a position with which Health Grades disagrees because the claims are silent (as is the specification) as to the number of | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**~~EXHIBIT A~~**

**~~'060 Patent v. iTriage Application and MDx~~**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | pages in a report), iTriage also infringed because its multi-page reports were equivalent to a single page report.<br><br>Version 4.5 of the iTriage applications had similar functionality. Version 4.5 showed the same information about Drs. Deffenbacher and Allen. As an additional example, if a user were to search for Dr. Pickler via a search by specialty and "Advanced Preferences," the iTriage app would present the first page of Dr. Pickler's report, which is shown below: | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
| --- | --- | --- |
| |   When Dr. Pickler's name was selected, additional pages were presented, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**~~EXHIBIT A~~**

**~~'060 Patent v. iTriage Application and MDx~~**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   Similar to Dr. Deffenbacher's and Dr. Allens's reports referenced above, this report of Dr. Pickler's report also was created using comparison ratings (e.g., stars, percentage matched), provider-verified information (e.g., gender, specialty, experience, language), third-party verified information (e.g., licensure information), and patient ratings. | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | The iTriage Web App also had similar functionality.<br><br>As one example, when a user searched for Dr. Leopold via the search by specialty feature, the following report on Dr. Leopold was presented by the iTriage Web App:<br><br> | |

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  Similar to the above discussed reports on Dr. Deffenbacher and Dr. Allen, the iTriage Web App created this report using the necessary information. For example, the report on Dr. Leopold used comparison ratings in the form of star ratings. There were star ratings shown for Dr. Leopold and other healthcare providers in the report.<br><br>Additionally, the healthcare provider-verified information was used in creating the report. For example, this can be explicitly seen because the report included Dr. Leopold's specialty, hobbies, and medical philosophy.<br><br>The third-party verified information was also used to | |

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | create this report. This can be explicitly seen where the report displays Dr. Leopold's medical school, residency, and certification. The report also used licensure information to determine the doctor's name. Patient ratings were also used by the report to create the star ratings.<br><br>As another example, when a user searched for Dr. Jens-Peter Witt via the search by specialty feature, the following report on Dr. Witt is presented by the iTriage Web App:<br><br><br><br>Similar to the above discussed reports on Dr. Leopold, the iTriage Web App created this report using the necessary information. For example, the report on Dr. | |

Formatted: Font color: Black

Formatted: Left

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A
'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | Witt used comparison ratings in the form of star ratings. There were star ratings shown for Dr. Witt and other healthcare providers in the report.<br><br>Additionally, the healthcare provider-verified information was used in creating the report. For example, this can be explicitly seen because the report included Dr. Witt's specialty, memberships, and awards.<br><br>The third-party verified information was also used to create this report. This can be explicitly seen where the report displayed Dr. Leopold's residency and internships. The report also used licensure information to determine the doctor's name. Patient ratings were also used by the report to create the star ratings.<br><br>As another example, when a user searched for Dr. Joyce Aycock via the search by specialty feature, the following report on Dr. Aycock was presented by the iTriage Web App: | |

Formatted: (none)
Formatted Table
Formatted: Font color: Black
Formatted: Left

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  Similar to the above discussed reports on Dr. Witt, the iTriage Web App created this report using the necessary information. For example, the report on Dr. Aycock used comparison ratings in the form of star ratings. There were star ratings shown for Dr. Aycock | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

‘060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna’s iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx’s Indirect Infringement |
|---|---|---|
| | and other healthcare providers in the report.<br><br>Additionally, the healthcare provider-verified information was used in creating the report. For example, this can be explicitly seen because the report included Dr. Aycock’s specialty, memberships, and care philosophy.<br><br>The third-party verified information was also used to create this report. This can be explicitly seen where the report displayed Dr. Aycok’s board certification, medical school, and residency. The report also used licensure information to determine the doctor’s name. Patient ratings were also used by the report to create the star ratings.<br><br>In addition to the infringement arguments set forth above (which are all the same or similar to those made for vitals.com), the iTriage Web App infringed the comparison ratings element for another reason.<br><br>MDx insists that the claimed healthcare provider report on the first healthcare provider is limited to the “doctor profile page” and that the profile page did not include ratings of other doctors. Health Grades disagrees with this argument, but even if it is true, the iTriage Web App display of the doctor profile (green | |

Formatted: (none)

Formatted Table

Formatted: Font color: Black

Formatted: Right: 0", No widow/orphan control

CONFIDENTIAL – ATTORNEYS’ EYES ONLY

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | box) included ratings of other providers (orange boxes) as shown in the screenshot below:  | |
| **providing access to the healthcare provider report on the first healthcare provider over a computer network.** | It iswas impossible to obtain healthcare provider reports from the iTriage App when a phone is in "airplane mode," as evidenced by the screenshot below. Based on viewing the network captures that show the phone making requests of the itriage.healthagen.com server in response to user interaction with the iTriage App, it is reasonable to say that the iTriage App providesprovided access to healthcare provider reports over a computer network (via either WiFi or a carrier's data network). | In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following: *See supra.* REDACTED Any access interface to that database via the computer network iswas likely |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | also developed by MDx. |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   For further evidence, note the spinning dashed wheel in the upper left-hand corner of the screenshot below (boxed in blue) showing data iswas being exchanged over a computer network. | |

Formatted: (none)

Formatted Table

Formatted: No underline

Formatted: No underline

Formatted: No underline

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>Version 4.5 of the iTriage App connected to the internet in the same manner.<br><br>The iTriage Web App was accessed via traditional web browsers, and therefore provided access to healthcare provider reports over a computer network. | |
| 4. The method as defined in claim 1, wherein the healthcare provider report | The iTriage App provides includingApps provided a report that includes a hyperlink to an affiliated hospital, medical center, or other type of treatment | MDx Medical, Inc. ("MDx") indirectly and jointly infringesinfringed this claim under at least 35 U.S.C §§§271(a) (b) & (c). |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center. | center.<br><br>The screenshot below of the profile accessed using the iTriage App showsshowed an external link to CUdoctors.com.<br><br>AT&T 3G 4:02 PM 48%<br>Medical... Medical Provid...<br>Brandy Deffenbacher, MD<br>Family Practice<br>University of Colorado<br>www.CUdoctors.com<br>University of Colorado School of Medicine<br>Map & Directions · Call · Save<br>3055 Roslyn St<br>Suite 100<br>Denver, COLORADO 80238<br>(303) 493-8512<br>www.cudoctors.com/deffenbacher<br>Education:<br>Medical School<br>MD, University of Colorado Denver School of Medicine (2007)<br>Undergraduate Schools<br>BA, University of Colorado–Boulder (CO) (2002) | Further, MDx had the intent to cause Aetna to infringe the '060 patent. MDx was aware of the '060 patent in October 2011. Health Grades then filed the lawsuit against MDx in March 2011 and served MDx with Health Grades' specific infringement contentions on July 31, 2011. REDACTED<br><br>well after MDx was aware of the patent and the infringement contentions. REDACTED .)the reasons described above.<br><br>In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage AppApps, MDx's indirect infringement is shown at least by the following:<br><br>MDx provides licensed Aetna REDACTED |

Formatted: (none)

Formatted Table

Formatted: Right: 0", Widow/Orphan control

Formatted: Font color: Auto

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
| --- | --- | --- |
| |   In the "Extended Profile" preferences section, there iswas also a selection to search by profiles that "Include[s] Website Link," as depicted in the screenshot below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | AT&T 3G 4:36 PM 48% Cancel Extended Profile Done Includes Photo Includes Website Link Includes Additional Profile<br><br>Version 4.5 of the iTriage App also had similar functionality, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   The iTriage Web App also had hyperlinks to an affiliated hospital, medical center, or other type of treatment center. As shown below, for example, Dr. Wegleitner's report contained a hyperlink to www.mountainviewfamilyphysicians.com: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | Additionally, Dr. Leopold's report also included a link to www.creeksidefamilymedicine.org: | |
| 5. The method as defined in claim 1, wherein the | The iTriage App providesApps provided access to a healthcare provider report through a predetermined | MDx Medical, Inc. ("MDx") indirectly and jointly infringesinfringed this claim under at least 35 |

Formatted: Centered

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT A

‘060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna’s iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx’s Indirect Infringement |
|---|---|---|
| access to the healthcare provider report is obtained through a predetermined Web page that provides search capabilities for a database comprised of healthcare provider information. | home pagepages in the application. Thisapplications. The predetermined page providespages provided search capabilities for Aetna’s Master Database (developed and maintained by MDx), which comprisescomprised healthcare provider information.<br><br>From the iTriage App home page, when “Doctors” iswas selected, a user cancould search for healthcare providers within the database. The home page is shown in the screenshot below: | U.S.C §§§271(a) (b) & (c).<br><br>Further, MDx had the intent to cause Aetna to infringe the ‘060 patent. MDx was aware of the ‘060 patent in October 2011. Health Grades then filed the lawsuit against MDx in March 2011 and served MDx with Health Grades’ specific infringement contentions on July 31, 2011. MDx REDACTED well after MDx was aware of the patent and the infringement contentions. REDACTED<br><br>the reasons described above.<br>In addition to the facts set forth relating to the Aetna’s direct infringement by the iTriage App, MDx’s indirect infringement is shown at least by the following:<br><br>REDACTED |

Formatted: (none)

Formatted Table

Formatted: Font color: Black

Formatted: Right: 0", No widow/orphan control

Formatted: Right: 0", Widow/Orphan control, Tab stops: Not at 0.19"

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | AT&T 3G 3:27 PM 70% iTriage Search symptoms, diseases and pro... Symptoms Doctors Facilities Diseases Medications Procedures My iTriage Hotlines News Enter to Win iTriage's Fly Away Giveaway! At a minimum, the iTriage App providesprovided a very similar user experience to a Web browser accessing a Web page. Therefore, the iTriage App infringesinfringed claim 5 under the doctrine of equivalents. Version 4.5 offered similar functionality, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**~~EXHIBIT A~~**

**~~'060 Patent v. iTriage Application and MDx~~**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
| --- | --- | --- |
| |   The iTriage Web App also had a predetermined home page as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |
| 6. The method as defined in claim 5, wherein the search capabilities permit a search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria. | The search capabilities provided by the iTriage App permitApps permitted searching for healthcare providers by at least the following: specialty, name, gender, and location.<br><br>For example, after selecting the "Doctors" icon from the iTriage App homepage, a list of specialties iswas presented, and a search cancould be based on a specialty, as shown below: | MDx Medical, Inc. ("MDx") indirectly and jointly infringesinfringed this claim under at least 35 U.S.C §§§271(a) (b) & (c).<br><br>Further, MDx had the intent to cause Aetna to infringe the '060 patent. MDx was aware of the '060 patent in October 2011. Health Grades then filed the lawsuit against MDx in March 2011 and served MDx with Health Grades' specific infringement contentions on July 31, 2011. REDACTED<br><br>well after MDx was aware of the patent and the infringement contentions. REDACTED |

Formatted: (none)

Formatted Table

Formatted: Centered

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following:<br><br>REDACTED<br><br>– the reasons described above. |

Formatted: Right: 0", Widow/Orphan control, Tab stops: Not at 0.19"

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

~~**EXHIBIT A**~~

~~**'060 Patent v. iTriage Application and MDx**~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   Also, the "~~advanced preferences" allow~~Advanced Preferences" allowed the user to search by at least gender and location, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   Version 4.5 of the iTriage App offered similar functionality as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   The iTriage Web App also offered search capabilities. For example, a user could search by specialty and by location, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**~~EXHIBIT A~~**

**~~'060 Patent v. iTriage Application and MDx~~**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  A user could also search by name, as shown below: | |
| 7. The method as defined | The iTriage ~~App produces~~Apps produced a results list | MDx ~~Medical, Inc. ("MDx")~~ indirectly ~~and jointly~~ |

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement **_under Akamai_**) | MDx's Indirect Infringement |
|---|---|---|
| in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider. | of healthcare providers satisfying the search criteria. Also, the results list ~~includes~~included the first healthcare provider.<br><br>For example, once the preferences have been set, a results list of providers (black boxes) and the first page of their report, as shown below:<br><br> | ~~infringes~~infringed this claim under at least 35 U.S.C §§§271~~(a)~~ (b) & (c)~~.~~<br><br>~~Further, MDx had the intent to cause Aetna to infringe the '060 patent in October 2011. Health Grades then filed the lawsuit against MDx in March 2011 and served MDx with Health Grades' specific infringement contentions on July 31, 2011.~~<br><br>REDACTED<br><br>~~well after MDx was aware of the patent and the infringement contentions.~~ REDACTED<br><br>the reasons described above.<br>~~In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following:~~<br><br>REDACTED |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   Version 4.5 had similar functionality, as shown below (results list is shown in the black boxes): | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  The iTriage Web App also had similar functionality, as shown below (results list is shown in the black boxes): | |

EXHIBIT 3

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |
| 8. The method as defined in claim 7, wherein the results list further includes an advertisement for the first healthcare provider with a hyperlink to information on the first healthcare provider. | The iTriage App allowsallowed for advertisements of the first healthcare provider and hashad a hyperlink to more information on the first healthcare provider.<br><br>A physician cancould choose to become a member of iTriage by purchasing a premier listing, among other things, as shown below: | MDx Medical, Inc. ("MDx") indirectly and jointly infringesinfringed this claim under at least 35 U.S.C §§§271(a) (b) & (c).<br><br>Further, MDx had the intent to cause Aetna to infringe the '060 patent. MDx was aware of the '060 patent in October 2011. Health Grades then filed the lawsuit against MDx in March 2011 and served MDx with Health Grades' specific infringement contentions on July 31, 2011. REDACTED well after MDx was aware of the patent and the infringement contentions. REDACTED |

Formatted: (none)

Formatted Table

Formatted: Left

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**~~EXHIBIT A~~**

**~~'060 Patent v. iTriage Application and MDx~~**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | | ~~MDX0104391.)~~ the reasons described above. ~~In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by~~ REDACTED |

Formatted: (none)

Formatted Table

Formatted: No widow/orphan control, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Font color: Auto

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | AT&T 3G 4:22 PM 35% Medical... Medical Provid... ALEXANDRA VON LINDEMAN, DO Family Practice Map & Directions Call 1515 WAZEE ST SUITE D DENVER, COLORADO 80202 (303) 218-7754 Are you this physician? Would you like to buy a premier listing to make it easier for patients to find your practice? Buy a Premier Listing » Just want to revise or update your listing information? Edit This Listing » With a premier listing, the doctor cancould be displayed prominently and have a user book an appointment directly from the premier listing, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   Version 4.5 had similar functionality, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br>The iTriage Web App had similar functionality, as shown below: | |

EXHIBIT 3



Formatted: (none)
Formatted Table

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

Page 180 of 265
**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| 9. The method as defined in claim 7, further comprising: determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; and | The iTriage AppApps' client-server system determinesdetermined if certain healthcare providers arewere members of iTriage.<br><br>A user cancould select in the advanced preferences section that extended profiles (member profiles) arewere preferred, as shown below:<br><br>AT&T 3G 4:33 PM 34%<br>Cancel Advanced Prefer... Apply<br>Advanced Preferences<br>Tap to set your preferences, drag to set importance<br>Extended Profile<br>Includes Additional Profile<br>Years of Experience<br>5 to 10 Years<br>Gender<br>Female<br>Consumer Rating<br>At Least Three<br>Distance<br>Less than 5 Miles<br>Languages Spoken<br>English | MDx Medical, Inc. ("MDx") indirectly and jointly infringesinfringed this claim under at least 35 U.S.C §§§271(a) (b) & (c).<br><br>Further, MDx had the intent to cause Aetna to infringe the '060 patent. MDx was aware of the '060 patent in October 2011. Health Grades then filed the lawsuit against MDx in March 2011 and served MDx with Health Grades' specific infringement contentions on July 31, 2011. REDACTED<br><br>well after MDx was aware of the patent and the infringement contentions. ( REDACTED<br><br>the reasons described above.<br>In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by REDACTED |

Formatted: (none)

Formatted Table

Formatted: Font color: Black

Formatted: Right: 0", No widow/orphan control

EXHIBIT 3

CONFIDENTIAL – ATTORNEYS' EYES ONLY

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  <br>Also, member -profiles ~~are~~were shown in a higher position than non-member profiles, the profiles ~~are~~were in color, and pictures ~~are~~were shown, as shown below: | |

Formatted: (none)

Formatted Table

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br>Version 4.5 had similar functionality, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  The iTriage Web App had similar functionality in that one can tell if the physician is a member because they have colored star ratings, a color picture, and/or the ability to book an appointment, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |
| if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the | If the healthcare provider ~~is~~was a member of iTriage, the iTriage ~~App provides~~Apps provided enhanced services for the member healthcare provider.<br><br>The enhanced services, as shown below, | |

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| member healthcare provider on the Web site. | includeincluded at least a higher position than non-member profiles, the profiles arewere in color, and pictures arewere shown.  Version 4.5 had similar functionality as shown below: | |

Formatted: (none)

Formatted Table

Formatted: Font color: Black

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**~~EXHIBIT A~~**

**~~'060 Patent v. iTriage Application and MDx~~**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br><br>The iTriage Web App had similar functionality, as shown below: | |

EXHIBIT 3

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | | |
| 11. The method as defined in claim 9, wherein the enhanced services comprise favorable positioning in the results list. | For one of the enhanced services, the iTriage App will listApps listed its member healthcare providers in favorable positions in the results list.<br><br>As the list of profiles shows below, the member profiles cancould receive favorable positioning in the results list. | MDx Medical, Inc. ("MDx") indirectly and jointly infringesinfringed this claim under at least 35 U.S.C §§§271(a) (b) & (c).<br><br>Further, MDx had the intent to cause Aetna to infringe the '060 patent. MDx was aware of the '060 patent in October 2011. Health Grades then filed the lawsuit against MDx in March 2011 and served MDx with Health Grades' specific infringement contentions on July 31, 2011. REDACTED well after MDx was aware of the patent and the infringement contentions. REDACTED |

Formatted: (none)

Formatted Table

Formatted: Indent: First line: 0"

Formatted: Indent: First line: 0"

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | ~~In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown by MDx~~ REDACTED the reasons described above. |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  <br>Also, users cancould sort their results to list the featured, or member, healthcare providers first, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
| --- | --- | --- |
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
| --- | --- | --- |
| |   Version 4.5 had similar functionality, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  The iTriage Web App also had similar functionality, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

~~**EXHIBIT A**~~

~~**'060 Patent v. iTriage Application and MDx**~~

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |
| 14. The method as defined in claim 1, wherein the first healthcare provider is a physician. | The iTriage ~~App provides~~Apps provided information on healthcare providers that ~~are~~were physicians. As the profile shown below depicts, the healthcare provider may be a physician. | MDx ~~Medical, Inc. ("MDx")~~ indirectly ~~and jointly infringes~~infringed this claim under at least 35 U.S.C §§§271(~~a)~~ (b) & (c)~~.~~<br><br>~~Further, MDx had the intent to cause Aetna to infringe the '060 patent. MDx was aware of the '060 patent in October 2011. Health Grades then filed the lawsuit against MDx in March 2011 and served MDx with Health Grades' specific infringement contentions on July 31, 2011.~~ REDACTED<br><br>~~well after MDx was aware of the patent and the infringement contentions.~~ REDACTED |

Formatted: (none)

Formatted Table

Formatted: Centered

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following: REDACTED the reasons described above. |

Formatted: Right: 0", Widow/Orphan control, Tab stops: Not at 0.19"

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br>Version 4.5 of the iTriage App and the iTriage Web App also created reports on physicians. | |
| **15. An on-line information system for connecting healthcare providers with potential patients, the system comprising:**<br><br>**at least one computer** | Aetna Inc.'s ("Aetna")Aetna's iTriage mobile application ("iTriage App")Apps directly infringesinfringed this claim for the reasons described above.<br><br>Additionally, the iTriage Apps infringed this claim by providing for an on-line information system for connecting healthcare providers with potential patients | MDx Medical, Inc. ("MDx") indirectly and jointly infringesinfringed this claim under at least 35 U.S.C §§§271(a) (b) & (c).<br><br>In addition to the facts set forth relating to the direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following: |

Formatted: Indent: First line: 0"



EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
| --- | --- | --- |
| **processor; and**<br><br>**memory coupled with and readable by the at least one computer processor and comprising a series of instructions that, when executed by the at least one computer processor, cause the at least one computer processor to:** | via itsa mobile and web interface, which includesincluded the healthcare provider database it licensesAetna licensed from MDx (the "MDx Database"),, the software and hardware that are associated with the iTriage App and the iTriage Web App; and database hardware such as servers.<br><br>Aetna makes, uses, sellsmade, used, sold, and offersoffered to sell the iTriage App for multiple platforms, including without limitation iOS devices, including the iPhone and iPad, and Android mobile devices. Aetna also made, used, sold, and offered to sell the iTriage Web App for traditional computer-based platforms. Aetna's iTriage App providesApps provided potential patients with access to a custom extract of the MDx Master Database, which is a database of information relating to healthcare providers, such as doctors, through its mobile interfaceand web interfaces.<br><br>Various screenshots taken of the iTriage App from the iPhone[5] are provided in this claim chart to illustrate the various features of the iTriage App and how these features correspond to the features of claims 1, 4-9, | REDACTED<br><br>– ithout this information, iTriage would not be able to display the information in the application.<br><br>Further, MDx had the intent to cause Aetna to infringe the '060 patent. MDx was aware of the '060 patent in October 2011. Health Grades then filed the lawsuit against MDx in March 2011 and served MDx with Health Grades' specific infringement contentions on July 31, 2011. REDACTED<br><br>well after MDx was aware of the patent and Health Grades' infringement contentions. REDACTED the reasons described above. |

[5] Screenshots herein were taken between 6/18/2012 and 7/06/2012.

Formatted: (none)

Formatted Table

Formatted: Indent: Left: 0"



CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | 11, 14-16. For instance, the screenshot below illustrates the homepage of the iTriage App where a potential patient begins accessing healthcare provider information:<br><br>[iTriage App screenshot: AT&T 3G 3:27 PM 70% — iTriage — Search symptoms, diseases and pro... — Symptoms, Doctors, Facilities, Diseases, Medications, Procedures, My iTriage, Hotlines, News — Enter to Win iTriage's Fly Away Giveaway!]<br><br>iTriage used a web server that, like any server, includes at least one computer processor and memory.<br><br>The iTriage App will provide information about individual doctors when a user selects the "Doctors" icon. | |
| **at least one computer processor; and** | When a potential patient initiates a search for a healthcare provider on the iTriage App, iTriage's web | In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, |

Formatted: (none)

Formatted Table

Formatted: Left

Formatted: Font color: Black

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | server receives a request for information regarding a healthcare provider via the internet. iTriage's web server, as with any server, comprises at least one computer processor and memory. | MDx's indirect infringement is shown at least by the following:<br><br>REDACTED<br><br>Therefore, MDx must be aware that the iTriage App uses the MDx Database in an application that allows request information about a particular provider and create reports about such providers using the data from the MDx Database as described herein. |
| **memory coupled with and readable by the at least one computer processor and comprising a series of instructions that, when executed by the at least one computer processor, cause the at least one computer processor to:** | When a potential patient initiates a search for a healthcare provider on the iTriage App, iTriage's web server receives a request for information regarding a healthcare provider via the internet. iTriage's web server, as with any server, comprises at least one computer processor and memory. | In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following:<br><br>REDACTED<br><br>–<br><br>Therefore, MDx must be aware that the iTriage App uses the MDx Database in an application that allows request information about a particular provider and create reports about such providers using the data from the MDx Database as described herein. |
| **receive a request for** | When a potential patient initiatesinitiated a search for | In addition to the facts set forth relating to the |

Formatted Table

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| **information regarding a first healthcare provider;** | a healthcare provider on the iTriage AppApps, iTriage's web server receivesreceived a request for information regarding a healthcare provider via the internet. iTriage's web server, as with any server, comprises at least one computer processor and memory.<br><br>The Court's Markman Order defines the "first healthcare provider" as "a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at p. 23.)<br><br>The iTriage App literally infringes this element as construed by the Courtdescribed in its Markman Order. For example,detail in the iTriage App, information can be requested about a particular healthcare provider by performing various searches, which are initiated at the iTriage homepage.<br><br>Specifically, a potential patient may initiate a search for a particular healthcare provider in the iTriage App, which prompts the patient's web browser to send a request for information about the particular doctor the patient is looking for to the iTriage App's web server, which receives the request for information and then accesses the MDx Database to find data that responds to the user's search query. The iTriage App's web | Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following:<br><br>REDACTED<br><br>– Therefore, MDx must be aware that the iTriage App uses the MDx Database in an application that allows request information about a particular provider and create reports about such providers using the data from the MDx Database as described herein. |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

~~**EXHIBIT A**~~

~~**'060 Patent v. iTriage Application and MDx**~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | ~~server receives a request for information about a particular healthcare provider when a potential patient clicks the "doctor" icon shown below:~~   ~~One way of searching for a doctor is by specialty. When a user selects the "Doctors" icon, a list of specialties by which a patient can search is displayed, as shown below:~~ | |

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | AT&T 3G 3:34 PM 66% Home Doctors Current Location change > Top Most Common Specialties Allergy and Immunology Cardiology Cardiothoracic Surgery Dentistry Dermatology Diabetes, Endocrinology... ENT (Otolaryngology) Family Practice connection with claim 1. At this screen, a user can select the location for where the user would like to search. In the example shown above, the user has selected the user's current location, which is determined by the Global Positioning System (GPS) feature of the iPhone.<br><br>For example, when one selects the family practice link, this prompts the patient's web browser to send a request for information about a doctor to the iTriage App's web server, which receives the request for | |

Formatted: (none)

Formatted Table

Formatted: Font color: Auto

Formatted: Right: 0", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Centered

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | information and then accesses the Master Database developed by MDx to find data that responds to the user's search query. After a user selects a specialty, such as family practice, the user is given the opportunity to further restrict his or her request for information by selecting a sub-specialty or viewing all doctors near the user's current location with a family practice specialty, as shown below:   When a user selects "All Family Practice," a results | |

Formatted: (none)

Formatted Table

Formatted: Centered

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | list of compressed doctor's profiles for doctors near the user's current location with a specialty of family medicine is displayed, as shown below:   A user can further narrow his or her request for information by clicking the "sort" button above, and then the "advanced" icon shown in the screenshot below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   After selecting "Advanced" an advanced preferences menu is presented, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   From the advanced preferences menu a potential patient, for example, can request information about a particular, female, family practice specialist, located within 5 miles of his or her current location, who speaks English, has 5-10 years of experience, and was rated 3 stars or higher, as shown below: | |

Formatted: (none)

Formatted Table

Formatted: Left

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

**~~EXHIBIT A~~**

**~~'060 Patent v. iTriage Application and MDx~~**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   ~~After applying these search criteria, a results list with the particular physician best matching the search criteria is presented:~~ | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   For example, the user could then select the first page of the profile of Brandy Deffenbacher, which would cause the iTriage App to move to the second page of Dr. Deffenbacher's profile, as shown below in the following two screenshots: | |

EXHIBIT 3

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

Formatted: (none)

Formatted Table

Formatted: Left

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br>~~Another way a user can request information on a particular healthcare provider is to search for the healthcare provider by name, as shown below:~~ | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br>As can be seen in the above screenshot, a doctor's name can be entered and list of profiles for doctors matching the name will be presented. In the example shown above, the name Johnson was searched for, and a list of profiles for doctors with the name of Johnson was produced. From the same screen, a user can further limit the search results by distance from a specified location, or by featured doctors, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

**~~EXHIBIT A~~**

**~~'060 Patent v. iTriage Application and MDx~~**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   ~~To the extent that the Court's construction of "first healthcare provider" requires that the request for information be directed to *only* one particular healthcare provider, a position with which Health Grades disagrees, the iTriage App both literally infringes this element and infringes under the doctrine of equivalents. The iTriage App literally infringes this element because it is capable of receiving requests for information about only one particular physician. The iTriage App infringes under the doctrine of~~ | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | equivalents because a request for information about multiple particular physicians performs substantially the same function, in substantially the same way, to achieve substantially the same result as a request for one particular physician as shown above.<br><br>To the extent that the Court's construction of "first healthcare provider" requires that the potential patient know the identity of the particular physician for whom he or she is requesting information before they request the information, a position with which Health Grades disagrees, the iTriage App both literally infringes this element and infringes under the doctrine of equivalents. The iTriage App literally infringes this element because it is capable of receiving requests for information about a particular physician. The iTriage App infringes under the doctrine of equivalents because a request for information about a particular physician that has characteristics that meet search criteria (e.g., female, Family Practitioner that Speaks English, within 5 miles of Denver, CO, with 5-10 years of experience) performs substantially the same function, in substantially the same way, to achieve substantially the same result as a request for a particular physician whose identity is known before the search is run. | |

Formatted: Right: 0", Widow/Orphan control

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| **access healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;** | The iTriage App provides for accessingApps could access healthcare provider-verified information about the first healthcare provider that iswas received from the first healthcare provider and includesincluded at least three of the listed types of information. The Court's Markman Order defines the "first healthcare provider" as "a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at p. 23.) At the initiation of the potential patient/user using iTriage App, the Triage App's web server accesses healthcare provider-verified information about a particular healthcare provider. (*See* Screenshot below illustrating the result of accessing and displaying doctor supplied information on vitals.com). Highlighted in the following, among other things, are the following pieces of healthcare provider-verified information: doctor's gender, specialty information, and years in practice. | In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following: REDACTED – REDACTED |

Formatted: (none)

Formatted Table

Formatted: Centered, Right: 0", No widow/orphan control

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | REDACTED | REDACTED *ee supra.* |

Formatted: Font: Italic

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | The Court's Markman Order defines "received from the first healthcare provider" as "receipt of information from the first healthcare provider or one of his or her agents, such as an employee, as distinguished from information received from patients or public sources." (Markman Order at p. 24.)<br><br>REDACTED<br><br>For example, MDx's website provides many opportunities for doctors to edit their own profiles as shown in the screenshot below taken from www.vitals.com: | |

Formatted: (none)

Formatted Table

Formatted: Font color: Black

Formatted: Right: 0", No widow/orphan control

Formatted: Font color: Black

Formatted: Right: 0", No widow/orphan control

EXHIBIT 3

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   MDx states on its website that it receives, compiles, and posts doctor-supplied information, as shown in the screenshot below taken from www.vitals.com: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | The Court's Markman Order states that "'verifying' requires only that the website receive confirmation of the information from some other source, in this instance the healthcare provider. Indeed, the confirmation described appears to not extend beyond receipt of such information from the first healthcare provider." (Markman Order at p. 15 n.8.) in detail in connection The iTriage App accesses information verified by a physician or other healthcare professional. | |

Formatted: (none)

Formatted Table

Formatted: Right: 0", No widow/orphan control

Formatted: Font color: Black

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | For example, the iTriage App literally infringes because it licenses data from MDx, data which MDx admits that is provided to MDx by the healthcare provider, and therefore is verified by the healthcare provider.<br><br>Moreover, even if every doctor does not provide every piece of his or her own personal information, and to the extent that any physician information originates with a third party, the iTriage App still literally infringes because MDx's system provides the capability for healthcare providers to verify and edit their own information as detailed above, which it then sells to Aetna.<br><br>To the extent that the iTriage App does not literally infringe this element because the physician information is verified by a third party, it infringes under the doctrine of equivalents because it performs substantially the same function in substantially the same way to obtain the same result. The function of the claim is to make the information service more trustworthy. The way it makes it more trustworthy is to get information from a third party about the doctor. The result is that it is more trustworthy.<br>claim 1. | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| **compile patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by a company providing a service for connecting healthcare providers with the potential patients;** | Aetna's on-line information service, which includes a computer processor, compilesThe iTriage Apps could compile patient-provided information regarding healthcare providers. The that comprises patient ratings are compiled from a www.vitals.com on-line patient experience survey; shown in the screenshot below. The iTriage App uses and displays these ratings in several ways. For example, the screenshot below shows the advanced preferences feature that can be selected to filter the results of a search for a physician. | In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following: REDACTED MDx gathers its patient ratings from a web survey. REDACTED *See supra.* REDACTED |

Formatted: Font: Italic

Formatted: Font color: Auto

Formatted: Right: 0", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | Using this feature, the consumer rating of the physician can be specified by a user.<br><br>AT&T 3G 4:06 PM 45%<br>Cancel Advanced Prefer... Apply<br>Advanced Preferences<br>Tap to set your preferences, drag to set importance<br>Years of Experience<br>Preference not set - tap to set<br>Gender<br>Preference not set - tap to set<br>Consumer Rating<br>Preference not set - tap to set<br>Distance<br>Preference not set - tap to set<br>Languages Spoken<br>Preference not set - tap to set<br>Extended Profile<br>Preference not set - tap to set<br><br>When a user selects the "Consumer Rating" icon from the above screenshot, a selection option is made available, like the one depicted in the screenshot below: | |

Formatted: (none)

Formatted Table

Formatted: Font color: Black

Formatted: Centered

Formatted: Font color: Black

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | AT&T 3G 4:09 PM 43% Cancel Consumer Rating Done Not Yet Rated At Least One At Least Two At Least Three At Least Four Star ratings are consumer ratings provided by Vitals, which is a service of MDX Medical, Inc. Vitals allows patients to review and rate their doctors online. Patient ratings are averaged for each doctor and are the sole source of the star ratings. Star ratings are provided for your information only and do not represent a recommendation or endorsement by iTriage or Vitals. For more information on Star Ratings, or to rate a provider, visit Vitals.com. The notice says: "Star ratings are consumer ratings provided by Vitals, which is a service of MDX Medical, Inc. Vitals allowsor more past or current patients to review and rate their doctors online. Patient ratings are averaged for each doctor and are the sole source of the star ratings. Star ratings are provided for your information only and do not represent a recommendation or endorsement by iTriage or Vitals. For more information on Star Ratings, or to rate aof the first healthcare provider, visit vitals.com." as | |

Formatted: (none)

Formatted Table

Formatted: Font color: Black

Formatted: Font color: Black

CONFIDENTIAL – ATTORNEYS' EYES ONLY

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | described in detail in connection with claim 1.<br><br>~~To the extent that the iTriage App does not literally infringe this element because the online survey is hosted by vitals.com, it infringes under the doctrine of equivalents because it performs substantially the same function in substantially the same way to obtain the same result. The function of the claim is to obtain the patient ratings. The way the patient ratings are obtained is through an on-line survey. The result is that Aetna has patient ratings obtained from an on-line survey.~~<br><br>~~As can be seen from the above screenshot, a user can select the desired minimum rating for a physician.~~<br>REDACTED<br><br>This claim does not require that the same company (i.e., Aetna) that provided the information service at issue (i.e., iTriage) also manage the website from which the patient ratings were received. Rather it requires only that the ratings come from a website managed by a company that provided an information | |

Formatted: (none)

Formatted Table

Formatted: Font color: Black

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | service.<br><br>The patient ratings compiled by the iTriage Apps were received from an on-line patient-experience survey completed on www.vitals.com, which is shown in the screenshot below:<br><br><br><br>Vitals.com is managed by MDx, which is a company that provides a service for connecting healthcare providers with potential patients. | |
| **compile healthcare provider information** | The Court's Markman Order defines "compiling" as "gathering and/or putting together." (Markman Order | In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, |

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| **regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;** | at p. 24.)<br><br>The iTriage App uses compiledApps could compile healthcare provider information regarding doctors that isthe first healthcare provider verified by an independent third-party source. REDACTED<br><br>MDx obtains this information from third parties (vitals.com) as shown below: | MDx's indirect infringement is shown at least by the following:<br><br>REDACTED<br><br>*See supra*. |

Formatted: (none)

Formatted Table

Formatted: Font: Italic

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  As a specific example, MDx compiles medical school information on a given doctor from *U.S. News & World Report's* "America's Top Medical Schools." (*See* screenshot below "What's this?" section describing that MDx compiles medical school information from *U.S. News & World Report*). MDx then provides potential patientsdetail in connection with medical school information associated with a given physician's academic and fellowship history. | |

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  MDx compiles licensure information. The screenshot below shows that MDx verifies each physician's license with a third party before adding the physician to the results list; to do this, MDx must compile the information in order to compare it to the entry field. | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | Let us know who you are: First name: Middle name: Last name: Suffix: None Date of birth: January 1 2011 State of license: [State] State license number: Create your login information: Email address: Confirm email address: Password: minimum of 6 characters. Confirm password: Contact me about new Vitals services. I am a physician actively licensed in the United States. I have read and agree to Vitals' Terms of Use. Get started Please note: Vitals verifies all physician registration through confirmation letters. You will be mailed a letter to the primary address associated with your profile confirming your account setup and associated information. <br><br> MDx admits that it compiles board certification information. (*See* screenshot below "Vitals receives quarterly updates on board certification from ABMS", circled in orange.) Further, the American Board of Medical Specialties is an independent source. (*See* screenshot "About Board Certification" boxed in red below.) | |

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  ~~MDx compiles additional information verified by an independent third-party source regarding a physician's medical school, internship, residency, and fellowship positions. (*See* screenshot below noting that MDx obtains all educational information from independent third parties unless otherwise noted).~~ | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

Formatted: Right: 0", Widow/Orphan control

Formatted: Font color: Black

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  claim 1. | |
| **create a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the** | The Court's Markman Order defines "iTriage Apps could create a healthcare provider report on the first healthcare provider" as "a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at p. 23.)<br><br>The Court's Markman Order defines "comparison ratings of healthcare providers" as "ratings on multiple healthcare providers, including the 'first | In addition to the facts set forth relating to the Aetna's direct infringement by the iTriage App, MDx's indirect infringement is shown at least by the following:<br><br>REDACTED<br><br>.<br><br>) By providing this data and being aware of Aetna's intentions concerning the |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| **independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and** | ~~healthcare provider,' in the report on that 'first healthcare provider,' thus permitting comparison of the 'first healthcare provider' with other potential healthcare providers." (Markman Order at p. 24.)~~<br><br>~~After a user enters the search criteria for a particular provider, the iTriage App creates one or more healthcare provider reports~~ using ~~information from the Aetna Master Database, which is developed, maintained, and managed by MDx and contains MDx's data. The iTriage App creates the reports using~~the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source ~~about~~, wherein the healthcare provider report on the first healthcare provider~~. Further, the reports contain~~ included comparison ratings of ~~the~~ healthcare providers~~.~~<br><br>~~The following screenshots show portions of a healthcare provider report for Dr. Brandy Deffenbacher, who is an example of a "first healthcare provider"~~ as ~~defined by the Court~~described in detail in ~~its Markman Order. This report was created using at least the following information: (1) healthcare provider-verified information, circled or boxed in red; (2) patient-provided information, circled or boxed in~~ | ~~iTriage App, MDx was well aware that this data was meant to go into a report on a physician.~~<br><br>~~Further, a page of the iTriage App specifically notifies users that the star ratings are from Vitals, as shown below, and encourages the users to go to vitals.com to rate a provider:~~<br><br>*See* *supra*.<br><br>AT&T 3G 4:09 PM 43%<br>Cancel Consumer Rating Done<br>Not Yet Rated<br>At Least One<br>At Least Two<br>At Least Three<br>At Least Four<br>Star ratings are consumer ratings provided by Vitals, which is a service of MDX Medical, Inc. Vitals allows patients to review and rate their doctors online. Patient ratings are averaged for each doctor and are the sole source of the star ratings. Star ratings are provided for your information only and do not represent a recommendation or endorsement by iTriage or Vitals. For more information on Star Ratings, or to rate a provider, visit Vitals.com. |

Formatted: (none)
Formatted Table
Formatted: Font color: Black
Formatted: Font: Italic
Formatted: Font color: Black
Formatted: Font color: Auto
Formatted: Font color: Auto

EXHIBIT 3

**~~EXHIBIT A~~**

**~~'060 Patent v. iTriage Application and MDx~~**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | ~~green; and (3) information verified by an independent third party circled or boxed in purple. The report also includes comparison ratings, circled or boxed in orange, about Dr. Deffenbacher, and other healthcare providers as required by the Court's Markman Order. As with any computer generated report, it is generated by at least one computer processor.~~<br><br>~~After entering the search criteria (specialty and geographic location) and preferences for Dr. Deffenbacher (e.g., female, minimum star ratings, etc.) the iTriage App generates a report for Dr. Deffenbacher, the first page of which is shown below:~~ | |

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   In the above screenshot, the percentage matched to the search criteria are comparison ratings as defined by the Court. These ratings provide the patient with information regarding how well physicians listed in the results list satisfy the patient's specified criteria, such as specialty, location, gender, language, patient rating, or having an extended profile. A user can thus use these ratings to compare which doctor best matches the user's preferences. There are percentage matched for the first healthcare provider (i.e., Dr. | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | Deffenbacher) and other healthcare providers (i.e., Dr. Walker and Dr. Wegleitner).<br><br>Another comparison rating that exists in the above screenshot is the star ratings for Dr. Deffenbacher and the other doctors. By viewing these star ratings, a user can understand that by having 4 stars, Dr. Deffenbacher is rated higher than a doctor with a 3-star rating.<br><br>The above report also includes percentage match ratings and star ratings for other providers as required by the Court's Markman Order.<br><br>To the extent that MDx asserts that any of these three ratings do not literally satisfy the limitation of a healthcare provider report that includes comparison ratings, these ratings meet the connection with claim limitation under the doctrine of equivalents because they have substantially the same function and operate in substantially the same way to achieve substantially the same result as comparison ratings in a healthcare provider report.<br><br>The above screenshot of the report on Dr. Deffenbacher also shows physician-provided information of specialty, boxed in red. It also shows | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | third-party verified information, boxed in purple: Dr.'s Licensed Name and Medical School. Also shown is patient-provided information, circled in green.<br>1.<br>When a user chooses to view more information on Dr. Deffenbacher, he or she can see additional pages of the report as shown below:<br>AT&T 3G 4:02 PM 48%<br>Medical... Medical Provid...<br>Brandy Deffenbacher, MD<br>Family Practice<br>University of Colorado www.CUdoctors.com<br>University of Colorado School of Medicine<br>Map & Directions Call Save<br>3055 Roslyn St<br>Suite 100<br>Denver, COLORADO 80238<br>(303) 493-8512<br>www.cudoctors.com/deffenbacher<br>Education:<br>Medical School<br>MD, University of Colorado Denver School of Medicine (2007)<br>Undergraduate Schools<br>BA, University of Colorado–Boulder (CO) (2002) | |

Formatted: Font color: Black

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | AT&T 3G 4:02 PM 48% Medical... Medical Provid... Undergraduate Schools BA, University of Colorado-Boulder (CO) (2002) Internships University of Colorado Denver (University Hospital) Program (2008) Residency Program University of Colorado Denver (University Hospital) Program, Family Medicine (2009) University of Colorado Denver (University Hospital) Program, Chief Resident, Family Medicine (2010) Clinical Interest: My many clinical interests include women health, newborn, children, and adolescent care, and prenatal care. Personal Interest: In my spare time, I enjoy biking, running, swimming, and spending time with my family and two dogs. Professional Memberships and Awards: Society for Teachers in Family Medicine - member American Academy of Family Medicine - member Colorado Academy of Family Medicine - Member North American Primary Care Research Group - member<br><br>As can be seen from the above screenshots, this report includes provider-verified information, such as clinical interests, hobbies, and specialty information (red boxes). Also in the report is third-party verified information, boxed in purple, including: Medical School, Medical Residency, Medical School, and the doctor's licensed name.<br><br>Additional pages for another healthcare provider report for a Dr. Allen, is shown below: | |

Formatted: (none)

Formatted Table

Formatted: Font color: Black

Formatted: Left

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**~~EXHIBIT A~~**

**~~'060 Patent v. iTriage Application and MDx~~**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  <br>As can be seen from Dr. Allen's profile, there is provider-verified information, including Dr. Allen's research, his memberships and awards, his clinical interests, and his specialty. Also, there is third-party verified information including his Board Certifications, his Medical Internship, Medical Residency, Medical Fellowship, and Medical School. | |
| **provide access to the healthcare provider** | It is impossible to obtain healthcare provider reports from the iTriage App when a phone is in "airplane | *See supra.* |

Formatted: Font color: Black

Formatted: Left

Formatted: Font: Italic

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| **report on the first healthcare provider over a computer network.** | mode," as evidenced by the screenshot below. Based on viewing the network captures that show the phone making requests of the itriage.healthagen.com server in response to user interaction with the iTriage App, it is reasonable to say that the iTriage App provides access to healthcare provider reports over a computer network (via either WiFi or a carrier's data network).<br><br>2:37 PM 56% iTriage Search symptoms, diseases and pro... Can't Connect to Internet Unable to reach the server. Please check your internet connection and try again. OK My iTriage Hotlines News 53 Independence Day: Have a Blast without Gett...<br><br>For further evidence, note the spinning dashed wheel in the upper left-hand corner of the screenshot below | |

EXHIBIT 3

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | (boxed in blue) showing data is being exchanged over a computer network.   The iTriage Apps could provide access to the healthcare provider report on the first healthcare provider over a computer network as described in detail in connection with claim 1. | |
| 16. The on-line information system defined in claim 15, wherein: the healthcare | The iTriage App provides access to Apps could provide a healthcare provider report through a predetermined home page in the application. This predetermined page provides provided search | MDx Medical, Inc. ("MDx") indirectly and jointly infringes infringed this claim under at least 35 U.S.C §§§271(a) (b) & (c). |

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| provider report is obtained through one or more from the group consisting of: a predetermined Web page that provides search capabilities on its database and a third-party search engine; and the search capabilities of the predetermined Web page permit searching based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, and location criteria. | capabilities for Aetna's Master Database (developed by MDx), which comprisescomprised healthcare provider information<br><br>For example, the iTriage App hashad a specified homepage, which is depicted below:<br><br>AT&T 3G 3:27 PM 70% iTriage Search symptoms, diseases and pro... Symptoms Doctors Facilities Diseases Medications Procedures My iTriage Hotlines News 44 Enter to Win iTriage's Fly Away Giveaway! | Further, MDx had the intent to cause Aetna to infringe the '060 patent. MDx was aware of the '060 patent in October 2011. Health Grades then filed the lawsuit against MDx in March 2011 and served MDx with Health Grades' specific infringement contentions on July 31, 2011. REDACTED well after MDx was aware of the patent and the infringement contentions. ( REDACTED the reasons described above. |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   When a user selectsselected the "Doctors" icon the user iswas presented with a page where the user can search by specialty, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   At this screen, a user cancould select the location for where the user would like to search. In the example shown above, the user hashad selected the user's current location, which iswas determined by the Global Positioning System (GPS) feature of the iPhone. After a user selectsselected a specialty, such as family practice, the user iswas given the opportunity to further restrict his or her search by | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | selecting a sub-specialty or viewing all doctors near the user's current location with a family practice specialty, as shown below:   | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br>Where a user ~~selects~~selected "All Family Practice," a results list of compressed doctor's profiles -for doctors near the user's current location with a specialty of family medicine ~~is~~was displayed, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   A user cancould further specify and sort his or her results by clicking the "sortSort" button above, and then the "advancedAdvanced" icon shown in the screenshot below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   | |

EXHIBIT 3

CONFIDENTIAL – ATTORNEYS' EYES ONLY

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br>After selecting "Advanced~~"~~," an advanced preferences menu ~~is~~was presented, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br>From the advanced preferences"Advanced Preferences" menu, a potential patient, for example, cancould request information about a female plastic surgeon within 5 miles of his or her current location, who speaks English, has 5-10 years of experience, and was rated 3 stars or higher, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | AT&T 3G 10:58 AM 68% Cancel Advanced Prefer... Apply Advanced Preferences Tap to set your preferences, drag to set importance Years of Experience 5 to 10 Years Gender Female Consumer Rating At Least Three Distance Less than 5 Miles Languages Spoken English Extended Profile Includes Additional Profile<br><br>After applying these search criteria, a results list with the particular physician best matching the search criteria iswas presented: | |

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   Another way a user cancould request information on a particular healthcare provider iswas to search for the healthcare provider by name, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

~~EXHIBIT A~~

~~'060 Patent v. iTriage Application and MDx~~

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |   As can be seen from the above screenshot, a doctor's name cancould be entered and list of compressed profiles for doctors matching the name willwould be presented. In the example shown above, the name Johnson was searched for, and a list of compressed profiles for doctors with the name of Johnson was produced. From the same screen, a user cancould further limit the search results by distance from a | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
| --- | --- | --- |
| | specified location, or by featured doctors, as shown below:  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
| --- | --- | --- |
| |   Version 4.5 of the iTriage App offered similar functionality as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

EXHIBIT A

'060 Patent v. iTriage Application and MDx

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| |  | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

**EXHIBIT A**

**'060 Patent v. iTriage Application and MDx**

Formatted: (none)

Formatted Table

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Joint Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| | <br>The iTriage Web App also offered search capabilities. For example, a user could search by specialty and by location, as shown below: | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 3

~~EXHIBIT A~~

~~‘060 Patent v. iTriage Application and MDx~~

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna’s iTriage Mobile Application (iTriage App Direct Infringement and MDx ~~Joint~~ Infringement under *Akamai*) | MDx’s Indirect Infringement |
|---|---|---|
| |  A user could also search by name, as shown below: | |

CONFIDENTIAL – ATTORNEYS’ EYES ONLY

EXHIBIT 3

Formatted: (none)
Formatted Table