# EXHIBIT D

(Redacted version of Dkt. # 611-3)

**Kirstin Stoll-DeBell**

| | |
|---|---|
| **From:** | Scott D. Stimpson <sstimpson@sillscummis.com> |
| **Sent:** | Wednesday, September 04, 2013 1:00 PM |
| **To:** | Kostolansky, Kris J. (kkosto@rothgerber.com); Vazquez, Jesus; Kirstin Stoll-DeBell |
| **Cc:** | Kanan, Greg (gkanan@rothgerber.com); Trent Dickey; David C. Lee; Vincent M. Ferraro |
| **Subject:** | HG proposed revisions to infringement contentions |

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY DESIGNATED UNDER THE PROTECTIVE ORDER

Kris, Jesus, and Kirstin:

We provide additional comments regarding the proposed HG infringement contention supplements.

(1)  Proposed Supplements Relating to Vitals.com

We have reviewed the proposed supplements through claim 14.  As David mentioned, the redline chart after claim 14 seems to have claim elements out of place, and you were going to look into that.  We look forward to receiving the new redline, and we may have comments after receiving it.

As we discussed in our call last week, this supplement is intended to let Health Grades address the new vitals.com site, not to change or add anything relating to previous versions of Vitals.com.  We understand from our call that there is nothing on the previous version in the proposed supplements, and we will need representations to that effect in the conferral statement for HG's motion to supplement.  When we get to the draft HG motion to supplement, we will please need to see it to review the conferral statement.

With the above representations, we have just one issue with the proposed supplement through claim 14.  At pages 80-81 of the redline document, the proposed supplement seems to reference awards generally as being comparison ratings of healthcare providers.  This is inconsistent with the Court's claim constructions and pursues an interpretation that HG pursued and lost with Judge Brimmer, but that is an issue for another day.  For our purposes now, the new allegations are too vague, and we will need HG to specify each award it is accusing and how it is being accused.  Of course, we will object to HG naming any additional awards now that it could have accused in HG's previous infringement contentions (one that was available long ago and is apparently only now being asserted is the "Compassionate Doctor Award").

(2)  Proposed Supplements Relating to iTriage and Aetna

As you requested, we provided additional documents last week (MDX 0104859 – MDX 0104863) relating to Aetna and iTriage.

<span style="color:red">REDACTED</span>

From the additional information you have now, we strongly urge HG to drop all its infringement contentions related to Aetna/iTriage. <span style="color:red">REDACTED</span>          It must be apparent to you that those profiles never had this

1

**EXHIBIT 5**

MDx data.  And the rest of the screenshots do not seem to have three or more of the claimed data.   Continuing with the indirect infringement claims against MDx in light of this information further violates Rule 11, and we oppose the proposed supplement relating to iTriage and Aetna at least on that basis.

If HG still refuses to drop these allegations, then please let us know if HG will consent to a supplemental submission for our Rule 11 motion.

We look forward to your response.

Best regards.

Scott


**Scott D. Stimpson**
Member of the Firm



website | bio | vCard | newsroom | email

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1550  |  f (212) 643-6500   map


NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

EXHIBIT 5