IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **MDx Medical, Inc.'s Partially Opposed Motion for Leave to Restrict Access to Documents – Document Nos. 611, 611-1, 611-2, 611-3 and 611-4** [docket no. 622, filed October 9, 2013] (the "Motion").

IT IS ORDERED that the plaintiff shall respond to the Motion on or before **October 30, 2013**. No reply will be accepted without leave of court.


DATED:   October 17, 2013