IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**HEALTH GRADES, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS OPPOSITION [Doc. #201] TO MDX'S SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT [Doc. #195]**

Plaintiff Health Grades, Inc. ("Health Grades") respectfully moves for leave to file the following four supplemental exhibits in support of its Opposition [Doc. #201] to MDx's Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement [Doc. #195], which Health Grades seeks to use at the hearing currently set for October 25, 2013. The supplemental exhibits, which are attached hereto, consist of one trial exhibit (Exhibit 9), and three sets of documents recently obtained by Health Grades (Exhibits 10, 11 and 12). Exhibit 10 consists of updated screenshots from the vitals.com website that are part of the supplemental production the parties have agreed to exchange by October 29, 2013. Exhibits 10 and 11 are the parties' recently served supplemental expert reports. The supplemental exhibits are all relevant to the issues to be addressed at the hearing set for October 25, 2013:

- Exhibit 9: Screenshots from vitals.com dated July 2012 from Plaintiff's Trial Exhibit 11.

- Exhibit 10: Screenshots from vitals.com dated July 2013.

- Exhibit 11: September 9, 2013 Supplemental Expert Report of Philip Greenspun, Health Grades' technical expert.

- Exhibit 12: October 9, 2013 Supplemental Rebuttal Report of Richard G. Cooper, MDx's technical expert.

## CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1A

Counsel for Health Grades conferred with counsel for MDx regarding this motion via email and telephone. MDx opposes the relief requested herein.

Dated: October 17, 2013

LEWIS ROCA ROTHGERBER LLP

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202
Tel: (303) 623-9000
Email: gkanan@lrrlaw.com
       kkosto@lrrlaw.com
       jvazquez@lrrlaw.com
*Attorneys for Plaintiff Health Grades, Inc.*

- 2 -

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2013 I electronically filed the foregoing **HEALTH GRADES, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS ITS OPPOSITION [Doc. #201] TO MDX'S SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT [Doc. #195]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
David Chunyi Lee
Vincent Ferraro
Sills Cummis & Gross P.C.-New York
30 Rockefeller Plaza
New York, NY 10112
Email: sstimpson@sillscummis.com
Email: vferraro@sillscummis.com
Email: dlee@sillscummis.com


Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: ridley@wtotrial.com

                                s/ Kris J. Kostolansky
                                Gregory B. Kanan, Esq.
                                Kris J. Kostolansky, Esq.
                                Jesús M. Vázquez, Jr., Esq.
                                Rothgerber Johnson & Lyons, LLP
                                1200 17th Street, Suite 3000
                                Denver, Colorado 80202-5855
                                Tel:     (303) 623-9000
                                Facsimile: (303) 623-9222
                                Email: gkanan@lrrlaw.com
                                                      kkostolansky@lrrlaw.com
                                                      jvazquez@lrrlaw.com
                                *Attorneys for Plaintiff Health Grades, Inc.*

2004445984_1