Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS RESPONSE
[Doc. #201] TO MDx's SECOND MOTION PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY
JUDGMENT OF NON-INFRINGEMENT [Doc. #195]**

---

# Exhibit 9

**Screenshots from vitals.com (dated July 2012)
from (Trial Exhibit 11)**



PLAINTIFF'S
EXHIBIT

011

1:11-cv-00520-RM-BNB

HGVSC000176







011-004

HGVSC000179







011-007

HGVSC000182




01-100
HGVSC000184





HGVSC000186









011-015

HGVSC000190







HGVSC000193