



011-020

HGVSC000195



01-02J

HGVSC000196



011-022

HGVSC000197







011-025

HGVSC000200



011-026

HGVSC000201





011-026

HGVSC000203



011-029

HGVSC000204









011-033

HGVSC000208



Find a Doctor | Compare and Find Doctors | Physician Search#specialist_id=107&field_specialty_i - Windows Internet Explorer pro

http://www.vitals.com/doctor/find?specialist_id=107&field_specialty_id=&location=&distance=10&x=39&y=14#specialist_id=107&field_specialty_id=&field_specialty_id_h=&disorder_id=&location=80265&dista ▼

Bing

File   Edit   View   Favorites   Tools   Help

Convert ▼   Select

Favorites      Find a Doctor | Compare and Find Doctors | Physi...

Travel distance

Practitioner, Preventive Medicine /
Wellness, General Practitioner

Profile    6    8.2 mi - Denver, CO
Addresses...

used for treating sudden breathing problems.
**IMPORTANT RISK INFORMATION**
What is the most important information I should
know about DALIRESP?
**DALIRESP can cause serious side effects.** Tell your
MEDICATION GUIDE ▶   PRESCRIBING INFORMATION ▶

4 star hospital

**Appointments**
Call for appointment

**Grace A Alfonsi, MD**
Family Practitioner, Geriatric
Specialist (elderly care)
7    1.4 mi - Denver, CO
Profile    Addresses...

★★★☆
Board certified
4 star medical school

**Appointments**
Call for appointment

**Bradley H Alger, MD**
Family Practitioner
8    1.2 mi - Denver, CO
Addresses...
Profile

★★★☆
Board certified
4 star hospital

**Appointments**
Call for appointment

1-8  ▶  of **500**                              Sort results by   Last Name ▼

011-034

2:30 PM
07/11/2012

HGVSC000209

