









011-040

HGVSC000215













011-046

HGVSC000221







Find a Doctor | Compare and Find Doctors | Physician Search#specialist_id=107&field_specialty_i - Windows Internet Explorer pro
http://www.vitals.com/doctor/find?specialist_id=107&field_specialty_id=&location=&distance=10&x=39&y=14#specialist_id=107&field_specialty_id=&field_specialty_id_h=&disorder_id=&location=80265&dista
Bing
File Edit View Favorites Tools Help
Convert Select
Favorites
Find a Doctor | Compare and Find Doctors | Physi...
ROLL OVER TO LEARN MORE
REPLAY
DALIRESP can cause serious side effects. Tell your healthcare provider right away if you have any of the
MEDICATION GUIDE PRESCRIBING INFORMATION
Home > Search > Family Practitionernear 80265 (modify your search)
1-8 of 12
Sort results by Relevance
Northglenn
Thornton
Westminster
Derby
Commerce City
Wheat Ridge
Denver
Glendale
Lakewood
Englewood
POWERED BY Google
Terms of Use
More map >>
Kerri M Charles, MD
Family Medicine
2.7 mi - Denver, CO
Addresses...
View doctor's profile
Patients' Choice Award
Rated 4 stars by patients
Board certified
Profile
Appointments
Call for appointment
Yvonne Lipson, MD, DO
Family Practitioner
6.3 mi - Denver, CO
Addresses...
Patients' Choice Award
Board certified
4 star hospital
Profile
Appointments
Call for appointment
Michelle M Draeb, MD
Narrow by...
Quality
Board certified
Sponsored Links
Family Practitioner
Jeanne Hall
Family Medicine
5066 S Wadsworth Blvd
Littleton, CO 80123-1254
Book Online
Appointments Available Now
Family Practitioner
Bruce Weber, DO
9141 Grant St Ste 140
Denver, CO
2:31 PM
07/11/2012

011-047

011-046

HGVSC000224





001-065

HGVSC000226



Vitals.com - Doctor Kerri M Charles, MD | Denver, CO - Windows Internet Explorer provided by Powered By zScaler

http://www.vitals.com/doctors/Dr_Kerri_Charles

File   Edit   View   Favorites   Tools   Help

Convert ▼ Select

Favorites   Vitals.com - Doctor Kerri M Charles, MD | Denver,...

## Awards & Distinctions

Special Standing?

**Compassionate Doctor Recognition, 2011** ✅

**Patients' Choice Award, 2011** ✅

Awards:
 Compassionate Doctor Recognition: *2010*
 Patients' Choice Award: *2010*

What's This ▲

## General Information

**Languages Available:**
Spanish

## Insurance Accepted

Acceptance of particular Insurance Plans may vary, based on different office locations. As a result, we've listed Plans accepted at different locations. Click on any company to see which specific plans are accepted by Dr. Charles.

**300 S Jackson St Ste 350 Denver, CO**
Cigna

**Colorado Mountain Medical 377 Sylvan Lake Rd # 210 Eagle, CO**
Rocky Mountain Health Plans
Cigna



## Insurance Accepted

Acceptance of particular Insurance Plans may vary, based on different office locations. As a result, we've listed Plans accepted at different locations. Click on any company to see which specific plans are accepted by Dr. Charles.

**300 S Jackson St Ste 350 Denver, CO**
Cigna

**Colorado Mountain Medical 377 Sylvan Lake Rd # 210 Eagle, CO**
Rocky Mountain Health Plans
Cigna

Need health insurance? It's more affordable than you think!
Click below for an INSTANT quote!

CHEAP Insurance    What's This ▲

Have more information on this doctor?
Email us at ImproveVitals@vitals.com or **review this doctor now**.

Are you a doctor? Click here to sign in to Vitals.

HGVSC000228