Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS RESPONSE
[Doc. #201] TO MDx's SECOND MOTION PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY
JUDGMENT OF NON-INFRINGEMENT [Doc. #195]**

---

# Exhibit 10

**Screenshots from vitals.com (dated July 2013)**













Rec021

www.vitals.com/search?utf8=✓&type=name&provider_type=1&q=rosengart&location=Houston%2C+Texas

**Gender**
- ○ Male (8)
- ○ Female (1)
- ● any gender

**Qualifications**
- ☐ Board Certified (5)
- ☐ Educated in U.S. (7)

**Years Experience**
no minimum ▾

**Other Languages**
- Select - ▾

**Ratings**
Education Score
◉◉◉◉◯

Affiliated Hospital Score
◆◆◆◆◯

**Awards**
- ☐ Castle Connolly Top Doctor (1)
- ☐ Patients' Choice (1)

---

**Robert H Rosengart, MD**   ★★★★★ (0)  💬 (0)

Diagnostic Radiology
Radiology Associates Of Macon
770 Pine St
Ste 290
Macon, GA 31201

🏥 3 star hospital

---

**Jeffrey L Rosengarten, MD**   ★★★★★ (1)  💬 (0)

Nuclear Medicine
Global Medical Imaging
1800 Hollister Dr
Ste G10
Libertyville, IL 60048

🏥 4 star hospital
🏥 Completed fellowship
🏥 4 star medical school

---

**Matthew R Rosengart, MD, MPH**   ★★★★★ (1)  💬 (0)

Surgery
University of Pittsburgh
200 Lothrop St
Ste F1281
Pittsburgh, PA 15213

🏥 Rated 4 stars by patients
🏥 4 star hospital
🏥 Board certified

---

**Christi L Rosengart, MD**   ★★★★★ (0)  💬 (0)

Pediatrics
Kaiser Permanente - Riverside
Medical Center
10800 Magnolia Ave
Riverside, CA 92505

🏥 4 star hospital
🏥 Board certified

---

**Ronald M Rosengart, MD**   ★★★★★ (1)  💬 (0)

Pediatrics
So. Calif. Permanente Med Gp.
4700 W Sunset Blvd
Los Angeles, CA 90027

🏥 Rated 4 stars by patients
🏥 4 star hospital
🏥 Short wait time

---

**Herbert H Rosengarten, MD**   ★★★★★ (5)  💬 (3)

Internal Medicine
Allentown Medical Assoc
163 Burlington Path Rd
Ste L
Cream Ridge, NJ 08514

🏥 Board certified

Let's discuss your Asthma symptoms...

---

**Edward Rosengarten, DO**   ★★★★★ (0)  💬 (0)

Family Medicine
Edward Rosengarten, MD
721 N Wood Ave
Linden, NJ 07036

43 years experience

---

**Axel J Rosengart, MD, PHD**   ★★★★★ (1)  💬 (0)

AdChoices ▷

**Be prepared**

Knowing how to prepare for a doctor visit in advance will help you reduce anxiety and improve the quality of your health care. Here are some quick tips on how to prepare for your next doctor's appointment.

**Prepared for your visit?**
View quick tips on how to prepare for your next doctor's appointment.

➤ Learn More

📖 See our patient guides



**Christi L Rosengart, MD** ★★★★★ (0) 💬 (0)

Pediatrics
Kaiser Permanente - Riverside
Medical Center
10800 Magnolia Ave
Riverside, CA 92505

15 years experience
🔖 4 star hospital
🔖 Board certified

**Ronald M Rosengart, MD** ★★★★★ (1) 💬 (0)

Pediatrics
So. Calif. Permanente Med Gp.
4700 W Sunset Blvd
Los Angeles, CA 90027

40 years experience
🔖 Rated 4 stars by patients
🔖 4 star hospital
🔖 Short wait time

**Herbert H Rosengarten, MD** ★★★★★ (5) 💬 (3)

Internal Medicine
Allentown Medical Assoc
163 Burlington Path Rd
Ste L
Cream Ridge, NJ 08514

29 years experience
🔖 Board certified

Let's discuss your Asthma symptoms...

**Edward Rosengarten, DO** ★★★★★ (0) 💬 (0)

Family Medicine
Edward Rosengarten, MD
721 N Wood Ave
Linden, NJ 07036

43 years experience

**Axel J Rosengart, MD, PHD** ★★★★★ (1) 💬 (0)

Neurology
NewYork-Presbyterian / Weill
Cornell
525 E 68th St
# F-610
New York, NY 10065

22 years experience
🔖 4 star hospital
🔖 Board certified
🔖 Completed fellowship

Find Doctors By:    Specialty    |    Name    |    Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit

Patient Education          Services                About Vitals              Follow Us

Patient Education Guides    Partner with us         About Vitals
                           Advertise with us       For doctors
                                                   Contact us
                           Blog
                           Spotlight               Privacy policy

See any incorrect
or missing data?

Please, let us know.

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of,







Gene Therapy

Show all expertise...

## Languages

Spanish

Chinese

### Need health insurance?
It's more affordable than you think! Click below for an instant quote

> Get an instant quote

## Background

### Biography

- This physician is a full-time faculty member at Stony Brook, where she/he treats patients and is involved with medical education and leading-edge research.

### Clinical Interests

Aneurysm of Aorta, Cardiac Diseases, Cardiac Surgery, Cardiothoracic, Heart Attack, Heart Defects, Heart Failure(CHF), Heart Valve Diseases, Myocardial Infarction, Thoracic, Biologic Bypass, Bypass Surgery, Heart Bypass (CABG), Coronary Artery Bypass CABG, Minimally Invasive Surgery, Valvular Heart Disease, Thoracoscopic Hybrid Bypass, Sternotomies, Heart

### Research Interests

-Gene Therapy
-Stem Cell Transplantation
-Bloodless Surgery
-minimally invasive surgery
-valve repair

### Learn more about Dr. Rosengart:

View the full profile to get information on:

- Offices (1)
- Education (3)
- Awards (9)
- Appointments (5)
- Affiliations (1)
- Publications (84)

**Are you Dr. Todd Rosengart?**
Take control of your Vitals. > Create an Account > Sign In

Next: Patient Reviews ▶

## Recommended Videos



Beginner's Guide to Exercise

Are You Obese?

Health Risks of Obesity

Obesity & Medications

Risks of Obesity

Profile for Dr. Todd K. Ros

www.vitals.com/doctors/Dr_Todd_Rosengart/profile

**Bypass**
mini-Gastric-Bypas...
Better than Gastric band side effects! No surgery - Fast - Powerful

**Spinal Stenosis Treatment**
InquireHow.com
Spinal Stenosis Treatment Revealed. Medical Doctors Tell All Here!

4
Like

12
Tweet

2

+1

Email

SPECIAL EXPERTISE

Cardiac Surgical Procedures

Cardiomyoplasty

Cardiopulmonary Bypass CPB

Colon Cancer

Coronary Artery Angioplasty & Stent

Coronary Artery Bypass Heart Bypass

Coronary Artery Disease CAD

Coronary Disease

Gene Therapy

Show all expertise...

## Languages

Spanish

Chinese

## Background

### Biography

- This physician is a full-time faculty member at Stony Brook, where she/he treats patients and is involved with medical education and leading-edge research.

### Clinical Interests

Aneurysm of Aorta, Cardiac Diseases, Cardiac Surgery, Cardiothoracic, Heart Attack, Heart Defects, Heart Failure(CHF), Heart Valve Diseases, Myocardial Infarction, Thoracic, Biologic Bypass, Bypass Surgery, Heart Bypass (CABG), Coronary Artery Bypass CABG, Minimally Invasive Surgery, Valvular Heart Disease, Thoracoscopic Hybrid Bypass, Sternotomies, Heart

### Research Interests

-Gene Therapy
-Stem Cell Transplantation
-Bloodless Surgery
-minimally invasive surgery
-valve repair

### Learn more about Dr. Rosengart:

View the full profile to get information on:

- Offices (1)
- Education (3)
- Awards (9)
- Appointments (5)
- Affiliations (1)
- Publications (84)

Are you Dr. Todd Rosengart?
Take control of your Vitals. › Create an Account › Sign In

Subscribe to the Vitals Newsletter

Get the latest Health News, Updates, and More

Enter your e-mail address here...

☐ I have read and agree to the Terms of Use and Privacy Policy.

SIGN UP

Need health insurance?
It's more affordable than you think! Click below for an instant quote
› Get an instant quote

Next: Patient Reviews









Credentials for Dr. Todd R

www.vitals.com/doctors/Dr_Todd_Rosengart/credentials

AdChoices ▷

**Top Plastic Surgeons**
www.1800mySurg...
Find Board-Certified Plastic and Cosmetic Plastic Surgeons

**Opioid Dependence Doctors**
TurnToHelp.com
Find a doctor who can prescribe a private, in-office treatment.

**Liposuction vs Tummy Tuck**
newhomeliposuctio...
Compare liposuction vs tummy tuck New liposuction without surgery.

**Gastric Sleeve Surgery**
www.WeightLossA...
Our Surgeon Did 1000's Of Sleeves One Low Price: $4749 All Inclusive!

**Urinary Problem Solutions**
symptomfind.com/...
See Urinary Problems Symptoms, Treatments, Prevention & More Here.

## Education

| MEDICAL SCHOOL | SCORE | RANKINGS |
|---|---|---|
| Northwestern University (1983) * | ⭐⭐⭐ | TOP 50% |

### RESIDENCY

New York University School of Medicine (1989) *
Surgery

### FELLOWSHIP

Cornell University School of Medicine (1991) *
Thoracic Surgery (Cardiothoracic Vascular Surgery)

\* This information was reported to Vitals by the doctor or doctor's office.

## Awards & Distinctions

### AWARDS

One of America's Leading Experts on:
Cardiac Surgical Procedures
Coronary Artery Bypass
Gene Therapy
Myocardial Ischemia

Castle Connolly America's Top Doctors® (2004 - 2012)

Castle Connolly Top Doctors: New York Metro Area™ (2008 - 2013)

Patients' Choice 5th Anniversary Award (2012)

Patients' Choice Award (2008 - 2012)

Compassionate Doctor Recognition (2010, 2012)

### APPOINTMENTS

Northwestern University (1999 - 2005)

Cornell University Medical College, Ny, Ny (1989 - 1999)

Stony Brook University

Weill Medical College Of Cornell University Formerly Cornell Univ Med Coll, Ny (1989 - Present)

Baylor College of Medicine (2012 - Present)
Michael E. DeBakey Department of Surgery

### ASSOCIATIONS

American Association For Thoracic Surgery

American College Of Chest Physicians

Alpha Omega Alpha Honor Society

American College Of Cardiology

American College Of Surgeons

American Federation For Clinical Research - Inactive

American Heart Association - Council On Cardiothoracic Surgery And Anesthesia

American Society Of Gene Therapy

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.



1 Tip for a tiny belly:
Cut down a bit of your belly everyday by following this 1 weird old tip.
Tip

**Subscribe to the Vitals Newsletter**
Get the latest Health News, Updates, and More

Enter your e-mail address here...

☐ I have read and agree to the Terms of Use and Privacy Policy.

SIGN UP

**Need health insurance?**
It's more affordable than you think! Click below for an instant quote
▸ Get an instant quote

| EXCERPT | Read excerpt |
| --- | --- |
| TITLE | Absence of Cognitive Decline One Year After Coronary Bypass Surgery: Comparison to Nonsurgical and Healthy Controls. |
| DATE | May 2008 |
| JOURNAL | *The Annals of Thoracic Surgery* |
| EXCERPT | Read excerpt |
| TITLE | Percutaneous and Minimally Invasive Valve Procedures: a Scientific Statement from the American Heart Association Council on Cardiovascular Surgery and Anesthesia, Council on Clinical Cardiology, Functional Genomics and Translational Biology Interdisciplinary Working Group, and Quality of Care and Outcomes Research Interdisciplinary Working Group. |
| DATE | April 2008 |
| JOURNAL | *Circulation* |
| EXCERPT | Read excerpt |
| TITLE | Invited Commentary. |
| DATE | January 2008 |
| JOURNAL | *The Annals of Thoracic Surgery* |
| TITLE | Angiogenic Pretreatment to Enhance Myocardial Function After Cellular Cardiomyoplasty with Skeletal Myoblasts. |
| DATE | February 2007 |
| JOURNAL | *The Journal of Thoracic and Cardiovascular Surgery* |
| EXCERPT | Read excerpt |

Show more publications...

Next: Locations & Availability

ADVERTISEMENT

**Put an end to acid reflux**
ⓒ www.GerdHelp.com
TIF: a no-cut alternative to treat GERD. See if you're covered for it.

AdChoices ▷

Find Doctors By:   Specialty   |   Name   |   Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

| Patient Education | Services | About Vitals | Follow Us |
| --- | --- | --- | --- |
| Patient Education Guides | Partner with us | About Vitals | |
| | Advertise with us | For doctors | See any incorrect or missing data? |
| | | Contact us | Please, let us know. |
| | Blog | Privacy policy | |
| | Spotlight | | |

Copyright © 2006 - 2013 Vitals.com & MDX Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use: (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

Credentials for Dr. Todd R...

www.vitals.com/doctors/Dr_Todd_Rosengart/credentials

**Liposuction vs Tummy Tuck**
newhomeliposuctio...
Compare liposuction vs tummy tuck New liposuction without surgery.

**Gastric Sleeve Surgery**
www.WeightLossA...
Our Surgeon Did 1000's Of Sleeves One Low Price: $4749 All Inclusive!

**Urinary Problem Solutions**
symptomfind.com/...
See Urinary Problems Symptoms, Treatments, Prevention & More Here.

* This information was reported to Vitals by the doctor or doctor's office.

## Awards & Distinctions ⊙

### AWARDS

📖 **One of America's Leading Experts on:**
Cardiac Surgical Procedures
Coronary Artery Bypass
Gene Therapy
Myocardial Ischemia

📖 **Castle Connolly America's Top Doctors®** (2004 - 2012)

📖 **Castle Connolly Top Doctors: New York Metro Area™** (2008 - 2013)

📖 **Patients' Choice 5th Anniversary Award** (2012)

📖 **Patients' Choice Award** (2008 - 2012)

📖 **Compassionate Doctor Recognition** (2010, 2012)

### APPOINTMENTS

Northwestern University (1999 - 2005)

Cornell University Medical College, Ny, Ny (1989 - 1999)

Stony Brook University

Weill Medical College Of Cornell University Formerly Cornell Univ Med Coll, Ny (1989 - Present)

Baylor College of Medicine (2012 - Present)
Michael E. DeBakey Department of Surgery

### ASSOCIATIONS

American Association For Thoracic Surgery

American College Of Chest Physicians

Alpha Omega Alpha Honor Society

American College Of Cardiology

American College Of Surgeons

American Federation For Clinical Research - Inactive

American Heart Association - Council On Cardiothoracic Surgery And Anesthesia

American Society Of Gene Therapy

Andrew Morrow Society Of Cardiac Surgeons

Show all associations...

## Affiliations ⊙

Dr. Rosengart is affiliated with **1 hospitals**.

### HOSPITAL AFFILIATIONS

Baylor University Medical Center

## Publications & Research

everyday by following this 1 weird old tip.
▶ Tip

**Subscribe to the Vitals Newsletter**
Get the latest Health News, Updates, and More

Enter your e-mail address here...

☐ I have read and agree to the Terms of Use and Privacy Policy.

SIGN UP

**Need health insurance?**
It's more affordable than you think! Click below for an instant quote
› Get an instant quote














