Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS OPPOSITION [Doc. #201] TO MDX'S SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT [Doc. #195]**

**Exhibit 11**

**Supplemental Expert Report of Philip Greenspun
September 9, 2013**

**[FILED UNDER SEAL]**