**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S NOTICE OF WITHDRAWAL OF MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT [DKT. NO. 367/368]**

---

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, hereby notifies the Court that it withdraws its Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of Non-infringement [Dkt. No. 367/368] (the "Motion"), filed on November 2, 2012.

    MDx is withdrawing the Motion in view of recent discovery supplements, and MDx has discussed same with counsel for Plaintiff Health Grades, Inc. The parties intend to proceed with the hearing scheduled for Friday, October 25, 2013, with regard to MDx's Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-infringement [Dkt. No. 195], which is still pending.

1

2

Dated:  October 17, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　<u>s:/Scott D. Stimpson</u>
　　　　　　　　　　　　　　　　　　　　　　　Scott D. Stimpson
　　　　　　　　　　　　　　　　　　　　　　　David C. Lee
　　　　　　　　　　　　　　　　　　　　　　　Sills Cummis & Gross P.C.
　　　　　　　　　　　　　　　　　　　　　　　30 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10112
　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 643-7000
　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 643-6500
　　　　　　　　　　　　　　　　　　　　　　　E-mail:sstimpson@sillscummis.com
　　　　　　　　　　　　　　　　　　　　　　　E-mail:dlee@sillscummis.com

　　　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　　　　Terence Ridley, Atty. No. 15212
　　　　　　　　　　　　　　　　　　　　　　　Wheeler Trigg O'Donnell LLP
　　　　　　　　　　　　　　　　　　　　　　　370 Seventeenth Street, Suite 4500
　　　　　　　　　　　　　　　　　　　　　　　Denver, Colorado 80202
　　　　　　　　　　　　　　　　　　　　　　　Tel:  (303) 244-1800
　　　　　　　　　　　　　　　　　　　　　　　Fax:   (303) 244-1879
　　　　　　　　　　　　　　　　　　　　　　　E-mail: ridley@wtotrial.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S NOTICE OF WITHDRAWAL OF MDX MEDICAL, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT [DKT. NO. 367/368]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- Gregory B. Kanan
  gkanan@lrrlaw.com

- Kris John Kostolansky
  kkosto@lrrlaw.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com, vferraro@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

          *s:/Vincent M. Ferraro*

3