# Exhibit B

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

**EXHIBIT A - Claim Chart**
**U.S. Patent No. 7,752,060 To MDx's Current Website**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| 1. A computer-implemented method of providing healthcare provider information to potential patients, said method comprising: | | MDx Medical, Inc. ("MDx") directly infringes this claim by practicing a computer-implemented method of providing healthcare provider information to potential patients via its on-line information system, which includes its website (www.vitals.com), its healthcare provider database, and the software and hardware, that are associated therewith.<br><br>MDx provides potential patients with access to MDx's database of information relating to healthcare providers, such as doctors, through its www.vitals.com website.<br><br>Various screenshots taken from http://www.vitals.com/[1] are provided in this claim chart to illustrate the various features of the vitals.com website and how these features correspond to the features of claims 1, 4-9, 11, 14-16.  For instance, Screenshot No. 1 (reproduced below and, in larger form, in Exhibit C) illustrates the homepage of the MDx website where a potential patient begins accessing MDx's information related to specific doctors.<br><br>Screenshot No. 1 |

---

[1] Screenshots taken between 6/1/11 and 2/24/2012.

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | With regard to the example shown above with respect to the request for information regarding the first healthcare provider as construed by the Court, the following screenshot shows a portion (e.g. a first page) of a healthcare provider report for the first healthcare provider discussed above, Dr. James Smith, in New York, NY.  This report uses at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in green; and (3) information verified by an independent third party circled in purple. The report also includes comparison ratings, circled in orange, about Dr. James Smith, and other healthcare providers as required by the Court's Markman Order, circled in blue . |

EXHIBIT 2

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | Additional portions (e.g. pages) of Dr. Smith's report include additional (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in green; and (3) information verified by an independent third party circled in purple: |

EXHIBIT 2

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | one particular physician.<br><br>To the extent that the Court's Markman Order additionally requires that the comparison ratings of the first healthcare provider be within the same report as the comparison ratings of the other healthcare providers, MDx infringes under the doctrine of equivalents because it displays at least the first page of multiple healthcare provider reports, each about a single particular healthcare provider (reports are shown by green boxes), and each including comparison ratings of that particular healthcare provider (comparison ratings shown by orange boxes), on the same viewable page, side-by-side, as shown below: |

EXHIBIT 2

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure
'060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Current On-line Information System |
|---|---|---|
| | | And as another example (reports are shown in red squares, comparison ratings of the first healthcare provider are shown in the orange square): |