Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

---

Exhibit A

**Defendant MDx Medical, Inc.'s Second Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories**

**[FILED UNDER SEAL]**

2004446131_1