Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR SANCTIONS
FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY
WITH COURT-ORDERED DISCOVERY**

---

**Exhibit B**

**October 15, 2013 E-mail from Kris Kostolansky to
Dickey, Ferraro, Lee and Stimpson
regarding "Motion for Leave to Supplement"**

| | |
|---|---|
| **From:** | Kostolansky, Kris J. |
| **Sent:** | Tuesday, October 15, 2013 8:25 PM |
| **To:** | Dickey; Ferraro; Lee; Stimpson |
| **Cc:** | Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com); Vazquez, Jesus |
| **Subject:** | Motion for Leave to Supplement |
| **Attachments:** | Supplemental Exhibits for Doc. #405; Supp. Exhibits for Doc. No. 201 |

Scott,  We plan to file a motion with the Court tomorrow for leave to supplement the record with the attached documents, which are referenced below.  All the documents are either trial exhibits, documents referenced in depositions or documents recently obtained.  Any objection on your end?  Please let me know by 2:00 p.m. tomorrow your time.  Thanks.

Supp. Exhibits for Doc. #405:

- Exhibit 9: September 13, 2013 E-mail from David Lee to Jesús M. Vazquez attaching SQL Query Responses from MDx's physician database (MDX 01014897-0104935);

- Exhibit 10: October 15, 2013 Declaration of Philip Greenspun in Support of Health Grades, Inc.'s Opposition [Doc. # 405] to MDx Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of Non-Infringement [Doc. #368] and attached spreadsheet;

- Exhibit 11: Vitals.com Screenshots of physician portal from August 2011 presentation entitled: "Vitals' Approach to Gathering, Cleansing, Matching and Integrating Third Party Data" (Trial Exhibit 67) (selected portions);

- Exhibit 12: Declaration of Philip Greenspun Regarding Physician Portal Screenshots and attached Vitals.com Screenshots of physician portal from December 2011 (Dr. Silvers);

- Exhibit 13: Declaration of Kirstin Stoll-DeBell Regarding Physician Portal Screenshots and Vitals.com Screenshots of physician portal from October 2013 (Dr. Mattia);

- Exhibit 14: Vitals.com Screenshots of Dr. Jack Shephard's Profile (October 2013);

- Exhibit 15: Vitals.com Screenshots of Dr. Steven Schwarz's Profile (October 2013);

- Exhibit 16: Vitals.com Screenshots of Dr. Marina Gafanovich's Profile (October 2013);

- Exhibit 17: September 9, 2013 Supplemental Expert Report of Philip Greenspun;

- Exhibit 18: October 9, 2013 Supplemental Rebuttal Report of Richard G. Cooper, D.Sc.;

• Exhibit 19: October 14, 2013 E-mail from Kris Kostolansky to David Lee (for MDx) regarding "Conferral re Motion to Compel";

Supp. Exhibits for Doc. No. 201

• Exhibit 9: Screenshots from vitals.com (dated July 2012) from (Trial Exhibit 11);

• Exhibit 10: Screenshots from vitals.com (dated July 2013);

• Exhibit 11: Screenshots from vitals.com (pre-dating January 2011) from (Trial Exhibit 6);

• Exhibit 12: Screenshots from healthgrades.com (dated August 2011) from (Trial Exhibit 281);



Kris J. Kostolansky, Partner
Lewis Roca Rothgerber LLP |
1200 17th St Suite 3000 | Denver, CO 80202-5855
(T) 303.628.9515 | (F) 303.623.9222
kkosto@lrrlaw.com | www.LRRLaw.com

 **Rothgerber Johnson & Lyons LLP is now Lewis Roca Rothgerber LLP.**