Civil Action No. 11-CV-00520-PAB-BNB

# HEALTH GRADES, INC.'S MOTION FOR SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY

Exhibit E

2004446131_1

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS OPPOSITION [Doc. #405] TO MDX MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT [Doc. #368]**

---

# Exhibit 15

**Vitals.com Screenshots of Dr. Steven Schwarz's Profile
(October 2013)**







**SPECIAL EXPERTISE**

Acid Reflux Disease Gastroesophageal Reflux GERD

Endoscopy Endoscopic Surgery

Endoscopy-Pediatric

Nutrition Disorders

## Languages

Arabic

Chinese

French

Spanish

## Background

### Personal Statement

Steven M. Schwarz, M.D., F.A.A.P., F.A.C.N., a graduate of Yale College, served on the faculty of the Childrens Hospital of Philadelphia, University of Pennsylvania School of Medicine from 1980-1984, and at New York Medical College from 1984-1985, where he was the recipient of the Charles H. Revson Foundation Career Scientist Award, and subsequently served both as Chief of the Division of Pediatric Gastroenterology and Nutrition and as Director of the Graduate Program in Nutrition. In 1995, he was named Distinguished Lecturer in the Graduate School of Health Sciences at New York Medical College. In 1998, Dr. Schwarz was listed in both New York Magazine's "Best Doctors in New York" issue and in the Castle Connolly NYC Metro Guide "How to Find the Best Doctors." In addition to his memberships in the Academy, the American Gastroenterological Association and the North American Society for Pediatric Gastroenterology and Nutrition, Dr. Schwarz is a senior member of The Society for Pediatric Research, a Fellow of the American College of Nutrition, and serves on the Scientific Advisory Board of the Pediatric Crohns and Colitis Association. He has published more than 90 original papers, abstracts and book chapters on a wide array of both basic research and clinical topics in pediatric gastroenterology and nutrition.

### Clinical Interests

Liver resection surgery-Pediatric Minimally Invasive Pediatric Surg. Pediatric Gastroenterology Pediatric GI Endoscopy Pediatric Hernia Pediatric Laparoscopic Surgery Pediatric Laparoscopy Pediatric Short Bowel Syndrome Pediatric Surgery

### Research Interests

Pediatric Gastroenterology & Nutrition

### Learn more about Dr. Schwarz:

View the full profile to get information on:

- Offices (8)
- Accepted insurance plans (320)
- Education (1)
- Awards (2)
- Appointments (2)
- Affiliations (19)
- Publications (44)

Next: Patient Reviews

NY 10028

Why this ad?

**Top Guides**    See all

Severe Asthma    Stroke
Breast Cancer    Skin Cancer
High Cholesterol    Obesity

ADVERTISEMENT

GREATNESS AWAITS
11.15.13
FIND OUT MORE
PS4























Tweet

0

+1

Email

## Recommended Videos

    

Understanding GERD | Treating GERD | Understanding Esophageal Cancer | Treating Heartburn | Diagnosing Digestive Issues

Find Doctors By: Specialty | Name | Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog |
Privacy Policy | Terms Of Use

Is something missing or incorrect?
Help Us Improve

Get the Vitals Newsletter

SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

Webpage Screenshot, Tue Oct 15 2013 16:08:49 GMT-0600 (Mountain Daylight Time)

## Steven M Schwarz, MD

Is this you? Claim profile

**General Practitioner, Gastroenterologist (digestive), Pediatrician, Pediatric Specialist**
35 years of experience
Video profile
✔ Accepting new patients

**Specialists Peds at Lich**
97 Amity St
Brooklyn, NY 11201
718-780-1025
Locations and availability (8)

Write a Review

Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance | Discuss Obesity

ADVERTISEMENT

## Education

| MEDICAL SCHOOL | SCORE | RANKINGS |
|---|---|---|
| Columbia University (1974) | | TOP 25% |

## Awards & Distinctions

**AWARDS**

- Castle Connolly America's Top Doctors® (2002 - 2012)
- Castle Connolly Top Doctors: New York Metro Area™ (2002 - 2007, 2009 - 2013)

**APPOINTMENTS**

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

ADVERTISEMENT

Long Island College Hospital
Chairman Department of Pediatrics and Chief of Pediatric Gastroenterology

Suny Downstate Medical Center (1995 - Present)

## Affiliations

Dr. Schwarz is affiliated with **19 hospitals**.

| HOSPITAL AFFILIATIONS | SCORE | RANKINGS |
|---|---|---|
| **Hospital of the University of PA**<br>3400 Spruce St, Philadelphia, PA 19104 | ++++ | TOP 25% |
| **Northern Westchester Hospital**<br>380 E Main St, Mount Kisco, NY 10549 | +++ | TOP 50% |
| **Westchester Medical Center**<br>95 Grasslands Rd, Valhalla, NY 10595 | +++ | TOP 50% |
| **University Hospital of Brooklyn at Long Island Hospital**<br>340 Henry St, Brooklyn, NY 11201 | +++ | TOP 50% |
| **Beth Israel Medical Center Petrie Division**<br>1755 1st Ave, New York, NY 10128 | +++ | TOP 50% |
| **Kings County Hospital Center**<br>451 Clarkson Ave, Brooklyn, NY 11203 | ++ | |
| **Brooklyn University Hospital**<br>445 Lenox Rd, Brooklyn, NY 11203 | ++ | |
| **St. Luke's Roosevelt Hospital/St. Luke's Hospital Division**<br>1111 Amsterdam Ave, New York, NY 10025 | + | |
| **Beth Israel Medical Center - Kings Highway Division**<br>3201 Kings Hwy, Brooklyn, NY 11234 | + | |

SUNY Downstate Medical Center - University Hospital of Brooklyn
450 Clarkson Ave, Brooklyn, NY 11203

Beth Israel Medical Center
10 Union Sq E, New York, NY 10003

Univ Hosp of Brooklyn-SUNY Ctr

Slrhc

Beth Israel Medical Center - Herbert & Neil Singer Division
170 E End Ave, New York, NY 10128

New York Medical College

Bimc



**Citymd Urgent Care Upper East Side**
336 E 86th St
NY 10028

Why this ad?



**Top Guides** — See all

Severe Asthma — Stroke
Breast Cancer — Skin Cancer
High Cholesterol — Obesity

ADVERTISEMENT



**MammoSite?**
www.coloradotomotherapy.com
Painless & Non-Invasive
TomoTherapy- Precise - 5 days

Children's Hospital of Philadelphia

University Hospital of Brooklyn

Suny Downstate Mc at Lich

## Publications & Research

Dr. Schwarz has contributed to **44** publications.

| | |
|---|---|
| TITLE | Oropharyngeal and Proximal Esophageal Involvement During Adalimumab Treatment of Crohn Disease. |
| DATE | May 2010 |
| JOURNAL | *Journal of Pediatric Gastroenterology and Nutrition* |
| TITLE | Methods of Sedation in Pediatric Endoscopy: a Survey of Naspghan Members. |
| DATE | January 2008 |
| JOURNAL | *Journal of Pediatric Gastroenterology and Nutrition* |
| EXCERPT | Read excerpt |
| TITLE | Sedation and Anesthesia in Pediatric Endoscopy: One Size Does Not Fit All. |
| DATE | March 2007 |
| JOURNAL | *Journal of Pediatric Gastroenterology and Nutrition* |
| TITLE | Gastrointestinal Complaints. |
| DATE | June 2006 |
| JOURNAL | *Pediatric Annals* |
| TITLE | Gastroesophageal Reflux in Infancy and Childhood. |
| DATE | June 2006 |
| JOURNAL | *Pediatric Annals* |
| EXCERPT | Read excerpt |

Show more publications...

Next: Locations & Availability

## Recommended Videos













**Understanding GERD** | **Treating GERD** | **Understanding Esophageal Cancer** | **Treating Heartburn** | **Diagnosing Digestive Issues**



ADVERTISEMENT
So we brought them back for a limited time. Yoplait

## Similar doctors nearby


**Dr. Helen Wong**
Pediatrics
33 years experience
Flushing, NY


**Dr. Lisa Wilks**
Pediatrics
6 years experience
North Bellmore, NY


**Dr. Ilana Lustig**
Obstetrics & Gynecology
32 years experience
New York, NY


**Dr. Marion George**
Internal Medicine
17 years experience
Pompton Plains, NJ


**Dr. Allen Weiss**
Allergy & Immunology
24 years experience
Brooklyn, NY


**Dr. Michael Polisin**
Pediatrics
24 years experience
Summit, NJ

Search All Similar Doctors 

**Find Doctors By:** Specialty | Name | Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog | Privacy Policy | Terms Of Use

**Get the Vitals Newsletter**

Enter your e-mail address   [SIGN UP]

Sign up for the latest Health News, Updates, and More

Follow Us 

Is something missing or incorrect?

Help Us Improve

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

http://www.vitals.com/doctors/Dr_Steven_M_Schwarz/credentials, Tue Oct 15 2013 16:08:49 GMT-0600 (Mountain Daylight Time)





718-780-1821
Get directions

**8 Kings County Hospital Center**
451 Clarkson Ave
Brooklyn, NY 11203
718-245-3325
Get directions

Next: Accepted Insurance

### Recommended Videos

- Understanding GERD
- Treating GERD
- Understanding Esophageal Cancer
- Treating Heartburn
- Diagnosing Digestive Issues

### Similar doctors nearby

**Dr. Margaret Murray**
Pediatrics
17 years experience
Bronx, NY

**Dr. Ana Dellorusso**
Pediatrics
21 years experience
Floral Park, NY

**Dr. Santosh Parab**
Pediatrics
16 years experience
Staten Island, NY

**Dr. Theodore Avruskin**
Pediatrics
49 years experience
Brooklyn, NY

**Dr. Robert Tozzi**
Pediatrics
26 years experience
Hackensack, NJ

**Dr. Gregory Menken**
Pediatrics
27 years experience
Paterson, NJ

Search All Similar Doctors

---

Find Doctors By: Specialty | Name | Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog |
Privacy Policy | Terms Of Use

**Is something missing or incorrect?**
Help Us Improve

Get the Vitals Newsletter
Enter your e-mail address   SIGN UP
Sign up for the latest Health News, Updates, and More

Follow Us

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.






Brooklyn, NY

Floral Park, NY

Roseland, NJ

Search All Similar Doctors

Find Doctors By:  Specialty  |  Name  |  Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog | Privacy Policy | Terms Of Use

**Is something missing or incorrect?**

Help Us Improve

Get the Vitals Newsletter

Enter your e-mail address    SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

http://www.vitals.com/doctors/Dr_Steven_M_Schwarz/insurance, Tue Oct 15 2013 16:11:22 GMT-0600 (Mountain Daylight Time)



