Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

---

**Exhibit F**

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS OPPOSITION [Doc. #405] TO MDX MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT [Doc. #368]**

---

# Exhibit 16

## Vitals.com Screenshots of Dr. Marina Gafanovich's Profile (October 2013)

Webpage Screenshot, Tue Oct 15 2013 15:33:33 GMT-0600 (Mountain Daylight Time)

vitals

By: Name, Specialty or Condition

DOCTORS | Type a name | Houston, Texas | SEARCH

Only show doctors accepting my insurance

Urgent Care New | Patient Education | Write a Review | Sign Up | Sign In

Doctor Discussion Guides: Severe Asthma | Stroke | Breast Cancer | Skin Cancer | High Cholesterol | See More

ADVERTISEMENT

Dr. Marina Gafanovich, M.D. Internal Medicine Doctor 1550 York Avenue, New York NY 10028 + Same-day appointments Get Started! 70 reviews Ranked 4 out of 4 stars on vitals

Home > General Practitioners > NY > New York > Dr. Marina Gafanovich > Summary

## Marina Gafanovich, MD

TOP 10 DOCTOR Is this you? Claim profile

Book appointment (646) 583-3959

Internist, General Practitioner
7 years of experience
Video profile
Doctor's site
Accepting new patients

Write a Review

1550 York Ave
New York, NY 10028
(646) 583-3959
Locations and availability (2)

Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance | Discuss Obesity

ADVERTISEMENT

Click the tabs to find out how it works 2 ways and may help you lose weight.

Qsymia (phentermine and topiramate extended-release) capsules

Get the facts

effective birth control (contraception) consistently while taking Qsymia. Talk to your healthcare provider about how to prevent pregnancy. If you become pregnant while taking Qsymia, stop taking Qsymia immediately, and tell your healthcare provider right away. Healthcare providers and patients should report all cases of pregnancy to FDA MedWatch at 1-800-FDA-1088, and the Qsymia Pregnancy Surveillance Program at 1-888-998-4887.

## Patient Reviews

4.0 (146) Read patient reviews

PATIENT COMMENTS (104)

**High Cholesterol Education**
Find out about getting screened and lowering your cholesterol.
Learn More

## Specialties

| SPECIALTY | CERTIFICATION |
|---|---|
| General Practice * | |
| Internal Medicine | Board certified |

Vitals receives quarterly updates on board certification from ABMS®

* This information was reported to Vitals by the doctor or doctor's office.

| SPECIAL EXPERTISE |
|---|
| Abdominal Aortic Aneurysm |
| Abdominal Pain |
| Acid reflux heartburn |
| Acquired hypothyroidism |
| Acute Illness |
| Acute Sinusitis |
| Acute pharyngitis |
| Acute rhinitis |
| Acute upper respiratory infection |

Show all expertise...

## Languages

Russian
Spanish

## Background

Personal Statement

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

ADVERTISEMENT

For people with atrial fibrillation (AFib), an irregular heartbeat, not caused by a heart valve problem.

Please read below for Important Safety Information.

Important Safety Information & Indication (please scroll)

**Do not stop taking ELIQUIS®(apixaban) without talking to the doctor who prescribed it for you. Stopping ELIQUIS increases your risk of having a stroke.** ELIQUIS may need to be stopped prior to surgery or a medical or dental procedure. Your doctor will tell you when you should stop taking ELIQUIS and when you may start taking it again. If you have to stop taking ELIQUIS, your doctor may prescribe another medicine to help prevent a blood clot from forming.

**ELIQUIS can cause bleeding,** which can be serious, and rarely may lead to death. This is because ELIQUIS is a blood thinner medicine that reduces blood clotting.

Prescribing Information and Medication Guide

Top Guides See all

Severe Asthma | Stroke
Breast Cancer | Skin Cancer
High Cholesterol | Obesity

This medical practice opened its doors in 1961. It was founded on the premise that a doctor can and should treat the patient rather than the disease. This humanistic approach was originally championed by Dr. Eric Cassell, who established this practice and was well known in New York City for 40 years of providing superb medical care. Dr. Kenneth Scileppi, his successor, continued the same standard of medical care for another 20 years. This personal and dedicated practice was then entrusted to Dr. Marina Gafanovich, who was chosen for her intelligence, first-rate Internal Medicine skills, and compassion toward her patients.

ADVERTISEMENT

### Clinical Interests

Annual Exams Coughing Family Medicine Internal Medicine Physicals Pre-Operative Evaluation Preventive Medicine Primary Care Sore Throat Wellness Exams

### Learn more about Dr. Gafanovich:

View the full profile to get information on:

- Offices (2)
- Accepted insurance plans (72)
- Education (2)
- Awards (3)
- Affiliations (7)

Next: Patient Reviews

## Recommended Videos

What's That Pain in My Chest

Understanding Heartburn

Pneumonia: Signs and Complications

What is Pneumonia?

Sidestep the Office Bug

ADVERTISEMENT

## Similar doctors nearby

Dr. Richard Russell
Ophthalmology
23 years experience
Far Rockaway, NY

Dr. Eva Napiorkowski
General Practice
40 years experience
Edison, NJ

Dr. Julia Arnsten
General Practice
19 years experience
Bronx, NY

Dr. William Goldwasser
Family Medicine
31 years experience
Syosset, NY

Dr. Mona Bashar
General Practice
14 years experience
New York, NY

Dr. Sitamahalakshmi Yerramalli
Internal Medicine
32 years experience
Maplewood, NJ

Search All Similar Doctors

Find Doctors By: Specialty | Name | Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog | Privacy Policy | Terms Of Use

Is something missing or incorrect?

Help Us Improve

Get the Vitals Newsletter

Enter your e-mail address SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

Webpage Screenshot, Tue Oct 15 2013 15:34:16 GMT-0600 (Mountain Daylight Time)

vitals

By: Name, Specialty or Condition

DOCTORS | Type a name | Houston, Texas | SEARCH

Only show doctors accepting my insurance

Urgent Care New | Patient Education | Write a Review | Sign Up | Sign In

Doctor Discussion Guides: Severe Asthma | Stroke | Breast Cancer | Skin Cancer | High Cholesterol | See More

ADVERTISEMENT

Dr. Marina Gafanovich, M.D.
Internal Medicine Doctor
1550 York Avenue,
New York NY 10028
Same-day appointments
Get Started!
70 reviews Ranked 4 out of 4 stars on vitals

Home > General Practitioners > NY > New York > Dr. Marina Gafanovich > Patient Reviews

Marina Gafanovich, MD TOP 10 DOCTOR Is this you? Claim profile

Book appointment
(646) 583-3959

Internist, General Practitioner
7 years of experience
Video profile
Doctor's site
Accepting new patients

Write a Review

1550 York Ave
New York, NY 10028
(646) 583-3959
Locations and availability (2)

Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance | Discuss Obesity

## Patient Reviews

| Overall Rating: | Total Ratings | Total Reviews |
|---|---|---|
| 4.0 ★★★★ | 146 | 104 |

Ratings
- 4 stars
- 3 stars
- 2 stars
- 1 star

| | | | |
|---|---|---|---|
| Ease of Appointment: | ★★★★ | Bedside Manner: | ★★★★ |
| Promptness: | ★★★★ | Spends Time with Me: | ★★★★ |
| Courteous Staff: | ★★★★ | Follows Up After Visit: | ★★★★ |
| Accurate Diagnosis: | ★★★★ | Average Wait: | 8 minutes |

Some ratings provided by Yelp. DrScore. CitySearch. Judy's Book.

Most recent

★★★★ | **Okay** | show details

*by Nicholas on Sep 3rd, 2013*

Overall, I liked this doctor. Nice manners and really willing to listen. Young, but has many patients (no waiting though) to keep the professional level up. She is only an Internist, so if you are looking for a specialty doctor you will be referred.

Mark as Helpful | 1 person found this helpful Report Abuse

★★★★ | **Pretty young but knowledgable** | show details

*by Nick on Aug 15th, 2013*

I am used to "in and out" appointments, so I was very surprised to see so much attention and care in her office. Dr. Gafanovich loves her job. An she loves her patients,

Mark as Helpful Report Abuse

★★ | show details

*by Venkata M. on Apr 13th, 2013* on yelp.com

Dr.Gafanovich seemed to be in a rush both times. Didn`t seem like she was interested to find if I had any questions. Honestly, disappointed.

Read Full Review at yelp.com

Mark as Helpful Report Abuse

★★★★ | **Great physician** | show details

*by Mike on Mar 22nd, 2013*

Dr. Gafanovich has been my Internist for quite a while, and I can't say a single bad word about her. There was a period of "limited access" while she had her premises renovated, but it's through, and it's worth it. I get a concierge-style care even without enrolling into her direct care program. The doc always listens to my concerns and is prompt in finding a relief.

Mark as Helpful Report Abuse

★★★★ | **Absolutely satisfied** | show details

*by Tom B. on Jan 31st, 2013*

I found her online giving credit for some stellar reviews and feedback. The doctor is indeed a very caring and passionate professional. I got my results back in time. Like the previous reviewer, I noticed she focuses on preventative medicine (i.e. health annual check ups) rather than in-depth health care. Which is exactly what I

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

ADVERTISEMENT

Breast Preservation
Alternatives to Radical Mastectomy CyberKnife & Lumpectomy
120 Old Laramie Trl E Lafayette (720) 545-9101

Top Guides See all

- Severe Asthma
- Stroke
- Breast Cancer
- Skin Cancer
- High Cholesterol
- Obesity

ADVERTISEMENT

Breast Cancer Radiation
painless TomoTherapy - 1 week
Improve Outcomes vs Surgery alone
Colorado CyberKnife
120 Old Laramie Trail East, Lafayette
(720) 544-6422

demand from my PCP. She refers to the best specialists if needed. So far, I have nothing to complain about and will keep Dr. Gafanovich as my Internist.

Mark as Helpful | 3 people found this helpful — Report Abuse

| Pretty Good Experience | show details

*Jan 18th, 2013*

I've been to Dr. Gafanovich a few times in the past two years. It's easy to get an appointment, which is great. I think she's good for a basic exam, and she is patient / listens. But if there's anything more complex, I'm not so sure. Also, as part of the exam you get a EKG. You are asked to leave the exam room (in your paper gown) dragging all of your belongings to get to and from the EKG room. Especially awkward since you have to pass by the waiting room! Overall I think she is a good, caring doctor. I do wish they'd figure out a different process for the EKG.

Mark as Helpful — Report Abuse

| Editorial review from Citysearch | show details

*by jamiec118353384 at Citysearch on Sep 14th, 2012 on citysearch.com*

Great physician, no problems whatsoever. Had problems with my spine, she referred me to a very good specialist. I do my physicals once a year, and this is a very good spot to do that. Yes, it's very close to my office, but also it's the level of competence that drags me there.

Read Full Review at citysearch.com

Mark as Helpful — Report Abuse

| A doc that I trust | show details

*Aug 31st, 2012*

Dr. Gafanovich is very amiable young health guru who adores her patients. She is one of these few doctors that "personify" health care rather than dealing with "volume" and "numbers". She shows respect, courtesy and devotion. Thanks.

Mark as Helpful | 1 person found this helpful — Report Abuse

| Good experience | show details

*by Allen on Aug 15th, 2012*

No lines, accurate appointments and precise prescriptions. Need nothing more than that.

Mark as Helpful | 1 person found this helpful — Report Abuse

| Nice and easy | show details

*Jun 14th, 2012*

I had a very smooth experience with this doctor. I had some issues with the refills, but nothing in this world is perfect, after all.

Mark as Helpful — Report Abuse

Show more reviews

Next: Credentials

0 Like 0 Tweet 0 0 Like 0 Tweet 0 +1 Email

## Recommended Videos

What's That Pain in My Chest

Understanding Heartburn

Pneumonia: Signs and Complications

What is Pneumonia?

Sidestep the Office Bug

ADVERTISEMENT

Search Local Dentists?

www.MyDentistMatches.com

Find A Great Local Dentist In Just 5 Steps. Fast & Easy. Search Now!

Find Doctors By: Specialty | Name | Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog | Privacy Policy | Terms Of Use

Is something missing or incorrect?

Help Us Improve

Get the Vitals Newsletter

Enter your e-mail address SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

Webpage Screenshot, Tue Oct 15 2013 15:51:49 GMT-0600 (Mountain Daylight Time)

By: Name, Specialty or Condition

DOCTORS | Type a name | Houston, Texas | SEARCH

Only show doctors accepting my insurance

Urgent Care New | Patient Education | Write a Review | Sign Up | Sign In

Doctor Discussion Guides: Severe Asthma | Stroke | Breast Cancer | Skin Cancer | High Cholesterol | See More

ADVERTISEMENT

Dr. Marina Gafanovich, M.D. Internal Medicine Doctor 1550 York Avenue, New York NY 10028

Same-day appointments

Get Started!

70 reviews Ranked 4 out of 4 stars on vitals

0 Like | 0 Tweet | 0 +1 | Email

Home > General Practitioners > NY > New York > Dr. Marina Gafanovich > Credentials

Marina Gafanovich, MD TOP 10 DOCTOR Is this you? Claim profile

Book appointment
(646) 583-3959

Internist, General Practitioner
7 years of experience
Video profile
Doctor's site
Accepting new patients

1550 York Ave
New York, NY 10028
(646) 583-3959
Locations and availability (2)

Write a Review

Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance | Discuss Obesity

ADVERTISEMENT

...that works 2 ways, which may help you lose weight and keep it off

PHENTERMINE TOPIRAMATE ER

Indication
Qsymia® (phentermine and topiramate extended-release) capsules CIV should be used together with a reduced-calorie diet and increased physical activity for chronic weight management in adults with an initial body mass index (BMI) of:
•30 kg/m² or greater (obese) or
•27 kg/m² or greater (overweight) in the presence of at least one weight-related medical

## Education

| MEDICAL SCHOOL | |
|---|---|
| Sackler School Of Medicine (2002) | Foreign school |

| RESIDENCY |
|---|
| North Shore Univ Hosp (2005) * Internal Medicine |

* This information was reported to Vitals by the doctor or doctor's office.

## Awards & Distinctions

AWARDS

- Patients' Choice Award (2011 - 2013)
- Compassionate Doctor Recognition (2011 - 2012)
- Top Ten Doctors (2012)
  Internal Medicine, Upper East Side, New York, NY

ASSOCIATIONS

- American Society of Internal Medicine — Member
- New York County Medical Society — Member
- American Medical Association — Member
- American Board of Medical Specialties — Certified
- Medical Society of the State of New York — Member
- American College of Physicians — Associate

## Affiliations

Dr. Gafanovich is affiliated with 7 hospitals.

| HOSPITAL AFFILIATIONS | SCORE | RANKINGS |
|---|---|---|
| New York Presbyterian Hospital / Columbia | ★★★★ | TOP 25% |

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

ADVERTISEMENT

AdChoices

Or you can rely on Mayo Clinic.

Top Guides See all

Severe Asthma | Stroke

0 Like | 0 Tweet | 0 +1 | Email

## Recommended Videos

ADVERTISEMENT

Breast Preservation
www.coloradocyberknife.com
Alternatives to Radical Mastectomy CyberKnife & Lumpectomy

## Similar doctors nearby

Search All Similar Doctors

Find Doctors By: Specialty | Name | Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog | Privacy Policy | Terms Of Use

Is something missing or incorrect?

Help Us Improve

Get the Vitals Newsletter

Enter your e-mail address SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

Webpage Screenshot, Tue Oct 15 2013 15:52:21 GMT-0600 (Mountain Daylight Time)

vitals

By: Name, Specialty or Condition
DOCTORS | Type a name | Houston, Texas | SEARCH
Only show doctors accepting my insurance

Urgent Care New | Patient Education | Write a Review | Sign Up | Sign In

Doctor Discussion Guides: Severe Asthma | Stroke | Breast Cancer | Skin Cancer | High Cholesterol | See More

ADVERTISEMENT
Dr. Marina Gafanovich, M.D. Internal Medicine Doctor 1550 York Avenue, New York NY 10028
Same-day appointments
Get Started!
70 reviews Ranked 4 out of 4 stars on vitals

Home > General Practitioners > NY > New York > Dr. Marina Gafanovich > Locations & Availability

0 Like
0 Tweet
0 +1
Email

Marina Gafanovich, MD TOP 10 DOCTOR Is this you? Claim profile

Book appointment
(646) 583-3959

**Internist, General Practitioner**
7 years of experience
Video profile
Doctor's site
Accepting new patients

1550 York Ave
New York, NY 10028
(646) 583-3959
Locations and availability (2)

Write a Review

Summary | Patient Reviews | Credentials | **Locations & Availability** | Accepted Insurance | Discuss Obesity

## Locations

1. 1550 York Ave
New York, NY 10028
212-249-6218
Get directions
Accepting new patients

2. 215 E 68th St
New York, NY 10065
212-249-6218
Get directions
Accepting new patients

Next: Accepted Insurance

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

ADVERTISEMENT
AdChoices

0 Like
0 Tweet
0 +1
Email

Top Guides See all
Severe Asthma | Stroke
Breast Cancer | Skin Cancer
High Cholesterol | Obesity

Map

Map | Satellite

ADVERTISEMENT

## Recommended Videos

ADVERTISEMENT

We have a fuel efficient vehicle for you.
RAV4
Camry Hybrid
Prius Plug-in
See Local Offers
TOYOTA
Let's Go Places
Options shown.

## Similar doctors nearby

Dr. Fitzgerald Alcindor
General Practice
18 years experience
Hempstead, NY

Dr. Zev Rosenwaks
Obstetrics & Gynecology
37 years experience
New York, NY

Dr. Andras Peter
General Practice
25 years experience
Avenel, NJ

Dr. Mark Gorny
General Practice
19 years experience
New York, NY

Dr. Dora Soybelman
Family Medicine
31 years experience
Brooklyn, NY

Dr. Essam Othman
General Practice
30 years experience
Elizabeth, NJ

Search All Similar Doctors

Find Doctors By: Specialty | Name | Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog | Privacy Policy | Terms Of Use

Is something missing or incorrect?

Help Us Improve

Get the Vitals Newsletter

Enter your e-mail address SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

Webpage Screenshot, Tue Oct 15 2013 15:52:59 GMT-0600 (Mountain Daylight Time)

vitals

By: Name, Specialty or Condition

DOCTORS | Type a name | Houston, Texas | SEARCH

Only show doctors accepting my insurance

Urgent Care New | Patient Education | Write a Review | Sign Up | Sign In

Doctor Discussion Guides: Severe Asthma | Stroke | Breast Cancer | Skin Cancer | High Cholesterol | See More

ADVERTISEMENT

Dr. Marina Gafanovich, M.D.
Internal Medicine Doctor
1550 York Avenue,
New York NY 10028
Affiliated with: NewYork-Presbyterian
Get Started!
70 reviews Ranked 4 out of 4 stars on vitals

Home > General Practitioners > NY > New York > Dr. Marina Gafanovich > Accepted Insurance

Marina Gafanovich, MD TOP 10 DOCTOR Is this you? Claim profile

Book appointment
(646) 583-3959

Internist, General Practitioner
7 years of experience
Video profile
Doctor's site
Accepting new patients

1550 York Ave
New York, NY 10028
(646) 583-3959
Locations and availability (2)

Write a Review

Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance | Discuss Obesity

## Accepted Insurance

Acceptance of particular insurance plans may vary, based on different office locations. As a result, we've listed plans accepted at different locations. Click on any insurance company to see which specific plans are accepted by Dr. Gafanovich.

**Marina Gafanovich, MD, 1550 York Ave, New York, NY 10028**

- Cigna
- Empire Blue Cross Blue Shield
- Evercare
- Oxford
- The Empire Plan (UHC)
- Unicare
- United Healthcare

**Marina Gafanovich, 215 E 68th St, New York, NY 10065**

- Cigna
- Unicare

Need health insurance?
It's more affordable than you think! Click below for an instant quote
Get an instant quote

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

ADVERTISEMENT

...that works 2 ways, which may help you lose weight and keep it off

PHENTERMINE TOPIRAMATE ER

Indication
Qsymia® (phentermine and topiramate extended-release) capsules CIV should be used together with a reduced-calorie diet and increased physical activity for chronic weight management in adults with an initial body mass index (BMI) of:
•30 kg/m² or greater (obese) or
•27 kg/m² or greater (overweight) in the presence of at least one weight-related medical condition such as high

ADVERTISEMENT
AdChoices
MAYO CLINIC

Top Guides See all
Severe Asthma Stroke

Like 0 Tweet 0 +1 0 Email

Breast Cancer
Skin Cancer
High Cholesterol
Obesity

ADVERTISEMENT

## Recommended Videos

What's That Pain in My Chest

Understanding Heartburn

Pneumonia: Signs and Complications

What is Pneumonia?

Sidestep the Office Bug

ADVERTISEMENT

Breast Preservation
www.coloradocyberknife.com
Alternatives to Radical Mastectomy CyberKnife & Lumpectomy

## Similar doctors nearby

Dr. Pedro Baez
General Practice
8 years experience
Huntington, NY

Dr. Morton Axelrod
Family Medicine
48 years experience
New York, NY

Dr. Guido Dibenedetto
Family Medicine
50 years experience
Staten Island, NY

Dr. Shamsunder Bhatia
Family Medicine
49 years experience
Brooklyn, NY

Dr. Urszula Pustelak
General Practice
32 years experience
Brooklyn, NY

Dr. Christopher Busillo
General Practice
23 years experience
New York, NY

Search All Similar Doctors

Find Doctors By: Specialty | Name | Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog | Privacy Policy | Terms Of Use

Is something missing or incorrect?

Help Us Improve

Get the Vitals Newsletter

Enter your e-mail address SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

Webpage Screenshot, Tue Oct 15 2013 15:53:23 GMT-0600 (Mountain Daylight Time)

vitals

By: Name, Specialty or Condition

DOCTORS | Type a name | Houston, Texas | SEARCH

Only show doctors accepting my insurance

Urgent Care New | Patient Education | Write a Review | Sign Up | Sign In

Doctor Discussion Guides: Severe Asthma | Stroke | Breast Cancer | Skin Cancer | High Cholesterol | See More

ADVERTISEMENT

PHENTERMINE TOPIRAMATE ER

Indication

Qsymia® (phentermine and topiramate extended-release) capsules CIV should be used together with a reduced-calorie diet and increased physical activity for chronic weight management in adults with an initial

Home > General Practitioners > NY > New York > Dr. Marina Gafanovich

Marina Gafanovich, MD TOP 10 DOCTOR Is this you? Claim profile

Book appointment
(646) 583-3959

Internist, General Practitioner
7 years of experience
Video profile
Doctor's site
Accepting new patients

Write a Review

1550 York Ave
New York, NY 10028
(646) 583-3959
Locations and availability (2)

Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance | Discuss Obesity

## Questions to Ask your Doctor About Obesity

From your initial diagnosis throughout your treatment and care, you will have questions about your condition. Below is a list of questions to discuss with your doctor so you can make informed decisions about your condition and your care.

ADVERTISEMENT

Click the tabs to find out how it works 2 ways and may help you lose weight.

Qsymia (phentermine and topiramate extended-release) capsules

Get the facts

Indication

Qsymia® (phentermine and topiramate extended-release) capsules CIV should be used together with a reduced-calorie diet and increased physical activity for chronic weight management in adults with an initial body mass index (BMI) of:

### Questions About My Diagnosis

- What is the difference between being overweight and being obese?
- How many pounds do I need to lose?
- What is my risk for having a heart attack or stroke?
- What is my risk for developing diabetes?

By: Name, Specialty or Condition

- Can I take medication to help me lose weight?
- How do weight loss medications work? Are there side effects?
- Will I have to take medication for the rest of my life?
- Are there vitamins or supplements that can help me lose weight?
- Am I candidate for weight loss surgery?
- How do you decide which medication or therapy is best for me?

### Questions About My Lifestyle & Family

- How do I get started changing my diet?
- How do I get started exercising if I haven't exercised before?
- Would meditation or yoga help me lose weight?
- Are there support groups in my area for people like me who are trying to lose a lot of weight?

## Similar doctors nearby

Dr. Ethan Halm
General Practice

Dr. Faheem Butt
General Practice

Dr. William Lois
General Practice

General Practice
18 years experience
New York, NY

General Practice
30 years experience
Brooklyn, NY

General Practice
27 years experience
Brooklyn, NY

Dr. Jason Adelman
Emergency Medicine
Bronx, NY

Dr. Janet Byrne
Internal Medicine
24 years experience
New Brunswick, NJ

Dr. Bijoy Mehta
Internal Medicine
43 years experience
Flushing, NY

Search All Similar Doctors

Find Doctors By: Specialty | Name | Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog | Privacy Policy | Terms Of Use

Is something missing or incorrect?

Help Us Improve

Get the Vitals Newsletter

Enter your e-mail address

SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.