Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR SANCTIONS
FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY
WITH COURT-ORDERED DISCOVERY**

**Exhibit H**

**[FILED UNDER SEAL]**