Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR SANCTIONS
FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY
WITH COURT-ORDERED DISCOVERY**

Exhibit I

October 17, 2013 from Kris Kostolansky to
Scott D. Stimpson regarding "Summary Judgment Motions"

| | |
|---|---|
| **From:** | Kostolansky, Kris J. |
| **Sent:** | Thursday, October 17, 2013 3:06 PM |
| **To:** | 'Scott D. Stimpson' |
| **Cc:** | Vazquez, Jesus; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com); Kanan, Greg; Trent Dickey; David C. Lee; Vincent M. Ferraro |
| **Subject:** | RE: Summary Judgment Motions |

Scott, Thank you for your note. The infringement contentions are not based solely on physician edits. As referenced in my e-mail, the Vitals' physician portal directly collects verified information from physicians during registration, has an "approval" feature that does the same and, as was discussed with our expert, verification can occur in other ways.

Many of the 130 pages you reference concern exhibits the Court asked that we bring to the hearing. Dr. Greenspun has addressed in detail the only screenshots that have not been previously marked as an exhibit and he addressed the other screenshots in his earlier reports. Thus you have what you need.

K.J.K.



Kris J. Kostolansky, Partner
Lewis Roca Rothgerber LLP |
1200 17th St Suite 3000 | Denver, CO 80202-5855
(T) 303.628.9515 | (F) 303.623.9222
kkosto@lrrlaw.com | www.LRRLaw.com



**Rothgerber Johnson & Lyons LLP is now Lewis Roca Rothgerber LLP.**

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Thursday, October 17, 2013 9:48 AM
**To:** Kostolansky, Kris J.
**Cc:** Vazquez, Jesus; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com); Kanan, Greg; Trent Dickey; David C. Lee; Vincent M. Ferraro
**Subject:** Summary Judgment Motions

Kris:

Thank you for your call.

Withdrawal of Summary Judgment Motion 368

We do not agree that we failed to comply with Magistrate Boland's Order in any respect (we also find the timing of this first complaint about our supplemental response, 18 months after our supplement and a week before the hearing on our summary judgment motion, interesting). We also do not agree with your representation that HG has ever requested that we run queries to determine if any healthcare provider has edited three or more of the claimed data elements, and

1

we have never refused any request to do so.  However, as we discussed, we are withdrawing this motion for summary judgment for other reasons.

As we explained to you today, we are filing a notice of withdrawal of our summary judgment motion Dkt. #368.  Looking into Kirstin's inquiry about the recent query responses revealed that, while the vast majority of physician edits have been made through the Vitals.com physician portal that was the focus of discovery and the only basis of HG's infringement contentions, some unregistered physicians have submitted their data in other ways such as by phone calls, emails, and faxes.  We have decided to withdraw our motion in view of the fact that these documents are now being collected and produced.  The new documents have no impact on the other summary judgment motion (Dkt. #195) and so we will proceed with that argument next Friday.

Health Grades' Request to Supplement Regarding Summary Judgment Motion 195

Your proposed supplement for this motion includes about 130 pages of screenshots.  We have asked that you identify the parts of these many pages that you intend to argue to the court are comparison ratings, but you have refused to do so and so we cannot evaluate whether you are trying to do something new or make new arguments.   If you tell us this information – information readily available to you – we will quickly let you know if we will oppose the motion or not.

Scott


**Scott D. Stimpson**
Member of the Firm



website | bio | vCard | newsroom | email 

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1550  |  f (212) 643-6500   map

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.