CASE CAPTION: __HEALTH GRADES, INC. v. MDX MEDICAL, INC. d/b/a/ VITALS.COM_____

CASE NO.: ___11-CV-00520-RM-BNB _____

EXHIBIT LIST OF: ___MDx Medical, Inc. d/b/a Vitals.com, Defendant_____
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A | | Doc. # 195-2 - Exhibit 1, Attachment A, to Motion for Partial Summary Judgment of Non-Infringement – U.S. Patent No. 7,752,060 | | | | | |
| B | | Doc. # 195-3 – Exhibit 1, Attachment B, to Motion for Partial Summary Judgment of Non-Infringement – Portions of Prosecution History for U.S. Patent No. 7,752,060 | | | | | |
| C | | Doc. # 195-4 - Exhibit 1, Attachment C, to Motion for Partial Summary Judgment of Non-Infringement – Screenshots of physician profile from www.healthgrades.com, taken April 6, 2011 | | | | | |
| D | | Doc. # 195-5 - Exhibit 1, Attachment D, to Motion for Partial Summary Judgment of Non-Infringement – Screenshots of physician profile from www.vitals.com, taken April 6, 2011 | | | | | |
| E | | Doc. # 195-6 - Exhibit 1, Attachment E, to Motion for Partial Summary Judgment of Non-Infringement – Order Regarding Claim Construction | | | | | |
| F | | Doc # 201-19 – Exhibit 8 to Response to Motion for Partial Summary Judgment of Non-Infringement – Pages 12, 14, 15 of 123 | | | | | |
| G | | Doc # 79 – Health Grades Claim Construction Opening Brief | | | | | |
| H | | Doc # 106 – Health Grades Claim Construction Reply | | | | | |
| I | | Portions of Prosecution History for Continuation Patent Application to U.S. Patent No. 7,752,060 | | | | | |
| | | | | | | | |