IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

**HEALTH GRADES, INC.'S EXHIBIT LIST FOR HEARING ON MDX MEDICAL, INC.'S SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT [Doc. #195]**

---

Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, pursuant to Civ. Practice Standard III.E.2, respectfully submits its attached exhibit list for the hearing on MDx Medical, Inc.'s Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement [Doc. #195].

Dated: October 24, 2013

LEWIS ROCA ROTHGERBER LLP

*s/ Jesús M. Vázquez, Jr.*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202
Tel: (303) 623-9000
Email: gkanan@lrrlaw.com
kkosto@lrrlaw.com
jvazquez@lrrlaw.com
*Attorneys for Plaintiff Health Grades, Inc.*

2004456048_1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2013 I electronically filed the foregoing **HEALTH GRADES, INC.'S EXHIBIT LIST FOR HEARING ON MDX MEDICAL, INC.'S SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT [Doc. #195]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
David Chunyi Lee
Vincent Ferraro
Sills Cummis & Gross P.C.-New York
30 Rockefeller Plaza
New York, NY 10112
Email: sstimpson@sillscummis.com
Email: vferraro@sillscummis.com
Email: dlee@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: ridley@wtotrial.com

                                                  *s/ Jesús M. Vázquez, Jr.*
                                                  Gregory B. Kanan, Esq.
                                                  Kris J. Kostolansky, Esq.
                                                  Jesús M. Vázquez, Jr., Esq.
                                                  Rothgerber Johnson & Lyons, LLP
                                                  1200 17th Street, Suite 3000
                                                  Denver, Colorado 80202-5855
                                                  Tel:    (303) 623-9000
                                                  Facsimile: (303) 623-9222
                                                  Email: gkanan@lrrlaw.com
                                                               kkostolansky@lrrlaw.com
                                                               jvazquez@lrrlaw.com
                                                 *Attorneys for Plaintiff Health Grades, Inc.*

- 2 -

2004456048_1