CASE CAPTION:     Health Grades Inc. v. MDx Medical, Inc.

CASE NO.:     1:11-cv-00520-RM-BNB

EXHIBIT LIST OF:   Plaintiff Health Grades, Inc.
                 (Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | | Docket No. 9 - MDx Medical, Inc.'s Motion Pursuant to Fed. R. Civ. P. 56 for Partial Summary Judgment of Non-Infringement | | | | | |
| 2 | | Docket No. 195 – MDx's Second Motion for Partial Summary Judgment of Non-Infringement | | | | | |
| 3 | | Docket No. 195-1 – David Lee Declaration | | | | | |
| 4 | | Docket No. 195-2 – '060 Patent | | | | | |
| 5 | | Docket No. 195-3 – Prosecution History | | | | | |
| 6 | | Docket No. 195-4 – HG Web Page Displays | | | | | |
| 7 | | Docket No. 195-5 – Vitals Web page Displays | | | | | |
| 8 | | Docket No. 195-6 – *Markman* Order | | | | | |
| 9 | | Docket No. 195-7 – Henley | | | | | |
| 10 | | Docket No. 195-8 – Rothschild Declaration | | | | | |
| 11 | | Docket No. 207 – MDx's Reply Memorandum in Support of its Second Motion for Partial Summary Judgment of Non-Infringement | | | | | |
| 12 | | Docket No. 248 – MDx's Supplemental Reply in Support of its Second Motion for Partial Summary Judgment of Non-Infringement | | | | | |
| 13 | | Docket No. 201 – Health Grades' Response to MDx's Second Motion for Partial Summary Judgment of Non-Infringement | | | | | |
| 14 | | Docket No. 201-1 – Declaration of Kirstin Stoll-DeBell with screenshots captured from www.vitals.com | | | | | |
| 15 | | Docket Nos. 201-2 through 201-13 – Prosecution History for U.S. Patent No. 7,752,060 (selected portions) | | | | | |
| 16 | | Docket No. 201-14 – MDx Medical, Inc.'s Objections and Responses to Plaintiff's First Set of Requests for Admission and Second Set of Interrogatories | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 17 | | Docket No. 201-15 – MDx documents that show MDx copied Health Grades: MDX0011841-60; MDX0016749-51; MDX0016838-39 | | | | | |
| 18 | | Docket No. 201-16 – MDx PowerPoint Presentation: MDX0025310-33 | | | | | |
| 19 | | Docket No. 201-17 – MDx Email regarding Health Grades '060 patent: MDX0019254-55 | | | | | |
| 20 | | Docket No. 201-18 – Manual of Patent Examining Procedure ("MPEP") at § 2111.03 Transitional Phrases[R-3] - 2100 Patentability | | | | | |
| 21 | | Docket Nos. 201-19 through 201-22 – Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure | | | | | |
| 22 | | Docket No. 236 – Health Grades' Supplemental Response to MDx's Second Motion for Partial Summary Judgment of Non-Infringement | | | | | |
| 23 | | Docket No. 282-1 & 282-2 – Deposition of Larry West | | | | | |
| 24 | | Docket No. 236-2 – MDx Financial Statements | | | | | |
| 25 | | Docket No. 305 – Health Grades' Motion for Leave to Supplement its Response to MDx's Second Motion for Partial Summary Judgment of Non-Infringement | | | | | |
| 26 | | Docket No. 305-1 – 7/13/12 Greenspun Report | | | | | |
| 27 | | Docket No. 305-2 – Greenspun Appendix B | | | | | |
| 28 | | Docket Nos. 305-3 and 305-4 – Greenspun Appendix C | | | | | |
| 29 | | Docket No. 305-6 – Cooper Rebuttal Report dated 9/17/12 | | | | | |
| 30 | | Docket Nos. 625-1 through 625-3 – July 2012 vitals.com screenshots (PX 11) | | | | | |
| 31 | | Docket No. 625-4 – July 2013 vitals.com screenshots (Demo No. 14 to 9/9/13 Greenspun Report) | | | | | |
| 32 | | Docket No. 626-1 – 9/9/13 Greenspun Report | | | | | |
| 33 | | Docket No. 626-2 – October 2013 Cooper Rebuttal Report | | | | | |
| 34 | | PX 6 – Pre-January 2011 vitals.com | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
|  |  | screenshots |  |  |  |  |  |
| 35 |  | PX 281 – August 2011 healthgrades.com screenshots |  |  |  |  |  |
| 36 |  | Demo No. 13 to 9/9/13 Greenspun Report |  |  |  |  |  |