**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards　　　　　Date: October 25, 2013
Court Reporter: Tammy Hoffschildt

**CASE NO. 11-cv-00520-RM-BNB**

| Parties | Counsel |
|---|---|
| HEALTH GRADES, INC., | Gregory B. Kanan |
|  | Kirstin L. Stoll-DeBell |
| Plaintiff, | Jesus Manuel Vazquez, Jr. |
|  | Kris John Kostolansky |
| v. |  |
| MDX MEDICAL, INC., d/b/a VITALS.COM, | David Chunyi Lee |
|  | Scott David Stimpson |
| Defendant. | Terence M. Ridley |

**COURTROOM MINUTES**

**MOTION HEARING**
**COURT IN SESSION**: **9:01 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing called regarding MDX Medical Inc.'s Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement [Doc. No. 195, filed May 8, 2012].

The Court notifies the parties it will not rule on MDX Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of No Willfulness [Doc. No. 370, filed November 2, 2012], Health Grades, Inc.'s Motion for Partial Summary Judgment [Doc. No. 369, filed November 2, 2013, public entry No. 377], MDX Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment (1) That Health Grades is Not Entitled to Lost Profits; and (2) Royalty Rates May Not be Applied to Revenue of the Entire Accused Website [Doc. No. 372, filed November 2, 2012, public entry No. 378], MDX Medical, Inc.'s Motion for Summary Judgment of No Infringement With Regard to Amended Complaint and Allegations Relating to Aetna Life Insurance Company [Doc. No. 490, filed January 22, 2013] and

Health Grades, Inc.'s Motion to Bifurcate Trial on the Issue of Inequitable Conduct [Doc. No. 598, filed June 4, 2013] at this time.

**ORDERED**: Daubert Hearing set for December 18, 2013 at 9:00 a.m. regarding Health Grades, Inc.'s Motion to Partially Exclude Expert Testimony of Dr. Richard G. Cooper Pursuant to Fed. R. Evid. 403 and 702, and *Daubert v. Merril Dow Pharms., Inc.*, 509 U.S. 579 (1993) [Doc. No. 338, filed October 22, 2012, public entry No. 342], MDX Medical, Inc.'s Motion to Preclude Any Testimony From Health Grades, Inc.'s Expert Dr. Greenspun [Doc. No. 349, filed October 25, 2012], and MDX Medical, Inc.'s Motion to Exclude Expert Testimony of Mr. David Hall Pursuant to Fed. R. Evid. 403 and 702, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) [Doc. No. 374, filed November 2, 2012].

**ORDERED**: Health Grades, Inc.'s Motion for Leave to Supplement its Response to Mdx's Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement (Dkt. 195 [doc. No. 305, filed September 26, 2012] is **GRANTED** as stated on the record.

**ORDERED**: *Unopposed* Motion for Leave to Re-File its Reply in Support of its Motion to Exclude Expert Testimony of Dr. Richard G. Cooper and for Leave to Exceed the Page Limitations in the Reply [Doc. No. 427, filed December 4, 2012] is **GRANTED** as stated on the record.

**ORDERED**: Health Grades, Inc.'s Motion to Strike Sections of MDX Medical, Inc.'s Opposition to Health Grades, Inc.'s Motion for Partial Summary Judgment for Failure to Follow the Court's June 2012 Practice Standards (Civil Cases) [Doc. No. 440, filed December 13, 2012] is **DENIED** as stated on the record.

**ORDERED**: *Unopposed* Motion for Leave to Exceed Page Limitations [Doc. No. 441, filed December 13, 2012] is **GRANTED** as stated on the record.

**ORDERED**: Unopposed Motion for Leave to Exceed Page Limit on MDX Reply Breif [sic] in Support of Motion to Exclude Expert Testimony of Mr. David Hall [Doc. No. 449, filed December 14, 2012] is **GRANTED** as stated on the record.

**ORDERED**: MDX Medical, Inc.'s Unopposed Motion for Leave to File a Reply to Health Grades, Inc.'s Supplement to its Opposition to MDX Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of No Willfulness (Dkt. # 371) [Doc. No. 571, filed April 29, 2013] is **GRANTED** as stated on the record.

**ORDERED**: Health Grades, Inc.'s Motion for Leave to File Supplemental Exhibits in Support of it Opposition [Doc. #201] to MDX's Second Motion Pursuant to

        Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement [Doc. #195] [Doc. No. 626, filed October 17, 2013, public entry No. 629] is **GRANTED** as stated on the record.

9:34 a.m.      Oral argument by Mr. Kostolansky.

All Exhibits submitted to the Court by both Plaintiff and Defendant are deemed admitted for the purposes of this hearing only.

**COURT IN RECESS: 10:42 a.m.**
**COURT IN SESSION: 11:00 a.m.**

11:01 a.m.    Continued oral argument by Mr. Kostolansky.

11:15 a.m.    Oral argument by Mr. Stimpson.

11:51 a.m.    Response by Mr. Kostolansky.

**COURT IN RECESS: 12:09 p.m.**
**COURT IN SESSION: 1:27 p.m.**

1:28 p.m.     Comment from Mr. Kostolansky on a request for information regarding a first healthcare provider.

1:34 p.m.     Oral argument by Mr. Stimpson regarding the doctrine of equivalences.

2:01 p.m.     Oral argument by Mr. Kostolansky regarding the doctrine of equivalences.

2:33 p.m.     Response by Mr. Stimpson.

**ORDERED**:  The parties may file further briefing not to exceed 5 pages in length regarding claim 1, paragraph 1 on or before November 1, 2013.

**ORDERED**:  The parties may file further briefing not to exceed 3 pages in length regarding prosecution history estoppel and case law on or before November 1, 2013.

**ORDERED**:  MDX Medical Inc.'s Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement [195] is **TAKEN UNDER ADVISEMENT**.

**COURT IN RECESS**: 2:48 p.m.
**Total in court time**: 04:11
**Hearing concluded**