# EXHIBIT A

(Redacted version of Dkt. # 626-1)

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS OPPOSITION
[Doc. #201] TO MDX'S SECOND MOTION PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY
JUDGMENT OF NON-INFRINGEMENT [Doc. #195]**

---

**Exhibit 11**

**Supplemental Expert Report of Philip Greenspun
September 9, 2013**

**Supplemental Expert Report of Philip Greenspun**

**Regarding Infringement of U.S. Patent No. 7,752,060 by MDX Medical**

**September 9, 2013**

1.      My name is Philip Greenspun. I submit this report as a supplement to the opinions contained in my July 13, 2012 and September 17, 2012 reports. My qualifications, background, and compensation were previously disclosed in the expert report that I submitted on July 13, 2012. In addition to the previous testimony that was disclosed in my previous reports, I have testified by deposition in this case on September 28, 2012 and also by deposition on August 8, 2012 for *In the Matter of Certain Mobile Devices for Data Communication*, United States International Trade Commission; Investigation No. 337-TA-809.

2.      This supplemental report concerns (1) the most recent versions of the vitals.com Web site based on screenshots taken in January and July/August 2013, (2) the most recent version of the healthgrades.com Web site based on screenshots taken in July/August 2013, (3) the supplemental claim charts served by Health Grades in August 2013, (4) updated versions of the iTriage mobile applications and the iTriage Web site based on screenshots taken in March 2013, and (5) a change in the law of indirect infringement due to the August 12, 2012 decision in *Akamai Techs, Inc. v. Limelight Networks*.

## <u>MATERIALS RELIED ON AND INVESTIGATION CONDUCTED</u>

3.      In preparing this supplemental report, I have reviewed and rely on the following materials:

a.    Running versions, recorded at various times in 2013, of the vitals.com and healthgrades.com Web sites;

b.    Running versions, recorded at various times in 2013, of the iTriage Applications (both the mobile application and the web-based application);

c.    Supplemental infringement contention claims charts for vitals.com and iTriage, which were served on MDx in late July, early August 2013, incorporated by reference herein;

d.    Supplemental claim chart for healthgrades.com, which was served on MDx in August 2013, incorporated by reference herein;

e.    The following recorded demonstrations of the vitals.com Web site (each of these includes a video clip and screenshots taken from the video clip and stored in a PDF file – for convenience the following analysis refers to pages within the PDF files):

i.    <u>Demo 4</u>: Vitals.com -- patient review of Dr. Enzenauer, taken in January 2013 (marked as trial exhibits 16-17)

1

    ii.  <u>Demo 8</u>: Vitals.com -- search by name (James F. Smith), taken in January 2013 (marked as trial exhibits 24-25)

    iii.  <u>Demo 9</u>:  Vitals.com -- search by name (James P. Smith), taken in January 2013 (marked as trial exhibits 26-27)

    iv.  <u>Demo 10</u>:  Vitals.com -- search by specialty (plastic surgery), taken in January 2013 (marked as trial exhibits 28-29)

    v.  <u>Demo 13</u>:  Vitals.com -- search by specialty (cardiothoracic surgeon), taken in August 2013, attached hereto as Appendix D-5 and D-5a;

    vi.  <u>Demo 14</u>:  Vitals.com -- search by name (Rosengart), taken in July 2013, attached hereto as Appendix D-6 and D-6a;

    vii.  <u>Demo 15</u>:  Vitals.com -- search by specialty (otolaryngologist), taken in August 2013, attached hereto as Appendix D-7 and D-7a

    viii.  <u>Demo 16</u>:  healthgrades.com -- search by specialty (cardiothoracic surgeon), taken in August 2013, attached hereto as Appendix D-8 and D-8a; and

    ix.  <u>Demo 17</u>:  Itriagehealth.com -- taken in March 2013, attached hereto as Appendix D-9 and D-9a.

## 2013 SUPPLEMENTAL CLAIM CHARTS

4.    I agree with and adopt the analysis in the latest supplemental claim charts associated with Health Grades infringement contentions, which are attached hereto as Appendices F (vitals.com), G (healthgrades.com), and H (iTriage).

## THE RECENT VERSIONS OF VITALS.COM CONTINUE TO INFRINGE THE ASSERTED CLAIMS OF THE '060 PATENT

### Demo 13 (vitals.com search by specialty -- August 2013)

5.    Demo 13 shows a similar type of search query to that shown in the recorded demonstrations of an earlier version of vitals.com, which I included in my original report and which are now known as Demos 1 and 7 (marked as Trial Exhibits 10 and 22 (videos) and 11 and 23 (PDF screenshots)). Demo 13 shows the same type of search as Demo 10, discussed below, which was recorded in January 2013.  Demos 1 and 7 were recorded in July 2012. I also incorporate herein the analysis from paragraphs 95-226 and 233-314 of my original report.

6.    The screen captures within the PDF document in Appendix D-5a, from August 2013, show the following sequence of user and Web site actions (the pages referenced in brackets refer to the pages of the PDF document):

a.  user enters the "vitals.com" URL into a Web browser, causing the browser program to request the vitals.com home page, which is returned by the vitals.com Web server [pages 1-4].

b.  user clicks on the word "Specialty" to choose "search by specialty" [pages 5-6].

c.  user searches for a Cardiothoracic Surgeon in Houston, Texas [pages 7-9].

d.  server returns a response showing a first page of a results list and a report on the first healthcare provider, who in this example is Dr. Charles D. Fraser, Jr., with additional potential physicians summarized for comparison. Note that a hyperlink on Dr. Fraser's name provides access to additional pages of his report. Note also that the bottom of [page 14] shows that this captured page is only the first of at least 11 pages of the report on Dr. Fraser. Hyperlinks at the bottom of the page anchored with numerals or the word "Next" provide access to additional pages that are similar in formatting but show other potential doctors.

e.  user clicks within the "Refine your results" area of the first page [left side of page 10] to look for a male doctor who is board certified, was educated in the U.S., is a "Castle Connolly Top Doctor," and who meets the "Patients' Choice" criteria [pages 19-38]. Each time the user clicks on a new search parameter, e.g., any of the options within the "Refine your results" box, the server returns a new results list that includes a report on what is typically a new first healthcare provider. [*See*, e.g., pages 20, 26, 33, 36, 37].

f.  user clicks on a drop-down menu toward the upper right of center column of the page to select "sort by distance" [pages 39-42]. This sends a new request for information to the Web Server.

g.  server returns a new list of doctors (which includes a report on Dr. Todd K. Rosengart, who is the first healthcare provider) sorted by distance and meeting the criteria previously specified under "Refine your results" [page 43].

h.  user clicks on Dr. Todd K. Rosengart's name [page 44].

i.  server returns additional pages of the report on Dr. Todd K. Rosengart [pages 45-82].

7.  On September 4, 2013, I conducted the same search for a Cardiothoracic Surgeon in Houston, Texas, and received similarly formatted results.

8.  Demo 13 satisfies all of the claim elements of the asserted claims as described below.

***Claim 1 preamble: A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:***

9. The entirety of Demo 13 corresponds to this portion of the claim. (*See also* paragraphs 95-99 of my original report.)

**_Claim 1, Step 1: receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information regarding a first healthcare provider,_**

10. Demo 13 demonstrates multiple requests for information about a particular healthcare provider. Each time the user clicks on a new search parameter, e.g., any of the options within the "Refine your results" box [page 10] or any of the sort options (distance, relevance, name), the user is making a new request for information about a first healthcare provider. Each response to such request produces a new results list that includes a report on a first healthcare provider [pages 20, 26, 33, 36, 37]. (*See also* paragraphs 91-92 and 100-108 of my original report.)

**_Claim 1, Step 1 continued: wherein the Web server computer comprises at least one computer processor and memory;_**

11. Demo 13 overall suggests that a server with a processor and memory is delivering pages to the browser. (*See also* paragraph 110 of my original report.)

**_Claim 1, Step 2: accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;_**

12. That Dr. Rosengart appears on a page [e.g., page 43] showing doctors where "Refine your results" has been set to "male" demonstrates that the information on the vitals.com server includes "gender." (*See also* paragraph 115 of my original report). [Page 45] states "26 years of experience" indicating that the "years in practice" and "years in profession" items of the claim are included on the vitals.com server. (*See also* paragraph 117 of my original report.) [Page 50] shows "specialties" clearly, corresponding to the "specialty information" of the claim element. (*See also* paragraph 113 of my original report.) The same page shows "languages." (*See also* paragraph 121 of my original report.) [Page 63] has a section headlined "Awards & Distinctions" that corresponds to the "awards" and "honors" of the claim element. (*See also* paragraph 118 of my original report.) A subsection on the same page titled "Appointments" corresponds to the "professional appointments" of the claim element. (*See also* paragraph 119 of my original report.) [Page 66] shows a section titled "Publications & Research" that corresponds to the "publications" of the claim element. (*See also* paragraph 120 of my original report.)

13. Additional evidence cited in Appendix B and in paragraphs 113-125 of my original report demonstrates that the foregoing information is "healthcare provider-verified" and "received from the first healthcare provider."

**_Claim1, Step 3: compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided_**

*information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider,*

14.     Demo 13 includes pages that establish that patients can and do provide information regarding healthcare providers. [Page 58], the "Patient Reviews" section of the report, shows a compiled collection of previously entered patient reviews. [Page 59] has a "Write a Review" button that shows that a Web user can add a new review. (*See also* paragraphs 131-136 of my original report.) Therefore Demo 13 demonstrates that a patient can rate a doctor on a patient experience survey on vitals.com and that vitals.com can receive ratings from patients.

*Claim 1, Step 3 continued: and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients;*

15.     [Page 4] of Demo 13 contains a notice at the bottom of the vitals.com home page that says "MDX Medical, Inc. ('MDX'), the provider of this website …." From this, it is reasonable to infer that MDx Medical is managing the vitals.com site and thus "providing the service." (*See also* paragraph 139 of my original report.)

*Claim 1, Step 4: compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;*

16.     [Page 10] of Demo 13 shows a list only of licensed physicians, indicating that vitals.com is "compiling information regarding … licensure." (*See also* paragraph 147 of my original report.) The same page displays "Board certified" for various physicians and includes an option to "Refine your results" by restricting only to Board Certified doctors. This shows that vitals.com is "compiling information regarding … board certification." (*See also* paragraph 146 of my original report.)

17.     [Page 60] of Demo 13 shows that Dr. Rosengart attended Northwestern University, did a residency at New York University, and did a fellowship at Cornell University. Thus it must necessarily be the case that vitals.com is "compiling information regarding … medical school, medical residency, and medical fellowship." (*See also* paragraphs 148-150 of my original report.)

18.     Additional evidence cited in Appendix B and in paragraphs 143-154 of my original report demonstrates that the foregoing information is "verified by an independent third-party source."

*Claim 1, Step 5: creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the*

*independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers;*

19.     [Pages 43-82] of Demo 13 show a report on Dr. Todd K. Rosengart, the "first healthcare provider." [Page 43] itself shows comparison ratings on the first healthcare provider (Dr. Rosengart) and other potential healthcare providers (Dr. Fraser, Dr. Coselli, Dr. Ott), including four possible stars and whether or not a doctor is an "America's Top Doctor." (*See also* paragraphs 173-175 of my original report.)

20.     Subsequent pages of the report on Dr. Rosengart show healthcare provider-verified information [e.g., pages 45, 50, 63, and 66], patient-provided information [e.g., pages 58-59], and "information verified by the independent third-party source" [e.g., pages 10 and 60]. (*See also* paragraphs 157, 159-161, 163, 173-177 of my original report.)

21.     [Page 54] of Demo 13 includes a "Similar doctors nearby," which appears to be a new feature of vitals.com. Users can click on these doctors to see their star ratings and compare them to the first healthcare provider, Dr. Rosengart.

22.     Additional evidence cited in Appendix B and in paragraphs 155-170 of my original report demonstrates that the report on Dr. Rosengart is created using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source.

23.     Additional evidence cited in Appendix B and in paragraphs 171-188 of my original report demonstrates that the report on Dr. Rosengart includes comparison ratings of healthcare providers as construed by the Court.

***Claim 1, Step 6: and providing access to the healthcare provider report on the first healthcare provider over a computer network.***

24.     Every page of Demo 13 is a screen capture from a standard Web browser and therefore shows that vitals.com is "providing access … over a computer network." (*See also* paragraph 190 of my original report.)

***Claim 5: The method as defined in claim 1, wherein the access to the healthcare provider report is obtained through a predetermined Web page that provides search capabilities for a database comprised of healthcare provider information.***

25.     [Page 4] of Demo 13 shows the vitals.com home page with a form affording users "search capabilities" as required by this claim. (*See also* paragraph 195 of my original report.)

***Claim 6: The method as defined in claim 5, wherein the search capabilities permit a search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria.***

26.     [Page 8] of Demo 13 shows a search by "medical specialty" as well as "state" and "city." [Page 19] of Demo 13 shows a search based on "gender." The same page shows, within a "Distance" subheading within the "Refine your results" box, a search based on "location criteria"

(options include "within a mile," "3 miles," "5 miles," etc.). [Page 7] shows a search by "procedure" in which "Interventional Cardiologist" and "Nuclear Cardiologist" are options. The "Condition" option on the same page indicates the ability to search by "diagnosis." (*See also* paragraphs 198-199 of my original report.)

> **Claim 7: The method as defined in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider.**

27.     [Page 43] of Demo 13 shows a list of names of multiple healthcare providers that meet the search query, wherein the list of names includes Dr. Todd K. Rosengart as the "first healthcare provider." (*See also* paragraph 202 of my original report.)

> **Claim 9: The method as defined in claim 7, further comprising:**
>
> **determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; and**
>
> **if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the member healthcare provider on the Web site.**

28.     [Pages 43-82] of Demo 13, i.e., the report on Dr. Todd K. Rosengart, show a variety of items that can be edited or corrected by Dr. Rosengart or his staff, if and only if, he becomes a member of the vitals.com site and thereby gains access to Web pages (not show in this demo) that allow this profile to be edited and enhanced. *See*, for example, the bottom of [page 52] where a purple box asks "Are you Dr. Todd Rosengart? Take control of your Vitals > Create an Account > Sign In." The information regarding "clinical interests" and "research interests" on this case is an example of information that could only come from a healthcare provider who had become a member of the vitals.com site. (*See also* paragraph 210 of my original report.)

> **Claim 14: The method as defined in claim 1, wherein the first healthcare provider is a physician.**

29.     [Page 43] of Demo 13 shows a "first healthcare provider," Dr. Todd K. Rosengart, who is a physician. (*See also* paragraph 211 of my original report.)

> **Claim 15**

30.     As noted in paragraphs 212-219 of my original report, my analysis of Claim 15 and the vitals.com site is nearly identical to my analysis of Claim 1. Therefore the pages of Demo 13 that are relevant to Claim 1 are also relevant to the corresponding elements of Claim 15.

> **Claim 16, part 1: The on-line information system defined in claim 15, wherein:**

*the healthcare provider report is obtained through one or more from the group consisting of: a predetermined Web page that provides search capabilities on its database and a third-party search engine; and*

31.     Demo 13 shows a healthcare provider report, starting on [page 43], being obtained from a predetermined Web page [pages 4-9]. (*See also* paragraph 221 of my original report and my analysis of Claim 5, above.)

*Claim 16, part 2: the search capabilities of the predetermined Web page permit searching based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, and location criteria.*

32.     *See* the above analysis of Claim 6 and also paragraph 226 in my original report.

### Demo 15 (advertisement and hospital hyperlink – Sept. 2013)

33.     The screen captures within the PDF document in Appendix D-7a, from September 2013, show the following sequence of user and Web site actions:

a.  user has requested the vitals.com Web site and the vitals.com server has delivered the home page to the user's browser [pages 1-2].

b.  user searches for Otolaryngologist in Houston, Texas [pages 5-6].

c.  server delivers a page with a list of doctors and, for each doctor, the first page of a report on that doctor [pages 7-9]. Note that the first doctor is a "Featured Doctor" named Benjamin West Cilento. These pages imply that the inclusion of Dr. Cilento is an advertisement with a "Why this ad?" link at the bottom right of the box surrounding Dr. Cilento's information. The fact that Dr. Cilento's specialty is given as "Plastic Surgery" rather than the searched-for specialty of Otolaryngology is an additional indication that the information about Dr. Cilento appears due to a special relationship between vitals.com and Dr. Cilento.

d.  user clicks on Dr. Cilento's name [page 10].

e.  server responds with additional pages of the report on Dr. Cilento [page 12-27].

f.  user clicks on a hyperlink whose text reads "Memorial Hermann Memorial City Hospital" [page 28].

g.  server responds with a pop-up box containing information regarding the selected hospital [page 29]. Note that I verified that this pop-up box will not be displayed without the user's browser having the capability of communicating with Internet servers by loading a page similar to [page 29], disabling the network adapter, and clicking on a similar hospital hyperlink. A box popped up saying "Please wait" rather than providing information about a hospital.

h.  user obtains an additional pop-up box regarding cardiology at this hospital [page 30].

i.  user and server perform similar task for an additional hospital, the "Memorial Hermann The Woodlands Hospital" [pages 32-33].

34.     On September 5, 2013, I conducted a similar search on the vitals.com site and received a similar result, e.g., with an ad for Dr. Cilento's plastic surgery practice at the top of the first page received after entering the search criteria.

35.     Demo 15 satisfies all of the claim elements of the asserted claims as described below. I also incorporate herein the analysis from paragraphs 95-226 and 233-314 of my original report.

### Claim 1

36.     My analysis of Demo 15 and Claim 1 is virtually identical to my analyses of Demo 13 and Demo 14 (discussed infra) with respect to this claim. Therefore I incorporate those analyses here by reference. Demo 15 illustrates the infringement of Claim 1 for the same reasons that Demo 13 and Demo 14 do.

### Claim 4: The method as defined in claim 1, wherein the healthcare provider report includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center.

37.     [Pages 28-29] of Demo 15 show a user clicking on a hyperlink anchored with the text "Memorial Hermann Memorial City Hospital." The server responds with information displayed in a pop-up window regarding the hospital.

38.     [Pages 32-33] show a similar sequence for an additional hospital.

39.     If an item within a Web page can be clicked on to get to an additional page or pop-up, a person of ordinary skill in the art would describe that item as a "hyperlink." According to the report itself, these hospitals are affiliated with Dr. Weber, the subject of the healthcare provider report. (*See also* paragraphs 192-193 of my original report.)

### Claim 5: The method as defined in claim 1, wherein the access to the healthcare provider report is obtained through a predetermined Web page that provides search capabilities for a database comprised of healthcare provider information.

40.     My analysis of Demo 15 and this claim is virtually identical to my analyses of Demo 13 and Demo 14 (discussed infra) with respect to this claim. Therefore I incorporate those analyses here by reference. Demo 15 illustrates the infringement of this claim for the same reasons that Demo 13 and Demo 14 do.

### Claim 6: The method as defined in claim 5, wherein the search capabilities permit a search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria.

41.     My analysis of Demo 15 and this claim is virtually identical to my analyses of Demo 13 and Demo 14 (discussed infra) with respect to this claim. Therefore I incorporate those analyses here by reference. Demo 15 illustrates the infringement of this claim for the same reasons that Demo 13 and Demo 14 do.

> **Claim 7: The method as defined in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider.**

42.     My analysis of Demo 15 and this claim is virtually identical to my analyses of Demo 13 and Demo 14 (discussed infra) with respect to this claim. Therefore I incorporate those analyses here by reference. Demo 15 illustrates the infringement of this claim for the same reasons that Demo 13 and Demo 14 do.

> **Claim 8: The method as defined in claim 7, wherein the results list further includes an advertisement for the first healthcare provider with a hyperlink to information on the first healthcare provider.**

43.     [Page 9] of Demo 15 shows a "results list" with a list of names of doctors that are returned in response to the search query. The box at the top is plainly an "advertisement for the first healthcare provider" because of the "Why this ad?" annotation. [Pages 10-12] show that Dr. Cilento's name within the advertisement is a hyperlink to additional information regarding Dr. Cilento (the "first healthcare provider"). (*See also* paragraphs 204-205 of my original report.)

> **Claim 9: The method as defined in claim 7, further comprising:**
>
> **determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; and**
>
> **if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the member healthcare provider on the Web site.**

44.     [Page 17] of Demo 15 shows that Dr. Cilento has entered a "Personal Statement" into his vitals.com profile. This corresponds to Dr. Cilento being a "member" of vitals.com as well as an advertiser. Therefore

45.     Demo 15 illustrates infringement of Claim 9 for the same reasons as Demo 13, discussed above. (*See also* paragraphs 207-210 of my original report.)

> **Claims 14, 15, and 16**

46.     See my above analysis for Demo 13.

## Demo 14 (Vitals Search by Name -- July 2013)

47.     Demo 14 shows a similar type of search query to that shown in the recorded demonstrations of an earlier version of vitals.com, which I included in my original report and which are now known as Demo 6 (marked as Trial Exhibits 20 (video) and 21 (PDF

screenshots)). Demo 14 shows the same kind of search as Demos 8 and 9, which were recorded in January 2013. The analysis set forth below also applies to Demos 8 and 9. Demo 6 was recorded in July 2012. I also incorporate herein the analysis from paragraphs 95-226 and 233-314 of my original report.

48.     The screen captures within the PDF document in Appendix D-6a, from July 2013, show the following sequence of user and Web site actions:

    a.   user enters the "vitals.com" URL into a Web browser, causing the browser program to request the vitals.com home page, which is returned by the vitals.com server [pages 1-4].

    b.   user searches for a doctor by name and location, looking for "Rosengart" in "Houston, Texas" [pages 5-6].

    c.   server returns a page showing information regarding nine doctors whose last name is "Rosengart," or a variation thereof, and which includes a report on the first healthcare provider, Dr. Todd K. Rosengart [pages 7-10], with other doctors summarized for comparison.

    d.   user clicks on Dr. Todd K. Rosengart's name [pages 11-12].

    e.   server returns additional pages of a report on Dr. Todd K. Rosengart [pages 13-28].

49.     On September 4, 2013, I conducted an identical search on the vitals.com Web site and received virtually identical results.

50.     Demo 14 satisfies all of the claim elements of the asserted claims as described below.

***Claim 1 preamble: A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:***

51.     Every page of Demo 14 corresponds to this portion of the claim. (*See also* paragraphs 95-99 of my original report.)

***Claim 1, Step 1: receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information regarding a first healthcare provider,***

52.     One section of Demo 14 that corresponds to this portion of the claim is shown at [pages 6-7]. (*See also* paragraphs 103 and 106 of my original report.)

***Claim 1, Step 1 continued: wherein the Web server computer comprises at least one computer processor and memory;***

53.     Demo 14 overall suggests that a server with a processor and memory is delivering Web pages to the browser. (*See also* paragraph 110 of my original report.)

**Claim 1, Step 2: accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;**

54.     [Page 7] of Demo 14 includes a "Refine your results" box with an option to restrict search results to "male" or "female" doctors, which shows that the information on the vitals.com server includes "gender." (*See also* paragraph 115 of my original report.) The same page states that Dr. Rosengart has "26 years of experience," indicating that the "years in practice" and "years in profession" items of the claim are included on the vitals.com server. (*See also* paragraph 117 of my original report.) [Page 15] shows "languages." (*See also* paragraph 121 of my original report.) [Page 16] displays "specialties," corresponding to the "specialty information" of the claim element. (*See also* paragraph 113 of my original report.) [Page 20] has a section headlined "Awards & Distinctions" that corresponds to the "awards" and "honors" of the claim element. (*See also* paragraph 118 of my original report.) A subsection on the same page titled "Appointments" corresponds to the "professional appointments" of the claim element. (*See also* paragraph 119 of my original report.) [Page 22] shows a section titled "Publications & Research" that corresponds to the "publications" of the claim element. (*See also* paragraph 120 of my original report.)

55.     Additional evidence cited in Appendix B and in paragraphs 113-125 of my original report demonstrates that the foregoing information is "healthcare provider-verified."

**Claim1, Step 3: compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider,**

56.     Demo 14 includes pages that establish that patients can and do provide information regarding healthcare providers. [Page 17], the "Patient Reviews" section of the report, shows a compiled collection of previously entered patient reviews. The same page has a "Write a Review" button that shows that a Web user can add a new review. (*See also* paragraphs 131-136 of my original report.)

**Claim 1, Step 3 continued: and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients;**

57.     [Page 3] of Demo 14 contains a notice at the bottom of the vitals.com home page that says "MDX Medical, Inc. ('MDX'), the provider of this website …." From this, it is

Case 1:11-cv-00520-RM-BNB Document 626-1 filed 10/31/13 USDC Colorado pg 15 of 30

reasonable to infer that MDx Medical is managing the vitals.com site and thus "providing the service." (*See also* paragraph 139 of my original report.)

> **Claim 1, Step 4: compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;**

58.    [Page 7] of Demo 14 shows a list of only licensed physicians, indicating that vitals.com is "compiling information regarding … licensure." (*See also* paragraph 147 of my original report.) The same page displays "Board certified" for various physicians and includes an option to "Refine your results" by restricting only to Board Certified doctors. This shows that vitals.com is "compiling information regarding … board certification." (*See also* paragraph 146 of my original report.)

59.    [Page 19] of Demo 14 shows that Dr. Rosengart attended Northwestern University, did a residency at New York University, and did a fellowship at Cornell University. Thus it must necessarily be the case that vitals.com is "compiling information regarding … medical school, medical residency, and medical fellowship." (*See also* paragraphs 148-150 of my original report.)

> **Claim 1, Step 5: creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers;**

60.    Demo 14, starting at [page 7] and continuing to the end [page 28], shows a report on Dr. Todd K. Rosengart, the "first healthcare provider." [Page 12] itself shows comparison ratings including four possible stars and whether or not a doctor is an "American's Top Doctor." (*See also* paragraphs 173-175 of my original report). Subsequent pages of the report on Dr. Rosengart show that it is created using healthcare provider-verified information (e.g., the page numbers referenced above for Claim 1, Step 2), patient-provided information (e.g., the page numbers referenced above for Claim 1, Step 2), and "information verified by the independent third-party source" (the page numbers referenced above for Claim 1, Step 4). (*See also* paragraphs 157, 159-161, 163, 173-177 of my original report.) Note that although the claim element does not require display of this information within the report, the fact that the information is displayed demonstrates that it is used to create the report. (*See also* paragraph 165 of my original report.)

61.    Additional evidence cited in Appendix B and in paragraphs 155-170 of my original report demonstrates that the report on Dr. Rosengart is created using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source.

62.     Additional evidence cited in Appendix B and in paragraphs 171-188 of my original report demonstrates that the report on Dr. Rosengart includes comparison ratings of healthcare providers as construed by the Court.

*Claim 1, Step 6: and providing access to the healthcare provider report on the first healthcare provider over a computer network.*

63.     Every page of Demo 14 is a screen capture from a standard Web browser and therefore shows that vitals.com is "providing access … over a computer network." (*See also* paragraph 190 of my original report.)

*Claim 5: The method as defined in claim 1, wherein the access to the healthcare provider report is obtained through a predetermined Web page that provides search capabilities for a database comprised of healthcare provider information*

64.     [Page 3] of Demo 14 shows the vitals.com home page, with a form affording users "search capabilities" as required by this claim. (*See also* paragraph 195 of my original report.)

*Claim 6: The method as defined in claim 5, wherein the search capabilities permit a search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria.*

65.     [Pages 5-6] of Demo 14 show a search by "name" as well as "state" and "city." [Page 7], via the radio buttons within the "Refine your results" box, shows search capabilities based on "gender." The same page shows, within a "Distance" subheading within the "Refine your results" box, a search based on "location criteria" (options include "within a mile," "3 miles," "5 miles," etc.). [Page 3] has a "Condition" option indicating the ability to search by "diagnosis" and a "Specialty" button corresponding to the "medical specialty" of the claim. (*See also* paragraphs 198 and 199 of my original report.)

*Claim 7: The method as defined in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider.*

66.     [Page 7] of Demo 14 shows a results list of names of multiple healthcare providers who meet the search query, which includes the name of Dr. Todd K. Rosengart as the "first healthcare provider" and the names of other potential healthcare providers including "Robert Rosengart," "Jeffrey Rosengarten," "Matthew Rosengart," "Christi Rosengart." (*See also* paragraph 202 of my original report.)

*Claim 9: The method as defined in claim 7, further comprising:*

*determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; and*

*if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the member healthcare provider on the Web site.*

14

67.     [Pages 12-28] of Demo 14, i.e., the report on Dr. Todd K. Rosengart, show a variety of items that can be edited or corrected by Dr. Rosengart or his staff, if and only if, he becomes a member of the vitals.com site and thereby gains access to Web pages (not show in this demo) that allow this profile to be edited and enhanced. See my analysis of Claim 9 and Demo 13.

68.     See also paragraph 210 of my original report.

**Claim 14: The method as defined in claim 1, wherein the first healthcare provider is a physician.**

69.     [Page 7] of Demo 14 shows a "first healthcare provider," Dr. Todd K. Rosengart, who is a physician. (*See also* paragraph 211 of my original report.)

**Claim 15**

70.     As noted in paragraphs 212-219 of my original report, my analysis of Claim 15 and the vitals.com site is nearly identical to my analysis of Claim 1. Therefore the pages of Demo 14 that are relevant to Claim 1 are also relevant to the corresponding elements of Claim 15.

**Claim 16, part 1: The on-line information system defined in claim 15, wherein:**

**the healthcare provider report is obtained through one or more from the group consisting of: a predetermined Web page that provides search capabilities on its database and a third-party search engine; and**

71.     Demo 14 shows a healthcare provider report, starting on [page 12], being obtained from a predetermined Web page [pages 4-6]. (*See also* paragraph 221 of my original report and my analysis of Claim 5, above.)

**Claim 16, part 2: the search capabilities of the predetermined Web page permit searching based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, and location criteria.**

72.     See the above analysis of Claim 6 and also paragraph 226 in my original report.

## ITRIAGEHEALTH.COM PRACTICED THE CLAIMED INVENTION

### Demo 17 (itriagehealth.com -- March 2013)

73.     iTriagehealth.com infringes the asserted claims for the same reasons that vitals.com infringes the asserted claims. Additionally, the iTriage applications infringe the asserted claims as described herein and in my original report. I also incorporate herein the analysis from paragraphs 95-226 and 233-314 of my original report.

74.     The screen captures within the PDF document in Appendix D-9a, from March 2013, show the following sequence of user and Web site actions:

a.   user requests the itriagehealth.com Web site and the server returns the home page [pages 2-3].

b.   user clicks on the "doctors" button on the left side of the screen [page 4].

c.   user informs the itriagehealth.com site that his or her location is Denver, Colorado [pages 6-7].

d.   user scrolls through a list of available specialties [pages 8-24].

e.   user selects Family Practice from among the "Common Specialties" [page 26] and the server returns a column of sub-specialties [page 27].

f.   user selects "All Family Practice" and the server returns a column listing doctors [pages 28-29].

g.   server populates the list of doctors with star ratings [page 30].

h.   user clicks on the first healthcare provider, Dr. Leopold, and an additional page of her report appears at right [pages 31-32].

i.   user clicks on a link to www.creeksidefamilymedicine.org from within the report on Dr. Leopold [page 43].

j.   server returns a page, rendered in a new browser tab, from the creeksidefamilymedicine.org server [page 45].

k.   user clicks on a second healthcare provider, Dr. Wegleitner, and the itriagehealth.com server returns additional pages of a report on Dr. Wegleitner [pages 50-53].

l.   user clicks on a third healthcare provider, Dr. Adolf, and the server returns additional pages of a report on Dr. Adolf [pages 54-55].

m.   user clicks on "Spine Surgery" and receives a report on Dr. Evalina Burger, the first healthcare provider, with comparison star ratings for Dr. Burger and other potential doctors [page 65].

n.   user clicks on the first page of Dr. Burger's report and the server responds with an additional page on Dr. Burger [pages 67-71].

o.   user clicks on the first page of Dr. Jens-Peter Witt's report and the server responds with an additional page on Dr. Witt [pages 73-75].

p.   user selects "All Rheumatology" and receives a report on Dr. Sarah V. Bull with star ratings comparing her to other potential doctors [pages 78-79].

q.   user clicks on the first page of Dr. Bull's report and receives an additional page of the report on Dr. Bull [page 80].

r.   user clicks on the first page of Dr. Ghincea's report and receives an additional page of the report on Dr. Ghincea [page 85].

s.   user clicks on "All Ear, Nose and Throat" and receives a report on Dr. Poznanovic, with star ratings comparing her to other potential doctors within the same specialty [pages 87-88].

t.   user clicks on the first page of Dr. Poznanovic's report, and the server returns an additional page of that report [pages 90-92].

u.   user clicks on "sleep medicine" and receives a report on Dr. Jessica Litwin, with comparison ratings for Dr. Litwin and other potential doctors [pages 94-96].

v.   user changes the location to "Parker, Colorado" [pages 99-101].

w.   server returns a report on Dr. Neale R. Lange with star ratings comparing him to other potential doctors [page 102].

x.   user clicks on the first page of Dr. Lange's report and receives an additional page of the report [page 103].

y.   user clicks on the "Distance" button and receives a list of sleep medicine doctors, but ordered differently than on the previous pages, where they were ordered by "Featured" [pages 104-105].

z.   user clicks on the "Rating" button and receives a list of sleep medicine doctors in a yet different order [pages 107-109].

aa.  user clicks on the first page of Dr. Joseph Forrester's report and receives an additional page on Dr. Forrester that is sparse in detail but offers a section headlined "Are you this physician" in which it is possible to "Buy a Premier Listing" or "Edit This Listing" [page 111].

bb.  user changes the location to "Aurora, Colorado" [pages 113-116].

cc.  user clicks on "plastic surgery" and then "all plastic surgery" and receives a report on Dr. Joyce Aycock, with comparison ratings for Dr. Tirre and other potential doctors, ordered by "Featured," and star ratings next to each physician [pages 117-123].

75.   Below is a claim-by-claim analysis of Demo 17 and the '060 Patent. For purposes of the method Claim 1 and those asserted claims that depend from Claim 1, I am informed that under *Akamai Techs., Inc. v. Limelight Networks, Inc.*, 692 F.3d 1301, 1305 (Fed. Cir. Aug. 31, 2012) (*en banc*), for the purpose of proving direct infringement to support indirect infringement, that it is sufficient for Health Grades to show that between MDx and Aetna all of the method steps are performed.

76.     The iTriage applications set forth in my original report are very similar to the iTriage Web site and use the same database to create the physician report.  Thus my analysis set forth herein applies to them as well, particularly with regard to the new rule of *Akamai*.

77.     Demo 17 satisfies all of the claim elements of the asserted claims as described below.

**Claim 1 preamble: *A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:***

78.     Every page of Demo 17 corresponds to this portion of the claim – Aetna practiced this method by making and using the iTriage applications and Web site shown in Demo 17 and the screenshots discussed in my original report. (*See also* paragraph 234-236 of my original report.)

**Claim 1, Step 1: *receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information regarding a first healthcare provider,***

79.     Any time a user clicks on a specialty or subspecialty or "feature," "distance," or "rating," the iTriage Web server receives a request for information on a first healthcare provider as shown at [pages 28, 65, 78, 87, 94, 100, 103, and 107-108] of Demo 17. (*See also* paragraph 238 of my original report.)

**Claim 1, Step 1 continued: *wherein the Web server computer comprises at least one computer processor and memory;***

80.     All conventional Web servers contain at least one processor and memory. (*See* paragraph 243 of my original report.)

**Claim 1, Step 2: *accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;***

81.     MDx accesses the claimed physician-verified information as described paragraphs 245, 247-251 of my original report.

82.     Aetna accessed the following fields of data from MDx:     REDACTED

(*See* Statement of Work at ¶1.1; Exhibit A to Statement of Work (MDX 0104403).) MDx received this information from doctors and it was verified by doctors as explained in paragraphs 247-251 of my original report.

18

83.     Additionally, Aetna can receive information directly from physicians through its premier listings and the editing capabilities of iTriage described above. (*See also* paragraphs 248-251 of my original report and pages 74-75 of the Supplemental iTriage Claim Chart (Appendix H).)

84.     Regardless of whether Aetna accessed this information from MDx or not, at least some of it must have originally come from physicians themselves (e.g., medical philosophy, hobbies, languages spoken). For example, Dr. Leopold's report [page 32] states: "Dr. Leopold believes in providing her patients with the tools and education they need to proactively care for themselves to obtain and maintain a healthy lifestyle. In her spare time, she enjoys photography as well as biking and hiking with her family and the Colorado Mountain Club." This is personal information that must have come from Dr. Leopold.

85.     The iTriage Web site uses the same data licensed from MDx as the iTriage applications, and therefore the fields discussed in paragraph 245 of my original report correspond to those of the claim element.

86.     Additionally, as noted above, many pages within Demo 17 show "specialty information" as required by this claim step. These pages include [page 31] ("Family Practice" underneath Dr. Leopold's name) and [page 67] ("Spine Surgery and Orthopedic Surgery" underneath Dr. Burger's name). [Page 31] shows statements, under "Additional Comments," that correspond to the "medical philosophy" of this claim step. [Page 67] shows a report with "Clinical Interest" and "Care Philosophy" that correspond to "medical philosophy." The same page shows the "professional memberships" of this claim step, "awards," and "honors." [Pages 73-75] show a similar report.

**Claim 1, Step 3: compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients;**

87.     MDx performs this method step. It compiles patient provided information regarding healthcare providers including patient ratings from one or more past or current patients of particular healthcare providers. MDx compiles patient-provided information from a vitals.com on-line patient-experience survey as described in this supplemental report and my original expert report. MDx admits that it manages vitals.com and that vitals.com is a service for connecting healthcare providers with potential patients. (*See* paragraph 253 of my original report.)

88.     <span style="color:red">REDACTED</span>

(*See* Statement of Work at ¶1.1; Exhibit A to Statement of Work (MDX 0104403).) However, to the extent that iTriage does not literally infringe this element because the online survey is hosted by MDx, the licensor of Aetna, it infringes under the doctrine of equivalents because it performs substantially the same function in

substantially the same way to obtain the same result. Although iTriage does not directly have a patient experience survey, it encouraged the patients to visit vitals.com to rate a doctor, which ratings are then transferred to Aetna and then displayed in iTriage.

> **Claim 1, Step 4: compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;**

89.     MDx compiles information regarding the first healthcare provider verified by an independent third-party source as claimed and as described in paragraphs 258-259 of my original report.

90.     Aetna compiled data that included, *inter alia*: REDACTED

(*See* MDx-Aetna Agreement, at MDX0104403.) Aetna compiled this information REDACTED . In other words, MDx licenses to Aetna every category of data listed in this claim element. The data Aetna licensed from MDx is verified by MDx and third parties as described in paragraphs 258-259 of my original report.  Additionally, Aetna verifies it by placing on its Web site, which it touts as being accurate and relevant. (*See also* [pages 73-75].)

> **Claim 1, Step 5: creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers;**

91.     iTriage used the data it licensed from MDx (described above) to create healthcare provider reports on specific healthcare providers. For example, REDACTED
(*See* Statement of Work at ¶1.1 (emphasis added) (Dkt. 486-1).) REDACTED

92.     Generally, the pages within Demo 17 that show all of a report on a first doctor will indicate that this claim step has been met. This claim element does not require that all of the physician-verified information, the patient ratings, and the third party verified information be used to create the report, and does not require that all this information be displayed in the report as described in paragraphs 261-300 of my original report.

93.     As an example, [pages 48-49] show a first healthcare provider report on the first healthcare provider (Dr. Lori Leopold in this example) that was created using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source described above. These pages show physician-verified information (medical philosophy, hobbies, and specialty), and information verified by a third party (medical school, medical residency, and board certification). (*See also* paragraphs 261-300

of my original report.) Although displaying the foregoing information shows that it was used to create the report, other information was also used (such as ratings from individual patients and licensure information) even though it is not directly displayed.

94.     The report of Dr. Leopold and other reports on first healthcare providers shown in [pages 67-71, 80, 82, 90-92, 102, 105, 109, 120] of Demo 17 include comparison ratings of the first healthcare provider and other potential healthcare providers.  For example, [page 48] shows that Dr. Leopold has 3 stars (out of 4), Dr. Wegleitner has 3.5 stars, and Dr. Adolf has 2.25 stars.

***Claim 1, Step 6: and providing access to the healthcare provider report on the first healthcare provider over a computer network.***

95.     Demo 17 shows that the Web browser is connecting over the Internet to receive the Web pages rendered, thus access has been obtained over a computer network. (*See also* paragraph 302 of my original report. Note as well that Paragraph 302 contains an error. I meant to write that "Sitting at home with a mobile device, for example, …." rather than "Sitting at my home computer, for example, ....")

***Claim 4: The method as defined in claim 1, wherein the healthcare provider report includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center.***

96.     iTriage infringes this element. The "hyperlink" required by the claim is literally an HTML hyperlink to www.creeksidefamilymedicine.org within the healthcare provider report on Dr. Leopold. *See* [pages 43 and 45] of Demo 17. (*See also* paragraph 303 of my original report.)

***Claim 5: The method as defined in claim 1, wherein the access to the healthcare provider report is obtained through a predetermined Web page that provides search capabilities for a database comprised of healthcare provider information***

97.     Many of the pages within Demo 17 illustrate the infringement of this claim. For example, [pages 4-24] of Demo 17 in which searches are performed after the user clicks on the "doctors" button (the page resulting from that click is the "predetermined Web page" of the claim). (*See* the unnumbered paragraph between paragraphs 303 and 304 of my original report.)

***Claim 6: The method as defined in claim 5, wherein the search capabilities permit a search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria.***

98.     [Page 8] of Demo 17 shows that it is possible to search by "medical specialty" as required by this claim. [Page 6] shows that it is possible to search by "city" and "state." [Page 103] shows that it is possible to retrieve doctors by distance, which is a "location criteria." (*See also* paragraph 304 of my original report.)

***Claim 7: The method as defined in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider.***

21

99.     [Page 29] of Demo 17 includes a list of names of healthcare providers that meet the search query and that includes the name of Dr. Lori A. Leopold, who in this example, is the first healthcare provider. (*See also* paragraph 305 of my original report.)

**Claim 9: The method as defined in claim 7, further comprising:**

**determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; and**

**if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the member healthcare provider on the Web site.**

100.     [Page 72] of Demo 17 is a good example of this claim being infringed. The top five doctors are on the "featured" list, and are therefore members, and the first pages of their respective reports are shown with a blue background, which is an enhanced service. Subsequent doctors have their information on a white background. (*See also* paragraph 306 of my original report.)

**Claim 14: The method as defined in claim 1, wherein the first healthcare provider is a physician.**

101.     [Page 72] is an example of a page within Demo 17 that infringes Claim 14. Dr. Burger is a physician, which is a kind of healthcare provider. (*See also* paragraph 309 of my original report.)

**Claim 15**

102.     My analysis of Claim 15 and iTriage is nearly identical to my analysis of Claim 1, except for the fourth element which is addressed below.

**compile patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by a company providing a service for connecting healthcare providers with the potential patients;**

103.     This claim does not require that the same company (i.e., Aetna) that provides the information service at issue (i.e., iTriage) also manage the Web site from which the patient ratings are received. Rather, it requires only that the ratings come from a Web site managed by a company that provides an information service. As discussed above, the patient-ratings compiled by iTriage come from vitals.com, which is managed by MDx, and MDx provides an information service for connecting patients with potential healthcare providers.  Otherwise, the analysis is the same as discussed with reference to claim 1, step 3.

**Claim 16, part 1: The on-line information system defined in claim 15, wherein:**

*the healthcare provider report is obtained through one or more from the group consisting of: a predetermined Web page that provides search capabilities on its database and a third-party search engine; and*

104.    Demo 17 shows a healthcare provider report, starting on [page 32], being obtained from a predetermined Web page [pages 7-28]. See my analysis of Claim 5, above.

*Claim 16, part 2: the search capabilities of the predetermined Web page permit searching based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, and location criteria.*

105.    See the above analysis of Claim 6.

## HEALTH GRADES CONTINUES TO PRACTICE THE CLAIMED INVENTION

### Demo 16 (healthgrades.com -- August 2013)

106.    In my September 17, 2012 Rebuttal Report I gave the opinion that healthgrades.com practices the claimed invention. (*See* paragraph 142.) Based on my review of Demo 16 and the supplemental claim charts recently served by Health Grades on MDx, it is my opinion that Health Grades continues to practice the claimed invention. I agree with, adopt, and incorporate this claim chart and analysis into my report. I also incorporate herein the analysis from paragraphs 95-226 and 233-314of my original report.

107.    Healthgrades.com practices the asserted claims for the same reasons that vitals.com infringes the asserted claims as described herein and in my original report.

108.    The screen captures within the PDF document in Appendix D-8a, from August 2013, show the following sequence of user and Web site actions:

a.  user requests the healthgrades.com Web site and the server returns the home page [pages 5-6].

b.  user requests a search for a "Cardiothoracic Surgeon" in "Stony Brook, NY" [pages 7-12].

c.  server returns a results list and a first page of a report on Dr. Todd K. Rosengart [pages 13-22] with some other potential physicians summarized for comparison, e.g., Dr. Allison McLarty.

d.  user clicks on Dr. Rosengart's name to learn more about this doctor [page 23].

e.  server returns additional pages of the report on Dr. Rosengart [pages 24-46]. Note that this is broken up into sections titled "Overview," "Background," "Hospital Quality," "Patient Satisfaction," and "Appointments and Offices."

f.  user clicks on the "Take the Survey" button within the "Patient Satisfaction" section of the report on Dr. Rosengart [page 47].

g.   user fills out a survey form and then clicks "Submit Survey" [pages 48-64].

h.   user views the "Appointments and Offices" section of the report [pages 65-67].

109.    I visited the healthgrades.com site on September 6, 2013, and searched for "Cardiothoracic Surgeon" in "Stony Brook, NY" and had a very similar experience.

110.    Healthgrades.com practices the claimed invention for the same reasons that vitals.com practices the claimed invention as described above, in my original report, and in the healthgrades.com claim charts disclosed in connection with Health Grades' infringement contentions.

111.    Demo 16 satisfies all of the claim elements of the asserted claims as described below.

**Claim 1 preamble: A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:**

112.    Every page of Demo 16 corresponds to this portion of the claim. The pages were captured from a standard Web browser, which must necessarily be "computer-implemented" and receive pages from a standard Web server, which is also "computer-implemented." [Page 6] shows that the starting menu of the site offers users the ability to "find doctors," "find dentists," and "find hospitals." Generally speaking all three of these are "healthcare providers." The same page, near the top-center, has a "Log In or Sign Up" area for users, who are divided into two categories: "Patients"; "Doctors." From this, it is reasonable to infer that the service is targeted to potential patients. (*See also* paragraph 96 of my original report.)

**Claim 1, Step 1: receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information regarding a first healthcare provider,**

113.    The section of Demo 16 that corresponds to this portion of the claim is shown on [pages 11-12]. (*See also* paragraphs 104-105, 107 of my original report.)

**Claim 1, Step 1 continued: wherein the Web server computer comprises at least one computer processor and memory;**

114.    Demo 16 overall suggests that a server with a processor and memory is delivering pages to the browser. (*See also* the first sentence of paragraph 110 of my original report.)

**Claim 1, Step 2: accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;**

24

115.     [Page 12] of Demo 16 includes checkboxes with options to restrict search results to "male" or "female" doctors, which shows that the information on the healthgrades.com server includes "gender." The same page states that Dr. Rosengart has "30 years of practice" indicating that the "years in practice" and "years in profession" items of the claim are included on the server. [Page 23] displays a "View all 2 specialties" hyperlink, corresponding to the "specialty information" of the claim element. [Page 35] shows "languages." The same page has a section headlined "Awards & Distinctions" that corresponds to the "awards" and "honors" of the claim element. [Page 31] includes some annotation indicating that a doctor may "log in to the physician portal to update [his/her] profile." This feature corresponds to the "provider-verified" requirement of this claim element. (*See also* paragraphs 122, 127-128 of my original report.)

> **Claim 1, Step 3: compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider,**

116.     Demo 16 includes pages that establish that patients can and do provide information regarding healthcare providers. The "Patient Satisfaction" section of the report, displayed on [Page 42], shows a compiled collection of previously entered patient reviews. The same page has a "Take the Survey" button that shows that a Web user can add "patient-provided information" as required by the claim element. [Pages 46-63] show a user actually filling out a survey. (*See also* paragraphs 130-131 of my original report.)

> **Claim 1, Step 3 continued: and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients;**

117.     [Page 5] of Demo 16 contains a notice at the bottom reading "Copyright 2013 Health Grades, Inc." from which it is reasonable to infer that Health Grades is managing this site. See paragraph 139-142 of my original report.

> **Claim 1, Step 4: compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;**

118.     [Page 12] of Demo 16 shows a list only of licensed physicians, indicating that healthgrades.com is "compiling information regarding … licensure." The same page has a checkbox option to limit results to "Board Certified," which shows that healthgrades.com is "compiling information regarding … board certification." Also see [Page 25] where Dr. Rosengart is described as being "Board Certified."

119.     [Page 34] of Demo 16 shows a "Background Check for Dr. Rosengart" with a count of the number of "Sanctions" and "Board Actions," corresponding to the "disciplinary action information" of the claim element.

120.     [Page 35] of Demo 16 shows that Dr. Rosengart attended Northwestern University. Thus it must necessarily be the case that healthgrades.com is "compiling information regarding … medical school."

121.     *See also* paragraphs 144-145, 153 of my original report.

**Claim 1, Step 5: creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers;**

122.     Demo 16, starting at [page 22] and continuing to [page 67], shows a report on Dr. Todd K. Rosengart, the "first healthcare provider." [Page 22] itself shows comparison ratings including five possible stars for "patient satisfaction," and a ranking by "Best Match" to the criteria specified above via checkboxes. Subsequent pages of the report on Dr. Rosengart show healthcare provider-verified information (e.g., the page numbers referenced above for Claim 1, Step 2), patient-provided information (e.g., the page numbers referenced above for Claim 1, Step 2), and "information verified by the independent third-party source" (the page numbers referenced above for Claim 1, Step 4). (*See also* paragraphs 158-186 of my original report.)

**Claim 1, Step 6: and providing access to the healthcare provider report on the first healthcare provider over a computer network.**

123.     Every page of Demo 16 is a screen capture from a standard Web browser and therefore shows that vitals.com is "providing access ... over a computer network."

**Claim 5: The method as defined in claim 1, wherein the access to the healthcare provider report is obtained through a predetermined Web page that provides search capabilities for a database comprised of healthcare provider information**

124.     [Page 10] of Demo 16 shows the healthgrades.com home page, with a form affording users "search capabilities" as required by this claim.

**Claim 6: The method as defined in claim 5, wherein the search capabilities permit a search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria.**

125.     [Pages 11-12] of Demo 16 show a search by "medical specialty" as well as "state" and "city." [Page 12], via the checkboxes at top right, shows search capabilities based on "gender." The same page shows, underneath a "Distance" heading, a search based on "location criteria" (options include "within 25 miles," "within 50 miles," etc.). [Page 6] shows a form into which, though it is not explicitly annotated, it is possible to type in a procedure such as "gastric bypass" and find doctors who perform that procedure.

**Claim 7: The method as defined in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider.**

126.    [Page 12] of Demo 16 shows a results list of names of multiple healthcare providers that match the search query, wherein the list of names includes Dr. Todd K. Rosengart as the "first healthcare provider."

*Claim 9: The method as defined in claim 7, further comprising:*

*determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; and*

*if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the member healthcare provider on the Web site.*

127.    [Pages 22-67] of Demo 16, i.e., the report on Dr. Todd K. Rosengart, show a variety of items that can be edited or corrected by Dr. Rosengart or his staff, if and only if, he becomes a member of the healthgrades.com site and thereby gains access to Web pages (not show in this demo) that allow this profile to be edited and enhanced. [Page 32] explains that "If you're Dr. Rosengart and would like to add procedures, please log in to the physician portal to update your profile."

*Claim 14: The method as defined in claim 1, wherein the first healthcare provider is a physician.*

128.    [Page 12] of Demo 16 shows a "first healthcare provider," Dr. Todd K. Rosengart, who is a physician.

*Claim 15*

129.    See my analysis of the corresponding elements of Claim 1 and Demo 16.

*Claim 16, part 1: The on-line information system defined in claim 15, wherein:*

*the healthcare provider report is obtained through one or more from the group consisting of: a predetermined Web page that provides search capabilities on its database and a third-party search engine; and*

130.    Demo 16 shows a healthcare provider report, starting on [page 12], being obtained from a predetermined Web page [pages 5-11]. See my analysis of Claim 5, above.

*Claim 16, part 2: the search capabilities of the predetermined Web page permit searching based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, and location criteria.*

131.    See my analysis of Claim 6, above.

**Trial Exhibits**

132.    I reserve the right to use demonstrative exhibits at trial if necessary to explain my analysis.

Case No. 1:11-cv-00520-RM-NYW   Document 630-1   filed 10/31/13   USDC Colorado   pg 30
of 30
Case 1:11-cv-00520-RM-BNB   Document 626-13   Filed 10/17/13   USDC Colorado   Page 29 of
29

**Reservation of Rights**

133.    My opinions are based on the information that I have considered to date. I reserve
the right to supplement or amend my opinion given new discovery, testimony heard at trial, and
information from opposing experts.  In addition, I may be asked to testify in rebuttal to issues
and opinions raised by other experts or fact witnesses.

Signed:

Philip Greenspun, Ph.D.

Date: September 9, 2013