IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## PARTIES' JOINT MOTION FOR ONE DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING

Plaintiff Health Grades, Inc. ("Health Grades"), and Defendant MDx Medical, Inc. d/b/a Vitals.com ("MDx")(collectively, the "Parties"), by their respective undersigned counsel, pursuant to D.C.Colo.LCivR 6.1(C) and (D), respectfully submit their Joint Motion for One Day Extension of Time to File Supplemental Briefing:

### Conferral pursuant to D.C.Colo.LCivR 7.1(A)

Undersigned counsel have conferred with each other regarding the one day extension to file the parties' respective supplemental briefs, and have agreed to the one day extension.  MDx would have preferred filing by 9:30 PM EST on November 1, 2013, but does not oppose the one day extension.

### JOINT MOTION

1.    At the hearing on Friday, October 25, 2013, the Court asked that the parties submit additional briefing on certain issues by Friday, November 1, 2013.  The parties have worked diligently to complete their respective supplemental briefing.  The parties have also conferred regarding the necessity that their respective briefs be filed at the same time, so that

2004468167_1

neither party has an unfair advantage by including argument responding to the other party's supplemental arguments before filing its own brief.

2. The parties had discussed filing their respective briefs at 9:30 PM EST, 7:30 PM EST on November 1, 2013. However, undersigned counsel for Health Grades has been in Phoenix, Arizona, on other business all day and had limited availability. Additionally, the undersigned's office computer system is scheduled to be off-line beginning at 8:00 PM on November 1, 2013, which may preclude filing if last-minute revisions to the briefing are necessary.

3. The Parties have not previously sought an extension for filing their respective supplemental briefs. Copies of this motion will simultaneously be served on Health Grades and MDx by their respective undersigned counsel.

WHEREFORE, for good cause shown, the Parties jointly and respectfully request that the Court grant their Motion and allow them through Monday, November 4, 2013, to file their respective supplemental briefs.

Respectfully submitted November 1, 2013.

LEWIS ROCA ROTHGERBER LLP

*s/ Kris J. Kostolansky, Esq.*
Kris J. Kostolansky, Esq.
Gregory B. Kanan, Esq.
Jesús M. Vázquez, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: kkosto@lrrlaw.com
           jvazquez@lrrlaw.com
           gkanan@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*


SILLS CUMMIS & GROSS P.C.

*s/ Scott D. Stimpson, Esq.*
Scott David Stimpson
David Chunyi Lee
One Rockefeller Plaza, 25th Floor
New York, NY  10020
Tel:  (212) 500-1550
Fax:  (212) 643-6500
Email:  sstimpson@sillscummis.com
            dlee@sillscummis.com

*Attorneys for Defendant/Counterclaimant MDx Medical, Inc. d/b/a Vitals.com.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2013, I electronically filed the foregoing **PARTIES' JOINT MOTION FOR ONE DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-email addresses:

Scott David Stimpson
David Chunyi Lee
Scott B. Murray
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY 10112
Email: sstimpson@sillscummis.com
Email: mrosenberg@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: ridley@wtotrial.com

*s/ Kris J. Kostolansky, Esq.*
Kris J. Kostolansky, Esq.

4

2004468167_1