IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**HEALTH GRADES' REPLY IN SUPPORT OF ITS
MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS BASED
ON THE NEW VITALS AND ITRIAGE WEBSITES AND OTHER RECENT
DEVELOPMENTS [DOC. #611]**

## I.    INTRODUCTION

Health Grades, Inc. ("Health Grades"), by its undersigned counsel, replies to MDX Medical, Inc.'s ("MDx") Opposition [Doc. #630] to Health Grades' Motion for Leave to Amend Its Infringement Contentions [Doc. #611].

MDx opposes *only* one paragraph of Health Grades' proposed amendment -- it objects to Health Grades' characterization of the Compassionate Doctor Award as a "comparison rating" as set forth in the claims.  This amendment should be allowed because MDx changed the way it displayed this particular award in 2013 -- the new display meets the Court's definition of "comparison ratings," while the old display did not. Therefore, Health Grades could not have asserted this particular infringement contention any earlier.

Health Grades' motion to amend its infringement contentions should be granted in its entirety.

1

II.     **REPLY: There is Good Cause to Amend the Infringement Contentions Relating to the New Display of the Compassionate Doctor Award**

The following screenshot taken from www.vitals.com in July 2013 shows both of the ways that MDx displays the Compassionate Doctor award:



The "new display" depicts the Compassionate Doctor award as a rating of Dr. Rosengart that is included within the report on Dr. Rosengart along with ratings of other potential doctors (see, e.g., pp. 97-100 of the Supplemental Claim Chart on Vitals.com (Ex. 1 to the Motion)) and thus permits Dr. Rosengart to be compared against the other potential doctors. The "old display"

2

listed this award in a factual way. Thus, Health Grades did not assert that the "old display" met the comparison *ratings* claim element.

Further, there is good cause to add the contention relating to the "new display" because it is new. Although Health Grades sought discovery from MDx regarding the accused features of vitals.com (which included the physician awards), MDx did not notify Health Grades that it had added the new display type to vitals.com. Health Grades found out about this change through its own investigation in July 2013. Vitals.com did not have the new display in July 2012, when Health Grades last amended its infringement contentions. *See*, for example, the following screenshot that was taken from a vitals.com report on the same doctor in July 2012, which includes only the "old display":



As such, this Court should grant Health Grades motion to amend its infringement contentions to assert that the new display of the Compassionate Doctor award meets the comparison ratings claim element.

### III.  CONCLUSION

Because Health Grades has good cause to amend its Infringement Contentions, Health Grades respectfully requests that this Court grant this motion for leave to amend.

4

Dated: November 4, 2013                         LEWIS ROCA ROTHGERBER LLP

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202
Tel: (303) 623-9000
Email: gkanan@lrrlaw.com
kkosto@lrrlaw.com
jvazquez@lrrlaw.com

*Attorneys for Plaintiff Health Grades, Inc*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2013, I electronically filed the foregoing **HEALTH GRADES' REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS BASED ON THE NEW VITALS AND ITRIAGE WEBSITES AND OTHER RECENT DEVELOPMENTS [DOC. #611]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
David Chunyi Lee
Sills Cummis & Gross P.C.-New York
30 Rockefeller Plaza
New York, NY 10112
Email: sstimpson@sillscummis.com
Email: smurray@sillscummis.com
Email: dlee@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: ridley@wtotrial.com

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Lewis Roca Rothgerber, LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel: (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@lrrlaw.com
kkostolansky@lrrlaw.com
jvazquez@lrrlaw.com
*Attorneys for Plaintiff Health Grades, Inc.*

6