**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR A THREE-DAY EXTENSION
OF TIME TO FILE A MOTION TO RESTRICT ACCESS TO
DOCUMENT NOS. 632, ET SEQ.**

---

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, respectfully submits its Unopposed Motion for a Three-Day Extension of Time to File a Motion to Restrict Access to Document Nos. 632, et seq.

**Conferral Pursuant to *D.C.Colo.LCivR* 7.1**

    Pursuant to *D.C.COLO.L.CivR* 7.1(A), the Parties conferred on November 4, 2013, and counsel for Health Grades, Inc. ("Health Grades") has indicated that Health Grades does not oppose this motion and the relief requested herein.

**Motion**

    1.    On October 21, 2013, Health Grades filed its Motion for Sanctions for MDx's Failure to Comply with Court-ordered Discovery. Dkt. Nos. 632, et seq. Health Grades filed the motion and several of the corresponding exhibits, Dkt. Nos. 632, 632-1, 632-2, 632-3, 632-4,

1

632-5 and 632-6, as restricted documents, given that the documents reference and contain highly confidential MDx information.

2. Pursuant to *D.C.Colo.LCivR* 7.2(D), MDx's motion to restrict access to the motion for sanctions and exhibits referenced above is due by today, November 4, 2013.

3. Today, counsel for the parties conferred by e-mail regarding MDx's motion to restrict, and MDx requested the relief sought herein. Counsel for MDx believe that MDx will likely be able file an unopposed motion to restrict regarding Dkt. Nos. 632 et seq., however, MDx's counsel needs additional time to review the documents in question and to confer with Health Grades' counsel in an effort to eliminate any issues regarding the motion to restrict. In light of the parties' recent motion filings and other submissions, MDx's effort to produce supplemental discovery, and MDx's lead counsel being in Asia all of last week (and still in Asia), counsel has not been able to complete their review and conferral regarding the motion to restrict concerning Dkt. Nos. 632, et seq. However, counsel will complete their review and conferral within the short, extended time requested herein.

4. Good cause exists for the brief, unopposed extension requested by MDx. This is a complex patent case with numerous issues in dispute, regarding both factual and expert issues, that have become the basis for summary judgment motions. The parties have heeded the Court's admonition to limit the exhibits and submissions regarding such motions, but such disputed issues have still required the submission of numerous, excerpted exhibits. Counsel for the parties conferred by e-mail today and agreed that the additional, short extension requested herein would allow them to complete their review and conferral in anticipation of MDx filing its motion to restrict access by Thursday, November 7, 2013.

5. MDx has not previously sought an extension for filing a motion to restrict access to document nos. 632, et seq. In accordance with *D.C.COLO.L.CivR* 6.1(E), a copy of this motion will simultaneously be served on MDx by MDx's counsel.

## Conclusion

For the foregoing reasons, MDx requests that this Court grant this unopposed motion for a three-day extension of time to file a motion to restrict access to document numbers 632, et seq., and maintain the restrictions on these documents until MDx files said motion.

Dated: November 4, 2013                                  Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Scott B. Murray
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:smurray@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel: (303) 244-1800
Fax: (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR A THREE-DAY EXTENSION OF TIME TO FILE A MOTION TO RESTRICT ACCESS TO DOCUMENT NOS. 632, ET SEQ.** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- Gregory B. Kanan
  gkanan@lrrlaw.com

- Kris John Kostolansky
  kkosto@lrrlaw.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com, vferraro@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                 *s:/Vincent M. Ferraro*