Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S SUPPLEMENTAL BRIEF IN RESPONSE TO MDx's SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT [DOC. #195]**

---

# Exhibit B

**Hearing Exhibit 36: Demonstration of Specialty Search**
(Cardiothoracic Surgeons in Houston, TX)









vitals

## Opioid Dependence Doctors

☆ TurnToHelp.com

Find a doctor who can prescribe a private, in-office treatment.

Refine your results

**Distance**
- Within a mile
- 5 miles
- 15 miles
- 50 miles
- Any distance

**Average Wait Time**
Any

**Gender**
- Male
- Female
- Either gender

**Qualifications**
- Board Certified
- Education

**Years Experience**
No minimum

**Other Languages**
- Select -

**Ratings**

**Awards**

Showing 1-10 of 103 results

**Charles C Fraser Jr, MD**
Thoracic Surgery
(Cardiothoracic/Vascular Surgery)
6621 Fannin St
Houston, TX 77030

25 years experience
- America's Top Doctor
- 4 face ratings
- Board Certified

**Matthias H Loebe, MD**
Thoracic Surgery
(Cardiothoracic/Vascular Surgery)
6411 Fannin
Houston, TX 77030

22 years experience
- Compassionate Doctor
- 4 star hospital
- Board Certified

**William E Cohn, MD**
Thoracic Surgery
(Cardiothoracic/Vascular Surgery)
Texas Heart Institute
6770 Bertner St
Houston, TX 77030

23 years experience
- Patients' Choice Award
- 4 star hospital
- Board Certified

**Jeffrey S Heinle, MD**
Congenital Cardiac Surgery
Texas Children's Hospital
6621 Fannin St
Houston, TX 77030

22 years experience
- Top Doctor
- 4 star hospital
- Board Certified

**Alan B Lumsden, MD**
Thoracic Surgery
(Cardiothoracic/Vascular

27 years experience
- America's Top Doctor

### Local Doctors & Surgeons

Find Local Physicians & Surgeons Quickly, Family Practioners
**Join Cigna MD**

**PVMC Find a Doctor**
Over 120 Physicians 35 Specialties Your New Doctor is in Brighton CA

**EKG of Parker**
Board Certified Otolaryngologist
Scalp and Chronic

### Be prepared –

High Cholesterol Education
Find out about getting screened and lowering your cholesterol

Prepared for your visit?
New tools tips on how to prepare for your next doctor's appointment



**Charles D. Fraser Jr. MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Children's Hospital
6621 Fannin St
Ste WT19345H
Houston, TX 77030
- 25 years experience
- America's Top Doctor
- 1 star hospital
- Board certified

**Michael H. Hines, MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
UTP Physicians
1414 Fannin St
Ste 3400
Houston, TX 77030
- 20 years experience
- Compassionate Doctor
- 1 star hospital
- Board certified

**William E. Cohn, MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Heart Institute
6770 Bertner St
Ste C355H
Houston, TX 77030
- 23 years experience
- Patients' Choice Award
- 1 star hospital
- Board certified

**Jeffrey S. Heinle, MD**
Congenital Cardiac Surgery
Texas Children's Hospital
6621 Fannin St
Ste WT19345H
Houston, TX 77030
- 22 years experience
- Top Doctor
- 1 star hospital
- Board certified

**Alan B Lumsden, MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Methodist Cardiovascular
Surgery Associates
6550 Fannin St
Ste 1401
Houston, TX 77030
- 27 years experience
- America's Top Doctor
- Rated 4 stars by patients
- 1 star hospital

**Hazim J Safi MD, MBBS, BS**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Hermann Park
6411 Fannin St
Ste 450
Houston, TX 77030
- 30 years experience
- America's Top Doctor
- 1 star hospital
- Board certified

---

**Distance**

**Average Wait Time**

**Gender**
- Male
- Female

**Qualifications**

**Years Experience**

**Other Languages**

**Ratings**

---

**Family Practitioner**
**Jon J. Cohn, MD**

PVMC Find a Doctor

ENT of Parker

Board Certified Otolaryngologist: Treats Adults and Children

**Be prepared**

High Cholesterol Education
Find out about getting screened and lowering your cholesterol.
> Learn More

Prepared for your visit?
View quick tips on how to prepare for your next doctor's appointment.
> Learn More





www.vitals.com

Michael H Hines, MD

Texas Children's Hospital
6621 Fannin Dr
Ste 01793154
Houston, TX 77030

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
UR Physicians
6419 Fannin St
Ste 1025
Houston, TX 77030

23 years experience

William E Cohn, MD

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Heart Institute
6770 Bertner St
Ste C355M
Houston, TX 77030

23 years experience

Jeffrey S Heinle, MD

Congenital Cardiac Surgery
Texas Children's Hospital
6621 Fannin St
Ste 1025
Houston, TX 77030

22 years experience

Alan B Lumsden, MD

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Methodist Cardiovascular
Surgery Associates
6550 Fannin St
Ste 1002
Houston, TX 77030

27 years experience

Hazim J Safi, MD, MBBS, BS

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Health Staff
6419 Fannin St
Ste 345
Houston, TX 77030

29 years experience

David C Rice, MD, MBBS

Thoracic Surgery
(Cardiothoracic Vascular Surgery)

19 years experience

Over 170 Physicians 35 Specialties Your Doctor or a Brighter Co.

Ext of Parker

Be prepared

vitals

## Opioid Dependence Doctors

Find a doctor who can prescribe a private, in-office treatment

Houston, Texas

**Refine your results**

Distance
- 1 mile
- 2 miles
- 5 miles
- 10 miles
- any distance

Average Wait Time

Gender
- Male
- Female
- any gender

Credentials
- Board Certified
- Educated in U.S.

Years Experience
- no minimum

Other Languages

Accepts

---

**Charles D Fraser Jr, MD**

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Children's Hospital
6621 Fannin St
Ste 1023 PD-24
Houston, TX 77030

25 years experience
- Accepting New Patients
- America's Top Doctor
- Male physician
- Board Certified

---

**Michael H Hines MD**

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Children's Hospital
6621 Fannin St
Houston, TX 77030

23 years experience
- Compassionate Doctor
- Male Physician
- Board Certified

---

**William E Cohn, MD**

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Heart Institute
6770 Bertner St
Ste C355C
Houston, TX 77030

23 years experience
- Patient Choice Award
- Male Physician
- Board Certified

---

**Jeffrey S Heinle, MD**

Congenital Cardiac Surgery
Texas Children's Hospital
6621 Fannin St
Ste 19345c
Houston, TX 77030

22 years experience
- Top Doctor
- Male Physician
- Board Certified

---

**A??? Cinefan, MD**

Thoracic Surgery
(Cardiothoracic Vascular

22 years experience
- America's Top Doctor

---

**Local Doctors & Surgeons**

Find Local Physicians & Surgeons Clinics,
Family Practitioners

**Joni J Conn, MD**

PVMC Find a Doctor

**ENT of Parker**

Board Certified Otolaryngologist. Treating
Adults and Children

---

**Be prepared**

**High Cholesterol Education**
Find out about getting screened and knowing your cholesterol.

**Prepared for your visit?**
View quick tips on how to prepare for your next doctors appointment.

vitals

DOCTORS

Patient Education   Write a Review

## Opioid Dependence Doctors
TrustToHelp.com

Find a doctor who can prescribe a private, in-office treatment.

Showing 1-10 of 193 results

Sort by: Relevance

**Charles D Fraser Jr, MD**
26 years experience
Thoracic Surgery
Cardiothoracic Vascular Surgery
Texas Children's Hospital
6621 Fannin St
Ste 19-345-H
Houston, TX 77030

**Michael H Hines, MD**
21 years experience
Thoracic Surgery
Cardiothoracic Vascular Surgery
UT Physicians
6410 Fannin St
Ste 1290
Houston, TX 77030

**William E Cohn, MD**
23 years experience
Thoracic Surgery
Cardiothoracic Vascular Surgery
Texas Heart Institute
6770 Bertner St
Ste C355-01
Houston, TX 77030

**Jeffrey S Heinle, MD**
22 years experience
Congenital Cardiac Surgery
Texas Children's Hospital
6621 Fannin St
Ste N270
Houston, TX 77030

**Alan B Lumsden, MD**
27 years experience
Thoracic Surgery
Cardiothoracic Vascular

### Local Doctors & Surgeons
Find Local Physicians & Surgeons Online.
Family & Doctors
Join | Login, MD

PVMC: Find a Doctor

### Be prepared

See our patient guides





www.vitals.com

Cooperate Cardiac Surgery
Texas Children's Hospital
6621 Fannin St
Ste M2250
Houston, TX 77030

22 years experience
Top Doctor
5 star potential
Board certified

---

Asim B Lumsden, MD

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Methodist Cardiovascular Surgery—Vitals
6550 Fannin St
Ste 1001
Houston, TX 77030

27 years experience
Top Doctor
5 star potential
4 star potential

---

Hazim J Safi, MD, MBBS, BS

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
6410 Fannin St
Ste 450
Houston, TX 77030

39 years experience
Top Doctor
4 star potential
Board certified

---

David C Rice, MD, MBBS

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
MD Anderson Cancer Ctr
1515 Holcombe Blvd
Unit 1489
Houston, TX 77030

18 years experience
Top Doctor
4 star potential

---

Ross M Reul, MD

Surgery
Texas Heart Institute
1101 Bates Ave
Rm MC
Houston, TX 77030

16 years experience
Top Doctor
5 star potential
Board certified

---

Ara A Vaporciyan, MD

Surgery
MD Anderson Cancer Center
1515 Holcombe Blvd
#87
Houston, TX 77030

20 years experience
Top Doctor
4 star potential

---

Reza J Mehran, MD

Thoracic Surgery
(Cardiothoracic Vascular Surgery)

23 years experience
Top Doctor

www.vitals.com

Heather J. Seils, MD, MBBS, BS

Thoracic Surgery
(Cardiothoracic Vascular
Surgery)
Mason's Park
6410 Fannin St
Ste 450
Houston, TX 77030

30 years experience
- America's Top Doctor
- 4-star hospital
- Board certified

David C. Rice, MD, MBBS

Thoracic Surgery
(Cardiothoracic Vascular
Surgery)
UD-Anderson Cancer Ctr
1515 Holcombe Blvd
Unit 1489
Houston, TX 77030

18 years experience
- America's Top Doctor
- Rated 1 star in 0 comments
- 4-star hospital

Ross M. Reul, MD

Surgery
Texas Heart Institute
1919 SW Fwy
Ste F13
Houston, TX 77030

15 years experience
- America's Top Doctor
- 4-star hospital
- Board certified

Ara A. Vaporciyan, MD

Surgery
UD-Anderson Cancer Center
1515 Holcombe Blvd
# 97
Houston, TX 77030

20 years experience
- Top Doctor
- Rated 4 stars in 1 comment
- 4-star hospital

Reza J. Mehran, MD

Thoracic Surgery
(Cardiothoracic Vascular
Surgery)
UD-Anderson Cancer Ctr
1515 Holcombe Blvd
Unit 1489
Houston, TX 77030

23 years experience
- Top Doctor
- 4-star hospital
- Board certified

## Opioid Dependence Doctors

@ TurnToMejia.com

Find a doctor who can prescribe a private, in-office treatment.

**Refine your results**

Distance
Gender
Years Experience
Ratings
Awards

Showing 1-10 of 87 results

**Charles D Fraser Jr, MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Children's Hospital
6621 Fannin St
Houston, TX 77030
25 years experience

**Michael H Hines, MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
6621 Fannin St
Houston, TX 77030
23 years experience

**William E Cohn, MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
6770 Bertner St
Houston, TX 77030
23 years experience

**Jeffrey S Heinle, MD**
Congenital Cardiac Surgery
Texas Children's Hospital
6621 Fannin St
Houston, TX 77030
22 years experience

**Alan B Lumsden, MD**
Thoracic Surgery
(Cardiothoracic Vascular
27 years experience

**Local Doctors & Surgeons**

**Be prepared**

**High Cholesterol Education**



**vitals**

Name · Specialty · Condition

[ DOCTORS ▾ ] Cardiothoracic Surgeon   Houston Texas   [ SEARCH Q ]

Patient Education   Write a Review

Sign in  Patient Doctor

## Opioid Dependence Doctors
⊘ TurnToHelp.com
Find a doctor who can prescribe a private, in-office treatment.

Refine your results

Showing 1-10 of 71 results

Sort by   Relevancy

AdChoices ▷

**Distance**

Charles D Fraser Jr, MD
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Children's Hospital
6621 Fannin St
Ste 19345-C
Houston, TX 77030

25 years experience
⚲ America's Top Doctor
⚲ 4 Hospital
⚲ Board Certified

**Gender**

Michael H Hines, MD
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
UT Physicians
6410 Fannin St
Ste 450
Houston, TX 77030

23 years experience
⚲ Cardiothoracic Surgeon Doctor
⚲ 4 Hospital
⚲ Board Certified

**Years Experience**

William E Cohn, MD
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Heart Institute
6770 Bertner St
Ste C355M
Houston, TX 77030

23 years experience
⚲ Patients' Choice Award
⚲ 4 Hospital
⚲ Board Certified

**Other Languages**

Jeffrey S Heinle, MD
Congenital Cardiac Surgery
Texas Children's Hospital
6621 Fannin St
Ste 19250
Houston, TX 77030

22 years experience
⚲ Top Doctor
⚲ 4 Hospital
⚲ Board Certified

**Awards**

Alan B Lumsden, MD
Thoracic Surgery
(Cardiothoracic Vascular Surgery)

27 years experience
⚲ America's Top Doctor

**Ratings**

Local Doctors & Surgeons
Find Local Physicians & Surgeons Clinics.
Family Practitioners.

Xina J Crean, MD
Affordable Concierge Healthcare FAQ
Pages Reviewed 12 & 511
PVMC Find a Doctor
Over 125 Physicians 38 Specialties Your New Doctor is in Boerne Tx.
ENT of Boerne
Board Certified Otolaryngologic Treatment of Adults and Children.
AdChoices ▷

Be prepared

High Cholesterol Education
Find out about getting screened and treating your cholesterol.
▸ Learn More

Prepared for your visit?
View quick tips on how to prepare for your next doctor's appointment.
▸ Learn More

