

Thoracic Surgery
(Cardiothoracic Vascular
Surgery)
UTHealth Cardiovascular
Surgeons - Memorial City
6419 Fannin St
Ste 1902
Houston, TX 77030

27 years experience
- America's Top Doctor
- 4 star material
- 4 star hospital

## Hazim J Safi MD, MBBS, BS

Thoracic Surgery
(Cardiothoracic Vascular
Surgery)
Heart & Vessel
6419 Fannin St
Ste 425
Houston, TX 77030

33 years experience
- America's Top Doctor
- 4 star material
- Board certified

## David O Ruiz, MD, MBBS

Thoracic Surgery
(Cardiothoracic Vascular
Surgery)
MD Anderson Cancer Ctr
1515 Holcombe Blvd
Unit 1489
Houston, TX 77030

10 years experience
- Top Doctor
- Rated 4 stars by patients
- 4 star hospital

## Ross M Reul, MD

Surgery
Texas Heart Institute
1101 Bates Ave
Rm P514
Houston, TX 77030

16 years experience
- Top Doctor
- 1 star material
- Board certified

## Aris A Vagefi(aros), MD

Surgery
MD Anderson Cancer Center
1515 Holcombe Blvd
# 457
Houston, TX 77030

20 years experience
- Top Doctor
- Rated 4 stars by patients
- 4 star hospital

## Reza J Mehran, MD

Thoracic Surgery
(Cardiothoracic Vascular
Surgery)
MD Anderson Cancer Ctr
1515 Holcombe Blvd
Unit 1489
Houston, TX 77030

23 years experience
- Top Doctor
- 4 star material
- Board certified

vitals

← → C  www.vitals.com

DOCTORS ∨

## Opioid Dependence Doctors

Find a doctor who can prescribe a private, in-office treatment.

### Refine your results

Distance
Gender
Qualifications
Years Experience
Other Languages
Ratings
Awards

Charles D Fraser III, MD
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Children's Hospital
6621 Fannin St
Ste D
Houston, TX 77030
25 years experience

Michael H Hines, MD
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
6410 Fannin St
Ste 140
Houston, TX 77030
22 years experience

William E Cohn, MD
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Heart Institute
6770 Bertner St
Ste C355G1
Houston, TX 77030
23 years experience

Jeffrey S Heinle, MD
Congenital Cardiac Surgery
Texas Children's Hospital
6621 Fannin St
Ste D2590
Houston, TX 77030
22 years experience

Alan B Lumsden, MD
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
27 years experience

### Local Doctors & Surgeons
Find Local Physicians & Surgeons Clinics.
Family J Preferences
Join J Cann, MD

PVMC Find a Doctor

Find a Doctor

### Be prepared

### High Cholesterol Education

## Opioid Dependence Doctors

Find a doctor who can prescribe a private, in-office treatment.

vitals

## Opioid Dependence Doctors

Find a doctor who can prescribe a private, in-office treatment.

Refine your results

Charles E Fraser Jr, MD
Thoracic Surgery
(Cardiothoracic/Vascular Surgery)
Texas Children's Hospital
6621 Fannin St
Ste HG2092454
Houston, TX 77030
25 years experience

Michael H Hines, MD
Thoracic Surgery
(Cardiothoracic/Vascular Surgery)
6411 Fannin St
Houston, TX 77030
23 years experience

William E Cohn, MD
Thoracic Surgery
(Cardiothoracic/Vascular Surgery)
Texas Heart Institute
6770 Bertner St
Ste C355N
Houston, TX 77030
23 years experience

Jeffrey S Heinle, MD
Congenital Cardiac Surgery
Texas Children's Hospital
6621 Fannin St
Ste HG2092
Houston, TX 77030
22 years experience

Ross M Reul, MD
Surgery
Texas Heart Institute
16 years experience

Local Doctors & Surgeons

Be prepared

High Cholesterol Education

## Opioid Dependence Doctors

### Find a doctor who can prescribe a private, in-office treatment.

## Opioid Dependence Doctors

Find a doctor who can prescribe a private, in-office treatment.

**Refine your results**

Distance

Gender

Classifications

Years Experience

Other Languages

Ratings

Awards

Charles O Fraser Jr. MD

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Children's Hospital
6621 Fannin St
Houston, TX 77030

25 years experience

D H Frazier Jr. MD

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Heart Institute
5770 Bertner Dr
Houston, TX 77030

42 years experience

Michael J Reardon MD

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
TOPMED Cardiothoracic Surgery
6550 Fannin St
Houston, TX 77030

31 years experience

Todd K Rosengart, MD, FACC, FACS

Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Michael E DeBakey Department
of Thoracic Surgery
7200 Cambridge St
Houston, TX 77030

29 years experience

**Local Doctors & Surgeons**

**PVMC Find a Doctor**

**ENT of Doctor**

Be prepared

vitals

Health Education   Find a Doctor   Web & Mobile

By Name   Specialty   Condition

[ DOCTORS ]   Cardiothoracic Surgeon   Houston Texas

Sign in as a doctor?   Sign in | Join • Doctor

**Opioid Dependence Doctors**
@TownToHelp.com
Find a doctor who can prescribe a private, in-office treatment.

**Refine your results**

Reset

Distance
- 2 miles
- 5 miles
- 10 miles
- 25 miles
- any distance

Average Wait Time
any

Gender
- Male
- Female
- any gender

Qualifications
- Board Certified
- Educated in US

Years Experience
no minimum

Other Languages
- Select -

Ratings
Provider's Score

Awards
- Castle Connolly Top Doctor
- Patients' Choice

Showing 1-4 of 4 results

Sort by: Best Match

**Charles D Fraser Jr MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
6621 Fannin St
Houston TX 77030

25 years experience
America's Top Doctor
Board Certified
4 Year Hospital
Board Certified

**Tuyet-Anh Rosengart MD, FACC, FACS**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Michael E DeBakey Department
of Surgery Baylor Clinic
6620 Main St Ste 1500
Houston TX 77030

25 years experience
America's Top Doctor
Board Certified
Completed Fellowship

**Joseph S Coselli, MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Michael E DeBakey Heart and
Vascular Center
6770 Bertner St
Ste C-370
Houston TX 77030

32 years experience
America's Top Doctor
1 Star Hospital
Board Certified

**David A Ott MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
6720 Bertner Ave
Ste MC 2-114
Houston TX 77030

37 years experience
America's Top Doctor
4 Star Hospital
Board Certified

Find Doctors By | Specialty | Names | Group Practice

---

**Local Doctors & Surgeons**
Find Local Physicians & Surgeons Clinics,
Family Practitioners

**Jon J Crain, MD**
Affordable Complete Healthcare $49
(High-Preferred) 11 & 1/2

**DVMC Find a Doctor**
Over 150 Physicians 35 Specialties. Your
Next Doctor is in Brighton Co.

**ENT of Parker**
Board Certified Otolaryngologist Treating
Adults and Children

**Be prepared**

High Cholesterol Education
Find out about getting
screened and keeping
your cholesterol...
→ Learn More

Prepared for your visit?
View local tips on how to
prepare for your next
doctor's appointment.
→ Learn More

## Opioid Dependence Doctors

Find a doctor who can prescribe a private, in-office treatment.

Showing 1 - 4 of 4 results

Sort by: Relevance

**Charles C Fraser II, MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Herald Brothers Memorial
5621 Fannin St
Ste 9.140 924H
Houston, TX 77030

25 years experience
- America's Top Doctor
- 4 Star Hospital
- Board Certified

**Lydia R Conlant, MD, FACC, FACS**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Michael E Debakey Department
of Bayou Baylor Clinic
1709 Dryden Rd Ste 1400
Houston, TX 77030

26 years experience
- America's Top Doctor
- 4 Star Hospital
- Compassionate Doctor

**Joseph S Coselli, MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
St Luke's Episcopal Hospital
6770 Bertner St
Ste C 355
Houston, TX 77030

22 years experience
- America's Top Doctor
- 4 Star Hospital
- Board Certified

**David A Ott, MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Surgical Associates Of Texas
1101 Bates Ave
Ste P 514
Houston, TX 77030

37 years experience
- America's Top Doctor
- 4 Star Hospital
- Board Certified

### Local Doctors & Surgeons

Find Local Physicians & Surgeons Clinics.
Family Practitioners

**Join 1 Gram, MD**
Affordable Concierge healthcare Full
Major Physicals $1.5/Yr

**PVMC Find a Doctor**
Over 100 Prepacked 25 Specialties Your
New Doctor at in Brighton Co.

**ENT of Denver**

Board Certified Otolaryngologist Treatment
Adults and Children

### Be prepared

**High Cholesterol Education**
Find out about getting screened and lowering your cholesterol.

**Prepared for your visit?**
View quick tips on how to prepare for your next doctor's appointment.

## Opioid Dependence Doctors

Find a doctor who can prescribe a private, in-office treatment.

# vitals

## Opioid Dependence Doctors

OpioidTreatHelp.com

Find a doctor who can prescribe a private, in-office treatment.

SEARCH

Showing 1-4 of 4 result

**Charles D. Fraser Jr., MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Texas Children's Hospital
6621 Fannin St
Houston, TX 77030
25 years experience
America's Top Doctor
2 internships
Board certified

**Tom K. Rosengart, MD, FACS, FACC**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Michael E. DeBakey Department of Surgery, Baylor Clinic
1709 Dryden Rd, Ste 1500
Houston, TX 77030
24 years experience
America's Top Doctor
Board certified
Completed fellowship

**Joseph S. Coselli, MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
St Luke's Episcopal Hospital
6770 Bertner Dr
Ste O 501
Houston, TX 77030
32 years experience
America's Top Doctor
1 internship
Board certified

**David A. Ott, MD**
Thoracic Surgery
(Cardiothoracic Vascular Surgery)
Baylor College of Medicine
1101 Bates Ave
Ste A514
Houston, TX 77030
37 years experience
America's Top Doctor
4 doctorate
Board certified

### Local Doctors & Surgeons
Find Local Physicians & Surgeons Clinics, Family Practitioners
**Tom J Cram, MD**
Affordable Coverage Healthcare Plans Regardless
**PVMC Find a Doctor**
Over 120 Physicians 38 Specialties Your New Doctor is a Breather Co.
**ENT of Dexter**
Board Certified Otolaryngologist Treatment Adults and Children.

### Be prepared
**High Cholesterol Education**
> Learn More

**Prepared for your visit?**
> Learn More

## Opioid Dependence Doctors

Find a doctor who can prescribe a private, in-office treatment.

### Local Doctors & Surgeons

Find Local Physicians & Surgeons Clinics, Family Practitioners
**Joan J Cram, MD**

**PVMC Find A Doctor**
Over 100 Physicians 39 Specialties Your Next Doctor is in Brighton Co.

**ENT of Parker**
Board Certified Otolaryngologist Treating Adults and Children

### Be prepared

**High Cholesterol Education**
Find out about getting screened and lowering your cholesterol

**Prepared for your visit?**
View quick tips on how to prepare for your next doctor's appointment

#### Refine your results

Distance
Average Wait Time
Gender
Qualifications
Years Experience
Other Languages
Ratings
Awards

vitals

Patient Education

DOCTORS ▾

Sign In  Patient  Doctor

search Q

## Opioid Dependence Doctors

☺ 1 in 10 Help.com

Find a doctor who can prescribe a private, in-office treatment.

Refine your results

**Local Doctors & Surgeons**

---

**Be prepared**

**High Cholesterol Education**

## Opioid Dependence Doctors
Qr TuchToHelp.com

Find a doctor who can prescribe a private, in-office treatment.

Houston, Texas

Refine your results

Distance

Gender

Qualifications

Years Experience

Other Languages

Ratings

Awards

Showing 1-4 of 4 results

**Todd K Rosengart MD, FACC, FACS**
26 years experience
Thoracic Surgery
(Cardiothoracic/Vascular Surgery)
Baylor College of Medicine
of Surgery Baylor Clinic
1709 Dryden Rd Ste 1703
Houston, TX 77030

**Charles C Fraser Jr, MD**
22 years experience
Thoracic Surgery
(Cardiothoracic/Vascular Surgery)
Texas Children's Hospital
6621 Fannin St
Houston, TX 77030

**Joseph S Coselli, MD**
32 years experience
Thoracic Surgery
(Cardiothoracic/Vascular Surgery)
3rd Liv's Episcopal Hospital
6770 Bertner St
Ste C355
Houston, TX 77030

**David A Ott, MD**
37 years experience
Thoracic Surgery
(Cardiothoracic/Vascular Surgery)
1101 Bates Ave
Ste FC54
Houston, TX 77030

Local Doctors & Surgeons
Find Local Physicians & Surgeons Clinics,
Family Physicians

Join 3 Credit, MD
Affordable Concierge Healthcare FAQ
Primary Physicians

PVMC Find a Doctor

Evard Certified Otolaryngologist Treatment
Adults and Children

Be prepared

High Cholesterol Education

Learn More

Prepared for your visit?

Learn More

vitals

DOCTORS

Ear, Nose and Throat of Parker
9397 Crown Crest Blvd, Parker
(303) 840-4690

ENT of Parker
Board Certified Otolaryngologist
Treating Adults and Children

Todd K Rosengart MD FACC FACS

Surgeon, Thoracic Surgeon
25 years of experience

Elizabeth E. Dalakay Department of Surgery Baylor
Clinic,
1709 Dryden Rd Ste 1500
Houston, TX 77030
(713) 798-1317

Summary

Patient Reviews

3.5

Specialties

SPECIALTY
Surgery
Thoracic Surgery (Cardiothoracic Vascular Surgery)

SPECIAL EXPERTISE
Cardiac Surgical Procedures
Cardiomyopathy
Cardiovascular Prosthesis
Colon Cancer

LEARN HOW TO REDUCE
YOUR CHANCES OF

GET A FREE INFO KIT >

Todd K. Rosengart, MD, FACC, FACS

Surgeon, Thoracic Surgeon
28 years of experience

Michael E. DeBakey Department of Surgery Baylor
Clinic
1709 Dryden Rd Ste Y630
Houston  TX  77030
(713) 798-1373

## Patient Reviews

3.5  PATIENT COMMENTS (4)

Breast Cancer Screening
Find out now to get screened and treat breast cancer
Learn More

## Specialties

SPECIALTY
Surgery
Thoracic Surgery (Cardiothoracic Vascular Surgery)

CERTIFICATION

SPECIAL EXPERTISE
Cardiac Surgical Procedures
Carotid Surgery
Coronary Artery Bypass CPB
Colon Cancer
Coronary Artery Angioplasty & Stent
Coronary Artery Bypass Heart Disease
Coronary Artery Disease CAD
Coronary Disease
Gene Therapy

## Languages
Spanish

Summary

GET A FREE
INFO KIT NOW

GET A FREE
INFO KIT NOW



## Languages

## Background

### Biography

### Clinical Interests

### Research Interests

### Learn more about Dr. Rosengart

**Need health insurance?**

SIGN UP

## Recommended Videos

## Similar doctors nearby

## Biography

## Clinical Interests

## Research Interests

## Learn more about Dr. Rosenplat.

## Recommended Videos

## Similar doctors nearby

Profile for Dr. Todd K. Ro
www.vitals.com
12
Tweet
Email
Are you Dr. Todd Rosengart?
Take control of your Vitals. > Create an Account > Sign In
Recommended Videos
Beginner's Guide to Exercise
Why Are We Obese?
Are You Obese?
Risks of Obesity
Health Risks of Obesity
Similar doctors nearby
Dr. Paul Minifee
Dr. Ramesh Krishnan
Dr. Felix Tsai
Dr. Steven Canfield
Dr. Alaurrabb Ahmad
Dr. Oluyinka Olutoye
National Jewish Health
Denver, Colorado
EXPERTS IN LUNGS AND HEARTS.
Learn More
For appointments, call 1.877.225.5654
Find Doctors By: Specialty | Name | Group Practice
11:16 AM
08/14/2013

