

**Need Condom Catheters?**
Condom Catheters Paid By Medicare. Free Shipping. Call Us Now.

**Todd K. Rosengart, MD, FACC, FACS**

Surgeon, Thoracic Surgeon
25 - 849 of 4 patients

Michael E. Debakey Department of Surgery Baylor Clinic
1709 Dryden Rd Ste 1500
Houston, TX 77030
(713) 798-8537

### Credentials

### Education

| | |
| --- | --- |
| MEDICAL SCHOOL | Dartmouth Medical University (1983) |
| RESIDENCY | New York University School of Medicine 1988 |
| | Surgery |
| FELLOWSHIP | Cornell University School of Medicine 1991 |
| | Thoracic Surgery/Cardiopulmonary Vascular Surgery |

### Awards & Distinctions

AWARDS

- One of America's Leading Experts on:
  Coronary Surgery Procedures
  Coronary Artery Bypass
  Gene Therapy
  Hyperlipidemia
- Castle Connolly America's Top Doctors (2001 - 2012)
- Castle Connolly Top Doctors: New York Metro Area (2002 - 2011)

GET A FREE INFO KIT

Paul K Rosengart, MD FACS FACS

Sarasota, Thoracic Surgeon
26 years of experience

Michael E. Debakey Department of Surgery Baylor
Clinic,
1709 Dryden Rd Ste 1500
Houston, TX 77030
(713) 798-1317

Credentials

## Education

**MEDICAL SCHOOL**
Northwestern University

**RESIDENCY**
New York University School of Medicine
Surgery

**FELLOWSHIP**
Cornell University School of Medicine
Thoracic Surgery

## Awards & Distinctions

**AWARDS**
- One of America's Leading Experts on:
  Cardiac Surgical Procedures
  Coronary Artery Bypass
  Open Therapy
- Castle Connolly America's Top Doctors (2002–2012)
- Castle Connolly Top Doctors New York Metro Area™
  (2003–2013)
- Patients' Choice 5th Anniversary Award 2012
- Patients' Choice Award (2008–2012)
- Compassionate Doctor Recognition 2011, 2012)

**APPOINTMENTS**
Northwestern University (1996–2005)
Cornell University Medical College by Northern (1989–1988)
Stony Brook University
New Medical College of Cornell University, Formerly Cornell University Medical College (1989–)

### SCORE

### RANKINGS

GET A
FREE
INFO KIT

GET A FREE INFO KIT >

Benjamin West C. D DS
Plastic Surgery
305 N Shepley
Houston, TX 77024

Subscribe to the Vitals Newsletter
Get the latest health news, updates, and more.

Sign Up

## Credentials

### Education

| MEDICAL SCHOOL | SCORE | RANKINGS |
| --- | --- | --- |

Northwestern University (1983)

RESIDENCY

New York University School of Medicine (1989)
Surgery

FELLOWSHIP

Cornell University School of Medicine (1991)
Thoracic Surgery, Cardiothoracic Vascular Surgery

### Awards & Distinctions

AWARDS

One of America's Leading Experts on:
Cardiac Surgical Procedures
Coronary Artery Bypass
Valve Therapy
Myocardia-Anemia

Castle Connolly America's Top Doctors (2004-2012)

Castle Connolly Top Doctors New York Metro Area (2004-2012)

Patients' Choice 5th Anniversary Award (2012)

Patients' Choice Award (2008-2012)

Compassionate Doctor Recognition 2010-2012

APPOINTMENTS

North Shore University (1998-2005)

Cornell University Medical College, St. No.1 (1989-1998)

Other Board University

Weill Medical College Of Cornell University, Formerly Cornell University Med Ctr (Jul 1982 - present)

Baylor College Of Medicine (2002 - present)
Michael E. DeBakey Department Of Surgery

ASSOCIATIONS

American Association for Thoracic Surgery

American College Of Chest Physicians

Alpha Omega Alpha Honor Society

American College Of Cardiology

American College Of Surgeons

American Federation For Clinical Research - Charter

ABOUT
1 in 3
PEOPLE WITH ATRIAL FIBRILLATION WILL HAVE A STROKE IN THEIR LIFETIME
GET A FREE INFO KIT >

Need health insurance?
SIGN UP

## Awards & Distinctions

### AWARDS

- One of America's Leading Experts on:
  Cardiac Surgical Procedures
  Coronary Artery Bypass
  Gene Therapy
  Myocardial Ischemia
- Castle Connolly America's Top Doctors® 2004 - 2012
- Castle Connolly Top Doctors: New York Metro Area™ (2012 - 2013)
- Patients' Choice 5th Anniversary Award (2012)
- Patients' Choice Award (2011 - 2012)
- Compassionate Doctor Recognition (2011, 2012)

### APPOINTMENTS

Northwestern University, 1988 - 2001

Cornell University Medical College, N.Y., 1978 - 1979

Stony Brook University

Weill Medical College Of Cornell University Former Connections Not Valid For 1988 - Present

Baylor College Of Medicine (2012 - Present)
Michael E. DeBakey Department Of Surgery

### ASSOCIATIONS

American Association for Thoracic Surgery

American College Of Chest Physicians

Alpha Omega Alpha Honor Society

American College Of Cardiology

American College Of Surgeons

American Federation for Clinical Research, Inactive

American Heart Association - Council On Cardiothoracic Surgery Joint
Anesthesia

American Society Of Gene Therapy

Andrew Morrow Society Of Cardiac Surgeons

## Affiliations

Dr. Rosengart is affiliated with 1 Hospitals

**HOSPITAL AFFILIATIONS**

Baylor University Medical Center

## Publications & Research

Dr. Rosengart has contributed to 84 publications

**APPOINTMENTS**

Northwestern University, 1988-2006?

Cooper University Medical College ... 1985-1994

Stony Brook University

University College Of Cornell University Residency Completed In ... Med Ed, 1985-...

Baylor College of Medicine, 2012 - Present
Michael E. DeBakey Department of Surgery

**ASSOCIATIONS**

American Association For Thoracic Surgery
American College Of Chest Physicians
Alpha Omega Alpha Honor Society
American College Of Cardiology
American College Of Surgeons
American Federation For Clinical Research - Inactive
American Heart Association - Council On Cardiothoracic Surgery And Anesthesia
American Society Of Gene Therapy
Andrews Society Of Cardiac Surgeons

Show all associations...

## Affiliations

Dr. Rosengart is affiliated with 1 hospitals

**HOSPITAL AFFILIATIONS**

Baylor University Medical Center

## Publications & Research

Dr. Rosengart has contributed to 84 publications.

TITLE: The Impact of Revascularization on Mortality in Patients with Moderate Coronary Artery Disease
DATE: February 2009
JOURNAL: The American Journal of Medicine
EXCERPT: Abstract ...

ROLE: Adequacy of Cognitive Outcome One Year After Customary Bypass Surgery, Comparison in Arteriography and Reoperative Coronary ...
DATE: May 2005
JOURNAL: The Annals of Thoracic Surgery
EXCERPT: Abstract ...

TITLE: Percutaneous and Minimally Invasive Valve Procedures: A Scientific Statement from the American Heart Association ...

Subscribe to the Vitals Newsletter
Get the latest health news, updates, and more.

Need health insurance?

## Need health insurance?

It's more affordable than you think! Click below for an instant quote.

> Get an instant quote

ASSOCIATIONS

American Association for Thoracic Surgery

American College Of Chest Physicians

Alpha Omega Alpha Honor Society

American College Of Cardiology

American College Of Surgeons

American Federation For Clinical Research - Inactive

American Heart Association , Council On Cardiothoracic Surgery (And Anesthesia)

American Society Of Gene Therapy

Andrew Morrow Society Of Cardiac Surgeons

Show all associations

## Affiliations

Dr. [name] is affiliated with 1 hospitals

HOSPITAL AFFILIATIONS

Baylor University Medical Center

## Publications & Research

Dr. [name] has published in 64 publications

TITLE:

DATE: February 2009

JOURNAL: The American Journal of Cardiology

EXCERPT: (not found)

TITLE:

DATE: May 2009

JOURNAL: The Annals of Thoracic Surgery

EXCERPT: (not found)

TITLE:

DATE: April 2009

JOURNAL: Circulation

EXCERPT: (not found)

DATE: January 2009

JOURNAL: The Annals of Thoracic Surgery

TITLE:

## Affiliations

Dr. Roisenpub is affiliated with 1 hospitals

**HOSPITAL AFFILIATIONS**

Baylor University Medical Center

## Publications & Research

Dr. Roisenpub has contributed to 64 publications

TITLE   The Impact of Postbaccalaureate on Diversity of Patients with Ischemic
        Coronary Artery Disease

DATE    February 2006

JOURNAL The American Journal of Medicine

EXCERPT Read article

TITLE   Absence of Cognitive Decline One Year After Coronary Bypass
        Surgery: Comparison to Nonsurgical and Healthy Controls

DATE    May 2006

JOURNAL The Annals of Thoracic Surgery

EXCERPT Read article

TITLE   Perioperative and Intmusculoresular Ventricular Systolic and Diastolic
        Systolics from the American Heart Association Council on
        Cardiovascular Surgery and Anesthesia, Council on Clinical Cardiology,
        Functional Genomics and Translational Biology Interdisciplinary Working
        Group, and Quality of Care and Outcomes Research Interdisciplinary
        Working Group

DATE    April 2006

JOURNAL Circulation

EXCERPT Read article

TITLE   Access Connectivity

DATE    January 2006

JOURNAL The Annals of Thoracic Surgery

TITLE   Adjacent Parasympathetic Enhances Myocardial Function After Distal
        Cardiomyoplasty with Skeletal Myoblasts

DATE    February 2007

JOURNAL The Journal of Thoracic and Cardiovascular Surgery

EXCERPT Read article

Show more publications

## Similar doctors nearby

Dr. Ronen Omalley
Cardiology
41 years experience

Dr. Gary Holmczeski
Plastic Surgery
37 years experience

Dr. Chung Sung
Internal Medicine
34 years experience

Baylor College of Medicine (2012 - Present)
Michael E. DeBakey Department of Surgery

**ASSOCIATIONS**

American Association For Thoracic Surgery

American College Of Chest Physicians

Alpha Omega Alpha Honor Society

American College Of Cardiology

American College Of Surgeons

American Federation For Clinical Research Inactive

American Heart Association - Council On Cardiothoracic Surgery And Anesthesia

American Society Of Gene Therapy

Andrew Johnson Society Of Cardiac Surgeons

**Need health insurance?**
We make affordable plans you find. Click below for an instant quote.
> Get an instant quote

## Affiliations

Dr Rosengart is affiliated with 1 hospitals

**HOSPITAL AFFILIATIONS**

Baylor University Medical Center

## Publications & Research

Dr. Rosengart has contributed to 84 publications

TITLE    The Impact of the Leukoreduction in Mortality of Patients with Trans Luminal Coronary Artery Disease

DATE     February 2004

JOURNAL  The American Journal of Medicine

EXCERPT  Background...

TITLE    Advantage of Cognitive Decline One Year After Coronary Bypass Surgery: Comparison with Nonsurgical and Healthy Controls

DATE     May 2005

JOURNAL  The Annals of Thoracic Surgery

EXCERPT  High Report...

TITLE    Percutaneous and Minimally Invasive Valve Procedures: A Scientific Statement from the American Heart Association Councils on Cardiovascular Surgery and Anesthesia, Council on Clinical Cardiology, Functional Genomics and Translational Biology Interdisciplinary Working Group, and Quality of Care and Outcomes Research Interdisciplinary Working Group

DATE     July 2008

JOURNAL  Circulation

EXCERPT  High Report...

TITLE    Minimally Invasive Surgery

DATE     January 2008

JOURNAL  The Annals of Thoracic Surgery





## Publications & Research

Dr. Rose has contributed to 84 publications

TITLE   The impact of Pre-secondary surgery on Patients with Metabolic Coronary Artery Disease
DATE    February 2009
JOURNAL The American Journal of Cardiology
EXCERPT Read excerpt

TITLE   Incidence of Cognitive Decline Risk After Coronary Bypass Surgery Compared to Nonsurgical and Healthy Controls
DATE    May 2008
JOURNAL The Annals of Thoracic Surgery
EXCERPT Read excerpt

TITLE   Hemodynamics and Mortality in Active Valve Prospective; a Systemic Statement from the American Heart Association Council on Cardiovascular Surgery and Anesthesia; Council on Clinical Cardiology Functional Genomics and Translational Biology Interdisciplinary Group; and Quality of Care and Outcomes Research Interdisciplinary Group
DATE    April 2008
JOURNAL Circulation
EXCERPT Read excerpt

TITLE   Robotic Commentary
DATE    January 2008
JOURNAL The Annals of Thoracic Surgery

TITLE   Myocardial Protection in the Arrested Myocardial Reduction After Cardiac Cardiomyoplasty with Sentinel Myocardis
DATE    February 2007
JOURNAL The Journal of Thoracic and Cardiovascular Surgery
EXCERPT Read excerpt

TITLE   Neo-Coronary Pulmonary + Robotics Investigating Coronary Artery Bypass Graft Surgery + Percutaneous Coronary Intervention: Evaluation of Myocardial Electron-mechanical Coupling with Normal Controls
DATE    September 2005
JOURNAL The Annals of Thoracic Surgery
EXCERPT Read excerpt

TITLE   Induction of Ischemia Exposes a Determination of Parallel Resolution Integrity of Post-Surgical Ischemia Signal Randomize Exertion Stability of Angiographic Graft Therapy
DATE    August 2005
JOURNAL Myocardial Therapy and Journal of the American Society of Gene Therapy
EXCERPT Read excerpt

TITLE   Native Cognition after Coronary Artery Bypass Grafting, Comparative with Percutaneous Intervention and Normal Controls
DATE    August 2005
JOURNAL The Annals of Thoracic Surgery
EXCERPT Read excerpt



DATE       February, 2007
JOURNAL    The Journal of Thoracic and Cardiovascular Surgery
EXCERPT    Read excerpt

TITLE      Neurological Pulsatility in Patients Undergoing Oxygen-Pump
           Bypass Graft Surgery or Percutaneous Coronary Intervention: Evidence
           of Impaired Cerebral Vasomotor Converted with Genital Controls
DATE       September, 2006
JOURNAL    The Annals of Thoracic Surgery
EXCERPT    Read excerpt

TITLE      Activation of Skipping Signals in a Genotype Diabetes Mouse Vinyl Serial to
           Modify the Ratio of Interested Vinyl Nucleoma Enterosis Surgery of
           Apolipoprotein Gene Therapy
DATE       August, 2006
JOURNAL    Molecular Therapy : the Journal of the American Society of Gene
           Therapy
EXCERPT    Read excerpt

TITLE      Stable Logithrin—the Coronary Artery Bypass Grafting Concentrate
           with Pericardial Dietary Intervention and Normal Controls
DATE       August, 2006
JOURNAL    The Annals of Thoracic Surgery
EXCERPT    Read excerpt

TITLE      Gene Therapy for Heart Failure
DATE       June, 2006
JOURNAL    Seminars in Thoracic and Cardiovascular Surgery
EXCERPT    Read excerpt

TITLE      An Epicardial Sensor for Ambendendine Studies of Epic—
           Autologous Heparin and Coculture Animals
DATE       March 2006
JOURNAL    The Journal of Thoracic and Cardiovascular Surgery
EXCERPT    Read excerpt

Show more publications

## Similar doctors nearby

Dr. Rohan Dhudley
Dermatology
11-year experience
Boston TX

Dr. Omar Abbassi
Oncology-Hematology
11-year experience
Norman TX

Dr. David Ho
Surgery
28-year experience
Houston TX

Dr. Gary Hennessey
Heart Surgery
11-year experience
Amherst, TX

Dr. Chung Sung
Internal Medicine
29-year experience
Houston, TX

Dr. Don Quarn
Surgery
Houston TX

















