# EXHIBIT D

(Redacted version of Dkt. # 632-6)

Civil Action No. 11-CV-00520-PAB-BNB

## HEALTH GRADES, INC.'S MOTION FOR SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY

---

## Exhibit H

Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS OPPOSITION
[Doc. #405] TO MDX MEDICAL, INC.'S MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT [Doc. #368]**

---

# Exhibit 10

**October 15, 2013 Declaration of Philip Greenspun in Support of
Health Grades, Inc.'s Opposition [Doc. #405] to MDx Medical, Inc.'s
Motion Pursuant to Federal Rule of Civil Procedure 56 for
Summary Judgment of Non-Infringement [Doc. #368]
and attached spreadsheet**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

**DECLARATION OF DR. PHILIP GREENSPUN IN SUPPORT OF
HEALTH GRADES, INC.'S OPPOSITION [DOC. # 405] TO MDX MEDICAL, INC.'S
MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT [DOC. #368]**

---

I, Philip Greenspun, hereby declare as follows:

1. My name is Philip Greenspun. I submit this Declaration regarding an analysis of the probability of certain kinds of changes being made by vitals.com registered healthcare providers based on new data provided by MDx Medical to Health Grades' counsel on September 13, 2013.

2. I received a PhD in Electrical Engineering and Computer Science from the Massachusetts Institute of Technology in 1999 and have been teaching software engineering for Internet applications and database programming there periodically since receiving my degree. I have been involved in the computer science field since 1978. More details regarding my qualifications, background, and compensation were previously disclosed in the expert report that I submitted on July 13, 2012.

3. In addition to the background that I disclosed in my previous expert report, I have taken courses on probability theory at the Massachusetts Institute of Technology in both the

1

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

Mathematics and Electrical Engineering and Computer Science departments. Furthermore, I have been part of the teaching staff for 6.041, a 200-student course in applied probability that is part of the core curriculum for undergraduates majoring in electrical engineering.

4.     In paragraph 126 of my expert report submitted July 13, 2012, I provided MDx Medical with example SQL queries that should be fairly close to the queries required to answer the questions dealt with in this report with an exact number from their database. However, I understand that during the time since that report was filed, MDx has not supplied Health Grades with the results of those queries and continues to maintain that it does not have knowledge of the exact number of doctors who have entered MDx's physician portal and edited three or more fields from a list of six within the database that MDx created and controls.

## SUMMARY

5.     MDx Medical has provided some data regarding the number of physicians who have registered to use their Web site and who have edited various fields within their profiles. The fields that I was asked to analyze include appointments, awards, languages, position, gender, and specialty. Each of these fields is included as a type of "physician-verified information" in the claims of the '060 patent. There are REDACTED doctors who have registered and REDACTED doctors who edited at least one field of the six fields and between REDACTED and REDACTED among those who have edited one of the six fields of interest in this analysis.

6.     I understand that MDx Medical contends that it is unlikely that even a single doctor has edited three of these six fields. My analysis shows that the probability that no doctor among those REDACTED has edited three or more of the six fields is approximately 1 in $10^{7964}$ (1 divided by a number that starts with 1 followed by 7964 zeros).  This number is too small to be recognized by standard spreadsheet software, like Microsoft EXCEL.

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

7.     To put this in perspective, there is roughly a $4 \times 10^{-9}$ percent (or 0.000000004 %) chance that life on Earth will wiped out tomorrow by the kind of asteroid impact that killed the dinosaurs (1 time in the last 65 million years or 1 time in roughly 24 billion days). *Yet, it is vastly more probable ($10^{7953}$ times more probable or 1 followed by seven thousand nine hundred fifty three zeros) that such an asteroid will collide with earth than it is that no doctor has edited three or more of the physician-editable fields in the vitals.com database.*

8.     As another example, the odds of no doctor having edited three or more fields are much smaller than the odds of finding one atom out of all of the atoms in the universe (about 1 in $10^{82}$, which can also be expressed as $10^{-82}$).

## MATERIALS RELIED ON AND INVESTIGATION CONDUCTED

9.     In preparing this declaration, I have reviewed and rely on the following materials: MDX 0104897-935.

## SCIENTIFIC NOTATION BACKGROUND

10.     Scientific notation is a way of writing numbers that are too big or too small to be written conveniently in decimal form. In scientific notation numbers are written in the following form:  **a** x 10**b** (**a** times ten raised to the power of **b**), where the exponent **b** is an integer, and the coefficient **a** is any real number between 1 and 10. Raising 10 to the power of 4, for example, is the same as multiplying 10x10x10x10. Another way to look at the exponent **b** is the number of zeros after **a**. So 4,000,000 (four million) is four followed by six zeros and can be written as $4 \times 10^6$. Positive numbers smaller than 1 will have a negative exponent. So the quantity of one half, which could be expressed as 0.5 or 5/10 is $5 \times 10^{-1}$ in scientific notation. The exponent **b** in this case tells us how many zeros will follow a 1 in the denominator of the equivalent fraction. So $1 \times 10^{-9}$ is 1 over 1 billion.

3

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

| Standard Decimal Notation | Normalized Scientific Notation |
|---|---|
| 2 | $2 \times 10^0$ |
| 300 | $3 \times 10^2$ |
| 67,200,000,000,000 | $6.72 \times 10^{13}$ |
| 0.2 | $2 \times 10^{-1}$ |
| 0.000 000 000 000 005 600 | $5.6 \times 10^{-15}$ |

11.  The differences between quantities in scientific notation are best estimated by looking at the exponent. Anything with a negative exponent is smaller than 1. Anything with a positive exponent is greater than 1. To determine the difference between two numbers written in scientific notation, one just needs to take the difference between the exponents. For example, one billion 1,000,000,000 ($10^9$) is a thousand ($10^3$) times larger than one million ($10^6$), which is calculated as shown below:

$$10^9 \div 10^6 = 10^3$$

$$10^{(9-6)} = 10^3$$

$$1,000,000,000 \div 1,000,000 = 1,000$$

12.  <u>Large numbers</u>:  For positive exponents, a rough ratio can be obtained by subtracting the exponents. For example, in comparing $2.5 \times 10^4$ to $5 \times 10^9$, one can quickly see that 9-4=5 and therefore the second number ($5 billion; the price of an aircraft carrier) is about $10^5$ or 100,000 times the size of the first number ($25,000; the price of a new car). Then one can look at the 5 and 2.5 and correct this estimate to 200,000 times larger. Some example large numbers to write in scientific notation are the size of our national debt, $1.7 \times 10^{13}$ (17 trillion), the age of the universe in seconds, $4.3 \times 10^{17}$, the distance to the Andromeda galaxy, 2.5 million light-years away or $1.47 \times 10^{19}$ miles, the number of molecules in a drop of water, $1.39 \times 10^{21}$ (coincidentally roughly the same as the number of liters of water on Earth), the number of atoms in the Earth,

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

approximately $1\times10^{50}$ or simply $10^{50}$ (when **a** is 1 it is typically left out), the number of atoms in the universe, roughly $1\times10^{82}$.

13.     <u>Small Numbers</u>:  If the negative exponent is large, the number is very close to zero, e.g., $5\times10^{-12}$ is five trillionths. Some example small numbers include the size of a feature inside an Intel Pentium chip, $2.2\times10^{-8}$ meters (22 nanometers), the size of a hydrogen atom at $1\times10^{-10}$ meters, the size of the proton at the center of the hydrogen atom at about $8.5\times10^{-14}$ meters, and the size of an electron or quark as small as $10^{-18}$ meters. Coming up with a rough estimate for the number of electrons that it would take to place in a line between the Earth and Andromeda ($1.47\times10^{19}$ miles), then, we need only look at the difference between exponents (19 – (-18)) to conclude that it will take approximately $10^{37}$ electrons to span the distance.

## <u>PROBABILITY THEORY BACKGROUND</u>

14.     Probability analysis is primarily a task of determining all of the possible outcomes from a situation and calculating the likelihood that each outcome will occur.

15.     The core elements of probability theory that are relevant to this analysis are the following:

        a.      The probability of two independent events occurring is P1*P2, where P1 is the probability of the first event occurring and P2 is the probability of the second event.

        b.      The probability of all of the possible outcomes must sum to 1 (i.e., if they do not sum to 1 then an error in calculation has been made).

16.     The toss of a "fair coin" is a common way to explore these elements. If the probability of heads is 0.5, the probability of getting heads on two consecutive tosses is 0.5*0.5 = 0.25 (25%). There are four possible outcomes: HH, HT, TH, TT. Each has a probability of one quarter or 0.25 and therefore the sum of the four probabilities is 1.

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

17.     When determining the probability of an event, it is necessary to consider all of the ways in which that event could occur and add up those probabilities. For example, going back to our fair coin example, consider calculating the chance that there will be one head and one tail in two tosses. There are two ways for this to happen, i.e., TH and HT. The probability of each sequence is 0.25 and therefore the probability that either one will happen is 0.5 (i.e., 0.25 + 0.25).

18.     An alternative method is to subtract the outcomes that do not match, add up their probabilities and subtract from 1, the known total amount of probability. So the question "What is the probability of getting something other than all heads in a two-coin toss?" can be answered by subtracting the probability of HH (0.25 or 25%) from 1 and returning an answer of 0.75 or 75%.

19.     <u>Calculating Conditional Probability</u>:  When some information is known, conditional probability is calculated. Suppose it is known that at least one head was obtained. This makes the TT outcome impossible and shrinks the space of total probability by 0.25. The remaining outcomes have their old probability divided by the new smaller size of the whole probability space of 0.75. As 0.25/0.75 is one third (1/3), the probability of HH, TH, or HT is now 1/3 (33.3%) each rather than the previous value of 1/4 (25%).

20.     <u>Calculating Number of Possible Outcomes</u>:  When the number of coin tosses is large, the number of possible outcomes for which probability must be computed increases. Each coin toss is independent and therefore each coin toss multiplies the number of possible outcomes by 2. If there were four possible outcomes from a two-coin toss, for example, the number of outcomes from tossing three coins will be eight. In general, the formula for how many outcomes is $2^n$ where $n$ is the number of tosses. With six tosses, therefore, the number is $2^6$ or 64. With 16

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

tosses, the number is $2^{16}$ or 65,536. After 32 tosses, the number of possible outcomes exceeds 4 billion.

21.    Calculating Biased Probabilities:  When a coin is more likely to come up heads than tails, for example, it is usually referred to as a "biased coin." For example, a coin that comes up heads 9 times out of 10 will have a probability of 0.9. The probably of five heads in a row is 0.9*0.9*0.9*0.9*0.9, more easily expressed as 0.9 raised to the fifth power, denoted 0.9^5 or $0.9^5$, which equals 59%.

22.    Even when a probability is very high, such as 0.99 or 99%, getting heads every time in a large number of experiments or "trials" is not very probable. For example, the probability of getting heads 100 times in a row from a coin with a 0.99 probability of heads is $0.99^{100}$ or just 0.366 (I used the Wolfram Alpha Web site, which is a derivative of the Mathematica software, popular among physicists, to perform the calculations in this Declaration that require high precision and the computation of very large or very small numbers). Another way to say this is that only about 37% of the time would one expect no tails to appear after 100 tosses of an extremely biased (0.99) coin. After 200 tosses, the probability of getting all heads goes down to about 0.13. After 300 tosses, down to 0.049 (about 5%). After 400 tosses, down to about 0.0179 or less than 2%.

23.    If we plug in a number of trials corresponding to the number of doctors in the data supplied to me <span style="color:red">REDACTED</span>, even when a doctor is 99% likely to do something, the probability that all doctors did that something is very small. It is the probability (0.99) to the power of the number of doctors <span style="color:red">REDACTED</span>, which equals $2.65 \times 10^{-247}$. This is less than one chance in $10^{246}$. To put that number in perspective, the chances of winning the jackpot prize in Powerball is 1 in 1.75 $\times 10^8$. So, there is a much higher likelihood ($10^{238}$ times more likely) that I will win the

7

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

Powerball jackpot if I buy one ticket than the chance that none of ~~REDACTED~~ doctors did something that they each was only 1 percent likely to do. As explained below, probability that a doctor edited three or more fields was much higher than 1 percent and therefore correspondingly the probability that no doctor did that in ~~REDACTED~~ is correspondingly much smaller.

24.     Another familiar example of probability at work is the roulette wheel, with 36 numbers plus two green slots (0 and 00). The casino will pay out $35 if a bet is placed on a single number, but the ball is equally likely to fall into any of 38 slots. The expected result or expectation from betting a single dollar on the number 17, for example, is 1/38 * 35 plus 37/38 * -1, i.e., a 1 in 38 chance of winning $35 and a 37 in 38 chance of losing $1. People who have visited Las Vegas will not be surprised that this works out to about minus 5 cents. In other words, if you bet $1 you'll expect to have 95 cents at the end of a game. This is a mathematical concept, of course. There is no way actually to end up with 95 cents. You will have either $0 or $36, depending on whether or not the ball fell into the 17 slot.

25.     It is possible to bet on roulette such that one is very likely to win any given game. For example, suppose that one were to bet on the numbers 1 through 34 at a cost of $34. The ball has a 34 in 38 chance (89.5%) of landing on one of those numbers, resulting in a payout of $35 and a profit of roughly 2.94 cents. So if one could be assured that with this high probability the ball would in fact always land somewhere between 1 and 34, one could become very wealthy indeed at the roulette table. Here's how it would work:

- Round 1: $100

- Round 50: $426

- Round 100: $1815

- Round 200: $32,947

8

Contains information MDX has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

- Round 600: $3.5 billion

- Round 800: $1.1 trillion

- Round 1000: $300 trillion

26. After a couple of days in the casino, a person confident that an 89.5%-probable event would always occur would become the richest person in the world and then overtake all of the world's countries combined. The laws of probability don't forbid this outcome. There is nothing that would stop a roulette wheel from landing somewhere between 1 and 34, for example, 1000 times in a row. However, casino shareholders do not lose sleep over this possibility because the probability of it occurring is $(34/38)^{1000}$ or 5 chances in $10^{49}$ (i.e., if you started over with $100 to play 1000 games of roulette every second since the beginning of our universe, it is still unlikely that you'd win $300 trillion (probability much less than 1 in 1 billion)).

## THE DATA SUPPLIED BY MDx MEDICAL

27. Based on MDx104897-935, the following numbers are relevant to this analysis:

| Query type | Result |
|---|---|
| number of doctors who edited at least one item | REDACTED |
| number of doctors who edited appointments | |
| number of doctors who edited award | |
| number of doctors who edited language | |
| number of doctors who edited position | |
| number of doctors who edited gender | |
| number of doctors who edited specialty | |

9

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

28.     Looking at the numbers, common sense suggests that at least one doctor must have edited three of these fields. A doctor registers, oftentimes because he or she sees information on the vitals.com site that is incomplete or incorrect. The doctor is offered a complete Web interface that includes the ability to edit all six of these fields.  MDx has admitted that there is no technical obstacle in place to stop a doctor after he or she edits two fields. MDx's position is thus that every doctor who entered an award and an appointment failed to, for example, find that his or her fluency in Spanish was not in the database. This had to happen not just once but<sup>REDACTED</sup> times in a row. Even an event that is 99.99% likely (1 in 10,000) has a less than 1 percent chance of happening <sup>REDACTED</sup> times in a row (probability 0.0035 according to Wolfram Alpha).

29.     The formal analysis below confirms the common sense conclusion.

## ANALYSIS

30.     The attached spreadsheet shows my work.

31.     One assumption that I made is that a physician's decision to edit one field, e.g., gender, is independent of his or her decision to edit another field, e.g., appointments. This enables the same multiplication of individual probabilities to compute joint probabilities that was used in the coin tossing example (getting heads on Toss 1 does not affect the probability of getting heads on Toss 2). I believe that this is a conservative assumption and works in MDx's favor. To the extent that a doctor who edits one field is more likely to edit additional fields, there would be more doctors who have edited a lot of fields and therefore a higher probability that a given doctor had edited at least three.

32.     I also assumed that all doctors who "registered" also made at least one webedit because the data MDx provided indicates that there are fewer doctors currently registered

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

REDACTED than those who have made "webedits" REDACTED and Larry West testified that a doctor must be registered to make webedits. I understand that MDx was asked to double check these numbers and explain this discrepancy, but as of the date of this Declaration I have not received any additional information.

33.     The decision to edit a given field may be considered as the toss of a biased coin, with the biases being the probabilities computed for field editing based on MDx's data (MDx 0104897-935) summarizing the actual counts of doctors who have edited each of these six fields.

34.     The top section of my attached spreadsheet computes the probability that a given kind of edit would have been made among the population of REDACTED doctors identified as having "webedits." For example, REDACTED doctors have edited appointments. Dividing this number by the population size of REDACTED results in a calculation that it is 0.27 (27%) probable that this field was edited and 0.73 (73%) probable that the field was not edited (i.e., more likely that the field was not edited). Gender, on the other hand, has been edited by REDACTED doctors and is 0.68 (68%) probable. The probabilities are as follows:

| edit type | edit count (# of doctors) | Probability this field was edited | Probability this field was NOT edited |
|---|---|---|---|
| MD/DO counts with webedit and appointments | REDACTED | 27% | 73% |
| MD/DO counts with webedit and award | REDACTED | 16% | 84% |
| MD/DO counts with webedit and language | REDACTED | 23% | 77% |
| MD/DO counts with webedit and position | REDACTED | 14% | 86% |
| MD/DO counts with webedit and gender | REDACTED | 68% | 32% |
| MD/DO counts with webedit and specialty | REDACTED | 38% | 62% |

35.     The next section that starts "all possible outcomes" goes exhaustively through all of the ways that a physician could edit one or more fields. There are two possible outcomes (edited or not edited) for each of the six fields (appointments, awards, language, position, gender,

11

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

and specialty). Using the formula I described above ($2^n$), the number of possible outcomes is $2^6$ or 64 such possibilities. A given doctor could edit or not edit appointments (2 possibilities), edit or not edit awards (4 possibilities), edit or not edit (languages) (8 possibilities), edit or not edit position (16 possibilities), edit or not edit gender (32 possibilities), and edit or not edit specialty (64 possibilities).

36.    An individual possible outcome is computed by multiplying probabilities for the events that make up that outcome. For example, the probability that a doctor did not edit anything is computed by multiplying the probability of each of the six fields not being edited. This is about 8.1% as shown below.

| edit type | edit probability | not edited probability |
|---|---|---|
| MD/DO counts with webedit and appointments | | 0.73 |
| MD/DO counts with webedit and award | | 0.84 |
| MD/DO counts with webedit and language | | 0.77 |
| MD/DO counts with webedit and position | | 0.86 |
| MD/DO counts with webedit and gender | | 0.32 |
| MD/DO counts with webedit and specialty | | 0.62 |

Probability that a doctor edited none of the above fields =

0.73 * 0.84 * 0.77 * 0.86 * 0.32 * 0.62 = 0.08075 or 8%

37.    One issue that will affect our final calculations is that in fact only 63 outcomes are possible. The outcome of "doctor did not edit anything", calculated above, is impossible due to the fact that we know that a doctor is not included in the [REDACTED] unless he or she made at least one "webedit." To adjust for this, I used the method for calculating conditional probabilities described above.  Specifically, I subtracted the probability of editing no fields from 1 to obtain the total size of the probability space given the information received from MDx that all [REDACTED] doctors edited at least one of these fields.

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

Adjusted Size of Probability = 1 – 0.08075 = 0.91925 (or 91.9%)

As shown below, I adjusted each of the final probabilities by dividing by 91.9% to get the "adjusted probabilities".

38.     Similarly, a doctor who edited appointments but nothing else is rarer than one might think. It is not simply the probability of editing appointments (0.27) but rather that probability multiplied by the probability of not editing awards multiplied by the probability of not editing languages, etc. The end result is about 0.03 or 3% as shown below:

| Edit type | edit probability | not edited probability |
|---|---|---|
| MD/DO counts with webedit and appointments | 0.27 | |
| MD/DO counts with webedit and award | | 0.84 |
| MD/DO counts with webedit and language | | 0.77 |
| MD/DO counts with webedit and position | | 0.86 |
| MD/DO counts with webedit and gender | | 0.32 |
| MD/DO counts with webedit and specialty | | 0.62 |

Probability that a doctor edited ONLY appointments (unadjusted) =

$0.27 * 0.84 * 0.77 * 0.86 * 0.32 * 0.62 = 0.0297$ or 3%

Adjusted = $0.0297/0.91925 = 0.0323$ or 3%

39.     The outcome of "doctor edited exactly one field" has a probability that is the sum of the six individual probabilities of editing just one particular field. In this case, the probability that a doctor edited just one field is 30% as shown below:

| Edited Field | Probability that ONLY this field was edited |
|---|---|
| appointments | 3% |
| award | 2% |
| language | 2% |
| position | 1% |

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

| Edited Field | Probability that ONLY this field was edited |
|---|---|
| gender | 17% |
| specialty | 5% |
| **Total Probability that Just One Field was Edited** (unadjusted/adjusted) | **30% / 33%** |

40.     A similar approach was used to compute the probability of editing only two fields, for example, appointments and awards. The probabilities of editing those two fields were multiplied together and then multiplied by four probabilities, each one representing not editing one of the other fields.  As shown below and in the attached analysis, the probability that a doctor edited only appointments and awards is 0.00559 (or 0.6%).

| edit type | edit probability | not edited probability |
|---|---|---|
| appointments | 0.27 | |
| award | 0.16 | |
| language | | 0.77 |
| position | | 0.86 |
| gender | | 0.32 |
| specialty | | 0.62 |

Probability that a doctor edited ONLY appointments and awards (unadjusted) =

0.27 * 0.16 * 0.77 * 0.86 * 0.32 * 0.62 = 0.0055 or 0.6%

Adjusted = 0.0055/0.91925 = 0.0059 or 0.6%

41.     The outcome of doctor editing exactly two fields has a probability that is the sum of the individual probabilities of editing just two particular fields. In this case, the probability that a doctor edited just two fields is shown below:

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

| Edited Fields | Probability that ONLY these fields were edited |
|---|---|
| appointments, language | 1% |
| appointments, position | 0% |
| appointments, gender | 6% |
| appointments, specialty | 2% |
| award, language | 0% |
| award, position | 0% |
| award, gender | 3% |
| award, specialty | 1% |
| language, position | 0% |
| language, gender | 5% |
| language, specialty | 1% |
| position, gender | 3% |
| position, specialty | 1% |
| gender, specialty | 10% |
| **Total Probability that Just Two Fields were Edited** (unadjusted / adjusted) | **36% / 39%** |

42.    Using the same methodology and as shown in the attached document, I calculated the probabilities that three fields were edited, four fields were edited, five fields were edited, and that all six fields were edited.  The probabilities are shown below:

|  | Probability (unadjusted) | Probability (adjusted) |
|---|---|---|
| Total Probability that Three Fields were Edited | 19% | 21% |
| Total Probability that Four Fields were Edited | 5% | 6% |
| Total Probability that Five Fields were Edited | 0.7% | 0.8% |
| Total Probability that Six Fields were Edited | 0.03% | 0.04% |
| **Total Probability that 3 or more Fields were Edited** | **25%** | **28%** |

43.    As a check on my analysis, I summed the probabilities of all 64 outcomes and verified that the result was 1.

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

44.     As discussed above, I calculated the probability that a doctor edited no fields at all. This is about 8%. I used that size to compute the conditional probability of editing just one, just two, or three or more fields (roughly 33%, 39%, and 28%) and then did an additional check to make sure that those three numbers added up to 1.

45.     I used the probability of editing three or more fields to compute an expected number of doctors who have edited three or more fields. This is done by multiplying the probability of three or more fields being edited by the number of doctors total. The result turns out to be <span style="color:red">REDACTED</span> .  In other words, it is probable that more than <span style="color:red">REDACTED</span> doctors have edited three or more of six of the types of physician-verified information called for in the '060 patent claims.

46.     I understand that MDx Medical contends that the most likely number is not <span style="color:red">REDACTED</span> but rather 0. This would occur if every doctor edited either one or two fields *and none of the* <span style="color:red">REDACTED</span> *doctors edited three or more of these fields*. As explained above, this is possible in the same sense that beating the casino at roulette 1000 times in a row is possible. However, the calculation below shows that it is even less likely.

47.     The proper way to calculate this is to sum the probability that just one field was edited and the probability that just two were edited, then raise that sum to the <span style="color:red">REDACTED</span> power.

Probability that none of the doctors edited three or more fields =

$$(33\% + 39\%)^{\text{REDACTED}} =$$

$$1.34 \times 10^{-7964}$$

Standard spreadsheet programs such as Google Spreadsheets and Microsoft Excel are not able to compute a number this small. Wolfram Alpha, however, puts the probability of this occurring only about $10^{-7962}$% of the time (that's 0.0000…0134… where there are nearly 8000 zeros in the

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

Case No. 1:19-cv-00520-RM-NYW Document 62-4 filed 10/21/19 USDC Colorado pg 1 of
Case 1:11-cv-00520-RM-BNB Document 662-4 Filed 10/21/19 USDC Colorado Page 20 of
245

middle).[1]  Said another way, there is only 1 chance in $10^{7.964}$ that none of the <sup style="color:red">REDACTED</sup> doctors

edited three or more fields.  As noted above, this number is vastly smaller than the size of an

electron.

48.     It may be that some of the <sup style="color:red">REDACTED</sup> doctors who have edited something edited a

field other than the six fields discussed above.  But even if this is true, it does not make a

meaningful impact on my probability analysis or alter my conclusions that: (1) it is probable that

thousands of doctors have edited three or more of the six physician-verified information fields;

and that the probability that none of the <sup style="color:red">REDACTED</sup> doctors edited three or more of the six fields is so

small that it is effectively zero.

49.     For example, MDx provided a SQL query response that shows the count of

doctors that have "edit[ed] education information" are:



(MDx 0104918).  I assume that "F" means "fellowship, "I" means internship, "M" means

"medical school," and "R" means "residency" because MDx allows physicians to edit these

fields.  However, MDx did not state whether the doctors who have edited the F, I, M, or R

information are included within the <sup style="color:red">REDACTED</sup> doctors who made webedits or not. The foregoing

---

[1]      I used the full precision available from the spreadsheet program when asking Wolfram
Alpha to compute the result; above I show it as 33% plus 39% for clarity.

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

analysis assumes that these doctors are not included. I also note that there are potentially some fields in addition to F, I, M, and R that doctors could edit that aren't among the six analyzed and that could be contributing to the REDACTED number of doctors who "edited at least something." My assumption that a doctor's tendency to edit one field is independent of his or her tendency to edit another makes the existence of additional fields not very relevant to the above analysis. Suppose that, for example, we knew that 99 percent of doctors had edited their street address and phone number and that this was a contributor to the REDACTED population size. That still leaves a REDACTED / REDACTED probability (about 27 percent) that a doctor edited appointments because we know that REDACTED doctors did make such edits. The only thing that would change is that it is no longer impossible for a doctor to have edited none of the six fields above and still be among the REDACTED. Thus the adjustment by 8 percent (the probability that none were edited) becomes unnecessary. In that case we would expect to find that REDACTED doctors had edited three or more fields. The probability that no doctor had edited three or more is 74.5% raised to the REDACTED power or approximately $2 \times 10^{-7216}$. This is trillions of trillions of times more probable than before, but still a smaller number than can be expressed in English and far less probable than winning every lottery and beating every casino in the world.

## **SUMMARY**

50.     MDx's contends that it is possible that no doctor edited three or more fields. Given the data that MDx supplied, this is so improbable that the probability cannot be expressed in terms or numbers that are within ordinary human experience. The closest level of improbability that regularly is considered by a Court is for DNA matching in criminal trials, in which probabilities are typically expressed as roughly 1 in 100 billion ($10^{-11}$), i.e., a number with

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

11 digits. The probability of MDx being correct is so close to zero that the fraction would require between 7000 and 8000 digits to express, even under assumptions that are favorable to MDx.

## Trial Exhibits

51.    I reserve the right to use demonstrative exhibits at trial if necessary to explain my analysis.

## Reservation of Rights

52.    My opinions are based on the data with which I have been provided. If additional, updated, or clarified data becomes available from MDx, I reserve the right to repeat this analysis using the same methods but with the new numbers.


I declare under penalty of perjury that the foregoing is true and correct.



Signed:

Philip Greenspun, Ph.D.                              Date: October 15, 2013

Contains information MDX has designated as
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

| edit type | edit count | | edit probability | not edited probability |
|---|---|---|---|---|
| MD/DO counts with webedit and appointments | | REDACTED | 0.27 | 0.73 |
| MD/DO counts with webedit and award | | REDACTED | 0.16 | 0.84 |
| MD/DO counts with webedit and language | | REDACTED | 0.23 | 0.77 |
| MD/DO counts with webedit and position | | REDACTED | 0.14 | 0.86 |
| MD/DO counts with webedit and gender | | REDACTED | 0.68 | 0.32 |
| MD/DO counts with webedit and specialty | | REDACTED | 0.38 | 0.62 |
| | | | | |
| MD/DO count with webedits (total population size) | | REDACTED | | |
| | | | | |
| **All possible outcomes (2^6 = 64 possible ways)** | | | | |
| appointments edited, but all others untouched | 0.02974 | | | |
| award | 0.01519 | | | |
| language | 0.02466 | | | |
| position | 0.01298 | | | |
| gender | 0.17246 | | | |
| specialty | 0.04872 | | | |
| -- probability that just one was edited, unadjusted | | | 0.30374 | |
| appointments, award; all others untouched | 0.00559 | | | |
| appointments, language | 0.00908 | | | |
| appointments, position | 0.00478 | | | |
| appointments, gender | 0.06351 | | | |
| appointments, specialty | 0.01794 | | | |
| award, language | 0.00464 | | | |
| award, position | 0.00244 | | | |
| award, gender | 0.03244 | | | |
| award, specialty | 0.00916 | | | |
| language, position | 0.00396 | | | |
| language, gender | 0.05266 | | | |
| language, specialty | 0.01488 | | | |
| position, gender | 0.02772 | | | |
| position, specialty | 0.00783 | | | |
| gender, specialty | 0.10406 | | | |
| -- probability that just two were edited, unadjusted | | | 0.36071 | |
| appointments, award, language | 0.00171 | | | |
| appointments, award, position | 0.00090 | | | |
| appointments, award, gender | 0.01195 | | | |
| appointments, award, specialty | 0.00338 | | | |
| appointments, language, position | 0.00146 | | | |
| appointments, language, gender | 0.01939 | | | |
| appointments, language, specialty | 0.00548 | | | |
| appointments, position, gender | 0.01021 | | | |

| | | | |
|---|---|---|---|
| appointments, position, specialty | 0.00288 | | |
| appointments, gender, specialty | 0.03832 | | |
| award, language, position | 0.00075 | | |
| award, language, gender | 0.00991 | | |
| award, language, specialty | 0.00280 | | |
| award, position, gender | 0.00521 | | |
| award, position, specialty | 0.00147 | | |
| award, gender, specialty | 0.01957 | | |
| language, position, gender | 0.00846 | | |
| language, position, specialty | 0.00239 | | |
| language, gender, specialty | 0.03178 | | |
| position, gender,  specialty | 0.01672 | | |
| appointments, award, language, position | 0.00027 | | |
| appointments, award, language, gender | 0.00365 | | |
| appointments, award, language, specialty | 0.00103 | | |
| appointments, award, position, gender | 0.00192 | | |
| appointments, award, position, specialty | 0.00054 | | |
| appointments, award, gender, specialty | 0.00721 | | |
| appointments, language, position, gender | 0.00312 | | |
| appointments, language, position, specialty | 0.00088 | | |
| appointments, language, gender, specialty | 0.01170 | | |
| appointments, position, gender, specialty | 0.00616 | | |
| award, language, position, gender | 0.00159 | | |
| award, language, position, specialty | 0.00045 | | |
| award, language, gender, specialty | 0.00598 | | |
| award, position, gender, specialty | 0.00315 | | |
| language, position, gender, specialty | 0.00511 | | |
| appointments, award, language, position, gender | 0.00059 | | |
| appointments, award, language, position, specialty | 0.00017 | | |
| appointments, award, language, gender, specialty | 0.00220 | | |
| appointments, award, position, gender, specialty | 0.00116 | | |
| appointments, language, position, gender, specialty | 0.00188 | | |
| award, language, position, gender, specialty | 0.00096 | | |
| appointments, award, language, position, gender, specialty | 0.00035 | | |
| | | 0.25480 | |
| zero changed (not actually possible) | 0.08075 | | |
| | | | |
| checksum | | 1 | |
| total probability without zero changed | 0.91925 | | |
| | | | |
| probability just one edited, adjusted | 0.33042 | | |
| probability just two edited, adjusted | 0.39239 | | |

| | | | |
|---|---|---|---|
| probability three or more edited, adjusted | 0.27719 | | |
| | | | |
| checksum | 1 | | |
| | | | |
| probability that either just one or just two was edited | 0.72281 | | |
| | | | |
| Expected number of physicians who have edited three or more | | | |
| -- multiply probability of three or more edits times the population size | REDACTED | | |
| | | | |
| Probability that no physician has edited three or more of above (raise probably of just one + just two to the REDACTED nd power) | 0.0000000000 | requires Wolfram Alpha to compute using high-precision input | 0.722813955234467 |
| | | | |
| **What if we did not need to adjust for the "none of the six" changed case? Some physicians could be in the sample because they edited education and nothing else, for example.** | | | |
| | | | |
| probability zero edited, unadjusted | 0.080747 | | |
| probability just one edited, unadjusted | 0.303743 | | |
| probability just two edited, unadjusted | 0.360706 | | |
| probability three or more edited, unadjusted | 0.254804 | | |
| | | | |
| Expected number of physicians who have edited three or more | REDACTED | | |
| | | | |
| Probability that no physician has edited three or more | | requires Wolfram Alpha to compute | 0.745195889922485 |
| | | | |
| Note: most of the above numbers are rounded to 6 digits of precision. | | | |