# Exhibit E

## David C. Lee

| | |
|---|---|
| **From:** | David C. Lee |
| **Sent:** | Thursday, November 07, 2013 6:15 PM |
| **To:** | 'Vazquez, Jesus'; Vincent M. Ferraro |
| **Cc:** | Kostolansky, Kris J.; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com); Scott D. Stimpson; Trent Dickey |
| **Subject:** | RE: Health Grades v. MDx Medical | conferral on motion to restrict |

Kris, Jesus,

To accurately reflect our conferral communications, you have not said that you are filing an opposition. We will state in the conferral statement that we understand HG is not filing an opposition, but HG nevertheless does not agree to have this filed as an unopposed motion.

Regards,
David


**David C. Lee**
Associate



website | bio | vCard | newsroom | email

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1546 | f (212) 643-6500   map

---

**From:** Vazquez, Jesus [mailto:JVazquez@lrrlaw.com]
**Sent:** Thursday, November 07, 2013 6:10 PM
**To:** David C. Lee; Vincent M. Ferraro
**Cc:** Kostolansky, Kris J.; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com); Scott D. Stimpson; Trent Dickey
**Subject:** RE: Health Grades v. MDx Medical | conferral on motion to restrict

David,

We are saying that we take no position and ask that you simply state so in the conferral certificate, and thus It would be a mischaracterization of our position to caption the motion as unopposed. The Court will act as it sees fit under the circumstances, as it has done in the past – the Court may grant the motion even if it is opposed and before an opposition is filed, or the Court may deny the motion even if it is unopposed. The point is that the caption and conferral certificate must truthfully and accurately reflect the conferral communications.

Thank you, Jesus



**Jesus Vazquez, Partner**
**Lewis Roca Rothgerber LLP |**
**1200 17th St Suite 3000 | Denver, CO 80202-5855**
(T) 303.628.9517 | (F) 303.623.9222
JVazquez@lrrlaw.com | www.LRRLaw.com

1

 **Rothgerber Johnson & Lyons LLP is now Lewis Roca Rothgerber LLP.**

---

**From:** David C. Lee [mailto:dlee@sillscummis.com]
**Sent:** Thursday, November 07, 2013 3:54 PM
**To:** Vazquez, Jesus; Vincent M. Ferraro
**Cc:** Kostolansky, Kris J.; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com); Scott D. Stimpson; Trent Dickey
**Subject:** RE: Health Grades v. MDx Medical | conferral on motion to restrict

Jesus,

We take your response below to mean that HG will not be filing an opposition, unless we have misunderstood.  Should we state that HG has decided not to file an opposition but nevertheless does not agree to have MDx file this as an "unopposed" motion?  Or if there is another explanation, please let us know.  I am sure the Court would appreciate clarification on whether it should await further briefing or not.

Regards,
David


**David C. Lee**
Associate



website | bio | vCard | newsroom | email

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1546 | f (212) 643-6500   map

---

**From:** Vazquez, Jesus [mailto:JVazquez@lrrlaw.com]
**Sent:** Thursday, November 07, 2013 5:48 PM
**To:** Vincent M. Ferraro
**Cc:** Kostolansky, Kris J.; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com); Scott D. Stimpson; Trent Dickey; David C. Lee
**Subject:** RE: Health Grades v. MDx Medical | conferral on motion to restrict

Vin,

No - that is incorrect.  We are not saying that we do not oppose – we are saying we do not take a position.  You are not authorized to caption the motion as "unopposed" under these circumstances.

Thank you, Jesus

 **Jesus Vazquez, Partner**
**Lewis Roca Rothgerber LLP |**
**1200 17th St Suite 3000 | Denver, CO 80202-5855**
(T) 303.628.9517 | (F) 303.623.9222
JVazquez@lrrlaw.com | www.LRRLaw.com

 **Rothgerber Johnson & Lyons LLP is now Lewis Roca Rothgerber LLP.**

---

**From:** Vincent M. Ferraro [mailto:vferraro@sillscummis.com]
**Sent:** Thursday, November 07, 2013 3:44 PM
**To:** Vazquez, Jesus
**Cc:** Kostolansky, Kris J.; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com); Scott D. Stimpson; Trent Dickey; David C. Lee
**Subject:** RE: Health Grades v. MDx Medical | conferral on motion to restrict

Jesus,

We will state that HG takes no position and file the motion unopposed.

Thanks,
Vin

**Vincent M. Ferraro**
Associate



**website | vCard | newsroom | email**

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1573 | f (212) 643-6500  map

---

**From:** Vazquez, Jesus [mailto:JVazquez@lrrlaw.com]
**Sent:** Thursday, November 07, 2013 5:42 PM
**To:** Vincent M. Ferraro
**Cc:** Kostolansky, Kris J.; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com); Scott D. Stimpson; Trent Dickey; David C. Lee
**Subject:** RE: Health Grades v. MDx Medical | conferral on motion to restrict

Vin,

Please state in your conferral certificate that Health Grades takes no position as to the proposed redactions by MDx in document nos. 632, 632-1, 632-5 and 632-6.

Thank you, Jesus

 **Jesus Vazquez, Partner**
**Lewis Roca Rothgerber LLP |**
**1200 17th St Suite 3000 | Denver, CO 80202-5855**
**(T) 303.628.9517 | (F) 303.623.9222**
**JVazquez@lrrlaw.com | www.LRRLaw.com**

 **Rothgerber Johnson & Lyons LLP is now Lewis Roca Rothgerber LLP.**

**From:** Vincent M. Ferraro [mailto:vferraro@sillscummis.com]
**Sent:** Thursday, November 07, 2013 11:12 AM
**To:** Vazquez, Jesus
**Cc:** Kostolansky, Kris J.; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com); Scott D. Stimpson; Trent Dickey; David C. Lee
**Subject:** RE: Health Grades v. MDx Medical | conferral on motion to restrict

Jesus,

To assist you in reviewing this motion to restrict attached are our proposed redactions.

Thanks,
Vin

**Vincent M. Ferraro**
Associate



**website | vCard | newsroom | email**

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1573 | f (212) 643-6500   **map**


**From:** Vazquez, Jesus [mailto:JVazquez@lrrlaw.com]
**Sent:** Thursday, November 07, 2013 11:34 AM
**To:** Vincent M. Ferraro
**Cc:** Kostolansky, Kris J.; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com); Scott D. Stimpson; Trent Dickey; David C. Lee
**Subject:** Re: Health Grades v. MDx Medical | conferral on motion to restrict

Vin,

I am out of the office this morning. I'll review and let you know our position when I return this afternoon.

Jesús

Jesús M. Vázquez, Partner
Lewis Roca Rothgerber LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@lrrlaw.com
Website: www.lrrlaw.com


On Nov 7, 2013, at 9:18 AM, "Vincent M. Ferraro" <vferraro@sillscummis.com> wrote:

> Jesus,

4

We will be filing a motion to restrict on MDx's behalf regarding Dkt. Nos. 632, 632-1, 632-5 and 632-6.  These documents, filed by HG in connection with its motion for sanctions [Dkt. 632], are: (i) the motion (632); (ii) MDx's second supplemental response to interrogatory number 2 (632-1); (iii) correspondences between the parties' counsel (632-5); and (iv) Dr. Greenspun's declaration of October 15, 2013 (632-6).  The information that we are requesting to be restricted is the exact same or similar as the information that was the subject of previous MDx motions to restrict that were granted by the Court.  *See, e.g.*, Dkts. 483, 508, 557 and 586.

**Dkt. No. 632** – We are seeking restriction of narrowly tailored excerpts from pages 6-9 of the motion that disclose the number of doctors who have edited specific data fields on vitals.com, the number of doctors who have registered on vitals.com, and the sources that provide some of the specific data fields on vitals.com.  The Court has previously restricted access to the exact same or similar information.  *See, e.g.,* Dkt Nos. 483, 508, 557 and 586.

**Dkt. Nos. 632-1** – We are seeking to redact this document in the exact same manner that we have done several times in the past, each time approved by the Court.  *See, e.g.,* Dkt Nos. 483, 508, 557 and 586.

**Dkt. Nos. 632-5** – We are seeking to restrict access to information regarding vitals.com internal data and statistics.  The Court has previously restricted access to the exact same or similar information.  *See, e.g.,* Dkt Nos. 483, 508, 557 and 586.

**Dkt. Nos. 632-6** – We are seeking to restrict access to information regarding vitals.com internal data and statistics.  The Court has previously restricted access to the exact same or similar information.  *See, e.g.,* Dkt Nos. 483, 508, 557 and 586.

We will be asking the Court to restrict access in the same or similar manner as it has previously done.

Please let us know if we can represent that HG does not oppose this motion to restrict.

Thanks,
Vin


**Vincent M. Ferraro**
Associate
<image001.gif>
**website | vCard | newsroom | email** <image002.gif><image003.gif><image004.gif>

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1573 | f (212) 643-6500   **map**

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

In accordance with Internal Revenue Service Circular 230, we advise you that if this message or any attachments contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

In accordance with Internal Revenue Service Circular 230, we advise you that if this message or any attachments contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

In accordance with Internal Revenue Service Circular 230, we advise you that if this message or any attachments contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

In accordance with Internal Revenue Service Circular 230, we advise you that if this message or any attachments contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.