IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

### NOTICE OF DEPOSITION OF RICHARD G. COOPER

PLEASE TAKE NOTICE THAT ON **Thursday, January 9, 2014, at 1:30 P.M.**, Plaintiff Health Grades, Inc., via its undersigned attorney, will take the deposition of **Richard G. Cooper at the Hampton Inn in Hemet, California, 3700 West Florida Avenue, Hemet, CA 92545** in connection with the above-referenced matter.

The deposition will be recorded by stenographic and audiovisual means, under oath, before an officer appointed or designated under Fed. R. Civ. P. 28 and authorized to administer oaths in California.

2004485351_1

Dated this 12th day of November, 2013.

*s/ Kris J. Kostolansky, Esq.*
Kris J. Kostolansky, Esq.
Lewis Roca RothgerberLLC
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO  80202
Phone:  (303) 623-9000
Fax:  (303)623-9222
E-mail: kkosto@lrrlaw.com

*Attorneys for Plaintiff Health Grades, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 12th day of November, 2013, the foregoing was served **via electronic transmission** to the following:

Scott David Stimpson
David Chunyi Lee
Scott B. Murray, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY 10112
Email: sstimpson@sillscummis.com
Email: dlee@sillscummis.com
Email: smurray@sillscummis.com

Terence M. Ridley
Ramona L. Lampley
Wheeler Trigg O'Donnell, LLP
1801 California Street, #3600
Denver, CO 80202-2617
Email: ridley@wtotrial.com
Email: lampley@wtotrial.com

*s/ Kris J. Kostolansky, Esq.*
Kris J. Kostolansky, Esq.