**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

      Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

**MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO**
**DOCUMENT - DOCUMENT NO. 638**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to Document No. 638, which was filed by Health Grades, Inc. ("Health Grades") in connection with its response to MDx's partially opposed motion for leave to restrict access to document numbers 611, 611-1, 611-2, 611-3 and 611-4 (the "HG Response"; Dkt. No. 638), and is hereby providing the Court with a replacement, redacted version of this document.

Pursuant to *D.C.COLO.LCivR* 7.1(A), MDx's counsel conferred with counsel for Health Grades regarding this motion on November 13, 2013, and, while it is MDx's understanding that Health Grades opposes the relief sought in this motion and while the parties discussed an agreement to incorporate their respective arguments by reference regarding the underlying motion (Dkt. No. 622) into this motion and that the decision from the Court regarding the

underlying motion should apply to this motion, MDx has not received Health Grades' final position. When Health Grades provides its position, MDx will supplement this motion with that information.

      In support of this motion, MDx states as follows:

      1.    The document at issue is Health Grades' response to MDx's motion to restrict (Dkt. No. 638). Specifically, paragraphs 4, 8, 13, and 14 contain the exact same or similar information regarding the business relationship between MDx and Aetna Life with respect to the MDx/Aetna Life Agreement that MDx seeks restrictions of in its underlying motion to restrict (Dkt. No. 622). As discussed in the underlying motion (Dkt. No. 622), it is MDx's position that the business relationship between MDx and Aetna Life represents highly confidential and competitively sensitive information. *See* MDx's Motion For Leave to Restrict, dated October 9, 2013, Dkt. No. 622, at 2-5, *see also*, Declaration of Erika Boyer, dated October 9, 2013, Dkt. No. 622-1, at ¶¶ 4-6. Thus, MDx respectfully requests that access to Dkt. No. 638 continued to be restricted until at least the Court has decided the underlying motion (Dkt. No. 622). MDx proposes narrowly tailored redactions of the information discussing the business relationship between MDx and Aetna Life that appear in paragraphs 4, 8, 13, and 14. Attached hereto as Exhibit A is a proposed redacted copy of Dkt. No. 638 in which the highly confidential information regarding the business relationship between MDx and Aetna Life has been redacted to protect such information from public access. MDx requests that Dkt. No. 638 be restricted from public access and that the attached redacted version in Exhibit A be substituted for Dkt. No. 638.

2.     It is MDx's understanding that Health Grades opposes MDx's proposed restrictions discussed above for the reasons set forth in the HG Response (Dkt. No. 638).

3.     It is MDx's understanding that the parties may agree to incorporate their respective arguments regarding the underlying motion (Dkt. No. 622) into this motion and that the decision from the Court regarding the underlying motion should apply to this motion, but MDx has not received Health Grades' final position.  When Health Grades provides its position, MDx will supplement this motion with that information.

For the foregoing reasons, MDx requests that this Court grants this motion to restrict access to Document No. 638 at a restriction Level 1 and substitute the attached redacted version for Document No. 638, until at least the Court has decided the underlying motion to restrict (Dkt. No. 622).

Dated:  November 13, 2013                    Respectfully submitted,

                                             *s:/Scott D. Stimpson*
                                             Scott D. Stimpson
                                             David C. Lee
                                             Sills Cummis & Gross P.C.
                                             30 Rockefeller Plaza
                                             New York, New York 10112
                                             Tel: (212) 643-7000
                                             Fax: (212) 643-6500
                                             E-mail:sstimpson@sillscummis.com
                                             E-mail:dlee@sillscummis.com

                                             and

                                             Terence Ridley, Atty. No. 15212
                                             Wheeler Trigg O'Donnell LLP
                                             370 Seventeenth Street, Suite 4500
                                             Denver, Colorado 80202
                                             Tel:  (303) 244-1800

Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT - DOCUMENT NO. 638** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- Gregory B. Kanan
  gkanan@lrrlaw.com

- Kris John Kostolansky
  kkosto@lrrlaw.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com, vferraro@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com


   *s:/Vincent M. Ferraro*