# EXHIBIT C

# Vincent M. Ferraro

| | |
|---|---|
| **From:** | David C. Lee |
| **Sent:** | Friday, September 06, 2013 1:54 PM |
| **To:** | 'Vazquez, Jesus'; 'Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com)' |
| **Cc:** | 'Kanan, Greg'; 'Henke, Peggy J.'; Trent Dickey; Vincent M. Ferraro; Scott D. Stimpson; 'Kostolansky, Kris J.' |
| **Subject:** | RE: Discovery issues and trial preparation |

Jesus, Kirstin:

Thank you for our call on Wednesday.

Further to our discussion, we will agree to run again the queries we previously produced in MDX 0104073 - MDX 0104110, and while we have no obligation to run queries for the first time now, we will run the query for number of registered physician, as requested.  We should have these to you next week.

Regards,
David


**David C. Lee**
Associate



website | bio | vCard | newsroom | email  

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1546  |  f (212) 643-6500   map

---

**From:** David C. Lee
**Sent:** Friday, August 30, 2013 9:46 AM
**To:** Kostolansky, Kris J.; Vazquez, Jesus
**Cc:** Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com); Henke, Peggy J.; Trent Dickey; Vincent M. Ferraro; Scott D. Stimpson
**Subject:** RE: Discovery issues and trial preparation

Jesus, Kris, and Kirstin:

This is a follow up on our call yesterday regarding the document topics.

(2)  Updated statistics for the vitals.com website that show the number of physicians registered and number of edits made to profiles – see MDX 0004507.

You mentioned the database queries yesterday, but none of the queries provide the information in this topic.  The MDX 0004507 you referenced did have this information, but as we informed you, it has not been updated.

The closest database queries we previously provided are "MD/DO Counts Active" and "MD/DO Count with Webedits".  If these two are what you would like, we will speak with MDx about them.

(3) Updated XML Feed Guide – see PX051 (MDX 0019309 – 19326).  This is dated February 11, 2010 – we need the most current version.

As requested, we looked further into the Vitals XML Feed Guide Version 1.3 (MDX 0019309 – 19326).  This guide is not used anymore, and nothing has replaced it either.

(4) All communications and agreements, amendments, addendums with Aetna Inc. and its subsidiaries since MDx's last production of these documents in June 2012.

Attached please find documents Bates-labeled MDX 0104859 – MDX 0104863.  These documents are designated "Highly Confidential / Attorneys' Eyes Only" and should be treated accordingly under the protective order in this case.

Regards,
David


**David C. Lee**
Associate



website | bio | vCard | newsroom | email

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1546  |  f (212) 643-6500   map

---

**From:** David C. Lee
**Sent:** Tuesday, August 27, 2013 12:53 PM
**To:** 'Kostolansky, Kris J.'; Scott D. Stimpson; Vazquez, Jesus
**Cc:** Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com); Henke, Peggy J.; Trent Dickey; Vincent M. Ferraro
**Subject:** RE: Discovery issues and trial preparation

Kris and Jesus:

Regarding the document topics in Jesus' August 2nd email, there are no updates of the documents in topics (2) and (3):

(2) Updated statistics for the vitals.com website that show the number of physicians registered and number of edits made to profiles – see MDX 0004507.

The document you referenced has not been updated or maintained for a very long time.  What you have is the latest.

(3) Updated XML Feed Guide – see PX051 (MDX 0019309 – 19326).  This is dated February 11, 2010 – we need the most current version.

This document also has not been updated.  What you have is the latest.

We are still looking into document topic (4).

Regards,
David


**David C. Lee**
Associate

2