**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S NOTICE OF RECENT SUPPLEMENTAL AUTHORITY
REGARDING ITS SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT
(DKT. NO. 195)**

---

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, and in further support of its second motion pursuant to Federal Rule of Civil Procedure 56 for partial summary judgment of non-infringement ("MDx's Motion"; Dkt. No. 195), respectfully submits this Notice of Recent Supplemental Authority regarding a decision from the United States Court of Appeals for the Federal Circuit addressing the law on prosecution history estoppel. *See Integrated Tech. Corp. v. Rudolph Techs., Inc.*, 2013 U.S. App. LEXIS 22331 (Fed. Cir. Nov. 4, 2013). A copy of the decision is attached hereto as Exhibit A.

1

| | |
|---|---|
| Dated: November 19, 2013 | Respectfully submitted,<br><br>*s:/Scott D. Stimpson*<br>Scott D. Stimpson<br>David C. Lee<br>Sills Cummis & Gross P.C.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Tel: (212) 643-7000<br>Fax: (212) 643-6500<br>E-mail:sstimpson@sillscummis.com<br>E-mail:dlee@sillscummis.com<br><br>and<br><br>Terence Ridley, Atty. No. 15212<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, Colorado 80202<br>Tel:  (303) 244-1800<br>Fax:   (303) 244-1879<br>E-mail: ridley@wtotrial.com<br><br>*Attorneys for Defendant*<br>MDx Medical, Inc. d/b/a VITALS.COM |

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S NOTICE OF RECENT SUPPLEMENTAL AUTHORITY REGARDING ITS SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT (DKT. NO. 195)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- Gregory B. Kanan
  gkanan@lrrlaw.com

- Kris John Kostolansky
  kkosto@lrrlaw.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com, vferraro@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                               *s:/Vincent M. Ferraro*