**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION REGARDING ITS
MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT –
DOCUMENT NO. 638**

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, filed on November 13, 2013, its Motion For Leave To Restrict Access to Document – Document No. 638 [Dkt. No. 651, the "Motion"]. The Motion stated:

> Pursuant to *D.C.COLO.LCivR* 7.1(A), MDx's counsel conferred with counsel for Health Grades regarding this motion on November 13, 2013, and, while it is MDx's understanding that Health Grades opposes the relief sought in this motion and while the parties discussed an agreement to incorporate their respective arguments by reference regarding the underlying motion (Dkt. No. 622) into this motion and that the decision from the Court regarding the underlying motion should apply to this motion, MDx has not received Health Grades' final position. When Health Grades provides its position, MDx will supplement this motion with that information. Motion, at 1-2.

    MDx has received Health Grades' final position regarding the Motion and hereby supplements the Motion to include the following: (1) Health Grades opposes the relief sought in the Motion for the same reasons it opposed the underlying motion to restrict (Dkt. No. 622), as set forth in its opposition (Dkt. No. 638) (*see* paragraph 2 of the Motion); (2) the parties agree to

1

incorporate their respective arguments by reference with respect to MDx's underlying motion to restrict (Dkt. No. 622) and Health Grades' opposition to that motion (Dkt. No. 638) into the Motion (*see* paragraph 3 of the Motion); and (3) the parties agree that the decision from the Court regarding the underlying motion to restrict (Dkt. No. 622) should apply to this Motion (*see* paragraph 3 of the Motion).

Dated: November 19, 2013                                  Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail:sstimpson@sillscummis.com
E-mail:dlee@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION REGARDING ITS MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT – DOCUMENT NO. 638** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- Gregory B. Kanan
  gkanan@lrrlaw.com

- Kris John Kostolansky
  kkosto@lrrlaw.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com, vferraro@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                               _s:/Vincent M. Ferraro_