**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**JOINT MOTION REGARDING THE DECEMEBER 18, 2013 *DAUBERT* HEARING**

---

Plaintiff Health Grades, Inc. ("Health Grades") and Defendant MDx Medical, Inc. ("MDx"), by their counsel, submit this Joint Motion Regarding the December 18, 2013 *Daubert* Hearing [Doc. 636] and state as follows:

    1.    This Court set a *Daubert* hearing for December 18, 2013, on the following motions:

- Health Grades, Inc.'s Motion to Partially Exclude Expert Testimony of Richard G. Cooper Pursuant to Fed. R. Evid. 403 and 702 and *Daubert v. Merril Dow Pharms, Inc.* 509 U.S. 579 (1993) [Doc. 338];

- MDx Medical, Inc.'s Motion to Preclude Any Testimony From Health Grades, Inc.'s Expert Dr. Greenspun [Doc. 349]; and

- MDx Medical Inc.'s Motion to Exclude Expert Testimony of Mr. David Hall Pursuant to Fed. R. Evid. 403 and 702, and *Daubert v. Merrell Dow Pharms, Inc.*, 509 U.S. 579 (1993) [Doc. 374].

(October 25, 2013 Minute Order [Doc. 636].)

    2.    Counsel have conferred about this upcoming hearing and believe the most efficient way to proceed will be to conduct the hearing on the record as it stands, with three additional Health Grades exhibits, which are attached hereto as Exhibit A. (MDx has reserved the right to object to these exhibits.)

3. Health Grades and MDx request that the hearing procedures set forth in this Court's Practice Standards IV(K)(1)-(4) be modified to reflect this proposed procedure.[1]  Under the circumstances of these motions, counsel believe that all pertinent information is in the record and that the submission of live testimony will not aid the Court in the decision-making process and is not warranted in light of the associated expense.

WHEREFORE Health Grades and MDx request that this Court grant their Joint Motion Regarding the December 18, 2013 *Daubert* Hearing.

Dated: November 26, 2013.

| | |
|---|---|
| LEWIS ROCA ROTHGERBER LLP | SILLS CUMMIS & GROSS P.C. |
| | |
| *s/ Kris J. Kostolansky* | *s/ Scott D. Stimpson* |
| Gregory B. Kanan, Esq. | Scott D. Stimpson, Esq. |
| Kris J. Kostolansky, Esq. | Vincent M. Ferraro, Esq. |
| Jesús M. Vázquez, Jr., Esq. | David C. Lee, Esq. |
| 1200 17th Street, Suite 3000 | Trent Dickey, Esq. |
| Denver, Colorado 80202 | 30 Rockefeller Plaza |
| Tel: (303) 623-9000 | New York, New York 10112 |
| Fax: (303) 623-9222 | Tel: (212) 643-7000 |
| E-mail: gkanan@lrrlaw.com | Fax: (212) 643-6500 |
| E-mail: kkosto@lrrlaw.com | E-mail: sstimpson@sillscummis.com |
| E-mail: jvazquez@lrrlaw.com | E-mail: vferraro@sillcummis.com |
| *Attorneys for Plaintiff/ Counterclaim Plaintiff Health Grades, Inc.* | E-mail: dlee@sillscummis.com |
| | E-mail: tdickey@sillcummis.com |

and

Terence Ridley, Esq.
Ramona Lampley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
Email: ridley@wtotrial.com
Email: lampley@wtotrial.com
*Attorneys for Defendant/ Counterclaim Plaintiff MDx Medical, Inc.*

---

[1] Health Grades' expert, Dr. Phillip Greenspun, is due to have a child born on or about December 4 and it would be extremely difficult for him to appear on December 18th.

- 2 -

2004510956_3