**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

     Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

     Defendant.

---

**MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO
DOCUMENT NO. 652**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to document number 652, which was filed by MDx in opposition to Health Grades, Inc.'s motion for sanctions (the "MDx Opposition"; Dkt. No. 652), and is hereby providing the Court with a replacement, redacted version of this document (the "Motion to Restrict").

Pursuant to *D.C.COLO.LCivR* 7.1(A), MDx's counsel conferred with counsel for Health Grades regarding this Motion to Restrict on November 20, 2013, and Health Grades indicated that it takes "no position" regarding the relief requested in this motion. Therefore, it is MDx's understanding that Health Grades is not filing an opposition to this Motion to Restrict.

MDx respectfully requests very limited confidentiality restrictions for document number 652 to redact references in this document to specific, competitively sensitive, highly confidential

1

and proprietary information regarding MDx's accused website, vitals.com, percentages and internal data in the identical or similar manner that this Court has previously restricted the same or similar highly confidential information in documents previously filed in this action.

MDx is requesting restricted access to the MDx Opposition – Dkt. No. 652.  MDx is submitting a proposed, redacted version, from which the MDx highly confidential information has been redacted, in exactly the same or very similar fashion as previously granted by the Court, to be used for public access.  MDx respectfully requests that access to the unredacted version of document number 652 remain restricted at Restricted Level 1, and the proposed, redacted document attached hereto be used as a replacement for public access.

**Doc. No. 652** – This document is MDx's opposition to Health Grades' motion for sanctions for MDx's alleged failure to comply with Court-ordered discovery.  This opposition contains highly confidential, proprietary information regarding vitals.com percentages and internal data.  Specifically, pages 2, 3, 6 and 7 of the MDx Opposition contain the maximum possible percentage of doctors who may have edited three or more required data elements and the percentage of doctors that have not edited three or more required data elements.  This is competitively sensitive information that MDx does not make public, and represents trade secrets. If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising.  *See* Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶¶ 4-5. The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, 466, 551 and 578) to restrict the same or similar percentages and data from public access. *See e.g.*,

Court's Orders, Dkt. Nos. 483, 508, 557 and 586.  MDx submits a redacted version of Dkt. No. 652 redacting the exact same or similar percentages and data that it previously submitted for redaction and the Court has previously approved, attached hereto as Exhibit A.  MDx, therefore, respectfully requests that access to Dkt. No. 652 be similarly restricted.

MDx is requesting that the Court grant similar relief that it has previously granted regarding protecting from public disclosure highly confidential percentages and internal data regarding its website, vitals.com, by proposing very limited redactions of just this information from Dkt. No. 652.

**Conclusion**

For the foregoing reasons, MDx respectfully requests that the Court grant this motion for continued restriction on access to Document No. 652, at a Level 1 restriction, and to use the attached, redacted exhibit as a public access version.

Dated:  November 26, 2013                                    Respectfully submitted,

*s:/Scott D. Stimpson*

Scott D. Stimpson                                    Terence Ridley, Atty. No. 15212
Trent S. Dickey                                       Wheeler Trigg O'Donnell LLP
David C. Lee                                          370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                   Denver, Colorado 80202
Sills Cummis & Gross P.C.                            Tel:  (303) 244-1800
30 Rockefeller Plaza                                 Fax:   (303) 244-1879
New York, New York 10112                             E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT NO. 652** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- Gregory B. Kanan
  gkanan@lrrlaw.com

- Kris John Kostolansky
  kkosto@lrrlaw.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Trent S. Dickey
  tdickey@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Vincent Marc Ferraro
  vferraro@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

s:/      *Vincent M. Ferraro*