**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**HEALTH GRADES, INC.'S REPLY IN SUPPORT OF MOTION
FOR SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE
TO COMPLY WITH COURT-ORDERED DISCOVERY**

**[FILED UNDER SEAL]**