Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

**Exhibit G**

**Excerpt From Dr. Phillip Greenspun's Deposition Dated September 28, 2012**

```
                                                              1
 1  Volume I                              Pages 1 - 292

 2                                        Exhibits 64 - 71

 3           UNITED STATES DISTRICT COURT

 4              DISTRICT OF COLORADO

 5           Civil Action No. 11-CV-00520-PAB-BNB

 6  *****************************************

 7  HEALTH GRADES, INC.,                      *

 8       Plaintiff,                           *

 9  Vs.                                       *

10  MDX MEDICAL, INC., d/b/a VITALS.COM,      *

11       Defendant.                           *

12  *****************************************

13

14         DEPOSITION of PHILIP G. GREENSPUN

15         Friday, September 28, 2012 at 8:30 a.m.

16         Courtyard by Marriott

17         700 Unicorn Park Drive

18         Woburn, Massachusetts

19

20   ------ Jacqueline P. Shields, RPR, CSR ------

21

22

23

24       Job No. NJ1339308
```

82

1  opinion that might conflict with the Court's, since
2  this term has been considered for construction and
3  beaten back to plain and ordinary meaning.  And then
4  the Court said "The act of verifying requires only
5  that the website receive confirmation of the
6  information from some other source."
7       Q.  Right.  Is there anything in that paragraph
8  about what you just testified to, that is, by MDX
9  putting it out on the website, that's an act of
10 verification itself?
11      A.  Well, it says here, the Court says "receive
12 confirmation of the information from some other
13 source, in this instance the healthcare provider."
14 So since the healthcare provider is given a way for
15 them to really interact with the data is through the
16 website, I would say that's an example of what we
17 just talked about where MDX makes it possible for
18 the physician to see this information that had come
19 from ABMS, which was probably pretty authoritative
20 to begin with, and reasonably high quality, in my
21 opinion, since that's one of their jobs, is to
22 distribute this information, and then a physician
23 has the opportunity to either correct via Web forms
24 or if necessary by sending an email message in, or