# EXHIBIT A



November 20, 2013

VIA EMAIL SSTIMPSON@SILLSCUMMIS.COM

Scott D. Stimpson, Esq.
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, NY 10112

    Re:    <u>Supplemental Expert Depositions</u>

Dear Scott:

    Heath Grades, Inc. ("Health Grades") and MDx Medical, Inc. ("MDx") have agreed that it is appropriate to conduct supplemental expert depositions of Dr. Greenspun and Dr. Cooper. We have not, however, agreed to the length of those depositions. As I informed you during our November 11, 2013 call, and again today, Health Grades will agree to 2.5 hours on the record for each deposition. However, I understand that you insist upon deposing Dr. Greenspun for seven hours at his supplemental deposition. Seven hours is excessive and we cannot agree to such timing.

    Rule 30(d)(1) provides "[u]nless otherwise stipulated or ordered by the court, a deposition is limited to 1 day of seven hours." The Scheduling Order does not provide for additional time for expert depositions. (*See* Scheduling Order, pp. 8-9.) MDx already had its one day (7 hours on the record) to depose Dr. Greenspun, and Health Grades will not agree to an additional seven hours. Accordingly, if MDx intends to depose Dr. Greenspun for seven hours, it must move for the court to allow it the additional time and demonstrate why good cause exists for doing so. *See* Fed. R. Civ. P. 26(b)(2)(A) (recognizing a "[b]y order, the court may alter the limits in these rules on the . . . length of depositions under Rule 30"); *see* Scheduling Order, p. 13 (requiring a showing of good cause to amend).

    Health Grades will produce Dr. Greenspun on January 6, 2013, for 2.5 hours on the record, and only 2.5 hours. Health Grades will only depose Dr. Cooper on January 9, 2014, for 2.5 hours on the record. If MDx intends to depose Dr. Greenspun for longer than 2.5 hours, it must obtain an order of the court granting it additional time. If you decide not to seek a Court order authorizing more than 2.5 hours, we will adjourn the supplemented deposition at the conclusion of 2.5 hours.



Scott D. Stimpson, Esq.
November 20, 2013
Page 2

Please do not hesitate to contact me if you wish to discuss these issues further.

Sincerely,

Kris J. Kostolansky
LEWIS ROCA ROTHGERBER LLP

KJK

2004493293_1