IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

　　Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

　　Defendant.

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR SUBMISSION OF STATEMENTS PURSUANT TO CIV. PRACTICE STANDARD IV.K.1**

　　Plaintiff Health Grades, Inc. ("Health Grades"), by its undersigned counsel, respectfully submits its Unopposed Motion to Extend Deadline for Submission of Statements Pursuant to Civ. Practice Standard IV.K.1:

　　1.　　Pursuant to the Court's Minute Order dated October 25, 2013 [Doc. # 636], a *Daubert* hearing is set for December 18, 2013, on the parties' three pending *Daubert* motions: (1) Health Grades, Inc.'s Motion to Partially Exclude Expert Testimony of Richard G. Cooper Pursuant to Fed. R. Evid. 403 and 702 and *Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579 (1993) [Doc. # 338]; (2) MDx Medical, Inc.'s Motion to Preclude Any Testimony From Health Grades, Inc.'s Expert Dr. Greenspun [Doc. # 349], and; (3) MDx Medical Inc.'s Motion to Exclude Expert Testimony of Mr. David Hall Pursuant to Fed. R. Evid. 403 and 702, and *Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579 (1993) [Doc. # 374].

　　2.　　Pursuant to Civ. Practice Standard IV.K.1, the proponent of the challenged expert witness must file a statement of the expert witness that shall substitute for the

proponent's direct examination of the expert witness.  Health Grades is the proponent of two of the three challenged experts – Health Grades' two statements are currently due by December 4, 2013.

3. On November 26, 2013, the parties filed a Joint Motion Regarding the December 18, 2013 *Daubert* Hearing [Doc. # 660] in which the parties proposed that the Court conduct the hearing on the record as it stands[1] and without live testimony, and requested that the Court modify its Civ. Practice Standards IV.K.1-4 to reflect the parties' proposed procedure.  The parties' Joint Motion is pending before the Court.

4. If the Court grants the parties' Joint Motion, then the parties will not need to file the statements required by Civ. Practice Standard IV.K.1.

5. If the Court denies the parties' Joint Motion, Health Grades respectfully requests that the Court extend the deadline for filing the statements required by Civ. Practice Standard IV.K.1 from December 4, 2013, to December 11, 2013.  This additional time is necessary for Health Grades to adequately develop and complete its two expert statements in advance of the hearing scheduled for December 18, 2013.

### Conferral pursuant to D.C.Colo.LCivR 7.1(A)

Undersigned counsel conferred with counsel for MDx regarding the extension requested herein on December 3, 2013.  MDx does not oppose the relief requested herein.[2]

---

[1] With three additional Health Grades exhibits which were attached at [Doc. # 660-1].
[2] Counsel for MDx indicated that MDx intends to file its statement by December 4 but does not oppose Health Grades' request.

WHEREFORE, Health Grades respectfully requests that if the Court denies the parties' pending Joint Motion [Doc. # 660], that the Court grant this motion and allow Health Grades through December 11, 2013, to file its two statements pursuant to Civ. Practice Standard IV.K.1.

Respectfully submitted December 3, 2013.

                        LEWIS ROCA ROTHGERBER LLP

                        *s/ Kris J. Kostolansky, Esq.*
                        Kris J. Kostolansky, Esq.
                        Gregory B. Kanan, Esq.
                        Jesús M. Vázquez, Jr., Esq.
                        1200 17th Street, Suite 3000
                        Denver, Colorado  80202
                        Tel:  (303) 623-9000
                        Fax:  (303) 623-9222
                        Email: kkosto@lrrlaw.com
                                  jvazquez@lrrlaw.com
                                  gkanan@lrrlaw.com

                        *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on December 3, 2013, I electronically filed the foregoing **Unopposed Motion to Extend Deadline for Submission of Statements Pursuant to Civ. Practice Standard IV.K.1** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-email addresses:

Scott David Stimpson  
David Chunyi Lee  
Vincent Ferraro  
Trent Dickey  
Sills Cummis & Gross P.C. – New York  
30 Rockefeller Plaza  
New York, NY 10112  
Email: sstimpson@sillscummis.com  
Email: dlee@sillscummis.com  
Email: vferraro@sillscummis.com  
Email: tdickey@sillscummis.com  

Terence M. Ridley  
Wheeler Trigg O'Donnell, LLP  
1801 California Street, #3600  
Denver, CO 80202-2617  
Email: ridley@wtotrial.com  

                          *s/ Kris J. Kostolansky, Esq.*  
                          Kris J. Kostolansky, Esq.

4