IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## MOTION FOR LEAVE TO PERMIT DR. PHILLIP GREENSPUN TO TESTIFY BY TELEPHONE AT THE DECEMBER 18, 2013 *DAUBERT* HEARING

Plaintiff Health Grades, Inc. ("Health Grades"), through its counsel, submits this Motion for Leave to Permit Dr. Phillip Greenspun to Testify by Telephone at the December 18, 2013 *Daubert* Hearing.

### CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1A

Counsel for Health Grades conferred with counsel for MDx regarding allowing its expert, Dr. Phillip Greenspun, to testify by telephone at the December 18, 2013 *Daubert* Hearing. MDx does not oppose the relief requested herein provided that one of its experts, Dr. Richard Cooper, does not need to appear live and may testify by telephone as well. Health Grades has no objection to allowing these two experts testify by telephone. If the same relief is not afforded Dr. Cooper, MDx opposes the relief requested herein.

1. Regarding Dr. Greenspun, this Court set a *Daubert* hearing for December 18, 2013 [Doc. 636], on MDx Medical Inc.'s Motion to Exclude Expert Testimony From Health Grades, Inc.'s Expert Dr. Greenspun [Doc. 349]. The parties filed a Joint Motion Regarding the

December 18, 2013 *Daubert* Hearing [Doc. 660] at p. 2 ("Joint Motion"), requesting that this Court permit the hearing to proceed on the record, without live testimony. If the Joint Motion is denied, Health Grades requests that this Court allow Dr. Greenspun to testify telephonically.

2. There is good cause to allow Dr. Greenspun to testify telephonically. First, he is due to have a baby boy born five days before the hearing.[1] Dr. Greenspun resides in Boston, Massachusetts. It would be extremely difficult for Dr. Greenspun and his family if he had to leave them and travel from Massachusetts to Colorado to appear for the hearing on December 18.

3. Second, the parties agree that testimony of Dr. Greenspun and Dr. Cooper may be presented telephonically. F.R.C.P. 43(a), Advisory Committee Notes ("Good cause and compelling circumstances may be established with relative ease if all parties agree that testimony should be presented by transmission.").[2]

4. Finally, both parties believe that all the pertinent information is in the record and the presentation of live testimony will not aid the Court in the decision-making process. (Joint Motion at p. 2.) Therefore, requiring Dr. Greenspun to be present for this hearing is not warranted in light of the accompanying expense.

5. In advance of the hearing, Health Grades will provide Dr. Greenspun copies of any exhibits that may be presented to him during his testimony, and he will testify from a location where no else is present. *See* F.R.C.P. 43(a) (recognizing the need for appropriate safeguards when testifying remotely).

---

[1] The Joint Motion inadvertently identified December 4 instead of the 14 as the expected due date.
[2] F.R.C.P. 43 does not provide a standard for when absentee testimony may be permitted at a hearing. However, the grounds for granting such testimony at trial under F.R.C.P. 43(a) support a finding that granting absentee testimony is proper here.

2004520174_4

6. In light of the circumstances, this Court should allow Dr. Greenspun to testify telephonically, if this Court denies the Joint Motion.

WHEREFORE, Health Grades respectfully requests that this Court enter an order permitting Dr. Greenspun to testify by telephone at the December 18, 2013 *Daubert* hearing and grant any further relief the Court deems just and proper.

Respectfully submitted December 4, 2013.

                LEWIS ROCA ROTHGERBER LLP

                *s/ Kris J. Kostolansky*
                Gregory B. Kanan, Esq.
                Kris J. Kostolansky, Esq.
                Jesús M. Vázquez, Jr., Esq.
                1200 17th Street, Suite 3000
                Denver, Colorado 80202
                Tel: (303) 623-9000
                Fax: (303) 623-9222
                E-mail: gkanan@lrrlaw.com
                        kkosto@lrrlaw.com
                        jvazquez@lrrlaw.com

                *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2013, I electronically filed and served the foregoing **MOTION FOR LEAVE TO PERMIT DR. PHILLIP GREENSPUN TO TESTIFY BY TELEPHONE AT THE DECEMBER 18, 2013 *DAUBERT* HEARING** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
          vferraro@sillscummis.com
          dlee@sillscummis.com
          tdickey@sillscummis.com

Terence M. Ridley, Esq.
Ramona Lampley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com
          lampley@wtotrial.com

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
E-mail: gkanan@lrrlaw.com
          kkosto@lrrlaw.com
          jvazquez@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*