**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**ENTRY OF APPEARANCE OF ADAM L. MASSARO**

Pursuant to D.C.COLO.LCivR 11.1A, Adam L. Massaro hereby enters his appearance in this matter as counsel for Plaintiff, Health Grades, Inc.

Respectfully submitted December 4, 2013.

        LEWIS ROCA ROTHGERBER LLP

        *s/ Adam L. Massaro*
        Gregory B. Kanan, Esq.
        Kris J. Kostolansky, Esq.
        Jesús M. Vázquez, Jr., Esq.
        Adam L. Massaro, Esq.
        1200 17th Street, Suite 3000
        Denver, Colorado  80202
        Tel:  (303) 623-9000
        Fax:  (303) 623-9222
        E-mail: gkanan@lrrlaw.com
                kkosto@lrrlaw.com
                jvazquez@lrrlaw.com
                amassaro@lrrlaw.com

        *Attorneys for Plaintiff/Counterclaim Defendant
        Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2013, I electronically filed and served the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
            vferraro@sillscummis.com
            dlee@sillscummis.com
            tdickey@sillscummis.com

Terence M. Ridley, Esq.
Ramona Lampley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com
            lampley@wtotrial.com

*s/ Adam L. Massaro*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
E-mail: gkanan@lrrlaw.com
            kkosto@lrrlaw.com
            jvazquez@lrrlaw.com
            amassaro@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*