IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-CV-00520-RM-BNB

HEALTH GRADES, INC.

       Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM

       Defendant.

### NOTICE OF FILING OF STATEMENT OF RICHARD G. COOPER FOR DECEMBER 18, 2013 HEARING

Per Docket # 636, the Court set a *Daubert* hearing on December 18, 2013, for Health Grades' Motion to Partially Exclude Expert Testimony of Dr. Richard G. Cooper Pursuant to Fed. R. Evid. 403 and 702 (dkt. # 338).  Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, hereby files the attached statement of Dr. Richard G. Cooper, as required by Judge Moore's Practice Standard (Civil cases) IV(K)(1).

Dated:  December 4, 2013                              Respectfully submitted,

*s:/Scott D. Stimpson*
| | |
|---|---|
| Scott D. Stimpson | Terence Ridley, Atty. No. 15212 |
| Trent S. Dickey | Wheeler Trigg O'Donnell LLP |
| David C. Lee | 370 Seventeenth Street, Suite 4500 |
| Vincent M. Ferraro | Denver, Colorado 80202 |
| Sills Cummis & Gross P.C. | Tel:  (303) 244-1800 |
| 30 Rockefeller Plaza | Fax:  (303) 244-1879 |
| New York, New York 10112 | E-mail: ridley@wtotrial.com |

2

Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2013, I electronically filed the foregoing **NOTICE OF FILING OF STATEMENT OF RICHARD G. COOPER FOR DECEMBER 18, 2013 HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Jesus Manuel Vazquez, Jr.
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- Gregory B. Kanan
  gkanan@lrrlaw.com

- Kris John Kostolansky
  kkosto@lrrlaw.com

- Scott David Stimpson
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- Trent S. Dickey
  tdickey@sillscummis.com

- David Chunyi Lee
  dlee@sillscummis.com

- Vincent Marc Ferraro
  vferraro@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com, norris@wtotrial.com

                                                   _s:/David C. Lee_