**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

**HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT
ITS BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
[DOC. # 369]**

---

Plaintiff Health Grades, Inc. ("Health Grades") respectfully submits its Unopposed

Motion for Leave to Supplement Its Brief in Support of Its Motion for Partial Summary

Judgment [Doc. #369] on Defendant MDx Medical, Inc.'s ("MDx") invalidity and inequitable

conduct counterclaims and affirmative defenses:

1.      Good cause exists to allow Health Grades to supplement its Motion for Partial

Summary Judgment [Doc. #369].

2.      The claims for Health Grades' patent application (serial no. 13/551,471) ("the

'471 App.") are very similar and broader than the patent at issue in this case—Health Grades'

U.S. Patent No. 7,752,060 ("the '060 patent").  On November 22, 2013, the Patent Office

allowed claims 21-53 of the '471 App.

3.      Health Grades seeks to supplement its brief with evidence demonstrating that the

same Patent Office examiner who examined the '060 patent has just allowed very similar and

broader claims in the pending patent '471 App. that is related to the '060 patent, with full knowledge of all of the undisclosed prior art and MDx's invalidity and inequitable arguments related to this art.  The examiner considered the information MDx relies upon to support its invalidity and inequitable conduct claims and defenses and found it was not important to the patentability of the '471 App. claims.

4.      MDx's inequitable conduct defense requires a proof of both materiality and intent. This new evidence only confirms MDx cannot prove either, and summary judgment in favor Health Grades on MDx's inequitable conduct defense is proper.

5.      Health Grades' motion is timely as the Patent Office only recently issued its notice of allowance on November 22, 2013.  Further, MDx will suffer no prejudice as a result of allowing Heath Grades to file its supplemental brief because (1) MDx does not object to the relief requested herein; and (2) Health Grades will not objection to MDx filing a response brief.

WHEREFORE, Health Grades seeks leave to file its supplemental brief in support of its Motion for Partial Summary Judgment [Doc. #369], attached hereto as Exhibit 1, and for such further relief this court deems just and proper.

- 2 -

2004528450_1

Respectfully submitted December 9, 2013.

LEWIS ROCA ROTHGERBER LLP

*s/ Adam L. Massaro*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
E-mail: gkanan@lrrlaw.com
            kkosto@lrrlaw.com
            jvazquez@lrrlaw.com
            amassaro@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant*
*Health Grades, Inc.*

- 3 -

2004528450_1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 9, 2013, I electronically filed and served the foregoing **HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. # 369]** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
          vferraro@sillscummis.com
          dlee@sillscummis.com
          tdickey@sillscummis.com

Terence M. Ridley, Esq.
Ramona Lampley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com
          lampley@wtotrial.com

*s/ Adam L. Massaro*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
E-mail: gkanan@lrrlaw.com
          kkosto@lrrlaw.com
          jvazquez@lrrlaw.com
          amassaro@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant
Health Grades, Inc.*

2004528450_1