Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. # 369]**

**Exhibit U**

**Application Data Sheet** *(highlighting added)*

# Application Data Sheet

## Application Information

| | |
|---|---|
| Application Type:: | Regular |
| Subject Matter:: | Utility |
| Suggested Classification:: | |
| Suggested Group Art Unit:: | |
| CD-ROM or CD_R?:: | None |
| Number of CD disks:: | |
| Number of copies of CDs:: | |
| Sequence Submission:: | No |
| Computer Readable Form (CRF)?:: | No |
| Title:: | INTERNET SYSTEM FOR CONNECTING HEALTHCARE PROVIDERS AND PATIENTS |
| Attorney Docket Number:: | 40476.0002USC3 |
| Request For Early Publication:: | No |
| Request For Non-Publication:: | No |
| Suggested Drawing Figure:: | 1 |
| Total Drawing Sheets:: | 22 |
| Small Entity:: | No |
| Latin Name:: | |
| Variety Denomination Name:: | |
| Petition Included:: | No |
| Petition Type:: | |
| Licensed US Govt. Agency:: | |
| Contract or Grant Numbers:: | |
| Secrecy Order in Parent Appl.?:: | No |

Initial: 7/17/12

## Applicant Information

| | |
|---|---|
| Applicant Authority Type:: | Inventor |
| Primary Citizenship Country:: | USA |
| Status:: | Full Capacity |
| Given Name:: | David |
| Middle Name:: | G. |
| Family Name:: | Hicks |
| Name Suffix:: | |
| City of Residence:: | Littleton |
| State or Province of Residence:: | CO |
| Country of Residence:: | USA |
| Street of mailing address:: | 2609 W. Long Circle |
| City of mailing address:: | Littleton |
| State or Province of mailing address:: | CO |
| Country of mailing address:: | USA |
| Postal or Zip Code of mailing address:: | 80120 |

| | |
|---|---|
| Applicant Authority Type:: | Inventor |
| Primary Citizenship Country:: | USA |
| Status:: | Full Capacity |
| Given Name:: | Scott |
| Middle Name:: | |
| Family Name:: | Montroy |
| Name Suffix:: | |
| City of Residence:: | Lakewood |
| State or Province of Residence:: | CO |
| Country of Residence:: | USA |
| Street of mailing address:: | 1531 S. Welch Circle |
| City of mailing address:: | Lakewood |

Initial: 7/17/12

Page # 2

| | |
|---|---|
| State or Province of mailing address:: | CO |
| Country of mailing address:: | USA |
| Postal or Zip Code of mailing address:: | 80228 |

| | |
|---|---|
| Applicant Authority Type:: | Inventor |
| Primary Citizenship Country:: | USA |
| Status:: | Full Capacity |
| Given Name:: | John |
| Middle Name:: | |
| Family Name:: | Neal |
| Name Suffix:: | |
| City of Residence:: | Tampa |
| State or Province of Residence:: | FL |
| Country of Residence:: | USA |
| Street of mailing address:: | 3515 W. Tacon Street |
| City of mailing address:: | Tampa |
| State or Province of mailing address:: | FL |
| Country of mailing address:: | USA |
| Postal or Zip Code of mailing address:: | 33629 |

## Correspondence Information

| | |
|---|---|
| Correspondence Customer Number:: | 23552 |

## Representative Information

| Representative Customer Number:: | 23552 |
|---|---|

Initial: 7/17/12

Page # 3

## Domestic Priority Information

| Application:: | Continuation Type:: | Parent Application:: | Parent Filing Date:: |
|---|---|---|---|
| This Application | Continuation of | 12/830,255 | 07/02/2010 |
| 12/830,255 | Continuation of | 11/512,529 | 08/29/2006 |
| 11/512,529 (now issued U.S. Patent No. 7,752.060) | Priority to | 60/771,757 | 02/08/2006 |
| | | | |
| | | | |

## Assignee Information

Assignee Name::

Street of mailing address::

City of mailing address::

State or Province of mailing address::

Country of mailing address::

Postal or Zip Code of mailing address::

Initial: 7/17/12