Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. # 369]**

**Exhibit V**

**Notice of Allowability dated November 22, 2013** *(highlighting added)*

2004528349_1

|  | Application No.<br>13/551,471 | Applicant(s)<br>HICKS ET AL. |
|---|---|---|
| **Notice of Allowability** | Examiner<br>TRANG NGUYEN | Art Unit<br>3686 | AIA (First Inventor to File) Status<br>No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>amendments filed on 9/5/2013 and 9/23/2013</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are <u>21-53</u>. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All    b) ☐ Some   *c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE**.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☒ Information Disclosure Statements (PTO/SB/08),
       Paper No./Mail Date <u>8/23/2013,8/27/2013,9/12/2013 and 9/20/2013</u>
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413),
       Paper No./Mail Date _____.

5. ☐ Examiner's Amendment/Comment
6. ☒ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/TRANG  NGUYEN/
Examiner, Art Unit 3686

Application/Control Number: 13/551,471 Page 2
Art Unit: 3686

## DETAILED ACTION

### *Prosecution History Summary*

1.  Claims 21-53 are allowed.

### *Examiner's Amendment*

2.  An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

3.  Authorization for this examiner's amendment was given in a telephone interview with Andrew Pouzeshi (Reg. No. 67,672) on 11/04/2013.

4.  The application has been amended as follows:

In the claims:

**1.  Replace claim 21 with the following:**

21.  A computer-implemented method of providing healthcare professional information to potential patients, said method comprising:

(a) receiving, at one or more server computers operated by a service provider who provides a service for connecting healthcare professionals with the potential patients, a request for a results list of healthcare professional information, wherein the one or more server computers comprise at least one computer processor and memory;

(b) in response to the request for the results list of healthcare professional information, creating, by at least one of the one or more server computers, the results list of healthcare professional information using the healthcare professional information

Application/Control Number: 13/551,471 Page 3
Art Unit: 3686

for one or more healthcare professionals, and wherein the healthcare professional information comprises:

 (i) healthcare professional-provided information received from the one or more healthcare professionals, wherein the healthcare professional-provided information comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;

 (ii) patient-provided information comprising patient ratings from one or more patients of the one or more healthcare professionals;

 (iii) third party-verified information verified by an independent third-party, the third-party information comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information; and

 (iv) a comparison rating for the one or more healthcare professionals; and

 (c) providing access to the results list over a computer network.

**2.** **Replace claim 38 with the following:**

38. A computer-implemented method of providing healthcare professional information to potential patients, said method comprising:

 receiving, at one or more server computers, a request for information regarding a first healthcare professional, wherein the one or more server computers comprise at

Application/Control Number: 13/551,471	Page 4
Art Unit: 3686

least one computer processor and memory;

 accessing, by at least one of the one or more server computers, healthcare professional-verified information about the first healthcare professional, wherein the healthcare professional-verified information is received from the first healthcare professional and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;

 compiling, by the at least one of the one or more server computers, patient-provided information regarding the first healthcare professional, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare professional;

 compiling, by the at least one of the one or more server computers, information regarding the first healthcare professional verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;

 creating, by the at least one of the one or more server computers, a healthcare professional report on the first healthcare professional using the healthcare professional-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare professional

Application/Control Number: 13/551,471 Page 5
Art Unit: 3686

report on the first healthcare professional includes a comparison rating of the first healthcare professional; and

    providing, by the at least one of the one or more server computers, access to the healthcare professional report on the first healthcare professional over a computer network.

**3.    Replace claim 42 with the following:**

42.    The method as defined in claim 39, further comprising:

    accessing, by the at least one of the one or more server computers, healthcare professional-verified information about a second healthcare professional, wherein the healthcare professional-verified information is received from the second healthcare professional and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;

    compiling, by the at least one of the one or more server computers, patient-provided information regarding the second healthcare professional, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the second healthcare professional;

    compiling information regarding the second healthcare professional verified by an independent third-party source,-wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical

Application/Control Number: 13/551,471 Page 6
Art Unit: 3686

internship, medical residency, and medical fellowship information;

creating a healthcare professional report on the second healthcare professional using the healthcare professional-verified information on the second healthcare professional, the patient-provided information on the second healthcare professional, and the information verified by the independent third-party source on the second healthcare professional, wherein the healthcare professional report on the second healthcare professional includes a comparison rating of the second healthcare professional; and

providing access to the healthcare professional report on the second healthcare professional over a computer network.

5.

**Reasons for Allowance**

6. The following is an Examiner's statement of reasons for allowance:

Regarding claim 21

The prior arts of record neither anticipate nor fairly and reasonably teaches a computer-implemented method of providing healthcare provider information to potential patients, said method comprising:

(a) receiving, at a Web server computer operated by a service provider who provides a service for connecting healthcare professionals with the potential patients, <u>a request for a results list of healthcare professional information</u>, wherein the Web server computer comprises at least one computer processor and memory;

Application/Control Number: 13/551,471                                                              Page 7
Art Unit: 3686

(b) in response to the request for the results list of healthcare professional information, creating the results list of healthcare professional information using at least a portion of the healthcare professional information for one or more healthcare professionals, and wherein the healthcare professional information comprises:

(i) healthcare professional-provided information received from the one or more healthcare professionals, wherein the healthcare professional-provided information comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;

(ii) patient-provided information comprising patient ratings from one or more patients of the one or more healthcare professionals;

(iii) third party-verified information verified by an independent third-party, the third-party information comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information; and

(iv) a comparison rating for the one or more healthcare professionals; and (c) providing access to the results list over a computer network.

(Note: The reasons for allowance of Claim 38 are similar to that of Claim 21).

7.      The most remarkable prior art of record is as follows:

- Henley: U.S. Publication No. 2003/0195838.

- Cook et al.: U.S. Publication No. 2006/0080146.

Application/Control Number: 13/551,471                                                      Page 8
Art Unit: 3686

- Baker et al. US Publication No. 2006/0161456.

- Martin et al. US Publication No. 2004/0024618.

8.      The cited prior arts of record fail to expressly teach a computer-implemented method of providing healthcare provider information to potential patients wherein the healthcare professional-verified information is received from the one or more healthcare professionals and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies; and wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship.

9.      Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

## Conclusion

Any inquiry concerning this communication or earlier communications from the examiner should be directed to TRANG NGUYEN whose telephone number is (571) 270-5483.  The examiner can normally be reached on Monday-Thursday 7:00AM - 5:30PM ET.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Elaine Gort can be reached on (571) 272-6781.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see *http://pair-direct.uspto.gov*. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or (571) 272-1000.

Official replies to this Office action may now be submitted electronically by registered users of the EFS-Web system. Information on EFS-Web tools is available on the Internet at: *http://www.uspto.gov/patents/process/file/efs/guidance/index.jsp*. An EFS-Web Quick-Start Guide is available at: *http://www.uspto.gov/ebc/portal/efs/quick-start.pdf*.

Alternatively, official replies to this Office action may still be submitted by any **one** of fax, mail, or hand delivery. **Faxed replies should be directed to the central fax at (571) 273-8300**. Mailed replies should be addressed to "Commissioner for Patents, PO Box 1450, Alexandria, VA 22313-1450." Hand delivered replies should be delivered to the "Customer Service Window, Randolph Building, 401 Dulany Street, Alexandria, VA 22314."

Application/Control Number: 13/551,471 Page 10

Art Unit: 3686

/T. N./                                            /JOHN A. PAULS/
                                                  Primary Examiner, Art Unit 3686

Examiner, Art Unit 3686

October 1, 2013