Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. # 369]**

---

**Exhibit X**

**Information Disclosure Statement dated September 20, 2013** *(highlighting added)*

2004528353_1

Date Mailed: September 20, 2013                                                                                         Sheet 1 of 2

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number:<br>40476.0002USC3 | Application Number:<br>13/551,471 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: David G. Hicks | |
| | (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| U.S. PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| | | | | | | |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION |
| | | | | | | YES / NO |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.) |
|---|---|---|
| | | E-mail from Scott Stimpson to Jesus Vazquez and Kirstin Stoll-DeBell re: Health Grades Duty of Candor, dated 09/06/13, 2 pages. |
| | | Health Grades Press Release re: HealthGrades Enhances Physican Quality Reports for Consumers, dated 08/02/05, 2 pages. **[HG0001867-HG0001868]** |
| | | Health Grades Nursing Home Quality Comparison Report, created 12/28/04, 15 pages. **[HG0032037-HG0032051]** |
| | | Health Grades Nursing Home Quality Report, created 12/28/04, 10 pages. **[HG0032052-HG0032061]** |
| | | Health Grades Physician Quality Comparison Report, created 12/28/04, 24 pages. **[HG0032062-HG0032085]** |
| | | Health Grades Physician Quality Report, created 12/28/04, 16 pages. **[HG0032086-HG0032101]** |
| | | Health Grades Hospital Quality Report, created 12/28/04, 8 pages. **[HG0032102-HG0032109]** |
| | | Health Grades Physician Quality Report For Consumers, dated 04/17/03, 11 pages. **[HG208976-HG208986]** |
| | | Health Grades Comparitive Physician Report, created 04/03/03, 14 pages. **[HG208987-HG209000]** |
| | | Health Grades website printout from www.healthgrades.com, dated 10/19/04, 2 pages. **[UCHC0000079-UCHC0000080]** |
| | | Health Grades website printout from www.healthgrades.com, dated 10/19/04, 1 page. **[UCHC0000081]** |
| | | Health Grades Hospital Quality Report, created 10/19/04, 9 pages. **[UCHC0000082-UCHC0000090]** |
| | | E-mail from Info@HealthGrades.com to kram1033@aol.com (Mark Donnelly) re: HealthGrades Report Receipt, dated 09/15/04, 17 pages. **[UCHC0000094-UCHC0000110]** |
| | | People Demand Credible and Reliable Healthcare Information. Subimo Helps You Provide it, Subimo at www.subimo.com, dated 10/19/04, 13 pages. **[UCHC0000131-UCHC0000143]** |
| | | HealthScope Home Page, from www.healthscope.com, dated 10/19/04, 5 pages. **[UCHC0000202-UCHC0000206]** |
| | | 2004 Ingenix Tradeshow Calendar, from www.ingenix.com/corp_tradeshows.php, dated 11/07/04, 1 page. **[UCHC0000309]** |
| | | Printouts form www.Ingenix.com, dated 11/07/04, 13 pages. **[UCHC0000276-UCHC0000288]** |
| | | Printouts form www.Ingenix.com, dated 11/15/04, 1 page. **[UCHC0000289]** |
| | | GeoAccess Quality Ratings Suite, Ingenix, date unavailable, 8 pages. **[UCHC0000290-UCHC0000297]** |
| | | Printouts form www.Ingenix.com, dated 12/08/04, 4 pages. **[UCHC0000303-UCHC0000306]** |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                                           Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Date Mailed: September 20, 2013                                                                                                         Sheet 2 of 2

| FORM 1449* INFORMATION DISCLOSURE STATEMENT | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|
| IN AN APPLICATION | Applicant: David G. Hicks | |
| (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | |
|---|---|---|
| | | Ingenix Health Intellegence Update On HIPAA Privacy Complicance Program, Ingenix, dated 11/07/04, 2 pages. **[UCHC0000301-UCHC0000302]** |
| | | Preventing harm. Steering you from danger. Keeping you safe. Ingenix, Inc., dated 11/14/04, 2 pages. **[UCHC0000307-UCHC0000308]** |
| | | Patient Experience Survey Numbers, Oct. 28, 2004 to Nov. 9, 2004, 1 page. **[HG209647]** |
| | | USPN 7,167,855, 01/23/07, 30 pages. **[MDX0000048-MDX0000077]** |
| | | USPN 2003/0167187, 09/04/03, 34 pages. **[MDX0000078-MDX0000111]** |
| | | HealthGrades Report on David A. Drucker, dated 06/04/05, 4 pages. **[MGHG000016-MGHG000019]** |

**23552**
PATENT TRADEMARK OFFICE

| EXAMINER | DATE CONSIDERED |
|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | |

*Substitute Disclosure Statement Form (PTO-1449)                                              Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE