Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. # 369]**

---

**Exhibit Y**

**Petition to Expunge** *(highlighting added)*

2004528355_1

S/N 13/551,471

[OPAP AUG 2 7 2013 PATENT & TRADEMARK OFFICE stamp]

PATENT
Conf. No. 7642

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Hicks, David G., et al. | Examiner: | Nguyen, Trang T. |
| Serial No.: | 13/551,471 | Group Art Unit: | 3686 |
| Filed: | July 17, 2012 | Docket No.: | 40476.0002USC3 |
| Title: | INTERNET SYSTEM FOR CONNECTING HEALTHCARE PROVIDERS AND PATIENTS | | |

### PETITION TO EXPUNGE PURSUANT TO 37 CFR § 1.59 AND MPEP § 724.05

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Commissioner:

With regard to the above-identified application, the documents listed on Exhibit A hereto ("Materials") were submitted concurrently herewith in sealed envelope(s) pursuant to MPEP § 724.02. To the extent that any of the Materials are found not to be important to a reasonable examiner in deciding upon patentability ("Criteria"), Petitioner requests that all of the Materials, or any portion of such Materials not meeting the Criteria, be expunged and removed from the official file for the above-referenced application.

Pursuant to MPEP § 724.05, Petitioner makes the following statements:

1. The Materials are proprietary subject to a legal obligation in: Health Grades, Inc. v. MDx Medical, Inc., Case No. 11-CV-00520-RM-BNB, which is currently pending in the U.S. District Court for the District of Colorado (hereafter, "Litigation");

2. the Materials have not otherwise been made public;

08/29/2013 SMOHAMME 00000004 132725  13551471
01 FC:1463        200.00 DA

U.S. Patent Application Serial No. 13/551,471
Petition to Expunge Pursuant to 37 CFR § 1.59 and MPEP § 724.05

3.  Petitioner commits to retain the Materials for the period of any patent with regard to which the Materials are submitted;

4.  this Petition to expunge is being made on behalf of the party in interest on whose behalf the Materials were submitted; and

5.  the appropriate fee, as set forth in 37 CFR § 1.17(g), should be charged for a large entity to Deposit Account No. 13-2725.

Please contact the undersigned if any further information is needed with respect to this petition. Please charge any additional fees or credit any overpayment to Deposit Account No. 13-2725.

Respectfully submitted,

Dated: August 27, 2013

_____
Andrew T. Pouzeshi, Reg. No. 67,672
Merchant & Gould P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903
(303) 357-1639

**23552**
PATENT TRADEMARK OFFICE

2

## Exhibit A

| |
|---|
| Health Grades vs. MDX Medical, Inc., Health Grades, Inc.'s Motion for Partial Summary Judgment, filed 11/02/12, 31 pages. |
| Health Grades vs. MDX Medical, Inc., Health Grades, Inc.'s Motion for Partial Summary Judgment – Exhibit H: Deposition Exhibit 23, E-mail from Burkhard to Matsuyama and Romero re: project plan for Quality Guides - updated, filed 11/02/12, 9 pages. |
| Health Grades vs. MDX Medical, Inc., Health Grades, Inc.'s Motion for Partial Summary Judgment – Exhibit I: Deposition Exhibit 51, E-mail from Neal to Deritis re: Health Grades Reports[Scanned], filed 11/02/12, 34 pages. |
| Health Grades vs. MDX Medical, Inc., Health Grades, Inc.'s Motion for Partial Summary Judgment – Exhibit J: Deposition of John Neal (*selected portions*), filed 11/02/12, 52 pages. |