Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. # 369]**

---

**Exhibit Z**

**List of References Cited by Application and Considered by Examiner**
*(highlighting added)*

2004528357_1

Receipt date: 08/23/2013     13551471 - GAU: 3686

Date Mailed: August 23, 2013     Sheet 1 of 11

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|---|
| | | Applicant: David G. Hicks | |
| | | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| U.S. PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| | 5365425 | 11/15/1994 | Torma et al. | | | |
| | 5517405 | 05/14/1996 | McAndrew et al. | | | |
| | 5915240 | 06/22/1999 | Karpf | | | |
| | 6029138 | 02/22/2000 | Khorasani et al. | | | |
| | 6081786 | 06/27/2000 | Barry et al. | | | |
| | 6088677 | 07/11/2000 | Spurgeon | | | |
| | 6108635 | 08/22/2000 | Herren et al. | | | |
| | 6188988 | 02/13/2001 | Barry et al. | | | |
| | 6269339 | 07/31/2001 | Silver | | | |
| | 6584445 | 06/24/2003 | Papageorge | | | |
| | 6643641 | Nov-03 | Snyder, Russell | | | |
| | 6658431 | 12/02/2003 | Norman, Jr. | | | |
| | 6671714 | 12/30/2003 | Weyer et al. | | | |
| | 6697783 | 02/24/2004 | Brinkman et al. | | | |
| | 6738754 | 05/18/2004 | Norman, Jr. | | | |
| | 7065528 | 06/20/2006 | Herz et al. | | | |
| | 7383197 | 06/03/2008 | Neuman | | | |
| | 7392255 | Jun-08 | Sholtis et al. | | | |
| | 7451096 | Nov-08 | Rucker, Donald W. | | | |
| | 7752060 | 07/06/2010 | Hicks et al. | | | |
| | 2001/0039547 | 11/08/2001 | Black et al. | | | |
| | 2002/0019831 | Feb-02 | Wade, Wyly | | | |
| | 2002/0023109 | Feb-02 | Lederer et al. | | | |
| | 2002/0038233 | 03/28/2002 | Shubov et al. | | | |
| | 2002/0046041 | 04/18/2002 | Lang | | | |
| | 2002/0059201 | 05/16/2002 | Work | | | |

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 09/23/2013 |
|---|---|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | | | |

*Substitute Disclosure Statement Form (PTO-1449)     Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

**ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./**

Case No. 1:11-cv-00520-RM-NYW   Document 673-7   filed 12/09/13   USDC Colorado   pg 3 of 15

Receipt date: 08/23/2013                                                                 13551471 - GAU: 3686

Date Mailed: August 23, 2013                                                     Sheet 2 of 11

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: David G. Hicks | |
| | (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2002/0073204 | Jun-02 | Dutta et al. | | | |
| | 2002/0078016 | Jun-02 | Lium et al. | | | |
| | 2002/0099738 | Jul-02 | Grant, Hugh Alexander | | | |
| | 2003/0028406 | 02/06/2003 | Herz et al. | | | |
| | 2003/0093294 | 05/15/2003 | Passantino | | | |
| | 2003/0167187 | Sep-03 | Bua, Robert N. | | | |
| | 2004/0019579 | 01/29/2004 | Herz et al. | | | |
| | 2004/0019588 | Jan-04 | Doganata et al. | | | |
| | 2004/0064440 | 04/01/2004 | Norman | | | |
| | 2004/0073565 | Apr-04 | Kaufman et al. | | | |
| | 2004/0078211 | Apr-04 | Schramm-Apple et al. | | | |
| | 2004/0172282 | 09/02/2004 | Benja-Athon | | | |
| | 2004/0193447 | 09/30/2004 | Joseph | | | |
| | 2004/0260577 | Dec-04 | Dahlin et al. | | | |
| | 2004/0260666 | 12/23/2004 | Pestotnik et al. | | | |
| | 2005/0071189 | 03/31/2005 | Blake et al. | | | |
| | 2005/0149507 | 07/07/2005 | Nye | | | |
| | 2005/0160014 | Jul-05 | Moss et al. | | | |
| | 2006/0015369 | 01/19/2006 | Bachus et al. | | | |
| | 2006/0026037 | Feb-06 | Lubbert, Glen | | | |
| | 2006/0136243 | Jun-06 | Cady | | | |
| | 2006/0224577 | Oct-06 | Hullender et al. | | | |
| | 2006/0282289 | Dec-06 | Jacobs et al. | | | |
| | 2006/0294138 | 12/28/2006 | Stolba | | | |
| | 2007/0094044 | 04/26/2007 | Stone et al. | | | |
| | 2007/0156455 | Jul-07 | Tarino et al. | | | |
| | 2007/0162307 | Jul-07 | Austin et al. | | | |
| | 2007/0185732 | 08/09/2007 | Hicks et al. | | | |

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 09/23/2013 |
|---|---|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. ||||

*Substitute Disclosure Statement Form (PTO-1449)                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./

Receipt date: 08/23/2013                          13551471 - GAU: 3686

Date Mailed: August 23, 2013                 Sheet 3 of 11

| FORM 1449* INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|
| | Applicant: David G. Hicks | |
| | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2007/0192144 | Aug-07 | Hauer et al. | | | |
| | 2007/0244870 | Oct-07 | Laurent et al. | | | |
| | 2009/0177489 | Jul-09 | Martinez et al. | | | |
| | 2009/0206992 | Aug-09 | Giobbi et al. | | | |
| | 2009/0228490 | Sep-09 | Faenger | | | |
| | 2009/0249229 | Oct-09 | Offer, Or | | | |
| | 2009/0319296 | Dec-09 | Schoenberg | | | |
| | 2010/0017222 | Jan-10 | Yeluri et al. | | | |
| | 2010/0070303 | Mar-10 | Massoumi et al. | | | |
| | 2010/0077349 | 03/25/2010 | Neal | | | |
| | 2010/0094739 | Apr-10 | Ellis et al. | | | |
| | 2010/0268549 | 10/21/2010 | Hicks et al. | | | |
| | 2011/0022579 | 01/27/2011 | Hicks et al. | | | |
| | 2011/0112858 | 05/12/2011 | Neal | | | |
| | RE42413 | May-11 | Snyder, Russell | | | |

**FOREIGN PATENT DOCUMENTS**

| DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|
| 2008148129 | 05-2007 | WO | | | YES | NO |
| | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | [DKT 001] Health Grades vs. MDX Medical, Inc., *Complaint and Demand for Jury Trial*, filed March 2, 2011, 6 pages. |
| | | [DKT 002] Health Grades vs. MDX Medical, Inc., Form AO 120 Report on the Filing or Determination of An Action Regarding a Patent or Trademark, filed March 2, 2011, 1 page. |
| | | [DKT 003] Health Grades vs. MDX Medical, Inc., Exhibit A, U.S. Patent Number 7,752,060, In Support of Plaintiff's Complaint, filed March 4, 2011, 36 pages. |
| | | [DKT 007] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Answer, Affirmative Defenses, Counterclaim and Demand for Jury Trial*, filed April 19, 2011, 8 pages. |
| | | [DKT 009] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement*, filed April 19, 2011, 92 pages. |
| | | [DKT 019] Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Answer to Counterclaim and Defenses*, filed May 13, 2011, 4 pages. |

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 09/23/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)          Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

**ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./**

Date Mailed: August 23, 2013                                                               Sheet 4 of 11

| FORM 1449* | | | Docket Number:<br>40476.0002USC3 | Application Number:<br>13/551,471 |
|---|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT | | | |
| | IN AN APPLICATION | | Applicant: David G. Hicks | |
| | (Use several sheets if necessary) | | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | |
|---|---|---|
| | | [DKT 023] Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Response in Opposition to MDX Medical, Inc.'s Motion for Partial Summary Judgment of Non-Infringement*, filed May 20, 2011, 49 pages. |
| | | [DKT 024] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Unopposed Motion for June 15, 2011 Oral Argument on Motion for Partial Summary Judgment*, filed May 24, 2011, 5 pages. |
| | | [DKT 025] Health Grades vs. MDX Medical, Inc., *Unopposed Motion for Leave to File Amendment to Response in Opposition to Motion for Partial Summary Judgment of Non-Infringement*, filed May 25, 2011, 5 pages. |
| | | [DKT 027] Health Grades vs. MDX Medical, Inc., *Unopposed Motion for Leave to File Amendment to Response in Opposition to Motion for Partial Summary Judgment of Non-Infringement*, filed May 26, 2011, 5 pages. |
| | | [DKT 029] Health Grades vs. MDX Medical, Inc., *Amendment to Health Grades, Inc.'s Response in Opposition to MDX Medical, Inc.'s Motion for Partial Summary Judgment of Non-Infringement*, filed May 27, 2011, 2 pages. |
| | | [DKT 030] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Reply Memorandum in Support of Its Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement*, filed June 3, 2011, 56 pages. |
| | | [DKT 037] Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Sur-Reply to MDX Medical, Inc.'s Reply Memorandum in Support of its Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement*, filed June 24, 2011, 15 pages. |
| | | [DKT 038] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion to Strike in Part The Sur-Reply of Health Grades, Inc.*, filed June 28, 2011, 7 pages. |
| | | [DKT 040] Health Grades vs. MDX Medical, Inc., *Unopposed Motion to Extend Deadline for Submission of Portions of Infringement Contentions and Related Disclosures*, filed July 1, 2011, 4 pages. |
| | | [DKT 047] Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Response in Opposition to MDX Medical, Inc.'s Motion to Strike in Part the Sur-Reply of Health Grades, Inc.*, filed July 22. 2011, 6 pages. |
| | | [DKT 048] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Reply in Support of Its Motion to Strike in Part the Sur-Reply of Health Grades, Inc.*, filed August 2, 2011, 4 pages. |
| | | [DKT 049] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Unopposed Motion for Extension of Time to Serve Portions of Invalidity Contentions and Accompanying Documents*, filed August 18, 2011, 4 pages. |
| | | [DKT 052] Health Grades vs. MDX Medical, Inc., *Parties' Joint Motion to Extend Deadlines to Exchange Proposed Terms for Construction and to Exchange Their Preliminary Claim Constructions and Extrinsic Evidence*, filed September 2, 2011, 5 pages. |
| | | [DKT 056] Health Grades vs. MDX Medical, Inc., *Parties' Joint Claim Construction and Prehearing Statement*, filed October 19, 2011, 40 pages. |
| | | [DKT 057] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 16(B)(4) to Modify Scheduling Order and Rule 15(A)(2) for Leave to Amend Answer*, filed 10/28/11, 55 pages. |
| | | [DKT 061] Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Response in Opposition to MDX Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 16(B)(4) to Modify Scheduling Order and Rule 15(A)(2) for Leave to Amend Answer,* filed November 14, 2011, 78 pages. |
| | | [DKT 062] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion to Strike Plaintiff/Counterclaim Defendant Health Grades, Inc.'s Supplemental Infringement Contentions Pursuant to Fed. R. Civ. P. 16(f) and Fed. R. Civ. P. 37(b)(2)(A),* filed November 15, 2011, 304 pages. |
| | | [DKT 065] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion to Compel Discovery and for an Award of Fees and Costs Pursuant to Rules 37(a)(3)(B) and 37(a)(5) of the Federal Rules of Civil Procedure,* filed November 23, 2011, 206 pages. |

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 09/23/2013 |
|---|---|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | | | |

*Substitute Disclosure Statement Form (PTO-1449)                              Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./

Receipt date: 08/23/2013                                                                                          13551471 - GAU: 3686

Date Mailed: August 23, 2013                                                                                      Sheet 5 of 11

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: David G. Hicks | |
| | (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | |
|---|---|---|
| | | **[DKT 071]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Response in Opposition to MDX Medical, Inc.'s Motion to Strike Plaintiff/Counterclaim Defendant Health Grades, Inc.'s Supplemental Infringement Contentions Pursuant to Fed. R. Civ. P. 16(f) and Fed. R. Civ. P. 37(b)(2)(A) and Motion to Allow Supplemental Infringement Contentions,* filed November 29, 2011, 9 pages. |
| | | **[DKT 073]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Motion for Leave to File Its Supplemental Response to MDX Medical, Inc.'s Motion to Strike Health Grades, Inc.'s Supplemental Infringement Contentions,* filed December 2, 2011, 5 pages. |
| | | **[DKT 074]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Supplemental Response to MDX Medical, Inc.'s Motion to Strike Health Grades, Inc.'s Supplemental Infringement Contentions,* filed December 2, 2011, 6 pages. |
| | | **[DKT 076]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Response in Opposition to Health Grades, Inc.'s Motion for Leave to File Its Supplemental Response to MDX's Motion to Strike Health Grades' Supplemental Infringement Contentions,* filed December 5, 2011, 47 pages. |
| | | **[DKT 077]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Amended Answer, Affirmative Defenses, Counterclaim and Demand for Jury Trial,* filed December 5, 2011, 15 pages. |
| | | **[DKT 079]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Claim Construction Brief and Evidence,* filed December 5, 2011, 30 pages. |
| | | **[DKT 080]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Supplement to Its Certificate of Conferral in Its Motion for Leave to File Its Supplemental Response to MDX Medical, Inc.'s Motion to Strike Health Grades, Inc.'s Supplemental Infringement Contentions,* filed December 5, 2011, 3 pages. |
| | | **[DKT 086]** Health Grades vs. MDX Medical, Inc., Parties' Joint and Agreed-to Motion to Modify Scheduling Order and Extend Fact Discovery Cut-Off, Expert Reports Deadline and Expert Discovery Cut-Off, filed December 9, 2011, 5 pages. |
| | | **[DKT 087]** Health Grades vs. MDX Medical, Inc., Recommendation of United States Magistrate Judge, filed December 12, 2011, 11 pages. |
| | | **[DKT 091]** Health Grades vs. MDX Medical, Inc., Health Grades, Inc.'s Response to MDX Medical, Inc.'s Motion to Compel Discovery and for an Award of Fees and Costs Pursuant to Rules 37(A)(3)(B) and 37 (A)(5) of the Federal Rules of Civil Procedure, filed December 12, 2011, 69 pages. |
| | | **[DKT 093]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Claim Construction Response and Evidence*, filed 12/19/11 (27 pages). |
| | | **[DKT 097]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion for Leave to Amend Invalidity Contentions*, filed 12/21/11 (90 pages). |
| | | **[DKT 102]** Health Grades vs. MDX Medical, Inc., *Plaintiff's Objections to the Magistrate Judge's Recommendation*, filed 12/27/11 (243 pages). |
| | | **[DKT 106]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Claim Construction Reply and Evidence*, filed 12/28/11 (14 pages). |
| | | **[DKT 108]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Response to Objections to Magistrate Judge's Recommendation*, filed 01/09/12 (16 pages). |
| | | **[DKT 111]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Response to MDX Medical, Inc.'s Motion for Leave to Amend Invalidity Contentions [97]*, filed 01/11/12 (133 pages). |
| | | **[DKT 112]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion to Supplement its Claim Construction Response and Evidence*, filed 01/17/12 (10 pages). |
| | | **[DKT 115]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Markman Hearing Exhibit List*, filed 01/17/12 (5 pages). |
| | | **[DKT 118]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Hearing Exhibit List*, filed 01/18/12 (6 pages). |
| | | **[DKT 119]** Health Grades vs. MDX Medical, Inc., *Plaintiff's Brief in Opposition to Defendant's Motion to Supplement its Claim Construction Response and Evidence*, filed 01/18/12 (6 pages). |

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 09/23/2013 |
|---|---|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | | | |

*Substitute Disclosure Statement Form (PTO-1449)                                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./

Date Mailed: August 23, 2013                                                                    Sheet 6 of 11

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: David G. Hicks | |
| | (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | |
|---|---|---|
| | | [DKT 131] Health Grades vs. MDX Medical, Inc., *Plaintiff's Reply in Support of its Objections to the Magistrate Judge's Recommendation*, filed 01/26/12 (14 pages). |
| | | [DKT 135] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Response in Opposition to Health Grades, Inc.'s Motion to Compel Discovery and for an Award of Fees and Costs; and Request for an Award of Fees and Costs to MDX Medical, Inc.*, filed 02/08/12, 98 pages. |
| | | [DKT 138] Health Grades vs. MDX Medical, Inc., *Order Regarding Claim Construction*, filed 02/13/12 (24 pages). |
| | | [DKT 139] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion for Reconsideration of Motion for Partial Summary Judgment of No Infringement*, filed 02/14/12 (25 pages). |
| | | [DKT 141] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Unopposed Motion Pursuant to Federal Rule of Civil Procedure 16(B)(4) to Modify Scheduling Order and Rule 15(A)(2) to File Second Amended Answer*, filed 02/24/12 (41 pages). |
| | | [DKT 148] Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Motion for Leave to Amend its Infringement Contentions to Address New Claim Construction from the February 13, 2012 Markman Order*, filed 03/02/12 (524 pages). |
| | | [DKT 164] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Opposition to Health Grades Motion for Leave to Amend its Infringement Contentions*, filed 03/23/12 (158 pages). |
| | | [DKT 168] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Reply Memorandum in Support of Its Motion for Reconsideration of Motion for Partial Summary Judgment of the Non-Infringement*, filed 03/26/12, 16 pages. |
| | | [DKT 169] Health Grades vs. MDX Medical, Inc., Exhibits in Support of *MDX Medical, Inc.'s Reply Memorandum in Support of its Motion for Reconsideration of Motion for Partial Summary Judgment of Non-Infringement*, filed 03/26/12 (70 pages). |
| | | [DKT 173] Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Reply in Support of its Motion for Leave to Amend its Infringement Contentions*, filed 04/06/12 (55 pages). |
| | | [DKT 183] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Second Amended Answer, Affirmative Defenses, Counterclaim and Demand for Jury Trial*, filed 04/18/12 (16 pages). |
| | | [DKT 189] Health Grades vs. MDX Medical, Inc., *Health Grade, Inc.'s Motion to Compel Discovery and for an Award of Fees and Costs Pursuant to Rules 36(a)(6), 37(a)(3)(B) and 37(a)(5) of the Federal Rules of Civil Procedure*, filed 04/25/12 (62 pages). |
| | | [DKT 195] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement*, filed 05/08/12 (192 pages). |
| | | [DKT 199] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Opposition to Health Grades' Motion to Compel Discovery and for an Award of Fees*, filed 05/21/12 (6 pages). |
| | | [DKT 201] Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Response to MDX's Second Motion Pursuant to Federal Rule of Civil Procedure 56 Partial Summary Judgment of Non-Infringement*, filed 06/01/12, 465 pages. |
| | | [DKT 207] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Reply Memorandum in Support of its Second Motion for Summary Judgment*, field 06/08/12 (15 pages). |
| | | [DKT 212] Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Reply in Support of its Motion to Compel Discovery and for an Award of Fees and Costs Pursuant to Rules 36(a)(6), 37(a)(3)(B) and 37(a)(5) of the Federal Rules of Civil Procedure*, filed 06/11/12 (159 pages). |
| | | [DKT 215] Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Motion to Strike a New Invalidity Argument in MDS Medical, Inc.'s Third Supplemental Invalidity Contentions*, filed 06/15/12 (195 pages). |
| | | [DKT 243] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Opposition to Health Grades Motion to Strike Invalidity Argument in MDX Medical, Inc.'s Third Supplemental Invalidity Contentions*, filed 07/06/12 (5 pages). |

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 09/23/2013 |
|---|---|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. ||||

*Substitute Disclosure Statement Form (PTO-1449)                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./

Date Mailed: August 23, 2013                                                      Sheet 7 of 11

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: David G. Hicks | |
| | (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | | |
|---|---|---|---|
| | | **[DKT 247]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Unopposed Motion for Leave to File a Supplemental Reply in Support of Its Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement*, filed 07/06/12, 3 pages. | |
| | | **[DKT 248]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Supplemental Reply in Support of Its Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement*, filed 07/06/12, 4 pages. | |
| | | **[DKT 258]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Reply in Support of Its Motion to Strike a New Invalidity Argument in MDX Medical, Inc.'s Third Supplemental Invalidity Contentions*, filed 07/23/12 (54 pages). | |
| | | **[DKT 275]** Health Grades vs. MDX Medical, Inc., *Parties' Joint Stipulated Motion for a 45 Day Extension to File Their Respective Motions to Supplement Contentions and for MDX to File Its Response to Health Grades' Motion for Leave to File Its First Amended Complaint*, filed 08/02/12, 4 pages. | |
| | | **[DKT 293]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Second Motion for Leave to Amend Invalidity Contentions*, filed 09/17/12, 10 pages. | |
| | | **[DKT 294]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Second Motion for Leave to Amend Invalidity Contentions*, filed 09/17/12, 180 pages. | |
| | | **[DKT 295]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Opposition to Health Grades, Inc.'s Motion for Leave to Amend Its Complaint to Assert Causes of Action for Joint Infringement and Indirect Infringement*, filed 09/17/12, 88 pages. | |
| | | **[DKT 324]** Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s Response to Defendant MDX Medical, Inc.'s Second Motion for Leave to Amend Invalidity Contentions*, filed 10/11/12, 5 pages. | |
| | | **[DKT 325]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Opposition to Health Grades' Motion for Leave to Amend Its Infringement Contentions to Incorporate Dr. Philip Greenspun's Expert Report*, filed 10/11/12, 28 pages. | |
| | | **[DKT 326]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Opposition to Health Grades' Motion for Leave to Amend Its Infringement Contentions to Incorporate Dr. Philip Greensun's Expert Report*, filed 10/11/12, 4 pages. | |
| | | **[DKT 331]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Reply in Support of Its Motion for Leave to Supplement Its Response to MDX's Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement*, filed 10/15/12, 9 pages. | |
| | | **[DKT 338]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Motion to Partially Exclude Expert Testimony of Dr. Richard G. Cooper Pursuant to Fed.R.Evid. 403 and 702, and Daubert v Merril Dow Pharms, Inc., 509 U.S. 579 (1993)*, filed 10/22/12, 140 pages. | |
| | | **[DKT 349]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion to Preclude Any Testimony from Health Grades, Inc.'s Expert Dr. Greespun*, filed 10/25/12, 100 pages. | |
| | | **[DKT 367]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of Non-Infringement*, filed 11/02/12, 67 pages. | |
| | | **[DKT 406]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Opposition to Health Grades, Inc.'s Motion for Partial Summary Judgment*, filed 11/26/12, 200 pages. | |
| | | **[DKT 407]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Opposition to Health Grades, Inc.'s Motion for Partial Summary Judgment*, filed 11/26/12, 300 pages. | |
| | | **[DKT 442]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment*, filed 12/13/12, 93 pages. | |
| | | **[DKT 444]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Reply in Support of Its Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of Non-Infringement*, filed 12/13/12, 35 pages. | |
| | | **[DKT 477]** Health Grades vs. MDX Medical, Inc., *Order*, filed 01/10/13, 10 pages. | |
| | | **[DKT 485]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Unopposed Motion to Extend the* | |

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 09/23/2013 |
|---|---|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | | | |

*Substitute Disclosure Statement Form (PTO-1449)                                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number:<br>40476.0002USC3 | Application Number:<br>13/551,471 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: David G. Hicks | |
| | (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | |
|---|---|---|
| | | *Dispositive Motion Deadline in Light of the Court's Order Granting Health Grades, Inc.'s Motion for Leave to Amend Its Complaint*, filed 01/18/13, 145 pages. |
| | | **[DKT 500]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Answer to First Amended Complaint, Affirmative Defenses, Counterclaim and Demand for Jury Trial*, filed 01/28/13, 18 pages. |
| | | **[DKT 515]** Health Grades vs. MDX Medical, Inc., *Second Amended Complaint and Demand for Jury Trial*, filed 02/12/13, 7 pages. |
| | | **[DKT 532]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Answer to Second Amended Complaint, Affirmative Defenses, Counterclaim and Demand for Jury Trial*, filed 03/01/13, 18 pages. |
| | | **[DKT 562]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Supplement to Its Opposition to MDX Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of No Willfulness*, filed 04/16/13, 176 pages. |
| | | **[DKT 564]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion for Rule 11 Sanctions*, filed 04/24/13, 57 pages. |
| | | **[DKT 565]** Health Grades vs. MDX Medical, Inc., *Exhibits in Support of Motion for Rule 11 Sanctions by Defendant MDX Medical, Inc.*, filed 04/24/13, 159 pages. |
| | | **[DKT 575]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion to Compel*, filed 05/01/13, 39 pages. |
| | | **[DKT 605]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Opposition to Health Grades, Inc.'s Motion to Bifurcate Trial on the Issue of Inequitable Conduct*, filed 06/28/13, 154 pages. |
| | | **[DKT 608]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Reply in Support of Its Motion to Bifurcate Trial on the Issue of Inequitable Conduct*, filed 07/15/13, 1 page. |
| | | **[DKT 609]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Reply In Support of Its Motion to Bifurcate Trial on The Issue of Inequitable Conduct*, filed 07/15/13, 12 pages. |
| | | **[HG Trial Exhibit No. 304]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Disclosure of Asserted Claims and Infringement Contentions*, dated 07/01/11, 5 pags. |
| | | **[HG Trial Exhibit No. 305]** Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website*, dated 07/01/11, 59 pages. |
| | | **[HG Trial Exhibit No. 306]** Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit C*, dated 07/01/11, 54 pages. |
| | | **[HG Trial Exhibit No. 307]** Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit B – '060 Patent v. MDx's Previous Website*, dated 07/01/11, 56 pages. |
| | | **[HG Trial Exhibit No. 308]** Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit D*, dated 07/01/11, 51 pages. |
| | | **[HG Trial Exhibit No. 309]** Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades' February 2012 Supplemental to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Current Website*, dated February 2012, 123 pages. |
| | | **[HG Trial Exhibit No. 310]** Health Grades vs. MDX Medical, Inc., *Plaintiff's Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website*, February 2012, 64 pages. |
| | | **[HG Trial Exhibit No. 311]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Supplemental Disclosure of Asserted claims and Infringement Contentions*, dated July 19, 2011, 41 pages. |
| | | **[HG Trial Exhibit No. 313]** Health Grades vs. MDX Medical, Inc., *Declaration of Kirstin Stoll-DeBell in Support of Health Grades, Inc.'s Response to MDx's Second Motion for Partial Summary Judgment of Noninfringement*, dated 06/01/12, 50 pages. |
| | | **[HG Trial Exhibit No. 314]** Health Grades vs. MDX Medical, Inc., *Declaration of Kirstin Stoll-DeBell in Support of Health Grades, Inc.'s Response in Opposition to MDx's Motion for Reconsideration of Motion for Partial Summary Judgment of No Infringement*, dated 03/09/12, 49 pages. |
| | | **[HG Trial Exhibit No. 315]** Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s Responses to Defendant MDX Medical, Inc.'s First Set of Interrogatories (Nos. 1-6)*, dated July 20, 2011, 38 pages. |

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 09/23/2013 |
|---|---|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | | | |

*Substitute Disclosure Statement Form (PTO-1449)                                              Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./

Date Mailed: August 23, 2013    Sheet 9 of 11

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: David G. Hicks | |
| | (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | | |
|---|---|---|---|
| | | [HG Trial Exhibit No. 316] Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s Supplemental Responses to Defendant MDX Medical, Inc.'s Interrogatory Nos. 8 and 9*, dated 12/10/11, 25 pages. | |
| | | [HG Trial Exhibit No. 317] Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s Second Supplemental Response to Defendant MDX Medical, Inc.'s Interrogatory No. 8*, 01/26/12, 45 pages. | |
| | | [HG Trial Exhibit No. 318] Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s Supplemental Responses to Defendant MDX Medical, Inc.'s Interrogatory Nos. 1 and 3*, dated 12/30/11, 11 pages. | |
| | | [HG Trial Exhibit No. 319] Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s supplemental Response to Defendant MDX Medical, Inc.'s Interrogatory No. 6*, dated 01/23/12, 12 pages. | |
| | | [HG Trial Exhibit No. 321] Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s Response to MDX Medical, Inc.'s Third Set of Interrogatories (No. 10)*, dated 12/10/11, 8 pages. | |
| | | [HG Trial Exhibit No. 322] Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s Responses to Defendant MDX Medical, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 19-25)*, dated 10/20/11, 11 pages. | |
| | | [HG Trial Exhibit No. 323] Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s Supplemental Response to Defendant MDX Medical, Inc.'s Request for Production No. 1*, dated 08/23/12, 17 pages. | |
| | | [HG Trial Exhibit No. 327] Health Grades vs. MDX Medical, Inc., *Defendant MDX Medical, Inc.'s Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories*, dated 02/15/12, 7 pages. | |
| | | [HG Trial Exhibit No. 329] Health Grades vs. MDX Medical, Inc., *Defendant MDX Medical, Inc.'s Objection and Responses to Plaintiff's First Set of Requests for Admission and Second Set of Interrogatories*, dated 02/15/12, 25 pages. | |
| | | [HG Trial Exhibit No. 330] Health Grades vs. MDX Medical, Inc., *Defendant MDX Medical, Inc.'s Supplemental Objections and Responses to Plaintiff's first Set of Requests for Admission*, dated 06/04/12, 5 pages. | |
| | | [HG Trial Exhibit No. 331] Health Grades vs. MDX Medical, Inc., *Defendant MDX Medical, Inc.'s Second Supplemental Objections and Responses to Plaintiff's First Set of Requests for Admission*, dated 09/21/12, 16 pages. | |
| | | [HG Trial Exhibit No. 332] Health Grades vs. MDX Medical, Inc., *MDX Medical Inc.'s Objection and Responses to Plaintiff's First Request for the Production of Documents, Electronically Stored Information, and Tangible Things*, dated 08/29/11, 23 pages. | |
| | | [MDX Trial Exhibit No. A-17] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Third Supplemental Invalidity Contentions and Documents Accompanying Invalidity Contentions*, date 05/10/12, 58 pages. | |
| | | [MDX Trial Exhibit No. A-18] Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Fourth Supplemental Invalidity Contentions and Documents Accompanying Invalidity Contentions*, dated 09/17/12, 60 pages. | |
| | | GeoAccess.com [online], [retrieved on 2010-02-]. Retrieved from the internet: <URL: http:www.ingenix.com> (2010) 1 page. | |
| | | Health Grades vs. MDX Medical, Inc., *Declaration of Richard G. Cooper, D.Sc.*, dated 07/13/12, 57 pages. | |
| | | Health Grades vs. MDX Medical, Inc., *Defendant MDX Medical, Inc.'s First Set of Requests for Admission (Nos. 1-3)*, dated 09/07/11, 5 pages. | |
| | | Health Grades vs. MDX Medical, Inc., *Defendant MDX Medical, Inc.'s Objections and Responses to Plaintiff's First Set of Interrogatories*, dated 08/29/11, 22 pages. | |

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 09/23/2013 |
|---|---|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | | | |

*Substitute Disclosure Statement Form (PTO-1449)    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./

Receipt date: 08/23/2013     13551471 - GAU: 3686

Date Mailed: August 23, 2013     Sheet 10 of 11

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: David G. Hicks | |
| | (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | |
|---|---|---|
| | | Health Grades vs. MDX Medical, Inc., *Expert Report of Philip Greenspun*, dated 07/13/12, 394 pages. |
| | | Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s First Set of Interrogatories (Nos. 1-6)*, dated 06/08/11, 10 pages. |
| | | Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Second Set of Interrogatories (Nos. 7-9)*, dated 09/07/11, 4 pages. |
| | | Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Third Set of Interrogatories (No. 10)*, dated 11/02/11, 4 pages. |
| | | Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s First Set of Interrogatories to Defendant MDX Medical*, Inc. d/b/a Vitals.com, dated 07/25/11, 15 pages. |
| | | Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s Answers to Defendant MDX Medical, Inc.'s First Set of Requests for Admission (Nos. 1-3)*, dated 10/20/11, 4 pages. |
| | | Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s Responses to Defendant MDX Medical, Inc.'s First Set of Interrogatories (Nos. 1-6)*, dated 07/20/11, 20 pages. |
| | | Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s Responses to Defendant MDX Medical, Inc.'s Second Set of Interrogatories (Nos. 7-9)*, dated 10/20/11, 8 pages. |
| | | Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s Supplemental Answers to Defendant MDX Medical, Inc.'s Requests for Admission Nos. 1 and 2*, dated 11/09/11, 4 pages. |
| | | Health Grades vs. MDX Medical, Inc., *Rebuttal Report of Philip Greenspun*, dated 09/17/12, 105 pages. |
| | | Health Grades vs. MDX Medical, Inc., *Rebuttal Report of Richard G. Cooper, D.Sc.*, dated 09/17/12, 13 pages. |
| | | RevolutionHealth.com [online], [retrieved on 2010-02-15]. Retrieved from internet: <URL: www.RevolutionHealth.com> (No Date) 1 page. |
| | | RevolutionHealth.com [online], [retrieved on 2010-03-02]. Retrieved from the internet: <URL: www.RevolutionHealth.com> (Copyright © 2010), 3 pages. |
| | | UCompareHalthCare.com [online], [retrieved on 2010-02-15]. Retrieved from the internet: <URL: www.Ucompare.com> (2010) 1 page. |
| | | US Amendment filed 02/11/13, in Application No. 12/830255, 19 pages. |
| | | US Amendment filed 02/27/12, in Application No. 12/613822 (22 pages). |
| | | US Amendment filed 05/28/13, in Application No. 13/004792, 19 pages. |
| | | US Amendment filed 09/04/12, in Application No. 12/897599 (10 pages). |
| | | US Amendment filed 09/06/12, in Application No. 12/830255 (17 pages). |
| | | US Amendment filed 12/13/12, in Application No. 12/613822 (23 pages). |
| | | US Final Office Action mailed 07/13/12, in Application No. 12/613822 (31 pages). |
| | | US Final Office Action mailed 07/30/13, in Application No. 13/004792, 12 pages. |
| | | US Final Office Action mailed 10/11/12, in Application No. 12/830255 (19 pages). |
| | | US Final Office Action mailed 10/24/12, in Application No. 12/597599 (21 pages). |
| | | US Non-Final Office Action mailed 02/26/13, in Application No. 13/004792, 11 pages. |
| | | US Non-Final Office Action mailed 04/06/12, in Application No. 12/830255 (17 pages). |
| | | US Non-Final Office Action mailed 05/01/12, in Application No. 12/897599 (8 pages). |

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 09/23/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)     Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./

Date Mailed: August 23, 2013                                                                        Sheet 11 of 11

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: David G. Hicks | |
| | (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | |
|---|---|---|
| | | US Non-Final Rejection mailed 04/05/13, in Application No. 13/551471, 26 pages. |
| | | US Patent Application No. 11/512,529 filed 8/29/2006, Amendment and Response to Non-Final Office Action, dated February 16, 2010, 17 pgs. |
| | | US Patent Application No. 11/512,529 filed 8/29/2006, Non Final Office Action dated November 13, 2009, 18 pgs. |
| | | US Patent Application No. 11/512,529 filed 8/29/2006, Notice of Allowance dated May 14, 2010, 10 pgs. |
| | | US Patent Application No. 11/512,529 filed 8/29/2006, Requirement for Restriction dated August 31, 2009, 7 pgs. |
| | | US Patent Application No. 11/512,529 filed 8/29/2006, Response to Election/Restriction filed September 30, 2009, 2 pgs. |
| | | US Patent Application No. 11/512,529 filed 8/29/2006, Supplemental Amendment filed April 26, 2010, 14 pgs. |
| | | US Patent Application No. 12/613,822 filed 11/06/2009, Non-Final Office Action dated September 27, 2011, 27 pages. |
| | | Vitals.com [online], [retrieved on 2010-03-02]. Retrieved from the internet: <URL: http://www.vitals.com/> (2006-2010) 2 pages. |
| | | WebMD.com [online], [retrieved on 2010-02-15]. Retrieved from internet: <Url: www.WEbMD.com> (2005-2010) 2 pages. |
| | | Health Grades vs. MDX Medical, Inc., *Plaintiff Health Grades, Inc.'s Supplemental Answers to Defendant MDX Medical, Inc.'s Requests for Admission Nos. 1 and 2*, dated 11/09/11, 4 pages. |

23552
PATENT TRADEMARK OFFICE

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 09/23/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                                         Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./

Date Mailed: September 20, 2013 Sheet 1 of 2

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number:<br>40476.0002USC3 | Application Number:<br>13/551,471 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: David G. Hicks | |
| | (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| U.S. PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| | | | | | | |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION |
| | | | | | | YES / NO |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.) |
|---|---|---|
| | | E-mail from Scott Stimpson to Jesus Vazquez and Kirstin Stoll-DeBell re: Health Grades Duty of Candor, dated 09/06/13, 2 pages. |
| | | Health Grades Press Release re: HealthGrades Enhances Physican Quality Reports for Consumers, dated 08/02/05, 2 pages. [HG0001867-HG0001868] |
| | | Health Grades Nursing Home Quality Comparison Report, created 12/28/04, 15 pages. [HG0032037-HG0032051] |
| | | Health Grades Nursing Home Quality Report, created 12/28/04, 10 pages. [HG0032052-HG0032061] |
| | | Health Grades Physician Quality Comparison Report, created 12/28/04, 24 pages. [HG0032062-HG0032085] |
| | | Health Grades Physician Quality Report, created 12/28/04, 16 pages. [HG0032086-HG0032101] |
| | | Health Grades Hospital Quality Report, created 12/28/04, 8 pages. [HG0032102-HG0032109] |
| | | Health Grades Physician Quality Report For Consumers, dated 04/17/03, 11 pages. [HG208976-HG208986] |
| | | Health Grades Comparitive Physician Report, created 04/03/03, 14 pages. [HG208987-HG209000] |
| | | Health Grades website printout from www.healthgrades.com, dated 10/19/04, 2 pages. [UCHC0000079-UCHC0000080] |
| | | Health Grades website printout from www.healthgrades.com, dated 10/19/04, 1 page. [UCHC0000081] |
| | | Health Grades Hospital Quality Report, created 10/19/04, 9 pages. [UCHC0000082-UCHC0000090] |
| | | E-mail from Info@HealthGrades.com to kram1033@aol.com (Mark Donnelly) re: HealthGrades Report Receipt, dated 09/15/04, 17 pages. [UCHC0000094-UCHC0000110] |
| | | People Demand Credible and Reliable Healthcare Information. Subimo Helps You Provide it, Subimo at www.subimo.com, dated 10/19/04, 13 pages. [UCHC0000131-UCHC0000143] |
| | | HealthScope Home Page, from www.healthscope.com, dated 10/19/04, 5 pages. [UCHC0000202-UCHC0000206] |
| | | 2004 Ingenix Tradeshow Calendar, from www.ingenix.com/corp_tradeshows.php, dated 11/07/04, 1 page. [UCHC0000309] |
| | | Printouts form www.Ingenix.com, dated 11/07/04, 13 pages. [UCHC0000276-UCHC0000288] |
| | | Printouts form www.Ingenix.com, dated 11/15/04, 1 page. [UCHC0000289] |
| | | GeoAccess Quality Ratings Suite, Ingenix, date unavailable, 8 pages. [UCHC0000290-UCHC0000297] |
| | | Printouts form www.Ingenix.com, dated 12/08/04, 4 pages. [UCHC0000303-UCHC0000306] |

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 09/30/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)     Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./

Date Mailed: September 20, 2013        Sheet 2 of 2

| FORM 1449* INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|
| | Applicant: David G. Hicks | |
| | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | |
|---|---|---|
| | | Ingenix Health Intellegence Update On HIPAA Privacy Complicance Program, Ingenix, dated 11/07/04, 2 pages. **[UCHC0000301-UCHC0000302]** |
| | | Preventing harm. Steering you from danger. Keeping you safe. Ingenix, Inc., dated 11/14/04, 2 pages. **[UCHC0000307-UCHC0000308]** |
| | | Patient Experience Survey Numbers, Oct. 28, 2004 to Nov. 9, 2004, 1 page. **[HG209647]** |
| | | USPN 7,167,855, 01/23/07, 30 pages. **[MDX0000048-MDX0000077]** |
| | | USPN 2003/0167187, 09/04/03, 34 pages. **[MDX0000078-MDX0000111]** |
| | | HealthGrades Report on David A. Drucker, dated 06/04/05, 4 pages. **[MGHG000016-MGHG000019]** |

23552
PATENT TRADEMARK OFFICE

| EXAMINER | /Trang Nguyen/ | DATE CONSIDERED | 09/30/2013 |
|---|---|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | | | |

*Substitute Disclosure Statement Form (PTO-1449)        Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.N./