Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. # 369]**

**Exhibit AA**

**Response to Petition**

2004528359_1



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

NOV 13 2013

Merchant & Gould P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903

|  |  |  |
|---|---|---|
| *In re* Application of Hicks et al. | : |  |
| Appl. No.: 13/551471 | : | **RESPONSE TO PETITION** |
| Filed: July 17, 2012 | : | **UNDER 37 CFR 1.59** |
| For: INTERNET SYSTEM FOR CONNECTING | : |  |
| HEALTHCARE PROVIDERS AND PATIENTS | : |  |

This is a decision on the petitions under 37 CFR 1.59(b), filed August 27, 2013 and September 20, 2013, to expunge information from the above identified application.

The petition is **GRANTED**.

Petitioner requests that the propriety material listed on Exhibit A filed on August 27, 2013 and the propriety material listed on Exhibit A filed on September 20, 2013, be expunged from the record.

A petition under 37 CFR 1.59(b) must contain:

(A)  a clear identification of the information to be expunged without disclosure of the details thereof;
(B)  a clear statement that the information to be expunged is trade secret material, proprietary material, and/or subject to a protective order, and that the information has not been otherwise made public;
(C)  a commitment on the part of the petitioner to retain such information for the period of any patent with regard to which such information is submitted;
(D)  a statement that the petition to expunge is being submitted by, or on behalf of, the party in interest who originally submitted the information;
(E)  the fee as set forth in 37 CFR 1.17(g) for a petition under 37 CFR 1.59(b)

The information in question has been determined by the undersigned to not be material to the examination of the instant application.

As the above conditions have been met, the requested material has been expunged. However, the material will not be returned to the applicants. The obligation to return documents was removed from 37 CFR 1.59 (June 30, 2003 Fed Register. Vol. 68, No. 125, 38613). The documents have been closed from the IFW record so as not to be viewable by non-PTO personnel. This decision only applies to this

Application No. 13/551,471                                                                 2

application, and any other applications containing the proprietary information will need to be separately decided.

Applicant is required to retain the expunged material(s) for the life of any patent which issues on the above-identified application.

Any questions regarding this decision should be directed to Elaine L. Gort at (571) 272-6781.

Greg Vidovich, Director
Patent Technology Center 3600
(571) 272-5350

elg/lm: 11/1/2013
Lm