IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S NOTICE REGARDING ITS SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT (DKT. NO. 195)**

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, and in regards to its second motion pursuant to Federal Rule of Civil Procedure 56 for partial summary judgment of non-infringement ("MDx Motion"; Dkt. No. 195), respectfully submits this Notice to inform the Court of certain events that transpired since the hearing of October 25, 2013 regarding MDx's Motion.

On October 25, 2013 the Court held a hearing on the MDx Motion, which is still pending. This notice is simply to advise the Court that less than a month ago, in connection with the creation of a new advertising approach, MDx allowed paid advertisements that included ratings of other healthcare providers to be viewed from the reports of the Vitals.com healthcare provider reports (the "November Disclosures"). Declaration of Mr. Mitchel Rothschild ("Rothschild

Declaration"; attached hereto as Exhibit 1), dated Dec. 9, 2013, at ¶ 3. A sample of the November Disclosures is attached as Exhibit A to the Rothschild Declaration. *Id.*

On Friday, December 6, 2013, MDx raised the possibility that the location of these paid advertisements may need to be re-considered, and the same day notified counsel for Health Grades, providing them with a link to an example of the change on the Vitals.com website. To allow Health Grades time to review the Vitals.com website and for MDx to implement changes, the November Disclosures are being left on the Vitals.com website until Wednesday, December 11, 2013, at which time the ratings of other healthcare providers will not be viewable from healthcare provider reports. *Id.*, at ¶ 4.

The November Disclosures should not be subject to the pending MDx Motion. If the Court grants the MDx Motion, however, it will resolve the vast majority of all infringement allegations; and given the very short amount of time they were on the Vitals.com website, MDx is confident that the parties could then agree on a resolution regarding the November Disclosures.

Dated: December 10, 2013                                                   Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                                              Terence Ridley, Atty. No. 15212
Trent S. Dickey                                                Wheeler Trigg O'Donnell LLP
David C. Lee                                                   370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                             Denver, Colorado 80202
Sills Cummis & Gross P.C.                                      Tel: (303) 244-1800
30 Rockefeller Plaza                                           Fax: (303) 244-1879
New York, New York 10112                                       E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                                            *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com                              MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S NOTICE REGARDING ITS SECOND MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT (DKT. NO. 195)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                                  _s:/      Vincent M. Ferraro_