# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**DECLARATION OF MITCHEL ROTHSCHILD**

---

Mitchel Rothschild, being of full age, hereby declares and states as follows:

1. I make this declaration in support of Defendant MDx Medical, Inc.'s Notice Regarding its Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement (Dkt. No. 195). Unless otherwise noted, the statements made herein are based on my personal knowledge, and if called to testify in court, I could and would testify competently and truthfully thereto.

2. I am co-founder and CEO of MDx Medical, Inc. ("MDx"), which is a private company, based in Lyndhurst, New Jersey.

3. Less than a month ago, in connection with the creation of a new advertising approach, MDx allowed paid advertisements that included ratings of other healthcare providers to be viewed from some of the Vitals.com healthcare provider reports (the "November Disclosures"). A true and correct copy of a sample of the November Disclosures is attached hereto as Exhibit A.

4. To allow Health Grades, Inc. time to review the Vitals.com website and for MDx to implement changes, the November Disclosures are being left on the Vitals.com website until Wednesday, December 11, 2013, at which time the ratings of other healthcare providers will not be viewable from healthcare provider reports.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2013

_____
MITCHEL ROTHSCHILD