**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO HEALTH GRADES, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. #369]**

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits its Unopposed Motion For Leave To File A Response To Health Grades, Inc.'s Supplemental Brief In Support Of Its Motion For Partial Summary Judgment [Doc. #369] (the "MDx Motion").  MDx requests leave to respond until ten days after the Federal Rule 30(b)(6) deposition of Health Grades, Inc. ("Health Grades") on this topic, which MDx is currently attempting to schedule.

    In accordance with to D.C.COLO.LCivR 7.1(a), MDx's counsel attempted to confer by e-mail on December 4, 5, 9, and 10, 2013, with counsel for Health Grades regarding the relief requested herein.  Health Grades does not oppose MDx filing a response to its supplemental brief, but it is not clear if Health Grades opposes the timing of the MDx filing -- after the Health Grades deposition (MDx sought Health Grades' position several days ago and so far has received no response).

While the facts stated in Proposed Health Grades' Supplement (Dkt. No. 673-1) would not justify the relief requested under any circumstances, that relief is particularly inappropriate here because Health Grades intentionally delayed making its disclosures to the Patent Office, withheld important information, and deliberately buried the information it did provide in an effort to assure that the Patent Examiner would not use the most relevant information. This misconduct is its own inequitable conduct, and thus cannot be used as justification to overcome its first fraudulent endeavor regarding the patent-in-suit. *See*, *e.g.*, *Synqor, Inc. v. Cisco Systems, Inc.*, 2012 U.S. Dist. LEXIS 129463, *19 (E.D. Tex. Aug. 7, 2012) ("A review of the cases reveals that a voluminous list of references contained in an IDS can, in some circumstances, lead to a finding of inequitable conduct if a material reference was 'buried' in the IDS with the intent to deceive the PTO by 'burying' the reference"); *see also Molins PLC v. Textron, Inc.*, 48 F.3d 1172, 1184 (Fed. Cir. 1995) ("'burying' a particularly material reference in a prior art statement containing a multiplicity of other references can be probative of bad faith.").

Good cause exists for MDx to file a response to Health Grades' Supplement, and apprise the Court of all the relevant facts after the Health Grades deposition, because the Supplement raises new arguments that MDx has not had an opportunity to address. For the foregoing reasons, MDx respectfully requests that this Court grant this unopposed Motion to file an opposition to Health Grades' Supplement within ten days after the requested Federal Rule 30(b)(6) deposition is completed.

Dated:  December 10, 2013

*s:/Scott D. Stimpson*
Scott D. Stimpson
Trent S. Dickey
David C. Lee
Vincent M. Ferraro
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

Respectfully submitted,


Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

3

CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO HEALTH GRADES, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. #369]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                            *s:/     Vincent M. Ferraro*