# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S NOTICE OF DEPOSITION OF HEALTH GRADES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

---

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant and Counterclaim Plaintiff MDx Medical, Inc., by and through its undersigned counsel, will take the deposition of Health Grades on January 3, 2014 at 8:00 o'clock in the morning, at the offices of Wheeler Trigg O'Donnell LLP, 370 Seventeenth Street, Suite 4500, Denver, Colorado 80202, or another location mutually agreed by counsel, on the topics set forth below.  The deposition will be taken before a notary public or some other officer authorized to administer oaths under the law, will be recorded by stenographic means and will continue from day-to-day until completed. **PLEASE TAKE FURTHER NOTICE,** that this deposition is being taken for the purpose of discovery, for use at trial, and for such other purposes as permitted by law.

## TOPICS FOR DEPOSITION

Prosecution of Health Grades' patent application (serial no. 13/551,471), including but not limited to:

(a) All communications with the Patent Office about cited prior art and related materials, specifically including prior art at issue in the pending litigation and related materials;

(b) Reasons for timing and disclosures of the cited references;

(c) Reasons for selection of the specific references cited; and

(d) Content of the references and related materials disclosed to the Patent Office, specifically including the disclosures regarding Health Grades' prior art and related materials.

Dated:  December 11, 2013                              Respectfully submitted,


                                                       *s:/Scott D. Stimpson*_____
                                                       Scott D. Stimpson
                                                       Trent S. Dickey
                                                       David C. Lee
                                                       Vincent M. Ferraro
                                                       Sills Cummis & Gross P.C.
                                                       30 Rockefeller Plaza
                                                       New York, New York 10112
                                                       Tel: (212) 643-7000
                                                       Fax: (212) 643-6500
                                                       E-mail: sstimpson@sillscummis.com
                                                       E-mail: tdickey@sillscummis.com
                                                       E-mail: dlee@sillscummis.com
                                                       E-mail: vferraro@sillscummis.com

                                                       and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>December 11, 2013</u>, I have caused a true and correct copy of the foregoing MDX MEDICAL, INC.'S NOTICE OF DEPOSITION OF HEALTH GRADES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30 (b)(6) to be served upon counsel for Health Grades, Inc. by electronic mail transmission to the following individuals:

>Jesus Manuel Vazquez , Jr.
>Kris John Kostolansky
>Gregory B. Kanan
>Adam L. Massaro
>LEWIS ROCA ROTHGERBER LLP
>One Tabor Center
>1200 Seventeenth Street, Suite 3000
>Denver, CO 80202
>Tel: (303) 623-9000
>Fax: (303) 623-9222
>jvazquez@lrrlaw.com
>kkosto@lrrlaw.com
>gkanan@lrrlaw.com
>amassaro@lrrlaw.com
>
>*Attorneys for Plaintiff Health Grades, Inc.*

<u>*s:/Vincent M. Ferraro*</u>