IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

___

# MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Mdx Medical, Inc.'s Expedited Motion to Compel a Health Grades, Inc. 30(B)(6) Deposition on Recently Produced Evidence and to Hear the Expedited Motion on December 19, 2013 at 3:00 p.m.** [docket no. 679, filed December 12, 2013] (the "Motion").

     IT IS ORDERED that the plaintiff is to respond on or before **December 17, 2013**.

     IT IS FURTHER ORDERED that a hearing on this Motion is set for **December 19, 2013, at 3:00 p.m.,** in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: December 12, 2013