Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S RESPONSE TO MDX INC.'S "EXPEDITED MOTION TO COMPEL SEVEN HOURS FOR THE AGREED CONTINUATION OF HEALTH GRADES, INC.'S TECHNICAL EXPERT DEPOSITION" [DOC. # 665]**

## Exhibit A

**Excerpt from Dr. Philip Greenspun's Deposition Dated September 28, 2012**

```
                                                              1
 1  Volume I                              Pages 1 - 292

 2                                        Exhibits 64 - 71

 3            UNITED STATES DISTRICT COURT

 4               DISTRICT OF COLORADO

 5            Civil Action No. 11-CV-00520-PAB-BNB

 6  *****************************************

 7  HEALTH GRADES, INC.,                    *

 8       Plaintiff,                         *

 9  Vs.                                     *

10  MDX MEDICAL, INC., d/b/a VITALS.COM,    *

11       Defendant.                         *

12  *****************************************

13

14         DEPOSITION of PHILIP G. GREENSPUN

15         Friday, September 28, 2012 at 8:30 a.m.

16         Courtyard by Marriott

17         700 Unicorn Park Drive

18         Woburn, Massachusetts

19

20  ------ Jacqueline P. Shields, RPR, CSR ------

21

22

23

24       Job No. NJ1339308
```

290

1 information from any other source besides your
2 buddies?
3     A.  No.
4     Q.  And did you reference your friends here in
5 your report anywhere?
6     A.  No, it was -- this is an entirely
7 conventional way to engineer Web forms, going back
8 to the, you know, earlier '90s, so it didn't seem
9 relevant at the time.
10    Q.  So it's not in your report?
11    A.  No.
12    Q.  Okay.
13        MR. STIMPSON:  I've got nothing else.
14        MR. KOSTOLANSKY:  Nothing further.
15        (Whereupon the deposition concluded at 6:08
16 p.m.)
17
18
19
20
21
22
23
24