**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT NO. 664-5

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to document number 664-5, which was filed by Health Grades, Inc. ("Health Grades") in connection with its reply in support of its motion for sanctions (the "HG Reply"; Dkt. No. 664), and is hereby providing the Court with a replacement, redacted version of this document (the "Motion to Restrict").

Pursuant to *D.C.COLO.LCivR* 7.1(a), MDx's counsel conferred with counsel for Health Grades regarding this Motion to Restrict on December 16, 2013, but has not received Health Grades' position on this Motion. When Health Grades provides its position, MDx will supplement this Motion with that information.

MDx respectfully requests very limited confidentiality restrictions for document number 664-5 to redact references in this document to specific, competitively sensitive, highly

1

confidential and proprietary information regarding internal MDx website operations and statistics in the identical manner that this Court has previously restricted the exact same highly confidential information in the exact same document previously filed in this action.

MDx is requesting restricted access to portions of the deposition transcript of Larry West – Dkt. No. 664-5. MDx is submitting a proposed, redacted version, from which the MDx highly confidential information has been redacted, in exactly the same fashion as previously granted by the Court, to be used for public access. MDx respectfully requests that access to the unredacted version of document number 664-5 remain restricted at Restricted Level 1, and the proposed, redacted document attached hereto be used as a replacement for public access.

**Doc. No. 664-5** – This document is excerpts from the transcript of the deposition of MDx's Chief Technology Officer, Larry West, which was filed by Health Grades as an exhibit to HG's Reply. The excerpts include competitively sensitive, highly confidential information regarding internal MDx website operations and statistics. As previously asserted by MDx, this is competitively sensitive information that MDx does not make public, and represents trade secrets. If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to distinguish its products from its competitors, and secure business partners, data licensing agreements and possibly advertising. *See* Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶ 7. The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322 and 459) to restrict the exact same excerpts from public access. *See e.g.*, Court's Orders, Dkt. Nos. 483 and 508. MDx submits a redacted version of Dkt. No. 664-5 redacting the exact same excerpts that it previously submitted for redaction and the Court has

previously approved, attached hereto as Exhibit A.  MDx, therefore, respectfully requests that access to Dkt. No. 664-5 be similarly restricted.

MDx is requesting that the Court grant similar relief that it has previously granted regarding protecting from public disclosure highly confidential internal MDx website operations and statistics, by proposing very limited redactions of just this information from Dkt. No. 664-5.

**Conclusion**

For the foregoing reasons, MDx respectfully requests that the Court grant this motion for continued restriction on access to Document No. 664-5, at a Level 1 restriction, and to use the attached, redacted exhibit as a public access version.  MDx notes that it is not seeking continued restriction of Document Nos. 664, 664-1, 664-2, 664-3, and 664-4.

Dated:  December 16, 2013                              Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                                      Terence Ridley, Atty. No. 15212
Trent S. Dickey                                        Wheeler Trigg O'Donnell LLP
David C. Lee                                           370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                     Denver, Colorado 80202
Sills Cummis & Gross P.C.                              Tel:  (303) 244-1800
30 Rockefeller Plaza                                   Fax:   (303) 244-1879
New York, New York 10112                               E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2013, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT NO. 664-5** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                        *s:/       Vincent M. Ferraro*