# EXHIBIT A

(Redacted version of Dkt. # 664-5)

Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

---

**Exhibit F**

**Excerpt From Larry West's Depostion Dated June 26, 2013**

Contains Confidential and Highly Confidential Attorneys' Eyes Only Sections
Larry West   June 26, 2012

1

```
 1        CONFIDENTIAL ATTORNEYS' EYES ONLY

 2  UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF COLORADO
 3  ------------------------------------------x
    HEALTH GRADES, INCORPORATED,
 4
                         Plaintiff,
 5
 6  vs.                               Civil Action No.

 7                                    11-CV-00520-PAB-BNB

 8  MDX MEDICAL, INCORPORATED D/B/A,
    VITALS.COM,
 9
                         Defendant.
10  ------------------------------------------x

11                    June 26, 2012

12                    8:00 a.m.

13

14        Videotaped deposition of LAWRENCE

15  WEST, taken by Plaintiff, pursuant to Notice,

16  at the offices of Sills, Cummis & Gross P.C.,

17  The Legal Center, One Riverfront Plaza,

18  Newark, New Jersey, before Georgette K. Betts,

19  a Certified Shorthand Reporter, Registered

20  Professional Reporter, Certified Livenote

21  Reporter and Notary Public within and for the

22  States of New York and New Jersey.

23

24

25
```

Contains Confidential and Highly Confidential Attorneys' Eyes Only Sections
Larry West   June 26, 2012

262

1        A.      We typically just continue to call

2    them providers.  Members relay more for the

3    consumer side.

4                (The following portion has been

5         designated Highly Confidential -

6         Attorneys' Eyes Only.)

7        Q.      Does Vitals communicate to doctors

8    at all about their doctor profile, that

9    particular physician profile?

10       A.      Um, I believe there is a fax

11   program but I'm not aware of anything else.

12       Q.      Okay.  I think you said there is a

13   fax program but you're not aware of what it is?

14       A.      Right.

15       Q.      What is it that makes you think

16   there is a fax program?

17       A.      I believe in one of the

18   communications the way we communicate with

19   providers are via faxes.  So I don't know what

20   exactly they're communicating back and forth

21   from.

22       Q.      Is there any sort of process by

23   which Vitals communicates to physicians when

24   their profile has been changed?

25       A.      Not that I'm aware of.

12JUNE26MERRILL.txt

1

1          ROUGH – UNPROOFREAD – WEST

2        CONFIDENTIAL –ATTORNEYS' EYES ONLY

3     REALTIME AND INTERACTIVE REALTIME TRANSCRIPT
              ROUGH DRAFT DISCLAIMER
4                 IMPORTANT NOTICE:

5            AGREEMENT OF PARTIES

6          We, the party working with realtime and
    rough draft transcripts, understand that if we choose
7    to use the realtime rough draft screen or the
    printout, that we are doing so with the understanding
8    that the rough draft is a noncertified copy.
          We further agree not to share, give, copy,
9    scan or fax or in any way distribute this realtime
    rough draft in any form (written or computerized) to
10   any party.  However, our own experts, co-counsel and
    staff may have limited internal use of same with the
11   understanding that we agree to destroy our realtime
    rough draft and/or any computerized form, if any, and
12   replace it with the final transcript upon its
    completion.
13   Case:
    Date:
14   REPORTER'S NOTE:
          Since this proceeding has been realtimed
15   and is in rough draft form, please be aware that there
    may be a discrepancy regarding page and line number
16   when comparing the realtime screen, the rough draft,
    rough draft disk, and the final transcript.
17          Also please be aware that the realtime
    screen and the noncertified rough draft transcript may
18   contain untranslated steno, reporter's notes,
    misspelled proper names, incorrect or missing Q/A
19   symbols or punctuation and/or nonsensical English word
    combinations.  All such entries will be correct on the
20   final certified transcript.

21   REPORTER:  Georgette K. Betts

22   AGENCY: MERRILL LEGAL SOLUTIONS

23

24

25

2

1          ROUGH – UNPROOFREAD – WEST

2          THE VIDEO OPERATOR:  This is

3       the video operator speaking, David

4       Sanders, of Merrill Legal Solutions,

Page 1

12JUNE26MERRILL.txt
<span style="color:red">REDACTED</span>

11

12

13

14

15

16

17

18

19

20        Q.     And how did you notify physicians

21   that they had the ability do this?

22        A.     We did not actively send out

23   notifications.

24               If a provider came to our website

25   there was an opportunity for them to log-in.

                                                                          27

1                ROUGH - UNPROOFREAD - WEST

2        Q.     Is that true of the current status

3   of the website that the physicians can edit

4   information about themselves?

5        A.     Yes.  Physicians can edit

6   information about themselves.

7        Q.     And do they?

8        A.     Yes, they do.

9        Q.     You monitor I assume when a

10   physician edits?

11        A.     Yes.

12        Q.     And some physicians do come to

13   your site and edit information about themselves?

14        A.     Yes.

15        Q.     And are they allowed to freely

16   edit the information change anything that's in

                    Page 22

12JUNE26MERRILL.txt

24    of medicine?

25              A.    Yes.

                                                              35

1              ROUGH - UNPROOFREAD - WEST

2              Q.    Okay.

3                    Is there some person particularly

4    responsible for monitoring the EZ edit usage by

5    physicians within Vitals?

6              A.    Could you clarify in what regards.

7              Q.    Is there someone who in particular

8    would note or prepare a report of how often

9    physicians are actually editing their data?

10             A.    Oh.  There is a report that is

11   generated that describes how many physicians

12   have updated their information I believe that

13   month I think it's included in what we call the

14   KPI report.

15             Q.    KBI the letters?

16             A.    KPI the letters.

17             Q.    KPI the letters?

18             A.    Yes, key performance indicator

19   report.

20             Q.    And that report is prepared on a

21   monthly basis?

22             A.    Yes.  I believe so.

23             Q.    And among other things it reports

24   on the frequency or how many I guess physicians

25   in the particular month have used the EZ edit

                                                              36

1              ROUGH - UNPROOFREAD - WEST

2    access to edit their profile?

                         Page 29

12JUNE26MERRILL.txt
16    Q.    Member.  Okay.

17    A.    So that's the difference between

18 now an engineer things of thinks of it and how

19 somebody in marketing and design would think of

20 it.

21    Q.    If one does not register a

22 physician that is, does not register for access

23 to the physician access is not a member, they

24 would not have the ability of course to edit

25 their site they would not have the ability to go

                                                    257

1         ROUGH - UNPROOFREAD - WEST

2 in and review their site, their profile I'm

3 sorry --

4         MR. STIMPSON:  Hold on just

5         objection to form you can answer.

6    A.    Okay.  Well on the first part I

7 guess if your question is, if -- without a user

8 name and password you're absolutely correct they

9 would not be able to edit their information it's

10 protected.  On your second point whether or not

11 they'd be able to view their profile it's not

12 dependent upon any provider type functionality

13 as long as you're a user going to our site

14 anybody could see the profile.

15    Q.    They could view the profile as

16 though they were a user?

17    A.    Yes.

18    Q.    They could not edit if they

19 haven't registered?

20    A.    Correct.

21         (Whereupon, DESC          , was
                    Page 212

12JUNE26MERRILL.txt

22     marked as Plf/dft

23     Exhibit XN          for

24     identification, as of this date.)

25     Q.    Mr. West you have before you

1          ROUGH - UNPROOFREAD - WEST

2    deposition Exhibit 16, do you recognize this

3    page from a Vitals -- from the Vitals website?

4          A.    Yes.

5          Q.    What is it?

6          A.    This is the opportunity to get

7    more information on our sponsored listing

8    program.

9          Q.    What is your sponsored listing

10   program?

11         A.    That's the ability for a health

12   care provider to add a sponsored listing ton the

13   vitals site.

14         Q.    So physicians can obtain a

15   so-called sponsored listing on the website?

16         A.    Yes.

17         Q.    Do they pay for that?

18         A.    Yes.

19         Q.    Okay.  Do they have to be

20   registered first?

21         A.    No.

22         Q.    Okay.  So I could not register

23   with you not have access to the editing of my

24   profile but I could purchase from you this

25   sponsored listing program?

Case No. 1:11-cv-00520-RM-NYW Document 683-1 filed 12/16/13 USDC Colorado pg 10 of 11

```
                          12JUNE26MERRILL.txt
19
20                        REDACTED
21
22
23
24
25
                                                              269
1                    ROUGH - UNPROOFREAD - WEST
2
3
4            .
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21    |
22            MR. STIMPSON:  I'm sorry, I
23       didn't quite hear that, had what --
24
                       Page 222
```

12JUNE26MERRILL.txt

25                    REDACTED

                                                    270

1              ROUGH - UNPROOFREAD - WEST

2

3

4

5

6

7

8

9

10

11                        --

12

13                              --

14

15

16

17      Q.    All right.  If you would look at

18  Exhibit 20, Mr. West, have you ever seen this

19  document before?

20      A.    I don't know at this point, not

21  that I'm aware of.

22      Q.    Do you know what it is site

23  functionality and data set overview?

24      A.    It appears to be a presentation

25  um, that we provided to someone outlining our

                                                    271

1              ROUGH - UNPROOFREAD - WEST

2  site functionality and data set.

3      Q.    And beyond that you don't know

Page 223