# EXHIBIT I











