# EXHIBIT J

## Supplemental Expert Report of Philip Greenspun

## Regarding Infringement of U.S. Patent No. 7,752,060 by MDX Medical

## September 9, 2013

1. My name is Philip Greenspun. I submit this report as a supplement to the opinions contained in my July 13, 2012 and September 17, 2012 reports. My qualifications, background, and compensation were previously disclosed in the expert report that I submitted on July 13, 2012. In addition to the previous testimony that was disclosed in my previous reports, I have testified by deposition in this case on September 28, 2012 and also by deposition on August 8, 2012 for *In the Matter of Certain Mobile Devices for Data Communication*, United States International Trade Commission; Investigation No. 337-TA-809.

2. This supplemental report concerns (1) the most recent versions of the vitals.com Web site based on screenshots taken in January and July/August 2013, (2) the most recent version of the healthgrades.com Web site based on screenshots taken in July/August 2013, (3) the supplemental claim charts served by Health Grades in August 2013, (4) updated versions of the iTriage mobile applications and the iTriage Web site based on screenshots taken in March 2013, and (5) a change in the law of indirect infringement due to the August 12, 2012 decision in *Akamai Techs, Inc. v. Limelight Networks*.

### MATERIALS RELIED ON AND INVESTIGATION CONDUCTED

3. In preparing this supplemental report, I have reviewed and rely on the following materials:

   a. Running versions, recorded at various times in 2013, of the vitals.com and healthgrades.com Web sites;

   b. Running versions, recorded at various times in 2013, of the iTriage Applications (both the mobile application and the web-based application);

   c. Supplemental infringement contention claims charts for vitals.com and iTriage, which were served on MDx in late July, early August 2013, incorporated by reference herein;

   d. Supplemental claim chart for healthgrades.com, which was served on MDx in August 2013, incorporated by reference herein;

   e. The following recorded demonstrations of the vitals.com Web site (each of these includes a video clip and screenshots taken from the video clip and stored in a PDF file – for convenience the following analysis refers to pages within the PDF files):

      i. Demo 4: Vitals.com -- patient review of Dr. Enzenauer, taken in January 2013 (marked as trial exhibits 16-17)

1

    g. user fills out a survey form and then clicks "Submit Survey" [pages 48-64].

    h. user views the "Appointments and Offices" section of the report [pages 65-67].

109. I visited the healthgrades.com site on September 6, 2013, and searched for "Cardiothoracic Surgeon" in "Stony Brook, NY" and had a very similar experience.

110. Healthgrades.com practices the claimed invention for the same reasons that vitals.com practices the claimed invention as described above, in my original report, and in the healthgrades.com claim charts disclosed in connection with Health Grades' infringement contentions.

111. Demo 16 satisfies all of the claim elements of the asserted claims as described below.

> ***Claim 1 preamble: A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:***

112. Every page of Demo 16 corresponds to this portion of the claim. The pages were captured from a standard Web browser, which must necessarily be "computer-implemented" and receive pages from a standard Web server, which is also "computer-implemented." [Page 6] shows that the starting menu of the site offers users the ability to "find doctors," "find dentists," and "find hospitals." Generally speaking all three of these are "healthcare providers." The same page, near the top-center, has a "Log In or Sign Up" area for users, who are divided into two categories: "Patients"; "Doctors." From this, it is reasonable to infer that the service is targeted to potential patients. (*See also* paragraph 96 of my original report.)

> ***Claim 1, Step 1: receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information regarding a first healthcare provider,***

113. The section of Demo 16 that corresponds to this portion of the claim is shown on [pages 11-12]. (*See also* paragraphs 104-105, 107 of my original report.)

> ***Claim 1, Step 1 continued: wherein the Web server computer comprises at least one computer processor and memory;***

114. Demo 16 overall suggests that a server with a processor and memory is delivering pages to the browser. (*See also* the first sentence of paragraph 110 of my original report.)

> ***Claim 1, Step 2: accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;***

115.  [Page 12] of Demo 16 includes checkboxes with options to restrict search results to "male" or "female" doctors, which shows that the information on the healthgrades.com server includes "gender." The same page states that Dr. Rosengart has "30 years of practice" indicating that the "years in practice" and "years in profession" items of the claim are included on the server. [Page 23] displays a "View all 2 specialties" hyperlink, corresponding to the "specialty information" of the claim element. [Page 35] shows "languages." The same page has a section headlined "Awards & Distinctions" that corresponds to the "awards" and "honors" of the claim element. [Page 31] includes some annotation indicating that a doctor may "log in to the physician portal to update [his/her] profile." This feature corresponds to the "provider-verified" requirement of this claim element. (*See also* paragraphs 122, 127-128 of my original report.)

***Claim 1, Step 3: compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider,***

116.  Demo 16 includes pages that establish that patients can and do provide information regarding healthcare providers. The "Patient Satisfaction" section of the report, displayed on [Page 42], shows a compiled collection of previously entered patient reviews. The same page has a "Take the Survey" button that shows that a Web user can add "patient-provided information" as required by the claim element. [Pages 46-63] show a user actually filling out a survey. (*See also* paragraphs 130-131 of my original report.)

***Claim 1, Step 3 continued: and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients;***

117.  [Page 5] of Demo 16 contains a notice at the bottom reading "Copyright 2013 Health Grades, Inc." from which it is reasonable to infer that Health Grades is managing this site. See paragraph 139-142 of my original report.

***Claim 1, Step 4: compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;***

118.  [Page 12] of Demo 16 shows a list only of licensed physicians, indicating that healthgrades.com is "compiling information regarding … licensure." The same page has a checkbox option to limit results to "Board Certified," which shows that healthgrades.com is "compiling information regarding … board certification." Also see [Page 25] where Dr. Rosengart is described as being "Board Certified."

119.  [Page 34] of Demo 16 shows a "Background Check for Dr. Rosengart" with a count of the number of "Sanctions" and "Board Actions," corresponding to the "disciplinary action information" of the claim element.

25

120.　[Page 35] of Demo 16 shows that Dr. Rosengart attended Northwestern University. Thus it must necessarily be the case that healthgrades.com is "compiling information regarding … medical school."

121.　*See also* paragraphs 144-145, 153 of my original report.

> ***Claim 1, Step 5: creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers;***

122.　Demo 16, starting at [page 22] and continuing to [page 67], shows a report on Dr. Todd K. Rosengart, the "first healthcare provider." [Page 22] itself shows comparison ratings including five possible stars for "patient satisfaction," and a ranking by "Best Match" to the criteria specified above via checkboxes. Subsequent pages of the report on Dr. Rosengart show healthcare provider-verified information (e.g., the page numbers referenced above for Claim 1, Step 2), patient-provided information (e.g., the page numbers referenced above for Claim 1, Step 2), and "information verified by the independent third-party source" (the page numbers referenced above for Claim 1, Step 4). (*See also* paragraphs 158-186 of my original report.)

> ***Claim 1, Step 6: and providing access to the healthcare provider report on the first healthcare provider over a computer network.***

123.　Every page of Demo 16 is a screen capture from a standard Web browser and therefore shows that vitals.com is "providing access ... over a computer network."

> ***Claim 5: The method as defined in claim 1, wherein the access to the healthcare provider report is obtained through a predetermined Web page that provides search capabilities for a database comprised of healthcare provider information***

124.　[Page 10] of Demo 16 shows the healthgrades.com home page, with a form affording users "search capabilities" as required by this claim.

> ***Claim 6: The method as defined in claim 5, wherein the search capabilities permit a search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria.***

125.　[Pages 11-12] of Demo 16 show a search by "medical specialty" as well as "state" and "city." [Page 12], via the checkboxes at top right, shows search capabilities based on "gender." The same page shows, underneath a "Distance" heading, a search based on "location criteria" (options include "within 25 miles," "within 50 miles," etc.). [Page 6] shows a form into which, though it is not explicitly annotated, it is possible to type in a procedure such as "gastric bypass" and find doctors who perform that procedure.

> ***Claim 7: The method as defined in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider.***

## Reservation of Rights

133. My opinions are based on the information that I have considered to date. I reserve the right to supplement or amend my opinion given new discovery, testimony heard at trial, and information from opposing experts. In addition, I may be asked to testify in rebuttal to issues and opinions raised by other experts or fact witnesses.


Signed:

    Philip Greenspun, Ph.D.


Date: September 9, 2013