IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com,

Defendant.

---

**ORDER**

---

After review of the motions and any responses, good cause having been shown,

IT IS ORDERED:

(1)      **Health Grades' Motion for Leave to Amend Its Infringement Contentions Based on the New Vitals and iTriage Websites and Other Recent Developments** [Doc. # 613, filed 9/23/2013] is GRANTED;

(2)      **MDx Medican, Inc.'s Partially Opposed Motion for Leave to Restrict Access to Documents 611, 611-1, 611-2, 611-3 and 611-4** [Doc. # 622, filed 10/9/2013] is GRANTED;

(3)      **MDx Medical, Inc.'s Partially opposed Motion for Leave to Restrict Access to Documents 626-1 and 626-2** [Doc. # 639, filed 10/31/2013] is GRANTED;

(4)      **MDx Medical, Inc.'s Partially opposed Motion for Leave to Restrict Access to Documents 632, 632-1, 632-5 and 632-6** [Doc. # 648, filed 11/7/2013] is GRANTED;

(5)      **MDx Medical, Inc.'s Partially opposed Motion for Leave to Restrict Access to Document638** [Doc. # 651, filed 11/13/2013] is GRANTED; and

      (6)      **MDx Medical, Inc.'s Partially opposed Motion for Leave to Restrict Access**

**to Document 652** [Doc. # 661, filed 11/26/2013] is GRANTED.

      Dated December 19, 2013.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge