IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 11-cv-00520-PAB-BNB | Date: | December 19, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| HEALTH GRADES, INC | Kris J. Kostolansky |
| | Kirsten Stoll-DeBell |
| | Adam Massaro |
| **Plaintiff(s)** | |
| v. | |
| MDX MEDICAL, INC | Scott D. Stimpson |
| **Defendant(s)** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 3:04 p.m.

Appearance of counsel.

Argument given on [665] MDX Medical, Inc.'s Expedited Motion to Compel Seven Hours for the Agreed Continuation of Health Grades, Inc.'s Technical Expert Deposition and [679] MDX Medical, Inc.'s Expedited Motion to Compel a Health Grades, Inc. 30(b)(6) Deposition on Recently Produced Evidence.

For reasons stated on the record, it is

**ORDERED:** [665] **MDX Medical, Inc.'s Expedited Motion to Compel Seven Hours for the Agreed Continuation of Health Grades, Inc.'s Technical Expert Deposition is GRANTED.**

[679] **MDX Medical, Inc.'s Expedited Motion to Compel a Health Grades, Inc. 30(b)(6) Deposition on Recently Produced Evidence is GRANTED. Deposition not exceeding 3.5 hours is to occur by January 10, 2014, and is to address issues outlined in the notice.**

Court in Recess: 3:48 p.m.        Hearing concluded.        Total time in court: 00:44

---

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119