IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)     **MDx Medical, Inc.'s Motion to Compel Expert Deposition** [Doc. # 665, filed

12/2/2013] (the "First Motion to Compel"); and

(2)     **MDx Medical, Inc.'s Motion to Compel 30(b)(6) Deposition** [Doc. # 679, filed

12/12/2013] (the "Second Motion to Compel").

I held a hearing on the motions this afternoon and made rulings on the record, which are

incorporated here.

IT IS ORDERED:

(1)     The First Motion to Compel [Doc. # 665] is GRANTED.  MDx may depose Dr.

Greenspun for an additional seven hours.  The deposition shall occur on January 6, 2014, at a

place and time as the parties may agree; and

(2)     The Second Motion to Compel [Doc. # 679] is GRANTED.  MDx may inquire

about the topics identified in its Rule 30(b)(6) Notice of Deposition [Doc. # 679-1], either by

way of a Rule 30(b)(6) deposition of Health Grades, a deposition of Merchant & Gould, or a combination thereof.  The deposition shall not exceed 3.5 hours and shall be completed no later than January 10, 2014

      Dated December 19, 2013.

                                      BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge