IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   IT IS ORDERED that **MDxMedical, Inc.'s Motion to Restrict Doc. No. 664-5** [Doc. #683, filed 12/16/2013] is GRANTED.

DATED:  December 20, 2013