IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## MDX MEDICAL, INC.'S DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant MDx Medical, Inc. ("MDx"), by and through its undersigned legal counsel, provides the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Court's Order Setting Rule 16(b) Scheduling Conference And Rule 26(f) Planning Meeting (dkt. # 16):

MDx makes these disclosures based on information and documents obtained to date and currently and reasonably available to it, without the benefit of full discovery from the plaintiff and others, and without waiver of the attorney-client privilege, work-product doctrine, or any other privileges or immunities under law. MDx reserves the right to modify, amend, or otherwise supplement its disclosures as, and to the extent that, additional information becomes available during the course of this lawsuit.



EXHIBIT A

A. **Individuals or Entities Likely to Have Knowledge of Discoverable Facts.**

Subject to the limitations set forth above, pursuant to Rule 26(a)(1)(A), MDx identifies the following individuals likely to have discoverable information regarding the subjects listed below which MDx may use in support of its claims and defenses, unless solely for impeachment:

| Individuals | Subjects of Information |
|---|---|
| Mitchel Rothschild<br>Chief Executive Officer<br>MDx Medical, Inc.<br>c/o Sills Cummis & Gross P.C.<br>One Rockefeller Plaza<br>New York, NY 10020<br>(212) 643-7000 | Mr. Rothschild has general knowledge concerning the lack of willfulness, the lack of intent for inducement, and the operation and underlying technology of the www.vitals.com website. |
| Erika Boyer<br>Vice President, Database and Product Development<br>MDx Medical, Inc.<br>c/o Sills Cummis & Gross P.C.<br>One Rockefeller Plaza<br>New York, NY 10020<br>(212) 643-7000 | Facts regarding the operation and underlying technology of the www.vitals.com website. |
| Larry West<br>Chief Technology Officer<br>MDx Medical, Inc.<br>c/o Sills Cummis & Gross P.C.<br>One Rockefeller Plaza<br>New York, NY 10020<br>(212) 643-7000 | Facts regarding the operation and underlying technology of the www.vitals.com website. |
| Jeff Cutler<br>Vice President, Business Development & Online Partnerships<br>MDx Medical, Inc.<br>c/o Sills Cummis & Gross P.C.<br>One Rockefeller Plaza<br>New York, NY 10020<br>(212) 643-7000 | Facts regarding marketing and sales in connection with the www.vitals.com website. |

| Individuals | Subjects of Information |
|---|---|
| David G. Hicks<br>Executive Vice President<br>Health Grades, Inc.<br>Denver, Colorado | The patent, alleged inventions, invalidity, unenforceability and non-infringement. |
| Scott Montroy<br>Lakewood, Colorado | The patent, alleged inventions, invalidity, unenforceability and non-infringement. |
| M. John Neal<br>Senior Vice President, Business Development<br>Health Grades, Inc.<br>Denver, Colorado | The patent, alleged inventions, invalidity, unenforceability and non-infringement. |
| Elizabeth J. Reagan<br>Merchant & Gould P.C. | The patent, alleged inventions, invalidity, unenforceability and non-infringement. |

**B.   Documents.**

The following is a description by category and location of all documents, data compilations and tangible things that are in the possession, custody or control of MDx, and that MDx may use to support its claims or defenses in this action, unless solely for impeachment:

| Description by Category | Location |
|---|---|
| Documents and things relating to the underlying technology and operation of the www.vitals.com website. | MDx Medical, Inc., New Jersey |
| Documents and things relating to marketing and sales in connection to the www.vitals.com website. | MDx Medical, Inc., New Jersey |
| Documents and things relating to the invalidity and/or unenforceability of U.S. Patent No. 7,752,060. | c/o Sills Cummis & Gross P.C.<br>MDx Medical, Inc., New Jersey |

3

| Description by Category | Location |
|---|---|
| Documents relating to MDx's intent and good faith. | c/o Sills Cummis & Gross P.C. MDx Medical, Inc., New Jersey |

**C.   Damages.**

MDx expects to request in damages at least its costs and attorneys' fees.

**D.   Insurance Agreements.**

MDx is not aware of any indemnity or insuring agreements under which any person or entity may be liable to satisfy part or all of a judgment entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated:  June 15, 2011

Respectfully submitted,

_____
Scott D. Stimpson
Mark J. Rosenberg
David C. Lee
Sills Cummis & Gross P.C.
One Rockefeller Plaza
New York, New York 10020
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: mrosenberg@sillscummis.com
E-mail: dlee@sillscummis.com

and

Marsha Piccone, Atty. No. 15268
Ramona Lampley, Atty. No. 37288
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:  (303) 244-1879
E-mail: piccone@wtotrial.com
E-mail: lampley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 15, 2011, I have caused a true and correct copy of the foregoing MDX MEDICAL, INC.'S DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE to be served upon counsel for Health Grades, Inc. by electronic mail transmission to the following individuals:

> Jesus Manuel Vazquez, Jr.
> Kris John Kostolansky
> Jeffrey David Phipps
> ROTHGERBER JOHNSON & LYONS LLP
> One Tabor Center, Suite 3000
> 1200 Seventeenth Street
> Denver, CO 80202
> Tel: (303) 623-9000
> Fax: (303) 623-9222
> jvazquez@rothgerber.com
> kkosto@rothgerber.com
> jphipps@rothgerber.com
>
> *Attorneys for Plaintiff Health Grades, Inc.*

Dated: June 15, 2011

David C. Lee