THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

## WAIVER AND ACCEPTANCE OF SERVICE RE: TRIAL SUBPOENA FOR ERIKA BOYER

---

I, Scott D. Stimpson, Esq, counsel for MDx Medical, Inc. in the above referenced litigation hereby accept service of the attached subpoena on behalf of MDx Medical, Inc. employee, Erika Boyer, without waiver of any objections Erika Boyer or MDx Medical, Inc. may have to such subpoena under Rule 45 of the Federal Rules of Civil Procedure.

Dated this *15* day of October, 2013

Scott D. Stimpson, Esq
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com

*Attorney for Defendant MDx Medical, Inc.*

2003689102_1

EXHIBIT

C

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

## WAIVER AND ACCEPTANCE OF SERVICE RE: TRIAL SUBPOENA FOR MITCH ROTHSCHILD

---

I, Scott D. Stimpson, Esq, counsel for MDx Medical, Inc. in the above referenced litigation hereby accept service of the attached subpoena on behalf of MDx Medical, Inc. employee, Mitch Rothschild, without waiver of any objections Mitch Rothschild or MDx Medical, Inc. may have to such subpoena under Rule 45 of the Federal Rules of Civil Procedure.

Dated this _15_ day of October, 2013

Scott D. Stimpson, Esq
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com

*Attorney for Defendant MDx Medical, Inc.*

2003689102_1

## THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

## WAIVER AND ACCEPTANCE OF SERVICE RE: TRIAL SUBPOENA FOR LAWRENCE WEST

---

I, Scott D. Stimpson, Esq, counsel for MDx Medical, Inc. in the above referenced litigation hereby accept service of the attached subpoena on behalf of MDx Medical, Inc. employee, Lawrence West, without waiver of any objections Lawrence West or MDx Medical, Inc. may have to such subpoena under Rule 45 of the Federal Rules of Civil Procedure.

Dated this 15 day of October, 2013

Scott D. Stimpson, Esq
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com

*Attorney for Defendant MDx Medical, Inc.*

2003689102_1