# Klipp, Stephanie

| | |
|---|---|
| **From:** | Trent Dickey <TDICKEY@sillscummis.com> |
| **Sent:** | Friday, December 13, 2013 3:12 PM |
| **To:** | Vazquez, Jesus |
| **Cc:** | Scott D. Stimpson; David C. Lee; Vincent M. Ferraro; Kanan, Greg; Kostolansky, Kris J.; Massaro, Adam; Kirstin Stoll-DeBell |
| **Subject:** | RE: Boyer, West & Rothschild |

Jesus,

My one caveat you will recall is that I said I had not checked with Rothschild as you didn't ask about him in your email request. I have not spoken to him yet as to his availability and timing, but I expect to do so Monday.

Kris,

Please get back to me Monday as to my waiver of subpoena requests.

Have a good weekend all.

Trent S. Dickey
Member



website | bio | vCard | newsroom | email



One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5863 | f (973) 643-6500   map

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1577 | f (212) 643-6500   map


-----Original Message-----
From: Vazquez, Jesus [mailto:JVazquez@lrrlaw.com]
Sent: Friday, December 13, 2013 4:59 PM
To: Trent Dickey
Cc: Scott D. Stimpson; David C. Lee; Vincent M. Ferraro; Kanan, Greg; Kostolansky, Kris J.; Massaro, Adam; Kirstin Stoll-DeBell
Subject: Boyer, West & Rothschild

Trent,



1

Following up on our call earlier today, during which you agreed to produce Boyer, West & Rothschild at trial on the days we want them during our case in chief, on the condition that you can then conduct your direct examinations of them at the same time, I have checked on our side and that will be fine.

Thank you,

Jesús

Jesús M. Vázquez, Partner
Lewis Roca Rothgerber LLP
One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@lrrlaw.com
Website: www.lrrlaw.com

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

In accordance with Internal Revenue Service Circular 230, we advise you that if this message or any attachments contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.