- About Us
  - Urgent care centers
- The Team
  - Executive Team
  - Business Leaders
  - Founding Team
- Press Center
- Services
- Contact Us

Sign Up  or  Log in

Find a doctor or facility

by specialty, condition, or name

near

who accept

insurance

GO

Write a review

Get informed

Find doctors

# Executive Team

Vitals isn't your typical health care company. We're fueled by data, revel in code and care about the power of consumer choice when it comes to health care.



**Mitch Rothschild**
**CEO**

Mitch brings two decades of entrepreneurial experience to his role as co-founder, Chief Perfectionist & CEO of Vitals. Prompted by personal medical experience that could have turned out badly, Mitch helped found Vitals. He designs and oversees the direction of the company and promulgates the Vitals message to the world.

Prior to Vitals, Mitch founded RaspberryRed Marketing, NetWorks, Tuff Rhino, Awards.com, RUSS CandyBears and Time Warner Viewer's Edge. He has also been involved in the rapid growth of Popcorn Indiana, Blue Moon Mexican Cafe and IT'SUGAR.

Mitch has an MBA, with honors, from Columbia University and an MA (Phi Beta Kappa, Summa Cum Laude) from Queens College.



**Ken Malley**
**President**

Ken is a veteran of the consumer health care industry. As President of Vitals, Ken is responsible for all lines of business, including the consumer, health plan and provider markets.

Prior to Vitals, Ken was a senior executive at Medco Health, where he worked for 12 years. As Senior Vice President, Consumer Solutions, he was responsible for businesses that engaged consumers and providers to reduce costs for health plans and other payers while improving the quality of care. Prior to Medco, Ken ran retail drugstores and pharmacies for the H.E.B. Grocery and Drug Company.

Ken holds an MBA from Northwestern University and a BS in finance from the University of Virginia.



**Orlena Yeung**
**CMO**

Orlena came to Vitals after spending 13 years in digital entertainment building global consumer brands in the gaming and music industries. As CMO of Vitals, Orlena leads both the Product and Marketing teams in designing, building, and promoting Vitals' products and brand.

Before Vitals, Orlena worked in gaming at Sierra Online and later at Microsoft on the creation and growth of Xbox, Xbox Live, Xbox 360 brand strategies and design expressions. Most recently, Orlena was Vice President, Marketing and Product, at CBS Interactive Music where she oversaw brand, product, and marketing for Last.fm, Radio.com, and MP3.com.

Orlena earned a BA in English literature at the University of Puget Sound in her home state of Washington and also attended Beijing Language and Culture University.



**Tony Bellomo**

Tony is a recognized industry leader, having created information technology solutions for healthcare payer organizations. At Vitals, Tony is responsible for the Product Architecture, Software Engineering and Data Operations Departments, providing the strategic, technological, and integration oversight essential to delivering Vitals' advanced technology to the industry.

Prior to joining Vitals, Tony served as President of Erisco, where he spearheaded the development and launch of the Facets core administrative system. After the acquisition of Erisco by TriZetto in 2000, Tony played a major role in building and growing the business as President.

Tony graduated summa cum laude with a BS in systems engineering from the Polytechnic Institute of New York.



**Bryan Perler**
**CFO**

Bryan has deep experience leading technology companies through fast-paced and high growth environments. He joined Vitals as CFO to provide thought-leadership and structure to the company's business operations, as well as financial analysis of organic and inorganic growth opportunities.

Before Vitals, Bryan was the CFO and Head of Strategy at Benchmark Solutions where he oversaw all strategic, financial and legal activities for the company. He also worked at Tradeweb Markets in a variety of escalation accounting, finance and business development roles, most recently as Director of U.S. Strategy and Business Development.

Bryan graduated from Lehigh University with a BS in Accounting.



EXHIBIT F