## About Us
- Urgent care centers
- The Team
  - Executive Team
  - Business Leaders
  - Founding Team
- Press Center
- Services
- Contact Us

Sign up or Log in

Find a doctor or facility

Find doctors by specialty or name

Denver, CO

near

who accept

GO

Write a review

Get informed

# Founding Team

Vitals was founded by a small group of dedicated individuals whose vision was simple: make it easy to find and connect with quality doctors. We applaud the commitment it took for them to first launch Vitals in 2008 and the contributions they still make to the company today.



### Dr. Todd Rosengart

Dr. Todd K. Rosengart is a board certified cardiothoracic surgeon and brings the doctors' perspective to his role as co-founder of Vitals. Besides acting as the voice of the medical community, Dr. Rosengart provides the business with pivotal thought-leadership on opportunities and regulations within the healthcare infrastructure.

In addition to his role at Vitals, Dr. Rosengart serves as Chair of the Michael E. DeBakey Department of Surgery at Baylor College of Medicine. Previously, he was professor and Chairman of the Department of Surgery and Chief of Cardiothoracic Surgery at SUNY-Stony Brook, as well as Co-Director of The Stony Brook University Medical Center Heart Center.



### Erika Boyer

Erika Boyer helped build the Vitals database from the ground up, in addition to managing product development and marketing in the company's first days.

Today, she directs the acquisition, implementation, development, and optimization of data for Vitals and strategic partnerships as Vice President of Data Operations.

Before coming to Vitals, Erika held senior marketing positions at companies like Raspberry Red Marketing, Awards.com, and a number of catalog and web properties at Genesis Direct.



### Lawrence West

Larry West was instrumental in building and adding functionality to the original Vitals.com site.

As our Chief Technology Officer, Larry now oversees our IT, Engineering, and Development teams in adding increased functionality to the site, as well as improving data and search-matching capabilities.

Before joining Vitals, Larry was Director of Technology for Frog Design, Inc. Earlier, he was Co-Founder and Vice President of Technology at ioLogics. He has also held senior executive roles at Vignette and Platinum Technology.



### Patricia Cervino

Pat Cervino contributed to collecting and building the first data elements for the site as a project manager during the early days of Vitals.

Her strong grounding in the company's culture and vision, along with her talent for working with people, made Pat a natural fit for her current position as Director of Human Resources.

Before joining Vitals, Pat spent 30 years working in project management, purchasing, and product production for various organizations.



### Jim Kafara

Jim Kafara played a major role in getting Vitals off the ground, from building the original website and SEO strategy, to assembling, training, and managing a data aggregation team.

Jim now oversees the implementation of ad campaigns, monitors performance metrics, and works with the sales team to bring new products to the marketplace as Director of Advertising Operations for Vitals.

Prior to joining Vitals, Jim was an e-commerce developer for RaspberryRed Marketing.



### Michael Ramos

Michael Ramos, or just "Ramos" as he's known around the office, was the creative force behind the original user interface, user experience, and page template designs of Vitals.

As Creative Director, Ramos now works with his team to meet the company's product and marketing design needs.

Before Vitals, Ramos worked in web design and multimedia development for companies like Dialogic, Merck Medco, Reed Elsevier, and Montage Media.

### Irving Weiss

Irving Weiss has been with Vitals since its inception, focusing on site structure and

http://www.vitals.com/about/team/vitals-founders                                                                 12/22/2013



EXHIBIT G