# Exhibit 1
## The Sadker Profile

