# Exhibit 2
### Internist, Denver, CO

