# EXHIBIT A

## Vincent M. Ferraro

**From:** Vincent M. Ferraro
**Sent:** Tuesday, December 24, 2013 1:10 PM
**To:** 'Vazquez, Jesus'
**Cc:** Kostolansky, Kris J.; Kanan, Greg; Massaro, Adam; Scott D. Stimpson; Trent Dickey; David C. Lee
**Subject:** RE: Health Grades v. MDx Medical | conferral for motion to restrict Dkt. No. 677 et seq.

Jesus,

As mentioned in my first e-mail, this motion to restrict is similar to one we previously worked on together, where each party redacted its own confidential information from the same document. See Dkt. No. 459. The documents at issue here (Dkt. No. 677 et seq.) once again seem to contain HG confidential information. Because you cannot let us know about HG's redactions (if any) until after the new year, we will file the motion to restrict on December 26th as an MDx motion to restrict. But we will file it without any exhibits for public access, and will note in the conferral statement that HG is still looking into possibly redacting its information from the exhibits. Once HG has finished its review and/or redaction of the exhibits, we will supplement the filing with the exhibits for public access.

Thanks,
Vin

Vincent M. Ferraro
Associate

website | vCard | newsroom | email

30 Rockefeller Plaza, New York, NY 10112 p (212) 500-1573 | f (212) 643-6500 map

-----Original Message-----
From: Vazquez, Jesus [mailto:JVazquez@lrrlaw.com]
Sent: Monday, December 23, 2013 8:14 PM
To: Vincent M. Ferraro
Cc: Kostolansky, Kris J.; Kanan, Greg; Massaro, Adam; Scott D. Stimpson; Trent Dickey; David C. Lee
Subject: Re: Health Grades v. MDx Medical | conferral for motion to restrict Dkt. No. 677 et seq.

Vin,

I cannot "confirm" that we do not oppose the restrictions MDx seeks as I am at the airport and am not able to review your proposal. Please indicate in your conferral certificate that we will let you know our position as soon as possible after the new year.

Thanks, Jesús

Jesús M. Vázquez, Partner
Lewis Roca Rothgerber LLP

One Tabor Center | Suite 3000 |
1200 17th Street | Denver, CO 80202 |
Direct 303.628.9517 | Main 303.623.9000 | Fax 303.623.9222
E-mail: jvazquez@lrrlaw.com
Website: www.lrrlaw.com

On Dec 23, 2013, at 3:09 PM, "Vincent M. Ferraro" <vferraro@sillscummis.com> wrote:

>
>
> Jesus,
>
> A motion to restrict Dkt. No. 677, et seq. regarding HG's Notice of filing of Statements of David Hall and Dr. Philip Greenspun for December 18, 2013 Daubert Hearing and corresponding attachments and exhibits is due on Thursday, December 26, 2013.
>
> You may recall that we previously submitted a joint motion to restrict the same or similar damages documents (see Parties' Joint Unopposed Motion for Leave to Restrict, Dkt. No. 459). For that joint motion, we made the MDx redactions first and sent you the redacted papers for you to mark the HG redactions. We have taken the same approach here, as well, and attached are the documents with the MDx redactions: 677-1, 677-2, 677-3, and 677-4. We do not have any redactions for documents 677 and 677-5. And as before, we went ahead and prepared a joint motion to restrict, which contains MDx's positions and has spaces for HG to insert its positions (highlighted in yellow). The conferral statement will obviously have to be updated to accurately reflect our conferral process for this motion.
>
> As you will note, two of the documents in question (Dkt. Nos. 677-2 and 677-4) are the exact same documents we previously submitted to the Court for joint restriction in connection with Dkt. No. 459. The other two documents (Dkt. Nos. 677-1 and 677-3) contain similar financial information, and we took a consistent approach and made MDx redactions in the same manner as our previous redactions, which have been accepted by the Court.
>
> Please confirm that HG does not oppose our redactions, and let us know whether HG will be making its own redactions to these documents. We look forward to hearing from you.
>
> Thanks,
> Vin
>
>
> Vincent M. Ferraro
> Associate
> [Sills Cummis & Gross P.C.]<http://www.sillscummis.com/>
>
> website<http://www.sillscummis.com/> |
> vCard<http://www.dynasend.com/signatures/get.php/vferraro-at-sillscumm
> is.com.vcf> | newsroom<http://www.sillscummis.com/newsroom/> |
> email<mailto:vferraro@sillscummis.com>
>
> [Twitter]<http://twitter.com/#!/sillsnews>[Facebook]<http://www.facebo
> ok.com/pages/Sills-Cummis-Gross-PC/88203033963>[LinkedIn]<http://www.l
> inkedin.com/company/sills-cummis-&-gross-pc>
>
>

> 30 Rockefeller Plaza, New York, NY 10112
> p (212) 500-1573 | f (212) 643-6500
map<http://maps.google.com/maps?q=30+Rockefeller+Plaza,+New+York,+NY+10112&hl=en&ll=40.75883,-73.980045&spn=0.027013,0.038066&sll=37.0625,-95.677068&sspn=57.030354,77.958984&vpsrc=6&z=15>
>
>
>
>
>
> NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.
>
> **Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.
>
> This email message has been scanned for viruses by Mimecast.
>
>
> <image001.gif>
> <image002.gif>
> <image003.gif>
> <image004.gif>
> <Joint Motion to Restrict Dkt. No. 677 2376749 v1.DOC> <EXHIBIT A.pdf>
> <EXHIBIT B.pdf> <EXHIBIT C.pdf> <EXHIBIT D.pdf>

---

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

In accordance with Internal Revenue Service Circular 230, we advise you that if this message or any attachments contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.