**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

**HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO DESIGNATE DEPOSITION TESTIMONY FOR LARRY WEST**

---

Plaintiff Health Grades, Inc. ("Health Grades"), through its counsel, moves this Court to enlarge the amount of time to designate deposition testimony for Mr. West until five days after a ruling has been issued on Health Grades' expedited motion to enforce trial subpoenas ("Trial Subpoenas Motion") [Doc. 694].

1.      Health Grades intends to call MDx Medical, Inc.'s ("MDx") Chief Technology Officer, Larry West, in its case-in-chief.

2.      MDx's counsel has accepted service of trial subpoenas for Mr. West and two other executives, who are out of state, but now will not agree to produce these witnesses during Health Grades' case-in-chief, despite stating those executives will be present at trial.

3.      Health Grades filed it expedited Trial Subpoenas Motion on December 23, 2013, seeking to compel the attendance of Mr. West and two other MDx executives in Health Grades' case-in-chief.  (Health Grades' Trial Subpoenas Motion has been referred to Magistrate Boland [Doc. 695].)

4.      Under this Court's Practice Standard III.G.3, deposition designations are due on January 3, 2014.

5.      If Health Grades' motion to enforce trial subpoenas is granted, there will be no need for Health Grades to incur the time and expense of designating deposition testimony for Mr. West.

6.      Accordingly, good cause exists to grant Health Grades' request to enlarge the amount of time to designate deposition testimony for Mr. West until five days after a ruling has been issued on Health Grades' Trial Subpoenas Motion.

WHEREFORE, Plaintiff Health Grades respectfully requests this Court to enlarge the amount of time to designate deposition testimony for Mr. West until five days after a ruling has been issued on Health Grades' Trial Subpoenas Motion.

### Certificate of Compliance with D.C.COLO.LCivR 7.1A

Counsel for Health Grades conferred with counsel for MDx regarding the relief requested herein.  MDx does not oppose the relief requested herein.

Respectfully submitted December 31, 2013.

- 2 -

LEWIS ROCA ROTHGERBER LLP

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@lrrlaw.com
          kkosto@lrrlaw.com
          jvazquez@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant
Health Grades, Inc.*

- 3 -

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on December 31, 2013, I electronically filed the foregoing **HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO DESIGNATE DEPOSITION TESTIMONY FOR LARRY WEST** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
        vferraro@sillscummis.com
        dlee@sillscummis.com
        tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com

<u>*s/ Kris J. Kostolansky*</u>
Kris J. Kostolansky, Esq.

- 4 -