IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**PARTIES' JOINT MOTION FOR AN EXTENSION OF TIME
THROUGH JANUARY 10, 2014 TO SUBMIT
PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS**

Plaintiff Health Grades, Inc. ("Health Grades"), and Defendant MDx Medical, Inc. ("MDx") (collectively, the "Parties"), by their respective undersigned counsel, pursuant to D.C.COLO.LCivR 6.1 and 7.1, respectfully submit their Joint Motion For An Extension of Time Through January 10, 2014 to Submit Proposed Jury Instructions and Verdict Forms, and state in support:

**Conferral pursuant to D.C.COLO.LCivR 7.1(a)**

Undersigned counsel have conferred with each other regarding the relief requested herein and have agreed to the relief sought in this motion.

**JOINT MOTION**

1. Pursuant to Judge Moore's Practice Standards (Civil cases) V(B)(4), the deadline for the Parties to submit their proposed jury instructions and verdict forms is January 3, 2014.

2. On December 30, 2013, counsel for Health Grades and MDx exchanged a first draft of their proposed jury instructions and verdict forms. Health Grades' first draft of proposed jury instructions contained 49 instructions across 63 pages, and Health Grades' proposed verdict

1

form spanned 7 pages.  MDx's first draft of proposed jury instructions contained 43 instructions across 85 pages, and MDx's proposed verdict form spanned 20 pages.  The number and length of the proposed jury instructions and verdict forms are necessary in view of the complexity of the present patent case and the numerous claims and defenses of the Parties.

3. Undersigned counsel for the Parties are scheduled to confer regarding the proposed jury instructions and verdict forms on January 1, 2014.  The undersigned counsel anticipate they will be able to reach compromise on certain jury instructions and verdict forms, but anticipate that further revisions and conferral will be needed.  There is, however, insufficient time to do so by the current deadline of January 3, 2014.

4. In view of the foregoing, the Parties request an extension of time through January 10, 2014, to fully confer on their proposed jury instructions and verdict forms and to enable them to submit proposals to the Court that are as nearly agreeable as possible.

5. The Parties have not previously sought any extensions of time for these due dates, and the Parties do not request any change to the Final Pretrial Conference scheduled for January 17, 2014.  As required by D.C.COLO.LCivR 6.1(c), copies of this Motion will simultaneously be served on Health Grades and MDx by their respective undersigned counsel.

WHEREFORE, for good cause shown, the Parties jointly and respectfully request that the Court grant their Motion and permit the Parties to submit their proposed jury instructions and verdict forms on January 10, 2014.

Dated:  December 31, 2013                     Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Trent S. Dickey
David C. Lee
Vincent M. Ferraro
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM


*s:/ Kris J. Kostolansky*
Jesús M. Vázquez, Jr., Esq.
Kris J. Kostolansky, Esq.
Gregory B. Kanan, Esq.

3

Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
Email: jvazquez@lrrlaw.com
Email: kkosto@lrrlaw.com
Email: gkanan@lrrlaw.com
Email: amassaro@lrrlaw.com

*Attorneys for Plaintiff*
Health Grades, Inc.

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2013, I electronically filed the foregoing **PARTIES' JOINT MOTION FOR AN EXTENSION OF TIME THROUGH JANUARY 10, 2014 TO SUBMIT PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

     *s:/David C. Lee*