# Exhibit B

Express Mail No.: EV 419058754 US
Attorney Docket No.: 40476.0001USU1

## Claims

What is claimed is:

1. A method of providing healthcare provider information to potential patients, said method comprising:

compiling healthcare provider-verified information;

compiling past-patient provided information;

compiling information verified by independent third-party sources;

creating a healthcare provider report using the physician-verified information, the past-patient provided information, and the verified information; and

providing access to the healthcare provider report over a computer network.

2. The method as defined in claim 1, wherein the past-patient provided information is obtained through data collected through the method comprising:

past or current patients of a particular healthcare provider accessing a report for that provider over the computer network;

the past or current patients selecting to complete an on-line patient survey;

the past or current patients completing the survey and providing an e-mail address; and

transmitting the completed survey to a predetermined company Web server.

3. The method as defined in claim 2, further comprising a method for verifying and compiling such data, the method comprising:

determining whether the past or current patient has already completed a maximum number of surveys for a predetermined time period;

if the past or current patient has not reached the maximum number of surveys, transmitting a confirmation e-mail to the e-mail address provided;

determining if the confirmation e-mail was successfully transmitted;

if the e-mail was successfully transmitted, compiling the data provided by the past or current patient with other relevant data in a company database comprised of healthcare provider information.

Express Mail No.: EV 419058754 US
Attorney Docket No.: 40476.0001USU1

4. The method as defined in claim 1, wherein the healthcare provider report includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center.

5. The method as defined in claim 1, wherein the healthcare provider report includes comparison ratings of healthcare providers.

6. The method as defined in claim 1, wherein the access to the healthcare provider report is obtained through a predetermined Web page that provides search capabilities for a database comprised of healthcare provider information.

7. The method as defined in claim 6, wherein the search capabilities permit a search based on at least one of name, medical specialty, gender, state, city, procedure, diagnosis, procedure, or location criteria.

8. The method as defined in claim 7, wherein a search of the database produces a results list of healthcare providers satisfying the search criteria.

9. The method as defined in claim 8, wherein the results list further includes an advertisement for a healthcare provider with a hyperlink to information on that healthcare provider.

10. The method as defined in claim 8, further comprising:

    determining from the results list whether the healthcare provider is a member of the company managing the Web site; and

    if the healthcare provider is a member, providing enhanced services for the healthcare provider on the Web site.

11. The method as defined in claim 10, wherein the enhanced services comprise making report information on the member provider available at no charge to potential patients.

Express Mail No.: EV 419058754 US
Attorney Docket No.: 40476.0001USU1

12. The method as defined in claim 10, wherein the enhanced services comprise favorable positioning in the results list.

13. The method as defined in claim 1, further comprising:

maintaining a record of whether the healthcare provider report should be made available to a potential patient at no charge; and

requiring payment of a fee to access the healthcare provider report if the report is not recorded as being available at no charge.

14. The method as defined in claim 13, wherein the required fee is adjusted to account for applicable discounts.

15. The method as defined in claim 1, wherein the healthcare provider is a physician, hospital, nursing home, or other treatment facility.

16. A method for optimizing location of a search result on a search engine Web page comprising:

providing one or more index entries having a first indexing parameter; and

providing one or more other indexing parameters associated with the first indexing parameter.

17. The method defined in claim 16, further comprising:

organizing the one or more index entries into categories, wherein the categories are separated into subsets;

determining the number of search engine hits with the current category subsets;

adjusting the category subsets for testing purposes;

determining whether there are increased search engine hits based on the adjustment of the

Express Mail No.: EV 419058754 US
Attorney Docket No.: 40476.0001USU1

category subsets; and

    if there are increased hits, then adjusting the subsets and saving the new subsets.

18. The method defined in claim 16, wherein the indexing parameters include at least one of naming conventions, breaks in categories to create categorical subsets, and Web site path layouts designed to minimize the number of clicks to access the desired information.

19. An on-line information system for providing verified information regarding healthcare providers, the system comprising:

    a compilation module for compiling healthcare provider-verified information;

    a compilation module for compiling patient-provided information;

    a compilation module for compiling healthcare provider information verified by an independent third party;

    a creation module for creating a healthcare provider report using the provider-verified information, the patient-provided information, and the independently verified information; and

    a computing system with access to healthcare provider information stored in a database, wherein patients may search the database and review healthcare provider reports to differentiate among healthcare providers.

20. The on-line information system defined in claim 19, wherein:

    the healthcare provider report is obtained through one of a predetermined Web page that provides search capabilities on its database or a third-party search engine; and

    the search capabilities of the predetermined Web page permit searching based on one or more of name, medical specialty, gender, state, city, procedure, diagnosis, procedure, or location criteria.