# Exhibit D

```
                                                                Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
                    VOLUME I - Pages 1 to 187
 3
     HEALTH GRADES, INC.,
 4
              Plaintiff,
 5
         vs.                        Civil Action No.
 6                                  11-CV-00520-PAB-BNB
     MDX MEDICAL, INC., d/b/a
 7   VITALS.COM,
 8            Defendant.
 9                              /
10
11         Deposition of SCOTT MONTROY, taken on behalf of
12   the Defendant, pursuant to Amended Subpoena to Testify
13   at a Deposition in a Civil Action in the above-entitled
14   action, on Monday, January 16, 2012, at 7:03 a.m., at
15   Crowne Plaza Jacksonville Riverfront, 1201 Riverplace
16   Boulevard, Jacksonville, Florida, before Teresa S.
17   DeCiancio, RDR, CRR, CCP, CBC, FPR, and Notary Public in
18   and for the State of Florida at Large.
19
20
21                            -  -  -
22
23
24
25      Job No. NJ371358
```

Page 145

1  Grades?
2      A    Correct.
3      Q    Okay.  Was there anything in the business
4  process of getting this information from the healthcare
5  providers where you required the healthcare provider to
6  do something to verify it?
7      A    Yeah.  I mean, that was generally handled
8  through Janet.  So like if she may -- sometimes they
9  would contact them and they had to send in some
10 documentation.  I think they might have had some other
11 services that they might have used.  I don't know.  But
12 she kind of led that effort.
13     Q    How many physicians were on the
14 healthgrades.com website say in the 2006 time frame?
15     A    I can't remember exactly.
16     Q    Thousands?
17     A    Hundreds of thousands.
18     Q    Hundreds of thousands.
19          So Health Grades would not require them all to
20 submit some sort of verification for the data they
21 provided, right?
22          MR. VÁZQUEZ:  Form.
23     A    I don't understand.
24     Q    Well, say you get a hundred thousand doctors
25 and they're all telling you that they have different