# Exhibit E

| Asserted Claims of U.S. Patent No. 7,752,060 | Aetna's iTriage Mobile Application (iTriage App Direct Infringement and MDx Infringement under *Akamai*) | MDx's Indirect Infringement |
|---|---|---|
| source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information; | The Court's Markman Order defines "compiling" as "gathering and/or putting together." (Markman Order at p. 24.)<br><br>REDACTED<br><br>The Court's Markman Order states that verification by a third party may be satisfied by attempting to substantiate the information that will provide a patient with "some assurance that the qualifications of the doctor have been checked by someone." (Markman Order at p. 17.)<br><br>Aetna "verified" this information by obtaining it from MDx, who "partnered with . . . respected" sources to ensure "accurate" data. (MDx 0070465.)<br><br>MDx "verified" this information by obtaining it from third parties. More specifically, MDx attempted to substantiate and/or confirm the accuracy of this | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**