# EXHIBIT B

**From:** Vazquez, Jesus [mailto:JVazquez@lrrlaw.com]
**Sent:** Thursday, December 12, 2013 6:25 PM
**To:** Scott D. Stimpson
**Cc:** Trent Dickey; David C. Lee; Vincent M. Ferraro; Kanan, Greg; Kostolansky, Kris J.; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com); Massaro, Adam
**Subject:** Boyer and West

Scott,

Following up on our trial subpoenas for Boyer and West, please confirm that MDX will produce both of them at trial pursuant to our subpoenas.

Thank you, Jesus



**Jesus Vazquez, Partner**
**Lewis Roca Rothgerber LLP |**
**1200 17th St Suite 3000 | Denver, CO 80202-5855**
**(T) 303.628.9517 | (F) 303.623.9222**
JVazquez@lrrlaw.com | www.LRRLaw.com

 **Rothgerber Johnson & Lyons LLP is now Lewis Roca Rothgerber LLP.**

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

In accordance with Internal Revenue Service Circular 230, we advise you that if this message or any attachments contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.