# EXHIBIT C

## Vincent M. Ferraro

**From:** Scott D. Stimpson
**Sent:** Monday, December 30, 2013 2:03 PM
**To:** Kostolansky, Kris J. (kkosto@lrrlaw.com)
**Cc:** Vazquez, Jesus (JVazquez@lrrlaw.com); Kanan, Greg (GKanan@lrrlaw.com); Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com); Trent Dickey; David C. Lee; Vincent M. Ferraro
**Subject:** Trial witnesses

Kris,

Pursuant to our agreement to exchange this list at 2pm EST today, the following are our trial witnesses who will appear live:

Mitch Rothschild
Erika Boyer
Jeff LaPointe
Mr. Hicks
Mr. Neal
Mr. Dodge
Mr. Braginsky
Mr. Blackman
Dr. Cooper
Mr. Napper
Any witnesses necessary for rebuttal or admissibility

By deposition:  Montroy (unless he shows up at trial, which I understand is not happening).

Scott

**Scott D. Stimpson**
Member of the Firm

 Sills Cummis & Gross P.C.

website | bio | vCard | newsroom | email 

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1550  |  f (212) 643-6500   **map**