**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

      Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

**MDX MEDICAL, INC.'S NOTICE OF INTENT TO REDACT
TRANSCRIPT OF HEARING HELD ON DECEMBER 18, 2013
BEFORE JUDGE MOORE (DKT. 700)**

---

**PLEASE TAKE NOTICE** that Defendant and Counterclaim Plaintiff MDx Medical, Inc., by and through its undersigned counsel, intends to move the Court for redaction of the Transcript of Hearing Held on December 18, 2013 Before Judge Moore (Dkt. 700).  Pursuant to the Court's Policy Concerning Electronic Availability and Redaction of Transcripts, effective May 19, 2008, a copy of this Notice is being served on the Court Reporter/Transcriber Ms. Tamara Hoffschildt by electronic mail, and a separate Motion for Redaction will be served on all parties and the Court Reporter/Transcriber within 21 days of the filing of the transcript, *i.e.*, by January 21, 2014.

Dated:  January 7, 2014                    Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                            Terence Ridley, Atty. No. 15212

Trent S. Dickey
David C. Lee
Vincent M. Ferraro
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S NOTICE OF INTENT TO REDACT TRANSCRIPT OF HEARING HELD ON DECEMBER 18, 2013 BEFORE JUDGE MOORE (DKT. 700)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

*s:/David C. Lee*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>January 7, 2014</u>, I have caused a true and correct copy of the foregoing **MDX MEDICAL, INC.'S NOTICE OF INTENT TO REDACT TRANSCRIPT OF HEARING HELD ON DECEMBER 18, 2013 BEFORE JUDGE MOORE (DKT. 700)** to be served upon the Court Reporter/Transcriber by electronic mail transmission to the following individuals:

Tamara Hoffschildt
901 19th Street, Room A251
Denver, CO 80294-3589
<u>tamarahoffschildt@gmail.com</u>

<u>*s:/David C. Lee*_____</u>