IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-PAB-BNB

HEALTH GRADES, INC.,

        Plaintiff,

v.

MDX MEDICAL, INC. d/b/a
VITALS.COM,

        Defendant.

---

**PLAINTIFF'S NOTICE REGARDING DEPOSITION OF MDX CORPORATE REPRESENTATIVE**

---

Pursuant to the Order of Magistrate Judge Boland entered January 3, 2014 [Doc. #711], MDx has been ordered to "fully comply with [Judge Boland's] order compelling discovery to 'state for each claim element whether MDx's Accused Products provide such an element or an equivalent and, if not [to] explain how MDx's Accused Products operate or function differently than the claim. . . .'" [Doc. #711 at 12]. Per the Order, MDx is required to fully comply by January 24, 2014. [Id.] Judge Boland also stated that "with an adequate showing of need" he "will reopen discovery as may be necessary to cure any additional prejudice Health Grades has suffered as a result of MDx's improper answer to Interrogatory No. 2." [Id. at 13]

The parties have scheduled the deposition of a corporate representative of MDx to address, among other matters, the issues referenced in Judge Boland's Order. The parties

anticipate that the deposition will be taken on January 31, 2014. The deposition discovery may implicate some of the motions pending before the Court.

DATED this 14th day of January, 2014.

LEWIS ROCA ROTHGERBER LLP

s/ Kris J. Kostolansky
Gregory B. Kanan, #6771
Kris J. Kostolansky, #13764
Jesús M. Vázquez, #28110
One Tabor Center, Suite 3000
1200 17th Street
Denver, Colorado 80202-5839
(303) 623-9000
Fax: (303) 623-9222
kkosto@lrrlaw.com
gkanan@rothgerber.com
jvazquez@lrrlaw.com

*Attorneys for Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 14, 2014, I electronically filed the foregoing **PLAINTIFF'S NOTICE REGARDING DEPOSITION OF MDX CORPORATE REPRESENTATIVE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
          vferraro@sillscummis.com
          dlee@sillscummis.com
          tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com

s/ Kris J. Kostolansky
Kris J. Kostolansky, Esq.