IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MDX MEDICAL, INC.'S MOTION IN LIMINE TO PRECLUDE HEALTH GRADES INC. FROM OFFERING CERTAIN EVIDENCE OR TESTIMONY REGARDING VALIDITY [Doc. 685]**

Plaintiff Health Grades, Inc. ("Health Grades"), through its counsel, hereby requests a eleven day enlargement of time, through and including January 21, 2014, with in which to respond to MDx Medical, Inc.'s Motion in Limine to Preclude Health Grades Inc. from Offering Certain Evidence or Testimony Regarding Validity [Doc. 685] (the "Motion"). Health Grades basis its Motion upon the following grounds:

1. Pursuant to Local Rule D.C.COLO.LCivR 7.1(a), Health Grades has conferred with opposing counsel, Trent Dickey. MDx has no objection to the relief requested herein.

2. Health Grades' response to the Motion was due on January 10, 2014.

3. In light of the Court's order vacating the trial date, counsel for all parties agreed that motions in limine will be placed on hold. Whether this agreement included pending motions was unclear. Counsel for Health Grades believes that it makes the most sense to respond to previously filed motions, including the pending Motion.

2004582038_1

4. MDx has no objection to Health Grades submitting its response on January 21, 2014.

5. A copy of this motion for enlargement of time has been served upon Health Grades pursuant to D.C. COLO.LCivR 6.1(c).

6. A proposed order granting the relief requested in this Motion is filed herewith in .pdf format only and has also been e-mailed as a Word document to Chambers in compliance with Civ. Practice Standard IV.I.1 (citing D.C. Colo. ECF Proc. V.L.2).

WHEREFORE, Health Grades respectfully requests that it be given through and including January 21, 2014 to respond to the Motion.

Respectfully submitted January 14, 2014.

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Adam L. Massaro Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@lrrlaw.com
          kkosto@lrrlaw.com
          jvazquez@lrrlaw.com
          amassaro@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

2004582038_1

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2014, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MDX MEDICAL, INC.'S MOTION IN LIMINE TO PRECLUDE HEALTH GRADES INC. FROM OFFERING CERTAIN EVIDENCE OR TESTIMONY REGARDING VALIDITY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
       vferraro@sillscummis.com
       dlee@sillscummis.com
       tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com

Harris Troutman
Health Grades, Inc.
999 18th Street, Suite 600
Denver, CO 80202
E-mail:  htroutman@healthgrades.com

                                     *s/ Kris J. Kostolansky*
                                      Kris J. Kostolansky, Esq.