IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**ORDER - PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MDX MEDICAL, INC.'S MOTION IN LIMINE TO PRECLUDE HEALTH GRADES INC. FROM OFFERING CERTAIN EVIDENCE OR TESTIMONY REGARDING VALIDITY [Doc. 685]**

This matter comes before the Court on Plaintiff's Unopposed Motion for Enlargement of Time to Respond to MDX Medical, Inc.'s Motion In Limine to Preclude Health Grades Inc. From Offering Certain Evidence or Testimony Regarding Validity [Doc. 685]. The Health Grades Inc.'s Motion is GRANTED. The Court hereby ORDERS that Plaintiff Health Grades Inc. shall have through and including January 21, 2014 to respond to MDx Medical, Inc.'s motion in limine [Doc. 685].

BY THE COURT

RAYMOND P. MOORE
United Stated District Judge

2004582167_1