IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## JOINT MOTION OF THE PARTIES TO EXTEND THE DEADLINE FOR FILING JURY INSTRUCTIONS AND VERDICT FORMS

The parties hereto, Plaintiff Health Grades, Inc. and Defendant MDx Medical, Inc., by their counsel, respectfully move this Court for an eleven-day enlargement of time, through and including January 28, 2014, within which to file proposed jury instructions and verdict forms. The parties base their motion on the following grounds:

1.      In its January 6, 2014, Order [Doc. #712], the Court instructed the parties as follows: "The Court instructs the parties to file such instructions and verdict forms by January 17, 2014. The Court will deem these as preliminary filings and provide an opportunity for final filings at a later date." [Doc. #712 at 2]

2.      Since the entry of the Court's January 6, 2014 Order, counsel have had two jury instruction conferences involving multiple attorneys from both sides. The conferences have been productive, but with approximately 250 pages of jury instructions and verdict forms to review, the task is not yet complete.

3.      The parties ask for the eleven-day enlargement of time in order to allow them to continue to review, analyze and further refine the proposed jury instructions and verdict forms. The granting of this continuance will permit the parties to submit to the Court proposed instructions that will have further narrowed the differences between the parties.

WHEREFORE, the Plaintiff Health Grades, Inc. and Defendant MDx Medical, Inc. respectfully request that this Court grant them through and including January 28, 2014, to submit proposed jury instructions and verdict forms.  A proposed order is attached hereto in accordance with Civ. Practice Standard IV.I.1 (citing D.C. Colo. ECF Proc. V.L.2).  A copy of this motion for enlargement of time has been served upon Health Grades and MDx Medical pursuant to D.C. COLO.LCivR 6.1(c).

Respectfully submitted January 16, 2014.

| LEWIS ROCA ROTHGERBER LLP | SILLS CUMMIS & GROSS P.C. |
|---|---|
| *s/ Kris J. Kostolansky* <br> Gregory B. Kanan, Esq. <br> Kris J. Kostolansky, Esq. <br> Jesús M. Vázquez, Jr., Esq. <br> 1200 17th Street, Suite 3000 <br> Denver, Colorado 80202 <br> Tel: (303) 623-9000 <br> Fax: (303) 623-9222 <br> E-mail: gkanan@lrrlaw.com <br> E-mail: kkosto@lrrlaw.com <br> E-mail: jvazquez@lrrlaw.com <br> *Attorneys for Plaintiff/ Counterclaim Plaintiff Health Grades, Inc.* | *s/ Trent Dickey* <br> Scott D. Stimpson, Esq. <br> Vincent M. Ferraro, Esq. <br> David C. Lee, Esq. <br> Trent Dickey, Esq. <br> 30 Rockefeller Plaza <br> New York, New York 10112 <br> Tel: (212) 643-7000 <br> Fax: (212) 643-6500 <br> E-mail: sstimpson@sillscummis.com <br> E-mail: vferraro@sillcummis.com <br> E-mail: dlee@sillcummis.com <br> E-mail: tdickey@sillcummis.com <br><br> *and* <br><br> Terence Ridley, Esq. <br> Ramona Lampley, Esq. <br> Wheeler Trigg O'Donnell, LLP <br> 370 17th Street, Suite 4500 <br> Denver, CO 80202-5647 |

- 2 -

2004586266_1

- 3 -

Email: ridley@wtotrial.com
Email: lampley@wtotrial.com
*Attorneys for Defendant/ Counterclaim Plaintiff MDx Medical, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2014, I electronically filed the foregoing **JOINT MOTION OF THE PARTIES TO EXTEND THE DEADLINE FOR FILING JURY INSTRUCTIONS AND VERDICT FORMS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
        vferraro@sillscummis.com
        dlee@sillscummis.com
        tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com

Harris Troutman, Esq.
Health Grades, Inc.
999 18th Street, Suite 600
Denver, CO 80202
E-mail:  htroutman@healthgrades.com

MDx Medical, Inc.
1200 Wall Street West, Fifth Floor
Lyndhurst, NJ 07071

*s/ Kris J. Kostolansky*
Kris J. Kostolansky, Esq.

- 3 -