IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**ORDER RE JOINT MOTION OF THE PARTIES TO EXTEND THE DEADLINE FOR FILING JURY INSTRUCTIONS AND VERDICT FORMS**

This Court having considered the Joint Motion of the Parties to Extend Deadline for Filing Jury Instructions and Verdict Forms, and finding the same to be well-taken, hereby GRANTS the parties through and including January 28, 2014 within which to submit proposed jury instructions and verdict forms.

It is so ORDERED.  Dated this _____ day of January, 2014.

BY THE COURT

_____
RAYMOND P. MOORE
United Stated District Judge