IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Raymond P. Moore

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

_____

**ORDER RE JOINT MOTION OF THE PARTIES TO EXTEND THE DEADLINE FOR FILING JURY INSTRUCTIONS AND VERDICT FORMS**
_____

    This Court having considered the Joint Motion of the Parties to Extend Deadline for Filing Jury Instructions and Verdict Forms, and finding the same to be well-taken, hereby GRANTS the parties through and including January 28, 2014 within which to submit proposed jury instructions and verdict forms.

    It is so ORDERED.

    Dated this 17th day of January, 2014.

    BY THE COURT:

_____
RAYMOND P. MOORE
United Stated District Judge