# EXHIBIT D

# Vincent M. Ferraro

| | |
|---|---|
| **From:** | David C. Lee |
| **Sent:** | Thursday, May 31, 2012 5:17 PM |
| **To:** | Vazquez, Jesus; Kostolansky, Kris J.; Phipps, Jeffrey |
| **Cc:** | Scott D. Stimpson; Scott Murray |
| **Subject:** | Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB |
| **Attachments:** | MDX 0103904.pdf; MDX 0103905.pdf; MDX 0103827.pdf; MDX 0103828.pdf; MDX 0103831.pdf; MDX 0103834.pdf; MDX 0103835.pdf; MDX 0103843.pdf; MDX 0103844.pdf; MDX 0103848.pdf; MDX 0103852.pdf; MDX 0103855.pdf; MDX 0103858.pdf; MDX 0103860.pdf; MDX 0103864.pdf; MDX 0103868.pdf; MDX 0103873.pdf; MDX 0103874.pdf; MDX 0103878.pdf; MDX 0103879.pdf; MDX 0103880.pdf; MDX 0103881.pdf; MDX 0103882.pdf; MDX 0103883.pdf; MDX 0103887.pdf; MDX 0103891.pdf; MDX 0103895.pdf; MDX 0103897.pdf; MDX 0103900.pdf; MDX 0103903.pdf |

Counsel,

Attached please find MDx Medical, Inc.'s supplemental production of documents Bates labeled MDX 0103934 - 0104110, which are being sent in three separate emails.  This is email 1 of 3.

As we have mentioned before, nothing in this or any other production shall waive MDx's objections to Health Grades' discovery requests.  To the extent any previously redacted information appears in the produced ESI, nothing in this or any other production shall waive MDx's positions regarding relevance and/or responsiveness.

As you requested regarding the Health Grades' ESI produced to MDx, we also request that you return to us (and destroy any copies) of documents containing privileged information that have been inadvertently produced with these documents.

Regards,



1

# Vincent M. Ferraro

| | |
|---|---|
| **From:** | David C. Lee |
| **Sent:** | Thursday, May 31, 2012 5:17 PM |
| **To:** | 'Vazquez, Jesus'; 'Kostolansky, Kris J.'; 'Phipps, Jeffrey' |
| **Cc:** | Scott D. Stimpson; Scott Murray |
| **Subject:** | RE: Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB |
| **Attachments:** | MDX 0103988.pdf; MDX 0103989.pdf; MDX 0103907.pdf; MDX 0103913.pdf; MDX 0103920.pdf; MDX 0103927.pdf; MDX 0103928.pdf; MDX 0103932.pdf; MDX 0103934.pdf; MDX 0103935.pdf; MDX 0103936.pdf; MDX 0103938.pdf; MDX 0103940.pdf; MDX 0103942.pdf; MDX 0103947.pdf; MDX 0103949.pdf; MDX 0103950.pdf; MDX 0103951.pdf; MDX 0103952.pdf; MDX 0103957.pdf; MDX 0103961.pdf; MDX 0103963.pdf; MDX 0103966.pdf; MDX 0103969.pdf; MDX 0103973.pdf; MDX 0103974.pdf; MDX 0103976.pdf; MDX 0103977.pdf; MDX 0103979.pdf |

This is email 2 of 3.



**From:** David C. Lee
**Sent:** Thursday, May 31, 2012 5:17 PM
**To:** Vazquez, Jesus; Kostolansky, Kris J.; Phipps, Jeffrey
**Cc:** Scott D. Stimpson; Scott Murray
**Subject:** Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB

Counsel,

Attached please find MDx Medical, Inc.'s supplemental production of documents Bates labeled MDX 0103934 - 0104110, which are being sent in three separate emails.  This is email 1 of 3.

As we have mentioned before, nothing in this or any other production shall waive MDx's objections to Health Grades' discovery requests.  To the extent any previously redacted information appears in the produced ESI, nothing in this or any other production shall waive MDx's positions regarding relevance and/or responsiveness.

As you requested regarding the Health Grades' ESI produced to MDx, we also request that you return to us (and destroy any copies) of documents containing privileged information that have been inadvertently produced with these documents.

Regards,



1

# Vincent M. Ferraro

| | |
|---|---|
| **From:** | David C. Lee |
| **Sent:** | Thursday, May 31, 2012 5:20 PM |
| **To:** | 'Vazquez, Jesus'; 'Kostolansky, Kris J.'; 'Phipps, Jeffrey' |
| **Cc:** | Scott D. Stimpson; Scott Murray |
| **Subject:** | RE: Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB |
| **Attachments:** | MDX 0104070.pdf; MDX 0103990.pdf; MDX 0103991.pdf; MDX 0104012.pdf; MDX 0104015.pdf; MDX 0104016.pdf; MDX 0104063.pdf; MDX 0104069.pdf; MDX 0104073.pdf |

This is email 3 of 3.

Please let us know if you did not receive any of the emails.

Regards,



---

**From:** David C. Lee
**Sent:** Thursday, May 31, 2012 5:17 PM
**To:** 'Vazquez, Jesus'; 'Kostolansky, Kris J.'; 'Phipps, Jeffrey'
**Cc:** Scott D. Stimpson; Scott Murray
**Subject:** RE: Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB

This is email 2 of 3.



---

**From:** David C. Lee
**Sent:** Thursday, May 31, 2012 5:17 PM
**To:** Vazquez, Jesus; Kostolansky, Kris J.; Phipps, Jeffrey
**Cc:** Scott D. Stimpson; Scott Murray
**Subject:** Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB

Counsel,

Attached please find MDx Medical, Inc.'s supplemental production of documents Bates labeled MDX 0103934 - 0104110, which are being sent in three separate emails.  This is email 1 of 3.

As we have mentioned before, nothing in this or any other production shall waive MDx's objections to Health Grades' discovery requests.  To the extent any previously redacted information appears in the produced ESI, nothing in this or any other production shall waive MDx's positions regarding relevance and/or responsiveness.

As you requested regarding the Health Grades' ESI produced to MDx, we also request that you return to us (and destroy any copies) of documents containing privileged information that have been inadvertently produced with these documents.

Regards,



2