# EXHIBIT E

## Vincent M. Ferraro

**From:** David C. Lee
**Sent:** Monday, June 04, 2012 10:49 PM
**To:** 'Vazquez, Jesus'; 'Kostolansky, Kris J.'; 'Phipps, Jeffrey'
**Cc:** Scott D. Stimpson; Scott Murray
**Subject:** Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB
**Attachments:** (Highly Confidential) Verification for MDx Supplemental Response to Interrogatory 2.pdf; MDx Supplemental Objections and Responses to HG First Set of Requests for Admission.pdf; MDX 0104137.pdf; MDX 0104128.pdf; MDX 0104130.pdf; MDX 0104133.pdf; MDX 0104135.pdf

Counsel:

Attached please find:

- Verification for MDx's Supplemental Response to Interrogatory 2
- MDx Supplemental Objections and Responses to Health Grades' First Set of Requests for Admission
- MDx's supplemental document production bates labeled MDX 0104128 - MDX 0104137

Regards,

