IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**ORDER GRANTING MDX MEDICAL, INC.'S
EXPEDITED MOTION TO STAY THE DEADLINE FOR IT TO FILE OBJECTIONS**

---

This Court, having reviewed MDx Medical, Inc.'s Expedited Motion to Stay the Deadline for it to File Objections, Under Fed. R. Civ. P. 72(a), to Magistrate Judge Boland's January 3, 2014 Order Imposing Sanctions (ECF No. 718, filed January 16, 2014) (the "Motion"), hereby GRANTS the Motion, and the deadline for Defendant MDx Medical, Inc. to file its objections under Fed. R. Civ. P. 72(a) to Magistrate Judge Boland's January 3, 2014 Order (ECF No. 711) is stayed until 10 business days after Magistrate Judge Boland rules on MDx Medical, Inc.'s motion for reconsideration (ECF No. 720).

DATED this 21st day of January, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge