Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S RESPONSE IN OPPOSITION TO MDX MEDICAL, INC.'S MOTION *IN LIMINE* TO PRECLUDE HEALTH GRADES, INC. OFFERING CERTAIN EVIDENCE OR TESTIMONY REGARDING VALIDITY**

**Exhibit 2**

**Health Grades' Exhibit E to July 19, 2011 Supplemental Infringement Contentions**

EXHIBIT E – HealthGrades Web site Claim Chart for U.S. Patent No. 7,752,060

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| 1. A computer-implemented method of providing healthcare provider information to potential patients, said method comprising: | HealthGrades practices the claim by utilizing a computer-implemented method of providing healthcare provider information to potential patients via its on-line information system. The on-line information system includes its web site (www.healthgrades.com), its healthcare provider database, as well as the software and hardware that are associated therewith. The computer-implemented method is performed by one or more web servers under the control of HealthGrades.<br><br>The web site www.healthgrades.com (hereinafter referred to as "HealthGrades.com") provides healthcare provider information to potential patients (i.e., visitors to HealthGrades.com).<br><br>Various screenshots taken from http://www.healthgrades.com/ are provided in this claim chart to illustrate the various features of HealthGrades.com and how these features correspond to the features of claim 1. For instance, Screenshot No. 1 (reproduced below) illustrates the home page of the HealthGrades.com where a potential patient begins accessing information related to specific doctors (i.e., providing healthcare provider information to potential patients). More specifically, HealthGrades.com allows a potential patient to access information about a doctor or a hospital by clicking on the "Find a Doctor" or "Find a Hospital" buttons (highlighted in Screenshot No. 1). |

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | Screenshot No. 1<br><br>When the potential patient initiates a search for a healthcare provider on the HealthGrades.com, the HealthGrades.com web server receives a request for information regarding a healthcare provider via the Internet. The HealthGrades.com web server, as with any server, comprises at least one computer processor and memory.<br><br>Screenshot No. 2 shows an example of where a potential patient may initiate a search for a healthcare provider on HealthGrades.com, e.g., request information about one or more doctor. When the potential |
| receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for | |

2

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| information regarding a first healthcare provider, wherein the Web server computer comprises at least one computer processor and memory; | patient clicks the "Find a Doctor" button, the potential patient's web browser sends a request for information about a doctor to the HealthGrades.com web server, which receives the request for information and then accesses the HealthGrades.com database to find data that responds to the potential patient's search query.<br><br>Screenshot No. 2<br><br> |

3

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies; | At the initiation of the potential patient/user using HealthGrades.com, the HealthGrades.com web server accesses healthcare-provider-verified information. See Screenshot No. 3 (illustrating the result of accessing and displaying doctor supplied information). Highlighted in Screenshot No. 3, among other things, are the doctor's age, gender, specialty information, medical philosophy, years in profession, etc. As illustrated in Screenshot No. 3, the healthcare-provider-verified information returned to the potential patient also contains tabs listing education information and awards and recognitions. HealthGrades.com allows the healthcare provider to verify the information by clicking on a link indicating that you are the healthcare provider associated with the report. For example, in Screenshot No. 3, HealthGrades.com provides the "Are you Dr. Kennedy" link. By accessing the link, the healthcare provider can verify the information displayed in the report. |

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | Screenshot No. 3<br /><br />HealthGrades.com provides mechanisms for allowing healthcare providers to verify the information on the HealthGrades.com web site.<br /><br />For example, Healthgrades.com states:<br /><br />"HealthGrades' Physician & Provider portal is a web-based tool that empowers physicians and practice |

5

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | administrators to take control of their online reputation. This free, secure web application encourages ongoing physician engagement to verify and modify the information HealthGrades makes public in more than 750,000 online physician profiles." See Screenshot No. 4.<br><br>Screenshot No. 4<br><br>[screenshot image] |
| compiling, by the at least one computer processor, patient- | HealthGrades.com is an on-line information service which includes at least one web server including a computer processor. This on-line information service compiles patient-provided information regarding healthcare providers. |

6

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients; | The patient-provided information includes patient ratings from one or more past or current patients. For example, in Screenshot No. 5, HealthGrades.com displays an online form that allows patients to provide ratings for the doctor and staff. The online form contains the "Recommend to a Friend," "Level of Trust," "Helps Patients Understand Their Conditions," etc. categories with which the patient can rate the doctor.<br><br>Screenshot No. 5<br><br>Screenshot No. 5 displays an on-line patient experience survey managed by the HealthGrades.com web site. |

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information; | HealthGrades.com compiles information regarding doctors that an independent third-party source has verified. The verified information comprises, at least, board certification and licensure (Screenshot No. 6) and educational information such as medical school, medical internship, and medical residency (Screenshot No. 7). As shown in Screenshot No. 6, the board information is proprietary information maintained in a database owned by the American Board of Medical Specialties (i.e., verified by independent third-party sources). The education information and residency information is also verified by a third-party (e.g., medical schools, hospitals, etc.).<br><br>Screenshot No. 6<br><br> |

8

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | Screenshot No. 7<br><br>Although not shown, HealthGrades.com also provides disciplinary information under the "Background Check" tab. |

9

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and | After a patient/user enters search criteria for a doctor, HealthGrades.com creates one or more healthcare provider reports using information from the HealthGrades.com database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third party source to create the report.<br><br>The healthcare provider report includes doctor provided information (i.e., specialty and address, highlighted in red), comparison ratings (i.e., the yellow stars highlighted in blue), healthcare provider-verified information (not shown in screenshots), patient-provided information (i.e., the various ratings for the categories of patient provided information, highlighted in green), and information verified by and independent third-party source (i.e., the "Education" and "Background Check" portions of the report which are accessible by clicking the links, highlighted in blue) as shown in Screenshot Nos. 8 and 9 below: |

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
|  | Screenshot No. 8  |

EXHIBIT E

11

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | Screenshot No. 9  |

EXHIBIT E

12

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| providing access to the healthcare provider report on the first healthcare provider over a computer network. | HealthGrades.com provides access to the doctors' on-line healthcare provider reports over a computer network. *See* Screenshot No. 10 (highlighting that this information was accessed over a computer network, e.g., the Internet, and that the profile can be sent by email or printed).<br><br>Screenshot No. 10<br> |

13

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| 4. The method as defined in claim 1, wherein the healthcare provider report includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center. | HealthGrades.com provides a link to affiliated hospitals in the doctor profile page of the healthcare provider report. *See* Screenshot Screenshot No. 11 (displaying affiliated hospital hyperlink). The provided link directs the user to the HealthGrades.com profile page. The profile page contains another link that directs the user to the hospitals webpage.<br><br>Screenshot No. 11 |
| 5. The method as defined in claim 1, wherein the | HealthGrades.com uses a predetermined webpage for patient search purposes. *See* Screenshot 12(displaying the HealthGrades.com webpage that allows patients to search for doctors). |

14

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| access to the healthcare provider report is obtained through a predetermined Webpage that provides search capabilities for a database comprised of healthcare provider information. | Screenshot No. 12<br> |

15

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| 6. The method as defined in claim 5, wherein the search capabilities permit a search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria. | HealthGrades.com allows a user to search based on name, specialty, state, city, and location criteria. *See* Screenshot No. 13.<br><br>Screenshot No. 13<br> |

16

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| 7. The method as defined in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider. | HealthGrades.com provides a list of physicians based on name, specialty, and/or location input from the patient. Screenshot No. 14, below, demonstrates HealthGrades.com displaying a list of Family Practitioners, based upon location criteria.<br><br>Screenshot No. 14 |
| 8. The method as defined in claim 7, wherein the | As part of the list detailed in claim 7, *supra*, HealthGrades.com provides an advertisement in the form of direct contact practitioners, located at the beginning of the list. *See* Screenshot No. 15. |

17

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| results list further includes an advertisement for the first healthcare provider with a hyperlink to information on the first healthcare provider. | Screenshot No. 15<br><br>HealthGrades.com directs patients who click on one of the Direct Connection Listings to a webpage that provides information about the selected doctor. *See* Screenshot No. 16. |

18

EXHIBIT E