EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | Screenshot No. 16  |
| 9. The method as defined in claim 7, further comprising: determining | HealthGrades.com determines which doctors are members of HealthGrades.com. |

19

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| from the results list whether a particular healthcare provider is a member of the company managing the Web site; | |
| and if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the member healthcare provider on the Web site. | HealthGrades.com provides an enhanced service for member physicians.  For example, users can make an appointment with member physicians by calling a HealthGrades.com provided number or by filling out an online form.  *See* Screenshot No. 17 displaying the call in number and Screenshot No. 18 displaying the online appointment form.  This option is not available for non-member doctors. |

20

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | Screenshot No. 17  |

EXHIBIT E

21

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | Screenshot No. 18  |

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| 11. The method as defined in claim 9, wherein the enhanced services comprise favorable positioning in the results list. | HealthGrades.com displays the member doctor in a prominent position at the beginning of the listing of doctors. *See* Screenshot No. 19.<br><br>Screenshot No. 19<br> |

EXHIBIT E

23

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| 14. The method as defined in claim 1, wherein the first healthcare provider is a physician. | HealthGrades.com provides reports on physicians. *See* Screenshot No. 20 (displaying a report for a family doctor).<br><br>Screenshot No. 20<br><br>[screenshot of Dr. Whitney S. Kennedy, MD profile on HealthGrades] |
| 15. An on-line information system for connecting healthcare providers with potential | HealthGrades practices the claim by implementing an on-line information system for providing healthcare provider information to potential patients via its on-line information system. The on-line information system includes its web site (www.healthgrades.com), its healthcare provider database, as well as the software and hardware that are associated therewith. |

24

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| patients, the system comprising: | The web site www.healthgrades.com (hereinafter referred to as "HealthGrades.com") provides healthcare provider information to potential patients (i.e., visitors to HealthGrades.com).<br><br>Various screenshots taken from http://www.healthgrades.com/ are provided in this claim chart to illustrate the various features of the HealthGrades.com and how these features correspond to the features of claim 15. For instance, Screenshot No. 21 (reproduced below) illustrates the home page of the HealthGrades.com where a potential patient begins accessing information related to specific doctors (i.e., providing healthcare provider information to potential patients). More specifically, HealthGrades.com allows a potential patient to access information about a doctor or a hospital by clicking on the "Find a Doctor" or "Find a Hospital" buttons (highlighted in Screenshot No. 21).<br><br>Screenshot No. 21 |

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| at least one computer processor; and | The HealthGrades.com on-line system includes one or more web servers used to connect healthcare providers with potential patients. The one or more web servers include at least one computer processor. |
| memory coupled with and readable by the at least one computer processor and comprising a series of instructions that, when executed by the at least one computer processor, cause the at least one computer processor to: | HealthGrades web servers include memory readable by at least one computer processor. The memory comprises computer executable instructions that, when executed by the at least one computer processor, perform the steps detailed below. |
| receive a request for information regarding a first healthcare provider; | When the potential patient initiates a search for a healthcare provider on the HealthGrades.com, the HealthGrades.com web server receives a request for information regarding a healthcare provider via the Internet. The HealthGrades.com web server, as with any server, comprises at least one computer processor and memory.<br><br>Screenshot No. 22 shows an example of where a potential patient may initiate a search for a healthcare provider on HealthGrades.com, i.e., request information about one or more doctor. When the potential patient clicks the "Find a Doctor" button, potential patient's web browser sends a request for information about a doctor to the HealthGrades.com web server, which receives the request for information and then accesses the HealthGrades.com database to find data that responds to the potential patient's search query. |

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| access healthcare provider-verified information about the first healthcare | Screenshot No. 22<br><br>At the initiation of the potential patient/user using HealthGrades.com, the HealthGrades.com web server accesses healthcare-provider-verified information. See Screenshot No. 23 (illustrating the result of accessing and displaying doctor supplied information). Highlighted in Screenshot No. 23, among other things, are the doctor's age, gender, specialty information, medical philosophy, years in profession, etc. |

27

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies; | As illustrated in Screenshot No. 23, the healthcare-provider-verified information returned to the potential patient also contains tabs listing education information and awards and recognitions. HealthGrades.com allows the healthcare provider to verify the information by clicking on a link indicating that you are the healthcare provider associated with the report. For example, in Screenshot No. 24, HealthGrades.com provides the "Are you Dr. Kennedy" link. By accessing the link, the healthcare provider can verify the information displayed in the report.<br><br>Screenshot No. 23<br><br> |

28

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | HealthGrades.com provides mechanisms for allowing healthcare providers to verify the information on the HealthGrades.com web site.<br><br>Healthgrades.com states,<br><br>"HealthGrades' Physician & Provider portal is a web-based tool that empowers physicians and practice administrators to take control of their online reputation. This free, secure web application encourages ongoing physician engagement to verify and modify the information HealthGrades makes public in more than 750,000 online physician profiles" *See* Screenshot No. 24.<br><br>Screenshot No. 24<br><br>[screenshot of HealthGrades webpage] |

29

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| compile patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by a company providing a service for connecting healthcare providers with the potential patients; | HealthGrades.com is an on-line information service which includes at least one web server including a computer processor. HealthGrades.com compiles patient-provided information regarding healthcare providers.<br><br>The patient-provided information includes patient ratings from one or more past or current patients. For example, in Screenshot No. 25, HealthGrades.com displays an online form that allows patients to provide ratings for the doctor and staff. The online form contains the "Recommend to a Friend," "Level of Trust," "Helps Patients Understand Their Conditions," etc. categories in which the patient can rate the doctor.<br><br>Screenshot No. 25 |

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
|  | Screenshot No. 25 displays an on-line patient experience survey managed by the HealthGrades.com web site. |
| compile healthcare provider information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information; | HealthGrades.com compiles information regarding doctors that an independent third-party source has verified. The verified information comprises, at least, board certification and licensure (Screenshot No. 26) and educational information such as medical school, medical internship, and medical residency (Screenshot No. 27). As shown in Screenshot No. 26, the board information is proprietary information maintained in a database owned by the American Board of Medical Specialties (i.e., verified by independent third-party sources). The education information and residency information is also verified by a third-party (e.g., medical schools, hospitals, etc.) |

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | Screenshot No. 26  |

32

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | Screenshot No. 27<br><br>Although not shown, HealthGrades.com also provides disciplinary information under the "Background Check" tab. |

33

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| create a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and | After a patient/user enters search criteria for a doctor, HealthGrades.com creates one or more healthcare provider reports using information from the HealthGrades.com database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third party source to create the report.<br><br>The healthcare provider report includes doctor provided information (i.e., specialty and address, highlighted in red), comparison ratings (i.e., the yellow stars highlighted in blue), healthcare provider-verified information (not shown in screenshots), patient-provided information (i.e., the various ratings for the categories of patient provided information, highlighted in green), and information verified by and independent third-party source (i.e., the "Education" and "Background Check" portions of the report which are accessible by clicking the links, highlighted in blue) as shown in Screenshot Nos. 28 and 29 below: |

34

EXHIBIT E

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | Screenshot No. 28  |

EXHIBIT E

35

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| | Screenshot No. 29<br /> |

EXHIBIT E

36

| Exemplary claims from U.S. Patent No. 7,752,060 | Notes Relating to the Practice of the Claimed Invention by HealthGrades.com |
|---|---|
| and provide access to the healthcare provider report on the first healthcare provider over a computer network | HealthGrades.com provides access to the doctors' healthcare provider reports over a computer network. *See* Screenshot No. 30 (highlighting that this information was accessed over a computer network, e.g., the Internet, and that the profile can be sent by email or printed).<br><br>Screenshot No. 30<br><br> |

37

EXHIBIT E