Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S RESPONSE IN OPPOSITION TO MDX MEDICAL, INC.'S MOTION *IN LIMINE* TO PRECLUDE HEALTH GRADES, INC. OFFERING CERTAIN EVIDENCE OR TESTIMONY REGARDING VALIDITY**

## Exhibit 3

**Email from Scott Stimpson dated August 19, 2013**

2004592902_1

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Monday, August 19, 2013 2:36 PM
**To:** Vazquez, Jesus
**Cc:** Kostolansky, Kris J.; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com); Henke, Peggy J.; Trent Dickey; David C. Lee; Vincent M. Ferraro
**Subject:** Discovery issues and trial preparation


Jesus:

Thanks for discussing things with us today, we are making progress. This confirms our understandings and agreements.

(1) <u>Technical expert reports and related discovery</u>: We will try to get you documents responsive to topics (2), (3), and (4) of your August 2 email relatively quickly, although we for now we must reserve the right to object. Assuming we can get you these documents soon, Dr. Greenspun will give his supplemental report on September 9, and no later than October 9 Dr. Cooper will rebut the new Greenspun report, and address the Aetna/iTriage infringement issue. Once we get the reports served, let's regroup and decide if we need depositions on the new technical reports. If so, maybe we can get them done in late October or early November.

(2) <u>Damages expert reports and related discovery</u>: We agreed to make this supplemental production by October 29, and so Mr. Hall's supplemental report can be provided on November 29 with any rebuttal from Mr. Napper by the end of December.

(3) <u>Supplemental Productions</u>: Both sides agreed to review document requests and supplement by October 29.

(4) <u>Jury Instructions</u>: Since we are supposed to try to agree on jury instructions, and they are due in early January, we should have a day to exchange draft instructions. We have left the date open for now, but agree it should be sometime around the latter half of October.

(5) <u>Demonstratives and Illustratives</u>: We proposed to exchange them in early January, with objections shortly thereafter. We did not set a date, but we should revisit this later. As you suggested with the pretrial order, it will be good to make sure these are exchanged, and objections made, in time for the January 17 conference.

(6) <u>HG's Proposed Supplements</u>: We are reviewing the proposed supplemental claim charts, and will try to respond as soon as possible. If we have objections, we agreed to continue with the expert reports on all the issues, reserving our rights to object. This agreement is only so we can move things along and not have to wait for the Court to rule on the HG motion to amend (we understand with this agreement, however, that HG will not use the fact that the parties have addressed the issues in the expert reports as a basis to argue that the should be allowed).

1

(7) <u>Revised Pretrial Order</u>:  At some point, we will need to prepare a joint submission to the Court, modifying the Pretrial Order to at least account for the new expert discovery, to add Phil Braginsky as a possible trial witness; to submit our revised exhibit lists, and to add the time for exchanging demonstratives and illustratives.  We agree with your suggestion that this should be submitted and ready for discussion January 17.

Regards.

Scott


**Scott D. Stimpson**
Member of the Firm



website | bio | vCard | newsroom | email

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1550 | f (212) 643-6500   map

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.