Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S RESPONSE IN OPPOSITION TO MDX MEDICAL, INC.'S MOTION *IN LIMINE* TO PRECLUDE HEALTH GRADES, INC. OFFERING CERTAIN EVIDENCE OR TESTIMONY REGARDING VALIDITY**

## Exhibit 6

Email from D. Lee dated October 29, 2013

**From:** David C. Lee [mailto:dlee@sillscummis.com]
**Sent:** Tuesday, October 29, 2013 1:39 PM
**To:** Kostolansky, Kris J.; Vazquez, Jesus; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com)
**Cc:** Scott D. Stimpson; Trent Dickey; Vincent M. Ferraro
**Subject:** Health Grades v. MDx Medical - supplemental document production

Kris:

Thank you for your call this morning proposing that we push back the supplemental document production to this Thursday, October 31st, without altering any other dates. We understand that complications come up in discovery, and pushing back to Thursday is fine with us. We will produce our supplemental documents then, but as I mentioned this morning, the documents from doctors submitting their information will take longer, and we appreciate your understanding on those documents.

Regards,
David


**David C. Lee**
Associate


Sills Cummis & Gross P.C.

website | bio | vCard | newsroom | email 

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1546 | f (212) 643-6500   map

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.