Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S RESPONSE IN OPPOSITION TO MDX MEDICAL, INC.'S MOTION *IN LIMINE* TO PRECLUDE HEALTH GRADES, INC. OFFERING CERTAIN EVIDENCE OR TESTIMONY REGARDING VALIDITY**

**Exhibit 8**

**Health Grades' Trial Exhibit 205**

2004592930_1