Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S RESPONSE IN OPPOSITION TO MDX MEDICAL, INC.'S MOTION *IN LIMINE* TO PRECLUDE HEALTH GRADES, INC. OFFERING CERTAIN EVIDENCE OR TESTIMONY REGARDING VALIDITY**

**Exhibit 10**

**Excerpt From Jeff LaPointe Deposition**

2004592934_1

JEFFREY LAPOINTE - 12/15/2011

```
                                                              1
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF COLORADO
 2  - - - - - - - - - - - - - - - x
    HEALTH GRADES, INCORPORATED,     :
 3                                   :CIVIL ACTION NO:
                                     :11-CV-00520-PAB-BNB
 4        Plaintiff,                 :
      vs.                            :
 5                                   :
    MDX MEDICAL, INCORPORATED,       :
 6  d/b/a, VITALS.COM                :
                                     :
 7        Defendant.                 :
    - - - - - - - - - - - - - - - x
 8
 9                  -    -    -
              Thursday, December 15, 2011
10                  -    -    -
11        Videotaped Deposition of JEFFREY
12  LaPOINTE, taken pursuant to notice, held at the
13  office of Sills Cummis & Gross, 30 Rockefeller
14  Plaza, New York, New York, commencing at 9:22 a.m.
15  before Jamie I. Moskowitz, a Shorthand Reporter and
16  Registered Professional Reporter and Notary Public.
17
18
19
20
21
22
23
24
25
```

Merrill Corporation - Chicago

800-733-6885                                    www.merrillcorp.com/law

JEFFREY LAPOINTE - 12/15/2011

79

1      you know.
2              THE WITNESS:  It depends on the
3      doctor.
4  BY MR. VAZQUEZ:
5      Q          Have you researched that?
6      A          Specifically?  I mean, just general
7  knowledge from being in this field, I know you hear
8  about lawsuits all the time; doctors don't like what
9  some patient said about them.  I know there's
10 services out there; some doctors try and get
11 patients to sign things that say that any content
12 they write on the Internet is owned by them.
13             So, some of them really don't like it
14 and some of them don't care.  That's the reason why,
15 if we were to do something like this, we would want
16 to make sure we had a system that was properly
17 implanted, that would give a fair view of a
18 healthcare provider.
19     Q          Does the way doctors feel about
20 user-generated content influence your decision to
21 not have it on UCompare?
22     A          Not really, no.
23     Q          What about other advertisers, other
24 than pharmaceuticals; how do they feel about
25 user-generated content?

JEFFREY LAPOINTE - 12/15/2011

80

1  A      It really depends.  I mean, in
2  general, everyone is pretty cautious about it.  It
3  depends on what kind of controls and what kind of
4  content it is, you know, the quality of it, what's
5  being said.  I think, in general, most -- or many
6  advertisers, specifically in the medical industry,
7  have some kind of concern over user-generated
8  content.
9          Biotech companies may be another
10 example, similar to pharmaceutical companies, as
11 they are under some of the same requirements, or
12 similar.
13  Q      Have you and Mr. Rothschild ever
14 discussed any specific policy that he expects MDX --
15 I'm sorry, UCompare to follow in terms of not
16 violating intellectual property rights?
17  A      I don't believe so, no.
18  Q      And you report directly to
19 Mr. Rothschild, correct?
20  A      Correct.
21  Q      Did you provide -- strike that.
22         Let me just switch gears to something
23 you had said earlier --
24  A      Sure.
25  Q      -- when I was asking you about how you

JEFFREY LAPOINTE - 12/15/2011

81

1  first became familiar with the Internet, and I
2  believe you said that as part of getting your
3  degree, you were formally trained --
4      A      Yup.
5      Q      -- in Internet research; is that
6  right?
7      A      Correct.
8      Q      So, can you tell me a little bit more
9  about what that training entailed?
10     A      Well, Bentley likes to consider
11 themselves, especially back then, they were one of
12 the -- a business school that they claimed was, you
13 know, the business school for the information age,
14 the you know, business -- the IT business school.
15            So, they were, you know, one of the
16 pioneers, really, in various Internet and IT-related
17 business issues, and as part of that, you know, and
18 part of, you know, being a finance major, research
19 is a significant portion of that; researching
20 companies, validating the validity of sources,
21 things like that.
22     Q      So, in other words, verification?
23     A      Yeah, you know, how to -- various ways
24 of determining whether or not a resource that you're
25 looking at would be, you know, something trustworthy