**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL INC'S UNOPPOSED MOTION FOR REDACTION OF DAUBERT HEARING TRANSCRIPT - DOCUMENT NO. 700**

---

Defendant MDx Medical, Inc. ("MDx"), by the undersigned counsel, pursuant to the Court's Policy Concerning Electronic Availability and Redaction of Transcripts, effective May 19, 2008, hereby moves for redaction of the transcript of the Daubert hearing held December 18, 2013 [dkt. 700] (the "Motion").

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for MDx conferred with counsel for Health Grades, Inc. ("Health Grades") on this Motion on January 21, 2014. Counsel for Health Grades indicated that Health Grades does not oppose this Motion.

The Court held a *Daubert* hearing on December 18, 2013, on Health Grades' and MDx's motions to exclude expert testimony. The transcript of the hearing was posted on December 31, 2013, at dkt. 700. Pursuant to the Court's Policy Concerning Electronic Availability and Redaction of Transcripts § II(E), a party must move the Court for redaction by motion served on

all the parties and the court reporter or transcriber within 21 days from the posting of the transcript, *i.e.*, by January 21, 2014.

MDx hereby requests redaction of its financial revenue numbers mentioned in the *Daubert* hearing transcript (dkt. 700) as follows:

- page 53, line 3: "this website and otherwise, some [REDACTED]. Mr. Hall excluded"
- page 53, line 8: "the [REDACTED], not the total advertising revenues. So he did"
- page 55, line 18: "the [REDACTED] dollars, but he took it all. He did bother to"
- page 60, line 3: "with is [REDACTED] dollars. That's what we should start with."
- page 60, line 6: "We are starting with [REDACTED] dollars, and there's"

MDx is a private company and does not publicly disclose its highly confidential financial revenue numbers. Such highly confidential MDx financial revenue information have been the subject of several prior MDx motions to restrict (*see, e.g.*, Dkt. Nos. 400, 459 and 527), which were granted by the Court. *See, e.g.*, Dkt. Nos. 483 and 536. MDx's financial revenue information is competitively sensitive, highly confidential and not made public by MDx. *See, e.g.,* Declaration of Erika Boyer, dated Nov. 16, 2012, Dkt. No. 400-5, ¶¶ 5, 6. Knowledge of such revenue information is limited to a small group of MDx executives. *Id.* MDx has previously asserted, and the Court has previously accepted, that disclosure to the public and MDx's competitors of such specific financial revenue information would allow such information to be unfairly used by competitors against MDx and cause MDx significant harm. *See, e.g.*, Dkt. Nos. 483 and 536.

2

## **CONCLUSION**

For the foregoing reasons, MDx requests that the Court grant this Motion and order that Document No. 700 be redacted as requested above herein.

Pursuant to the Court's Policy Concerning Electronic Availability and Redaction of Transcripts, a copy of this Motion is being served on the Court Reporter/Transcriber Ms. Tamara Hoffschildt by electronic mail.

Dated:  January 21, 2014

Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Trent S. Dickey
David C. Lee
Vincent M. Ferraro
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2014, I electronically filed the foregoing **MDX MEDICAL INC'S UNOPPOSED MOTION FOR REDACTION OF DAUBERT HEARING TRANSCRIPT - DOCUMENT NO. 700** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                                            *s:/David C. Lee*

4

5

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>January 21, 2014</u>, I have caused a true and correct copy of the foregoing **MDX MEDICAL INC'S UNOPPOSED MOTION FOR REDACTION OF DAUBERT HEARING TRANSCRIPT - DOCUMENT NO. 700** to be served upon the Court Reporter/Transcriber by electronic mail transmission to the following individual:

    Tamara Hoffschildt
    901 19th Street, Room A251
    Denver, CO 80294-3589
    <u>tamarahoffschildt@gmail.com</u>


                                                      <u>s:/David C. Lee</u>