# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF EXPEDITED MOTION TO ENFORCE TRIAL SUBPOENAS

Plaintiff and Counterclaim Defendant Health Grades, Inc. ("Health Grades"), by its undersigned counsel, and pursuant to D.C.Colo.LCivR 6.1, respectfully submits its Unopposed Motion for Extension of Time to Reply in Support of its Expedited Motion to Enforce Trial Subpoenas [Doc. # 694].

### Conferral Pursuant to D.C.Colo.LCivR 7.1(a)

Undersigned counsel certifies that he conferred with counsel for MDx Medical, Inc. ("MDx") on January 23, 2013, regarding the extension requested herein, and that MDx does not oppose this extension.

### Unopposed Motion

1. Health Grades filed its Expedited Motion to Enforce Trial Subpoenas ("Motion") on December 23, 2013 [Doc. # 694]. MDx filed its Opposition to the Motion on December 31, 2013 [Doc. # 707]. At the time the Opposition was filed undersigned counsel for Health Grades was out of the country and was not aware that an Opposition

1

had been filed. Undersigned counsel was out of the country from December 28, 2013 through January 8, 2014.

2.	On January 6, 2014, the Court entered its Order vacating the seven-day jury trial that had been set to commence on February 3, 2014 [Doc. # 712].  When counsel for Health Grades returned and learned that the Court had vacated the trial, he assumed in error that no response to the Motion had been filed by MDx because the trial had been vacated.

3.	On January 23, 2014, counsel for Health Grades discovered that MDx had filed an Opposition to the Motion on December 31, 2013, and that thus the due date for a reply, January 17, 2013, had passed.  Counsel for Health Grades immediately conferred with counsel for MDx regarding these circumstances and regarding Health Grades' intent to request that the Court allow it to file a reply.  MDx does not oppose this request.

4.	Health Grades respectfully requests that the Court allow it through January 28, 2014, to file its reply.  This is an extension of 11 days from the original due date of January 17, 2014.  Given that the Court has vacated the trial, and that a new trial date has not been set, no prejudice will result as a consequence of this extension. MDx does not oppose this relief.  Health Grades has not previously sought an extension to file its reply.

5.	A copy of this motion will be served contemporaneously on Health Grades pursuant to D.C.Colo.LCivR 6.1(c).

2

2004598179_1

WHEREFORE, Health Grades respectfully requests that the Court grant its unopposed motion and allow it through January 28, 2014, to file its reply in support of its Expedited Motion to Enforce Trial Subpoenas [Doc. # 694].

Respectfully submitted this 23rd day of January, 2014.

LEWIS ROCA ROTHGERBER LLP

*s/ Jesús M. Vázquez*
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Gregory B. Kanan, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: kkosto@lrrlaw.com
         jvazquez@lrrlaw.com
         gkanan@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2014, I electronically filed the foregoing **Unopposed Motion for Extension of Time to Reply in Support of its Expedited Motion to Enforce Trial Subpoenas [Doc. # 694]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson
David Chunyi Lee
Trent Dickey
Vincent Ferraro
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
Email: sstimpson@sillscummis.com
Email: dlee@sillscummis.com
Email: tdickey@sillscummis.com
Email: vferraro@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
Email: ridley@wtotrial.com

Health Grades, Inc.
999 18th Street, Suite 600
Denver, CO  80202

*s/ Jesús M. Vazquez*

4

2004598179_1