# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC.,
doing business as Vitals.com,

    Defendant.

_____

# ORDER
_____

This matter comes before the Court on Plaintiff Health Grades, Inc's Motion for Partial Summary Judgment (the "Motion") (ECF No 369). The Court has reviewed the Motion and related docket entries, and hereby ORDERS:

    A Hearing on the Motion will be held Thursday, February 13, 2014 at 9 a.m. in the United States District Court for the District of Colorado, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado.

DATED this 28th day of January, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge