## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

## SECOND JOINT MOTION OF THE PARTIES TO EXTEND THE DEADLINE FOR FILING JURY INSTRUCTIONS AND VERDICT FORMS

---

The parties hereto, Plaintiff Health Grades, Inc. and Defendant MDx Medical, Inc., by their counsel, respectfully move this Court for an enlargement of time, through and including February 28, 2014, within which to file proposed jury instructions and verdict forms. The parties base their motion on the following grounds:

1.      In its January 6, 2014, Order [Doc. #712], the Court instructed the parties as follows: "The Court instructs the parties to file such instructions and verdict forms by January 17, 2014. The Court will deem these as preliminary filings and provide an opportunity for final filings at a later date." [Doc. #712 at 2]

2.      By order dated January 17, 2014, the Court granted the parties through and including January 28, 2014 to submit proposed jury instructions and verdict forms. [Doc. #719]

3.      Since the entry of the Court's January 6, 2014, Order, counsel have had several jury instruction conferences involving multiple attorneys from both sides. The conferences have

- 2 -

been productive, but with approximately 250 pages of jury instructions and verdict forms to review, the task is not yet complete.

4.       On January 27, 2014, counsel had an in-depth discussion that focused on the need for a face-to-face meeting to move the process forward most effectively.  Lead counsel for the parties have committed to meet, in person, on either:  (1) the day before or after the next hearing in Denver, (2) the day before or after the deposition of the MDx corporate representative in Newark, or (3) February 26, 2014, in Chicago, but in no case later than February 26.   Counsel have cleared their calendars for the February 26 date.

5.       The parties ask for the enlargement of time in order to allow them to meet in person to continue to review, analyze and further refine the proposed jury instructions and verdict forms.  The granting of this continuance will permit the parties to submit to the Court proposed instructions that will have further narrowed the differences between the parties.

WHEREFORE, the Plaintiff Health Grades, Inc. and Defendant MDx Medical, Inc. respectfully request that this Court grant them through and including February 28, 2014, to submit proposed jury instructions and verdict forms.  A proposed order is attached hereto in accordance with Civ. Practice Standard IV.I.1 (citing D.C. Colo. ECF Proc. V.L.2).  A copy of this motion for enlargement of time has been served upon Health Grades and MDx Medical pursuant to D.C. COLO.LCivR 6.1(c).

Respectfully submitted January 28, 2014.

- 2 -

LEWIS ROCA ROTHGERBER LLP

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel: (303) 623-9000
Fax: (303) 623-9222
E-mail: gkanan@lrrlaw.com
E-mail: kkosto@lrrlaw.com
E-mail: jvazquez@lrrlaw.com
E-mail: amassaro@lrrlaw.com

*Attorneys for Plaintiff/ Counterclaim Plaintiff Health Grades, Inc.*

SILLS CUMMIS & GROSS P.C.

*s/ Trent Dickey*
Scott D. Stimpson, Esq.
Vincent M. Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
30 Rockefeller Plaza
New York, New York  10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: vferraro@sillcummis.com
E-mail: dlee@sillscummis.com
E-mail: tdickey@sillcummis.com

and

Terence Ridley, Esq.
Ramona Lampley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
Email: ridley@wtotrial.com
Email: lampley@wtotrial.com

*Attorneys for Defendant/ Counterclaim Plaintiff MDx Medical, Inc.*

- 3 -

2004603664_2

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2014, I electronically filed the foregoing **SECOND JOINT MOTION OF THE PARTIES TO EXTEND THE DEADLINE FOR FILING JURY INSTRUCTIONS AND VERDICT FORMS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY 10112
E-mail: sstimpson@sillscummis.com
        vferraro@sillscummis.com
        dlee@sillscummis.com
        tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
E-mail: ridley@wtotrial.com

Harris Troutman, Esq.
Health Grades, Inc.
999 18th Street, Suite 600
Denver, CO 80202
E-mail: htroutman@healthgrades.com

MDx Medical, Inc.
1200 Wall Street West, Fifth Floor
Lyndhurst, NJ 07071

*s/ Kris J. Kostolansky*
Kris J. Kostolansky, Esq.

- 4 -

2004603664_2