**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Raymond P. Moore**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**ORDER RE SECOND JOINT MOTION OF THE PARTIES TO EXTEND THE DEADLINE FOR FILING JURY INSTRUCTIONS AND VERDICT FORMS**

This Court having considered the Second Joint Motion of the Parties to Extend Deadline for Filing Jury Instructions and Verdict Forms, and finding the same to be well-taken, hereby GRANTS the parties through and including February 28, 2014, within which to submit proposed jury instructions and verdict forms.

It is so ORDERED.  Dated this _____ day of _____, 2014.

BY THE COURT

RAYMOND P. MOORE
United Stated District Judge

2004604346_1