IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE FEE APPLICATION

Plaintiff Health Grades, Inc. ("Heath Grades"), by its counsel, hereby moves for an enlargement of time through and including 10 days after Judge Boland rules on MDx Medical, Inc.'s ("MDx") motion for reconsideration [Doc. #720] within which to file its fee application. Health Grades bases its motion on the following grounds:

1. By order dated January 3, 2014 [Doc. #711] this Court granted Health Grades' motion for sanctions, in part, and awarded Health Grades "its reasonable expenses, including attorney's fees . . . ." [Doc. #711 at 12]

2. The Court further directed that Health Grades "prepare and serve on MDx on or before January 17, 2014, a fee application that complies with the requirements of D.C.COLO.LCivR 54.3." [Id.] Health Grades tendered the fee application to MDx on January 17, 2014.

3. The parties were further directed to confer and, after that conferral, Health Grades was directed to file its fee application on January 31, 2014. [Id. at 13]

2004606079_3

4. During or leading up to the conferral process regarding the fee application, MDx filed a motion for reconsideration [Doc. #720] and a motion to stay the deadline to file objections under Fed. R. Civ. P. 72(a). [Doc. #718] The Court granted MDx's motion to stay the deadline to file objections "until 10 business days after Magistrate Judge Boland rules on MDx Medical, Inc.'s motion for reconsideration . . . ." [Doc. #724]

5. The fee application is tied to the underlying sanctions order and is best addressed once MDx's motion for reconsideration has been ruled upon. Accordingly, Health Grades requests that the Court grant it through and including 10 business days after Magistrate Judge Boland rules on MDx's motion for reconsideration within which to complete the conferral process regarding the fee application and file the fee application with the Court.

A proposed order is attached hereto in accordance with Civ. Practice Standard IV.I.1 (citing D.C. Colo. ECF Proc. V.L.2). A copy of this motion for enlargement of time has been served upon Health Grades pursuant to D.C. COLO.LCivR 6.1(c).

**Certificate of Compliance with D.C.COLO.LCivR 7.1A**

On January 29, 2014, counsel for Health Grades conferred with counsel for MDx regarding the relief requested herein. MDx does not oppose the requested relief.

Respectfully submitted January 29, 2014.

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Adam L. Massaro Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
Email: gkanan@lrrlaw.com
kkosto@lrrlaw.com
jvazquez@lrrlaw.com
amassaro@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2014, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE FEE APPLICATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY 10112
E-mail: sstimpson@sillscummis.com
vferraro@sillscummis.com
dlee@sillscummis.com
tdickey@sillscummis.com

Harris Troutman, Esq.
Health Grades, Inc.
999 18th Street, Suite 600
Denver, CO 80202
E-mail: htroutman@healthgrades.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
E-mail: ridley@wtotrial.com

*s/ Kris J. Kostolansky*
Kris J. Kostolansky, Esq.

- 3 -

2004606079_3