# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Raymond P. Moore

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## ORDER RE PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE FEE APPLICATION

This Court having considered Health Grade, Inc.'s Unopposed Motion for Enlargement of Time to File Fee Application, and finding the same to be well-taken, hereby GRANTS Health Grades through and including 10 business days after Magistrate Judge Boland rules on Defendant MDx Medical, Inc.'s motion for reconsideration [Doc. #720] within which to complete the conferral process regarding the fee application and file the fee application with the Court.

It is so ORDERED.  Dated this _____ day of _____, 2014.


BY THE COURT

_____
RAYMOND P. MOORE
United Stated District Judge

2004606506_1