IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED EXHIBIT Z TO ITS SUPPLEMENTAL BRIEF [DOC. #673] IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. #369]**

Plaintiff Health Grades, Inc. ("Heath Grades"), by its counsel, hereby moves for leave to file corrected exhibit Z to its Supplemental Brief in Support of Its Motion for Partial Summary Judgment. Health Grades bases its motion on the following grounds:

1. Health Grades submitted its Motion for Leave [Doc. #673] to Supplement its Brief in Support of its Motion for Partial Summary Judgment [Doc. #369] on December 9, 2013 and attached its Supplemental Brief thereto [Doc. #673-1].

2. Exhibit Z [Doc. #673-7] to the Supplemental Brief included 13 pages of Initial Disclosure Statements where Health Grades disclosed documents to the Patent Office in connection with its continuation application (Serial No. 13/551, 471) that claims priority to U.S. Patent No. 7,752,060.

3. Health Grades inadvertently omitted the two-page August 26, 2013 Information Disclosure Statement from Ex. Z, which shows Health Grades disclosed its Motion for Partial Summary Judgment [Doc. #369] and the same was considered by the examiner.

4. Health Grades seeks leave to hereby submit, and file herewith, its corrected Exhibit Z, which is attached hereto.

WHEREFORE, Health Grades requests that this Court approve the attached corrected exhibit as Exhibit Z to Health Grades' Supplemental Brief [Doc. #673-1] in Support of its Motion for Partial Summary Judgment [Doc. #369].

## Certificate of Compliance with D.C.COLO.LCivR 7.1A

Counsel for Health Grades conferred with counsel for MDx Medical, Inc. ("MDx") regarding the relief requested herein. MDx does not oppose the requested relief.

Respectfully submitted January 31, 2014.

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Adam L. Massaro Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@lrrlaw.com
         kkosto@lrrlaw.com
         jvazquez@lrrlaw.com
         amassaro@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

- 2 -

2004606079_3

## CERTIFICATE OF SERVICE

      I hereby certify that on January 31, 2014, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED EXHIBIT Z TO ITS SUPPLEMENTAL BRIEF [DOC. #673] IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. #369]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
        vferraro@sillscummis.com
        dlee@sillscummis.com
        tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com

                            *s/ Kris J. Kostolansky*
                            Kris J. Kostolansky, Esq.