# EXHIBIT C

(Redacted version of Dkt. # 721-4)

Case No. 1:11-cv-00520-RM-NYW Document 739-2 filed 01/31/14 USDC Colorado pg 2 of 5

# EXHIBIT H

Confidential - Attorneys' Eyes Only
Lawrence West   June 26, 2012

```
                                                                   1
 1            CONFIDENTIAL ATTORNEYS' EYES ONLY

 2     UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF COLORADO
 3     -------------------------------------------x
       HEALTH GRADES, INCORPORATED,
 4
                           Plaintiff,
 5

 6     vs.                         Civil Action No.

 7                                 11-CV-00520-PAB-BNB

 8     MDX MEDICAL, INCORPORATED D/B/A,
       VITALS.COM,
 9
                           Defendant.
10     -------------------------------------------x

11                         June 26, 2012

12                         8:00 a.m.

13

14            Videotaped deposition of LAWRENCE

15     WEST, taken by Plaintiff, pursuant to Notice,

16     at the offices of Sills, Cummis & Gross P.C.,

17     The Legal Center, One Riverfront Plaza,

18     Newark, New Jersey, before Georgette K. Betts,

19     a Certified Shorthand Reporter, Registered

20     Professional Reporter, Certified Livenote

21     Reporter and Notary Public within and for the

22     States of New York and New Jersey.

23

24

25
```

Confidential - Attorneys' Eyes Only
Lawrence West    June 26, 2012

### Page 38

```
08:53:16   1      Q.   And active, active in the practice
08:53:18   2   of medicine?
08:53:19   3      A.   Yes.
08:53:22   4      Q.   Okay.
08:53:51   5           Is there some person particularly
08:53:53   6   responsible for monitoring the EZ edit usage by
08:53:59   7   physicians within Vitals?
08:54:10   8      A.   Could you clarify in what regards.
08:54:13   9      Q.   Is there someone who in particular
08:54:15  10   would note or prepare a report of how often
08:54:20  11   physicians are actually editing their data?
08:54:23  12      A.   Oh.  There is a report that is
08:54:29  13   generated that describes how many physicians
08:54:31  14   have updated their information I believe that
08:54:33  15   month.  I think it's included in what we call
08:54:35  16   the KPI report.
08:54:37  17      Q.   KBI the letters?
08:54:39  18      A.   KPI the letters.
08:54:41  19      Q.   KPI the letters?
08:54:42  20      A.   Yes, Key Performance Indicator
08:54:44  21   report.
08:54:51  22      Q.   And that report is prepared on a
08:54:53  23   monthly basis?
08:55:00  24      A.   Yes.  I believe so.
08:55:03  25      Q.   And among other things it reports
```

### Page 39

```
08:55:04   1   on the frequency or how many, I guess,
08:55:07   2   physicians in the particular month have used the
08:55:11   3   EZ edit access to edit their profile?
08:55:15   4      A.   I believe so.  I haven't looked at
08:55:16   5   the report in a while.
08:55:18   6      Q.   Yeah.  What other kind of
08:55:19   7   information is contained in the KPI report?
08:55:27   8      A.   That report is what it indicates,
08:55:30   9   key performance indicator, so just the --
08:55:33  10      Q.   So what are the indicators?
08:55:34  11      A.   Oh, I haven't looked at the report
08:55:37  12   in a while, but from my recollection it is, you
08:55:41  13   know, traffic reports and just general
08:55:48  14   information on the metrics that are used by
08:55:51  15   management for tracking.
08:55:55  16      Q.   Metrics like what?
08:55:58  17      A.   Mainly traffic.
08:55:59  18      Q.   And when you say "traffic," you
08:56:02  19   mean the frequency --
08:56:02  20      A.   How many visitors.
08:56:04  21      Q.   -- with which consumers visit the
08:56:06  22   website?
08:56:06  23      A.   Uh-huh.
08:56:07  24      Q.   Are there different metrics of
08:56:09  25   that, of the traffic of consumers visiting the
```

### Page 40

```
08:56:12   1   website?
08:56:12   2      A.   The traffic team has different
08:56:16   3   metrics that they track which would be included
08:56:19   4   in the KPI, but I don't know specifically what
08:56:21   5   they are.
08:56:23   6      Q.   I'm sorry, the what team?
08:56:24   7      A.   The traffic team.
08:56:25   8      Q.   The traffic team.  Okay, I should
08:56:29   9   have guessed that.
08:56:34  10           So you have occasion at least
08:56:35  11   sometimes to look at the key performance
08:56:38  12   indicator report?
08:56:40  13      A.   I do.
08:56:42  14      Q.   And from your best recollection,
08:56:45  15   Mr. West, on the reporting of how many
08:56:48  16   physicians have edited their profile in any
08:56:51  17   particular month, can you give me a sense of a
08:56:54  18   range of the number that you've seen on the KPI
08:56:57  19   report?  A hundred, a thousand, 50,000?
08:57:03  20      A.   I really can't recall.  I don't
08:57:06  21   really -- the KPIs are more for the business
08:57:12  22   side and I'm on the engineering side, so I
08:57:15  23   really don't study the KPI.
08:57:29  24      Q.   Did you have any involvement in
08:57:30  25   the engineering of this system whereby
```

### Page 41

```
08:57:35   1   physicians could come in to the Vitals website
08:57:38   2   and edit their profiles?
08:57:40   3      A.   Yes.
08:57:42   4      Q.   Were you the designer of how that
08:57:43   5   system would work?
08:57:47   6      A.   From an engineering perspective I
08:57:49   7   was one of the designers, but there were others.
08:57:53   8      Q.   What was your understanding about
08:57:54   9   why that was done, why that system was created?
08:58:00  10      A.   We felt it was important that we
08:58:03  11   gave the opportunity for a provider to make sure
08:58:06  12   that we were showing the correct information.
08:58:12  13      Q.   So a physician could come on line
08:58:14  14   and correct any mistaken information?
08:58:18  15      A.   Yes.
08:58:19  16      Q.   And that happens, that actually
08:58:22  17   happens?
08:58:22  18      A.   Yes.
08:58:23  19      Q.   And that happens today on the
08:58:24  20   website?
08:58:25  21      A.   Yes.
08:58:54  22      Q.   Is the only method to determine
08:58:57  23   how many physicians have logged on to edit their
08:58:59  24   profiles over the entire time of the Vitals
08:59:05  25   website taking the key performance indicator
```

11 (Pages 38 to 41)

Confidential - Attorneys' Eyes Only
Lawrence West    June 26, 2012

|  |  | 42 |
|---|---|---|
| 08:59:08 | 1 | reports and totaling them, or is there some |
| 08:59:10 | 2 | other report that would show that running total? |
| 08:59:12 | 3 | A.   All data is stored in the |
| 08:59:16 | 4 | database, so I don't believe there's an existing |
| 08:59:21 | 5 | report that would show that, but it would be -- |
| 08:59:25 | 6 | Q.   But it could be generated? |
| 08:59:26 | 7 | A.   It could be generated. |
| 08:59:27 | 8 | Q.   The total could be generated? |
| 08:59:29 | 9 | A.   Oh, yes. |
| 08:59:30 | 10 | Q.   Yeah, okay. |
| 08:59:30 | 11 | REDACTED |
| 08:59:31 | 12 |  |
| 08:59:34 | 13 |  |
| 08:59:36 | 14 |  |
| 08:59:38 | 15 |  |
| 08:59:39 | 16 | A.   Not an accurate one. |
| 08:59:42 | 17 | Q.   What would be your guesstimate of |
| 08:59:43 | 18 | it? |
| 08:59:45 | 19 | A.   Well, I haven't been -- |
| 08:59:46 | 20 | MR. STIMPSON:  Objection. |
| 08:59:46 | 21 | Calls for speculation. |
| 08:59:48 | 22 | Q.   Go ahead. |
| 08:59:50 | 23 | MR. STIMPSON:  You can answer. |
| 08:59:52 | 24 | MR. KANAN:  Go ahead. |
| 08:59:53 | 25 | MR. STIMPSON:  If you can, |

|  |  | 43 |
|---|---|---|
| 08:59:53 | 1 | don't guess, go ahead. |
| 08:59:55 | 2 | REDACTED |
| 08:59:57 | 3 |  |
| 09:00:05 | 4 |  |
| 09:00:11 | 5 |  |
| 09:00:12 | 6 |  |
| 09:00:15 | 7 |  |
| 09:00:16 | 8 |  |
| 09:00:19 | 9 |  |
| 09:00:23 | 10 |  |
| 09:00:24 | 11 |  |
| 09:00:33 | 12 |  |
| 09:00:37 | 13 |  |
| 09:00:38 | 14 |  |
| 09:00:39 | 15 |  |
| 09:00:40 | 16 |  |
| 09:00:41 | 17 |  |
| 09:00:41 | 18 |  |
| 09:00:43 | 19 |  |
| 09:00:45 | 20 |  |
| 09:00:46 | 21 |  |
| 09:00:48 | 22 |  |
| 09:00:52 | 23 |  |
| 09:00:53 | 24 |  |
| 09:00:56 | 25 |  |

|  |  | 44 |
|---|---|---|
| 09:00:58 | 1 | REDACTED |
| 09:01:02 | 2 |  |
| 09:01:03 | 3 |  |
| 09:01:06 | 4 |  |
| 09:01:11 | 5 |  |
| 09:01:13 | 6 |  |
| 09:01:14 | 7 |  |
| 09:01:16 | 8 |  |
| 09:01:18 | 9 |  |
| 09:01:20 | 10 |  |
| 09:01:24 | 11 |  |
| 09:01:27 | 12 |  |
| 09:01:30 | 13 |  |
| 09:01:35 | 14 |  |
| 09:01:42 | 15 |  |
| 09:01:45 | 16 |  |
| 09:01:48 | 17 |  |
| 09:01:51 | 18 |  |
| 09:01:56 | 19 |  |
| 09:01:58 | 20 |  |
| 09:01:58 | 21 |  |
| 09:01:58 | 22 |  |
| 09:02:00 | 23 |  |
| 09:02:03 | 24 |  |
| 09:02:09 | 25 |  |

|  |  | 45 |
|---|---|---|
| 09:02:11 | 1 | REDACTED |
| 09:02:13 | 2 |  |
| 09:02:18 | 3 |  |
| 09:02:21 | 4 |  |
| 09:02:23 | 5 |  |
| 09:02:24 | 6 |  |
| 09:02:27 | 7 |  |
| 09:02:30 | 8 |  |
| 09:02:37 | 9 |  |
| 09:02:40 | 10 |  |
| 09:02:43 | 11 |  |
| 09:02:46 | 12 |  |
| 09:02:50 | 13 |  |
| 09:02:54 | 14 |  |
| 09:02:56 | 15 |  |
| 09:02:58 | 16 |  |
| 09:03:02 | 17 |  |
| 09:03:06 | 18 |  |
| 09:03:08 | 19 |  |
| 09:03:09 | 20 |  |
| 09:03:11 | 21 |  |
| 09:03:15 | 22 |  |
| 09:03:16 | 23 |  |
| 09:03:17 | 24 |  |
| 09:03:19 | 25 |  |

12 (Pages 42 to 45)