IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Raymond P. Moore

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## ORDER

The Court, having reviewed the Second Joint Motion of the Parties to Extend Deadline for Filing Jury Instructions and Verdict Forms (ECF No. 734), and finding the same to be well-taken, hereby GRANTS the Motion and gives the parties through and including February 28, 2014, within which to submit proposed jury instructions and verdict forms.

It is so ORDERED.

DATED this 3rd day of February, 2014.

BY THE COURT:

RAYMOND P. MOORE
United Stated District Judge