**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

     Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

     Defendant.

---

**MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION REGARDING ITS
MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS –
DOCUMENT NOS. 721, 721-1, 721-2, 721-3, 721-4 AND 721-5**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its

undersigned counsel, filed on January 31, 2014, its Motion For Leave To Restrict Access To

Document – Document Nos. 721, 721-1, 721-2, 721-3, 721-4 and 721-5 [Doc. # 739, the

"Motion"].  The Motion stated:

> Pursuant to *D.C.COLO.LCivR* 7.1(a), MDx's counsel attempted to confer
> with counsel for Health Grades, Inc. ("Health Grades") on January 31, 2014
> regarding this motion, but has not received Health Grades' position on this
> motion.  When Health Grades provides its position, MDx will supplement this
> motion with that information.

Motion, at p. 2.

MDx has received Health Grades' position and hereby supplements the Motion to

state that Health Grades does not oppose the Motion.

1

2

Dated:  February 4, 2014

*s:/Scott D. Stimpson*

Scott D. Stimpson
Trent S. Dickey
David C. Lee
Vincent M. Ferraro
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

Respectfully submitted,


Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION REGARDING ITS MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 721, 721-1, 721-2, 721-3, 721-4 AND 721-5** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

*s:/Vincent M. Ferraro*