**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**JOINT SUPPLEMENT TO MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 677-1, 677-2, 677-3 and 677-4 [DKT. NO. 698].**

---

The parties hereto, Plaintiff Health Grades, Inc. ("Health Grades") and Defendant MDx Medical, Inc. ("MDx"), by their undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, submit this supplement ("Joint Supplement") to MDx's Motion for Leave to Restrict Access to Documents - Document Nos. 677-1, 677-2, 677-3 and 677-4 [Dkt. No. 698] ("Motion to Restrict").

In the Motion to Restrict, filed December 26, 2013, MDx indicated to the Court that the parties had not yet completed the conferral process as of the time of filing and that it believed that the documents in question potentially contained Health Grades confidential information. Since the filing of the Motion to Restrict, the parties have conferred and agreed to file this Joint Supplement along with redacted versions of document numbers 677-1, 677-2, 677-3 and 677-4.

Regarding document numbers 677-1, 677-2, 677-3 and 677-4, the parties are jointly submitting a proposed, redacted version of each document, from which the MDx and Health Grades confidential or highly confidential information has been redacted, to be used for public

1

access. Both parties have previously sought to keep the exact same or similar information restricted and this Court has previously restricted the exact same or similar confidential or highly confidential information in the exact same or similar documents previously filed in this action.

Therefore, in light of the arguments set forth in the original Motion to Restrict (Dkt. No. 698) and set forth herein and the joint submission of proposed, redacted versions attached hereto, the parties respectfully request that access to the unredacted versions of Document Nos. 677-1, 677-2, 677-3 and 677-4 remain restricted at a Level 1 Restriction, and that the proposed, redacted versions of Document Nos. 677-1, 677-2, 677-3 and 677-4 attached hereto be used as replacements that the public can access.

**Doc. No. 677-1:**

MDx's position:  *See* the Motion to Restrict (Dkt. No. 698) at pages 2 and 3.

Health Grades' position:  Statement of David A. Hall Pursuant to Civ. Practice Standard IV.K.1.  The statement contains highly confidential Health Grades' non-public advertising revenue on page 4.  This financial information is competitively sensitive and is not made public by Health Grades, which is a private company. Disclosure of this information to the public, including Health Grades' competitors, would allow it to be used by Health Grades' competitors, causing competitive damage to Health Grades.

Attached hereto as Exhibit A is a joint redacted copy of this document for public access that has both parties' highly confidential or confidential, competitively sensitive information redacted.

**Doc. No 677-2:**

MDx's position:  *See* the Motion to Restrict (Dkt. No. 698) at page 3.

Health Grades' position:  Health Grades' July 13, 2012 Expert Report.  Mr. Hall's expert report includes highly confidential Health Grades financial and licensing agreement information throughout, including its non-public advertising revenue in paragraph 30, its non-public incremental profit rate in paragraph 51, non-public licensing information in paragraphs 64, 65 and 66, non-public financial information in paragraph 83, and non-public income, profit, revenues and costs information within attachments 1, 4, 5, 5a, 6a, 8 and 12.  This financial and licensing information is competitively sensitive and is not made public by Health Grades, which is a private company. Disclosure of this information to the public, including Health Grades' competitors, would allow it to be used by Health Grades' competitors, causing competitive damage to Health Grades.

Attached hereto as Exhibit B is a joint redacted copy of this document for public access that has both parties' highly confidential or confidential, competitively sensitive information redacted.

**Doc. No. 677-3:**

MDx's position:  *See* the Motion to Restrict (Dkt. No. 698) at pages 3 and 4.

Health Grades' position:  Health Grades' Expert Report on Damages dated December 5, 2013.  Mr. Hall's December 5, 2013, expert report includes highly confidential Health Grades financial and licensing agreement information throughout, including non-public advertising revenue, its non-public incremental profit rate, non-public licensing information, non-public financial information, and non-public income, profit, revenues and costs information within its attachments.  This information is competitively sensitive and is not made public by Health Grades, which is a private company. Disclosure of this information to the public, including

3

Health Grades' competitors, would allow it to be used by Health Grades' competitors, causing competitive damage to Health Grades.

Attached hereto as Exhibit C is a joint redacted copy of this document for public access that has both parties' highly confidential or confidential, competitively sensitive information redacted.

**Doc. No. 677-4:**

MDx's position:  *See* the Motion to Restrict (Dkt. No. 698) at page 4.

Health Grades' position:   Affidavit of Health Grades' damages expert, Mr. David Hall. Paragraph 13 of the affidavit and Attachment 4 to the affidavit reference Health Grades' non-public, competitively sensitive advertising revenue information, which if disclosed to the public, including Health Grades' competitors, would allow it to be used by Health Grades' competitors, causing competitive damage to Health Grades.

Attached hereto as Exhibit D is a joint redacted copy of this document for public access that has both parties' highly confidential or confidential, competitively sensitive information redacted.

4

**Conclusion**

For the foregoing reasons, the parties respectfully request that the Court grant this motion and order that Document Nos. 677-1, 677-2, 677-3 and 677-4 remain restricted at Restricted Level 1, and that the proposed, jointly redacted versions of Document Nos. 677-1, 677-2, 677-3 and 677-4 attached hereto be used as replacements that the public can access.

Respectfully submitted February 4, 2014.

| LEWIS ROCA ROTHGERBER LLP | SILLS CUMMIS & GROSS P.C. |
|---|---|
| s/ Jesus M. Vazquez, Jr. | s/ Scott D. Stimpson |
| Gregory B. Kanan, Esq. | Scott D. Stimpson, Esq. |
| Kris J. Kostolansky, Esq. | Trent S. Dickey, Esq. |
| Jesus M. Vazquez, Jr., Esq. | David C. Lee, Esq. |
| Adam L. Massaro, Esq. | Vincent M. Ferraro, Esq. |
| 1200 17th Street, Suite 3000 | 30 Rockefeller Plaza |
| Denver, Colorado 80202 | New York, New York 10112 |
| Tel: (303) 623-9000 | Tel: (212) 643-7000 |
| Fax: (303) 623-9222 | Fax: (212) 643-6500 |
| E-mail: gkanan@lrrlaw.com | E-mail: sstimpson@sillscummis.com |
| E-mail: kkosto@lrrlaw.com | E-mail: tdickey@sillscummis.com |
| E-mail: jvazquez@lrrlaw.com | E-mail: dlee@sillscummis.com |
| E-mail: amassaro@lrrlaw.com | E-mail: vferraro@sillscummis.com |
| *Attorneys for Plaintiff/ Counterclaim Defendant* Health Grades, Inc. | and |
| | Terence Ridley, Esq., Atty. No. 15212 |
| | Wheeler Trigg O'Donnell, LLP |
| | 370 17th Street, Suite 4500 |
| | Denver, Colorado 80202 |
| | Tel: (303) 244-1800 |
| | Fax: (303) 244-1879 |
| | E-mail: ridley@wtotrial.com |
| | *Attorneys for Defendant/ Counterclaim Plaintiff* MDx Medical, Inc., d/b/a VITALS.COM |

5

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2014, I electronically filed the foregoing **JOINT SUPPLEMENT TO MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 677-1, 677-2, 677-3 AND 677-4 [DKT. NO. 698]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                                *s:/Vincent M. Ferraro*