# EXHIBIT C

(Redacted version of Dkt. # 677-3)

# HealthGrades, Inc.

## v.

## MDx Medical, Inc. d/b/a Vitals.com

**Supplemental Expert Report of David A. Hall**

*[signature: David A. Hall]*

**December 5, 2013**



---

**ALVAREZ & MARSAL GLOBAL FORENSIC AND DISPUTE SERVICES, LLC**

**DAVID HALL STATEMENT - EXHIBIT B**

## I.   INTRODUCTION AND OVERVIEW

### A.  Assignment

1.   My assignment in this matter is described in my July 13, 2012 expert report ("July 2012 Report").  The purpose of this supplemental report is to update my damage conclusions in my July 2012 Report for information and financial data that I have received and/or analyzed since my July 2012 Report.  This new information includes financial information from the parties which allows me to extend my damages analyses from May 2012 through September 2013.  I have used the same methodologies that I describe in my July 2012 Report and my July 20, 2012 report.

### B.  Experience and Qualifications

2.   See my July 2012 Report including **Appendix A** (my resume) and **Supplemental Appendix B** (my testimony list) for information regarding my experience, and qualifications.

### C.  Information Considered

3.   See **Appendix C** to both my July 2012 Report and my July 20, 2012 Report which provides a list of the information that I have considered.  Also see **Supplemental Appendix C** to this report.

## II.   BACKGROUND INFORMATION

4.   See my July 2012 and July 20, 2012 Reports.

## III.   SUMMARY OF ANALYSIS AND OPINIONS

**A. HealthGrades' lost profits and reasonably royalty damages suffered through September 2013 as a result of Vitals' infringement of the '060 patent excluding the Aetna agreement are approximately $3,257,000.**

**B. 12% is a reasonable royalty resulting from a hypothetical negotiation with Vitals related to the '060 patent.**

**C. As an alternative measure of damages, reasonable royalty damages on all Vitals' infringing revenue through September 2013 excluding the Aetna agreement are approximately $1,393,000.**

**D. Reasonable Royalty Damages on Vitals' infringing licensing agreement with Aetna Life Insurance Company through September 2013** (REDACTED **) are approximately $88,000.**

**DAVID HALL STATEMENT - EXHIBIT B**

## IV. ANALYSIS AND OPINIONS

### A. HealthGrades' lost profits and reasonably royalty damages suffered through September 2013 as a result of Vitals' infringement of the '060 patent excluding the Aetna agreement are approximately $3,257,000.

#### 1. Damages Overview – Patent Infringement Damages

5.  See my July 2012 Report.

#### 2. General Principles For Establishing Lost Profits

6.  See my July 2012 Report.

##### a) Lost Profits Analysis

7.  See my July 2012 Report.

#### Demand

8.  See my July 2012 Report.  I have received additional information that relates to my demand analysis including financial information from the parties from June 2012 through September 2013.  **Supplemental Attachment 1** presents HealthGrades' updated advertising revenue.  **Supplemental Attachment 2** and **2a** presents Vitals' updated advertising revenue.

9.  HealthGrades' and Vitals' financial information for the period through September 2013 shows substantial and increasing advertising revenue.  See **Supplemental Attachments 1 and 12** and see **Supplemental Attachments 2, 2a and 11**.  This advertising revenue is derived from HealthGrades' and Vitals' website visits (see **Supplemental Attachments 3b, 11a, and 12a**) and supports my conclusion that there is demand for the patented product.  The following table includes Vitals and HealthGrades' advertising revenue generated from their websites for the period July 2010 to September 2013.



| Table 1 HealthGrades and Vitals Advertising Revenue ($s in thousands) | | | | |
|---|---|---|---|---|
| | 2010 (Jul-Dec) | 2011 | 2012 | 2013 (Jan-Sep) |
| REDACTED | | | | |

**DAVID HALL STATEMENT - EXHIBIT B**

10. Vitals' updated financial statements indicate that its ad revenue is a significant part—but not all—of the revenue it earns from its website. Vitals' updated financial information indicates that it earned revenue from <span style="color:red">REDACTED</span> . For the period July 2010 through September 2013 (the latest month I have data), <span style="color:red">REDACTED</span> and therefore not a basis for my damage calculations.[1] See **Supplemental Attachments 2a** and **2b**, as well as Table 2 below:

| Table 2 |
| --- |
| **Vitals Revenue by Category ($s in thousands)** |

<p style="color:red; text-align:center">REDACTED</p>

11. In my July 2012 Report and in my deposition, I identified information that indicates how both HealthGrades and Vitals promoted their websites by highlighting '060 patented features[2] and indicated how the market responded to HealthGrades and Vitals promotion of patented features. HealthGrades and Vitals' combined market share (using Vitals' damages expert's market share figures which I received after my July 2012 Report) surged from 52% in July 2010 to 69% in July 2011, just a year later. This is a 33% *increase* in

---

[1] Except for Vitals' Aetna license revenue is infringing revenue because the Aetna/Vitals agreement is the basis for HealthGrades' indirect infringement claims against MDx. Vitals' accused Aetna license revenue of <span style="color:red">REDACTED</span> of its total revenue from July 2010 through September 2013.

[2] For Vitals: First statement in its Audited Consolidated Financial Statements for years ending 2010 and 2011 is: "MDx Medical, Inc. and subsidiaries, operates as an online healthcare directory service provider: MDx allows users to compare and rate physicians on its primary website, *vitals.com* . . . ." MDX 0104447. Also, Vitals created two business overviews both titled "Business Overview: Progress, Strategy, Plans." MDX 0012688-12756 and MDX0012882-12934. These business overviews cite features such as reviews, ratings that allow for visitors to evaluate and compare providers.
See also Exhibits 1 and 2 to this report.

Confidential                           Page 3 of 11

**DAVID HALL STATEMENT - EXHIBIT B**

market share for the two companies' promoting and employing the '060 patented features. The online companies identified by Vitals' expert that do not employ (or promote) the '060 patent features dropped in market share from 48% to 31% during this same time period—a 35% *decline*. See **Supplemental Attachment 16**.

12. Another new fact that I have learned since my last report is that Vitals views the competition in the market to include just itself and HealthGrades. In a recent article, Mr. Rothschild states that, "We've committed millions and millions of dollars and a couple dozen people nonstop to building this up. Other than us and a company called HealthGrades, there's really no one else"[3]

### Manufacturing and marketing capability

13. See my July 2012 Report.

### Absence of Acceptable Non-Infringing Substitutes

14. See my July 2012 Report where I stated that "consistent with the Mor-Flo Industries, Inc. case, I have treated HealthGrades' competitors as acceptable non-infringing alternatives.[4] To the extent that these competitors are infringing or offering a non-acceptable substitute, my analysis understates HealthGrades' lost profits. Since my last report, Vitals' CEO essentially stated that the market is comprised of just Vitals and HealthGrades. This statement is consistent with Vitals' pre-litigation assessment that "Vitals has only one serious competitor."[5] Both of these sources reveal that Vitals' view of the market and its competitors (Vitals' pre-litigation view in July 2010 and Mr. Rothschild's June 2013 statement that the market is essentially just Vitals and HealthGrades) demonstrate that my apportioning lost profits to its competitors is reasonable and reliable method to determine HealthGrades' damages.

15. Based upon new information (updated for more recent time periods since my July 2012 Report), I have updated my market share analysis and calculated damages based upon apportioning Vitals' website visitors to the remaining companies. See **Supplemental Attachment 3a**. I have also apportioned Vitals' website visitors using Vitals' damages

---

[3] June 19, 2013 article titled *Vitals.com nabs $22M to prepare for influx of healthcare shoppers* (HG233307 – 233308).
[4] *State Industries, Inc. v. Mor-Flo Industries, Inc. et al.*, 883 F.2d 1573 (U.S. Court of Appeals, 1989).
[5] MDX 0012692. It is clear from the source that the one competitor is HealthGrades.

**DAVID HALL STATEMENT - EXHIBIT B**

expert's (Mr. Napper) market share analysis.  See **Supplemental Attachment 3a--Napper** and **Supplemental Attachment 4--Napper.**

## Amount of Profit

16.   See my July 2012 Report.

## Lost Revenues

17.   Based upon the new information that I have received, my further analysis of Vitals' advertising revenue for all time periods, and employing the same methodologies that I describe in my July 2012 Report, I have updated my calculation of HealthGrades' lost revenues.  This information and calculation is presented at **Supplemental Attachment 4**.  I have updated this attachment based on my further analysis of Vitals' advertising revenue[6] to identify advertising revenue for entities Vitals' acquired during the damages period.  Specifically, I was able to reasonably identify and exclude Ucomparehealthcare.com and Drscore.com advertising revenue from Vitals' infringing advertising revenue.  The results of this analysis are summarized in **Supplemental Attachment 2b.**

18.   Consistent with my July 2012 Report, I have updated my calculations to reflect additional comScore, Inc. ("comScore") data that provides a "Cross Visiting" reports that shows the number of visitors who clicked on the two websites.  See **Supplemental Attachment 3b** for the information on the percentage of co-visitors and visitors who did not go to both websites.  Using this additional information, I applied the actual co-visitors factors by time period (which ranged from 53% to 58%) to yield Vitals' infringing revenue reduced for the impact of co-visitors for the period July 2010 through September 2013.  See **Supplemental Attachment 4**.

19.   To determine what HealthGrades' revenues would have been but-for Vitals' infringement, I determined the established market share for HealthGrades at points in time during the period of infringement.[7]  See **Supplemental Attachment 3a.** I then reconstructed the

---

[6] I indicated in my July 2012 report (at paragraph 6) that I did not receive Vitals' complete and detailed revenue information until the week my report was due.  After recently receiving Vitals' financial information for periods June 2012 through September 2013, I analyzed all of the information and was able to identify advertising revenue from the new entities that Vitals' has acquired and have removed that revenue from my damages calculations.

[7] I did this by using updated comScore data (from July 2010 through September 2013), Vitals' 2010 business overview, and discussions with HealthGrades' personnel.

**DAVID HALL STATEMENT - EXHIBIT B**

market excluding Vitals to determine HealthGrades' market share in the "but-for" scenario.[8]

20. Based on information that I have received since my July 2012 Report, I reconstructed the market based on my assessment of the HealthGrades' market share and also based on Vitals' expert's market share. These calculations were made at **Supplemental Attachment 3a** and **Supplemental Attachment 3a--Napper.**

21. I then applied the market share statistics to calculate the amount of revenue that HealthGrades would have reasonably earned. **Supplemental Attachment 4** and **Supplemental Attachment 4--Napper** includes these calculations which yield $2.9 million of lost revenue and $3.0 million based on Mr. Napper's market share analysis.

## Incremental (Avoided/Variable Costs)

22. I performed the same avoided costs/variable cost analysis on the new and updated HealthGrades' financial information I now have that is through September 2013. See **Supplemental Attachment 5**.

23. To calculate HealthGrades' lost profits, I applied the incremental profit percentage to each period's lost revenue. See **Supplemental Attachment 4.**

## HealthGrades' Lost Profits and Reasonable Royalty Damages

24. To calculate HealthGrades' lost profits from Vitals' infringement of the '060 patent from July 2010 through September 2013, I calculated the incremental profit rate based on the lost revenue. This calculation is on **Supplemental Attachment 4** and yields approximately $2,215,000 of lost profits HealthGrades suffered as a result of Vitals' infringement of the '060 patent. Lost profits are $2,267,000 using Mr. Napper's market share analysis (see **Supplemental Attachment 4 – Napper**).

---

Vitals' July 2010 Business Overview included a section titled "Marketplace & Competition" within the Business Overview, where Vitals identified five companies with monthly searches for doctors: HealthGrades, Vitals, UCompare Health Care, Angie's List, and Rate MDs. I included all of these companies in my market share analysis (MDX 0012724-725).
[8] I reconstructed the market in accord with the market reconstruction analysis in *State Industries, Inc. v. Mor-flo Industries*, et al., 883 F.2d 1573 (U.S. Court of Appeals, 1989).

25. Since HealthGrades is entitled to no less than a reasonable royalty, I have applied a reasonable royalty rate to Vitals' infringing ad revenue amounts that were not subject to lost profits. As discussed in detail later in this report and in my July 2012 Report, I determined a reasonable royalty rate from a hypothetical negotiation of 12%. Applying this reasonably royalty to Vitals' ad revenue not subject to a lost profits measure of damages yields reasonable royalty damages of approximately $1,043,000. Reasonable royalty damages based on Mr. Napper's market share analysis would be $1,036,000.

26. The total of both lost profits and reasonably royalty damages suffered through September 2013 as a result of Vitals' infringement of the '060 patent excluding the Aetna agreement are approximately $3,257,000.

27. Table 3 at the end of this report summarizes lost profits and reasonable royalty damage amounts through September 30, 2013. All of these amounts will need to be updated through the date of trial based on Vitals' infringing revenue beyond September 2013.

**B. 12% is a reasonable royalty resulting from a hypothetical negotiation with Vitals related to the '060 patent**

28. See my July 2012 Report.

**1. Reasonable Royalty Considerations**

**a) HealthGrades Licensing Policy**

29. See my July 2012 Report.

**b) HealthGrades and Vitals Existing License Agreements**

30. See my July 2012 Report. HealthGrades' licenses are summarized at **Supplemental Attachment 6a**. Vitals' licenses are summarized at **Supplemental Attachment 6b**.

**c) HealthGrades' Competitive Position with Vitals**

31. Since my July 2012 Report, Vitals' CEO described the competitive position of the parties: "Other than us and a company called HealthGrades, there's really no one else."[9] This supports my conclusion that the competitive positions between the parties imparts an upward influence on a royalty rate.

---

[9] HG233307 – 233308.

**DAVID HALL STATEMENT - EXHIBIT B**

**d) Vitals anticipated high levels of revenue and profitability from its use of the patented features at the time of the hypothetical negotiation.**

32.  See my July 2012 Report.

**e) Excess Profit/Analytical Approach**

33.  See my July 2012 Report.  I have updated the two excess profit/analytical approaches that I described in my July 2012 Report for new information I received since my July 2012 Report.

34.  For the first approach I described—comparison of HealthGrades' profit margin from its use of the '060 patent to an industry benchmark—I now have WebMD's[10] reported EBITDA margin through 2012[11] and also have updated information for HealthGrades' EBITDA margin for departments which utilize the '060 patent.[12]  The average EBITDA margin differential is 35%.

35.  For the second approach I described—comparison of HealthGrades' profit margin from its use of the '060 patent to the profit margin of its overall operations—I have updated information for HealthGrades' EBITDA margin for departments which utilized the '060 patent.  Comparing these profit rates to HealthGrades' 2010 to 2012 averaged budgeted EBITDA margins for its entire operations (see **Supplemental Attachment 8**) yields a profit differential of 33%.

36.  The two approaches to the analytical method that I had the data to use yielded the following excess profit rates:  35% (comparison to industry) and 33% (comparison to HealthGrades overall operations).  The average of these two excess profit percentages is

---

[10] According to WebMD's website, it is "the leading provider of health information services . . ." Its Annual Report filed March 1, 2013 describes its business as:  "We are a leading provider of health information services to consumers, physicians and other healthcare professionals, employers and health plans through our public and private online portals, mobile platforms and health-focused publications.  We engage consumers, physicians and other healthcare professionals across a multi-screen experience, allowing us to empower and enable health decisions . . ."  And, *"The WebMD Health Network*, our network of public portals for consumers and healthcare professionals, includes *www.WebMD.com* (which we sometimes refer to as *WebMD Health* ), our primary public portal for consumers, . . ."
Vitals identifies WebMD as a public comparable company (MDX 0012927) but not a competitor.
[11] WebMD's EBITDA margin was 24% in 2010; 23% in 2011; and 4% in 2012. Its projected EBITDA for 2013 and 2014 was 23% and 25%, respectively.  Source:  S&P Capital IQ McGraw Hill Financial.
[12] 42% in 2010; 62% in 2011; 57% in 2012; and 52% for 2013 (see **Supplemental Attachment 1**).

Confidential                          Page 8 of 11

**DAVID HALL STATEMENT - EXHIBIT B**

34% and is a reasonable initial assessment based on widely accepted methodology—the analytical approach.

37.  I updated the co-visitor impact by applying the 45% co-visitor percentage[13] to the average excess profit rate which yields 15% (45% x 34%).

38.  In addition to the two excess profit/analytical approaches that I described in my July 2012 Report, I described another assessment that HealthGrades would have reasonably considered.  I have updated this economic assessment for new and updated information and it yields:  HealthGrades established market share of 57% × co-visitor rate of 46% × its incremental profit rate of 83% (see **Attachment 5a** from my July 2012 Report) which yields 22%.

39.  It is reasonable that HealthGrades would start the negotiation for a royalty rate at either 15% or 22% (or an approximate mid-point of 19%).  A rational and reasonable negotiation[14] with both parties strongly asserting their positions[15] would reasonably lead to a split from a starting point of 19% to 10%.  From 10%, I evaluate the impact of the Georgia Pacific factors.

**f)  Reasonable Royalty Rate Conclusion**

40.  Based on my evaluation of all of the factors discussed in this and my July 2012 Report including the very high profit margins from advertising revenue and the Georgia Pacific factors (see **Supplemental Attachment 9** and my July 2012 Report) which have an overall upward influence on a royalty negotiation, I have concluded that a 12% royalty rate would have been the reasonable outcome of a hypothetical negotiation in July 2010.

---

[13] 55% was the average shared visitor rate for the July 2010 through October 2013 time period.  100% minus 55% equals 45%, the portion HealthGrades would reasonably expect to achieve.

[14] See my deposition testimony for descriptions of negotiating points for both parties.  Hall deposition 141:21-25; 142:8-16; 144:2-22; 180:22-24; and 221:21-22.

[15] HealthGrades asserting that it could meet all of the website demand for visitors with the knowledge that it had earned 83% incremental profit on all addition ad revenue generated from its increased advertising revenue earned through its website visitors.  Vitals asserting that it has other features to attract visitors, that it had attracted visitors, and that Vitals also having the patented features on its website would create more website traffic would benefit both Vitals and HealthGrades.

Confidential                          Page 9 of 11

**DAVID HALL STATEMENT - EXHIBIT B**

**C. As an alternative measure of damages, reasonable royalty damages on all Vitals' infringing revenue through September 2013 excluding the Aetna agreement are approximately $1,393,000.**

41.    If the court determines that HealthGrades is entitled to damages on basis of reasonable royalty (and not both lost profits and reasonable royalty), its reasonable royalty damages for the period July 1, 2010 through September 30, 2013 are approximately $1,393,000. This figure is calculated by applying a 12% reasonable royalty to Vitals' advertising revenue which is generated through its infringing website.  See **Supplemental Attachment 4.**  This figure will need to be updated through the date of trial based on Vitals' infringing revenue beyond September 2013.

**D. Reasonable Royalty Damages on Vitals' infringing licensing agreement with Aetna Life Insurance Company through (** REDACTED **) September 2013 are approximately $88,000.**

42.    See my July 20, 2012 Report.  REDACTED

43.    I have summarized the fee revenue that Vitals received for services performed under the Database Development SOW and Patient Review System SOW, including discounts and refunds at **Supplemental Attachment 14.**  REDACTED

44.    I              REDACTED

.  See **Supplemental Attachment 14**.  This is conservative.  Both HealthGrades' licensing policy (not to license '060 patent) and its competitive position with Vitals reasonably leads to the conclusion that HealthGrades would not have agreed to the same compensation whether Vitals is the end user or if Vitals subsequently licenses HealthGrades '060 patent to others.  If HealthGrades granted such a right, it would have been for a higher royalty rate.

**DAVID HALL STATEMENT - EXHIBIT B**

## V. Summary of Damages.

45. Based on my analyses and bases described above and in my July 13 and 20, 2012 Reports, the following table summarizes my damages opinions.

| | 2010 Jul - Dec | 2011 | 2012 | 2013 Jan – Sept | Total **Jul 2010 - Sep 2013** | Oct 2013 - End of Trial | Total Damages |
|---|---|---|---|---|---|---|---|
| **Table 3** — HealthGrades Lost Profits and Reasonable Royalty Damages | | | | | | | |
| _Lost Profits + Reasonable Royalty:_ | | | | | | | |
| Lost profits on apportioned revenue | $274,219 | $583,111 | $ 741,917 | $615,317 | **$2,214,564** | TBD | TBD |
| Reasonable royalty on infringing ad revenue not in lost profits measure | 128,045 | 240,080 | 357,491 | 317,262 | **1,042,878** | TBD | TBD |
| Lost profits + reasonable royalty | $402,264 | $823,191 | $1,099,408 | $932,579 | **$3,257,442** | TBD | TBD |
| Reasonable royalty- Aetna license | - | 22,539 | 47,143 | 18,120 | **87,802** | - | $87,802 |
| Total Damages | $402,264 | $845,730 | $1,146,551 | $950,699 | **$3,345,244** | TBD | TBD |
| _Alternative to Lost Profits:_ | | | | | | | |
| Reasonable royalty on infringing ad revenue | $175,054 | $329,790 | $ 474,635 | $413,156 | **$1,392,635** | TBD | TBD |
| Reasonable royalty- Aetna license | - | 22,539 | 47,143 | 18,120 | **87,802** | - | $87,802 |
| Total Damages | $175,054 | $352,329 | $ 521,778 | $431,276 | **$1,480,437** | TBD | TBD |

46. If I substituted Mr. Napper's market share analysis for mine, HealthGrades' total lost profits damages are $2,266,931 and applying a 12% reasonably royalty to Vitals' ad revenue not subject to a lost profits measure of damages yields reasonable royalty damages are $1,035,650 = $3,302,581. Adding $87,802 in Aetna agreement damages yields total damages of $3,390,383. See **Supplemental Attachment 4--Napper**.

**DAVID HALL STATEMENT - EXHIBIT B**

**HealthGrades, Inc.**
HealthGrades Departmental Income Statements

<div align="right">

**Supplemental
Attachment 1**

</div>



**Sources:**
HealthGrades Financial statements:
   2010 departments include Dept. 24, Dept. 28, Dept. 63, inHealth LLC, Dept. 29 and Dept. 64
   2011 departments include Dept. 24, Dept. 63, inHealth LLC, Dept. 25 and Dept. 64
   2012 and 2013 deparments include Dept. 125, Dept. 263, Dept. 410, Dept. 425, Dept. 464, Dept. 465, and Dept. 466
   Deparments identified based on conversations with Allen Dodge, former Executive Vice President and CFO of HealthGrades and Carl Long, SVP of Financ

**Notes:**
   PDC and PDC Solutions are included in the PDC Sales line items for 2012-2013.
   For consistency, Sales & Marketing expenses are included in Professional Fees, and Travel & Entertainment expenses are included in Miscellaneous.

**DAVID HALL STATEMENT - EXHIBIT B**

**MDX Medical, Inc**                                              **Supplemental**
**Audited Income Statements**                                    **Attachment 2**

REDACTED

Sources / Notes:
 *(1)* MDx Audited Financial Statements (MDX000104440-466)
 *(2)* MDx Audited Financial Statements (MDX0106534-560)
 *(3)* Amortization of Intangibles from Acquisition in 2011.

**DAVID HALL STATEMENT - EXHIBIT B**

**MDX Medical, Inc.**
Detailed Income Statement
July 2010 through September 2013

**Supplemental**
**Attachment 2a**

REDACTED

**DAVID HALL STATEMENT - EXHIBIT B**

**MDX Medical, Inc.**                                            **Supplemental**
Detailed Income Statement                                        **Attachment 2a**
July 2010 through September 2013

<span style="color:red">REDACTED</span>

Page 2 of 5

**DAVID HALL STATEMENT - EXHIBIT B**

**MDX Medical, Inc.**                                                    **Supplemental**
Detailed Income Statement                                        **Attachment 2a**
July 2010 through September 2013

<span style="color:red">REDACTED</span>

**DAVID HALL STATEMENT - EXHIBIT B**

**MDX Medical, Inc.**                                                **Supplemental**
Detailed Income Statement                                    **Attachment 2a**
July 2010 through September 2013

REDACTED

**DAVID HALL STATEMENT - EXHIBIT B**

**MDX Medical, Inc.**                                    **Supplemental**
Detailed Income Statement                            **Attachment 2a**

<span style="color:red">REDACTED</span>

Source:
  MDX's Detailed Income Statements; see MDX DETAILED INCOME STATEMENTS 2008 2010 2011 2012  Sep 2013.xlsx

**DAVID HALL STATEMENT - EXHIBIT B**

**MDX Medical, Inc.**                                   **Supplemental**
Advertising Revenue                                      **Attachment 2b**

<span style="color:red">REDACTED</span>

Source:  MDX DETAILED INCOME STATEMENTS 2008 2010 2011 2012  Sep 2013.xlsx

**DAVID HALL STATEMENT - EXHIBIT B**

## Market Share Analysis

<div align="right">

**Supplemental**
**Attachment 3a**

</div>

### June 2011

| | A | B | C = A, less Vitals | D | E = D x 16,194 | F |
|---|---|---|---|---|---|---|
| | Total Unique Visitors (000) | % of total | Total Unique Visitors without Vitals (000) | % of total | Total Unique Visitors with Vitals visitors spread to market (000) | % of total |
| 1.  HEALTHGRADES.COM | 7,720 | 48% | 7,720 | 58% | 9,363 | 58% |
| 2.  ANGIESLIST.COM | 2,842 | 18% | | 0% | 0 | 0% |
| 3.  VITALS.COM | 2,730 | 17% | 2,730 | 20% | 3,311 | 20% |
| 4.  UCOMPAREHEALTHCARE.COM | 2,076 | 13% | 2,076 | 16% | 2,518 | 16% |
| 5.  ZOCDOC.COM | 284 | 2% | 284 | 2% | 344 | 2% |
| 6.  RATEMDS.COM | 277 | 2% | 277 | 2% | 335 | 2% |
| 7.  LOCATEADOC.COM | 266 | 2% | 266 | 2% | 322 | 2% |
| | 16,194 | 100% | 13,352 | 100% | 16,194 | 100% |

### June 2012

| | A | B | C = A, less Vitals | D | E = D x 18,528 | F |
|---|---|---|---|---|---|---|
| | Total Unique Visitors (000) | % of total | Total Unique Visitors without Vitals (000) | % of total | Total Unique Visitors with Vitals visitors spread to market (000) | % of total |
| 1.  HEALTHGRADES.COM | 8,822 | 48% | 8,822 | 57% | 10,573 | 57% |
| 2.  ANGIESLIST.COM | 3,516 | 19% | 3,516 | 23% | 4,213 | 23% |
| 3.  VITALS.COM | 3,067 | 17% | | 0% | 0 | 0% |
| 4.  UCOMPAREHEALTHCARE.COM | 2,002 | 11% | 2,002 | 13% | 2,399 | 13% |
| 5.  ZOCDOC.COM | 563 | 3% | 563 | 4% | 675 | 4% |
| 6.  RATEMDS.COM | 335 | 2% | 335 | 2% | 402 | 2% |
| 7.  LOCATEADOC.COM | 223 | 1% | 223 | 1% | 267 | 1% |
| | 18,528 | 100% | 15,461 | 100% | 18,528 | 100% |

### June 2013

| | A | B | C = A, less Vitals | D | E = D x 21,408 | F |
|---|---|---|---|---|---|---|
| | Total Unique Visitors (000) | % of total | Total Unique Visitors without Vitals (000) | % of total | Total Unique Visitors with Vitals visitors spread to market (000) | % of total |
| 1.  HEALTHGRADES.COM | 9,999 | 47% | 9,999 | 55% | 11,797 | 55% |
| 2.  ANGIESLIST.COM | 5,177 | 24% | 5,177 | 29% | 6,107 | 29% |
| 3.  VITALS.COM | 3,262 | 15% | | 0% | 0 | 0% |
| 4.  UCOMPAREHEALTHCARE.COM | 1,523 | 7% | 1,523 | 8% | 1,797 | 8% |
| 5.  ZOCDOC.COM | 973 | 5% | 973 | 5% | 1,148 | 5% |
| 6.  RATEMDS.COM | 408 | 2% | 408 | 2% | 481 | 2% |
| 7.  LOCATEADOC.COM | 65 | 0% | 65 | 0% | 76 | 0% |
| | 21,408 | 100% | 18,145 | 100% | 21,408 | 100% |

Sources:
   comScore Key Measures reports; market assessments by Vitals and HealthGrades. Vitals' July 2010 Business Overview
   included statement that "Vitals has only one serious competitor" which can be discerned from Business Overview to be
   HealthGrades (MDX 0012692).  In a section titled "Marketplace & Competition" within the Business Overview, Vitals
   identifies five companies with monthly searches for doctors:  HealthGrades, Vitals, UCompare Health Care, Angie's List, and
   Rate MDs.  I have include all of these companies in my market share analysis.

Note:
   Beginning in September 2012, comScore no longer reported traffic figures for LocateADoc.com.  For June 2013, I have
   applied LocateADoc.com's last reported traffic figure from August 2012.

<div align="right">

**DAVID HALL STATEMENT - EXHIBIT B**

</div>

**Market Share Analysis**                          **Supplemental**
<span style="color:blue">Reflecting Mr. Napper's Market Share Data</span>   **Attachment 3a - Napper**

### July 2010

| | A | B | C = A, less Vitals | D | E = D x 18,143 | F |
|---|---|---|---|---|---|---|
| | Total Unique Visitors (000) | % of total | Total Unique Visitors without Vitals (000) | % of total | Total Unique Visitors with Vitals visitors spread to market (000) | % of total |
| HEALTHGRADES.COM | 6,658 | 36.7% | 6,658 | 43.4% | 7,880 | 43% |
| VITALS.COM | 2,812 | 15.5% | | 0.0% | 0 | 0% |
| All Other | 8,672 | 47.8% | 8,672 | 56.6% | 10,263 | 57% |
| | 18,143 | 100.0% | 15,331 | 100% | 18,143 | 100% |

### January 2011

| | A | B | C = A, less Vitals | D | E = D x 19,817 | F |
|---|---|---|---|---|---|---|
| | Total Unique Visitors (000) | % of total | Total Unique Visitors without Vitals (000) | % of total | Total Unique Visitors with Vitals visitors spread to market (000) | % of total |
| HEALTHGRADES.COM | 7,986 | 40.3% | 7,986 | 49.4% | 9,787 | 49% |
| VITALS.COM | 3,646 | 18.4% | | 0.0% | 0 | 0% |
| All Other | 8,184 | 41.3% | 8,184 | 50.6% | 10,030 | 51% |
| | 19,817 | 100.0% | 16,171 | 100% | 19,817 | 100% |

### July 2011

| | A | B | C = A, less Vitals | D | E = D x 17,190 | F |
|---|---|---|---|---|---|---|
| | Total Monthly Searches (000) | % of total | Total Monthly Searches without Vitals (000) | % of total | Total Monthly Searches with Vitals visitors spread to market (000) | % of total |
| HEALTHGRADES.COM | 8,853 | 51.5% | 8,853 | 62.3% | 10,705 | 62% |
| VITALS.COM | 2,974 | 17.3% | | 0.0% | 0 | 0% |
| All Other | 5,363 | 31.2% | 5,363 | 37.7% | 6,485 | 38% |
| | 17,190 | 100.0% | 14,216 | 100% | 17,190 | 100% |

HealthGrades Average Market Share withtout Vitals, January 2011 & July 2011       56%

Sources:
  Expert Report of Brian W. Napper, p. 8; MDX0007062-7072

**DAVID HALL STATEMENT - EXHIBIT B**

**Cross Visiting Analysis between HealthGrades and Vitals.com**

<div align="right">

**Supplemental
Attachment 3b**

</div>

| Period | Total Unique Visitors to Vitals.com (000) | Shared Visitors with HealthGrades (000) | Shared Visitors % |
|---|---|---|---|
| Jul-10 | 2,643 | 1,510 | 57.1% |
| Aug-10 | 2,666 | 1,441 | 54.1% |
| Sep-10 | 2,780 | 1,524 | 54.8% |
| Oct-10 | 2,761 | 1,646 | 59.6% |
| Nov-10 | 2,905 | 1,411 | 48.6% |
| Dec-10 | 2,714 | 1,309 | 48.2% |
|  | **16,469** | **8,841** | **53.7%** |
|  |  |  |  |
| Jan-11 | 3,310 | 1,756 | 53.1% |
| Feb-11 | 2,995 | 1,633 | 54.5% |
| Mar-11 | 2,935 | 1,738 | 59.2% |
| Apr-11 | 2,685 | 1,289 | 48.0% |
| May-11 | 2,802 | 1,408 | 50.2% |
| Jun-11 | 2,842 | 1,490 | 52.4% |
| Jul-11 | 2,652 | 1,311 | 49.4% |
| Aug-11 | 3,134 | 1,731 | 55.2% |
| Sep-11 | 3,139 | 1,644 | 52.4% |
| Oct-11 | 3,032 | 1,528 | 50.4% |
| Nov-11 | 2,898 | 1,519 | 52.4% |
| Dec-11 | 2,623 | 1,567 | 59.7% |
|  | **35,047** | **18,614** | **53.1%** |
|  |  |  |  |
| Jan-12 | 3,111 | 1,675 | 53.8% |
| Feb-12 | 2,984 | 1,630 | 54.6% |
| Mar-12 | 3,217 | 1,781 | 55.4% |
| Apr-12 | 2,970 | 1,667 | 56.1% |
| May-12 |  |  |  |
| Jun-12 |  |  |  |
| Jul-12 | 3,431 | 1,917 | 55.9% |
| Aug-12 | 3,637 | 2,184 | 60.0% |
| Sep-12 | 3,080 | 1,796 | 58.3% |
| Oct-12 | 3,803 | 2,381 | 62.6% |
| Nov-12 | 3,514 | 2,036 | 57.9% |
| Dec-12 | 3,123 | 1,559 | 49.9% |
|  | **32,870** | **18,626** | **56.7%** |
|  |  |  |  |
| Jan-13 | 4,030 | 2,371 | 58.8% |
| Feb-13 | 3,498 | 2,071 | 59.2% |
| Mar-13 | 3,712 | 2,025 | 54.6% |
| Apr-13 | 3,874 | 2,104 | 54.3% |
| May-13 | 3,757 | 2,025 | 53.9% |
| Jun-13 | 3,262 | 1,855 | 56.9% |
| Jul-13 | 3,499 | 2,160 | 61.7% |
| Aug-13 | 3,446 | 2,306 | 66.9% |
| Sep-13 | 3,449 | 1,905 | 55.2% |
| Oct-13 | 3,196 | 1,820 | 56.9% |
|  | **35,723** | **20,642** | **57.8%** |
|  |  |  |  |
| **Total** | **84,386** | **46,081** | **54.6%** |

**Source:**
    1. comScore monthly Cross Visiting Reports

<div align="right">

**DAVID HALL STATEMENT - EXHIBIT B**

</div>

**HealthGrades Lost Profits and Reasonable Royalty Damages**

**Supplemental Attachment 4**

|  |  | July 2010 to December 2010 REDACTED | 2011 | 2012 | January 2013 to September 2013 | Total |
|---|---|---|---|---|---|---|
| *A* |  |  |  |  |  |  |
| *B* |  |  |  |  |  |  |
| *C = A x (1-B)* | HealthGrades Revenue Subject to Market Share Analysis | ▉ ▉ | ▉ ▉ | ▉ ▉ | ▉ ▉ | $ ▉ |
| *D* | HealthGrades Market Share without Vitals (see **Attachment 3a**) | 58% | 58% | 57% | 55% |  |
| *E = C x D* | HealthGrades Revenue Subject to Lost Profits Analysis | ▉ ▉ | ▉ ▉ | ▉ ▉ | ▉ ▉ | $ ▉ |
| *F* | HealthGrades Incremental Profit Rate | 70% | 78% | 76% | 77% |  |
| *G = E × F* | **HealthGrades Lost Profits** | $ 274,219 | $ 583,111 | $ 741,917 | $ 615,317 | $ 2,214,564 |
| *H = A - E* | REDACTED |  |  |  |  |  |
| *I* | Reasonable Royalty Rate | 12% | 12% | 12% | 12% |  |
| *J = H x I* | **Reasonable Royalty on Infringing Revenue not in Lost Profits** | $ 128,045 | $ 240,080 | $ 357,491 | $ 317,262 | $ 1,042,878 |
| *K = G + J* | **Total Lost Profits Plus Reasonable Royalty** | $ 402,264 | $ 823,191 | $ 1,099,408 | $ 932,579 | $ 3,257,442 |
| *L = A x I* | REDACTED |  |  |  |  |  |

Note:

(1) Source: Monthly Detailed Income Statements, MDX 0104672 to MDX 0104736 and "MDX DETAILED INCOME STATEMENTS 2008 2010 2011 2012 Sep 2013.xlsx" See Supplemental Attachment 2a.

**DAVID HALL STATEMENT - EXHIBIT B**

**HealthGrades Lost Profits and Reasonable Royalty Damages**
Reflecting Napper's Market Share Data

**Supplemental**
**Attachment 4 - Napper**

| | | July 2010 to December 2010 REDACTED | 2011 | 2012 | January 2013 to September 2013 | |
|---|---|---|---|---|---|---|
| *A* | | | | | | |
| *B* | | | | | | |
| *C = A x (1-B)* | HealthGrades Revenue Subject to Market Share Analysis | ▮ ███ | ▮ ███ | ▮ ███ | ▮ ███ | $ ███ |
| *D* | HealthGrades Market Share without Vitals Using Napper's Data (2) | 43% | 56% | 62% | 62% | |
| *E = C x D* | HealthGrades Revenue Subject to Lost Profits Analysis | ▮ ███ | ▮ ███ | ▮ ███ | ▮ ███ | $ ███ |
| *F* | HealthGrades Incremental Profit Rate | 70% | 78% | 76% | 77% | |
| *G = E × F* | **HealthGrades Lost Profits** | $ 203,301 | $ 563,003 | $ 806,997 | $ 693,630 | $ 2,266,931 |
| *H = A - E* | REDACTED | | | | | |
| *I* | Reasonable Royalty Rate | 12% | 12% | 12% | 12% | |
| *J = H x I* | **Reasonable Royalty on Infringing Revenue not in Lost Profits** | $ 140,203 | $ 243,174 | $ 347,215 | $ 305,058 | $ 1,035,650 |
| *K = G + J* | **Total Lost Profits Plus Reasonable Royalty** | $ 343,504 | $ 806,177 | $ 1,154,212 | $ 998,688 | $ 3,302,581 |
| *L = A x I* | REDACTED | | | | | |

Note:
(1) Source:  Monthly Detailed Income Statements, MDX 0104672 to MDX 0104736 and "MDX DETAILED INCOME STATEMENTS 2008 2010 2011 2012  Sep 2013.xlsx"  See Supplemental Attachment 2a.

(2) Mr. Napper's Market Share data is presented on page 8 of his report.  See Supplemental Attachment 3a - Napper for an analysis of his data.

**DAVID HALL STATEMENT - EXHIBIT B**

**HealthGrades, Inc.**
**Variable Expense Analysis**

**Supplemental**
**Attachment 5**

| | Expense Classification | Jul 2010 to Dec 2010 | | | 2011 | | |
|---|---|---|---|---|---|---|---|
| | | $ | Percent of Revenue | Percent Variable | $ | Percent of Revenue | Percent Variable |
| Revenue | | $ 20,035,174 | 100% | | $ 74,695,593 | 100% | |

**DAVID HALL STATEMENT - EXHIBIT B**

**HealthGrades, Inc.**
**Variable Expense Analysis**

Supplemental
Attachment 5

| | Expense Classification | Jul 2010 to Dec 2010 | | | 2011 | | |
|---|---|---|---|---|---|---|---|
| | | $ | Percent of Revenue | Percent Variable | $ | Percent of Revenue | Percent Variable |

**DAVID HALL STATEMENT - EXHIBIT B**

**HealthGrades, Inc.**
**Variable Expense Analysis**

**Supplemental**
**Attachment 5**



| Jul 2010 to Dec 2010 | 2011 |

**Sources:**

HealthGrades Financial statements:

2010 departments include Dept. 24, Dept. 28, Dept. 63, inHealth LLC, Dept. 29 and Dept. 64

2011 departments include Dept. 24, Dept. 63, inHealth LLC, Dept. 25 and Dept. 64

Deparments identified based on conversations with Allen Dodge, former Executive Vice President and CFO of HealthGrades.

**DAVID HALL STATEMENT - EXHIBIT B**

HealthGrades, Inc.
Variable Expense Analysis

Supplemental
Attachment 5

| | Expense Classification | 2012 | | | Jan 2013 through Sep 2013 | | |
|---|---|---|---|---|---|---|---|
| | | $ | Percent of Revenue | Percent Variable | $ | Percent of Revenue | Percent Variable |
| Revenue | | $ 78,230,074 | 100% | | $ 68,898,049 | 100% | |

**DAVID HALL STATEMENT - EXHIBIT B**

**HealthGrades, Inc.**
Variable Expense Analysis



Depreciation:

**DAVID HALL STATEMENT - EXHIBIT B**

**HealthGrades, Inc.**
**Variable Expense Analysis**

**Supplemental**
**Attachment 5**

| 2012 | Jan 2013 through Sep 2013 |
|---|---|



**Sources:**

HealthGrades Financial statements:

Departments include Dept. 125, Dept. 263, Dept. 410, Dept. 425, Dept. 464, Dept. 465, and Dept. 466

Deparments identified based on conversations with Allen Dodge, former Executive Vice President and CFO of HealthGrades and Carl Long, SVP of Finance at HealthGrades.

**DAVID HALL STATEMENT - EXHIBIT B**

**HealthGrades, Inc.**
**Variable Expense Analysis**
2008 to June 2010

**Supplemental**
**Attachment 5a**

| | | Jan 2008 to Jun 2010 | | |
| Expense | | | Percent of | Percent |
| Classification | $ | | Revenue | Variable |

████████

███████████
██████████████████
██████████████████████
██████████████████████████
████████████████████████████
████████████████████
███████

██████████████
███████████████████
████████████
███████████████
██████████████
███████████

██████████████
█████████████████████
██████████████████
██████████████████
█████████████████████
███████████

████████████████
██████████████
████████████████████
██████████████████████
█████████████████████████

**DAVID HALL STATEMENT - EXHIBIT B**

HealthGrades, Inc.  
Variable Expense Analysis  
2008 to June 2010

Supplemental  
Attachment 5a

| Expense Classification | Jan 2008 to Jun 2010 | | |
|---|---|---|---|
| | $ | Percent of Revenue | Percent Variable |



DAVID HALL STATEMENT - EXHIBIT B

**HealthGrades, Inc.**
**Variable Expense Analysis**
2008 to June 2010

**Supplemental**
**Attachment 5a**

| Expense Classification | Jan 2008 to Jun 2010 | | |
| --- | --- | --- | --- |
| | $ | Percent of Revenue | Percent Variable |



**DAVID HALL STATEMENT - EXHIBIT B**

**HealthGrades, Inc.**
**Variable Expense Analysis**
2008 to June 2010

**Supplemental**
**Attachment 5a**



**Sources:**

HealthGrades Financial statements:

    2008 departments include Dept. 20, Dept. 21, Dept. 24, Dept. 27, Dept. 28 and Dept 63

    2009 departments include Dept. 20, Dept. 21, Dept. 24, Dept. 28 and Dept 63

    2010 departments include Dept. 24, Dept. 28, Dept. 63, inHealth LLC, Dept. 29 and Dept. 64

    Departments identified based on conversations with Allen Dodge, Executive Vice President and CFO of HealthGrades

**DAVID HALL STATEMENT - EXHIBIT B**



**DAVID HALL STATEMENT - EXHIBIT B**

REDACTED

DAVID HALL STATEMENT - EXHIBIT B

<span style="color:red">REDACTED</span>

DAVID HALL STATEMENT - EXHIBIT B

REDACTED

MDx Medical, Inc.                                                                 **Supplemental**
**Base Plan**                                                                     **Attachment 7a**

*Source:  MDx financial projection (MDX 0101069)*

**DAVID HALL STATEMENT - EXHIBIT B**

**MDx Medical, Inc.**
**Growth Plan**

REDACTED

**Supplemental**
**Attachment 7b**

*Source:  MDx financial projection (MDX 0101070)*

*Note:*
[1]  *MDx' forecast for advertising revenue excludes its assumed revenue for DTP.  This appears to be a calculation error.  For the purpose of this analysis, DTP revenue is included in MDx' advertising revenue forecast.*

**DAVID HALL STATEMENT - EXHIBIT B**

Vitals'                                                                  Supplemental
**Actual & Forecasted Financial Information**                            **Attachment 7c**

REDACTED

*Source:*

   *MDX 0012731 and calculations*

**DAVID HALL STATEMENT - EXHIBIT B**

**HealthGrades, Inc.**
Consolidated Income Statements



**DAVID HALL STATEMENT - EXHIBIT B**

Supplemental
Attachment 9

### Analysis of Georgia Pacific Factors

**Factor #1:**   **The royalties received by the patentee for licensing of the '060 patent, proving or tending to prove an established royalty.**

See Attachment 9 to my July 2012 Report.

**Factor #2:**   **The rates paid by the licensee (Vitals) for the use of other patents comparable to the patent in suit.**

See Attachment 9 to my July 2012 Report.  REDACTED

.[1]

**Factor #3:**   **The nature and scope of the license, as exclusive or non-exclusive; or as restricted or non-restricted in terms of territory or with respect to whom the manufactured product may be sold.**

See Attachment 9 to my July 2012 Report.

**Factor #4:**   **The licensor's established policy and marketing program to maintain its patent monopoly by not licensing others to use the invention or by granting licenses under special conditions to preserve the monopoly.**

See Attachment 9 to my July 2012 Report.

**Factor #5:**   **The commercial relationship between the licensor and the licensee.**

See Attachment 9 to my July 2012 Report.  In addition, since my July 2012 Report, Vitals' CEO described the competitive position of the parties:  "Other than us and a company called HealthGrades, there's really no one else."[2]  This supports my conclusion that the competitive positions between the parties imparts an upward influence on a royalty rate.

**Factor #6:**   **The effect of selling the patented specialty in promoting sales of other products of the licensee; existing value of the invention to licensor as a generator of sales of his non-patented items; and the extent of such derivative or convoyed sales.**

Both HealthGrades and Vitals generate significant revenues and profits from their websites which utilize the '060 patent.  REDACTED
                                                                    This is a neutral to positive influence on a royalty rate.

**Factor #7:**   **The duration of the patent and the term of the license.**

See Attachment 9 to my July 2012 Report.

---

[1] REDACTED
[2] HG233307 – 233308.

**DAVID HALL STATEMENT - EXHIBIT B**

Supplemental
Attachment 9

### Analysis of Georgia Pacific Factors

**Factor #8:**     **The established profitability of the product made under the patent; its commercial success; and its current popularity.**

See Attachment 9 to my July 2012 Report.  HealthGrades has realized significant advertising revenues and a high rate of profit from the product which uses the '060 patent—its website.  Vitals has also realized advertising revenues from its infringing website.  The current popularity of the products using the patent—HealthGrades' and Vitals' websites—is strong and growing.

See **Supplemental Attachment 1, 2, 2a, 3a, 3b, 11, 12, and 16.**   This factor has an upward influence on the royalty rate.

**Factors #9/10:**     **The utility and advantages of the patent property over the old modes and devices, if any that had been used for working out similar results AND the nature of the patented invention; the character of the commercial embodiment of it as owned and produced by the licensor; and the benefits to those who have used the invention.**

See Attachment 9 to my July 2012 Report.

**Factor #11:**     **The extent to which the infringer has made use of the invention; and any evidence of probative of the value of that use.**

REDACTED                                                                  (**Supplemental Attachment 2a**)

using the features of the '060 patent for the period July 2010 through September 2013.  Also, at the time of the hypothetical negotiation, REDACTED

(**Supplemental Attachment 7a**)

which indicates its planned profitable use of the invention.  This factor has an upward influence on the royalty rate.

**Factors #12/13:**  **The portion of the profit or the selling price that may be customary in the particular business or in comparable businesses to allow for the use of the invention or analogous inventions AND the portion of the realizable profit that should be credited to the invention as distinguished from non-patented elements, the manufacturing process, business risks, or significant features or improvements added by the infringer.**

Please see the body of my reports for a detailed discussion of these factors.

**Factor #14:**     **The opinion of qualified experts.**

I am well qualified and experienced to express the opinions described throughout my report and its attachments.

**DAVID HALL STATEMENT - EXHIBIT B**

## Analysis of Georgia Pacific Factors

**Factor #15:**     **The amount that a licensor (such as the patentee) and the licensee (such as the infringer) would have agreed upon if both had been reasonably and voluntarily trying to reach an agreement; that is, the amount which a prudent licensee – who desired, as a business proposition, to obtain a license to manufacture and sell a particular article embodying the patented invention – would have been willing to pay as a royalty and yet be able to make a reasonable profit and which amount would have been acceptable by a prudent patentee who was willing to grant a license.**

My conclusion on reasonable royalty is based on all of the information that I have reviewed, considered, and analyzed in this matter.  It is also based on my education and 25 years of experience.  My opinion is that a reasonable royalty rate in this case for Vitals is 12% of its accused advertising revenue.  My basis for a 12% reasonable royalty is both described in the above sections of this report and also based on a qualitative/quantitative assessment of the Georgia Pacific factors discussed above.

**DAVID HALL STATEMENT - EXHIBIT B**

**Vitals'**
**Financial Projections Including**
**Reasonable Royalty Rate**

**Supplemental**
**Attachment 10**

<span style="color:red">REDACTED</span>

*Sources:*
   *MDX 0012731 and calculations*
   *MDx financial projection (MDX 0101069)*

**DAVID HALL STATEMENT - EXHIBIT B**

REDACTED

Supplemental
Attachment 11

# Vitals' Advertising Revenue by Month

Confidential – Attorneys Only

**DAVID HALL STATEMENT - EXHIBIT B**

Case 1:11-cv-00520-RM-BNB Document 677-3 Filed 12/11/13 USDC Colorado Page 48 of 64

Supplemental
Attachment 11a

Confidential – Attorneys Only

**DAVID HALL STATEMENT - EXHIBIT B**

Supplemental
Attachment 12

# HealthGrades' Advertising Revenue by Month



Confidential – Attorneys Only

**DAVID HALL STATEMENT - EXHIBIT B**



Supplemental
Attachment 12a

**HealthGrades' Visitors by Month**

Unique
Visitors
(000s)

Confidential – Attorneys Only

**DAVID HALL STATEMENT - EXHIBIT B**

Supplemental
Attachment 13

# Vitals' 2010 Projections with and without Royalty Payments

<span style="color:red">REDACTED</span>

Confidential – Attorneys Only

**DAVID HALL STATEMENT - EXHIBIT B**

Case No. 1:11-cv-00520-RM-NW   Document 748-2   filed 02/04/14   USDC Colorado   pg 53
Case 1:11-cv-00520-RM-BNB   Document 677-3   Filed 12/11/13   USDC Colorado   Page 52 of
64
of 65

Supplemental
Attachment 13a

*Millions*

<span style="color:red">REDACTED</span>

# Vitals' 2010 Projections with and without Royalty Payments

Confidential – Attorneys Only

**DAVID HALL STATEMENT - EXHIBIT B**

Supplemental
Attachment 13b

## Vitals' 2010 Projections with and without Royalty Payments

REDACTED

Confidential – Attorneys Only

**DAVID HALL STATEMENT - EXHIBIT B**

**Payments Received by Vitals for the Aetna Agreement**

REDACTED

Source:  MDX DETAILED INCOME STATEMENTS 2008 2010 2011 2012  Sep 2013.xlsx

**DAVID HALL STATEMENT - EXHIBIT B**

**HealthGrades, Inc.**
**Variable Expense Analysis with Respect to Data Licensing**

| | Expense Classification | Jul 2010 to Dec 2010 | | | 2011 | | | Jan 2012 to Apr 2012 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | $ | Percent of Revenue | Percent Variable | $ | Percent of Revenue | Percent Variable | $ | Percent of Revenue | Percent Variable |

**DAVID HALL STATEMENT - EXHIBIT B**

**HealthGrades, Inc.**
**Variable Expense Analysis with Respect to Data Licensing**

Supplemental
Attachment 15

| | Expense Classification | Jul 2010 to Dec 2010 | | | 2011 | | | Jan 2012 to Apr 2012 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | $ | Percent of Revenue | Percent Variable | $ | Percent of Revenue | Percent Variable | $ | Percent of Revenue | Percent Variable |



**Sources:**

HealthGrades Financial statements:

   2010 departments include Dept. 24, Dept. 28, Dept. 63, inHealth LLC, Dept. 29 and Dept. 64

   2011 departments include Dept. 24, Dept. 63, inHealth LLC, Dept. 25 and Dept. 64

   2012 departments include Dept. 63, Dept. 00, Dept. 65, Dept. 66 and Dept. 25

   Deparments identified based on conversations with Allen Dodge, Executive Vice President and CFO of HealthGrades

**DAVID HALL STATEMENT - EXHIBIT B**

Supplemental
Attachment 16

# Market Share Analysis



*"Other than us and a company called HealthGrades, there's really no one else."*
      *- Vitals' CEO Mitch Rothschild, June 2013*

*"Vitals has only one serious competitor."*
      *- Vitals' Business Overview, July 2010*

— HealthGrades + Vitals    — All Other

Sources:  September 17, 2012 Expert Report of Brian W. Napper, page 8

Confidential – Attorneys Only

**DAVID HALL STATEMENT - EXHIBIT B**

| David A. Hall | Supplemental Appendix B |
|---|---|
| Testimony Experience – Last Four Years | |

1.  <u>Reynolds Inc.  v.  Pascal Construction Co.</u>, District Court, City and County of Denver, Colorado; Deposition 2013; 2012CV6261

2.  <u>Jeffrey Benton and Zoo Fans, Inc. v. Avedon Engineering, Inc.; Airius IP Holdings, LLC; and Airius, LLC</u>, U.S. District Court for the District of Colorado; Trial 2013, Deposition 2011; 10-CV-01899-RBJ-KLM

3.  <u>David Patterson, et al. v. BP America Production Company f/k/a Amoco Production Company</u>, District Court, City and County of Denver, Colorado; Deposition 2013; 03-CV-9926

4.  <u>Qwest Corporation v. City of Santa Fe, a New Mexico Municipal corporation</u>, U.S. District Court for the District of New Mexico; Deposition 2012, Trial 2013; 10-CV-00617-RB/KBM

5.  <u>United States of America, ex rel. Richard J. Klein v. Omeros Corporation and Gregory Demopulos,</u> U.S. District Court for the District of Washington at Seattle; Deposition 2012; 09-CV-1342 JCC

6.  <u>Health Grades, Inc. v. MDX Medical, Inc. d/b/a VITALS.COM</u>, U.S. District Court for the District of Colorado; Deposition 2012;  11-CV-00520-PAB-BNB

7.  <u>Texana Rice Mill, Ltd. and Texana Rice, Inc. v. Bayer CropScience, Inc., et al</u>, U.S. District Court for the Eastern District of Missouri, Eastern Division; Deposition 2012 and 2011; 4:06-MD-01811-CDP

8.  <u>Great Western Railway of Colorado, LLC v. Front Range Energy, LLC</u>, Denver, Colorado; JAG Deposition and Arbitration 2012; 11-1069A

9.  <u>National Oilwell Varco, L.P. v. Pason Systems USA Corp.,</u> U.S. District Court for the District of Colorado; Trial 2011

10. <u>Tetra Tech Tetra Tech EC, Inc.  v.  Jerry Herling Construction, Inc. and Jerry Herling</u>, U.S. District Court for the District of Wyoming; Trial 2011

11. <u>Securities and Exchange Commission v. Rajnish K. Dean and Stormy L. Dean</u>, U.S. District Court for the District of Nebraska; Deposition 2011

12. <u>Gulf Pacific Rice Co., et al. v. Bayer CropScience, Inc., et al</u>, U.S. District Court for the Eastern District of Missouri, Eastern Division; Deposition 2011

13. <u>Newport Health Network, Inc. d/b/a Newport Audiology Centers  and Newport Health Network Holding, LLC  v.  Laura A. Smallen, Maureen Keene, et al.</u>, District Court, City and County of Denver, Colorado; Deposition 2011

14. <u>Creditanstalt Investment Bank, AG, et al. v.  Holme Roberts & Owen, LLP, et al.</u>, District Court, City and County of Denver, Colorado; Deposition 2010, Trial 2011

15. <u>SA Neurelec  v.  Otologics, LLC, et al.</u>, District Court, City and County of Denver, Colorado; Deposition 2010, Trial 2011

**DAVID HALL STATEMENT - EXHIBIT B**

**David A. Hall**                               **Supplemental Appendix B**
**Testimony Experience – Last Four Years**

16. <u>Varco Canada Limited et al.   v.  Pason Systems Corp. and Pason Systems Inc.</u>, Canadian Federal Court; Trial 2011

17. <u>Cadeka Microcircuits, LLC v. Fairchild Semiconductor Corporation and Kota Microcircuits, Inc.</u>, District Court, Larimer County, Colorado; Deposition 2010

18. <u>Superior Plaster and Drywall, Inc . v. Akzo Nobel Paints LLC</u>, Denver JAG; Arbitration 2010

19. <u>Beck Development, LLC v. Akzo Nobel Paints LLC</u>, Denver JAG; Arbitration 2010

20. <u>Storm Rock Sandestin, LLC and Howard Rock Venture, LLC v. Howard Grand, LLC and J. Keith Howard</u>, New York JAMS; Deposition and Arbitration 2010

21. <u>Reiner Riezler and Servi Med GmbH  v.  Metabolite Laboratories, Inc., et al.</u>, U.S. District Court for the District of Colorado; Deposition 2010

22. <u>Steven J. Abraham, et al.  v.  BP America Production Company</u>, U.S. District Court of New Mexico; Deposition 2010

23. <u>Phil Long Denver Jeep Chrysler, LLC v. Chrysler Group LLC</u>, American Arbitration Association; Arbitration 2010

24. <u>Layton Dodge, Inc. v. Chrysler Group LLC</u>, American Arbitration Association; Arbitration 2010

25. <u>Manuel Dodge v. Chrysler Group LLC</u>, American Arbitration Association; Arbitration 2010

26. <u>Tilda Ltd. v. Bayer CropScience, Inc., et al</u>, U.S. District Court for the Eastern District of Missouri; Deposition 2010

27. <u>Elite Media Partners, LLC v. Great-West Healthcare of Colorado, Inc., et al</u>, District Court, Arapahoe County, Colorado; Deposition 2010

28. <u>TAC Liquidating Trust  v.  Los Alamos National Security, LLC</u>, U.S. Civilian Board of Contract Appeals, Washington, D.C.; Deposition 2009

**DAVID HALL STATEMENT - EXHIBIT B**

In addition to all of the information cited by Mr. Hall's in his July 13th Report (and Appendix C to that report) and his July 20th Report, the following facts and data have been considered:

**Legal Filings**

1. Health Grades, Inc.'s Motion For Leave to Amend Its Ccomplant to Assert Causes of Action for Joint Infringement and Indirect Infringement, dated July 13, 2012

2. Parties' Joint Stipulated Motion to Stay the Case for 45 Days to Allow for Mediation and to Extend the Current Case Deadlines by 45 Days, dated July 27, 2012

3. MDx Medical Inc.'s Motion to Amend Scheduling Order to Specify Due Date for Motions to Exclude Expert Testimony, or in the Alternative, for an Extension of Time to File Motions to Exclude Expert Testimony, dated October 24, 2012

4. Unopposed Emergency Motion for Extension of Time to File Dispositive Motions and Motions to Exclude Expert Testimony, dated October 29, 2012

5. MDX Medical, Inc.'s Motion to Exclude Expert Testimony of Mr. David Hall Pursuant to FED. R. EVID. 403 and 702, and Daubert v. Merrell Dow Pharms., Inc., 509 U.S. 579 (1993), dated November 2, 2012

6. MDX Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment (1) that Health Grades is not Entitled to Lost Profits; and (2) Royalty Rates May Not Be Applied to Revenue of the Entire Accused Website, dated November 2, 2012

7. Health Grades, Inc.'s Opposition to MDX Medical, Inc.'s Motion to Exclude Expert Testimony of Mr. David Hall, Including Exhibits A-G, dated November 27, 2012

8. Health Grades, Inc.'s Response in Opposition to MDX's Motion Pursuant to Federal Rule of Civil Procudure 56 for Partial Summary Judgment (1) that Health Grades is Not Entitled to Lost Profits; and (2) Royalty Rates May Not Be Applied to Revenue of the Entire Accused Website, Including Exhibits A-D, dated November 27, 2012

9. Health Grades, Inc.'s Errata Submission to Correct Mistakes in Docket # 411 and Docket # 411-3, including Exhibits, dated December 5, 2012

10. Second Amended Complaint and Demand for Jury Trial dated February 12, 2013

**Expert Reports**

11. Expert Report of Philip Greenspun, Ph.D., dated July 13, 2012
12. Declaration of Richard G. Cooper, D.Sc., dated July 13, 2012
13. Rebuttal Report of Philip Greenspun, Ph.D., dated September 17, 2012
14. Expert Report of Brian W. Napper dated September 17, 2012

**DAVID HALL STATEMENT - EXHIBIT B**

Facts and Data Considered

**Deposition Transcripts**
15. David Hicks, dated January 11, 2012
16. Scott Montroy, dated January 16, 2012, volumes I-II
17. David Hall, dated October 4, 2012
18. Brian Napper, dated October 10, 2012

**comScore Data and Other**
19. HG210474 - HG210795
20. HG234938 - HG234983
21. Copy of Cross_Visiting_October_2010.xls

**HealthGrades Financial Information**
22. HG233326 - HG233327
23. HG233598 - HG233607
24. HG234930 - HG234937

**MDx Financial Information**
25. MDX DETAILED INCOME STATEMENTS 2008 2010 2011 2012  Sep 2013.xlsx
26. MDX DETAILED INCOME STATEMENTS 2008;2010;2011;2012; Sep 2013.xlsx
27. MDX 0104988 - MDX 0106560

**MDx Licensing Agreements**
28. MDX 0104859 - MDX 0104863
29. MDX 0104897 - MDX 0104969
30. MDX 0106584 - MDX 0106643
31. MDX 0107046 - MDX 0107056
32. MDX 0107060 - MDX 0107137

**MDx Market Share Analyses**
33. MDX 0104982
34. MDX 0104984 - MDX 0104987

**DAVID HALL STATEMENT - EXHIBIT B**

**MDx Marketing Information**
35.  MDX 0104970 - MDX 0104981
36.  MDX 0104983
37.  MDX 0106561 - MDX 0106583
38.  MDX 0106644 - MDX 0107045
39.  MDX 0107057 - MDX 0107059

**Other Bates Stamped Documents**
40.  HG233307 - HG233308

**Research**
41.  State Industries, Inc. v. Mor-Flo Industries, Inc. et al., 883 F.2d 1573 (U.S. Court of Appeals, 1989).
42.  Vitals Media Kit obtained from www.vitals.com/about/services/brands-agencies
43.  Capital IQ - WebMD Financials through September 30, 2013

**DAVID HALL STATEMENT - EXHIBIT B**

find a doctor - Google Search                                              Page 1 of 2

Search   Images   Maps   Play   YouTube   News   Gmail   Documents   More                Sign in

find a doctor

**Search**        About 366,000,000 results

Web              Ads                                                          Ads

Images           **Same Day Emergency Care** | trinitydentalcenters.com ✅    **ENT Doctor** Directory ⓘ
                 www.trinitydentalcenters.com/                                www.sinusreliefsolutions.com/
Videos           Accept All Major Insurance Plans 7 Convenient Locations      Find an ENT **doctor** practicing the
                                                                              latest techniques in sinus surgery.
News             **Doctor Ratings - Want The Best Local Doctor?** ✅
                 www.angieslist.com/                                          **Find A Doctor** ✅
Shopping         Read Patient Reviews - Join Now!                             www.local.com/
                                                                              Search Businesses At Local.com
More             **Find a Doctor Today | physicians**.mdvip.com ✅            For **Find A Doctor** Near You!
                 physicians.mdvip.com/
Show search tools Join MDVIP Today And Experience A New Approach to Primary Care.   **Find a Doctor Near You** ⓘ
                 Patients ✅ · Physicians ✅ · Businesses ✅ · Choose A Doctor ✅   www.stlukesvintage.com/
                                                                              St. Luke's Hospital - in Tomball
                 **WebMD Physician Directory - Find a Doctor** in Your Area ✅   Let us help you **find a Doctor**.
                 doctor.webmd.com/ - Cached - Similar
                 **Find a doctor** with the WebMD Physician Directory and get information including the   **Finding Dr. Right for You** ✅
                 physician's education/training, practice information, health insurance ...   www.cyfairhospital.com/
                 Specialist Glossary ✅ · WebMD Local ✅ · WebMD Health Manager ✅   **Finding a physician** has never been
                                                                              easier with our free online tool!
                 **Find A Doctor** ✅
                 www.findadoctor.com/ - Cached - Similar                      **Doctor's Best** ✅
                 find a doctor, findadoctor, **find a physician**, doctor list, doctor search, doctor finder, **find a**   www.drugstore.com/DoctorsBest
                 **physician**, physicians, doctor, provider search, medical physician, physician directory, ...   drugstore.com is rated
                 Doctor Registration ✅ · Doctors for group practice ... ✅ · About Us ✅ · Services ✅   Buy **Doctor's** Best Supplements.
                                                                              Free Shipping On $25+ User Reviews.
                 **Find a Doctor | Find a Physician - Healthgrades** 🏅 SECURE
                 www.healthgrades.com/find-a-doctor - Cached - Similar        **Find A Physician** ✅
                 As health consumers we want the best care possible. HealthGrades is the leading provider of   www.whitepages.com/
                 information to help you find the right **doctor** that best meets your ...   Find Local Area Physicians by
                                                                              Specialty, City, or Zip, All Free!
H6 →             **HealthGrades > Find a Doctor | Doctor Reviews | Hospital Ratings** ✅
                 🏅 SECURE                                                     **Houston Doctors** ✅
                 www.healthgrades.com/ - Cached - Similar                     www.yellowpages.com/
                 Healthgrades – How America Finds a **Doctor**. Healthgrades is the leading independent health   Find Houston Physicians & Surgeons
                 care ratings company. Research **doctors**, hospitals, medical ...   Clinics, Family Practitioners.
                 Find a Doctor 🏅 SECURE · Find a Doctor by Specialty 🏅 SECURE · Find a Hospital
                 🏅 SECURE · Find a Dentist 🏅 SECURE                           **Doctor Ratings** ✅
                                                                              www.vitals.com/
H6 →             **Houston Family Doctors - Family Practice near Houston, TX (Texas)**   Improve Your Customer Experience.
                 🏅 SECURE                                                     **Physician** Search & Data Services.
                 www.healthgrades.com/family-practice-directory/tx-texas/houston - Cached - Similar
                 Home › **Find a Doctor** › Find a Family Medicine Physician ...

Vitals →         **Doctor Reviews and Doctor Ratings | Compare & Find Doctors** | Vitals ✅
                 www.vitals.com/ - Cached - Similar
                 **Find a doctor** and book an appointment online. FREE access to two million **doctor reviews**
                 **and ratings**. **Find doctor** appointments by insurance.

                 **Find a doctor - Doctor reviews and ratings** | RateMDs.com ✅
                 www.ratemds.com/ - Cached - Similar
                 **Find a doctor** or dentist. Free site for rating your doctors and dentists. Over one million
                 **ratings** for physicians in the U.S. and Canada. Australia, UK, India, and ...

                 Texas Children' s Hospital | **Find A Doctor** ✅
                 www.texaschildrens.org/Locate/**Find-a-Doctor**/ - Cached
                 Use the Texas Children' s Hospital **Find A Doctor** tool to locate a doctor or surgeon to help
                 treat your child' s health condition. Search by name or specialty.

                 Doctorfinder ✅

http://www.google.com/search?q=find+a+doctor&hl=en&gbv=2&gs_l=heirloom-hp.1.0.0l1...   27.09.12

**DAVID HALL STATEMENT - EXHIBIT B**

Page 1 of 1

+You  Search  Images  Maps  Play  YouTube  News  Gmail  More                                    Sign in

**Google**    vitals.com

Web   Images   Maps   Shopping   More ▾   Search tools

About 19,300,000 results (0.39 seconds)

Ad related to **vitals.com**

**Vitals.com**
www.vitals.com/ ▾
Powerful Search Tools Make Finding The Right Doctors Quick And Easy.
Vitals has 450 followers on Google+

Orthopedic Surgeons          Pediatricians
Family Physicians            Urgent Care
Cardiologists

**Vitals: Doctor Reviews and Doctor Ratings | Compare & Find Doctors**
www.vitals.com/ ▾
Find a doctor and book an appointment online. FREE access to two million doctor
reviews and ratings. Find doctor appointments by insurance.

**Doctor Reviews and Ratings**          **Sign-in**
Vitals provides online unbiased        Login to Vitals and manage your
doctor reviews and ratings so ...       profile. Patients take charge of ...

**Find a Doctor**                       **The Vitals Blog**
Our Find a Doctor and Find a Dentist    The Vitals Blog - Doctor News and
tools make sorting ...                   Healthy Living from Vitals.com.

**Site Map**                            **Contact Us**
Site Map. Consumer Services Top.        Contact us at Vitals 24/7 with any
Home page – Always check the ...         questions you have regarding ...

**Rate your doctor**                    **Patient Education**
On a scale of 1-4 stars, rate your      Prepare for your doctor visit with
doctor in the following categories:      Vitals Patient Guide. Know what ...

**About Us**                            **For Hospitals & Doctors**
Contact Us - For Advertisers - Press    Vitals patient link program delivers
Center - ...                             new patients to doctors by ...

More results from vitals.com »

**Vitals | LinkedIn**
www.linkedin.com/company/vitals.com ▾
Welcome to the company profile of **Vitals** on LinkedIn. **Vitals** aims to make better
health possible by building personalized tools that enable patients to ...

**Vitals (website) - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Vitals_(website) ▾
http://www.**vitals.com**/about/vitals; ^ **Vitals**.com Traffic and Demographic Statistics by
Quantcast; ^ "**Vitals**.com finds physicians, draws first institutional VC round" ...

**Vitals (vitals.com) | CrunchBase Profile**
www.crunchbase.com › Companies ▾
**Vitals** aims to make better health possible by building personalized tools that enable
patients to navigate a complex health system.

**www.vitals.com - Similar Sites and Reviews | Xmarks**
www.xmarks.com/site/www.vitals.com/ ▾
Xmarks site page for vitals www.**vitals**.com with topics, reviews, ratings and
comments. Find a doctor with **Vitals**.com. Free doctor profiles include reviews,
ratings ...

Ads related to **vitals.com**

**Doctor Ratings**
www.ask.com/Doctor+Ratings ▾
Doctor Ratings. Discover and Explore on Ask.com!

**Vitals.com**
www.wow.com/Vitals.com ▾
Search **Vitals**.com Look Up Quick Results Now!

**Local Vitals.com - Find Local Doctors in your area**
www.localhometown.com/ ▾
Patient Reviews included.

**Vitals**
Website

Vitals is an online resource for patients to find
and connect with doctors. Although the site
focuses on doctors in the United States, it also
provides limited international physician listings.
Wikipedia

**Recent posts**

Where does the success of the Affordable Care
Act lie? #HealthCare #AffordableCareAct
#ObamaCare Nov 15, 2013
Who Are the Young Invincibles? - The Vitals Blog

Feedback / More info

1  2  3  4  5  6  7  8  9  10    **Next**

Help    Send feedback    Privacy & Terms

**DAVID HALL STATEMENT - EXHIBIT B**