IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

## HEALTH GRADES, INC.'S AMENDED UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. #369]

---

Plaintiff Health Grades, Inc. ("Heath Grades"), by its counsel, respectfully submits its Amended Unopposed Motion for Leave to Supplement its Brief in Support of its Motion for Partial Summary Judgment. This amended motion seeks to clarify Paragraph No. 74 of Health Grades' Supplemental Brief [Doc. #673-1]. Health Grades bases its motion upon the following grounds:

1. In Paragraph No. 74 of its initial filing, Health Grades made reference to all of the deposition testimony that was cited by MDx in its invalidity contentions and cited by Dr. Cooper in his expert report on invalidity. However, not all of that deposition testimony was submitted to the PTO. Certain deposition testimony that was not germane to Health Grades' Motion for Partial Summary Judgment [Doc. #369] was not submitted.

2. An amended page two of the Supplemental Brief clarifying Paragraph No. 74 is attached hereto.

2004616440_1

- 2 -

WHEREFORE, Health Grades respectfully requests that the Court, in ruling on Health Grades' unopposed motion for leave [Doc. #673], substitute the attached page two for the page two which was set forth in the original filing.

### Certificate of Compliance with D.C.COLO.LCivR 7.1A

Counsel for Health Grades conferred with counsel for MDx Medical, Inc. ("MDx") regarding the relief requested herein.  MDx does not oppose the requested relief.

Respectfully submitted this 5th day of February, 2014.

s/ Kris J. Kostolansky
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Adam L. Massaro Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@lrrlaw.com
       kkosto@lrrlaw.com
       jvazquez@lrrlaw.com
       amassaro@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2014, I electronically filed the foregoing **HEALTH GRADES, INC.'S AMENDED UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. #369]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
　　　　vferraro@sillscummis.com
　　　　dlee@sillscummis.com
　　　　tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com

　　　　　　　　　　　　　　　　　　　　*s/ Kris J. Kostolansky*
　　　　　　　　　　　　　　　　　　　　Kris J. Kostolansky, Esq.