IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MDX MEDICAL, INC.'S MOTION FOR RECONSIDERATION UNDER *Fed. R. Civ. P. 72* OF THE JANUARY 3, 2014 ORDER IMPOSING SANCTIONS AND FOR A HEARING [Doc. 720]**

Plaintiff Health Grades, Inc. ("Health Grades"), through its counsel, hereby requests a seven-day enlargement of time, through and including February 17, 2014, within which to respond to MDx Medical, Inc.'s ("MDx") Motion for Reconsideration Under *Fed. R. P. 72* of the January 3, 2014 Order Imposing Sanctions and for a Hearing [Doc. 720] (the "Motion"). Health Grades basis its Motion upon the following grounds:

1.  Pursuant to Local Rule D.C.COLO.LCivR 7.1(a), Health Grades has conferred with opposing counsel. MDx has no objection to the relief requested herein.

2.  Health Grades' response to the Motion is due on February 10, 2014.

3.  On January 28, 2014, this Court set a hearing on Health Grades' Partial Summary Judgment [Doc. 369] for February 13, 2014 at 9:00 a.m. [Doc. 732.] The last summary judgment hearing held by this Court on October 25, 2013 covered multiple issues in depth. (*See*

2004582038_1

[Doc. 636] (listing total in court time as 4 hours and 11 minutes). Counsel expects the hearing scheduled for February 13, 2014 may also cover multiple issues in depth.

4. The parties counsel also agreed to meet in person on February 11, 2014 to conference regarding the approximately 250 pages of jury instructions and verdict forms as the parties continue to work toward preparing proposed jury instructions and verdict forms that must be submitted by February 28, 2014 [Doc. 741].

5. In light of the need to dedicate a significant amount of time preparing for the recently set Summary Judgment hearing, the jury instruction conference, and addressing other pressing matters, Health Grades requests a seven-day enlargement of time to file a response to [Doc. 720].

6. MDx has no objection to Health Grades seeking an enlargement of time up to and including February 17, 2014 to file the response.

7. A copy of this motion for enlargement of time has been served upon Health Grades pursuant to D.C. COLO.LCivR 6.1(c).

8. A proposed order granting the relief requested in this Motion is filed herewith in .pdf format only and has also been e-mailed as a Word document to Chambers in compliance with Civ. Practice Standard IV.I.1 (citing D.C. Colo. ECF Proc. V.L.2).

WHEREFORE, Health Grades respectfully requests that it be given through and including February 17, 2014 to respond to the Motion.

Respectfully submitted February 7, 2014.

          *s/ Kris J. Kostolansky*
          Gregory B. Kanan, Esq.
          Kris J. Kostolansky, Esq.
          Jesús M. Vázquez, Jr., Esq.
          Adam L. Massaro Esq.
          1200 17th Street, Suite 3000
          Denver, Colorado  80202
          Tel:  (303) 623-9000
          Fax:  (303) 623-9222
          Email: gkanan@lrrlaw.com
                  kkosto@lrrlaw.com
                  jvazquez@lrrlaw.com
                  amassaro@lrrlaw.com

          *Attorneys for Plaintiff/Counterclaim Defendant*
          *Health Grades, Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 7, 2014, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MDX MEDICAL, INC.'S MOTION FOR RECONSIDERATION UNDER** *Fed. R. Civ. P. 72* **OF THE JANUARY 3, 2014 ORDER IMPOSING SANCTIONS AND FOR A HEARING [Doc. 720]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
   vferraro@sillscummis.com
   dlee@sillscummis.com
   tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com

Harris Troutman
Health Grades, Inc.
999 18th Street, Suite 600
Denver, CO 80202
E-mail:  htroutman@healthgrades.com

              *s/ Kris J. Kostolansky*
              Kris J. Kostolansky, Esq.