**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Raymond P. Moore**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

**ORDER RE PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO MDX MEDICAL, INC.'S MOTION FOR RECONSIDERATION
UNDER *Fed. R. Civ. P. 72* OF THE JANUARY 3, 2014 ORDER IMPOSING SANCTIONS
AND FOR A HEARING [Doc. 720]**

---

This Court having considered Health Grades, Inc.'s Unopposed Motion for Enlargement of Time to Respond to MDx Medical, Inc.'s Motion for Reconsideration Under *Fed. R. Civ. P. 72* of the January 3, 2014 Order Imposing Sanctions and for a Hearing [Doc. 720], and finding the same to be well-taken, hereby GRANTS Health Grades through and including February 17, 2014 within which to response to [Doc. 720] .

It is so ORDERED.  Dated this _____ day of February, 2014.

BY THE COURT

_____
RAYMOND P. MOORE
United Stated District Judge

2004606506_1