# EXHIBIT K

Attorneys' Eyes Only

Page 1

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2              IN THE UNITED STATES DISTRICT COURT
 3                  FOR THE DISTRICT OF COLORADO
 4     Case No. 11-CV-00520-PAB-BNB
 5     _____
 6     30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,
 7     Representative John Neal
 8     and
 9     DEPOSITION OF JOHN NEAL
10     June 13, 2012
11     _____
12
       HEALTH GRADES, INC.,
13
       Plaintiff,
14
       v.
15
       MDX MEDICAL, INC. d/b/a VITALS.COM,
16
       Defendant.
17     _____
18
19
20
21
22
23
24
25       Job No. NJ399592
```

Veritext/NJ Reporting Company
800-227-8440                                         973-410-4040

Attorneys' Eyes Only

Page 2

```
 1            CONFIDENTIAL - ATTORNEYS EYES ONLY
 2     APPEARANCES:
 3        MERCHANT & GOULD
              By Kristin L. Stoll-DeBell, Esq.
 4              1050 17th Street
                Suite 1950
 5              Denver, CO 80265
                Phone: 303.357.1670
 6              Fax: 303.357.1671
                kstolldebell@merchant-gould.com
 7              Appearing on behalf of the
                plaintiff
 8
 9        ROTHGERBER JOHNSON & LYONS LLP
              By Jesus Manuel Vazquez Jr., Esq.
10              1200 Seventeenth Street
                Suite 3000
11              Denver, CO 80202-5855
                Phone: 303.623.9000
12              Fax: 303.623.9222
                jvazquez@rothgerber.com
13              Appearing on behalf of the
                Plaintiff
14
          SILLS CUMMIS & GROSS, PC
15            By Scott D. Stimpson,  Esq.
                David C. Lee, Esq.
16              30 Rockefeller Plaza
                New York, NY 10112
17              Phone: 212.643.7000
                Fax: 212.653.6500
18              sstimpson@sillscummis.com
                Appearing on behalf the Defendant
19
20
21
22
23
24
25
```

Attorneys' Eyes Only

Page 3

1    CONFIDENTIAL - ATTORNEYS EYES ONLY
2         Pursuant to Notice and the Federal Rules of
3    Civil Procedure, the 30(b)(6) Deposition of Health
4    Grades, Inc. and Deposition of John Neal, called by
5    Defendant, was taken on Wednesday, June 13, 2012,
6    commencing at 8:22 a.m., at 1200 Seventeenth Street,
7    Suite 3000, Denver, Colorado, before Kelly A.
8    Mackereth, Certified Shorthand Reporter, Registered
9    Professional Reporter, Certified Realtime Reporter
10   and Notary Public within Colorado.
11
                      * * * * * *
12                     I N D E X
13
     EXAMINATION                                      PAGE
14
       BY MR. STIMPSON                                   6
15     BY MR. VAZQUEZ                                  316
16
     PRODUCTION REQUEST(S):
17
      None.
18
19
20
21
22
23
24
25

Attorneys' Eyes Only

Page 6

1        CONFIDENTIAL - ATTORNEYS EYES ONLY

2                   * * * * * * *

3                  P R O C E E D I N G S

4                      JOHN NEAL,

5    having been first duly sworn, was examined and

6    testified as follows:

7                     EXAMINATION

8    BY MR. STIMPSON:

9            (Exhibits 44 and 45 marked.)

10       Q    Good morning, Mr. Neal.

11       A    Good morning.

12       Q    I'm Scott Stimpson.  I'll be taking your

13   deposition today.  Have you ever had your deposition

14   taken before?

15       A    No.

16       Q    Well, I'll be asking you questions, and

17   you'll be expected to answer completely and

18   truthfully.  Okay?

19       A    Um-hum, yes.

20       Q    And from time to time your lawyer may

21   object, but you'll still be expected to answer the

22   question.  All right?  So if you can please pay

23   attention to the question even if there's some

24   colloquy between counsel.  Okay?

25       A    Yes.

```
 1            CONFIDENTIAL - ATTORNEYS EYES ONLY
 2     right next time, okay?  I don't appreciate that,
 3     okay?  I don't think MDx appreciates it either, okay?
 4              MR. VAZQUEZ:  You can --
 5         Q    (BY MR. STIMPSON)  Mr. Neal --
 6              MR. VAZQUEZ:  Just --
 7         Q    (BY MR. STIMPSON)  Mr. Neal --
 8              MR. VAZQUEZ:  -- state your questions and
 9     I'll make my objections.
10         Q    (BY MR. STIMPSON) -- do you have any
11     evidence that MDx has copied anything from Health
12     Grades?
13         A    Um, I don't have direct evidence.
14         Q    Okay.  Okay.  So anything that you're
15     talking about copying would just be your opinion,
16     right?
17         A    It's opinion supported by fact.
18         Q    Okay.  And do you have any more specific
19     facts?
20         A    That's not an analysis that I have
21     prepared for this meeting.
22         Q    I'm just asking you, do you have any more
23     specific facts?
24         A    I don't right now.
25         Q    How about the patent claims?
```

Attorneys' Eyes Only

Page 196

1        CONFIDENTIAL - ATTORNEYS EYES ONLY
2             MR. VAZQUEZ:  Form.
3        Q    (BY MR. STIMPSON)  Is there anything about
4    the patent claims that you can say definitively right
5    now that you think MDx copied from Health Grades?
6             MR. VAZQUEZ:  Object to form.
7        A    Absolutely.  In fact, the thing that I see
8    as being most problematic is facilitating the ability
9    to search using ratings, physician ratings.
10       Q    (BY MR. STIMPSON)  Search using ratings?
11       A    Yeah, in the display of the ratings on the
12   search results page.
13       Q    Oh, okay.  All right.  You think that's --
14   all right.  So just let me back up for a bit then.
15   Let's just get a list of them, okay?
16       A    Um-hum.
17       Q    What is it -- and feel free to look at the
18   patent if you want to.
19       A    I mean, I'm familiar.  I told you I read
20   it some time ago.  I'm very familiar with the
21   elements of the patent.  So I have a general layman's
22   understanding of what it entails.
23       Q    So this is the stuff that you think MDx
24   copied that relates to the patent.  The results list
25   showing ratings, right?

Attorneys' Eyes Only

Page 197

1        CONFIDENTIAL - ATTORNEYS EYES ONLY
2        A    There are different forms of presentation
3   that they could use that, I would think, would be in
4   violation of the patent but, of course, that's up to
5   the attorneys to decide and the courts.
6        Q    I'm just trying to get a list, Mr. Neal.
7        A    Yes.
8        Q    What is it that you think MDx copied from
9   Health Grades relating to the elements of the patent
10  claims?
11       A    Um-hum.
12       Q    Can you just give me a list?
13       A    For now, it's a short list because the
14  most egregious ways that they're violating, at least
15  based on my understanding, is --
16       Q    I'm not asking you about violating the
17  patent.  I'm just asking you about what you think --
18  where you think they might have been copying, and
19  then we'll talk about your evidence.
20            So you can just give me a list, and we'll
21  talk about it.
22       A    So as it relates to the patent.  You asked
23  as it relates to the patent, correct?
24       Q    Um-hum.  Yes.
25       A    Okay.  Well, I'm not an attorney so I

Veritext/NJ Reporting Company
800-227-8440                                    973-410-4040

Attorneys' Eyes Only

Page 198

1       CONFIDENTIAL - ATTORNEYS EYES ONLY
2   can't interpret directly, you know, however the
3   courts or a jury might interpret it.  But based on my
4   understanding of the claims that have been granted in
5   the patent, then it is the way that they facilitate
6   comparison ratings of physicians on the website.  And
7   I have looked at it recently, and it's still
8   facilitated in the same way.
9           There's a mechanism by which they allow
10  consumers to do that research based on ratings.  And
11  then they present results that showed physicians in a
12  list that have ratings, comparison ratings.
13      Q    Anything else?
14      A    There are other things, but those are the
15  two that are most egregious in my mind.
16      Q    Does Health Grades provide patient ratings
17  and results lists?
18          MR. VAZQUEZ:  Form.
19      A    We do it in different formats.  And the
20  results we would absolutely display those ratings.
21      Q    (BY MR. STIMPSON)  So I'm just asking you,
22  let's take 2012.  Has Health Grades presented patient
23  ratings in results lists?
24      A    Yes.
25      Q    You have?