**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S SUPPLEMENT TO ITS UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO HEALTH GRADES, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. #369]**

---

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits this Supplement to its Unopposed Motion For Leave To File A Response To Health Grades, Inc.'s Supplemental Brief In Support Of Its Motion For Partial Summary Judgment [Doc. #369] (the "MDx Motion").

    In accordance with to D.C.COLO.LCivR 7.1(a), MDx's undersigned counsel conferred by e-mail on February 4, 2013, with counsel for Health Grades regarding the relief requested herein.  Health Grades does not oppose MDx filing a response to its Supplemental Brief (Doc. #673-1).

    MDx seeks leave to file a response to address Health Grades' Supplemental Brief in Support of its Motion for Partial Summary Judgment ("Health Grades' Supplement," Doc. #673-1).

2

Good cause exists for MDx to file a response to Health Grades' Supplement, and apprise the Court of all the relevant facts, because Health Grades' Supplement raises new arguments that MDx has not had an opportunity to address in its original opposition [Doc. #407] to Health Grades' Motion for Partial Summary Judgment ("HG's Motion; Doc. #369). MDx will be prejudiced if it is not allowed to reply to the new arguments now being raised by Health Grades for the first time.

While the Court has not granted Health Grades' motion for leave to file its Supplemental Brief [Doc. #673] yet, MDx would like to get its response on file given the upcoming hearing regarding HG's Motion on Thursday, February 13, 2014.

For the foregoing reasons, MDx respectfully requests that this Court grant this unopposed Motion to file a response to Health Grades' Supplement and enter its Response to Health Grades' Supplement, attached hereto as Exhibit 1.

Dated: February 11, 2014                                        Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                                               Terence Ridley, Atty. No. 15212
Trent S. Dickey                                                 Wheeler Trigg O'Donnell LLP
David C. Lee                                                    370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                              Denver, Colorado 80202
Sills Cummis & Gross P.C.                                       Tel:  (303) 244-1800
30 Rockefeller Plaza                                            Fax:  (303) 244-1879
New York, New York 10112                                        E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                                             *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com                               MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S SUPPLEMENT TO ITS UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO HEALTH GRADES, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. #369]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

               <u>s:/  Vincent M. Ferraro</u>