# EXHIBIT Y

# Foreword

    This Manual is published to provide U.S. Patent and Trademark Office (USPTO) patent examiners, applicants, attorneys, agents, and representatives of applicants with a reference work on the practices and procedures relative to the prosecution of patent applications before the USPTO. It contains instructions to examiners, as well as other material in the nature of information and interpretation, and outlines the current procedures which the examiners are required or authorized to follow in appropriate cases in the normal examination of a patent application. The Manual does not have the force of law or the force of the rules in Title 37 of the Code of Federal Regulations.

    A separate manual entitled "Trademark Manual of Examining Procedure" is published by the USPTO as a reference work for trademark cases.

    Examiners will be governed by the applicable statutes, rules, decisions, and orders and instructions issued by the Director of the USPTO and other officials authorized by the Director of the USPTO. Orders and Notices still in force which relate to the subject matter included in this Manual are incorporated in the text. Orders and Notices, or portions thereof, relating to the examiners' duties and functions which have been omitted or not incorporated in the text may be considered obsolete. Interference procedure not directly involving the Primary Examiner are not included in this Manual and, therefore, Orders and Notices relating thereto remain in force.

    Subsequent changes in practice and other revisions will be incorporated in the form of substitute or additional pages for the Manual.

    Suggestions for improving the form and content of the Manual are always welcome. They should be addressed to:

>Mail Stop MPEP
>Commissioner for Patents
>P.O. Box 1450
>Alexandria, Virginia 22313-1450

---

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402