# EXHIBIT BB

(Part 2 of 2)

Date Mailed: August 26, 2013

Sheet 1 of 2

| FORM 1449* INFORMATION DISCLOSURE STATEMENT | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|
| IN AN APPLICATION | Applicant: David G. Hicks | |
| (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|
| | | | | | | YES | NO |
| | 2008148129 | 05-2007 | WO | | | | |
| | | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | **[DKT 122]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Notice of Supplemental Submission to its Motion for Leave to Amend Invalidity Contentions*, filed 01/23/12 (3 pages). |
| | | **[DKT 140]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Reply in Support of its Motion to Compel Discovery and For an Award of Fees and Costs Pursuant to Local Patent Rule 3-3 and Rules 37(a)(3)(B) and 37(a)(5) of the Federal Rules of Civil Procedure*, filed 02/21/12 (52 pages). |
| | | **[DKT 156]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Response in Opposition to MDX's Motion for Reconsideration of Motion for Partial Summary Judgment of No Infringement*, filed 03/09/12 (273 pages). |
| | | **[DKT 235]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Supplemental Response to MDX's Second Motion Pursuant to Federal Rules of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement*, filed 07/03/12 (3 pages). |
| | | **[DKT 252]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Motion for Leave to Amend Its Complaint to Assert Causes of Action for Joint Infringement and Indirect Infringement*, filed 07/13/12, 104 pages. |
| | | **[DKT 309]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Opposition to Health Grades' Motion for Leave to Supplement its Response to MDX's Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement (Dkt. 195)*, filed 09/27/12, 8 pages. |
| | | **[DKT 329]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Reply in Support of Its Motion for Leave to Amend Its Complaint to Assert Causes of Action for Joint Infringement and Indirect Infringement*, filed 10/12/12, 16 pages. |
| | | **[DKT 355]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Reply Memorandum in Support of its Motion for Leave to Amend its Invalidity Contentions [Doc. # 293]*, filed 10/29/12, 3 pages. |
| | | **[DKT 357]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Reply in Support of its Motion for Leave to Amend its Infringement Contentions (Dkt. 292)*, filed 10/29/12, 11 pages. |
| | | **[DKT 361]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Unopposed Motion for Leave to Supplement its Motion to Partially Exclude Expert Testimony of Dr. Richard G. Cooper (Dkt. 338)*, filed 10/30/12, 3 pages. |
| | | **[DKT 362]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Supplement to its Motion to* |

| EXAMINER | DATE CONSIDERED |
|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | |

*Substitute Disclosure Statement Form (PTO-1449)

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Date Mailed: August 26, 2013

Sheet 2 of 2

| FORM 1449* INFORMATION DISCLOSURE STATEMENT | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|
| IN AN APPLICATION | Applicant: David G. Hicks | |
| (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | |
|---|---|---|
| | | *Partially Exclude Expert Testimony of Dr. Richard G. Cooper Pursuant to Fed. R. Evid. 403 and 702, and Daubert v. Merril Dow Pharms., Inc., 509 U.S. 579 (1993)*, filed 10/30/12, 3 pages. |
| | | **[DKT 368]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of Non-Infringement*, filed 11/02/12, 9 pages. |
| | | **[DKT 369]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Motion for Partial Summary Judgment*, filed 11/02/12, 241 pages. |
| | | **[DKT 370]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of No Willfulness*, filed 11/02/12, 89 pages. |
| | | **[DKT 371]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion Pursuant to Federal rule of Civil Procedure 56 for Summary Judgment of No Willfulness*, filed 11/02/12, 14 pages. |
| | | **[DKT 392]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Opposition to MDX Medical's Motion to Preclude Any Testimony from Health Grades, Inc.'s Expert Dr. Greenspun*, filed 11/19/12, 248 pages. |
| | | **[DKT 404]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Opposition to MDX Medical, Inc.'s Motion for Summary Judgment of No Willfulness*, filed 11/26/12, 79 pages. |
| | | **[DKT 405]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Opposition to MDX Medical, Inc.'s Motion for Summary Judgment of Non-Infringement*, filed 11/26/12, 39 pages. |
| | | **[DKT 436]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Reply in Support of its Motion to Preclude any Testimony from Health Grades, Inc.'s Expert Dr. Greenspun*, filed 12/06/12, 9 pages. |
| | | **[DKT 443]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Reply in Support of its Motion Pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment of No Willfulness*, filed 12/13/12, 45 pages. |
| | | **[DKT 525]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Opposition to MDX Medical, Inc.'s Motion for Summary Judgment of No Infringement with Regard to Amended Complaint and Allegations Relating to Aetna Life Insurance Company*, filed 02/20/13, 87 pages. |
| | | **[DKT 592]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Opposition to MDX Medical, Inc.'s Motion to Compel*, filed 05/22/13, 89 pages. |
| | | **[DKT 598]** Health Grades vs. MDX Medical, Inc., *Health Grades, Inc.'s Motion to Bifurcate Trial on the Issue of Inequitable Conduct*, filed 06/04/13, 14 pages. |
| | | **[DKT 601]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Reply Memorandum in Support of its Motion for Rule 11 Sanctions*, filed 06/06/13, 23 pages. |

**23552**
PATENT TRADEMARK OFFICE

| EXAMINER | DATE CONSIDERED |
|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | |

*Substitute Disclosure Statement Form (PTO-1449)

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Date Mailed: September 12, 2013

Sheet 1 of 1

| FORM 1449* INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|
| | Applicant: David G. Hicks | |
| | Filing Date: 07/17/12 | Group Art Unit: 3686 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | TRANSLATION NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | **[DKT 269-1]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Unopposed Motion to Restrict Access to Document - Document Nos. 252, 253, 253-2, 253-3, 253-4 and 253-5 - Exhibit A*, filed 07/27/12, 19 pages. |
| | | **[DKT 322-7]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion for Leave to Restrict Access to Document - Document Nos. 292, 292-1, 292-8, 292-10, 292-12, 292-14, and 305-1 - Exhibit 7 / Exhibit F*, filed 10/10/12, 77 pages. |
| | | **[DKT 353-1]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion for Leave to Restrict Access to Document - Document Nos. 329, 329-1 and 329-3 - Exhibit 1 / Exhibit A*, filed 10/26/12, 13 pages. |
| | | **[DKT 353-2]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Motion for Leave to Restrict Access to Document - Document Nos. 329, 329-1 and 329-3 - Exhibit 2 / Exhibit B*, filed 10/26/12, 12 pages. |
| | | **[DKT 400-1]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Unopposed Motion for Leave to Restrict Access to Documents - Document Nos. 368, 368-2, 371-1, 372-2, 375-1, 375-2 and 369-23 - Exhibit 1 / Exhibit A*, filed 11/21/12, 13 pages. |
| | | **[DKT 459-1]** Health Grades vs. MDX Medical, Inc., *Parties' Joint Unopposed Motion for Leave to Restrict Access to Documents - Document Nos. 404, 404-3, 404-4, 404-5, 404-6, 404-9, 404-1-, 405, 405-3, 405-4, 405-5, 405-6, 405-9, 411-1, 411-2, 411-3, 411-5, 412-1, 412-2, 412-4 & 433-5 - Exhibit 1 / Exhibit A*, filed 12/20/12, 19 pages. |
| | | **[DKT 459-5]** Health Grades vs. MDX Medical, Inc., *Parties' Joint Unopposed Motion for Leave to Restrict Access to Documents - Document Nos. 404, 404-3, 404-4, 404-5, 404-6, 404-9, 404-1-, 405, 405-3, 405-4, 405-5, 405-6, 405-9, 411-1, 411-2, 411-3, 411-5, 412-1, 412-2, 412-4 & 433-5 - Exhibit 5 / Exhibit E*, filed 12/20/12, 18 pages. |
| | | **[DKT 506-1]** Health Grades vs. MDX Medical, Inc., *MDX's Unopposed Motion for Leave to Restrict Access to Documents - Document Nos. 486-1 and 486-2 - Exhibit 1 / Exhibit A*, filed 02/01/13, 113 pages. |
| | | **[DKT 551-1]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s [Unopposed] Motion for Leave to Restrict Access to Documents 524, 524-1 Through 524-25 and 525; 525; 525-4; 525-5; 525-6/7/8; 525-11; 525-15; 525-18; 525-24; and 525-25 - Exhibit 1 / Exhibit A*, filed 03/14/13, 32 pages. |
| | | **[DKT 554-1]** Health Grades vs. MDX Medical, Inc., *MDX Medical, Inc.'s Unopposed Motion for Leave to Restrict Access to Document 547 - Exhibit 1 / Exhibit A*, filed 03/25/13, 4 pages. |

**23552**
PATENT TRADEMARK OFFICE

| EXAMINER | DATE CONSIDERED |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Date Mailed: September 20, 2013

Sheet 1 of 2

| FORM 1449* INFORMATION DISCLOSURE STATEMENT | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|
| IN AN APPLICATION | Applicant: David G. Hicks | |
| (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| U.S. PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| | | | | | | |

| FOREIGN PATENT DOCUMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
| | | | | | | YES | NO |

| | | **OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.) |
|---|---|---|
| | | E-mail from Scott Stimpson to Jesus Vazquez and Kirstin Stoll-DeBell re: Health Grades Duty of Candor, dated 09/06/13, 2 pages. |
| | | Health Grades Press Release re: HealthGrades Enhances Physican Quality Reports for Consumers, dated 08/02/05, 2 pages. **[HG0001867-HG0001868]** |
| | | Health Grades Nursing Home Quality Comparison Report, created 12/28/04, 15 pages. **[HG0032037-HG0032051]** |
| | | Health Grades Nursing Home Quality Report, created 12/28/04, 10 pages. **[HG0032052-HG0032061]** |
| | | Health Grades Physician Quality Comparison Report, created 12/28/04, 24 pages. **[HG0032062-HG0032085]** |
| | | Health Grades Physician Quality Report, created 12/28/04, 16 pages. **[HG0032086-HG0032101]** |
| | | Health Grades Hospital Quality Report, created 12/28/04, 8 pages. **[HG0032102-HG0032109]** |
| | | Health Grades Physician Quality Report For Consumers, dated 04/17/03, 11 pages. **[HG208976-HG208986]** |
| | | Health Grades Comparitive Physician Report, created 04/03/03, 14 pages. **[HG208987-HG209000]** |
| | | Health Grades website printout from www.healthgrades.com, dated 10/19/04, 2 pages. **[UCHC0000079-UCHC0000080]** |
| | | Health Grades website printout from www.healthgrades.com, dated 10/19/04, 1 page. **[UCHC0000081]** |
| | | Health Grades Hospital Quality Report, created 10/19/04, 9 pages. **[UCHC0000082-UCHC0000090]** |
| | | E-mail from Info@HealthGrades.com to kram1033@aol.com (Mark Donnelly) re: HealthGrades Report Receipt, dated 09/15/04, 17 pages. **[UCHC0000094-UCHC0000110]** |
| | | People Demand Credible and Reliable Healthcare Information. Subimo Helps You Provide it, Subimo at www.subimo.com, dated 10/19/04, 13 pages. **[UCHC0000131-UCHC0000143]** |
| | | HealthScope Home Page, from www.healthscope.com, dated 10/19/04, 5 pages. **[UCHC0000202-UCHC0000206]** |
| | | 2004 Ingenix Tradeshow Calendar, from www.ingenix.com/corp_tradeshows.php, dated 11/07/04, 1 page. **[UCHC0000309]** |
| | | Printouts form www.Ingenix.com, dated 11/07/04, 13 pages. **[UCHC0000276-UCHC0000288]** |
| | | Printouts form www.Ingenix.com, dated 11/15/04, 1 page. **[UCHC0000289]** |
| | | GeoAccess Quality Ratings Suite, Ingenix, date unavailable, 8 pages. **[UCHC0000290-UCHC0000297]** |
| | | Printouts form www.Ingenix.com, dated 12/08/04, 4 pages. **[UCHC0000303-UCHC0000306]** |

| EXAMINER | DATE CONSIDERED |
|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | |

*Substitute Disclosure Statement Form (PTO-1449)

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Date Mailed: September 20, 2013

Sheet 2 of 2

| FORM 1449* INFORMATION DISCLOSURE STATEMENT | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|
| IN AN APPLICATION | Applicant: David G. Hicks | |
| (Use several sheets if necessary) | Filing Date: 07/17/12 | Group Art Unit: 3686 |

| | | |
|---|---|---|
| | | Ingenix Health Intellegence Update On HIPAA Privacy Complicance Program, Ingenix, dated 11/07/04, 2 pages. **[UCHC0000301-UCHC0000302]** |
| | | Preventing harm. Steering you from danger. Keeping you safe. Ingenix, Inc., dated 11/14/04, 2 pages. **[UCHC0000307-UCHC0000308]** |
| | | Patient Experience Survey Numbers, Oct. 28, 2004 to Nov. 9, 2004, 1 page. **[HG209647]** |
| | | USPN 7,167,855, 01/23/07, 30 pages. **[MDX0000048-MDX0000077]** |
| | | USPN 2003/0167187, 09/04/03, 34 pages. **[MDX0000078-MDX0000111]** |
| | | HealthGrades Report on David A. Drucker, dated 06/04/05, 4 pages. **[MGHG000016-MGHG000019]** |

**23552**
PATENT TRADEMARK OFFICE

| EXAMINER | DATE CONSIDERED |
|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | |

*Substitute Disclosure Statement Form (PTO-1449)

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Date Mailed: October 11, 2013

Sheet 1 of 1

| FORM 1449* INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|
| | Applicant: David G. Hicks | |
| | Filing Date: 07/17/12 | Group Art Unit: 3686 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | TRANSLATION NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | **[Redacted Version of DKT 611]** Health Grades vs. MDX Medical, Inc., *Exhibit A to MDX Medical, Inc.'s Partially Opposed Motion for Leave to Restrict Access to Documents - Document Nos. 611, 611-1, 611-2, 611-3 And 611-4*, filed October 9, 2013, 12 pages. |
| | | **[Redacted Version of DKT 611-1]** Health Grades vs. MDX Medical, Inc., *Exhibit B to MDX Medical, Inc.'s Partially Opposed Motion for Leave to Restrict Access to Documents - Document Nos. 611, 611-1, 611-2, 611-3 And 611-4*, filed October 9, 2013, 134 pages. |
| | | **[Redacted Version of DKT 611-2]** Health Grades vs. MDX Medical, Inc., *Exhibit C to MDX Medical, Inc.'s Partially Opposed Motion for Leave to Restrict Access to Documents - Document Nos. 611, 611-1, 611-2, 611-3 And 611-4*, filed October 9, 2013, 133 pages. |
| | | **[Redacted Version of DKT 611-3]** Health Grades vs. MDX Medical, Inc., *Exhibit D to MDX Medical, Inc.'s Partially Opposed Motion for Leave to Restrict Access to Documents - Document Nos. 611, 611-1, 611-2, 611-3 And 611-4*, filed October 9, 2013, 3 pages. |
| | | **[Redacted Version of DKT 611-4]** Health Grades vs. MDX Medical, Inc., *Exhibit E to MDX Medical, Inc.'s Partially Opposed Motion for Leave to Restrict Access to Documents - Document Nos. 611, 611-1, 611-2, 611-3 And 611-4*, filed October 9, 2013, 8 pages. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**23552**
PATENT TRADEMARK OFFICE

| EXAMINER | DATE CONSIDERED |
|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | |

*Substitute Disclosure Statement Form (PTO-1449)

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Date Mailed: December 23, 2013

Sheet 1 of 1

| FORM 1449* INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 40476.0002USC3 | Application Number: 13/551,471 |
|---|---|---|
| | Applicant: David G. Hicks | |
| | Filing Date: 07/17/12 | Group Art Unit: 3686 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | TRANSLATION NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | **[DKT 612]** *Health Grades vs. MDX Medical, Inc.*, Plaintiff Health Grades' September 2013 Supplement to its Rule 3.1(c) Disclosure, filed 09/23/13, 326 pages. |
| | | **[DKT 615-1]** *Health Grades vs. MDX Medical, Inc.*, Exhibit A to MDX Medical, Inc.'s Unopposed Motion for Leave to Restrict Access to Document - Document No. 612-6, filed 09/26/13, 29 pages. |
| | | **[DKT 618]** *Health Grades vs. MDX Medical, Inc.*, Order Setting Hearing, filed 10/04/13, 2 pages. |
| | | **[DKT 622]** *Health Grades vs. MDX Medical, Inc.*, MDX Medical, Inc.'s Partially Opposed Motion for Leave to Restrict Access to Documents - Document Nos. 611, 611-1, 611-2, 611-3 and 611-4, filed 11/09/13, 298 pages. |
| | | **[DKT 625]** *Health Grades vs. MDX Medical, Inc.*, Health Grades, Inc.'s Motion for Leave to file Supplemental Exhibits in Support of Its Opposition [Doc. #201] To MDX's Second Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement [Doc. #195], filed 10/17/13, 86 pages. |
| | | **[DKT 630]** *Health Grades vs. MDX Medical, Inc.*, MDX Medical, Inc.'s Opposition to Health Grades' Motion for Leave to Amend Its Infringement Contentions, filed 10/18/13, 17 pages. |
| | | **[DKT 631]** *Health Grades vs. MDX Medical, Inc.*, Exhibit's B, E, F & I to Health Grades, Inc.'s Motion for Sanctions for MDx Medical, Inc.'s Failure to Comply with Court-Ordered Discovery **[FILED UNDER SEAL]**, filed 10/21/13. |
| | | **[DKT 634]** *Health Grades vs. MDX Medical, Inc.*, MDX Medical, Inc.'s Exhibit List for Hearing on Motion Pursuant to Federal Rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement, filed 10/23/13, 4 pages. |
| | | **[DKT 635]** *Health Grades vs. MDX Medical, Inc.*, Health Grades, Inc.'s Exhibit List for Hearing on MDX Medical, Inc.'s Second Motion Pursuant to Federal rule of Civil Procedure 56 for Partial Summary Judgment of Non-Infringement [Doc. #195], filed 10/24/13, 5 pages. |
| | | **[DKT 639]** *Health Grades vs. MDX Medical, Inc.*, Redacted Version of Docket Nos. 626-2 and 626-2 **[REDACTED]**, filed 10/31/13, 63 pages. |
| | | **[DKT 648]** *Health Grades vs. MDX Medical, Inc.*, Redacted Version of Docket Nos. 632, 632-1, 632-5 and 632-6 **[REDACTED]**, filed 11/07/13, 72 pages. |
| | | US Application 13/004792, Petition Decision mailed 10/10/13, 3 pages. |
| | | |
| | | |
| | | |

**23552**
PATENT TRADEMARK OFFICE

| EXAMINER | DATE CONSIDERED |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

OPAP AKIMA-1 AUG 27 2013 PATENT & TRADEMARK OFFICE

DPC/IFW

S/N 13/551,471

PATENT
**Conf. No. 7642**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Hicks, David G., et al. | Examiner: | Nguyen, Trang T. |
| Serial No.: | 13/551,471 | Group Art Unit: | 3686 |
| Filed: | July 17, 2012 | Docket No.: | 40476.0002USC3 |
| Title: | INTERNET SYSTEM FOR CONNECTING HEALTHCARE PROVIDERS AND PATIENTS | | |

**PETITION TO EXPUNGE PURSUANT TO 37 CFR § 1.59 AND MPEP § 724.05**

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Commissioner:

With regard to the above-identified application, the documents listed on Exhibit A hereto ("Materials") were submitted concurrently herewith in sealed envelope(s) pursuant to MPEP § 724.02. To the extent that any of the Materials are found not to be important to a reasonable examiner in deciding upon patentability ("Criteria"), Petitioner requests that all of the Materials, or any portion of such Materials not meeting the Criteria, be expunged and removed from the official file for the above-referenced application.

Pursuant to MPEP § 724.05, Petitioner makes the following statements:

1. The Materials are proprietary subject to a legal obligation in: Health Grades, Inc. v. MDx Medical, Inc., Case No. 11-CV-00520-RM-BNB, which is currently pending in the U.S. District Court for the District of Colorado (hereafter, "Litigation");

2. the Materials have not otherwise been made public;

08/29/2013 SMOHAMME 00000004 132725 13551471
01 FC:1463 200.00 DA

3. Petitioner commits to retain the Materials for the period of any patent with regard to which the Materials are submitted;

4. this Petition to expunge is being made on behalf of the party in interest on whose behalf the Materials were submitted; and

5. the appropriate fee, as set forth in 37 CFR § 1.17(g), should be charged for a large entity to Deposit Account No. 13-2725.

Please contact the undersigned if any further information is needed with respect to this petition. Please charge any additional fees or credit any overpayment to Deposit Account No. 13-2725.

Respectfully submitted,

Dated: August 27, 2013

Andrew T. Pouzeshi, Reg. No. 67,672
Merchant & Gould P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903
(303) 357-1639

23552
PATENT TRADEMARK OFFICE

**Exhibit A**

| |
|---|
| Health Grades vs. MDX Medical, Inc., Health Grades, Inc.'s Motion for Partial Summary Judgment, filed 11/02/12, 31 pages. |
| Health Grades vs. MDX Medical, Inc., Health Grades, Inc.'s Motion for Partial Summary Judgment – Exhibit H: Deposition Exhibit 23, E-mail from Burkhard to Matsuyama and Romero re: project plan for Quality Guides - updated, filed 11/02/12, 9 pages. |
| Health Grades vs. MDX Medical, Inc., Health Grades, Inc.'s Motion for Partial Summary Judgment – Exhibit I: Deposition Exhibit 51, E-mail from Neal to Deritis re: Health Grades Reports[Scanned], filed 11/02/12, 34 pages. |
| Health Grades vs. MDX Medical, Inc., Health Grades, Inc.'s Motion for Partial Summary Judgment – Exhibit J: Deposition of John Neal (*selected portions*), filed 11/02/12, 52 pages. |

D AC 7




S/N 13/551,471

PATENT
**Conf. No. 7642**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Hicks, David G., et al. | Examiner: | Nguyen, Trang T. |
| Serial No.: | 13/551,471 | Group Art Unit: | 3686 |
| Filed: | July 17, 2012 | Docket No.: | 40476.0002USC3 |
| Title: | INTERNET SYSTEM FOR CONNECTING HEALTHCARE PROVIDERS AND PATIENTS | | |

---

**PETITION TO EXPUNGE PURSUANT TO 37 CFR § 1.59 AND MPEP § 724.05**

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Commissioner:

With regard to the above-identified application, the documents listed on Exhibit A hereto ("Materials") were submitted concurrently herewith in sealed envelope(s) pursuant to MPEP § 724.02. To the extent that any of the Materials are found not to be important to a reasonable examiner in deciding upon patentability ("Criteria"), Petitioner requests that all of the Materials, or any portion of such Materials not meeting the Criteria, be expunged and removed from the official file for the above-referenced application.

Pursuant to MPEP § 724.05, Petitioner makes the following statements:

1. The Materials are proprietary subject to a legal obligation in: Health Grades, Inc. v. MDx Medical, Inc., Case No. 11-CV-00520-RM-BNB, which is currently pending in the U.S. District Court for the District of Colorado (hereafter, "Litigation");

2. the Materials have not otherwise been made public;

09/23/2013 LNGUYEN1 00000026 132725 13551471
01 FC:1463 200.00 DA

3. Petitioner commits to retain the Materials for the period of any patent with regard to which the Materials are submitted;

4. this Petition to expunge is being made on behalf of the party in interest on whose behalf the Materials were submitted; and

5. the appropriate fee, as set forth in 37 CFR § 1.17(g), should be charged for a large entity to Deposit Account No. 13-2725.

Please contact the undersigned if any further information is needed with respect to this petition. Please charge any additional fees or credit any overpayment to Deposit Account No. 13-2725.

Respectfully submitted,

Dated: September 20, 2013

Andrew T. Pouzeshi, Reg. No. 67,672
Merchant & Gould P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903
(303) 357-1639

23552
PATENT TRADEMARK OFFICE




**Exhibit A**

| |
|---|
| E-mail from Scott Montroy to Beth Cauley re: Do we have any hospitals with expanded profiles?, dated 05/16/02, 2 pages. **[HG0042017-HG0042018]** |
| E-mail from Scott Montroy to Consumer Reports re: Physician Comparison Report, dated 03/28/03, 1 page. **[HG0207307]** |
| E-mail from Scott Montroy to John Neal re: Sample Report, dated 04/17/03, 26 pages. **[HG0208975-HG0209000]** |
| E-mail from Dave Hicks to Sherry Levers and Dave Hicks re: Recap of Call 5/19, dated 05/20/03, 3 pages. **[HG0119109-HG0119111]** |
| E-mail from Janet Burkhard to Linday Matsuyama and Delinda Romero re: Project Plan for Quality Guides - Updated, dated 08/12/03, 8 pages. **[HG0049856-HG0049863]** |
| E-mail from Janet Burkhard to Dave Hicks re: Fellowship Data on Physicans, dated 02/03/04, 1 page. **[HG0049852]** |
| E-mail from Dave Hicks to Allen Dodge, et al. re: Additional Patient Sat Points, dated 02/04/04, 1 page. **[HG0120457]** |
| E-mail from Scott Montroy to Samantha Collier, Hanet Burkhard and Blane Schilling re: Physician Online Service (POS): Phase II, dated 05/11/04, 3 pages. **[HG0042042-HG0042044]** |
| E-mail from Scott Montroy to HG Field Employees, HG Denver Employees and John Neal re: Official Launch: Physician Online Service (Ver. 1.0), dated 05/25/04, 1 page. **[HG0042038]** |
| E-mail from Janet Burkhard to Dave Hicks re: Physican Follow Up POS, dated 05/26/04, 1 page. **[HG0032226]** |
| E-mail from Dave Hicks to HG Senior Management re: New Patient Expericene Timeline, dated 08/16/04, 2 pages. **[HG0043786-HG0043787]** |
| E-mail from John Neal to Dave Hicks and Scott Montroy re: Contracts for AARP, dated 01/04/05, 3 pages. **[HG0031741-HG0031743]** |
| E-mail from Scott Montroy to Joel Johnson and Mike Wethington re: What the #!@$?, dated 02/26/06, 5 pages. **[HG0042063-HG0042067]** |
| HealthGrades Project Development Plan, dated 04/15/04, 19 pages. **[HGMKFS098307-HGMKFS098325]** |
| E-mail from Dave Hicks to Shaikat.Sen@jdpa.com and Dave Hicks re: Patient Experience Survey, dated 05/14/04, 5 pages. **[HGMKES022433-HGMKES022437]** |

| |
|---|
| E-mail from Scott Montroy to Sarah Loughran et al. re: Patient Experience Survey, dated 11/11/04, 3 pages. **[HG0209008-HG0209010]** |
| Patient Experience Survey, 2004, 6 pages. **[HGMKES022569-HGMKES022574]** |
| E-mail from Scott Montroy to Dave Hicks re: Consumer Update, dated 02/16/05, 2 pages. **[HGMKES022179-HGMKES022180]** |
| E-mail from John Neal to Kerry Hicks re: Presentation, dated 01/19/05, 15 pages. **[HG0207384-HG0207398]** |
| E-mail from Sarah Loughran to John Neal et al. re: PNMM Patent, dated 03/24/05, 2 pages. **[HG0209051-HG0209052]** |