# EXHIBIT DD

# Vincent M. Ferraro

| | |
|---|---|
| **From:** | Kirstin Stoll-DeBell <kstoll-debell@merchantgould.com> |
| **Sent:** | Wednesday, February 05, 2014 1:08 PM |
| **To:** | Scott D. Stimpson |
| **Cc:** | Kostolansky, Kris J. (kkosto@lrrlaw.com); Vazquez, Jesus (JVazquez@lrrlaw.com); Kanan, Greg (GKanan@lrrlaw.com); Trent Dickey; David C. Lee; Vincent M. Ferraro |
| **Subject:** | RE: Health Grades Supplement regarding the '471 application |
| **Attachments:** | Plaintiff_s Amended Unopposed Motion for Leave to Supplement Brief.docx |

Scott:

We do not believe that *all* of the deposition testimony cited in Dr. Cooper's invalidity expert report and MDx's invalidity contentions was disclosed to the Patent Office. To the extent that our supplemental brief in support of the motion for summary judgment (Doc. 369) said that it was, this was a mistake. We will be filing for leave to file a correct page 2 for this brief, with a new paragraph 74 that says the following:

74. Health Grades disclosed the following to the Patent Office in connection with the '471 App.:

   a. All of the alleged prior art cited by MDx in its invalidity contentions;
   b. All of the alleged prior art cited by Dr. Cooper in his expert report on invalidity;
   c. MDx's fourth supplemental invalidity contentions;
   d. Dr. Cooper's expert report on invalidity and inequitable conduct; and
   e. All of the deposition testimony of Health Grades' inventors and employees cited by Health Grades in support of this Motion (Doc. #369 & 442) and by MDx in opposition to this Motion (Doc. #406 & 407).

Also attached is a draft motion for leave to file this corrected page, may we indicate that this motion is unopposed?

As you know, deposition testimony of John Neal, David Hicks, Scott Montroy, and Alan Dodge was disclosed to the Patent Office. For example, all of the deposition testimony cited in support and against Health Grades' motion for summary judgment on MDx's invalidity and inequitable conduct defenses was disclosed to the Patent Office. Deposition testimony of the inventors and Mr. Dodge was also disclosed to the Patent Office in connection with other litigation documents. The following is a non-exhaustive list of Bates numbers for deposition testimony that was disclosed to the Patent Office:

- MGHG 0001993-1999
- MGHG 0006836-6984
- MGHG 0006993-7004
- MGHG 0010483-10559
- MGHG 0018103-18142
- MGHG 0018182-18185
- MGHG 0018932-19017
- MGHG 0019089-19100
- MGHG 0019132-19167

I trust this answers your questions.

**Kirstin Stoll-DeBell**
Partner
Merchant & Gould P.C.
1050 Seventeenth Street
Suite 1950
Denver, CO 80265
USA

**Telephone** (303) 357-1640
**Fax** (303) 357-1671
**www.merchantgould.com**

GUARDIANS OF GREAT IDEAS®

Atlanta | **Denver** | Knoxville | Madison | Minneapolis | New York | Seattle | Washington D.C.

Note:  This e-mail message is confidential and may be privileged or otherwise protected by law.  If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.  Thank you.

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, February 05, 2014 5:49 AM
**To:** Kirstin Stoll-DeBell
**Cc:** Kostolansky, Kris J. (kkosto@lrrlaw.com); Vazquez, Jesus (JVazquez@lrrlaw.com); Kanan, Greg (GKanan@lrrlaw.com); Trent Dickey; David C. Lee; Vincent M. Ferraro
**Subject:** RE: Health Grades Supplement regarding the '471 application

Kirstin, I still have not heard from you.  Kris did call yesterday, and I understand from our conversation that the statements HG made to the court that HG submitted all this deposition testimony was a mistake.  If my understanding is not correct, please let us know immediately.

Thank you.
Scott

**Scott D. Stimpson**
Member of the Firm



website | bio | vCard | newsroom | email   

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1550  |  f (212) 643-6500   **map**

---

**From:** Scott D. Stimpson
**Sent:** Tuesday, February 04, 2014 7:12 AM
**To:** Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com)
**Cc:** Kostolansky, Kris J. (kkosto@lrrlaw.com); Vazquez, Jesus (JVazquez@lrrlaw.com); Kanan, Greg (GKanan@lrrlaw.com); Trent Dickey; David C. Lee; Vincent M. Ferraro
**Subject:** RE: Health Grades Supplement regarding the '471 application

Kirstin, can you find these?

Also, we understand from our prior correspondence that HG does not object to MDx filing a responsive brief. While the HG brief has not been accepted for filing yet, we will be getting our brief on file in the event leave to file is granted.

Scott

**Scott D. Stimpson**
Member of the Firm



website | bio | vCard | newsroom | email

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1550 | f (212) 643-6500   **map**

---

**From:** Scott D. Stimpson
**Sent:** Monday, February 03, 2014 11:45 AM
**To:** Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com)
**Cc:** Kostolansky, Kris J. (kkosto@lrrlaw.com); Vazquez, Jesus (JVazquez@lrrlaw.com); Kanan, Greg (GKanan@lrrlaw.com); Trent Dickey; David C. Lee; Vincent M. Ferraro
**Subject:** Health Grades Supplement regarding the '471 application

Kirstin:

Health Grades makes the following arguments in its Supplemental Submission regarding its summary judgment motion on invalidity:

- Health Grades submitted all of the deposition testimony cited by Dr. Cooper in his expert report; and

- Health Grades submitted all of the deposition testimony cited by MDx in its invalidity contentions.

Your Supplement does not state where these can be found. We have searched the disclosures statements for all of the words "deposition", "Hicks", "Neal", "Dodge" and "Montroy" and can find no deposition testimony.

Can you please let us know specifically where we can find these in the prosecution record? Please indicate Bates numbers.

Thank you.
Scott

**Scott D. Stimpson**
Member of the Firm



website | bio | vCard | newsroom | email 

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1550 | f (212) 643-6500   **map**

---

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

Case No. 1:11-cv-00520-RM-NYW   Document 749-11   filed 02/11/14   USDC Colorado   pg 5 of 5