IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR LEAVE
TO FILE A REPLY TO MDX MEDICAL, INC.'S RESPONSE
TO HEALTH GRADES, INC.'S PROPOSED SUPPLEMENTAL BRIEF IN SUPPORT
OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. # 369]**

Plaintiff Health Grades, Inc. ("Health Grades") respectfully submits its Unopposed Motion for Leave to File a Reply to MDx Medical, Inc.'s ("MDx") Response to Health Grades' Proposed Supplemental Brief In Support of Its Motion for Partial Summary Judgment [Doc. #369] MDx's invalidity and inequitable conduct counterclaims and affirmative defenses:

**Certificate of Compliance with D.C.COLO.LCivR 7.1A**

Counsel for Health Grades conferred with counsel for MDx regarding the relief requested herein. MDx does not oppose the requested relief.

1. Good cause exists to allow Health Grades to file a reply to MDx's Response (Doc. #749-1) to Health Grades' proposed supplemental brief (Doc. #673-1).

2. Health Grades filed its Unopposed Motion for Leave to Supplement Its Brief In Support of Its Motion for Partial Summary Judgment (Doc. # 369) on December 9, 2013 (Doc. #673).

2004630101_1

3. Health Grades sought to supplement its brief with evidence demonstrating that the same Patent Office examiner who examined Health Grades' U.S. Patent No. 7,752,060 ("the '060 patent") has recently allowed very similar and broader claims in Health Grades' pending patent application (serial no. 13/551,471) ("the '471 App.") that is related to the '060 patent, with full knowledge of all of the undisclosed prior art and MDx's invalidity and inequitable arguments related to this art.  The examiner considered the information MDx relies upon to support its invalidity and inequitable conduct claims and defenses and found it was not important to the patentability of the '471 App. claims.

4. Health Grades' motion is still pending before this Court.

5. MDx filed an Unopposed Motion for Leave to File a Response to Health Grades, Inc.'s Supplemental Brief In Support of Its Motion for Partial Summary Judgment (Doc. #369) on December 10, 2013 (Doc. #675), which is still pending before this Court.

6. MDx subsequently filed its Supplement to Its Unopposed Motion for Leave to File a Response to Health Grades, Inc.'s Supplemental Brief In Support of Its Motion for Partial Summary Judgment yesterday (Doc. #749).  The supplement contained MDx's response brief to Health Grades' proposed supplemental brief  (Doc. #749-1).

7. This case set a hearing on Health Grades' Motion for Partial Summary Judgment (Doc. #369) for this Thursday, February 13, 2014 (Doc. #732).

8. Good cause exists for Health Grades to file its reply to address the arguments raised by MDx's response that Health Grades has not previously had the opportunity to address.

9. MDx will suffer no prejudice as a result of allowing Heath Grades to file its supplemental brief because MDx does not object to the relief requested herein and can address Health Grades' reply at tomorrow's hearings.

WHEREFORE, Health Grades seeks leave to file its Reply to MDx Medical, Inc.'s Response to Health Grades Proposed Supplemental Brief in Support of Its Motion for Partial Summary Judgment (Doc. #369), attached hereto as Exhibit 1, and for such further relief this court deems just and proper.

Respectfully submitted February 12, 2014.

> *s/ Kris J. Kostolansky*
> Gregory B. Kanan, Esq.
> Kris J. Kostolansky, Esq.
> Jesús M. Vázquez, Jr., Esq.
> Adam L. Massaro, Jr., Esq.
> 1200 17th Street, Suite 3000
> Denver, Colorado  80202
> Tel:  (303) 623-9000
> Fax:  (303) 623-9222
> Email: gkanan@lrrlaw.com
> kkosto@lrrlaw.com
> jvazquez@lrrlaw.com
> amassaro@lrrlaw.com
>
> *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 12, 2014, I electronically filed the foregoing HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO MDX MEDICAL, INC.'S RESPONSE TO HEALTH GRADES, INC.'S PROPOSED SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. # 369] was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Scott David Stimpson, Esq.
  Vincent Ferraro, Esq.
  David C. Lee, Esq.
  Trent Dickey, Esq.
  Sills Cummis & Gross P.C. – New York
  30 Rockefeller Plaza
  New York, NY  10112
  E-mail: sstimpson@sillscummis.com
     vferraro@sillscummis.com
     dlee@sillscummis.com
     tdickey@sillscummis.com

  Terence M. Ridley, Esq.
  Wheeler Trigg O'Donnell, LLP
  370 17th Street, Suite 4500
  Denver, CO  80202-5647
  E-mail: ridley@wtotrial.com

            *s/ Adam L. Massaro*
            Gregory B. Kanan, Esq.
            Kris J. Kostolansky, Esq.
            Jesús M. Vázquez, Jr., Esq.
            Adam L. Massaro
            1200 17th Street, Suite 3000
            Denver, Colorado 80202-5855
            Tel: (303) 623-9000
            Facsimile: (303) 623-9222
            Email: gkanan@lrrlaw.com
            kkostolansky@lrrlaw.com
            jvazquez@lrrlaw.com
            amassaro@lrrlaw.com

            *Attorneys for Plaintiff/Counterclaim Defendant*
            *Health Grades, Inc.*

5

2004630101_1