Civil Action No. 11-CV-00520-PAB-BNB

**HEALTH GRADES, INC.'S REPLY TO MDX MEDICAL, INC.'S RESPONSE TO HEALTH GRADES, INC.'S PROPOSED SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. #369]**

**Rebuttal Report of Philip Greenspun
Regarding Invalidity of U.S. Patent No. 7,752,060 by MDx Medical
September 17, 2012**

**[FILED UNDER SEAL]**