IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC., Plaintiff,

v.

MDX MEDICAL, INC. d/b/a

VITALS.COM, Defendant.

---

## PLAINTIFF HEALTH GRADES, INC.'S THIRD SUPPLEMENTAL RESPONSE TO DEFENDANT MDX MEDICAL, INC.'S INTERROGATORY NO. 8

---

Plaintiff Health Grades, Inc. ("Health Grades") hereby submits its third supplemental response, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, to Defendant MDx Medical, Inc.'s ("MDx") Interrogatory No. 8 (originally contained within MDx's "Second Set of Interrogatories (NOS. 7-9)")("Defendant's Interrogatories") as follows:

**Interrogatory No. 8:**

If Health Grades disagrees with any one or more of the bases for patent invalidity set forth in MDx's Invalidity Contentions, Supplemental Invalidity Contentions, and accompanying documents (served on August 19, 2011, and August 26, 2011 and as may be later supplemented, "Invalidity Disclosures"), for each such disagreement set forth in full and complete detail all reasons why MDx's contentions are allegedly incorrect, including but not limited to (1) a full and complete explanation of all points of disagreement with the assertions in MDx's Invalidity Disclosures; (2) a full and complete explanation of why each and every asserted reference (or combination of references) does not invalidate the Patent-in-Suit pursuant to 35 U.S.C. § 102 and/or § 103; and (3) a full and complete explanation of why the Patent-in-Suit is not valid pursuant to 35 U.S.C. §112.

**Third Supplemental Response to Interrogatory No. 8:**

Health Grades incorporates herein the General Objections and Specific Objections set forth in its previous responses to this Interrogatory. Subject to and without waiving its General or Specific Objections, Health Grades supplements its response as follows:

Health Grades incorporates by reference its: Motion for Partial Summary Judgment [Doc. #369] and exhibits thereto; its Reply in Support of its Motion for Partial Summary Judgment [Doc. # 442] and exhibits thereto; and the September 17, 2012 Rebuttal Expert Report of Philip Greenspun and exhibits thereto.

HEALTH GRADES, INC.

By its Attorneys,

Date: October 31, 2013

*Jesús M. Vázquez, Jr., Esq.*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Lewis Roca Rothgerber LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:   (303) 623-9000
Facsimile: (303) 623-9222
kkostolansky@lrrlaw.com
gkanan@lrrlaw.com
jvazquez@lrrlaw.com
*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

## VERIFICATION

On behalf of Health Grades, Inc. and in my capacity as Executive Vice President, Corporate Strategy and Development at Health Grades, Inc., I have read the foregoing third supplemental answer to Defendant's Interrogatory No. 8. I do not necessarily have direct personal knowledge of every fact contained herein. The responses were prepared with the assistance of the authors of the documents referenced, and with the assistance and advice of counsel. The answers are based on the records and information currently available. I reserve the right to make changes in or additions to any of these answers if it appears at any time that errors or omissions have been made or if more accurate or complete information becomes available. To the extent I do not have personal knowledge; I have relied on others to gather the responsive information. I declare under penalty of perjury that the foregoing is true and correct.

_____
John Neal

Signed this 21st day of November, 2013.

STATE OF COLORADO      )
                       )  ss.
CITY AND COUNTY OF DENVER )

Subscribed and sworn to before me by John Neal this 21st day of November, 2013.
WITNESS MY HAND AND OFFICIAL SEAL.  Carol K Brinson

My Commission expires: July 7, 2015

CAROL K BRINSON
Notary Public
State of Colorado

3

2004464847_1

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2013, I electronically served the foregoing **PLAINTIFF HEALTH GRADES, INC.'S THIRD SUPPLEMENTAL RESPONSE TO DEFENDANT MDX MEDICAL, INC.'S INTERROGATORY NO. 8** on the following:

Scott David Stimpson
David Chunyi Lee
Trent Dickey
Vincent M. Ferraro
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY 10112
Email: sstimpson@sillscummis.com
Email: dlee@sillscummis.com
Email: tdickey@sillscummis.com
Email: vferraro@sillscummis.com

Terence M. Ridley
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
Email: ridley@wtotrial.com

s/ *Jesús M. Vazquez*