**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards          Date: February 13, 2014
Court Reporter: Tammy Hoffschildt

**CASE NO. 11-cv-00520-RM-BNB**

| Parties | Counsel |
|---|---|
| HEALTH GRADES, INC., | Kris John Kostolansky |
|  | Kirstin L. Stoll-DeBell |
| Plaintiff, |  |
| v. |  |
| MDX MEDICAL, INC., d/b/a VITALS.COM, | Scott David Stimpson |
|  | Terence M. Ridley |
| Defendant. |  |

## COURTROOM MINUTES

**MOTION HEARING
COURT IN SESSION**: **9:01 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing called regarding Health Grades, Inc.'s Motion for Partial Summary Judgment [Doc. No. 369, filed November 2, 2012; public entry for the motion is Doc. No. 377].

Opening remarks by the Court.

**9:06 a.m.**     Oral argument by Mr. Stimpson regarding prior art.

**9:21 a.m.**     Oral argument by Mr. Kostolansky.

**9:42 a.m.**     Oral argument by Mr. Stimpson regarding anticipation.

**9:54 a.m.**     Oral argument by Mr. Kostolansky.

**10:16 a.m.**   Response by Mr. Stimpson

**10:25 a.m.**   Reply by Mr. Kostolansky.

**COURT IN RECESS: 10:32 a.m.**
**COURT IN SESSION: 10:48 a.m.**

**10:48 a.m.**   Oral argument by Mr. Kostolansky regarding inequitable conduct.

**11:05 a.m.**   Oral argument by Mr. Stimpson.

**11:23 a.m.**   Response by Mr. Kostolansky.

**11:29 a.m.**   Oral argument by Mr. Kostolansky regarding obviousness.

**11:36 a.m.**   Oral argument by Mr. Stimpson.

**ORDERED:**   Each party shall file briefing not to exceed two pages in length detailing outstanding issues and motions and an order in which each party believes the Court should proceed.

**ORDERED:**   Health Grades, Inc.'s Motion for Partial Summary Judgment [369, public entry 377] is **TAKEN UNDER ADVISEMENT**.

**COURT IN RECESS**: **11:52 a.m.**
**Total in court time**: **02:35**
**Hearing concluded**