Civil Action No. 11-CV-00520-RM-BNB

**PLAINTIFF'S RESPONSE TO MDX MEDICAL INC.'S MOTION
FOR RECONSIDERATION UNDER *Fed. R. Civ. P.* 72 OF THE JANUARY 3,
2014 ORDER IMPOSING SANCTIONS AND FOR A HEARING**

**Exhibit A**

**Excerpt From June 5, 2013 Hearing and Order Regarding MDx's Motion to
Compel an Additional 30(b)(6) Deposition [Doc. #575]**

2004638942_1

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3    Case No. 11-CV-00520-PAB-BNB

 4    _____

 5    HEALTH GRADES, INC.,

 6         Plaintiff,

 7    vs.

 8    MDX MEDICAL, INC.,
      doing business as Vitals.com,
 9

10         Defendant.

11    _____

12           Proceedings before BOYD N. BOLAND, United States
      Magistrate Judge, United States District Court for the
13    District of Colorado, commencing at 10:33 a.m.,
      June 5th, 2013, in the United States Courthouse, Denver,
14    Colorado.

15    _____

16           WHEREUPON, THE ELECTRONICALLY RECORDED
      PROCEEDINGS ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED...
17    _____

18                          APPEARANCES

19           MR. Jesus M. VAZQUEZ, JR., ESQ.,
             MR. KRIS J. KOSTOLANSKY, ESQ.
20           Appearing on behalf of the Plaintiff.

21           MR. SCOTT D. STIMPSON, ESQ.
             Appearing on behalf of the Defendant.
22    _____

23
                          MOTION HEARING
24

25
```

AVERY/WOODS REPORTING SERVICE, INC.
455 SHERMAN STREET, SUITE 250, DENVER, CO 80203
303-825-6119          FAX 303-893-8305

1          "Did you look at any documents that have
2     not -- that have not been produced to MDX to your
3     knowledge?
4          "Answer: No."
5          So he just met with counsel. So, he didn't --
6     that is not doing your best to prepare for this
7     deposition. It just isn't, Your Honor.
8          This is really important for our invalidity
9     defense, Your Honor, and so we respectfully request
10    leave to take the deposition. Thank you.
11         THE COURT: Thank you. The motion to compel
12    is denied. I find that MDX has engaged in seriatim
13    motion practice. It filed a motion. It lost the
14    motion. It now has filed a new motion based upon the
15    same facts but seeking different results or relief, and
16    that's not how the Federal Rules of Civil Procedure were
17    designed to work. If that were the case there would be
18    no end to the possible briefing that would go on, and
19    cases would -- all cases would have nearly 600 docket
20    entries as this case now approaches.
21         In essence, I find that the motion to compel
22    is a motion for reconsideration under *Servants of*
23    *Parcletes*, 204 F.3rd 1005, page 1012, the Tenth Circuit
24    said, grounds warranting a motion to reconsider include
25    an intervening change in the controlling law, new

1    evidence previously unavailable, and the need to correct
2    clear error or prevent manifest injustice.  Thus, a
3    motion for reconsideration is appropriate where the
4    court has misapprehended the facts, the parties position
5    or the controlling law.  It is not appropriate when the
6    movant seeks to revisit issues already addressed or to
7    advanced arguments that could have been raised in prior
8    briefing.
9              This matter could and should have been raised
10   in a different way.  For reasons that Mr. Stimpson has
11   explained, he chose to do it differently.  That was a
12   risk he took.  But I'm not going to have this litigation
13   go on and on and on with seriatim motions addressing the
14   same issues but seeking different relief.  So, the
15   motion is denied.
16             That brings us to the motion to amend pretrial
17   order.  Mr. Vazquez.
18             MR. VAZQUEZ:  So, Your Honor, pending before
19   the court is our motion to supplement the pretrial order
20   with a revised exhibit list, and our motion to amend the
21   pretrial order by adding Philip Braginsky who is MDX's
22   lead counsel's former partner, and who rendered a
23   non-infringement opinion for MDX, to list him as a
24   witness whose testimony may be presented via deposition.
25             I'll start with the exhibit list, revised