IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR LEAVE TO TEMPORARILY RESTRICT [DOC. # 754]

Plaintiff Health Grades, Inc. ("Health Grades") respectfully submits its Unopposed Motion for Leave to Temporarily Restrict [Doc. #754].

### Certificate of Compliance with D.C.COLO.LCivR 7.1A

Counsel for Health Grades conferred with counsel for MDx Medical, Inc. ("MDx") regarding the relief requested herein. MDx does not oppose the requested relief.

1. On February 18, 2014, Health Grades filed its Response to MDx's Motion for Reconsideration Under *Fed. R. Civ. P.* 72 of the January 3, 2014 Order Imposing Sanctions and for a Hearing [Doc. #754].

2. Health Grades inadvertently filed [Doc. #754] as unrestricted. Health Grades requests that [Doc. #754] be temporarily restricted (Level 1). If no motion to restrict public access is filed by MDx within twelve days of Health Grades filing this motion, the restriction shall expire.

WHEREFORE, Health Grades seeks leave to temporarily restrict [Doc. #754] (Level 1) as detailed herein.

Respectfully submitted February 20, 2014.

*s/ Adam L. Massaro*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Adam L. Massaro, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@lrrlaw.com
    kkosto@lrrlaw.com
    jvazquez@lrrlaw.com
    amassaro@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2014, I electronically filed the foregoing **HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR LEAVE TO TEMPORARILY RESTRICT [DOC. # 754]** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail:   sstimpson@sillscummis.com
          vferraro@sillscummis.com
          dlee@sillscummis.com
          tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail:    ridley@wtotrial.com

*s/ Adam L. Massaro*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Adam L. Massaro
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@lrrlaw.com
       kkostolansky@lrrlaw.com
       jvazquez@lrrlaw.com
       amassaro@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

3