IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

### HEALTH GRADES, INC.'S SUPPLEMENT TO ITS MOTION FOR SANCTIONS FOR MDX MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY [DOC. #632]

Plaintiff Health Grades, Inc. ("Health Grades") respectfully submits this Supplement to Its Motion for Sanctions for MDx Medical, Inc.'s Failure to Comply with Court-Ordered Discovery [Doc. #632] ("Motion for Sanctions").

**Certificate of Compliance with D.C.COLO.LCivR 7.1A**

Counsel for Health Grades conferred with counsel for MDx Medical, Inc. ("MDx") before submitting this supplement to its Motion for Sanctions.  MDx does not oppose the filing of this supplement.

1. This Court granted Health Grades' Motion for Sanctions as specified in its January 3, 2014 Order [Doc. #711].

2. MDx's lead counsel, Sills Cummis & Gross, P.C., has represented that local counsel, Wheeler Trigg O'Donnell, LLP and Terence M. Ridley, Esq., had no involvement in the sanctioned conduct [Doc. #720 p. 12 n. 5; Doc. #720-1 p. 2 ¶ 7].

3.	Health Grades seeks no sanctions against Wheeler Trigg O'Donnell, LLP or Mr. Ridley.

Respectfully submitted February 25, 2014.

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Adam L. Massaro, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@lrrlaw.com
           kkosto@lrrlaw.com
           jvazquez@lrrlaw.com
           amassaro@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

2

2004647154_2

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2014, I electronically filed the foregoing **HEALTH GRADES, INC.'S SUPPLEMENT TO ITS MOTION FOR SANCTIONS FOR MDX MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY [DOC. #632]** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Scott David Stimpson, Esq.
    Vincent Ferraro, Esq.
    David C. Lee, Esq.
    Trent Dickey, Esq.
    Sills Cummis & Gross P.C. – New York
    30 Rockefeller Plaza
    New York, NY  10112
    E-mail:   sstimpson@sillscummis.com
             vferraro@sillscummis.com
             dlee@sillscummis.com
             tdickey@sillscummis.com

    Terence M. Ridley, Esq.
    Wheeler Trigg O'Donnell, LLP
    370 17th Street, Suite 4500
    Denver, CO  80202-5647
    E-mail:    ridley@wtotrial.com

                                          *s/ Kris J. Kostolansky*
                                          Gregory B. Kanan, Esq.
                                          Kris J. Kostolansky, Esq.
                                          Jesús M. Vázquez, Jr., Esq.
                                          Adam L. Massaro
                                          1200 17th Street, Suite 3000
                                          Denver, Colorado 80202-5855
                                          Tel:     (303) 623-9000
                                          Facsimile: (303) 623-9222
                                          Email: gkanan@lrrlaw.com
                                                         kkostolansky@lrrlaw.com
                                                         jvazquez@lrrlaw.com
                                                         amassaro@lrrlaw.com

                                          *Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

3

2004647154_2