IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## THIRD JOINT MOTION OF THE PARTIES TO EXTEND THE DEADLINE FOR FILING JURY INSTRUCTIONS AND VERDICT FORMS

    The parties hereto, Plaintiff Health Grades, Inc. ("Health Grades") and Defendant MDx Medical, Inc. ("MDx"), by their counsel, respectfully moves this Court for an enlargement of time, through and including March 14, 2014, within which to file proposed jury instructions and verdict forms. The parties base their motion on the following grounds:

    1.    In its January 6, 2014 Order [Doc. #712], the Court instructed the parties as follows: "The Court instructs the parties to file such instructions and verdict forms by January 17, 2014. The Court will deem these as preliminary filings and provide an opportunity for final filings at a later date." Doc. #712, at 2.

    2.    By order dated January 17, 2014, the Court granted the parties through and including January 28, 2014 to submit proposed jury instructions and verdict forms. Court's Order, Doc. #719.

3. By a further order dated February 3, 2014, the Court granted the parties through and including February 28, 2014 to submit proposed jury instructions and verdict forms. Court's Order, Doc. #741.

4. Since the entry of the Court's January 6, 2014 Order, counsel have had several jury instruction conferences involving multiple attorneys from both sides. The conferences have been productive, but with approximately 250 pages of jury instructions and verdict forms to review, the task is not yet complete.

5. On January 27, 2014, counsel had an in-depth discussion that focused on the need for a face-to-face meeting to move the process forward most effectively. Lead counsel for the parties met face-to-face on February 11, 2014 for several hours. During the February 11th meeting, the parties made substantial progress and are able to report that the parties have gone from two competing sets of jury instructions to one joint set of jury instructions.

6. While substantial progress has been made between the parties, the parties still need to review over 100 pages of jury instructions, and further progress to narrow disputes is expected.

7. The parties ask for the enlargement of time in order to allow them to further review, analyze and finalize the parties' joint proposed jury instructions and separate verdict forms. The granting of this continuance will permit the parties to submit to the Court joint proposed jury instructions that will have further narrowed the differences between the parties.

WHEREFORE, the Plaintiff Health Grades and Defendant MDx respectfully request that this Court grant them through and including March 14, 2014, to submit proposed joint jury instructions and separate verdict forms. A proposed order is attached hereto in accordance with

Civ. Practice Standard IV.I.1 (citing D.C. Colo. ECF Proc. V.L.2). A copy of this motion for enlargement of time has been served upon Health Grades and MDx pursuant to D.C. COLO.LCivR 6.1(c).

Dated:  February 26, 2014

LEWIS ROCA ROTHGERBER LLP

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesus M. Vazquez, Jr., Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
E-mail: gkanan@lrrlaw.com
E-mail: kkosto@lrrlaw.com
E-mail: jvazquez@lrrlaw.com
E-mail: amassaro@lrrlaw.com

*Attorneys for Plaintiff/Counterclaim Plaintiff*
Health Grades, Inc.

Respectfully submitted,

SILLS CUMMIS & GROSS P.C.

*s/ Scott D. Stimpson*
Scott D. Stimpson, Esq.
Trent S. Dickey, Esq.
David C. Lee, Esq.
Vincent M. Ferraro, Esq.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillcummis.com

and

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant/Counterclaim Plaintiff*
MDx Medical, Inc. d/b/a VITALS.COM

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2014, I electronically filed the foregoing **THIRD JOINT MOTION OF THE PARTIES TO EXTEND THE DEADLINE FOR FILING JURY INSTRUCTIONS AND VERDICT FORMS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

*s:/     Vincent M. Ferraro*

4