## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## ORDER RE THIRD JOINT MOTION OF THE PARTIES TO EXTEND THE DEADLINE FOR FILING JURY INSTRUCTIONS AND VERDICT FORMS

This Court having considered the Third Joint Motion of the Parties to Extend the Deadline for Filing Jury Instructions and Verdict Forms, and finding the same to be well-taken, hereby GRANTS the parties through and including March 14, 2014, within which to submit proposed jury instructions and verdict forms.

It is so ORDERED.  Dated this __ day of _____, 2014.

BY THE COURT

_____
RAYMOND P. MOORE
United States District Judge