**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**JOINT SUBMISSION REGARDING PENDING MOTIONS**

Pursuant to the Courtroom Minutes entered on February 13, 2013 (Dkt. #753), Plaintiff Health Grades, Inc. ("Health Grades") and Defendant/Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through their undersigned counsel, respectfully submit this Joint Submission on outstanding issues and motions, and a proposed order in which they should be addressed.

The following motions are before Judge Moore (motions referred to Magistrate Judge Boland are excluded).

1. MDx's Motion for Summary Judgment of No Willfulness (filed November 2, 2012) [Doc. #370/371]

2. MDx's Motion for Summary Judgment that Health Grades is Not Entitled to Lost Profits and Royalty Rates May Not be Applied to Revenue of the Entire Accused Website (filed November 2, 2012) [Doc. #372/378]

3. MDx's Motion for Summary Judgment of No Infringement With Regard to Amended Complaint and Allegations Relating to Aetna Life Insurance Company (filed January 22, 2013) [Doc. #490]

4. Health Grades' Motion to Bifurcate Trial On the Issue of Inequitable Conduct (filed June 4, 2013) [Doc. #598]

5. MDx's Motion In Limine to Preclude Health Grades, Inc. From Offering Certain Evidence or Testimony Regarding Validity (filed December 17, 2013) [Doc. #685]

6. Claim Construction Briefing:

    a. MDx's Brief Regarding Claim Construction for Claim 15 of the Asserted Patent (filed December 31, 2013) [Doc. #705] and Health Grades' Brief Regarding the Reasonable Capability Test (filed December 31, 2013) [Doc. #701]

    b. MDx's Brief Regarding Claim Construction for the Term "Verified" of the Asserted Patent (filed December 31, 2013) [Doc. #706] and Health Grades' Brief Opposing MDx's Request for Reconsideration of Claim Construction in the Markman Order (filed December 31, 2013) [Doc. #702]

Dated: February 26, 2014                                Respectfully submitted,

LEWIS ROCA ROTHGERBER LLP                               SILLS CUMMIS & GROSS P.C.

*s/ Kris J. Kostolansky*                                *s/ Scott D. Stimpson*
Gregory B. Kanan, Esq.                                  Scott D. Stimpson, Esq.
Kris J. Kostolansky, Esq.                               Trent S. Dickey, Esq.
Jesus M. Vazquez, Jr., Esq.                             David C. Lee, Esq.
Adam L. Massaro, Esq.                                   Vincent M. Ferraro, Esq.
1200 17th Street, Suite 3000                            30 Rockefeller Plaza
Denver, Colorado 80202                                  New York, New York 10112
Tel: (303) 623-9000                                     Tel: (212) 643-7000
Fax: (303) 623-9222                                     Fax: (212) 643-6500
E-mail: gkanan@lrrlaw.com                               E-mail: sstimpson@sillscummis.com
E-mail: kkosto@lrrlaw.com                               E-mail: tdickey@sillscummis.com
E-mail: jvazquez@lrrlaw.com                             E-mail: dlee@sillscummis.com
E-mail: amassaro@lrrlaw.com                             E-mail: vferraro@sillcummis.com

*Attorneys for Plaintiff/Counterclaim Plaintiff*        and
Health Grades, Inc.

                                                        Terence Ridley, Atty. No. 15212
                                                        Wheeler Trigg O'Donnell LLP
                                                        370 Seventeenth Street, Suite 4500
                                                        Denver, Colorado 80202
                                                        Tel: (303) 244-1800
                                                        Fax: (303) 244-1879
                                                        E-mail: ridley@wtotrial.com

*Attorneys for Defendant/Counterclaim Plaintiff*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2014, I electronically filed the foregoing **JOINT SUBMISSION REGARDING PENDING MOTIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                                  *s:/      Vincent M. Ferraro*