**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT
ACCESS TO DOCUMENTS - DOCUMENT NOS. 754, 755 AND 757**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to document numbers 754, 755, and 757, which were filed by Health Grades, Inc. ("Health Grades") (hereinafter the "Motion to Restrict"). Dkt. Nos. 754 and 755 are the same document, both of which are Health Grades' Response to MDx's Motion for Reconsideration under Fed. R. Civ. P. 72 of the January 3, 2014 Order Imposing Sanctions and for a Hearing ("HG's Response"). Dkt. No. 757 is an exhibit to HG's Response.

Regarding document numbers 754, 755, and 757, MDx is submitting proposed, redacted versions of the documents, from which the MDx highly confidential information has been redacted, in exactly the same or similar fashion as previously accepted by the Court, to be used for public access. Therefore, in light of the arguments herein, MDx respectfully requests that access to the unredacted versions of document numbers 754, 755, and 757 remain restricted at

1

Restricted Level 1, and the proposed redacted documents attached hereto be used as replacements for document numbers 754, 755, and 757 for public access.

Pursuant to *D.C.COLO.LCivR* 7.1(a), MDx's counsel conferred with counsel for Health Grades on March 4, 2014 regarding this motion, and Health Grades has indicated that it does not oppose this motion.

**Discussion**

MDx respectfully requests very limited confidentiality restrictions for document numbers 754, 755, and 757, to redact references in these documents to specific, competitively sensitive, highly confidential and proprietary information regarding MDx's accused website, vitals.com, usage metrics, percentages, internal data and statistics, and internal website operations in the identical or similar manner that this Court has previously restricted the same or similar highly confidential information in documents previously filed in this action.

MDx respectfully requests continued restricted access to Dkt. Nos. 754, 755, and 757 as follows below.

**Dkt. Nos. 754 and 755** – HG's Response, filed as both Dkt. Nos. 754 and 755, contains MDx's highly confidential, proprietary information regarding vitals.com usage metrics, internal data and statistics, and internal website operations. This type of information is competitively sensitive and it represents trade secrets that MDx does not make public. *See* Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶¶ 4-5. If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising. *Id.* The Court has previously

2

granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, 466, 551, 578 and 648) to redact the same or similar information from public access. *See e.g.*, Court's Orders, Dkt. Nos. 483, 508, 557, 586 and 690.  MDx submits a redacted version of Dkt. Nos. 754 and 755 with the exact same or similar redactions that it previously submitted and the Court has previously approved, attached hereto as Exhibit A.  MDx, therefore, respectfully requests that access to Dkt. Nos. 754 and 755 be similarly restricted.

**Dkt. No. 757** - MDx's Second Supplemental Interrogatory Response to Interrogatory No. 2, which contains MDx's non-infringement positions and explanations.  This response contains highly confidential, proprietary information regarding vitals.com usage metrics, percentages, internal data and statistics, and internal website operations.  This is competitively sensitive information that MDx does not make public, and represents trade secrets.  *See* Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶¶ 4-5.  If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising.  *Id.*  The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, 466, 551, 578 and 648) to redact the same or similar highly confidential information from MDx's previous response to Health Grades' Interrogatory No. 2 from public access. *See e.g.*, Court's Orders, Dkt. Nos. 483, 508, 557, 586 and 690.  MDx submits a redacted version of Dkt. No. 757 with similar redactions that it previously submitted and the Court has previously approved, attached hereto as Exhibit B.  MDx, therefore, respectfully requests that access to Dkt. No. 757 be similarly restricted.

MDx is requesting that the Court grant similar relief that it has previously granted regarding protecting from public disclosure highly confidential internal data and statistics regarding its website, vitals.com, by proposing very limited redactions of just this information from Dkt. Nos. 754, 755 and 757.

**Conclusion**

For the foregoing reasons, MDx respectfully requests that the Court grant this motion for continued restrictions on access to Document Nos. 754, 755 and 757, at a Level 1 restriction, and to use the attached, redacted exhibits as public access versions for Document Nos. 754, 755 and 757.

Dated:  March 4, 2014                                              Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                                                      Terence Ridley, Atty. No. 15212
Trent S. Dickey                                                          Wheeler Trigg O'Donnell LLP
David C. Lee                                                              370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                                    Denver, Colorado 80202
Sills Cummis & Gross P.C.                                        Tel:  (303) 244-1800
30 Rockefeller Plaza                                                  Fax:   (303) 244-1879
New York, New York 10112                                    E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                                                  *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com                      MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 754, 755 and 757** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                                   _s:/Vincent M. Ferraro_