IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**FOURTH (AND FINAL) JOINT MOTION OF THE PARTIES TO EXTEND THE DEADLINE FOR FILING JURY INSTRUCTIONS AND VERDICT FORMS**

The parties hereto, Plaintiff Health Grades, Inc. and Defendant MDx Medical, Inc., by their counsel, respectfully move this Court for an enlargement of time through and including March 28, 2014, within which to file proposed jury instructions and verdict forms. The parties base their motion on the following grounds:

1. In its January 6, 2014, Order [Doc. #712], the Court instructed the parties as follows: "The Court instructs the parties to file such instructions and verdict forms by January 17, 2014. The Court will deem these as preliminary filings and provide an opportunity for final filings at a later date" [Doc. #712 at 2].

2. By order dated January 17, 2014, the Court granted the parties through and including January 28, 2014 to submit proposed jury instructions and verdict forms [Doc. #719].

3. Since the entry of the Court's January 6, 2014, Order, counsel have had several jury instruction conferences involving multiple attorneys from both sides. The conferences have

- 2 -

been productive, but with approximately 250 pages of jury instructions and verdict forms to review, the task was not yet complete.

4. On January 27, 2014, counsel had an in-depth discussion that focused on the need for a face-to-face meeting to move the process forward most effectively. By an order dated February 3, 2014, the Court granted the parties through and including February 28, 2014, to submit proposed jury instructions and verdict forms [Doc. #741].

5. Lead counsel for the parties met face-to-face on February 11, 2014. During the February 11th meeting, the parties made substantial progress and have gone from two competing sets of jury instructions to one joint set of jury instructions.

6. The parties still had over 100 pages of jury instructions to review in an effort to try to narrow the scope of disputed instructions, and by order dated February 26, 2014, the Court granted the parties through and including March 14, 2014 [Doc. #766].

7. The parties continue to make substantial progress to narrow the disputed issues, they are virtually finished conferring regarding the liability instructions, and are close to completing the conferral process for the remaining jury instructions and verdict forms.

8. The parties ask for the enlargement of time through and including March 28, 2014, in order to allow them to continue to review, analyze and further refine the proposed jury instructions and verdict forms. The granting of this continuance will permit the parties to submit to the Court proposed instructions that will have further narrowed the differences between the parties.

WHEREFORE, the Plaintiff Health Grades, Inc. and Defendant MDx Medical, Inc. respectfully request that this Court grant them through and including March 28, 2014, to submit

proposed jury instructions and verdict forms.  A proposed order is attached hereto in accordance with Civ. Practice Standard IV.I.1 (citing D.C. Colo. ECF Proc. V.L.2).  A copy of this motion for enlargement of time has been served upon Health Grades and MDx Medical pursuant to D.C. COLO.LCivR 6.1(c).

Respectfully submitted March 14, 2014.

| LEWIS ROCA ROTHGERBER LLP | SILLS CUMMIS & GROSS P.C. |
|---|---|
| *s/ Kris J. Kostolansky* | *s/ Trent Dickey* |
| Gregory B. Kanan, Esq. | Scott D. Stimpson, Esq. |
| Kris J. Kostolansky, Esq. | Vincent M. Ferraro, Esq. |
| Jesús M. Vázquez, Jr., Esq. | David C. Lee, Esq. |
| Adam L. Massaro, Esq. | Trent Dickey, Esq. |
| 1200 17th Street, Suite 3000 | 30 Rockefeller Plaza |
| Denver, Colorado  80202 | New York, New York  10112 |
| Tel: (303) 623-9000 | Tel: (212) 643-7000 |
| Fax: (303) 623-9222 | Fax: (212) 643-6500 |
| E-mail: gkanan@lrrlaw.com | E-mail: sstimpson@sillscummis.com |
| E-mail: kkosto@lrrlaw.com | E-mail: vferraro@sillcummis.com |
| E-mail: jvazquez@lrrlaw.com | E-mail: dlee@sillscummis.com |
| E-mail: amassaro@lrrlaw.com | E-mail: tdickey@sillcummis.com |

*Attorneys for Plaintiff/ Counterclaim Plaintiff Health Grades, Inc.*

and

Terence Ridley, Esq.
Ramona Lampley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
Email: ridley@wtotrial.com
Email: lampley@wtotrial.com

*Attorneys for Defendant/ Counterclaim Plaintiff MDx Medical, Inc.*

### CERTIFICATE OF SERVICE

       I hereby certify that on March 14, 2014, I electronically filed the foregoing **FOURTH (AND FINAL) JOINT MOTION OF THE PARTIES TO EXTEND THE DEADLINE FOR FILING JURY INSTRUCTIONS AND VERDICT FORMS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.  
Vincent Ferraro, Esq.  
David C. Lee, Esq.  
Trent Dickey, Esq.  
Sills Cummis & Gross P.C. – New York  
30 Rockefeller Plaza  
New York, NY  10112  
E-mail: sstimpson@sillscummis.com  
       vferraro@sillscummis.com  
       dlee@sillscummis.com  
       tdickey@sillscummis.com  

Terence M. Ridley, Esq.  
Wheeler Trigg O'Donnell, LLP  
370 17th Street, Suite 4500  
Denver, CO  80202-5647  
E-mail: ridley@wtotrial.com  

Harris Troutman, Esq.  
Health Grades, Inc.  
999 18th Street, Suite 600  
Denver, CO 80202  
E-mail:  htroutman@healthgrades.com  

MDx Medical, Inc.  
1200 Wall Street West, Fifth Floor  
Lyndhurst, NJ 07071  

       *s/ Kris J. Kostolansky*  
       Kris J. Kostolansky, Esq.

- 4 -

2004685873_1