## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Raymond P. Moore

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## ORDER RE FOURTH (AND FINAL) JOINT MOTION OF THE PARTIES TO EXTEND THE DEADLINE FOR FILING JURY INSTRUCTIONS AND VERDICT FORMS

This Court having considered the Fourth (and Final) Joint Motion of the Parties to Extend Deadline for Filing Jury Instructions and Verdict Forms, and finding the same to be well-taken, hereby GRANTS the parties through and including March 28, 2014, within which to submit proposed jury instructions and verdict forms.

It is so ORDERED.  Dated this _____ day of March, 2014.

BY THE COURT

RAYMOND P. MOORE
United Stated District Judge

2004686068_1