**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT
ACCESS TO DOCUMENT NO. 770**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to document number 770, which was filed by MDx (hereinafter the "Motion to Restrict"). Dkt. No. 770 is MDx's Reply Brief in Support of its Motion for Reconsideration under Fed. R. Civ. P. 72 of the January 3, 2014 Order Imposing Sanctions and for a Hearing ("MDx's Reply").

Regarding document number 770, MDx is submitting a proposed, redacted version of the document, from which the MDx highly confidential information has been redacted, in exactly the same fashion as previously accepted by the Court, to be used for public access. Therefore, in light of the arguments herein, MDx respectfully requests that access to the unredacted version of document number 770 remain restricted at Restricted Level 1, and the proposed redacted document attached hereto be used as a replacement for document number 770 for public access.

1

Pursuant to *D.C.COLO.LCivR* 7.1(a), MDx's counsel conferred with counsel for Health Grades on March 20, 2014 regarding this motion, and Health Grades has indicated that it does not oppose this motion.

**Discussion**

MDx respectfully requests very limited confidentiality restrictions for document number 770, to redact one reference in this document to specific, competitively sensitive, highly confidential and proprietary information regarding MDx's accused website, vitals.com data and internal website operations in the identical manner that this Court has previously restricted the same highly confidential information in documents previously filed in this action.

MDx respectfully requests continued restricted access to Dkt. No. 770 as follows below.

**Dkt. No. 770** – MDx's Reply, filed as Dkt. No. 770, contains MDx's highly confidential, proprietary information regarding vitals.com data and internal website operations. This type of information is competitively sensitive and it represents trade secrets that MDx does not make public. *See* Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶¶ 4-5. If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising. *Id.* The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, 466, 551, 578 and 648) to redact the same information from public access. *See e.g.*, Court's Orders, Dkt. Nos. 483, 508, 557, 586 and 690. MDx submits a redacted version of Dkt. No. 770 with the exact same redactions that it previously submitted and the Court has previously

approved, attached hereto as Exhibit A. MDx, therefore, respectfully requests that access to Dkt. No. 770 be similarly restricted.

MDx is requesting that the Court grant similar relief that it has previously granted regarding protecting from public disclosure highly confidential internal data and statistics regarding its website, vitals.com, by proposing a very limited redaction of just this information from Dkt. No. 770.

**Conclusion**

For the foregoing reasons, MDx respectfully requests that the Court grant this motion for continued restrictions on access to Document No. 770, at a Level 1 restriction, and to use the attached, redacted exhibits as public access versions for Document No. 770.

Dated: March 21, 2014                                  Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                                      Terence Ridley, Atty. No. 15212
Trent S. Dickey                                        Wheeler Trigg O'Donnell LLP
David C. Lee                                           370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                     Denver, Colorado 80202
Sills Cummis & Gross P.C.                              Tel: (303) 244-1800
30 Rockefeller Plaza                                   Fax: (303) 244-1879
New York, New York 10112                               E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                                    *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com                      MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT NO. 770** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                                          *s:/Vincent M. Ferraro*