**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S RESPONSE TO HEALTH GRADES SUBMISSION OF TRANSCRIPT IN SUPPORT OF THE PROPOSED JURY INSTRUCTIONS AND VERDICT FORM RELATING TO ANTICIPATION**

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits this Response to Health Grades, Inc.'s ("Health Grades") Submission of Transcript in Support of the Proposed Jury Instructions and Verdict Form Relating to Anticipation [Dkt. # 782, the "Submission"].

Health Grades is attempting to limit MDx's anticipation defense in two respects: (1) to only "physician reports" that (2) were on Health Grades' website in the summer of 2005. Dkt. # 782, ¶2. But nothing in the transcript supports Health Grade's proposed limitations; rather, the transcript is clear that the art is the Health Grades website in 2005. *See, e.g.,* Hearing Transcript, dated February 13, 2014, Dkt. # 782-1 at 7:2 (MDx is relying on "the website as it existed in 2005."); 7:14-17 (THE COURT: "unless you tell me something other than the 2005 website, I'm saying, Okay, I'm closing the barn door … ."); and at 8:2-5 ("I recognize you haven't put the --

1

2

the defining limits on what we mean by the 2005 website, but I'm seeing <u>the 2005 website</u> as the piece of prior art you are relying for anticipation.") (emphases added).

For the foregoing reasons, Health Grades' proposed limitations on the MDx anticipation defense should be denied.

Dated:  April 11, 2014                                                  Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                               Terence Ridley, Atty. No. 15212
Trent S. Dickey                                 Wheeler Trigg O'Donnell LLP
David C. Lee                                    370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                              Denver, Colorado 80202
Sills Cummis & Gross P.C.                       Tel:  (303) 244-1800
30 Rockefeller Plaza                            Fax:   (303) 244-1879
New York, New York 10112                        E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                             *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com               MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S RESPONSE TO HEALTH GRADES SUBMISSION OF TRANSCRIPT IN SUPPORT OF THE PROPOSED JURY INSTRUCTIONS AND VERDICT FORM RELATING TO ANTICIPATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                                       *s:/Vincent M. Ferraro*