IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## HEALTH GRADES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT ITS FEE APPLICATION

Plaintiff Health Grades, Inc. ("Health Grades"), by its counsel, respectfully moves this Court for an enlargement of time, through and including May 23, 2014, within which to submit its fee application.

1. By Order dated January 3, 2014 [Doc. #711] this Court granted Health Grades' motion for sanctions against MDx Medical, Inc. d/b/a Vitals.com ("MDx"), in part, and awarded Health Grades "its reasonable expenses, including attorney's fees . . . ." [Doc. #711 at 12]

2. MDx filed a motion for reconsideration [Doc. #720], which this Court denied on April 30, 2014 [Doc. #784].

3. The Court ordered that Health Grades submit its fee application by May 14, 2014 [*id* at 6].

4. The undersigned has a five-day arbitration in Utah (May 5-9, 2014) and other pressing matters over the next two weeks.

2004767912_1

5. Heath Grades requests an enlargement of time, through and including May 23, 2014, within which to submit its fee application.

6. A proposed order is attached hereto in accordance with Civ. Practice Standard IV.I.1 (citing D.C. Colo. ECF Proc. V.L.2). A copy of this motion for enlargement of time has been served upon Health Grades pursuant to D.C. COLO.LCivR 6.1(c).

### Certificate of Compliance with D.C. COLO.LCivR 7.1A

Counsel for Health Grades has conferred with counsel for MDx regarding the relief request herein. MDx does not oppose the requested relief.

WHEREFORE, Health Grades, Inc. respectfully requests an enlargement of time, through and including May 23, 2014, within which to submit its fee application.

Respectfully submitted May 5, 2014.

LEWIS ROCA ROTHGERBER LLP

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel: (303) 623-9000
Fax: (303) 623-9222
E-mail: gkanan@lrrlaw.com
E-mail: kkosto@lrrlaw.com
E-mail: jvazquez@lrrlaw.com
E-mail: amassaro@lrrlaw.com
*Attorneys for Plaintiff/ Counterclaim Plaintiff Health Grades, Inc.*

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2014, I electronically filed the foregoing **HEALTH GRADES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT ITS FEE APPLICATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
        vferraro@sillscummis.com
        dlee@sillscummis.com
        tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com

Harris Troutman, Esq.
Health Grades, Inc.
999 18th Street, Suite 600
Denver, CO  80202
E-mail:  htroutman@healthgrades.com

                      *s/ Kris J. Kostolansky*
                      Kris J. Kostolansky, Esq.