IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**ORDER RE PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT ITS FEE APPLICATION**

This Court having considered Health Grades, Inc.'s Unopposed Motion for Enlargement of Time to Submit Its Fee Application, and finding the same to be well-taken, hereby GRANTS Health Grades through and including May 23, 2014 within which to submit its fee application pursuant to the April 30, 2014 Order [Doc. #784].

It is so ORDERED.

Dated this _____ day of May, 2014.

BY THE COURT

_____