IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    **Health Grades' Motion for Enlargement of Time** [Doc. # 786, filed 5/5/2014] is GRANTED; and

      (2)    Health Grades shall submit its fee application on or before May 23, 2014.

DATED:  May 6, 2014