**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

     Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

     Defendant.

---

**WHEELER TRIGG O'DONNELL LLP AND TERENCE M. RIDLEY'S <u>UNOPPOSED</u>
RULE 72 OBJECTION TO THE JANUARY 3, 2014 AND APRIL 30, 2014 ORDERS
RE SANCTIONS (DKTS. #711 and #784)**

---

     Wheeler Trigg O'Donnell LLP and Terence M. Ridley submit this Rule 72 Objection to the January 3, 2014 Order regarding Health Grades, Inc.'s Motion for Sanctions for MDx's Failure to Comply with Court-Ordered Discovery (Dkt. #711) and the April 30, 2014 Order on Motion for Reconsideration of Sanctions (Dkt. #784).  As grounds, below-signed counsel states:

<b><u>D.C.COLO.LCivR 7.1 CONFERRAL</u></b>

     Below-signed counsel has conferred with counsel for Health Grades, Greg Kanan, regarding the specific relief requested in this Objection, and Health Grades does oppose same.

<b><u>OBJECTION</u></b>

     1.    On January 14, 2014, MDx filed a motion to stay the deadline to file objections to the January 3, 2014 Order imposing sanctions (Dkt. #718).

2.      On January 17, 2014, counsel for MDx filed a motion for reconsideration of the January 3, 2014 Order imposing sanctions and requested a hearing on the matter (Dkt. #720).

3.      In a footnote at page 12 of the motion for reconsideration counsel for MDx noted:

> MDx's local counsel, Terence Ridley of Wheeler Trigg O'Donnell, LLP, was not involved in the search or response to Interrogatory #2, the later production of documents, or the decision to file the summary judgment motion.  Therefore, even if there was some wrongdoing by counsel (there was not), there would be no basis for any discovery sanction against local counsel.

4.      Health Grades filed a supplement to its motion for sanctions on February 25, 2014 (Dkt. #764).  In that supplement, Health Grades advised the Court that "MDx's lead counsel, Sills Cummis & Gross, P.C. has represented that local counsel, Wheeler Trigg O'Donnell, LLP and Terence M. Ridley, Esq. had no involvement in the sanctioned conduct" (emphasis added), and that Health Grades was not seeking sanctions against Wheeler Trigg O'Donnell LLP or Mr. Ridley.

5.      On April 30, 2014, Magistrate Judge Boland denied MDx's Motion for Reconsideration of Order Imposing Sanctions (Dkt. #784).  The April 30, 2014 Order did not, however, acknowledge or recognize the representation made by counsel for MDx in the motion for reconsideration, nor the position by Health Grades that it was not seeking sanctions against Wheeler Trigg O'Donnell or Mr. Ridley.

6.      By Order dated January 21, 2014, MDx was granted an extension of time of 10 business days after Magistrate Judge Boland ruled on the motion for reconsideration to file its Rule 72 objections (Dkt. #724).

7.      Below-signed counsel believes there is no basis for sanctions against any defense counsel, for the reasons set forth in the Defendant's briefing.  This separate filing, however, is being made because the Magistrate Judge did not address the specific issue raised in this objection.

WHEREFORE, Wheeler Trigg O'Donnell and Terence M. Ridley respectfully requests an Order clarifying that the January 3, 2014 Order and the April 30, 2014 Order do not impose sanctions against Wheeler Trigg O'Donnell LLP or Terence M. Ridley.

Dated: May 14, 2014                              Respectfully submitted,

                                                 s/ Terence M. Ridley
                                                 Terence M. Ridley
                                                 Wheeler Trigg O'Donnell LLP
                                                 370 Seventeenth Street, Suite 4500
                                                 Denver, Colorado 80202
                                                 Tel:  (303) 244-1800
                                                 Fax:   (303) 244-1879
                                                 E-mail: ridley@wtotrial.com

                                                 Attorney for Defendant
                                                 MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2014, I electronically filed the foregoing WHEELER TRIGG O'DONNELL LLP AND TERENCE M. RIDLEY'S UNOPPOSED RULE 72 OBJECTION TO THE JANUARY 3, 2014 AND APRIL 30, 2014 ORDERS RE SANCTIONS (DKTS. #711 and #784) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Robert Charles Blume
  rblume@gibsondunn.com,
  ealcock@gibsondunn.com,
  ralfrey@gibsondunn.com

- Trent S. Dickey
  tdickey@sillscummis.com

- Vincent Marc Ferraro
  vferraro@sillscummis.com

- Gregory B. Kanan
  gkanan@lrrlaw.com,
  dgrooms@lrrlaw.com

- Kris John Kostolansky
  kkosto@lrrlaw.com,
  SKlipp@lrrlaw.com

- David Chunyi Lee
  dlee@sillscummis.com,
  vferraro@sillscummis.com

- Adam Lee Massaro
  amassaro@lrrlaw.com,
  massaro4@gmail.com

- Scott Butler Murray
  smurray@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com,
  wall@wtotrial.com,
  norris@wtotrial.com

- Mark Jon Rosenberg
  Mrosenberg@sillscummis.com

- Scott David Stimpson
  sstimpson@sillscummis.com,
  gcaceres@sillscummis.com

- Jesus Manuel Vazquez , Jr
  jvazquez@rothgerber.com,
  phenke@rothgerber.com

*s/ Terence M. Ridley*
Terence M. Ridley
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel: (303) 244-1800
Fax: (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorney for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM