IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT ITS FEE APPLICATION

Plaintiff Health Grades, Inc. ("Health Grades"), by its counsel, respectfully moves this Court for an enlargement of time through and including 10 business days after Judge Moore rules on MDx Medical, Inc.'s ("MDx") Fed. R. Civ. P. 72(a) Objections to Magistrate Judge Boland's Sanctions Order [Doc. #789] within which to submit its fee application.

1.     By Order dated January 3, 2014 [Doc. #711], this Court granted Health Grades' motion for sanctions against MDx, in part, and awarded Health Grades "its reasonable expenses, including attorney's fees . . . ." [*id.* at 12].

2.     MDx filed a motion for reconsideration [Doc. #720], which was denied on April 30, 2014 [Doc. #784].

3.     The Court ordered that Health Grades submit its fee application by May 14, 2014 [*id* at 6].

4.     Heath Grades requested an enlargement of time through and including May 23, 2014, to submit its fee application, which was granted [Doc. #788].

2004797144_1

5. On May 14, 2014, MDx filed its Objections Pursuant to Fed. R. Civ. P. 72(a) to Magistrate Judge Boland's Order Dated January 3, 2014 Imposing Discovery Sanctions and Order Dated April 30, 2014 Denying Reconsideration [Doc. #789] ("MDx's Rule 72 Objections").

6. Health Grades' fee application is tied directly to the underlying sanctions order and is best addressed once MDx's Rule 72 Objections have been ruled upon. Accordingly, Health Grades requests that the Court grant it an enlargement of time through and including 10 business days after Judge Moore rules on MDx's Rule 72 Objections within which to submit its fee application.

7. A proposed order is attached hereto in accordance with Civ. Practice Standard IV.I.1 (citing D.C. Colo. ECF Proc. V.L.2). A copy of this motion for enlargement of time has been served upon Health Grades pursuant to D.C.COLO.LCivR 6.1(c).

**Certificate of Compliance with D.C.COLO.LCivR 7.1A**

Counsel for Health Grades has conferred with counsel for MDx regarding the relief request herein. MDx does not oppose the requested relief.

WHEREFORE, Health Grades, Inc. respectfully requests an enlargement of time as set forth herein.

Respectfully submitted May 21, 2014.

          LEWIS ROCA ROTHGERBER LLP

          *s/ Adam L. Massaro*
          Gregory B. Kanan, Esq.
          Kris J. Kostolansky, Esq.
          Jesús M. Vázquez, Jr., Esq.
          Adam L. Massaro, Esq.
          1200 17th Street, Suite 3000
          Denver, Colorado  80202
          Tel: (303) 623-9000
          Fax: (303) 623-9222
          E-mail: gkanan@lrrlaw.com
          E-mail: kkosto@lrrlaw.com
          E-mail: jvazquez@lrrlaw.com
          E-mail: amassaro@lrrlaw.com
          *Attorneys for Plaintiff/ Counterclaim Plaintiff*
          *Health Grades, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2014, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT ITS FEE APPLICATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
       vferraro@sillscummis.com
       dlee@sillscummis.com
       tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com

Harris Troutman, Esq.
Health Grades, Inc.
999 18th Street, Suite 600
Denver, CO  80202
E-mail:  htroutman@healthgrades.com

      *s/ Adam L. Massaro*
      Adam L. Massaro, Esq.