IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## ORDER RE PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT ITS FEE APPLICATION

This Court, having considered Health Grades, Inc.'s Unopposed Motion for Enlargement of Time to Submit Its Fee Application, and finding the same to be well-taken, hereby GRANTS Health Grades through and including 10 business days after Judge Moore rules on MDx Medical, Inc.'s Fed. R. Civ. P. 72(a) Objections to Magistrate Judge Boland's Sanctions Order [Doc. #789] within which to submit its fee application pursuant to the January 3, 2014 and April 30, 2014 Orders [Doc. #711; Doc. #784].

It is so ORDERED.

Dated this _____ day of _____, 2014.

BY THE COURT:

_____
United States District Court Judge

2004797209_1