Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES' RESPONSE TO MDx's FED R. CIV. P. 72(A) OBJECTIONS TO MAGISTRATE JUDGE BOLAND'S SANCTIONS ORDER [DOC. #789]**

---

## Exhibit A

October 16, 2013 email string between counsel regarding Health Grades conferring over filing a motion for sanctions under Fed. R. Civ. P. 37

2004809951_1

## Kostolansky, Kris J.

| | |
|---|---|
| **From:** | Kostolansky, Kris J. |
| **Sent:** | Wednesday, October 16, 2013 4:04 PM |
| **To:** | 'Scott D. Stimpson'; Trent Dickey; Vincent M. Ferraro; David C. Lee |
| **Cc:** | Kanan, Greg; Kirstin Stoll-DeBell (KStollDeBell@merchantgould.com); Vazquez, Jesus |
| **Subject:** | RE: Conferral re Rule 37 Motion |

Scott,

As you know, the order required MDx to "state for each claim element whether MDx's Accused Products provide such an element and such an equivalent, and, if not, explain how MDx's Accused Products operate or function differently than the claim element. . . ." One of the elements in the patent is: "accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies. . . ."

Despite the Court Order, MDx provided information regarding certain percentages of physicians who have "entered and/or modified each data field," but MDx never followed the requirement of the Court Order by stating whether the Accused Product "provide[s] such an element" or does not provide such an element. Further, MDx stated that it "currently has no knowledge of any physician who has entered and/or modified three or more of that information." That knowledge is within MDx's grasp based upon the information available to MDx. We have discussed with MDx the need to run searches to address this issue, but MDx has at all times refused to do so. That act, coupled with the response, constitutes non-compliance with a Court Order.

Furthermore, MDx has information from doctors who have approved some or all of the required elements in communications with MDx. It does not appear that MDx has used this information to provide the discovery ordered by the Court.

MDx also states in its interrogatory answer that                    As you can see from the declaration of Kirstin Stoll-DeBell in our proposed supplements, physicians must enter their date of birth to register with Vitals. Thus Vitals has this information for every registered physician. MDx's failure to amend the discovery response in this regard leading up to a summary judgment argument is entirely improper.

Our motion will undoubtedly amplify the issues raised in this e-mail, but this should provide you a more than sufficient basis for our conferral. Based upon MDx's failure to comply with the Court Order, we will seek relief from the Court directing that Health Grades' compliance with this element "be taken as established" Fed. R. Civ. P. 37(b)(2)(a)(i). If it is necessary to file a motion, we will also seek to recover our attorneys' fees.

We further ask that MDx withdraw the pending motion for summary judgment related to this issue about which MDx has neither complied with its discovery obligations nor the terms of Judge Boland's Order. I will call you at 11:00 a.m. Eastern time tomorrow. Thank you.

K.J.K.



Kris J. Kostolansky, Partner
Lewis Roca Rothgerber LLP |
1200 17th St Suite 3000 | Denver, CO 80202-5855

1



(T) 303.628.9515 | (F) 303.623.9222
kkosto@lrrlaw.com | www.LRRLaw.com

**Rothgerber Johnson & Lyons LLP is now Lewis Roca Rothgerber LLP.**

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, October 16, 2013 10:55 AM
**To:** Kostolansky, Kris J.; Trent Dickey; Vincent M. Ferraro; David C. Lee
**Cc:** Kanan, Greg; Kirstin Stoll-DeBell (KStollDeBell@merchantgould.com); Vazquez, Jesus
**Subject:** RE: Conferral re Rule 37 Motion

We could guess that you see an alleged non-compliance with the provision you cited. What is it? If your goal is to have a true conferral tomorrow, please tell me your complaint. Thank you.

**Scott D. Stimpson**
Member of the Firm



website | bio | vCard | newsroom | email 

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1550 | f (212) 643-6500   map

---

**From:** Kostolansky, Kris J. [mailto:kkosto@lrrlaw.com]
**Sent:** Wednesday, October 16, 2013 12:49 PM
**To:** Scott D. Stimpson; Trent Dickey; Vincent M. Ferraro; David C. Lee
**Cc:** Kanan, Greg; Kirstin Stoll-DeBell (KStollDeBell@merchantgould.com); Vazquez, Jesus
**Subject:** RE: Conferral re Rule 37 Motion

Scott, Are you available tomorrow at 11:00 a.m. Eastern? If not, I will call David today. The issue concerns MDx's non-compliance with the provision of the Order I cited to you. Please advise re your availability at 11:00 a.m. tomorrow.

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, October 16, 2013 10:30 AM
**To:** Kostolansky, Kris J.; Trent Dickey; Vincent M. Ferraro; David C. Lee
**Cc:** Kanan, Greg; Kirstin Stoll-DeBell (KStollDeBell@merchantgould.com); Vazquez, Jesus
**Subject:** RE: Conferral re Rule 37 Motion

Kris, I am out of the office today, tomorrow is better. In the meantime, please give us a heads up of your specific issue by email so we can talk more intelligently on the issue tomorrow. Thanks.

Scott

**Scott D. Stimpson**
Member of the Firm



website | bio | vCard | newsroom | email 

2

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1550 | f (212) 643-6500  map

**From:** Kostolansky, Kris J. [mailto:kkosto@lrrlaw.com]
**Sent:** Wednesday, October 16, 2013 11:59 AM
**To:** Trent Dickey; Vincent M. Ferraro; David C. Lee; Scott D. Stimpson
**Cc:** Kanan, Greg; Kirstin Stoll-DeBell (KStollDeBell@merchantgould.com); Vazquez, Jesus
**Subject:** Conferral re Rule 37 Motion

Scott, I would like to confer with you today regarding a Rule 37 motion. Please reference Paragraph 1(c) of Judge Boland's April 26, 2012 Order. What time will work best for you? Please let me know. Thanks.



Kris J. Kostolansky, Partner
Lewis Roca Rothgerber LLP |
1200 17th St Suite 3000 | Denver, CO 80202-5855
(T) 303.628.9515 | (F) 303.623.9222
kkosto@lrrlaw.com | www.LRRLaw.com

 **Rothgerber Johnson & Lyons LLP is now Lewis Roca Rothgerber LLP.**

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

In accordance with Internal Revenue Service Circular 230, we advise you that if this message or any attachments contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

In accordance with Internal Revenue Service Circular 230, we advise you that if this message or any attachments contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.