Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES' RESPONSE TO MDx's FED R. CIV. P. 72(A) OBJECTIONS TO MAGISTRATE JUDGE BOLAND'S SANCTIONS ORDER [DOC. #789]**

---

**Exhibit D**

**Excerpt of May 15, 2014 MDx Fed. R. Civ. P. 30(b)(6) Deposition (rough draft)**

2004811990_1

2004793501_1

"ROUGH" - ANTHONY BELLOMO                               1

```
1          CONFIDENTIAL - "ATTORNEYS EYES ONLY"
2          IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
3          CIVIL ACTION NO. 11-CV-00520-RM-BNB
4
     HEALTH GRADES, INC.,              :
5               Plaintiff,             :
                                       :
6               v.                     :
                                       :
7    MDX MEDICAL, INC., d/b/a          :
     VITALS.COM,                       :
8               Defendant.             :
9
10         Transcript of the videotape deposition of
11   ANTHONY BELLOMO, called for Oral Examination in the
12   above-captioned matter, said deposition taken by and
13   before SILVIA P. WAGE, a Certified Shorthand
14   Reporter, Certified Realtime Reporter, Registered
15   Professional Reporter, and Notary Public for the
16   States of New Jersey, New York, Pennsylvania and
17   Delaware, at the offices of SILLS CUMMIS & GROSS,
18   P.C., The Legal Center, One Riverfront Plaza,
19   Newark, New Jersey, on Thursday, May 15, 2014,
20   commencing at 8:05 a.m.
21
22
23
24
25   JOB NO. 1803-205340
```

"ROUGH" - ANTHONY BELLOMO                               2

```
1    A P P E A R A N C E S:
2
              LEWIS ROCA ROTHGERBER, LLP
```

Page 1

```
                          2004793501_1
3          BY:  KRIS J. KOSTOLANSKY, ESQ.
           BY:  ADAM L. MASSARO, ESQ.
4          1200 17th Street, Suite 3000
           Denver, Colorado  80202
5          (303) 628-9513
           KKostolansky@LRRLaw.com
6          Amassaro@LRRLaw.com
           Counsel for the Plaintiff
7

8          MERCHANT GOULD, P.C.
           BY:  KIRSTIN L. STOLL-DeBELL, ESQ.
9          1050 Seventeenth Street
           Denver, Colorado  80265
10         (303) 357-1670
           Kstoll@merchantgould.com
11         Counsel for the Plaintiff
           (VIA TELEPHONE)
12

13         SILLS CUMMIS & GROSS, P.C.
           BY:  SCOTT D. STIMPSON, ESQ.
14         BY:  DAVID LEE, ESQ.
           30 Rockefeller Plaza
15         New York, New York  10112
           (212) 643-7000
16         SStimpson@sillscummis.com
           DLee@sillscummis.com
17         Counsel for the Defendant and Deponent

18

19  A L S O   P R E S E N T:

20
           RYAN McMULLEN
21         VIDEOGRAPHER

22

23

24

25

                  "ROUGH" - ANTHONY BELLOMO                  3


1                         I N D E X

2   WITNESS:  ANTHONY BELLOMO                    PAGE

3   EXAMINATION BY MR. KOSTOLANSKY                7
    EXAMINATION BY MR. STIMPSON
4

5
                          E X H I B I T S
6
    EXHIBIT NO.         DESCRIPTION              PAGE
7
                          Page 2
```

2004793501_1

```
 2    additional responsibilities beyond the ones you
 3    listed?
 4              MR. STIMPSON:  Same objection.
 5         A.   Similarly, she would help support on
 6    boarding of customers as necessary, speaking with
 7    partners.
 8         Q.   To your knowledge, Exhibit 35,
 9    Mr. Rothschild's e-mail been disclosed to any
10    customers?
11         A.   I don't know.
12         Q.   To your knowledge, has the content of
13    this e-mail been discussed with any customers?
14         A.   I don't know.
15         Q.   So the collecting of information from
16    physicians through the physician portal through
17    discussions with customer service representatives or
18    through facsimiles is part of Ms. Boyer's job
19    responsibilities, correct?
20         A.   It varies a bit.  It's a little bit
21    -- the act of collecting it is part of what the site
22    does.  But then the ingesting of that is what Ms.
23    Boyer does.
24         Q.   And what do you mean by ingesting?
25         A.   I mean processing of it, taking it,
                 "ROUGH" - ANTHONY BELLOMO              157


 1    making sure it hits the warehouse.
 2         Q.   The ways in which physician
 3    information is collected, namely, through faxes,
 4    through customer service representative telephone
 5    calls and through the physician portal is well-known
 6    within Vitals, is it not?
```

2004793501_1

```
 7      A.     It is well-known.
 8      Q.     And the number -- how many customer
 9   service representatives work under Ms. Boyer to
10   collect that information?
11      A.     They don't report directly to Ms.
12   Boyer. We have, I believe, a total of three
13   customer service people that do a variety of jobs.
14      Q.     One of which is collecting this
15   information from physicians either having been
16   received from the portal, fax or through an
17   interview with the customer service representative?
18      A.     Correct.
19      Q.     Have you discussed Exhibit 35 with
20   Mr. Rothschild?
21      A.     Yes.
22      Q.     What has he told you about it?
23      A.     We generally went over it. He wanted
24   to make sure that I understood the content, answered
25   any questions; certainly, stressed the importance.
```

"ROUGH" - ANTHONY BELLOMO                158

```
 1   We talked about the belts and suspenders attributes
 2   of it.
 3      Q.     What did he say in that regard?
 4      A.     He said that there were multiple
 5   aspects of the patent and that we have a variety of
 6   ways to not infringe on them and we should keep more
 7   than one active.
 8      Q.     With respect to item three looking
 9   from the bottom up on the second page, "Whenever
10   disciplinary action is recorded and displayed for a
```