IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## MDX MEDICAL, INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER (DKT. #227)

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits this Motion to Modify the Protective Order to allow use of discovery from the present litigation in connection with recently-filed litigation *Health Grades, Inc. v. MDx Medical, Inc. d/b/a/ Vitals.com*, Civil Action No. 14-CV-01268-MEH (the "New Litigation").

    Pursuant to D.C.COLO.LCivR 7.1, the undersigned counsel conferred with counsel for Health Grades, Inc. ("Health Grades"), who indicated that Health Grades opposes the relief requested herein.

    On May 6, 2014, Health Grades filed the New Litigation, which is a patent infringement case on a patent related to the patent at issue in this case. Because the patents are related, and the accused products are the same, discovery from this litigation is generally expected to be discoverable in the New Litigation.

1

The Protective Order in this case (Dkt. #227) states in Section 2.1 that confidential materials from this litigation may only be used for this litigation.  MDx requests modification of the Protective Order to add the following sentence at the end of Section 2.1:  "Notwithstanding any other provision of this Protective Order, all discovery obtained in this Action may be used by either party in Health Grades, Inc. v. MDx Medical, Inc. d/b/a/ Vitals.com, Civil Action No. 14-CV-01268-MEH as if it was obtained in that case, without constituting a violation of the Protective Order."

Permitting use of discovery obtained in this Action in the New Litigation promotes efficiency and reduces duplication and waste of resources.  Accordingly, MDx respectfully requests grant of the relief requested herein.

Dated:  June 6, 2014

*s:/Scott D. Stimpson*
Scott D. Stimpson
Trent S. Dickey
David C. Lee
Vincent M. Ferraro
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

Respectfully submitted,

Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER (DKT. #227)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                             *s:/David C. Lee*