## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**ORDER GRANTING MOTION TO MODIFY PROTECTIVE ODER (DKT. #227)**

This Court, having considered MDx Medical Inc.'s Motion to Modify the Protective Order (Dkt. #227), and finding the same to be well-taken, hereby GRANTS the Motion to modify the Protective Order to add the following sentence at the end of Section 2.1: "Notwithstanding any other provision of this Protective Order, all discovery obtained in this Action may be used by either party in *Health Grades, Inc. v. MDx Medical, Inc. d/b/a/ Vitals.com*, Civil Action No. 14-CV-01268-MEH as if it was obtained in that case, without constituting a violation of the Protective Order."

It is so ORDERED.

Dated this _____ day of _____, 2014.

BY THE COURT:

_____
United States Magistrate Judge