# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## HEALTH GRADES' REQUEST TO SET A TRIAL DATE

Plaintiff Health Grades, Inc. ("Health Grades"), by its counsel, after discussion with counsel for MDx, respectfully requests that this Court set a trial date.

1. This matter was set for a seven-day jury trial on February 3, 2014, which this Court vacated on January 6, 2014 [Doc. #712]. This Court ordered that the parties proceed to address jury instructions and verdict forms [*id*]. After extensive conferral, the parties submitted their proposed instructions and verdict forms on March 28, 2014 [Docs. #778, #779, #780].

2. This Court held a hearing on Health Grades' summary judgment motion regarding invalidity and inequitable conduct [Doc. #369] on February 13, 2014. The motion was taken under advisement [Doc. #753]. At the hearing, counsel for Health Grades inquired regarding re-setting this matter for trial. The Court expressed a desire to try the case before the end of the year. (Exhibit A, Excerpt of February 13, 2014 Hearing, pp. 88:18-89:8.)

3. Neither Health Grades' summary judgment motion [Doc. #369], nor any of the other pending motions will fully resolve the case, *see* [Doc. #767] (listing motions before this Court). The case is not likely to be resolved through settlement.

4. Health Grades requests that the Court set this matter for trial in December, 2014 or as soon thereafter as possible.

5. Setting a trial by the end of 2014 is consistent with Fed. R. Civ. P. 1. This matter has been pending since March 2, 2011. While this lawsuit has been pending, MDx has continued to add new features to vitals.com that are substantially similar to Health Grades' patented website in a manner that is causing damage and harm to Health Grades. For example, in November-December, 2013, MDx displayed star ratings of other physicians in a section called "sponsored listings" on the right side of its physician profiles on www.vitals.com, *see, e.g.* [Doc. #674-2]. These comparison ratings constitute literal infringement of the '060 Patent under this Court's December 24, 2013 Order Granting In Part And Denying In Part MDx's Motion For Partial Summary Judgment Of Non-Infringement [Doc. #696, p. 14] (analyzing when comparison or star ratings are considered in the physician profile as required by the '060 Patent as construed by the Markman Order).

6. Setting a trial date now will also allow the parties adequate time to clear their schedules, prepare for trial, and arrange for witnesses to be present at trial. Attempting to set a trial date much later will make it significantly more difficult to ensure that this matter is tried before the end of the year.

WHEREFORE, Health Grades respectfully requests that this Court set this matter for trial in December, 2014 or as soon thereafter as possible.

Respectfully submitted June 9, 2014.

                    LEWIS ROCA ROTHGERBER LLP

                    *s/ Kris J. Kostolansky*
                    Gregory B. Kanan, Esq.
                    Kris J. Kostolansky, Esq.
                    Adam L. Massaro, Esq.
                    1200 17th Street, Suite 3000
                    Denver, Colorado  80202
                    Tel: (303) 623-9000
                    Fax: (303) 623-9222
                    E-mail: gkanan@lrrlaw.com
                    E-mail: kkosto@lrrlaw.com
                    E-mail: amassaro@lrrlaw.com
                    *Attorneys for Plaintiff Health Grades, Inc.*

- 4 -

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 9, 2014, I electronically filed the foregoing **HEALTH GRADES' REQUEST TO SET A TRIAL DATE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
   vferraro@sillscummis.com
   dlee@sillscummis.com
   tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com

              *s/ Kris J. Kostolansky*
              Kris J. Kostolansky, Esq.