Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES' REQUEST TO SET A TRIAL DATE**

---

# Exhibit A

**Excerpt of February 13, 2014 Hearing**
**(pp. 88:18-89:8)**

2004529544_1

```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
```

Civil Action No. 11-cv-520

HEALTHGRADES, INC.,

    Plaintiff,

vs.

MDx MEDICAL, INC., d/b/a Vitals.com,

    Defendant.

---

REPORTER'S TRANSCRIPT
HEARING

---

      Proceedings before the HONORABLE Raymond P. Moore, Judge, United States District Court for the District of Colorado, commencing at 9 a.m., on the 13th day of February, 2014, in Courtroom A601, United States Courthouse, Denver, Colorado.

APPEARANCES

For the Plaintiff: Kris John Kostolansky, Lewis Roca Rothgerber LLP-Denver, 1200 17th Street, One Tabor Center, Suite 3000, Denver, CO, 80202-5855, 303-623-9000, and Kristen Stoll-Debell, Merchant and Gould, 1050 Seventeenth Street, Suite 1950, Denver, CO 80265.

For the Defendant: Scott David Stimpson, Sills Cummis & Gross P.C.-New York 30 Rockefeller Plaza, 25th Floor, New York, NY, 10112, and Terence M. Ridley, Wheeler Trigg O'Donnell, LLP 370 17th Street, Suite 4500, Denver, CO, 80202-5647, 303-244-1800 212-643-7000.

TAMMY HOFFSCHILDT, Official Reporter
901 19th Street, Denver, Colorado 80294
Proceedings Reported by Mechanical Stenography
Transcription Produced via Computer

```
 1    back, scheduled for trial and move forward from there.
 2             MR. STIMPSON:  Yes, Your Honor.
 3             THE COURT:  And I would hope that you -- well, how
 4    about this, I suggest, and I am being facetious, counsel, but
 5    there's always a little truth in it, Hey, look, you don't need
 6    to file replies and go back and forth with this.  You don't
 7    need to restrict anything.  All you need is just kind a little
 8    list to send me one- or two-pager saying this makes sense to
 9    us, one, two, three, four, five, six, seven.
10             MR. STIMPSON:  Yes Your Honor.
11             THE COURT:  All right.  I appreciate the input, and we
12    will be in recess.
13             MR. KOSTOLANSKY:  Your Honor, may I ask one question?
14             THE COURT:  Absolutely.
15             MR. KOSTOLANSKY:  I'm wondering what Your Honor's
16    thoughts are regarding a trial date?  And I realize that the
17    list is -- is somewhat important --
18             THE COURT:  I want to try to get it in this year.  I
19    do.  I'm not trying to push this off to some indefinite point
20    in the future.  It's a lot to slog through.
21             MR. KOSTOLANSKY:  Agreed, Your Honor.  And so one of
22    the reasons that I raise the issue is that as -- as we move
23    forward in time, there's greater compression with respect to
24    people's schedules, and to that end it's better to -- to set
25    something sooner rather -- you know, rather than later, but I
```

```
 1   just -- I mention that.
 2           THE COURT:  All right.  Fair point.  Fair point.  I
 3   mean, let me see if I can drill down through all of this and
 4   get to -- what you are saying is give us a firm date sooner
 5   rather than later?
 6           MR. KOSTOLANSKY:  I am, Your Honor.  Yes.
 7           THE COURT:  All right.  That's fair.  All right.  I
 8   understand.  Thank you.
 9           THE COURTROOM DEPUTY:  All rise.  Court is in recess.
10       (Recess at 11:52 a.m.)
11                         REPORTER'S CERTIFICATE
12
13       I certify that the foregoing is a correct transcript from
     the record of proceedings in the above-entitled matter.
14
15       Dated at Denver, Colorado, this 29th day of March, 2014.
16                               s/Tammy Hoffschildt
17                               _____
                                 Tammy Hoffschildt, FCRR,RMR,CRR
18
```