**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

### MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT NO. 793-3

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to document number 793-3, which was filed by Health Grades, Inc. ("Health Grades") (hereinafter the "Motion to Restrict").  Dkt. No. 793-3 is an exhibit to Health Grades' Response to MDx's Fed. R. Civ. P. 72(A) Objections to Magistrate Judge Boland's Sanctions Order [Doc. #789] ("HG's Response").

Regarding document number 793-3, MDx is requesting that public access remain restricted because this document, in its entirety, is considered highly confidential.  Therefore, in light of the arguments herein, MDx respectfully requests that access to document number 793-3 remain restricted at Restricted Level 1.

1

Pursuant to *D.C.COLO.LCivR* 7.1(a), MDx's counsel conferred with counsel for Health Grades on June 16, 2014 regarding this motion, and Health Grades has indicated that it does not oppose this motion.

**Discussion**

MDx respectfully requests continued restricted access to Dkt. No. 793-3 as follows below.

**Dkt. Nos. 793, 793-1, 793-2 and 793-4** – MDx is not requesting continued restricted access for these documents and, therefore, restricted access to these documents shall no longer be necessary.

**Dkt. No. 793-3** – An excel spreadsheet, which contains MDx's highly confidential, proprietary information regarding vitals.com usage metrics, percentages, internal data and statistics, and internal website operations. This spreadsheet contains information and data that is competitively sensitive to MDx that MDx does not make public. *See, e.g.*, Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶ 8. If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to distinguish its products from its competitors, and secure business partners, data licensing agreements and possibly advertising. *Id.* The Court has previously granted MDx's requests (*see e.g.*, Dkt. Nos. 322, 459, 551 and 739) to keep similar types of documents fully restricted from public access. *See e.g.*, Court's Orders, Dkt. Nos. 483, 508, 557 and 776. MDx, therefore, respectfully requests that access to Dkt. No. 793-3 remain restricted at Level 1, as previously granted by the Court.

MDx is requesting that the Court grant similar relief that it has previously granted regarding protecting from public disclosure highly confidential internal data and statistics regarding its website, vitals.com, by restricting Dkt. No. 793-3 in its entirety.

**Conclusion**

For the foregoing reasons, MDx respectfully requests that the Court grant this motion for continued restrictions on access to Document No. 793-3, at a Level 1 restriction.

Dated:  June 16, 2014                                              Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                              Terence Ridley, Atty. No. 15212
Trent S. Dickey                                Wheeler Trigg O'Donnell LLP
David C. Lee                                   370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                             Denver, Colorado 80202
Sills Cummis & Gross P.C.                      Tel:  (303) 244-1800
30 Rockefeller Plaza                           Fax:   (303) 244-1879
New York, New York 10112                       E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                            *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com              MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT NO. 793-3** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                                _s:/Vincent M. Ferraro_