IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED:

     (1)    **MDx's Unopposed Motion for Leave to Restrict Access** [Doc. # 798, filed 6/16/2014] is GRANTED;

     (2)    Doc. # 793-3 shall be RESTRICTED LEVEL 1; and

     (3)    Doc. ## 793, 793-1, 793-2, and 793-4 shall not be restricted and shall be open to public inspection.

DATED:  June 18, 2014