IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## MDX MEDICAL, INC.'S UNOPPOSED MOTION TO WITHDRAW THE MOTION TO MODIFY THE PROTECTIVE ORDER

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits this Unopposed Motion to Withdraw the Motion to Modify the Protective Order [Dkt. # 795].

    Pursuant to D.C.COLO.LCivR 7.1, the undersigned counsel conferred with counsel for Health Grades, Inc. ("Health Grades"), who indicated that Health Grades does not oppose the relief requested herein.

    On June 6, 2014, MDx filed the Motion to Modify the Protective Order so that discovery obtained in this action may be used by either party in *Health Grades, Inc. v. MDx Medical, Inc. d/b/a/ Vitals.com*, Civil Action No. 14-CV-01268-MEH ("New Litigation"), without constituting a violation of the Protective Order.  On June 19, 2014, Health Grades and MDx filed a stipulated protective order in the New Litigation that permits discovery obtained in this action to be used by either party in the New Litigation.  The stipulated protective order in the New Litigation obviates

1

the need to modify the Protective Order in this action. Therefore, MDx respectfully requests withdrawal of its Motion to Modify the Protective Order [Dkt. 795], in view of the above developments. Health Grades does not oppose this relief.

Dated: June 20, 2014                                                Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                                                   Terence Ridley, Atty. No. 15212
Trent S. Dickey                                                     Wheeler Trigg O'Donnell LLP
David C. Lee                                                        370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                                  Denver, Colorado 80202
Sills Cummis & Gross P.C.                                           Tel:  (303) 244-1800
30 Rockefeller Plaza                                                Fax:  (303) 244-1879
New York, New York 10112                                            E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                                                 *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com                                   MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S UNOPPOSED MOTION TO WITHDRAW THE MOTION TO MODIFY THE PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                _s:/David C. Lee_

3