IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    **MDx's Unopposed Motion to Withdraw the Motion to Modify the Protective Order** [Doc. # 805, filed 6/20/2014] is GRANTED; and

    (2)    **MDx's Motion to Modify The Protective Order** [Doc. # 795, filed 6/6/2014] is DENIED as withdrawn.


DATED:  June 24, 2014