**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy:  Robert R. Keech          Date:  June 27, 2014
Court Reporter:       Tammy Hoffschildt

**Civil Action No.   11-cv-00520-RM-BNB**

| Parties | Counsel |
|---|---|
| **HEALTH GRADES, INC.**, | Kris J. Kostolansky |
|  | Kirstin L. Stoll-DeBell |
| Plaintiff, |  |
| v. |  |
| **MDX MEDICAL, INC., d/b/a VITALS.COM**, | Scott D. Stimpson |
|  | Terence M. Ridley |
| Defendant. | Trent S. Dickey |

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE**

**1:28 p.m.     COURT IN SESSION.**

Court calls case.  Appearances of counsel.

Discussion regarding setting the case for trial and a possible trial date.

**ORDERED:**   Plaintiff's Request to Set a Trial Date [ECF Doc. No. 797], filed June 9, 2014, is **GRANTED.**

**ORDERED:**   10-day jury trial is set to commence on **Monday, December 1, 2014, at 9:00 a.m., in Courtroom A-601.**

**ORDERED:**   Trial preparation conference is set for **Friday, November 14, 2014, at 1:00 p.m., in Courtroom A-601.**

**ORDERED:**   Plaintiff's Motion to Bifurcate Trial on the Issue of Inequitable Conduct [ECF Doc. No. 598], filed June 4, 2013, is **DENIED AS MOOT.**

**ORDERED:**   Plaintiff's Motion for Leave to Permit Dr. Phillip Greenspun to Testify by Telephone at the December 18, 2013 Daubert Hearing [ECF Doc. No. 669], filed December 4, 2013, is **DENIED AS MOOT.**

**ORDERED:**   Plaintiff's Unopposed Motion for Leave to Supplement its Brief in Support of its Motion for Partial Summary Judgment [ECF Doc. No. 673], filed December 9, 2013, is **GRANTED.**

**ORDERED:**   Defendant's Unopposed Motion for Leave to File a Response to Health Grades, Inc.'S Supplemental Brief in Support of its Motion for Partial Summary Judgment [ECF Doc. No. 675], filed December 10, 2013, is **GRANTED.**

**ORDERED:**   Plaintiff's Unopposed Motion for Leave to File Corrected Exhibit Z to its Supplemental Brief in Support of its Motion for Partial Summary Judgment [ECF Doc. No. 738], filed January 31, 2014, is **GRANTED.**

**ORDERED:**   Plaintiff's Amended Unopposed Motion for Leave to Supplement its Brief in Support of its Motion for Partial Summary Judgment [ECF Doc. No. 744], filed February 5, 2014, is **GRANTED.**

**ORDERED:**   Counsel shall contact chambers prior to the filing of any motions related to restricting documents, extension of time, or to supplement documents.

**1:45 p.m.**   **COURT IN RECESS**.

**Total in court time**:   **:17**
**Hearing concluded.**