# EXHIBIT E




# Physician Quality Report

Report Created 12/28/2004

Although choosing a physician is one of our most important decisions, many people select according to only a name and location in an insurance provider's directory. We usually don't realize we made an unsatisfactory choice until something goes wrong.

This report streamlines your decision-making process because HealthGrades has:

- Assembled useful information, measurements, and criteria, all in one document.
- Provided explanations, comparisons, and tips on how to apply the information.

Remember to use the same strategies you gain from this report when evaluating other physicians.

The following physician will be reviewed in this report:

| Joe Thomas Broderson, MD |
|---|

The information in this report is arranged in nine sections:

1. About Specialties
2. Education and Training
3. Board Certification
4. Governmental Disciplinary Actions
Note: HealthGrades reports state and federal disciplinary actions (if any) from the previous five years. HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.
5. Quality Comparison
6. Physician Characteristics
7. Quality Ratings for Area Hospitals
8. Directory of Area Hospitals
9. Checklist of Additional Questions to Ask

Data marked with a double asterisk (**) is from the American Board of Medical Specialties (ABMS).

©2004 Health Grades, Inc. All rights reserved. May not be reprinted or reproduced without permission.

---

## Location(s)/Phone Number(s)

Lexington, KY 40513

Lexington, KY 40507



CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032086

(606) 365-2197




A specialty is the branch of medicine the physician practices. A physician may have more than one specialty, or may have one or more subspecialties. For instance, a physician could specialize in Internal Medicine and have a subspecialty, or concentration, in Infectious Disease.

**What specialty does your physician practice?**

Joe Thomas Broderson, MD specializes in:

| | |
|---|---|
| Psychiatry | A psychiatrist specializes in the prevention, diagnosis, and treatment of mental, addictive, and emotional disorders disorders such as schizophrenia and other psychotic disorders, mood disorders, anxiety disorders, substance-related disorders, sexual and gender identity disorders, and adjustment disorders. The psychiatrist is able to understand the biologic, psychologic, and social components of illness, and therefore is uniquely prepared to treat the whole person. A psychiatrist is qualified to order diagnostic laboratory tests and to prescribe medications, evaluate and treat psychologic and interpersonal problems, and to intervene with families who are coping with stress, crises, and other problems in living.<br><br>*Excerpt from "Which Medical Specialist for You?" by The American Board of Medical Specialties.* |

Fast Facts

If you see DO after the physician's name, that means he or she is a doctor of osteopathy. See the section on "Medical School" to find out more.

What does this mean to you?

To receive the best health care for your needs, consider choosing a physician that specializes in your particular medical issues. The specialist will concentrate on your specific needs and will be familiar with methods of treatment. If you have questions as to what kind of specialist you need, your primary practitioner (a Family Practice or Internal Medicine physician) can tell you.

## 2 Education and Training

Physician education and training is demanding and extensive. Continuing medical education is a life-long pursuit due to constant advances and changes in medicine. This report clarifies the various stages of medical study.



CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032087

## Medical School

Students enter medical school after completing standard four-year undergraduate programs in accredited colleges or universities. In medical school (four years), study focuses on the basic sciences (anatomy, biochemistry, physiology, pharmacology, etc.) as well as behavioral sciences. Students participate in clinical rotations in hospitals and clinics, working with experienced physicians and exploring a wide variety of medical specialties (family practice, internal medicine, obstetrics, pediatrics, surgery, etc.). Completion of medical school earns students a doctor of medicine degree (MD).

Some physicians in the US choose to become doctors of osteopathy (DO). Similar to MD degrees, students receive osteopathic degrees after four years of study at osteopathic colleges. Osteopathic training emphasizes traditional diagnostic and therapeutic procedures, as well as the relationship of body systems and holistic patient care.

## Years Since Medical School

The number of years since medical school indicates how long a physician has been practicing medicine since graduation, including residency training and any further training. The length of training varies from specialty to specialty. For instance, Internal Medicine and Family Practice physicians are required to train for three years, whereas Thoracic Surgeons are required to train for at least seven years.

**What medical school did this physician attend?**

| Medical School | Years Since Graduation |
|---|---|
| University Ky College Med ; Lexington, KY** | 32 |

** Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

(?) What does this mean to you?

The longer a physician has been practicing, the more likely that he or she is experienced with a wide variety of issues. A more recent graduate, however, may have in-depth knowledge about medical advances for treating a specific condition.

## Residency and Internship

Residency is training that takes place after graduating from medical school. Residencies are usually organized through a university medical school where the physician practices in a local hospital. The physician receives professional training under the supervision of senior physician educators. The length of training varies from specialty to specialty. The first year of post-graduate residency training after medical school is referred to as an "internship."

**What residency and/or internship program did this physician attend?**



CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032088

| Residency | Duke University Med Center ; Durham, NC** |
|---|---|
| Internship | St Joseph Hospital ; Phoenix, AZ** |

** Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

What does this mean to you?

Residency demonstrates that the physician completed the training and received the knowledge necessary to practice his or her specialty. The physician must complete residency training to obtain a license to practice medicine as an MD or DO.

## Fellowship

Fellowship training is further training concentrating in a subspecialty based on the physician's original specialty. For instance, after completing a residency in Pediatrics, a physician may choose to complete a fellowship in Pediatric Cardiology. To become board certified in a subspecialty, a physician must complete fellowship training.

**What fellowship program did this physician attend?**

| Not available |
|---|

What does this mean to you?

Fellowship training is not a necessity to practice medicine, or a particular specialty, but demonstrates that the physician trained extensively in the specialty. If you are seeking a highly qualified physician in a certain specialty, such as Pediatric Cardiology, fellowship training is a desirable qualification.

## Physician Licensure

Physicians may hold one or more licenses to practice medicine in 54 US licensing jurisdictions (all 50 states, Puerto Rico, Guam, American Samoa, and the District of Columbia). Physician licenses guarantee that the Physician has successfully completed an appropriate sequence of education, including residency training, and has demonstrated competence through successful completion of an examination or other certification demonstrating qualification for licensure.

What does this mean to you?

Licensure raises the quality of services you receive by barring those who do not meet a standard from providing those services.

Quality Alert

Wrong tests; wrong surgery. You've heard the stories: How do you know your physician is keeping up



CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032089

with all the latest technology? Knowing your physician's training, certification, and years of experience is key.




Each medical specialty has a national board responsible for setting standards physicians must meet to be certified. HealthGrades recognizes certifications from the American Board of Medical Specialties and the Bureau of Osteopathic Specialties (DO's).

Physicians who choose to become certified must have training beyond what medical licensure requires. Board certification involves a rigorous review of the physician's knowledge, experience, and skill in a specialty.

More specifically, board certification means the physician:

- Graduated from a recognized medical school as either an MD or DO
- Completed several years of training in an accredited residency program.
- Has an unrestricted license to practice medicine.
- Passed an extensive written exam given by the board.

**Is your physician board certified?**

**Information from American Board of Medical Specialties (ABMS)**

| Specialty | Board Certification | Certifying Board |
|---|---|---|
| Psychiatry | Yes | American Board of Psychiatry & Neurology |

Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

Elsevier has been designated by the ABMS as an agent and is able to provide this primary source data on behalf of the ABMS. The ABMS has been designated a primary source of board certification information by the Joint Commission for Accreditation of Healthcare Organizations (JCAHO), the National Committee for Quality Assurance (NCQA) and URAC.




About 6 out of 10 physicians are board certified.

What does this mean to you?

Certification lets you know that a physician has successfully completed an accredited educational program, passed several evaluations, and possesses the knowledge, skills, and experience needed to provide care in the certified specialty. You can view board certification as a "letter of recommendation." A physician who is not board certified, however, may still be an excellent physician. Some physicians choose not to apply for certification.



Governmental disciplinary actions are also referred to as sanctions. They are actions taken to punish or restrict physicians who have demonstrated professional misconduct.

Do not confuse disciplinary actions with medical malpractice suits, which most states do not make available to the public. A malpractice suit is a civil claim, where lawyers represent each side of the case. To win a medical malpractice lawsuit, a patient must prove that harm resulted from the physician's failure to conform with the accepted standards of practice.

A disciplinary action may be brought about for similar reason, but is handled by either state or federal officials, as described below.

## State Disciplinary Actions

When patients receive poor or questionable care from a physician, they may file a formal complaint with the state medical board or professional licensing organization. Medical colleagues may also report behavior that concerns them. Causes vary greatly:

- Defaulting on a student loan
- Failure to complete continuing education requirements
- Substance abuse
- Over-prescribing drugs
- Self-prescribing drugs
- Physical or mental impairment
- Sexual abuse of a patient

After investigation, the board may take appropriate disciplinary action:

- Public reprimand or letter of admonition - For minor violations.
- Monetary fines - Often in conjunction with other actions.
- Negotiated agreement - Similar to a plea bargain.
- Probation - The physician continues to practice under conditions and restrictions.
- Suspension - The physician is temporarily prohibited from practicing medicine.
- Revocation - The physician loses his or her medical license.

**How safe is your physician? Has your physician received any state disciplinary actions?**

State disciplinary actions* (if any) found for Joe Thomas Broderson, MD

| Type of Complaint | Date Action Taken | Who Took Action | Description | Action Taken |
|---|---|---|---|---|
| | | | Dr. Joe T. Broderson; License No. 10725; Case No. 827<br><br>Upon applying for a medical license in 2002, Dr. Broderson volunteered that he had been on medical leave from his practice since November 31, 2001, because of increased memory problems. Furthermore, he was being treated with Aricept. | |



CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032091

| | | | | | |
|---|---|---|---|---|---|
| Physical or Mental Impairment | May 24, 2002 | Kentucky | Subsequently, Dr. Broderson completed a neuropsychological evaluation, which the Board reviewed and considered in developing an Interim Agreed Order.<br><br>**INTERIM AGREED ORDER** entered subject to the following terms and conditions:<br><br>1. Licensee shall only practice medicine so long as a Practice Coach, previously approved by the Panel, is in place to meet with him weekly and to provide oversight of his medical practice.<br>2. Licensee shall meet with the Practice Coach on a weekly basis.<br>3. Licensee shall follow the recommendations made by the Practice Coach at these weekly meetings.<br>4. Licensee shall not see/treat more patients during a specific week than the number previously approved for that week by the Practice Coach.<br>5. Licensee shall have the patient chart available and review it during each patient encounter.<br>6. Licensee shall dictate patient progress notes immediately after seeing each patient.<br>7. Licensee shall use prescription forms and all other forms designed/approved by the Practice Coach for use in his daily medical practice.<br>8. Licensee shall continue in treatment with his treating physician until the treating physician determines that treatment is no longer necessary and shall comply with all directives thereof.<br><br>December 17, 2002; **AGREED ORDER OF INDEFINITE RESTRICTION** entered. Add the following terms and conditions to the existing terms and conditions of the May 24, 2002 Interim Order, which remain in effect:<br><br>1. Licensee shall submit to annual neuropsychological reevaluations with a Board approved psychologist, at the licensee's expense, until further order by the Panel.<br>2. After completing each evaluation, the | Practice Restriction | |



CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032092

| | | | | |
|---|---|---|---|---|
| | | | licensee shall arrange for the psychologist to provide a copy of the evaluation report to the Board for review and/or action.<br><br>March 24, 2003; **AMENDED AGREED ORDER OF INDEFINITE RESTRICTION** On October 8, 2002, Dr. Broderson's neurologist recommended to the Panel that he be permitted to resume the practice of psychiatry without supervision. This request was based upon the positive feedback from Dr. Broderson's Practice Coach. Based upon this recommendation, the Board amended the agreement as follows. All terms and conditions remain the same except for the following:<br><br>• Change "weekly to "monthly" in paragraphs 1, 2, and 3 on the **INTERIM AGREED ORDER, dated May 24, 2002** and add:<br>• Licensee shall arrange for his approved Practice Coach to provide written reports to the Panel, twice a year, during the effective period of this agreed order.<br><br>**December 18, 2003; ORDER TERMINATING AMENDED AGREED ORDER OF INDEFINITE RESTRICTION**<br>Practice Restriction Terminated; Dr. Broderson is permitted to resume his practice without restriction. | |

* HealthGrades collects disciplinary actions from all states except South Dakota.

Note: HealthGrades reports state and federal disciplinary actions (if any) from the previous five years. HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.

Fast Facts

About 1 out of every 100 physicians has received at least one documented disciplinary action. Physicians with disciplinary actions may continue to practice, depending on the board's decision.

What does this mean to you?

A disciplinary action is intended to correct the physician's misconduct. It does not necessarily mean he or she is a bad physician. Evaluate the information and make a determination based on how severe you think the cause and action were. If you would like more detail about a disciplinary actions, contact the appropriate state medical board(s), shown in the table above.



Keeping up with disciplinary action information on doctors is extremely difficult. All of the states release information on their disciplinary actions, except South Dakota. About 80% make records available on a monthly basis. The rest come out quarterly, periodically, annually, or on an action-by-action basis. States also vary greatly in their level of detail, terminology, and notification methods. A state may report through board minutes, newsletters, web sites, or mail. To complicate things more, physicians who have had a disciplinary action in one state will often move to another state. He or she may seem to have a clean slate - for a while - in the new state. HealthGrades painstakingly compiles disciplinary action information from all 49 states that release it. Through our report, you'll know if a physician has a disciplinary action in more than one state.

## Federal Disciplinary Actions

On a federal level, disciplinary actions relate to Medicare, Medicaid, and all federal health care programs. These disciplinary actions are handled by the United States Department of Health and Human Services, Office of Inspector General (OIG).

A physician can be excluded from receiving payment from any federal health care program due to:

- Convictions for program-related fraud and patient abuse
- Licensing board actions
- Default on Health Education Assistance Loans

Physicians who are excluded from federal programs are listed on the OIG's database called Excluded Individuals/Entities (LEIE).

**How safe is your physician? Has your physician received any federal disciplinary actions?**

Federal disciplinary actions (if any) found for Joe Thomas Broderson, MD

| Action Taken | Date Action Taken |
|---|---|
| No federal disciplinary actions listed | |

Note: HealthGrades reports state and federal disciplinary actions (if any) from the previous five years. HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.



The LEIE database is updated monthly.

## 5 Comparison to National Data

This table compares Dr. Joe Thomas Broderson, MD with other physicians by three indicators of quality: experience, certification, and governmental disciplinary actions (sanctions).

**How does this physician compare to others?**

| Years Since Medical School | |
|---|---|
| Joe Thomas Broderson, MD | 32 years |



CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032094

| | |
|---|---|
| Physicians specializing in Psychiatry | Average of 28 years |
| All US physicians, regardless of specialty | Average of 24 years |

HealthGrades recognizes board certifications from American Board of Medical Specialties and Bureau of Osteopathic Specialties.

| Board Certification | |
|---|---|
| Psychiatry | |
| Joe Thomas Broderson, MD | Has board certification |
| Physicians with this specialty | 65% have board certification |
| **All US physicians, regardless of specialty** | 64% have board certification |

| Disciplinary Actions* | |
|---|---|
| Joe Thomas Broderson, MD | Has disciplinary actions |
| Physicians specializing in Psychiatry | 99.7% are without disciplinary actions |
| All US physicians, regardless of specialty | 1% have disciplinary actions |

* HealthGrades collects disciplinary actions from all states except South Dakota.

Note: HealthGrades reports state and federal disciplinary actions (if any) from the previous five years. HealthGrades does not collect malpractice and lawsuit information; therefore, it is not included.

## 6 Physician Characteristics

This section supplies information for patients who have specific needs or preferences. Some may need a physician who can communicate in a certain foreign language. Some may prefer that their physician be a male, while others prefer a female physician.

## Foreign Languages

**What foreign languages do your physician and his office staff speak?**

| Not Available |
|---|

? What does this mean to you?

If you, or a family member, speak English as a second language, it might be favorable to find a physician that speaks your native language. Medical issues and health care can be complicated to discuss, and it may put you more at ease to be able to speak and describe issues to the physician in a language you are comfortable with. Good communication between physician and patient is essential to quality health care.



CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032095

## Gender

**What gender is your physician?**

Male

What does this mean to you?

The physician's gender cannot always be determined by the first name. Therefore, we are providing the physician's gender in case you have a preference.

## 7 Quality Ratings for Area Hospitals

Most physicians admit patients only to certain hospitals. This is known as being "affiliated" with the hospital. If receiving care at a high quality hospital is important to you, contact the physician's office to see what his or her current affiliations are.

Since the physician you're researching is probably NOT affiliated with all of the hospitals listed in this report, why do we include them?

## Why Hospital Ratings Are Important

Being able to see ratings for all local hospitals gives you a distinct advantage. These ratings give you yet another gauge for evaluating a physician. If we showed you only affiliated hospitals, you would not see the range of quality available in your area.

### What are the ratings for hospitals in my area?

The way to determine this is to contact the physician's office and ask which hospitals he or she can admit patients to. Then refer to the ratings for those hospitals.

★★★★★ Best
★★★ As Expected
★ Poor
⬣ Low Volume

| | Services Rating |
|---|---|
| **Bluegrass Community Hospital, Versailles, KY** | |
| Cardiac | ⬣ |
| Orthopedics | ⬣ |
| Neurosciences | ⬣ |
| Pulmonary | ⬣ |
| Vascular | ⬣ |
| Gastrointestinal | ⬣ |
| Critical Care | ⬣ |
| **Central Baptist Hospital, Lexington, KY** | |


CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032096

| | |
|---|---|
| Cardiac | ★★★ |
| Orthopedics | ★★★ |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ★★★ |
| Gastrointestinal | ★★★ |
| Critical Care | ● |
| **Clark Regional Medical Center, Winchester, KY** | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **Frankfort Regional Medical Center, Frankfort, KY** | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ★ |
| Critical Care | ★ |
| **Georgetown Community Hospital, Georgetown, KY** | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ● |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **James B Haggin Memorial Hospital, Harrodsburg, KY** | |
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ● |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **Samaritan Hospital, Lexington, KY** | |
| Cardiac | ● |
| Orthopedics | ★★★ |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **St Joseph East, Lexington, KY** | |



CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032097

| | |
|---|---|
| Cardiac | ● |
| Orthopedics | ● |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ● |
| Critical Care | ● |
| **St Joseph Hospital, Lexington, KY** | |
| Cardiac | ★★★ |
| Orthopedics | ★★★ |
| Neurosciences | ★★★★★ |
| Pulmonary | ★★★ |
| Vascular | ★★★ |
| Gastrointestinal | ★★★ |
| Critical Care | ● |
| **University Of Kentucky Hospital, Lexington, KY** | |
| Cardiac | ★ |
| Orthopedics | ★ |
| Neurosciences | ★★★ |
| Pulmonary | ★★★ |
| Vascular | ● |
| Gastrointestinal | ★★★ |
| Critical Care | ● |

*Ratings based upon Medicare patient data from Centers for Medicare and Medicaid for years 2001-2003.*

? What does this mean to you?

If receiving care at a particular hospital is important to you, make sure the physician can admit you to that hospital. By pairing a high quality hospital with a high quality physician you can be assured of high quality care.

## 8 Directory of Area Hospitals

Bluegrass Community Hospital
360 Amsden Avenue
Versailles, KY 40383
(859) 873-3111

Central Baptist Hospital
1740 Nicholasville Road
Lexington, KY 40503
(859) 260-6100

Clark Regional Medical Center
1107 West Lexington Avenue
Winchester, KY 40391
(859) 745-3500

Frankfort Regional Medical Center
299 Kings Daughters Drive
Frankfort, KY 40601
(502) 875-5240

Georgetown Community Hospital
1140 Lexington Road
Georgetown, KY 40324
(502) 868-1100

James B Haggin Memorial Hospital
464 Linden Avenue
Harrodsburg, KY 40330
(859) 734-5441

Samaritan Hospital
310 South Limestone Street
Lexington, KY 40508
(859) 226-7000

St Joseph East
150 North Eagle Creek Drive
Lexington, KY 40509
(859) 268-4800

St Joseph Hospital
1 St Joseph Dr
Lexington, KY 40504
(859) 313-1000

University Of Kentucky Hospital
800 Rose Street
Lexington, KY 40536
(859) 323-

## 9 Checklist of Additional Questions to Ask

Armed with the background information from this report, decide if you want to visit this physician. If you do, take the following checklist of additional questions with you. Some questions are for you to ask the physician or staff. Others are to help you evaluate your own impressions. Highlight whichever questions are important to you.

Some of the information you gained from this report may have triggered questions in your mind. That's great. Add them to your checklist. For instance, if the physician is not board certified, ask if he or she is working towards that goal.

What experiences have people you know had with this physician?

- Ask friends and family.
- Ask co-workers and your employer's benefits officer.
- Ask nurses or other health care professionals.

Is the office location good for you?

- Is it convenient for your home or work?
- Is it near public transportation?
- Is affordable parking available?

What impressions do you get from your initial contact with the office staff?

- When you call, is the person on the phone professional and competent?
- Is the office clean and comfortable?
- Are staff members courteous, friendly, and eager to answer your questions, or do they come across as too busy and uninterested in helping you?
- If you prefer a professional atmosphere, is the office too casual or relaxed?
- Do nurses or other health care professionals appear competent and caring?
- How long are you kept waiting before seeing the physician?

What is the physician's availability?

- Is the physician taking new patients?
- Does the physician make evening or weekend appointments?
- After you have established a relationship, will the physician give advice over the phone?
- How long must you wait for a routine appointment?
- Does the physician have a solo or group practice?
- If it's a group practice, can you request your physician each time?
- What is the physician's availability in emergency situations?
- Does the physician have partners who will see you when he or she is unavailable?
- Do you like and trust the other physicians who will be involved in your care?

How does the physician handle the initial consultation?

- Do you and the physician have compatible communication styles?
- Are you comfortable with the general manner and treatment style of the physician?
- Does he or she seem up to date on the latest treatment options in medicine?
- Is the physician open to your concerns and comments?

What other practical considerations should you check?

- How do the physician's costs compare to others?
- Does the physician accept your insurance?
- Has the physician been sued for malpractice?
- If not board certified, is the physician working towards certification?
- Is the physician too young or too old for your preference?
- If it's important to you, find out the physician's religious affiliation.
- What additional details do you want about the physician's education and training?

## A Specific Medical Condition

This part of the checklist is for you if you already have a specific medical condition, if a condition runs


CONFIDENTIAL - ATTORNEYS EYES ONLY HG0032100

in your family, or if you have symptoms that concern you.

How qualified is the physician to handle your specific condition?

- How many times has the physician performed the procedure or treatment?
- Ask the physician for quality measurements related to the procedure you might need:
- Mortality rates
- Complication rates
- Five-year survival rates
- Quality of life measurements
- Do the physician's actions and comments reassure you?
- Are you confident about taking his or her advice?

The checklist questions on location and availability may be even more important if frequent visits become a necessity.

© Copyright 1999-2004 Health Grades, Inc. All rights reserved. The information in this report is the property of Health Grades, Inc. and may not be reproduced in any manner without the express written permission of Health Grades, Inc. HealthGrades®, the CHECKMARK DESIGN, the FIVE STAR RATING LOGO, THE HEALTHCARE RATINGS EXPERTS®, THE HEALTHCARE QUALITY EXPERTS®, DISTINGUISHED HOSPITAL AWARD™, DISTINGUISHED HOSPITAL AWARD FOR CLINICAL EXCELLENCE™, DISTINGUISHED HOSPITAL AWARD FOR PATIENT SAFETY™, HOSPITAL REPORT CARDS™, PHYSICIAN REPORT CARDS™, NURSING HOME REPORT CARDS™, HOME HEALTH REPORT CARDS™, HOME HEALTH QUALITY GUIDE™, HOSPITAL QUALITY GUIDE™, PHYSICIAN QUALITY GUIDE™, NURSING HOME QUALITY GUIDE™, and QUALITY RATINGS SUITE™ are service marks and trademarks of Health Grades, Inc. and may not be used without the express written permission of Health Grades, Inc. HealthGrades obtains its information from sources it believes to be reliable. However, because of the possibility of human and mechanical error as well as other factors, HealthGrades makes no representations or warranties, express or implied, as to the accuracy or timeliness of its information, and cannot be responsible or liable for any errors or omissions in its information or the results obtained from the use of such information. The healthcare provider ratings are statements of opinion and not statements of fact or recommendations to utilize any healthcare provider services and do not constitute medical advice. Users are solely responsible for determining whether the information provided is suitable for their purposes, and reliance on the information is at the users' sole risk. Users should obtain any additional information necessary to make an informed decision. Health Grades, Inc. assumes no responsibility or liability for any advice, treatment, or services rendered by any hospital, physician, or other health care provider, health care facility or health plan featured on the www.healthgrades.com site. More information can be found in HealthGrades' User Agreement.