# EXHIBIT H

**Vincent M. Ferraro**

**From:** Massaro, Adam [mailto:AMassaro@lrrlaw.com]
**Sent:** Thursday, July 24, 2014 1:15 PM
**To:** Scott D. Stimpson; Trent Dickey; Kostolansky, Kris J.; Klipp, Stephanie; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com); Kanan, Greg; Goodlette, Tami
**Cc:** David C. Lee; Debbie Pierce
**Subject:** RE: Today's call - can we reschedule?

Scott,

We will respond separately to Trent's email from yesterday at 3:39 PM MT regarding awards eligibly for providers.  Below confirms the points we covered during our call yesterday.

1.  Produced URLs.  MDX provided on Monday only two URLs associated with two of the licensing agreements that MDx has produced (REDACTED                    URLs).  MDx then provided a URL for REDACTED   after the call yesterday.

2.  Other sites. There are other sites up and running that are associated with the licensing agreements that MDx has produced, but MDx has not provided us URLs for those sites. Health Grades cannot determine if those other sites are relevant by simply reviewing the licensing agreements associated with those sites.  As Mr. Bellomo explained during his deposition, the licensing agreements do not necessarily track what information is ultimately delivered to the licensee and used by it.  There are also no assurances that how the end-product website functions and utilizes MDx data will reflect the terms of the licensing agreement.  If MDx does not produce URLs for the remaining sites by Tuesday, July 29, Health Grades will address this issue with Judge Boland.

3.  Full access to the sites.  Health Grades needs full access to all the sites associated with the licensing agreements, e.g. for the REDACTED           website Health Grades cannot access, among other things, the physician, employee, or member login areas.  MDx has agreed to discuss with REDACTED REDACTED     whether Health Grades will receive temporary access to the inaccessible parts of the sites, or, if necessary, provide Health Grades screen shots of the inaccessible areas in lieu of full access.  MDx will report back on this by Friday and the parties will discuss whether MDx's proposed approach is adequate.  Health Grades will also need full access to the remaining sites that MDx has not produced yet.

4.  MDx agrees by this Friday to provide a confirming email that it has dropped its non-infringement defense that its systems do not meet the compiling third party verified information claim element.   The email must precisely set forth what exactly MDx has dropped.  Health Grades will wait to review the explanation in order to determine if it still needs responsive documents to Requests Nos. 7-9 in my May 27, 2014 email. Health Grades will also wait to see MDx's confirming email defense before addressing whether it still needs to re-depose a MDx 30(b)(6) corporate representative and on what topics.

5.   We stated we would serve the Rule 26 disclosure for Bill Kleinfelter, which we did yesterday.

6.  MDx will prepare a comprehensive Excel spreadsheet as Health Grades requested in its July 9, 2014 letter.  The spreadsheet will include all the information fields set forth in MDX 0143118 ("Information Fields").  The spreadsheet will include all the providers identified in MDX 0143118 and MDx 0143119 and all the Information Fields (i.e. all the columns from MDX 0143118) for each provider.  Lastly, the spreadsheet will include any providers who had profile views with sponsored listing from November 11, 2013 until December 11, 2013 and all the Information Fields  (i.e. all the columns from MDX 0143118) for each provider.

7.  MDx agrees to identify where Dr. Sanjay Gupta (referenced in Health Grades' July  9, 2014 letter) is located on the Excel spreadsheets MDx has produced.

8.  Health Grades' requests for admission (sent July 18, 2014).  MDx will respond to the requests for admission that it believes are relevant by July 30, 2014.  After reviewing the responses, the parties will confer over whether MDx will respond to the remaining admissions.

9.  Supplemental technical and damages expert reports are due October 6, 2014.  Rebuttal reports for technical and damages experts are due October 20, 2014.  Health Grades does not agree to any supplemental expert depositions at this point.  Health Grades suggested that the parties wait to review the content of the supplemental reports before conferring over whether supplemental depositions are necessary.

10.  The parties agree to the following pre-trial deadlines: trial exhibits will be disclosed by October 13, 2014 and demonstrative exhibits will be disclosed November 7, 2014.

11.   Health Grades will confirm Scott Montroy will not be present at trial.

12.  Health Grades expects to use employee Christopher Loffredo in place of Carl Long.  Health Grades does not expect the scope or nature of Mr. Loffredo's testimony will extend beyond the areas disclosed for Mr. Long and will likely focus on topics such as Health Grades' financials, financial reporting system, and the company's reporting structure.  MDx's counsel indicated that it will likely not need to depose Mr. Loffredo if his testimony is limited as stated herein.  MDx will confirm this in writing by Friday.

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Wednesday, July 23, 2014 11:05 AM
**To:** Massaro, Adam; Trent Dickey; Kostolansky, Kris J.; Klipp, Stephanie; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com)
**Cc:** David C. Lee; Debbie Pierce
**Subject:** RE: Today's call - can we reschedule?

Yes

**Scott D. Stimpson**
Chairman of the Intellectual Property Group

