# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**PLAINTIFF HEALTH GRADES, INC.'S FIRT SUPPLEMENTAL RESPONSES TO DEFENDANT MDX MEDICAL, INC.'S INTERROGATORIES NOS. 1, 3, 4 and 6**

Plaintiff Health Grades, Inc. ("Health Grades") hereby serves its first supplemental responses, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, to Defendant MDx Medical, Inc.'s ("MDx") Interrogatories Nos. 1, 3, 4 and 6:

**SUPPLEMENTAL RESPONSES TO INTERROGATORIES**

**Interrogatory No. 1:**

    Separately for each claim of the Patent-in-Suit, describe in full and complete detail the facts concerning the conception and reduction to practice of the alleged invention. To be complete, your response should state the specific dates of such alleged conception and reduction to practice, identify each person involved in such conception and reduction to practice and their respective contributions, describe the location and circumstances of the conception and reduction to practice, and identify all documents and things tending to establish, refute or identify the dates, locations, individuals or circumstances sought in this interrogatory.

**Supplemental Response to Interrogatory No. 1:**

    Health Grades incorporates herein the General Objections and Specific Objections set forth in its response to this Interrogatory served on July 20, 2011. Subject to and without waiving its General or Specific Objections, Health Grades supplements its response as follows:

Health Grades incorporates by reference its Reply in Support of its Motion for Partial Summary Judgment [Doc. # 442] and exhibits thereto. The Reply sets forth additional details regarding the nature of the products launched in 2005. [Doc. #442 at pp. 27-34].

**Interrogatory No. 2:**

With regard to the level of ordinary skill in the art pertaining to the Patent-in-Suit: State Health Grade's contention of the art area to which the subject matter of the Patent-in-Suit pertains and identify all evidence which allegedly supports this contention; and State Health Grade's contention of the level of ordinary skill in the art and identify all evidence which allegedly supports this contention.

**Supplemental Response to Interrogatory No. 3:**

Health Grades incorporates herein the General Objections and Specific Objections set forth in its response to this Interrogatory served on July 20, 2011. Subject to and without waiving its General or Specific Objections, Health Grades supplements its response as follows:

Health Grades incorporates by reference its Opposition to MDx Medical, Inc.'s Motion to Preclude Any Testimony From Health Grades, Inc.'s Expert Dr. Greenspun [Doc. # 392] and exhibits thereto. The Opposition further details the area of art and the level of ordinary skill in the art. Health Grades also incorporates by reference the article by Dr. Greenspun listed as Plaintiff's Trial Exhibit #299.

**Interrogatory No. 3:**

If Health Grades asserts that the subject matter of any claim of the Patent-in-Suit would not have been obvious to a person of ordinary skill in the art at the time the alleged invention described by such claim was made, set forth in full and complete detail all facts relating to or supporting such assertion, including, but not limited to, facts relating to "objective indicia" or "secondary considerations" that support the alleged validity of such claim, any "nexus" existing between such "objective indicia" or "secondary considerations" and any claim limitation, and identify each person having knowledge of and all documents and things relating to the foregoing.

**Supplemental Response to Interrogatory No. 4:**

Health Grades incorporates herein the General Objections and Specific Objections set forth in its response to this Interrogatory served on July 20, 2011. Subject to and without waiving its General or Specific Objections, Health Grades supplements its response as follows:

Health Grades incorporates by reference its Reply in Support of its Motion for Partial Summary Judgment [Doc. # 442] and exhibits thereto. The Reply sets forth additional details regarding the nature of the commercial embodiment of the patent-in-suit that Health Grades began to launch in the summer of 2005. [Doc. #442 at pp. 27-34]. Health Grades additionally responds regarding secondary considerations as follows:

In responding to this Interrogatory, Health Grades will interpret "objective indicia" and "secondary considerations" to include evidence of commercial success, copying, long-felt but unsolved need, failure of others, and unexpected results as discussed in *Graham v. John Deere Co.*, 383 U.S. 1 (1966) and subsequent federal court opinions.

Health Grades identifies the following additional evidence of the secondary considerations of non-obviousness and novelty of U.S Patent No. 7,752,060:

(1) The copying of the claimed invention by Defendant, including the website www.vitals.com – *see, e.g.* trial exhibit nos. 95, 184-245;

(2) The commercial success of the products covered by the '060 patent including heatlhgrades.com, vitals.com and the versions of the iTriage mobile app and itriagehealth.com that were licensed by MDx – *see, e.g.,* 63, 89, 285, 344, 345, 365-375, 378-380 and the following:

    a. Brian Dolan, *Five of the fastest growing digital health companies*, MOBIHEALTHNEWS (August 30, 2012), http://mobihealthnews.com/18342/five-of-the-fastest-growing-digital-health-companies/

    b. *Compete rates Healthgrades.com number one doctor-ratings web site*, NEWS MEDICAL (August 19, 2009, 5:59 AM), http://www.news-

      medical.net/news/20090819/Compete-rates-Healthgradescom-number-one-doctor-ratings-web-site.aspx

c. *iTriage Awards*, ITRIAGE (last visited October 28, 2013), http://about.itriagehealth.com/media-events/awards/

d. *iTriage CEO and Co-founder, Dr. Peter Hudson, Receives "Entrepreneur of the Year" Award from Colorado Technology Association*, DIGITAL JOURNAL (September 11, 2013), http://www.digitaljournal.com/pr/1462715

e. *Leading Internet Company Vitals Ranks Among The Top Of The Inc. 500 List*, GLOBENEWSWIRE (August 24, 2011), http://globenewswire.com/news-release/2011/08/24/454707/230413/en/Leading-Internet-Company-Vitals-Ranks-Among-The-Top-Of-The-Inc-500-List.html

f. Lindsay Abrams, *Why We're Still Waiting on the 'Yelpification' of Health Care*, THE ATLANTIC (October 18, 2012), http://www.theatlantic.com/health/archive/2012/10/why-were-still-waiting-on-the-yelpification-of-health-care/263815/

g. Rene Letourneau, *Online rating sites protect physicians against malice*, HEALTHCARE FINANCE NEWS (June 13, 2012), http://www.healthcarefinancenews.com/news/online-rating-sites-protect-physicians-against-malice

h. *The 20 best money websites,* CNNMONEY (February 19, 201, 12:01 PM ET), http://money.cnn.com/galleries/2010/moneymag/1002/gallery.Best_money_websites.moneymag/12.html

i. *Top 10 apps physicians recommend to their patients*, MEDICAL ECONOMICS (August 9, 2013), http://medicaleconomics.modernmedicine.com/medical-economics/news/top-10-apps-physicians-recommend-their-patients

j. *Vestar Acquires HealthGrades For $249M,* INSTITUTIONAL INVESTOR (October 12, 2010), http://www.institutionalinvestor.com/Article/2691864/Vestar-Acquires-HealthGrades-For-249M.html

k. *Vitals Raises $22 Million in Series C Funding*, VITALS.COM (last visited October 28, 2013), http://www.vitals.com/posts/press-center/press-releases/vitals-raises-22-million-in-series-c-fundingcachefalse

l. *Vitals Selected by AlwaysOn as a OnMobile Top 100 Winner*, VITALS.COM (October 10, 2013), http://www.vitals.com/posts/press-center/press-releases/vitals-selected-by-alwayson-as-a-onmobile-top-100-winner

m. ComScore Reports and Analyses, Key Measures: HG210474 – HG210795.

n. Health Grades Financial Statements: HG233326 – HG233607.

(3) Unexpected results of the products covered by the '060 patent including heatlhgrades.com, vitals.com and the versions of the iTriage mobile app and itriagehealth.com that were licensed by MDx – *see, e.g.,* trial exhibit nos. 286-289, 301

(4) Long felt, but unresolved needs – *see, e.g.* testimony of the inventors, Mitch Rothschild, and Jeff LaPointe, and trial exhibit nos. 282-284, 286-289

(5) Failure of others – *see, e.g.,* testimony of Dr. Philip Greenspun and Dr. Richard Cooper and trial exhibit nos. 282-284, 301

Additionally, there is a nexus between these secondary considerations and the claimed invention as set forth in Health Grades' infringement contention claim charts (mapping the asserted claims to vitals.com, healthgrades.com, and itriagehealth.com (and mobile app.) as well as the expert reports of Dr. Philip Greenspun dated September 13, 2012 and September 9, 2013.

**Interrogatory No. 4:**

Describe, in detail, all damages that Health Grades contends it may be entitled to receive as a result of any alleged infringement by MDx of the Patent-in-suit, including, but not limited to, an explanation of the factual and legal bases for any (i) reasonable royalty that Health Grades seeks in view of the factors set forth in *Georgia-Pacific Corp.* v. *United States Plywood Corp.,* 318 F. Supp. 1116 (S.D.N.Y. 1970) and its progeny, and (ii) lost profits that Health Grades seeks, and identify all documents and things relating to the foregoing.

**Response to Interrogatory No. 6:**

Health Grades incorporates herein the General Objections and Specific Objections set forth in its response to this Interrogatory served on July 20, 2011. Subject to and without waiving its General or Specific Objections, Health Grades supplements its response as follows:

Health Grades incorporates by reference the Expert Report on Damages of David Hall dated July 13, 2012 and exhibits thereto; the Supplemental Expert Report on Damages of David Hall dated July 20, 2013, and exhibits thereto, and; the Second Supplemental Expert Report on Damages of David Hall, which is due by November 29, 2013, and exhibits thereto.

HEALTH GRADES, INC.

By its Attorneys,

Date:  October 31, 2013

*Jesús M. Vázquez, Jr., Esq.*
Kris J. Kostolansky, Esq
Greg Kanan, Esq.
Jesús M. Vázquez, Esq.
Lewis Roca Rothgerber LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: kkostolansky@lrrlaw.com
            gkanan@lrrlaw.com
            jvazquez@rothgerber.com

*Attorneys for Plaintiff/Counterclaim Defendant Health Grades, Inc.*

## **VERIFICATION**

On behalf of Health Grades, Inc. and in my capacity as _____ at Health Grades, Inc., I have read the foregoing supplemental responses to Defendant's First Set of Interrogatories Nos. 1, 3, 4 and 6. I do not necessarily have direct personal knowledge of every fact contained herein. The responses were prepared with the assistance of the authors of the documents referenced, and with the assistance and advice of counsel. The answers are based on the records and information currently available. I reserve the right to make changes in or additions to any of these answers if it appears at any time that errors or omissions have been made or if more accurate or complete information becomes available. To the extent I do not have personal knowledge; I have relied on others to gather the responsive information. I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of _____ 2013.

_____

STATE OF COLORADO          )
                          )    ss.
CITY AND COUNTY OF DENVER  )

Subscribed and sworn to before me by ____ this ____ day of ____, 2013. WITNESS MY HAND AND OFFICIAL SEAL.

My Commission expires: _____.

{00948650 / 1}

- 7 -

2004460050_1

- 8 -

## CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2013, I electronically served the foregoing **PLAINTIFF HEALTH GRADES, INC.'S SUPPLEMENTAL RESPONSES TO DEFENDANT MDX MEDICAL, INC.'S FIRST SET OF INTERROGATORIES NOS. 1, 3, 4 and 6** on the following:

| | |
|---|---|
| David Chunyi Lee<br>Vincent Ferraro<br>Trent Dickey<br>Sills Cummis & Gross P.C. – New York<br>One Rockefeller Plaza, 25th Floor<br>New York, NY  10020<br>Email: dlee@sillscummis.com | Terence M. Ridley<br>Wheeler Trigg O'Donnell, LLP<br>1801 California Street, #3600<br>Denver, CO  80202-2617<br>Email: ridley@wtotrial.com<br><br>Scott David Stimpson<br>Sills Cummis & Gross P.C.-New York<br>One Rockefeller Plaza, 25th Floor<br>New York, NY  10020<br>Email: sstimpson@sillscummis.com |

        *s/ Jesús M. Vazquez*

{00948650 / 1}

2004460050_1