# EXHIBIT A

# Vincent M. Ferraro

| | |
|---|---|
| **From:** | Scott D. Stimpson |
| **Sent:** | Wednesday, June 25, 2014 10:34 AM |
| **To:** | Kostolansky, Kris J. (kkosto@lrrlaw.com) |
| **Cc:** | Massaro, Adam (AMassaro@lrrlaw.com); Kanan, Greg (GKanan@lrrlaw.com); Vazquez, Jesus (JVazquez@lrrlaw.com); Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com); Trent Dickey; David C. Lee; Vincent M. Ferraro |
| **Subject:** | Alice Corp. v. CLS Bank (Supreme Court, June 19, 2014) |

Kris,

In addition to the invalidity defenses based on the newly discovered prior art, MDx intends to add a Section 101 defense in the '060 case, based on the Supreme Court's *Alice Corp* decision last week.  Please let us know if HG will oppose our motion to amend the Invalidity Contentions.

Thank you.

Scott

**Scott D. Stimpson**
Member of the Firm



website | bio | vCard | newsroom | email  

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1550  |  f (212) 643-6500   **map**

1