Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL AND FOR ADDITIONAL SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

**Exhibit A**

"Awards & Recognition Program" webpage from August 6, 2014

2004913699_1



About Us | Team | News | Resources | Awards | Careers | Contact

For Consumers | For Health Plans | For Providers | For Advertisers

## Vitals Awards & Recognition Program



Each year, hundreds of thousands of new doctor reviews and ratings are featured on Vitals.com. Patients write about their experience and rate their doctor on several components of care, including bedside manner, doctor-patient face time, and degree of follow-up. Patients also provide their doctor with an overall rating. Vitals analyzes these ratings annually, along with other quality measures, to identify yearly winners of doctor awards.

While most doctors receive positive feedback from their patients, only a few meet the criteria for a Vitals Award or Recognition.*

Think *your* doctor should win a Vitals Award?

RATE & REVIEW YOUR DOCTOR

If you are a doctor and have a question about your award, please Click Here

*Vitals Awards & Recognitions doctors have active medical licenses and no sanctions.

## Doctor awards as recognized by their patients.



**Vitals Patients' Choice Award**

Honors doctors who provided excellent patient care – as reflected in their near perfect patient ratings.



**Vitals Patients' Choice 5-Year Honorees**

Honors doctors who provided excellent patient care and have received near perfect



**Vitals Compassionate Doctor Award**

Honors doctors who treat their patients with the utmost kindness – as reflected in their



| About Us | Team | News | Resources | Awards | Careers | Contact |

For Consumers    For Health Plans    For Providers    For Advertisers

patient ratings for five consecutive years.

"Overall" and "Bedside Manner" ratings.



### Vitals Top 10 Doctor

Honors doctors within a certain specialty and location who are consistently given top ratings by their patients.



### Vitals Leading Expert

Honors doctors who have the highest number of published materials on a specific condition or specialty.



### On-Time Physician

Honors doctors with the shortest average wait-times, as reported by their patients.



RATE & REVIEW YOUR DOCTOR

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.