Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL AND FOR ADDITIONAL SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

Exhibit C

**Defendant MDx Medical, Inc.'s Third Supplemental Objections and Responses to Plaintiff's Interrogatory No. 2**

[FILED UNDER SEAL]