Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL AND FOR ADDITIONAL SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

---

**Exhibit D**

**Excerpt of transcript from MDx 30(b)(6) deposition on May 15, 2014**

**[FILED UNDER SEAL]**