Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL AND FOR ADDITIONAL SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

**Exhibit E**

**November 9, 2011 email exchange involving Erika Boyer**

**[FILED UNDER SEAL]**

2004913630_1