Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL AND FOR ADDITIONAL SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

**Exhibit F**

**Emails relating to Health Grades' request for documents evidencing when MDx suppresses providers from select searches (highlighting added)**

**[FILED UNDER SEAL]**

2004913660_1