Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL AND FOR ADDITIONAL SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

Exhibit G

**Emails between Health Grades and MDx counsel relating to MDx's use of disciplinary action**

**[FILED UNDER SEAL]**

2004913637_1