Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES' MOTION TO COMPEL AND FOR ADDITIONAL SANCTIONS FOR FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

**Exhibit H**

**July 18, 2014 email from Health Grades counsel to MDx counsel with attached requests for admission**

**[FILED UNDER SEAL]**

2004918790_1