Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL AND FOR ADDITIONAL SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

## Exhibit I

**July 30, 2014 email from MDx counsel to Health Grades counsel with attached responses to several of Health Grades' requests for admission**

**[FILED UNDER SEAL]**

2004918857_1