Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL AND FOR ADDITIONAL SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

Exhibit J

**Excerpt from June 27, 2014 hearing held by Judge Moore**

1

```
 1                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 11-cv-520-RM-BNB
 3
     HEALTHGRADES, INC.,
 4
          Plaintiff,
 5
     vs.
 6
     MDX MEDICAL, INC., d/b/a  VITALS.COM,
 7
          Defendant.
 8
     _____
 9
                         REPORTER'S TRANSCRIPT
10                            HEARING

11   _____

12           Proceedings before the HONORABLE RAYMOND P. MOORE,
     Judge, United States District Court for the District of
13   Colorado, commencing at 1 p.m., on the 27th day of June, 2014,
     in Courtroom A601, United States Courthouse, Denver, Colorado.
14
                              APPEARANCES
15
     Kris Kostolanksy, Lewis Roca Rothgerber LLP-Denver 1200
16   17th Street, One Tabor Center, Suite 3000, Denver, Colorado
     80202, and Kirstin Stoll-DeBell, Merchant & Gould, 3200 IDS
17   Center 80 South Eighth Street, Minneapolis, Minnesota 55402

18
     Scott Stimpson, Sills Cummis & Gross P.C.-New York
19   30 Rockefeller Plaza 25th Floor New York, NY 10112 and
     Trent S. Dickey, Sills Cummis & Gross P.C.-Newark One
20   Riverfront Plaza Newark, NJ 07102-5400 and Terence M. Ridley,
     Wheeler Trigg O'Donnell, LLP 370 17th Street Suite 4500,
21   Denver, Colorado, 80202-5647

22

23              TAMMY HOFFSCHILDT, Official Reporter
                  901 19th Street, Denver, Colorado 80294
24          Proceedings Reported by Mechanical Stenography
                  Transcription Produced via Computer
25
```

    1  gentlemen and then I think, obviously, I need to get busy,

    2  because even though we have those dates, I know there are some

    3  other motions that are there, that may impact the trial time,

    4  and I will turn to them as quickly as I can.

    5         But there are just some carry-over events I remember

    6  at the -- I believe it was the hearing in December on the

    7  testimony of the various experts.  There was a request, my

    8  memory of the formality of that is somewhat blurred on the

    9  edges, but it was at least a suggestion by Mr. Stimpson that

   10  perhaps an additional *Markman* would be -- would be appropriate

   11  in this case, or that some modification or supplementation of

   12  the *Markman* order be made.  To the extent that that can be

   13  construed as a motion, I deny it.

   14         The second thing that was carried over from that point

   15  in time was -- and it may be, with respect to Dr. Cooper, but I

   16  didn't go back and check the transcript, but the point was,

   17  there was a question as to whether or not experts would be

   18  permitted to testify with respect to terms in a way different

   19  than expressed in the *Markman* order, and what I am telling you

   20  is that at this trial I am not going to permit experts to be

   21  redefining terms.  We're going to stick with the *Markman* order,

   22  and any expert testimony that tries to redefine that will be

   23  met with difficulty.

   24         I understand that I just kind of put this on you, and

   25  I don't have paper in front of me, but I'm assuming that you

```
 1  both can recall the topics that I'm talking about?
 2          MR. KOSTOLANSKY:  This is Mr. Kostolansky.  I can,
 3  Your Honor.
 4          THE COURT:  All right.  And Mr. Stimpson?
 5          MR. STIMPSON:  I can remember the first part about the
 6  Markman, Your Honor.  Honestly, the part about experts, on
 7  different terms, I don't remember that well.
 8          THE COURT:  Well, I can tell you -- tell you that
 9  Mr. Kostolansky raised an issue as to whether or not -- and it
10  may have been Dr. Cooper, but one of your experts was offering
11  opinions that were dependent upon different definitions,
12  than -- than were contained in the Markman order, and at one
13  point, if I'm remembering correctly, towards the end of the
14  hearing, Mr. Kostolansky suggested, Well, perhaps we can just
15  resolve all of this by saying that no one shall testify
16  contrary to the Markman order.  And I suppose what I'm telling
17  you is I'm adopting that approach.
18          MR. STIMPSON:  That -- that certainly -- Scott
19  Stimpson.  That's absolutely fine on our end, Your Honor.
20          THE COURT:  Is my memory right, Mr. Kostolansky?
21          MR. KOSTOLANSKY:  It is, Your Honor.
22          THE COURT:  Okay.  All right.  That's all I had for
23  today.
24          Can you -- let me just make sure what I see as being
25  open and that I will deal on -- deal with is the Motion To
```