Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL AND FOR ADDITIONAL SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

**Exhibit D**

Excerpt of transcript from MDx 30(b)(6) deposition on May 15, 2014

Highly Confidential
Anthony Bellomo    May 15, 2014

```
                                                              1

 1         "H I G H L Y   C O N F I D E N T I A L"
 2         IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
 3         CIVIL ACTION NO. 11-CV-00520-RM-BNB
 4
   HEALTH GRADES, INC.,                  :
 5          Plaintiff,                   :
                                         :
 6         v.                            :
                                         :
 7  MDX MEDICAL, INC., d/b/a             :
    VITALS.COM,                          :
 8          Defendant.                   :
 9
10         Transcript of the videotape deposition of
11  ANTHONY BELLOMO, called for Oral Examination in the
12  above-captioned matter, said deposition taken by and
13  before SILVIA P. WAGE, a Certified Shorthand
14  Reporter, Certified Realtime Reporter, Registered
15  Professional Reporter, and Notary Public for the
16  States of New Jersey, New York, Pennsylvania and
17  Delaware, at the offices of SILLS CUMMIS & GROSS,
18  P.C., The Legal Center, One Riverfront Plaza,
19  Newark, New Jersey, on Thursday, May 15, 2014,
20  commencing at 8:05 a.m.
21
22
23
24
25
```

Highly Confidential
Anthony Bellomo    May 15, 2014

2

```
 1  A P P E A R A N C E S:
 2
          LEWIS ROCA ROTHGERBER, LLP
 3        BY:  KRIS J. KOSTOLANSKY, ESQ.
          BY:  ADAM L. MASSARO, ESQ.
 4        1200 17th Street, Suite 3000
          Denver, Colorado  80202
 5        (303) 628-9513
          KKostolansky@LRRLaw.com
 6        Amassaro@LRRLaw.com
          Counsel for the Plaintiff
 7
 8        MERCHANT GOULD, P.C.
          BY:  KIRSTIN L. STOLL-DeBELL, ESQ.
 9        1050 Seventeenth Street
          Denver, Colorado  80265
10        (303) 357-1670
          Kstoll@merchantgould.com
11        Counsel for the Plaintiff
          (VIA TELEPHONE)
12
13        SILLS CUMMIS & GROSS, P.C.
          BY:  SCOTT D. STIMPSON, ESQ.
14        BY:  DAVID LEE, ESQ.
          30 Rockefeller Plaza
15        New York, New York  10112
          (212) 643-7000
16        SStimpson@sillscummis.com
          DLee@sillscummis.com
17        Counsel for the Defendant and Deponent
18
19  A L S O   P R E S E N T:
20
          RYAN McMULLEN
21        VIDEOGRAPHER
22
23
24
25
```

Highly Confidential
Anthony Bellomo    May 15, 2014

141

```
 1        A.      What did they what?
 2        Q.      Concern.
 3        A.      They concerned the representation on
 4  the website of how treatment cost would be depicted
 5  on the website.
 6        Q.      Now, you mentioned earlier that MDx
 7  has certain awards that it bestows upon physicians
 8  that MDx feels has earned them, correct?
 9        A.      Yes.
10        Q.      And what are those awards?
11        A.      There's things like Patient
12  Satisfaction Award, which lowest wait time, others
13  which I don't remember exactly.
14        Q.      Is patient's choice award one?
15        A.      I believe so.
16        Q.      Is America's Top Doctor an award, do
17  you know by, MDx?
18        A.      America's Top Doctor?  Possibly.
19        Q.      Does MDx have an award for Top Ten
20  Doctors?
21        A.      I believe so.
22        Q.      What is the basis for that award?
23        A.      It's an algorithm that we go through
24  on, you know, various data elements.  I don't know
25  precisely what it is.
```

Merrill Corporation - Chicago

(312) 386-2000                                    www.merrillcorp.com/law

1    Q.    If a physician has been sanctioned,
2  is the physician eligible to receive a Top Ten
3  Doctor or other award given by MDx?
4    A.    I don't know.
5        (Deposition Exhibit CR46, e-mail string MDX
6  0062500 to MDX 0062502 marked Highly Confidential -
7  Attorneys Eyes Only, was marked for identification.)
8    Q.    I show you Exhibit 46, an e-mail
9  communication between Jeff Cutler, Erika Boyer and
10 others starting with an e-mail communication from
11 Gina Larson Stoler on the preceding page.
12        Have you seen that e-mail string before?
13   A.    No.
14   Q.    If you look at the second to the last
15 paragraph on the second page of the exhibit --
16   A.    Counsel, let me just read this.
17   Q.    Sure.
18        Who is Gina Larson Stoler?
19        MR. STIMPSON:  Have you had a chance
20 to review it?
21        THE WITNESS:  Yeah.
22   A.    She's either a current or a past
23 employee.  I don't remember if she's still with the
24 company or not.
25   Q.    Okay.  Now, she writes in the second