Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL AND FOR ADDITIONAL SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

**Exhibit E**

**November 9, 2011 email exchange involving Erika Boyer**

From: Jeff Cutler(jeff@vitals.com)
Date Sent: 11/9/2011 9:36:15 PM
To: Erika Boyer
CC: Gina Larson-Stoller; Ken Mooney; Margarita Shefson; Brigid Mara; David Zecchin; Irving Weiss
Subject: Re: sanctions against doctors

---

Why aren't we showing sanctions on the site?  Seems like a competitive disadvantage.

Sent from Jeff's iPhone

On Nov 9, 2011, at 4:10 PM, Erika Boyer <erika@vitals.com> wrote:

Sanctions are not currently published on the live site.

Just have the doctors with sanctions suppressed from the selects that are run.

erika

From: Gina Larson-Stoller [mailto:gina@vitals.com]
Sent: Wednesday, November 09, 2011 1:35 PM
To: Ken Mooney; Erika Boyer
Cc: Margarita Shefson; Brigid Mara; jeff cutler
Subject: sanctions against doctors

Hi Ken and Erika,

I'm trying to figure out how we indicate whether a doctor has a sanction against him/her.

I am not able to find an instance where this information is provided on our site -- despite having found doctors with sanctions against them in the press and on HealthGrades.

For instance, according to the article below, Dr. Charles Kim has a sanction against him:




Highly Confidential - Attorney Eyes Only

PLAINTIFF'S EXHIBIT 094
1:11-cv-00520-RM-BNB

EXHIBIT 46

DX 0062500
094-001

http://thedailyrecord.com/2011/08/31/first-up-challenge-to-doctor's-sanction/

It is not mentioned on his Vitals profile, but it is mentioned on his HealthGrades profile.

http://www.vitals.com/doctors/Dr_Charles_Y_Kim_3

http://www.healthgrades.com/physician/dr-charles-kim-264d4/background-check

Here is another doctor that has a sanction against them according to the press story and Healthgrades, but no mention of it on our site.

Dr. Rolando Torio

http://www.kcbd.com/story/14066891/lubbock-doctor-sanction-2nd-time-in-two-years

http://www.vitals.com/doctors/Dr_Rolando_Torio

http://www.healthgrades.com/physician/dr-rolando-torio-x524r/background-check

Do we actually mention sanctions publicly or do we just collect the information in our database? Does it take a certain amount of time for a sanction to be registered with us?

I ask because I would like to weed out doctors with sanctions from our Top Ten pulls. And I'd like to know how accurate our data is.

Thank you for clarifying this matter.

Gina

--

Gina M. Larson-Stoller

Vitals.com <http://www.vitals.com>

401.374.4145 (m)

**Highly Confidential - Attorney Eyes Only**

**MDX 0062501**

**094-002**

gina@vitals.com

**Highly Confidential - Attorney Eyes Only**

MDX 0062502

**094-003**