Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL AND FOR ADDITIONAL SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

## Exhibit I

**July 30, 2014 email from MDx counsel to Health Grades counsel with attached responses to several of Health Grades' requests for admission**

2004918857_1

**Massaro, Adam**

| | |
|---|---|
| **From:** | Scott D. Stimpson <sstimpson@sillscummis.com> |
| **Sent:** | Wednesday, July 30, 2014 2:29 PM |
| **To:** | Massaro, Adam; Trent Dickey; David C. Lee; Vincent M. Ferraro |
| **Cc:** | Kostolansky, Kris J.; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com); Goodlette, Tami; Siegal, Kyle |
| **Subject:** | RE: HG/MDx: Follow-up to 7-17 Call |
| **Attachments:** | MDx Responses and Objections to Requests for Admission 2497324 v2.DOC |

Kris and Adam:

Attached are our responses to HG's informal Requests for Admission 3, 4, 5, 15, 18, and 19.  We do not believe the remainder of the requests are appropriate, and we will need an explanation if you think otherwise please.  As you know, Judge Boland's Order stated that he would consider reopening discovery to cure prejudice as a result of our response to interrogatory 2.

For requests  1, 2, 7, 8, 9, 10, 11, 12, 13, 14, 16, 23, 24, and 25:  There is no prejudice to HG that needs to be cured because MDx has not challenged that the elements are met.  These are already addressed in the MDx Third Supplemental response to interrogatory 2 served May 7, 2014 (see Section L regarding elements that are not missing), and in my July 26, 2014 email to you regarding dropping the defense addressed therein.  (MDx will be supplementing its response to interrogatory 2 to add my July 26th email subject to the condition of that email.)

For Requests 1, 2, 6, 17, and 22:  HG already has this information in our supplemental interrogatory responses served January 24, 2014 and May 7, 2014, and/or in our query result charts at MDX 0143095 (produced 1/24/2014, see row 7561, columns A - AH) and MDX 0143118 (produced 4/25/2014, see row 7515, columns A - AN), and therefore there is no prejudice that needs to be cured that would justify reopening discovery for these requests for admissions.

For Requests 20 and 21:  HG already has information in the MDx First, Second, and Third Supplemental responses to interrogatory 2 served May 10, 2012, January 24, 2014, and May 7, 2014, about how the vitals.com website operates differently from the claim elements, and therefore there is no prejudice that needs to be cured that would justify reopening discovery for these requests for admissions.

Scott


**Scott D. Stimpson**
Chairman of the Intellectual Property Group



website | bio | vCard | newsroom | email 

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1550 | f (212) 643-6500 **map**

**From:** Massaro, Adam [mailto:AMassaro@lrrlaw.com]
**Sent:** Friday, July 18, 2014 6:33 PM
**To:** Scott D. Stimpson; Trent Dickey; David C. Lee; Vincent M. Ferraro
**Cc:** Kostolansky, Kris J.; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com); Goodlette, Tami; Siegal, Kyle
**Subject:** HG/MDx: Follow-up to 7-17 Call

Scott,

Please see the attached copy of the request for admission that we discussed during our conferral call yesterday.   We can discuss further during our call on Tuesday.

Thanks.



**Adam Massaro, Associate**
**Lewis Roca Rothgerber LLP |**
**1200 17th St Suite 3000 | Denver, CO 80202-5855**
**(T) 303.628.9513 | (F) 303.623.9222**
**AMassaro@lrrlaw.com | www.LRRLaw.com**

 **Rothgerber Johnson & Lyons LLP is now Lewis Roca Rothgerber LLP.**

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

In accordance with Internal Revenue Service Circular 230, we advise you that if this message or any attachments contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

### DEFENDANT MDX MEDICAL, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant MDx Medical, Inc. ("MDx") hereby responds to Health Grades, Inc.'s ("Health Grades") Requests for Admission to Defendant ("Requests for Admission") as follows. The Requests for Admission will be referred to as "Requests", and each individual Request for Admission may be referred to as a "Request".

**PRELIMINARY STATEMENT AND GENERAL OBJECTIONS**

These Preliminary Statements and General Objections found in the MDx Response and Objections to all prior Health Grades' requests for admission are incorporated herein by reference. In addition, MDx objects to all other requests served by Health Grades as being served beyond the discovery cut-off.

## RESPONSES TO REQUESTS FOR ADMISSION

**Request for Admission No. 3.**

Admit that MDx has received the following types of healthcare provider-verified information from Dr. Bharam through direct portal edits: awards/honors, languages, and professional appointments.

**Response:** Denied that any of this information was verified, but admitted that Dr. Bharam provided these data elements through direct portal edits.

**Request for Admission No. 4.**

Admit that Dr. Bharam verified the following types of information that he provided to MDx: awards/honors, languages, and professional appointments.

**Response**: Denied.

**Request for Admission No. 5.**

Admit that MDx has accessed the following types of healthcare provider-verified information that it received from Dr. Bharam: awards/honors, languages, and professional appointments.

**Response**: Denied that any of the information was verified, but admitted that the information was accessed.

**Request for Admission No. 15.**

Admit that MDx has created a healthcare provider report on Dr. Bharam that included comparison ratings of healthcare providers in the form of sponsored listings with star ratings that were displayed on the right hand side of Dr. Bharam's report.

**Response**:   Admitted, but only during the period from November 11, 2013 to December 11, 2013.

**Request for Admission No. 18.**

Admit that MDx created the healthcare provider report of Dr. Bharam referenced in Request No. 15 using the healthcare provider-verified information it received from Dr. Bharam, namely awards/honors, languages, and professional appointments.

**Response:**   Denied that any of the information is verified, but admitted (only during the period from November 11, 2013 to December 11, 2013) that MDx created a healthcare provider report of Dr. Bharam using information received from Dr. Bharam.

**Request for Admission No. 19.**

Admit that MDx created the healthcare provider report of Dr. Bharam referenced in Request No. 15 using the patient-provided information MDx compiled that is described in Request No. 6).

**Response:**   Admitted (only during the period from November 11, 2013 to December 11, 2013) that MDx created a healthcare provider report of Dr. Bharam using patient-provided information.