IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-PAB-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## PLAINTIFF'S REQUEST TO SET ITS MOTION [Doc. #817] FOR A HEARING AT THE SAME TIME AS THE HEARING ON DEFENDANT'S MOTIONS [Doc. Nos. 811, 814]

Plaintiff Health Grades, Inc. ("Health Grades") respectfully requests that this Court set a hearing on Health Grades' Motion to Compel and for Additional Sanctions [Doc. #817] ("Motion") at the same time as the hearing on MDx Medical, Inc.'s ("MDx") pending motions [Doc. Nos. 811, 814].

1. MDx filed on July 25 and August 1, respectively, a Motion to Compel Document Discovery, Additional Depositions, and Queries on the Health Grades System [Doc. #811], and its Third Motion for Leave to Amend Invalidity Contentions [Doc. #814] (collectively, the "MDx Motions").

2. This Court set a hearing on the MDx Motions for August 18 [Doc. Nos. 813, 816].

3. Health Grades' Motion was filed yesterday. Health Grades requests that this Court set its Motion for a hearing on August 18, along with the MDx Motions, or set a hearing on all three motions later that week.

4.	Prompt resolution of Health Grades' Motion is necessary as the requested relief may impact trial preparation.  Hearing all three motions in one setting will also promote judicial economy.

**Certificate of Compliance with D.C. COLO.LCivR 7.1A:**  Counsel for Health Grades conferred with counsel for MDx regarding the relief request herein on August 7, 2014.  MDx counsel does not oppose Health Grades' request for a hearing, but does oppose the expedited scheduling of such a hearing.

WHEREFORE, Health Grades respectfully requests that this Court set its Motion for a hearing on August 18, along with the MDx Motions, or set a hearing on all three motions later that week.

Respectfully submitted August 7, 2014.

LEWIS ROCA ROTHGERBER LLP

*s/ Adam L. Massaro*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel: (303) 623-9000
Fax: (303) 623-9222
E-mail: gkanan@lrrlaw.com
E-mail: kkosto@lrrlaw.com
E-mail: amassaro@lrrlaw.com
*Attorneys for Plaintiff Health Grades, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2014, I electronically filed the foregoing **PLAINTIFF'S REQUEST TO SET ITS MOTION [Doc. #817] FOR A HEARING AT THE SAME TIME AS THE HEARING ON DEFENDANT'S MOTIONS [Doc. Nos. 811, 814]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail: sstimpson@sillscummis.com
E-mail: vferraro@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com

*s/ Adam L. Massaro*
Adam L. Massaro, Esq.

- 3 -

2004920704_1