IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Request to Set its Motion [Doc. #817] for a Hearing at the Same Time as the Hearing on Defendant's Motions [Doc. Nos. 811, 814]** [docket no. 821, filed August 7, 2014] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED.  A hearing on all three pending motions, docket nos. 811, 814, and 817, will be heard beginning at **1:30 p.m.** (not 3:00 as previously set forth in early minute orders) on **August 18, 2014**.


DATED:  August 7, 2014