IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Health Grades, Inc.'s Motion to Compel and for Additional Sanctions for MDx Medical, Inc.'s Failure to Comply with Court-Ordered Discovery** [docket no. 817, filed August 6, 2014] (the "Motion").

  IT IS ORDERED that defendant shall respond to the Motion on or before **August 14, 2014**.  No reply will be accepted without leave of court.

  IT IS FURTHER ORDERED that a hearing on this Motion is set for **August 18, 2014, at 1:30 p.m.,** in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).


DATED:  August 7, 2014