**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE BOLAND'S MINUTE ORDERS OF AUGUST 8, 2014 [DKT. NOS. 823 & 824]**

---

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits this Motion For Reconsideration Of Magistrate Boland's Minute Orders of August 8, 2014 [Dkt. Nos. 823 & 824].

    In accordance with D.C.COLO.LCivR 7.1(a), MDx's counsel conferred with counsel for Health Grades and Health Grades' counsel stated the following: (1) Health Grades does not oppose adjourning the hearing set for August 18, 2014 for all three pending motions to a new date in late August; but (2) Health Grades opposes the relief specifically sought herein – rescheduling the hearing of just Health Grades' pending motion to compel and for additional sanctions [Dkt. Nos. 817 and 818] to a new date while maintaining the August 18 hearing date for MDx's two pending motions.

1

1. On August 7, 2014, Health Grades filed its Request to Expedite asking the Court to set its Motion for hearing on August 18 (Dkt. No. 821).

2. The Court granted Health Grades' Request to Expedite and set Health Grades' Motion for a hearing on August 18 (Dkt. No. 823). The Court also ordered the Defendants to respond to Health Grades motion by August 14 (Dkt. No. 824).

3. Because Health Grades' counsel inadvertently indicated that its Motion was "unopposed" in the caption, the Court may not have realized that the Request was partially opposed by MDx (as indicated in the body of Health Grades' Request), and the Court did not have before it the basis for MDx's opposition prior to granting the Request to Expedite. Therefore, MDx submits this response and respectfully requests the Court to reset the time MDx has to respond to Health Grades' motion and reset a hearing on Health Grades' motion. Specifically, while MDx does not oppose Health Grade's Request for a hearing on its Motion (Dkt. No. 817), MDx opposes the expedited scheduling of such a hearing for the reasons set out below.

4. First, Health Grades' Motion is completely unrelated to either of MDx's Motions [Dkt. Nos. 811 and 814] that the Court has set to hear on August 18, 2014.

5. Second, Health Grades' Motion is very different from the MDx Motions in the serious dispositive relief it requests. To that end, MDx needs adequate time to prepare a proper response and prepare the necessary declarations, in conjunction with our client, to refute the serious allegations alleged. Five business days is not sufficient time for MDx to prepare its opposition.

6. Lastly, as we advised Health Grades, Scott Stimpson will be arguing MDx's motions to be heard on August 18, and is schedule to do so if the Court wishes to proceed with MDx's motion on August 18[th.] However, Trent Dickey will prepare the response and argue Health Grades' Motion for Additional Sanctions. As we advised Health Grades in the conferral, Mr. Dickey is not available August 18th.

7. The undersigned and Mr. Kostolansky spoke to your Honor's clerk Friday August 8, 2014 to explore alternate dates in the near term to hold a hearing on the MDx and Health Grades' motions. We understand your Honor's calendar is very limited, however MDx respectfully requests your Honor to consider MDx's request set forth below.

8. Whereas Mr. Dickey will attempt to make the hearing if required on August 18th, Counsel's and MDx's opposition to the serious allegations contained in Health Grades' Motion for Sanction will not be as complete and comprehensive as they would otherwise be absent the additional week that we request to file our responses.

For the foregoing reasons, MDx respectfully requests the Court to vacate its Orders (Dkt. Nos. 823 and 824) setting a hearing on Health Grades' motion for August 18 and ordering MDx to respond to Health Grades' Motion (Dkt. No. 817) by August 14 and to allow MDx to respond to Health Grades' Motion by August 22 and reset a hearing on Health Grades' motion in or after late August.

Dated:  August 11, 2014                                   Respectfully submitted,

*s:/Trent S. Dickey*
Scott D. Stimpson                                         Terence Ridley, Atty. No. 15212
Trent S. Dickey                                           Wheeler Trigg O'Donnell LLP
David C. Lee                                              370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                        Denver, Colorado 80202
Sills Cummis & Gross P.C.                                 Tel:  (303) 244-1800
30 Rockefeller Plaza                                      Fax:   (303) 244-1879
New York, New York 10112                                  E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                                       *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com                         MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE BOLAND'S MINUTE ORDERS OF AUGUST 8, 2014 [DKT. NOS. 823 & 824]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                      *s:/Vincent M. Ferraro*