IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


     IT IS ORDERED:

     (1)    **MDx's Motion for Reconsideration** [Doc. # 825, filed 8/11/2014] is GRANTED; and

     (2)    The motion hearing set for August 18, 2014, at 1:30 p.m., is VACATED and RESET to August 28, 2014, at 1:30 p.m.


DATED:  August 12, 2014