# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## MAGISTRATE JUDGE BOYD N. BOLAND

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 12, 2014 |
| FTR - Boland A401 | Time: 15 minutes |

**CASE NO. 11-cv-00520-RM-BNB**

| Parties | Counsel |
|---|---|
| **HEALTH GRADES, INC.,** | Kris Kostolansky |
| Plaintiff, | |
| vs. | |
| **MDX MEDICAL, INC.,** | Trent Dickey |
| | Terence Ridley |
| | Scott Stimpson |
| Defendant. | |

### HEARING ON MOTION FOR RECONSIDERATION

**10:35 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL, who appear by telephone.

Defendant and Counterclaim Plaintiff's MDX Medical, Inc's Motion for Reconsideration of Magistrate Judge Boland's Minute Orders of August 8, 2014 [Docket No. 825]

Argument by Mr. Dickey and comments in response to the Court's questions.

Argument by Mr. Kostolansky and comments in response to the Court's questions.

Further argument by Mr. Dickey.

Page Two
11-cv-00520-RM-BNB
August 12, 2014

**ORDERED:**  Defendant and Counterclaim Plaintiff's MDX Medical, Inc's Motion for Reconsideration of Magistrate Judge Boland's Minute Orders of August 8, 2014 [Docket No. 825], is GRANTED.

**ORDERED:**  Motion hearing scheduled for August 18, 2014 at 1:30 p.m. is **VACATED** and rescheduled for **August 28, 2014 at 1:30 p.m.**

**10:50 a.m.**    **COURT IN RECESS**

**Total in court time:**    15 minutes

**Hearing concluded**