# EXHIBIT 3



# UCHC Competitive Analysis

UCHC 0000001



# Physician Quality Report

Report Created 09/15/2004

Although choosing a physician is one of our most important decisions, many people select according to only a name and location in an insurance provider's directory. We usually don't realize we made an unsatisfactory choice until something goes wrong.

This report streamlines your decision-making process because HealthGrades has:
- Assembled useful information, measurements, and criteria, all in one document.
- Provided explanations, comparisons, and tips on how to apply the information.

Remember to use the same strategies you gain from this report when evaluating other physicians.

The following physician will be reviewed in this report:

**Stephen Scott Martin, MD**

The information in this report is arranged in nine sections:

1. About Specialties
2. Education and Training
3. Board Certification
4. Governmental Disciplinary Actions
5. Quality Comparison
6. Physician Characteristics
7. Quality Ratings for Area Hospitals
8. Directory of Area Hospitals
9. Checklist of Additional Questions to Ask

©2004 Health Grades, Inc. All rights reserved. May not be reprinted or reproduced without permission.

## Address(es)/Phone Number(s)

259 Main Street (207) 846-9013
Yarmouth, ME 04096

UCHC 0000095



## 1. About Specialties

A specialty is the branch of medicine the physician practices. A physician may have more than one specialty, or may have one or more subspecialties. For instance, a physician could specialize in Internal Medicine and have a subspecialty, or concentration, in Infectious Disease.

**What specialty does your physician practice?**

Stephen Scott Martin, MD specializes in:

| | |
|---|---|
| Family Practice | A family practice physician is concerned with the total health care of the individual and the family, and is trained to diagnose and treat a wide variety of ailments in patients of all ages. The family physician receives a broad range of training that includes internal medicine, pediatrics, obstetrics and gynecology, psychiatry, and geriatrics. Special emphasis is placed on prevention and the primary care of entire families, utilizing consultations and community resources when appropriate.<br><br>*Excerpt from "Which Medical Specialist for You?" by The American Board of Medical Specialties.* |



### Fast Facts

If you see DO after the physician's name, that means he or she is a doctor of osteopathy. See the section on "Medical School" to find out more.

### ? What does this mean to you?

To receive the best health care for your needs, consider choosing a physician that specializes in your particular medical issues. The specialist will concentrate on your specific needs and will be familiar with methods of treatment. If you have questions as to what kind of specialist you need, your primary practitioner (a Family Practice or Internal Medicine physician) can tell you.



## 2. Education and Training

Physician education and training is demanding and extensive. Continuing medical education is a life-long pursuit due to constant advances and changes in medicine. This report clarifies the various stages of medical study.

## Medical School



Students enter medical school after completing standard four-year undergraduate programs in accredited colleges or universities. In medical school (four years), study focuses on the basic sciences (anatomy, biochemistry, physiology, pharmacology, etc.) as well as behavioral sciences. Students participate in clinical rotations in hospitals and clinics, working with experienced physicians and

UCHC0000096



exploring a wide variety of medical specialties (family practice, internal medicine, obstetrics, pediatrics, surgery, etc.). Completion of medical school earns students a doctor of medicine degree (MD).

Some physicians in the US choose to become doctors of osteopathy (DO). Similar to MD degrees, students receive osteopathic degrees after four years of study at osteopathic colleges. Osteopathic training emphasizes traditional diagnostic and therapeutic procedures, as well as the relationship of body systems and holistic patient care.

## Years Since Medical School

The number of years since medical school indicates how long a physician has been practicing medicine since graduation, including residency training and any further training. The length of training varies from specialty to specialty. For instance, Internal Medicine and Family Practice physicians are required to train for three years, whereas Thoracic Surgeons are required to train for at least seven years.

**Where was your physician educated and trained?**

| Medical School | Years Since Graduation |
|---|---|
| McGill University Quebec | 19 |



**? What does this mean to you?**
The longer a physician has been practicing, the more likely that he or she is experienced with a wide variety of issues. A more recent graduate, however, may have in-depth knowledge about medical advances for treating a specific condition.

## Residency and Internship

Residency is training that takes place after graduating from medical school. Residencies are usually organized through a university medical school where the physician practices in a local hospital. The physician receives professional training under the supervision of senior physician educators. The length of training varies from specialty to specialty. The first year of post-graduate residency training after medical school is referred to as an "internship."

**Where was your physician educated and trained?**

| Residency | Maine Med Center |
|---|---|



**? What does this mean to you?**
Residency demonstrates that the physician completed the training and received the knowledge necessary to practice his or her specialty. The physician must complete residency training to obtain a license to practice medicine as an MD or DO.

UCHC 0000097



## Fellowship

Fellowship training is further training concentrating in a subspecialty based on the physician's original specialty. For instance, after completing a residency in Pediatrics, a physician may choose to complete a fellowship in Pediatric Cardiology. To become board certified in a subspecialty, a physician must complete fellowship training.

## Physician Licensure

Physicians may hold one or more licenses to practice medicine in 54 US licensing jurisdictions (all 50 states, Puerto Rico, Guam, American Samoa, and the District of Columbia). Physician licenses guarantee that the Physician has successfully completed an appropriate sequence of education, including residency training, and has demonstrated competence through successful completion of an examination or other certification demonstrating qualification for licensure.



**? What does this mean to you?**

Licensure raises the quality of services you receive by barring those who do not meet a standard from providing those services.

**!!! Quality Alert**

Wrong tests; wrong surgery. You've heard the stories. How do you know your physician is keeping up with all the latest technology? Knowing your physician's training, certification, and years of experience is key.

## 3 Board Certification

Each medical specialty has a national board responsible for setting standards physicians must meet to be certified. HealthGrades recognizes certifications from the American Board of Medical Specialties and the Bureau of Osteopathic Specialties (DO's).

Physicians who choose to become certified must have training beyond what medical licensure requires. Board certification involves a rigorous review of the physician's knowledge, experience, and skill in a specialty.

More specifically, board certification means the physician:
- Graduated from a recognized medical school as either an MD or DO
- Completed several years of training in an accredited residency program.
- Has an unrestricted license to practice medicine.
- Passed an extensive written exam given by the board.



**Is your physician board certified?**                                              UCHC 0000098

**Information from American Board of Medical Specialties (ABMS)**

| Specialty | Board Certification | Certifying Board |
|---|---|---|
| Family Practice | Yes | American Board of Family Practice |

Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

Elsevier has been designated by the ABMS as an agent and is able to provide this primary source data on behalf of the ABMS. The ABMS has been designated a primary source of board certification information by the Joint Commission for Accreditation of Healthcare Organizations (JCAHO), the National Committee for Quality Assurance (NCQA) and URAC.

**Fast Facts**
About 6 out of 10 physicians are board certified.

**What does this mean to you?**
Certification lets you know that a physician has successfully completed an accredited educational program, passed several evaluations, and possesses the knowledge, skills, and experience needed to provide care in the certified specialty. You can view board certification as a "letter of recommendation." A physician who is not board certified, however, may still be an excellent physician. Some physicians choose not to apply for certification.

## 4. Governmental Disciplinary Actions

Governmental disciplinary actions are also referred to as sanctions. They are actions taken to punish or restrict physicians who have demonstrated professional misconduct.

Do not confuse sanctions with medical malpractice suits, which most states do not make available to the public. A malpractice suit is a civil claim, where lawyers represent each side of the case. To win a medical malpractice lawsuit, a patient must prove that harm resulted from the physician's failure to conform with the accepted standards of practice.

A sanction may be brought about for similar reason, but is handled by either state or federal officials, as described below.

## State Disciplinary Actions

When patients receive poor or questionable care from a physician, they may file a formal complaint with the state medical board or professional licensing organization. Medical colleagues may also report behavior that concerns them. Causes vary greatly:
- Defaulting on a student loan
- Failure to complete continuing education requirements
- Substance abuse
- Over-prescribing drugs

UCHC 0000099



- Self-prescribing drugs
- Physical or mental impairment
- Sexual abuse of a patient

After investigation, the board may take appropriate disciplinary action:
- Public reprimand or letter of admonition - For minor violations.
- Monetary fines - Often in conjunction with other actions.
- Negotiated agreement - Similar to a plea bargain.
- Probation - The physician continues to practice under conditions and restrictions.
- Suspension - The physician is temporarily prohibited from practicing medicine.
- Revocation - The physician loses his or her medical license.

**How safe is your physician? Has your physician received any governmental disciplinary actions?**

State sanctions* (if any) found for Stephen Scott Martin, MD

| Type of Complaint | Date Action Taken | Who Took Action | Description | Action Taken |
|---|---|---|---|---|
| No state sanctions listed | | | | |

* HealthGrades collects sanctions from all states except South Dakota.



### Fast Facts
About 1 out of every 30 physicians receives at least one disciplinary action. Physicians with disciplinary actions may continue to practice, depending on the board's decision.

### What does this mean to you?
A disciplinary action is intended to correct the physician's misconduct. It does not necessarily mean he or she is a bad physician. Evaluate the information and make a determination based on how severe you think the cause and action were. If you would like more detail about a disciplinary action, contact the appropriate state medical board(s), shown in the table above.

### Quality Alert
Keeping up with sanction information on doctors is extremely difficult. All of the states release information on their disciplinary actions, except South Dakota. About 80% make records available on a monthly basis. The rest come out quarterly, periodically, annually, or on an action-by-action basis. States also vary greatly in their level of detail, terminology, and notification methods. A state may report through board minutes, newsletters, web sites, or mail. To complicate things more, physicians who have been sanctioned in one state will often move to another state. He or she may seem to have a clean slate - for a while - in the new state. HealthGrades painstakingly compiles sanction information from all 49 states that release it. Through our report, you'll know if a physician is sanctioned in more than one state.



# Federal Disciplinary Actions

UCHC 0000100

On a federal level, disciplinary actions relate to Medicare, Medicaid, and all federal health care programs. These sanctions are handled by the United States Department of Health and Human Services, Office of Inspector General (OIG).

A physician can be excluded from receiving payment from any federal health care program due to:
- Convictions for program-related fraud and patient abuse
- Licensing board actions
- Default on Health Education Assistance Loans

Physicians who are excluded from federal programs are listed on the OIG's database called Excluded Individuals/Entities (LEIE).

**How safe is your physician? Has your physician received any governmental disciplinary actions?**

Federal sanctions (if any) found for Stephen Scott Martin, MD

| Action Taken | Date Action Taken |
|---|---|
| No federal sanctions listed | |



The LEIE database is updated monthly.

## 5 Comparison to National Data

This table compares Dr. Stephen Scott Martin, MD with other physicians by three indicators of quality: experience, certification, and governmental disciplinary actions (sanctions).

**How does this physician compare to others?**

| Years Since Medical School | |
|---|---|
| Stephen Scott Martin, MD | 19 years |
| Physicians specializing in Family Practice | Average of 23 years |
| All US physicians, regardless of specialty | Average of 24 years |

| Board Certification** | |
|---|---|
| **Family Practice** | |
| Stephen Scott Martin, MD | Has board certification |
| Physicians with this specialty | 65% have board certification |
| **All US physicians, regardless of specialty** | 64% have board certification |

| Sanctions* | |
|---|---|
| Stephen Scott Martin, MD | Does not have sanctions |

UCHC 0000101

| Physicians specializing in Family Practice | 99.6% are without sanctions |
| All US physicians, regardless of specialty | 1% have sanctions |

\* HealthGrades collects sanctions from all states except South Dakota.
\*\* HealthGrades recognizes board certifications from American Board of Medical Specialties and Bureau of Osteopathic Specialties.

## 6 Physician Characteristics

This section supplies information for patients who have specific needs or preferences. Some may need a physician who can communicate in a certain foreign language. Some may prefer that their physician be a male, while others prefer a female physician.

### Foreign Languages

**What foreign languages do your physician and his office staff speak?**

Not Available

**? What does this mean to you?**
If you, or a family member, speak English as a second language, it might be favorable to find a physician that speaks your native language. Medical issues and health care can be complicated to discuss, and it may put you more at ease to be able to speak and describe issues to the physician in a language you are comfortable with. Good communication between physician and patient is essential to quality health care.

### Gender

**What gender is your physician?**

Male

**? What does this mean to you?**
The physician's gender cannot always be determined by the first name. Therefore, we are providing the physician's gender in case you have a preference.

## 7 Quality Ratings for Area Hospitals

HGHC 0000102



Most physicians admit patients only to certain hospitals. This is known as being "affiliated" with the hospital. If receiving care at a high quality hospital is important to you, contact the physician's office to see what his or her current affiliations are.

Since the physician you're researching is probably NOT affiliated with all of the hospitals listed in this report, why do we include them?

## Why Hospital Ratings Are Important

Being able to see ratings for **all** local hospitals gives you a distinct advantage. These ratings give you yet another gauge for evaluating a physician. If we showed you only affiliated hospitals, you would not see the range of quality available in your area.

## Interpreting the Ratings

HealthGrades analyzes and assigns quality ratings to different service areas. The rating of each service area is a combined rating of one or more medical issues (e.g., Orthopaedics). Many, though not all, medical issues fall in these areas. The following descriptions show how HealthGrades calculated each service area rating.



### Cardiac Surgery
The Cardiac Surgery service area rating was based upon ratings in two medical issues: Heart Bypass Surgery and Valve Replacement Surgery. The Survival rating was a weighting of each of the stars in Survival for the two medical issues while the Recovery rating was a weighting of each of the stars in Recovery for the two medical issues. To receive a star rating in this service area, a hospital had to have star ratings in both Heart Bypass Surgery and Valve Replacement Surgery, and each medical issue had to have star ratings in both Survival and Recovery.

### Medical Cardiology
The Medical Cardiology service area rating was based upon three medical issues:

- Heart Failure
- Heart Attack
- Atrial Fibrillation

The Survival rating was a weighted average of the stars in Survival for the three medical issues while the Recovery rating was a weighted average of the stars in Recovery for the three medical issues. To receive a rating in this service area, a hospital had to have star ratings in two of the three medical issues, and each medical issue had to have star ratings in both Survival and Recovery.



### Interventional Cardiology
The Interventional Cardiology service area rating was based upon ratings in one medical issue: Interventional Procedures (PTCA/Angioplasty, Stent, Atherectomy). The Survival and

UCHC 0000103





Recovery rating for this medical issue was used for the Interventional Cardiology service area rating. A hospital was not required to have a star rating in both Survival and Recovery to have this service line rating.

### Orthopaedics
The Orthopaedics service area rating was based upon six medical issues:

- Total Knee Replacement
- Total Hip Replacement
- Partial Hip Replacement
- Hip Fracture Repair
- Back and Neck Surgery (except Spinal Fusion)
- Back and Neck Surgery (Spinal Fusion)

The Avoiding Complication rating was a weighted average of the stars in Avoiding Complications for the six medical issues. To receive a rating in this service area, a hospital had to have a star rating in at least five of the six medical issues.

### Stroke Care
The Stroke Care service area rating was based upon one medical issue: Stroke. The Survival and Recovery rating for stroke was used for the Stroke Care service area rating. A hospital was not required to have a star rating in both Survival and Recovery to have this service line rating.



### Pulmonary
The Pulmonary service area rating was based upon four medical issues:

- Aspiration Pneumonia
- Chronic Obstructive Pulmonary Disease
- Respiratory Infection
- Community Acquired Pneumonia

The Survival rating was a weighted average of the stars in Survival for the four medical issues while the Recovery rating was a weighted average of the stars in Recovery for the four medical issues. To receive a rating in this service area, a hospital had to have a star rating in at least three of the four medical issues and each medical issue had to have star ratings in both Survival and Recovery.

### Vascular Surgery
The Vascular service area rating was based upon three medical issues:

- Carotid Endarterectomy
- Resection/Replacement of Abdominal Aorta
- Peripheral Vascular Bypass.

The Avoiding Complication rating was a weighted average of the stars in Avoiding Complications for Carotid Endarterectomy and Peripheral Vascular Bypass. The Survival and Recovery rating for Resection/Replacement of Abdominal Aorta was used for the

UCHC 0000104





Survival and Recovery rating for this service area. To receive a rating in this service area, a hospital had to have a star rating in two of the three medical issues. A hospital was not required to have a star rating in both Survival and Recovery for Resection/Replacement of Abdominal Aorta to have this service line rating.

Please note that HealthGrades requires a hospital to have at least 30 patient cases to rate a hospital in a particular area. Therefore, some hospitals may not have ratings in one or more areas if these requirements were not met. In these cases, a hospital will have a dash, which means "Not applicable," instead of a star rating.

## What are the ratings for hospitals in my area?

The way to determine this is to contact the physician's office and ask which hospitals he or she can admit patients to. Then refer to the ratings for those hospitals.

★★★★★ Best
★★★ As Expected
★ Poor
● Low Volume
- Not applicable



| | Survival | Avoiding Complications | Recovery |
|---|---|---|---|
| **Bridgton Hospital**, Bridgton, ME | | | |
| Cardiac Surgery | ● | - | ● |
| Medical Cardiology | ★★★ | - | ★ |
| Interventional Cardiology | ● | - | ● |
| Orthopaedics | - | ● | - |
| Stroke Care | ★★★ | - | ★★★ |
| Pulmonary | ● | - | ● |
| Vascular Surgery | ● | ● | ● |
| **Central Maine Medical Center**, Lewiston, ME | | | |
| Cardiac Surgery | ● | - | ● |
| Medical Cardiology | ★★★ | - | ★★★ |
| Interventional Cardiology | ● | - | ● |
| Orthopaedics | - | ★★★ | - |
| Stroke Care | ★ | - | ★★★ |
| Pulmonary | ★★★ | - | ★★★ |
| Vascular Surgery | ● | ★★★★★ | ● |
| **Maine Medical Center**, Portland, ME | | | |
| Cardiac Surgery | ★★★★★ | - | ★★★★★ |
| Medical Cardiology | ★★★★★ | - | ★★★★★ |
| Interventional Cardiology | ★★★★★ | - | ★★★★★ |
| Orthopaedics | - | ★★★★★ | - |
| Stroke Care | ★ | - | ★ |
| Pulmonary | ★★★ | - | ★★★ |
| Vascular Surgery | ★★★ | ★★★ | ★★★ |
| **Mercy Hospital**, Portland, ME | | | |
| Cardiac Surgery | ● | - | UCHC 000005 |



|  |  |  |  |
|---|---|---|---|
| Medical Cardiology | ★ | - | ★★★ |
| Interventional Cardiology | ● | - | ● |
| Orthopaedics | - | ★★★★★ | - |
| Stroke Care | ★ | - | ★★★ |
| Pulmonary | ★★★ | - | ★★★ |
| Vascular Surgery | ● | ★★★ | ● |
| **Mid Coast Hospital**, Brunswick, ME | | | |
| Cardiac Surgery | ● | - | ● |
| Medical Cardiology | ★★★ | - | ★★★ |
| Interventional Cardiology | ● | - | ● |
| Orthopaedics | - | ● | - |
| Stroke Care | ★★★ | - | ★ |
| Pulmonary | ★★★ | - | ★★★ |
| Vascular Surgery | ● | ● | ● |
| **Parkview Adventist Medical Center**, Brunswick, ME | | | |
| Cardiac Surgery | ● | - | ● |
| Medical Cardiology | ★★★ | - | ★★★ |
| Interventional Cardiology | ● | - | ● |
| Orthopaedics | - | ● | - |
| Stroke Care | ★★★ | - | ★★★ |
| Pulmonary | ● | - | ● |
| Vascular Surgery | ● | ● | ● |
| **Southern Maine Medical Center**, Biddeford, ME | | | |
| Cardiac Surgery | ● | - | ● |
| Medical Cardiology | ★ | - | ★★★ |
| Interventional Cardiology | ● | - | ● |
| Orthopaedics | - | ● | - |
| Stroke Care | ★ | - | ★★★ |
| Pulmonary | ★★★ | - | ★★★ |
| Vascular Surgery | ● | ● | ● |
| **St Andrews Hospital**, Boothbay Harbor, ME | | | |
| Cardiac Surgery | ● | - | ● |
| Medical Cardiology | ● | - | ● |
| Interventional Cardiology | ● | - | ● |
| Orthopaedics | - | ● | - |
| Stroke Care | ● | - | ● |
| Pulmonary | ● | - | ● |
| Vascular Surgery | ● | ● | ● |
| **St Marys Regional Medical Center**, Lewiston, ME | | | |
| Cardiac Surgery | ● | - | ● |
| Medical Cardiology | ★★★ | - | ★★★ |
| Interventional Cardiology | ● | - | ● |
| Orthopaedics | - | ★★★ | - |
| Stroke Care | ★ | - | ★★★ |
| Pulmonary | ★★★ | - | ★★★ |
| Vascular Surgery | ● | ● | ● |
| **Stephens Memorial Hospital**, Norway, ME | | | |



UCHC 000016

| | | | |
|---|---|---|---|
| Cardiac Surgery | ● | - | ● |
| Medical Cardiology | ★★★ | - | ★★★ |
| Interventional Cardiology | ● | - | ● |
| Orthopaedics | - | ● | - |
| Stroke Care | ★ | - | ★★★ |
| Pulmonary | ● | - | ● |
| Vascular Surgery | ● | ● | ● |

*Ratings based upon Medicare patient data from Centers for Medicare and Medicaid for years 2000-2002.*

**? What does this mean to you?**

If receiving care at a particular hospital is important to you, make sure the physician can admit you to that hospital. By pairing a high quality hospital with a high quality physician you can be assured of high quality care.

## 8. Directory of Area Hospitals

**Bridgton Hospital**
South Hight Street
Bridgton, ME  04009
(207) 647-6000

**Central Maine Medical Center**
300 Main Street
Lewiston, ME  04240
(207) 795-0111

**Maine Medical Center**
22 Bramhall Street
Portland, ME  04102
(207) 871-0111

**Mercy Hospital**
144 State Street
Portland, ME  04101
(207) 879-3000

**Mid Coast Hospital**
123 Medical Center Drive
Brunswick, ME  04011
(207) 729-0181

**Parkview Adventist Medical Center**
329 Main Street
Brunswick, ME  04011
(207) 373-2000

**Southern Maine Medical Center**

UCHC 0000107



      1 Medical Center Drive
      Biddeford, ME  04005
      (207) 283-7000

St Andrews Hospital
      6 Street Andrews Lane
      Boothbay Harbor, ME  04538
      (207) 633-2121

St Marys Regional Medical Center
      Campus Avenue
      Lewiston, ME  04240
      (207) 777-8100

Stephens Memorial Hospital
      181 Main Street
      Norway, ME  04268
      (207) 743-5933



## 9  Checklist of Additional Questions to Ask

Armed with the background information from this report, decide if you want to visit this physician. If you do, take the following checklist of additional questions with you. Some questions are for you to ask the physician or staff. Others are to help you evaluate your own impressions. Highlight whichever questions are important to you.

Some of the information you gained from this report may have triggered questions in your mind. That's great. Add them to your checklist. For instance, if the physician is not board certified, ask if he or she is working towards that goal.

**What experiences have people you know had with this physician?**
- Ask friends and family.
- Ask co-workers and your employer's benefits officer.
- Ask nurses or other health care professionals.

**Is the office location good for you?**

- Is it convenient for your home or work?
- Is it near public transportation?
- Is affordable parking available?

**What impressions do you get from your initial contact with the office staff?**

- When you call, is the person on the phone professional and competent?
- Is the office clean and comfortable?
- Are staff members courteous, friendly, and eager to answer your questions, or do they come across as too busy and uninterested in helping you?
- If you prefer a professional atmosphere, is the office too casual or relaxed?
- Do nurses or other health care professionals appear competent and caring?



UCHC 0000108



- How long are you kept waiting before seeing the physician?

**What is the physician's availability?**

- Is the physician taking new patients?
- Does the physician make evening or weekend appointments?
- After you have established a relationship, will the physician give advice over the phone?
- How long must you wait for a routine appointment?
- Does the physician have a solo or group practice?
- If it's a group practice, can you request your physician each time?
- What is the physician's availability in emergency situations?
- Does the physician have partners who will see you when he or she is unavailable?
- Do you like and trust the other physicians who will be involved in your care?

**How does the physician handle the initial consultation?**

- Do you and the physician have compatible communication styles?
- Are you comfortable with the general manner and treatment style of the physician?
- Does he or she seem up to date on the latest treatment options in medicine?
- Is the physician open to your concerns and comments?

**What other practical considerations should you check?**



- How do the physician's costs compare to others?
- Does the physician accept your insurance?
- Has the physician been sued for malpractice?
- If not board certified, is the physician working towards certification?
- Is the physician too young or too old for your preference?
- If it's important to you, find out the physician's religious affiliation.
- What additional details do you want about the physician's education and training?

## A Specific Medical Condition

This part of the checklist is for you if you already have a specific medical condition, if a condition runs in your family, or if you have symptoms that concern you.

How qualified is the physician to handle your specific condition?
- How many times has the physician performed the procedure or treatment?
- Ask the physician for quality measurements related to the procedure you might need:
- Mortality rates
- Complication rates
- Five-year survival rates
- Quality of life measurements
- Do the physician's actions and comments reassure you?
- Are you confident about taking his or her advice?



The checklist questions on location and availability may be even more important if frequent visits become

UCHC 0000109



a necessity.

© Copyright 1999-2004 Health Grades, Inc. All rights reserved. The information in this report is the property of Health Grades, Inc. and may not be reproduced in any manner without the express written permission of Health Grades, Inc. HealthGrades®, the CHECKMARK DESIGN, the FIVE STAR RATING LOGO, THE HEALTHCARE RATINGS EXPERTS®, THE HEALTHCARE QUALITY EXPERTS®, DISTINGUISHED HOSPITAL AWARD™, DISTINGUISHED HOSPITAL AWARD FOR CLINICAL EXCELLENCE™, DISTINGUISHED HOSPITAL AWARD FOR PATIENT SAFETY™, HOSPITAL REPORT CARDS™, PHYSICIAN REPORT CARDS™, NURSING HOME REPORT CARDS™, HOME HEALTH REPORT CARDS™, HOME HEALTH QUALITY GUIDE™, HOSPITAL QUALITY GUIDE™, PHYSICIAN QUALITY GUIDE™, NURSING HOME QUALITY GUIDE™, and QUALITY RATINGS SUITE™ are service marks and trademarks of Health Grades, Inc. and may not be used without the express written permission of Health Grades, Inc. HealthGrades obtains its information from sources it believes to be reliable. However, because of the possibility of human and mechanical error as well as other factors, HealthGrades makes no representations or warranties, express or implied, as to the accuracy or timeliness of its information, and cannot be responsible or liable for any errors or omissions in its information or the results obtained from the use of such information. The healthcare provider ratings are statements of opinion and not statements of fact or recommendations to utilize any healthcare provider services and do not constitute medical advice. Users are solely responsible for determining whether the information provided is suitable for their purposes, and reliance on the information is at the users' sole risk. Users should obtain any additional information necessary to make an informed decision. Health Grades, Inc. assumes no responsibility or liability for any advice, treatment, or services rendered by any hospital, physician, or other health care provider, health care facility or health plan featured on the www.healthgrades.com site. More information can be found in HealthGrades' User Agreement.





UCHC 0000110