**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

**PLAINTIFF HEALTH GRADES, INC.'S OPPOSITION TO DEFENDANT MDX
MEDICAL, INC.'S MOTION TO COMPEL DOCUMENT DISCOVERY, ADDITIONAL
DEPOSITIONS, AND QUERIES ON THE HEALTH GRADES SYSTEM [DOC. #811]**

---

**[FILED UNDER SEAL]**

2004929979_1