# EXHIBIT 4



| Home | Contact Us | Stay Current | Careers | Search |

| Programs | HEDIS & Quality Measurement | Report Cards | Public Policy | Publications & Products | Professional Development | Newsroom | Sponsorship & Events | About NCQA |

About NCQA

- Leadership Team
- Board of Directors
- Contractual Services
- Careers
- Contact Us

# About NCQA

## Overview

The National Committee for Quality Assurance is a private, 501(c)(3) not-for-profit organization dedicated to improving health care quality. Since its founding in 1990, NCQA has been a central figure in driving improvement throughout the health care system, helping to elevate the issue of health care quality to the top of the national agenda.

The NCQA seal is a widely recognized symbol of quality. Organizations incorporating the seal into advertising and marketing materials must first pass a rigorous, comprehensive review and must annually report on their performance. For consumers and employers, the seal is a reliable indicator that an organization is well-managed and delivers high quality care and service.

NCQA has helped to build consensus around important health care quality issues by working with large employers, policymakers, doctors, patients and health plans to decide what's important, how to measure it, and how to promote improvement. That consensus is invaluable — transforming our health care system requires the collected will and resources of all these constituencies and more.

NCQA's programs and services reflect a straightforward formula for improvement: Measure. Analyze. Improve. Repeat. NCQA makes this process possible in health care by developing quality standards and performance measures for a broad range of health care entities. These measures and standards are the tools that organizations and individuals can use to identify opportunities for improvement. The annual reporting of performance against such measures has become a focal point for the media, consumers, and health plans, which use these results to set their improvement agendas for the following year.

NCQA's contribution to the health care system is regularly measured in the form of statistics that track the quality of care delivered by the nation's health plans. Every year for the past five years, these numbers have improved; health care protocols have been refined, doctors have learned new ways to practice, and patients have become more engaged in their care. Those improvements in quality care translate into lives saved, illnesses avoided and costs reduced. For instance, for every additional person who receives beta blockers after a heart attack, chances of suffering a second, perhaps fatal, heart attack are reduced by up to 40%.

NCQA consistently raises the bar. Accredited health plans today face a rigorous set of more than 60 standards and must report on their performance in more than 40 areas in order to earn NCQA's seal of approval. And even more stringent standards are being developed today. These standards will promote the adoption of strategies that we believe will improve care, enhance service and reduce costs, such as paying providers based on performance, leveraging the Web to give consumers more information, disease management and physician-level measurement.

Health plans in every state, the District of Columbia and Puerto Rico are NCQA Accredited. These plans cover 109 million Americans or 70.5 percent of all Americans enrolled in health plans.

You play a role in making NCQA successful. Whether you're a consumer, a legislator or an employer, the most valuable thing you can do is simply to use NCQA's information — and encourage others to use it too. Doing so sends a powerful message: quality matters.

If you're a provider or a health plan, we invite you to participate in our voluntary programs — doing so will help you achieve your potential and demonstrate to the world that you care about quality.

We would also appreciate your feedback. Tell us how we can serve you better. Comments are always welcome at customersupport@ncqa.org.

### Our Mission

To improve the quality of health care.

### Our Vision

To transform health care quality through measurement, transparency and accountability.

### Atul Gawande and NCQA



The noted surgeon and author's thoughts on NCQA and on ending fragmented care. His compelling acceptance speech when he received NCQA's highest award.

### Annual Report



**2013 Annual Report**



**NCQA achieves international certification for its Information Security Management System.**

| Programs | HEDIS & Performance Measurement | Report Cards | Public Policy | About NCQA | Publications & Products | Contact Us |
|---|---|---|---|---|---|---|
| Accreditation | | Education & Events | Sponsorship | Newsroom | | Site Map |
| Certification | HEDIS 2014 | | | | Careers | Terms of Use |
| Recognition | HEDIS 2013 | | | | | |
| Other Programs | HEDIS 2012 | | | | | |
| Contact Us | | | | | | |



Home | Contact Us | Stay Current | Careers                                    Search

| Programs | HEDIS & Quality Measurement | Report Cards | Public Policy | Publications & Products | Professional Development | Newsroom | Sponsorship & Events | About NCQA |

Education & Events

## Professional Development

### PCMH Content Expert Certification

*NCQA invites you to become a Patient Centered Medical Home Certified Content Expert*

The PCMH Content Expert Certification highlights your comprehensive knowledge of the requirements, the application process and the documentation of the NCQA PCMH Recognition Program. This prestigious and professional credential positions you as an expert in the field and aligns you with NCQA's mission to improve the quality of health care.

Learn More

- Seminars and Webinars
- Speakers Bureau
- Policies and Discounts

### Seminars

NCQA offers educational seminars to help organizations meet their quality goals.
Learn More

### Online Programs

NCQA offers free, on-line continuing education programs on current and relevant health care issues and quality improvement.
Learn More

### Corporate Training

NCQA Education provides standard and customized corporate training on a wide range of quality-related topics.
Learn More

### Speakers Bureau

NCQA's Speakers Bureau promotes NCQA's mission through dynamic and informative presentations.
Learn More

### Recognition Program Training

NCQA has developed a series of training programs on each Recognition Program to help you complete the application and the submission process.
Learn More

### CME Performance Improvement Activities

NCQA offers free, on-line CME Performance Improvement Activities based on existing HEDIS measures and quality improvement.
Learn More

### 2013 Policy Conference

8th Annual National Policy Conference: Forging Ahead on Health Reform
Learn More



### NCQA Health Quality Awards - April 2, 2014

The NCQA Health Quality Awards recognizes individuals who have demonstrated an ongoing commitment to improving the quality of health care. View this year's past honorees.

### Education Resources

▶ **New!** Effective May 1, 2014, NCQA will change the delivery format of some of its printed education materials to electronic format.

One week before a seminar or workshop, registered attendees will receive an e-mail with a link and instructions for accessing electronic presentation slides, handouts and reference materials. Materials can be printed in advance or downloaded onto a laptop, tablet or smartphone to view during the seminar or workshop.

*Remember to download your materials ahead of time!*

To find out more about our e-Material, read our FAQs.

Policies and Discounts
This includes the printable registration form; substitutions, transfers/credits and cancellation policies as well as other education policies and discount information.

Publications and Products
View all NCQA publications and products, including HEDIS manuals, Accreditation standards and NCQA newsletters.

Customer Support
Need Help? Have Questions? NCQA Customer Support is available Monday - Friday, 8:30 - 5:00 ET M-F: (888) 275-7585

### Seminars

NCQA offers educational seminars to help organizations meet their quality goals.
Learn More →

### Sponsor-Supported Customized Training

NCQA offers sponsored non-CME education programs through corporate and foundational grants and contracts. Audiences include health plans, medical groups, and employers (or purchasers). If you are interested in sponsoring topics such as HEDIS measurements, NCQA programs, clinical performance measures, accreditation, certification, or physician recognition programs, please contact Jennifer Dziekan, Director Corporate and Foundation Relations.

| Programs | HEDIS & Performance Measurement | Report Cards | Public Policy | About NCQA | Publications & Products | Contact Us |
|---|---|---|---|---|---|---|
| Accreditation | | Education & Events | Sponsorship | Newsroom | | Site Map |
| Certification | HEDIS 2014 | | | | Careers | Terms of Use |
| Recognition | HEDIS 2013 | | | | | |
| Other Programs | HEDIS 2012 | | | | | |

Contact Us



| Home | Contact Us | Stay Current | Careers | Search |

| Programs | HEDIS & Quality Measurement | Report Cards | Public Policy | Publications & Products | Professional Development | Newsroom | Sponsorship & Events | About NCQA |

HEDIS & Quality Measurement

# HEDIS & Performance Measurement

## Measuring Performance

- HEDIS Measures
- HEDIS and Quality Measure Improvement
- Certified Survey Vendors/Auditors/Software Vendors
- HEDIS Programs
- Research
- Reports
- Quality Measurement Products
- Performance Measurement
- Other Measurement Activities

The Healthcare Effectiveness Data and Information Set (HEDIS) is a tool used by more than 90 percent of America's health plans to measure performance on important dimensions of care and service. Altogether, HEDIS consists of 81 measures across 5 domains of care. Because so many plans collect HEDIS data, and because the measures are so specifically defined, HEDIS makes it possible to compare the performance of health plans on an "apples-to-apples" basis.

What is HEDIS?   How Measures are developed

## HEDIS Technical Resources

- HEDIS 2015
- HEDIS 2014
- HEDIS 2013
- HEDIS Archives
- Code Conversion and Supplemental Data for HEDIS 2014
- HEDIS Data Submission (HOQ and IDSS)
- HEDIS and ICD-10 Information
- HEDIS Users Group (HUG)
- Wellness and Health Promotion (WHP)
- Disease Management (DM)





## Other Measurement Activities

### NQF-Endorsed Measures

NQF-endorsed consensus standards for ambulatory care, representing an initial set of ambulatory care voluntary consensus standards, conducted under "Phase 2" of NQF's ambulatory care work.

List of Measures

Specifications

### Other Measurement Activities

Find out more regarding activities the Quality Measurement staff has been involved in, including submitting measures for NQF Endorsement and working with CMS on Physician Specialty measures. This section also includes information about the California Pay for Performance (P4P) program and the CHIPRA Core Set of Measures.

Pay for Performance

Other Measurement Activities

Relative Resource Use

CHIPRA Core Set Measures

ACO Measures Pilot Project

### HEDIS Programs

HEDIS Survey Vendor Certification

HEDIS Compliance Audit

Software Certification

### Reducing Health Care Disparities

NCQA recognizes innovation in multicultural health care annually. See how you can support this important effort to combat health care disparities.

Learn More

### RRU Customer Information

2012 RRU Data Architecture Redesign Memo

General Principles for RRU Data Architecture

### Atul Gawande and NCQA



The noted surgeon and author's thoughts on NCQA and quality measurement.

Exhibit 2 - Page 5

| Programs | HEDIS & Performance Measurement | Report Cards | Public Policy | About NCQA | Publications & Products | Contact Us |
| --- | --- | --- | --- | --- | --- | --- |
| Accreditation | | Education & Events | Sponsorship | Newsroom | | Site Map |
| Certification | HEDIS 2014 | | | | Careers | Terms of Use |
| Recognition | HEDIS 2013 | | | | | |
| Other Programs | HEDIS 2012 | | | | | |

Contact Us



Home | Contact Us | Stay Current | Careers     Search

| Programs | HEDIS & Quality Measurement | Report Cards | Public Policy | Publications & Products | Professional Development | Newsroom | Sponsorship & Events | About NCQA |

Programs

# Programs

Accreditation

Certification

Recognition

New Initiatives

Other Programs

The range of evaluative programs offered by NCQA is broad; we offer six accreditation programs, five certification programs and five physician recognition programs. These programs apply to organizations and individuals ranging from health plans including health maintenance organizations (HMOs) and preferred provider organizations (PPOs) to physician networks, medical groups, and even individual physicians. NCQA also offers programs designed for newer health plan options such as consumer-directed health plans. Information generated by these programs helps inform decisions and drive quality improvement.

## Accreditation

Accountable Care Organizations (ACO)

Health Plan Accreditation (HP)

Wellness & Health Promotion (WHP)

Case Management (CM)

Managed Behavioral Healthcare Organizations (MBHO)

New Health Plans (NHP)

Disease Management (DM)

Accreditation Users Group (AUG)

## Certification

Credentials Verification Organizations (CVO)

Disease Management (DM)

Health Information Products (HIP)

Utilization Management and Credentialing (UM/CR)

Physician and Hospital Quality (PHQ)

Wellness & Health Promotion (WHP)

## Distinction

Multicultural Health Care (MHC)

PCMH CAHPS Distinction

## Recognition

Back Pain Recognition Program (BPRP)

Diabetes Recognition Program (DRP)

Heart/Stroke Recognition Program (HSRP)

Physician Practice Connections (PPC)

Patient-Centered Medical Home (PCMH)

Patient-Centered Speciality Practice (PCSP)

Government Recognition Initiative

## Other



**ISS Sign-In**

Questions? Please contact NCQA Customer Support.

### NCQA Policy Support

**Frequently Asked Questions (FAQs)**

FAQs about Accreditation, Certification and HEDIS. Updated the 15th of every month.

**Policy Updates & Supporting Documents**

News about Accreditation, Certification and HEDIS measures.

**Policy Clarification Support (PCS)**

Can't find what you need in FAQs or Policy Updates? Submit your question here.

Special Needs Plans Structure & Process Measures

Special Needs Plans Model of Care Review Process



| Programs | HEDIS & Performance Measurement | Report Cards | Public Policy | About NCQA | Publications & Products | Contact Us |
|---|---|---|---|---|---|---|
| Accreditation | | Education & Events | Sponsorship | Newsroom | | Site Map |
| Certification | HEDIS 2014 | | | | Careers | Terms of Use |
| Recognition | HEDIS 2013 | | | | | |
| Other Programs | HEDIS 2012 | | | | | |

**Contact Us**