# EXHIBIT 6

Merchant and Gould Privilege Log

| No. | Description | Type of Privilege | Date | Author | Recipient |
|---|---|---|---|---|---|
| 1 | Handwritten transcription of voicemail from Brian Blackburn regarding patent application | Attorney Client Privilege and/or Work Product | 02/13/2006 | Tim Scull | |
| 2 | Handwritten notes regarding references | Attorney Client Privilege and/or Work Product | None | Tim Scull | |
| 3 | Transcipted voicemail from Allen Dodge regarding next steps for patent | Attorney Client Privilege and/or Work Product | 10/10/2005 | Tim Scull | |
| 4 | Handwritten notes regarding references | Attorney Client Privilege and/or Work Product | None | Tim Scull | |
| 5 | Letter regarding patentability search enclosing search results and invoice | Attorney Client Privilege and/or Work Product | 07/14/2005 | Charles Fallow | Tim Scull |
| 6 | Enclosed search results (marked up copies): U.S. Patent Publication No. 2004/0010423 U.S. Patent No. 6658431 U.S. Patent No. 6738754 U.S. Patent Publication No. 2004/0019579 U.S. Patent Publication No. 2002/0059201 U.S. Patent Publication No. 2004/0064440 U.S. Patent No. 6671714 U.S. Patent Publication No. 2001/0039547 U.S. Patent Publication No. 2002/0046041 U.S. Patent Publication No. 2003/0028406 U.S. Patent Publication No. 2004/0193447 U.S. Patent Publication No. 2005/0149507 U.S. Patent Publication No. 2005/0071189 U.S. Patent No. 6088677 | Attorney Client Privilege and/or Work Product | | | |
| 7 | Copy of letter regarding patentability search enclosing search results and invoice | Attorney Client Privilege and/or Work Product | 07/14/2005 | Charles Fallow | Tim Scull |

Merchant and Gould Privilege Log

| | | | | | |
|---|---|---|---|---|---|
| 8 | Meeting Notice | Attorney Client Privilege and/or Work Product | 02/20/2006 | John Neal | Tim Scull |
| 9 | Draft specification | Attorney Client Privilege and/or Work Product | None | | |
| 10 | Health Grades Presentation | Copy produced | 2005 | | |
| 11 | Handwritten notes regarding meeting with John Neal regarding invention disclosure and patent application | Attorney Client Privilege and/or Work Product | None | Tim Scull | |
| 12 | Printout of David Drucker MD page from Health Grades site | Copy produced | 06/04/2005 | | |
| 13 | Printout of David Drucker MD page from Health Grades site | Copy produced | 06/04/2005 | | |
| 14 | E-mail regarding follow up on meeting about next steps for patent application | Attorney Client Privilege and/or Work Product | 10/06/2005 | Tim Scull | Allen Dodge |
| 15 | Handwritten notes regarding Health Grades | Attorney Client Privilege and/or Work Product | None | Tim Scull | |
| 16 | E-mail regarding a patentability search (no references listed) | Attorney Client Privilege and/or Work Product | 07/09/2005 | Tim Scull | Charles Fallow; Thomas Dougherty |
| 17 | E-mail regarding a patentability search (no references listed) | Attorney Client Privilege and/or Work Product | 07/09/2005 | Tim Scull | Charles Fallow; Thomas Dougherty |
| 18 | E-mail regarding proposed search letter | Attorney Client Privilege and/or Work Product | 06/01/2005 | Thomas Dougherty | Tim Scull |
| 19 | E-mail regarding proposed search letter | Attorney Client Privilege and/or Work Product | 06/04/2005 | Tim Scull | Thomas Dougherty |
| 20 | E-mail regarding proposed search letter | Attorney Client Privilege and/or Work Product | 06/04/2005 | Thomas Dougherty | Tim Scull |

| # | Description | Privilege | Date | From | To |
|---|---|---|---|---|---|
| 21 | E-mail regarding proposed search letter | Attorney Client Privilege and/or Work Product | 06/05/2005 | Tim Scull | Thomas Dougherty |
| 22 | E-mail regarding proposed search letter | Attorney Client Privilege and/or Work Product | 06/17/2005 | Tim Scull | Thomas Dougherty |
| 23 | E-mail regarding proposed search letter | Attorney Client Privilege and/or Work Product | 06/17/2005 | Thomas Dougherty | Tim Scull |
| 24 | Draft letter regarding patentability search | Attorney Client Privilege and/or Work Product | 06/06/2005 | Tim Scull | Charles Fallow |
| 25 | E-mail regarding proposed search letter | Attorney Client Privilege and/or Work Product | 06/01/2005 | Thomas Dougherty | Tim Scull |
| 26 | E-mail regarding proposed search letter | Attorney Client Privilege and/or Work Product | 06/04/2005 | Tim Scull | Thomas Dougherty |
| 27 | E-mail regarding proposed search letter | Attorney Client Privilege and/or Work Product | 06/04/2005 | Thomas Dougherty | Tim Scull |
| 28 | E-mail regarding proposed search letter | Attorney Client Privilege and/or Work Product | 06/01/2005 | Thomas Dougherty | Tim Scull |
| 29 | Letter enclosing Original Letters Patent | Attorney Client Privilege and/or Work Product | 07/15/2010 | Tim Scull | Allen Dodge |
| 30 | Letter regarding issue fee transmittal | Attorney Client Privilege and/or Work Product | 06/07/2010 | Tim Scull | Brian Blackman |
| 31 | E-mail regarding issue fee payment | Attorney Client Privilege and/or Work Product | 05/20/2010 | Michelle Crosslin | Andrew Pouzeshi |

Merchant and Gould Privilege Log

| | | | | | |
|---|---|---|---|---|---|
| 32 | E-mail regarding issue fee payment | Attorney Client Privilege and/or Work Product | 05/20/2010 | Andrew Pouzeshi | Michelle Crosslin |
| 33 | E-mail regarding issue fee payment | Attorney Client Privilege and/or Work Product | 05/20/2010 | Michelle Crosslin | Andrew Pouzeshi; Tim Scull; Elizabeth Reagan |
| 34 | Letter regarding filing of supplemental amendment | Attorney Client Privilege and/or Work Product | 04/26/2010 | Tim Scull | Brian Blackman |
| 35 | Letter regarding filing of amendment and response | Attorney Client Privilege and/or Work Product | 04/16/2010 | Tim Scull | Brian Blackman |
| 36 | E-mail regarding preparation of IDS (no references listed) | Attorney Client Privilege and/or Work Product | 02/12/2010 | Elizabeth Reagan | Amanda Tomas; Tim Scull |
| 37 | E-mail regarding preparation of IDS (no references listed) | Attorney Client Privilege and/or Work Product | 02/12/2010 | Amanda Tomas | Elizabeth Reagan; Tim Scull |
| 38 | E-mail regarding preparation of IDS (no references listed) | Attorney Client Privilege and/or Work Product | 02/12/2010 | Elizabeth Reagan | Amanda Tomas |
| 39 | E-mail regarding preparation of IDS (no references listed) | Attorney Client Privilege and/or Work Product | 02/15/2010 | Amanda Tomas | Elizabeth Reagan |
| 40 | E-mail regarding preparation of IDS (no references listed) | Attorney Client Privilege and/or Work Product | 02/15/2010 | Amanda Tomas | Elizabeth Reagan |
| 41 | E-mail regarding preparation of IDS (no references listed) | Attorney Client Privilege and/or Work Product | 02/15/2010 | Elizabeth Reagan | Halina Wohl |
| 42 | Letter regarding non-final office action | Attorney Client Privilege and/or Work Product | 01/08/2010 | Elizabeth Reagan | Brian Blackman |

| | | | | | |
|---|---|---|---|---|---|
| 43 | E-mail regarding office action | Attorney Client Privilege and/or Work Product | 01/08/2010 | Elizabeth Reagan | Halina Wohl |
| 44 | E-mail regarding response to restriction requirement | Attorney Client Privilege and/or Work Product | 09/30/2009 | Halina Wohl | M&G Docketing |
| 45 | Letter regarding response to restriction requirement | Attorney Client Privilege and/or Work Product | 10/01/2009 | Elizabeth Reagan | Brian Blackman |
| 46 | Letter regarding filing receipt | Attorney Client Privilege and/or Work Product | 02/16/2007 | Elizabeth Reagan | Allen Dodge |
| 47 | Copy of letter regarding patentability search enclosing search results and invoice -  2004/0010423; 6658431; 6738754; 2004/0019579; 2002/0059201; 2004/0064440; 6671714; 2001/0039547; 2002/0046041; 2003/0028406; 2004/0193447; 2005/0149507; 2005/0071189; 6088677 | Attorney Client Privilege and/or Work Product | 07/14/2005 | Charles Fallow | Tim Scull |
| 48 | Letter regarding patentability search enclosing search results - 2004/0260666; 2006/0161456; 5517405; 5915240; 6029138; 6081786; 6108635; 6188988; 6269339; 6584445; 6697783 | Attorney Client Privilege and/or Work Product | 01/29/2007 | Charles Fallow | Elizabeth Reagan |
| 49 | E-mail regarding foreign filing decision | Attorney Client Privilege and/or Work Product | 02/05/2007 | Elizabeth Reagan | Allen Dodge; Tim Scull |
| 50 | E-mail regarding foreign filing decision | Attorney Client Privilege and/or Work Product | 02/06/2007 | Allen Dodge | Elizabeth Reagan; Tim Scull |
| 51 | E-mail regarding foreign filing decision | Attorney Client Privilege and/or Work Product | 02/06/2007 | Elizabeth Reagan | Karen Wilwerding |
| 52 | Letter regarding assignment, declaration and power of attorney documents | Attorney Client Privilege and/or Work Product | 10/08/2006 | Brian Blackman | Elizabeth Reagan |

Merchant and Gould Privilege Log

| | | | | | |
|---|---|---|---|---|---|
| 53 | Letter regarding the serial number for the filed application | Attorney Client Privilege and/or Work Product | 10/13/2006 | Elizabeth Reagan | Brian Blackman |
| 54 | Letter regarding filing of utility application | Attorney Client Privilege and/or Work Product | 09/07/2006 | Tim Scull | Allen Dodge |
| 55 | Letter regarding filing of supplemental IDS' | Attorney Client Privilege and/or Work Product | 12/16/2011 | Andrew Pouzeshi | Brian Blackman |
| 56 | Letter regarding filing of IDS | Attorney Client Privilege and/or Work Product | 04/25/2011 | Tim Scull | Brian Blackman |
| 57 | Letter regarding filing of continuation application | Attorney Client Privilege and/or Work Product | 07/08/2010 | Tim Scull | Brian Blackman |
| 58 | Letter regarding filing of supplemental IDS' | Attorney Client Privilege and/or Work Product | 12/16/2011 | Andrew Pouzeshi | Brian Blackman |
| 59 | Letter regarding filing of IDS | Attorney Client Privilege and/or Work Product | 04/25/2011 | Tim Scull | Brian Blackman |
| 60 | Letter regarding filing of continuation applications | Attorney Client Privilege and/or Work Product | 02/24/2011 | Tim Scull | Brian Blackman |
| 61 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 04/14/2006 | Elizabeth Reagan | Tim Scull; Brian Blackman; Allen Dodge |
| 62 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 05/12/2006 | Elizabeth Reagan | Brian Blackman; Tim Scull |
| 63 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 05/15/2006 | Brian Blackman | Elizabeth Reagan; Tim Scull; Allen Dodge; John Neal |

Merchant and Gould Privilege Log

| # | Description | Privilege | Date | From | To |
|---|---|---|---|---|---|
| 64 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 06/15/2006 | Elizabeth Reagan | Brian Blackman; Tim Scull; Allen Dodge |
| 65 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 06/16/2006 | Elizabeth Reagan | Brian Blackman; John Phillips; Tim Scull |
| 66 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 07/10/2006 | Elizabeth Reagan | Brian Blackman |
| 67 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 07/28/2006 | Brian Blackman | Elizabeth Reagan; Allen Dodge; Tim Scull |
| 68 | E-mail regarding names and addresses of the inventors | Attorney Client Privilege and/or Work Product | 08/01/2006 | Elizabeth Reagan | Brian Blackman; Tim Scull; John Phillips |
| 69 | E-mail regarding names and addresses of the inventors | Attorney Client Privilege and/or Work Product | 08/04/2006 | Elizabeth Reagan | Brian Blackman |
| 70 | E-mail regarding names and addresses of the inventors | Attorney Client Privilege and/or Work Product | 08/07/2006 | Brian Blackman | Elizabeth Reagan; Allen Dodge |
| 71 | E-mail regarding agreements with inventors | Attorney Client Privilege and/or Work Product | 08/14/2006 | Brian Blackman | Elizabeth Reagan |
| 72 | E-mail regarding agreements with inventors | Attorney Client Privilege and/or Work Product | 08/14/2006 | Brian Blackman | Elizabeth Reagan |
| 73 | Executed Invention and Non-Disclosure Agreement | Copy produced | None | HealthGrades.com | David G. Hicks |
| 74 | Executed Invention and Non-Disclosure Agreement | Copy produced | None | HealthGrades.com | Scott Montroy |
| 75 | Executed Consulting Agreement | Copy produced | 01/01/2005 | Health Grades, Inc. | Cronarad Ventures LLC (John Neal) |

Merchant and Gould Privilege Log

| | | | | | |
|---|---|---|---|---|---|
| 76 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 04/14/2006 | Elizabeth Reagan | Tim Scull; Brian Blackman; Allen Dodge |
| 77 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 05/12/2006 | Elizabeth Reagan | Brian Blackman; Tim Scull |
| 78 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 05/15/2006 | Brian Blackman | Elizabeth Reagan; Tim Scull; Allen Dodge; John Neal |
| 79 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 06/15/2006 | Elizabeth Reagan | Brian Blackman; Tim Scull; Allen Dodge |
| 80 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 06/16/2006 | Elizabeth Reagan | Brian Blackman; John Phillips; Tim Scull |
| 81 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 07/10/2006 | Elizabeth Reagan | Brian Blackman |
| 82 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 07/28/2006 | Brian Blackman | Elizabeth Reagan; Allen Dodge; Tim Scull |
| 83 | E-mail regarding names and addresses of the inventors | Attorney Client Privilege and/or Work Product | 08/01/2006 | Elizabeth Reagan | Brian Blackman; Tim Scull; John Phillips |
| 84 | E-mail regarding names and addresses of the inventors | Attorney Client Privilege and/or Work Product | 08/04/2006 | Elizabeth Reagan | Brian Blackman |
| 85 | E-mail regarding names and addresses of the inventors | Attorney Client Privilege and/or Work Product | 08/07/2006 | Brian Blackman | Elizabeth Reagan; Allen Dodge |
| 86 | E-mail regarding agreements with inventors | Attorney Client Privilege and/or Work Product | 08/14/2006 | Brian Blackman | Elizabeth Reagan |
| 87 | Executed Invention and Non-Disclosure Agreement | Copy produced | None | HealthGrades.com | David G. Hicks |

Merchant and Gould Privilege Log

| | | | | | |
|---|---|---|---|---|---|
| 88 | Executed Invention and Non-Disclosure Agreement | Copy produced | None | HealthGrades.com | Scott Montroy |
| 89 | Executed Consulting Agreement | Copy produced | 01/01/2005 | Health Grades, Inc. | Cronarad Ventures LLC (John Neal) |
| 90 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 04/14/2006 | Elizabeth Reagan | Tim Scull; Brian Blackman; Allen Dodge |
| 91 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 05/12/2006 | Elizabeth Reagan | Brian Blackman; Tim Scull |
| 92 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 05/15/2006 | Brian Blackman | Elizabeth Reagan; Tim Scull; Allen Dodge; John Neal |
| 93 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 06/15/2006 | Elizabeth Reagan | Brian Blackman; Tim Scull; Allen Dodge |
| 94 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 06/16/2006 | Elizabeth Reagan | Brian Blackman; John Phillips; Tim Scull |
| 95 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 07/10/2006 | Elizabeth Reagan | Brian Blackman |
| 96 | E-mail regarding review of draft patent application | Attorney Client Privilege and/or Work Product | 07/28/2006 | Brian Blackman | Elizabeth Reagan; Allen Dodge; Tim Scull |
| 97 | E-mail regarding names and addresses of the inventors | Attorney Client Privilege and/or Work Product | 08/01/2006 | Elizabeth Reagan | Brian Blackman; Tim Scull; John Phillips |
| 98 | E-mail regarding names and addresses of the inventors | Attorney Client Privilege and/or Work Product | 08/04/2006 | Elizabeth Reagan | Brian Blackman |
| 99 | E-mail regarding names and addresses of the inventors | Attorney Client Privilege and/or Work Product | 08/07/2006 | Brian Blackman | Elizabeth Reagan; Allen Dodge |

Merchant and Gould Privilege Log

| | | | | | |
|---|---|---|---|---|---|
| 100 | Executed Invention and Non-Disclosure Agreement | Copy produced | None | HealthGrades.com | David G. Hicks |
| 101 | Executed Invention and Non-Disclosure Agreement | Copy produced | None | HealthGrades.com | Scott Montroy |
| 102 | Executed Consulting Agreement | Copy produced | 01/01/2005 | Health Grades, Inc. | Cronarad Ventures LLC (John Neal) |
| 103 | E-mail regarding copies of reports for patent application | Attorney Client Privilege and/or Work Product | 03/21/2006 | Elizabeth Reagan | Brian Blackman; Tim Scull |
| 104 | E-mail regarding copies of reports for patent application (included two links to reports:  (1) http://www.healthgrades.com/consumer/index.cfm?fuseaction=modnw&modtype=content&modact=SHOP_Physician_Report_Example; and (2) http://www.healthgrades.com/consumer/index.cfm?fuseaction=modnw&modtype=content&modact=SHOP_PhysQualComp_Example) -- copies of reports from links are produced | Attorney Client Privilege and/or Work Product (copies of reports from link produced) | 03/27/2006 | Brian Blackman | Elizabeth Reagan; Tim Scull; Allen Dodge |