# EXHIBIT 9



**From:** Scott Montroy
**Sent:** Wednesday, June 23, 2004 5:58 PM
**To:** Sarah Loughran; Janet Burkhard
**Cc:** Dave Hicks
**Subject:** Physician Screen

Dave asked that I send you an image of the concept screen that communicates the idea for the "ultimate" physician profile page.

HIGHLY CONFIDENTIAL

07/20/2011

HG1076




# Donald Roger Lehmann, MD
Specializing in Family Practice and Internal Medicine

Report sponsored by AstraZeneca

## Introduction

**Patient/Medical Philosophy**
I believe that all patients deserve to be heard and cared for regardless of ability to pay. My dedication to the health industry and commitment to excellence is what you can know you will be receive under my care.

**Personal Facts**
- Male
- Age: 39
- Languages: English, Spanish, French.
- Place of birth: Denver, Colorado
- Years in profession: 9

**Awards and Honor**
2003 Best Survival Rate for Medicare

**Professional Affiliations/Memberships:**
Institute for Family Medicine

**Appointments:**
Chief Medical Officer of the Practice:

**Published::**
"Family attitudes towards health"
 ~ NY Medical Journal, 1990

**Media Appearances:**
4/23/04 9News Health at 5:00pm
4/23/04 KBCO - re: Blood pressure risks.

**Committees:**
Improving Health in the USA

**Special Projects**
Researching Cardiac Failure for 2002

Contact this doctor:
- Email
- Phone
- Website

## Experience/Training

Primary Specialty: Family Practice - Certified by the American Board of Family Practice.
Other specialties: Internal Medicine - *(not board certified)*

Area of expertise:
- Appendicitis
- Digestive Disorders

Treatments:
- Appendix Removals

**Medical School:**
UCLA Medical School
Los Angeles, CA
Rated Top 100 by U.S.News

**Internship:**
Lakewood Community Hospital
Denver, Co 1997-1999

**Residency:**
Denver General
Denver, Co 1997-1999

**Fellowship:**
Information not available.

Other Certification:
Devry School of Manual Procedures, 1967.

Participates in clinical trails
Zurtec on Infants study.

### Patient Experience
1(Poor) <----------> 10(Excellent)

Likelihood to recommend this physician to family/friends:
- This Doctor: 9.2
- National Average: 6.1




4 out of 5 patients are likely to recommend this doctor.

More!



See ALL the details on how patients rated this physician



**Alert Service for Donald R. Lehmann, MD.**
(Learn more)

Please notify me on:
- ☐ Professional Misconduct
- ☐ Changes to Access
- ☐ Any changes

Subscribe

## Performance

Procedures qualified to perform:
- Appendicitis: Perform approximately 130 a year.
- Ear tubes: Perform approximately 10 a year.

| | Avg. time to get a new patient appointment | Avg. time to get a scheduled appointment | Avg waiting room time past appointment time. |
|---|---|---|---|
| This Doctor | 13 days | 6 days | 6 minutes |
| National Average | 11 days | 2 days | 10 minutes |

Average number of patients seen in a day:
- This Doctor: 67
- National Average: 39



Provides access to a nurse for your patients: Yes
Use computerized systems to improve patient experience: No

**Professional Misconduct:**
Donald Roger Lehmann, MD is free and clear from any Federal or State sanctions.

Physicians that call is shared with:
Dr. Jones Wendell, Orthopedics
**Please note this doctor does not accept every health plan that Donald Roger Lehmann accepts. **

Provides access to a nurse for your patients: Yes

## Patient Experiences    See survey for complete details

| Ease of Access | Communication | Actual Care Provided |
|---|---|---|
| 8.4 / 3.9 | 8.5 / 6.2 | 9.5 / 8.7 |




HIGHLY CONFIDENTIAL

07/20/2011

HG1077