# EXHIBIT :

```
                                                                    1
 1   Volume I                                   Pages 1 - 292
 2                                              Exhibits 64 - 71
 3              UNITED STATES DISTRICT COURT
 4                 DISTRICT OF COLORADO
 5                 Civil Action No. 11-CV-00520-PAB-BNB
 6   ****************************************
 7   HEALTH GRADES, INC.,                      *
 8       Plaintiff,                            *
 9   Vs.                                       *
10   MDX MEDICAL, INC., d/b/a VITALS.COM,      *
11       Defendant.                            *
12   ****************************************
13
14             DEPOSITION of PHILIP G. GREENSPUN
15             Friday, September 28, 2012 at 8:30 a.m.
16             Courtyard by Marriott
17             700 Unicorn Park Drive
18             Woburn, Massachusetts
19
20      ------ Jacqueline P. Shields, RPR, CSR ------
21
22
23
24        Job No. NJ1339308
```

67

1   enough to say that he's provided the information on
2   all the fields that he could edit, right?
3        A.   Yes, I believe so.
4        Q.   And if you can turn to Interrogatory 2,
5   please.
6        A.   You mean this, Exhibit 65?
7        Q.   Yes, please.  I'm sorry.
8        A.   Okay.
9        Q.   And were you referring to that paragraph
10  that had the percentages?
11       A.   Yes.
12       Q.   So the highest percentage there is
13  3.22 percent, right?
14       A.   Yes.
15       Q.   So even under your theory, Doctor, the
16  most, the highest percentage of healthcare providers
17  that could have gotten on the MDX website and
18  provided three or more of the data elements would be
19  3.22 percent, right?
20       A.   No, I don't think that's correct.
21       Q.   Why not?
22       A.   Well, under my interpretation of this claim
23  element --
24       Q.   I understand.

```
                                                                    68
 1              MR. KOSTOLANSKY:  Allow him to answer.
 2         Q.   I think you're right.
 3         A.   I did use to teach probability theory at
 4    MIT.  My understanding of the claim element, if they
 5    edit, if they just take a careful look at the
 6    profile and do nothing, in that sense that's
 7    verification.  But they take some action and submit
 8    the form back, if we could know that they only
 9    edited one thing at a time, then we have to sum
10    these sums, and that would sum up to something close
11    to 10 percent of the physicians.
12         Q.   That's assuming there is no overlap?
13         A.   Correct.  And of course those are, I
14    believe, the percentages of all physicians.  So, you
15    know, the database presumably has some doctors in it
16    who are not computer users or don't like the
17    Internet or never registered with the site, so.
18         Q.   You mentioned something in one of your
19    responses just now, Doctor, that even if they don't
20    change any information but look at it, that's enough
21    to say that they meet this claim element that they
22    have provided at least three of the data elements?
23         A.   Well, I don't think it's practical, you
24    know, unless you have a camera in their living room
```