# EXHIBIT 3

Attorneys' Eyes Only

1        CONFIDENTIAL - ATTORNEYS EYES ONLY

2      IN THE UNITED STATES DISTRICT COURT

3       FOR THE DISTRICT OF COLORADO

4  Case No. 11-CV-00520-PAB-BNB

5  ————————————————————————————————

6  30(b)(6) DEPOSITION OF HEALTH GRADES, INC.,

7  Representative John Neal

8  and

9  DEPOSITION OF JOHN NEAL

10  June 13, 2012

11  ————————————————————————————————

12

  HEALTH GRADES, INC.,

13

    Plaintiff,

14

  v.

15

  MDX MEDICAL, INC. d/b/a VITALS.COM,

16

  Defendant.

17  ————————————————————————————————

18

19

20

21

22

23

24

25   Job No. NJ399592

Attorneys' Eyes Only

Page 131

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     but I see here that it says "did."

3          Q     (BY MR. STIMPSON)  Let me just ask you,

4     Mr. Neal, do you have a recollection of discussing

5     Physician Quality Comparison Reports from 2004 or

6     2005 with your patent prosecution counsel?

7          A     I do not recall that specific

8     conversation.

9          Q     Now, we were talking about why you didn't

10    disclose these Physician Quality Comparison Reports

11    to the Patent and Trademark Office.  Let me back up

12    just a bit.

13              You understood you had a duty of candor to

14    the Patent and Trademark Office?

15         A     I understand the requirements in signing

16    the patent filing.

17         Q     And one of them was that you were to

18    disclose any relevant prior art to the Patent and

19    Trademark Office?

20              MR. VAZQUEZ:   Form.

21         A     I am aware of that.

22         Q     (BY MR. STIMPSON)  Yeah, you are aware now

23    but you were also aware then, right?

24         A     Yeah, which is exactly what we did.

25         Q     So let's talk about why this Physician

Attorneys' Eyes Only

Page 259

```
 1              CONFIDENTIAL - ATTORNEYS EYES ONLY
 2     Mr. David Hicks, and Mr. Montroy.
 3         Q      And who are the people who tested it?
 4         A      There were a number of developers involved
 5     in writing the script.  So doing the programming --
 6     it depends on your definition of testing.  What is
 7     your definition of testing?
 8         Q      What is your definition of testing?
 9         A      It was all the people that touched it and
10     worked on the development to get the report in place.
11         Q      Okay.  With that definition, who are the
12     people who tested the Health Grades Physician
13     Research Comparison Report?
14         A      It would have been the inventors, along
15     with technology and product resources.
16         Q      How about the Physician Quality Report,
17     would your answers be the same for the people who
18     developed and tested?
19         A      They would.
20         Q      And the same for Physician Quality Guide?
21         A      I still do not recall Physician Quality
22     Guide.  It doesn't surprise me that it existed, but
23     that name doesn't ring a bell with me.
24         Q      On the third topic it says, Identification
25     of all other prior art known to Health Grades,
```

Page 260

1          CONFIDENTIAL - ATTORNEYS EYES ONLY

2     including but not limited to Health Grades' products

3     and services sold and/or known to the public before

4     August 29, 2006, and not disclosed to the Patent and

5     Trademark Office.

6              Can you identify all the other prior art

7     for me, please, Mr. Neal?

8              MR. VAZQUEZ:   Form.

9        A     So you're asking me to identify all prior

10    art that was not disclosed?

11       Q     (BY MR. STIMPSON)   That was known to

12    Health Grades, including, but not limited to, Health

13    Grades' products and services that were sold and/or

14    known to the public before August 29, 2006.

15       A     As discussed earlier, there was not prior

16    art in our eyes.  What we were patenting was novel.

17    It was innovative.  It was new.  That was the intent

18    behind the patent.  There wasn't a prior art.

19       Q     What do you understand prior art to mean?

20       A     Something that existed -- again, layman's

21    interpretation, something that existed in form and

22    function that resembled what it is that is being

23    patented.

24       Q     So in your view, there was nothing like

25    that prior to August 29, 2006, right?

Attorneys' Eyes Only

1            CONFIDENTIAL - ATTORNEYS EYES ONLY

2       A      That is correct.

3       Q      Okay.

4            MR. STIMPSON:  So Mr. Dodge is going to

5       testify on 1, except the stuff that's in the

6       parenthetical?

7            MR. VAZQUEZ:  Yes.  That's what the

8       February 9 e-mail says.

9            MR. STIMPSON:  Yeah, okay.

10       Q      (BY MR. STIMPSON)  Actually, though, we've

11       got to go back to this topic number 3.  Topic number

12       3 says, Identify the prior art, including, but not

13       limited to, Health Grades products and services sold

14       and/or known to the public before August 29, 2006.

15            Can you identify the Health Grades

16       products and services that were sold and known to the

17       public before August 29, 2006?

18            MR. VAZQUEZ:  Form.

19       A      We've gone through products and services

20       that were in the public market, but they weren't

21       prior art.

22       Q      (BY MR. STIMPSON)  Okay.  But I'm just

23       asking you whether or not you can identify for us

24       here today the Health Grades' products and services

25       that were sold or known to the public before