**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE
TO SUPPLEMENT ITS THIRD MOTION FOR LEAVE TO AMEND
INVALIDITY CONTENTIONS (DKT. NO. 814)**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, and in further support of its third motion for leave to amend invalidity contentions ("Motion"; Dkt. No. 814), respectfully moves the Court for leave to submit the attached proposed Exhibit M (highlighting added).

In accordance with D.C.COLO.LCivR 7.1(a), MDx's counsel conferred with counsel for Health Grades and Health Grades' counsel stated that Health Grades does not oppose the relief requested herein.

1

WHEREFORE, MDx seeks leave to submit the attached Exhibit M in support of its Motion, and for such further relief this Court deems just and proper.

Dated:  August 14, 2014                             Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                                   Terence Ridley, Atty. No. 15212
Trent S. Dickey                                     Wheeler Trigg O'Donnell LLP
David C. Lee                                        370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                  Denver, Colorado 80202
Sills Cummis & Gross P.C.                           Tel:  (303) 244-1800
30 Rockefeller Plaza                                Fax:   (303) 244-1879
New York, New York 10112                            E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                                 *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com                   MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS THIRD MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS (DKT. NO. 814)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                 _s:/Vincent M. Ferraro_