IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 818, 818-1, 818-4 AND 818-6**

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to document numbers 818, 818-1, 818-4 and 818-6, which were filed by Health Grades, Inc. ("Health Grades") (hereinafter the "Motion to Restrict"). Dkt. No. 818 is Health Grades' Motion To Compel And For Additional Sanctions For MDx's Failure To Comply With Court-Ordered Discovery ("HG's Motion"). Dkt. Nos. 818-1, 818-4 and 818-6 are exhibits to HG's Motion.

Regarding document numbers 818, 818-1, 818-4 and 818-6, MDx is submitting proposed, redacted versions of the documents, from which the MDx highly confidential information has been redacted, in exactly the same or similar fashion as previously accepted by the Court, to be used for public access. Therefore, in light of the arguments herein, MDx respectfully requests that access to the unredacted versions of document numbers 818, 818-1, 818-4 and 818-6 remain

1

restricted at Restricted Level 1, and the proposed redacted documents attached hereto be used as replacements for document numbers 818, 818-1, 818-4 and 818-6 for public access.

Pursuant to *D.C.COLO.LCivR* 7.1(a), MDx's counsel conferred with counsel for Health Grades on August 20, 2014 regarding this Motion to Restrict, and Health Grades has indicated that it takes no position with respect to this Motion to Restrict.

**Discussion**

MDx respectfully requests very limited confidentiality restrictions for document numbers 818, 818-1, 818-4 and 818-6, to redact references in these documents to specific, competitively sensitive, highly confidential and proprietary information regarding MDx's accused website, vitals.com, usage metrics, percentages, internal data and statistics, and internal website operations and data license information in the identical or similar manner that this Court has previously restricted the same or similar highly confidential information in documents previously filed in this action.

MDx respectfully requests continued restricted access to Dkt. Nos. 818, 818-1, 818-4 and 818-6 as follows below.

**Dkt. Nos. 818-2, 818-3, 818-5 and 818-7** – MDx is not requesting continued restricted access for these documents, and, therefore, restricted access to these documents shall no longer be necessary.

**Dkt. No. 818** – HG's Motion, filed as Dkt. No. 818, contains MDx's highly confidential, proprietary information regarding vitals.com usage metrics and internal data and statistics. This type of information is competitively sensitive and it represents trade secrets that MDx does not make public. *See* Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶¶ 4-5.

If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising.  *Id.*  The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, 466, 551, 578, 648, 768, 773 and 798) to redact the same or similar information from public access.  *See e.g.*, Court's Orders, Dkt. Nos. 483, 508, 557, 586, 690, 776 and 801.  MDx submits a redacted version of Dkt. No. 818 with the exact same or similar redactions that it previously submitted and the Court has previously approved, attached hereto as Exhibit A.  MDx, therefore, respectfully requests that access to Dkt. No. 818 be similarly restricted.

**Dkt. No. 818-1** - MDx's Third Supplemental Interrogatory Response to Health Grades' Interrogatory No. 2, which contains MDx's non-infringement positions and explanations.  This response contains highly confidential, proprietary information regarding vitals.com usage metrics, percentages, internal data and statistics, and internal website operations.  This is competitively sensitive information that MDx does not make public, and represents trade secrets.  *See* Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶¶ 4-5.  If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising.  *Id.*  The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, 466, 551, 578, 648, and 768) to redact the same or similar highly confidential information from MDx's previous response to Health Grades' Interrogatory No. 2 from public access.  *See e.g.*, Court's Orders, Dkt. Nos. 483, 508, 557, 586, 690 and 776.  MDx submits a redacted version of Dkt. No.

3

818-1 with the same or similar redactions that it previously submitted and the Court has previously approved, attached hereto as Exhibit B. MDx, therefore, respectfully requests that access to Dkt. No. 818-1 be similarly restricted.

**Dkt. No. 818-4** – E-mail correspondence between counsel for MDx and Health Grades in May and June of 2014, containing the identity of one of MDx's data licensees, which MDx considers to be highly confidential information. Similar highly confidential information has been the subject of prior MDx motions to restrict (*see, e.g.*, Dkt. Nos. 459 and 698), both of which were granted by the Court. *See, e.g.,* Dkt. Nos. 483 and 776. The identity of this MDx data licensee is competitively sensitive and is not made public by MDx, which is a private company. Declaration of Bryan Perler, dated August 20, 2014, attached hereto as Exhibit 1, at ¶¶ 4-5. Disclosure to the public and MDx's competitors of such information would allow such information to be unfairly used by competitors against MDx and cause MDx damage. *Id.*, at ¶ 6. MDx submits a redacted version of Dkt. No. 818-4 with similar redactions that it previously submitted and the Court has previously approved, attached hereto as Exhibit C. MDx, therefore, respectfully requests that access to Dkt. No. 818-4 be similarly restricted.

**Dkt. No. 818-6** – Health Grades' Request For Admission, that was served July 18, 2014, which contains a portion of an excel spreadsheet containing MDx's highly confidential, proprietary information regarding vitals.com usage metrics, percentages, internal data and statistics, and internal website operations. The spreadsheet contains information and data that is competitively sensitive to MDx that MDx does not make public. *See, e.g.,* Declaration of Erika Boyer, dated Oct. 10, 2012, Dkt. No. 322-1, at ¶ 8. If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its

4

data, products and services, that would cause damage to MDx in its efforts to distinguish its products from its competitors, and secure business partners, data licensing agreements and possibly advertising.  *Id.*  The Court has previously granted MDx's request (*see e.g.,* Dkt. No. 798) to keep the same data restricted from public access.  *See e.g.,* Court's Order, Dkt. No. 801. MDx submits a redacted version of Dkt. No. 818-6 with the same redactions that it previously submitted and the Court has previously approved, attached hereto as Exhibit D.  MDx, therefore, respectfully requests that access to Dkt. No. 818-6 be similarly restricted.

MDx is requesting that the Court grant similar relief that it has previously granted regarding protecting from public disclosure highly confidential internal data and statistics regarding its website, vitals.com, and the identity of one of its data licensees by proposing very limited redactions of just this information from Dkt. Nos. 818, 818-1, 818-4 and 818-6.

**Conclusion**

For the foregoing reasons, MDx respectfully requests that the Court grant this motion for continued restrictions on access to Document Nos. 818, 818-1, 818-4 and 818-6, at a Level 1 restriction, and to use the attached, redacted exhibits as public access versions for Document Nos. 818, 818-1, 818-4 and 818-6.

Dated:  August 20, 2014                                          Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                                                Terence Ridley, Atty. No. 15212
Trent S. Dickey                                                  Wheeler Trigg O'Donnell LLP
David C. Lee                                                     370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                               Denver, Colorado 80202
Sills Cummis & Gross P.C.                                        Tel:  (303) 244-1800
30 Rockefeller Plaza                                             Fax:   (303) 244-1879
New York, New York 10112                                         E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                                              *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com                                MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

6

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 818, 818-1, 818-4 AND 818-6** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

            *s:/Vincent M. Ferraro*

7