# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

     Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

     Defendant.

---

## DECLARATION OF BRYAN PERLER

---

BRYAN PERLER, being of full age, hereby declares and states as follows:

1.     I make this declaration in support of Defendant MDx Medical, Inc.'s Motion For Leave To Restrict Access To Documents – Document Nos. 818, 818-1, 818-4 and 818-6.  Unless otherwise noted, the statements made herein are based on my personal knowledge.

2.     I am the Chief Financial Officer of MDx Medical, Inc. ("MDx").  MDx is a private company, based in Lyndhurst, New Jersey.

3.     MDx is a leading provider of technology that enables users to search for and obtain information on healthcare providers.  This information includes, among other things, the names of doctors, their education, specialties, hospital affiliations and the insurance that they accept.  Users can access this information at MDx's website, www.vitals.com (the "MDx Website").  Since January 2008, MDx has owned and operated the MDx Website.

4.      Regarding MDx's licensing agreements with its business partners, MDx generally does not disclose the identities of its licensees or the specific terms of its agreements or other information about the business relationship to such persons or entities outside of MDx, and has not disclosed the identity of the specific licensee indicated in Dkt. No. 818-4 to anyone outside of MDx.

5.      As a small, privately held company, MDx's normal procedures are to limit the disclosure of business relationship information, such as the identity of its data licensees, within the company to only those management and operational employees with a need to know.

6.      There are several competitors to MDx, one of which is Health Grades, and the companies compete for business.  Disclosure of the identities of MDx's confidential licensees, including in particular the identity of the specific licensee indicated in Dkt. No. 818-4, would unfairly provide such competitors with a significant advantage against MDx and knowledge of MDx's confidential business, and thereby potentially severely damage MDx's business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2014

_____
BRYAN PERLER