# EXHIBIT D

## (Redacted version of Dkt. # 818-6)

Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL AND FOR ADDITIONAL
SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY
WITH COURT-ORDERED DISCOVERY**

---

# Exhibit H

**July 18, 2014 email from Health Grades counsel to MDx counsel with attached requests for
admission**

## Massaro, Adam

| | |
|---|---|
| **From:** | Massaro, Adam |
| **Sent:** | Friday, July 18, 2014 4:33 PM |
| **To:** | 'Scott D. Stimpson (sstimpson@sillscummis.com)'; 'Trent Dickey (TDICKEY@sillscummis.com)'; 'David C. Lee (dlee@sillscummis.com)'; 'Vincent M. Ferraro (vferraro@sillscummis.com)' |
| **Cc:** | Kostolansky, Kris J.; Kanan, Greg; 'Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com)'; Goodlette, Tami; Siegal, Kyle |
| **Subject:** | HG/MDx: Follow-up to 7-17 Call |
| **Attachments:** | Request_For_Admission 7-18-14.DOCX; Exhibit A (Highly Confidential Attorneys Eyes Only).pdf; Exhibit B.pdf; Exhibit C.pdf |

Scott,

Please see the attached copy of the request for admission that we discussed during our conferral call yesterday.   We can discuss further during our call on Tuesday.

Thanks.



**Adam Massaro, Associate**
**Lewis Roca Rothgerber LLP |**
**1200 17th St Suite 3000 | Denver, CO 80202-5855**
**(T) 303.628.9513 | (F) 303.623.9222**
AMassaro@lrrlaw.com **|** www.LRRLaw.com

 **Rothgerber Johnson & Lyons LLP is now Lewis Roca Rothgerber LLP.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

## HEALTH GRADES' REQUEST FOR ADMISSION

---

As used in the following requests for admission, "Dr. Bharam" means Dr. Srino Bharam, MD, whose "Vitals Internal Master ID" is 1104828805 as identified in MDx0143118.

A copy of Dr. Bharam's record from MDx0143118 is attached hereto as Exhibit A.

A copy of Dr. Bharam's record from the state medical board of New York is attached hereto as Exhibit B.

A copy of Dr. Bharam's profile, viewed on July 8, 2014, is attached hereto as Exhibit C.

1.      Admit that Dr. Bharam is a first healthcare provider as this term is used in the claims of the '060 patent.

2.      Admit that MDx has received a request for information regarding Dr. Bharam.

3.      Admit that MDx has received the following types of healthcare provider-verified information from Dr. Bharam through direct portal edits: awards/honors, languages, and professional appointments.

4.      Admit that Dr. Bharam verified the following types of information that he provided to MDx: awards/honors, languages, and professional appointments.

5.      Admit that MDx has accessed the following types of healthcare provider-verified information that it received from Dr. Bharam: awards/honors, languages, and professional appointments.

6.      Admit that MDx has compiled patient-provided information regarding Dr. Bharam, wherein the patient-provided information comprised patient ratings from one or more past or current patients of Dr. Bharam, and wherein the patient ratings were received from an on-line patient experience survey completed on www.vitals.com by the one or more past or current patients of Dr. Bharam.

7.      Admit that MDx has compiled the following information regarding Dr. Bharam that MDx received from independent third-party sources: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information.

8.      Admit that MDx has compiled information regarding Dr. Bharam's licensure from the state medical board of New York.

9.      Admit that MDx has compiled information regarding Dr. Bharam's medical school from the state medical board of New York.

10.      Admit that MDx has compiled information regarding Dr. Bharam's residency from the state medical board of New York.

11.      Admit that MDx has compiled information regarding Dr. Bharam's fellowship from the state medical board of New York.

12.      Admit that the state medical board of New York provides online "verification searches" and "considers this information to be a secure, primary source for license verification." See Exhibit B at p. 7.

13.      Admit that the state medical board of New York "make[s] every effort to ensure the accuracy of the information contained on this database, and the database is updated as new licensing information is received." See Exhibit B at p. 8.

14.      Admit that MDx compiled information regarding Dr. Bharam's board certification from the American Board of Medical Specialties ("ABMS").

15.      Admit that MDx has created a healthcare provider report on Dr. Bharam that included comparison ratings of healthcare providers in the form of sponsored listings with star ratings that were displayed on the right hand side of Dr. Bhamam's report.

16.    Admit that MDx provided access to the healthcare provider report of Dr. Bharam referenced in Request No. 15 over a computer network.

17.    Admit that the healthcare provider report of Dr. Bharam referenced in Request No. 15 was viewed on the Internet at least 49 times from November 11, 2013 to December 11, 2013.

18.    Admit that MDx created the healthcare provider report of Dr. Bharam referenced in Request No. 15 using the healthcare provider-verified information it received from Dr. Bharam, namely awards/honors, languages, and professional appointments.

19.    Admit that MDx created the healthcare provider report of Dr. Bharam referenced in Request No. 15 using the patient-provided information MDx compiled that is described in Request No. 6).

20.    Admit that MDx created the healthcare provider report of Dr. Bharam referenced in Request No. 15 using the medical school information it received from third parties.

21.    Admit that MDx created the healthcare provider report of Dr. Bharam referenced in Request No. 15 using the board certification information it received from ABMS.

22.    Admit that the healthcare provider report of Dr. Bharam referenced in Request No. 15 included a hyperlink to an affiliated hospital.

23.    Admit that MDx provided access to the healthcare provider report of Dr. Bharam referenced in Request No. 15 through a predetermined Web page that provided search capabilities for a database comprised of health care provider information.

24.    Admit that the search capabilities referenced in Request No. 23 permitted a search based on one or more from the group consisting of: name, medical specialty, state, city, and location criteria.

25.    Admit that the search referenced in Request No. 24 produced a results list of one or more healthcare providers satisfying the search criteria, wherein the results list included Dr. Braham.

REDACTED

REDACTED





## Office of the Professions



## The Licensed Professions in New York State

In 1891, medicine became the first profession licensed by the New York State Board of Regents. New York's unique system of professional regulation, recognized as a model for public protection, has grown to encompass 800,000 practitioners and over 30,000 professional practice business entities in 50 professions.

Guided by the Regents, a citizen body, the professions are within New York State's unified system of education - The University of the State of New York. This recognizes the key role education plays in both preparing licensed professionals and in ensuring their continuous development.

The State Education Department, under Regents' direction, administers professional regulation through its Office of the Professions, assisted by the twenty-nine State Boards for the Professions.

---

**Advisory Notices:**

**Limited Licenses in Clinical Laboratory Technology and Certified Histological Technician**
Chapter 336 of the Laws of 2013 has been enacted to authorize the limited license for clinical laboratory technology and for certified histological technician to be valid until September 1, 2016, and to establish that the registration issued with the limited license shall be effective until September 1, 2016. Persons holding a limited license in these two professions, which currently have an expiration date of August 31, 2013, will receive information within the next two weeks on the process to obtain licensure and registration documents that meet the new expiration dates established in this law. **At this time, persons holding a limited license as a clinical laboratory technologist or a certified histological technician continue to be legally authorized to practice while in the process of obtaining documents that reflect the new expiration dates of September 1, 2016.**

**Attention Pharmacists and Prescribers**
Effective February 23, 2013, changes will be made to the controlled substance schedules in Section 3306 of the New York State Public Health Law...more

U.S. Court of Appeals Decision on Litigation Involving 13 Professions that Require U.S. Citizenship or Permanent Lawful Residence for Licensure

Internet Coupons

---

*Licensees and applicants should be wary if asked for personal and/or financial information that does not appear to be associated with a legitimate licensing or registration transaction, even if the person making the request suggests that he or she is working for the Office of the Professions. To verify the identity of a person who purports to represent the Office of the Professions, please call 518-474-3817, ext. 570.*

---

Exhibit B

Case No. 1:11-cv-00520-RM-NYW   Document 884-5   filed 08/20/14   USDC Colorado   pg 10 of 22

Case 1:11-cv-00520-RM-BNB   Document 816-6   Filed 08/06/14   USDC Colorado   Page 9 of 21
7/8/2014                                          Consumer Information on the Professions





## Office of the Professions

# Consumer Information on the Professions

You have the right to competent professional services. Professional misconduct and unlicensed practice of the professions are against the law. Our brochure, *You Have the Right*, can help you learn more about recognizing and reporting professional misconduct and unlicensed practice.

We also provide plain-language consumer information about each of the 48 professions licensed by the New York State Education Department. Each of the following links leads to a description of the profession, its license requirements, and more to help you "shop smart" for professional services. Some related professions--such as dentistry, dental hygiene, and dental assisting--are combined:

Acupuncture
Architecture
Athletic Training
Audiology
Certified Shorthand Reporter
Chiropractic
Clinical Laboratory Technology
Dental Professions
Dietetics - Nutrition
Interior Design
Engineering and Land Surveying
Landscape Architecture
Massage Therapy
Medical Physics
Medicine (Physician/Physician Assistant/Specialist Assistant)
Mental Health Practitioners

Midwifery
Nursing Professions
Occupational Therapy Professions
Ophthalmic Dispensing (Opticians)
Optometry
Pharmacy
Physical Therapy
Podiatry
Professional Engineering
Psychology
Public Accounting
Respiratory Therapy
Social Work
Speech-Language Pathology
Veterinary Medicine





Office of the Professions

## Verification Searches

The information furnished at this web site is from the Office of Professions' official database and is updated daily, Monday through Friday. The Office of Professions considers this information to be a secure, primary source for license verification.

### Search by name within a profession:

- Select a profession.
- Enter a minimum of 3 characters of the person's name, with the last name first (separated by a space, **not** a comma). When a last name consists of only two letters, you must also enter a space and at least the first letter of the first name.



### Search by license number within a profession:

- Select a profession.
- Enter the 6-digit license number; you **must** include any leading and/or following zeroes.



### Search for Permits, by Name:

Permits may be issued in certain professions. The requirements for obtaining a permit, its duration, and conditions under which it can be used vary by profession; please see the individual profession for requirements and limitations.

Exhibit B

7/8/2014 NYS Professions - Online Verifications



**Search for Pharmacy Establishments, by Name or Registration number:**

New York registers establishments located within the State as well as those located outside NYS that do business in the State. More information concerning the registration of pharmacy establishments can be found here.



***OR***

**Search for Professional Business Entity, by Name:**

**Please note**: sole-practitioners, practicing under their own name, can be located by searching for

Exhibit B

Case No. 1:11-cv-00520-RM-NYW   Document 683-15   filed 06/20/14   USDC Colorado   pg 13
of 22

Case 1:11-cv-00520-RM-BNB   Document 818-6   Filed 06/06/14   USDC Colorado   Page 12 of
22

individual licensees above.

**Profession:**

| |
|---|
| Accounting Firms |
| Acupuncture |
| Architecture |
| Architecture & Engineering |
| Architecture & Landscape Architecture |
| Athletic Trainer |
| Audiology |
| Certified Dietitian/Nutritionist |

**Professional Business Entity Name:**

[                                   ]

[ Search ]  [ Reset ]

 

Office of the Professions

# Verification Searches

The information furnished at this web site is from the Office of Professions' official database and is updated daily, Monday through Friday. The Office of Professions considers this information to be a secure, primary source for license verification.

Licensee List

**MEDICINE**

Click on license number link above the professional's name for detailed information.

**License # Name  -  City and State**

60 114984 BHARAM PURUSHOTHAM N  -  NOT ON FILE,
60 203659 BHARAM SRINO  -  NEW YORK, NY

[Continue with this list]



Exhibit B

7/8/2014                                   NYS Professions - Online Verifications

   

## Office of the Professions

# Verification Searches

The information furnished at this web site is from the Office of Professions' official database and is updated daily, Monday through Friday. The Office of Professions considers this information to be a secure, primary source for license verification.

## License Information *

### 07/08/2014

**Name :** BHARAM SRINO
**Address :** NEW YORK NY
**Profession :** MEDICINE
**License No:** 203659
**Date of Licensure :** 07/03/96
**Additional Qualification :**
**Status :** REGISTERED
**Registered through last day of :** 09/15
**Medical School:** UMDNJ-RW JOHNSON MED SCH     **Degree Date :** 05/25/1994

(Use your browser's back key to return to licensee list.)

* Use of this online verification service signifies that you have read and agree to the terms and conditions of use. See HELP glossary for further explanations of terms used on this page.

**Note:** The Board of Regents does not discipline *physicians(medicine), physician assistants,* or *specialist assistants.* The status of individuals in these professions may be impacted by information provided by the NYS Department of Health. To search for the latest discipline actions against individuals in these professions, please check the New York State Department of Health's Office of Professional Medical Conduct homepage.

Further information on physicians may be found on the following external sites (The State Education Department is not responsible for the accuracy or completeness of information located on external Internet addresses.):

American Board of Medical Specialties

American Medical Association:
- For the general public: AMA Physician Select, On-line Doctor Finder
- For organizations that verify physician credentials: AMA Physician Profiles

American Osteopathic Association, AOA-Net

Association of State Medical Board Executive Directors-(A.I.M."DOCFINDER")

New York State Department of Health Physician Profiles

The following sites provide additional information concerning the medical profession:

CLEAR (Council on Licensure, Enforcement and Regulation)

Federation of State Medical Boards



Case No. 1:16-cv-00520-RM-NYW   Document 83-15   filed 08/20/18   USDC Colorado   pg 16 of 22
Case 1:11-cv-00520-RM-BNB   Document 818-6   Filed 08/06/14   USDC Colorado   Page 15 of 22





## Office of the Professions

# Online Verification Searches

## Terms and Conditions of Use

**Please read these terms of use carefully before using this site**

By using the online verification service, you signify that you agree to these terms of use, and all other applicable terms of use for the online systems provided by the State Education Department:

- The license information displayed here is provided directly at no cost to the public from the Office of the Professions' primary database, and reflects the information in the database on the date shown.
- We make every effort to ensure the accuracy of the information contained on this database, and the database is updated as new licensing information is received. Licensees also have a responsibility to maintain their licensure records. If inaccurate information is brought to our attention, a reasonable effort will be made to fix or remove it. Any discrepancies should be brought to our attention at op4info@mail.nysed.gov.
- The State Education Department makes no representations or warranties regarding the condition or functionality of this Web site, or that this Web service will be uninterrupted or error-free.
- The State Education Department does not authorize the modification, republishing or distribution of this license information for any commercial purpose.
- The State Education Department does not authorize the aggregating of individual information provided on these pages for anything other than licensing verification.
- The State Education Department reserves the right to block access to any IP address that appears to be performing data harvesting through the use of robots or other automated programs making rapid-sequence queries.
- The State Education Department is not responsible for the accuracy of license information republished by any secondary source.
- The State Education Department is not responsible for any information or material contained on other sites.

Questions about these Terms of Use may be directed to opplan@mail.nysed.gov.

Exhibit B



Exhibit C

Americans... Simply educating people about their new options and obligations for enrollment in health care can take an estimated six to seven conversations per person.

— Fast Company

Let us help you find and review doctors, make an appointment, and prepare for your doctor visit.

| About Vitals | Search by: | Top specialties | Top conditions | Top insurances |
|---|---|---|---|---|
| About | Specialty | Dermatologists | Asthma | Aetna |
| Contact us | Location | Endocrinologists | Breast cancer | Anthem |
| Advertise with us | Name | Family practitioners | COPD | Blue Cross Blue Shield of Texas |
| For hospitals & doctors | Condition | Neurologists | Depression | Cigna |
| For health plans | Insurance | Obstetricians & gynecologists | Diabetes | Great-West Healthcare |
| Partner with us | Group practices | Orthopedic surgeons | Fibromyalgia | HIP Health Plan of New York |
| Careers | Urgent care centers | Pain management doctors | Heart disease | Humana |
| Blog | | Pediatricians | High blood pressure | Medicare |
| Site map | | Psychiatrists | Multiple sclerosis | Unicare |
| Privacy policy | | Urologists | Obesity | United Healthcare |
| Terms of Use | | All specialties ... | All conditions ... | All insurances ... |

Find doctors by name:   A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

Get our newsletter for the latest health news, updates & more.

Your AdChoices ▷

[                    ]  SIGN UP

Follow Us

Is something missing or incorrect? Help us improve

Copyright © 2008 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, [1] nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website, and [2] MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.



Exhibit C

7/8/2014                                    Annotated Your Screenshot



Exhibit C

2/2



Exhibit C

1/2

7/8/2014                                                   Annotated Your Screenshot







Exhibit C