# EXHIBIT F



Lewis Roca Rothgerber LLP
1200 Seventeenth Street, Suite 3000
Denver, CO 80202

Kris J. Kostolansky
Admitted in Colorado, Ohio and Wyoming
(T) 303.628.9515 (F) 303.623.9222
KKosto@LRRLaw.com

March 4, 2014

Via E-Mail: SSTIMPSON@SILLSCUMMIS.COM

Scott D. Stimpson, Esq.
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, NY 10112

Re:   MDx Medical, Inc.'s Second Supplemental Interrogatory Response

Dear Scott:

Our February 4, 2014, letter identified the areas where MDx Medical, Inc.'s Second Supplemental Objections and Responses to Plaintiff's Interrogatory No. 2 dated January 24, 2012 ("Second Supplemental Response") did not comply with Judge Boland's Order [Doc. #711]. As discussed during our February 24 conferral, this letter sets forth areas we ask MDx to supplement before the Rule 30(b)(6) deposition. We propose March 24 or 25 for the deposition and March 17 for the supplementation.

**Additional Counts:** Please provide a count on the number of providers who, using the physician portal, clicked "approve" buttons within two or more of the following windows: "Basic" (includes gender), "Languages", "Specialty", "General Information" (includes "personal statement" and "Biography & Background"); "Associations", and "Awards"(including an identification of each window of information that was approved). MDx has not provided this information, nor is there a way for Health Grades to determine this information based on the data MDx provided.

**Relationship Between MDx's Database and the "Mongo database":** Your February 10 email stated MDx would supplement its response on the "Mongo database." Please do so, include an explanation of what data elements are in the "Mongo database."

**Claim Elements Not in Dispute:** Your February 10 email states that "[i]f a claim element is not listed, it is not missing." Interrogatory No. 2 required MDx to "include . . . a statement whether MDx's Accused Products provide(s) such an element or an equivalent . . . ." Please affirmatively state in a verified response that the Accused Products provide those elements MDx did not list. This will complete the response and eliminate any ambiguities.

Your February 10 email stated that many of the complained areas of non-compliance listed in Health Grades' February 4 letter on pp. 7-9 could be best addressed in a deposition. We have revised our Notice (attached) to ensure that the MDx corporate representative is prepared to address these areas.



Scott D. Stimpson, Esq.
March 4, 2014
Page 2

Please confirm either March 24 or 25, at 8:00 a.m. Eastern Time, for the deposition and March 17 for providing the supplemental response.

Thank you.

Sincerely,

Kris J. Kostolansky
LEWIS ROCA ROTHGERBER LLP

KJK/sk