# EXHIBIT D

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
**Tel: 973-643-7000**
**Fax: 973-643-6500**

30 Rockefeller Plaza
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

Scott B. Murray
Member of the Firm
ADMITTED IN NJ, PA & DC
Direct Dial: (973) 643-5388
E-mail: smurray@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

January 13, 2012

**By Federal Express**

Jesús M. Vázquez
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO  80202

Re:   **Health Grades, Inc. v. MDx Medical, Inc.**
      **Civil Action No. 11-CV-00520-PAB-BNB**

Dear Jesús:

Please find enclosed a DVD/CD-ROM containing responsive, non-privileged, non-objectionable ESI documents from MDx from the keyword searches performed pursuant to Health Grades' requests. The documents are Bates-stamped MDX 0019256 – MDX 73233.

This partial production was prepared using our firm's Summation software system, which could not distinguish the documents that we produced manually by e-mail earlier this week (on Monday), which we did due to technical difficulties with the Summation system. Therefore, this production includes duplicates of the documents produced on Monday.

As we have mentioned before, nothing in this or any other production shall waive MDx's objections to Health Grades' discovery requests.  To the extent any previously redacted information appears in the produced ESI, nothing in this or any other production shall waive MDx's positions regarding relevance and/or responsiveness.

**SILLS CUMMIS & GROSS**
A PROFESSIONAL CORPORATION
Jesús M. Vázquez
January 13, 2012
Page 2

As you requested regarding the Health Grades' ESI produced to MDx, we also request that you return to us (and destroy any copies) of documents containing privileged information that have been inadvertently produced with these documents.

Very truly yours,

SCOTT B. MURRAY

Enclosure

cc:   Scott D. Stimpson, Esq.
      David C. Lee, Esq.
      Kris J. Kostolansky, Esq.
      Jeffrey Phipps, Esq.
         (all by e-mail only w/o encl.)

From: Jeff Cutler(jeff@vitals.com)
Date Sent: 11/9/2011 9:36:15 PM
To: Erika Boyer
CC: Gina Larson-Stoller; Ken Mooney; Margarita Shefson; Brigid Mara; David
Zecchin; Irving Weiss
Subject: Re: sanctions against doctors
_____

Why aren't we showing sanctions on the site?  Seems like a competitive
disadvantage.

Sent from Jeff's iPhone

On Nov 9, 2011, at 4:10 PM, Erika Boyer <erika@vitals.com> wrote:

Sanctions are not currently published on the live site.

Just have the doctors with sanctions suppressed from the selects that are run.

erika

From: Gina Larson-Stoller [mailto:gina@vitals.com]
Sent: Wednesday, November 09, 2011 1:35 PM
To: Ken Mooney; Erika Boyer
Cc: Margarita Shefson; Brigid Mara; jeff cutler
Subject: sanctions against doctors

Hi Ken and Erika,

I'm trying to figure out how we indicate whether a doctor has a sanction
against him/her.

I am not able to find an instance where this information is provided on our
site -- despite having found doctors with sanctions against them in the press
and on HealthGrades.

For instance, according to the article below, Dr. Charles Kim has a sanction
against him:



**Highly Confidential - Attorney Eyes Only**

PLAINTIFF'S
EXHIBIT

094

1:11-cv-00520-RM-BNB

http://thedailyrecord.com/2011/08/31/first-up-challenge-to-doctor's-sanction/

It is not mentioned on his Vitals profile, but it is mentioned on his
HealthGrades profile.

http://www.vitals.com/doctors/Dr_Charles_Y_Kim_3

http://www.healthgrades.com/physician/dr-charles-kim-264d4/background-check

Here is another doctor that has a sanction against them according to the press
story and Healthgrades, but no mention of it on our site.

Dr. Rolando Torio

http://www.kcbd.com/story/14066891/lubbock-doctor-sanction-2nd-time-in-two-years

http://www.vitals.com/doctors/Dr_Rolando_Torio

http://www.healthgrades.com/physician/dr-rolando-torio-x524r/background-check

Do we actually mention sanctions publicly or do we just collect the information
in our database? Does it take a certain amount of time for a sanction to be
registered with us?

I ask because I would like to weed out doctors with sanctions from our Top Ten
pulls. And I'd like to know how accurate our data is.

Thank you for clarifying this matter.

Gina

--

Gina M. Larson-Stoller

Vitals.com <http://www.vitals.com>

401.374.4145 (m)

**Highly Confidential - Attorney Eyes Only**

gina@vitals.com

**Highly Confidential - Attorney Eyes Only**