Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL ACCESS TO MDx MEDICAL INC. LICENSEES' WEBSITES**

**Exhibit D**

**Excerpt of MDx May 15, 2014 corporate deposition**

**[FILED UNDER SEAL]**

2004944814_1