Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL ACCESS TO MDx MEDICAL INC. LICENSEES' WEBSITES**

**Exhibit E**

Email chain between Health Grades and MDx counsel

**[FILED UNDER SEAL]**

2004944815_1