Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL ACCESS TO MDx MEDICAL INC. LICENSEES' WEBSITES**

**Exhibit F**

**HealthPartners screenshots**

2004944817_1



Exhibit F-1



Exhibit F-2