**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**WHEELER TRIGG O'DONNELL LLP AND TERENCE M. RIDLEY'S RESPONSE TO PLAINTIFF'S MOTION FOR ADDITIONAL SANCTIONS (DKT. 818)**

---

Wheeler Trigg O'Donnell LLP ("WTO") and Terence M. Ridley submit this Response to Plaintiff's Motion for Additional Sanctions (Dkt. 818). As grounds, below-signed counsel states:

1. On August 6, 2014, Health Grades filed its "Motion to Compel and for Additional Sanctions for MDx Medical, Inc.'s Failure to Comply with Court-Ordered Discovery" (the "Motion") (Dkt. 818).

2. The Motion alleges certain discovery misconduct and seeks, *inter alia*, sanctions against MDx and, generically, "its counsel". Motion, pp. 12 and 14. Because the Motion could be read as including unspecified conduct of below-signed counsel, this objection addresses only the lack of involvement of below-signed counsel and WTO in this discovery dispute.

3. Below-signed counsel has had no involvement with any of the following: answering or objecting to Health Grade's Interrogatory No. 2; preparing MDx's Third Supplemental Objections to Plaintiff's Interrogatory No. 2; preparing, formulating, or reviewing

queries related to the response and objections to Interrogatory No. 2; attending any depositions of any witness or expert witness in this case.

4. Below-singed counsel was not involved with, and in fact had no knowledge of, the Rule 7.1 conferrals leading up to the Motion. Below-signed counsel was not copied on the emails that comprise Exhibits F, G, H, and I to the Motion, and was not invited to participate in any of the discussions referenced in those emails.

5. Below-signed counsel was not served with MDx's Third Supplemental Objections to Plaintiff's Interrogatory No. 2. *See* Motion, Ex. C, p. 22.

6. Below-signed counsel did not know that a discovery dispute existed concerning the Third Supplemental Objections and Responses to Plaintiff's Interrogatory No. 2 until he was served with the Motion by ECF service August 6, 2014.

7. While we do not believe, based upon the papers submitted in opposition, that there is any sanctionable conduct here, below-signed counsel is filing this separate response to address the fact that there is no allegation in the Motion that charges below-signed counsel with discovery misconduct. The Declaration of Scott Stimpson, ¶ 21, submitted in support of MDx's Opposition to the Motion, supports the lack of any involvement by below-signed counsel or his firm in this aspect of the case. *See also* MDx Opposition Brief at p. 15.

WHEREFORE, Wheeler Trigg O'Donnell and Terence M. Ridley respectfully object to Plaintiff's Motion for Additional Sanctions based on the foregoing facts.

| | |
|---|---|
| Dated: August 22, 2014 | Respectfully submitted, |
| | *s/ Terence M. Ridley* |
| | Terence M. Ridley |
| | Wheeler Trigg O'Donnell LLP |
| | 370 Seventeenth Street, Suite 4500 |
| | Denver, Colorado 80202 |
| | Tel:  (303) 244-1800 |
| | Fax:   (303) 244-1879 |
| | E-mail: ridley@wtotrial.com |

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 22, 2014, I electronically filed the foregoing WHEELER TRIGG O'DONNELL LLP AND TERENCE M. RIDLEY'S RESPONSE TO PLAINTIFF'S MOTION FOR ADDITIONAL SANCTIONS (DKT. 818) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Robert Charles Blume
  rblume@gibsondunn.com,
  ealcock@gibsondunn.com,
  ralfrey@gibsondunn.com

- Trent S. Dickey
  tdickey@sillscummis.com

- Vincent Marc Ferraro
  vferraro@sillscummis.com

- Gregory B. Kanan
  gkanan@lrrlaw.com,
  dgrooms@lrrlaw.com

- Kris John Kostolansky
  kkosto@lrrlaw.com,
  SKlipp@lrrlaw.com

- David Chunyi Lee
  dlee@sillscummis.com,
  vferraro@sillscummis.com

- Adam Lee Massaro
  amassaro@lrrlaw.com,
  phenke@lrrlaw.com,
  massaro4@gmail.com

- Scott Butler Murray
  smurray@sillscummis.com

- Terence M. Ridley
  ridley@wtotrial.com,
  wall@wtotrial.com,
  norris@wtotrial.com

- Mark Jon Rosenberg
  Mrosenberg@sillscummis.com

- Scott David Stimpson
  sstimpson@sillscummis.com,
  gcaceres@sillscummis.com

- Jesus Manuel Vazquez , Jr
  jvazquez@rothgerber.com,
  phenke@rothgerber.com

            *s/ Terence M. Ridley*
            Terence M. Ridley
            Wheeler Trigg O'Donnell LLP
            370 Seventeenth Street, Suite 4500
            Denver, Colorado 80202
            Tel:  (303) 244-1800
            Fax:  (303) 244-1879
            E-mail: ridley@wtotrial.com

            *Attorney for Defendant*
            MDx Medical, Inc. d/b/a VITALS.COM