IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## NOTICE OF ENTRY OF APPEARANCE OF KIRSTIN L. STOLL-DeBELL

PLEASE TAKE NOTICE that Kirstin L. Stoll-DeBell of Merchant & Gould P.C. hereby enters her appearance on behalf of Plaintiff Health Grades, Inc.  Health Grades requests that said attorney be included in future service of pleadings and papers filed via ECF in this case.

Respectfully submitted August 25, 2014.

MERCHANT & GOULD P.C.

*s/ Kirstin L. Stoll-DeBell*
Kirstin L. Stoll-DeBell
1801 California Street, Suite 3300
Denver, Colorado 80202
Tel: (303) 357-1670
Fax: (303) 357-1671
E-mail: kstoll-debell@merchantgould.com


LEWIS ROCA ROTHGERBER LLP

Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel: (303) 623-9000
Fax: (303) 623-9222

E-mail: gkanan@lrrlaw.com
E-mail: kkosto@lrrlaw.com
E-mail: amassaro@lrrlaw.com

*Attorneys for Plaintiff Health Grades, Inc.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2014, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF KIRSTIN L. STOLL-DeBELL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Scott David Stimpson, Esq.
    Vincent Ferraro, Esq.
    David C. Lee, Esq.
    Trent Dickey, Esq.
    Sills Cummis & Gross P.C. – New York
    30 Rockefeller Plaza
    New York, NY  10112
    E-mail: sstimpson@sillscummis.com
    E-mail: vferraro@sillscummis.com
    E-mail: dlee@sillscummis.com
    E-mail: tdickey@sillscummis.com

    Terence M. Ridley, Esq.
    Wheeler Trigg O'Donnell, LLP
    370 17th Street, Suite 4500
    Denver, CO  80202-5647
    E-mail: ridley@wtotrial.com

    *s/ Kirstin L. Stoll-DeBell*
    Kirstin L. Stoll-DeBell