IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR LEAVE TO TEMPORARILY RESTRICT [DOC. Nos. 841-1 through 8]

Plaintiff Health Grades, Inc. ("Health Grades") respectfully submits its Unopposed Motion for Leave to Temporarily Restrict [Doc. Nos. 841-1 through 8].

### Certificate of Compliance with D.C.COLO.LCivR 7.1A

Counsel for Health Grades conferred with counsel for MDx Medical, Inc. ("MDx") regarding the relief requested herein. MDx does not oppose the requested relief.

1. On August 22, 2014, Health Grades filed a Motion to Compel [Doc. #841].

2. Documents 841-1, 2, 3, 4, 5, 6, 7, 8 were not filed as restricted. Health Grades requests that these documents be temporarily restricted (Level 1). If no motion to restrict public access is filed by MDx within the time permitted by the Local Rules, the restriction shall expire.

WHEREFORE, Health Grades seeks leave to temporarily restrict [Doc. Nos. 841-1 through 8] (Level 1) as detailed herein.

Respectfully submitted August 25, 2014.

2004946222_1

*s/ Adam L. Massaro*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Adam L. Massaro, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@lrrlaw.com
      kkosto@lrrlaw.com
      amassaro@lrrlaw.com

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2014, I electronically filed the foregoing **HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR LEAVE TO TEMPORARILY RESTRICT [Doc. Nos. 841-1 through 8]** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail:   sstimpson@sillscummis.com
            vferraro@sillscummis.com
            dlee@sillscummis.com
            tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail:   ridley@wtotrial.com

*s/ Adam L. Massaro*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Jesús M. Vázquez, Jr., Esq.
Adam L. Massaro
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@lrrlaw.com
          kkostolansky@lrrlaw.com
          amassaro@lrrlaw.com

*Attorneys for Plaintiff*