## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**HEALTH GRADES, INC.'S TENDERING OF AUGUST 28, 2014 HEARING EXHIBITS**

On August 28, 2014, Judge Boland held a hearing on Health Grades, Inc.'s ("Health Grades") Motion to Compel and for Additional Sanctions for MDx Medical, Inc.'s Failure to Comply with Court Ordered-Discovery [Doc. #818].  Per the Court's request, attached hereto are copies of the exhibits used by Health Grades that are not yet part of the CM/ECF record.

Respectfully submitted August 29, 2014.

*s/ Adam L. Massaro*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Adam L. Massaro, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@lrrlaw.com
       kkosto@lrrlaw.com
       amassaro@lrrlaw.com

*Attorneys for Plaintiff*

2004955626_1

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2014, I electronically filed the foregoing **HEALTH GRADES, INC.'S TENDERING OF AUGUST 28, 2014 HEARING EXHIBITS** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail:   sstimpson@sillscummis.com
          vferraro@sillscummis.com
          dlee@sillscummis.com
          tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail:   ridley@wtotrial.com

*s/ Adam L. Massaro*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@lrrlaw.com
       kkostolansky@lrrlaw.com
       amassaro@lrrlaw.com

*Attorneys for Plaintiff*

2

2004955626_1