

EXHIBIT

115

8/28/14

