# EXHIBIT A

(Redacted version of Dkt. # 839-2)

# EXHIBIT C

# Vincent M. Ferraro

| | |
|---|---|
| **From:** | David C. Lee |
| **Sent:** | Friday, August 26, 2011 10:34 PM |
| **To:** | 'jvazquez@rothgerber.com'; 'kkosto@rothgerber.com'; 'Phipps, Jeffrey' |
| **Cc:** | Scott D. Stimpson; 'Ridley, Terence'; 'Lampley, Ramona' |
| **Subject:** | RE: Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB - Supplemental Invalidity Contentions and Disclosures under Rules 3-3 and 3-4 |
| **Attachments:** | Rule 3-4 Documents - MDX 0000183 - MDX 0000240.pdf; Rule 3-4 Documents - MDX 0000241 - MDX 0000361.pdf; Rule 3-4 Documents - UCHC 0000001 - UCHC 0000160.pdf |

This is e-mail 3 of 4.



**From:** David C. Lee
**Sent:** Friday, August 26, 2011 10:32 PM
**To:** 'jvazquez@rothgerber.com'; 'kkosto@rothgerber.com'; 'Phipps, Jeffrey'
**Cc:** Scott D. Stimpson; 'Ridley, Terence'; 'Lampley, Ramona'
**Subject:** RE: Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB - Supplemental Invalidity Contentions and Disclosures under Rules 3-3 and 3-4

This is e-mail 2 of 4.



**From:** David C. Lee
**Sent:** Friday, August 26, 2011 10:31 PM
**To:** 'jvazquez@rothgerber.com'; 'kkosto@rothgerber.com'; 'Phipps, Jeffrey'
**Cc:** Scott D. Stimpson; 'Ridley, Terence'; 'Lampley, Ramona'
**Subject:** Health Grades, Inc. v. MDx Medical, Inc.; Civil Action No. 11-CV-00520-PAB-BNB - Supplemental Invalidity Contentions and Disclosures under Rules 3-3 and 3-4

Counsel:

Attached please find MDx's Supplemental Invalidity Contentions and Documents Accompanying Invalidity Contentions.

This is e-mail 1 of 4.

Regards,



2

**Award Requirements**

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY                MDX 0000183