# EXHIBIT B

(Redacted version of Dkt. # 839-4)

# EXHIBIT E

# Vincent M. Ferraro

| | |
|---|---|
| **From:** | David C. Lee |
| **Sent:** | Thursday, October 31, 2013 9:19 PM |
| **To:** | Vazquez, Jesus (JVazquez@lrrlaw.com); Kostolansky, Kris J. (kkosto@lrrlaw.com); Kanan, Greg (GKanan@lrrlaw.com); Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com) |
| **Cc:** | Scott D. Stimpson; Trent Dickey; Vincent M. Ferraro |
| **Subject:** | RE: Health Grades v. MDx Medical - Supplemental document production |
| **Attachments:** | MDX 0107051.pdf; MDX 0107052.pdf; MDX 0107053.pdf; MDX 0107054.pdf; MDX 0107055.pdf; MDX 0107056.pdf; MDX 0106577.pdf; MDX 0106578.pdf; MDX 0106584.pdf; MDX 0106611.pdf; MDX 0106644.pdf; MDX 0106647.pdf; MDX 0106648.pdf; MDX 0106973.pdf; MDX 0107026.pdf; MDX 0107034.pdf; MDX 0107036.pdf; MDX 0107046.pdf; MDX 0107047.pdf; MDX 0107049.pdf; MDX 0107050.pdf; MDX 0107130.pdf |

This is email 5 of 5.

You should now have received 5 emails containing documents labeled MDX 0104970 – MDX 0107137.

Regards,
David

**David C. Lee**
Associate



website | bio | vCard | newsroom | email 

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1546 | f (212) 643-6500  **map**

---

**From:** David C. Lee
**Sent:** Thursday, October 31, 2013 9:15 PM
**To:** Vazquez, Jesus (JVazquez@lrrlaw.com); Kostolansky, Kris J. (kkosto@lrrlaw.com); Kanan, Greg (GKanan@lrrlaw.com); Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com)
**Cc:** Scott D. Stimpson; Trent Dickey; Vincent M. Ferraro
**Subject:** RE: Health Grades v. MDx Medical - Supplemental document production

This is email 4 of 5.

**David C. Lee**
Associate



website | bio | vCard | newsroom | email 

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1546 | f (212) 643-6500  **map**

1

**From:** David C. Lee
**Sent:** Thursday, October 31, 2013 9:10 PM
**To:** Vazquez, Jesus (JVazquez@lrrlaw.com); Kostolansky, Kris J. (kkosto@lrrlaw.com); Kanan, Greg (GKanan@lrrlaw.com); Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com)
**Cc:** Scott D. Stimpson; Trent Dickey; Vincent M. Ferraro
**Subject:** RE: Health Grades v. MDx Medical - Supplemental document production

This is email 3 of 5.


**David C. Lee**
Associate



**website | bio | vCard | newsroom | email**

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1546 | f (212) 643-6500  **map**


**From:** David C. Lee
**Sent:** Thursday, October 31, 2013 9:09 PM
**To:** Vazquez, Jesus (JVazquez@lrrlaw.com); Kostolansky, Kris J. (kkosto@lrrlaw.com); Kanan, Greg (GKanan@lrrlaw.com); Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com)
**Cc:** Scott D. Stimpson; Trent Dickey; Vincent M. Ferraro
**Subject:** RE: Health Grades v. MDx Medical - Supplemental document production

This is email 2 of 5.


**David C. Lee**
Associate



**website | bio | vCard | newsroom | email** 

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1546 | f (212) 643-6500  **map**


**From:** David C. Lee
**Sent:** Thursday, October 31, 2013 9:08 PM
**To:** Vazquez, Jesus (JVazquez@lrrlaw.com); Kostolansky, Kris J. (kkosto@lrrlaw.com); Kanan, Greg (GKanan@lrrlaw.com); Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com)
**Cc:** Scott D. Stimpson; Trent Dickey; Vincent M. Ferraro
**Subject:** Health Grades v. MDx Medical - Supplemental document production

Counsel:

As agreed, MDx is producing today supplemental document discovery under its duty to supplement.  Certain documents have been designated "confidential" or "highly confidential / attorneys' eyes only" under the protective order in this case and should be treated accordingly.

This production includes documents labeled MDX 0104970 – MDX 0107137, and is being sent across five emails.  This is email 1 of 5.

2

Regards,
David


**David C. Lee**
Associate



website | bio | vCard | newsroom | email 

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1546 | f (212) 643-6500   map

3

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY					MDX 0106644

Case 1:11-cv-00520-RM-BNB Document 839-4 Filed 08/22/14 USDC Colorado Page 6 of 7

**Instructions**

DATA: Pull new qualifying doctors from Jan 1 - Aug 15, 2013
DATA: Pull repeat qualifying doctors with 1 new rating in 2013
DISPLAY: Add to Vitals/PC.org after reviewing

DATA: Pull list of PC qualifying doctors from 2009-2013
DISPLAY: Add to Vitals/PC.org after reviewing

MS: Review how many have fallen off
Determine whether to remove their award

DATA: Pull new qualifying doctors from Jan 1 - Aug 15, 2013
DATA: Pull repeat qualifying doctors with 1 new rating in 2013
DISPLAY: Add to Vitals/PC.org after reviewing

DATA: Analyze number of 10 year anniversary doctors, 15, 20, 25 and 30
NEED: Creative, Icon, etc.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0106645

| Due Date |
|---|
| |
| 1st Batch - 9/1/2013 (1/1-8/15) |
| 2nd Batch - 12/20/2013 (8/16-11/30) |
| 3rd Batch - 1/30/2014 (12/1-12/31) |
| |
| 1/15/2014 |
| |
| Run with 2nd and 3rd Batch |
| |
| 1/10/2014 |
| |
| October/November 2013 |

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY         MDX 0106646