# EXHIBIT F

(Redacted version of Dkt. # 841-1)

Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL ACCESS TO MDx MEDICAL INC. LICENSEES' WEBSITES**

## Exhibit A

REDACTED **licensing agreement**

**[FILED UNDER SEAL]**

2004944810_1