# EXHIBIT H

(Redacted version of Dkt. # 843-5)

Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL ACCESS TO MDx MEDICAL INC. LICENSEES' WEBSITES**

# Exhibit D

**Excerpt of MDx May 15, 2014 corporate deposition**

2004944814_1

# In The Matter Of:

## *Health Grades, Inc.*
## *vs.*
## *MDX Medical, Inc., et al.*

_____

## *Anthony Bellomo*

## *May 15, 2014*

_____

## ** *HIGHLY CONFIDENTIAL* **

**MERRILL CORPORATION**
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Highly Confidential
Anthony Bellomo      May 15, 2014

78

REDACTED

**Highly Confidential**
**Anthony Bellomo    May 15, 2014**

86

| | | |
|---|---|---|
| 1 | 10:41:03 | Who can access that website? |
| 2 | | **REDACTED** |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | 10:41:39 | Q.    How many employees is that? |
| 11 | 10:41:41 | A.    I don't know. |
| 12 | 10:41:43 | Q.    And what do the individuals see when |
| 13 | 10:41:46 | they come on the website?  Have you been on it? |
| 14 | 10:41:49 | A.    Have I been on it?  Not recently.  I |
| 15 | 10:41:55 | think I've seen it once a ways back. |
| 16 | 10:42:01 | Q.    Please describe it, from your |
| 17 | 10:42:02 | recollection. |
| 18 | 10:42:03 | A.    Generally speaking, an individual |
| 19 | 10:42:06 | will enter into the health plan's customer service |
| 20 | 10:42:12 | website that's managed by the health plan and the |
| 21 | 10:42:16 | purpose of that website, from a health plan's point |
| 22 | 10:42:19 | of view, is to provide members -- "members" being |
| 23 | 10:42:24 | individuals and families, members of the plan, |
| 24 | 10:42:28 | that's what they're called, if you're a member of a |
| 25 | 10:42:30 | health plan -- with access to information about |

Highly Confidential
Anthony Bellomo     May 15, 2014

112

| | | | |
|---|---|---|---|
| 1 | 11:46:06 | A. | I don't know. |
| 2 | 11:46:07 | Q. | Who at MDx would know the answer to |
| 3 | 11:46:17 | that question? | |
| 4 | 11:46:22 | | **REDACTED** |
| 5 | 11:46:25 | | |
| 6 | 11:46:29 | | |
| 7 | 11:46:29 | | |
| 8 | 11:46:30 | | |
| 9 | 11:46:32 | | |
| 10 | 11:46:34 | | |
| 11 | 11:46:52 | | |
| 12 | 11:47:01 | | |
| 13 | 11:47:02 | | |
| 14 | 11:47:11 | | |
| 15 | 11:47:22 | | |
| 16 | 11:47:27 | | |
| 17 | 11:47:32 | | |
| 18 | 11:47:37 | | |
| 19 | 11:47:39 | | |
| 20 | 11:47:42 | | |
| 21 | 11:47:46 | | |
| 22 | 11:47:47 | | |
| 23 | 11:47:51 | | |
| 24 | 11:47:53 | | |
| 25 | 11:47:57 | | |

Highly Confidential
Anthony Bellomo    May 15, 2014

124

| | | |
|---|---|---|
| 1 | 12:58:34 | contract.  I reviewed some of the images of the |
| 2 | 12:58:36 | website that are contained in some of these |
| 3 | 12:58:38 | preliminary questions, looked at data feeds, looked |
| 4 | 12:58:46 | at our You's Been Rated Program.  I personally took |
| 5 | 12:58:49 | some samples of spreadsheets that were attached to |
| 6 | 12:58:55 | e-mails that formed the input of some of the updates |
| 7 | 12:59:00 | to the databases and spent some time on the website. |
| 8 | 12:59:11 | I, also, worked with Larry West and spoke with him |
| 9 | 12:59:16 | about the accounts that were produced and the manner |
| 10 | 12:59:21 | in which they were produced.  I looked at the sequel |
| 11 | 12:59:25 | that was submitted in one of the earlier versions. |
| 12 | 12:59:29 | I brought up the Excel files that were submitted |
| 13 | 12:59:33 | with the accounts and played with some of the |
| 14 | 12:59:37 | numbers.  I mean, that's... |
| 15 | 12:59:46 | **REDACTED** |
| 16 | 12:59:50 | |
| 17 | 12:59:56 | |
| 18 | 13:00:00 | |
| 19 | 13:00:02 | |
| 20 | 13:00:09 | |
| 21 | 13:00:15 | |
| 22 | 13:00:18 | |
| 23 | 13:00:19 | |
| 24 | 13:00:20 | |
| 25 | 13:00:24 | |

**Highly Confidential**
Anthony Bellomo    May 15, 2014

125

REDACTED

| | | |
|---|---|---|
| 1 | 13:00:25 | |
| 2 | 13:00:28 | |
| 3 | 13:00:30 | |
| 4 | 13:00:34 | |
| 5 | 13:00:36 | A.    I brought up the search experience |
| 6 | 13:00:39 | for a provider.  I typed in the state of |
| 7 | 13:00:43 | Pennsylvania, because that's where they're located, |
| 8 | 13:00:47 | thinking that would be, you know, dentists, doctors, |
| 9 | 13:00:51 | if you will.  I looked at the drop down for provider |
| 10 | 13:00:56 | type and there were a number of cardiologists.  I |
| 11 | 13:01:00 | picked one. |
| 12 | 13:01:01 | Q.    When you say, "the drop down," what |
| 13 | 13:01:03 | do you mean by that? |
| 14 | 13:01:04 | A.    There's a visual element that enabled |
| 15 | 13:01:10 | you to chose the type of variety you're looking for |
| 16 | 13:01:17 | as opposed to type it in, typing it in.  You know, |
| 17 | 13:01:19 | it's known as a drop down in the industry.  It's a |
| 18 | 13:01:22 | pretty common term.  I'm sure you've seen it.  It's |
| 19 | 13:01:26 | just, basically, when you go to that field, you hit |
| 20 | 13:01:30 | a visual arrow and it gives you all the possible |
| 21 | 13:01:33 | choices that you can chose from so that people don't |
| 22 | 13:01:37 | spell cardiologist wrong. |
| 23 | 13:01:38 | Q.    So list of specialties? |
| 24 | 13:01:39 | A.    List of specialties, yeah.  Within it |
| 25 | 13:01:42 | there were, you know, a number of cardiologists -- |

Highly Confidential
Anthony Bellomo    May 15, 2014

126

| | | | |
|---|---|---|---|
| 1 | 13:01:46 | Q. | So you clicked on it? |
| 2 | 13:01:47 | A. | I clicked on it. |
| 3 | 13:01:49 | Q. | On cardiologists? |
| 4 | 13:01:49 | A. | Yeah, cardiologist something or |
| 5 | 13:01:51 | other.  I forget which one. | |
| 6 | 13:01:52 | Q. | And what did the next page show you? |
| 7 | 13:01:54 | A. | The next page shows, I believe, it |
| 8 | 13:01:57 | was a list of five or six cardiologists.  There was, | |
| 9 | 13:02:04 | you know, a modest amount of information about each | |
| 10 | 13:02:09 | one.  There was the ability to go to additional | |
| 11 | 13:02:12 | pages.  I want to say I clicked through five pages | |
| 12 | 13:02:16 | altogether, which seemed to be all of them.  As I | |
| 13 | 13:02:18 | said, there were five or six on each page. | |
| 14 | 13:02:21 | Q. | When you saw the list of five or six |
| 15 | 13:02:23 | cardiologists on that page, were there star ratings | |
| 16 | 13:02:27 | for any of the cardiologists? | |
| 17 | 13:02:28 | A. | There were not.  There's a place for |
| 18 | 13:02:30 | star ratings but there were no star ratings. | |
| 19 | 13:02:36 | Q. | When you say, "there's a place for |
| 20 | 13:02:39 | star ratings," what do you mean by that? | |
| 21 | 13:02:40 | A. | There was a visual element where star |
| 22 | 13:02:43 | ratings would go, but they were all empty. | |
| 23 | 13:03:00 | Q. | Then you -- |
| 24 | 13:03:01 | A. | I also -- I'm sorry. |
| 25 | 13:03:01 | Q. | Then you said you went to a |