IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

**ORDER**
_____

This matter arises on **Health Grades, Inc.'s Unopposed Motion for Leave to Temporarily Restrict** [Doc. # 847, filed 8/25/2014] (the "Motion to Restrict"). The plaintiff seeks an order temporarily restricting access to Doc. ## 841-1 through 8 in order to allow MDx to file a motion to restrict under D.C.COLO.LCivR 7.2(e).

The parties' insistence on seeking extensive restrictions to materials filed in this case has resulted in an enormous burden on the court. The instant motion is an example. I have reviewed Doc. ##841-1 through 8, and virtually nothing is contained there. With the exception of a few exhibits which appear generally to be screenshots, the docket entry is made up of title pages indicating "[FILED UNDER SEAL]."

The Motion to Restrict recites that "[o]n August 22, 2014, Health Grades filed a Motion to Compel" and that "[d]ocuments 841-1, 2, 3, 4, 5, 6, 7, 8 were not filed as restricted." Motion to Restrict [Doc. # 847] at ¶¶1-2. In fact, many of the documents referred to in the Motion to Restrict, if not all of them, appear to have been filed subject to restriction at Doc. # 843.

IT IS ORDERED that the Motion to Restrict [Doc. # 847] is DENIED.

Dated September 8, 2014.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge