IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com,

Defendant.
_____

**ORDER**
_____

This matter arises on:

(1)     **MDx's Motion to Compel** [Doc. # 811, filed 7/25/2014] (the "Motion to Compel"); and

(2)     **MDx's Third Motion for Leave to Amend Invalidity Contentions** [Doc. # 814, filed 8/1/2014] (the "Motion to Amend Invalidity Contentions").

I held a hearing on the motions on August 28, 2014, and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Compel [Doc. # 811] GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require the parties to schedule supplemental depositions of their technical experts. Each supplemental deposition is limited to not more than three hours; inquiry is limited to new issues contained in supplemental expert reports which the parties have agreed

to exchange no later than October 20, 2014; and the supplemental depositions must be completed on or before November 7, 2014; and

- DENIED in all other respects.

(2)     The Motion to Amend Invalidity Contentions [Doc. # 814] is DENIED.

Dated September 8, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge