IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


      I heard argument on Health Grades' Motion to Compel and for Additional Sanctions [Doc. # 817] on August 28, 2014, and took the matter under advisement. I also allowed the parties to make supplemental filings in connection with that motion. Consistent with matters discussed on the record on August 28, 2014,

      IT IS ORDERED:

      (1)     On or before September 15, 2014, MDx shall file a supplemental brief in opposition to Health Grades' Motion to Compel and for Additional Sanctions;

      (2)     On or before September 15, 2014, Health Grades shall file a report directing me to the location in the record where MDx's responses and supplemental responses to Interrogatory No. 2 may be found or shall file copies of those responses and supplemental responses; and

      (3)     On or before September 22, 2014, Health Grades may file a reply to MDx's supplemental brief in opposition to Health Grades' Motion to Compel and for Additional Sanctions.

DATED: September 8, 2014