IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    **MDx's Unopposed Motion to Supplement** [Doc. # 832, filed 8/14/2014] is GRANTED, and the Clerk of the Court is directed to accept for filing Doc. # 832-1.

    (2)    **MDx's Motion to Restrict Access** [Doc. # 834, filed 8/20/2014] is GRANTED as follows:

        •Doc. ## 818; 818-1; 818-4; and 818-6 are RESTRICTED, Level 1;

        •The Clerk of the Court is directed to accept for filing Doc. ## 834-2; 834-3; 834-4; and 834-5 as redacted versions of the restricted documents; and

        •DOC. # 818-2; 818-3; 818-5; and 818-7 are not restricted and are open to public inspection.

    (3)    **MDx's Motion to Restrict Access** [Doc. # 851, filed 8/27/2014]] is GRANTED as follows:

        •Doc. ## 831 and 831-2 are RESTRICTED, Level 1;

- The Clerk of the Court is directed to accept for filing Doc. ## 851-1 and 851-2 as redacted versions of the restricted documents; and

- Doc. # 831-1 is not restricted and is open to public inspection.

DATED: September 8, 2014