IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 11-cv-00520-PAB-BNB | Date: | August 28, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| HEALTH GRADES, INC | *Adam Lee Massaro* |
| | *Kirstin L. Stoll-DeBell* |
| | *Kris John Kostolansky* |
| **Plaintiff(s)** | |
| v. | |
| MDX MEDICAL, INC | *David Chunyi Lee* |
| | *Scott David Stimpson* |
| | *Terence M. Ridley* |
| | *Trent S. Dickey* |
| **Defendant(s)** | |
| & | |
| ITRIAGE, LLC | |
| **Interested Party** | |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 1:32 p.m.

Appearance of counsel.

Argument held on [814] MDX Medical, Inc.'s Third Motion for Leave to Amend Invalidity Contentions filed on August 1, 2014.

**ORDERED:** [814] MDX Medical, Inc.'s Third Motion for Leave to Amend Invalidity Contentions is DENIED.

Argument held on [811] MDX Medical, Inc.'s Motion to Compel Document Discovery, Additional Depositions, and Queries on the Health Grades System; and Request for <u>Expedited</u> Treatment filed on July 25, 2014.

**ORDERED:   [811] MDX Medical, Inc.'s Motion to Compel Document Discovery, Additional Depositions, and Queries on the Health Grades System; and Request for <u>Expedited</u> Treatment is GRANTED IN PART and DENIED IN PART as specified on the record.**

Argument held on [817] Health Grades, Inc.'s Motion to Compel and for Additional Sanctions for MDx Medical, Inc's Failure to Comply with Court-Ordered Discovery filed on August 6, 2014.

**ORDERED:   [817] Health Grades, Inc.'s Motion to Compel and for Additional Sanctions for MDx Medical, Inc's Failure to Comply with Court-Ordered Discovery is TAKEN UNDER ADVISEMENT.**

Court in Recess:  5:13 p.m.          Hearing concluded.          Total time in court:  03:10

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119