IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**PLAINTIFF'S FILING IN RESPONSE TO SEPTEMBER 8, 2014 MINUTE ORDER
[DOC. #860]**

On August 28, 2014, Judge Boland held a hearing on Health Grades, Inc.'s ("Health Grades") Motion to Compel and for Additional Sanctions for MDx Medical, Inc.'s ("MDx") Failure to Comply with Court Ordered-Discovery [Doc. #818]. Per the Court's Order [Doc. #860], below are the locations within the record for MDx's responses and supplemental responses to Health Grades' Interrogatory No. 2:

1. MDx's Objections and Responses to Plaintiff's First Set of Interrogatories, dated August 29, 2011 [Doc. #126-4].[1]

2. MDx's Second Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories, dated May 10, 2012 [Doc. #721].

3. MDx's Second Supplemental Objections and Responses to Plaintiff's Interrogatory No. 2, dated January 24, 2014 [Doc. #757].

4. MDx's Third Supplemental Objections and Responses to Plaintiff's Interrogatory No. 2, dated May 7, 2014 [Doc. #818-1].

---

[1] [Doc. #126-4] does not contain an executed verification page. Attached hereto is MDx's executed verification page. The remaining cited responses all contain executed verification pages.

2004966095_1

Respectfully submitted September 11, 2014.

*s/ Adam L. Massaro*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@lrrlaw.com
       kkosto@lrrlaw.com
       amassaro@lrrlaw.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2014, I electronically filed the foregoing **PLAINTIFF'S FILING IN RESPONSE TO SEPTEMBER 8, 2014 MINUTE ORDER [DOC. #860]** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail:   sstimpson@sillscummis.com
          vferraro@sillscummis.com
          dlee@sillscummis.com
          tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail:   ridley@wtotrial.com

        *s/ Adam L. Massaro*
        Gregory B. Kanan, Esq.
        Kris J. Kostolansky, Esq.
        Adam L. Massaro, Esq.
        1200 17th Street, Suite 3000
        Denver, Colorado 80202-5855
        Tel:     (303) 623-9000
        Facsimile: (303) 623-9222
        Email: gkanan@lrrlaw.com
              kkostolansky@lrrlaw.com
              amassaro@lrrlaw.com

        *Attorneys for Plaintiff*

2004966095_1