Civil Action No. 11-CV-00520-RM-BNB

**PLAINTIFF'S FILING IN RESPONSE TO SEPTEMBER 8, 2014 MINUTE ORDER [DOC. #860]**

Executed verification page to MDx's Objections and Responses to Plaintiff's First Set of Interrogatories, dated August 29, 2011 [Doc. # 126-4]

2004968487_1

## VERIFICATION OF INTERROGATORY RESPONSES

    I, Erika Boyer, affirm that I have read the responses to Plaintiff Health Grades, Inc.'s First Set of Interrogatories, served in Civil Action No. 11-cv-00520-PAB-BNB, United States District Court for the District of Colorado, that I know the contents thereof, that the facts therein are correct to the best of my knowledge, information and belief, and the responses are verified by me as Vice President for MDx Medical, Inc. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   9/30/11              _____
                 Date                               Signature