# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## DECLARATION OF BRYAN PERLER

BRYAN PERLER, being of full age, hereby declares and states as follows:

1. I make this declaration in support of Defendant MDx Medical, Inc.'s Motion For Leave To Restrict Access To Documents – Document Nos. 853-2, 853-3, 853-4 and 853-6. Unless otherwise noted, the statements made herein are based on my personal knowledge.

2. I am the Chief Financial Officer of MDx Medical, Inc. ("MDx"). MDx is a private company, based in Lyndhurst, New Jersey.

3. MDx is a leading provider of technology that enables users to search for and obtain information on healthcare providers. This information includes, among other things, the names of doctors, their education, specialties, hospital affiliations and the insurance that they accept. Users can access this information at MDx's website, www.vitals.com (the "MDx Website"). Since January 2008, MDx has owned and operated the MDx Website.

4. Regarding MDx's internal business model and business pitches to potential business partners, MDx generally does not disclose its pricing methodology or other information about its pricing plan to such persons or entities outside of MDx, and has not disclosed the pricing methodology indicated on page 23 of the Dkt. No. 853-2 to anyone outside of MDx not subject to a confidentially agreement.

5. As a small, privately held company, MDx's normal procedures are to limit the disclosure of its pricing methodology to only those management and operational employees with a need to know.

6. There are several competitors to MDx, one of which is Health Grades, and the companies compete for business. Disclosure of MDx's pricing methodology, including in particular the pricing methodology set forth on page 23 of Dkt. No. 853-2, would unfairly provide such competitors with a significant advantage against MDx and knowledge of MDx's confidential business, and thereby potentially damage MDx's business and cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 12, 2014

_____
BRYAN PERLER

2