# EXHIBIT A

(Redacted version of Dkt. # 853-2)



# Vitals' Data & Database

Nov 2013

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0106973



EXHIBIT

15

6/28/14



EXHIBIT

5 (V)

5/15/14 SW

## Today's Agenda:

- The Vitals Data Set

- Patient Ratings

- Pricing Methodology

- Database Options

- Additional Capabilities:

  - Patient Review System
  - Online Appointments

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY



MDX 0106974                2

# The Vitals' Data Set

- Contact Info

- Demographics

- Specialty & Special Expertise

- Educational Background

- Affiliations

- Awards

- Disciplinary Actions

- Publications

- Office Information

- Patient Ratings

- Other Interesting Stuff

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0106975          3

## Vitals Data Set #1: Contact Info

- Primary Address + ongoing updates
  - Additional address
  - Home address (for suppress)
  - Out-of-date addresses

- Address Type (home, office, facility)

- Phone
  - Also: Tracked new patient number

- Fax

- E-mail

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0106976          4

## Vitals Data Set #2: Demographics

- Gender

- Age
  - Birth date

- Years in Practice
  - Ideal # of years in practice

- Degree Type

- Photo

*Legend:* *Quality Metric* *Unique Data Element*

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0106977      5

# Vitals Data Set #3: Specialty & Special Expertise

- Specialty
  - Board Certification (real time from ABMS)

- Sub-Specialty

- Special Expertise
  - From 2,200 MeSh taxonomy disorders & conditions

- Thought Leaders, by Expertise

Legend: *Quality Metric* *Unique Data Element*

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0106978

6

# Vitals Data Set #4: Educational Background

- Medical School attended
  - Graduation year
  - Degree received
  - Quality of School, along w/ key stats
  - Domestic or Foreign institution

- Internship

- Residency

- Fellowship

Legend:   Quality Metric   Unique Data Element

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0106979        7

## Vitals Data Set #5: Affiliations

- Hospital Affiliation
  - Patient Satisfaction scores of hospital
  - Quality Ratings of Hospital, by service line
  - Other facility quality metrics – e.g., Mortality Rate; Complication rate
  - Joint Commission awards

- Group Practice Affiliation
  - With nesting of associated providers
  - Group Quality Score

- Association Membership

- Academic Appointments

- Facility Appointments / Title

- Medical Society (e.g. FACS)    Legend:    Quality Metric   Unique Data Element

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**    MDX 0106980    8

## Vitals Data Set #6: Awards

- America's Top Doctors

- Patient's Choice winners
  - Compassionate Doctor
  - On-Time Doctor

- "Top 10" doctors, by neighborhood
  - Based on patient ratings

- Bridges to Excellence award winners

- America's Leading Experts
  - By disorder & condition

- NCQA Recognition
  - By individual category (5 awards)

*Legend:    Quality Metric   Unique Data Element*

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0106981          9

Case 1:11-cv-00520-RM-BNB   Document 853-12   Filed 08/29/14   USDC Colorado   Page 10 of 53

## Vitals Data Set #7: Disciplinary Actions

- Sanctions & Actions
  - State based
  - With Sanction detail (varies by state)

- OIG Actions

- Malpractice data
  - 15 states, but data is spotty

- License Status

*Legend:   Quality Metric   Unique Data Element*

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0106982        10

## Vitals Data Set #8: Publications

- Peer-Reviewed Publications
    - From reputable, peer-reviewed journals
    - Publication name, date
    - Article abstract
    - Associated "key words"

- Frequency of relevant key words

- Prolific-ness

Legend:   *Quality Metric*   *Unique Data Element*

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**   MDX 0106983   11

# Vitals Data Set #9: Office Information

- Languages Spoken

- Office Hours

- Average Wait Times

- Insurance accepted
  - By practice location
  - By both Plan & product (over 10,000 products)

- Accepting new patients?

*Legend:   Quality Metric   Unique Data Element*

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY         MDX 0106984         12

## Vitals Data Set #10: Other Interesting Stuff

- Referring Physicians
  - Identifies which doctors are "referred to"
  - Identifies to referrals
  - Benchmarked by specialty, by state

- Biography, Personal Statements

- Professional Interests

- Identifiers
  - License number, NPI, DEA, UPIN
  - Allows for easy cross-file matching

- "Look-alike" identification
  - The ~50k doctors with same name in same state

*Legend: Quality Metric  Unique Data Element*

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

vitals

MDX 0106985     13

## The Vitals' Provider Set

Current

* Physicians
* Dentists
* Group Practices
* Urgent Care Centers

Live, & Adding Data

* Hospitals
* Pharmacies (limited)
* Clinics (Ambulatory, Mammography, Fertility, Dialysis)

Upcoming

REDACTED

MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0106986          14

REDACTED

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**



MDX 0106987

## Patient Ratings

- This is a core piece of Vitals IP

- Vitals solicits ratings from its 13 million monthly visitors

- Now more than 3 million ratings on U.S. doctors & dentists – the largest collection out there

- This is the #1 most used feature of the Vitals' site

- Vitals also manages Ratings Systems for numerous health plans





©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY          MDX 0106988          16

## Patient Ratings: Five Part Survey

- Overall Patient Ratings
- Provider attributes (7 different ones)
- Prose comments
- Would You Recommend?
- Average wait times

- Post-survey, users leave their email address
- Different surveys for different provider types

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

**vitals**

MDX 0106989          17

# Patient Ratings: Physician Review



Todd K Rosengart, MD, FACC, FACS
17 Research Way, East Setauket, NY 11733

Tell us about your experience with this doctor.

**Your overall rating for this doctor***

★ ★ ★ ★

**Your Name (optional)**

**Title**

**Your Review**

* indicates field is required

| **What else can you tell us about your experience?** | |
|---|---|
| Date to select range below | |
| The wait time at the office was about | -Select- ▼ |
| Ease of Appointment | ★ ★ ★ ★ |
| Promptness | ★ ★ ★ ★ |
| Courteous Staff | ★ ★ ★ ★ |
| Accurate Diagnosis | ★ ★ ★ ★ |
| Bedside Manner | ★ ★ ★ ★ |
| Spends Time with Me | ★ ★ ★ ★ |
| Follow Up After Visit | ★ ★ ★ ★ |



By clicking Submit, I agree to the Terms of Use.

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

vitals

MDX 0106990          18

# Patient Ratings: Facility Review

How would you rate your experience overall? *

★ ★ ★ ★

**Your Review**

**Summary**

**Your Name**

**Your E-mail**

**Could you tell us more about the visit?**

| The visit ... was about on minutes | ○ 0 - 5 | ○ 5 - 10 | ○ 10 - 15 | ○ 15 - 30 | ○ 30+ |
|---|---|---|---|---|---|
| How would the medical staff address your needs? | ★ ★ ★ ★ | | | | |
| How would you rate the quality of care you received? | ★ ★ ★ ★ | | | | |
| Was the medical staff welcoming and friendly? | ★ ★ ★ ★ | | | | |
| How clean you rate the office's cleanliness? | ★ ★ ★ ★ | | | | |
| Did the office have modern medical equipment? | ★ ★ ★ ★ | | | | |
| How would you rate the overall convenience of your office visit? | ★ ★ ★ ★ | | | | |
| Would you recommend this facility to a friend? | | | | | |

**Submit your Review**

☐ I verify that I have received treatment or services from this office. *

☐ I would like to receive updates about my review and this facility.

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0106991

**vitals**

## Pulling it All Together……

- With this wealth of information, Vitals is able to provide an overall picture of each provider:

1) Overall Quality Rating

   – Algorithm-based score, based on provider type, specialty and multiple weighted Quality Metrics. This score is very helpful for results display

2) Video Profile

   – Computer-generated videos for each provider, extracting juicy snippets of information

   – Auto-updating and allows for provider input

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0106992          20

## Display Algorithm is dynamic, customizable



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0106993

21

## Video Profiles

- Combining the core information of the Profile Page into an engaging, personalized video for each doctor.

- Uses text-to-speech technology, along with database information of 'juicy facts' about the doctor to allow for mass development of the videos.

- Engaging for mobile users

- Customization potential



PATENT PENDING

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**



MDX 0106994          22

## Pricing Methodology:

<span style="color:red">REDACTED</span>

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY





# Database Options

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0106996

Variety of data transport options:

- Custom database for _____, combining internal data + Vitals data + other sources (see next slides for detail)

- API or Web Service dynamic delivery

- Flat file sent to _____ on a periodic basis



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0106997          25

## Building a Custom Database:

<span style="color:red">REDACTED</span>

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0106998

REDACTED

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0106999          27

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY          MDX 0107000          28

REDACTED

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

# Extensive auditing of data from each source

Source listed

Each data record is tagged

Summary of record impact

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0107002

## Data Updating protocols ensure currency of information:

- Critical data changes occur monthly:
  - Certifications, License status, Disciplinary Actions, Sanctions, NCOA
  - Mostly, these are automated data feeds, driving delta files
  - New Patient Choice & NCQA winners are identified monthly

- Data sources with less variability are updated on a 3-6 month cycle:
  - Hospital Affiliations, awards, publications, office info

- Independent quality measures are based on yearly data and updated annually:
  - Medical School ratings, Hospital ratings, Procedure Volumes

- User content (doctor edits & consumer ratings), once they go through the Filter, are immediately posted. Resultant counts & averages all self-adjust.

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**



MDX 0107003          31

## Scalable for performance and high-availability



Master to slave

Scalable for performance and high-availability

Replication Set

Database Loader
- Manages "staleness"
- Data is pulled from the database on demand for freshness
- Loads modified data into replication set
- Data is optimized for retrieval and delivery

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY          MDX 0107004          32

## Delivering the data via API

- Secure access control available via SAML 2.0, SSL client certificates, or local auth over HTTPS
- Common set of methods for data searching, browsing, retrieval, and modification
- Common methods can be overridden and/or extended for Partner-specific business logic
- Data is delivered via JSON or XML formats

### Example API Call

http://api.vitals.com/?key=[MDX_API_KEY]&method=fetch&id=1649369224&ret=PROV.ALL&format=json&jsonp_cb=vitalsCallback

```
<?xml version='1.0' encoding='UTF-8'?>
<response status='ok' elapsed='0.02'>
  <provider id='9999999999'>
    <display_name>Jack Shephard, MD</display_name>
    <last_name>Shephard</last_name>
    <master_name>Jack_Shephard</master_name>
    <familiar_name>Jack</familiar_name>
    <gender>M</gender>
    <display_title>Spinal Surgeon</display_title>
    <url_public>http://www.vitals.com/doctors/Dr_Jack_Shephard.ht
    <practice_affiliation_set>
      <practice_affiliation>
        <practice type='practice/other' is_principal='true'
is_accepting_patients='false'>
          <name>Island Hut</name>
          <provider_practice_id>43720501</provider_practice_id>
```

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

**vitals**

# High sensitivity to Data Security:

- HIPPA security compliance (Optional service)
  - Administrative safeguards - comprehensive set of policies and procedures
    - Information Access
    - Employee classification
    - Security Awareness and Training
    - Internal Auditing
    - Reponses to breach
  - Physical safeguards - controlling physical access to protect against inappropriate access to protected data
    - Physical access restrictions to data center and equipment
    - Disposal of equipment
    - Software and hardware access
  - Technical safeguards - access controls and security transport of data
    - DMZ/Firewall/IDS
    - Hardened servers.
    - Change/patch management with maintenance windows
    - External access is limited to local network via SSH
    - Authentication – SAML, token systems, handshake
    - Encryption – Digital signature (integrity) PKI, SSL
    - Dedicated Network VPN secure tunnel
  - Risk management – risk analysis and mitigation

- Staff
  - CISSPs (Certified Information Systems Security Professional)
  - Veteran VP Security of Merrill Lynch on staff

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0107006          34



Patient Ratings

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY     MDX 0107007

## The Premise:

- Patient reviews & ratings are usually the #1 used element of any Provider Finder

- More reviews = higher user satisfactions

- Current web culture is get/give/gain – review users are also expecting to contribute & be part of the conversation

- Thus, having reviews without allowing user input is a sub-optimal solution



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0107008                    36

## The Solution:

- Vitals has a fully-functional Patient Review System (PRS) that health plans to address this issue

- PRS allows for:
  - Both read & write capability
  - Review moderation
  - Customized question set
  - Provider engagement
  - Ongoing reporting

- Turnkey, outsourced solution

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**



MDX 0107009          37

# Patient Review System Functionality

## Core Functionality

1. Write Reviews
   * Overall, Attributes, Comments
   * Restricted Terms filter
   * Single sign-on for Member
2. Read Reviews
   * Ratings & Reviews
   * Comment, Like reviews by users
   * Ability for users to comment
3. Integration, smoothing of 3rd party review sets
4. API export to other Tools

## Optional Features

5. Comment Moderation
6. Provider Response Tools
   * Proactive Provider Engagement
   * Awards & communications
   * Plus, customer service interface
7. Provider Peer Reviews
8. Access to **Vitals**' review set
9. Customized Question Set
   * Can differ by Provider type



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**   MDX 0107010      38

## Process Flow: "Write" Reviews

      

Member enters site & provides ID that gets passed

Member searches for the Provider they wish to review

Provider found & selected

     

Member enters Review that is posted to DB upon "Submit". Provider is re-confirmed.

Member validation with Plan Member database. Possible visit verification.

Comment mediation. Integrity testing. THEN, posting of review to live database.

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0107011          39

# Once Members log into Plan Site, no add'l log-ins are needed; ID info is posted



Member Logs into Plan Site

Member information is maintained by the Plan Site. Identifiers are transmitted to the PRS to facilitate the tracking of the reviews.

Identifiers transmitted to the PRS via a HTTPs Post include:
* Site ID
* Plan ID
* Member ID
* Session ID
* Provider ID

**PRS Write Review**

The Review and all identifiers transmitted by Plan are stored in to the PRS database.

The PRS Review Locker (optional) allows Members to manage reviews they have posted based on their Member ID.

**PRS Review Locker**

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

vitals

MDX 0107012          40

## "Restricted Terms" Filter

- Certain words are identified to trigger an action when found in the Member review

- Some words (profanity, ethnic slurs) immediately invalidate the user comment.

- For other defined terms, review is flagged and placed in moderation queue

- Moderator can then decide to approve or reject the review, based on Plan's business rules

- This is a customizable feature
  - Plan has option of having all flagged reviews analyzed by employees or having automated system

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

vitals

MDX 0107013          41

## Process Flow: "Read" Reviews



**Member accesses Provider info through multiple entry points**

**Member clicks to view Reviews**

**Plan pulls Review data from Plan part of master database, along with Plan display rules**

**Display of Review data for Member**

**Member is prompted to write their own review. Method may be subtle or intrusive.**

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0107014          42

## Much of ongoing service can be outsourced to Vitals

### Comment Moderation

- Vitals can moderate all prose comments for a Plan.

- These can be based on specific Plan protocols.

- Plan-relevant comments can be forwarded to Plans for review.

- Pricing based on 'piece work' — just pay for required activity.

### Provider Interaction

- Inevitably. Providers who are reviewed poorly will want to talk to somebody at the Plan.

- While there is no legal liability, certain protocols should be followed to ensure proper provider handling, balanced with member privacy.

- Vitals can do it for a Plan, and has expertise in this area — handling 25,000+ interactions.

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0107015          43

## Comment Moderation Process



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0107016

44

## Provider Engagement

- While the PRS is about patients reviewing providers, it is helpful to allow providers to engage.

- The PRS can allow providers to respond to, or complain about, certain comments.

  - Responses can be appended to the Patient Review;

  - Complaints can be sent to moderation.

- This combination greatly reduces provider frustration.



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0107017      45

Case 1:11-cv-00520-RM-BNB   Document 866-2   Filed 08/29/14   USDC Colorado   Page 46 of 54

# Engaging Providers: Some Other Tools





**Communication**



**Recognition**



**Consideration**





**Control**

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0107018          46

Case 1:11-cv-00520-RM-BNB   Document 853-2   Filed 08/29/14   USDC Colorado   Page 47 of 53



# Online Appointments

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY          MDX 0107019

## The Premise:

- Once patients identify the provider they want, the natural next step is to connect with the provider

- A fully-functional Provider Finder should allow for that, rather than forcing the member to exit the system in order to connect with the provider
  - This is the way it works in most other industries

- In addition, the search is not really complete until the member knows whether they can *actually see* the provider of their choice

- A connected online appointment solution (OLA) solves these issues

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

vitals

MDX 0107020          48

## A sea change is happening in this sector:

- Historically, providers have been reluctant to expose their calendar. Plus, multiple PMS has made it expensive & complex to put the inventory on the cloud

- With the requirements of Meaningful Use II, this is changing. PMS vendors are taking the lead
  - Cloud-based PMS are now working with Vitals to bring their inventory to market
  - Over the next 24 months, most non-cloud PMS vendors will stitch their network together and follow suit

- The results is that within 24-36 months, online appointments will be much more widespread. Vitals is on the leading edge of this evolution.

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0107021          49

## Vitals can be the conduit for _____:

- Already aggregating OLA inventory for its consumer web & mobile sites

- Can do direct, dynamic feed to _____, or power the whole process

- Can exist as simple iFrame off _____'s Provider Finder, so the tech lift is light

- Should provide high member satisfaction



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**     MDX 0107022     50

# Structured to the method preferred by the Provider:



Click...
Appointment

Call...

or Book

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0107023    51

# Thank you!



Attn: Mike Edwards
210 Clay Ave.
Lyndhurst, NJ 07071

mike.edwards@vitals.com
201-492-6500

DX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**          MDX 0107025