# EXHIBIT C

(Redacted version of Dkt. # 853-4)

# In The Matter Of:

## *Health Grades, Inc.*
## *vs.*
## *MDX Medical, Inc., et al.*

## *Anthony Bellomo*

## May 15, 2014

## ** *HIGHLY CONFIDENTIAL* **

**MERRILL CORPORATION**
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

EXHIBIT
21
8/28/14

Highly Confidential
Anthony Bellomo    May 15, 2014

30

1  A.  There are technical limitations. So
2  I wouldn't want to answer that offhand.
3  Q.  But technical limitations aside --
4  A.  We control it and so we can determine
5  what goes in it.
6  Q.  "It" meaning Mongo --
7  A.  Yes.
8  Q.  -- Mongo Collection?
9  A.  Yes, yes, yes. But they are
10 different structures and have different technologies
11 and different purposes. So you would have to be
12 constrained by that.
13 Q.  How would you describe the Mongo
14 Collection?
15     MR. STIMPSON: Objection, calls for a
16 narrative.
17 A.  It's a database that is intended for
18 high speed utilization of, you know, websites in
19 terms of accessing data and presenting it.
20 Q.  And how would you describe the Vitals
21 Provider Warehouse?
22     MR. STIMPSON: Same objection, calls
23 for a narrative.
24 A.  It's a relational database that
25 contains in it a data model that has many details

31

1  about the transactions that we use to represent
2  providers.
3  Q.  And when you say, "transactions that
4  we use to represent providers," by that do you mean
5  information collected regarding providers?
6  A.  Correct; and also information
7  derived.

**REDACTED**

18 Q.  Now, information regarding board
19 certification, that is put into the Vitals Provider
20 Warehouse, correct?
21 A.  Yes.
22 Q.  Information regarding licensure is
23 placed into the Vitals Provider Warehouse, correct?
24 A.  Yes.
25 Q.  Information regarding disciplinary

32

1  action information is placed in the Vitals Provider
2  Warehouse, correct?
3  A.  Yes.
4  Q.  Information regarding the medical
5  school a physician graduated from is contained in
6  the Vitals Provider Warehouse, correct?
7  A.  Yes.
8  Q.  Information regarding a physician's
9  medical internship is contained in the Vitals
10 Provider Warehouse, correct?
11 A.  I'd have to check.
12 Q.  Okay. Information containing a
13 physician's medical residency is contained in the
14 Vitals Provider Warehouse, correct?
15 A.  I'd also have to check.
16 Q.  Information regarding a physician's
17 medical fellowship is contained in the Vitals
18 Provider Warehouse, correct?
19 A.  I have to check on all three of them.
20     Actually, I could answer that. I remember
21 now. Yes, the answer to those three is, yes, all
22 three of your last three questions. If you want to
23 repeat them again, I'll answer them.
24 Q.  So medical internship, medical
25 residency and fellowship information regarding the

33

1  physician is contained in the Vitals Provider
2  Warehouse?
3  A.  Correct.
4  Q.  Let's take a look at the -- let's
5  just look back at our accessing paragraph where
6  there is a reference to specialty information and
7  then several categories of information going down to
8  hobbies. Do you see that reference from --
9  A.  Let me read the paragraph and I'll --
10 I see the reference, I just want to see it.
11 Q.  Exhibit 3, Exhibit 3.
12 A.  Yeah, give me a second to read it,
13 please.
14 Q.  Sure.
15 A.  Okay.
16 Q.  Is there information contained --
17 concerning a physician's specialty information
18 contained in the Vitals Provider Warehouse?
19 A.  Yes.
20 Q.  Is information concerning medical
21 philosophy contained in the Vitals Provider
22 Warehouse?
23 A.  To the extent I mentioned before.
24 Q.  Is information concerning a
25 physician's awards contained in the Vitals Provider

9 (Pages 30 to 33)

Highly Confidential
Anthony Bellomo   May 15, 2014

```
                                    34
 1  Warehouse?
 2      A.  Yes.
 3      Q.  Is information concerning a
 4  physician's gender contained in the Vitals Provider
 5  Warehouse?
 6      A.  Yes.
 7      Q.  Is information concerning a
 8  physician's age contained in the Vitals Provider
 9  Warehouse?
10      A.  No.
11      Q.  Is information concerning a
12  physician's years in the profession contained in the
13  Vitals Provider Warehouse?
14      A.  No.
15      Q.  Is information concerning a
16  physician's years in practice contained in the
17  Vitals Provider Warehouse?
18      A.  No.
19      Q.  Is information concerning a
20  physician's years of experience contained in the
21  Vitals Provider Warehouse?
22      A.  Yes.
23      Q.  Is information concerning a
24  physician's date of birth contained in the Vitals
25  Provider Warehouse?

                                    35
 1      A.  Yes.
 2      Q.  Is information concerning a
 3  physician's honors contained in the Vitals Provider
 4  Warehouse?
 5      A.  We have awards and honors, yes.
 6      Q.  Is information concerning a
 7  physician's professional appointments contained in
 8  the Vitals Provider Warehouse?
 9      A.  Yes.
10      Q.  Is information concerning a
11  physician's professional membership contained in the
12  Vitals Provider Warehouse?
13      A.  Yes.
14      Q.  Is information concerning a
15  physician's publications contained in the Vitals
16  Provider Warehouse?
17      A.  Yes.
18      Q.  Is information concerning a
19  physician's languages contained in the Vitals
20  Provider Warehouse?
21      A.  Yes.
22      Q.  Is information concerning a
23  physician's hobbies contained in the Vitals Provider
24  Warehouse?
25      A.  No.
```

```
                                    36
                            REDACTED




                                    37
                            REDACTED










17      Q.  Now, the Vitals website will
18  reference MD after a physician's name, will it not?
19      A.  I don't know.
20      Q.  Can you name any physician who
21  appears on the Vitals website who is not licensed?
22      A.  We can get you that, but I couldn't
23  name it off the top of my head.  And it would be --
24  the licensure would be unknown.  It would be -- it
25  would be a physician for which we do not have
```

10 (Pages 34 to 37)

Highly Confidential
Anthony Bellomo    May 15, 2014

|  | Page 38 |
|---|---|
| 1 | license information. |
| 2 | Q. Explain to me, if you can, how a |
| 3 | physician's name would appear or could appear in the |
| 4 | Vitals Provider Warehouse when that physician is not |
| 5 | licensed. |
| 6 | MR. STIMPSON: Objection to the form, |
| 7 | asked and answered. |
| 8 | You can go ahead. |
| 9 | A. As I already said, we establish a |
| 10 | physician by looking into the SMB and NPI files, |
| 11 | both of them. And if they are present in either one |
| 12 | of those files, then they make their way into the |
| 13 | provider warehouse. At that point, from our point |
| 14 | of view, they're a valid physician and we would |
| 15 | publish them to the website. And if they're a |
| 16 | physician that, you know, has been given to us by |
| 17 | either SMB or NPI, then, you know, they're now part |
| 18 | of our database for publication. |
| 19 | Q. Are you aware of any physicians |
| 20 | listed in any SMB who are not licensed? |
| 21 | A. Am I aware of them? |
| 22 | Q. Yes. |
| 23 | A. Of the 800 something thousand, no. |
| 24 | Q. Isn't it true that in order for an |
| 25 | SMB to collect information regarding a physician, |

|  | Page 39 |
|---|---|
| 1 | the physician must be licensed by that State Medical |
| 2 | Board? |
| 3 | MR. STIMPSON: Objection to the form. |
| 4 | It's speculation. |
| 5 | A. I don't know. |
| 6 | Q. Isn't it true that a physician to |
| 7 | appear in the NPI must either be licensed or have |
| 8 | been licensed to practice medicine? |
| 9 | A. I don't know. |
| 10 | MR. STIMPSON: Objection to the form. |
| 11 | Q. How is licensure used for security |
| 12 | purposes in connection with the Mongo Collection? |
| 13 | A. When a physician wants to claim their |
| 14 | profile and therefore make changes to it, they're, |
| 15 | essentially, saying -- they're representing to the |
| 16 | site that I am this person and so we go through a |
| 17 | security check at that point to try to ascertain |
| 18 | whether or not they really are. |
| 19 | Q. And, as part of that security check, |
| 20 | the physician will provide his state licensure |
| 21 | number? |
| 22 | A. That's one of the things that he |
| 23 | could provide or she could provide. But -- |
| 24 | Q. And if the physician does -- |
| 25 | A. But let me finish answering. |

|  | Page 40 |
|---|---|
| 1 | Q. Sure. |
| 2 | A. But there are other ways for |
| 3 | providing credential information besides licensure |
| 4 | number. As mentioned earlier, you can provide date |
| 5 | of birth. I believe there are three different forms |
| 6 | of identification that we accept to, you know, |
| 7 | validate that you've passed the security part of the |
| 8 | test. |

REDACTED

Page 41

REDACTED

11 (Pages 38 to 41)

Case 1:11-cv-00520-RM-BNB Document 866-4 filed 09/12/14 USDC Colorado Page 5 of 5

Highly Confidential
Anthony Bellomo    May 15, 2014

**Page 142**

1  Q. If a physician has been sanctioned,
2  is the physician eligible to receive a Top Ten
3  Doctor or other award given by MDx?
4  A. I don't know.
5  (Deposition Exhibit CR46, e-mail string MDX
6  0062500 to MDX 0062502 marked Highly Confidential -
7  Attorneys Eyes Only, was marked for identification.)
8  Q. I show you Exhibit 46, an e-mail
9  communication between Jeff Cutler, Erika Boyer and
10 others starting with an e-mail communication from
11 Gina Larson Stoler on the preceding page.
12    Have you seen that e-mail string before?
13 A. No.
14 Q. If you look at the second to the last
15 paragraph on the second page of the exhibit --
16 A. Counsel, let me just read this.
17 Q. Sure.
18    Who is Gina Larson Stoler?
19    MR. STIMPSON: Have you had a chance
20 to review it?
21    THE WITNESS: Yeah.
22 A. She's either a current or a past
23 employee. I don't remember if she's still with the
24 company or not.
25 Q. Okay. Now, she writes in the second

**Page 143**

1  to the last paragraph, Page 2, "I asked because I
2  would like to weed out doctors with sanctions from
3  our top ten polls." Do you see that reference?
4  A. Yes.
5  Q. Do you know if MDx weeded out doctors
6  with sanctions from the top ten ratings that MDx
7  utilized?
8  A. No.
9  Q. You don't know?
10 A. I don't know.
11 Q. Do you see that Boyer then writes
12 about a third of the way down on Page 1, "Just have
13 the doctors with sanctions suppressed from the
14 selects that are run." Do you see that reference?
15 A. Yes.
16 Q. Do you know if that was done?
17 A. No, I do not.
18 Q. Who would be in charge of having that
19 done based upon your knowledge?
20 A. I don't know.
21 Q. Any other information that you've
22 indicated that you were going to gather that you've
23 gathered during our breaks?
24 A. Earlier you had asked about board
25 certification, where we got the information from.

**Page 144**

1  And so we get that from ABMS, that's where we get
2  board certification data from.
3  Q. How did you learn that?
4  A. I spoke to Erika Boyer.
5  She also confirmed that disciplinary action
6  comes from State Medical Board. Medical schools
7  come from many sources. And intern, residency and
8  fellowships come from many sources as well.
9     MR. KOSTOLANSKY: Okay. Let's go
10 ahead and mark those notes as Exhibit 47.
11 (Deposition Exhibit CR47, handwritten list
12 prepared by Mr. Bellomo during a break at
13 deposition, was marked for identification.)
14 Q. These are notes from your discussions
15 with Ms. Boyer?
16 A. Yes.
17 Q. Did she provide you with some
18 examples of the many sources that provide MDx with
19 internship, residency and fellowship information?
20 A. She mentioned that one of the sources
21 was the website from physicians and those would be
22 the ones that we would -- the only ones that we
23 would put on the website if they came from physician
24 supplied data through my Vitals or some other areas.
25 But she also mentioned that, you know, we get this

**Page 145**

1  from a variety of places, but there are rules around
2  how we use it.
3  Q. And what are the variety of places
4  beyond a physician or a physician website with
5  respect to internship, residency and fellowship --
6  A. That's as far as I went with the
7  conversation.
8  Q. After the --
9  A. Can I correct this? This is not the
10 date. This is just -- if you're looking at it
11 afterwards, it's going to look funny.
12 Q. And what is this reference after
13 board certification --
14 A. Only -- only --
15 Q. -- only ABMS?
16 A. Yes.
17 Q. So board certification only comes
18 from ABMS?
19 A. Correct.

**REDACTED**

25 Q. And, for disciplinary action, you