# EXHIBIT D

(Redacted version of Dkt. # 853-6)

| Date | Event |
|---|---|
| July 25, 2011 | HG propounds Interrogatory No. 2 [Doc. 126-3]: state the "basis for any assertions of non-infringement" and "how MDx's Accused Products operate or function differently than the claim element and a particularized statement why a component . . . of Accused Products is not a substantial equivalent to the permanent claim element." |
| August 29, 2011 | MDx's first response to Interrogatory No. 2 re third-party verified information [Doc. 126-4]: "The reports on the MDx website do not include three or more of the information verified by the independent third-party source."<br><br>Regarding creating a report using third-party verified information, MDx states: "The MDx reports do not use all of the compiled information." |
| April 26, 2012 | Judge Boland [Doc. 192] orders MDx to supplement its response to Interrogatory No. 2: "Granted to require MDx to supplement its response to Interrogatory No. 2 to state for each claim element whether MDx's Accused Products provide such an element or an equivalent and, if not, explain how MDx's Accused Products operate or function differently than the claim element." |
| May 10, 2012 | MDx supplemental response to Interrogatory No. 2. Regarding third-party verified information, MDx states: "The MDx website does not display the following information; licensure, disciplinary action information." [Doc. 632-1, p. 6.]<br><br>Regarding the creation of a report using the third-party verified information, MDx acknowledges that licensure and disciplinary action "is obtained from one or more third-party sources." MDx further states: "The MDx reports do not use all of the compiled information." |
| January 3, 2014 | Judge Boland's Sanctions Order [Doc. 711] re healthcare provider verified information -- Finding that MDx's Interrogatory answer is "false" and that its summary judgment argument was "unfounded;" ordering MDx to again respond to Interrogatory No. 2 and permitting Health Grades to file a request to "reopen discovery as it may be necessary to cure any additional prejudice . . . ." |

- 1 -

| Date | Event |
|---|---|
| January 24, 2014 | MDx's third response to Interrogatory No. 2 [Doc. 757.]<br><br>Regarding third-party verified information, MDx states that the website after January 2011 "has not created provider profiles containing or using disciplinary action information" and "has not created provider profiles containing or using licensure information" (with one exception).<br><br>MDx also stated that: "Third, the database used to populate provider profiles called 'Mongo,' (*see* MDX0106987) does not include licensure data. Because the Mongo database does not include licensure information, provider providers (sic) are not created using licensure information." [Doc. 757 at 12.]<br><br>[On May 15, 2014, MDx's corporate representative testified as follows:<br><span style="color:red">REDACTED</span><br><br><br>MDx also states that the "information is not verified if it is subject to such 'disclaimers'."<br><br>[Judge Brimmer issued his Markman Order [Doc. 138]: Regarding third-party verified information, he states: "The patent does not require that third-party information be 'proven' but rather only describes an attempt to substantiate that will provide a patient with 'some assurance that the qualifications of the doctor had been checked by someone' 060 patent col. 8ll. 12-13"] |
| April 30, 2014 | Judge Boland denied Motion for Reconsideration re Sanctions Order [Doc. 784]: "The Motion to Compel made clear exactly what Health Grades was seeking and why, and my Order compelled a full and complete answer to the question. At that point, reliance on the California local rules was unreasonable." |

| Date | Event |
|------|-------|
| May 7, 2014 | MDx's fourth response to Interrogatory No. 2 [Doc. 818-1.] <br><br> Regarding third-party verified information, MDx contends that information from third-party sources includes disclaimers and that the third-party information "is not verified if it is subject to such a disclaimer." <br><br> Regarding creating a report using third-party verified information, MDx again repeats that it is not creating provider profiles containing or using disciplinary action information or licensure information (with the one exception re licensure). <br><br> MDx also states that: "Third, the Vitals.com software code accessing the database used to populate provider profiles (called "Mongo," see MDX0106987, used since January 2013) does not include licensure data, except in certain circumstances for accessing the provider portal. Because the Vitals.com software code accessing the Mongo database does not include licensure information (see exception), provider profiles are not created using licensure information." [Doc. 818-1, p. 12.] <br><br> [As noted above, Mongo Collection includes licensure information.] <br><br> <span style="color:red">REDACTED</span> <br><br> [November, 2013 MDx publication caption "Vitals' data and database" [Corporate rep. depo. Exh. 5] states: "Critical data changes occur monthly: <br><br> • Certifications, license status, disciplinary actions, sanctions MDX0107003.] |

| Date | Event |
| --- | --- |
| August 1, 2014 | E-mail from MDx counsel: "The claim element requires creating a <u>report</u> using this information, not creating an award." [Doc. 818-5.] |
| | [This was the first time since July 25, 2011 when Health Grades propounded its interrogatory to MDx, that MDx took the position that using information to create a piece of information that was displayed in the report is not using information to create a report.] |
| | Counsel for MDx further explained that: "And even the awards are not created using disciplinary action-they are given to the physician when certain criteria are met and there is an <u>absence</u> of disciplinary sanctions." |
| | [Thus, it is MDx's position that using information contained within the MDx computer system to cull out information that would otherwise be displayed in a provider profile is not used in creating a report because the information is removed from the report.] |
| | [There is no absence of licensure information. That information must be present to receive an award.] |
| | [Nevertheless, when MDx's corporate representative was deposed on May 15, 2014, he stated that he did not know whether a physician who had been sanctioned was eligible to receive a top ten doctor award given by MDx.] [Corporate rep. deposition at 142, ln 1-4.] |
| August 21, 2014 | In Ms. Boyer's affidavit, she confirms that medical licensure information is used to cull physicians to determine their eligibility to receive MDx's awards. [Doc. 840-2.] |
| | [On May 15, 2014, MDx's corporate representative testified that "the REDACTED |

- 4 -