Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S RESPONSE TO "MDx MEDICAL, INC.'S MOTION IN LIMINE TO PRECLUDE HEALTH GRADES, INC. FROM MAKING INFRINGEMENT ARGUMENTS NOT IN ITS INFRINGEMENT CONTENTIONS" [DOC. #836]**

**Exhibit B**

**Excerpt from August 28, 2014 hearing in front of Judge Boland**

**[FILED UNDER SEAL]**

2004978315_1