### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

### MDX MEDICAL, INC.'S NOTICE OF INTENT TO REDACT TRANSCRIPT OF HEARING HELD ON AUGUST 28, 2014 BEFORE MAGISTRATE JUDGE BOLAND (DKT. NO. 864)

---

**PLEASE TAKE NOTICE** that Defendant and Counterclaim Plaintiff MDx Medical, Inc., by and through its undersigned counsel, intends to move the Court for redaction of the Transcript of Hearing Held on August 28, 2014 Before Magistrate Judge Boland (Dkt. No. 864). Pursuant to the United States District Court for the District of Colorado's Policy Concerning Electronic Availability and Redaction of Transcripts, effective May 19, 2008, a copy of this Notice is being served on the Transcriber, Ms. Laurel Tubbs of Avery Woods Reporting Service, Inc., by electronic mail, and a separate Motion for Redaction will be served on all parties and the Transcriber within 21 days of the filing of the transcript, *i.e.*, by October 1, 2014.

| | |
|---|---|
| Dated: September 17, 2014 | Respectfully submitted,<br><br>*s:/Scott D. Stimpson*<br>Scott D. Stimpson<br>Trent S. Dickey<br>David C. Lee<br>Vincent M. Ferraro<br>Sills Cummis & Gross P.C.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Tel: (212) 643-7000<br>Fax: (212) 643-6500<br>E-mail: sstimpson@sillscummis.com<br>E-mail: tdickey@sillscummis.com<br>E-mail: dlee@sillscummis.com<br>E-mail: vferraro@sillscummis.com<br><br>*Attorneys for Defendant*<br>MDx Medical, Inc. d/b/a VITALS.COM |

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S NOTICE OF INTENT TO REDACT TRANSCRIPT OF HEARING HELD ON AUGUST 28, 2014 BEFORE MAGISTRATE JUDGE BOLAND (DKT. NO. 864)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                                      *s:/Vincent M. Ferraro*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>September 17, 2014</u>, I have caused a true and correct copy of the foregoing **MDX MEDICAL, INC.'S NOTICE OF INTENT TO REDACT TRANSCRIPT OF HEARING HELD ON AUGUST 28, 2014 BEFORE MAGISTRATE JUDGE BOLAND (DKT. NO. 864)** to be served upon the Transcriber by electronic mail transmission to the following individual:

>Laurel Tubbs
>Avery Woods Reporting Service, Inc.
>455 Sherman Street
>Suite 460
>Denver, CO 80203
>info@averywoods.net

<u>s:/Vincent M. Ferraro</u>