IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

An adequate showing having been made under D.C.COLO.LCivR 7.2,

IT IS ORDERED:

(1)     **MDx's Motion for Leave to Restrict Access** [Doc. # 855, filed 9/4/2014] is

GRANTED as follows:

• The following documents shall be RESTRICTED, Level 1:  Doc. ## 836-1; 836-

2; 836-4.

• The following documents shall not be restricted and shall be open to public

inspection:  Doc. ## 836; 836-3.

(2)     **MDx's Motion for Leave to Restrict Access** [Doc. # 857, filed 9/5/2014] is

GRANTED as follows:

• The following documents shall be RESTRICTED, Level 1: Doc. ## 839-2;

839-4; 839-5; 839-6; 839-7; 841-1; 841-3; 841-7; 841-8; 843; 843-1; 843-2; 843-3; 843-4; 843-

5; 843-6.

&bull; The following documents shall not be restricted and shall be open to public

inspection: Doc. ## 839; 839-1; 839-3; 841; 841-2; 841-4; 841-5; 841-6.


DATED:  September 17, 2014