IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

---

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

An adequate showing having been made under D.C.COLO.LCivR 7.2,

IT IS ORDERED that **MDx's Motion for Leave to Restrict Access** [Doc. # 866, filed 9/12/2014] is GRANTED as follows:

- The following documents shall be RESTRICTED, Level 1:  Doc. ## 853-2; 853-3; 853-4; 853-6.

- The following documents shall not be restricted and shall be open to public inspection:  Doc. ## 853; 853-1; 853-5; 853-7.

DATED:  September 17, 2014