Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S SUPPLEMENTAL FILING IN SUPPORT OF ITS MOTION TO COMPEL AND FOR ADDITIONAL SANCTIONS FOR MDx MEDICAL, INC.'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY [Doc. #818]**

**Exhibit D**

**Excerpt from August 28, 2014 hearing**

**[FILED UNDER SEAL]**

2004986263_1