**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

      Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

**MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO
DOCUMENTS - DOCUMENT NOS. 868, 868-1, 870, 870-1, 871, 871-1, 871-2, 871-7 AND
871-8**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to documents 868, 868-1, 870, 870-1, 871, 871-1, 871-2, 871-7 and 871-8 (hereinafter the "Motion to Restrict"). Dkt. No. 868 is MDx's Opposition to Health Grades, Inc.'s ("Health Grades") Motion to Compel Access to MDx Licensees' Websites ("MDx's Opposition") and Dkt. No. 868-1 is a declaration in support of MDx's Opposition. Dkt. No. 870 is Health Grades' Response to MDx's Motion *In Limine* to Preclude Health Grades from Making Infringement Arguments not in its Infringement Contentions ("HG's Opposition") and Dkt. No. 870-1 is an exhibit to HG's Opposition. Dkt. No. 871 is MDx's Supplemental Opposition to Health Grades' Motion to Compel and for Additional Sanctions ("MDx's

1

Supplemental Opposition") and Dkt. Nos. 871-1, 871-2, 871-7 and 871-8 are exhibits to MDx's Supplemental Opposition.

Regarding document numbers 868, 868-1, 870, 870-1, 871, 871-1, 871-2, 871-7 and 871-8, MDx is submitting proposed, redacted versions of the documents, from which the MDx highly confidential information has been redacted, in the exact same or similar fashion as previously accepted by the Court, to be used for public access.  Therefore, in light of the arguments herein, MDx respectfully requests that access to the unredacted document numbers 868, 868-1, 870, 870-1, 871, 871-1, 871-2, 871-7 and 871-8 remain restricted at Restricted Level 1, and the proposed redacted documents attached hereto be used as replacements for these documents for public access.

Pursuant to *D.C.COLO.LCivR* 7.1(a), MDx's counsel conferred with counsel for Health Grades on September 29, 2014 regarding this Motion to Restrict, and Health Grades has indicated that it takes no position with respect to this Motion to Restrict.

**Discussion**

MDx respectfully requests very limited confidentiality restrictions for document numbers 868, 868-1, 870, 870-1, 871, 871-1, 871-2, 871-7 and 871-8, to redact references in these documents to specific, competitively sensitive, highly confidential and proprietary information regarding MDx's accused website, vitals.com, usage metrics, percentages, internal data and statistics, and internal website operations; data license information; and business relationship information in the identical or similar manner that this Court has previously restricted the same or similar highly confidential information in documents previously filed in this action.

MDx respectfully requests continued restricted access to Dkt. Nos. 868, 868-1, 870, 870-1, 871, 871-1, 871-2, 871-7 and 871-8 as follows below.

**Dkt. Nos. 868-2, 871-3, 871-4, 871-5 and 871-6** – MDx is not requesting restricted access for these documents, and, therefore, restricted access to these documents shall no longer be necessary.

**Dkt. No. 868 and 868-1** – MDx's Opposition and the Declaration of Bryan Perler in support of MDx's Opposition contain the identity of MDx's recent data licensee; terms and conditions of data license agreements entered into by MDx and its data licensees; and discussion regarding the business relationship between MDx and its data licensees, all of which MDx considers to be highly confidential information. *See* Declaration of Erika Boyer, dated Sept. 18, 2012, Dkt. No. 302-5, at ¶¶ 4-10; Declaration of Erika Boyer, dated Oct. 9, 2013, Dkt. No. 622-1, at ¶¶ 4-6; and Declaration of Bryan Perler, dated Aug. 20, 2014, Dkt. No. 834-1, at ¶¶ 4-5. This is competitively sensitive information that MDx does not make public. *See* Dkt. No. 302-5, at ¶¶ 4-10; Dkt. No. 622-1, at ¶¶ 4-6; and Dkt. No. 834-1, at ¶¶ 4-5.    If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products, services, and customer relationships, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising. *See* Dkt. No. 302-5, at ¶¶ 4-10; Dkt. No. 622-1, at ¶¶ 4-6; and Dkt. No. 834-1, at ¶¶ 4-5.  The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 383, 459, 506, 551, 622, 698, 834, 851, 855, 857 and 866) to redact similar highly confidential information from previous documents filed with the Court. *See e.g.*, Court's Orders, Dkt. Nos. 483, 484, 508, 511, 557, 690, 776, 861, 877 and 878.  MDx submits redacted versions of Dkt. Nos. 868 and

868-1 with similar redactions that it previously submitted and the Court has previously approved, attached hereto as Exhibits A and B, respectively.   MDx, therefore, respectfully requests that access to Dkt. Nos. 868 and 868-1 be similarly restricted.

**Dkt. No. 870** – HG's Opposition, which contains highly confidential, proprietary information regarding vitals.com usage metrics and internal data and statistics.   This is competitively sensitive information that MDx does not make public, and represents trade secrets. See Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶¶ 4-5.  If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising. *Id.*  The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, 466, 551, 578, 648, 698 and 768) to redact similar highly confidential information from previous documents filed with the Court.  *See e.g.*, Court's Orders, Dkt. Nos. 483, 508, 557, 586, 690 and 776.  MDx submits a redacted version of Dkt. No. 870 with the same or similar redaction that it previously submitted and the Court has previously approved, attached hereto as Exhibit C. MDx, therefore, respectfully requests that access to Dkt. No. 870 be similarly restricted.

**Dkt. No. 870-1** – Exhibit B to HG's Opposition, which contains transcript portions describing highly confidential, proprietary information regarding how MDx's website vitals.com works internally and about internal MDx website operations.  This is competitively sensitive information that MDx does not make public, and represents trade secrets.  *See* Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶¶ 6-7.  If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx

regarding its data, products and services, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising. *Id.* The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, 466, 551, 578, 648, 768, 773 and 798) to redact similar information from public access. *See e.g.*, Court's Orders, Dkt. Nos. 483, 508, 557, 586, 690, 776 and 801. MDx submits a redacted version of Dkt. No. 870-1 with similar redactions that it previously submitted and the Court has previously approved, attached hereto as Exhibit D. MDx, therefore, respectfully requests that access to Dkt. No. 870-1 be similarly restricted.

**Dkt. No. 871** - MDx's Supplemental Opposition, which contains highly confidential, proprietary information regarding how MDx's website vitals.com works internally and about internal MDx website operations. This is competitively sensitive information that MDx does not make public, and represents trade secrets. *See* Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶¶ 6-7. If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising. *Id.* The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, 466, 551, 578, 648, 768, 773 and 798) to redact similar information from public access. *See e.g.*, Court's Orders, Dkt. Nos. 483, 508, 557, 586, 690, 776 and 801. MDx submits a redacted version of Dkt. No. 871 with similar redactions that it previously submitted and the Court has previously approved, attached hereto as Exhibit E. MDx, therefore, respectfully requests that access to Dkt. No. 871 be similarly restricted.

**Dkt. No. 871-1, 871-8** – Declarations in support of MDx's Supplemental Opposition, which describe highly confidential, proprietary information regarding how MDx's website vitals.com works internally and about internal MDx website operations.  This is competitively sensitive information that MDx does not make public, and represents trade secrets.  *See* Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶¶ 6-7.  If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising. *Id.* The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, 466, 551, 578, 648, 768, 773 and 798) to redact similar information from public access.  *See e.g.*, Court's Orders, Dkt. Nos. 483, 508, 557, 586, 690, 776 and 801.  MDx submits redacted versions of Dkt. No. 871-1 and 871-8 with similar redactions that it previously submitted and the Court has previously approved, attached hereto as Exhibits F and G.  MDx, therefore, respectfully requests that access to Dkt. No. 871-1 and 871-8 be similarly restricted.

**Dkt. No. 871-2, 871-7** – Exhibits J and O to MDx's Supplemental Opposition, which contains transcript portions describing highly confidential, proprietary information regarding how MDx's website vitals.com works internally and about internal MDx website operations. This is competitively sensitive information that MDx does not make public, and represents trade secrets.  *See* Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶¶ 6-7.  If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products and services, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly

advertising. *Id.* The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, 466, 551, 578, 648, 768, 773 and 798) to redact similar information from public access. *See e.g.*, Court's Orders, Dkt. Nos. 483, 508, 557, 586, 690, 776 and 801.  MDx submits redacted versions of Dkt. No. 871-2 and 871-7 with similar redactions that it previously submitted and the Court has previously approved, attached hereto as Exhibits H and I.  MDx, therefore, respectfully requests that access to Dkt. No. 871-2 and 871-7 be similarly restricted.

## Conclusion

For the foregoing reasons, MDx respectfully requests that the Court grant this motion for continued restrictions of access to Document Nos. 868, 868-1, 870, 870-1, 871, 871-1, 871-2, 871-7 and 871-8, at a Level 1 restriction, and to use the attached, redacted exhibits as public access versions for these documents.

Dated:  September 29, 2014                          Respectfully submitted,

                                                    *s:/Scott D. Stimpson*
                                                    Scott D. Stimpson
                                                    Trent S. Dickey
                                                    David C. Lee
                                                    Vincent M. Ferraro
                                                    Sills Cummis & Gross P.C.
                                                    101 Park Avenue
                                                    New York, New York 10178
                                                    Tel: (212) 643-7000
                                                    Fax: (212) 643-6500
                                                    E-mail: sstimpson@sillscummis.com
                                                    E-mail: tdickey@sillscummis.com
                                                    E-mail: dlee@sillscummis.com
                                                    E-mail: vferraro@sillscummis.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NOS. 868, 868-1, 870, 870-1, 871, 871-1, 871-2, 871-7 AND 871-8** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

*s:/David C. Lee*