# Exhibit A

(Redacted Version of Dkt. No. 868)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S OPPOSITION TO HEALTH GRADES, INC.'S MOTION TO COMPEL ACCESS TO MDX MEDICAL INC. LICENSEES' WEBSITES**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits this Opposition to Health Grades, Inc.'s ("Health Grades") Motion To Compel Access to MDx Medical Inc.'s Licensees' Websites [Dkt. # 841/843, the "Motion"].

**I.     INTRODUCTION**

The Motion seeks access to websites of MDx customers – companies that are not parties to this case: Castlight, HealthPartners, and  REDACTED  . Portions of these websites are public and are accessible to anyone on the Internet. Other portions of these websites ("login-required areas") are accessible only after submitting login credentials to the websites.

MDx does not have login credentials for these websites or access to the login-required areas. MDx informed Health Grades counsel in July that MDx generally does not have logins for customer websites. *See* Dkt. # 843-6 ("AS WE MENTIONED, GENERALLY SITE

LOGINS ARE NOT UNDER OUR CONTROL") (emphasis original). Health Grades alleges that MDx has login access because of the agreed work between MDx and the non-party companies. *See* Dkt. # 843-1, 843-2, 843-3. But these allegations are incorrect. *See* Declaration of Bryan Perler ("Perler Declaration").

## II. CASTLIGHT AGREEMENT

The Castlight Agreement is a data licensing agreement in which MDx agreed to license certain of its data to Castlight for the REDACTED *See* Dkt. 843-3. The agreement was signed July 3, 2013. *Id.*, at 12.

MDx did provide data to Castlight under the agreement. Perler Declaration, ¶ 3. But providing data to Castlight did not require MDx to have login credentials for the Castlight website or access to login-required areas. *Id.*, ¶ 4. Additionally, REDACTED

(the only place that had MDx data under the agreement). *Id.,* ¶ 5. This written notice has been produced to Health Grades counsel under Bates label MDX 0145641.

Because MDx has no login credentials for the Castlight website or access to login-required areas, and because REDACTED , the request to compel access to the Castlight website should be denied.

## III. HEALTHPARTNERS AGREEMENT

The HealthPartners Agreement is a REDACTED

*See* Dkt. 843-2.

2

REDACTED

Perler Declaration, ¶ 7. REDACTED did not require MDx to have any login credentials or access to login-required portions of the HealthPartners website. *Id.*, ¶ 8. Furthermore, the HealthPartners website states it is "powered by Healthline", which is another company (not MDx). *See* Exhibit A. Thus, MDx simply does not have login credentials or access to login-required areas of the HealthPartners website. *Id.*, ¶ 8.

Because MDx has no login credentials for the HealthPartners website or access to login-required areas, and because another company powers the HealthPartners website, the request to compel access to the HealthPartners website should be denied.

**IV.** REDACTED

REDACTED

Health Grades seeks access to login-required areas of the REDACTED website, but MDx does not have such access. The login authentication feature is handled outside of MDx servers, and is not handled by MDx. *Id.*, ¶ 11. MDx can see the software code for the services

3

and applications because MDx hosts them, but looking at software code does not show actual display screens of what a user would see when logged in.[1] *Id.*, ¶ 12. This is much like seeing the audio programming on a record, but not being able to hear the music without playing the record on a record player. Health Grades' counsel would like to hear the music, but MDx simply does not have login credentials for the live REDACTED website, and without login credentials, MDx has no access to the live display screens. *Id.*, ¶ 11-12.

Accordingly, the request to compel access to the REDACTED website should be denied.

## V. CONCLUSION

For all the foregoing reasons, MDx respectfully requests that the Court deny Health Grades' motion to compel access to MDx licensees' websites.

Dated: September 15, 2014                              Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                                      Terence Ridley, Atty. No. 15212
Trent S. Dickey                                        Wheeler Trigg O'Donnell LLP
David C. Lee                                           370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                     Denver, Colorado 80202
Sills Cummis & Gross P.C.                              Tel: (303) 244-1800
30 Rockefeller Plaza                                   Fax: (303) 244-1879
New York, New York 10112                               E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                                    *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com                      MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

---

[1] The parties agreed not to seek source code in this case (*see* dkt. # 192, p.2). This agreement is still ongoing.

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S OPPOSITION TO HEALTH GRADES' MOTION TO COMPEL ACCESS TO MDX MEDICAL INC.'S LICENSEES' WEBSITES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com


    *s:/David C. Lee*

5