# Exhibit B

## (Redacted Version of Dkt. No. 868-1)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

     Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

     Defendant.

---

## DECLARATION OF BRYAN PERLER

---

BRYAN PERLER, being of full age, hereby declares and states as follows:

1.     I make this declaration in support of Defendant MDx Medical, Inc.'s Opposition to Health Grades Motion to Compel (dkt. #841/843). Unless otherwise noted, the statements made herein are based on my personal knowledge.

2.     I am the Chief Financial Officer of MDx Medical, Inc. ("MDx"), and my responsibilities include overseeing this litigation.

Castlight Agreement

3.     MDx entered into an agreement with Castlight signed July 3, 2013, for Castlight to license certain MDx data for its    REDACTED    This agreement is at Dkt. # 843-3. MDx has delivered data to Castlight under this agreement.

Case 1:11-cv-00520-RM-BNB Document 868-1 Filed 09/19/14 USDC Colorado Page 2 of 4

4.      Delivering data to Castlight did not require MDx to have login credentials or access to any login-required areas of the Castlight website.  Accordingly, MDx does not have such login credentials or access.

5.      Furthermore, for business reasons,                    REDACTED

### HealthPartners Agreement

6.      MDx entered into an agreement with HealthPartners for MDx to deploy a REDA CTED

s.  This agreement is at Dkt. # 843-2.

7.      For  business  reasons,                    REDACTED

.

8.      Giving HealthPartners access to a        REDACTED        did not require MDx to have any login credentials or access to any login-required areas of the HealthPartners website.  Accordingly, MDx does not have such login credentials or access.

REDACTED

9.      MDx entered into an agreement with            REDACTED

.  The agreement is at dkt. # 843-1.

2

10.                                    REDACTED



                                                        .

11.    Other portions of the      REDACTED      website are not developed or hosted by

MDx, including the login authentication portion in the      REDACTED      website.  The login

authentication portion of the      REDACTED      website is handled outside of MDx servers, and

MDx does not possess any login credentials for live access to the      REDACTED      website.

12.    Because MDx servers host the live access to the services and applications, MDx

can see the software code for the hosted services and applications.  But looking at software code

does not show actual display screens of what a user would see, nor the data that would be

retrieved by web services software code.  Without login credentials, MDx has no live access to

the display screens of the login-required areas.

13.    MDx maintains separate servers for pre-live development and testing of the

services and applications.  These development and testing servers are regularly loaded with data

that may differ from data used by the live      REDACTED      website and may contain

developmental software code that are not yet live in the      REDACTED      website.  Therefore,

the pre-live development and testing servers may or may not contain the same data and software

code as the live      REDACTED      website.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Executed on September 15, 2014          _____

                                                                BRYAN PERLER