# Exhibit G

(Redacted Version of Dkt. No. 871-8)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**DECLARATION OF ERIKA BOYER**

ERIKA BOYER, being of full age, hereby declares and states as follows:

1. I make this declaration in support of Defendant MDx Medical, Inc.'s ("MDx"), Supplemental Opposition to Health Grades' Motion to Compel and For Additional Sanctions (Dkt. #818). Unless otherwise noted, the statements made herein are based on my personal knowledge.

2. I am one of the founding individuals of MDx and currently my title with MDx is Vice President, Data Operations.

3. The PowerPoint relied on by Health Grades, Inc. ("Health Grades"), titled "Where Consumers Become Patients" and bates-stamped MDx 0012057-0012110, to show that MDx uses data verified by an independent third-party source in its provider profiles is undated.

Case 1:11-cv-00520-RM-BNB Document 888-7 filed 09/29/14 USDC Colorado pg 3 of 4

However, it is my belief that the PowerPoint predates the July 2010 issue date of the '060 patent because, at MDx 0012101, the PowerPoint only has data up to January of 2010, and, as shown on MDx 0012083, the PowerPoint references the "compare" feature that was eliminated from the vitals.com website in January of 2011.

4. The "Top Doctor" ratings and the "Top Doctor" candidates identified in the PowerPoint at MDx 0012068 are not awards. They reference provider scores that were created by MDx based on Castle Connolly's "Top Doctor" awardees profiles. Castle Connolly is an unrelated company. In 2009, MDx utilized the Castle Connolly branded awardee profiles and created a reverse algorithm to score providers nationally ("Quality Score").

5. The overall Quality Score referenced in the PowerPoint at MDx 0012068 is (and was) not published, and it is (and was) never included in any provider profile. Instead, it is used to help order a results list when a user inputs search terms.

6. In 2009, MDx did create a "Top Doctor" award also based on Castle Connolly branded "Top Doctor" award profiles. This award was completely different from the MDx's "Top Ten Doctor" award. Castle Connolly had limited its award to providers in the New York Metropolitan area, but MDx applied Castle Connolly's methodology to nine other states.

7. MDx did not create new "Top Doctor" awards after 2009 because the results were not satisfactory. However, the "Top Doctor" awards MDx created in 2009 were likely on vitals.com through 2010, but possibly into 2011.

8. There is apparent confusion about where the provider's licensure information received by MDx is stored on MDx's system and MDx's use of the licensure information in its provider profiles. In MDx's second supplemental response to Health Grades' Interrogatory No. 2, which I verified, MDx incorrectly indicates that the Mongo database does not include

2

licensure data. However, MDx corrected that statement in its third supplemental response to Health Grades' Interrogatory No. 2, which I also verified, by stating that it is the vitals.com software code – not the Mongo database – that does not include licensure data. This is consistent

**REDACTED**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2014   _____
                                                    ERIKA BOYER

3