# Exhibit I

(Redacted Version of Dkt. No. 871-7)

# EXHIBIT O

# In The Matter Of:

## *Health Grades, Inc.*
## *vs.*
## *MDX Medical, Inc., et al.*

_____

## *Anthony Bellomo*

## *May 15, 2014*

_____

## ** *HIGHLY CONFIDENTIAL* **

**MERRILL CORPORATION**
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

1

"H I G H L Y   C O N F I D E N T I A L"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,                :
        Plaintiff,            :
                              :
        v.                    :
                              :
MDX MEDICAL, INC., d/b/a            :
VITALS.COM,                         :
        Defendant.            :

    Transcript of the videotape deposition of ANTHONY BELLOMO, called for Oral Examination in the above-captioned matter, said deposition taken by and before SILVIA P. WAGE, a Certified Shorthand Reporter, Certified Realtime Reporter, Registered Professional Reporter, and Notary Public for the States of New Jersey, New York, Pennsylvania and Delaware, at the offices of SILLS CUMMIS & GROSS, P.C., The Legal Center, One Riverfront Plaza, Newark, New Jersey, on Thursday, May 15, 2014, commencing at 8:05 a.m.

Highly Confidential
Anthony Bellomo    May 15, 2014

### Page 34

1  Warehouse?
2     A.   Yes.
3     Q.   Is information concerning a
4  physician's gender contained in the Vitals Provider
5  Warehouse?
6     A.   Yes.
7     Q.   Is information concerning a
8  physician's age contained in the Vitals Provider
9  Warehouse?
10    A.   No.
11    Q.   Is information concerning a
12 physician's years in the profession contained in the
13 Vitals Provider Warehouse?
14    A.   No.
15    Q.   Is information concerning a
16 physician's years in practice contained in the
17 Vitals Provider Warehouse?
18    A.   No.
19    Q.   Is information concerning a
20 physician's years of experience contained in the
21 Vitals Provider Warehouse?
22    A.   Yes.
23    Q.   Is information concerning a
24 physician's date of birth contained in the Vitals
25 Provider Warehouse?

### Page 35

1     A.   Yes.
2     Q.   Is information concerning a
3  physician's honors contained in the Vitals Provider
4  Warehouse?
5     A.   We have awards and honors, yes.
6     Q.   Is information concerning a
7  physician's professional appointments contained in
8  the Vitals Provider Warehouse?
9     A.   Yes.
10    Q.   Is information concerning a
11 physician's professional membership contained in the
12 Vitals Provider Warehouse?
13    A.   Yes.
14    Q.   Is information concerning a
15 physician's publications contained in the Vitals
16 Provider Warehouse?
17    A.   Yes.
18    Q.   Is information concerning a
19 physician's languages contained in the Vitals
20 Provider Warehouse?
21    A.   Yes.
22    Q.   Is information concerning a
23 physician's hobbies contained in the Vitals Provider
24 Warehouse?
25    A.   No.

### Page 36

REDACTED

### Page 37

REDACTED

17    Q.   Now, the Vitals website will
18 reference MD after a physician's name, will it not?
19    A.   I don't know.
20    Q.   Can you name any physician who
21 appears on the Vitals website who is not licensed?
22    A.   We can get you that, but I couldn't
23 name it off the top of my head. And it would be --
24 the licensure would be unknown. It would be -- it
25 would be a physician for which we do not have

10 (Pages 34 to 37)