**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

      Plaintiff,

  v.

MDx MEDICAL, INC., d/b/a VITALS.COM,

      Defendant.

---

**ENTRY OF APPEARANCE – TAMARA F. GOODLETTE**

---

Pursuant to D.C.COLO.LCivR 11.1(a), Tamara F. Goodlette enters her appearance as counsel for the Plaintiff HealthGrades, Inc.

Respectfully submitted this 1st day of October, 2014.

    *s/Tamara F. Goodlette*
    Gregory B. Kanan
    Kris J. Kostolansky
    Tamara F. Goodlette
    Adam L. Massaro
    LEWIS ROCA ROTHGERBER LLP
    1200 17th Street, Suite 3000
    Denver, CO  80202-5855
    Tel:    303.623.9000
    Fax:    303.623.9222
    gkanan@lrrlaw.com
    kkosto@lrrlaw.com
    tgoodlette@lrrlaw.com
    amassaro@lrrlaw.com

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 1st day of October, 2014, I filed electronically the foregoing **ENTRY OF APPEARANCE – TAMARA F. GOODLETTE** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
SILLS CUMMIS & GROSS P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
sstimpson@sillscummis.com
vferraro@sillscummis.com
dlee@sillscummis.com
tdickey@sillscummis.com

*Attorneys for Defendant*

Terence M. Ridley, Esq.
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
ridley@wtotrial.com

*Attorneys for Defendant*

       *s/Tamara F. Goodlette*
       Tamara F. Goodlette

2004999407_1