**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC'S MOTION FOR REDACTION OF TRANSCRIPT OF MOTIONS HEARING HELD ON AUGUST 28, 2014 BEFORE MAGISTRATE JUDGE BOLAND - DOCUMENT NO. 864**

---

    Defendant MDx Medical, Inc. ("MDx"), by the undersigned counsel, pursuant to the Court's Policy Concerning Electronic Availability and Redaction of Transcripts, effective May 19, 2008, hereby moves for redaction of the transcript of the Motions Hearing held August 28, 2014 [Dkt. #864] (the "Motion").

    Pursuant to D.C.COLO.LCivR 7.1(a), counsel for MDx conferred with counsel for Health Grades, Inc. ("Health Grades") on this Motion on October 1, 2014.  Counsel for Health Grades indicated that Health Grades takes no position with respect to this Motion.

    The Court held a hearing on August 28, 2014, on MDx's motions to compel [Dkt. #811] and amend its invalidity contentions [Dkt. #814] and Health Grades' motion to compel and for additional sanctions [Dkt. #818].  The transcript of the hearing was posted on September 10, 2014, at Dkt. #864.  Pursuant to the Court's Policy Concerning Electronic Availability and

1

Redaction of Transcripts § II(E), a party must move the Court for redaction by motion served on all the parties and the court reporter or transcriber within 21 days from the posting of the transcript, *i.e.*, by October 1, 2014.

MDx hereby requests redaction of its highly confidential, proprietary information regarding how MDx's website, vitals.com, works internally and about internal MDx website operations mentioned in the motions hearing transcript (Dkt. #864) as follows:

- page 71, line 24: "follows:  [REDACTED]"
- page 71, line 25: "[REDACTED]"
- page 72, line 1: "[REDACTED]"
- page 72, line 2: "[REDACTED].  So now we have an interrogatory"
- page 75, line 25: "Okay.  [REDACTED]"
- page 76, lines 1-9: "[REDACTED]"
- page 76, line 10: "[REDACTED].  Now, in fact, all the disciplinary"
- page 81, lines 19-22: "[REDACTED]"
- page 81, line 23: "[REDACTED].  So now we"

MDx is a private company and does not publicly disclose how its website works internally or information about its website's internal operations. *See* Declaration of Erika Boyer, dated October 10, 2012, Dkt. #322-1, at ¶5-7.  If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data and products and services, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising.  *Id.*  The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 322, 353, 400, 459, 466, 551, 578, 648, 768, 773, 798 and

866) to redact the exact same or very similar information from public access. *See e.g.*, Court's Orders, Dkt. Nos. 483, 508, 557, 586, 690, 776, 801 and 878.

## **CONCLUSION**

For the foregoing reasons, MDx requests that the Court grant this Motion and order that Document No. 864 be redacted as requested above herein.

Pursuant to the Court's Policy Concerning Electronic Availability and Redaction of Transcripts, a copy of this Motion is being served on the Court Reporter/Transcriber Ms. Laurel Tubbs by electronic mail.

Dated:  October 1, 2014                                         Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson
Trent S. Dickey
David C. Lee
Vincent M. Ferraro
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2014, I electronically filed the foregoing **MDX MEDICAL, INC'S MOTION FOR REDACTION OF TRANSCRIPT OF MOTIONS HEARING HELD ON AUGUST 28, 2014 BEFORE MAGISTRATE JUDGE BOLAND - DOCUMENT NO. 864** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com


                                    _s:/Vincent M. Ferraro_

4

5

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>October 1, 2014</u>, I have caused a true and correct copy of the foregoing **MDX MEDICAL, INC'S MOTION FOR REDACTION OF TRANSCRIPT OF MOTIONS HEARING HELD ON AUGUST 28, 2014 BEFORE MAGISTRATE JUDGE BOLAND - DOCUMENT NO. 864** to be served upon the Court Reporter/Transcriber by electronic mail transmission to the following individual:

    Laurel Tubbs
    Avery Woods Reporting Service, Inc.
    455 Sherman Street
    Suite 460
    Denver, CO 80203
    info@averywoods.net

*s:/Vincent M. Ferraro*