# EXHIBIT H

# Vincent M. Ferraro

| | |
|---|---|
| **From:** | Kostolansky, Kris J. <kkosto@lrrlaw.com> |
| **Sent:** | Tuesday, August 19, 2014 10:50 AM |
| **To:** | Scott D. Stimpson |
| **Cc:** | Massaro, Adam; Kanan, Greg; 'kstoll-debell@merchantgould.com'; Trent Dickey; David C. Lee; Vincent M. Ferraro |
| **Subject:** | RE: Motion to preclude HG infringement arguments |

Scott,  we disagree with your position and will oppose this portion of MDx's motion also.


**Kris J. Kostolansky, Partner**
**Lewis Roca Rothgerber LLP |**
**1200 17th St Suite 3000 | Denver, CO 80202-5855**
**(T) 303.628.9515 | (F) 303.623.9222**
kkosto@lrrlaw.com | www.LRRLaw.com

---

**From:** Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent:** Monday, August 18, 2014 8:09 AM
**To:** Kostolansky, Kris J.
**Cc:** Massaro, Adam; Kanan, Greg; 'kstoll-debell@merchantgould.com'; Trent Dickey; David C. Lee; Vincent M. Ferraro
**Subject:** RE: Motion to preclude HG infringement arguments

Kris, we are adding two additional issues to this motion:  precluding HG from making any arguments relating to the "approve" button; and precluding HG from arguing that some claim elements of claim 15 can be actually met while others are met by capability alone. Neither of these arguments are in the HG Infringement Contentions, and HG has never moved to amend.

Please confirm that HG opposes these additional parts of the motion, too.

Thank you.
Scott

**Scott D. Stimpson**
Chairman of the Intellectual Property Group



**website | bio | vCard | newsroom | email**

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1550 | f (212) 643-6500 **map**

---

**From:** Kostolansky, Kris J. [mailto:kkosto@lrrlaw.com]
**Sent:** Tuesday, August 12, 2014 5:31 PM
**To:** Scott D. Stimpson
**Cc:** Massaro, Adam; Kanan, Greg; 'kstoll-debell@merchantgould.com'; Trent Dickey; David C. Lee; Vincent M. Ferraro
**Subject:** Re: Motion to preclude HG infringement arguments

Scott, you are correct that we will oppose the proposed motion, some of our reasoning is addressed in the pending motion to compel and for additional sanctions.

Kris J. Kostolansky, Partner
Lewis Roca Rothgerber LLP
1200 17th St Suite 3000 Denver,CO 80202-5855
(T)303.628.9515 (F)303.623.9222
kkosto@lrrlaw.com www.LRRLaw.com

---

**From**: Scott D. Stimpson [mailto:sstimpson@sillscummis.com]
**Sent**: Tuesday, August 12, 2014 08:15 AM Mountain Standard Time
**To**: Kostolansky, Kris J.
**Cc**: Massaro, Adam; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) (kstoll-debell@merchantgould.com) <kstoll-debell@merchantgould.com>; Vazquez, Jesus; Trent Dickey <TDICKEY@sillscummis.com>; David C. Lee <dlee@sillscummis.com>; Vincent M. Ferraro <vferraro@sillscummis.com>
**Subject**: Motion to preclude HG infringement arguments

Kris:

We intend to file this week a motion to preclude Health Grades from making any infringement arguments at trial related to the creation of awards, including use of disciplinary and licensure information in that connection.  In the alternative, MDx will request leave to brief claim construction of the meaning of the language about creating a report.

The bases for the motion are found in the Patent Rules.  Specifically, since this infringement argument is found nowhere in the HG infringement contentions, HG may only assert it on a showing of diligence and good cause, made by timely motion.  HG has known of these underlying facts for many months, and has never moved to amend its infringement contentions to add this argument.

We understand from our prior discussions that HG opposes this motion.  If we are mistaken, please let us know by Wednesday close of business, EST.

Thank you.
Scott

**Scott D. Stimpson**
Chairman of the Intellectual Property Group



**website | bio | vCard | newsroom | email** 

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1550 | f (212) 643-6500 **map**

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage

arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

---

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

---

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.