IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Courtroom Deputy:  Cathy Pearson     Date: October 3, 2014
Court Reporter:    Tammy Hoffschildt

**Civil Action No.  11-cv-00520-RM-BNB**

| Parties | Counsel |
|---|---|
| HEALTH GRADES, INC., | Kris J. Kostolansky |
|  | Kirstin L. Stoll-DeBell |
| Plaintiff, | Adam Massaro |
| v. |  |
| MDX MEDICAL, INC., d/b/a VITALS.COM, | Scott D. Stimpson |
|  | Terence M. Ridley |
| Defendant. |  |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**Court in session:   2:59 p.m.**

Court calls case.  Appearances of counsel.

Discussion held regarding the status of the case and pending motions.

**ORDERED:**  A one-day *Festo* hearing is set for **October 10, 2014, at 9:30 a.m.**

Counsel are advised to contact the Courtroom Deputy, Cathy Pearson, at (303)335-2089 if they wish to use the courtroom technology to present exhibits during the hearing.  The Court directs counsel to provide paper copies in a notebook of any exhibits to be presented electronically.

**Court in recess:    3:15 p.m.**

**Total in court time**:   00:16
**Hearing concluded.**