IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


An adequate showing having been made under D.C.COLO.LCivR 7.2,

IT IS ORDERED that **MDx's Motion for Leave to Restrict Access** [Doc. # 888, filed

9/29/2014] is GRANTED and the following documents shall be RESTRICTED, Level 1:

Doc. ## 868; 868-1; 870; 870-1; 871; 871-1; 871-2;871-7; and 871-8.


DATED:  October 6, 2014