IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com,

Defendant.

_____

**ORDER**
_____

This matter arises on **MDx's Motion to File Response to Health Grade's Supplemental Filing** [Doc. # 884, filed 9/26/2014] (the "Motion to File Second Supplemental Response"), which is DENIED.

The relevant blizzard of paper began with Health Grade's Motion to Compel and for Additional Sanctions [Doc. # 817] (the "Motion to Compel and for Sanctions"). That motion is 15 pages long and is accompanied by 1/2 inch of attachments. MDx filed an opposition [Doc. # 839] which is 17 pages long and accompanied by more than 1/2 inch of attachments. On August 28, 2014, I held a hearing on the Motion to Compel and for Sanctions and heard argument for nearly two hours. During the argument, the parties presented an additional 5/8 inch of exhibits. Health Grade's oral argument in support of the Motion to Compel and for Sanctions varied from the arguments advanced in its brief and, at MDx's request, I allowed MDx to file a supplemental response in opposition to the Motion to Compel and for Sanctions and I allowed Health Grades to file a supplemental reply. Minute Order [Doc. # 860]. MDx's supplemental response [Doc. #

871] was filed on September 15, 2014, and includes 18 pages of argument and 1/2 inch of attachments. Health Grades filed its supplemental reply [Doc. # 881] on September 22, 2014, which includes 16 pages of argument and 1/8 inch of attachments.

The Motion to Compel and for Sanctions has been briefed and argued to death. But in this case, now totaling 898 docket entries, too much is never enough. My consideration of the Motion to Compel and for Sanctions would not be materially assisted by any additional argument or exhibits, and nothing contained in the Motion to File Second Supplemental Response persuades me otherwise.

IT IS ORDERED that the Motion to File Second Supplemental Response [Doc. # 884] is DENIED.

Dated October 6, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge