**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

**HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO MDX MEDICAL, INC.'S OBJECTIONS TO MAGISTRATE
BOLAND'S ORDER DENYING THE MOTION TO AMEND INVALIDITY
CONTENTIONS AND THE MOTION TO COMPEL A SEARCH FOR NCQA
MATERIALS [Doc. #879]**

---

Plaintiff Health Grades, Inc. ("Health Grades") respectfully submits this Unopposed

Motion for Enlargement of Time to Respond to Defendant MDx Medical, Inc.'s ("MDx") [Doc.

#879] ("Rule 72 Objections").

1.      Pursuant to Local Rule D.C.COLO.LCivR 7.1(a), Health Grades has conferred

with opposing counsel.  MDx has no objection to the relief requested herein.

2.      Health Grades' response to MDx's Rule 72 Objections is due on October 9, 2014.

3.      On October 3, 2014, this Court set a hearing on MDx's request to set a "Festo

Hearing" for October 10, 2014.  [Order Doc. #896.]  Preparing for the hearing on short notice

will cut into the time counsel had allocated to respond to the Rule 72 Objections.  The parties

also finalized and exchanged detailed supplemental expert reports for both their technical and

damages experts on October 6, 2014.  Preparing a response to MDx's seventeen-page Rule 72

2005009786_1

Objections on issues that it characterizes as dispositive will take significant time.  [Doc. #879 p. 3.]

4.       In light of the need to dedicate time to preparing for Friday's hearing and responding to MDx's Rule 72 Objections, Health Grades requests a three business-day enlargement of time to file a response to the Rule 72 Objections, through and including October 14, 2014.

5.       A copy of this motion for enlargement of time has been served upon Health Grades pursuant to D.C.COLO.LCivR 6.1(c).

6.       A proposed order is filed herewith in .pdf format and has also been e-mailed as a Word document to Chambers.

WHEREFORE, Health Grades respectfully requests that it be given through and including October 14, 2014 to respond to the Rule 72 Objections [Doc. #879].

Respectfully submitted October 7, 2014.

LEWIS ROCA ROTHGERGER LLP

*/s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, CO  80202
Tel:    (303) 623-9000
Fax:    (303) 623-9222
Email: gkanan@lrrlaw.com
          kkosto@lrrlaw.com
          amassaro@lrrlaw.com
*Attorneys for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 7, 2014, I served the foregoing **HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MDX MEDICAL, INC.'S OBJECTIONS TO MAGISTRATE BOLAND'S ORDER DENYING THE MOTION TO AMEND INVALIDITY CONTENTIONS AND THE MOTION TO COMPEL A SEARCH FOR NCQA MATERIALS [Doc. #879]** on the following:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail:  sstimpson@sillscummis.com
              vferraro@sillscummis.com
              dlee@sillscummis.com
              tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com

Harris Troutman
Health Grades, Inc.
999 18th Street, Suite 600
Denver, CO 80202
E-mail:  htroutman@healthgrades.com


                                              */s/ Kris J. Kostolansky*
                                              Kris J. Kostolansky, Esq.