IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**ORDER RE HEALTH GRADES, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MDX MEDICAL, INC.'S OBJECTIONS TO MAGISTRATE BOLAND'S ORDER DENYING THE MOTION TO AMEND INVALIDITY CONTENTIONS AND THE MOTION TO COMPEL A SEARCH FOR NCQA MATERIALS [Doc. #879]**

This Court, having considered Health Grades, Inc.'s Unopposed Motion for Enlargement of Time to Respond to Defendant MDx Medical, Inc.'s ("MDx") [Doc. #879] ("Rule 72 Objections"), and finding the same to be well-taken, hereby GRANTS Health Grades through and including October 14, 2014 to respond to the Rule 72 Objections [Doc. #879].

It is so ORDERED.

Dated this _____ day of _____, 2014.

BY THE COURT:

_____
United States District Court Judge

2005010283_1