**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:    Tammy Hoffschildt | Date: October 10, 2014 |

**CASE NO.    11-cv-00520-RM-BNB**

| | |
|---|---|
| HEALTH GRADE, INC., | Kris Kostolansky<br>Kirsten Stoll-DeBell |
| Plaintiff, | |
| v. | |
| MDX MEDICAL, INC., d/b/a Vitals.com, | Scott Stimpson<br>Vincent Ferraro |
| Defendant. | Terence Ridley |

**COURTROOM MINUTES**

**IN-COURT HEARING (*Festo* Hearing)**
**COURT IN SESSION**:    9:29 a.m.
Court calls case. Appearances of counsel.

Discussion held regarding Mr. Stimpson's request to Mr. Kostolansky to have the courtroom closed when presenting certain documents during today's hearing.   The Court states that he will take up that issue when needed during the hearing.

Mr. Stimpson and Ms. Stoll-DeBell present argument to the Court.

11:00 a.m.    Court in recess.
11:15 a.m.    Court in session.

Continued argument presented by Ms. Stoll-DeBell and Mr. Stimpson.

The Court directs counsel to provide him the information requested on the record by October 14, 2014, and takes the matter under advisement.

**COURT IN RECESS**:        12:18 p.m.
**Total in court time**:        2:35
**Hearing concluded**