**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S SUBMISSION OF ACCUSED CONFIGURATIONS**

---

During the October 10, 2014 *Festo* hearing, the Court requested that the parties submit the "configurations" that are accused of infringement, and specifically the Court was focused on what features are alleged to equivalently meet the claim language requiring that the report on the first healthcare provider include comparison ratings (the "Multiple Ratings and Location Limitations"). *See* Courtroom Minutes, dated Oct. 10, 2014, Dkt. # 902 and Hearing Transcript, relevant portions attached hereto as Exhibit A, at 87-89. The Court did not seek argument or any additional briefing, and accordingly, Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), hereby submits the list of accused "configurations" that are at issue in this case.

Counsel for Health Grades declined to consider a joint submission, as counsel for MDx understood the Court to request. Accordingly, this is the MDx submission only, and for each configuration we quote directly (quotes are in bold italics) from the agreed-descriptions of the configurations from the jury instructions (Joint Proposed Patent Jury Instructions, dated March

1

28, 2014, Dkt. #779), as suggested by Health Grades counsel during the hearing. Exhibit A, at 88:8-15. The pages of the configurations include the entire reports, and so are quite long. Accordingly, only the relevant portions (those portions Health Grades alleges to equivalently meet the Multiple Ratings and Location Limitations) are provided herein, and the relevant portions have been circled for the Court's easy reference.[1]

**Configuration 1**

"*The first configuration was offered MDx until January 5, 2011. I will call this Configuration 1. Configuration 1 had a feature that we will call the 'Compare Now' feature*." Jury Instruction Joint Statement of Configuration 1, Dkt. #779, page 7.

Screenshot of the "Compare Now" feature after a user selected two doctors to compare (Dr. Wayne F. Yakes and Dr. Sami G. Diab):



---

[1] Health Grades is expected to identify more than the five configurations that are at issue and found in the Health Grades Infringement Contentions. MDx respectfully submits that any alleged products not already in the case be addressed only if and when Health Grades moves to add them to the case. They are not part of the case now, and MDx expects they never will be, in large part because counsel for Health Grades is confusing select pages of PowerPoint presentations with the actual products of the MDx customers.

2

Continued screenshot of the "Compare Now" feature:



**Configuration 2**

"*The second configuration was offered by MDx from January 5, 2011 through the end of 2012. It did not have the 'Compare Now' feature. I will call this Configuration 2.*" Jury Instruction Joint Statement of Configuration 2, Dkt. #779, page 7.

Screenshot of user-generated results list:



3

Screenshot of provider report on first healthcare provider (Dr. Mark W. Brunvand) after the user selects Dr. Mark W. Brunvand from the above results list:



**Configuration 3**

*"The third configuration was offered by MDx from the beginning of 2013 through today. I will call this Configuration 3. Configuration 3 is the same as Configuration 2 except that it additionally includes a feature we will call the 'Search All Similar Doctors' feature."* Jury Instruction Joint Statement of Configuration 3, Dkt. #779, page 7.

Screenshot of report on first healthcare provider (Dr. Todd K. Rosengart) after the user selects Dr. Todd K. Rosengart from the user-generated results list, found at the following URL: *www.vitals.com/doctors/Dr_Todd_Rosengart/profile:*



4

Continued screenshot of report on first healthcare provider:



Screenshot of hyperlink generated results list after user clicks the "Search All Similar Doctors" hyperlink in the report of Dr. Todd K. Rosengart, found at the following URL:

*www.vitals.com/search?type=specialty&provider_type=1&q=130-Surgical+Specialist&location=Houston%2C+TX:*

5

**Configuration 4**

*"The fourth configuration was offered by MDx from mid-October until to mid-November of 2013. I will call this Configuration 4. Configuration 4 is the same as Configuration 3 but it also included a feature which we will call 'sponsored listings with star ratings.'"* Jury Instruction Joint Statement of Configuration 4, Dkt. #779, page 7.

Screenshot of report on first healthcare provider (Dr. Alan I. Benvenisty):



Continued screenshot of report on first healthcare provider:



**Configuration 5 – the iTriage System**

*"Health Grades also accuses MDx of inducing and contributing to the infringement by another online information system that is accessed via a mobile application called "iTriage" and/or through a website at www.itriagehealth.com.  I will refer to this accused system as the iTriage system."*  Jury Instruction Joint Statement of iTriage System, Dkt. #779, page 7.

**The iTriage application**

Screenshot of user-generated results list:



7

**The iTriage website**

Screenshot after the user selects Dr. Lori A. Leopold:



Dated:  October 14, 2014                                           Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                                                  Terence Ridley, Atty. No. 15212
Trent S. Dickey                                                    Wheeler Trigg O'Donnell LLP
David C. Lee                                                       370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                                 Denver, Colorado 80202
Sills Cummis & Gross P.C.                                          Tel:  (303) 244-1800
30 Rockefeller Plaza                                               Fax:   (303) 244-1879
New York, New York 10112                                           E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                                                *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com                                  MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

8

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 14, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S SUBMISSION OF ACCUSED CONFIGURATIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                                  *s:/Vincent M. Ferraro*