**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

**PLAINTIFF HEALTH GRADES, INC.'S SUBMISSION
RE CONFIGURATIONS OF INFRINGEMENT**

---

**[FILED UNDER SEAL]**