# EXHIBIT 1







Find Doctors at Vitals.com - Find A Doctor That's Best For You - Windows Internet Explorer

http://www.vitals.com/doctor/find?search

File Edit View Favorites Tools Help | Convert | Select

Search web... | Maps | Favorites | PC Health | Spaces | Form Fill

Wisdom | Go | News [40 new] | Products | Games | Danceradio | Gadgets | Cool Stuff | Useful | 52°F | E-mail Notifier

Find Doctors at Vitals.com - Find A Doctor That's Best ... | Page | Tools

Too many matches?

Too few?

## Refine your search

**Quality**

- Show ABMS board certified doctors only
- Exclude doctors rated poorly by patients

**Language/US Educated**

- Show US educated doctors only
- Show only doctors who speak

No preference

**Gender**

- Show males only
- Show females only

**Degree Type**

- Show MDs only
- Show DOs only

Reset this section

## Rank your results

Move the slider bars to indicate what is important to you. Match score will adjust automatically.

1= less important 5= more important

Quality of training

Quality of hospital

---

Lone Tree, CO
14.5 miles away

4 star hospital

profile compare

Overall Patient Rating: ★★★★

### 2 Allergy & Immunology Specialist

**Andrew H. Liu**
Denver, CO
5.7 miles away

Rated 4 stars by patients
Board certified
4 star hospital

profile compare

Overall Patient Rating: ★★★★

### 3 Allergy & Immunology Specialist

**Allen D. Adinoff**
Littleton, CO
11.4 miles away

Board certified
4 star hospital
4 star medical school

profile compare

### 4 Allergy & Immunology Specialist

**Donna L. Bratton**
Denver, CO
5.7 miles away

Board certified
3 star medical school
Completed fellowship

profile compare

### 5 Allergy & Immunology Specialist

**Stephen C. Dreskin**
Aurora, CO

Highlights
Board certified
Holds faculty appointment

SIMPONI® (golimumab) is a prescription medicine. SIMPONI® can lower your ability to fight infections. There are reports of serious infections caused by bacteria, fungi, or viruses that have spread throughout the body, including tuberculosis (TB) and histoplasmosis. Some of these infections have been fatal. Your doctor will test you for TB before starting SIMPONI® and will monitor you for signs of TB during treatment. Tell your doctor if you have been in close contact with people with TB. Tell your doctor if you have been in a region (such as the Ohio and Mississippi River Valleys and the Southwest) where certain fungal infections like histoplasmosis or coccidioidomycosis are common.

http://www.vitals.com/doctor/find?search# | Internet | 100%

Find Doctors at Vitals.com - Find A Doctor That's Best For You - Windows Internet Explorer
http://www.vitals.com/doctor/find?search
Click here to modify your search.
Page View: List | Map
Sort results by:
Results 1 to 8 of 45
1 2 3 4 5 ... next >
Compare Feature
Compare
Dr. Yakes X
Dr. Diab X
Click "compare"
compare now
Matches Found
45
Too many matches?
Too few?
Refine your search
Quality
Show ABMS board certified doctors only
Exclude doctors rated poorly by patients
Language/US Educated
Show US educated doctors only
Show only doctors who speak
No preference
Gender
Show males only
Show females only
Degree Type
Show MDs only
Show DOs only
1 Expert in "breast cancer"
Wayne F. Yakes
Englewood, CO
4.2 miles away
Highlights
America's Top Doctor
Board certified
4 star hospital
profile
Added
Overall Patient Rating:
2 Expert in "breast cancer"
Sami G. Diab
Aurora, CO
10.9 miles away
Highlights
Rated 4 stars by patients
Board certified
4 star hospital
profile
Added
Overall Patient Rating:
3 Expert in "breast cancer"
Nathan W. Pearlman
Denver, CO
5.9 miles away
Highlights
America's Top Doctor
Board certified
Holds faculty appointment
profile
compare
Vimovo
Find out if VIMOVO is right for you
Learn more
Important Safety Information
Like all medications that contain nonsteroidal anti-inflammatory drugs (NSAIDs), VIMOVO may increase the chance of a heart attack or stroke that can lead to
Click here for Prescribing Information including Boxed Warnings
Dr. Yakes is "added" to the Compare Feature
Dr. Diab is "added" to the Compare Feature
Internet
100%



