





HGVSC000006

Report on Dr. Yakes created by the Compare Feature (second visible page)

Report on Dr. Diab created by the Compare Feature (second visible page)

900-006

HGVSC000007

Report on Dr. Yakes created by the Compare Feature (third visible page)

Report on Dr. Diab created by the Compare Feature (third visible page)

006-007

Vitals - Windows Internet Explorer

http://www.vitals.com/doctor/compare/1982711503,1548244270

File Edit View Favorites Tools Help

Convert Select

Favorites | Suggested Sites | Free Hotmail | Web Slice Gallery | BNA | Colorado Players - League ... | Customize Links | Docket | Google | H | Home - | Intranet | Lexis | MOWA | Patent Full-Text and Full-Pa... | Windows

Vitals | profile.xps

Page Safety Tools

Medicine

**Residency:**
Fitzsimons Army Medical Center
Fitzsimons Army Medical Center
Walter Reed Army Med Ctr

**Fellowship:**
Baptist Memorial Hospital, Memphis, TN
Walter Reed Army Medical Center, Washington, D.C., DC
Walter Reed Army Medical Center

Damascus Univ- Syria
University of Vermont School of Medicine

**Residency:**
University of Texas Health Science Center at San Antonio
Univ of Texas HSC
Univ Hosp-S Tx Med Ctr
The University of Texas Medical School at Houston
Wayne St Univ-Detroit M C
Wayne State Univesity

**Fellowship:**
Univ of Texas HSC

| Awards & Distinctions | Year: |
|---|---|
| Castle Connolly America's Top Doctors | 2005 |
| Castle Connolly America's Top Doctors | 2006 |
| Castle Connolly America's Top Doctors | 2007 |
| Castle Connolly America's Top Doctors | 2008 |
| Castle Connolly America's Top Doctors | 2009 |
| Alumni Merit Award for the School of Medicine | |

**General Information**

**Languages Available:**
Spanish

**Personal Statement:**
The Vascular Malformation Center in Englewood, Colorado is the only center in the world totally dedicated to the diagnosis and management of

**Awards & Distinctions**

No information available

**General Information**

**Languages Available:**
Arabic, French

Internet 100%

Scroll bar

Report on Dr. Yakes created by the Compare Feature (fourth visible page)

Report on Dr. Diab created by the Compare Feature (fourth visible page)





Vitals - Windows Internet Explorer
http://www.vitals.com/doctor/compare/1982711503,1548244270
Castle Connolly America's Top Doctors 2007
Castle Connolly America's Top Doctors 2008
Castle Connolly America's Top Doctors 2009
Alumni Merit Award for the School of Medicine
General Information
Languages Available:
Spanish
Personal Statement:
The Vascular Malformation Center in Englewood, Colorado is the only center in the world totally dedicated to the diagnosis and management of vascular malformations in all anatomic locations. I receive patients from all over the world and routinely perfor
General Information
Languages Available:
Arabic, French
Go to full profile
Go to full profile
about us faq blog contact privacy terms of use site map search by ailment widget
link to the full profile on Dr. Yakes
Report on Dr. Yakes created by the Compare Feature (last visible page)
Report on Dr. Diab created by the Compare Feature (last visible page)
link to the full profile on Dr. Diab
Scroll bar
HGVSC000009

006-009

# Karen A Wendel, MD

## Internist
Female - 11 years experience

## Primary Addresses:

**Vail Infectious Disease Specialists PC**
1550 S Potomac St Ste 270
Aurora, CO 80012
(303) 750-1800

**Rocky Mountain Infectious Disease**
10099 Ridgegate Pkwy Ste 460
Lone Tree, CO 80124
(303) 799-7372

**Platte Valley Medical Center**
1600 Prairie Center Pkwy
Brighton, CO 80601

**Parker Adventist Hospital**
9395 Crown Crest Blvd
Parker, CO 80138

**Platte Valley Medical Center**
1850 E Egbert St
Brighton, CO 80601

cut here

### PRESCRIPTION DISCOUNT CARD
### Save up to 75% off your prescriptions!

Member ID: VTL834848
RxGroup: VITALS00
RxBIN: 013824
RxPCN: RXCUT
Pharmacist Help Desk: 1-800-808-1213



Everyone qualifies. No enrollment required.
Redeem at most pharmacies.
THIS IS NOT INSURANCE VOID WHERE PROHIBITED BY LAW

---

# Specialty

Board Certified?

**Specialties:**

**Internal Medicine**
 Sub-specialty: Infectious Disease



**Special Expertise:**

 AIDS-Related Opportunistic Infections, HIV Infections, STD (Sexually Transmitted Diseases)

Vitals receives quarterly updates on board certification from ABMS®.

---

# Patient Ratings & Comments

**Overall Patient Rating** 

 Based on 1 reviews

"Full Profile" -- printed version p.1

**006-010**



| | Ease of Appointment | 4.0 |
| | Promptness | 4.0 |
| Be the first to comment on Dr. Wendel! | Courteous Staff | 4.0 |
| | Accurate Diagnosis | 4.0 |
| | Bedside Manner | 4.0 |
| | Spends Time with Me | 4.0 |
| | Follow Up | 4.0 |



# Hospital Affiliation

|  | Hospital Ranking | Hospital Rating |
|---|---|---|

Dr. Wendel is affiliated with **8** hospitals:

| | | |
|---|---|---|
| **Exempla Lutheran Medical Center**<br>8300 W 38th Ave, Wheat Ridge, CO | Top 25% | ★★★★ |
| **Exempla St. Joseph Hospital**<br>1835 Franklin St, Denver, CO | Top 25% | ★★★★ |
| **The Medical Center of Aurora**<br>1501 S Potomac St, Aurora, CO | Top 25% | ★★★★ |
| **Platte Valley Medical Center**<br>1850 E Egbert St, Brighton, CO | Top 50% | ★★★☆ |
| **Parker Adventist Hospital**<br>9395 Crown Crest Blvd, Parker, CO | Top 50% | ★★★☆ |

Rocky Mountain Infectious Disease Specialists PC

Ou Medical Center

Johns Hopkins Hospital

# Education

|  | Institution Ranking | Institution Rating |
|---|---|---|

Dr. Wendel was educated at the following institutions:

**Medical School**

**Johns Hopkins University School of Medicine**
Completed: 1995
Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.

Top 25%   ★★★★

**Residencies**

**Johns Hopkins University School of Medicine**
Infectious Disease, Completed: 1998
Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.

**Johns Hopkins University School of Medicine**
Completed: 2001

HGVSC000011

"Full Profile" -- printed version p. 2

**006-011**

Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.

**Johns Hopkins Hospital**                                      Top 25%     

**Graduate Education**

**Johns Hopkins University School of Medicine**                 Top 25%     
Infectious Disease, Completed: 2001
Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.

Medical Oncology

**Fellowship**

**Johns Hopkins University School of Medicine**                             

Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.

# Publications

Dr. Wendel has **13** publications:
Most recent publications shown.

**Article:** Trichomoniasis: challenges to appropriate management.
**Date:** August 2007
**Journal:** *Clinical infectious diseases : an official publication of the Infectious Diseases Society of America*

**Article:** Trichomoniasis and its treatment.
**Date:** March 2006
**Journal:** *Expert review of anti-infective therapy*

**Article:** Use of an immunochromatographic assay for rapid detection of Trichomonas vaginalis in vaginal specimens.
**Date:** June 2005
**Journal:** *Journal of clinical microbiology*

# General Information

**Biography & Background:**
Dr. Wendel values compassion and respect with her patients and believes in providing evidence-based care. She is a specialist in Infectious Disease and Internal Medicine and works in a group practice with a facility that has a full-service infusion center. She has worked for the Centers for Disease Control (CDC) and has participated on national practice guidelines committees. In her free time she enjoys biking and running.

• denotes self reported information that Vitals has received directly from the doctor.

This profile is at no cost to you. All we ask is that you leave a rating.

HGVSC000012

006-012

Copyright © 2006 - 2010 Vitals.com & MDx Medical, Inc. All Rights Reserved.
Material can not be reproduced without express written permission.

HGVSC000013

"Full Profile" -- printed version p. 4

**006-013**