# EXHIBIT 4





HGVSC000287







