# EXHIBIT 5

Find a Doctor | Compare and Find Doctors | Physician Search#specialist_id=107&field_specialty_i - Windows Internet Explorer pro

http://www.vitals.com/doctor/find?specialist_id=107&field_specialty_id=&location=&distance=10&x=39&y=14#specialist_id=107&field_specialty_id=&field_specialty_id_h=&disorder_id=&location=80265&dista

File Edit View Favorites Tools Help

Convert Select

Favorites | Find a Doctor | Compare and Find Doctors | Physi...

Home > Search > Family Practitionernear 80265 (modify your search)

1-8 ▸ of 12 Sort results by Relevance

More map >>

**Kerri M Charles, MD**
Family Medicine
2.7 mi - Denver, CO
Addresses...
Profile

Patients' Choice Award
Rated 4 stars by patients
Board certified

Appointments
Call for appointment

**Yvonne Lipson, MD, DO**
Family Practitioner
6.3 mi - Denver, CO
Addresses...
Profile

Patients' Choice Award
Board certified
4 star hospital

Appointments
Call for appointment

**Michelle M Draeb, MD**
Family Practitioner
1.2 mi - Denver, CO
Addresses...

Board certified
4 star hospital
4 star medical school

Narrow by...

Quality

- ☑ Board certified
- ☑ Educated in the US
- ☑ Rated 3 stars or higher

Sponsored Links

Family Practitioner

Jeanne Hall
Family Medicine
5066 S Wadsworth Blvd
Littleton, CO 80123-1254
Book Online

Appointments Available Now

Family Practitioner

Bruce Weber, DO
9141 Grant St Ste 140
Denver, CO

2:31 PM
07/11/2012

023-085

