# EXHIBIT 6



Case No. 1:11-cv-00520-RM-NYW  Document 906-7  filed 10/14/14  USDC Colorado  pg 2 of 12

PAGE 1



PAGE 2





PAGE 4







Case No. 1:11-cv-00520-RM-NYW    Document 906-7    filed 10/14/14    USDC Colorado    pg 9 of 12






Three Types of Angina


Heart Attack Basics


Heart Attack or Heartburn?


Depression & Heart Disease Risk

Medical Procedures for A Fib

## Similar doctors nearby


**Dr. Kim De La Cruz**
General Practice
9 years experience
Houston, TX


**Dr. Robert Harper**
Orthopaedic Surgery
33 years experience
Houston, TX


**Dr. Terry Clyburn**
Orthopaedic Surgery
30 years experience
Houston, TX


**Dr. Joseph Walter**
Orthopaedic Surgery
34 years experience
Houston, TX


**Dr. Kevin Smith**
Otolaryngology
23 years experience
Houston, TX


**Dr. Jay Shah**
Urology
7 years experience
Houston, TX

Search All Similar Doctors

---

Find Doctors By:    Specialty    |    Name    |    Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About  |  Contact Us  |  Advertise With Us  |  For Hospitals & Doctors  |  For Health Plans  |  Partner With Us  |  Blog  |
Privacy Policy  |  Terms Of Use

Is something missing or incorrect?
Help Us Improve

**Get the Vitals Newsletter**

Enter your e-mail address          SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us     

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

  Profile for Dr. Todd K. Ros...   

www.vitals.com/doctors/Dr_Todd_Rosengart/profile

 Three Types of Angina

Heart Attack Basics

 Heart Attack or Heartburn?

 Depression & Heart Disease Risk

 Medical Procedures for A Fib

## Similar doctors nearby

 **Dr. Kim De La Cruz**
General Practice
9 years experience
Houston, TX

**Dr. Robert Harper**
Orthopaedic Surgery
33 years experience
Houston, TX

 **Dr. Terry Clyburn**
Orthopaedic Surgery
30 years experience
Houston, TX

 **Dr. Joseph Walter**
Orthopaedic Surgery
34 years experience
Houston, TX

 **Dr. Kevin Smith**
Otolaryngology
23 years experience
Houston, TX

 **Dr. Jay Shah**
Urology
7 years experience
Houston, TX



Search All Similar Doctors ▸

**Find Doctors By:**   Specialty   |   Name   |   Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog |

Privacy Policy | Terms Of Use

Is something missing or incorrect?

Help Us Improve

**Get the Vitals Newsletter**

[Enter your e-mail address]   **SIGN UP**

Sign up for the latest Health News, Updates, and More

Follow Us     

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's **terms of use**, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of,

www.vitals.com/search?type=specialty&provider_type=1&q=130-Surgical+Specialist&l...   pect of this website.

