





PAGE 15

Screenshot of www.vitals.com/doctors/Dr_Todd_Rosengart/credentials showing:

Home > Surgeons > TX > Houston > Dr. Todd Rosengart > Credentials

**Todd K Rosengart, MD, FACC, FACS**

Surgeon, Thoracic Surgeon
26 years of experience
Video profile

Michael E. Debakey Department of Surgery Baylor Clinic
1709 Dryden Rd Ste 1500
Houston, TX 77030
713-798-1317
Locations and availability (2)

Write a Review

Tabs: Summary | Patient Reviews | **Credentials** | Locations & Availability | Accepted Insurance

### Education

| MEDICAL SCHOOL | SCORE | RANKINGS |
|---|---|---|
| Northwestern University (1983) * | | TOP 50% |

**RESIDENCY**

New York University (1989) *
Surgery

**FELLOWSHIP**

Cornell University (1991) *
Thoracic Surgery (Cardiothoracic Vascular Surgery)

* This information was reported to Vitals by the doctor or doctor's office.

### Awards & Distinctions

**AWARDS**

One of America's Leading Experts on:
Cardiac Surgical Procedures
Coronary Artery Bypass
Gene Therapy
Myocardial Ischemia

Castle Connolly America's Top Doctors® (2004 - 2012)

PAGE 16


Case No. 1:11-cv-00520-RM-NYW   Document 906-8   filed 10/14/14   USDC Colorado   pg 7 of 14





## Publications & Research

Dr. Rosengart has contributed to 84 publications.

| | |
|---|---|
| TITLE | The Impact of Revascularization on Mortality in Patients with Nonacute Coronary Artery Disease. |
| DATE | February 2009 |
| JOURNAL | The American Journal of Medicine |
| EXCERPT | Read excerpt |

| | |
|---|---|
| TITLE | Absence of Cognitive Decline One Year After Coronary Bypass Surgery: Comparison to Nonsurgical and Healthy Controls. |
| DATE | May 2008 |
| JOURNAL | The Annals of Thoracic Surgery |
| EXCERPT | Read excerpt |

| | |
|---|---|
| TITLE | Percutaneous and Minimally Invasive Valve Procedures: a Scientific Statement from the American Heart Association Council on Cardiovascular Surgery and Anesthesia, Council on Clinical Cardiology, Functional Genomics and Translational Biology Interdisciplinary Working Group, and Quality of Care and Outcomes Research Interdisciplinary Working Group. |
| DATE | April 2008 |
| JOURNAL | Circulation |
| EXCERPT | Read excerpt |

| | |
|---|---|
| TITLE | Invited Commentary. |
| DATE | January 2008 |
| JOURNAL | The Annals of Thoracic Surgery |

| | |
|---|---|
| TITLE | Angiogenic Pretreatment to Enhance Myocardial Function After Cellular Cardiomyoplasty with Skeletal Myoblasts. |
| DATE | February 2007 |
| JOURNAL | The Journal of Thoracic and Cardiovascular Surgery |
| EXCERPT | Read excerpt |

Show more publications...

Next: Locations & Availability



PAGE 22







Link to search results with comparison ratings of Dr. Rosengart and other doctors

  Hospitals (2) & Awards (9)   

www.vitals.com/doctors/Dr_Todd_Rosengart/credentials

www.centerveinvascular.com

Vascular Consult, leg pain, swelling Laser, Sclero, Spider Varicose Veins

## Recommended Videos

 Three Types of Angina

 Heart Attack Basics

 Heart Attack or Heartburn?

 Depression & Heart Disease Risk

 Medical Procedures for A Fib

## Similar doctors nearby

 **Dr. Kenneth Berliner**
Orthopaedic Surgery
17 years experience
Houston, TX

 **Dr. Erik Maus**
Internal Medicine
13 years experience
Houston, TX

 **Dr. Jack Janoe**
Emergency Medicine
35 years experience
League City, TX

 **Dr. Daniel Hatef**
Plastic Surgery
Houston, TX

 **Dr. Dian Ginsberg**
Surgery
19 years experience
Bellaire, TX

 **Dr. Isidoro Wiener**
Emergency Medicine
33 years experience
Houston, TX

Search All Similar Doctors →

Find Doctors By:   Specialty   |   Name   |   Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog |
Privacy Policy | Terms Of Use

Is something missing or incorrect?
Help Us Improve

Get the Vitals Newsletter
Enter your e-mail address    **SIGN UP**
Sign up for the latest Health News, Updates, and More

Follow Us    

www.vitals.com/search?type=specialty&provider_type=1&q=130-Surgical+Specialist&l...


           PAGE 24     2:12 PM 01/01/2014

