# EXHIBIT 9









Profile for Dr. Michelle P...

www.vitals.com/doctors/Dr_Michelle_Price/profile

## Recommended Videos

    

**Breast Cysts: Cause for Concern?** | **Understanding Breast Cancer** | **Is Every Lump Breast Cancer?** | **Breast Cancer Symptoms & Diagnosis** | **Do Breast Implants Complicate Breast Exams?**

## Similar doctors nearby

 **Dr. Thomas D'Alessandro**
Nuclear Medicine
26 years experience
Northport, NY

 **Dr. Caren Greenstein**
Radiology
25 years experience
Stamford, CT

 **Dr. Stephen Bloch**
Radiology
20 years experience
Westport, CT

 **Dr. Michael Lombino**
Radiology
6 years experience
Patchogue, NY

 **Dr. John Jaworsky**
Specialty Medicine
3 years experience
East Islip, NY

 **Dr. Jeffrey Pollak**
Radiology
26 years experience
New Haven, CT

Search All Similar Doctors

**Find Doctors By:**   Specialty   |   Name   |   Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About  |  Contact Us  |  Advertise With Us  |  For Hospitals & Doctors  |  For Health Plans  |  Partner With Us  |  Blog  |
Privacy Policy  |  Terms Of Use

**Is something missing or incorrect?**

Help Us Improve

Get the Vitals Newsletter

Enter your e-mail address   SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us   

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's **terms of use**, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.





1 Review for Dr. Michelle |   www.vitals.com/doctors/Dr_Michelle_Price/reviews

Patient Reviews

**Overall Rating:**
4.0 ★★★★

| | Total Ratings | Total Reviews |
|---|---|---|
| | 1 | 0 |

**Ratings**
4 stars
3 stars
2 stars
1 star

| Ease of Appointment: | ★★★★ | Bedside Manner: | ★★★★ |
|---|---|---|---|
| Promptness: | ★★★★ | Spends Time with Me: | ★★★★ |
| Courteous Staff: | ★★★★ | Follows Up After Visit: | ★★★★ |
| Accurate Diagnosis: | ★★★★ | | |

Next: Credentials ▶

For adults with type 2 diabetes

Ask your doctor about a medication that works in 2 ways

2 ways

Increases the insulin made in your pancreas

Decreases the sugar made in your liver

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

Sponsored Listings   Why these ads?

Marnee Spierer
★★★★ 21 reviews
Radiation Oncology
21 W Broadway



Sponsored Listings          Why these ads?

Marnee Spierer
★★★★ 21 reviews
Radiation Oncology

21 W Broadway
New York, NY 10007

Leonard A Farber
★★★★ 21 reviews
Radiation Oncology

21 W Broadway
New York, NY 10007

1 Review for Dr. Michelle ...

www.vitals.com/doctors/Dr_Michelle_Price/reviews

Like

0

Tweet

0

8+1

Email

meet a great guy

SCROLL DOWN TO VIEW
Important Safety Information

· You should not use NEXPLANON if you are pregnant or think you may be pregnant; have or have had blood clots; have liver disease or a liver tumor; have unexplained vaginal bleeding;

Nexplanon   Patient Information    FIND OUT MORE AT
(etonogestrel implant) 68 mg   Prescribing Information   NEXPLANON.COM
Radiopaque

ADVERTISEMENT

NO NEED TO WAIT WITH
FREE STORE PICKUP   BEST BUY   LATEST DEALS

## Recommended Videos



Breast Cysts: Cause for Concern?

Understanding Breast Cancer

Is Every Lump Breast Cancer?

Breast Cancer Symptoms & Diagnosis

Do Breast Implants Complicate Breast Exams?

**Find Doctors By:**   Specialty   |   Name   |   Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About  |  Contact Us  |  Advertise With Us  |  For Hospitals & Doctors  |  For Health Plans  |  Partner With Us  |  Blog  |
Privacy Policy  |  Terms Of Use

**Is something missing or incorrect?**

Help Us Improve

**Get the Vitals Newsletter**

Enter your e-mail address        SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us   f   t   g+   p

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment, MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website, and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

11:30 AM   12/07/2013





Hospitals (6) & Awards - [ ×

www.vitals.com/doctors/Dr_Michelle_Price/credentials

vitals

By: Name, Specialty or Condition

DOCTORS | Type a name | Houston, Texas | SEARCH

Only show doctors accepting my insurance

Urgent Care New | Patient Education | Write a Review | Sign Up | Sign In

Doctor Discussion Guides: Severe Asthma | Stroke | Breast Cancer | Skin Cancer | High Cholesterol | See More

ADVERTISEMENT
CHEMOTHERAPY MYTHS OR FACTS WITH DR. COBB

Patrick Cobb, MD Oncologist
Low white blood cell counts with fever occur most often during the first cycle of chemotherapy.
Please choose one:
MYTH FACT

Home > Radiologists > NY > Port Jefferson > Dr. Michelle Price > Credentials

0 Like

0 Tweet

0 g+1

Email

Michelle P Price MD Is this you? Claim profile

Radiologist, with fellowship in Breast Imaging
14 years of experience
Video profile
Accepting new patients

Write a Review

75 N Country Rd
Port Jefferson, NY 11777
631-476-2754
Locations and availability (3)

Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance | Discuss Chemo

ADVERTISEMENT
CHEMOTHERAPY MYTHS OR FACTS WITH DR. COBB
Chemotherapy can weaken your natural defenses, which can lead to infection.
Please choose one:
MYTH FACT
Patrick Cobb, MD. Oncologist

## Education

| MEDICAL SCHOOL | SCORE | RANKINGS |
|---|---|---|
| Cornell University (1995) * | | TOP 25% |

RESIDENCY

New York Presbyterian Weill Cornell (2000) *
Diagnostic Radiology

FELLOWSHIP

New York Presbyterian Weill Cornell (2001) *
Diagnostic Radiology

* This information was reported to Vitals by the doctor or doctor's office.

## Awards & Distinctions

ADVERTISEMENT
For adults with type 2 diabetes
Ask your doctor about a medication that works in 2 ways

11:30 AM 12/07/2013

Hospitals (6) & Awards - [

www.vitals.com/doctors/Dr_Michelle_Price/credentials

## Awards & Distinctions ❶

**ASSOCIATIONS**

Radiologic Society of North America
Member

American College of Radiology
Member

## Affiliations ❶

Dr. Price is affiliated with 6 hospitals.

| HOSPITAL AFFILATIONS | SCORE | RANKINGS |
|---|---|---|
| St Charles Hospital<br>200 Belle Terre Rd, Port Jefferson, NY 11777 | ⭐⭐⭐ | TOP 50% |
| John T Mather Memorial Hospital *<br>75 N Country Rd, Port Jefferson, NY 11777 | ⭐⭐⭐ | TOP 50% |
| New York Presbyterian Hospital-New York Weill Corn | | |
| St Charles Hospital & Rehab Ctr. | | |
| Nyp-Columbia | | |
| John T Mather Memorial Hospital of Port Jefferson New York I | | |

Next: Locations & Availability

**SCROLL DOWN TO VIEW**
**Selected Risk Information About JANUVIA**
Serious side effects can happen in people who take JANUVIA, including pancreatitis, which may be severe and lead to death. Before you start taking JANUVIA, tell your doctor if you've ever had pancreatitis. Stop taking JANUVIA and call your doctor right away if you have pain in your stomach area (abdomen) that is severe and will not go away. The pain may be felt going from your abdomen through to your back. The pain may happen with or without vomiting. These may be symptoms of pancreatitis.

Do not take JANUVIA if you are allergic to any of its ingredients, including sitagliptin. Symptoms of serious allergic reactions to JANUVIA, including rash, hives, and swelling of the face, lips, tongue, and throat that may cause difficulty breathing or swallowing, can occur. If you have any symptoms of a serious allergic reaction, stop taking JANUVIA

Prescribing Information and Medication Guide

Januvia
(sitagliptin) tablets            **LEARN MORE HERE**

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

Sponsored Listings          Why these ads?

Leonard A Farber
⭐⭐⭐⭐ 21 reviews
Radiation Oncology
21 W Broadway
New York, NY 10007

Marnee Spierer
⭐⭐⭐⭐ 21 reviews
Radiation Oncology
21 W Broadway
New York, NY 10007

11:30 AM
12/07/2013

Marnee Spierer
★★★★★ 21 reviews
Radiation Oncology
21 W Broadway
New York, NY 10007

ADVERTISEMENT

SEE IMPORTANT SAFETY
INFORMATION BELOW

take a fun trip

SCROLL DOWN TO VIEW
Important Safety
Information

· You should not use
NEXPLANON if you are
pregnant or think you
may be pregnant; have
or have had blood clots;
have liver disease or a
liver tumor; have
unexplained vaginal
bleeding; have breast
cancer or any other
cancer that is sensitive
to progestin (a female
hormone), now or in the
past; or are allergic to

Patient Information
Prescribing Information

Nexplanon®
(etonogestrel implant) 68mg
Radiopaque

FIND OUT MORE AT
NEXPLANON-USA.COM

ADVERTISEMENT

Opioid Dependence Doctors
turntohelp.com

Page 18

## Opioid Dependence Doctors

turntohelp.com

Find a doctor who can prescribe a private, in-office treatment.



## Recommended Videos

    

**Breast Cysts: Cause for Concern?**  **Understanding Breast Cancer**  **Is Every Lump Breast Cancer?**  **Breast Cancer Symptoms & Diagnosis**  **Do Breast Implants Complicate Breast Exams?**

## Similar doctors nearby

 **Dr. Elaine Freiler**
Radiology
29 years experience
Huntington, NY

 **Dr. Hamid Alam**
Radiology
16 years experience
East Patchogue, NY

 **Dr. Jakob Diel**
Nuclear Medicine
14 years experience
Bethpage, NY

 **Dr. Terence Hughes**
General Practice
14 years experience
Trumbull, CT

 **Dr. Suzanne Smith**
Radiology
38 years experience
Lindenhurst, NY

 **Dr. Richard Peschel**
Radiology
32 years experience
New Haven, CT

Search All Similar Doctors

**Find Doctors By:**   Specialty  |  Name  |  Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About  |  Contact Us  |  Advertise With Us  |  For Hospitals & Doctors  |  For Health Plans  |  Partner With Us  |  Blog  |

Privacy Policy  |  Terms Of Use

**Is something missing or incorrect?**

Help Us Improve

**Get the Vitals Newsletter**

[ Enter your e-mail address ]  SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us    



Hospitals (6) & Awards - C

www.vitals.com/doctors/Dr_Michelle_Price/credentials

## Recommended Videos

    

**Breast Cysts: Cause for Concern?**  **Understanding Breast Cancer**  **Is Every Lump Breast Cancer?**  **Breast Cancer Symptoms & Diagnosis**  **Do Breast Implants Complicate Breast Exams?**

## Similar doctors nearby

 **Dr. Elaine Freiler**
Radiology
29 years experience
Huntington, NY

 **Dr. Hamid Alam**
Radiology
16 years experience
East Patchogue, NY

 **Dr. Jakob Diel**
Nuclear Medicine
14 years experience
Bethpage, NY

 **Dr. Terence Hughes**
General Practice
14 years experience
Trumbull, CT

 **Dr. Suzanne Smith**
Radiology
38 years experience
Lindenhurst, NY

 **Dr. Richard Peschel**
Radiology
32 years experience
New Haven, CT

Search All Similar Doctors ■

**Find Doctors By:**   Specialty   |   Name   |   Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog | Privacy Policy | Terms Of Use

**Is something missing or incorrect?**

Help Us Improve

**Get the Vitals Newsletter**

Enter your e-mail address   [ SIGN UP ]

Sign up for the latest Health News, Updates, and More

Follow Us 

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

11:30 AM
12/07/2013







Office Locations for Dr. M ×

www.vitals.com/doctors/Dr_Michelle_Price/office-locations

vitals

By: Name, Specialty or Condition

DOCTORS | Type a name | Houston, Texas | SEARCH

Only show doctors accepting my insurance

Urgent Care New | Patient Education | Write a Review | Sign Up | Sign In

Doctor Discussion Guides: Severe Asthma | Stroke | Breast Cancer | Skin Cancer | High Cholesterol | See More

Home > Radiologists > NY > Port Jefferson > Dr. Michelle Price > Locations & Availability

0 Like | 0 Tweet | 0 g+1 | Email

Michelle P Price, MD Is this you? Claim profile

**Radiologist, with fellowship in Breast Imaging**
14 years of experience
Video profile
Accepting new patients

Write a Review

75 N Country Rd
Port Jefferson, NY 11777
631-476-2754
Locations and availability (3)

Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance | Discuss Chemo

## Locations

1 75 N Country Rd
Port Jefferson, NY 11777
631-476-2754
Get directions
Accepting new patients

2 75 N Country Rd
Port Jefferson, NY 11777
631-473-1320
Get directions

3 NewYork-Presbyterian / Weill Cornell
525 E 68th St

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through

11:31 AM 12/07/2013

SEE IMPORTANT SAFETY INFORMATION BELOW

WHAT'S IN YOUR 3-YEAR PLAN?

NEXPLANON (etonogestrel implant) is a prescription medication for the prevention of pregnancy in women.

SCROLL DOWN TO VIEW
Important Safety Information

- You should not use NEXPLANON if you are pregnant or think you may be pregnant; have or have had blood clots; have liver disease or a liver tumor; have unexplained vaginal bleeding;

Nexplanon
(etonogestrel implant) 68 mg
Radiopaque          Patient Information   Prescribing Information    FIND OUT MORE AT NEXPLANON.COM

TURN HOLIDAY SHOPPING INTO A SHOPPING HOLIDAY.   DO AC   DO ATLANTIC CITY.COM

www.vitals.com/doctors/Dr_Michelle_Price/office-locations

👍 0

Like

0

Tweet

0

g+1

✉ Email

SEE IMPORTANT SAFETY INFORMATION BELOW

meet a great guy

SCROLL DOWN TO VIEW
Important Safety Information

- You should not use NEXPLANON if you are pregnant or think you may be pregnant; have or have had blood clots; have liver disease or a liver tumor; have unexplained vaginal bleeding;

Nexplanon
Patient Information
Prescribing Information
FIND OUT MORE AT
NEXPLANON.COM

ADVERTISEMENT

TURN HOLIDAY SHOPPING
INTO A SHOPPING HOLIDAY.     DO AC     DO ATLANTIC CITY.COM

## Recommended Videos



Breast Cysts: Cause for Concern?

Understanding Breast Cancer

Is Every Lump Breast Cancer?

Breast Cancer Symptoms & Diagnosis

Do Breast Implants Complicate Breast Exams?

## Similar doctors nearby

**Dr. Indu Doddamane**
Internal Medicine
18 years experience
New Haven, CT

**Dr. Jay Hammel**
Radiology
26 years experience
Bethpage, NY

**Dr. Deirdre Coll**
Radiology
19 years experience
East Meadow, NY

**Dr. Andrew Hwang**
Radiology
9 years experience

**Dr. Luis Tizol**
Radiology
35 years experience

**Dr. James Walker**
Radiology
31 years experience

## Recommended Videos

    

**Breast Cysts: Cause for Concern?**   **Understanding Breast Cancer**   **Is Every Lump Breast Cancer?**   **Breast Cancer Symptoms & Diagnosis**   **Do Breast Implants Complicate Breast Exams?**

## Similar doctors nearby

 **Dr. Indu Doddamane**
Internal Medicine
18 years experience
New Haven, CT

 **Dr. Jay Hammel**
Radiology
25 years experience
Bethpage, NY

 **Dr. Deirdre Coll**
Radiology
19 years experience
East Meadow, NY

 **Dr. Andrew Hwang**
Radiology
9 years experience
West Islip, NY

 **Dr. Luis Tizol**
Radiology
35 years experience
Patchogue, NY

 **Dr. James Walker**
Radiology
31 years experience
Plainview, NY

Search All Similar Doctors

**Find Doctors By:** Specialty | Name | Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog | Privacy Policy | Terms Of Use

**Is something missing or incorrect?**
Help Us Improve

**Get the Vitals Newsletter**

Sign up for the latest Health News, Updates, and More

Follow Us

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.



Insurance Accepted by Dr. ×

www.vitals.com/doctors/Dr_Michelle_Price/insurance

vitals

By: Name, Specialty or Condition

DOCTORS | Type a name | Houston, Texas | SEARCH

Only show doctors accepting my insurance

Urgent Care New | Patient Education | Write a Review | Sign Up | Sign In

Doctor Discussion Guides: Severe Asthma | Stroke | Breast Cancer | Skin Cancer | High Cholesterol | See More

ADVERTISEMENT

CHEMOTHERAPY MYTHS OR FACTS WITH DR. COBB

Patrick Cobb, MD Oncologist

Low white blood cell counts with fever occur most often during the first cycle of chemotherapy.

Please choose one:

MYTH FACT

Home > Radiologists > NY > Port Jefferson > Dr. Michelle Price > Accepted Insurance

0 Like 0 Tweet 0 g+1 Email

Michelle P Price, MD Is this you? Claim profile

Radiologist, with fellowship in Breast Imaging

14 years of experience

Video profile

Accepting new patients

Write a Review

75 N Country Rd
Port Jefferson, NY 11777
631-476-2754
Locations and availability (3)

Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance | Discuss Chemo

ADVERTISEMENT

CHEMOTHERAPY MYTHS OR FACTS WITH DR. COBB

Physicians should manage the blood cell counts in cancer patients receiving strong chemotherapy.

Please choose one:

MYTH FACT

Patrick Cobb, MD. Oncologist

## Accepted Insurance

Acceptance of particular insurance plans may vary, based on different office locations. As a result, we've listed plans accepted at different locations. Click on any insurance company to see which specific plans are accepted by Dr. Price.

**Michelle Price, 75 N Country Rd, Port Jefferson, NY 11777**

- Fidelis Care
- MVP Health Care Preferred Care
- Oxford Health Plans
- United Healthcare

**NewYork-Presbyterian / Weill Cornell, 525 E 68th St, New York, NY 10065**

- Medicare

Need health insurance?

It's more affordable than you think! Click below for an instant quote

ADVERTISEMENT

See Selected Risk Information About JANUVIA below

Ask your doctor if JANUVIA is right for you.

11:32 AM 12/07/2013

Insurance Accepted by Dr.

www.vitals.com/doctors/Dr_Michelle_Price/insurance

| Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance | Discuss Chemo |

ADVERTISEMENT

CHEMOTHERAPY
**MYTHS OR FACTS**
WITH DR. COBB

Physicians should manage the blood cell counts in cancer patients receiving strong chemotherapy.

Please choose one:

● MYTH   ● FACT

Patrick Cobb, MD.
Oncologist



## Accepted Insurance ⓘ

Acceptance of particular insurance plans may vary, based on different office locations. As a result, we've listed plans accepted at different locations. Click on any insurance company to see which specific plans are accepted by Dr. Price.

**Michelle Price, 75 N Country Rd, Port Jefferson, NY 11777**

- Fidelis Care
- MVP Health Care Preferred Care
- Oxford Health Plans
- United Healthcare

**NewYork-Presbyterian / Weill Cornell, 525 E 68th St, New York, NY 10065**

- Medicare

### Need health insurance?

It's more affordable than you think! Click below for an instant quote

> Get an instant quote

ADVERTISEMENT

See Selected Risk Information About JANUVIA below

Ask your doctor if **JANUVIA** is right for you.

**SCROLL DOWN TO VIEW**
**Selected Risk Information About JANUVIA**
Serious side effects can happen in people who take JANUVIA, including pancreatitis, which may be severe and lead to death. Before you start taking JANUVIA, tell your doctor if you've ever had pancreatitis. Stop taking JANUVIA and call your doctor right away if you have pain in your stomach area (abdomen) that is severe and will not go away. The pain may be felt going from your abdomen through to your back. The pain may happen with or without vomiting. These may be symptoms of pancreatitis.

Do not take JANUVIA if you are allergic to any of its ingredients, including sitagliptin. Symptoms of serious allergic reactions to JANUVIA, including rash, hives, and swelling of the face, lips, tongue, and throat that may cause difficulty breathing or swallowing, can occur. If you have any symptoms of a serious allergic reaction, stop taking JANUVIA and call your doctor right away.

Januvia
(sitagliptin) tablets

Prescribing Information and Medication Guide

**LEARN MORE HERE**

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

Sponsored Listings          Why these ads?

Marnee Spierer

11:32 AM
12/07/2013



Insurance Accepted by Dr...

www.vitals.com/doctors/Dr_Michelle_Price/insurance

SCROLL DOWN TO VIEW
Important Safety
Information

· You should not use
NEXPLANON if you are
pregnant or think you
may be pregnant; have
or have had blood clots;
have liver disease or a
liver tumor; have
unexplained vaginal
bleeding; have breast
cancer or any other
cancer that is sensitive
to progestin (a female
hormone), now or in the
past; or are allergic to

Patient Information
Prescribing Information

Nexplanon®
(etonogestrel implant) 68mg
Radiopaque

FIND OUT MORE AT
NEXPLANON-USA.COM

ADVERTISEMENT

1993

## Recommended Videos



Breast Cysts: Cause for Concern?

Understanding Breast Cancer

Is Every Lump Breast Cancer?

Breast Cancer Symptoms & Diagnosis

Do Breast Implants Complicate Breast Exams?

## Similar doctors nearby

## Recommended Videos

    

**Breast Cysts: Cause for Concern?**    **Understanding Breast Cancer**    **Is Every Lump Breast Cancer?**    **Breast Cancer Symptoms & Diagnosis**    **Do Breast Implants Complicate Breast Exams?**

## Similar doctors nearby

 **Dr. Lawrence Lo**
Radiology
15 years experience
Trumbull, CT

 **Dr. Nalini Kanth**
Radiology
30 years experience
East Meadow, NY

 **Dr. Michael Tafreshi**
Radiology
Old Westbury, NY

 **Dr. Albert Sinusas**
Internal Medicine
26 years experience
Guilford, CT

 **Dr. Kevin Klayman**
Neuromusculoskeletal Medicine & OMM
10 years experience
Bay Shore, NY

 **Dr. Edward Prokop**
Nuclear Medicine
39 years experience
New Haven, CT

Search All Similar Doctors

**Find Doctors By:**   Specialty   |   Name   |   Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog |
Privacy Policy | Terms Of Use

**Is something missing or incorrect?**

Help Us Improve

**Get the Vitals Newsletter**

Enter your e-mail address   SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us  

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's **terms of use**, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.



Sponsored ad for Dr. Mich ×

www.vitals.com/doctors/Dr_Michelle_Price/sponsored?utm_campaign=chemo

vitals

By: Name, Specialty or Condition

DOCTORS | Type a name | Houston, Texas | SEARCH

Only show doctors accepting my insurance

Urgent Care New | Patient Education | Write a Review | Sign Up | Sign In

Doctor Discussion Guides: Severe Asthma | Stroke | Breast Cancer | Skin Cancer | High Cholesterol | See More

ADVERTISEMENT

CHEMOTHERAPY MYTHS OR FACTS WITH DR. COBB

Patrick Cobb, MD Oncologist

Physicians consider fever with a low white blood cell count to be one of the most important side effects of some chemotherapy to treat.

Please choose one:

MYTH FACT

Home > Radiologists > NY > Port Jefferson > Dr. Michelle Price

0 Like

0 Tweet

0 g+1

Email

Michelle P Price, MD Is this you? Claim profile

**Radiologist, with fellowship in Breast Imaging**

14 years of experience

Video profile

Accepting new patients

Write a Review

75 N Country Rd
Port Jefferson, NY 11777
631-476-2754
Locations and availability (3)

Summary | Patient Reviews | Credentials | Locations & Availability | Accepted Insurance | Discuss Chemo

## Questions to Ask Your Doctor About Your Chemotherapy Treatment

From your initial diagnosis of cancer throughout your treatment and care, you will have questions about the actual treatment protocols, along with its success or 5 year survival and side effects or how it will affect your life, during and after the therapy. Listed in this patient education guide are questions to discuss with your doctor so you can make informed decisions.

### Question About My Treatment Plan

ADVERTISEMENT

For adults with type 2 diabetes

A medication that works in 2 ways can also help.

Increases insulin production in your pancreas

Decreases the sugar made in your liver

11:32 AM 12/07/2013

Sponsored ad for Dr. Mich
www.vitals.com/doctors/Dr_Michelle_Price/sponsored?utm_campaign=chemo

### Question About My Treatment Plan

- What is the protocol for the therapy and how long will I be on it?
- Why did you choose these specific medications?
- What is the 5-year survival rate?
- Will I be cured or put into remission after chemotherapy?
- How long will it be before I see a regression of cancer?
- If this protocol doesn't work, are there other treatment plans?
- Will this treatment interfere with my other medications? Other conditions?
- What are the risks and side effects of this medication?
- Is this administered at the hospital, outpatient clinic or doctor's office?
- How will we know if the chemotherapy is working?
- Will I need surgery or radiation therapy with the chemotherapy?
- Are there alternative treatment options?
- What will happen if I decide not to have this treatment?
- Is there a clinical trial that I can enter?



### Questions About My Family

- Can I be around small children during the course of treatment?
- Will I be capable of child rearing during this time?
- Is there a support group that my family and I can attend?
- Is this cancer inherited?
- How do I tell family members or employers what I am going through and how it will affect me?

### Questions About My Lifestyle

- Is there a special diet that you recommend?
- Is there something that I can do to enhance my treatment?
- Can I still work? Can I drive?
- May I have intimate relations?
- Are there alternative therapies?
- Does my insurance cover the drugs?

## Similar doctors nearby



**Dr. Faisal Budhani**
Diagnostic Radiology
New Haven, CT

**Dr. Indu Doddamane**
Internal Medicine
18 years experience
New Haven, CT

**Dr. Gordon Sze**
Internal Medicine
28 years experience
New Haven, CT

**Dr. Ajay Parghi**

**Dr. Jesse Wexler**

**Dr. Dona Hills**