# EXHIBIT 10













PLAINTIFF'S EXHIBIT
130
1:11-cv-00520-RM-BNB

HGISC000001

130-001



HGISC000002

130-002



HGISC000003

130-003

**AT&T 3G** 4:06 PM 45%

Cancel **Advanced Prefer...** Apply

## Advanced Preferences

Tap to set your preferences, drag to set importance

**Years of Experience**
Preference not set - tap to set

**Gender**
Preference not set - tap to set

**Consumer Rating**
Preference not set - tap to set

**Distance**
Preference not set - tap to set

**Languages Spoken**
Preference not set - tap to set

**Extended Profile**
Preference not set - tap to set

HGISC000008

130-008

**AT&T 3G    4:09 PM    43%**

Cancel    **Consumer Rating**    Done

**Not Yet Rated**

**At Least One**

**At Least Two**

**At Least Three**

**At Least Four**

Star ratings are consumer ratings provided by Vitals, which is a service of MDX Medical, Inc. Vitals allows patients to review and rate their doctors online. Patient ratings are averaged for each doctor and are the sole source of the star ratings. Star ratings are provided for your information only and do not represent a recommendation or endorsement by iTriage or Vitals. For more information on Star Ratings, or to rate a provider, visit Vitals.com.

HGISC000009

130-009



HGISC000010

130-010





**ANNA M WEGLEITNER, MD**
Family Practice

Touch to go back to results page

  

Map & Directions    Call    Save

2525 S DOWNING STREET
SUITE 100
DENVER, COLORADO 80210
5.5 miles
(303) 759-4800

www.mountainviewfamily.org

**Education/Training**

Dr. Wegleinter attended Baylor University for college and subsequently obtained her medical degree at the University of Texas Medical School in Houston. Residency training then brought her to Denver but Colorado won her heart and she stayed to practice

HGISC000014

130-014



...(American Academy of Family Practice), Colorado Medical Society and Denver Medical Society. She holds an academic appointment of Assistant Professor in Family Medicine through the Department of Family Medicine at the University of Colorado School of Medicine. Outside her clinical practice, Dr. Wegleitner serves as an Associate Medical Director for CPEP (Center for Personalized Education for Physicians) where she works part time in physician competency evaluation and re-education.

### Professional interests

In addition to meeting the needs of her varied family practice patients, she has a special interest in the care of transgender individuals including hormone therapy, disease management and primary care. Dr. Wegleitner is an active member of the World Professional Association for Transgender Health (WPATH).

### Philosophy of care

Dr. Wegleitner is dedicated to providing individualized attention and a "listening ear" to all patients at a time when medical care has been driven to a frantic pace, modeled after factory production lines.

**HGISC000015**

**130-015**