# EXHIBIT 11

Aurora Plastic Surgery; Pl×

https://www.itriagehealth.com/doctor/dr-joyce-aycock-md-547759

iTriage

Get Mobile App | Blog | Provider Solutions | About | Feedback | Login

Symptoms
Doctors
Facilities
Conditions
Medications
Procedures
News

## Choose your Specialty

- Nephrology
- Neurology
- Neurosurgery
- Obstetrics and Gynecology
- Ophthalmology
- Orthopedic Surgery
- Pain Medicine
- Pediatrics
- Plastic Surgery
- Psychiatry
- Pulmonology
- Rheumatology
- Spine Surgery
- Urology
- Vascular Surgery

All Specialties

- Addiction Medicine
- Addiction Psychiatry

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

## Plastic Surgery Specialties

- All Plastic Surgery
- Facial Plastic Surgery
- Plastic Surgery within the Head and Neck
- Hand Surgery

## Location: Aurora, CO - Plastic Surgery

change >

Featured | Distance | Rating

**Dr. JOYCE AYCOCK, MD**
Plastic Surgery
1 mile – Click for address & map
Click for phone number & more info
University of Colorado School of Medicine

**Dr. CONRAD J TIRRE, MD**
Plastic Surgery within the Head and Neck, General Surgery, Hand Surgery and Plastic Surgery
7.3 miles – Click for address & map
Click for phone number & more info

**Dr. CONRAD J TIRRE, MD**
Plastic Surgery within the Head and Neck, General Surgery, Hand Surgery and Plastic Surgery
8.6 miles – Click for address & map
Click for phone number & more info

**Dr. ANDREW J NEMECHEK, MD**
Hematology and Oncology, Plastic Surgery within the Head and Neck, Internal Medicine and Plastic Surgery
8.7 miles – Click for address & map
Click for phone number & more info

**Dr. FREDERIC DELEYIANNIS, MD**
No Photo Available
Plastic Surgery
1.1 miles – Click for address & map
Click for phone number & more info

**Dr. LAWRENCE KETCH, MD**
No Photo Available
General Surgery, Hand Surgery and Plastic Surgery
1.1 miles – Click for address & map
Click for phone number & more info

## Dr. Joyce Aycock, MD

**Plastic Surgery**
1635 N. Aurora Court
Aurora, COLORADO 80045
303-493-8511 – 1 mile away
University of Colorado School of Medicine

www.cudoctors.com/aycock

**Board Certification:**
Plastic Surgery, Board Certification (2009)

**Clinical Interest:**
I am interested in plastic surgery, breast reconstruction, reconstructive microsurgery and skin cancer. I am one of the first surgeons in Colorado to offer DIEP flaps, including bilateral flaps, a cutting-edge form of microsurgical breast reconstruction. In addition to breast reconstruction, I also specialize in cosmetic surgery of the breast, body and face as well as aesthetic removal of skin cancer on the face and body.

**Care Philosophy:**
I am committed to providing exceptional care to all of my patients. I spend time listening to each individual, incorporating each patient's goals and expectations into a tailored plan of treatment.

**Education:**
**Medical School**
MD, Columbia University College of Physicians and Surgeons (2001)
**Undergraduate Schools**
BS, Yale University (CT) (1996)

**Training:**
**Residency Program**
University of Chicago Program, Chief Resident, Plastic Surgery - Integrated (2007)

**Memberships:**
American Society of Plastic Surgeons - Member
American Society for Reconstructive Microsurgery - Member

**Research:**

© iTriage, LLC. Terms of Use | Privacy Policy | Sitemap

12:57 PM
03/22/2013

