**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**PLAINTIFF HEALTH GRADES, INC.'S SUBMISSION
RE CONFIGURATIONS OF INFRINGEMENT**

Plaintiff Health Grades, Inc. ("Health Grades"), by its counsel, and pursuant to this Court's Order during the October 10, 2014, motion hearing, submits the following high level descriptions of the configurations that are accused of infringement in this case.

During the October 10 hearing regarding prosecution history estoppel, the Court asked that each side submit configurations relating to infringement by October 14, 2014, with the following observation:

> "I just want to make sure, in terms of the equivalents, buckets, configurations, numbers, whatever you want to call it, that I understand what you [MDx] say that we're talking about, and I understand what you [Health Grades] say that we're talking about. Because, at the end of the day, the question becomes, if there is some kind of -- of surrender of an equivalent. I need to know what equivalents we are talking about. And it's a little more fuzzy than I thought it was."

[October 2014 Motion Hearing Transcript at 89 ln 10-17.]  The configurations presented by Health Grades will include information presented during the October 10 hearing, some of which is set forth in the recently produced MDx marketing materials and related websites. [Hearing Transcript at 89 ln 21-100, ln 16.]

As set forth below, the accused configurations are divided into five groupings, Configurations 1-5, each of which has two or three subsets totaling thirteen variations that sometimes differ ever so slightly, but which Health Grades contends constitute infringements either literally or under the doctrine of equivalents ("DOE"). Other than complicating the analysis in this case, there is no apparent business reason for the thirteen subtle variations through which MDx has coupled comparison ratings to a healthcare provider report. All of these configurations have been addressed in the expert reports of Dr. Philip Greenspun, whose Third Supplemental Report was filed with the Court today.[1]

The five accused configurations are consistent with the five configurations listed in the parties joint jury instructions (Doc. #779 at p. 7). However, since some of the thirteen examples are relatively new (and the detail of the expert reports are beyond the scope of this submission), Health Grades requests that an oral argument be set to address the functionality of the configurations and their connection to the claim elements. This Court held a lengthy hearing to address the then-known configurations on October 25, 2013. The recently disclosed configurations deserve the same consideration.

A discussion of the configurations, with attached exhibits, follows:

**All Configurations:**

All accused configurations include:

- MDx's healthcare provider database;

- MD's search engine for searching the provider database (often referred to as the "provider finder" or "integrated provider finder")[2];

---

[1] Exhibit A to Health Grades' Motion to Amend its Infringement Contentions to Incorporate Dr. Greenspun's Third Supplemental Report (dated October 6, 2014), which addresses the newly produced MDx documents and related websites.

[2] Configuration 5 (iTriage) may not use MDx's search engine software.

- MDx's provider portal that allows providers to edit their information within the database (sometimes called "EZ Edit");

- MDx's patient review system (called "PRS"), which is accessed at www.vitals.com and/or other websites hosted by MDx.

Configurations 1-4 are accused of direct infringement. They contain slight variations regarding the way in which MDx has presented the limitation: "the healthcare report on the first healthcare provider includes comparison ratings of healthcare providers." Configuration 5 is accused of indirect infringement based on the partnership between MDx and Aetna in connection with the iTriage System.

**Configuration 1 – the Compare Feature**:  includes a comparison feature that allows a potential patient to specifically request information about two or more healthcare providers from the search results page to create a report on a single Web page that shows a roughly equivalent amount of information about each selected provider *and which includes comparison ratings of each selected provider*. This report is distinct from a search results page because *the user explicitly selects particular providers* to compare from the providers listed in the search results page.

3



The following are examples of Configuration 1 systems that MDx has made, sold, offered for sale, or used:

Example 1(a) – "Compare Now" Feature:  offered on vitals.com until January 5, 2011.  *See* December 2010 screenshots vitals.com (annotations & highlighting added:  physician-verified information = green boxes; third-party verified information = purple boxes; patient ratings = blue box; comparison ratings = orange boxes) (Ex. 1 hereto).  MDx did not move for summary judgment of non-infringement on this product.  *See* Summary Judgment Order at 1 n.1 (Doc. #696).

Example 1(b) – VitalsChoice Compare Grid:  MDx started selling and offering for sale vitals.com-like systems to health insurance companies as part of VitalsChoice in 2014. VitalsChoice has a "comparison grid" feature that works like the "Compare Now" feature from pre-Jan 2011 vitals.com.  *See* VitalsChoice Transparency Platform Overview (MDX 0144257-144288 at 0144267) (annotations & highlighting added) (Ex. 2 hereto).

4

Example 1(c) – CapBCBS.com with Compare Grid:  MDx sold a VitalsChoice system to Capital BCBS, built the actual system for Capital BCBS, and hosts the system for Capital BCBS at www.capbluecross.com.  This system also includes the "comparison grid" feature.  See screenshots from capbcbs.com (annotations & highlighting added) (Ex. 3 hereto).

**Configuration 2 – Results Page (Comparison Ratings) is Linked to Profile**:  This Configuration includes forward link from the results page (which has comparison ratings of multiple providers) to the profiles of each provider in the results list and was offered by MDx on vitals.com from 2011-2012.

The following are examples of Configuration 2 systems that MDx has made, sold, offered for sale, or used:

Example 2(a) – Link from Profile back to the Results Page using the browser back button.



The browser's back button allows a user to go back to the results page with comparison ratings.  MDx built this system around the back button to facilitate comparisons of multiple healthcare providers:  First, the results list constructed by MDx contains comparison ratings. Second, MDx built a "back to results list" hyperlink into the provider profiles of the system it

5

recently built for the Capital Blue Cross – the function of this link is the same as the back button. See Exhibit 8 hereto.  Finally, Exhibit 3 on a comparison page of Capital Blue Cross setting forth a detailed comparison of multiple healthcare providers contains a button, "back to results list," underneath the words "Compare Physicians."  While the back button may be a standard feature of web browsers, for MDx it is a feature incorporated into a system designed to include comparison ratings of multiple healthcare providers in the physician report.  *See* July 2012 screenshots vitals.com at p. 1 (comparison ratings) ("Demo 2") and pp. 2-9 (profile) (highlighting added: physician-verified information = green boxes; third-party verified information = purple boxes; patient ratings = blue boxes; comparison ratings = orange boxes) (Ex. 4 hereto).

Example 2(b) – Results Page is a condensed report including comparison ratings of multiple healthcare providers:  offered on vitals.com from January 2011-December 2012.  *See* July 2012 screenshots vitals.com ("Demo 7") at p. 1 (highlighting added:  physician-verified information = green highlighting; third-party verified information = purple boxes; patient ratings = blue highlighting; comparison ratings = orange boxes) (Ex. 5 hereto).

**Configuration 3 – Profile is Linked to Results Page (Comparison Ratings)**:  This is the same as Configuration 2 except that it also contains a hyperlink (built by MDx) inside the profile that allows the viewer to go to a results list that has comparison ratings of multiple providers.

6



Black arrows designate hyperlinks built by MDx – NOTE: in Example 3(c), there is a "back to results list" link instead of a "search similar doctors" link

The following are examples of Configuration 3 systems that MDx has made, sold, offered for sale, or used:

Example 3(a) – "Search All Similar Doctors":  offered on vitals.com beginning in January 2013 and continuing to the present.  The profile includes a link entitled "Search All Similar Doctors" in the profile that links to a search results page that includes comparison ratings of multiple providers.  Thus MDx has similar doctors linked in the report on the first healthcare provider that when clicked displays comparison ratings of similar doctors.  (Ex. 6 hereto)

Example 3(b) – "Search Similar Doctors":  MDx has also started offering Configuration 3 to insurance companies in 2014 with profiles that have a link entitled "Search Similar Doctors" from the profile to a search results page that includes comparison ratings of multiple providers.  See Vitals Health Plan Solutions, MDX 0143806-0143852 at MDX 0143822 (annotations added) (Ex. 7).

Example 3(c) – "Back to Search Results":  The profiles created by the VitalsChoice system that MDx sold to Capital BCBS have a hyperlink (built by MDx) entitled "Back to Search Results"

7

from the profile back to the search results page that includes comparison ratings of multiple providers.  *See* screenshots from capbcbs.com (annotations & highlighting added) (Ex. 8 hereto).

**Configuration 4 – Comparison Ratings Inside Profile:**  This includes star ratings of other providers inside a provider profile.  Configuration 3 has a hyperlink to star ratings inside the profile; Configuration 4 has star ratings.



The following are examples of Configuration 4 systems that MDx has made, sold, offered for sale, or used:

Example 4(a) – "Sponsored Listings with Star Ratings":  offered on Vitals.com from November-December 2013.  *See* Profile of Michelle Price (Ex. 9 hereto).

Example 4(b) – "Similar Providers Module":  VitalsChoice has a "similar providers" profile module that displays other providers with star ratings inside a profile under the heading:  "more search results . . . ."  *See* VitalsChoice Transparency Platform Overview (MDX 0144257-144288 at MDX 0144269 (comparison ratings of similar providers inside profile); MDX 0144274 (enlarged view of ratings on similar providers); MDX 0144279 (comparison rating of first healthcare provider

8

inside profile) (annotations added); MDx 0144280 (Ex. 2 hereto).  The provider who is the subject of the profile also has a star rating displayed in the profile.  *See id.* at MDX 0144279 (annotations added).

Example 4(c) – "People who viewed this profile also viewed":  MDx is also offering Configuration 4 to insurance companies in 2014 with profiles that display other providers with star ratings listed under the heading:  "People who viewed this profile also viewed".  *See* Vitals Health Plan Solutions, MDX 0143806-0143852 at MDX 0143822 (annotations added) (Ex. 7).

**Configuration 5 – iTriage:**  This system was offered through a partnership between Aetna and MDx as a mobile app. and website (itriagehealth.com) until July 2013.



Example 5(a) – mobile app.  *See* iTriage mobile app screenshots at pp. 130-10 & 130-14 – 130-15 (annotations added) (Ex. 10 hereto).

9

Example 5(b) – itriagehealth.com.  *See* screenshot (Ex. 11 hereto).

Respectfully submitted October 14, 2014.

                LEWIS ROCA ROTHGERGER LLP

                */s/ Kris J. Kostolansky*
                Gregory B. Kanan, Esq.
                Kris J. Kostolansky, Esq.
                Adam L. Massaro, Esq.
                1200 17th Street, Suite 3000
                Denver, CO  80202
                Tel:     (303) 623-9000
                Fax:    (303) 623-9222
                Email: gkanan@lrrlaw.com
                            kkosto@lrrlaw.com
                            amassaro@lrrlaw.com

                *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, a true and correct copy of **PLAINTIFF HEALTH GRADES, INC.'S SUBMISSION RE CONFIGURATIONS OF INFRINGEMENT** was served upon all counsel of record, as listed below, via the Court's CM/ECF system:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
30 Rockefeller Plaza
New York, NY  10112
E-mail:   sstimpson@sillscummis.com
          vferraro@sillscummis.com
          dlee@sillscummis.com
          tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail: ridley@wtotrial.com

                */s/ Kris J. Kostolansky*
                Kris J. Kostolansky, Esq.