# EXHIBIT 3













