# EXHIBIT 8













