Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS TO INCORPORATE DR. GREENSPUN'S THIRD SUPPLEMENTAL EXPERT REPORT**

---

**Exhibit A**

**Dr. Greenspun's Third Supplemental Expert Report, dated October 6, 2014**

**Third Supplemental Expert Report of Philip Greenspun**

**Regarding Infringement of U.S. Patent No. 7,752,060 by MDx Medical**

**October 6, 2014**

1.      I previously filed reports in this case in July 2012, September 2012, September 2013, and January 2014. My qualifications, background, and compensation were disclosed in these reports. In addition to the testimony that was previously disclosed, I testified via deposition in two Covered Business Method review proceedings before the Patent Trial and Appeal Board. These CBM reviews were requested following the filing of a case captioned *Versata v. Volusion* (ED TX, 2:12-cv-00387).  (*See* CBM2013-00017 and CBM2013-00018.)

## Materials Relied on and Investigation Conducted

2.      I was asked to consider new documents and information that the parties have produced since the last supplemental document production on October 31, 2013.  The materials that I reviewed are those referenced within this report and listed as Exhibit A to this report.

## Background: Multiple Configurations of MDx Products

3.      I understand that the parties have agreed to divide the accused systems into five configurations to simplify the presentation of this case. As an aid to understanding the terms used in the descriptions and illustrations for these configurations, I have created a general tutorial on database-backed Web applications, attached as Exhibit B to this report.

4.      The first four accused configurations (collectively "MDx's Accused Systems") all include MDx's provider database and associated software, which includes MDx's search engine for searching the provider database (often referred to as the "provider finder" or "integrated provider finder"), the provider portal that allows providers to edit their information within the database (sometimes called "EZ Edit"), and the patient review system (called "PRS"), all of which are accessed at www.vitals.com and other websites hosted by MDx.

5.      <u>Configuration 1</u>: includes a comparison feature that allows a potential patient to select two or more providers from search results to create a single Web page that shows a roughly equivalent amount of information about each provider. This is distinct from a search results page, where multiple providers are shown with summary information, because the user explicitly selects particular providers to compare. MDx offered Configuration 1 on vitals.com until January 5, 2011 (the "Compare Now" feature) and began offering it again as part of its "VitalsChoice" product in 2014.  (*See* the "side-by-side physician review" example on MDX 0143969; *see also* MDX 0144257-144288 at 0144267.)



6.    Configuration 2:  This relates to the accused product that I referred to as the then "current version" of vitals.com in my July 2012 report. It is the same as Configuration 1, but with the explicit "compare now" feature removed. I addressed Configuration 2 in my July 2012 report and addressed the question of how users could get the same information that they would have had gotten with Configuration 1 in paragraph 188.



7.    Configuration 3:  This is the same as Configuration 2, but includes a hyperlink within provider profile reports that allows for a search for similar doctors.  I wrote about this configuration at paragraph 21 of my September 2013 report and at paragraph 26 of my January 2014 report, which also references a video demonstration.  MDx is also currently offering Configuration 3 as part of the VitalsChoice system.



8.    Configuration 4: This includes star ratings of other providers inside a provider profile, such as the "sponsored listings with star ratings" feature shown on the right side of the vitals.com profiles in late 2013. I wrote about this configuration in paragraphs 23-26 of my

January 2014 report. MDx is also currently offering Configuration 4 as part of the VitalsChoice system. (*See* MDX 0144257-144288 at 0144268 & 0144278-144282.)



9.    iTriage System:  This system was offered through a partnership between Aetna and MDx, which I described in Section G of my July 2012 report, in the section on Demo 17 starting at page 15 of my September 2013 report, and also in paragraph 15 of my January 2014 report.

# MDx's Updated Discovery Supports the Infringement Opinions Disclosed in my Earlier Reports

## Summary of New Information

### VitalsChoice

10.    In addition to operating its core vitals.com Web site for consumers, MDx has been offering its system to health insurance companies ("health plans") to provide essentially the same service of helping patients compare and choose doctors but on Web pages that appear to be coming from the partner companies. MDx calls this "VitalsChoice." (*See* MDX 0143806-143852.)

11.    Depending on the configuration, VitalsChoice can have the same features and functionality as Configuration 1 (when the Compare Feature is implemented), Configuration 4 (when star ratings of similar providers are displayed in the profile), or Configuration 3 (when neither are implemented).  Both the Compare Feature and Star Ratings features appear to be standard offerings that are included with VitalsChoice. (*See* MDX 0144268 & MDX 0144278-144282.)

12.    "The VitalsChoice Transparency Platform is a robust and integrated set of tools that enables your health plan members to make informed decisions about their healthcare needs and select high-value providers who meet those needs. The VitalsChoice Transparency Platform includes a Provider Finder, Cost Calculator and Patient Review System designed to work as a seamless solution that integrates easily with your existing solutions." (*See* MDX 0145510-145518); *see also* MDX 0144257-144288.)

13.     A concise summary of the features of VitalsChoice is presented in the VitalsChoice Transparency Suite spreadsheet.  (*See* MDX 0145397-145400; *see also* MDX 0144257-144288.)  This table makes clear that users will be able to (1) search for providers based at least on specialty and location, (2) "quickly compare providers based on the data that matters most to them", (3) "search by condition", (4) "read and write reviews on professionals", and (5) view profiles displaying a variety of data, including many of the items specifically mentioned in the Asserted Claims (e.g., languages, publications, awards, etc.). The document also makes clear that in all versions of VitalsChoice the service will be substantially operated by MDx, which will provide "website hosting," "site maintenance and oversight," and "comment monitoring & moderation services."

14.     MDx hosts the VitalsChoice system.  (*See* MDX 0143812.)

15.     The VitalsChoice Logical Architecture Overview is shown at MDX 0145522. A feature for comparison of providers is shown at the top right. At the bottom of the figure, a preprocessing step of database distillation is disclosed.

16.     The VitalsChoice Universal Features document provides a similar high-level summary. Some highlights:

- "VitalsChoice modular suite includes Provider Finder, Cost Calculator and Patient Review System designed to work as a seamless solution that enables users and health plan members make informed decisions about their medical need"
- "Dynamic Sort (also called Relevancy Sort) enables health plans to configure the sort order of the results displayed based on weights assigned to cost, quality and provider ratings"
- "Similar provider module presents information about other providers who are similar to the currently selected provider as shown in the result set"

(*See* MDX 0145518-145521.)

17.     Essentially, VitalsChoice allows any health insurer working in partnership with MDx to offer a vitals.com-like experience to its customers without them being aware that they are receiving pages from a separate server or company.

## Capital Blue Cross Blue Shield

18.     My understanding, based on signed contracts that I reviewed, is that MDx sold a VitalsChoice system to Capital Blue Cross Blue Shield ("Capital BCBS"), which I will refer to as "the Capital BCBS system."  MDx has built and operates this system for Capital BCBS.  It is my opinion that this system is substantially the same as the "prior version" of vitals.com that I address in my original report and which is now known as Configuration 1.  (*See*, e.g., 7/13/12 Report at ¶¶ 87.a. 212.)  As such, this system is an example of Configuration 1 that directly infringes the asserted claims for the same reasons described in my original report.

19.    I reviewed the "Application Services Agreement," dated June 15, 2012, between MDx and "Capital BlueCross." (*See* MDX 0106611-106643.)  Exhibit A-1 makes clear that MDx will supply the core database and host the site on behalf of Capital BCBS. A slide presentation shows how the system was to function. (*See* MDX 0145360-145383.)  MDX 0145369 shows that the user interface can be customized to display physician data in a variety of ways, some intended to facilitate comparisons.  MDX 0145376 shows that it is possible to configure the extent to which certain physicians are likely to appear near the top of a search results list.

20.    MDx sold Capital BCBS a system that includes a Master Provider Database ("MDB"), an Integrated Provider Finder ("IPF"), and a Patient Review System ("PRS"). (*See* MDX 0106621.)

21.    MDx agreed to "develop, manage and maintain a full database of health care providers (the Master Provider Database or 'MDB') based on the MDx Database. The Master Database is for use by the Capital Integrated Provider Finder (the 'IPF'; see Exhibit A-I Part II) which consists of a set of services and data sources accessible via a web-based API to Capital applications." (MDX 0106625.)

## Premera Blue Cross Blue Shield

22.    MDx's collaboration with Premera Blue Cross Blue Shield ("Premera") seems to be a substantially similar project and arrangement as with Capital BCBS, described above. Premera was offered the use of the VitalsChoice system by MDx in slide presentations, such as MDX 0143388-143396 and MDX 0143645-143661.  MDX 0145338 indicates that a demonstration site was constructed with a target completion date of early May 2014. MDX 0145526 shows that MDx is continuing its practice of combining data from multiple sources: "Vitals uses a process by which a data hierarchy is created. Data from various sources – both within Vitals and within the plan – are reviewed. Working together with the plan, decisions are made as to which data should be emphasized and where data should be supplemented (that is there is a gap in the plan's data and where it should be addressed by Vitals blending its data with Premera's) or where it should simply be augmented with Vitals data." The same page indicates that licensure information is used: "The Vitals Database on Healthcare Providers contains every licensed (and many previously licensed) doctor, dentists, group practice and hospital in the U.S." (MDX 0145526.)

23.    MDX 0145561-145605 indicates that a business agreement between MDx and Premera was made in April 2012 for the delivery of a patient review system to Premera. This was expanded via a June 2014 amendment in which the VitalsChoice system was delivered to Premera and its subscribers.  (*See* MDX 0143297-143377.)  This includes the Integrated Provider Finder (*See* MDX 0143303.)

24.    My analysis of the VitalsChoice system operated in cooperation with Premera would be identical to my analysis, above, of the VitalsChoice system operated in cooperation with Capital BCBS, which is the same as my analysis of the accused configurations as implemented on vitals.com.

## Blue Cross and Blue Shield of North Carolina

25.    It appears that MDx sold the VitalsChoice system to Blue Cross and Blue Shield of North Carolina ("BCBSNC").  A "Hosting Agreement" from May 2014 between MDx and BCBSNC indicates that MDx sold BCBSNC a Web system that includes a "Provider Finder" and a "Patient Review System" based on MDx's provider database.  (*See* MDX 0145731-145790.)  A "Statement of Work," also from May 2014, says that "BCBSNC has engaged Vitals to implement the VitalsChoice Platform ... and associated data elements to address this need." (MDX 0145791.)

## HCSC

26.    It appears that MDx sold the VitalsChoice system to Health Care Service Corporation ("HCSC").  (*See* MDX 0145867-145877.)  The system included:  "Find-a-Doctor," "Patient Review System," "Data Augmentation," and a "Demonstration System. (*See* MDX 0145147.)  An amendment to the License Agreement between MDx and HCSC indicates that MDx sold HCSC an integrated provider finder that includes:  an increase in the amount of leased provider data and a patient review and rating tool, including ongoing re-scoring, review moderation, maintenance and updating of this functionality.  (*See* MDX 0145862-145865 at MDX 0145869.)  The system also includes a provider database.  (*See* MDX 0145863.)   My analysis of the VitalsChoice system operated in cooperation with HCSC would be identical to my analysis, above, of the VitalsChoice system operated in cooperation with Capital BCBS, which is the same as my analysis of the accused configurations as implemented on vitals.com.

## Blue Cross and Blue Shield of Massachusetts

27.    A "Gap Analysis Document" from May 2014 suggests that MDx offered to sell the VitalsChoice system as described in this report to Blue Cross Blue Shield of Massachusetts ("BCBSMA").  (*See* MDX 0145307-145326.)  According to the document, among the features that would be available to BCBSMA and its customers if they were to adopt VitalsChoice are the following:

- Similar Providers based on Dynamic Sort

- Searching by gender, specialty, distance from a location, languages

- Filtering search results by provider quality

- "Ability to select multiple providers from search results to display in focused comparison" (i.e., the system, when completed, would be an example of Configuration 1)

- Provider profiles with specialties, detailed quality measures, ratings and reviews, professional affiliations

- Ability to read and write reviews on professionals

- Review moderation.

6

## Land of Lincoln

28.     An RFP response suggests that MDx offered to sell the VitalsChoice system as described in this report to Land of Lincoln.  (*See* MDX 0144685-144713.)  This RFP response shows that this would have been a complete system with tools for finding doctors, creating profiles and reports with the compare feature, viewing patient reviews, and writing patient reviews.  "Vitals' proven methodology is intended to be comprehensive. Pricing is based on a typical implementation and includes analysis, definition, implementation, project management, initial configuration loading and deployment. Our internal professional services team utilizes a proven implementation approach that manages cost and project risks leading to a predictable high quality deployment."  (MDX 0144713.)

## Blue Cross and Blue Shield of Rhode Island

29.     Another RFP response suggests that MDx offered to sell the VitalsChoice system as described in this report to Blue Cross Blue Shield of Rhode Island ("BCBSRI") in June 2014. (*See* MDX 0145195-145229.)  The pricing proposal section shows that this would have been a complete system with tools for finding doctors, creating profiles and reports with the compare feature, viewing patient reviews, and writing patient reviews.  (*See* MDX 0145227-145228.)

## Blue Cross and Blue Shield of Arizona

30.     MDX 0145129-145194 indicates that MDx offered to sell the VitalsChoice system described in this report to Blue Cross Blue Shield of Arizona ("BCBSAZ") in November 2013. The system would include a facility for users to find and compare healthcare providers (MDX 0145138), a patient review system (MDX 0145143). The "available data elements" in MDX 0145184-145189 include most of the elements specifically mentioned in the Asserted Claims. Yet on MDX 0145146, MDx states that "The lawsuit does not in any way involve the products and services contemplated in this RFI," an apparent reference to the Health Grades v. MDx lawsuit for which this report was written.

31.     MDX 0145493-145504 indicates that the sales effort for the VitalsChoice system was ongoing in February 2014.  MDX 0143731-143805 is a slide presentation with additional details regarding VitalsChoice that MDx was communicating to BCBSAZ.

## Humana

32.     MDX 0144625-144637 suggests that MDx offer to sell the VitalsChoice system to Humana in April 2014. This would have been a similar system to the ones delivered to Capital BCBS and Premera, including a provider finder and a patient review system.  In a letter to Humana, MDx stated:

> In the event that Humana accepts this proposal by July 1, 2014 Vitals will include the 2014 planned enhancements for our Patient Review System at no additional charge. Humana will benefit from these enhancements in the following ways:

- Use of a web portal that provides reports on demand
- Visually compelling reports
- **The ability to compare ratings for five providers at a time.**

(MDX 0144610 (emphasis added).)

33.     The VitalsChoice system offered to Humana included the features described in this report for VitalsChoice including:  Integrated provider finder solutions that narrows "good fit" choices to meet the quality, cost and availability needs of members; Capabilities that allow consumers to rank, refine and reflect on their medical options; Seamless integration of the Patient Review System that already been chosen by Plans that support more than 30 million members throughout the United States; 5 billion data points that illustrate the differences between providers and make consumer choice possible; Dynamic Sort for relevancy of search results; Display of quality data supplied; Display of hospital and/or medical groups affiliation; and Similar providers displayed based on Dynamic Sort.  (*See* MDX 0144627-144629.)

34.     The Humana Pricing Proposal states:

Among Vitals' core competencies are the acquisition, validation, standardization, and publication of data on providers from thousands of disparate data sources into a structured consumer view. The Vitals Database on healthcare providers contains every licensed (and many previously licensed) doctor, dentist, group practice and hospital in the U.S. More than 170,000 data sources are input into the database. When integrated with VitalsChoice, Vitals can use this database and integration expertise (as well as certain data elements, as desired by Humana) to provide the underlying provider quality and patient experience data that makes the consumer experience robust and meaningful. This solution will cleanly integrate data sources, match to existing Humana providers and display on the websites, based on data hierarchy rules.

(MDX 0144627.)

35.     In addition, the Humana Pricing Proposal notes:

Provider profiles are displayed for optimal viewing, with a convenient modular design. Provider Profiles may include:

∗ Contact information
∗ Additional work locations
∗ Office hours
∗ Whether the provider accepts new patients
∗ Average wait time
∗ Awards
∗ Directions

* Handicap accessibility
* Location amenities
* Ratings & Reviews
* Detailed quality measures
* Specialties and Expertise
* Education
* Affiliations
* Foreign languages
* Videos
* Biography
* Publications
* Professional activities

(MDX 0144636.)

## Presbyterian Health Services

36.    MDX 0145230-145256 suggests that MDx offered to sell the VitalsChoice system described in this report to Presbyterian Health Services in May 2014. This would have been a similar system to the ones delivered to Capital BCBS and Premera, including a provider finder and displays of information collected from patients.  MDX 0143531 indicates that the Patient Review System was to have been integrated with Presbyterian's Provider Finder.

## Patient Link

37.    MDx produced a brochure describing a system to help "providers and hospitals" "engage and acquire new patients online":

> Vitals Patient Link is a multifaceted marketing approach for attracting new patients.

> We increase a physician's online presence where patients look for doctors most. We deliver new patient leads to your physicians by engaging consumers when they're searching for doctors in your service area by specialty, name or condition.

> Search Listings. Patient Link profiles receive premium placement in search results and prominent calls to action on the highly trafficked Vitals.com and UCompareHealthCare.com.

> Enhanced Profiles. Increase appointments with scheduling tools and/or a trackable phone number prominently displayed right on your profile page.

> Reviews Matter.  Physicians gain visibility and manage their online reputations at Vitals.

(MDX 0166562-166565.)

**Demo 20**

38.     Demo 20 shows a search on vitals.com that I understand was recorded on August 21, 2014.  Screenshots are attached as Exhibit C to this report.  Demo 20 is an example of Configuration 3.

## Claim by Claim Analysis of New information

**Claim 1, Preamble: A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:**

39.     The VitalsChoice system (including the one sold to Capital BCBS) meets the preamble for the same reasons discussed in my earlier reports.  (*See*, e.g., 7/13/12 Report at ¶¶ 95-99, 233-36;  9/9/13 Report at ¶¶ 9, 36, 51, 78, 112.)

40.     Demo 20 is an example of Configuration 3 system practiced on vitals.com that meets this preamble for the same reasons discussed in my earlier reports.  (*See*, e.g., 7/13/12 Report at ¶¶ 95-99.)

41.     "The VitalsChoice Integrated Transparency Platform is a robust and integrated set of tools that enables your health plan members to make more informed decisions about their healthcare and select high-value providers who meet their medical needs."  (MDX 0145397-145400. )

42.     MDX 0166611 states that MDx is providing "online and data services". This necessarily entails a "computer-implemented method."  MDX 0106625 states that one service will be an "Integrated Provider Finder" that will meet the preamble's "providing healthcare provider information to potential patients" requirement. MDX 0106629 states that "MDx will host the [Integrated Provider Finder]."

43.     That the system envisioned by the agreement was actually built is established by the demonstration ("Capital BCBS Demo") attached as Exhibit D to this report. Page 4 of the Capital BCBS Demo shows that a form is available to consumers enabling them to request information regarding a physician. Page 9 of the Capital BCBS Demo shows that information is actually provided in response to the request.

**Claim 1, Step 1: receiving, by a Web server computer of a company providing a service for connecting healthcare providers with the potential patients, a request for information regarding a first healthcare provider,**

44.     MDx does not dispute that its accused systems meet this claim element.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 18.)

45.     The VitalsChoice system (including the one sold to Capital BCBS) meets this claim element for the same reasons discussed in my earlier reports.  (*See*, e.g., 7/13/12 Report at ¶¶ 100-08, 237-41;  9/9/13 Report at ¶¶ 10, 52, 79, 113.)

46.     VitalsChoice includes a provider finder that allows users to make requests for information about a particular healthcare provider.  (*See* MDX 0144263 ("Integrated Provider Finder is the key module that enables users to search for, find, learn about and compare Providers (Professionals and Facilities)"; *see also* MDX 0145397-145400.)

47.     VitalsChoice's Provider Finder has the same functionality as the provider finder on vitals.com.  (Compare MDX 0143815-143820 & MDX 0145397-145400 with my July 2012 Report at ¶¶ 100-08, 237-41 & MDX 0070958.)

48.     "There is a wide variety of search filters to help users refine their results quickly, so they can quickly find providers that fit their criteria. The Filters are located in the Refine your results section, to the right of the Search Results."  (MDX 0144266.)

49.     "Provider Finder:  Intuitively find and compare providers by name, specialty and conditions. Get accurate details on provider credentials, quality scores and location. Compare providers profiles. Directly connect with a doctor online."  (MDX 0143811.)

50.     The VitalsChoice system that MDx sold to Capital BCBS meets this element due to the fact that MDx's servers receive requests for Web pages and information regarding providers is returned. This can be seen in pages 30-31 of the Capital BCBS Demo. Dr. Benjamin M. Loos is the "first healthcare provider" of the claim.  (*See* Exhibit D.)

51.     MDx agreed to develop an Integrated Provider Finder that includes the "find a doctor tool," the "check up on a doctor tool," the Profiles views of providers, among other things.  (*See* MDX 0106629.)  MDx hosts the IPF, which is based on MDx's source code.  (*See* MDX 0106629.)

52.     In addition, the MDB powers, by way of the IPF, the Integrated Provider Finder, which is a Web application aimed at empowering people to make better healthcare decisions and improve healthcare delivery for providers and payers.  (*See* MDX 0106625.)

***Claim 1, Step 1 continued: wherein the Web server computer comprises at least one computer processor and memory;***

53.     This has been addressed in previous reports, e.g., paragraph 110 of my July 2012 report and confirmed via deposition testimony from MDx. There seems to be no dispute that MDx uses conventional Web servers, all of which contain a processor and memory.

***Claim 1, Step 2: accessing healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;***

54.    Supplemental discovery from MDx confirms that the accused systems (Configurations 1-4) continue to meet this claim element.  All of these systems include MDx's provider database, which is designed to allow providers to edit, confirm, approve, and verify their information within the database.  (*See* 7/13/12 Report at ¶¶ 112-128.)

55.    There are many ways that providers may edit, confirm, approve, and verify their information within the database, including through the provider portal, which includes an EZ edit feature, through MDx's fax program, and through MDx's customer service department.  (*See* 1/3/14 Report at ¶¶5-11.)  MDx advertises that:  "each month Vitals receives over 5,000 monthly provider profile edits from healthcare providers."  (MDX 0106569.)

56.    MDx's latest interrogatory responses admit:

The following information has been entered and/or modified by the MDx customer care department based on information received from providers, patients, and members of the public, by fax, e-mail, telephone, or another manner: specialty information, gender, awards/honors, professional appointments, professional membership, and languages….

The following information has been imported by MDx from data input files received by emails from medical practice groups and hospitals: specialty information, date of birth, gender, awards/honors, professional appointments, professional membership, and languages.

(*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 4.)

57.    MDx admits that more than 10,000 provider profiles literally meet the claim element of "accessing healthcare provider-verified information ... received from the healthcare provider."  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at pp. 5-6.)

58.    In its latest interrogatory response, MDx states that "Age is not edited by the provider" and "that provider entry [of a birth date] is not used to calculate age." (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 4.)  My understanding of the claim, however, is that "accessing" is required, not using a field to perform a calculation. Necessarily, if the MDx system is trying to verify a physician's identity using an entered birth date, its software must access both what is uploaded from the physician's Web browser and also what is already stored in its database.

59.     MDx states that "MDx obtains publications only from PubMed, not providers." (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 5.)  As explained in my previous reports, that physicians can view their profiles and correct erroneous information means that essentially anything in that profile can be considered to have been "provider-verified" and that includes publications.

60.     MDx states that "Years in practice (number of years in a practice group) is not found in the MDx fields." (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 5.)  It is perhaps true that "number of years in a practice group" is not a field in the MDx database. However, I don't believe this is how a person of ordinary skill or even a layperson would understand "years in practice." Consider a cocktail party conversation in which a 60-year-old dermatologist is asked "How many years have you been practicing?" If she had just moved to a new office, would she respond "Only two months"? I believe that she would understand the question "For how many years have you been qualified and practicing as a dermatologist." That information is contained in the MDx database, as admitted on the same page where MDx discusses using "residency graduation year."

61.     MDx latest interrogatory responses argue that "merely receiving information from a healthcare provider" does not make the information verified.  I disagree.  I understand the Markman Order to state that a provider (e.g., physician) may verify and confirm the information either by providing it to the information service provider or by viewing the information on a Web page and declining to initiate a correction process (falls within "confirm" or "substantiate"). (*See* Markman Order at p. 15 n.8.)

62.     MDx states that "For information that a provider enters for the first time, MDx does not have providers confirm that information." (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 8.) I disagree. After a provider enters information, he or she can see the updated profile on a Web page and, if it is incorrect, submit an additional update. This is the conventional confirmation for any web-based system. For example, on October 2, 2014 I added a home phone number to my Facebook profile. I typed in the number and clicked the "save changes" button. Facebook responded with a new profile page showing the additional number. When I hovered the mouse near the number, I was offered the choice to "Edit" it. It would not be reasonable for Facebook to say at this point "Philip Greenspun entered a home phone number but did not confirm it."

63.     MDx states that "If a provider sees third-party information but does not change it, the claim element requiring 'accessing healthcare provider-verified information … received from the healthcare provider' would not be met." (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 8.)  As noted in my previous reports (e.g., 7/13/12 Report at ¶¶ 128 and 251) and in my deposition (e.g., 53:19-70:17, 268:14-271:16), depending on the design of the vitals.com Web forms, it is often the case that unchanged information goes back to the vitals.com server (and therefore is "received from" the physician) along with information that is changed, e.g., when a physician is offered a pre-populated form with multiple editable fields. The various Web forms are shown in screenshots that were taken at my direction on December 10, 2011 by Dr. Christine Silvers, who is a friend of mine, copies of which are attached as Exhibit E to this report. These are the screenshots I testified about during my deposition on September 28, 2012.

If one were to accept MDx's interpretation of the patent claim, data produced by MDx show that the claim element has been infringed for at least 11,334 physicians. If one were to accept my interpretation, data produced by MDx show that the claim element has been infringed for at least 26,204 physicians. Note that one reason I use the qualifier "at least" is that I believe the spreadsheets produced by MDx to be incomplete (see below).

64.     MDx recently produced results of SQL queries of its provider database which demonstrates that thousands of providers have provided (and thus verified) the claimed types of information to MDx.  My understanding is that previously MDx was suggesting that this number might be 0. In my October 2013 declaration, based on the limited information (regarding only edits to single fields) that was available at the time, I calculated that the expected number of doctors who had edited three or more fields was approximately 15,000 and that the probability of 0 doctors having edited three or more fields was extremely low ("this is possible in the same sense that beating the casino at roulette 1000 times in a row is possible. However, the calculation below shows that it is even less likely." (*See* Dkt. 632-6 (Decl. of Philip Greenspun) at p. 16.) The SQL reports produced since October 2013 show that MDx's estimate of 0 was incorrect and that, assuming the produced data are complete, the real number is consistent with an expectation of 15,000.  A copy of my October 2013 declaration is attached as Exhibit F to this report.

65.     My understanding is that MDx represents that MDX 0143118 shows all of the providers who have made edits to their profile through the portal, customer service edits, or by e-mail as well as what fields they have edited (as noted below, I believe that at least one provider may have been left out of this report). The Microsoft Excel program calculated that the number of providers who have made changes to three or more of the fields corresponding to the patent claim element is 11,334. MDx admits that this calculation is correct: "The number of provider profiles that may literally meet this claim element (not all the claim elements) of 'accessing healthcare provider-verified information ... received from the healthcare provider' is between Number A [10,785] and Number B [11,334]."  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at pp. 5-6.)

66.     MDx has also provided data relevant to considering an alternative way of providing and verifying information when a physician clicks the "approve" button on the Web forms in the provider portal, thus sending the field values back to the vitals.com server and resulting in the display of a green checkmark and an "Approved" rather than "Not yet approved" in the headline.  MDX 0143118 and MDX 0145271 show that at least 26,000 providers have clicked three or more of the "approve" buttons on the Web forms within the portal, where each of these buttons corresponds to one of the claimed types of physician-verified information. Thus, each of these 26,000 providers has actually provided (and MDx has received) three or more of the claimed types of information.  By providing the information after viewing it, and clicking on a button labeled "Approve," in my opinion these providers have verified the information and MDx has received the information from the providers.

67.     MDx states that "the 'approve' button can be used merely to navigate to a next section in the physician portal.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 17.)  MDx has produced a spreadsheet, MDX 0145721, which I understand is represented to be a complete list of physicians who have clicked "approve" but who have not changed any of

their profile information. There are only approximately 390 physicians listed on this spreadsheet. Thus I conclude that either this is not a very common activity for a physician or that MDx has not produced an accurate spreadsheet (see next paragraph).

68.    As noted above, in December 2011 my friend Christine Silvers visited the vitals.com Web site and logged in as a physician. The screenshots that she made plainly show a green checkmark next to Education and Languages, indicating that she clicked the "Approve" button within that section. Note also that the screenshots say either "Not yet approved" or "Approved" next to the section title. If Dr. Silvers changed fields within these sections, her name should appear in the Excel spreadsheet MDX 0143118. If Dr. Silvers did not change any field values, but merely clicked "Approve" to navigate and/or to confirm the information, her name should appear on MDX 0145721. Yet her name does not appear on either spreadsheet. Thus, I conclude that MDx has not produced a complete response to the interrogatories in this case.

69.    MDx states that "no provider information is submitted to the MDx system when no provider information has been entered or modified, regardless of the 'approve' button." (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at pp. 17.) The Web pages under discussion here seem to be conventional ones and the "approve" button is a form submission button. It would be conventional for all of the form field values, including ones that were prepopulated but not modified, to be sent back to the vitals.com server following a click on the "approve" button. At that point, the server-side software would decide whether or not database updates were required but the information would have been "received" as required by the claim. In a later portion of the paragraph, MDx seems to admit that this is in fact how the system works: "If any information is submitted to the MDx system in response to click of an 'approve' button, the submission is limited to information in the immediate section of the 'approve' button." (MDx's Third Supplemental Response to Interrogatory No. 2 at pp. 17.) Therefore, it is a conventional Web form in which the form field values are sent back to the server but the form is not the entire Web page.

70.    As another example, the profiles of Dr. Michelle Price (attached as Exhibit G to this report) and Dr. Srino Bharam (attached as Exhibit H to this report) demonstrate that MDx actually accessed this information as required by this claim element.

71.    Dr. Price made edits to her profile using the provider portal.  (*See* MDX 0143118 at Cell N45234.)  She actually edited the specialty and membership fields.  (*See* MDX 0143118 at Cells C45234 & K45234.)  She clicked the "approve" button in the Basic tab (gender), the Specialties tab, and the Associations tab.  (*See* MDX 0143118 at Cells AI45234, AL45234, & AM45234.)  In doing so, she provided (and MDx received) information regarding specialties, gender, and memberships, which meets the literal requirement of receiving three or more of the claimed physician-verified information.  By providing this information to MDx, Dr. Price verified it.

72.    Dr. Bharam made edits to his profile using the provider portal and through "e-mail attached data files."  (*See* MDX 0143118 at Cells N7515 P7515.)  He actually edited the awards/honors, appointments, and languages fields.  (*See* MDX 0143118 at Cells I7515, J7515, & M7515.)  He clicked the "approve" button in all six tabs of the portal.  (*See* MDX 0143118 at

Cell AI7515-, AN7515.)  In doing so, he provided (and MDx received) information regarding gender (Basic tab), associations (associations tab), specialties (specialties tab), awards (awards tab), languages (languages tab), and memberships (the General Information tab), which meets the literal requirement of receiving three or more of the claimed physician-verified information.  By providing this information to MDx, Dr. Bharam verified it.

73.     The VitalsChoice system (including the one that MDx sold to Capital BCBS) includes the same provider database that is accessed by vitals.com and thus meets this claim element for the same reasons described above and in my earlier reports.  (*See*, e.g., 7/13/12 Report at ¶¶ 112-28, 244-51;  9/9/13 Report at ¶¶ 12-13, 54-55, 81-86, 115.)

74.     VitalsChoice may include 64 data elements from MDx's provider database.  (*See* MDX 0145399; MDX 0143826-143827 (listing the 64 fields); MDX 0070967; MDX 014581592.)  VitalsChoice includes "Vitals Augmented Data," which may include the following types of physician-verified information fields:

- Personal Information
- Demographics
- Specialty
- Hospital Affiliation
- Group Affiliation
- Publications
- Identifiers
- Awards & Recognition

(*See* MDX 0144277.)

75.     VitalsChoice also includes the Provider Portal that allows providers to review, confirm, edit, and approve the claimed types of physician-verified information within MDx's provider database.  (*See* MDX 0145400; MDX 0144689; *see also* 7/13/12 Report at ¶¶ 123-28.)

76.     As part of the VitalsChoice system MDx sold to Capital BCBS, it agreed to build, maintain, update, and host the MDB, which includes all of the data elements listed in Exhibit B of the agreement.  (*See* MDX 0106621.) Exhibit B of the agreement between Capital BCBS and MDx shows that the database accessed in preparing reports contains at least the following items set forth in the claim element: specialty information, medical philosophy ("Bio/personal Statement"), gender, age, years in practice ("years' experience" is the phrase in the document), years in practice (can be inferred from the "Education" data), languages, awards, honors, professional appointments ("Hospital Affiliation"), and publications.  (*See* MDX 0106635.)

77.     Confirmation that this information is accessed is provided by page 33 of the Capital BCBS Demo, where the fields of "gender", "specialties", and "languages" appear as the first three rows of the comparison table, with professional appointments towards the bottom of the page under a headline of "Affiliations".  (*See* Exhibit D.)  MDX 0012066 and 0012068 show that the "overall Quality Score" or "Overall Provider Quality Score" is partly based on awards, academic appointments, hospital affiliation, publications, and experience.

78.     As part of the system MDx sold to Capital BCBS, MDx agreed to develop a Provider EZ Edit Tool to allow providers to edit their profiles. (*See* MDX 0106621.)  MDx hosts the IPF and EZ Edit tools, which are based on MDx's source code.  (*See* MDX 0106629.)

79.     Additionally, the Capital BCBS website indicates that at least the following fields of information are "self-reported":  hospital affiliations (corresponding to professional appointments), gender, and languages.  (*See* Source/Verification from https://providerfinder.capbluecross.com/static/MDx/ipf/capital/_pdf/pro_source_verifi_tou.pdf (attached as Exhibit I).)

> *Claim 1, Step 3: compiling, by the at least one computer processor, patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by the company providing the service for connecting healthcare providers with the potential patients;*

80.     MDx's recent interrogatory responses admit that any provider who has patient ratings from vitals.com literally meets this claim element.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 8.)  I agree.

81.     MDx advertises itself as having "Largest collection of patient reviews • Approaching 3 million, growing at 65,000/month."  (*See* MDX 0143830 & MDX 0106569 ("With over 2.8 million total reviews, Vitals has amassed more patient ratings & reviews than any other source.").)

82.     MDx did not provide a total number of providers who have patient ratings from vitals.com, but did provide the number of providers who have a vitals.com patient rating and who also have edits made to their profiles (MDX 0143118), or who also clicked at least one approve button (MDX 0145121), or who had a profile view that included a sponsored listing with star rating (MDX 0145122).  The total of these providers who had vitals.com patient ratings is 164,123.

83.     The profiles of Dr. Michelle Price (Exhibit G), Dr. Bharam (Exhibit H), and Dr. Ogden (Demo 20 - Exhibit C) demonstrate that MDx actually performed this claim element.  MDx compiled a patient rating for Dr. Price that was received from the online patient experience survey on vitals.com.  (*See* MDX 0143118 at Cell S45234.)  MDx compiled 25 patient ratings for Dr. Bharam that were received from the online patient experience survey on vitals.com.  (*See* MDX 0143118 at Cell S7515.)  MDx compiled 10 patient ratings for Dr. Ogden that were received from the online patient experience survey on vitals.com.  (*See* MDX 0143118 at Cell S72630.)

84.     The VitalsChoice system (including the one that MDx sold to Capital BCBS) includes the same provider database that is compiled for vitals.com and thus meet this claim element for the same reasons described above and in my earlier reports.  (*See*, e.g., 7/13/12 Report at ¶¶ 129-42, 252-56;  9/9/13 Report at ¶¶ 14, 15, 56, 57, 87-88, 116-117.)

85.     The VitalsChoice system (including the one that MDx sold to Capital BCBS) also includes a patient review system like the patient review system on vitals.com and thus meet this claim element for the same reasons described above and in my earlier reports.  (*See* MDX 0145398.)

86.     "The Patient Review System enables users to view ratings and reviews for Professionals and Facilities, as well as to submit Ratings and Reviews for Professionals. These help users better determine whether a provider is a good match for their unique healthcare needs. When the Patient Review System is implemented along with Provider Finder, users can view crowd-sourced, community-based Ratings, Recommendations and Reviews as well as rate Providers, submit their own Reviews and like or dislike a review as well as report it." (*See* MDX 0144277; *see also* MDX 0143830-143831.)

87.     "Users can rate Professionals on various configurable criteria. The default criteria include communication, bedside manner, environment, and punctuality; however, the criteria can be configured. Users can also write a personal summary of their experience.

To submit a review, users must:

- Be logged on.
- Agree that they have actually visited the Professional.
- Be eligible to review the Provider. By default, users can review a Professional every certain number of days, with the number of days being configurable.

To write a review, members click the Write a review link (on the Provider Profile) or the Write a Review button (on the Ratings & Reviews submodule). These links bring users to the Write a review form."



Sample Ratings & Review Submodule

(*See* MDX 0144281; *see also* MDX 0143975-143977.)

88.    "Read reviews and see ratings on provider profiles.  Leave a review and rating. Provides another perspective to complement provider credential and background information." (*See* MDX 0143811.)

89.    As part of the system MDx sold to Capital BCBS, MDx agreed to build, maintain, update, and host the MDB, which includes all of the data elements listed in Exhibit B of the agreement.  (*See* MDX 0106621.)  Exhibit B of the agreement between Capital BCBS and MDx shows that the database accessed in preparing reports contains "Patient Reviews" and a "Provider Quality Score". (*See* MDX 0106635.)  MDX 0012066 and 0012068 show that the "overall Quality Score" or "Overall Provider Quality Score" is partly based on patient ratings and reviews.

90.    As part of the system MDx sold to Capital BCBS, MDx agreed to build, maintain, update, and host a patient review system ("PRS"), which provides information for Capital plan members when researching providers, including the ability to read provider reviews that prior patients have submitted, and the opportunity to complete their own patient review survey regarding the experience they had with a provider.  (*See* MDX 0106621 & MDX 0106633-106634.)

91.    The MDB will also deliver information to the Patient Review System ("PRS").  (*See* MDX 0106625.)

92.     Confirmation that this information is accessed is provided by page 33 of the Capital BCBS Demo, where the table contains rows for "Patient Rating" and "Patient Recommendation."  (*See* Exhibit D.)

> ***Claim 1, Step 4: compiling information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;***

93.     MDx's recent interrogatory responses admit that MDx collects the following information from one or more third-party sources: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information.  As I said in my earlier reports, this is sufficient to show that this information is "verified."  (*See*, e.g., 7/13/12 Report at ¶¶ 143-54, 257-59;  9/9/13 Report at ¶¶ 16-18, 58-59, 89-90, 118-21.)

94.     MDx collects this information from many third parties including state medical boards, federal sources, hospitals, medical schools, associations, publication databases, and recognition organizations.  (*See* MDX 0144083.)

95.     MDx says that the accuracy of the information in its database is important.  "Vitals has developed a sophisticated process for ensuring the reliability of data elements when necessary before adding them to the Vitals Provider Data Warehouse. We use proprietary algorithms in combination with our Provider Data Warehouse to identify and quickly resolve potential errors."  (MDX 0144084.)

96.     The profiles of Dr. Michelle Price (Exhibit G), Dr. Bharam (Exhibit H), and Dr. Ogden (Demo 20 – Exhibit C) demonstrate that MDx actually performed this claim element.

97.     MDx received information from third parties for Dr. Price.  By providing this information to MDx, the third parties verified it.  For example, MDx received verified information about Dr. Price's board certification from ABMS.  (*See* Exhibit G at p. 8.)  MDx collected medical school, residency, and fellowship information about Dr. Price from the State Medical Boards, including presumably the New York State Medical Board. MDx collected licensure information and disciplinary action information from state medical boards and federal government, including presumably the New York State Medical Board.  (*See* MDX 0107001 & MDX 0070994.)

98.     MDx received information from third parties for Dr. Bharam.  By providing this information to MDx, the third parties verified it.  For example, MDx received verified information about Dr. Bharam's board certification from ABMS.  (*See* Exhibit H at p. 1.)  MDx collected medical school, residency, and fellowship information about Dr. Bharam from the State Medical Boards, including presumably the New York State Medical Board.  MDx collected

licensure information and disciplinary action information from state medical boards and federal government, including presumably the New York State Medical Board.  (*See* MDX 0070994.)

99.      MDx argues that third-party information is not verified if it is subject to such a disclaimer.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 11.)  I disagree.  This is contrary to the Markman Order.  I understand MDx will rely on this language from the ABMS website:

> The physician certification information in the ABMS database is updated periodically with data provided by its Member Boards. Due to the possibility of reporting and processing delays, the accuracy and completeness of records cannot be guaranteed. ABMS shall not be liable to you or others for any decision made or action taken by you in reliance on the information obtained from this service. It is the user's responsibility to determine that the physician record obtained is that of the physician whose information is sought."

(MDX 0145638.)

The Markman Order specifically states that "verification" does not require "proof" that information is accurate.  A general disclaimer by ABMS trying to reduce the organization's liability in the event that information is not up to date does not mean that the ABMS' data is worthless.  (*See*, e.g., Greenspun Deposition at 84:23-94:2.)  MDx refers to board certification from entities other than ABMS as "unverified," and thus this information from ABMS is considered to be verified (or at least not unverified).  (*See* MDX 0107001.)

100.     Regardless, information from the New York state medical board is not subject to a disclaimer.  (*See* printout from a "Verification Search" for Dr. Price (Exhibit G) and for Dr. Bharam (Exhibit H).)  To the contrary, this document states:  "The Office of Professions considers this information to be a secure, primary source for license verification."

101.     The VitalsChoice system (including the one that MDx sold to Capital BCBS) includes the same provider database that is compiled for vitals.com and thus meets this claim element for the same reasons described above and in my earlier reports.  (*See*, e.g., 7/13/12 Report at ¶¶ 143-54, 257-59;  9/9/13 Report at ¶¶ 16-18, 58-59, 89-90, 118-21.)

102.     VitalsChoice includes 64 Data elements from MDx's provider database. (*See* MDX 0145399; MDX 0070967; MDX 0145481-145492.)

103.     "Vitals can use some of its own data to enhance Provider data, if contracted to do so. Some of these data points include the following."

- Licensure
- Educational Data
- Patient Reviews
- Identifiers
- Sanction & Disciplinary Action

- ▪ Board Certification

(*See* MDX 0144277.)

104.    For Capital BCBS, MDx agreed to build, maintain, update, and host the MDB, which includes all of the data elements listed in Exhibit B of the agreement.  (*See* MDX 0106621.)  Exhibit B of the agreement between Capital BCBS and MDx shows that the database accessed in preparing reports contains at least the following items set forth in the claim element: board certification, licensure ("license status"), disciplinary action, medical school ("quality of medical school" and "Education"), medical internship, medical residency, and medical fellowship.  (*See* MDX 0106635.)  MDX 0012066 and 0012068 show that the "overall Quality Score" or "Overall Provider Quality Score" is partly based on board certification, disciplinary action, education (i.e., medical school, internship, residency, fellowship).

105.    Confirmation that this information is accessed is provided by page 33 of the Capital BCBS Demo, where board certification has its own row, where only physicians who are licensed and not subject to disciplinary action are shown in response to search results.  (*See* Exhibit D.)  I verified this by going to the health.state.ny.us Web site and finding physicians who had been disciplined by the State of New York. I found "McCarthy G. Smith," whose conviction for "criminal tax fraud" was noted on June 9, 2014, and "Barlow Smith", whose license was revoked on August 20, 2013. Neither of these physicians was located using the Capital BCBS system on September 24, 2014.

106.    Demo 20 is an example of Configuration 3 that meets this element for the same reasons discussed in my earlier reports.  (*See*, e.g., 9/9/13 Report at ¶¶ 16-18, 58-59, 89-90, 118-21.)

> ***Claim 1, Step 5: creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source,***

Configuration 1 Reports

107.    I addressed the Configuration 1 Reports in my July 2012 report -- these were created by the Compare Now feature of the "prior version" of vitals.com.  (*See*, e.g., 7/13/12 Report at ¶¶ 87a; 155-88.)  The VitalsChoice system creates reports that are substantially the same as those created by the Compare Now feature of the prior version of vitals.com.

108.    The Configuration 1 Reports are created by the Compare Feature of the VitalsChoice system. The compare functionality is located on the Search Results page. It helps users quickly compare providers based on the data that matters most to them. Users can compare up to ten providers at a time by clicking the checkbox for the Provider and then clicking the Compare button.  (*See* MDX 0144267-144268; *see also* MDX 0145398.)  "After users click the Compare button, the Compare Grid appears. It shows the actual comparison of the selected Providers. The Compare Grid compares the crucial information about each provider, in a clear,

easy to manipulate format. Users easily return to the Search Results, where they can change their selections or clear them." (MDX 0144268.)

109.    These Configuration 1 Reports are created using **the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source**: "After users click the Compare button, the Compare Grid appears. It shows the actual comparison of the selected Providers. The Compare Grid compares the crucial information about each provider, in a clear, easy to manipulate format. Users easily return to the Search Results, where they can change their selections or clear them." (MDX 0144268.)  As shown in the image below, these reports were created using the following information because it is displayed in the reports: specialties, languages spoken, board certification, and awards:



Sample Compare Grid

(*See* MDX 0144268; *see also* MDX 0143969.)

110.    MDx also built a VitalsChoice System for Capital BCBS that creates Configuration 1 Reports.  (*See* Exhibit D.)  These reports were created using at least the following information: medical school, specialties, languages spoken, and board certification.  (*See* Exhibit D.)  Further, substantially all the information in the database about each provider is used to create these reports, even if all of the information is not displayed in the reports.  (*See* 7/12/12 Report at ¶ 165.) As previously noted, the core function of report generation software is to distill a large amount of information from a database so that is easy for a human to read and understand. Database fields that are not directly displayed may be used to confirm other fields via a data quality process. Database fields that are not directly displayed may be used to determine scores and awards that either are displayed or affect the likelihood that

23

a profile will be offered following a search. As noted previously MDX 0012066 and 0012068 show that the "overall Quality Score" or "Overall Provider Quality Score" is based on a large number of database fields, many of which overlap with the relevant information fields. Disciplinary action information and licensure information is used to create reports because: 1) reports show awards; and 2) awards are generated via a preprocessing step that allocates awards only to providers who are actively licensed and not subject to disciplinary actions. (*See* Dkt. 840-2 (Decl. of Erika Boyer) at ¶ 3.)

111.    MDx states that it does not use licensure information to create reports because "not every provider in the MDx database is licensed." (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at pp. 12-13.)   However, for MDx even to be able to make that statement they would have to know which doctors in their database are in fact licensed. MDx goes on to say that the intermediate "Mongo" database does not include licensure data but that is, I believe, because unlicensed physicians are excluded from this database. Thus the licensure information is used during what is effectively a preprocessing step toward generating the Web pages that users see. For MDx to say that they don't make any of licensure information would be equivalent to saying "Our software is equally likely to offer consumers a choice of an unlicensed or licensed doctor."

112.    MDx states that a comparison grid such as Compare Now feature of vitals.com is "not a report on a first healthcare provider." (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 14.)  I disagree. The VitalsChoice comparison grid is a report the first healthcare provider because it is created using the provider-verified, patient-provider, third party verified information about this particular provider as discussed above. It is true that information regarding other providers (e.g., physicians) is also on the same Web page, but that just makes it a *better* report on the first provider, since the provider's information may then be viewed in context.  MDx seems to take the position that the claims require the healthcare provider report on the first healthcare provider to be focused on a single provider.   I disagree. (*See* Markman Order at p. 24.)  But if this is true, the report created by the compare feature meets this element under the doctrine of equivalents.  As I said in my July 2012 report, a healthcare provider report that includes multiple providers performs substantially the same function, in substantially the same way, to produce substantially the same result as the claimed report on the first healthcare provider. The functional difference of reporting on one particular doctor versus multiple particular doctors is insubstantial. A single provider report is substantially the same as a multiple provider report – both have information on the single particular provider.  (*See* 7/12/12 Report at ¶¶ 183-187.)

Configuration 3 and Configuration 4 Reports

113.    I addressed the Configuration 3 Reports in my earlier reports -- these were created by the "most recent" version of vitals.com, which included a healthcare provider profile that was connected to a search results page via a link that allows for a search of similar doctors.  (*See*, e.g., 9/9/13 Report at ¶¶ 19-23. ) The VitalsChoice system creates provider profiles that are substantially the same as those created by that "most recent" version of vitals.com with the same kind of link that allows for searching for similar doctors from the profile.

114. I addressed the Configuration 4 Reports in my January 2014 report -- these are profile reports that are very similar to the Configuration 3 Reports except that they also have comparison ratings of other providers inside the profile in a section called "sponsored listings". These reports were created on vitals.com for a month late in 2013. (*See* 1/3/14 Report at ¶¶ 23-26.) The VitalsChoice system creates profile reports that are substantially the same as those created by that version of vitals.com.

115. The VitalsChoice system creates profile reports ("Configuration 4 Reports" when they include similar doctors with star ratings inside the profile and "Configuration 3 Reports" when they do not), each of which are interlinked with search results, like the search all similar doctors feature of vitals.com described in my September 2013 and January 2014 reports:

> Provider Profiles display information about a Provider. Users can access Provider Profiles from the Search Results or from the Comparison grid by clicking on a Provider name. The easy-to-navigate provider profiles are displayed for optimal viewing, with a convenient modular design. You can configure the order and text of the modules that display on the Profile.

(MDX 0144268.)

116. The VitalsChoice Profile Reports (both the Configuration 3 and Configuration 4 reports) are created using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source. I know this because they include:

a. Profile Header
   - Provider Name and Degree abbreviation
   - Specialty
   - Evaluation Card, which highlights the following:
     - Awards
     - Patient Rating

b. Profile Modules: Most of the default Profile modules are data-driven; when data is available for the module, the module displays. If there is expanded data available for a module, there is also a link to the expanded module.

c. Specialties & Expertise Module: The Provider's specialties and expertise as well as the Essential Community Provider Type. This module always displays . . . .

d. Affiliations Module: If details are available, they are linked to on the Affiliations page. This module always displays . . . .

e. Foreign Languages Spoken: Languages spoken by the Provider or staff.

    f.   Identifiers: This module shows all available identifiers, including the NPI. Up to three identifiers display; if there are more, there is a link to show the additional identifiers.

    g.   Education: For Professionals, this module displays information about their education and degrees.

    h.   Quality Measures: This module displays information about Quality Measures. If details are available, there is also an expanded Quality module.

    i.   Biography (Vitals Augmented Data): Where available, this module includes a biography and/or video.

    j.   Publications (Vitals Augmented Data): Where available, this module includes a list or publications.

    k.   Similar Providers: If there are other Providers with greater Relevancy, the three other most relevant Providers are listed in this module.

(MDX 0144268-144274.)

117.    The VitalsChoice system MDx sold to Capital BCBS also creates reports using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source. MDx agreed to build a system that would create Capital BCBS Configuration 3 Reports: "Profile Views of all applicable Providers, with data delivered from the MDB. Display rules created by MDx to ensure smooth display of information, regardless of volume of available data." (MDX 0106628.) These reports are created using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source. I know this at least because they display years of experience, gender, specialties, board certifications, and education information. (*See* Exhibit D.) Further, substantially all the information in the database about each provider is used to create these reports, even if all of the information is not displayed in the reports. (*See* 7/12/12 Report at ¶ 165.)

118.    Demo 20 is an example of a Configuration 3 Report that meets this element for the same reasons discussed in my earlier reports. (*See*, e.g., 9/9/13 Report at ¶¶ 19-23, 60-62, 91-94, 122.)

119.    MDx created a healthcare provider report on Dr. Michelle Price, which is an example of a Configuration 4 Report. (*See* Exhibit G.) MDx created Dr. Price's report using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source. I know the following information was used because it is displayed in the report: specialty information (pp. 2, 7-8), gender (p. 2), years' experience (pp. 2, 7), associations/memberships (p. 17), patient ratings (p. 12), board certification (p. 8), medical school (p. 16), residency (p. 16), fellowship (p. 16). Although MDx received information from Dr. Price regarding her medical school, residency, and fellowship,

MDx also collected this information from third parties, including the state medical boards. (*See* MDX 0107001 & MDX 0070994.)  MDx does not allow physicians, like Dr. Price, to contradict official sources of this information.  (*See* MDX 0107001 & MDX 0070993-70994.)  For this reason, among others discussed my previous reports and at my deposition, it is my opinion that MDx used the third party information to create Dr. Price's report and may have used the information submitted by Dr. Price as part of its data quality process. (*See* West Deposition at 17:16-22:22, 68:12-68:21.)

120.    MDx created a healthcare provider report on Dr.  Srino Bharam, which is an example of a Configuration 4 Report. (*See* Exhibit H.)  MDx created Dr. Bharam's report using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source.  I know the following information was used because it is displayed in the report:  specialty information (pp. 1-6), years' experience (p. 1), associations/memberships (pp. 1, 5-6), patient ratings (pp. 3-4), board certification (p. 1), medical school (p. 5-6), residency (p. 5-6), and fellowship (p. 5-6).  Although MDx received information from Dr. Bharam regarding his medical school, residency, and fellowship, MDx also collected this information from third parties, including the state medical boards.  (*See* MDX 0107001 & MDX 0070994.)  MDx does not allow physicians, like Dr. Bharam, to contradict official sources of this information.  (*See* MDX 0107001 & MDX 0070994.)  Thus, MDx used the third party information to create Dr. Bharam's report.

### *Claim 1, Step 5 continued: wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers;*

Configuration 1 Reports

121.    Just like the Configuration 1 Reports created by the "prior version" of vitals.com, the Configuration 1 Reports created by VitalsChoice system include comparison ratings of healthcare providers as construed by the Court because they have comparison ratings of the first healthcare provider and other similar healthcare providers.   (*See*, e.g., 7/13/12 Report at ¶¶ 87.a. 187-88; *see also* MDX 0144268.)

Configuration 3 Reports

122.    The Configuration 3 Reports on vitals.com are profiles connected to search results (which include comparison ratings of multiple providers) where the connection is via a hyperlink that allows for searching for similar doctors. I addressed these types of reports in my earlier expert reports. (*See*, e.g., 9/9/13 Report at ¶¶ 19-22;  1/3/14 Report at ¶ 26.)  I understand that the Court has ruled that the Configuration 3 Reports do not literally infringe the asserted claims.  Thus, I will focus on infringement under the doctrine of equivalents.

123.    The VitalsChoice system creates Configuration 3 Reports that are substantially the same as the reports that I referred to as the "most recent version of vitals.com" in my September 2013 and January 2014 reports.  These profiles are connected to the search results through a "search similar doctors" link (MDX 0143822) or a "See more similar doctors" link

(MDX 0144697) within the profile itself.  These links are substantially the same as the "search all similar doctors" link of the "most recent" version of vitals.com.

124.     The similar providers module is a "universal feature" of VitalsChoice.  (*See* MDX 0145518.)  "Similar Providers: If there are other Providers with greater Relevancy, the three other most relevant Providers are listed in this module."  (MDX 0144274.)  "Similar Providers based on Relevancy Sort:  Similar providers displayed on relevant sort including empirical, subjective and cost data that fit the criteria they define." ( MDX 0145397.)

125.     Connecting the profile reports with the search results of similar doctors in this way performs substantially the same function, in substantially the same way, to achieve substantially the same result as including similar doctors with star ratings inside the profile pages. The easiest way to understand this is to remember that the profile pages are generated by a computer program running on the vitals.com server. The result of clicking "search similar doctors" is a Web page generated by a computer program running on the same server. The only thing that happens between the first program running (to generate the profile page) and the second program running (to show similar doctors and their comparison ratings) is that the server waits for a mouse click. There would be no technical obstacle to combining the two computer programs so that the information generated by both was displayed on a single page, without waiting for the user to click the mouse.

126.     Additionally, VitalsChoice includes a "dynamic sort functionality" as part of the search results:  "Using Dynamic Sort Functionality (also called Relevancy Sort), health plans and their employer groups can configure the sort display order of results, based on weights assigned to cost, quality and provider ratings.  Using Dynamic Sort Functionality (also called Relevancy Sort), health plans and their employer groups can configure the sort display order of results, based on weights assigned to cost, quality and provider ratings."  (MDX 0144263.)  "The first results on the first page are an extremely valuable resource:  People rarely go to Page 2 or higher (only 2% of people go past the first page of results). People rarely choose below-the-fold results (80% of selections from search results are chosen from the visible results without scrolling). (*See* MDX 0145098-145112 at 0145105.)

127.     The VitalsChoice Search Results has the following features:

a.   Search Results: The Search Results shows a record for up to 10 Providers per page. Each Provider record links to the full Provider Profile. It also provides location and contact information, a map pin indicator, the number of Awards, a Compare checkbox, and a link to additional locations (showing the number of additional locations via an expandable accordion).  (MDX 0144265.)

b.   Sort: Sort the Search Results quickly using the Sort drop-down list. (MDX 0144265.)

c.   Robust Data–driven filters: This feature helps users narrow down their results. For more information, please refer to the section *Search Filters*.  (MDX 0144266.)

d.   Compare functionality: Users can select up to 10 Providers to compare. For more information, please refer to the section *Compare Functionality*.  (MDX 0144266.)

e.   Pagination links: Users can move between pages as desired.  (MDX 0144266.)

    f.  Ratings and reviews are shown right in the provider records in the Search Results, making it easier for members to make decisions based on provider quality. (MDX 0144278.)

    g.  Crowd-sourced, community-based feedback is presented in an easy-to-read layout on the Provider Profile in the Ratings & Reviews module.  (MDX 0144277.)

128.    Demo 20 is an example of Configuration 3 that has the "search all similar doctors" feature, which connects the profile to a results page with similar doctors that have star ratings.  Thus, this demo meets this claim limitation under the doctrine of equivalents for the same reasons discussed in my earlier reports.

129.    The Configuration 3 Reports created by the VitalsChoice system that MDx sold to Capital BCBS include a hyperlink from the provider profiles to the search results page called "Back to Results."  This hyperlink is built into the profile itself by MDx.  Thus a user can easily move back and forth between the profile and the search results (which include ratings of multiple providers) using links built into the software by MDx and, assuming a normal-sized computer screen, view a provider profile at the same time as search results that include ratings of other providers.  In my opinion, linking a profile to the search results in this way meets the claimed requirement for a healthcare provider report that includes comparison ratings of healthcare providers under the doctrine of equivalents.  The two-way linked search results/profile combination performs substantially the same function in substantially the same way to achieve the substantially the same result as putting ratings of similar doctors inside the profile.

Configuration 4 Reports

130.    As I said in my earlier reports, the profiles that include the sponsored listings with star ratings literally meet the claimed requirement for "comparison ratings of healthcare providers" as construed by the Court.  (*See* 1/3/14 Report at ¶¶ 23-26.)  Profiles with this feature are an example of a Configuration 4 Report.  MDx's SQL query results indicate that there were 194,351 report views with this feature.  (*See* MDX 0143118 (172,694 views); MDX 0145122 (21,506 views); MDX 0145121 (151 views).)  MDx admits that this feature meets the requirement for comparison ratings of healthcare providers.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 14.)

131.    Dr. Price's report is an example of a Configuration 4 report because it includes the sponsored listings with star ratings on the right hand side of each profile page.  (*See* Exhibit G.)  Dr. Price's report demonstrates that MDx actually performed this claim limitation because her profile included comparison ratings of Dr. Price and two other doctors (Dr. Marnee Spierer and Dr. Leonard Farber).  (*See* Exhibit G on pp. 12-14.)  Dr. Price had 17 profile views with the sponsored listing with star ratings.  (*See* MDX 0143118 at Cell AA45234.)  It is my understanding that all of the doctors listed as having "profile views with sponsored listings 11/11-12/11/13" in MDx's SQL spreadsheet reports (MDX 0143118, MDX 0145721, & MDX 0145722) had the same format as these listings shown in Dr. Price's report.  Although not shown in the profile attached as an exhibit to this report (which was printed after MDx removed this feature from vitals.com), Dr. Bharam had 49 profile views with the sponsored listing with star ratings.  (*See* MDX 0143118 at Cell AA7515.)

132.    The VitalsChoice system also creates profile reports with star ratings of other providers inside the profile itself that are substantially the same as the profiles on vitals.com that include the sponsored listings with star ratings feature.  For example, these profiles include a comparison rating of the first healthcare provider: "When the Patient Review System is implemented, the Ratings & Review module displays on the Provider Profile." (MDX 0144280.)



(*See* MDX 0144279.)

133.    These profiles also include a comparison ratings of other similar providers in a section called "More Search Results" of a "Similar Providers" module that displays other providers and ratings for each of the other providers as shown in the image below:

30



Sample Professional Profile

(*See* MDX 0144269.)

134.   "Similar Providers: If there are other Providers with greater Relevancy, the three other most relevant Providers are listed in this module."  (MDX 0144274.)  The similar providers module is a "universal feature" of VitalsChoice.  (*See* MDX 0145518.)

135.   The following is another example of a VitalsChoice Configuration 4 Report with comparison ratings of healthcare providers inside the profile:



(*See* MDX 0143822.)

***Claim 1, Step 6: and providing access to the healthcare provider report on the first healthcare provider over a computer network.***

136.    MDx does not dispute that its accused systems meet this claim element.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 18.)

137.    The VitalsChoice system and the Capital BCBS system are examples of Configurations 1, 3, and 4 that meet this claim element for the same reasons discussed in my earlier reports.  (*See*, e.g., 7/13/12 Report at ¶¶ 189-90, 301-02;  9/9/13 Report at ¶¶ 24, 63, 95, 123.)

138.    As noted in paragraph 190 of my July 2012 report, inherent in the operation of any Web server is that pages be provided to users over a computer network. In any case, I was able to verify that the pages are available over the Internet by visiting the www.capbluecross.com site on September 24, 2014 from my desktop computer in Cambridge, Massachusetts.

***Claim 4: The method as defined in claim 1, wherein the healthcare provider report includes a hyperlink to an affiliated hospital, medical center, or other type of treatment center.***

139.    As I said in my earlier reports, the accused systems meet this claim language.  (*See*, e.g., 7/13/12 Report at ¶¶ 191-93, 303;  9/9/13 Report at ¶¶ 37-39, 96.)   MDx does not dispute this.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 18.)

140.    Nevertheless, MDx argues that the accused MDx systems do not meet this claim unless they include a hyperlink to an external website of an affiliated hospital, medical center, or other type of treatment center.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 15.)  I disagree.  The Markman Order states that this claim does not require a hyperlink to an external website.  (*See* Markman Order at p. 21.)

141.    MDx continues to infringe this claim by offering hyperlinks within physician profiles to reports within MDx's system relating to affiliated hospitals.  (*See* Exhibit C at pp. 17-19.)  It is my understanding that most, if not all of the profiles on vitals.com included this internal hyperlink.  (*See* page 17 of Exhibit G with hyperlinks to affiliated hospitals (St. Charles Hospital & John T. Mather Memorial Hospital).)

142.    Although I disagree that a hyperlink to an external website is required, such a hyperlink is sufficient to show that this claim is literally met.  MDx admits that many of the provider profiles on vitals.com included hyperlinks to external websites of affiliated hospitals.  (*See* MDX 0143118 (1171 providers had hyperlinks to external websites); MDX 0145721 (4 providers had hyperlinks to external websites); MDX 0145722 (1298 providers had hyperlinks to external websites).)

143.    The VitalsChoice system has hyperlinks to affiliated hospitals.  (*See* MDX 0144271.)

***Claim 5: The method as defined in claim 1, wherein the access to the healthcare provider report is obtained through a predetermined Web page that provides search capabilities for a database comprised of healthcare provider information.***

144.    As I said in my earlier reports, the accused systems meet this claim language.  (*See*, e.g., 7/13/12 Report at ¶¶ 194-96;  9/9/13 Report at ¶¶ 25, 40, 64, 97, 124.)  MDx does not dispute this.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 18.)

145.    The VitalsChoice system and the Capital BCBS system are examples of Configurations 1, 3, and 4 that meet this claim or the same reasons discussed in my earlier reports.  (*See*, e.g., 7/13/12 Report at ¶¶ 194-96;  9/9/13 Report at ¶¶ 25, 40, 64, 97, 124.)

146.    Page 4 of the Capital BCBS Demo shows that http://www.capbluecross.com/wps/portal/cbc/FindADoctor/… is the "predetermined Web page that provides search capabilities for a database comprised of healthcare provider information." (*See* Exhibit D.)

147.    Demo 20 (pages 2-8) is an example of Configuration 3 that meets this claim for the same reasons discussed in my earlier reports. (*See* Exhibit C.)

***Claim 6: The method as defined in claim 5, wherein the search capabilities permit a search based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, procedure, and location criteria.***

148.    As I said in my earlier reports, the accused systems meet this claim language.  (*See*, e.g., 7/13/12 Report at ¶¶ 197-200, 304;  9/9/13 Report at ¶¶ 26, 41, 65, 98, 125.)  MDx does not dispute this.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 18.)

149.    The VitalsChoice system and the Capital BCBS system are examples of Configurations 1, 3, and 4 that meet this claim or the same reasons discussed in my earlier reports.  (*See*, e.g., 7/13/12 Report at ¶¶ 197-200, 304;  9/9/13 Report at ¶¶ 26, 41, 65, 98, 125.)

150.    Page 4 of the Capital BCBS Demo shows that it is possible to search by name, medical specialty, state, and city. I verified that on September 24, 2014 these search capabilities were functional.  (*See* Exhibit D.)

151.    Demo 20 at page 5 shows a search by specialty and location. (*See* Exhibit C.)

***Claim 7: The method as defined in claim 6, wherein the search of the database produces a results list of one or more healthcare providers satisfying the search criteria, wherein the results list includes the first healthcare provider.***

152.    As I said in my earlier reports, the accused systems meet this claim language.  (*See*, e.g., 7/13/12 Report at ¶¶ 201-02, 305;  9/9/13 Report at ¶¶ 27, 42, 66, 99, 126.)  MDx does not dispute this.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 18.)

153.    The VitalsChoice system and the Capital BCBS system are examples of Configurations 1, 3, and 4 that meet this claim or the same reasons discussed in my earlier reports.  (*See*, e.g., 7/13/12 Report at ¶¶ 201-02, 305;  9/9/13 Report at ¶¶ 27, 42, 66, 99, 126.)  MDx does not dispute this.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 19; s*ee also* MDX 0144263 ("After users search or find their way, the Search Results display.").)

154.    Pages 9 and 10 of the Capital BCBS Demo show that the results list required by the claim is produced. Note that Dr. Benjamin M. Loos is included on the results list.  (*See* Exhibit D at page 10.)

155.    Demo 20 at pages 4-7 show that the results list required by the claim is produced.  Note that Dr.  Alfred Ogden is included in this list. (*See* Exhibit C.)

***Claim 8: The method as defined in claim 7, wherein the results list further includes an advertisement for the first healthcare provider with a hyperlink to information on the first healthcare provider.***

156.    MDx's accused systems meet this claim limitation.  Physicians may purchase sponsored listings, which gives them an advertisement displayed in a favorable position within the results list.  MDx calls this service "Patient Link."

> Providers and hospitals are looking for better ways to engage their patient community and acquire new patients online. Vitals Patient Link is a multifaceted marketing approach for attracting new patients. We increase a physician's online presence where patients look for doctors most. We deliver new patient leads to your physicians by engaging consumers when they're searching for doctors in your service area by specialty, name or condition.
>
> Search Listings:  Patient Link profiles receive premium placement in search results and prominent calls to action on the highly trafficked Vitals.com and UCompareHealthCare.com.

(MDX 0106563 & MDX 0106575 ("Hospital physicians' profiles receive premium placement and prominent calls-to-action on the highly trafficked Vitals sites.").)

157.    Sponsored profiles have "key features and benefits" including "premium placement in search".  (*See* MDX 0144205.)  Sponsored listing on Vitals network "secure top position in the search results page" and benefit from "premium placement in search".  (*See* MDX 0144209.)

158.    With sponsored listings, "patients find Your Physicians at the top of our search results."  (MDX 0145910.)

159.    Demo 20 shows a visitor to the vitals.com site searching for a "surgical specialist" near Newark, New Jersey. The results list is headed by two "featured" doctors, Alfred Ogden and Robert Drazic. The top advertisement says "Brought to you by Columbia Neurosurgery Network" in addition to the information regarding Dr. Ogden, including his ratings awards. Page 7 of Demo 20 shows a mouse click on Dr. Ogden's name, i.e., the required "hyperlink" of this claim. Page 8, received in response, displays additional information on Dr. Ogden. (*See* Exhibit C.)

> ***Claim 9: The method as defined in claim 7, further comprising: determining from the results list whether a particular healthcare provider is a member of the company managing the Web site; and***
>
> ***if the particular healthcare provider is a member of the company managing the Web site, providing enhanced services for the member healthcare provider on the Web site.***

160.    As described in paragraph 28 of my September 2013 report, physicians that register with the vitals.com site and edit their profiles can add additional information and therefore received the "enhanced service" of having that information shown to potential patients. Page 10 of Demo 20 shows a "personal statement" that could have been received only from Dr. Ogden or a member of his staff. (*See* Exhibit C.)

> ***Claim 14: The method as defined in claim 1, wherein the first healthcare provider is a physician.***

161.    As I said in my earlier reports, the accused systems meet this claim language.  (*See*, e.g., 7/13/12 Report at ¶¶ 211, 309;  9/9/13 Report at ¶¶ 29, 69, 101, 128.) MDx does not dispute this.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 18.)

> ***Claim 15***

162.    My analysis of claim 15 is substantially similar to my analysis of claim 1. To the extent that claim 1 is infringed, so is claim 15.  Claim 15 is infringed for the additional reasons described below.

> ***Claim 15, Preamble: An on-line information system for connecting healthcare providers with potential patients, the system comprising:***

163.    MDx does not dispute that its accused systems meet this claim element. (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 19.)

*Claim 15, continued: at least one computer processor; and memory coupled with and readable by the at least one computer processor and comprising a series of instructions that, when executed by the at least one computer processor, cause the at least one computer processor to:*

164.    MDx does not dispute that its accused systems meet this claim element. (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 19.)

*Claim 15, continued: receive a request for information regarding a first healthcare provider;*

165.    MDx does not dispute that its accused systems meet this claim element. (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 19.)

*Claim 15, continued: access healthcare provider-verified information about the first healthcare provider, wherein the healthcare provider-verified information is received from the first healthcare provider and comprises three or more from the group consisting of: specialty information, medical philosophy, gender, age, years in profession, years in practice, awards, honors, professional appointments, professional memberships, publications, languages, and hobbies;*

166.    As stated in my earlier reports, I am also informed and understand that MDx's accused systems can be found to infringe if they are capable of satisfying the claim elements even though they may be capable of noninfringing modes of operation.  MDx does not dispute that its accused systems are capable of receiving all of the claimed types of information from providers.  (*See* 7/12/12 Report at ¶ 124.)  All of these systems include MDx's provider database, which is designed to allow providers to edit, confirm, approve, and verify their information within the database.  (*See* 7/12/12 Report at ¶¶ 123-28.)  The ability to receive verified information from healthcare providers is a key feature of all of MDx's accused systems.  MDx touts that "each month Vitals receives over 5,000 monthly provider profile edits from healthcare providers."  (MDX 0106569.)

167.    As discussed in earlier reports and in this report, there are many ways that providers may edit, confirm, approve, and verify their information within the database, including without limitation through the provider portal, which includes an EZ edit feature, through customer service edits, and through the fax program.  Further, as discussed above, many providers in MDx's provider database have actually provided the claimed types of information to MDx.

168.    In my opinion, the accused systems meet this claim limitation because they are capable of and designed to access the claimed type of provider-verified information for every provider in the database.

***Claim 15, continued: compile patient-provided information regarding the first healthcare provider, wherein the patient-provided information comprises patient ratings from one or more past or current patients of the first healthcare provider, and wherein the patient ratings are received from an on-line patient experience survey completed on a company Web site by the one or more past or current patients of the first healthcare provider, and wherein the company Web site is managed by a company providing a service for connecting healthcare providers with the potential patients;***

169.    As stated in my earlier reports, I am also informed and understand that MDx's accused system can be found to infringe if they are capable of satisfying the claim elements even though they may be capable of noninfringing modes of operation.  *(See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 19.)  MDx does not dispute that the accused systems are capable of receiving the claimed patient provided information for every provider within the database.  (*See*, e.g., 7/13/12 Report at ¶¶ 143-154.)  All of these systems include a patient review system which is designed to allow patients to provide patient ratings through a patient experience survey managed by MDx on vitals.com, capbluecross.com, and through other websites as part of the VitalsChoice system.  (*See* 7/13/12 Report at ¶¶ 129-37.)  The patient experience survey is a key component of MDx's accused systems.  (*See* MDX 0106988 (patient ratings are "core piece of Vitals IP"; "this is the #1 most used feature of Vitals' site").)

170.    Proof of this capability is demonstrated by the fact that MDx has actually compiled many patient ratings for many providers through a patient experience survey on vitals.com as I discussed above.  (*See* MDX 0106569 ("With over 2.8 million total reviews, Vitals has amassed more patient ratings & reviews than any other source.").)

171.    In my opinion, the accused systems meet this claim limitation because they are capable of and designed to compile patient ratings from surveys located on websites managed by MDx for all of the providers in the database.

***Claim 15, continued: compile healthcare provider information regarding the first healthcare provider verified by an independent third-party source, wherein the information verified by the independent third-party source comprises three or more from the group consisting of: board certification, licensure, disciplinary action information, medical school, medical internship, medical residency, and medical fellowship information;***

172.    In my opinion, the accused systems meet this claim limitation because they are capable of and designed to compile the required types of third party-verified information for every provider within its database.  (*See*, e.g., 7/13/12 Report at ¶¶ 143-54.)  Further, as discussed above, MDx has actually compiled this information for most, if not all of the providers within its database.

*Claim 15, continued: create a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and*

173.   Here the accused systems are capable of creating the claimed healthcare provider reports as demonstrated at least by the fact that they have actually created these reports as I detailed above and in my earlier reports.  (*See*, e.g., 7/13/12 Report at ¶¶ 155-88.)

*Claim 15, continued: provide access to the healthcare provider report on the first healthcare provider over a computer network.*

174.   MDx does not dispute that its accused systems meet this claim element.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 19; *see also* 7/13/12 Report at ¶¶ 189-90.)

*Claim 16: The on-line information system defined in claim 15, wherein: the healthcare provider report is obtained through one or more from the group consisting of: a predetermined Web page that provides search capabilities on its database and a third-party search engine; and the search capabilities of the predetermined Web page permit searching based on one or more from the group consisting of: name, medical specialty, gender, state, city, procedure, diagnosis, and location criteria.*

175.   As I said in my earlier reports, the accused systems meet this claim language.  (*See*, e.g., 7/13/12 Report at ¶¶ 220-24, 311-12;  9/9/13 Report at ¶¶ 31, 71, 104, 130.)  MDx does not dispute this.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 18.)

176.   Claim 16 is infringed for the same reason that Claim 5 is infringed.  (*See* paragraph 221 of my July 2012 report.)  MDx does not dispute this.  (*See* MDx's Third Supplemental Response to Interrogatory No. 2 at p. 19.)

177.   The VitalsChoice system and the Capital BCBS system are examples of Configurations 1, 3, and 4 that meet this claim element or the same reasons discussed in my earlier reports.  (*See*, e.g., 7/13/12 Report at ¶¶ 220-24, 311-12;  9/9/13 Report at ¶¶ 31, 71, 104, 130.)

178.   I did not conduct an analysis of the "third-party search engine" sub-element of this claim as it was not necessary for finding infringement.

## Health Grades is Practicing the Claimed Invention

179.   In my earlier reports, I stated that Health Grades is practicing the claimed invention of the '060 patent.  (*See* 9/17/12 Report at ¶¶ 142; 9/9/13 Report at ¶¶ 3(e)(viii), 4, 106-131.)

180.    "HG ProfileChanges March2013-July2014" supports my opinion that Health Grades is practicing its own patent.  I understand that these documents show how many providers have actually edited three or more of the claimed fields of provider-verified information using Health Grades' provider portal during this time period.  The fields changed that are recorded in this spreadsheet include:  date of birth, care philosophy, gender, languages spoken, and specialties.

181.    I will note again, that in my opinion, the fact that Health Grades' system is designed to allow providers to provide information is sufficient to show that Health Grades is practicing at least claim 15 of the '060 patent, even if no providers had actually edited any of the claimed fields.  The fact that providers have made edits confirms the system's capabilities.

## Secondary Considerations of Non-Obviousness

182.    It is my opinion, as detailed in my earlier reports, that there are many secondary considerations that demonstrate the asserted claims are not invalid for obviousness.  New evidence also supports these opinions.

### Praise by Others, Skepticism of Experts, and Unexpected Results

183.    Amy Norton, "More Patients are Checking Doctor-Rating Websites, Study Finds," HealthDay New for Healthier Living (Feb. 18, 2014) (attached as Exhibit L to this report):

    a.  "Websites such as Healthgrades.com and RateMDs.com offer people a way to look up local doctors and see patient reviews. And based on the new findings, many patients are putting that information to use."

    b.  "Plus, sites differ in how they operate. On a general site such as Yelp.com, where you can rate anything from restaurants to doctors, users award "stars" and leave comments. The situation is different on Healthgrades, which says it gets more than 250 million visits a year. There, users fill out a standard patient- satisfaction survey, which asks about areas such as the doctor's communication skills, the friendliness of the office staff, and whether it's easy to get an urgent appointment. Beyond that, Healthgrades pulls together different pieces of objective information, said Evan Marks, the company's executive vice-president for informatics and strategy. That includes information on a doctor's board certifications, types of procedures offered, and which insurance plans the office accept s. It also lists a doctor's hospital affiliations, and offers information on how well those hospitals perform -- which is collected from government data. "It's a very comprehensive compendium of information," Marks said. However, he added, "I don't think anyone should base a decision on patient ratings alone."

    c.  Doctors aren't always thrilled by the thought of patient ratings, Hanauer noted. But they might not have a lot to worry about, at least so far. In their research, Agarwal and Gao have found that most online reviews are positive -- with no

evidence that "disgruntled patients" dominate. So at this point, Gao said, it seems that people are using the sites more as a way to recommend a doctor than to critique one.

184.     Sumathi Reddy, "Doctors Check Online Ratings from Patients and Make Change; Many physicians are wary of bad reviews from disgruntled patients," The Wall Street Journal (May 19, 2014) (attached as Exhibit M to this report):

   a.   A study in the Journal of Medical Internet Research found that online reviews were overall positive, with nearly half of the physicians getting a perfect ranking. "We found quite a striking difference between what physicians perceive about their ratings and what patients actually say about their doctors," says Guodong (Gordon) Gao, a professor of information systems at the University of Maryland and lead author of the 2012 study. In another study currently being reviewed for publication, Dr. Gao and Ritu Agarwal, co-directors of the Center for Health Information and Decision Systems, suggest online reviews are generally reliable indicators of patients' opinions. "There's a fairly high correlation between the online quality measure and the true quality measure," says Dr. Agarwal.

   b.   Gregg DeNicola, chief executive of Caduceus Medical, a 20-doctor family-medicine practice in Orange County, Calif., says his first dealings with online reviews were almost all negative. Fired employers who posted fake reviews, he says, and patients who wanted Vicodin when they didn't need it and vented online. "First we did what anyone would do, we just ignored it," says Dr. DeNicola. "Then new patients were actually canceling appointments because of reviews and we realized this could be more serious than we thought," he says. The practice decided to embrace online reviews. Its website asks patients to relate their experience. Staff members contact patients who have positive things to say, or who respond positively to in-office surveys, and invite them to comment on sites that include reviews of doctors, such as Yelp. Staff at Dr. DeNicola's practice monitor review sites daily and respond to negative reviews. Commenters are invited to contact the office about their problem. Dr. DeNicola says new patients are now coming to the practice because of positive online reviews, particularly with many people newly insured through the Affordable Care Act. The review sites are "helping us a lot," he says. "When we decided to quit ignoring it and embraced it, it totally changed the game."

185.     Lindsay Sobin, MD, Parul Goyal, MD, "Trends of Online Ratings of Otolaryngologists What do your Patients Really Think of You?" JAMA Otolaryngology (July 2014, Vol. 140, No. 7) (attached as Exhibit N to this report):

   a.   Objective: To evaluate patterns in online ratings of otolaryngologists.

   b.   Design, Setting, and Participants From May 1, 2013, through June 1, 2013, lists of academic program faculty members in the Northeastern United States were compiled, and academic allopathic otolaryngologists from the Eastern Section of the Triological Society were identified. Each faculty member's name was

41

searched using the Google search engine to link to profiles on the healthgrades.com and Vitals.com websites.

c.  Results A total of 281 faculty members from 25 programs were identified. A total of 266 otolaryngologists had a profile on Healthgrades, and 247 had a profile on Vitals. Of those with profiles, 186 (69.9%) and 202 (81.8%) had patient reviews on Healthgrades and Vitals, respectively. The mean score was 4.4 of 5.0 on Healthgrades and 3.4 of 4.0 on Vitals. On Vitals, 179 profiles (63.7%) had comments associated with them. Overall, 49 comments (27.3%) were determined to be negative, and 138 otolaryngologists (49.1%) had at least 1 negative comment. Academic position and subspecialty affected reviews on Healthgades. State and years in practice did not influence reviews.

d.  Conclusions and Relevance Most patients use online resources for information on healthcare professionals. Physician perceptions of these sites t end to be negative. Awareness of the content and rating patterns may help physicians better manage their online reputation.

## Commercial Success

186.    I reviewed a variety of market share and financial statement documents. The data indicate that vitals.com has been growing in market share through sale, offers for sale, and use of Health Grade's patented technology.  (*See*, e.g., MDX 0144687 ("By 2013, monthly visits to the Vitals consumer website totaled upwards of 13 million each month, with an industry leading number of user submitted ratings and reviews of nearly 3 million.").)

187.    MDx's projected Profit and Loss Forecast indicates an exceptional growth for "Tech & Data Leasing (Health Plans)." (*See* MDX 0145716.)  Of note, projected year-over-year growth from 2014 to 2015 is 81%, for an expected revenue of topping 12 million dollars. In 2016, the growth projection continues to 17 million dollars.  Notably, the growth of MDx's "Tech & Data Leasing (Health Plans)" corresponds to its launch of the VitalsChoice platform. As noted earlier, VitalsChoice is a customizable platform that MDx offers to insurance companies, hospitals, and other third-parties. MDx's standard implementation of VitalsChoice includes the same features and functionality as Configuration 1. (*See* MDX 0145398; *see also* MDX 0144257-144288.) This includes patient ratings, physician provided information, third-party provided information, and a compare feature.

188.    Accordingly, this projected commercial success is attributable to the expected sales of Health Grades' patented technology. Indeed, MDx notes that its "database of over 4.7 billion distinct data elements on doctors & healthcare providers" and its "largest collection of patient ratings/reviews on the web" are key assets. (*See* MDX 0106567.)

# Trial Exhibits

189.    I reserve the right to use demonstrative exhibits at trial if necessary to explain my analysis.

## Reservation of Rights

190.    My opinions are based on the information that I have considered to date. I reserve the right to supplement or amend my opinion given new discovery, testimony heard at trial, and information from opposing experts. In addition, I may be asked to testify in rebuttal to issues and opinions raised by other experts or fact witnesses.

Signed:

Philip Greenspun, Ph.D

Date: October 6, 2014