Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS TO INCORPORATE DR. GREENSPUN'S THIRD SUPPLEMENTAL EXPERT REPORT**

---

**Exhibit B**

**MDx Marketing Materials**



# Transparency Platform Overview

Last Updated: May 23, 2014

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

# Contents

About the VitalsChoice Transparency Platform.................................... 1
Universal Features ........................................................................2
    High Configurability ................................................................2
    Responsive Design ..................................................................2
    Search Capability with Autosuggest ..........................................2
    Guided Wayfinding ..................................................................3
    Spanish Language ...................................................................4
    Share Capabilities ..................................................................4
    Get Care Now Access ..............................................................4
    Dynamic Sort Functionality (Relevancy Sort) ..............................5
Integrated Provider Finder .............................................................5
    About Integrated Provider Finder ..............................................5
    Search Results........................................................................5
    Search Filters.........................................................................8
    Compare Functionality ............................................................9
    Provider Profiles .................................................................. 10
    Interactive Map .....................................................................17
    Vitals Augmented Data (Optional Service) ................................ 19
Patient Review System ................................................................ 19
    About the Patient Review System ............................................ 19
    Ratings & Recommendations in the Search Results .................... 20
    Sort by Rating ......................................................................21
    Viewing Patient Ratings & Reviews ...........................................21
    *The Ratings & Reviews Module* ........................................................ 22
    User-Generated Patient Reviews ............................................. 23
Medical Cost Calculator ............................................................... 25
    Wayfinding and Searching Procedures ....................................... 25
    Cost Information on Cost Search Results ................................... 26
    Cost Available as a Sort Option ............................................... 27
    Comparing Costs ................................................................... 28
    Graphical Cost Display on Provider Profile.................................. 28
    Cost Estimate Breakdown....................................................... 29

Page i
Last Updated: May 23, 2014
©2014 Vitals & MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.





**vitals**choice   Transparency Platform Overview

## About the VitalsChoice Transparency Platform

The VitalsChoice Transparency Platform is a robust and integrated set of tools that enables your health plan members to make informed decisions about their health care needs and select high-value providers who meet those needs.

VitalsChoice Transparency Platform includes a Provider Finder, Cost Calculator and Patient Review System, all designed to work as a seamless solution that integrates easily with your existing solutions. Each of these modules is described in the following sections, along with universal functionality that is common to all modules.



Sample Integrated Provider Finder Lander Page

Page 1 of 30
Last Updated: May 23, 2014



©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**vitals**choice          Transparency Platform Overview

The VitalsChoice Transparency Platform also has out-of-the-box configuration and administration that make for flexible and rapid integration. These are discussed separately in the document VitalsChoice Configuration Guide and VitalsChoice Administration Overview.

# Universal Features

## High Configurability

The VitalsChoice Transparency Platform is highly configurable. For the member version, the data and features in the VitalsChoice Transparency Platform are automatically driven by a member's specific network.

- You can configure:
    - The look of the site, base on the CSS (Cascading Style Sheets)
    - The labels on certain fields and the titles of certain sections/modules
    - Logos
    - Disclaimers
    - The weights of the components used to sort results by relevancy (also called dynamic sorting)
    - The wayfinding experience (navigation and links)
    - The order and text of the modules that appear on the Profile Pages
    - Tool tips
    - External links (that is, links to external finders (such as pharma), to vision (if located on another site), or to marketing materials. Additional data configurations, such as carveouts by location, specialty and provider types, can be managed with ease.

## Responsive Design

The VitalsChoice Transparency Platform is built and optimized to support multiple device formats—desktops, tablets, and phones—so users can engage with the same site on screens of any size, regardless of their devices. There is no need to support separate desktop and mobile sites.

## Search Capability with Autosuggest

The VitalsChoice Search capabilities enable users to search for providers. The default Search Statement that appears on the header of most pages enables search by name, specialty or procedure, location, network and member.

- Autosuggest capability on all fields speeds up searches. The suggestion list categorizes the results and also includes the category next to each search result.
- Geo-location automatically generates results that are geared to the user's location.

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY          MDX 0144260

**vitals**choice                    Transparency Platform Overview



Sample Search Sentence showing Autosuggest and GeoLocation

## Guided Wayfinding

Intuitive tiles help members find their way to the information they need even if they are not sure what they need or what is available.

Wayfinding Tiles are configurable. By default, they include:

- Medical Care
- Dental Care
- Vision Care
- Mental Health Care

NOTE: When the Medical Cost Calculator is also implemented, the default wayfinding tiles also includes Find a Cost. For more information, please see Medical Cost Calculator.



Default Wayfinding Tiles

Page 3 of 30
Last Updated: May 23, 2014



©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                    MDX 0144261

# vitalschoice                Transparency Platform Overview

## Spanish Language

All the elements of the user interface are available in Spanish.



The Language link changes the language of all the text on the site.

*Sample Lander Page in Spanish*

## Share Capabilities

Sharing, printing and exporting capabilities for results make it easy for users to share information with family and friends and make decisions together. Users can print or email information as well as save provider profiles as PDFs for access later by using the following icons:

🖨  Prints the current page

✉  Emails the current page

⬇  Saves the current Provider Profile as a PDF

## Get Care Now Access

The "Get Care Now" search function, currently implemented as a Wayfinding tile, provides fast and easy access to urgent care centers near the member's location, with an intuitive map, driving directions, and star ratings for each center.



©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                    MDX 0144262

# vitalschoice    Transparency Platform Overview

## Dynamic Sort Functionality (Relevancy Sort)

Using Dynamic Sort Functionality (also called Relevancy Sort), health plans and their employer groups can configure the sort display order of results, based on weights assigned to cost, quality and provider ratings.

Dynamic sorting takes a "triple aim" approach to presenting the most relevant search results.



Triple Aim For Relevancy in Search Results

# Integrated Provider Finder

## About Integrated Provider Finder

Integrated Provider Finder is the key module that enables users to search for, find, learn about and compare Providers (Professionals and Facilities).

## Search Results

After users search or find their way, the Search Results display.

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                MDX 0144263

# **vitals**choice    Transparency Platform Overview



Interactive Map

Compare Functionality

Data-driven filters

Search Results

Results Disclaimers

Pagination Links

Sample Search Results Page

The Search Results page has the following features:

Page 6 of 30
Last Updated: May 23, 2014

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0144264

**vitals**choice                    Transparency Platform Overview

- **Interactive map:** The map shows the location for each provider in the Search Results as well as links to directions for driving and public transportation. For more information, please refer to the section *Interactive Map*.
- **Search Results:** The Search Results shows a record for up to 10 Providers per page. Each Provider record links to the full Provider Profile. It also provides location and contact information, a map pin indicator, the number of Awards, a Compare checkbox, and a link to additional locations (showing the number of additional locations via an expandable accordion).



Sample Provider Record



Sample Provider Record with Expanded Multiple Locations

- **Sort:** Sort the Search Results quickly using the Sort drop-down list.



Sort Dropdown List



©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                                    MDX 0144265

**vitals**choice                    Transparency Platform Overview

You can sort by:

- o Relevancy (also called Dynamic Sorting).  Relevancy is the best combination of cost, quality and member experience. Relevancy is the default sort.
- o Last name A-Z
- o Last name Z-A
- o Quality

- **Robust Data-driven filters:** This feature helps users narrow down their results. For more information, please refer to the section *Search Filters*.
- **Compare functionality:** Users can select up to 10 Providers to compare. For more information, please refer to the section *Compare Functionality*.
- **Pagination links:** Users can move between pages as desired.
- **Results Disclaimer[s]:** This section includes disclaimers about the results. These disclaimers are configurable.

## Search Filters

There is a wide variety of search filters to help users refine their results quickly, so they can quickly find providers that fit their criteria. The Filters are located in the Refine your results section, to the right of the Search Results.



Sample Filters

There are four Filter groups: Basic, Specialties, Affiliations, and Quality. For each Filter, the Options display underneath the Filter as drop-downs.

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**vitals**

**vitals**choice   Transparency Platform Overview

- If there matching results available for an option, the number of matching results displays and the dropdown list is active so users can make a selection
- If there is no data available for an option, then that option is grayed out.

The Filter groups and the options are:

- Basic:
    - Distance
    - Accepting new patients
    - Gender
    - Tier
    - Limited Provider Network
    - Rating (up to 5 stars for Professionals, 4+ for Facilities)
    - Language
- Specialties:
    - Specialty
    - Expertise
- Affiliation:
    - Hospital
    - Medical group
- Quality:
    - Award  (by category)
    - Clinical quality

## Compare Functionality

Compare functionality is located on the Search Results page. It helps users quickly compare providers based on the data that matters most to them. Users can compare up to ten providers at a time by clicking the checkbox for the Provider and then clicking the Compare button.



Sample Search Results Page showing Compare Functionality

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

vitals

# **vitals**choice    Transparency Platform Overview

After users click the Compare button, the Compare Grid appears. It shows the actual comparison of the selected Providers. The Compare Grid compares the crucial information about each provider, in a clear, easy to manipulate format. Users easily return to the Search Results, where they can change their selections or clear them.



Sample Compare Grid

## Provider Profiles

Provider Profiles display information about a Provider. Users can access Provider Profiles from the Search Results or from the Comparison grid by clicking on a Provider name. The easy-to-navigate provider profiles are displayed for optimal viewing, with a convenient modular design.  You can configure the order and text of the modules that display on the Profile.

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**vitals**

# **vitals**choice    Transparency Platform Overview



Sample Professional Profile

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                    MDX 0144269

**vitals**choice          Transparency Platform Overview

- **Profile Header:**



Sample Profile Header

The Profile Header includes:

- **Interactive map**: The background is actually an Interactive Map, pinpointing the Provider's location.
- **Photo** of the Provider or Facility, if available. Photos help members become more engaged with the tool and feel more comfortable with their decision.
- **Provider Name and Degree abbreviation**
- **Specialty**
- **Location** with **Map Pin**
- **View Map and directions link**
- **Additional Locations:** additional work locations (if available), showing the number of additional locations via an expandable accordion.



Sample Profile Header with Expanded Additional Locations

- **Contact Information**
- **Evaluation Card**, which highlights:
  - Awards
  - Patient Rating



- **Profile Modules:** Most of the default Profile modules are data-driven; when data is available for the module, the module displays. If there is expanded data available for a module, there is also a link to the expanded module.



©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144270

**vitals**choice  Transparency Platform Overview

**Exceptions:** In order to meet NCQA requirements, the Affiliations module and the Specialties & Expertise modules always display, whether or not there is any data. If there is no data, then these modules display and state that there is no relevant data.

- **Specialties & Expertise Module**: The Provider's specialties and expertise as well as the Essential Community Provider Type. This module always displays, per NCQA requirements. If there is no Specialty or Expertise for the Provider, the module states this.



Sample Specialties & Expertise Module

- **Affiliations Module:** If details are available, they are linked to on the Affiliations page. This module always displays, per NCQA requirements. If there is no Specialty or Expertise for the Provider, the module states this. If there is detailed Affiliations information, there is a link to the expanded Affiliations module.



Sample Affiliations Module

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                                    MDX 0144271

**vitals**choice   Transparency Platform Overview



Sample Expanded Affiliation Module

▪ **Foreign Languages Spoken:** Languages spoken by the Provider or staff.



Sample Foreign Languages Spoken Module

▪ **Location Amenities:** Amenities including whether the location is handicap accessible, e-Prescriber, TTY Capable, site parking etc.
▪ **Limitations:** Provider limitations, such as age limits.
▪ **Identifiers:** This module shows all available identifiers, including the NPI. Up to three identifiers display; if there are more, there is a link to show the additional identifiers.



Sample Identifiers Module

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.



HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                MDX 0144272

**vitals**choice          Transparency Platform Overview

- **Education**: For Professionals, this module displays information about their education and degrees.
- **Quality Measures:** This module displays information about Quality Measures.  If details are available, there is also an expanded Quality module.



Sample Quality Module



Sample Quality Measures Detail

- **Biography** (Vitals Augmented Data)**:** Where available, this module includes a biography and/or video.
- **Publications** (Vitals Augmented Data)**:** Where available, this module includes a list or publications.
- **Office Hours:** The Provider's hours, including weekend hours.

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY          MDX 0144273

# **vitals**choice  Transparency Platform Overview



Sample Office Hours Module

- **Similar Providers:** If there are other Providers with greater Relevancy, the three other most relevant Providers are listed in this module.



Sample Similar Providers Module

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                                                     MDX 0144274

**vitals**choice      Transparency Platform Overview

## Interactive Map

An intuitive, clickable map provides contact information along with directions to the office (driving and public transportation). The map appears on Search Results as well as on Provider Profiles. Maps with directions are helpful in many situations; for example, when someone is searching for Urgent Care, when the location could be critical.

- On Search Results:
  - The map pins mark the locations of all the Providers on the current Search Results page.



*Sample Map Detail with Pins*

  - When users hover on a provider on the Search Results, the map focuses on the related pin so users can see where that Provider is located.



*Sample Map on the Results Page*

  - Users can click any pin on the map to see the location details and a link to Directions.



©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                                    MDX 0144275



**vitals**choice          Transparency Platform Overview

Sample Map on Search Results showing Location and Directions Link

- On Profiles:
  - The View Map & Directions link in the header shows location details and a link to the directions.



Sample Map on Profile showing Location and Directions Link

- The Directions link, when clicked from *either* the Search Results page or the Provider Profile, opens Google maps, where users can find directions.

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.



HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                    MDX 0144276

**vitals**choice    Transparency Platform Overview



Sample Map with Interactive Directions Capability

## Vitals Augmented Data (Optional Service)

Vitals can use some of its own data to enhance Provider data, if contracted to do so. Some of these data points include the following.

- Personal Information
- Demographics
- Specialty
- Hospital Affiliation
- Group Affiliation
- Licensure
- Educational Data
- Publications
- Patient Reviews

- Office Information
- Identifiers
- Video Profiles
- Awards & Recognition
- Contact Info
- Personal Information
- Sanction & Disciplinary Action
- Board Certification

# Patient Review System

## About the Patient Review System

The Patient Review System enables users to view ratings and reviews for Professionals and Facilities, as well as to submit Ratings and Reviews for Professionals. These help users better determine whether a provider is a good match for their unique health care needs. When the Patient Review System is implemented along with Provider Finder, users can view crowd-sourced, community-based Ratings, Recommendations and Reviews as well as rate Providers, submit their own Reviews and like or dislike a review as well as report it.

**vitals**

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0144277

# **vitals**choice    Transparency Platform Overview

## Ratings & Recommendations in the Search Results

Ratings and reviews are shown right in the provider records in the Search Results, making it easier for members to make decisions based on provider quality.



Sample Search Results with PRS Implemented

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0144278

**vitals**choice    Transparency Platform Overview

## Sort by Rating

When the Patient Review System is implemented, Ratings displays as an option in the Sort dropdown list.



Sort Options with Ratings

## Viewing Patient Ratings & Reviews

Crowd-sourced, community-based feedback is presented in an easy-to-read layout on the Provider Profile in the Ratings & Reviews module.



Sample Provider Profile focusing on the Ratings & Review Module

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

vitals

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0144279

 **vitals**choice          Transparency Platform Overview

*The Ratings & Reviews Module*

When the Patient Review System is implemented, the Ratings & Review module displays on the Provider Profile



Sample Ratings & Review Module

The Ratings & Review module includes:

- The Write a review link, which opens the Write a review form. For more information about writing reviews, please see <u>User-Generated Patient Reviews</u>.
- The Provider's rating. Providers are rated on a 5 star system. The rating is also shown as a number and is rounded to the tenth place.
- The Recommendations; that is, the percentage of reviewers who would recommend the Provider to a friend.
- The See ratings & reviews link, which access the detailed Ratings & Reviews submodule.

The Ratings & Reviews submodule provides more detail about the ratings and reviews, provides another access point for members to write a review and also provides social collaboration tools so that users can comment on a review and its usefulness.

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY          MDX 0144280

# vitalschoice    Transparency Platform Overview



*Sample Ratings & Review Submodule*

## User-Generated Patient Reviews

Users can rate Professionals on various configurable criteria. The default criteria include communication, bedside manner, environment, and punctuality; however, the criteria can be configured. Users can also write a personal summary of their experience.

To submit a review, users must:

- Be logged on.
- Agree that they have actually visited the Professional.
- Be eligible to review the Provider.  By default, users can review a Professional every certain number of days, with the number of days being configurable.

To write a review, members click the Write a review link (on the Provider Profile) or the Write a Review button (on the Ratings & Reviews submodule). These links bring users to the Write a review form.

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**vitalschoice**    Transparency Platform Overview



Sample Review Submission

- Ratings are reflected in sort and search immediately after they are submitted.
- Reviews are moderated and do not appear until they have been approved. The Review Moderation process is described separately in the document *TBD – revise, edit and reformat the PRS one*.
- All reviews pass through a profanity filter, which is configurable. If a review does not pass the profanity filter, users have the opportunity to edit the review and resubmit it.

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0144282

# vitalschoice          Transparency Platform Overview

## Medical Cost Calculator

The Medical Cost Calculator provides the ability to show member-specific cost information for a particular procedure or provider visit in a highly intuitive visual display. It also presents cost overview information that helps users review the prospective cost implications of a procedure for their deductible status and out of pocket liability.

In order to use the Medical Cost Calculator, users must be logged on and be part of a network that is authorized to use it.

### Wayfinding and Searching Procedures

Costs are associated with procedures; user must select a procedure for which they want to see the cost. Specifically, it is doing a search for providers of a procedure on a network in a given location along with the cost for that procedure with each of those providers.

When the Medical Cost Calculator is implemented along with Provider Finder:

- The Search Sentence can be used to find Procedures as well as Providers.
- The Wayfinding Tiles include the Find a Cost tile so users can find a procedure or search for it.



Sample Find a Cost Wayfinding

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

vitals

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                    MDX 0144283

# vitalschoice     Transparency Platform Overview



Sample Find a Cost Wayfinding and Search Field

## Cost Information on Cost Search Results

When the Medical Cost Calculator is implemented, and a cost search is done, cost information displays right on the Cost Search Results:

- When there is more than one Provider for the procedure, a cost header displays above the results, showing the expected cost range for both the user and the payer for the procedure displays at the top of the Search Results page. This section also provides a link to more information about the procedure itself.
- The user's expected cost also displays on each Provider record.

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                    MDX 0144284

# vitalschoice   Transparency Platform Overview



Sample Search Results with Cost Information

## Cost Available as a Sort Option

When the Medical Cost Calculator is implemented, and a cost search is done, the Sort dropdown has the Cost option, so users can sort by Cost (Lowest First). Relevancy is still the default Sort option, but users can sort by cost from the lowest to the highest.

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY          MDX 0144285

 **vitals**choice     Transparency Platform Overview



Sort Options showing Cost (Lowest First) Option

## Comparing Costs

Members can use the Compare functionality to compare costs. After they search for their procedure and select up to ten Providers they want to compare, they click Compare on the Cost Search Results. The Side-by-Side Cost Comparison displays. It works the same way as the Provider comparison, but also includes a column for Cost.



Sample Cost Comparison

## Graphical Cost Display on Provider Profile

From the Search Results or the Compare grid, users can drill down to the Provider Profile, which now includes a Cost Overview at the top of the Profile.

Page 28 of 30
Last Updated: May 23, 2014

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**vitals**choice     Transparency Platform Overview

- The Cost Overview shows the expected cost to the member and the employer in a convenient graphical display. Costs are color coded in both the graph and the text. When users hover on a section of the graph, the related cost is highlighted in the text. Likewise, when they click on their or their employer's cost, the related section of the graph is highlighted.
- Users can drill down to a cost breakdown using the See breakdown of your cost link.



The Cost Estimate Module uses a graphical display. Costs are color-coded.
Clicking one section of the graph highlights the corresponding text, and vice versa.

Cost Overview Module on Provider Profile

## Cost Estimate Breakdown

When users drill down on the Cost Estimate, they see a breakdown of their cost on the Cost Estimate Breakdown submodule. The breakdown uses a similar graphical display to show both Total cost and Your cost breakdown.

Once again, costs are color coded in both the graph and the text. When users hover on a section of the graph, the related cost is highlighted in the text. Likewise, when they click on their or their employer's cost, the related section of the graph is highlighted.

- **Total Cost:** This section reflects the total cost of the procedure, the member's responsibility and the payer's responsibility
- **Your Cost Breakdown:** This section reflects the makeup of the member's responsibility: how much is copay, how much is applied towards deductible responsibility, and how much is applied to coinsurance responsibility or is not covered

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

**vitals**

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                MDX 0144287

# **vitals**choice   Transparency Platform Overview



Sample Cost Estimate Breakdown Module

©2014 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY          MDX 0144288