Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO AMEND ITS INFRINGEMENT
CONTENTIONS TO INCORPORATE DR. GREENSPUN'S THIRD SUPPLEMENTAL
EXPERT REPORT**

---

**Exhibit C**

**MDx Architect Overview**

# Vitals Choice
## Architecture Overview

### Vitals Choice Logical Architecture Overview



### CORE PLATFORM
### 3 Tier Architecture

**USER INTERFACE**

**API**

**DATA**

### CORE PLATFORM
### TECHNOLOGIES by Tier

**UI Technology**
**AngularJS**
Modern UI MVC Framework
Enables Modular approach to maximize reusability
Application like UX

**API Key Technologies**
**Ruby On Rails / SOLR**
Flexible framework to support Restful API
SOLR provides powerful dynamic search

**Postgres / MongoDB**
Combination of RDBMS for transactional and document
based DB optimized for consumption
Extensive, Flexible library of PHP and Scripts for loading

Last Update 12/2/2013 GAH.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                    MDX 0145387