Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS TO INCORPORATE DR. GREENSPUN'S THIRD SUPPLEMENTAL EXPERT REPORT**

**Exhibit E**

**July 22, 2014 email from MDx counsel**

**Massaro, Adam**

| | |
|---|---|
| **From:** | David C. Lee <dlee@sillscummis.com> |
| **Sent:** | Tuesday, July 22, 2014 9:29 PM |
| **To:** | Massaro, Adam; Kostolansky, Kris J. |
| **Cc:** | Scott D. Stimpson; Trent Dickey; Vincent M. Ferraro |
| **Subject:** | RE: MDx production |

Adam:

We will send the CD tomorrow by FedEx to your attention.

The URL for Capital Blue Cross is https://www.capbluecross.com

The URL for FirstCare is https://firstcare.vitalschoice.com

Regards,
David

**From:** Massaro, Adam [AMassaro@lrrlaw.com]
**Sent:** Tuesday, July 22, 2014 5:29 PM
**To:** David C. Lee; Kostolansky, Kris J.
**Cc:** Scott D. Stimpson; Trent Dickey; Vincent M. Ferraro
**Subject:** RE: MDx production

David,

FedEx is fine.  Please have the CD sent to my attention.

**From:** David C. Lee [mailto:dlee@sillscummis.com]
**Sent:** Tuesday, July 22, 2014 2:32 PM
**To:** Kostolansky, Kris J.; Massaro, Adam
**Cc:** Scott D. Stimpson; Trent Dickey; Vincent M. Ferraro
**Subject:** MDx production

Kris, Adam:

For our production today, it looks like it may be about 200 MB, more or less.  It is still being prepared by our software, and we do not expect it will be ready to be put on a CD by the FedEx deadline.  We could email them to you tonight across several emails if you like, but we would need to know your email attachment size limit.  Or we could FedEx them to you on a CD tomorrow for next day delivery.  Please let us know which you prefer, and if you would like us to email them tonight, please let us know your email attachment size limit.

Regards,

David


**David C. Lee**
Associate



**website | bio | vCard | newsroom | email**  

30 Rockefeller Plaza, New York, NY 10112
p (212) 500-1546  |  f (212) 643-6500   **map**


NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

In accordance with Internal Revenue Service Circular 230, we advise you that if this message or any attachments contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.