Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS TO INCORPORATE DR. GREENSPUN'S THIRD SUPPLEMENTAL EXPERT REPORT**

**Exhibit F**

**MDx Marketing Materials, dated November 22, 2014**

2005019287_1



# Proposal for:
# BlueCross BlueShield of Arizona Transparency Solutions

Presented By

This information is deemed proprietary and confidential and shall not be disclosed, distributed, published, or reproduced without express written permission of MDx Medical, Inc.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY　　　　MDX 0145129



November 22, 2013



This information contained in this RFP Response is deemed proprietary and confidential and shall not be disclosed, distributed, published, or reproduced without express written permission of Vitals Medical, Inc.

1

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                    MDX 0145130

November 22, 2013

Ms. Jody K. Mentz
Director, Integrated Customer Solutions and Production Support
2444 W. Las Palmaritas Drive
Phoenix, AZ 85021

Dear Jody:

MDx Medical, Inc. (d/b/a Vitals) is pleased to submit this response to the Blue Cross Blue Shield of Arizona Request for Information: Transparency Solutions.

Questions or comments regarding this submission should be directed to:

David Blumenthal
(201) 624-2496 (office)
(201) 779-8547 (mobile)
david@vitals.com

Vitals acknowledges that it understands the requirements of this RFI.

We look forward to meeting with you and your team to explore this opportunity and to delivering the Vitals solutions to Blue Cross Blue Shield of Arizona. Please feel free to contact me if you have any questions during your evaluation process.

Sincerely,


Mike Edwards
President, Health Plans
Vitals



210 Clay Avenue, Lyndhurst, NJ 07011

# Contents

About Vitals ............................................................................................................... 2
The Ongoing Innovation Evolution of VitalsChoice .................................................... 4
Enhanced User Interface ........................................................................................... 5
Provider Finder Improvements ................................................................................... 7
    ADDITIONAL NEW FIND-A-DOCTOR CAPABILITIES ................................................. 8
A Proven and Reliable Cost Estimator Solution ......................................................... 9
    ADDITIONAL NEW COST ESTIMATOR CAPABILITIES ............................................ 11
The Patient Review System ..................................................................................... 12
    ADDITIONAL NEW PATIENT REVIEW FUNCTIONALITY ......................................... 13
Data Augmentation .................................................................................................. 13
Vitals Differentiation ................................................................................................. 14
Contact Information ................................................................................................. 14
RFI Responses ........................................................................................................ 15
Appendix ................................................................................................................. 41
    SYSTEM WIDE FEATURE EXPLANATION .............................................................. 41
    PLANNED ENHANCEMENTS ................................................................................ 45
Exhibits ................................................................................................................... 46
    EXHIBIT A: ROLES AND RESPONSIBILITIES ......................................................... 46
    EXHIBIT B: SERVICE LEVEL AGREEMENT ........................................................... 48
    EXHIBIT C: AVAILABLE DATA ELEMENTS ............................................................ 53
Pricing Proposal ...................................................................................................... 59



## About Vitals

Vitals' mission is to support health plans in their efforts to create the best decision support tools for its members. We do this by providing trustworthy, intuitive and actionable tools and information that empower your members to make educated, higher quality and lower cost healthcare decisions.

Specifically, Vitals:
1. Helps health plan members DISCOVER their provider options – on the web and mobile devices;

2. DECIDE on the appropriate providers to meet their needs

3. MANAGE the logistics and experience with the provider – in the areas of cost, logistics and connections

Since its inception, Vitals has delivered consumer-focused Provider Decision Support tools. More than 150 million consumers have used Vitals' website tools to help them make intelligent choices. In fact, more than 13 million patients visit Vitals' sites every month.

Currently, Vitals is a Top 10 healthcare website destination and is ranked in the Top 200 of all US websites. Both CNN and Money Magazine recognized Vitals as the best doctor finder site. Inc. Magazine has recognized Vitals as one of its 500 Fastest Growing Companies for two consecutive years - this year at # 47.

The knowledge gained from our consumer behavior experience is also built into the set of Transparency Tools we offer to health plans. Vitals has adapted some or all of the elements of Vitals.com to develop Find-a-Doctor & Provider Directory websites for its industry customers. These consumer experiences have allowed Vitals to refine its product offering to fit the needs demanded by consumers and health plans. Enhancements such as user pathing, wayfinding, additional features & functionality, data display, transparency methodology and web best practices have been incorporated into the evolving Vitals offerings.



HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                           MDX 0145133

Among the capabilities available are:

- Integrated provider finder solutions that narrows "good fit" choices to meet the quality, cost and availability needs of members
- Capabilities that allow consumers to rank, refine and reflect on their medical options
- Appointment scheduling
- A Patient Review System (PRS) that is seamlessly integrated into the solution and has already been chosen by plans that support more than 30 million members throughout the United States
- 5 billion data points that illustrate the differences between providers and make consumer choice possible
- Multi-lingual capabilities
- Mobile optimization
- More than 60 Prepare for Your Visit guides – all condition specific -- that educate healthcare consumers before they see their Providers. These guides provide information about illnesses, treatments, common terms, and typical medications.
- An Out-of-Pocket Member Cost Estimator

Vitals' capabilities may be presented seamlessly to embrace and extend Blue Cross Blue and Shield of Arizona's brand.

**Tailored Solutions with Reliability**

With client partners, we establish various contact and approval points during, and at the end of, appropriate steps. We are nimble and tailor processes to reflect Blue Cross and Blue Shield of Arizona's unique needs. Blue Cross and Blue Shield of Arizona will have the confidence of product delivery that conforms to expected quality, cost and timing.

Helping patients find, connect and prepare for Providers is the core of the Vitals business model. Our teams are laser-focused in this area, and dedicated to helping consumers make informed decisions about their healthcare Provider choices.

As you review this document, we hope that you will consider that in these fast-paced, market-driven times, Blue Cross Blue Shield of Arizona has a partner in Vitals that is committed to its success as well as to designing and delivering the latest innovative solutions.

We look forward to creating great success together and hope that this presentation of qualifications affirms the trust that you wish to place in your chosen partner.



210 Clay Avenue, Lyndhurst, NJ 07011  3

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY  MDX 0145134

# The Ongoing Innovation Evolution of VitalsChoice

Since Vitals submitted its proposal to BCBS AZ, Vitals has been developing a major new release of its transparency solutions. Slated to be delivered in the first quarter of 2014, this suite brings a refined and consumer-tested interface to the suite, along with significant enhancements in administration and functionality.

These enhancements are consistent with the core guiding design principles of the Vitals offering:

- Assure that Vitals solutions may be easily understood by members
- Continue to leverage our knowledge and experience with NCCT
- Evolve the seamless, innovative and complete suite of transparency tools so that its value to health plans, their members and their corporate clients is advanced significantly
- Enhance the rich database that allows members to select providers based on cost, quality, availability – and fit
- Incorporate the experience and knowledge we have gained from working effectively and collaboratively with BCBS AZ

To further these principles, we are pleased to highlight this new functionality which includes:

- Platform-wide changes
- Provider Finder Improvements
- Cost Estimator Enhancements
- Enriched Patient Review System
- Data Augmentation



210 Clay Avenue, Lyndhurst, NJ 07011                                                                                                    4

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                                  MDX 0145135

## Enhanced User Interface

The first notable change is the Vitals user interface. It incorporates "wayfinding" into the design of the software.

Wayfinding helps those members who are not sure what they need or what is available to them.

It accomplishes this by allowing ease of browsing on the system, enabling the user to see what options are available and then helping them into the experience. These objectives are achieved by providing top-level information tiles.



Even those users with limited familiarity with web tools and healthcare technology, can easily find the path needed to make intelligent healthcare choices.

An example of the wayfinding approach appears to the right.

Other examples of this intuitive interface appear on the next page.

**To view a demonstration of the solution, please use the link below and paste it into your browser.**

http://www.somarmedia.com/vitals/Full.v2.mp4



210 Clay Avenue, Lyndhurst, NJ 07011    5

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0145136







# Provider Finder Improvements

Our latest version of the VitalsChoice transparency suite expands on these Provider Finder capabilities:

- "Smart Search" allows for auto-complete and auto-suggest of location, provider name, contracted member – or any combination of the above
    - Search Results sort based on best-defined match
        - Shows quality data for each provider
        - Rank and refine results
        - Sortable results by either best fit, quality, distance or alpha
        - Compares providers
    - Global Search & Auto Suggest
    - Algorithm Display of Results defined by the plan
    - Refinement & Ranking Tools
    - Online Appointment booking
    - Mobile ready (HTML 5 / Responsive Design) capabilities

Vitals has added an administration capability that will allow BCBS AZ to more effectively manage configuration changes to its platform. The intention of this module is to enable our health plan partners to manage the areas that are most important to them and also reduce change request costs and the work involved in managing the dynamic healthcare environment.

Core Platform Customization at Many Levels





210 Clay Avenue, Lyndhurst, NJ 07011

7

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0145138

Of these new administration features, the most notable innovation is the Dynamic Topline Sort.

User research indicates that the top results on the first page are an extremely valuable resource, particularly since people rarely go to page two (only 2% of people move past the first page of results) and users rarely choose below-the-fold (80% of selections from search results are chosen from the visible results without scrolling).

Clients also have different perceptions of how provider results should be displayed to their groups. If given the opportunity, some companies might assign different weights to population health, patient ratings and procedure / member costs.



Vitals' upcoming release accommodates these needs and behaviors by allowing BCBS AZ and its individual ASO clients and narrow networks to independently manage the Search Engine Results Page (SERP) algorithm. This level of tailoring allows each company to determine how providers are ranked in the results.

The value of this feature is that BCBS AZ can deliver configurable microsites to its clients and narrow networks. Configuration is easily managed by adjusting attribute weights (shown right.)

### ADDITIONAL NEW FIND-A-DOCTOR CAPABILITIES

- Wayfinding Tiles Specific to Gender and Age
- Account-Specific Search Rules
- Partial Name Search
- Preselected Search Location
- Search by Network or Preselected Network
- Search by All Networks
- Quick Access for Urgent Care Results



210 Clay Avenue, Lyndhurst, NJ 07011    8

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0145139

- Demonstration Site for Corporate Clients
- Compare Up to 10 Providers
- Host/Download Printed Directory
- PDF Print Capability
- Spanish and Other Latin Alphabet Languages
- Usage, Behavior, Demographic & ROI Reports

# A Proven and Reliable Cost Estimator Solution

Government legislation, a more sophisticated membership, and a public committed to making its own decisions are major contributing factors in this new age of patient empowerment. Blue Cross Blue Shield of Arizona is looking for a proven, fully featured, member friendly, and reliable cost estimation tool that is ready for deployment now and a company that has the vision to continue developing market-leading enhancements for years to come.

Our proposed Cost Estimator tool is:

- Designed to provide members with the best available out-of-pocket cost estimates for a variety of procedures
- Built to allow for planning and tracking of medical expenses
- Capable of working with national data sets, combined with a plan's individual member accumulator data and provider quality metrics
- Integrates quality metrics, along with cost, to give a fuller picture of provider choice
- Tested, and refined based on consumer feedback
- Qualified to serve as a tool that employers, plan staff members and Providers can all use
- Created with a strong foundation that will allow it to meet dynamically changing industry and business requirements

Vitals has been working effectively with NCCT for several years. We integrate cost from the NCCT with the plan's provider data, display provider details, quality and cost side by side and deliver a relevancy sort so that the lowest cost, highest quality providers are displayed first. We support new NCCT procedure types as they become available and are developing our own list of procedures to be supported by mock adjudication or claims data.



210 Clay Avenue, Lyndhurst, NJ 07011

9

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY                MDX 0145140