| | |
|---|---|
| | understanding of what was returned for both searches and profiles<br>4. Dynamic Topline Sort: As outlined in more detail question 13, this tool allows health plans and its clients to independently manage the search engine results page so that each entity may assign weights to population health measures, costs, and patient experience. |
| Describe the process to get specific directory versions for employer group microsites. Would there be an additional cost for each request? | Yes. Vitals can prepare specific ASO client and narrow network microsites. These sites would allow for additional branding opportunities for both the employer and BCBS AZ. There would be an additional cost and this cost would be determined based on the requirements associated with each of these microsites. |
| Can the directory display provider data at the NPI/Tax ID level, if our provider file is given to you in this format? So if a provider is a hospitalist at one location/TIN and a PCP at a different location/TIN, can the information can be separated? | Yes, the provider data is stored so that information specific to a network and/or location is only displayed in context of that network and/or location. |
| Does the directory have administrator tools so that changes can be made without going through a change order process? Examples would be Specialty additions, network name changes, alpha prefix changes, etc. | Please see question 43 above as this is a repeated question.<br>Yes. Vitals Configuration Tool (Q1 / Q2 release) would allow BCBS AZ to manage the key elements most important to them, and thereby avoid a change order process.<br><br>There are 4 modules within this tool.<br>1. Disclaimers and Considerations: This is a rule based analysis of results that allows for “attaching” disclaimers and considerations to a wide range of entities. Administration access will be available to the rules and allow for basic presentation / positioning. Disclaimers and Considerations can be returned from external services and will be incorporated into API returns (covers MLE/cost].<br>2. Network and Plan: This allows for the flexible and dynamic creation of carve outs and altnets<br>3. Data Layer: Our new platform data transparency tool will help with understanding the results of the taxonomies and mappings for improved QA. It allows for better understanding of what was returned for both searches and profiles<br>4. Dynamic Topline Sort: As outlined in more detail question 13, this tool allows health |

| | |
|---|---|
| | plans and its clients to independently manage the search engine results page so that each entity may assign weights to population health measures, costs, and patient experience. |
| Describe the process to get specific directory versions for employer group microsites. | Establishing the provider directory for an employer group is managed using the Administrator tool. The provider directory version for an employer group can be based on particular networks, alternative networks, network carve-outs, and inclusions/ exclusions of specialties and geographic areas. |
| Does the directory display provider data at the NPI/Tax ID level? So if a provider is a hospitalist at one location/TIN and a PCP at a different location/TIN, can the information can be separated? | Please see question 45 above as this is a repeated question.<br>Yes, the provider data is stored so that information specific to a network and/or location is only displayed in context of that network and/or location. |
| Explain the keyword search. How do additional keywords get added? | LARRY |
| How would a member create their own version of their directory (PDF)? | After completion of a user initiated search for Providers (Professionals or Facilities) the user is presented an option (via button) to create a personalized provider directory of all the results returned within the data set. If the result set is limited in size the directory will be created 'on demand'. If the result set is of a larger size it is created offline and the user is emailed a link to the directory to eliminate the need to wait for the directory to process. |
| Does the directory incorporate the BCBS Association's national Doc Finder directory? | Yes, the BCBSA National provider data is incorporated into the solution as well as all of the quality feeds such as PQM, HQM, Awards and Recognitions. |
| Would you provide the national recognitions and local recognitions based on the provider file that is sent to you? This is the Blue Provider Recognition (BPR) program. | Yes. For national provider data, the VitalsChoice solution leverages the BCBSA provider and quality data.<br>Depending upon BCBS AZ's needs, the BCBSA provider data can either supplement the existing local plan data for out-of-state providers or it can be the source for the full data set of providers.<br><br>When the BCBSA data is combined with the Vitals data it is the industry's deepest and gives a |

thorough picture of the provider's expertise, quality, patient feedback, qualifications and affiliations.

A summarized listing, by category, appears below.

**Provider Demographics:**
- Demographics: Gender, Age, Years' Experience
- Specialty: Special Expertise, Board Certification
- Office Information Hours: Accepting New Patients, Average Wait Times
- Contact Info Provider E-mail (where available)
- Languages Spoken (office)
- Group Practice (other doctors in the group)
- Photo & Bio Photo, Bio/Personal Statement (free text) – where available and copyright-free

**Background & Training:**
- Quality of medical (or dental) school attended
- Quality of residency
- Fellowship completed

**Affiliations:**
- Hospital affiliations
- Hospital quality scores, risk adjusted, by service line, on a variety of measures – mortality rate, complications, failure to rescue, etc.

**Other Provider Measures:**
- Overall patient rating
- Quality of eight individual patient ratings (bedside manner; follow-up; wait times)
- Physician Based Quality Recognition Programs for a variety of quality improvement activities, including participation in quality improvement programs, maintenance of board certifications or completion of educational modules
- Blue National Physician Recognition
- NCQA accreditations
- Physician Quality Measurement Program (The BCBSA has launched a program whereby plans are mandated to send up to 17 HEDIS like metrics for display on the provider finder. *These metrics cover certain tests that cover routine exams (e.g. cancer screenings) and*

| | |
|---|---|
| | *chronic conditions.)*<br>▪ America's Top Doctors and Patients' Choice winners<br>▪ Bridges to Excellence Awardees<br>▪ Outcome measures where available (such as mortality rates for Cardio Thoracic Surgeons)<br>▪ Academic appointments<br>▪ Other awards and distinctions including On-time Doctors, America's Leading Experts® *(Vitals awards based on the review of publications and research work), Medical Societies & Associations (e.g., FACS)*<br>▪ Research and publications<br>▪ Sanctions and disciplinary actions<br><br>**Facility Quality Measures:**<br>▪ Joint Commission Recognition for Facilities: We recognize contracted facilities in the Blue Cross Blue Shield national PPO program for being accredited by the Joint Commission on our national provider finder. Those facilities that have achieved this accreditation have a direct link to their accreditation report on the Joint Commission's website. \<br>▪ Hospital Patient Experience Feedback: We have included feedback on all facilities from CMS. The CAHPS Hospital Survey, also known as Hospital CAHPS or HCAHPS, is a standardized survey instrument and data collection methodology for measuring patients' perspectives of hospital care.<br>▪ Blue Distinction Centers for Specialty Care: This is a program that examines structures, processes and outcomes of care for specialty care centers. Blue Distinction recognizes specialty centers that meet rigorous quality standards and promote better outcomes.<br>▪ Blue Distinction specialty designated centers include transplant, cardiac care, bariatric surgery, complex/rare cancers, spinal fusion and knee/hip replacements. Hospitals with this designation are identified within our Provider Finder tool.<br>▪ Leapfrog data<br><br>The data may be analyzed by any individual criterion or combination of elements listed above on a national, targeted geo or by provider profile.<br><br>A full listing of available data elements from Vitals appears as Exhibit C. |
| How often could the provider directory information be refreshed? | Vitals can refresh the provider directory at any interval that BCBS AZ requires (daily, weekly, monthly, quarterly, semi-annually or annually). |

| | |
|---|---|
| Is your map for provider locations enhanced from the regular Google map? For example, using pins and distances between specific locations? | Yes. Vitals uses map pins to identify locations and distance between locations and from the user's geo-location. |
| Describe your options for filtering initial results for users. | Vitals provides three paths by which a user can find an appropriate provider or medical group: by name, by type of provider or by type of ailment. This approach is built on the metaphors most closely associated with searching through the White Pages, when one knows the name of the Provider they wish to contact, or the Yellow Pages, when one doesn't.<br><br>When performing a "Yellow Pages" search, users are looking to find a provider from a series of choices. Typically, the initial results set shows highlights, maybe a picture or ratings of all providers who fit the search criteria. Each result has a drill-down, allowing the user to see more detail – specifics of which are defined by BCBS AZ (or Vitals, if you prefer).<br><br>When performing a "White Pages" search, a user is looking to get information on a specific provider. The first result confirms that the Tool has found the right result (e.g., Dr. James Smith, Dermatologist, 123 Mail Street), or multiple results if there are multiple providers with the same name. From there, once the correct name is verified, Vitals suggests taking the user to the Full Profile – which gives detailed information on the chosen provider.VitalsChoice has simplified search, allowing for a single search "Universal Search" box (employing Solr technology) that dynamically reflect the user orientation.<br><br>Through this universal search capability, the member or user will be able to enter any value and the intelligent search box will offer appropriate solutions. The solution automatically recognizes the IP address of the location from which the user is accessing the system. At that point the user can input an alternative location and define the distance from that location that the search should address.Vitals can customize the member experience to an authenticated member by limiting search options, such as location and specialty that are available to a member during a search. Vitals can also limit the search results displayed to a member based on limitations such as network or ACO affiliation. Vitals is able to accept a great variety of variables to customize the member experience. Specialty searches dynamically change to reflect the primary search. If one chooses "Cardiologist," all specialties relative to Cardiology are listed in a dropdown box so the user can further refine the search.Searches can be conducted from defined lists of provider type, specialty, sub-specialty, domain expertise, condition and desired treatment. Searches |

| | |
|---|---|
| | and/or filters are also available for Hospital and Medical Group Affiliations.<br><br>Members can log-in via single sign on (SSO). Vitals classifies providers according to network and only those providers within a member's network will be displayed. For non-members, users can either choose to select a network or view providers available to all networks.The Vitals user interface displays information in an easy to understand, uncluttered format. Our user research has uncovered several pieces of information that are important to the majority of users in deciding on a provider. These factors are displayed first to members. Power users who wish to drill down further are easily able to discover key experience and quality data, as well as member reviews and additional practice locations.<br><br>All of this information is written in natural language so that it may be easily understood and contextualized.With a logged in user, we would expect BCBS AZ to pass over to Vitals the member's plan info, so we could deliver a smart search. |
| Could you customize the Patient Review of Physicians (PRP) tool so that reviews are not displayed until a total of 7 reviews are accumulated for the provider? | Yes. And Vitals is already providing this capability for BCBS AZ in its Patient Review System. |
| **Cost/Quality** | |
| What additional cost comparisons are available that are considered enhancements to the BCBS Association's National Cost Containment Tool (NCCT) requirements? | Vitals goes beyond the BCBS Association's National Cost Containment Tool (NCCT) requirements by enhancing the cost comparison information. Specifically, VitalsChoice uses all available data such as deductibles, copays and coinsurance to compute member-specific liability. |
| What provider cost data are available in your tool and how is it used to compare providers. Is your tool customizable in order to incorporate BCBS AZ's current cost comparison data that is part of the BCBS Association NCCT tool? | Vitals shows the average, high and low costs for a given procedure at a given provider. This includes displaying the whole breakdown of how the deductibles, copays, coinsurance, and out of pocket maximum are applied. This also shows how moving forward with the procedure would affect the member's current individual and family deductibles and the progress towards his or her out of pocket maximums.<br><br>And yes, as long as the data being used can be matched reliably (through a 5- part key |

| | |
|---|---|
| | or other consistent and durable identifier) to our provider data, we can integrate it. |
| What provider quality data are available in your tool and how is it used to compare providers? Is it linked to the cost data? | Quality is an important factor when determining the best provider based on cost. VitalsChoice can display any quality data and ratings that are provided by BCBS AZ or available from any external source (e.g. BCBSA, Vitals) including Patient Reviews, NCQA, JCAHO, BTE, HQM, PQM, etc. |
| What provider types do you include in your cost and quality tools? | **Note from Larry that this is wrong**<br>Presently, the Vitals data types includes:<br><br>• Physicians<br>• Dentists<br>• Group Practices<br>• Urgent Care Centers<br><br>We are in the process of going live (that is, we are still adding data) with:<br>• Hospitals<br>• Pharmacies (limited)<br>• Clinics (Mammography, Fertility, Dialysis)<br><br>Our plans include adding data for:<br>• Chiropractors<br>• Optometrists<br>• Podiatrists<br>• Psychologists<br>• Labs<br>• Nursing Homes |

| | |
|---|---|
| Do you use HEDIS quality measures in your tool? Is so, which measures are included. If so, can your tool be customized in order to incorporate the BCBS AZ data that is part of the BCBS Association Physician Quality Measurement (PQM) tool? | LARRY<br>The Vitals tools allows users to read reviews and HEDIS ratings about Blue Providers. To do this, the member need not be authenticated. Once the page is accessed, the member will be able to: see a visualized and numerical aggregate rating summary for a provider, see the number of reviews for a provider, see the percentage of recommendations for a provider, see a visualized and numerical rating summary distribution for a provider, view a certain number of reviews per page, paginate through multiple pages of reviews, sort a set of reviews based on various criteria, see explanatory messaging if there are no reviews for a provider |
| What type of quality and cost reporting is available from your tool? Is it customizable? Does this reporting include provider scorecard/dashboards? | LARRY |
| Does your solution allow for the cost estimates to be updated with prospective provider reimbursement increases (i.e. provider specific fee schedules)? If yes, please describe the process. | As mentioned earlier, as long as the data being used in the calculation is durable and can be matched reliably (through a 5- part key or other identifier) to our provider data, we can use it to augment the base procedure data. |
| **Out of Pocket/Cost Share** | |
| What data sources and formats does your application interface with to provide cost share data? | VitalsChoice currently uses SOAP services. However, we can use any webservice (whether SOAP or RESTful or otherwise) for exchanging the structured information of procedure codes and locations, and getting back a list of providers and procedure costs. |
| **Social Content/Mobile Readiness** | |
| Is your application designed for responsive mobile readiness? If not, what are expected release dates (road map) for components that are not mobile ready. | Our platform that is slated for release in Q1 2014 is built to be mobile ready with responsive design. |

| Does the product support connectivity with multiple environments (test, stage, production). | Yes. |
| --- | --- |
| Solution must easily support and/or integrate with Web analytics packages. List all packages it supports. | Vitals uses Google Analytics but can also provide analytics through Webtrends Analytics, Core Metrics or Omniture. |
| Does the product have a configuration console that can be accessed by BCBS AZ to make specific content changes and customizations | Yes. Please see question 43 for an outline of these features and capabilities. |
| Can public facing content be indexed by search engines | LARRY |
| What are the mobile capabilities of this application i.e. responsive design, adaptive design, standalone mobile web, white label mobile application content modules. | The application uses responsive design. |
| Does this application have the ability to interface with social media sites | The VitalsChoice Suite is not currently interfacing with social media sites. |
| Does this application have dynamic presentation or versioning abilities capabilities. | The VitalsChoice tools are optimized for multiple desktop, tablet, and phone screen sizes so users can successfully engage with the site regardless of their device |
| **IT** | |
| What file transfer methods do you support, i.e. SFTP, NDM, etc.? | Vitals uses secure FTP, which allows for encrypted transport of data between the two organizations. |

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145163


| Do you support encryption of data and what protocols do you use? | Yes. Vitals will work with BSBSAZ to provide a secure transport of the data. The data is then loaded via a fully automated load process that provides data validation and reporting. |
|---|---|
| Will the migration of data require a bulk transfer followed by incremental transfers and at what frequency? | LARRY |
| Does all data reside in the US? Is the data comingled or partitioned from other plans? | All data remains in the United States and plan data is never comingled with other health plan clients. |
| Do you use offshore personnel and if so, in what capacity? | Vitals does use offshore personnel for the development of vitals.com and ucomparehealthcare websites. It does not use offshore personnel for its health plan service, without client permission. |
| Do you support Hosting Service SLA's and are they tied to performance metrics and financial penalties? | Yes. A copy of our Service Level Agreement is attached as Exhibit B. |
| Describe your IT/OPS support services and their days/hours of operation? | The IT/OPS team is accountable for assuring that the various testing, staging and production environments remain stable with appropriate responsiveness.<br><br>As part of its SLA, Vitals classifies issues by severity levels and based on the severity level will address issues outside of business hours. Please reference the attached SLA for specific details.<br><br>Typical coverage parameters are during normal business hours. Normal business hours are 8 AM through 7 PM, EST., Monday through Friday, excluding legal holidays. |
| Does your solution require integration through web services, if so, what architecture? | LARRY |
| Please explain the strategy used to accommodate growth and scalability. What are the potential additional future costs? | The Vitals Infrastructure has been designed to eliminate any single points of failure and is completely redundant including ISP, load balancers, switches, firewalls, servers, etc.Scaling of the infrastructure is completed based on the capacity management process, which utilizes load and performance testing to ensure that there is sufficient overage for all peak activity times.The |

| | |
|---|---|
| | solution is designed to scale as needed. In practice, our implementation capacity planning tends to be driven by memory consumption more than processor or network capacity. The stability of overall visitor usage patterns combined with a generous 50 percent overhead means even our relatively largest usage fluctuations do not compromise our ability to deliver on agreed SLAs.<br><br>Vitals also has the ability to peer and purchase transit from a great selection of providers due to the data center being located in a major carrier facility. Vitals can expand the current transit with existing providers. As noted earlier, the entire Vitals network devices are monitored via SNMP and traffic is graphed. Vitals currently sits at 10% of max capacity and rarely bursts above 20%. All transport links are in place not only for capacity, but also for redundancy. To ensure that the network experiences no downtime, if Vitals lost all but one connection, the network would still be at 50% capacity on traffic. As to future costs, annual fees are increased based on the greater of CPI or 5%. |
| What is the licensing model (e.g., per user, concurrent, installed device count, disaster recovery environments, etc.)? | Vitals allows health plans to have as many users and devices as it wishes. The Annual Licensing and Support Fee listed in the pricing portion of the proposal allows for this. |
| Describe the potential solution in terms of its modules available to implement. What added functionalities, benefits, and major data flows does each module provide on its own? | The VitalsChoice Platform gives health plans the ability to guide members to answer these questions:<br>▪ What are my provider and facility options?<br>▪ What are my treatment and cost options?<br>▪ Which of these is right for me?<br><br>There are three components of the Platform.<br><br>**Provider Finder:** This component allows users to intuitively find and compare providers by name, specialty and conditions, get accurate details on provider credentials, quality scores and location, compare provider profiles and directly connect with a doctor online.<br><br>**Cost Estimator:** Within this element is the capability to search by procedure and get overall cost itemized by service lines, estimate personalized out-of-pocket cost for procedures and compare procedures against a cost vs. quality matrix<br><br>**Patient Reviews:** Through this module a user can read reviews and see ratings on provider |



| | |
|---|---|
| | profiles, leave a review and rating and provide another perspective to complement provider credential and background information<br><br>By integrating these components BCBS AZ would benefit from:<br><br>▪ Data flowing between applications<br>▪ Common look & feel<br>▪ Individual tools interconnecting<br>▪ Easy install, with some customization & many options<br>▪ Integration with plan's data sets<br>▪ Secure hosting<br>▪ Single authentication for a seamless experience across products for all access levels<br>▪ Mobile optimization<br>▪ Integrated reporting to analyze relationships and trends<br>▪ Plan versioning – developing variations for large self-insureds or Narrow Network partners<br>▪ Upgrades & updates mostly included in ongoing fees<br><br>The solution incorporates plan data and it can be supplemented by Vitals' own dataset. The dataset includes 5 billion distinct data elements culled from 170,000 disparate sources. |

| | |
|---|---|
| Describe the maintenance process for new application releases, patches, and/or hot fix updates and the frequency of them. Please provide sample documentation that is included with each release. | Vitals uses agile software development, which is an iterative, people-centric approach that incorporates continuous feedback into the process. It aids in successively refining and delivering our solutions. In addition, we follow the standard software development life cycle in creating our products including the VitalsChoice product suite.<br><br>This iterative process is utilized by our dedicated Quality Assurance team, which is fully integrated with the development and engineering teams. The QA team employs both automated and manual testing and verification. At the outset of feature development, QA resources define associated acceptance test cases and add them to the suite of pre-existing automated and manual testing procedures. On a frequent basis, the feature in development is delivered to a testing environment where testing and readjustment takes place even at a very early stage. This process allows engineers the ability to provide frequent feedback regarding code quality and utilize a suite of unit tests and code quality tools. Throughout the development process, QA, product management, and test users are exposed to the feature via the test environment. User Acceptance testing is also performed.<br><br>All defects are logged into JIRA and critical defects are released once a month. |
| For solution upgrades, does BCBS AZ have the option to decline/postpone an upgrade? What are the impacts to support/maintenance if an upgrade is declined or postponed? | Customers are required to upgrade to new releases as they become available, usually every 4 months. Monthly quality and performance updates are optionally available to each customer and they can elect to install or bypass. |
| Provide a listing of any third party software necessary to meet the potential solution's functionality, including utilities for system administration, software distribution, data distribution, etc.? In addition, please describe whether or not separate licenses will need to be purchased for these. | LARRY |

| Describe the API (Application Programming Interface) tool kit that will allow other applications to connect to the potential solution, including the architecture (e.g., .Net)? | There are essentially two classes of system interfaces: (1) those VitalsChoice provides to others in the form of an API and (2) those VitalsChoice must consume.<br><br>VitalsChoice has been built as a tiered solution so the UI consumes the API for all the data needed to provide the user experience. This same API is provided as a resource for client to consume in other applications. The API itself is RESTful with a stateful service in front of it to handle certain session and security services. The RESTful API itself expresses versions in the header (rather than the URI). It will support request types up to two versions back from current. It will provide a warning in the response header for those previous versions. By default the API returns JSON though several others are supported.<br><br>Because VitalsChoice is strongly configuration driven the configuration version number is provided along with API version number to aid in trouble shooting. The entire surface of the API is built with unit tests (run at every commit) as well as automated integration tests.<br><br>Data incoming to VitalsChoice takes two primary forms. First, are the many data feeds that are sent daily, weekly, monthly or quarterly. The data processing capabilities of VitalsChoice are highly configurable to reflect the need to quickly adapt to changes in the underlying feeds. These configurations which are accessible via administrative pages (configured by Vitals implementation and data team) are not only to the structure of the files but how the values within them map to user suitable values and meaning.<br><br>Web services and API's upon which VitalsChoice relies (for member service or authentication or procedure cost information) are abstracted into specific configuration libraries so that the core product can maintain integrity but allow for needed customizations and modifications for each customer's specific needs. |
|---|---|
| Describe the major communication protocols and interfaces that are used between major system components and external applications. | All defects are logged into JIRA and critical defects are released once a month. |
| Describe the data model and flow used by the solution. | LARRY |

