Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL**

**Exhibit B**

**Excerpt of Dr. Gupta profile**

2005019262_1

