Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL**

**Exhibit D**

**Excerpt of Erika Boyer's deposition testimony**

2005019262_1

Highly Confidential - Attorneys' Eyes Only
Erika Boyer June 5, 2012

```
                                                              1

 1    H I G H L Y  C O N F I D E N T I A L
 2           ATTORNEYS' EYES ONLY
 3   IN THE UNITED STATES DISTRICT COURT
     DISTRICT OF COLORADO
 4   ----------------------------------------x
     HEALTH GRADES, INC.,
 5
                    Plaintiff,
 6
     v.               Civil Action No. 11-CV 00520
 7
     MDX MEDICAL, INC., d/b/a VITALS.COM,
 8
                    Defendant.
 9   ----------------------------------------x
10
11       Videotaped DEPOSITION of ERIKA BOYER,
12   held at the offices of Sills Cummis & Gross,
13   P.C., 30 Rockefeller Plaza, New York, New York
14   10112, on the 5th day of June 2012, commencing
15   at 8:44 a.m., before Colette Cantoni, a
16   Registered Professional Reporter and Notary
17   Public of the State of New York, pursuant to
18   Notice.
19
20
21
22
23
24
25
```

Highly Confidential - Attorneys' Eyes Only
Erika Boyer    June 5, 2012

```
                                                           2
 1  A P P E A R A N C E S:
 2
         ROTHGERBER JOHNSON & LYONS LLP
 3             Attorneys for Plaintiff
               One Tabor Center, Suite 3000
 4             1200 Seventeenth Street
               Denver, Colorado 80202-5855
 5
       BY:    JESUS M. VAZQUEZ, JR., ESQ.
 6            (jvazquez@rothgerber.com)

 7                -and-

 8     MERCHANT & GOULD
               1050 Seventeenth Street, Suite 1950
 9             Denver, Colorado 80265-0100

10     BY:    KIRSTIN L. STOLL-DeBELL, ESQ.
              (kstolldebell@merchantgould.com)
11

12     SILLS, CILLIS & GROSS P.C.
               Attorneys for Defendant
13             and the Witness
               30 Rockefeller Plaza
14             New York, New York 10112

15     BY:    SCOTT D. STIMPSON, ESQ.
              (sstimpson@sillscummis.com)
16              -and-
              LAUREN SIBER, ESQ. (P.M. Session)
17
18  ALSO PRESENT:

19     MICHAEL WAGNER, Summer Associate,
       Merchant & Gould
20
       PHILIP GLAUBERSON, Videographer
21

22

23

24

25
```

Highly Confidential - Attorneys' Eyes Only
Erika Boyer    June 5, 2012

88

```
 1        Q    Okay.  Thank you.  What about
 2   post-medical school training?
 3        A    Um-hum.
 4        Q    What?
 5        A    The primary source for that is,
 6   again, hospitals, medical group practices, the
 7   insurance information.
 8        Q    Can the physician update or change
 9   or add to that?
10        A    They can, with the exception of
11   medical school.
12        Q    Okay.  If we flip down to MDX
13   0038811, there's medical school.  So is the
14   source of that the physician?
15        A    No.
16        Q    So I think you said the physician
17   cannot update or change that?
18        A    They can, but it doesn't necessarily
19   mean that we will accept it.
20        Q    Is -- so is there a vetting process
21   when that --
22        A    Yes, we look at our data sources to
23   make sure that there's consistency, so a
24   doctor does not say that they went to Harvard
25   when they went to Howard, which has been known
```

Highly Confidential - Attorneys' Eyes Only
Erika Boyer    June 5, 2012

89

 1  to happen.
 2         Q   But when they go in, I assume when a
 3  physician does these updates it's through the
 4  physician portal?
 5         A   Correct.
 6         Q   And so when they do that, is the
 7  change immediately there and available in the
 8  database, and you then subsequently would
 9  check it or is there a queue where that update
10  would sit until you verify it?
11         A   For medical school it would stay, it
12  would not update, it would be reviewed.
13         Q   So it's sort of in a, just my word,
14  a queue?
15         A   Correct.
16         Q   Okay.  And so somehow the MDX
17  personnel such as yourself or the people that
18  report to you get an alert that this profile
19  has been updated?
20         A   Yes -- no, actually, it doesn't.
21  It's more as a systemic cleaning, so it will
22  go into a report for a database, somebody on
23  the database team will look at to see if
24  there's any discrepancies.
25         Q   So when you -- okay.  So when you

Highly Confidential - Attorneys' Eyes Only
Erika Boyer    June 5, 2012

99

```
 1  off the top of my head.
 2       Q   Okay.
 3           MR. VAZQUEZ:  Okay.  We are going to
 4  take a quick pleas, please.
 5           THE WITNESS:  Okay.
 6           MR. VAZQUEZ:  Five minutes.
 7           THE VIDEOGRAPHER:  Going off the
 8  record, the time is 11:03 a.m.
 9           (A recess was taken.)
10           THE VIDEOGRAPHER:  We're back on the
11  record, the time is 11:26 a.m.
12  BY MR. VAZQUEZ:
13       Q   Okay, Ms. Boyer, we're back on the
14  record.
15           If a doctor self-reports fellowship
16  or residency information that's different from
17  that which Vitals has from a third party
18  source, will you display incorrect
19  information?
20       A   Will I display what?
21       Q   Incorrect information.
22       A   No.
23       Q   How do you verify what's correct and
24  what's incorrect?
25           MR. STIMPSON:  Objection to form.
```

Highly Confidential - Attorneys' Eyes Only
Erika Boyer    June 5, 2012

100

```
 1      A   We don't do verification the way you
 2 asked.  When you say verify, what do you mean?
 3      Q   To determine whether any of the
 4 information is correct or incorrect.
 5          MR. STIMPSON:  Same objection.
 6      A   We aggregate data, so it's the
 7 aggregation of the data that helps us
 8 determine what we feel is the right
 9 information.
10      Q   So by aggregating the data is how
11 you confirm whether it's correct or incorrect?
12      A   Um-hum.
13      Q   Okay.  And how many physicians have
14 registered with Vitals.com, do you know?
15      A   Not off the top of my head, no.
16      Q   Do you have sort of an estimate?
17      A   A couple thousand.
18      Q   A couple thousand, or like 250,000,
19 just -- you mean literally meaning --
20      A   A couple of thousand.
21      Q   -- just a couple thousand?
22      A   Um-hum.
23      Q   Okay.  You have profiles on many
24 more physicians than those that are registered
25 then?
```