Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL**

---

**Exhibit E**

**MDx marketing materials**



HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

# 10 Key Areas of Vitals Differentiation


**Vitals solutions are designed to be easily understood by members**
Built with natural language, easy search capabilities and best of web practices


**We know the ins and outs of NCCT and being compliant with Blues mandates**
Have already built products that leverage NCCT capabilities & are working with 20 Blues plans & BCBSA


**Rich database allows members to select providers based on cost, quality, availability – and fit**
More than 170,000 separate available data sources, 5 billion data elements – and growing


**Seamless, evolved, innovative and complete suite of transparency tools**
Provider Finder, Patient Review System, Cost Estimator and On-Line Appointments


**Experienced in working effectively with BCBSMA and Capital**
Proven collaborative processes



Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

2

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145361

# 10 Key Areas of Vitals Differentiation



## Speed to Market Ease- Built to support ASO book of business

Unique administrative tools and technology that enables Capital & BCBSMA and your employer groups to configure the look and feel of their sites. Includes customized logic that powers search results at the group level.  Configuration and testing can be done by Capital and BCBSMA through Vitals Administrative Tools, reducing the time and cost to bring on large groups



## Experience and orientation toward delivering solutions for consumers, and particularly consumers within health plans

Vitals.com is an established site and brand attracting more than 12 million monthly visits



## Unique focus on innovation

Plans can count on Vitals to keep them competitive through innovation



## Developed with a "Mobile First" methodology, utilizing HTML5 and related technologies

Vitals products are well-positioned for inevitable increases in mobile usage



## Fully integrated solution

Data flows easily between applications



Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

3

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145362

# VitalsChoice Addresses the Needs of Health Plans

✓ Integrates with existing platforms limiting product disruptions

✓ Offers taxonomy for tiered networks, altnets and carveouts

✓ Allows customization for results through smart searching

✓ Configurable algorithm that displays physician search results based on corporate client criteria

✓ Delivers geographically relevant information through IP lookup

✓ Automatically logs out members after session to avoid HIPPA concerns



Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

4

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145363

# Integrated Tools in a Seamless User Interface

- Common look and feel across all applications
- Individual Tools interconnect
    - Data flows between applications
- Easy install, with some customization & many options
- Uses responsive design so it's mobile ready (HTML5)
- Can be purchased as individual pieces with option to add on over time
- Integrates with Plan's data sets
- Secure hosting
- Plan versioning is easy
- Significant upgrades and updates included in annual fee
- User tested design and flow using the best of web practices



Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

5

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145364



Demonstration

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

6

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145365



# VitalsChoice
# Customization and Configuration

Copyright © 2006 - 2013 Vitals.com & MDx Medical, Inc. All Rights Reserved.

# Core Platform Customization at Many Levels

### User Interface
Visual – CSS, layout, colors, fonts, element positions
Modules – Custom modules where required

### Disclaimers and Considerations
Admin UI access to update and publish as well as control associations

### Dynamic Topline Sort
Weighting of search factors configurable at the Account Level

### Network and Plan
Carveouts, Altnets, Tiering
Assignable at the account level

### Data Layer
Taxonomies and Mapping of Elements

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.



8

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145367

# Customizable User Interface

## User Interface
Visual – CSS, Layout, colors, fonts, element positions
Modules – Custom modules where req.

## GENERAL
Header / Footer
Color scheme
Logos
Fonts
Certain client-specific copy
Alerts / Notices
Disclaimers
Headings (H1, H2, H3)
Titles
Paragraphs
Tooltips
Images
Legal - Copyright
Buttons

## SEARCH
Number of tiles and search options
"Looking for something else?" tiles
Search settings
Search options in global search bar

## RESULTS
Default sort
Top level filter options
Number of top level filters
Awards shown in results set
How many results per page

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.



9

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145368

# Customizable User Interface

**PROFILE**
Tab order
Hierarchy of quality metrics
Location services
Order of boxes

**GET CARE NOW**
Default sort
Top level filter options
Number of top level filters
Awards shown in results set
How many results per page

**COMPARE**
Which characteristics are compared
Order of compared characteristics
Grid view or profile view first as default

**REVIEWS**
Rating iconography
Question content
Question order
Tags

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.



10

# Configurable Disclaimers and Considerations

## Disclaimers and Considerations
### Admin UI access to update and publish as well as control associations

- Rule based analysis of results allow for "attaching" disclaimers and considerations to a wide range of entities
- Admin access will be available to the rules and allow for basic presentation / positioning
- Disclaimers and Considerations can be returned from external services and will be incorporated into API returns



Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

11

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145370



Dynamic Topline Sort:
Getting results from results

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

12

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145371

## Dynamic Topline Sort

The first results on the first page are an extremely valuable resource:

- People rarely go to Page 2 or higher

  (only 2% of people go past the first page of results)

- People rarely choose below-the-fold

  (80% of selections from search results are chosen from the visible results without scrolling)

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.



13

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145372

## Dynamic Topline Sort

Filters and re-sorts are fine and have their place, but we need to deliver value from moment one.

- Value to **our partners**
- Value to **their accounts**
- Value to **the end users**

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.



14

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145373

# The Triple Aim



Objective Measures
complex, stable

Patient Ratings
simple, changing

Population Health

Experience of Care

Per Capita Cost

Procedure Costs / Member Costs
highly individualized

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.



15

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145374

## Dynamic Topline Sort

There is no one right answer on how best to balance these factors.

- Some factors are more robust than others
- Partners have their own organizational priorities
- Their clients have their own organizational priorities

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.



16

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145375

# Dynamic Topline Sort



Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

17

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145376

# Configurable Networks and Plans

## Network and Plan
### Carveouts, Altnets, Tiering

- Flexible and dynamic creation of carveouts and altnets working in current platform – new flexible approach has been validated
- For initial release, Vitals will help build this configuration and in a later release Capital can take on the *administration and updates*





HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145377

# Configurability at the Data Layer

## Data Layer
### Taxonomies and Mapping of Elements

- Taxonomies continue as the key to data ingestion and mapping
- New Platform Data transparency tool will help with understanding the results of the taxonomies and mappings for improved QA – Better understanding of what was returned for both searches and profiles





Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

19

MDX 0145378

# Data Integrity Tool

- **Objective**
  - Test and validate data before it hits the UI
  - Reduce duration of user interface testing

- **Tool Enablement**
  - Demonstrate & train Capital team on data
  - Create & review "*straw man*" configuration buckets
  - Share data outputs for sample configuration scenarios
  - Hold regular calls to discuss data or tool usage issues
  - Perform data configuration on sample accounts as part of implementation





Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

20

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145379



VitalsChoice: Looking to the Future

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

21

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145380

# 2014 VitalsChoice Roadmap Overview

**Future**

**Personalization**
- **Targeted Information for members**
  - **Saved Search Results (Favorites)**
  - **Member Engagement Tools**
- **Content Library & Content Management**

**2Q14**

**Self-Service Administrative Tools**
- **Enhancements to Patient Education**
- **Expanded Analytics and Reporting**
- **Pharmacy Calculator**
- **Savings Alerts**
- **Configuration and administration capabilities**
- **Search synonyms, Benefits Overview**

**1Q14**



**Second generation VitalsChoice Transparency Platform**
- **Integrated Provider Finder, Cost Calculator and Patient Reviews**
- **Configuration and Administration Capabilities**
- **Data Integrity Tool**
- **Google Analytics reporting**

Copyright © 2006 - 2013

**vitals**choice

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145381

# 2014 PRS Roadmap Overview

## 4Q14

**Expanding Communications:**
- Creating a Spanish Profanity Filter
- Provider Ratings Improvement Plan

## 2Q14

**Member Collaboration**
- Offering PRS in any language
- Creating a "what would you recommend" link
- Release of a "People Like Me" filter
- Member Survey Feature

## 1Q14



**Launching Patient Review System 3.0 enhancements:**
- Read only moderation user group
- Expanded provider response tool capabilities
- Release of robust reporting package via automated ad-hoc tool
- Review remorse feature

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY          MDX 0145382



Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

24

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145383



Technical Discussion

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0143792

# VitalsChoice Architecture (supplemented by handout)



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

63



MDX 0143793