Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL**

---

# Exhibit F

**MDx marketing materials**

**vitals**choice PRESENTS

# A TRANSPARENCY SOLUTION FOR BLUES

## LIVE DEMO
## TUESDAY, MARCH 4, 2014 – 1PM EST



www.vitals.com/healthplans

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144378

## Before We Begin

At any point in the presentation, feel free to ask a question by typing it here.

Questions will be answered at the end of the presentation.



HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144379

## Agenda

- Driving informed health care decisions in today's growing consumer market
- Sapphire: A blues-specific transparency program
- The next generation of transparency tools – VitalsChoice
- Q&A

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

3

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144380

## Today's Presenters



**Mike Edwards**
President, Health Plan Market
Vitals



**Larry West**
Chief Technology Officer
Vitals

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

4

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144381

# Driving Informed Health Care Decisions

**13 million monthly visits to vitals.com** + **Over 75 hospitals and group practices** + **Nearly 100 million health plan members** =

**#1** Fastest growing company in online health category





Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

5

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144382

# The Rise of Health Care Consumerism

*Walgreens*

**Walgreens to Provide Employer-Sponsored Health Insurance Through Aon Hewitt Corporate Health Exchange in 2014**

DEERFIELD, Ill., September 18, 2013 - Walgreens (NYSE:WAG) (Nasdaq:WAG) announced today that it will provide more than 160,000 eligible employees with employer-sponsored health insurance coverage in 2014 through its proprietary "Live Well Benefits Store," a marketplace that is an outsourced solution through Aon Hewitt Corporate Health Exchange. The Walgreens program provides more health coverage choices and an opportunity for most employees to lower their out-of-pocket health care costs next year.

**PwC survey reveals the top health industry trends of 2014**

Price transparency leads list of major changes facing hospitals, providers

December 12, 2013 | By Ilene MacDonald

The Affordable Care Act isn't the only major concern facing the healthcare industry in 2014, PwC's Health Research Institute's *Top Health Industry Issues for 2014 report* reveals the upcoming year will force hospitals and health systems to become more retail-focused as they respond to consumer demand for greater price transparency and cost savings.

"While health insurance exchange implementation will be marked by how well the industry addresses a range of core business challenges," said Kelly Barnes, PwC's U.S. health industries leader, in the report announcement. "Businesses must address rapid innovation and competition from non-traditional players, but above all they must respond to empowered consumers as customer-centric transformation sweeps healthcare."

Price transparency leads the list of top business concerns facing the healthcare industry as patients—now responsible for a larger portion of health costs—demand more information about the actual prices of care and treatment, according to the report. "Right now everyone's talking about price point and premium costs," Ceci Connolly, managing director for the institute, told the *Wall Street Journal's MarketWatch* blog. "But what that's really going to transition into is what value am I getting for my dollar?" she said.

**More Americans Are Checking Prices Before Getting Health Care**

By SCOTT HENSLEY

May 31, 2012 5:15 PM



How much will that cost, doc?

Do you shop around for the best price on a visit to the doctor, a CT scan or surgery at a hospital? If so, it looks like you've got a little more company.

In the latest NPR-Thomson Reuters Health Poll we asked people across the country whether they size up the prices for care before making decisions. And, if so, how they do it. We put the same questions to more than 3,000 people back in September 2010, and we were curious to see how much had changed.

Right off the bat, we wanted to find out the proportion of households that included someone who had received health care services in the past year. About 81 percent of the households we asked in April had, virtually the same as the 80 percent we found in 2010.

Among the recent health care consumers, 16 percent said they'd looked for prices beforehand, compared with 11 percent who'd answered that way in the previous poll.

OK, so where do they turn for price info? The most common source is a doctor's office, cited by 50 percent of those households that had checked recently on prices. But, that was down 10 percentage points from 2010.



Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

6

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144383

## Health Care is Evolving Into a Shopping Model





















Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

7

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144384



HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144385

## Sapphire: A Blues-Specific Transparency Program

Sapphire was created by HCSC and Vitals as a Blues-Centric Program, specifically focused on providing cost-effective transparency solutions for Blues Plans, their customers and their members.

Benefits of Sapphire include:

Pricing and Financial Incentives

Blues-Centric Program

Full-Function Transparency Suite

Increased Member Engagement



Sapphire is a joint effort between HCSC and Vitals

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

9

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144386

## What is VitalsChoice?

# vitalschoice







**Provider Finder**
Help members navigate
the first steps of their
medical journey

**Patient Reviews**
Harness the power of the
largest collection of
online physician ratings

**Cost Calculator**
Help drive down costs for
you and your members
while providing the best
quality care options



Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

10

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144387



HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144388

# The Vitals Difference







Robust Online
Retail Experience

Integrated Solution Suite

Client Success



Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

12

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144389



Questions?

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

13

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144390

# Thank you!

Please visit **vitals.com/healthplans** or email **healthplans@vitals.com** for more information

Mike Edwards
President, Health Plan Market
Mike.Edwards@vitals.com

Larry West
Chief Technology Officer
Larry.West@vitals.com



Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

14

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0144391