Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL**

---

**Exhibit G**

**Email string between Health Grades and MDx counsel**

2005019262_1

# Massaro, Adam

| | |
|---|---|
| **From:** | David C. Lee <dlee@sillscummis.com> |
| **Sent:** | Wednesday, October 08, 2014 10:08 AM |
| **To:** | Massaro, Adam; Scott D. Stimpson; Trent Dickey; Vincent M. Ferraro |
| **Cc:** | Kostolansky, Kris J.; Kanan, Greg; Goodlette, Tami; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com) |
| **Subject:** | RE: MDx's Productions |

Adam,

We disagree that VitalsChoice is part of the case and also disagree there was delay in producing materials.

We will note in our motion that Health Grades opposes.

Regards,
David


**David C. Lee**
Associate



website | bio | vCard | newsroom | email 

101 Park Avenue, 28th Floor, New York, NY 10178
p (212) 500-1546  |  f (212) 643-6500   **map**

**Please Note Our New York Address Has Changed**

---

**From:** Massaro, Adam [mailto:AMassaro@lrrlaw.com]
**Sent:** Wednesday, October 08, 2014 11:26 AM
**To:** David C. Lee; Scott D. Stimpson; Trent Dickey; Vincent M. Ferraro
**Cc:** Kostolansky, Kris J.; Kanan, Greg; Goodlette, Tami; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com)
**Subject:** RE: MDx's Productions

David,

MDx's vitalschoice system is part of the case.  You have produced documents regarding vitalschoice in the case.  The documents and materials we request compromise portions of documents that you have already produced.  There is no basis for not producing the entire document.  MDx cannot delay in producing responsive materials and then object based on the fact that trial is now approximately seven weeks away.

We will oppose your motion for protective order.  This completes our conferral regarding the document production I referenced in my September 29, 2014 email.

Thanks.

**From:** David C. Lee [mailto:dlee@sillscummis.com]
**Sent:** Monday, October 06, 2014 8:48 PM
**To:** Massaro, Adam; Scott D. Stimpson; Trent Dickey; Vincent M. Ferraro

**Cc:** Kostolansky, Kris J.; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com); Goodlette, Tami
**Subject:** RE: MDx's Productions


Adam:

The documents you address below are directed to websites of third parties not in this case, websites not yet developed and/or launched, or websites that MDx has not been hired to develop.

There is no time left to have such websites in this case with seven weeks until trial.  Accordingly, we are moving for a protective order to preclude further discovery related to such websites, including the third-party websites subject to Health Grades' motion to compel [dkt. # 843].

We assume Health Grades opposes our motion for protective order.  Please let us know your position by tomorrow, October 7th.

Regards,
David


**David C. Lee**
Associate



website | bio | vCard | newsroom | email  

101 Park Avenue, 28th Floor, New York, NY 10178
p (212) 500-1546  |  f (212) 643-6500   **map**

**Please Note Our New York Address Has Changed**

---

**From:** Massaro, Adam [mailto:AMassaro@lrrlaw.com]
**Sent:** Monday, September 29, 2014 6:51 PM
**To:** Scott D. Stimpson; Trent Dickey; David C. Lee; Vincent M. Ferraro
**Cc:** Kostolansky, Kris J.; Kanan, Greg; Kirstin Stoll-DeBell (kstoll-debell@merchantgould.com); Goodlette, Tami
**Subject:** MDx's Productions

Scott,

In reviewing MDx's productions from July 2014 to present (last supplement September 22, 2014), we noticed instances where there are missing or omitted materials.  Please produce the following by Monday, October 6, 2014:

(1) Any video or other demonstration materials, *see, e.g.* MDX 145365 PowerPoint slide referencing a "Demonstration," MDX 143769 from a separate PowerPoint referencing a "Demonstration," and MDX 144378 from a separate PowerPoint referencing a "LIVE DEMO."

(2) MDX 0143793 titled "VitalsChoice Architecture" states it is "supplemented by handout."  Please identify where in the productions is the handout or produce it and any other handouts associated with the marketing materials.

(3) MDx's "vitalschoice Transparency Platform Overview" includes screenshots or excerpts from several sample provider profiles.  Please provide the full sample profiles MDx prepared for the following doctors: Gloria Elam [MDX 144265], Jacqueline T Mckeigue [MDX 144269], Rani A Sharma [MDX 144270], James C Mullin [MDX 144276], and Efthymia Papanastassiou [MDX 144279-80].

(4) For the providers referenced in No. 3, please provide any updated sample profiles for these providers prepared by MDx.  Please also provide screenshots of the profiles for these providers as they appear on any of the restricted areas of the MDx licensees' sites or systems.

(5) MDx's "Supporting the Capital BlueCross Vision . . ." includes a sample webpage [MDX 145364].  Please provide any sample provider profiles that MDx prepared for Capital BlueCross.

(6) PowerPoint MDX 143452-143488 starts with "Agenda" and appears to be missing the cover page for the PowerPoint.  Please produce the complete PowerPoint.



**Adam Massaro, Associate**
**Lewis Roca Rothgerber LLP |**
**1200 17th St Suite 3000 | Denver, CO 80202-5855**
**(T) 303.628.9513 | (F) 303.623.9222| (C) 814.571.5894**
AMassaro@lrrlaw.com **|** www.LRRLaw.com

 **Rothgerber Johnson & Lyons LLP is now Lewis Roca Rothgerber LLP.**

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.