Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S MOTION TO COMPEL**

---

# Exhibit H

**MDx marketing materials**

## Agenda

1. Introductions and Agenda Review

2. Roadmap and Release Plan Philosophy

3. Detailed Review of VitalsChoice Feature Set

4. Items that Need to be Included in Capital Version
   - SeniorBlue

5. Transition Plan
   - PRS Enhancements and Migration
   - Ways to Save ion Legacy Solution
   - Supporting the Legacy Solution
   - Retiring the Legacy Solution

6. About Sapphire

7. Next Steps

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY



MDX 0143452

# VitalsChoice Transparency Platform

# Roadmap and Release Plan

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0143453

## Our Approach to Adding Value to Health Plans

**CAPTURE** members' attention in early stage of their decision making process and inform them of lower cost, high quality options

**EDUCATE** users about the rich data that facilitates their decision making process

**ASSIST** users in finding and comparing their provider choices through the lens of quality, cost and availability in a connected experience

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY



MDX 0143454

# Transparency Platform: Key Directives

**User-driven**: Enable the ecosystem

Empower people (patients, providers, admins) to access information in quick and actionable ways

**Insight-driven**: Make connections in the data

Harness rich data to drive members to lower cost options while maintaining quality

**Results-driven**:  Expose and convert user to new behaviors

Educate members to the impact of their decision and convert members into savvy shoppers – getting good quality at a low price

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY



MDX 0143455

# Overview of Vitals Product Development Process



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0143456

# Product Design & Development Strategy

| | | | |
|---|---|---|---|
| **User Focus** | Simplicity & Usability | Innovation | Responsive Design |
| **Platform Focus** | Configurability | Scalability | Integration Ready |

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY



MDX 0143457

# VitalsChoice 2.0 Capabilities

→ **Integrated Suite**: Integrated Provider Finder, Cost Calculator and Patient Review

→ **Responsive Design**: Common website built and optimized to support multiple devices and form factors with no feature-lag between devices

→ **Configurable platform:** 30+ configuration options

→ **Integration Ready**:
  - Secure and easily integrated with customer member portal through secure Single Sign-on (SSO) capabilities
  - Flexible integration with health plan website through configurable outgoing and incoming deep links

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY



MDX 0143458

# VitalsChoice 2.0 Capabilities

→ **Search Capabilities**:
- Search providers by name, specialty or procedure
- Autosuggest speeds up searches and geo-location automatically generates results geared to the user's location

→ **Guided Wayfinding**: Intuitive tiles help users *in guided decision making* enabling them to find providers if they are not sure of what they need or what is available

→ **Relevancy Sort**: Results are presented to members sorted based on cost, quality and provider ratings

→ **Robust Filters**: Filter search results by key attributes including location, specialty, quality and affiliations

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY



MDX 0143459

# VitalsChoice 2.0 Capabilities

→ **Compare Functionality**: Compare providers based on key data elements

→ **Patient Reviews**: Members can rate providers on criteria such as communication, bedside manners, punctuality, etc.

→ **Get Care Now**: Provides fast and easy access to urgent care centers

→ **Dynamic Directory Builder**:
- Allows members or customer service representatives to build customized directories
- Search providers based on multiple search criteria including specialty, geographic and full range of filters
- Includes configurable disclaimers and branding

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY



MDX 0143460

# VitalsChoice 2.0 Capabilities

→ **Spanish Language User Interface:** Provide Spanish language user interface for the entire VitalsChoice platform

→ **Data Augmentation**: Augment health plan data with selected additional data from the Vitals Provider Data Warehouse for an enhanced user experience

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY



MDX 0143461

# A Look Ahead to the Roadmap

**Capital will receive a raft of enhancements in the future and have the opportunity to license significant new modules.**

→ **Enhancements** are added functionality to existing licensed modules.
  - Capital receives these updates at no additional charge

→ **Modules** are significant, standalone capabilities that are outside the licensed functionality.
  - These are optional capabilities
  - Capital, at its discretion, may choose to license these modules for an additional fee

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY



MDX 0143462

# To Illustrate the Difference…

## Key Enhancements

- Extended configuration tools
- Enhanced search capabilities
- Enhanced cost calculator
- Network agnostic search
- Cost data analysis tool
- Extend analytics footprint
- Leverage vitals.com traffic

## New Modules

- Retail Site analysis
- Online appointment portals
- Telemedicine portals
- Pharmacy Calculator
- Integrate Vitals Savings Alerts
- Member engagement tools



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
**HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY**

MDX 0143463