IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION REGARDING ITS MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS – DOCUMENT NO. 894**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, filed on October 16, 2014, its Motion For Leave To Restrict Access To Documents – Document No. 894 [Doc. # 910, the "Motion"]. The Motion stated:

> Pursuant to *D.C.COLO.LCivR* 7.1(a), MDx's counsel attempted to confer with counsel for Health Grades on October 16, 2014 regarding this Motion to Restrict, but has not received Health Grades' position on this Motion. When Health Grades provides its position, MDx will supplement this motion with that information.

Motion, at p. 2.

MDx has received Health Grades' position and hereby supplements the Motion to state that Health Grades opposes the Motion.

1

Dated:  October 21, 2014

*s:/Scott D. Stimpson*
Scott D. Stimpson
Trent S. Dickey
David C. Lee
Vincent M. Ferraro
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

Respectfully submitted,


Terence Ridley, Atty. No. 15212
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel:  (303) 244-1800
Fax:   (303) 244-1879
E-mail: ridley@wtotrial.com

*Attorneys for Defendant*
MDx Medical, Inc. d/b/a VITALS.COM

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION REGARDING ITS MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NO. 894** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Tamara F. Goodlette**
  tgoodlette@lrrlaw.com

- **Kirstin L. Stoll-DeBell**
  kstoll-debell@merchantgould.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                               *s:/Vincent M. Ferraro*