IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## DECLARATION OF BRYAN PERLER

BRYAN PERLER, being of full age, hereby declares and states as follows:

1. I make this declaration in support of Defendant MDx Medical, Inc.'s Motion For Leave To Restrict Access To Documents – Document Nos. 908-4, 908-5, 908-8 and 909-3. Unless otherwise noted, the statements made herein are based on my personal knowledge.

2. I am the Chief Financial Officer of MDx Medical, Inc. ("MDx"). MDx is a private company, based in Lyndhurst, New Jersey.

3. MDx is a leading provider of technology that enables users to search for and obtain information on healthcare providers. This information includes, among other things, the names of doctors, their education, specialties, hospital affiliations and the insurance that they accept. Users can access this information at MDx's website, www.vitals.com (the "MDx Website"). Since January 2008, MDx has owned and operated the MDx Website.

4. Dkt. No. 908-8 is a portion of an MDx response to a request for information from a potential customer, and contains the services MDx contracted to sell to certain other customers. MDx has not disclosed the services that MDx contracted that are listed on page 16 of Dkt. No. 908-8 to anyone outside of MDx not subject to a confidentially agreement. Such contracted services are highly confidential to MDx and its customers.

5. As a small, privately held company, MDx's normal procedures are to limit the disclosure of the services it has contracted to its business partners to only those management and operational employees with a need to know.

6. There are several competitors to MDx, one of which is Health Grades, and the companies compete for business. Disclosure of MDx's contracted services, including in particular contracted services set forth on page 16 of Dkt. No. 908-8, would unfairly provide such competitors with a significant advantage against MDx and knowledge of MDx's confidential business, and thereby potentially damage MDx's business and cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2014

_____
BRYAN PERLER