# EXHIBIT A

(Redacted version of Dkt. # 908-8)

The latest release uses NCCT 5 which includes cost estimates from individual professionals. We prioritize those over facility estimates for procedure types that require a physician or surgeon (office visits, inpatient and outpatient procedures). To allow for office visits to supplement the data sets, Vitals is working with NCCT 5 that includes office visits at the individual level. Our benefits mapping supports displaying costs for office visits based on the NCCT procedures.

Our Q1 2014 iteration of VitalsChoice is designed to provide members with the best available out-of-pocket cost estimates for a variety of procedures. More detail includes the ability to plan and track medical expenses work with national data sets, combined with a plan's individual member accumulator data and provider quality metrics, and integrate quality metrics, along with cost, to give a fuller picture of provider choice.

With the new release, members will find easier ways to understand complex data, such as the impact on their costs when contemplating a procedure.

The representation below shows how this complex data is displayed in an easy to understand format. As users select each of the three choices displayed in the "How does this impact my plan?" the screen dynamically reflects the changes in their plan section.





## ADDITIONAL NEW COST ESTIMATOR CAPABILITIES

- Accumulator Graphs
- Procedures by Facility
- Procedures by Professional
- Facility Results with Member Cost
- Professional Results with Member Cost
- Procedure Benefits
- Explanation/Visualization
- FSA/HCA/HSA Account Integration



210 Clay Avenue, Lyndhurst, NJ 07011

11

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0145142

# The Patient Review System

All of the customizations currently provided by Vitals today in the BlueCross BlueShield of Arizona Patient Review System can be easily incorporated into the Vitals transparency suite.

The future of web-based applications depends largely on a web 2.0 model which allows users to consume *and* create content. The PRS adds value and creates a social atmosphere that members grow to trust and rely on. This model increases interest, strengthens member loyalty, and provides the general give-and-take members have come to expect in other areas of their digital lives. Nearly all of their daily interactions online have become largely social ones, and healthcare should be no exception.

An integrated BlueCross BlueShield of Arizona's web presence seamlessly incorporates members' perspectives on their own healthcare lending a new and exciting feel. With the PRS, rating a provider can be a social experience, and not a chore.

**Detailed Narrative of The Vitals BlueCross BlueShield of Arizona PRS Solution:**

The Patient Review System (PRS) is designed to:
- Enhance the member experience by giving members a perspective on providers based on the experiences of other members.
- Engage members more deeply with their plan. By doing so, it is expected that members will select their providers more appropriately and have a more meaningful and valuable healthcare experience.
- Raise member satisfaction, leading to greater member retention, attraction and increased member interaction.

The most significant change in the VitalsChoice Patient Review System in Q1 2014 is in the reporting suite. Going forward, clients will be able to access reports via a self-service web portal. This new portal will allow BCBS AZ the flexibility to run reports ad-hoc and choose the desired time parameters.

Other changes to reporting include the addition of historical data and visualizers such as pie and bar charts and the ability to save reports in a PDF format for easier management distribution.

The following new reports will also be available:
- Abandonment Rate



210 Clay Avenue, Lyndhurst, NJ 07011

12

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0145143

- Rating/Review Categorization
- Provider Comparison
- Provider Rating
- Overall Reporting Enhancement
- E-mail alerts

**ADDITIONAL NEW PATIENT REVIEW FUNCTIONALITY**

- Expanded Provider Response
- Creation of New "Read Only" Moderation Level
- Additional Moderation filters
- Additional Sorting Filters
- Rating/Reviewing of Facilities
- Data Tagging
- Expanded Error Messages

# Data Augmentation

For consumers, members and clients' employees, the most important element of these tools is the data that is displayed. Data serves two purposes. First, it enables the decision making that health plan members and client employees must make each day and, second, it informs the design and display of the transparency suite. Robust data presented clearly enables more refined comparisons and better outcomes.

Vitals invests heavily in its data gathering efforts as evidenced by the 5 billion data elements from 170,000 distinct sources that are available today.

Most recently Vitals added urgent care centers to its collection of physician, dentist and group practice data. This is important to health plans because it offers the possibility of reducing the costs associated with patient visits to emergency departments.

In 2014, Vitals expects to be adding data for hospitals, pharmacies and clinics (Ambulatory, Mammography, Fertility, Dialysis). All of this data is available for integration into our health plan partner sites with the intention of making the site a more valuable destination for patients.



210 Clay Avenue, Lyndhurst, NJ 07011    13

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0145144

This data can be provided to BCBS AZ as a custom database, combining internal data + Vitals data + other sources, or via an API or Web Service dynamic delivery or as a flat file sent to BCBS AZ on a periodic basis.

Attached, within the Appendix, is a listing of the data elements available for providers, hospitals and urgent care centers.

# Vitals Differentiation

Should BCBS AZ select Vitals as its partner of choice for its transparency solution, it will have a partner committed to supporting BCBS AZ in its efforts to create the best decision support tools for clients, members and prospective members.

This commitment extends to delivering an integrated suite of tools that is easy to use and innovative, with extensive configuration and customization capabilities. BCBS AZ will have a partner skilled in working with NCCT data and will be able to leverage a deep reservoir of data as it sees fit.

Most important, though, it will have a partner that has proven that it can work effectively and collaboratively with BCBS AZ.

We look forward to creating great success together and hope that this presentation of qualifications and enhancements affirms the trust that you wish to place in your chosen partner.

# Contact Information

David Blumenthal
david@vitals.com
201-624-2496 (office)
201-779-8547 (cell)

Vitals Medical, Inc.
210 Clay Ave
Lyndhurst, NJ 07071



210 Clay Avenue, Lyndhurst, NJ 07011

14

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY        MDX 0145145



# RFI Responses

| Question | Response |
|---|---|
| **Corporate Overview** | |
| Number of years in relevant business field | Since late 2007, Vitals has been delivering member and consumer focused Provider Decision Support Tools. Primarily, these have been delivered to health plans and through the Company's flagship website, vitals.com. More than 150 million consumers use these tools to help make intelligent choices about the healthcare provider that is right for them. |
| Number and types of employees | Vitals employs 120 people at its offices in New York, New Jersey, Massachusetts, and Oklahoma. Vitals staff includes 45 software engineers and quality assurance staff, 6 product development professionals and 16 data operations personnel. |
| List any affiliations with BCBS AZ competitors | Vitals is not affiliated with any BCBS AZ competitors. |
| List any affiliations with Blue plans or the BCBS Association | Vitals is the chosen vendor to aggregate the data for the BCBSA's National Patient Review Database. We consolidate reviews, normalize and feed the data back to the plans. Vitals is also the chosen vendor of 20 Blues plans for either its Find-a-Doctor, Cost Estimator and / or Patient Review Systems. |
| List any legal actions, pending or threatened litigation that involve(d) your company that could have significant adverse impact | A competitor of the company has alleged that certain aspects of the Vitals consumer website infringe upon their website patent. Vitals believes this is a frivolous lawsuit that is without merit and is aggressively defending itself against the allegation. The lawsuit does not in any way involve the products and services contemplated in this RFI. |
| **Experience** | |
| How many clients do you have for this transparency tool? | Vitals has 4 clients that use its full suite of consumer transparency tools. |
| Provide a list of references from | BCBSZ has authorization to contact these Vitals references |



| | | |
|---|---|---|
| current clients (preferably Blues) and your written authority for BCBS AZ to contact them during the RFI evaluation process. The list should include reference name, address, contact name, telephone number, specific services provided, date contract commenced, date contract completed | **Michael Burke**<br>Senior Director, Enterprise Product Development<br>Michael_Burke@bcbsil.com<br>(312) 653-3707<br>HCSC<br>300 East Randolph St, Chicago, Illinois 60601-5099 | REDACTED |
| | **Chris Davis**<br>VP, IT Service and Operations<br>Christopher.Davis@bcbsma.com<br>617-246-5506<br>617-908-8968 (mobile)<br>Blue Cross and Blue Shield of Massachusetts, Inc.<br>One Enterprise Drive, Quincy, MA 02171 | |
| | **Michelle Jackman**<br>Senior Project Coordinator | Network Management<br>BlueCross BlueShield of Minnesota<br>3535 Blue Cross Road, Eagan, MN 55122<br>Michelle.M.Jackman@BlueCrossMN.com<br>(651) 662-2314 | |
| **Capabilities and Service Requirements** | | |
| What are your core competencies? | | (1) A commitment to innovation. During the first quarter of 2014, Vitals will demonstrate this commitment with its release of its new platform for its health plan clients. Among many other innovations, this release will present a new user interface incorporating wayfinding. This interface helps those members who are not sure what they need or what is available to them. It accomplishes this by allowing ease of browsing on the system, enabling the user to see what options are available and then helping them into the experience. These objectives are achieved |

by providing top-level information tiles.

Another example of this orientation toward delivering ongoing innovations will be the release of is the Dynamic Topline Sort. Clients also have different perceptions of how provider results should be displayed to their groups. If given the opportunity, some companies might assign different weights to population health, patient ratings and procedure / member costs. Vitals' upcoming release accommodates these needs and behaviors by allowing BCBS AZ and its individual ASO clients and narrow networks to independently manage the Search Engine Results Page (SERP) algorithm. This level of tailoring allows each company to determine how providers are ranked in the results.

(2) The acquisition, validation, standardization, and publication of data on providers from thousands of disparate data sources into a structured consumer view is another core competency. The Vitals Database on healthcare providers contains every licensed (and many previously licensed) doctor, dentist, group practice and hospital in the U.S. More than 170,000 data sources are input into the database. When integrated with the Vitals find-a-doctor and or cost estimator solutions, Vitals can use this database and integration expertise (as well as certain data elements, if desired by BCBS AZ) to provide the underlying provider quality and patient experience data that makes the consumer experience robust and meaningful. This solution will cleanly integrate data sources, match to existing WellPoint providers and display on the websites, based on data hierarchy rules.

(3) Consuming the NCCT web service is yet another core competency. We integrate cost from the NCCT with the plan's provider data, display provider details, quality and cost side by side and deliver a relevancy sort so that the lowest cost, highest quality providers are displayed first. We support new NCCT procedure types as they become available and are developing our own list of procedures to be supported by mock adjudication or claims data.

The latest release uses NCCT 5 which includes cost estimates from individual professionals. We prioritize those over facility estimates for procedure types that require a physician or surgeon (office visits, inpatient and outpatient procedures). To allow for office visits to supplement the data sets, Vitals is working with NCCT 5 that includes office visits at the individual level. Our benefits mapping supports displaying costs for office visits based on the NCCT procedures.



HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0145148

| | |
|---|---|
| | (4) Finally, Vitals is extraordinarily committed to delivering its solutions in a frictionless manner. We believe BCBS AZ has experienced this firsthand as we are your provider for the Patient Review system. In the course of implementing this solution, Vitals has demonstrated its commitment to collaboration, problem solving and doing the heavy lifting required to deliver solutions seamlessly. |
| Provide documentation that shows your clients' level of satisfaction with this transparency tool | One of the unique commitments that Vitals brings to its partnerships is a dedication to consumer research. As evidence of this, attached is a PowerPoint that highlights the perspectives of a focus group who reviewed our solutions. This level of consumer testing enables Vitals to roll out solutions that meet market needs – and also allows our health plan partners to have confidence that the Vitals solutions that are brought to market will receive a warm response.<br><br>And of course, the attestations of our clients further expresses this satisfaction. Vitals has never lost a Find-a-Doctor, Cost Estimator or Patient Review client.<br><br>Another source for determining consumer satisfaction with our efforts to drive better health care is evidenced by objective metrics. Here are a few of them.<br><br>- 13 million monthly visits to vitals.com<br>- Over 75 hospitals and group practices use PatientLink to connect providers and patients<br>- Nearly 100 million health plan members use VitalsChoice to make more informed health care decisions<br>- #1 fastest-growing company in online health category<br>- Vitals is ranked as one of Inc. Magazine's "Fastest Growing Companies" in America. We have climbed 75 spots in the rankings from 2011 to 2012 and we are proud to be ranked #1 in the online health category |
| Provide documentation that shows customers' level of satisfaction with this transparency tool | Please see question 14 above as this is a repeated question. |
| **Resources and Implementation** | |



18

210 Clay Avenue, Lyndhurst, NJ 07011

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145149

| | |
|---|---|
| Do your prices include professional services necessary to implement any purchased modules? If not, how much would implementation cost? | Vitals is responsible for the design, development, testing and implementation of its solution. Professional service pricing is included in our pricing proposal. |
| Do you have dedicated resources for each customer? If so, how many? | The typical project team includes both dedicated and non-dedicated personnel. Personnel are dedicated to the project once it has been determined that full-time involvement of a particular skillset is required.<br><br>It is part of Vitals' process to have both an Account Manager and an Implementation Manager engaged for each project. These professionals are typically available after hours and are able to marshal resources in the event of a particular need. The Implementation Manager and Account Manager roles are intertwined and so it is not uncommon for each to serve as the other's backup.<br><br>After initial meetings have taken place and unique needs are evaluated, Vitals assess the skill sets required to deploy the solution. Appropriate creative, data, and deployment personnel are then assigned to the project. A listing of typical roles associated with the project appears in Exhibit A.<br><br>This allows innovations and enhancements to be delivered on a large scale and quickly. BCBS AZ would be leveraging a full team of designers, developers, quality testers, and technology hosting staff. If there are unique requirements, Vitals first assesses if these solutions can be delivered as part of its platform. If timing or the nature of the requirement is very specific to BCBS AZ, Vitals would address this custom enhancement by designating a full team to meet this need. |
| Do you require dedicated resources through implementation from your customers? | The need for full-time committed client personnel is largely dependent on the nature and condition of our clients' data and their own unique requirements. Certainly, a client project manager is required and that role is typically a full-time commitment. Other client roles that would be useful are an executive sponsor, member benefits subject matter expert (SME), ANSI 270/271 transaction SME and testing lead. However, these roles do not need to be full-time.<br><br>Please see Exhibit A for a definition of roles and responsibilities. |



210 Clay Avenue, Lyndhurst, NJ 07011

19

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145150

| | |
|---|---|
| After implementation, what is the process for requesting enhancements, including final business requirements? | If project enhancement is needed, a formal Change Management Process determines any cost and schedule implications. This process begins with the requester explaining the change and its reason for initiation. Specifications, screen prototypes or other supporting documentation are developed at this time.<br><br>Assuming that a client manager approves a request for further evaluation and development analysis, a development estimate and impact analysis in terms of time and budget are prepared. As part of this phase, an explanation of the impact and possible alternatives are also presented.<br><br>This analysis is forwarded to the business decision makers for a determination as to whether to pursue alternatives or initiate the change. No additional scope or costs are incurred without client approval.<br><br>Delivery schedules are constantly updated by the account management team, so all parties know deliverables and due dates. If an unavoidable delay occurs, Vitals will initially try to apply more resources to make up for lost time. If that option is not viable, we will work with the plan to determine which change is more acceptable – delayed delivery or narrowing of deliverables to hit deadline dates. |
| What is your average implementation timeframe? | A typical implementation of the VitalsChoice solution is six months. |
| **On-going Support** | |
| Once the product has been purchased and implemented, what support will be provided? What will support cost on an annual basis? | Numerous levels of support are provided. These levels of support are covered under the annual support and maintenance program and the cost is outlined in the pricing proposal included in this response.<br><br>Updates to existing purchased modules are provided at no additional charge<br><br>A technical team assures that the hosted environment operates appropriately and consistently and our BCBS AZ's Vitals account manager remains focused on addressing your ongoing needs |
| What will the annual subscription rate be? What will that amount include? What might cause the | The annual subscription rate is outlined in our pricing proposal. As outlined above, this fee includes updates and licensing.However, custom enhancements made to the solution will typically necessitate additional fees in order to support these changes. |

210 Clay Avenue, Lyndhurst, NJ 07011

vitals™

20

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0145151

| | |
|---|---|
| annual fee to change? | |
| Do you have SLAs to support production maintenance and enhancement request changes? | A copy of our Service Level Agreement is attached to this proposal response as Exhibit B. |
| How do you coordinate and implement changes to your applications? | If project scope changes, a formal Change Management Process determines any cost and schedule implications. This process begins when the requester explains the change and its reason for initiation. Specifications, screen prototypes or other supporting documentation are developed at this time. Assuming that a client manager approves a request for further evaluation and development analysis, a development estimate and impact analysis in terms of time and budget is prepared. As part of this process, an explanation of the impact and possible alternatives are also presented. The analysis is then forwarded to the business decision makers for a determination as to whether to pursue alternatives or initiate the change. No additional scope or costs are incurred without client approval. The Vitals formal change management process defines the protocol for addressing modifications to data processing. The system architecture of our data distribution model allows for data modifications to occur with minimal impact to the existing operations. Within the engineering department a Solutions Architecture team is also focused on researching new technology to continually offer new innovation. |
| What is your process to support requested production maintenance and enhancements changes initiated by your customers? | If project scope changes, a formal Change Management Process determines any cost and schedule implications. This process begins when the requester explains the change and its reason for initiation. Specifications, screen prototypes or other supporting documentation are developed at this time. Assuming that a client manager approves a request for further evaluation and development analysis, a development estimate and impact analysis in terms of time and budget is prepared. As part of this process, an explanation of the impact and possible alternatives are also presented. The analysis is then forwarded to the business decision makers for a determination as to whether to pursue alternatives or initiate the change. No additional |



| | scope or costs are incurred without client approval. |
|---|---|
| | The Vitals formal change management process defines the protocol for addressing modifications to data processing. The system architecture of our data distribution model allows for data modifications to occur with minimal impact to the existing operations. Within the engineering department a Solutions Architecture team is also focused on researching new technology to continually offer new innovation. |
| **Contract Pricing** | |
| What is the term of the contract? | Vitals is proposing a four year term with an option, to be determined at the time of the contract, for a fifth year, in order to allow BCBS AZ to have its costs fixed for a longer period of time. |
| Do you provide a discount off the stand-alone module price if modules are purchased as part of a bundle? | Yes. If BCBS AZ will commit to purchasing the full suite of Vitals solutions, Vitals will apply a discount. |
| Do you subcontract with any other vendors to provide functionality for any of the transparency mandates? | All work for fulfilling the transparency mandates is provided by Vitals staff. |
| **Privacy and Compliance** | |
| Will this solution meet Federal transparency mandates? | VitalsChoice will be NCQA compliant |
| Are you familiar with BCBS Association transparency mandates, and if so, do you comply with those mandates? | Vitals is familiar with all BCBSA mandates and its solutions have complied with them. |
| The following 3 documents will be required for potential vendors to complete prior to the final selection process. Are you willing to complete both requirements? | Yes. Vitals will be happy to review and complete these documents. |



22

MDX 0145153

210 Clay Avenue, Lyndhurst, NJ 07011　　HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

| | |
|---|---|
| Privacy and Security Questionnaire | Yes. Vitals will be happy to review and complete these documents. |
| Business Associate Risk Assessment | Yes. Vitals will be happy to review and complete these documents. |
| Insurance Requirements | Yes. Vitals will be happy to review and complete these documents. |
| If you are selected as a finalist, are you willing and able to provide your company's Privacy and Security Policies to BCBS AZ prior to final selection? | Yes, Vitals would be happy to do so. |
| If you are selected as a finalist, are you willing and able to allow BCBS AZ an on-site security review of your facilities? | Yes, Vitals would be happy to do so. |
| **Provider Directories and Patient Review** | |
| Does the directory show users their correct network if they enter an alpha prefix? | Yes. The solution is able to cross-map alpha prefixes with their corresponding networks. |
| Does the directory have administrator tools so that we could have direct access to make changes without going through a change order process? Examples would be Specialty additions, network name changes, alpha prefix changes, etc. | Yes. Vitals Configuration Tool (Q1 / Q2 release) would allow BCBS AZ to manage the key elements most important to them, and thereby avoid a change order process.<br><br>There are 4 modules within this tool.<br>1. Disclaimers and Considerations: This is a rule based analysis of results that allows for "attaching" disclaimers and considerations to a wide range of entities. Administration access will be available to the rules and allow for basic presentation / positioning. Disclaimers and Considerations can be returned from external services and will be incorporated into API returns (covers MLE/cost].<br>2. Network and Plan: This allows for the flexible and dynamic creation of carve outs and altnets<br>3. Data Layer: Our new platform data transparency tool will help with understanding the results of the taxonomies and mappings for improved QA. It allows for better |

