# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

Courtroom Deputy: Cathy Pearson                           Date: October 30, 2014
Court Reporter:    Tammy Hoffschildt

**CASE NO.    11-cv-00520-RM-BNB**

HEALTH GRADE, INC.,                                       Kris Kostolansky
                                                          Kirsten Stoll-DeBell
                                                          Gregory Kanan
        Plaintiff,                                        Adam Massaro

v.

MDX MEDICAL, INC., d/b/a Vitals.com,                      Scott Stimpson
                                                          Vincent Ferraro
        Defendant.                                        Terence Ridley

## COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION**:    1:00 p.m.
Court calls case. Appearances of counsel.

Discussion held regarding the Court's ruling on the *Festo* issue, the status of the case, and continuing the trial date.

Court's findings.

**ORDERED:**   The ten-day jury trial set for December 1, 2014, is **vacated** and **reset** for **January 12, 2015, at 9:00 a.m.**

**ORDERED:**   A hearing regarding Plaintiff Health Grades, Inc.'s Submission re Configurations of Infringement is set for **November 6, 2014, at 9:00 a.m.**

**COURT IN RECESS**:    1:49 p.m.
**Total in court time**:    00:49
**Hearing concluded**