# EXHIBIT D

# Vincent M. Ferraro

| | |
|---|---|
| **From:** | Scott D. Stimpson |
| **Sent:** | Friday, October 31, 2014 9:54 AM |
| **To:** | Kostolansky, Kris J. |
| **Cc:** | Massaro, Adam; Kanan, Greg; David C. Lee; Vincent M. Ferraro; Kirstin Stoll-DeBell (KStollDeBell@merchantgould.com) (KStollDeBell@merchantgould.com); Trent Dickey |
| **Subject:** | RE: Your Interrogatory No. 2 |

Kris, this is very disturbing.

We need more information please.  When did your team find out about this (you only say you learned of it yesterday)?  How did these references just surface?  Also, please immediately identify the "eight other patents or patent publications" that HG did not produce.

Is this email to Mr. Dodge produced?  If not, please produce it.

Scott

---

**From:** Kostolansky, Kris J. [mailto:kkosto@lrrlaw.com]
**Sent:** Thursday, October 30, 2014 12:50 PM
**To:** Scott D. Stimpson
**Cc:** Massaro, Adam; Kanan, Greg; David C. Lee; Vincent M. Ferraro; Kirstin Stoll-DeBell (KStollDeBell@merchantgould.com) (KStollDeBell@merchantgould.com); Trent Dickey
**Subject:** Your Interrogatory No. 2

Scott,

I learned yesterday that the six patents or patent publications referenced below were not produced pursuant to the agreed upon word searches.  The agreed terms applicable to the searches conducted for Allen Dodge's e-mails were more narrow than the searches for the inventors.  The patents are identified in a Health Grades e-mail to Mr. Dodge, not by name, but by virtue of an attached link.  It does not appear that the patents were actually printed by Mr. Dodge.  The patents that have not been previously identified by the parties are as follows:  US 2006/0004623 A1, US 2006/0095299 A1, US 5,724,379, US 6,735,569 B1, US 7,720,705 B2, and US 2001/0034631 A1.  Eight other patents or patent publications previously produced by you were also identified in the e-mail to Mr. Dodge.

As you will see, these are prior art references that do not address all or even a few of the elements of the claims at issue and thus are not invalidating.  The patents referenced above apparently were not located in the two initial searches conducted through your office (pre-issuance and post-litigation), further confirming the remoteness of the patents.  I also note that you have not yet produced to us the results of your prior art search in connection with the '052 patent.  I would appreciate it if you would do so promptly.

This e-mail is sent without waiving any privileges, including attorney-client and work product.

K.J.K.



**Kris J. Kostolansky, Partner**
**Lewis Roca Rothgerber LLP |**
**1200 17th St Suite 3000 | Denver, CO 80202-5855**

1

**(T) 303.628.9515 | (F) 303.623.9222**
**kkosto@lrrlaw.com | www.LRRLaw.com**

---

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.