**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION TO ITS MOTION FOR
LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NO. 894**

---

Pursuant to the Court's Order [Dkt. # 915], Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, respectfully submits its Supplemental Submission to its Motion for Leave to Restrict Access to Documents – Document No. 894. In accordance with the Court's directive, MDx submits a revised redacted copy of Dkt. No. 894, redacting only the name of the licensee and nothing else, attached hereto as Exhibit A.

1

| | |
|---|---|
| Dated:  October 31, 2014 | Respectfully submitted, |

*s:/Scott D. Stimpson*

| | |
|---|---|
| Scott D. Stimpson | Terence Ridley, Atty. No. 15212 |
| Trent S. Dickey | Wheeler Trigg O'Donnell LLP |
| David C. Lee | 370 Seventeenth Street, Suite 4500 |
| Vincent M. Ferraro | Denver, Colorado 80202 |
| Sills Cummis & Gross P.C. | Tel:  (303) 244-1800 |
| 30 Rockefeller Plaza | Fax:   (303) 244-1879 |
| New York, New York 10112 | E-mail: ridley@wtotrial.com |
| Tel: (212) 643-7000 | |
| Fax: (212) 643-6500 | *Attorneys for Defendant* |
| E-mail: sstimpson@sillscummis.com | MDx Medical, Inc. d/b/a VITALS.COM |
| E-mail: tdickey@sillscummis.com | |
| E-mail: dlee@sillscummis.com | |
| E-mail: vferraro@sillscummis.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S SUPPLEMENTAL SUBMISSION TO ITS MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NO. 894** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Tamara F. Goodlette**
  tgoodlette@lrrlaw.com

- **Kirstin L. Stoll-DeBell**
  kstoll-debell@merchantgould.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

               _s:/Vincent M. Ferraro_

3