IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

An adequate showing having been made under D.C.COLO.LCivR 7.2,

IT IS ORDERED that **MDx's Motion for Leave to Restrict Access** [Doc. # 916, filed 10/28/2014] is GRANTED as follows:

• The following documents shall be RESTRICTED, Level 1:  Doc. ## 908-4; 908-5; 908-8; and 909-3.

• The following documents shall not be restricted and shall be open to public inspection:  Doc. ## 907; 907-1; 907-2; 907-3; 907-4; 908; 908-1; 908-2; 908-3; 908-6; 908-7; 908-9; 909; 909-1; 909-2; 909-4; 909-5; 909-6; 909-7; and 909-8.

DATED:  November 3, 2014