## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

      Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

**MDX MEDICAL, INC.'S _UNOPPOSED_ MOTION FOR A TEN (10) DAY EXTENSION OF TIME TO FILE ITS OPPOSITION TO HEALTH GRADES, INC.'S MOTION TO COMPEL [DKT. #909]**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, and in accordance with the suggestion of counsel for Health Grades, respectfully submits its Unopposed Motion for a Ten (10) Day Extension of Time to File its Opposition to Health Grades, Inc. ("Health Grades")'s Motion to Compel [DKT. #909] ("Health Grades' Motion").

### Conferral Pursuant to _D.C.Colo.LCivR_ 7.1

Pursuant to _D.C.COLO.L.CivR_ 7.1(a), the Parties conferred on October 31, 2014, and counsel for Health Grades has indicated that Health Grades does not oppose this motion and the relief requested herein.  Counsel for Health Grades first suggested the ten day extension, to give

the Parties a chance to better understand the scope of the trial following a hearing scheduled for November 6.

## **Motion**

1.      MDx's response to Health Grades' Motion is due Friday, November 7, 2014.

2.      On October 30, 2014, this Court set a hearing regarding Health Grades' submission of accused configurations for Thursday, November 6, 2014 at 9:00 AM to determine what (if anything) is left to be tried in this case in the wake of the Court's summary judgment decision (Dkt. #696) and its *Festo* decision (Dkt. #913).

3.      Health Grades' counsel has indicated it would withdraw at least a portion of Health Grades' Motion depending on the scope of the trial, which will not be determined until after the November 6 hearing.

4.      To avoid responding to a motion that contains portions that may ultimately be withdrawn, and at the suggestion of counsel for Health Grades, MDx requests a ten (10) day extension of time to file its opposition to Health Grades' Motion, through and including November 17, 2014.  As such, good cause exists for the brief, unopposed extension requested by MDx.

5.      MDx has not previously sought an extension for filing its opposition to Health Grades' Motion.  In accordance with *D.C.COLO.L.CivR* 6.1(c), a copy of this motion will simultaneously be served on MDx by MDx's counsel.

6.      A proposed order is filed herewith in .pdf format and is also being contemporaneously e-mailed as a Word document to Chambers.

**Conclusion**

       For the foregoing reasons, MDx requests that this Court grant this unopposed motion for a ten (10) day extension of time to file its opposition to Health Grades' Motion, through and including November 17, 2014.

Dated:  November 4, 2014                        Respectfully submitted,

_s:/Scott D. Stimpson_                    
Scott D. Stimpson                          Terence Ridley, Atty. No. 15212
Trent S. Dickey                             Wheeler Trigg O'Donnell LLP
David C. Lee                               370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                       Denver, Colorado 80202
Sills Cummis & Gross P.C.                Tel:  (303) 244-1800
30 Rockefeller Plaza                     Fax:   (303) 244-1879
New York, New York 10112              E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500
E-mail: sstimpson@sillscummis.com       _Attorneys for Defendant_
E-mail: tdickey@sillscummis.com          MDx Medical, Inc. d/b/a VITALS.COM
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR A TEN (10) DAY EXTENSION OF TIME TO FILE ITS OPPOSITION TO HEALTH GRADES, INC.'S MOTION TO COMPEL [DKT. #909]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Tamara F. Goodlette**
  tgoodlette@lrrlaw.com

- **Kirstin L. Stoll-DeBell**
  kstoll-debell@merchantgould.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

  *s:/Vincent M. Ferraro*