IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**ORDER RE MDX MEDICAL, INC.'S UNOPPOSED MOTION FOR A TEN (10) DAY EXTENSION OF TIME TO FILE ITS OPPOSITION TO HEALTH GRADES, INC.'S MOTION TO COMPEL [DKT. #909]**

This Court having considered MDx Medical, Inc.'s Unopposed Motion for a Ten (10) Day Extension of Time to File its Opposition to Health Grades, Inc.'s Motion to Compel [Dkt. #909] ("Health Grades' Motion"), and finding the same to be well-taken, hereby GRANTS MDx Medical, Inc. through and including November 17, 2014, to respond to Health Grades' Motion [Dkt. #909].

It is so ORDERED.

Dated this _____ day of November, 2014.

BY THE COURT:

_____
United States District Judge