IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    **MDx's Unopposed Motion for Extension to Respond to Health Grades' Motion to Amend Infringement Contentions** [Doc. # 925] is GRANTED, and MDx shall file its response on or before November 17, 2014.

      (2)    **MDx's Unopposed Motion for Extension to Respond the Health Grades' Motion to Compel** [Doc. # 926] is GRANTED, and MDx shall file its response on or before November 17, 2014.

DATED: November 5, 2014