**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:    Tammy Hoffschildt | Date:  November 6, 2014 |

**CASE NO.    11-cv-00520-RM-BNB**

| | |
|---|---|
| HEALTH GRADE, INC.,<br><br>           Plaintiff,<br><br>v.<br><br>MDX MEDICAL, INC., d/b/a Vitals.com,<br><br>           Defendant. | Kris Kostolansky<br>Kirsten Stoll-DeBell<br>Adam Massaro<br><br><br><br>Scott Stimpson<br>David Lee<br>Terence Ridley |

**COURTROOM MINUTES**

**IN-COURT HEARING:   Plaintiff Health Grades, Inc.'s Submission re Configurations of Infringement (Doc. 907, filed 10/14/14)**

**COURT IN SESSION**:      8:57 a.m.

Court calls case. Appearances of counsel.

Binder tendered to the Court containing exhibits.   Mr. Kostolansky states that he will file the exhibits electronically.

Argument presented by Mr. Kostolansky and Mr. Stimpson regarding Configurations 1 through 3.

10:35 a.m.     Court in recess.
10:46 a.m.     Court in session.

Argument presented by Mr. Kostolansky and Mr. Stimpson regarding Configuration 4.

Court's findings.

**ORDERED:**   The rulings on Defendant's motion for partial summary judgment of non-infringement (Doc. 696, filed 12/24/13) and Defendant's motion for a *Festo* hearing (Doc. 913, filed 10/23/14) resolve all configuration issues

        except Configuration 4.

**ORDERED:**  A hearing on Defendant's Motion for Partial Summary Judgment (Doc. 378), Defendant's Motion *in limine* to Preclude Health Grades, Inc., from Offering Certain Evidence or Testimony Regarding Validity (Doc. 685), Defendant's Motion *in limine* to Preclude Health Grades, Inc., from Making Infringement Arguments not in its Infringement Contentions (Doc. 838), Plaintiff's Motion to Amend its Infringement Contentions to Incorporate Dr. Greenspun's Third Supplemental Expert Report (Doc. 927) is set for **November 13, 2014, at 9:00 a.m.**

Discussion held regarding the Order granting the Motion for Sanctions (Doc. 711), Order denying the Motion for Reconsideration (Doc. 784), Defendant's Objections Pursuant to Fed. R. Civ. P. 72(a) to Magistrate Judge Boland's Order (Doc. 789), and Wheeler Trigg O'Donnell LLP and Terence M. Ridley's Unopposed Rule 72 Objection to the January 3, 2014 and April 30, 2014 Orders re Sanctions (Doc. 790).

**ORDERED:**  The Court affirms Magistrate Judge Boland's ruling at Docket entry 711 granting the motion for sanctions and at Docket entry 784 denying the motion for reconsideration.

**ORDERED:**  The Court overrules the objection contained in Defendant's Objections Pursuant to Fed. R. Civ. P. 72(a) to Magistrate Judge Boland's Order (Doc. 789).

**ORDERED:**  The Court grants the objection contained in Wheeler Trigg O'Donnell LLP and Terence M. Ridley's Unopposed Rule 72 Objection to the January 3, 2014 and April 30, 2014 Orders re Sanctions (Doc. 790).

**COURT IN RECESS**:    **11:10 a.m.**
**Total in court time**:    **2:02**
**Hearing concluded**