**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

      Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

      Defendant.

---

**NOTICE OF CHANGE OF FIRM ADDRESS**

---

      Pursuant to D.C.COLO.LCivR 11.1(d), the below-signed counsel for Defendant and Counterclaim Plaintiff MDx Medical, Inc. hereby give notice of their change of address. All future orders, papers, and pleadings should be directed to the undersigned at:

      Sills Cummis & Gross P.C.
      101 Park Avenue, 28th Floor
      New York, New York 10178

      The firm's telephone and facsimile numbers, and counsels' e-mail addresses remain the same.

Respectfully submitted this 7th day of November, 2014.

|  |  |
|---|---|
| _s:/Scott D. Stimpson_ | _s:/Trent S. Dickey_ |
| Scott D. Stimpson | Trent S. Dickey |
| Sills Cummis & Gross P.C. | Sills Cummis & Gross P.C. |
| 101 Park Avenue, 28th Floor | 101 Park Avenue, 28th Floor |
| New York, New York 10178 | New York, New York 10178 |
| Tel: (212) 643-7000 | Tel: (212) 643-7000 |
| Fax: (212) 643-6500 | Fax: (212) 643-6500 |
| E-mail: sstimpson@sillscummis.com | E-mail: tdickey@sillscummis.com |
| | |
| Attorney for Defendant and | Attorney for Defendant and |
| Counterclaim Plaintiff | Counterclaim Plaintiff |
| MDx Medical, Inc. d/b/a VITALS.COM | MDx Medical, Inc. d/b/a VITALS.COM |
| | |
| _s:/David C. Lee_ | _s:/Vincent M. Ferraro_ |
| David C. Lee | Vincent M. Ferraro |
| Sills Cummis & Gross P.C. | Sills Cummis & Gross P.C. |
| 101 Park Avenue, 28th Floor | 101 Park Avenue, 28th Floor |
| New York, New York 10178 | New York, New York 10178 |
| Tel: (212) 643-7000 | Tel: (212) 643-7000 |
| Fax: (212) 643-6500 | Fax: (212) 643-6500 |
| E-mail: dlee@sillscummis.com | E-mail: vferraro@sillscummis.com |
| | |
| Attorney for Defendant and | Attorney for Defendant and |
| Counterclaim Plaintiff | Counterclaim Plaintiff |
| MDx Medical, Inc. d/b/a VITALS.COM | MDx Medical, Inc. d/b/a VITALS.COM |

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2014, I electronically filed the foregoing **NOTICE OF CHANGE OF FIRM ADDRESS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Tamara F. Goodlette**
  tgoodlette@lrrlaw.com

- **Kirstin L. Stoll-DeBell**
  kstoll-debell@merchantgould.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                              *s:/Vincent M. Ferraro*