**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S MOTION FOR LEAVE TO SUPPLEMENT ITS OBJECTIONS TO MAGISTRATE JUDGE BOLAND'S ORDER DENYING THE MOTION TO AMEND INVALIDITY CONTENTIONS AND THE MOTION TO COMPEL A SEARCH FOR NCQA MATERIALS (DKT. #859)**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, and in further support of its Objections to Magistrate Judge Boland's Order Denying the Motion to Amend Invalidity Contentions and the Motion to Compel a Search for NCQA Materials (Dkt. #859) ("Objections"; Dkt. #879), respectfully moves the Court for leave to submit the attached proposed Exhibit F (highlighting added), Tristan Gray-Le Coz and Charles Duan, *Apply It To The USPTO: Review of the Implementation of Alice v. CLS Bank In Patent Examination*, 2014 Patently-O Patent Law Journal 1, November 2014, found at http://patentlyo.com/media/2014/11/GrayLeCozDuan.pdf. Noteworthy from this article is the fact that the United States Patent and Trademark Office has withdrawn notices of allowance in over 800 cases since the Supreme Court's *Alice* decision. Moreover, of the over 800 cases,

1

approximately 678 cases involved applications in U.S. Class 705, the same class that contains the '060 patent.

In accordance with D.C.COLO.LCivR 7.1(a), MDx's counsel conferred with counsel for Health Grades, Inc. ("Health Grades") and Health Grades' counsel stated that Health Grades opposes this motion.

WHEREFORE, MDx seeks leave to submit the attached Exhibit F in support of its Objections, and for such further relief this Court deems just and proper.

Dated:  November 7, 2014                                   Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                                          Terence Ridley, Atty. No. 15212
Trent S. Dickey                                            Wheeler Trigg O'Donnell LLP
David C. Lee                                               370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                         Denver, Colorado 80202
Sills Cummis & Gross P.C.                                  Tel:  (303) 244-1800
101 Park Avenue, 28th Floor                                Fax:   (303) 244-1879
New York, New York 10178                                   E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                                        *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com                          MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION FOR LEAVE TO SUPPLEMENT ITS OBJECTIONS TO MAGISTRATE JUDGE BOLAND'S ORDER DENYING THE MOTION TO AMEND INVALIDITY CONTENTIONS AND THE MOTION TO COMPEL A SEARCH FOR NCQA MATERIALS (DKT. #859)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Tamara F. Goodlette**
  tgoodlette@lrrlaw.com

- **Kirstin L. Stoll-DeBell**
  kstoll-debell@merchantgould.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

<em>s:/Vincent M. Ferraro</em>