**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RENEW ITS MOTION FOR
RULE 11 SANCTIONS (DKT. 564)**

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, respectfully submits this Motion for Leave to Renew Its Motion for Rule 11 Sanctions (Dkt. #564, "the Rule 11 Motion").

On January 2, 2014, this Court denied the Rule 11 Motion as premature because the Court had not at the time ruled on MDx's Motion for Summary Judgment (Dkt. #490). *See* Order, dated Jan. 2, 2014, Dkt. #708. Judge Moore has now granted the Motion for Summary Judgment (Dkt. #931), and so MDx renews the Rule 11 Motion, which is fully briefed. *See* Dkt. #564, 589, and 601. MDx respectfully requests the Court to consider and grant the Rule 11 Motion.

1

2

In accordance with D.C.COLO.LCivR 7.1(a), MDx's counsel conferred with counsel for Health Grades, Inc. ("Health Grades") and Health Grades' counsel stated that Health Grades opposes this motion.

Dated:  November 10, 2014               Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                               Terence Ridley, Atty. No. 15212
Trent S. Dickey                                   Wheeler Trigg O'Donnell LLP
David C. Lee                                      370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                            Denver, Colorado 80202
Sills Cummis & Gross P.C.                Tel:  (303) 244-1800
101 Park Avenue, 28th Floor             Fax:   (303) 244-1879
New York, New York 10178              E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                            *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com   MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RENEW ITS MOTION FOR RULE 11 SANCTIONS (DKT. #564)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Tamara F. Goodlette**
  tgoodlette@lrrlaw.com

- **Kirstin L. Stoll-DeBell**
  kstoll-debell@merchantgould.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

     *s:/Vincent M. Ferraro*

3