**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S MOTION FOR A SEVEN (7) DAY EXTENSION OF TIME TO FILE ITS OPPOSITION TO HEALTH GRADES, INC.'S MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS TO INCORPORATE DR. GREENSPUN'S THIRD SUPPLEMENTAL EXPERT REPORT [DKT. #908]**

---

Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by its undersigned counsel, respectfully submits its Motion for a Seven (7) Day Extension of Time to File its Opposition to Health Grades, Inc. ("Health Grades")'s Motion to Amend its Infringement Contentions to Incorporate Dr. Greenspun's Third Supplemental Expert Report [DKT. #908] ("Health Grades' Motion").

**Conferral Pursuant to *D.C.Colo.LCivR* 7.1**

Pursuant to *D.C.COLO.L.CivR* 7.1(a), the Parties conferred on November 10, 2014, and counsel for Health Grades has indicated that Health Grades opposes this motion and the relief requested herein.

1

## **Motion**

1. Pursuant to Magistrate Judge Boland's Order, MDx's response to Health Grades' Motion is currently due Monday, November 17, 2014. *See* Minute Order, dated Nov. 5, 2014, Dkt. #933.

2. On November 6, 2014, this Court set a hearing to address Health Grades' Motion, among other pending motions, for Thursday, November 13, 2014 at 9:00 a.m., to address how Health Grades' latest proposed supplement to its infringement contentions is effected by the Court's summary judgment decision (Dkt. #696), its Festo decision (Dkt. #913), and its decisions made on the record at the November 6, 2014 hearing (Dkt. #935).

3. Health Grades' counsel has indicated it would withdraw Health Grades' Motion depending on the scope of the trial, which will not be determined until after the November 13 hearing. Moreover, the new trial date of January 12, 2015 mitigates any prejudice to Health Grades due to the brief extension.

4. To avoid responding to a motion that may ultimately be withdrawn, MDx requests an additional seven (7) day extension of time to file its opposition to Health Grades' Motion, through and including November 24, 2014. As such, good cause exists for the brief extension requested by MDx.

5. MDx has previously sought one extension for filing its opposition to Health Grades' Motion. In accordance with *D.C.COLO.L.CivR* 6.1(c), a copy of this motion will simultaneously be served on MDx by MDx's counsel.

6. A proposed order is filed herewith in .pdf format and is also being contemporaneously e-mailed as a Word document to Chambers.

### **Conclusion**

For the foregoing reasons, MDx requests that this Court grant this motion for a seven (7) day extension of time to file its opposition to Health Grades' Motion, through and including November 24, 2014.

Dated: November 10, 2014                                   Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                                          Terence Ridley, Atty. No. 15212
Trent S. Dickey                                            Wheeler Trigg O'Donnell LLP
David C. Lee                                               370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                         Denver, Colorado 80202
Sills Cummis & Gross P.C.                                  Tel: (303) 244-1800
101 Park Avenue, 28th Floor                                Fax: (303) 244-1879
New York, New York 10178                                   E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                                        *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com                          MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION FOR A SEVEN (7) DAY EXTENSION OF TIME TO FILE ITS OPPOSITION TO HEALTH GRADES, INC.'S MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS TO INCORPORATE DR. GREENSPUN'S THIRD SUPPLEMENTAL EXPERT REPORT [DKT. #908]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Tamara F. Goodlette**
  tgoodlette@lrrlaw.com

- **Kirstin L. Stoll-DeBell**
  kstoll-debell@merchantgould.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

5

   <u>s:/Vincent M. Ferraro</u>