**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**HEALTH GRADES, INC.'S ELECTRONIC FILING
OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

On November 6, 2014, this Court held a hearing regarding the different accused configurations in this case. At the hearing, Health Grades, Inc. ("Health Grades") informed the Court that it would file electronically the exhibits provided to the Court at the hearings. Attached hereto are copies of those exhibits.

Respectfully submitted November 10, 2014.

*s/ Adam L. Massaro*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Adam L. Massaro, Jr., Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@lrrlaw.com
          kkosto@lrrlaw.com
          amassaro@lrrlaw.com

*Attorneys for Plaintiff*

2005057787_1

### CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2014, I electronically filed the foregoing **HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott David Stimpson, Esq.
Vincent Ferraro, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
101 Park Avenue, 28th Floor
New York, New York 10178
E-mail:   sstimpson@sillscummis.com
             vferraro@sillscummis.com
             dlee@sillscummis.com
             tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail:   ridley@wtotrial.com

*s/ Adam L. Massaro*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@lrrlaw.com
           kkostolansky@lrrlaw.com
           amassaro@lrrlaw.com

*Attorneys for Plaintiff*

2