Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

---

**Exhibit 1(b)**

**Ex. 1 (continued) to Health Grades' Submission re Configurations of Infringement; vitals.com December 2010 screenshots [Doc. #906-2] (annotations added)**

2005056629_1



Report on Dr. Yakes created by the Compare Feature (second visible page)

Report on Dr. Diab created by the Compare Feature (second visible page)



Scroll bar

Report on Dr. Yakes created by the Compare Feature (third visible page)

Report on Dr. Diab created by the Compare Feature (third visible page)

HGVSC000007



Case 1:11-cv-00520-RM-BNB Document 900-2 Filed 10/14/14 USDC Colorado Page 3 of 8

HGVSC000008

Report on Dr. Yakes created by the Compare Feature (fourth visible page)

Report on Dr. Diab created by the Compare Feature (fourth visible page)

006-008



Vitals - Windows Internet Explorer
http://www.vitals.com/doctor/compare/1982711503,1548244270
Castle Connolly America's Top Doctors 2007
Castle Connolly America's Top Doctors 2008
Castle Connolly America's Top Doctors 2009
Alumni Merit Award for the School of Medicine
General Information
Languages Available:
Spanish
Personal Statement:
The Vascular Malformation Center in Englewood, Colorado is the only center in the world totally dedicated to the diagnosis and management of vascular malformations in all anatomic locations. I receive patients from all over the world and routinely perfor
General Information
Languages Available:
Arabic, French
Go to full profile
Go to full profile
link to the full profile on Dr. Yakes
Report on Dr. Yakes created by the Compare Feature (last visible page)
Report on Dr. Diab created by the Compare Feature (last visible page)
link to the full profile on Dr. Diab
Scroll bar
about us faq blog contact privacy terms of use site map search by ailment widget
Data Certified by: BPA WORLDWIDE
Best Doctor Site 2010 Money MAGAZINE
SMALL BUSINESS EXCELLENCE AWARD FINALIST
Adolescent Specialist | Allergy & Immunology Specialist | Anesthesiologist | Cardiologist | Critical Care Specialist | Dermatologist | Emergency Physician | Endocrinologist | Family
HGVSC000009

600-900



# Karen A Wendel, MD

**Internist**
Female - 11 years experience

## Primary Addresses:

**Vail Infectious Disease Specialists PC**
1550 S Potomac St Ste 270
Aurora, CO 80012
(303) 750-1800

**Parker Adventist Hospital**
9395 Crown Crest Blvd
Parker, CO 80138

**Rocky Mountain Infectious Disease**
10099 Ridgegate Pkwy Ste 460
Lone Tree, CO 80124
(303) 799-7372

**Platte Valley Medical Center**
1850 E Egbert St
Brighton, CO 80601

**Platte Valley Medical Center**
1600 Prairie Center Pkwy
Brighton, CO 80601

cut here

### PRESCRIPTION DISCOUNT CARD
### Save up to 75% off your prescriptions!

Member ID: VTL834848
RxGroup: VITALS00
RxBIN: 013824
RxPCN: RXCUT
Pharmacist Help Desk: 1-800-808-1213



Everyone qualifies. No enrollment required.
Redeem at most pharmacies.
THIS IS NOT INSURANCE VOID WHERE PROHIBITED BY LAW

# Specialty

**Board Certified?**

**Specialties:**

**Internal Medicine**
 Sub-specialty: Infectious Disease



**Special Expertise:**

 AIDS-Related Opportunistic Infections, HIV
 Infections, STD (Sexually Transmitted Diseases)

Vitals receives quarterly updates on board certification from ABMS®.

# Patient Ratings & Comments

**Overall Patient Rating** ★★★★

 Based on 1 reviews

HGVSC000010

"Full Profile" -- printed version p.1



| | | Hospital Ranking | Hospital Rating |
|---|---|---|---|
| **Hospital Affiliation** | | | |

Dr. Wendel is affiliated with **8** hospitals:

**Exempla Lutheran Medical Center**
8300 W 38th Ave, Wheat Ridge, CO — Top 25% ★★★★

**Exempla St. Joseph Hospital**
1835 Franklin St, Denver, CO — Top 25% ★★★★

**The Medical Center of Aurora**
1501 S Potomac St, Aurora, CO — Top 25% ★★★★

**Platte Valley Medical Center**
1850 E Egbert St, Brighton, CO — Top 50% ★★★☆

**Parker Adventist Hospital**
9395 Crown Crest Blvd, Parker, CO — Top 50% ★★★☆

Rocky Mountain Infectious Disease Specialists PC

Ou Medical Center

Johns Hopkins Hospital

| | | Institution Ranking | Institution Rating |
|---|---|---|---|
| **Education** | | | |

Dr. Wendel was educated at the following institutions:

**Medical School**
**Johns Hopkins University School of Medicine**
Completed: 1995 — Top 25% ★★★★
Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.

**Residencies**
**Johns Hopkins University School of Medicine**
Infectious Disease, Completed: 1998
Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.
**Johns Hopkins University School of Medicine**
Completed: 2001

HGVSC000011

"Full Profile" -- printed version p. 2

006-011

Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.

**Johns Hopkins Hospital**                                    Top 25%     

**Graduate Education**

**Johns Hopkins University School of Medicine**               Top 25%     
Infectious Disease, Completed: 2001
Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.

Medical Oncology

**Fellowship**

**Johns Hopkins University School of Medicine**                           

Ranked **#37** out of 144 in **primary care** by US News & World Report.
Ranked **#2** out of 144 in **research quality** by US News & World Report.

# Publications

Dr. Wendel has **13** publications:
Most recent publications shown.

**Article:** Trichomoniasis: challenges to appropriate management.
    **Date:** August 2007
**Journal:** *Clinical infectious diseases : an official publication of the Infectious Diseases Society of America*

**Article:** Trichomoniasis and its treatment.
    **Date:** March 2006
**Journal:** *Expert review of anti-infective therapy*

**Article:** Use of an immunochromatographic assay for rapid detection of Trichomonas vaginalis in vaginal specimens.
    **Date:** June 2005
**Journal:** *Journal of clinical microbiology*

# General Information

**Biography & Background:**
Dr. Wendel values compassion and respect with her patients and believes in providing evidence-based care. She is a specialist in Infectious Disease and Internal Medicine and works in a group practice with a facility that has a full-service infusion center. She has worked for the Centers for Disease Control (CDC) and has participated on national practice guidelines committees. In her free time she enjoys biking and running.

• denotes self reported information that Vitals has received directly from the doctor.

This profile is at no cost to you. All we ask is that you leave a rating.

HGVSC000012

"Full Profile" -- printed version p. 3

006-012

Copyright © 2006 - 2010 Vitals.com & MDx Medical, Inc. All Rights Reserved.
Material can not be reproduced without express written permission.

HGVSC000013

"Full Profile" -- printed version p. 4

**006-013**