Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

---

**Exhibit 1(c)**

**Printout of Health Grades configurations demo (highlighting and shading added)**

2005057859_1



# CONFIGURATION 1

vitals
where doctors are examined

## Get a FREE Vitals Health Passport Card

*The fast, free, secure, and easy way to keep your important medical info close at hand.*

Get my card

home | check up on your doctor | find a doctor | rate a doctor | find an expert | login: consumer / physician

## Summary profiles are shown below

Click on a doctor's name to see the full profile.

**Wayne F Yakes MD**

Radiologist
Male - 27 years experience

go

Vascular MA; Formation Center
501 E Hampden Ave # 4600
Englewood, CO 80113
(303) 788-4280

Specialty | Status:

Board Certified ✓

Radiology
Sub: Vascular & Interventional Radiology,

**Sami G Diab MD**

Medical Oncologist
Male - 18 years experience

go

Rocky Mountain Cancer Ctr
1700 S Potomac St
Aurora, CO 80012
(303) 418-7600

Colorado Integrarive Cancer Center
1400 S Potomac St Ste 250
Aurora, CO 80012
(720) 282-2325

Rocky Mountain Cancer Ctr
7951 E Maplewood Ave Ste 300
Englewood, CO 80111
(303) 805-7744

Univ. Physicians Inc.
1665 Aurora Ct
Aurora, CO 80045
(303) 493-8333

Colorado Integrarive Cancer Center
14100 E Arapahoe Rd Ste 210
Englewood, CO 80112
(720) 282-2325

Colorado Integrarive Cancer Center
700 Potomac St
Aurora, CO 80011
(720) 282-2325

Colorado Integrarive Cancer Center
1444 S Potomac St Ste 280
Aurora, CO 80012
(720) 282-2325

Specialty | Status:

Board Certified ✓

Internal Medicine
Sub: Medical Oncology, Hematology & Oncology

Advertisement

CONFIG 1
CONFIG 3
CONFIG 4

# CONFIGURATION 1

| | |
|---|---|
| Sub: Vascular & Interventional Radiology, Neuroradiology, Diagnostic Radiology | Sub: Medical Oncology, Hematology & Oncology |
| **Special Expertise:** Arteriovenous Fistula; Arteriovenous Malformations; Breast Cancer; Interventional Neuroradiology; Vascular Malformations | **Special Expertise:** Breast Cancer; Breast Cancer |
| Patient Ratings — Rating: | Patient Ratings — Rating: |
| **Overall Rating** ★★★☆ | **Overall Rating** ★★★★ |
| Promptness ★★★☆ | |
| Courteous Staff ★★★★ | |
| Accurate Diagnosis ★★★☆ | |
| Bedside Manner ★★★☆ | |
| Spends Time with Me ★★★☆ | |
| Follow Up ★★★☆ | |
| **Hospital Affiliation** — Rating: | **Hospital Affiliation** — Rating: |
| Swedish Medical Center ★★★★<br>Porter Mem Hosp<br>Vascular Malformation Center | Presbyterian / St Lukes Medical Center<br>Medical Center Of Aurora North ★★★☆<br>University of Colorado Hospital<br>University Health System<br>Swedish Medical Center<br>Spalding Rehabilitation Hospital<br>Centura Health Littleton Adventist Hospital<br>Parker Adventist Hospital<br>North Suburban Medical Center<br>Sky Ridge Medical Center<br>Rocky Mountain Cancer Centers |
| **Education** — Rating: | **Education** — Rating: |
| **Medical School:** Creighton University School of Medicine ★★☆☆<br>**Residency:**<br>Fitzsimons Army Medical Center<br>Fitzsimons Army Medical Center<br>Walter Reed Army Med Ctr<br>**Fellowship:**<br>Baptist Memorial Hospital, Memphis, TN<br>Walter Reed Army Medical Center, Washington, D.C., DC<br>Walter Reed Army Medical Center | **Medical School:** University Of Damascus<br>Damascus Univ- Syria<br>University of Vermont School of Medicine ★★★★<br>**Residency:**<br>University of Texas Health Science Center at San Antonio<br>Univ of Texas HSC<br>Univ Hosp-S Tx Med Ctr<br>The University of Texas Medical School at Houston<br>Wayne St Univ-Detroit M C<br>Wayne State Univesity |

CONFIG 1

CONFIG 3

CONFIG 4



# CONFIGURATION 1

**Residency:**
Fitzsimons Army Medical Center
Fitzsimons Army Medical Center
Walter Reed Army Med Ctr

**Fellowship:**
Baptist Memorial Hospital, Memphis, TN

Walter Reed Army Medical Center, Washington, D.C., DC

Walter Reed Army Medical Center

University of Vermont School of Medicine

★★★★

**Residency:**
University of Texas Health Science Center at San Antonio
Univ of Texas HSC
Univ Hosp-S Tx Med Ctr
The University of Texas Medical School at Houston
Wayne St Univ-Detroit M C
Wayne State Univesity

**Fellowship:**
Univ of Texas HSC

| Awards & Distinctions | Year: |
|---|---|
| Castle Connolly America's Top Doctors | 2005 |
| Castle Connolly America's Top Doctors | 2006 |
| Castle Connolly America's Top Doctors | 2007 |
| Castle Connolly America's Top Doctors | 2008 |
| Castle Connolly America's Top Doctors | 2009 |
| Alumni Merit Award for the School of Medicine | |

**Awards & Distinctions**
No information available

**General Information**

**Languages Available:**
Spanish

**Personal Statement:**
The Vascular Malformation Center in Englewood, Colorado is the only center in the world totally dedicated to the diagnosis and management of vascular malformations in all anatomic locations. I receive patients from all over the world and routinely perfor

**General Information**

**Languages Available:**
Arabic, French

Go to full profile    Go to full profile



**HUMIRA** (adalimumab)    Learn More

**Important Safety Information About HUMIRA® (adalimumab)¹**
trouble breathing.
• **Hepatitis B virus reactivation in patients that carry the virus in their blood.** Symptoms include feeling unwell, poor appetite, tiredness, fever, rash, or joint pain.
• **Nervous system problems.** Signs and symptoms include numbness or tingling, problems with your vision, weakness in your arms or legs, and dizziness.
• **Blood problems.** Symptoms include a fever that does not go away, bruising or bleeding very

Full Prescribing Information    Medication Guide

about us    faq    blog    contact    privacy    terms of use    site map    search by ailment    widget

Data Certified by:    Best Doctor Site 2010    SMALL BUSINESS EXCELLENCE AWARD FINALIST
BPA WORLDWIDE    Money MAGAZINE    DELL

Adolescent Specialist | Allergy & Immunology Specialist | Anesthesiologist | Cardiologist | Critical Care Specialist | Dermatologist | Emergency Physician | Endocrinologist | Family



CONFIG 1

CONFIG 3

CONFIG 4

