Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

## Exhibit 2

Notes from 12-30-10 meeting between Sills Cummis & Gross and MDx

**(Filed Under Seal)**

2005056634_1