Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

## Exhibit 3

Mitchel Rothschild Deposition Excerpt (highlighting added)

**(Filed Under Seal)**

2005056635_1