Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

**Exhibit 7**

**Definition of "Includes"**

2005056655_1

Sign Up | Log In

**Vocabulary.com**

HOME | HOW IT WORKS | LEADERBOARDS | BLOG | HELP

| THE CHALLENGE | THE DICTIONARY | include | LOOK IT UP | VOCABULARY LISTS |

Search Results | Advanced Search | List Builder | Random Word

# include 🔊

The verb **include** means to consider as a part of something. A list of your favorite things may *include* chocolate and friends.

The verb *include* also means adding something (or someone) to a category or group. Once you try bungee jumping, you might want to include, or add, that to your list of favorite things. You may be forced to include your little sister in your party if your parents insist.

☑ Get the new Vocabulary.com App for iOS and Android!

[Learn] [Add to List...] [Thesaurus]   Like ❤ 1

**DEFINITIONS OF:**
### include

**1**

v **have as a part, be made up out of**

*"The list **includes** the names of many famous writers"*

| Antonyms: | **exclude** |
| --- | --- |
| | lack or fail to include |
| Types: | show 9 types... |

v **consider as part of something**

*"I **include** you in the list of culprits"*

| Antonyms: | except, exclude, leave off, leave out, omit, take out |
| --- | --- |
| | prevent from being included or considered or accepted |
| Types: | count |
| | include as if by counting |
| | colligate, subsume |
| | consider (an instance of something) as part of a general rule or principle |
| | carry |
| | include, as on a list |
| Type of: | consider, reckon, regard, see, view |
| | deem to be |

v **add as part of something else; put in as part of a set, group, or category**

*"We must **include** this chemical element in the group"*

| Type of: | add |
| --- | --- |
| | make an addition (to); join or combine or unite with others; increase the quality, quantity, size or scope of |

v **allow participation in or the right to be part of; permit to exercise the rights, functions, and responsibilities of**

| Synonyms: | admit, let in |
| --- | --- |
| | accept, admit, take, take on |
| | admit into a group or community |

**WORD FAMILY**



(includes)
(include)  (included)   (including)
(the "include" family)

**USAGE EXAMPLES**

▼ All Sources

This time, Smith's roster of 14 **includes** nine freshmen trying to blend into the Tigers' system.
*Washington Times* Nov 4, 2014

The man-cave lounge area **includes** leather couches, a fireplace, shuffleboards and darts.
*Seattle Times* Nov 4, 2014

Abortion rights opponents were celebrating big victories on Wednesday, with a new Republican majority in the Senate that **includes** several of their most fervent allies.
*MSNBC* Nov 4, 2014

Today it reaches into roughly 150 countries and **includes** over 100,000 members, many of whom come from nations with fragile resources.
*Forbes* Nov 4, 2014

Next ▶

| | | |
|---|---|---|
| **Antonyms:** | exclude, keep out, shut, shut out | |
| | prevent from entering; shut out | |
| **Types:** | show 5 types... | |
| **Type of:** | allow, countenance, let, permit | |
| | consent to, give permission | |

Copyright © 2014 Vocabulary.com All Rights Reserved.   ·   Home   ·   How It Works   ·   Educator Edition   ·   Leaderboards   ·   Blog   ·   Help   ·   Privacy   ·   Terms