Civil Action No. 11-CV-00520-RM-BNB


**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

---

**Exhibit 11**

**Ex. 3 to Health Grades' Submission re Configurations of Infringement; Screenshots from capbcbs.com [Doc. #907-2] (annotations added)**

# EXHIBIT 3









Cap. BCBS Aug. 2014

Close | Filter Search

**Results**
209 profiles found

🖨 Print

Sort By: Distance ▾

**Your Comparison List**

Benjamin M Loos MD [X]

[Compare]

← Dr. Loos has been selected for the Compare Feature

**Eric R Mariotti MD** | Patient Reviews | Rate
Plastic Surgery | ☆☆☆☆☆ (0)

6 miles away
View Profile >

2222 East St
Ste 310
Concord, CA
(925) 685-4533
☐ Compare

**Viet H Ho MD** | Patient Reviews | Rate
Ophthalmology, Plastic Surgery | ☆☆☆☆☆ (0)

6 miles away
View Profile >

2299 Bacon St
Ste 11
Concord, CA
(925) 798-2020
☐ Compare

**Benjamin M Loos MD** | Patient Reviews | Rate
Otology, Laryngology, Rhinology, Plastic Surgery | ★★★★★ (2)

6 miles away
View Profile >

Bay Area Surgical
Specialists Inc
2700 Grant St
Ste 104
Concord, CA
(925) 689-9515
☑ Compare

**Ivan P Hwang MD** | Patient Reviews | Rate
Ophthalmology, Plastic Surgery | ☆☆☆☆☆ (0)

6 miles away
View Profile >

California Eye Clinic
3747 Sunset Ln
Antioch, CA
(925) 516-0888
☐ Compare

**Karen J Fong MD** | Patient Reviews | Rate
Otology, Laryngology... | (0)

Map — Santa Rosa, Napa, Fairfield, Petaluma, Novato, Vallejo, San Rafael, Concord, Antioch, Berkeley, Oakland, San Francisco, Hayward, Daly City, Fremont, San Mateo, Palo Alto, Santa Clara, San Jose, Saratoga, Liver...
Map data ©2014 Google | Terms of Use

02:12





Cap. BCBS Aug. 2014

https://www.capbluecross.com/wps/portal/cbc/FindADoctor/FindADoctorExt/1ut/p/b1/04_SJzS3NDQ0MzIzM9GP0f_KSyzLTE8syczPS8w88aPM4o0Mgg0NDExdjSwNTS0MPIMMnnELcnN2MAk2MgAoiURT4OrkaeHo5Gnq6eocahwYYU6Y_0Ig-/

You searched for a physician specializing in Plastic Surgery within 50 miles of Pittsburg, CA who accepts any plan     **Redo Search**

| Filter Your Search | Results Filtered By: Radius | Reset |

### General

**Gender**
☐ Male  ☐ Female

**Search Radius**
[ 50 miles ▼ ]

**Certification**
☐ Board Certified

**Language**
[ All ▼ ]

**Affiliations**
Hospital Affiliation
[ All ▼ ]

### Appointments
☐ Accepting New Patients
☐ Handicap Accessible
☐ e-prescriber
☐ Evening Hours
☐ Weekend Hours

☐ ACA Affiliated

☐ Blue Physician Recognition

[ Close ]                                                    [ Filter Search ]

---

## Results
🖨 Print
209 profiles found                    Sort By: [ Distance ▼ ]

**Your Comparison List**

Benjamin M Loos MD  [X]

Winston C Vaughan MD  [X]   ← Dr. Vaughan has been selected for the Compare Feature

[ Compare ]

---

Eric R Mariotti MD     **Patient Reviews**   [ Rate ]
Plastic Surgery          ☆☆☆☆☆ (0)

6 miles away                              [ View Profile > ]

2222 East St
Ste 310                                   ☐ Compare
Concord, CA
(925) 685-4533

---

Viet H Ho MD          **Patient Reviews**   [ Rate ]
Ophthalmology, Plastic    ☆☆☆☆☆ (0)
Surgery

6 miles away                              [ View Profile > ]

2299 Bacon St
Ste 11                                    ☐ Compare
Concord, CA
(925) 798-2020

---

Benjamin M Loos MD    **Patient Reviews**   [ Rate ]
Otology, Laryngology,     ★★★★★ (2)
Rhinology, Plastic Surgery

6 miles away                              [ View Profile > ]
Bay Area Surgical
Specialists Inc                           ☐ Compare

**Map** [ Map ▼ ]

