Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

## Exhibit 12

**Ex. 4 to Health Grades' Submission re Configurations of Infringement; vitals.com July 2012 screenshots [Doc. #906-5] (highlighting and annotations added)**

2005056681_1

# EXHIBIT 4

HGVSC000284
013-056

HGVSC000285
013-057

Case No. 1:10-cv-00520-RM-NYW Document 594-14 filed 11/10/15 USDC Colorado pg 40 of 53
Case 1:11-cv-00520-RM-BNB Document 900-5 Filed 10/14/14 USDC Colorado Page 4 of 8
of 9



HGVSC000287
013-059

Case No. 1:11-cv-00520-RM-NYW Document 904-15 Filed 10/14/14 USDC Colorado pg 6 of 6
Case 1:11-cv-00520-RM-BNB Document 595-14 Filed 10/11/14 USDC Colorado Page 5 of 8
of 9

## Patient Ratings & Comments

### Overall Patient Rating

★★★★ 

- Based on 1 rating
- Ease of Appointment: 4.0
- Promptness: 4.0
- Courteous Staff: 4.0
- Accurate Diagnosis: 4.0
- Bedside Manner: 4.0
- Spends Time with Me: 4.0
- Follow Up: 4.0

What's This ▲

Be the first to comment on Dr. Leblanc!

Click here!

### Patients Wait...

An average wait of **5 minutes** for this doctor.

[Rate this doctor]

### Hospital Affiliation

Dr. Leblanc is affiliated with 3 hospitals:

| | Hospital Ranking | Hospital Rating |
|---|---|---|
| **Exempla Lutheran Medical Center**<br>8300 W 38th Ave, Wheat Ridge, CO | Top 25% | ★★★★☆ |
| **Exempla Good Samaritan Medical Center**<br>200 Exempla Cir, Lafayette, CO | Top 50% | ★★★★☆ |

Show all hospital affiliations >>

Hospital quality is often a reflection of the providers associated with it. Where available, hospital ranking by specialty is shown.

What's This ▲

---

**Limitations of Use**
DALIRESP is not a bronchodilator and should not be used for treating sudden breathing problems.

**IMPORTANT RISK INFORMATION**

What is the most important information I should know about DALIRESP?

DALIRESP can cause serious side effects. Tell your healthcare provider right away if you have any

MEDICATION GUIDE ▶
PRESCRIBING INFORMATION ▶

Advertisement

HGVSC000290
013-062

## Hospital Affiliation

Dr. Leblanc is affiliated with **3 hospitals** :

**Exempla Lutheran Medical Center**
8300 W 38th Ave, Wheat Ridge, CO

| | Hospital Ranking | Hospital Rating |
|---|---|---|
| | Top 25% | ★★★★☆ |

**Exempla Good Samaritan Medical Center**
200 Exempla Cir, Lafayette, CO

| | Top 50% | ★★★★☆ |

**Show all hospital affiliations >>**

Hospital quality is often a reflection of the providers associated with it. Where available, hospital ranking by specialty is shown.

What's This ▲

## Education

Dr. Leblanc was educated at the following institutions:

**Medical School**

**University of California at San Francisco**
Completed: 1990

Ranked #5 out of 144 in primary care by US News & World Report.
Ranked #5 out of 144 in research quality by US News & World Report.

| | Institution Ranking | Institution Rating |
|---|---|---|
| | Top 25% | ★★★★☆ |

What's This ▲

## General Information

Languages Available:
Spanish

## Insurance Accepted

013-063
HGVSC000291

## Education

Dr. Leblanc was educated at the following institutions:

**Medical School**

[University of California at San Francisco](#)
Completed: 1990

Ranked #5 out of 144 in primary care by US News & World Report.
Ranked #5 out of 144 in research quality by US News & World Report.

| | Institution Ranking | Institution Rating |
|---|---|---|
| | Top 25% | ★★★★ What's This ▲ |

## General Information

**Languages Available:**
Spanish

## Insurance Accepted

Acceptance of particular Insurance Plans may vary, based on different office locations. As a result, we've listed Plans accepted at different locations. Click on any company to see which specific plans are accepted by Dr. Leblanc.

Arvada Pediatric Assoc North 3830 W 121st Pl Broomfield, CO
[Rocky Mountain Health Plans](#)
[ODS Health Plans](#)
[Humana](#)

Arvada Pediatrics 8030 Lee Dr Arvada, CO

HGVSC000292
013-064

Acceptance of particular Insurance Plans may vary, based on different office locations. As a result, we've listed Plans accepted at different locations. Click on any company to see which specific plans are accepted by Dr. Leblanc.

**Arvada Pediatric Assoc North 3830 W 121st Pl Broomfield, CO**
Rocky Mountain Health Plans
ODS Health Plans
Humana

**Arvada Pediatrics 8030 Lee Dr Arvada, CO**
Rocky Mountain Health Plans
Cigna
ODS Health Plans
United Healthcare
Humana

Need health insurance? It's more affordable than you think! Click below for an INSTANT quote!

CHEAP Insurance

What's This ▲

Have more information on this doctor?
Email us at ImproveVitals@vitals.com or review this doctor now.

Are you a doctor? Click here to sign in to Vitals.

HGVSC000293
013-065