Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

---

# Exhibit 14(a)

**Ex. 6 to Health Grades' Submission re Configurations of Infringement; vitals.com "Search All Similar Doctors" link [Doc. #906-7] (highlighting added)**

# EXHIBIT 6

Doctor Reviews and Doctc
www.vitals.com
NEW Urgent care centers
Sign up or Log in
vitals
Find a doctor or facility
Write a review
Get informed
Find doctors by specialty, condition, or name near Houston, TX who accept any insurance Go
Trusted since
Tom was able to run again with his best friend.
Find Doctors By: Specialty | Name | Group Practice
Let us help you find and review doctors, make an appointment and prepare for your doctor visit.
About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog |
Privacy Policy | Terms Of Use
Is something missing or incorrect?
Help Us Improve
Get the Vitals Newsletter
Enter your e-mail address
SIGN UP
Sign up for the latest Health News, Updates, and More
Follow Us
Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.
2:10 PM
01/01/2014

PAGE 1

Doctor Reviews and Doct
www.vitals.com
NEW Urgent care centers
Sign up or Log in
vitals
Find a doctor or facility
Write a review
Get informed
Find doctors
rosengart
near Houston, TX
who accept any insurance
Go
Doctors
Todd K Rosengart
Surgical Specialist, Cardiothoracic Surgeon
Houston, TX
Robert H Rosengart
Radiologist
Macon, GA
Jeffrey L Rosengarten
Anesthesiologist (pain control), Nuclear Medicine Specialist, Radiologist
Libertyville, IL
Matthew R Rosengart
Critical Care Specialist, Urgent Care, Surgical Specialist
Pittsburgh, PA
Christi L Rosengart
Pediatrician
Philadelphia, PA
Show all doctors...
ted since
le to run again with his
Find Doctors By: Specialty | Name | Group Practice
Let us help you find and review doctors, make an appointment and prepare for your doctor visit.
About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog |
Privacy Policy | Terms Of Use
Is something missing or incorrect?
Help Us Improve
Get the Vitals Newsletter
Enter your e-mail address
SIGN UP
Sign up for the latest Health News, Updates, and More
Follow Us
Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.
PAGE 2
2:10 PM
01/01/2014

Doctor Reviews and Doct
www.vitals.com/search?utf8=✓&type=name&provider_type=1&specialist_id=&field_specialty_id=&disorder_id=&location=Houston%2C+TX&q=rosengart&insurance=&
NEW Urgent care centers
Sign up or Log in
vitals
Find a doctor or facility
Write a review
Get informed
Find doctors rosengart near Houston, TX who accept any insurance Go
ADVERTISEMENT
Get Started Now: Access Public Arrest Records Online
FIRST NAME: e.g. John
LAST NAME: e.g. Smith
LAST KNOW LOCATION: City or State
SEARCH
ADVERTISEMENT
Refine your results
Reset
Distance
within a mile
3 miles
5 miles
10 miles
any distance
Average Wait Time
any
Gender
Male (8)
Female (1)
any gender
Qualifications
Board Certified (5)
Educated in U.S. (7)
Years Experience
no minimum
Other Languages
- Select -
Ratings
Education Score
You searched for: "rosengart"
Showing 1-9 of 9 results
Sort by: Distance
Todd K Rosengart, MD, FACC, FACS
(22) (3)
Surgery
Michael E. Debakey Department of Surgery Baylor Clinic
1709 Dryden Rd Ste 1500
Houston, TX 77030
26 years experience
America's Top Doctor
4 star hospital
Board certified
Robert H Rosengart, MD
(0) (0)
Radiology
Robert Rosengart
777 Hemlock St
Macon, GA 31201
21 years experience
3 star hospital
Jeffrey L Rosengarten, MD
(2) (0)
Anesthesiology
Global Medical Imaging
1800 Hollister Dr
Ste G10
Libertyville, IL 60048
23 years experience
4 star hospital
4 star medical school
(1) (0)
Be prepared
Knowing how to prepare for a doctor visit in advance will help you reduce anxiety and improve the quality of your health care. Here are some quick tips on how to prepare for your next doctor's appointment.
See our patient guides
Connecting...
2:10 PM
01/01/2014

Doctor Reviews and Doct
www.vitals.com/search?utf8=✓&type=name&provider_type=1&specialist_id=&field_specialty_id=&disorder_id=&location=Houston%2C+TX&q=rosengart&insurance=&
vitals
Find doctors rosengart near Houston, TX who accept any insurance Go
ADVERTISEMENT
Get Started Now: Access Public Arrest Records Online
FIRST NAME: e.g. John
LAST NAME: e.g. Smith
LAST KNOW LOCATION: City or State
SEARCH
Refine your results
Reset
Distance
within a mile
3 miles
5 miles
10 miles
any distance
Average Wait Time
any
Gender
Male (8)
Female (1)
any gender
Qualifications
Board Certified (5)
Educated in U.S. (7)
Years Experience
no minimum
Other Languages
- Select -
Ratings
Education Score
Affiliated Hospital Score
Awards
You searched for: "rosengart"
Showing 1-9 of 9 results
Sort by: Distance
Todd K Rosengart, MD, FACC, FACS (22) (3)
Surgery
Michael E. Debakey Department of Surgery Baylor Clinic
1709 Dryden Rd Ste 1500
Houston, TX 77030
26 years experience
America's Top Doctor
4 star hospital
Board certified
Robert H Rosengart, MD (0) (0)
Radiology
Robert Rosengart
777 Hemlock St
Macon, GA 31201
21 years experience
3 star hospital
Jeffrey L Rosengarten, MD (2) (0)
Anesthesiology
Global Medical Imaging
1800 Hollister Dr
Ste G10
Libertyville, IL 60048
23 years experience
4 star hospital
4 star medical school
Matthew R Rosengart, MD, MPH (1) (0)
Surgery
University of Pittsburgh
14 years experience
Rated 4 stars by patients
ADVERTISEMENT
AdChoices
PHARMACY
Refill your prescriptions. And everything else on your list.
Be prepared
Knowing how to prepare for a doctor visit in advance will help you reduce anxiety and improve the quality of your health care. Here are some quick tips on how to prepare for your next doctor's appointment.
See our patient guides
PAGE 4
2:10 PM
01/01/2014

Doctor Reviews and Doct
www.vitals.com/search?utf8=✓&type=name&provider_type=1&specialist_id=&field_specialty_id=&disorder_id=&location=Houston%2C+TX&q=rosengart&insurance=&
Distance
within a mile
3 miles
5 miles
10 miles
any distance
Average Wait Time
any
Gender
Male (8)
Female (1)
any gender
Qualifications
Board Certified (5)
Educated in U.S. (7)
Years Experience
no minimum
Other Languages
- Select -
Ratings
Education Score
Affiliated Hospital Score
Awards
Castle Connolly Top Doctor (1)
Patients' Choice (1)
Todd K Rosengart, MD, FACC, FACS
(22) (3)
Surgery
Michael E. Debakey Department of Surgery Baylor Clinic
1709 Dryden Rd Ste 1500
Houston, TX 77030
26 years experience
America's Top Doctor
4 star hospital
Board certified
Robert H Rosengart, MD
(0) (0)
Radiology
Robert Rosengart
777 Hemlock St
Macon, GA 31201
21 years experience
3 star hospital
Jeffrey L Rosengarten, MD
(2) (0)
Anesthesiology
Global Medical Imaging
1800 Hollister Dr
Ste G10
Libertyville, IL 60048
23 years experience
4 star hospital
4 star medical school
Matthew R Rosengart, MD, MPH
(1) (0)
Surgery
University of Pittsburgh
200 Lothrop St
Pittsburgh, PA 15213
14 years experience
Rated 4 stars by patients
4 star hospital
Board certified
Christi L Rosengart, MD
(0) (0)
Pediatrics
Christi Rosengart
34th And Civic Center Blvd
Philadelphia, PA 19104
15 years experience
4 star hospital
Board certified
Ronald M Rosengart, MD
(1) (0)
40 years experience
Rated 4 stars by patients
Be prepared
Knowing how to prepare for a doctor visit in advance will help you reduce anxiety and improve the quality of your health care. Here are some quick tips on how to prepare for your next doctor's appointment.
See our patient guides
www.vitals.com/doctors/Dr_Todd_Rosengart.html
PAGE 5
2:11 PM
01/01/2014






Profile for Dr. Todd K. Ros
www.vitals.com/doctors/Dr_Todd_Rosengart/profile
NEW Urgent care centers
Sign up or Log in
vitals
Find a doctor or facility
Write a review
Get informed
Find doctors
by specialty, condition, or name
near Houston, TX
who accept any insurance
Go
ADVERTISEMENT
For people with atrial fibrillation (AFib), an irregular heartbeat, not caused by a heart valve problem.
For your stroke risk due to AFib, 3 good reasons to think ELIQUIS® (apixaban).
Important Safety Information& Indication (please scroll)
Do not stop taking ELIQUIS®(apixaban) without talking to the doctor who prescribed it for you. Stopping ELIQUIS increases your risk of having a stroke. ELIQUIS may need to be stopped prior to surgery or a medical or dental procedure. Your doctor
Prescribing Information and Medication Guide
Home > Surgeons > TX > Houston > Dr. Todd Rosengart > Summary
Todd K Rosengart MD, FACC, FACS
Is this you? Claim profile
Surgeon, Thoracic Surgeon
26 years of experience
Video profile
Write a Review
Email
Michael E. Debakey Department of Surgery Baylor Clinic
1709 Dryden Rd Ste 1500
Houston, TX 77030
713-798-1317
Locations and availability (2)
SUMMARY TAB
Summary
Patient Reviews
Credentials
Locations & Availability
Accepted Insurance
ADVERTISEMENT
Patient Reviews
3.5 (22)
PATIENT COMMENTS (3)
Read patient reviews
Specialties
SPECIALTY
CERTIFICATION
Surgery
Board certified
urgery
For people with atrial fibrillation (AFib), an irregular heartbeat, not caused by a heart valve problem.
Important Safety Information & Indication (please scroll)
Do not stop taking ELIQUIS®(apixaban) without talking to the doctor who prescribed it for you. Stopping ELIQUIS increases your risk of having a stroke. ELIQUIS may need to be stopped prior to surgery or a medical or dental procedure. Your doctor will tell you when you should stop taking ELIQUIS and when you may start taking it again. If you have to stop taking ELIQUIS, your doctor may prescribe another medicine to
Waiting for googleads.g.doubleclick.net...
2:11 PM
01/01/2014













Profile for Dr. Todd K. Ros

www.vitals.com/doctors/Dr_Todd_Rosengart/profile

Three Types of Angina

Heart Attack Basics

Heart Attack or Heartburn?

Depression & Heart Disease Risk

Medical Procedures for A Fib

## Similar doctors nearby

Dr. Kim De La Cruz
General Practice
9 years experience
Houston, TX

Dr. Robert Harper
Orthopaedic Surgery
33 years experience
Houston, TX

Dr. Terry Clyburn
Orthopaedic Surgery
30 years experience
Houston, TX

Dr. Joseph Walter
Orthopaedic Surgery
34 years experience
Houston, TX

Dr. Kevin Smith
Otolaryngology
23 years experience
Houston, TX

Dr. Jay Shah
Urology
7 years experience
Houston, TX

Search All Similar Doctors

Find Doctors By: Specialty | Name | Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog |
Privacy Policy | Terms Of Use

Is something missing or incorrect?

Help Us Improve

Get the Vitals Newsletter

Enter your e-mail address SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, reverse engineer, decompile or disassemble any part or aspect of this website.

2:11 PM
01/01/2014







Case 1:11-cv-00520-RM-BNB Document 906-7 Filed 10/14/14 USDC Colorado Page 12 of 12

Profile for Dr. Todd K. Ros ×

     

www.vitals.com/doctors/Dr_Todd_Rosengart/profile

Three Types of Angina

Heart Attack Basics

Heart Attack or Heartburn?

Depression & Heart Disease Risk

Medical Procedures for A Fib

## Similar doctors nearby

Dr. Kim De La Cruz
General Practice
9 years experience
Houston, TX

Dr. Robert Harper
Orthopaedic Surgery
33 years experience
Houston, TX

Dr. Terry Clyburn
Orthopaedic Surgery
30 years experience
Houston, TX

Dr. Joseph Walter
Orthopaedic Surgery
34 years experience
Houston, TX

Dr. Kevin Smith
Otolaryngology
23 years experience
Houston, TX

Dr. Jay Shah
Urology
7 years experience
Houston, TX

Search All Similar Doctors

Find Doctors By: Specialty | Name | Group Practice

Let us help you find and review doctors, make an appointment and prepare for your doctor visit.

About | Contact Us | Advertise With Us | For Hospitals & Doctors | For Health Plans | Partner With Us | Blog | Privacy Policy | Terms Of Use

Is something missing or incorrect?

Help Us Improve

Get the Vitals Newsletter

Enter your e-mail address

SIGN UP

Sign up for the latest Health News, Updates, and More

Follow Us   

Copyright © 2006 - 2014 Vitals.com & MDx Medical, Inc. All Rights Reserved.

As more fully set forth in this website's terms of use, (1) nothing contained on or offered by or through this website should be construed as medical advice and should not be relied upon for medical diagnosis or treatment. MDX Medical, Inc. ("MDX"), the provider of this website, does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website; and (2) MDX has granted you a limited license to access and use this website for your own noncommercial use. You are not permitted to copy, reproduce, distribute, transmit, mirror, frame, scrape, extract, wrap, create derivative works of, ...spect of this website.

www.vitals.com/search?type=specialty&provider_type=1&q=130-Surgical+Specialist&l...

      

 

2:11 PM
01/01/2014