Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

---

**Exhibit 14(b)**

**Ex. 6 (continued) to Health Grades' Submission re Configurations of Infringement; vitals.com "Search All Similar Doctors" link [Doc. #906-8] (highlighting added)**

2005056811_1





PAGE 13



PAGE 15





















Link to search results with comparison ratings of Dr. Rosengart and other doctors

PAGE 23







