Civil Action No. 11-CV-00520-RM-BNB


**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014
HEARING EXHIBITS**

---

**Exhibit 15**

**Where Consumers Become Patients presentation [Doc. #853-1]**



# Where Consumers Become Patients

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012057



EXHIBIT
14
8/28/14

# Who We Are

**Vitals** is the nation's most robust, on-line resource for checking up, finding and interacting with the right doctor. We exist at the critical point before a medical visit, helping consumers decide which doctor they should see, assisting them in validating that their chosen doctor is right for them or helping them prepare for an appointment.

Powering this search is a comprehensive, proprietary database on 720,000 doctors, with up to 62 quality measures on each – more than 2.4 billion data points. This allows consumers to take control of their choices, creating customized search results.

This key moment – when Vitals makes the *ideal match* between doctor and patient – holds many opportunities for meaningful contact: with consumers, doctors, insurance companies, hospitals and advertisers.

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0012058

Case No. 1:11-cv-00520-RM-NYW Document 943-18 (bl) 14/10/14 USDC Colorado page 3 of 4
Case 1:11-cv-00520-RM-BNB Document 895-1 Filed 08/29/14 USDC Colorado Page 3 of 54
of 55

# Today, Vitals is:

- 3.7 million monthly visitors (~165,000 daily)

- 15 million monthly page views

- 30 million monthly ad impressions

- 40,000 monthly ratings & reviews

- 6,000 monthly consumer alert sign-ups

- 2,800 monthly physicians who edit their profiles

*Note: Website went live January 2008*

ALL MATERIAL
CONFIDENTIAL

3

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012059

# Vitals' DNA: Comprised of Four Things

- ## The Database
  - Lots & lots of information on doctors and health providers

- ## The Product
  - Website User Interface & Consumer Tools

- ## The Traffic
  - Growing number of web visitors.... some leaving footprints

- ## The Revenue Streams
  - Advertising, Sponsored Links, Lead Gen, ▮▮▮▮▮▮▮▮▮ REDACTED

ALL MATERIAL
CONFIDENTIAL

4

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012060

# Database



HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0012061

# The power of the Vitals site is its "secret sauce" -- mountains and mountains of data, infused into a dynamic database:

- <u>Empirical information</u> on many facets of physician quality and expertise – education; hospital affiliations; board certification; procedure volume; publications; sanctions & disciplinary actions; awards & appointments – **2.4+ billion data points**.

- <u>Quality measures</u> on each key piece of data – either though 3rd party recognized measures and/or benchmarking to relevant norms.

- <u>Top Doctor designations</u>, identification of disease-specific experts, and formulas for measuring overall quality.

- <u>Ratings</u> (subjective) from consumers & physicians.

ALL MATERIAL
CONFIDENTIAL

6

v̂tals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012062

# Data is gathered from thousands of distinct, primary sources.



ALL MATERIAL
CONFIDENTIAL

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0012063

Case No. 1:11-cv-00520-RM-NYW Document 943-18 filed 08/29/14 USDC Colorado page 9 of 9
Case 1:11-cv-00520-RM-BNB Document 859-1 Filed 08/29/14 USDC Colorado Page 8 of 54
of 55

# These sources include:

- State & federal boards of medicine
- Sanction and disciplinary action databases
- ABMS, AOS, DEA and UPIN databases
- Quality measurements of med schools & hospitals
- Individual medical school websites (160+)
- Individual hospital websites (5,000+)
- Group Practice sites (many thousands)
- Self-reported by individual physicians
- Top Doctor survey results and database
- Individual consumer surveys & ratings
- NCOA, DSF and address-validation compiled files
- Publications databases

ALL MATERIAL
CONFIDENTIAL

8

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012064

# Together, this data provides a 360° view of doctors:



HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012065

# The Vitals Data Set (62 fields)

- Physician Name (+ look-alikes)
- Identifiers (6)
- Demographics (age, gender, etc.)
- Contact Info
- Specialty, Certification   **Q**
- Special Expertise   **Q**
- Education, Experience   **Q**
- Hospital Affiliation   **Q**
- Disciplinary Action   **Q**
- Procedure Volumes & Rank   **Q**
- Research & Publications   **Q**
- Photo & Bio

- Patient Ratings   **Q**
- Patient Reviews   **Q**
- Physician Recommendations   **Q**
- Awards & Distinctions   **Q**
- Academic Appointments   **Q**
- Overall Provider Quality Score   **Q**

- Languages Spoken
- Insurance Accepted, by Plan
- Group Practice Affiliation
- Office Hours & other info
- News Articles about the Doctors

**Q** = Quality Metrics for this data element

ALL MATERIAL
CONFIDENTIAL

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY   MDX 0012066

# Most data is scored for relative quality. We've partnered with respected providers to ensure accurate measures.








**HealthShare Technology**






ALL MATERIAL
CONFIDENTIAL

11

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012067

# These quality measures, when combined, yield single, overall Quality Score for each physician:

– A **reverse algorithm** was created, based on the extensive history of "Top Doctor" ratings, to define the weighting of factors critical to physician quality.

– This proprietary algorithm, created by expert statisticians, is applied across t vᵢtals.com database, resulting in overall quality scores for each physician.

– The individual quality factors include all the data points previously mentioned.

– While this score provides a powerful measure of Quality, it is not published, as it could cause un-needed resentment from physicians. It does, however, help identify Top Doctor candidates and match doctors to patient preferences.

ALL MATERIAL CONFIDENTIAL

12

vᵢtals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012068

# Doctors, too, add their own info to the database.*      To date: 332,000 edits.



Profile Edit                   Respond to Comments

*\* With guard rails, and inability to contradict official sources.*

ALL MATERIAL
CONFIDENTIAL

13



HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY      MDX 0012069

# Multiple Data Elements are Unique to Vitals:

1. Special Expertise

2. Quantity of Consumer Ratings & Reviews

3. Awards reflecting doctor quality

4. Peer Ratings & Recommendations

5. College, Academy & Board Affiliations

6. Insurance Data, down to the Plan level

7. Average Wait Times

8. Overall Physician Quality Score, based on Algorithm

ALL MATERIAL
CONFIDENTIAL

14

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

# For many doctors, the database includes their "Special Expertise", a structured searchable field



ALL MATERIAL
CONFIDENTIAL

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0012071

# Vitals' data is not only empirical – it's also the nation's largest source of consumer ratings.



ALL MATERIAL CONFIDENTIAL

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012072

# College, Academy & Board memberships indicate quality affiliations.


































ALL MATERIAL
CONFIDENTIAL

17

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012073

# For "Insurance Accepted", database generally contains both the Payer and their particular plans

Insurance Accepted

Acceptance of particular Insurance Plans may vary, based on different office locations. As a result, we've listed Plans accepted at different locations. Click on any company to see which specific plans are accepted by Dr. Delgra.

Columbus Hospital 495 N 13th St Newark, NJ
AMERIGROUP
Independence Blue Cross
Oxford

Columbus Hospital 332 Bloomfield Ave Ste 2 Bloomfield, NJ
AMERIGROUP
Cigna
Evercare
HIP Health Plan of New York
Horizon Blue Cross Blue Shield of New Jersey
Independence Blue Cross
Oxford
University Health Plan

$$ SAVE On Insurance



*The database get down to the individual Plan level, if desired.*



Insurance - Cigna

Dr. Delgra accepts 6 Cigna plans at Columbus Hospital
332 Bloomfield Ave Ste 2 Bloomfield, NJ.          Back to full profile

Cigna
These are the plans that Dr. Delgra accepts.

Flex
HMO/POS
HMO/POS Open Access
Network
Network POS
POS Open Access



Show all plans for this insurance company

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0012074

# Recently Added: Average Wait Times

- Vitals has been gathering Average Wait Times to see a doctor (Waiting Room times).

- These come from patient surveys and ratings.

- It provides another metric for patients to determine if that doctor is right for them.







National Average for pre-visit wait time is 21 minutes.

The average wait time posted for this doctor (an overall) is based on the average of patient responses to the Vitals "Rate a Doctor" survey. It is not a measured number.

Please Help Us. Add your opinions by clicking any "Rate" tab on this page.

ALL MATERIAL CONFIDENTIAL

19

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012075

# The definition of "quality" is often subjective. That's why we created the Match Score®
PATENT PENDING

- Match Score® allows for dynamic narrowing and ranking of a physician set, based on user criteria.

- Users are empowered to narrow choices by defining options important to them.

- Users are then empowered to define how choices should be prioritized, through a custom ranking.

- User choices are calculated into a custom Match Score® which assigns user's personal value to physician rank.

- While the current Site has a limited number of filter & ranking elements, these can be easily expanded:
  - Procedure Volume
  - Treatment Outcomes
  - Peer ratings
  - Patient ratings... and more



ALL MATERIAL
CONFIDENTIAL

20



# The Match Score® at work:

PATENT PENDING



*User adjustment dynamically changes the rank order of result*

ALL MATERIAL
CONFIDENTIAL

21

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012077

# Some stats about the Vitals' Database

- 2.3 billion distinct data elements
- 197 million distinct source records
- 6.7 million tagged addresses
  - Plus, 420,000 home addresses
- 5.3 million phone/fax numbers
- 2.1 million specialties
  - 1.08 million Board Certificates
  - May be multiples per doctor
- 2.1 million hospital affiliations
- 2.8 million distinct state medical licenses

- 1.85 million distinct consumer ratings
- 19.2 million insurance affiliations
- 3.9 million education data points
- 448,000 speakers of foreign languages
- 167,000 distinct awards to 73,000 qualified award winners
- 390,000 docs with Special Expertise *(and growing)*

ALL MATERIAL CONFIDENTIAL

22

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012078

# Product



HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012079

# Vitals.com (the web Tool), at present, is comprised of 9 functional elements:

- Find-a-Doctor tool
- Check-Up-on-a-Doctor tool
- Find doctor by Symptom, Condition
- Rate-a-Doctor tool
- Physician Easy Edit & Comment Response
- Find the Expert
- My Vitals Health Passport & Print Shop
- Online Consults
- Consumer Education:
  - E-book
  - Targeted Preventive Medicine Tools

ALL MATERIAL
CONFIDENTIAL

24

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0012080

# 1) Find a Doctor Tool

- The Tool narrows choices to a manageable amount.

- Patients can "Zoom In" and refine their search to make educated choices about the doctor they want.
  - By location
  - Important quality measures
  - Consumer reviews

- Dynamically (and fast), the Tool shows the number of good matches found, changing counts as different choices are made.

- Sponsored listings to be added soon.

*The Search Screen:*



HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012081

# As search choices are made, good-fit doctor matches are displayed.

- Each doctor is given a Match Score ™, based on how close they come to meeting the patients' desired needs.

- Doctors are displayed in a Card format, each giving a few key facts. More detail can be accessed by going to the full Profile.

- Users can then choose which of the doctor choices they wish to compare.

*The Results:*



ALL MATERIAL
CONFIDENTIAL

26



HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012082

Case No. 1:11-cv-00520-RM-NYW   Document 663-18   filed 10/10/14   USDC Colorado   pg 28
of 55
Case 1:11-cv-00520-RM-BMB   Document 863   Filed 08/29/14   USDC Colorado   Page 27 of
55

# Doctor chosen for comparison are displayed side-by-side, for a detailed look:

- Up to 3 doctors can be chosen, allowing for direct comparison of key features.

- Doctors to be compared can be dynamically adjusted by user.

- This graphic comparison helps steer the user to make an educated decision on the right choice for them.



*Web page, continued*

*Top half of long web page*

ALL MATERIAL
CONFIDENTIAL

27



# 2) Check Up on a Doctor Tool





- Provides 20+ measures of quality, along with other key info.

- Profile gives information, not just data – turns facts into usable, meaningful, graphic definers of quality.

- 360  comprehensive view of doctor with:
    - Empirical measures
    - Consumer ratings
    - Physician ratings.

- We believe this is the most complete data set out there.



ALL MATERIAL
CONFIDENTIAL

28

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY            MDX 0012084

# This Physician Profile contains extensive information – as many as 200 elements, accessible by a unique 'accordion' display.

*User requested detail
on Hospital Quality.
<u>The result</u>:
Physician Profile
compresses to left,
and detail appears
in a new accordion*





ALL MATERIAL
CONFIDENTIAL

29

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0012085

# 3) Find a Doctor by Symptom, Disorder

- The **Symptom Checker** SM allows users to enter a pain or ailment. They are then directed to the doctor type best equipped to treat it.

- Nearly all disorders, as well as symptoms are listed.



ALL MATERIAL
CONFIDENTIAL

30

MDX 0012086

# 4) Rate a Doctor Tool

- Rating forms can be accessed from a variety of locations on the site.

- Prior reviews and color coded ratings engage the User.

- Both numerical & prose reviews are solicited.



ALL MATERIAL
CONFIDENTIAL

31



HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012087

# 5) Physician Easy Edit & Comment Response

- Physicians can edit their Profile to ensure it accurately reflects them.

- Physicians can respond publicly to consumer comments, ensuring a fair exchange of information.

- They can suppress negative comments, preventing an erosion of their reputation.

- They can recommend others for inclusion as Top Doctors.



ALL MATERIAL CONFIDENTIAL

# 6) Find the Expert

- **Find the Expert** SM gives users the ability to search for experts by disorder or treatment type.

- Experts are defined both by academic leaders (leading researchers) as well as doctors noted as experts by their peers.



ALL MATERIAL
CONFIDENTIAL

33



HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012089

# 7) User Engagement: Health Passport



With the Health Passport, Users can store their docs, get alerts and personalize their experience

By identifying their "Doc Portfolio", Users can have Vitals keep them updated on relevant changes

They can also print out collected info in a variety of formats and substrates

ALL MATERIAL
CONFIDENTIAL

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012090

# On "My Vitals" users have the ability to customize their site experience



ALL MATERIAL
CONFIDENTIAL

35

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012091

# 8) Online Consults allow Users to have virtual appointments with their doctor







ALL MATERIAL CONFIDENTIAL

36

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0012092

# 9) Consumer Education & Wellness Tools





ALL MATERIAL
CONFIDENTIAL

37



HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012093

# With lots more coming……

- Find Me a Doctor Like the One I Used to Have
- Targeted sub-sites for Seniors, New Moms, etc.
- Appointment Setting Interface (electronic & phone)
- Foreign languages
- Personal Health Care Scorecard
- Group Practice Comparison Tool
- Physician Connection Network
- Cost / Quality Comparison Tool
- Physician Hot Stats

ALL MATERIAL
CONFIDENTIAL

38

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012094

# Traffic growth, along with a growing number of "Best Site" awards, indicate market acceptance



**CNNMoney.com**
A Service of CNN, Fortune & Money

Home | Business News | Markets | Personal Finance | Retirement | Technology | Luxury | Small Busin

## The 20 best money Web sites

These sites have tools you can trust to help you make better money decisions.

**From the editors of Money MAGAZINE**

### 12. Who are the best doctors in my network?    12 of 20   Back   Next

**Best Site:** Vitals.com

Now that many health insurers are giving stingier reimbursements to patients who venture out of network, finding a great doctor who's in your plan is key to keeping costs down. You need Vitals -- a comprehensive physician-rating site that can show you only doctors who are covered by your health plan. It tells you their education, board certifications, work backgrounds, and patient ratings.



Money Magazine:
Best Web Sites, March 2010

**Coolest feature:** Sick and not sure what kind of doctor you need? Input your symptoms and Vitals will guide you to relevant specialists near you.

39

**vitals**

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY                MDX 0012095

# Traffic

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012096

# Since launch, traffic growth has been rapid. Now attracting 165,000+ people per day

- Site launched in early 2008, after 18 months of data collection and site development.

- With over 6 million home pages, Vitals is in nearly every corner of doctor web search.



*Note: Nearly all traffic coming from natural, unpaid search.*

ALL MATERIAL
CONFIDENTIAL

41

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012097

# Those visitors are engaged – more than 10% click for some next-stage activity.



*The Vitals Passport –*
*Helping consumers keep track of their docs*

> ➤ Research shows that 34% of site users visit the doctor they found on    Vitals within 30 days. They're ready to act.

> ➤ 61% of site users are interested in receiving information to help prepare for their visit.

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY            MDX 0012098

# Vitals engagement & demographics stack up well compared to the industry:

| | Bounce Rate | Time on Site | % Female | Age 35+ | Age 50+ | Avg Age | % College or Grad | % Earning $60k + |
|---|---|---|---|---|---|---|---|---|
| | *Alexa* | | *Quantcast* | *Quantcast* | *Quantcast* | *Quantcast* | *Quantcast* | *Quantcast* |
| Vitals | **47%** | **4.5*** | 59% | **77%** | **40%** | **48** | **72%** | **61%** |
| Web MD | **42%** | **4.5** | 59% | 62% | 30% | 42 | 54% | 55% |
| Everyday Health | 63% | 3.3 | **68%** | 74% | **45%** | 47 | 50% | 50% |
| Healthline | 62% | 2.4 | 61% | 62% | 30% | 42 | 52% | 53% |
| Quality Health | 65% | 1.9 | **73%** | 62% | 28% | 42 | 46% | 47% |
| Prevention | 54% | **3.8** | **63%** | **77%** | 35% | **48** | 60% | 50% |
| Yahoo Health | | | 59% | 30% | 17% | 32 | 46% | 32% |
| Healthgrades | 54% | 1.8 | 58% | 73% | 38% | 46 | 63% | 59% |
| U Compare Health Care | 58% | 1.8 | 58% | 65% | 32% | 43 | 64% | 59% |
| Rate MDs | 56% | **3.5** | 60% | **81%** | **42%** | **48** | 71% | **61%** |
| | | | | | | | | |
| Best (# 1) | Web MD | Web MD | Quality H | Rate MDs | Everyday | Prevention | Vitals | Vitals |
| Second (# 2) | Vitals | Vitals | Everyday | Vitals | Prevention | Vitals | Prevention | Prevention |
| Third (# 3) | Prevention | Prevention | Vitals | Prevention | Vitals | Prevention | U Compare | Healthgrds |

ALL MATERIAL
CONFIDENTIAL

43

# Vitals.com User Demographics



ALL MATERIAL
CONFIDENTIAL

44

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0012100

# Vitals isn't the largest Doctor Finder site. Yet.

## But, we're gaining

### Competitive Position

*Monthly Unique Visitors (000)*
*Data from Quantcast*

|  | Jul-08 | Dec-08 | Jun-09 | Jan-10 | Prognosis |
|---|---|---|---|---|---|
| Vitals | 531 | 795 | 1,336 | 2,231 | actual: 3.6 million |
| | | | | | |
| Healthgrades | 7,212 | 5,615 | 6,378 | 6,596 | The leader, but buy ~40% of total traffic |
| U Compare | 1,456 | 946 | 1,331 | 1,661 | |
| Rate MDs | 186 | 213 | 298 | 820 | Mostly international growth. |
| | | | | | |
| Angie's List | 763 | 382 | 469 | 517 | Will grow strong, but paid |
| All Others | 493 | 294 | 510 | 490 | Only Dr. Score growing |
| | ---------- | ---------- | ---------- | ---------- | |
| **Market Size** | **10,641** | **8,245** | **10,322** | **12,315** | *15% category growth in 18 months* |

### Market Share:

|  | Jul-08 | Dec-08 | Jun-09 | Jan-10 |
|---|---|---|---|---|
| Vitals | 5% | 10% | 13% | 18% |
| Healthgrades | 68% | 68% | 62% | 54% |
| U Compare | 14% | 11% | 13% | 13% |
| Rate MDs | 2% | 3% | 3% | 7% |
| Angie's List | 7% | 5% | 5% | 4% |
| All Others | 5% | 4% | 5% | 4% |





ALL MATERIAL
CONFIDENTIAL

45

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012101

# Revenue Streams



HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012102

# As a business, Vitals is Publisher and Database:

## As a Publisher:

- Publishes doctor finder content, capturing eyeballs
- Generates *Advertising Revenue* from targeted searches
- Also, *Lead Generation Revenue* from post-Vitals behavior (sponsored links, on-line consults, appointment setting, clinical trial solicitation, product sales)
- *Publishes awards* (based on internal data) which are marketed to physicians and hospitals



REDACTED

ALL MATERIAL
CONFIDENTIAL

47

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012103

# As a web publisher, Vitals has eliminated most traditional costs:

- ## No Content Cost (barely)
  - Content is gathered from the web, now mostly through automated scripts

- ## No Production Cost
  - Except for maintaining the database

- ## No Distribution Cost
  - Gotta love the web

- ## No Marketing Cost
  - All traffic comes from SEO, direct or referred. None paid.

ALL MATERIAL
CONFIDENTIAL

48

v*tals*

MDX 0012104

# Vitals USP: Engaging consumers at the moment they're becoming patients.

**Patient Continuum**



# How We're Useful to Our Customers:

- ## Advertisers
  - Can target condition- & geo-specific site users
  - Able to talk to patients of a specific doctor

- ## Hospitals & Elective Care Providers
  - Prospective Patient lead generation → filling beds



REDACTED

ALL MATERIAL
CONFIDENTIAL

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012106

# Most of our selling efforts are non-competitive, as Vitals has more features & functionality

| | # of Doctors | **FEATURES** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Consumer Reviews | Peer Recos | Top Doctor & Awards | Special Expertise | Background Data | Disciplinary Data | Procedure Volume | Publications & Research | Insurance Data | Quality Measures | Free? | Compare Feature |
| vitals | All | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 11 States | ✓ | ✓ | ✓ | ✓ | ✓ |
| | | | | | | | | | | Company & Plan | | | |

**CURRENT MARKET COMPETITORS (WEB)**

| | # of Doctors | Consumer Reviews | Peer Recos | Top Doctor & Awards | Special Expertise | Background Data | Disciplinary Data | Procedure Volume | Publications & Research | Insurance Data | Quality Measures | Free? | Compare Feature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTHGRADES | All | Ratings only | No | × | × | ✓ | ✓ | × | × | Company, not Plan | Some | × | ✓ |
| Windows HealthCare | All | × | × | × | × | ✓ | ✓ | × | × | × | × | ✓ | ✓ |
| RateMDs.com | 207,000 | ✓ | × | × | × | Link to SMB | Link to SMB | × | × | × | × | ✓ | × |
| DrScore | | Ratings only | × | ✓ | × | Some | × | × | × | × | × | ✓ | × |

**CURRENT MARKET COMPETITORS (DATA ONLY)**

| | # of Doctors | Consumer Reviews | Peer Recos | Top Doctor & Awards | Special Expertise | Background Data | Disciplinary Data | Procedure Volume | Publications & Research | Insurance Data | Quality Measures | Free? | Compare Feature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INGENIX | All | × | × | × | × | ✓ | ✓ | ? | × | ? | × | × | × |
| SK&A | All that responded | × | × | × | × | ✓ | × | Patient Volume | × | ✓ | × | × | × |

ALL MATERIAL CONFIDENTIAL

vitals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012107

We also identify and celebrate the nation's best doctors (measured in a variety of ways). 73,000 of them.

  

Then, we sell them plaques.

ALL MATERIAL
CONFIDENTIAL

52

MDX 0012108

# Relentless improvement of data & usability is part of Vitals' DNA and defines the company culture



> We're a group of data hounds, web engineers & perfectionists.

> The things that get us excited: discovering a new data source, fill rates, delta files, grateful letters from our site users.

> We're competitive and a bit paranoid; need to have the best, bullet-proof data set.

> Our deep-seated beliefs are that
>   – The choice of a doctor is often one of life's most important decisions;
>   – Most doctor choices are ignorantly made;
>   – Information exists to eliminate this ignorance;
>   – The combination of decision tools and easy-to-use data will solve this long-overdue problem.

> Despite the substantive progress, most of us feel we're only at the start. Much still to uncover.



ALL MATERIAL
CONFIDENTIAL

53

v✦tals

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY

MDX 0012109

# Thanks for your attention.



**c/o MDx Medical, Inc.**
Attn: Jeff Cutler
1200 Wall Street West
Lyndhurst, NJ 07071

jeff@vitals.com
201-459-6273

**All material Confidential.**
**No portion of this presentation may be copied, shared or used for any Purpose**
**unless expressly permitted by MDx Medical, Inc.**

HIGHLY CONFIDENTIAL / ATTORNEY'S EYES ONLY          MDX 0012110