Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

---

## Exhibit 18

**Demo re Hospital Ratings**





















Demo 20 -- Config. 3 -- Ad Hospital Pref Plac August 2014

www.vitals.com/doctors/Dr_Alfred_Ogden_2/profile

treat adults with relapsing forms of Multiple Sclerosis (MS). TYSABRI can slow the worsening of symptoms common in people with MS and can decrease the number of flare-ups (relapses). TYSABRI increases the risk of PML. When starting and continuing treatment with TYSABRI, it is important that you discuss with your doctor

## Background

### Personal Statement

Dr. Ogden received a BS in biology from Yale University in 1993 and MD from Columbia University in 2000. Prior to medical school, he pursued basic research in developmental biology at New York University. He completed an internship in General Surgery in 2001 and residency in Neurological Surgery at Columbia University and New York Presbyterian Hospital in 2007. He received additional fellowship training in minimally-invasive spine surgery under Dr. Richard G. Fessler at the University of Chicago and Northwestern University and is the only area neurosurgeon with this specific fellowship training. As a resident, Dr. Ogden pursued research in central nervous system tumor immunology and the relationship between neural stem cells and central nervous system tumors, for which he received the American Academy of Neurological Surgeons annual award for research in 2006. In 2007, He received the American Association of Neurological Surgeons/Congress of Neurological Surgeons Cloward Award to support research in computer modeling of spine biomechanics. Upon completion of his fellowship in 2008, Dr. Ogden joined the faculty of Columbia University to direct its program in minimally invasive spine surgery. His clinical interests include minimally invasive spine surgery, spinal tumors, complex spine, and spinal radiosurgery. His current research involves clinical trials of minimally-invasive spine surgery, development of new minimally invasive spine surgeries, study of the relationship between stem cells and spinal tumors, and comparisons of traditional and minimally invasive spine surgery using computer modeling.

### Clinical Interests

Complex Spinal Surgery Complex Spine Instrumentation Minimally Invasive Spine Surgery Radiosurgery Spinal Neurosurgery Spinal Tumors Spine Surgery

### Learn more about Dr. Ogden:

View the full profile to get information on:

Offices (2)                              Affiliations (15)
Accepted insurance plans (39)
Education (1)

Next: Patient Reviews

ADVERTISEMENT

## NJ Top Orthopedic Surgeon

kayalortho.com

Robert A. Kayal, MD, FAAOS For all of your Orthopaedic needs

## Similar doctors nearby

| Dr. Jason Ellis | Dr. Marc Otten | Dr. Paul McCormick |
|---|---|---|
| Neurological Surgery | Neurological Surgery | Neurological Surgery |
| New York, NY | 4 years experience | 28 years experience |
|  | New York, NY | New York, NY |

| Dr. Robert Goodman | Dr. Robert Solomon | Dr. Jeffrey Bruce |
|---|---|---|
| Neurological Surgery | Neurological Surgery | Neurological Surgery |
| 26 years experience | 30 years experience | 27 years experience |
| New York, NY | New York, NY | New York, NY |























