Civil Action No. 11-CV-00520-RM-BNB


**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

---

**Exhibit 19**

**Ex. 7 to Health Grades' Submission re Configurations of Infringement; Vitals Health Plan Solutions [Doc. #907-3] (annotations and highlighting added)**

Case No. 1:11-cv-00520-RM-NYW Document 943-22 filed 11/10/14 USDC Colorado page 1 of 2 of 26

# EXHIBIT 7

Case No. 1:11-cv-00520-RM-NYW Document 943-20 filed 11/10/14 USDC Colorado page 2 of 26

# VITALS HEALTH PLAN SOLUTIONS

Helping health plans guide consumers to make informed choices in health care

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0143806

Case 1:11-cv-00520-RM-BNB Document 907-3 Filed 10/14/14 USDC Colorado Page 3 of 25

## The Healthcare Landscape is Changing

Consumers are facing more responsibility and risk in their healthcare choices.

Consumers need tools to help them navigate through their options so they can make smart decisions.

And health plans are the right source to provide these tools.

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

2



MDX 0143807

Case 1:11-cv-00520-RM-BNB Document 907-3 Filed 10/14/14 USDC Colorado Page 4 of 25

## Vitals' Mission

**Support health plans in their efforts to create the best decision support tools for members and prospective members.**

We accomplish this by providing trustworthy, intuitive and actionable tools and information to empower consumers to make educated, higher quality and lower cost healthcare decisions.

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

3



MDX 0143808

Case 1:11-cv-00520-RM-BNB Document 907-3 Filed 10/14/14 USDC Colorado Page 5 of 25

# Four Things to Know About Vitals

1. Seamless, evolved and complete suite of transparency tools
   - Find-a-Doctor, Patient Review System and Cost Estimator – available today
   - Or available in modules to integrate with your existing Cost Estimator solution
   - Advanced configurability and control capabilities

2. Proven solutions
   - Expertise in NCCT
   - Demonstrated commitment to innovation
   - Consumer tested & designed to be easily understood by members

3. Provider friendly & well represented with accurate data
   - 5 billion distinct data elements on doctors
   - 170,000+ distinct source records

4. Experienced and deep account management team dedicated to service and solutions
   - We have worked together on the Patient Review System
   - Proven collaborative processes

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0143809



Case 1:11-cv-00520-RM-BNB Document 907-3 Filed 10/14/14 USDC Colorado Page 6 of 25

# Vitals' Consumer Toolkit

A cohesive set of tools
that enables consumers
to determine:

1. What are my provider options?
2. Which one is right for me?
3. How much will this cost me?
4. How do I make an appointment?



**Provider Finder**
Discover, compare and connect with providers.

**Patient Review System**
Read, share and leave reviews and ratings for providers

**Cost Estimator**
Explore procedure costs and your out-of-pocket estimates

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

5



MDX 0143810

Case No. 1:11-cv-00520-RM-NYW Document 943-22 filed 11/10/14 USDC Colorado page 8 of 8
Case 1:11-cv-00520-RM-BNB Document 907-3 Filed 10/14/14 USDC Colorado Page 7 of 25
of 26

# Vitals Choice: Tools for Member Engagement

# vitalschoice

## Provider Finder

Intuitively find and compare providers by name, specialty and conditions

Get accurate details on provider credentials, quality scores and location

Compare providers profiles

Directly connect with a doctor online

## Patient Review System

Read reviews and see ratings on provider profiles

Leave a review and rating

Provides another perspective to complement provider credential and background information

## Cost Estimator

Search by procedure and get overall cost itemized by service lines

Estimate personalized out-of-pocket cost for procedures

Compare procedures against a cost vs. quality matrix

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

6

MDX 0143811



# We've integrated these Tools into a single, seamless user interface.

- Common look & feel
- Individual Tools interconnect
  - Data flows between applications
- Easy install, with some customization & many options
- Suite can be purchased as unit, or just individual pieces
- Integrates with Plan's data sets
- Can be integrated with other vendor's tools
- Secure hosting
- Plan versioning is easy – developing variations for large self-insureds or Narrow Network partners
- Upgrades & updates mostly included in ongoing fees

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

7



MDX 0143812

# Uses responsive design, so it's mobile ready (HTML5).



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

8

MDX 0143813

# Best in Class



**Provider Finder**

Discover, compare and connect with providers.

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

9



MDX 0143814

# Provider Finder Functionality

## Core Functionality

1. Global Search & Auto Suggest
   – Find a Doctor
   – Check by Condition, Special Need
   – Check Up on a Doctor
2. Algorithm Display of Results
3. Refinement & Ranking Tools
4. Full Profile Views
5. Online Appointment booking
6. 'What's This?' Transparency

## Optional Features

7. Provider Video Display
8. Spanish Language version
9. Micro-sites for self-insureds

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

10

MDX 0143815



# 1) Global Search & Auto Suggest:



Drop down menu for as many Provider types as desired

Geo-locator auto-fill, based on IP address or member info, but can be changed by user

Plan Ubiquity:
Can be set for member's Plan on Log-in, and stay for whole session

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

11

MDX 0143816

# 1) Varieties of Auto Suggest

| By Name | By Specialty | By Condition |





*Search criteria include natural language, nickname & misspelled terms*

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0143817

# 2) Algorithm Display of Results:
# Shows the 'better' providers first

- Each provider is given an Algorithm Score, based on perceived relative quality.

- Results Set is ranked based on Provider Algorithm Score – best to worst.

- Then, human behavior takes over: choice behavior is influenced by results rank
  - Each result gets ~60% fewer clicks than the one above it

 It's a great way to help direct patients to the best care for them



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

13



MDX 0143818

# 3) Refine & Rank results are done easily:



NOTE: Multiple filtering techniques; some pre-sets available to direct first wave results

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

14

MDX 0143819

# 4) Full Profile View





©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0143820



Case No. 1:11-cv-00520-RM-BNB   Document 907   Filed 11/10/14   USDC Colorado   Page 17 of 26
Case 1:11-cv-00520-RM-BNB   Document 943-22   Filed 11/10/14   USDC Colorado   Page 17 of 18
of 26

# Visually pleasing and allows for intelligent choice.



©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0143821

# The Profile is customizable for both content and creative:

"SEARCH SIMILAR DOCTORS"



**Many, many options**:
*Customizable creative;*
*Customizable data display;*
*Customizable tab mix;*
*Customizable right rail;*
*Customizable Orange Box messaging;*
*Customizable links to other site parts;*
*Customizable transparency copy.*

"People who viewed this profile also viewed:"

Star ratings

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

17



MDX 0143822

Case 1:11-cv-00520-RM-BNB Document 907-3 Filed 10/14/14 USDC Colorado Page 19 of 25

# An Integrated Provider Finder is only as good as the data feeding it

Plans have many different data sources that need to be managed, integrated, updated and displayed.

Plus, Vitals has lots of unique data elements that can be added to Plan Databases, making it richer for members.

Vitals can do all this, creating a Plan-customized Database, that cleanly feeds the Transparency Tools.

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

20

MDX 0143825





# BIG DATA:

We gather, normalize, update, and deliver
• 5 billion distinct data elements on doctors,
• from 170,000+ distinct source records,
• into 64 distinct quality & factual measures.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0143826

# The Vitals' Data Set

- Personal Info
  - Name, Look-alikes; Photo
- Contact Info
  - Office address; Phone; Fax; Email
- Demographics
  - Gender; Birth Date; Age; Years in Practice
- Specialty
  - Specialty; Sub-specialty; Expertise
- Educational Data
  - Degree; Medical School + rating; Grad Date; Internship; Residency; Fellowship
- Hospital Affiliation
  - Hospital + Quality Ratings; Appointments
- Group Affiliation & Address
- Board Cert; License
  - ABMS Board Cert; License Status, State
- Sanction & Disciplinary Action

- Patient Reviews
  - Overall; Attributes; Prose reviews; Avg. Wait Time
- Awards & Recognition
  - Top Doctor; Patients' Choice; NCQA Recognition; Association Membership
- Publications
  - Publication Name; Journal; Date; Key Words Association
- Insurance Accepted, by Plan*
- Office Info
  - Languages Spoken; Office Hours
- Personal Info
  - Bio; Personal Statement; Professional Interests
- Identifiers
  - License #; NPI; UPIN; DEA
- Video Profile

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

22



MDX 0143827

# The Vitals' Provider Set

**Current**

- Physicians
- Dentists
- Group Practices
- Urgent Care Centers

**Live, & Adding Data**

- Hospitals
- Pharmacies (limited)
- Clinics (Mammography, Fertility, Dialysis)

**Upcoming**

- Chiropractors
- Optometrists
- Podiatrists
- Psychologists
- Labs
- Nursing Homes

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

23

MDX 0143828



Case 1:11-cv-00520-RM-BNB Document 907-3 Filed 10/14/14 USDC Colorado Page 23 of 25

# In Place Today



**Patient Review System**

Read, share and leave reviews and ratings for providers

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

24



MDX 0143829

# Our Patient Review System:
# 5 Things to Know

1.  We provide your Patient Review System

2.  Largest collection of patient reviews
    - Approaching 3 million, growing at 65,000/month
    - Available for use

3.  User-Tested and refined system for maximal response
    - All variables of an effective system already thought through
    - Tested extensively in the real world (through our portal and our partners' sites)

4.  Turnkey, outsourced solution for comment moderation & provider handling
    - Vitals team & C/S staff can handle both

5.  Data smoothing technology for integration of disparate sets

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

25



MDX 0143830

# Patient Review System Functionality

## Core Functionality

1. Write Reviews
   - Overall, Attributes, Comments
   - Restricted Terms filter
   - Single sign-on for Member
2. Read Reviews
   - Ratings & Reviews
   - Comment, Like reviews by users
   - Ability for users to comment
3. Integration, smoothing of 3rd party review sets
4. API export to other Tools

## Optional Features

5. Comment Moderation
6. Provider Response Tools
   - Proactive Provider Engagement
   - Awards & communications
   - Plus, customer service interface
7. Access to Vitals' review set
8. Customized Question Set
   - Can differ by Provider type

©2013 MDX Medical. All Rights Reserved. Confidential. May not be used or copied without permission.
HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0143831

