Civil Action No. 11-CV-00520-RM-BNB


**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

---

**Exhibit 20**


**Ex. 8 to Health Grades' Submission re Configurations of Infringement; capital blue cross screenshots [Doc. #907-4] (annotations and highlighting added)**

# EXHIBIT 8













