Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S ELECTRONIC FILING OF ITS NOVEMBER 6, 2014 HEARING EXHIBITS**

# Exhibit 2

**Notes from 12-30-10 meeting between Sills Cummis & Gross and MDx**

2005056634_1

REDACTED





HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0104112

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0104113

Mtg 12/30/10 — M. Rothschild, P Brazusky, T. Heaton

Claim 1
- Physician verified info avg 3 or more of 13 → what if they verified something else
and Patient provided information
and 3d party source verified information

1) S based on press release, when issued patent changed?

→ he doesn't do medical philosophy, age, do yrs in profession not yrs in practice, honors, hobbies...
the other 8 (of 13) they do...
rarely get these from MD, get it usually from 3d party
  specialty (use board)
  gender (use algorithm)
  yrs in profession (calculated)
  publications (use database)
many put awards, prof'l appointments, prof'l memberships, lawsuits,
but he doesn't not display it
~~only if they get are minor~~ 2 those are only 4 they get from MD. MD can see an "edit page" and change those

he c/d remove the tool for physicians to verify
(Option 1) → receive it info from someone else besides from the doctor

              (one) single method
4 5 — Info verified by 3d party source 3 or more from: (board cert), license, (discipline) (action), (med school), medical internship, residency, fellowship

disciplinary information — only 2% have any. If they have it they show it
what if for the 2% they omit the patient ratings
licensure — they check it, but never report it
⋆  He'd be happy to not show IRF internship residency fellowship
⋆  he doesn't show licensure
    only 3 left: Board Cert, Med School, Disc. Actn Info
⋆(Optn 2) → So when there's Disciplinary Action, don't show patient ratings
⋆ and — continue to not get the 3d party info from the physicians
           gather

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY    MDX 0104114

(A) Comparison ratings - Phil says this requires comparing 1 doctor to another.
Matt: This could be easily disabled, is on sit but almost never us-s.

As discussed w/ me,
   w/ the behaviors and follow.
Based on your description,
   you wd not infringe b/c of these reasons

※※※ (Option 3) Report to not include Comparison

Might be best

   Need to add "how this entered the claim" — See Nov 13 '07
   (wherein ... includes comparison ratings) Reexam + Amendment

└ Start here. Based on his ruling, we concluded you do not infringe the claim.
   Then, by alternatively not doing 1+2, it's clear that you are not infringing as you describe your algorithm to us.
   (w/ In addition not doing 1+2) a "well-informed court will find that you do not infringe."

Next
 └ anti-searches       See Sample from PB (old)
    └ B Posits Folder    A do search for 'opinion' - authored by Phil
       └ Opinion Counsel   need to update law

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY          MDX 0104115

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0104116

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0104117

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0104118

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0104119

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0104120

REDACTED

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY

MDX 0104121