Civil Action No. 11-CV-00520-RM-BNB

**STIPULATED MOTION FOR (1) CERTIFICATION OF THE COURT'S NON-INFRINGEMENT JUDGMENTS AS FINAL JUDGMENTS UNDER FED. R. CIV. P. 54(B) (STIPULATED); AND (2) A STAY OF ISSUES PENDING APPEAL**

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-520

HEALTH GRADES, INC.,

    Plaintiff,

vs.

MDX MEDICAL, INC.,

    Defendant.
_____

**REPORTER'S TRANSCRIPT**
Hearing

_____

        Proceedings before the HONORABLE RAYMOND P. MOORE,

Judge, United States District Court for the District of

Colorado, occurring at 1 p.m. on the 30th day of October, 2014,

in Courtroom A601, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription
Produced via Computer by Tamara Hoffschildt, 901 19th Street,
    Room A251, Denver, Colorado, 80294, (303) 292-1088

**APPEARANCES**

1        (Discussion off the record between the Court and the

2   law clerk.)

3        THE COURT:  Thursday, at 9.  I will give you as much

4   of the day as we need to, to talk about these Configurations

5   and make whatever record.  I can tell you right now, with

6   respect to Configuration 1, I view it -- I haven't heard from

7   you, and I will hear from you, but I'm very clear that

8   Configuration 2 is out, very clear that Configuration 3 is out,

9   I'm very clear that Configuration 4 exists, with respect to a

10  literal infringement claim.  I can't -- I can't even envision

11  how it's conceivably a doctrine of equivalents, because I don't

12  think it is.  If somebody has got some perception of Number 4

13  that's different than that, fine.  I will listen to you on

14  iTriage, although, iTriage may live or die on issues other than

15  the Configurations.  I mean, there are other issues that relate

16  to specific intent, and whether or not the database is -- has

17  other uses.  The Configurations -- I don't want to preclude

18  discussion of Configurations, but I also don't want to pretend

19  that iTriage necessarily lives or dies on the basis of the

20  Configuration.  And I will listen to you on 1, but I will tell

21  you right now, Mr. Kostolansky, my view, coming out here was,

22  there was this hiccup of an issue with respect to Configuration

23  1, but when I look at the prior Summary Judgment Motion on

24  literal infringement and couple that with the *Festo*, I have a

25  hard time seeing how that Configuration lives.