**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

---

Courtroom Deputy: Cathy Pearson                    Date:   November 13, 2014
Court Reporter:    Tammy Hoffschildt

---

**CASE NO.   11-cv-00520-RM-BNB**

HEALTH GRADE, INC.,                                Kris Kostolansky

      Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com,               Scott Stimpson
                                                   Trent Dickey
      Defendant.                          Terence Ridley

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**COURT IN SESSION**:        8:58 a.m.

Court calls case. Appearances of counsel.

Discussion held regarding the Stipulated Motion for (1) Certification of the Court's Non-Infringement Judgments as Final Judgments under Fed. R. Civ. P. 54(b) (Stipulated); and (2) a Stay of Issues Pending Appeal (Doc. 946, filed 11/12/14), Configuration 4, Defendant's anticipated motion for attorneys' fees, the status of the case, Defendant's oppositions to the Motion to Amend (Doc. 927) and Motion to Compel (Doc. 928).

The Court takes the Stipulated Motion for (1) Certification of the Court's Non-Infringement Judgments as Final Judgments under Fed. R. Civ. P. 54(b) (Stipulated); and (2) a Stay of Issues Pending Appeal (Doc. 946, filed 11/12/14) under advisement and will sign a written order.   The Court grants counsel leave to submit a draft order on the motion on or before **November 18, 2014.**

**ORDERED:**   The deadline for Defendant's responses to Health Grades, Inc.'s Motion to Amend Its Infringement Contentions to Incorporate Dr. Greenspun's Third Supplemental Expert Report (Doc. 927) and Health Grades, Inc.'s Motion to

Compel (Doc. 928) is stayed pending the entry of the order on the Stipulated Motion (Doc. 946).

**COURT IN RECESS**:   **9:28 a.m.**
**Total in court time**:   **0:30**
**Hearing concluded**