**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC., d/b/a VITALS.COM,

    Defendant.

---

## *AMENDED* FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Judgment is hereby entered.

    Pursuant to the F.R.C.P. 54(b) Certification Order (Doc. 951) of Judge Raymond P. Moore entered on November 20, 2014, it is

    ORDERED that the Stipulated Motion for Entry of Judgment under Rule 54(b) is GRANTED.  It is

    FURTHER ORDERED that there is no just reason for delay of entry of final judgment as follows:

1. Final judgment in favor MDx on summary judgment of no literal infringement (ECF No. 696), on the oral ruling of summary judgment of no infringement by configuration 1 (ECF No. 935), on the *Festo* ruling of no infringement by equivalents (ECF No. 913), and on the further oral rulings on configurations 1, 2 and 3 on November 7, 2014 (ECF No. 935), which in the aggregate fully dispose of Health Grades' infringement claims under configurations 1, 2, and 3;

2. Final judgment in favor of MDx on summary judgment of no indirect infringement (ECF No. 931), which fully disposes of Health Grades' infringement claim under configuration 5;

3. The Court certifies the Non-Infringement Orders for immediate appeal under Rule 54(b) for all purposes and issues relating to those judgments;

4. The Court certifies the Markman Order (ECF No. 138) for immediate appeal under Rule 54(b) to the extent that it forms the basis for the judgments rendered herein.

***It is FURTHER ORDERED that judgment shall enter in favor of MDx on claims 1, 2, 3, and 5 of Health Grades' infringement contentions. It is FURTHER ORDERED that all other claims, counterclaims and all other pending matters are hereby stayed nunc pro tunc to November 13, 2014 and will remain stayed during pendency of the Rule 54(b) appeal, with the sole exception of MDx's request for attorneys fees which will be briefed and decided notwithstanding the stay as to all other issues.***

Dated at Denver, Colorado this 21st day of November, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Cathy Pearson

Cathy Pearson
Deputy Clerk