**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

---

**MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO
DOCUMENTS - DOCUMENT NO. 944-2**

---

    Defendant and Counterclaim Plaintiff MDx Medical, Inc. ("MDx"), by and through its undersigned counsel, pursuant to *D.C.COLO.LCivR* 7.2, moves this Court for an order continuing the restricted access to document number 944-2 (hereinafter the "Motion to Restrict"). Dkt. No. 944-2 is an exhibit to Health Grades, Inc. ("Health Grades")'s Electronic Filing Of Its November 6, 2014 Hearing Exhibits ("Health Grades' Filing").

    MDx is submitting a proposed, redacted version of document number 944-2, from which the MDx highly confidential information has been redacted, in the exact same or similar fashion as previously accepted by the Court, to be used for public access. Therefore, in light of the arguments herein, MDx respectfully requests that access to the unredacted document number 944-2 remain restricted at Restricted Level 1, and the proposed redacted document attached hereto be used as a replacement for this document for public access.

1

Pursuant to *D.C.COLO.LCivR* 7.1(a), MDx's counsel conferred with counsel for Health Grades on November 24, 2014 regarding this Motion to Restrict, and Health Grades has indicated that it takes no position with respect to this Motion to Restrict.

**Discussion**

MDx respectfully requests very limited confidentiality restrictions for document number 944-2, to redact references in this document to specific, competitively sensitive, highly confidential and proprietary information regarding MDx's accused website, vitals.com, usage metrics, percentages, internal data and statistics, and internal website operations; data license information and MDx customer information; MDx business relationship information; MDx business strategy and lines of business; and MDx financial information in the identical or similar manner that this Court has previously restricted the same or similar highly confidential information in documents previously filed in this action.

MDx respectfully requests continued restricted access to Dkt. No. 944-2 as follows below.

**Dkt. Nos. 944 and 944-1**– MDx is not requesting restricted access for these documents, and, therefore, restricted access to these documents shall no longer be necessary.

**Dkt. No. 944-2** – The full deposition transcript of Mitchel Rothschild, MDx's president, containing references to information regarding MDx's accused website, vitals.com, usage metrics, percentages, internal data and statistics, and internal website operations; data license information and MDx customer information; MDx business relationship information; MDx business strategy and lines of business; and MDx financial information, all of which MDx considers to be highly confidential information that MDx does not make public. *See* Declaration

of Erika Boyer, dated Sept. 18, 2012, Dkt. No. 302-5, at ¶¶ 4-10; Declaration of Erika Boyer, dated October 10, 2012, Dkt. No. 322-1, at ¶¶ 4-8; Declaration of Erika Boyer, dated Nov. 16, 2012, Dkt. No. 400-5, at ¶¶ 5-6; Declaration of Erika Boyer, dated Oct. 9, 2013, Dkt. No. 622-1, at ¶¶ 4-6; and Declaration of Bryan Perler, dated Aug. 20, 2014, Dkt. No. 834-1, at ¶¶ 4-5.  If disclosed to the public and MDx's competitors, this information could be unfairly used by competitors against MDx regarding its data, products, services and customer relationships, that would cause damage to MDx in its efforts to secure business partners, data licensing agreements and possibly advertising.  *See* Dkt. No. 302-5, at ¶¶ 4-10; Dkt. No. 322-1, at ¶¶ 4-8; Dkt. No. 400-5, at ¶¶ 5-6; Dkt. No. 622-1, at ¶¶ 4-6; and Dkt. No. 834-1, at ¶¶ 4-5.  The Court has previously granted MDx's request (*see e.g.*, Dkt. Nos. 302, 322, 353, 383, 400, 459, 466, 506, 527, 551, 622, 698, 834, 851, 855, 857 and 866) to redact similar highly confidential information from previous documents filed with the Court. *See e.g.*, Court's Orders, Dkt. Nos. 483, 484, 508, 511, 536, 557, 690, 776, 861, 877 and 878.  MDx submits a redacted version of Dkt. No. 944-2 with redactions of the same or similar information that it previously asked the Court to restrict and the Court has previously approved, attached hereto as Exhibit A.  MDx, therefore, respectfully requests that access to Dkt. No. 944-2 be similarly restricted.

**Conclusion**

For the foregoing reasons, MDx respectfully requests that the Court grant this motion for continued restrictions of access to Document No. 944-2, at a Level 1 restriction, and to use the attached, redacted exhibit as a public access version for this document.

Dated:  November 24, 2014                                              Respectfully submitted,


*s:/Scott D. Stimpson*
Scott D. Stimpson                                                      Terence Ridley, Atty. No. 15212
Trent S. Dickey                                                        Wheeler Trigg O'Donnell LLP
David C. Lee                                                           370 Seventeenth Street, Suite 4500
Vincent M. Ferraro                                                     Denver, Colorado 80202
Sills Cummis & Gross P.C.                                              Tel:  (303) 244-1800
101 Park Avenue                                                        Fax:   (303) 244-1879
New York, New York 10178                                               E-mail: ridley@wtotrial.com
Tel: (212) 643-7000
Fax: (212) 643-6500                                                    *Attorneys for Defendant*
E-mail: sstimpson@sillscummis.com                                      MDx Medical, Inc. d/b/a VITALS.COM
E-mail: tdickey@sillscummis.com
E-mail: dlee@sillscummis.com
E-mail: vferraro@sillscummis.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2014, I electronically filed the foregoing **MDX MEDICAL, INC.'S MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENTS - DOCUMENT NO. 944-2** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Tamara F. Goodlette**
  tgoodlette@lrrlaw.com

- **Kirstin L. Stoll-DeBell**
  kstoll-debell@merchantgould.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sillscummis.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                                    *s:/David C. Lee*