IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

An adequate showing having been made under D.C.COLO.LCivR 7.2,

IT IS ORDERED that **MDx's Motion for Leave to Restrict Access** [Doc. # 954, filed 11/24/2014] is GRANTED as follows:

• The following document shall be RESTRICTED, Level 1:  Doc. # 944-2; and

• The following documents shall not be restricted and shall be open to public inspection:  Doc. ## 944 and 944-1.

DATED:  December 1, 2014