**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDx'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
A DETAILED DESCRIPTION OF SERVICES RENDERED**

Defendant, MDx Medical, Inc. ("MDx"), pursuant to F.R.C.P. 54(d)(2)(C) and Local Civil Rule 54.3, moves this Court for an extension of time to file a detailed description of services rendered, in support of its motion for recovery of attorneys' fees and costs. As grounds MDx states:

On Thursday, December 4, 2014, MDx intends to file a motion for recovery of attorneys' fees and costs pursuant to 35 U.S.C. § 285. In this **unopposed** motion, MDx respectfully requests an extension of time to submit, in accordance with Local Civil Rule 54.3, a detailed description of services rendered, accompanying affidavits, and a summary of qualifications, in support of its motion for attorneys' fees and costs. Specifically, MDx requests that its deadline for submission of the foregoing be extended until 14 days after the date of the Court's ruling on MDx's motion for attorneys' fees and costs.

1

This request is supported by good cause.  In deciding MDx's 35 U.S.C. § 285 motion, the Court must find that this case is "exceptional," and may thereafter decide to grant MDx's motion in full, in part, or not at all.  Efficiency and economy will be best served if the Court first rules on whether and to what extent MDx is entitled to recover its fees and costs, before turning to the issue of the amount of fees.  Given the long duration of this litigation, the submission of the specific fee components would be very voluminous, and may not be necessary for the Court to review its entirety.

In compliance with *D.C.COLO.LCivR* 7.1(a), the Parties conferred on December 1, 2014, and Health Grades **does not oppose** this Motion.

## GROUNDS FOR MOTION

1.     Through various court rulings, including docket numbers 696, 913, 935, and 931, the Court granted summary judgment for MDx on four of the five configurations accused of infringement.  Judgment was entered on November 21, 2014.  Dkt. # 953.

2.     Pursuant to Federal Rule of Civil Procedure 54, MDx must file its motion for attorneys' fees and costs within 14 days of entry of judgment, which falls on December 5, 2014.  In accordance with this Rule, MDx intends to file, on Thursday, December 4, 2014, a motion for attorneys' fees and costs pursuant to 35 U.S.C. § 285.

3.     Rule 54(d)(2)(B) states that unless a statute or court order provides otherwise, any motion for attorneys' fees must:  (i) be filed no later than 14 days after the entry of judgment; (ii) specify the judgment and the statute, rule, or other grounds entitling the movant to the award; (iii) state the amount sought or provide a fair estimate of it; and (iv) disclose, if the court so orders, the terms of any agreement about fees for the services for which the claim is made.

2

4. MDx's motion for attorneys' fees will comply with the requirements of Rule 54. It will specify the statute entitling MDx to the award of attorneys' fees, provide a fair estimate of the amount sought, and be filed within 14 days from entry of judgment.

5. In addition to the foregoing requirements under Rule 54, Local Civil Rule 54.3 requires that a party seeking recovery of attorneys' fees:

(a) **Motion Supported by Affidavit.** Unless otherwise ordered, a motion for attorney fees shall be supported by affidavit.

(b) **Content of Motion.** The motion shall include the following for each person for whom fees are claimed:

(1) a summary of relevant qualifications and experience; and

(2) a detailed description of the services rendered, the amount of time spent, the hourly rate charged, and the total amount claimed.

D.C.COLO.LCivR 54.3

6. Since the Court may decide to grant MDx's motion for attorneys' fees and costs, pursuant to 35 U.S.C. § 285, in full, in part, or not at all, in the interest of judicial economy, MDx respectfully requests that the Court permit MDx to fulfill the additional requirements of Local Civil Rule 54.3 within 14 days after the Court rules on its motion under 35 U.S.C. § 285.

7. MDx's request is supported by good cause. *See* RPM Civ. Practice Standard IV.J.1. 35 U.S.C. § 285 authorizes a prevailing party to recover its reasonable attorneys' fees in "exceptional cases." Thus, while MDx is the prevailing party, a finding that this case is exceptional is required before MDx can recover its attorneys' fees and costs. Moreover, even upon a finding that this case is, in fact, exceptional, the Court may find that MDx is only entitled to recover certain of its attorneys' fees and costs.

3

8. Rule 54 authorizes the Court to "decide issues of liability for fees before receiving submissions on the value of services." Fed. R. Civ. P. 54(d)(2)(C). Because MDx's claim for attorneys' fees and costs depends on the Court's initial determination of whether this case is exceptional, the most efficient manner of resolving MDx's motion for attorneys' fees and costs is to adopt the procedure contemplated by Rule 54(d)(2)(C) and determine the issue of liability for fees and costs – *i.e.,* whether the case is exceptional – prior to turning to the issue of the appropriate amount to award.

9. Accordingly, good cause supports MDx's request for an extension of time. Deferring submission on the amount and reasonableness of attorneys' fees and costs incurred by MDx until after a determination of whether this case meets the "exceptional case" requirement of 35 U.S.C. § 285 is the most efficient method, for both the Court and the parties, of resolving MDx's motion for attorneys' fees and costs.

## CONCLUSION

For the foregoing reasons, MDx requests that the Court extend the deadline for MDx to comply with the requirements of Local Civil Rule 54.3 until 14 days after the Court rules on MDx's motion for attorneys' fees and costs pursuant to 35 U.S.C. § 285.

<table>
<tr><td>Dated: December 2, 2014</td><td>Respectfully submitted,</td></tr>
</table>

| | |
|---|---|
| *s:/Scott D. Stimpson* | |
| Scott D. Stimpson | Terence M. Ridley |
| Trent S. Dickey | Wheeler Trigg O'Donnell LLP |
| David C. Lee | 370 Seventeenth Street, Suite 4500 |
| Vincent M. Ferraro | Denver, Colorado 80202 |
| Sills Cummis & Gross P.C. | Tel: (303) 244-1800 |
| 101 Park Avenue, 28th Floor | Fax: (303) 244-1879 |
| New York, New York 10178 | E-mail: ridley@wtotrial.com |
| Tel: (212) 643-7000 | |
| Fax: (212) 643-6500 | *Attorneys for Defendant* |
| E-mail: sstimpson@sillscummis.com | MDx Medical, Inc. d/b/a VITALS.COM |
| E-mail: tdickey@sillscummis.com | |
| E-mail: dlee@sillscummis.com | |
| E-mail: vferraro@sillscummis.com | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2014, I electronically filed the foregoing MDx'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A DETAILED DESCRIPTION OF SERVICES RENDERED with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Robert Charles Blume**
  rblume@gibsondunn.com,ealcock@gibsondunn.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **Vincent Marc Ferraro**
  vferraro@sillscummis.com

- **Tamara F. Goodlette**
  tgoodlette@lrrlaw.com,ccarroll@lrrlaw.com,kdaily@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com,dgrooms@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com,SKlipp@lrrlaw.com

- **David Chunyi Lee**
  dlee@sillscummis.com,vferraro@sillscummis.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com,phenke@lrrlaw.com,massaro4@gmail.com

- **Scott Butler Murray**
  smurray@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com,wall@wtotrial.com,norris@wtotrial.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com,gcaceres@sillscummis.com

- **Kirstin L. Stoll-DeBell**
  kstolldebell@merchantgould.com,cestell@merchantgould.com,jsaadeh@merchantgould.com

- **Jesus Manuel Vazquez , Jr**
  jvazquez@rothgerber.com,phenke@rothgerber.com

*s:/Scott D. Stimpson*
Scott D. Stimpson
Sills Cummis & Gross P.C.
101 Park Avenue, 28th Floor
New York, New York 10178
Tel:  (212) 643-7000
Fax:  (212) 643-6500
E-mail: sstimpson@sillscummis.com

Attorney for Defendant
MDx Medical, Inc. d/b/a VITALS.COM
