# Exhibit C

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

**EXHIBIT A - Claim Chart**
**U.S. Patent No. 7,752,060 To MDx's Current Website**

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **1.  A computer-implemented method of providing healthcare provider information to potential patients, said method comprising:** | MDx Medical, Inc. ("MDx") directly infringes this claim by practicing a computer-implemented method of providing healthcare provider information to potential patients via its on-line information system, which includes its website (www.vitals.com), its healthcare provider database, and the software and hardware, that are associated therewith.<br><br>MDx provides potential patients with access to MDx's database of information relating to healthcare providers, such as doctors, through its www.vitals.com website.<br><br>Various screenshots taken from http://www.vitals.com/[1] are provided in this claim chart to illustrate the various features of the vitals.com website and how these features correspond to the features of claims 1, 4-9, 11, 14-16.  For instance, Screenshot No. 1 (reproduced below and, in larger form, in Exhibit C) illustrates the homepage of the MDx website where a potential patient begins accessing MDx's information related to specific doctors. |

---

[1]   Screenshots taken between 6/1/11 and 6/29/2011.

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| |  |
| **creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare** | After a patient/user enters search criteria for a doctor, MDx creates one or more healthcare provider reports using information from the MDx database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third-party source.    Screenshot Nos. 14 & 16-18 show portions of a healthcare provider report for Dr. Mark Brunvand. This report uses at least the following information: (1) healthcare provider-verified information, circled in |

Page 15 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| **provider-verified information, the patient-provided information, and the information verified by the independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and** | red; (2) patient-provided information, circled in green; and (3) information verified by an independent third party circled in purple. The report also includes comparison ratings, circled in orange.<br><br>Screenshot No. 14<br><br><br><br>    The "match score" comparison rating provides the patient with information regarding how well physicians listed in the results list satisfy the patient's specified criteria, e.g. "specialty or location [state], and [city] [criteria]."  The "match score" is determined based on four criteria, which may be changed by the patient by manipulating the slider bars shown in screenshot No. 15, below.<br><br>Screenshot No. 15 |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | <br><br>Additionally, the "overall patient rating," comprising 0-4 purple stars, comprises comparison ratings of healthcare providers. *See* Screenshot No. 16.<br><br>Screenshot No. 16 |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| |  MDx includes another comparison rating of healthcare providers when it includes the "Patients' Choice" mark next to the physician's name. MDx gives this award to physicians when the physician has "received near perfect scores as rated by patients" compared to other physicians. *See* Screenshot No. 17.<br><br>Screenshot No. 17 |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | 

To the extent that MDx asserts that any of these three ratings do not literally satisfy the limitation of a healthcare provider report that includes comparison ratings, these ratings meet the claim limitations under the doctrine of equivalents because they have the same function, and operate in the same way to achieve the same result as comparison ratings in a healthcare provider report. *See* Screenshot No. 18. |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | Screenshot No. 18 <br><br>  <br><br>     The report on Dr. Brunvand uses the following doctor-verified information: (1) specialty information, gender, years in practice, shown in Screenshot No. 19, and; (2) professional memberships shown in Screenshot No. 20 below: <br><br> Screenshot No. 19 |

Page 20 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| | 

Screenshot No. 20

The report on Dr. Brunvand uses the following patient provided information: patient ratings compiled from a www.vitals.com on-line patient-experience survey (circled in green in Screenshot No. 18 below):

Screenshot No. 18 |

Page 21 of 59

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
| |  Additionally, the report on Dr. Brunvand uses information verified by the independent third-party sources, namely, board certifications and medical school information as shown in Screenshot Nos. 21-22 below. MDx also uses compiled licensure information to ensure that only licensed physicians, including Brunvand, are displayed in the search results. |

Plaintiff Health Grades' Rule 3.1(c) Disclosure – Exhibit A – '060 Patent v. MDx's Current Website

| U.S. Patent No. 7,752,060 | MDx's Current On-line Information System |
|---|---|
|  | Screenshot 21<br><br>Screenshot 22 |
| **providing access to the healthcare provider report on the first** | MDx provides access to the doctors' healthcare provider reports over a computer network.  *See* Screenshot No. 23 (highlighting that this information was accessed over a computer network, e.g., the Internet, and that the profile can be sent by email or printed). |