Exhibit F

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

**EXHIBIT B - Claim Chart**
**U.S. Patent No. 7,752,060 to MDx's Prior Website**

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| **1.** A computer-implemented method of providing healthcare provider information to potential patients, said method comprising: | | MDx Medical, Inc. ("MDx") directly infringed this claim by practicing a computer-implemented method of providing healthcare provider information to potential patients via its on-line information system, which included its pre-January 2011[1] version of its website (www.vitals.com), its healthcare provider database, and the software and hardware that are associated therewith. |
| | | MDx provides potential patients with access to MDx's database of information relating to healthcare providers, such as doctors, through its www.vitals.com website. |
| | | Various screenshots taken from http://www.vitals.com/[2] are provided in this claim chart to illustrate the various features of the vitals.com website and how these features correspond to the features of claims 1, 4–9, 11, 14–16. For instance, Screenshot No. 1 (reproduced below and, in larger form, in Exhibit D) illustrates the homepage of the MDx website where a potential patient begins accessing MDx's information related to specific doctors. |

---

[1] MDx made changes to its website in January 2011.
[2] Screenshots taken between 11/1/10 and 12/31/10. Because Plaintiffs cannot currently access the pre-January 2011 website, the quality and availability of the screenshots may be affected.

Page 1 of 64

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| | |  |
| creating, by the at least one computer processor, a healthcare provider report on the first healthcare provider using the healthcare provider-verified information, the patient-provided information, and the information verified by the | "First Healthcare Provider: a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.) | After a patient/user enters search criteria for a doctor, MDx creates one or more healthcare provider reports using information from the MDx database, including using healthcare provider-verified information, patient-provided information, and information verified by the independent third-party source about the first healthcare provider.

The Court's Markman Order defines "First Healthcare Provider" as "a particular healthcare provider about whom information is requested and a report is produced." (Markman Order at 23.)

The Court's Markman Order defines "Comparison Ratings of Healthcare Providers" as |

Page 17 of 64

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| independent third-party source, wherein the healthcare provider report on the first healthcare provider includes comparison ratings of healthcare providers; and | "Comparison Ratings of Healthcare Providers: ratings on multiple healthcare providers, including the 'first healthcare provider,' in the report on that 'first healthcare provider,' thus permitting comparison of the 'first healthcare provider' with other potential healthcare providers." (Markman Order at 24.) | "ratings on multiple healthcare providers, including the 'first healthcare provider,' in the report on that 'first healthcare provider,' thus permitting comparison of the 'first healthcare provider' with other potential healthcare providers." (Markman Order at 24.)<br><br>Screenshot Nos. 13 -16 show a portion (e.g. first page) of a healthcare provider report on the first healthcare provider. This report uses at least the following information: (1) healthcare provider-verified information, circled in red; (2) patient-provided information, circled in pink; and (3) information verified by an independent third party circled in purple. These reports also include comparison ratings, circled in orange, as well as comparison ratings of other healthcare providers below..<br><br>Screenshot No. 13 |

Page 18 of 64

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| | | <br><br>Screenshot No. 14 |

Page 19 of 64

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|



Screenshot No. 15

http://www.vitals.com/doctor/profile/1730144767/print/1730144767

Page 20 of 64

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| | |  |

MDx's Previous On-line Information System

Screenshot No. 16

Page 21 of 64

EXHIBIT 5

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| | |  Vitals - Doctor Karen A Wendel, MD profile Page 3 of 3 · Johns Hopkins Hospital Top 25% · Graduate Education · Johns Hopkins University School of Medicine Top 25% · Infectious Disease, Completed: 2001 · Ranked #37 out of 144 in primary care by US News & World Report. · Ranked #2 out of 144 in research quality by US News & World Report. · Medical Oncology · Fellowship · Johns Hopkins University School of Medicine · Ranked #37 out of 144 in primary care by US News & World Report. · Ranked #2 out of 144 in research quality by US News & World Report. · Publications · Dr. Wendel has 13 publications: Most recent publications shown. · Article: Trichomoniasis: challenges to appropriate management. Date: August 2007 Journal: *Clinical infectious diseases : an official publication of the Infectious Diseases Society of America* · Article: Trichomoniasis and its treatment. Date: March 2006 Journal: *Expert review of anti-infective therapy* · Article: Use of an immunochromatographic assay for rapid detection of Trichomonas vaginalis in vaginal specimens. Date: June 2005 Journal: *Journal of clinical microbiology* · General Information · Biography & Background: Dr. Wendel values compassion and respect with her patients and believes in providing evidence-based care. She is a specialist in Infectious Disease and Internal Medicine and works in a group practice with a facility that has a full-service infusion center.She has worked for the Centers for Disease Control (CDC) and has participated on national practice guidelines committees. In her free time she enjoys biking and running. · * denotes self reported information that Vitals has received directly from the doctor. · This profile is at no cost to you. All we ask is that you leave a rating. · Copyright © 2006 - 2010 Vitals.com & MDx Medical, Inc. All Rights Reserved. Material can not be reproduced without express written permission. · http://www.vitals.com/doctor/profile/1730144767/print/1730144767 12/03/2010<br><br>MDx's "compare now" feature generates comparison ratings of multiple healthcare providers as set forth in the Court's claim construction. For example this list provides the |

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| | | patient with information regarding how well physicians listed rate against each other for things like location, years of experience, patient ratings, education, etc. *See* Screenshots Nos. 17-20. |
| | | Screenshot No. 17 |
| | |  |

Page 23 of 64

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| | | Screenshot No. 18  |

Page 24 of 64

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| | | Screenshot No. 19  |

Page 25 of 64

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| | | Screenshot No. 20  |

Page 26 of 64

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| | | In addition, the "overall patient rating," comprising 0-4 purple stars, comprises comparison ratings of healthcare providers. *See* Screenshot No. 21.<br><br>Screenshot No. 21<br><br> |

Page 27 of 64

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| | | MDx includes another comparison rating of healthcare providers when it includes the "Patients' Choice" mark next to the physician's name. MDx gives this award to physicians when the physician has "received near perfect scores as rated by patients" compared to other physicians. *See* Screenshot No. 22.<br><br>Screenshot No. 22<br><br><br><br>To the extent that MDx asserts that these three ratings do not literally satisfy the limitation of a healthcare provider report that includes comparison ratings, these ratings |

Page 28 of 64

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| | | meet the claim limitations under the doctrine of equivalents because they have the same function, in the same way, to achieve the same result as comparison ratings on a healthcare provider report. |
| | | To the extent that the Court's construction of first healthcare provider requires that the healthcare provider report on the first healthcare provider include *only* one particular healthcare provider, a position with which Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents. MDx literally infringes this element because the www.vitals.com website is capable of creating a healthcare provider report about *only* one particular physician. MDx infringes under the doctrine of equivalents because creating a report that includes multiple particular physicians performs substantially the same function, in substantially the same way, to achieve substantially the same result as creating a healthcare provider report about one particular physician. |
| | | To the extent that the Court's Markman Order additionally requires that the comparison ratings of the first healthcare provider be within the same report as the comparison ratings of the other healthcare providers, MDx infringes because it displayed at least the first page of multiple healthcare provider reports, each about a single particular healthcare provider (reports are shown by green boxes), and each including comparison ratings of that particular healthcare provider (comparison ratings shown by orange boxes), on the same viewable page, side-by-side. |
| | | Displaying multiple healthcare provider reports, each about a single healthcare provider and each including comparison ratings of that particular healthcare provider, performs substantially the same function, in substantially the same way, to achieve substantially the same result as creating a report about a first healthcare provider that includes comparison ratings of multiple healthcare providers. |

Page 29 of 64

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| | | To the extent that the Court's construction of comparison ratings of healthcare providers requires that the comparison ratings of the first healthcare provider be shown on the same page (e.g. side by side) as the comparison ratings of other healthcare providers, MDx both literally infringes this element and infringes under the doctrine of equivalents. MDx literally infringes this element because the www.vitals.com website is capable of providing a healthcare provider reports on a particular healthcare provider that include comparison ratings of that particular healthcare provider as well as other healthcare providers, which are displayed on the same page, side-by-side. MDx infringes under the doctrine of equivalents because a healthcare provider report that displays comparison ratings of the first healthcare provider on a different page than comparison ratings of other healthcare providers performs substantially the same function, in substantially the same way, to achieve substantially the same result as displaying this information side-by-side. |
| | | To the extent that the Court's construction of first healthcare provider requires that the healthcare provider report on the first healthcare provider be limited to a single viewable page, a position with which Health Grades disagrees, MDx both literally infringes this element and infringes under the doctrine of equivalents. MDx literally infringes this element because the www.vitals.com website is capable of healthcare provider report on the first healthcare provider be limited to a single viewable page as shown above. MDx infringes under the doctrine of equivalents because creating a healthcare provider report on the first healthcare provider that is displayed on multiple viewable pages, linked together, performs substantially the same function, in substantially the same way, to achieve substantially the same result as creating a healthcare provider report on the first healthcare provider be limited to a single viewable page. |
| | | The purpose of this element is to provide a patient with a report containing information about a particular healthcare provider, e.g., a first healthcare provider, who matches a |

Page 30 of 64

EXHIBIT 5

Plaintiff Health Grades' February 2012 Supplement to its Rule 3.1(c) Disclosure – '060 Patent v. MDx's Previous Website

| U.S. Patent No. 7,752,060 | Markman Order | MDx's Previous On-line Information System |
|---|---|---|
| | | patient's search criteria. Additionally, it facilitates comparisons among the matching healthcare providers. MDx's website is capable of doing this. In fact, it is capable of providing the claimed information about multiple healthcare providers and has multiple ratings systems that facilitate comparisons among the healthcare providers that match the search query as described above.

To the extent that MDx does not include comparison ratings in its report, MDx infringes under the doctrine of equivalents at least because it includes ratings that function to allow customers to compare physicians against other physicians. The way in which these ratings are included is substantially the same, i.e., through the above mentioned computer method. The result is substantially similar, i.e., a website that allows a customer to compare physicians using ratings. |
| providing access to the healthcare provider report on the first healthcare provider over a computer network. | | MDx provides access to the doctors' healthcare provider reports over a computer network. *See* Screenshot No. 23 (highlighting that this information was accessed over a computer network, e.g., the Internet, and that the profile can be sent by email or printed).

<u>Screenshot No. 23</u> |

Page 31 of 64

EXHIBIT 5