# Exhibit H

```
                                                          Page 1
 1   Volume I                              Pages 1 - 292
 2                                         Exhibits 64 - 71
 3          UNITED STATES DISTRICT COURT
 4             DISTRICT OF COLORADO
 5           Civil Action No. 11-CV-00520-PAB-BNB
 6   *************************************
 7   HEALTH GRADES, INC.,                   *
 8       Plaintiff,                         *
 9   Vs.                                    *
10   MDX MEDICAL, INC., d/b/a VITALS.COM,   *
11       Defendant.                         *
12   *************************************
13
14          DEPOSITION of PHILIP G. GREENSPUN
15          Friday, September 28, 2012 at 8:30 a.m.
16          Courtyard by Marriott
17          700 Unicorn Park Drive
18          Woburn, Massachusetts
19
20   ------ Jacqueline P. Shields, RPR, CSR ------
21
22
23
24       Job No. NJ1339308
```

| Page 150 | Page 152 |
|---|---|
| 1 on Dr. Smith. Is the information on Dr. Jones being | 1 Dr. Yakes, if it's only got the patient ratings for |
| 2 used to create the information on Dr. Smith just | 2 Dr. Yakes, is that comparison ratings of healthcare |
| 3 because he's in the database? | 3 providers? |
| 4   A. I would say no. | 4       MR. KOSTOLANSKY: Sorry, can I have that |
| 5   Q. If you can please turn to page 40 of your | 5 read back, please? |
| 6 report, paragraph 171. | 6       (Read back.) |
| 7   A. Okay. | 7   A. Well, I think I talked about this, you |
| 8   Q. Actually, this starts on the comparison | 8 know, if it's fairly straightforward to open that in |
| 9 ratings, going to go through a few paragraphs here. | 9 another window with another doctor, then it could |
| 10 And you're telling us what comparison ratings are in | 10 be. If you're just looking at that one window by |
| 11 the MDX site. So I think the first place where you | 11 itself and no other doctor's mentioned, or there's |
| 12 identify what you think are comparison ratings in | 12 no information in front of you on another doctor, |
| 13 the Vitals website is paragraph 173; is that right? | 13 then I would say no. |
| 14   A. Yes, I see that. | 14   Q. So, yeah, the second part was really my |
| 15   Q. Can you use Exhibit C and show me what | 15 question. You have something in front of you on Dr. |
| 16 you're referring to there? Let me just back up and | 16 Yakes, whatever the doctor happens to be, and the |
| 17 ask you a question. | 17 only thing you see for patient ratings is just the |
| 18       First you're saying there's an overall | 18 patient ratings for Dr. Yakes. That is not |
| 19 patient rating for most physicians, "by displaying a | 19 comparison ratings of healthcare providers, right? |
| 20 scale along with every rating, Vitals ensures that a | 20       MR. KOSTOLANSKY: Object to the form. |
| 21 potential patient sees how a doctor compares to an | 21   A. Yes, I think so. I agree with you. |
| 22 ideal doctor. Most physicians on Vitals have an | 22   Q. I'm correct? Okay. All right. Paragraph |
| 23 overall star rating." Doctor, can you tell us that | 23 174, please. |
| 24 overall patient ratings are also comparison ratings? | 24       MR. KOSTOLANSKY: Scott, why don't we take a |
| Page 151 | Page 153 |
| 1   A. I thought there was a claim construction | 1 break before we move on to another paragraph. |
| 2 ruling, or maybe an agreement between the parties, | 2       (Recess was taken at 1:39 p.m.) |
| 3 or something in this case that excluded that. | 3       (Reconvened at 2:05 p.m.) |
| 4   Q. Well, you can look at 171 actually, | 4   Q. Could you look at paragraph 174, please. |
| 5 comparison ratings have to be ratings on multiple | 5 It says, "An additional comparison rating for a |
| 6 healthcare providers, right? | 6 doctor is whether or not the doctor has been |
| 7   A. Yes, you have to look at potential other | 7 selected for certain awards." Did I read that |
| 8 healthcare providers. So I suppose by that | 8 correctly? |
| 9 definition, just the comparison to the overall | 9   A. Yes. |
| 10 scale, that would not be sufficient to be a | 10   Q. What awards? Any awards? |
| 11 comparison rating. | 11   A. Well, just continuing reading this |
| 12   Q. Can you show me what you're referring to by | 12 paragraph I see there's a Patients' Choice Award, |
| 13 using Exhibit C and show me what you're referring to | 13 and then in paragraph 175 there's the award of |
| 14 by paragraph 173. | 14 America's Top Doctors. I don't know if this is an |
| 15   A. Well, you see that Dr. Yakes and Dr. | 15 award or not, but being one of America's Leading |
| 16 Diab -- | 16 Experts, so those are the three awards or award-like |
| 17   Q. Page 14? | 17 things that are mentioned in the report. |
| 18   A. Sorry, page 14 of Appendix C, doctor | 18   Q. But is there anything else? I mean, this |
| 19 ratings, and Dr. Diab has an overall patient rating, | 19 isn't exhaustive, is it, of what type of awards |
| 20 and Dr. Diab is more popular with patients, getting | 20 would be comparison ratings in your view? |
| 21 four stars, and Dr. Yakes is rated lower by patients | 21   A. Well, it depends how these awards were |
| 22 with only three stars. | 22 used. If they were displayed on Web pages where you |
| 23   Q. So let me ask you this, in this results | 23 could see multiple doctors' information regarding |
| 24 list, or in the report that you click through for | 24 multiple doctors, and which awards they've won, in |

Page 154

1  theory some other awards could be comparison
2  ratings.
3      Q. Well, I'm not talking about where you can
4  see other doctors now. We're just talking about the
5  awards. Can an award itself be a comparison rating?
6      A. Yes.
7      Q. Okay. And what types of awards could be
8  comparison ratings? Can you quantify that in any
9  way?
10     A. It's not a question that I was asked to
11 consider. So I'm not sure that it's quantifiable.
12     Q. So there's no way anybody could read this
13 patent then and understand what types of awards
14 might be comparison ratings and what might not be
15 comparison ratings, right?
16         MR. KOSTOLANSKY: Object to the form. Calls
17 for a legal conclusion.
18     A. I don't remember enough about the patent
19 spec to tell you if awards are discussed in any
20 length in the spec.
21     Q. I just want to make sure I understand your
22 testimony. Some awards may be comparison ratings
23 and other awards may not be, right?
24         MR. KOSTOLANSKY: Object to the form.

Page 155

1      A. Well, if it's a standardized award, maybe I
2  can quantify it, that any doctor potentially could
3  qualify for, like America's Top Doctors or Patients'
4  Choice, or America's Leading Experts, and it can be
5  displayed on a report, the kinds of reports that are
6  covered by claim 115, then it can be a comparison
7  rating.
8      Q. What about awards that relate to
9  excellence?
10     A. Well, if it relates to excellence, you
11 know, playing golf, which is a popular activity
12 among doctors, but not something that every doctor
13 does, then I would say no, that probably wouldn't be
14 a comparison rating.
15     Q. What about an award for say orthopedics,
16 the excellence in teaching orthopedics, would that
17 be a comparison rating?
18     A. No, I don't think so.
19     Q. Why not?
20     A. Well, we're talking about a site that's
21 supposed to help patients find a doctor, and it
22 doesn't relate to anything having to do with patient
23 care. And also not all orthopedists are teachers,
24 so it's not something that can be used to compare

Page 156

1  any two orthopedists.
2      Q. I mean, if you're looking for a doctor and
3  one's a teacher and is an excellent teacher, say in
4  orthopedics, wouldn't you rather have the teacher
5  than the student?
6      A. Well, if they are the same age and one has
7  chosen just to do orthopedics all day and every day,
8  and one has chosen to work at a university, I don't
9  think you can infer from that that one is better
10 than the other.
11     Q. So some awards are comparison ratings, some
12 awards not, right?
13     A. Yeah, I think I was forced to think on the
14 fly, because I hadn't been asked to consider that,
15 but I think I gave a reasonably -- I came up pretty
16 quickly with what I think is a reasonably sensible
17 definition. It has to be something that any doctor
18 could qualify for to serve as a useful comparison.
19     Q. A little later today when we're looking at
20 the prior art, if I show you awards in the prior art
21 that are awards that doctors could qualify for
22 excellence in their profession, or top doctors and
23 things like that, then you're going to tell me that
24 the prior art has comparison ratings, right?

Page 157

1          MR. KOSTOLANSKY: Objection to the form.
2  Speculation.
3      A. Depends how they're used and how they're
4  presented, but it's hard to say.
5      Q. Okay. So 174, you refer to Patients'
6  Choice Awards, right? So say you have a Patients'
7  Choice Award for a doctor which you say is a
8  comparison ratings, right?
9      A. Yes.
10     Q. Would that include any ratings of any other
11 providers?
12         MR. KOSTOLANSKY: Would what?
13         MR. STIMPSON: The Patients' Choice Award.
14         MR. KOSTOLANSKY: You're asking does the
15 Patients' Choice Award in and of itself involve
16 ratings of different doctors?
17         MR. STIMPSON: Yes.
18     A. Not as far as I know, no.
19     Q. You're saying that -- your lawyer brings up
20 a good point. You're saying that the Patients'
21 Choice Award in and of itself is a comparison
22 rating, right?
23     A. If it's presented on, you know, if
24 information about multiple doctors is shown in one

### Page 158

1 place, and for some of them they have this Patients'
2 Choice Award and some they don't, then that can
3 serve as a comparison rating.
4    Q. I'm just talking about a report of a
5 doctor, you have Dr. Smith's profile in front of
6 you, no ratings to be found except Patients' Choice
7 Award, that is a comparison rating in and of itself?
8    A. Well, I don't think it's a comparison
9 rating as construed by the Markman order, because
10 there has to be ratings on multiple healthcare
11 providers. And you just told me about a situation
12 where I only see, there's one provider that has this
13 award, and I don't know if every other doctor has it
14 or no other doctor has it.
15    Q. Right. So these awards that you're
16 talking about in and of themselves can't be
17 comparison ratings because they don't have ratings
18 of other providers, right?
19        MR. KOSTOLANSKY: Object to the form. What
20 do you mean by "these awards"?
21    Q. You can answer. Go ahead.
22    A. Yes, I think if you only have information
23 about one doctor and the awards that he or she has
24 gotten, that that by itself is not a comparison

### Page 159

1 rating.
2    Q. And that would go for paragraph 174,
3 Patients' Choice Award, right?
4    A. Yes.
5    Q. And also true for 175, America's Top
6 Doctors, right?
7    A. Yes, although the title of that award,
8 assuming you believe that the source is
9 authoritative, kind of implies it's not something
10 that every doctor can have.
11    Q. Well, any award you can say that's not an
12 award that every doctor can have, right? Let me
13 rephrase the question, it's causing you a little
14 trouble.
15        The America's Top Doctors award, that in
16 and of itself can't be a comparison rating because
17 there's no ratings of other providers, right?
18        MR. KOSTOLANSKY: Object to the form.
19    A. I think it's possible that particular
20 award, they talk about top doctors, and find that a
21 lot, that most doctors have been excluded, so I
22 think this particular example could be. If
23 Patients' Choice just means that the doctor's liked
24 by patients, and it's possible it's a pretty easy

### Page 160

1 award to win, but top doctors by definition, unless
2 it's misnamed, is something that you know only a
3 smaller percentage of doctors would be able to
4 achieve.
5    Q. Look at your paragraph 171. Would it meet
6 the Court's claim construction where it requires
7 ratings on multiple healthcare providers?
8        MR. KOSTOLANSKY: What is "it" in your
9 question?
10        MR. STIMPSON: America's Top Doctors.
11    A. I don't think presented by itself it would.
12 I don't think it would meet the Court's claim
13 construction, even if a reasonable consumer could
14 infer that not every other doctor would have it.
15        MR. KOSTOLANSKY: I will object. Calling
16 for a legal conclusion.
17    Q. Paragraph 176 refers to one of America's
18 Leading Experts. Same true for that, that can't
19 meet the Court's claim construction that a
20 comparison rating is a healthcare provider, correct?
21        MR. KOSTOLANSKY: Object to the form.
22 You're talking about how it's presented?
23        MR. STIMPSON: My question, I think, is
24 clear. You can answer it, Doctor.

### Page 161

1        MR. KOSTOLANSKY: I object to the form.
2 You've not addressed that issue in your
3 hypothetical.
4    A. I think if you only have one doctor and
5 only that one award, and that's all that you know, I
6 think that's better than Patients' Choice. The
7 implication is that it's not something that
8 everybody can be a leader, and if it's presented in
9 a report where you can see multiple doctors and
10 whether or not they've won this award, then I would
11 say it does function as a comparison rating.
12    Q. Now, my question is, one of America's
13 Leading Experts, that in and of itself, can that
14 meet the comparison rating interpretation by Judge
15 Bremer?
16        MR. KOSTOLANSKY: When you say "in and of
17 itself" you mean without reference to any other
18 healthcare providers, other than that healthcare
19 provider?
20        MR. STIMPSON: My question is clear.
21    Q. Go ahead.
22    A. It's actually becoming a little unclear.
23 The words on a Web page, America's Leading Experts,
24 I'm assuming that's not what you mean, that

Page 162

1  obviously doesn't even relate to this patent, so if
2  what you're saying is if we're just looking at a
3  report on one, if we're looking at a report that has
4  information only about one doctor and that doctor
5  happens to be America's Leading Expert or one of
6  America's Leading Experts, I would say that's a
7  relatively weak form of comparison rating, because a
8  reader has to infer that's an award that not
9  everybody has, and it may not meet the Court's
10 construction because there's no other healthcare
11 providers listed in that report.
12     Q. Paragraph 177, please. "Personalized
13 comparison rating is often following the search for
14 a doctor and that doctors are shown in order of max
15 score how closely a doctor matches a potential
16 patient's search criteria." You're talking about
17 they are shown in order on the results list, right?
18     A. Yes. We talked about earlier, we had that
19 page here, it is right here, page 14, where these
20 doctors may be sorted by -- whether obviously sorted
21 by some criteria other than patient rating, because
22 Dr. Yakes has a lower patient rating than Dr. Diab,
23 but yet he is the first result, so the user --
24 either the system can take a guess or the user can

Page 163

1  be explicit about these are the criteria that are
2  most important to me. And after the search is
3  complete, a report is produced where the top doctor
4  under the customized comparison criteria appears
5  first in the list.
6     Q. So if you got a profile on a doctor that's
7  only got that doctor there, and it has the match
8  score, is that a comparison rating?
9     A. I don't think it would be, only because
10 users don't have any idea what the -- maybe if there
11 was a scale, you know, if it was 99 out of 100, that
12 could be a comparison rating. But if you just say
13 it's a match score of 99 and you don't know if
14 that's out of 100, 1,000 or 10 million, again,
15 that's a pretty useless number.
16     Q. So if you have a match score of 99 out of
17 100 and that's all you have in and of itself, that's
18 a comparison rating as you understand it pursuant to
19 the Court's claim construction order?
20     A. Well, there are two different questions, as
21 I understand. From a consumer's point of view I
22 think that could be used as a comparison rating. A
23 reasonable person could infer not every provider
24 would match that high. The Court's construction

Page 164

1  requires that the consumer have some access to
2  ratings on multiple healthcare providers, which I
3  don't think your hypothetical gave me. So I would
4  say it's a little bit weak, my personal opinion.
5  And it very likely does not qualify under the
6  Markman order.
7     Q. So, Doctor, could you turn to paragraph
8  185, please.
9     A. Okay.
10    Q. This is where you do an equivalence
11 analysis of comparison ratings, right?
12    A. Yes.
13    Q. I want to change that a little bit. I
14 don't want you to -- we're going to talk about
15 function.
16       MR. KOSTOLANSKY: Hang on, you're asking him
17 a question about a 12-line paragraph here, and then
18 you're going to change a variable? Let's let him
19 read the paragraph.
20    Q. I don't want to talk about paragraph 185.
21 I'm going to talk about comparison ratings included
22 in the report on a first healthcare provider, okay?
23    A. Okay.
24    Q. And you understand that every claim in the

Page 165

1  patent requires that comparison ratings be included
2  in the report on the first healthcare provider,
3  right?
4     A. Yes, I believe so.
5     Q. So what is the function of a comparison
6  rating being included in the first healthcare
7  provider report? Let me change it. The function of
8  comparison ratings being included in the first
9  healthcare provider report is being able to see
10 ratings of other providers while in the report on a
11 first healthcare provider, right?
12    A. Well, I would say the function of
13 comparison ratings is to help people make a more
14 informed choice, or to help them be more comfortable
15 with the choice that they made. To do that they
16 have to be able to ideally see them all at the same
17 time for maximum convenience.
18    Q. Okay. Sorry, I have to move to strike that
19 as nonresponsive.
20       Doctor, my question is not focused on just
21 comparison ratings. My question is focused on the
22 specific claim requirements that the comparison
23 ratings be included in the first healthcare provider
24 report; do you understand?