# Exhibit I

HealthGrades, Inc. - The Healthcare Quality Experts ®     Page 1 of 5



# David A. Drucker, MD

## Introduction

**Patient/Medical Philosophy:**

Dr. Drucker's philosophy on treating patients with arthritis is that before considering surgery all patients should try a comprehensive approach to non-surgical treatment. Those who fail to find success with conservative treatment and elect to have surgery are thoroughly evaluated with respect to general health lifestyle, living situation and occupation before the doctor and patient choose the appropriate surgery.

**Personal Facts:**

Male
Age: 48
Languages: Spanish
Years in profession: 22

**Awards and Honors:**

2001-2002 UMDNJ Orthopaedic Chief Residents Award for Excellence in Teaching
1991 Mueller Foundation Research Fellow

**Professional Appointments:**

Director of Orthopaedic Surgery, 2005 Staten Island University Hopsital
Assistant Professor (2004), UMDNJ, Department of Orthopaedic Surgery

**Professional Afiliations/Memberships:**

1995 American Academy of Hip and Knee Surgeons
1995 American Academy of Orthopedic Surgeons

**Professional Interests:**

Minimally invasive joint replacement of the hip and knee.
Reconstructive surgery for the arthritic hip and knee.

## Experience/Training

**Specialties[1]**

Orthopedic Surgery (HealthGrades has verified that Dr. Drucker is board certified by the American Board of Orthopaedic Surgery)



Copyright © 2004 Elsevier Inc. and the American Board of Medical Specialties. All rights reserved.

| Medical School | Intern |
|---|---|
| Finch University Health Sciences Chicago School of Medicine<br>North Chicago, IL, 1989 | UMDNJ-NJ MEDICAL SCHOOL<br>NEWARK, NJ, 1984 |

| Residency | Fellowship |
|---|---|
| Umdnj University Hospital | INDIANA UNIVERSITY |



DEFENDANT'S
DEPOSITION EXHIBIT
13

http://www.healthgrades.com/consumer/index.cfm?fuseaction=modnw&modtype...   06/04/2005

CONFIDENTIAL - ATTORNEYS' EYES ONLY     MGHG000016

HealthGrades, Inc. - The H' 'thcare Quality Experts ®                             Page 2 of 5

Newark, NJ, 1989                          INDIANAPOLIS, IN, 1990

UMDNJ-NJ MED SCHOOL
SOUTH ORANGE, NJ, 1990

MASS. GENERAL HOSPITAL HARVARD
UNIVERSITY
BOSTON, MA, 1991

### Performance

| Procedure | Number per year (approximate) |
|---|---|
| Revision of Total Knee and Hip | 30 |
| Total Hip Replacement | 150 |
| Total Knee Replacement | 150 |

Avg time to get a new patient appointment: 10 days
Avg time for existing patient to get an appointment: 10 days
Avg wait room time: 20 minutes

### Disciplinary Actions[1]

HealthGrades has examined disciplinary actions within the last five years from the Office of Inspector Gene
and 49 state medical boards (South Dakota does not report). HealthGrades could not detect any disciplinar
actions for Dr. David Allan Drucker as of 05/21/2005

*Note: HealthGrades reports on state and federal disciplinary actions (if any) from the previous five years. HealthGrades does not collect malpractice and lawsuit information.*

### Patient Experience[2]

Average response from 6 surveys for Dr. Drucker.          National Average (All Doctors)

Do you trust your physician to make decisions/recommendations that are in your best interests?



Would you recommend your physician to family/friends?



http://www.healthgrades.com/consumer/index.cfm?fuseaction=modnw&modtype...   06/04/2005

CONFIDENTIAL - ATTORNEYS' EYES ONLY          MGHG000017

HealthGrades, Inc. - The H[ea]lthcare Quality Experts ®  Page 3 of 5



## Practice Information

Orthopaedic Associates of New York

 http://www.hca-sl.com

Dr. Drucker has been at this practice since 1995.
His current title at this practice is: President of Orthopaedic Surgery

### Description of practice:

This practice specializes in treating patients that have arthritis of the hip or knee. Dr. Drucker is a board certified orthopaedic surgeon. He has completed three fellowships in total joint replacement. His patients will be exposed to the latest in non-surgical and surgical treatments. His surgical expertise includes minimally invasive surgical techniques (MIS), revision total joint replacement and dealing with the complications of total joint replacement such as loosening, infection, dislocations and fractures.

Languages spoken by staff:

French, Hindi, Russian, Spanish

Other physicians at this practice:

Deborah A. Hanley

### Office Location

| Victory Office | Make PRIORITY APPOINTMENT NOW! |
|---|---|
| 1460 Victory Blvd | - Email |
| Staten Island, NY, 10301 | - Phone |
| Telephone: (718) 447-0182 | http://www.hca-sl.com |
| | Map and Driving Directions |

**Office Information:**

**Office Hours:**

| Monday: | 3:30 pm-8:00 pm |
| Tuesday: | 9:00 am-5:00 pm |
| Wednesday: | 9:00 am-5:00 pm |
| Thursday: | 9:00 am-5:00 pm |
| Friday: | 9:00 am-5:00 pm |
| Saturday: | 9:00 am-12:00 pm |
| Sunday: | Closed |

**Office Parking:**

http://www.healthgrades.com/consumer/index.cfm?fuseaction=modnw&modtype... 06/04/2005

CONFIDENTIAL - ATTORNEYS' EYES ONLY    MGHG000018

No fee parking available behind building. Office has ground level access from security manned parking lot.

**Office Coordinator:**

Linda Wilson

**Office utilizes electronic record keeping:**

Yes

**Payment Methods:**

Visa, Master Card, Cash, Check

**Payment Policy:**

Co-pay is due upon arrival.

**Office Provides:**

Lab, Pharmacy, Child Play Area

## Affiliated Hospitals

★★★★★ Best    ★★★ As Expected    ★ Poor

Primary Hospitals
(where physician performs the majority of his work)

Outcome Rating[1]

Staten Island University Hospital*

Total Hip Replacement    ★★★
Total Knee Replacement -    ★★★

Overlook Hospital*

Total Hip Replacement    ★
Total Knee Replacement    ★

*Doctor has full admitting privileges at these hospitals.

View Ratings Methodologies

### Health Plan/Other

Health Plans Accepted: Aetna US Healthcare - HMO, Amerihealth HMO (HMO), Beach Street - HMO, ChoiceCare - HMO, CIGNA (HMO), Oxford Health Services Inc (PPO), HIP Health Plan

Accepts Medicare: Yes

Accepts Medicaid: No

Payment Methods: Visa, Master Card, Cash, Check

Accepting New Patients: Yes

---

Legend

1 - HealthGrades-Verified Data or Sourced Data

2 - Patient Data

3 - Physician-Verified Data

---

© Copyright 1999-2005 Health Grades, Inc. All rights reserved.
Use of this website and any information contained therein is governed by the HealthGrades User Agreement.

CONFIDENTIAL - ATTORNEYS' EYES ONLY    MGHG000019