**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

**MDX'S ERRATA FOR ITS MOTION FOR ATTORNEYS' FEES AND COSTS,
DKT. # 961**

As an errata to its Motion for Attorneys' Fees and Costs, DKT # 961, MDx Medical, Inc. d/b/a VITALS.COM ("MDx") states:

1. Page 17 of MDx's Motion for Attorneys' Fees and Costs and Request for Certification (Dkt. # 961) contained an error – the second reference on page 17 to Exhibit K should have referenced Exhibit M.  Also, Exhibit M was inadvertently omitted from the filing.

2. Accordingly, a replacement page for page 17 of the motion, referencing Exhibit M, is attached hereto as Exhibit 1, and Exhibit M itself is attached hereto as Exhibit 2.

Dated:  December 5, 2014                                          Respectfully submitted,

*s:/Scott D. Stimpson*
Scott D. Stimpson                                                 Terence Ridley
Trent S. Dickey                                                   Wheeler Trigg O'Donnell LLP
David C. Lee                                                      370 Seventeenth Street, Suite 4500
Sills Cummis & Gross P.C.                                         Denver, Colorado 80202
101 Park Avenue, 28th Floor                                       Tel:  (303) 244-1800
New York, New York 10178                                          Fax:  (303) 244-1879
Tel:  (212) 643-7000                                              E-mail: ridley@wtotrial.com
Fax:  (212) 643-6500
E-mail: sstimpson@sillscummis.com                                 *Attorneys for Defendant*
E-mail: tdickey@sillscummis.com                                   MDx Medical, Inc. d/b/a VITALS.COM
E-mail: dlee@sillscummis.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2014, I electronically filed the foregoing **MDX'S ERRATA FOR ITS MOTION FOR ATTORNEYS' FEES AND COSTS, DKT. # 961** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Robert Charles Blume**
  rblume@gibsondunn.com,ealcock@gibsondunn.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **Vincent Marc Ferraro**
  vmferraro@mintz.com

- **Tamara F. Goodlette**
  tgoodlette@lrrlaw.com,ccarroll@lrrlaw.com,kdaily@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com,dgrooms@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com,SKlipp@lrrlaw.com

- **David Chunyi Lee**
  dlee@sillscummis.com,vferraro@sillscummis.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com,phenke@lrrlaw.com,massaro4@gmail.com

- **Scott Butler Murray**
  smurray@sillscummis.com

- **Terence M. Ridley**
  ridley@wtotrial.com,wall@wtotrial.com,norris@wtotrial.com

- **Mark Jon Rosenberg**
  Mrosenberg@sillscummis.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com,gcaceres@sillscummis.com

- **Kirstin L. Stoll-DeBell**
  kstolldebell@merchantgould.com,cestell@merchantgould.com,jsaadeh@merchantgould.com

- **Jesus Manuel Vazquez , Jr**
  jvazquez@rothgerber.com,phenke@rothgerber.com

*s:/Scott D. Stimpson*
Scott D. Stimpson
Sills Cummis & Gross P.C.
101 Park Avenue, 28th Floor
New York, New York 10178
Tel:  (212) 643-7000
Fax:  (212) 643-6500
E-mail: sstimpson@sillscummis.com

Attorney for Defendant
MDx Medical, Inc. d/b/a VITALS.COM
