# EXHIBIT 2

# EXHIBIT M TO MDx'S MOTION FOR ATTORNEYS' FEES AND COSTS (DKT. # 961)

May 23, 13

Mr. Jesse Givens
AETNA
151 Farmington Avenue, AS42
Hartford, CT 06156

Dear Mr. Givens:

Pursuant to our conversation with Hal Polley on May 8th, 2013, AETNA wishes to terminate the balance of two agreements that it has with MDx Medical, Inc., effective June 30th, 2013.

To conclude these agreements, a financial reconciliation of the account needs to take place as well as the destruction of any confidential data. Both parties have agreed to do so.

**Financial Reconciliation:**

- Attached is an AETNA / MDx Medical, Inc. Payment reconciliation document, assuming a cancellation date of June 30th, 2013.
- MDx Medical, Inc. will reconcile and issue an appropriate payment within thirty days of receipt of a signed document indicating that it's data has been removed from affiliated AETNA entities and destroyed.

**Destruction of Data:**

- MDx will destroy the database that it has received from Aetna, backups of data, and associated documentation unless AETNA wishes to repurpose it or portions of the database for use on MDx Medical's vitals.com site. AETNA will notify MDx Medical in writing of its intentions.
- AETNA will remove the Vitals data from iTriage, and destroy all Vitals provider data, backups of data, and associated documentation in its possession.
- Both parties agree to execute a document indicating that it has performed these tasks.

Please indicate agreement by signing below.

Sincerely,


David Blumenthal
Vice President, Health Plans
MDx Medical, Inc.

Authorized Signature: _Jesse Givens_

Name: _Jesse Givens_

Title: _Head of Product, Aetna CarePass_

Date: _05/23/2013_


210 CLAY AVE, SUITE 140, LYNDHURST, NJ 07071 / WWW.VITALS.COM

vitals

**Exhibit M**   HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY   MDX 0104859