IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

    Defendant.

## UNOPPOSED MOTION TO WITHDRAW
## VINCENT MARC FERRARO AS COUNSEL OF RECORD

Pursuant to *D.C.COLO.LAttyR 5*(b) and ECF-Civ.P. Section IV.4.5(b), Vincent Marc Ferraro hereby submits this Unopposed Motion to Withdraw as Counsel of Record (the "Motion") for Defendant MDx Medical, Inc., d/b/a Vitals.com ("MDx"), and in support states as follows:

1.     Mr. Ferraro is no longer with the law firm of Sills Cummis & Gross P.C., thereby requiring withdrawal as one of the counsel of record on behalf of Defendant MDx.

2.     Scott D. Stimpson, Trent S. Dickey, and David C. Lee of the law firm Sills Cummis & Gross P.C., and Terence M. Ridley of the law firm of Wheeler Trigg O'Donnell LLP, will continue as counsel of record on behalf of MDx.

3.     MDx has been notified of Mr. Ferraro's departure and withdrawal.

- 2 -

4. Pursuant to *D.C.COLO.LCivR* 7.1(a), counsel for MDx has conferred with counsel for Plaintiff Health Grades, Inc., and Health Grades, Inc. does not oppose this Motion.

WHEREFORE, for the foregoing reasons, Mr. Ferraro respectfully requests that the Court grant this Motion.

Dated:  December 9, 2014                    Respectfully submitted,

*s:/Vincent M. Ferraro*
Vincent M. Ferraro
Mintz Levin Cohn Ferris Glovsky and Popeo PC
666 Third Avenue
New York, New York 10017
Tel:  212-692-6214
Fax: 212-983-3115
Email: vmferraro@mintz.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on <u>December 9, 2014</u>, I electronically filed the foregoing **UNOPPOSED MOTION TO WITHDRAW VINCENT MARC FERRARO AS COUNSEL OF RECORD** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jesus Manuel Vazquez, Jr.**
  jvazquez@lrrlaw.com, phenke@lrrlaw.com

- **Gregory B. Kanan**
  gkanan@lrrlaw.com

- **Kris John Kostolansky**
  kkosto@lrrlaw.com

- **Adam Lee Massaro**
  amassaro@lrrlaw.com

- **Tamara F. Goodlette**
  tgoodlette@lrrlaw.com

- **Kirstin L. Stoll-DeBell**
  kstoll-debell@merchantgould.com

- **Scott David Stimpson**
  sstimpson@sillscummis.com, gcaceres@sills.com

- **Trent S. Dickey**
  tdickey@sillscummis.com

- **David Chunyi Lee**
  dlee@sillscummis.com

- **Vincent Marc Ferraro**
  vmferraro@mintz.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

                                                                        <u>*s:/Vincent M. Ferraro*</u>