IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00520-RM-BNB

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC., d/b/a Vitals.com

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Withdraw Vincent Marc Ferraro as Counsel of Record** [docket no. 964, filed December 9, 2014] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. Vincent Marc Ferraro is granted leave to withdraw from the representation of defendant and is to be removed from the electronic service.

DATED:  December 9, 2014