Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S RESPONSE TO MDX MEDICAL, INC.'S MOTION
FOR ATTORNEYS' FEES AND COSTS AND REQUEST
FOR CERTIFICATION PURSUANT TO FEDERAL RULE 54(B) [DOC. #961]**

**Exhibit B**

2005056856_2

```
 1                  IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 11-cv-520
 3
     HEALTH GRADES, INC.,
 4
          Plaintiff,
 5
     vs.
 6
     MDX MEDICAL, INC.,
 7
          Defendant.
 8   _____

 9
                              REPORTER'S TRANSCRIPT
10                                   Hearing

11   _____

12         Proceedings before the HONORABLE RAYMOND P. MOORE,

13   Judge, United States District Court for the District of

14   Colorado, occurring at 9 a.m. on the 6th day of November, 2014,

15   in Courtroom A601, United States Courthouse, Denver, Colorado.

16

...

23    Proceeding Recorded by Mechanical Stenography, Transcription
       Produced via Computer by Tamara Hoffschildt, 901 19th Street,
24        Room A251, Denver, Colorado, 80294, (303) 292-1088

25
```

1  than in 4A, where it is dropped into the report on the first
2  healthcare provider.
3      *MR. STIMPSON:* I agree a hundred percent on that
4  Configuration 1, Your Honor. In fact, Health Grades, before
5  today, agreed to that. If you look at Exhibit 1, they have
6  labeled those two columns. The left column, as you recall, the
7  report on Dr. Yakes, created by the Compare feature, and the
8  right column they have labeled it Report on Dr. Diab. So it's
9  exactly in line with our thinking, Your Honor.
10     *THE COURT:* And look, my view of it is that I
11 understand what Mr. Kostolansky is saying, which is, the report
12 on one can include the report on the other. It's fascinating
13 linguistics, but at the end of the day these are separate
14 reports.
15     *MR. STIMPSON:* Absolutely, Your Honor.
16     *THE COURT:* And you know, I'm not disputing the fact
17 that somebody could construct one report that I suppose had
18 another report within it, but that is not what I'm looking at
19 here. I'm looking at two things side by side or three things
20 side by side or four things side by side.
21     *MR. STIMPSON:* I agree.
22     *THE COURT:* With regard to the equivalents, my
23 understanding is, his basic position is, Hey -- and he is
24 correct in this regard, saying that -- in terms of the doctrine
25 of equivalents, what you are looking at is, you know, you have

1    got to look and see whether territory surrendered, how that
2    relates to the equivalent in question.  I'm not denying that.
3    I just don't think that there's any marked difference here.
4            *MR. STIMPSON:*  There's absolutely no difference,
5    Your Honor.  It's inside versus outside, as your *Festo*
6    ruling --
7            *THE COURT:*  That's the way I ruled it.  And that's the
8    way I saw it.  That's the way I still see it.  And is this an
9    equivalent?  I probably would say, if pushed, I would say that
10   it's not my decision to make, but were it my decision to make,
11   I wouldn't be disturbed calling this an equivalent.  That's not
12   the issue.  The issue is -- and to say to me, you know, Hey
13   we're talking about this section?  Are we talking about that
14   section?  Now we are pecking at things.  At the end of the day,
15   what ended up happening was we started with a report that
16   didn't have to contain healthcare provider comparison ratings
17   anywhere, nor did it have to contain any particular thing.  It
18   just had to come from three sources or pots of information, and
19   Health Grades steadily moved away from that for patentability
20   reasons, and in moving away from that, you went from a report
21   that did not require that this, or any particular feature, be
22   in the report, to a requirement that the report contain or have
23   within it or include or whatever the operative word is, and I
24   am not going to grab the patent and leaf through it at this
25   moment, that operative language.  And the reason is, if you

1  *THE COURT:* And although I may disagree with you, I
2  agree that there is enough muddiness, and I don't put this on
3  either counsel, I mean, ultimately, I'm picking this up at the
4  outset, scratching my head saying, What, do I have here? And
5  when we are dealing with these kinds of data presentations,
6  it's slippery stuff, because the way it's presented can be --
7  you have got five configurations here, I'm sure if we all sat
8  around a table we could invent five more. Maybe they will be
9  literal. Maybe they wouldn't. Maybe they would be equivalent.
10 Maybe they wouldn't. But it's a bit of a moving target in a
11 way that doesn't exist with respect to a patent with regard --
12 regarding, I don't know, this mouse. The mouse is the mouse,
13 is the mouse; today, tomorrow and forever more. The Web page,
14 how it's structured, kind of depends upon who is structuring
15 it, but that's another day -- another discussion for another
16 day.
17          Let's go to number three.
18          *MR. KOSTOLANSKY:* Thank you, Your Honor. With respect
19 to Configuration 3A, Exhibit -- Hearing Exhibit 14. This was
20 offered on the Vitals' website from January 2013 to the
21 present, and it is like Configuration 2, except that it
22 includes a hyperlink built by MDx inside the profile that
23 permits viewers to click on the link inside the profile,
24 entitled Search All Similar Doctors. That link then takes the
25 viewer to a list of doctors that includes the comparison

1   provider report, anywhere I go or navigate from, thereafter,

2   you are telling me is potentially part of that report, and I

3   just don't buy it.  There's got to be something that indicates

4   what's part of the report and what's something else, and that's

5   where I drew the line in 696; kind of looking at the report,

6   saying, Okay, let's start here, let's see what we got.  Let's

7   see if we stay within the report as we move around the tabs.

8   It seems like we are in the report.  Bang, you do this other

9   thing, now all of a sudden we are back to searches.  We are

10  somewhere else.

11          Now, is it an equivalent?  Again, if it were up to me,

12  I would tell you yes.  But that's not the question.  The

13  question was, Was it literal?  And I made a determination, and

14  I don't see anything that's being said here that's causing me

15  to change my mind, other than, you know, there are these slight

16  alterations of words, you know.  It's the equivalent of, Oh,

17  it's on the same page.  On the same page doesn't make it the

18  same report.  Being in the same site doesn't make it the same

19  report.  I'm drawing a narrower line than you are.  Again, if

20  you are correct, you know, I will be found to be wrong.  But

21  I'm drawing a narrower line than you are.

22          *MR. KOSTOLANSKY:*  Understood, Your Honor.  And what

23  I'm referring to here, really, regarding the Search All Similar

24  Doctors Link that MDx put in, is that it's still part of the

25  story.  The story isn't complete yet, until the viewer has