Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S RESPONSE TO MDX MEDICAL, INC.'S MOTION
FOR ATTORNEYS' FEES AND COSTS AND REQUEST
FOR CERTIFICATION PURSUANT TO FEDERAL RULE 54(B) [DOC. #961]**

**Exhibit C**

2005106034_1

```
 1                    IN THE UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 11-cv-520
 3
     HEALTH GRADES, INC.,
 4
          Plaintiff,
 5
     vs.
 6
     MDX MEDICAL, INC.,
 7
          Defendant.
 8   _____

 9
                             REPORTER'S TRANSCRIPT
10                                 Hearing

11   _____

12          Proceedings before the HONORABLE RAYMOND P. MOORE,

13   Judge, United States District Court for the District of

14   Colorado, occurring at 1 p.m. on the 30th day of October, 2014,

15   in Courtroom A601, United States Courthouse, Denver, Colorado.

16

17

18

19

20

21

22

23   Proceeding Recorded by Mechanical Stenography, Transcription
     Produced via Computer by Tamara Hoffschildt, 901 19th Street,
24        Room A251, Denver, Colorado, 80294, (303) 292-1088

25                              APPEARANCES
```

```
 1  Scott Stimpson, Sills Cummis, representing MDx.  Next my
 2  associate Vin Ferraro, and Terence Ridley of Trigg O'Donnell.
 3            THE COURT:  All right.  Good afternoon to your group,
 4  as well.  Let me just say, at the outset, obviously I have
 5  ruled on the Festo matter, and it would -- my expectation is
 6  reality; and that is, that I believe that one side; that being,
 7  MDx, believes that that's a correct ruling, and that another
 8  side; that being, Health Grades, believes that I'm either
 9  incorrect, off my rocker or both, and I accept that.
10            But when you combine the earlier ruling on the literal
11  infringement with the Festo ruling, I am scratching my head and
12  saying, Boy, the nature of this landscape has changed a great
13  deal.  Where are we in terms of what are we going forward on?
14  And I didn't want to allow misinterpretation or
15  misunderstanding to come into this, and so I said I would have
16  this hearing to talk about the various Configurations, and
17  whether they still continue to have life in them; and if so, in
18  what form, and then ask you all where do you see this as going?
19  I mean, are we going to trial on some little pieces of things?
20  Are we -- is there something else that makes this make sense to
21  the parties?  Because I understand Health Grades, I would
22  presume, wants to get to the Federal Circuit as quickly as they
23  can, and I am not trying to delay that, but I just want to know
24  where the parties think we are, because I think we are in a
25  place that amounts to there being bits and pieces of claims
```