Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S RESPONSE TO MDX MEDICAL, INC.'S MOTION
FOR ATTORNEYS' FEES AND COSTS AND REQUEST
FOR CERTIFICATION PURSUANT TO FEDERAL RULE 54(B) [DOC. #961]**

**Exhibit D**

2005056856_2

```
 1                  IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 11-cv-00520-RM-BNB
 3
     HEALTH GRADES, INC.,
 4
          Plaintiff,
 5
     vs.
 6
     MDX MEDICAL, INC.,
 7   d/b/a VITALS.COM,

 8        Defendant.
     _____
 9

10                        REPORTER'S TRANSCRIPT
                              Markman Hearing
11
     _____
12

13          Proceedings before the HONORABLE PHILIP A. BRIMMER,

14   Judge, United States District Court for the District of

15   Colorado, commencing at 8:32 a.m., on the 19th day of January,

16   2012, in Courtroom A-701, United States Courthouse, Denver,

17   Colorado.

18

19

20

21

22

23

24    Proceeding Recorded by Mechanical Stenography, Transcription
      Produced via Computer by Janet M. Coppock, 901 19th Street,
25         Room A-257, Denver, Colorado, 80294, (303) 893-2835
```

1   Honor, and we should just let the jury decide whether -- what
2   it means and whether it meets the language.
3            That's all I have.
4            *THE COURT:* Mr. Stimpson, the next phrase?
5            *MR. STIMPSON:* Thank you, Your Honor. Advertisement
6   and the results list. This will take me 10 seconds, I think.
7   We know this is an issue because we had the infringement
8   contentions and they are saying --
9            *THE COURT:* Well, here is the thing. I just choose
10  not to construe patents in light of an infringement argument,
11  so I have ignored all those parts of the parties' respective
12  briefs.
13           *MR. STIMPSON:* I understand that, Your Honor.
14           What we are trying to get at here, then, Your Honor,
15  is that the results list is a certain part of the website. And
16  the claim says what it says, that this advertisement has to be
17  in that results list. It can't be outside. So I will avoid
18  telling you why that's important, I understand, but it is an
19  important issue because I know Health Grades is taking the
20  position that it could be outside that list and it's plain
21  English.
22           *THE COURT:* Thank you, Mr. Stimpson.
23           Mr. Vazquez?
24           *MR. VAZQUEZ:* Can you put Slide 43 up? It will take a
25  little more than 10 seconds for me.