Civil Action No. 11-CV-00520-RM-BNB

**HEALTH GRADES, INC.'S RESPONSE TO MDX MEDICAL, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS AND REQUEST FOR CERTIFICATION PURSUANT TO FEDERAL RULE 54(B) [DOC. #961]**

**Exhibit E**

2005056856_2

Confidential - Attorneys' Eyes Only
Lawrence West    June 26, 2012

```
                                                              1
 1        CONFIDENTIAL ATTORNEYS' EYES ONLY

 2   UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF COLORADO
 3   ------------------------------------------x
     HEALTH GRADES, INCORPORATED,
 4
                           Plaintiff,
 5

 6   vs.                                Civil Action No.

 7                                      11-CV-00520-PAB-BNB

 8   MDX MEDICAL, INCORPORATED D/B/A,
     VITALS.COM,
 9
                           Defendant.
10   ------------------------------------------x

11                    June 26, 2012

12                     8:00 a.m.

13

14        Videotaped deposition of LAWRENCE

15   WEST, taken by Plaintiff, pursuant to Notice,

16   at the offices of Sills, Cummis & Gross P.C.,

17   The Legal Center, One Riverfront Plaza,

18   Newark, New Jersey, before Georgette K. Betts,

19   a Certified Shorthand Reporter, Registered

20   Professional Reporter, Certified Livenote

21   Reporter and Notary Public within and for the

22   States of New York and New Jersey.

23

24

25
```

Confidential - Attorneys' Eyes Only
Lawrence West    June 26, 2012

132

```
 1  doesn't it?
 2          A.    Yes.
 3          Q.    Now you said that -- you testified
 4  that the change in January 2011 was essentially
 5  eliminating that compare button, the user could
 6  pick three doctors and hit compare and the next
 7  screen shot would show the comparison you've
 8  described.  You recall that?
 9          A.    Yes.
10          Q.    You said it took just a few hours
11  apparently to eliminate that?
12          A.    Yes.
13          Q.    On the day that that change was
14  made, right?
15          A.    Yes.
16          Q.    Okay.  And I asked you how
17  difficult it would be to put it back, do you
18  recall that?
19          A.    Yes.
20          Q.    And you said there had been some
21  changes in the website that would make it more
22  complicated to put back today?
23          A.    Yes.
24          Q.    How much more complicated?
25          A.    I don't know.
```