IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-BNB

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## HEALTH GRADES, INC.'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Health Grades, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Amended Final Judgment Pursuant to Fed. R. Civ. P. 54(b) [Doc. #953] on November 21, 2014, entering final judgments on summary judgment of no literal infringement [Doc. #696], on the oral ruling of summary judgment of no infringement by configuration 1 [Doc. #935], on the *Festo* ruling of no infringement by equivalents [Doc. #913], on the further oral rulings on configurations 1, 2 and 3 on November 6, 2014 [Doc. #935], on summary judgment of no indirect infringement for configuration 5 [Doc. #931], and all other rulings, proceedings, orders, findings, and decisions underlying or forming the basis of the forgoing, including the Court's Markman Order. [Doc. #138.]

The notice of appeal deadline would have been December 22, 2014. On December 3, Defendant MDx Medical, Inc. d/b/a vitals.com ("MDx") filed a Motion Pursuant to Rule 58(e) to Stay the Time for Filing of Notice of Appeal of the Amended Judgment Pending Resolution of MDx Medical, Inc.'s Application for Fees. [Doc. #959.] On December 4, the District Court granted MDx's Motion, holding "[t]he time to file an appeal is stayed for all parties until 14 days after the filing of the order on MDx's anticipated motion for attorney's fees." [Doc. #960.] On December 22, 2014, the District Court denied MDx's fee motion without prejudice. [Doc. #969.] This notice of appeal filed and served today is therefore timely.

Payment of $505, representing the $500 docketing fee required by 28 U.S.C. § 1913 and the $5 fee required by 28 U.S.C. § 1917, accompany this Notice of Appeal.

2005123213_1

Respectfully submitted January 5, 2015.

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado  80202
Tel:  (303) 623-9000
Fax:  (303) 623-9222
Email: gkanan@lrrlaw.com
         kkosto@lrrlaw.com
         amassaro@lrrlaw.com
*Attorneys for Plaintiff/Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2015, I electronically filed the foregoing **HEALTH GRADES, INC.'S NOTICE OF APPEAL** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott D. Stimpson, Esq.
David C. Lee, Esq.
Trent Dickey, Esq.
Sills Cummis & Gross P.C. – New York
101 Park Avenue, 28th Floor
New York, New York 10178
E-mail:   sstimpson@sillscummis.com
             dlee@sillscummis.com
             tdickey@sillscummis.com

Terence M. Ridley, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
E-mail:   ridley@wtotrial.com

*s/ Kris J. Kostolansky*
Gregory B. Kanan, Esq.
Kris J. Kostolansky, Esq.
Adam L. Massaro, Esq.
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
Tel:     (303) 623-9000
Facsimile: (303) 623-9222
Email: gkanan@lrrlaw.com
          kkosto@lrrlaw.com
          amassaro@lrrlaw.com

*Attorneys for Plaintiff/Appellant*

3