# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## Appeal Information Sheet

United States District Court for the District of Colorado

Type of case:     Patent Infringement

|  | v. |  |
|---|---|---|
| Health Grades Inc |  | MDX Medical Inc<br>*doing business as* Vitals.com |
| *Plaintiff(s)* |  | *Defendant(s)* |

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. 1:11-cv-00520-RM-BNB           Date of Judgment
                                          or Order 11/21/2014
Cross or related
appeal? No                                Date of Notice of
                                          Appeal 01/05/2015

Appellant is: Health Grades Inc

FEES:      Court of Appeals Docket Fee Paid? Yes
           U.S. Appeal? N/A
           In forma pauperis? N/A

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.  Use separate sheet if necessary.)

| Plaintiff | Defendant |
|---|---|
| **Kris John Kostolansky**<br>Lewis Roca Rothgerber LLP-Denver<br>1200 17th Street<br>One Tabor Center<br>Suite 3000<br>Denver, CO 80202-5855<br>303/623-9000<br>Fax: 303/623-9222<br>Email: kkosto@lrrlaw.com | **Scott Butler Murray**<br>Sills Cummis & Gross P.C.-Newark<br>One Riverfront Plaza<br>Newark, NJ 07102-5400<br>973/643-5388<br>Fax: 973/643-6500<br>Email: smurray@sillscummis.com |

**COURT REPORTER** (Name and telephone): Tamara Hoggschildt, 303/292-1088

**IMPORTANT:** Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries.