IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-NYM

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

## JOINT MOTION TO VACATE ORDER NOS. 711, 784, AND RELATED PARTS OF 934 AND STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THE LAWSUIT

Plaintiff Health Grades, Inc. n/k/a Health Grades Operating Company, Inc. ("Healthgrades"), and Defendant MDx Medical, Inc. ("MDx") (collectively, the "Parties"), by their respective counsel, respectfully submit this Joint Motion to Vacate Order Nos. 711, 784, and Related Parts of 934 and Stipulation of Dismissal Without Prejudice of the Lawsuit.

The Parties have discussed the facts and circumstances of the sanctions orders against MDx counsel (including docket numbers 711, 784, and related parts of 934; collectively the "Sanctions Orders"). Healthgrades hereby withdraws all its allegations regarding the Sanctions Orders. For these reasons, the Parties respectfully and jointly request that the Court (1) vacate the Sanctions Orders; and (2) subject to the terms of the Parties' confidential Settlement Agreement, dismiss the above referenced matter, without prejudice, each party to bear its own costs and attorneys' fees. A proposed order is filed herewith in .pdf and has also been e-mailed as a Word document to chambers.

Respectfully submitted March 27, 2015.

2005263435_1

- 2 -

| | |
|---|---|
| /s/ Kris J. Kostolansky | /s/ Scott D. Stimpson |
| Gregory B. Kanan, Esq. | Scott D. Stimpson, Esq. |
| Kris J. Kostolansky, Esq. | David C. Lee, Esq. |
| Adam L. Massaro, Esq. | Trent Dickey, Esq. |
| Lewis Roca Rothgerber LLP | Sills Cummis & Gross P.C. – New York |
| 1200 17th Street, Suite 3000 | 101 Park Avenue, 28th Floor |
| Denver, Colorado 80202 | New York, New York 10178 |
| Tel: (303) 623-9000 | E-mail: sstimpson@sillscummis.com |
| Fax: (303) 623-9222 | E-mail: dlee@sillscummis.com |
| E-mail: gkanan@lrrlaw.com | E-mail: tdickey@sillscummis.com |
| E-mail: kkosto@lrrlaw.com | |
| E-mail: amassaro@lrrlaw.com | |
| *Attorneys for Plaintiff Health Grades, Inc. n/k/a Health Grades Operating Company, Inc.* | and |
| | Terence M. Ridley, Esq. |
| | Wheeler Trigg O'Donnell, LLP |
| | 370 17th Street, Suite 4500 |
| | Denver, CO 80202-5647 |
| | E-mail: ridley@wtotrial.com |
| | *Attorneys for Defendant MDx Medical, Inc. d/b/a Vitals.com* |

2005263435_1

## CERTIFICATE OF SERVICE

  I hereby certify that on March 27, 2015, I electronically filed the foregoing **JOINT MOTION TO VACATE ORDER NOS. 711, 784, AND RELATED PARTS OF 934 AND STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THE LAWSUIT** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Scott D. Stimpson, Esq.
  David C. Lee, Esq.
  Trent Dickey, Esq.
  Sills Cummis & Gross P.C. – New York
  101 Park Avenue, 28th Floor
  New York, New York 10178
  E-mail: sstimpson@sillscummis.com
     dlee@sillscummis.com
     tdickey@sillscummis.com

  Terence M. Ridley, Esq.
  Wheeler Trigg O'Donnell, LLP
  370 17th Street, Suite 4500
  Denver, CO  80202-5647
  E-mail: ridley@wtotrial.com

           */s/ Kris J. Kostolansky*