**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00520-RM-NYM

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

---

**ORDER REGARDING JOINT MOTION TO VACATE ORDER NOS. 711, 784, AND
RELATED PARTS OF 934 AND STIPULATION OF DISMISSAL WITHOUT
PREJUDICE OF THE LAWSUIT**

---

This Court, having considered the parties' Joint Motion to Vacate Order Nos. 711, 784,

and Related Parts of 934 and Stipulation of Dismissal Without Prejudice of the Lawsuit, and

finding the same to be well-taken, hereby ORDERS:

1. The Court vacates the sanctions orders against MDx Medical, Inc.'s counsel (docket

   numbers 711, 784, and related parts of 934); and

2. Subject to the terms of the parties' confidential Settlement Agreement, dismisses the

   above referenced matter, without prejudice, each party to bear its own costs and

   attorneys' fees.

Dated this _____ day of _____, 2015.

BY THE COURT:

_____