NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**HEALTH GRADES, INC.,**
*Plaintiff-Appellant*

v.

**MDX MEDICAL, INC., DBA Vitals.com,**
*Defendant-Appellee*

2015-1230

Appeal from the United States District Court for the District of Colorado in No. 1:11-cv-00520-RM-BNB, Judge Raymond P. Moore.

**ON MOTION**

**O R D E R**

The parties jointly move to dismiss this appeal without prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

2                      HEALTH GRADES, INC. v. MDX MEDICAL, INC.

(1) The motion to withdraw the appeal is granted. Appeal 2015-1230 is dismissed.*

(2) Each party shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: April 2, 2015

---

* Although the parties request that this appeal be dismissed without prejudice, the court does not usually designate voluntary dismissals as being with or without prejudice.