IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00520-RM-NYM

HEALTH GRADES, INC.,
Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,
Defendant.

**ORDER REGARDING JOINT MOTION TO VACATE ORDER NOS. 711, 784, AND RELATED PARTS OF 934 AND STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THE LAWSUIT**

This Court, having considered the parties' Joint Motion to Vacate Order Numbers 711, 784, and Related Parts of 934 and Stipulation of Dismissal Without Prejudice of the Lawsuit (ECF No. 975), and finding the same to be well-taken, hereby ORDERS:

1. The Court vacates the sanctions orders against MDx Medical, Inc.'s counsel (ECF Nos. 711, 784, and related parts of 934); and

2. Subject to the terms of the parties' confidential Settlement Agreement, dismisses the above referenced matter, without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 6th day of April, 2015.          BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge